| Fill in this information to identify the case: | |
|---|---|
| Debtor names: | **Vital Pharmaceuticals, Inc.**<br>**Bang Energy Canada, Inc.**<br>**JHO Intellectual Property Holdings, LLC**<br>**JHO Real Estate Investment, LLC**<br>**Quash Seltzer, LLC**<br>**Rainbow Unicorn Bev LLC**<br>**Vital Pharmaceuticals International Sales, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case numbers (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: <u>Consolidated</u> List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Monster Energy Company<br>c/o Hueston Henningan LLP<br>Attn: John C. Hueston, Esq.<br>523 West 6th St., #400<br>Los Angeles, CA 90014 | John C. Hueston, Esq.<br>949-226-6740<br>jhueston@hueston.com | Litigation Claim | Contingent<br>Unliquidated<br>Disputed | | | $292,939,761.00 |
| Orange Bang, Inc.<br>c/o Knobbe, Martens, Olson & Bear, LLP<br>Attn: Steven J. Nataupsky, Esq.<br>2040 Main Street, 14th Fl.<br>Irvine, CA 92614 | Steven J. Nataupsky, Esq.<br>949-760-0404<br>steven.nataupsky@knobbe.com | Litigation Claim | Contingent<br>Unliquidated<br>Disputed | | | $214,757,614.74 |
| Pepsico<br>15 Melanie Lane<br>East Hanover, NJ 07936 | Eric Hansen<br>914-519-7904<br>eric.hanson@pepsico.com | Settlement Agreement | | | | $115,000,000.00 |
| Doehler USA, Inc.<br>400 High Point Road SE<br>Suite 100<br>Cartersville, GA 30120-6610 | Paul Graham<br>888-367-8327<br>paul.graham@doeher.com | Settlement Agreement | | | | $22,000,000.00 |

Debtor **Vital Pharmaceuticals, Inc.**
**Bang Energy Canada, Inc.**
**JHO Intellectual Property Holdings, LLC**
**JHO Real Estate Investment, LLC**
**Quash Seltzer, LLC**
**Rainbow Unicorn Bev LLC**
**Vital Pharmaceuticals International Sales, Inc.**

Case number *(if known)* _____

_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stellar Group, Inc.**<br>**2900 Hartley Road**<br>**Jacksonville, FL 32257-8221** | **Derek Bickerton**<br>**904-260-2900** | **Trade Vendor** | | | | **$18,880,536.77** |
| **The American Bottling Company**<br>**300 Delaware Avenue**<br>**Suite 1410**<br>**Wilmington, DE 19801** | **Joseph S. Naylor**<br>**Swartz Campbell LLC**<br>**302-656-5935**<br>**jnaylor@swartzcampbell.com** | **Litigation Claim** | **Contingent Unliquidated Disputed** | | | **$17,681,149.10** |
| **Dairy Farmers of America Inc.**<br>**1200 Main Street**<br>**Suite 3800**<br>**Kansas City, MO 64105** | **Robert J. Hoffman**<br>**Bryan Cave Leighton Paisner LLP**<br>**816-374-3200**<br>**rjhoffman@bclplaw.com** | **Litigation Claim** | **Contingent Unliquidated Disputed** | | | **$14,000,000.00** |
| **Ardagh Metal Beverage USA, Inc.**<br>**8770 W. Bryn Mawr Ave.**<br>**Suite 175**<br>**Chicago, IL 60631-3515** | **Curt Rothlisberger**<br>**773-490-1864** | **Trade Vendor** | **Contingent Unliquidated Disputed** | | | **$11,143,726.21** |
| **Trinity Logistics, Inc.**<br>**50 Fallon Avenue**<br>**Seaford, DE 19973-1578** | **Laura Dukes**<br>**817-359 2505** | **Freight Vendor** | | | | **$5,605,440.78** |
| **Crown Cork & Seal USA, Inc.**<br>**770 Township Road**<br>**Yardley PA 19067-4219** | **Christine J. Horn**<br>**215-552-3758**<br>**Christine.Horn@crowncork.com** | **Trade Vendor** | | | | **$5,022,187.23** |

