UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC.,                Case No.: 22-_____

     Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

     In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Vital Pharmaceuticals, Inc., a Florida corporation (the "Company") does hereby certify that there are no corporations that directly or indirectly own 10% or more of any class of the Company's equity interests.

     I, the Chief Transformation Officer of Vital Pharmaceuticals, Inc., the Company named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

October 10, 2022                          VITAL PHARMACEUTICALS, INC.
                                                    1600 N. Park Drive
                                                    Weston, FL 33326

                                                    By: /s/ *John C. DiDonato*
                                                          John C. DiDonato
                                                          Chief Transformation Officer

11583746-1