UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                              Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-_____

    Debtors.                                               (Joint Administration Pending)

_____/

**DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION TO FILE
CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property

Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev

LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and

through their proposed undersigned counsel, file this *Debtors' Ex Parte Motion for Authorization*

*to File Consolidated Chapter 11 Case Management Summary* (the "Motion").  The Motion, filed

on an *ex parte* basis, seeks authorization for the Debtors to file a consolidated *Chapter 11 Case*

*Management Summary*.  In support of this Motion, the Debtors rely upon the *Declaration of*

*John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day

Declaration") which was filed on the Petition Date (as defined below), and respectfully represent

the following:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over these cases pursuant to 28 U.S.C. §§ 157 and

1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the
Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy
Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate
Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and
(vii) Vital Pharmaceuticals International Sales, Inc. (8019).
11583117-1

2.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

4.      The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

5.      For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the First Day Declaration.

## Relief Requested and Basis Therefor

6.      In accordance with Local Rule 2081-1(B), the debtor in possession in a chapter 11 case is directed to file with the Court and serve on all parties of record, within the earlier of three business days after relief is entered, or one business day prior to the date of the first scheduled hearing, a completed local form *Chapter 11 Case Management Summary* (the "Case Management Summary") providing certain information regarding the assets, liabilities and financial affairs of chapter 11 debtors.

7.      As set forth above, these chapter 11 cases were commenced by Vital Pharmaceuticals, Inc. and six (6) of its related debtor affiliates.

8.      The Debtors have each filed in their respective chapter 11 cases, *ex parte* motions seeking joint administration of these chapter 11 cases.

9.      By this Motion, the Debtors respectfully request the Court to authorize them to file a consolidated Case Management Summary, reflecting the asset, liability and financial information of the Debtors.   The Debtors request authority to file a consolidated Case

11583117-1

Management Summary, as the filing of a separate Case Management Summary for each of the numerous Debtors would be burdensome.  In addition, much of the information contained in the Case Management Summary is duplicative for many of the Debtors and the filing of a consolidated Case Management Summary is more efficient and will provide the Court and parties-in-interest with a true financial picture of the various Debtors.

WHEREFORE, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit A** (i) granting the requested relief; (ii) authorizing the Debtors to file a consolidated Case Management Summary, with the reservation of the right of the United States Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the United States Trustee deem it necessary; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  October 10, 2022
        Miami, Florida

George A. Davis (*pro hac vice* pending)
Tianjiao ("TJ") Li (*pro hac vice* pending)
Brian S. Rosen (*pro hac vice* pending)
Jonathan J. Weichselbaum (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
        tj.li@lw.com
        brian.rosen@lw.com
        jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

Respectfully submitted,

/s/ Jordi Guso
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
        mniles@bergersingerman.com

3

11583117-1

– and –

Jeramy D. Webb (*pro hac vice* pending)
Whit Morley (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   jeramy.webb@lw.com
         whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

4

11583117-1

**EXHIBIT "A"**
**(PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                        Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No.: 22-_____

      Debtors.                                          (Joint Administration Pending)
_____/

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION TO
FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

     **THIS MATTER** having come before the Court upon the *Debtors' Ex Parte Motion for*

*Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. __] (the

"Motion") filed by the above-captioned debtors-in-possession (collectively, the "Debtors").  The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11583137-1

Motion, filed on an *ex parte* basis, seeks entry of an order authorizing the Debtors to file a consolidated Case Management Summary.[2] The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

     **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtors are authorized to file a consolidated Case Management Summary, with the reservation of the right of the United States Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the United States Trustee deem it necessary.

3.      The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

---

[2]  Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

2

11583137-1

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11583137-1