Debtor **Vital Pharmaceuticals, Inc.**
**Bang Energy Canada, Inc.**
**JHO Intellectual Property Holdings, LLC**
**JHO Real Estate Investment, LLC**
**Quash Seltzer, LLC**
**Rainbow Unicorn Bev LLC**
**Vital Pharmaceuticals International Sales, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ball Metal Beverage Container Corp.** **10 Longs Peak Drive** **Broomfield, CO 80021** | | **Trade Vendor** | | | | $3,976,569.26 |
| **Webb & Gerritsen** **1308 Poplar Drive** **Waukesha, WI 53188** | olddutchmilw@aol.com | **Litigation Claim** | **Contingent Unliquidated Disputed** | | | $2,500,000.00 |
| **Graphic Packaging International** **P.O. Box 404170** **Atlanta, GA 30384-4170** | **Kara D'Amato** **770-240-7656** **kara.damato@graphicpkg.com** | **Trade Vendor** | | | | $2,399,443.22 |
| **7-Eleven, Inc.** **3200 Hackberry Road** **Irving, TX 75063-0131** | 800-255-0711 | **Customer Programs** | **Unliquidated** | | | $2,328,814.60 |
| **Pepsico** **15 Melanie Lane** **East Hanover, NJ 07936** | **Eric Hansen** **914-519-7904** **eric.hanson@pepsico.com** | **Customer Programs** | **Unliquidated** | | | $2,100,000.00 |
| **XPO Global Forwarding, Inc.** **13777 Ballantyne Corporate Place, Suite 400** **Charlotte, NC 28277** | 800-765-2728 | **Freight Vendor** | | | | $1,949,393.36 |
| **Priority-1, Inc.** **1800 E. Roosevelt Rd.** **Little Rock, AR 72206-2516** | 888-569-8035 | **Freight Vendor** | | | | $1,396,387.02 |
| **Green Wave Ingredients (GWI)** **P.O. Box 102922** **Pasadena, CA 91189-2922** | **Elizabeth Preciado** **562-207-9770** **epreciado@gwiusa.com** | **Trade Claim** | | | | $1,377,375.55 |

Debtor **Vital Pharmaceuticals, Inc.**
**Bang Energy Canada, Inc.**
**JHO Intellectual Property Holdings, LLC**
**JHO Real Estate Investment, LLC**
**Quash Seltzer, LLC**
**Rainbow Unicorn Bev LLC**
**Vital Pharmaceuticals International Sales, Inc.**

_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bevcorp LLC**<br>5655 Paysphere Circle<br>Chicago, IL 60674 | 440-954-3500 | **Trade Claim** | | | | $1,223,341.17 |
| **Speedway LLC**<br>P.O. Box 7600<br>Springfield, OH 45501-7600 | **Chris Johnson**<br>937-863-6108<br>cjohnson11@speedway.com | **Customer Programs** | **Unliquidated** | | | $1,165,064.09 |
| **QuikTrip Corporation**<br>4705 S. 129th East Ave.<br>Tulsa, OK 74134-7005 | 918-615-7700 | **Customer Programs** | **Unliquidated** | | | $1,137,997.79 |
| **Nelson Mullins Broad and Cassel f/k/a**<br>**Nelson Mullins Riley & Scarborough LLP**<br>1320 Main Street, 17th Fl.<br>Columbia, SC 29201-3268 | 803-799-2000 | **Legal Fees** | | | | $1,078,408.18 |
| **Varni Brothers Corporation**<br>400 Hosmer Ave.<br>Modesto, CA 95351-3920 | **Laura McClure**<br>209-521-1777<br>lauram@vbcbottling.com | **Trade Vendor** | | | | $1,035,169.04 |
| **Direct Connect Logistix, Inc.**<br>314 W. Michigan St.<br>Indianapolis, IN 46202-3204 | **Leslie Maish**<br>317-218-7777 | **Freight Vendor** | | | | $998,294.00 |
| **Premier Distributing Company**<br>1017 Santa Fe<br>Clovis, NM 88101 | **Julie Ryan**<br>505-342-3510<br>julie.ryan@premierdistributing.com | **Trade Vendor** | | | | $977,000.00 |

Debtor **Vital Pharmaceuticals, Inc.**
**Bang Energy Canada, Inc.**
**JHO Intellectual Property Holdings, LLC**
**JHO Real Estate Investment, LLC**
**Quash Seltzer, LLC**
**Rainbow Unicorn Bev LLC**
**Vital Pharmaceuticals International Sales, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fona International, Inc. 1900 Averill Road Geneva IL 60134 | Michelle Stehouwer 630-578-8600 | Trade Vendor | | | | $859,445.60 |
| Target Corporation P.O. Box 1455 Minneapolis, MN 55440-1455 | | Customer Programs | Unliquidated | | | $858,780.00 |
| Inventus, LLC/Legility P.O. Box 130114 Dallas, TX 75313-0114 | Jo Anna Williams 858-354-9066 Joanna.williams@consilio.com | Profess. Fees | | | | $835,457.94 |
| Wild Flavors, Inc. 1261 Pacific Ave. Erlanger, KY 41018 | Mike Schneider 800-888-8576 | Trade Vendor | | | | $773,080.92 |
| Total Quality Logistics, LLC P.O. Box 634558 Cincinnati, OH 45263-4558 | Nicholas Montenarello 813-731-4067 | Freight Vendor | | | | $762,486.44 |