UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Joint Administration Pending) |

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), file this *Consolidated Chapter 11 Case Management Summary* and state:

The following data and the data set forth in the attached exhibit represents approximations for background information only and represents the Debtors' reasonable estimates in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 for all above-captioned Debtors:

   **October 10, 2022**

2. Names, case numbers and dates of filing for each of the Debtors:

| Debtor Name | Case Number | Date of Filing |
|---|---|---|
| Vital Pharmaceuticals, Inc. | Case No. 22-17842 | October 10, 2022 |
| Bang Energy Canada, Inc. | Case No. 22-17844 | October 10, 2022 |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11583249-3

| Debtor Name | Case Number | Date of Filing |
|---|---|---|
| JHO Intellectual Property Holdings, LLC | Case No. 22-17845 | October 10, 2022 |
| JHO Real Estate Investment, LLC | Case No. 22-17847 | October 10, 2022 |
| Quash Seltzer, LLC | Case No. 22-17848 | October 10, 2022 |
| Rainbow Unicorn Bev LLC | Case No. 22-17849 | October 10, 2022 |
| Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850 | October 10, 2022 |

3. Description of Debtors' Businesses:

   **For a detailed description of the Debtors, their operations, and their assets and liabilities, the Debtors respectfully refer the Court and parties-in-interest to the *Declaration of John D. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration"), filed on October 10, 2022 (the "Petition Date").**

4. Location of Debtors' operations and whether the business premises are leased or owned:

| Location | Address | Leased or Owned |
|---|---|---|
| **Direct Store Delivery (DSD) Locations** | | |
| Tampa, FL | 1909 N. US Highway 301<br>Building D, Suite 140-150<br>Tampa Florida 33619 | Leased |
| Medley, FL | 12600 NW 115th Ave.<br>Medley, FL 33178 | Leased |
| Orlando, FL | 9550 Parksouth Court<br>Suite 300<br>Orlando, FL 32837 | Leased |
| Fort Myers, FL | 3520 Old Metro Pkwy.<br>Fort Myers FL | Leased |
| Riviera Beach, FL | 7950 Central Industrial Dr. N.<br>Suite 102<br>Riviera Beach, FL 33404 | Leased |

11583249-3

| Location | Address | Leased or Owned |
|---|---|---|
| Denver, CO | 700 W. 48th Ave., Unit S<br>Denver, CO 80217 | Leased |
| Jacksonville, FL | 7262 Phillips Hwy.<br>Jacksonville FL | Leased |
| North Los Angeles, CA | 11130 Sherman Way<br>Sun Valley, CA 91352 | Leased |
| South Los Angeles, CA | 10100 Aviation Blvd.<br>Suite 200<br>Los Angeles CA 90045 | Leased |
| Las Vegas, NV | 4117 Wagon Trail Ave.<br>Las Vegas, NV 89148 | Leased |
| Colorado Springs, CO | 4650 Forge Rd.<br>Suite 104<br>Colorado Springs CO | Leased |
| East Los Angeles, CA | 9052 Rosecrans Ave.<br>Bellflower, CA 90706 | Leased |
| **Fuel Team Buildings** | | |
| Houston, TX | 11707 S. Sam Houston Parkway<br>Suite H<br>Houston, TX | Leased |
| Dallas, TX | 1601 Wallace Dr.<br>Dallas, TX | Leased |
| San Diego, CA | 7297 Opportunity Rd.<br>Suite E&F<br>San Diego, CA | Leased |
| **Distribution Centers** | | |
| Phoenix, AZ | 4747 W. Buckeye Rd.<br>Phoenix, AZ | Leased |
| Concord, NC | 6100 Glen Afton Blvd.<br>Concord, NC | Leased |
| Atlanta, GA | 7705 Staples Dr.<br>Lithis Springs, GA | Leased |

| Location | Address | Leased or Owned |
|---|---|---|
| Weston, FL | 1600 N. Park Drive<br>Weston, FL 33326 | Leased |
| Weston, FL | 1951 N. Commerce Parkway<br>Weston, FL | Leased |
| Pembroke Pines, FL | 20311 Sheridan Street<br>Building A<br>Pembroke Pines, FL | Leased |
| Pembroke Pines, FL | 20311 Sheridan Street<br>Building B<br>Pembroke Pines, FL | Leased |
| Phoenix, AZ | 1635 S 43rd Ave.<br>Phoenix, AZ | Owned |
| Dallas/Fort Worth, TX | 160 W. Everman Freeway<br>Fort Worth, TX | Leased |
| **Parkout Storage Locations** | | |
| Orlando, FL (Personal Mini Storage) | 1970 South Hwy 27<br>Clermont, FL 34711 | Leased |
| Orlando, FL (Convenient Toy Storage) | 200 Railroad Ave.<br>Edgewater, FL 32132 | Leased |
| Orlando, FL (Extra Space Storage) | 499 N. Spring Garden Ave.<br>Deland, FL | Leased |
| Orlando, FL (Neighborhood Storage Center Co.) | 310 NE 25th Avenue<br>Ocala, FL 34470 | Leased |
| Medley, FL (Midgard Self Storage) | 2600 N. Roosevelt Blvd.<br>Key West, FL | Leased |
| Medley, FL (Compass Self Storage) | 900 N. Krome Ave.<br>Florida City, FL 33034 | Leased |
| Riviera Beach, FL (Life Storage) | 459 Market Place<br>Port St. Lucie, FL 34986 | Leased |
| Riviera Beach, FL (Spring Lake Storage) | 6220 Red Cedar Rd.<br>Sebring, FL 33876 | Leased |
| Ontario (Starx Storage) | 27437 Murrieta Ave.<br>Sun City, CA 92585 | Leased |

11583249-3

| Location | Address | Leased or Owned |
|---|---|---|
| Jacksonville, FL (Ultimate Boat & RV Storage) | 22211 West Newberry Road Newberry, FL 32669 | Leased |
| **POS Storage** | | |
| Alabama | 3521 McKenzie St. Foley, AL 36535 | Leased |
| Arkansas | 9100 Maumelle Blvd. N. Little Rock, AR 72113 | Leased |
| California | 6500 Cameron Blvd. Gilroy, CA 95020 | Leased |
| Eastern Washington Unit | 6320 N Cedar Road Spokane, WA 99208 | Leased |
| Illinois | 330 W North Ave. Lombard, IL 60148 | Leased |
| Iowa | 103 Village Dr. Tiffin, IA 52340 | Leased |
| Louisiana | 13605 Coursey Blvd. Baton Rouge, LA 70817 | Leased |
| Missouri | 10461 Manchester Rd, 10461 MO 63122 | Leased |
| Oklahoma | 12520 N. MacArthur Blvd. Oklahoma City OK 73142 | Leased |
| Portland, Oregon Unit | 13328 NE Airport Road Portland OR 97230 | Leased |
| Savannah (Life Storage) | 10901 Albercorn St. Savannah GA | Leased |
| Texas (7059 – Extra Storage Space) | 14051 W. US 290 Austin, TX 78737 | Leased |
| Virginia (Broad Street Warehouse Associates) | 3950 Deep Rock Rd. Henrico, VA 23233 | Leased |
| Western Washington Unit | 16290 Auto Lane Sumner, WA 98390 | Leased |
| Utah | 1042 S. Geneva Rd. Orem UT | Leased |
| Lowel, MA | 20 Duren Ave. Lowel, MA | Leased |
| West Virginia | 445 Hornbeck Rd. Morgantown, WV | Leased |

5

11583249-3

| Location | Address | Leased or Owned |
|---|---|---|
| New Jersey | 1711 W. Edgar Rd. Linden NJ, 07036 | Leased |

5. Reasons for Filing Chapter 11: **Please see First Day Declaration.**

6. List of officers and directors, if applicable, and their salaries and benefits[2] at the time of filing and during the 1 year prior to filing: **See attached Exhibit "A"**

7. Debtors' combined fiscal or calendar year to date gross income and the Debtors' combined gross income for the calendar or fiscal year prior to the filing of these petitions:

   **2022 - $442,000,000.00 (January 1, 2022 – August 31, 2022)**

   **2021 - $728,296,049.00**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **Approximately $7,235,000.00, consisting of:**
       **(i)    Employee Wages and related obligations - $4,030,000.00**
       **(ii)   Taxes – $3,205,000.00[3]**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

| Name | Approx. Amount Owed | Description of Collateral |
|---|---|---|
| Truist Bank, as Administrative Agent for the Lenders | $354,770,202.00 | All assets of Debtors |
| DeLage Landen Financial Services, Inc. | Unknown | Equipment (printers/scanners) |
| TFG-Leasing Fund III, LLC | Unknown | Equipment |

---

[2] Employee benefits are described in the *Debtors' Emergency Motion For Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers* filed on the Petition Date.

[3] Included in this total are estimated amounts for sales and use taxes. As set forth in the *Debtors' Emergency Motion for Order Authorizing Debtors to Pay Sales, Use, Trust Fund, Property and Other Taxes and Similar Obligations* filed on the Petition Date, the estimated amounts for sales and use taxes are disputed. The Debtor, Vital Pharmaceuticals, Inc. is working with the various state agencies to submit corrected returns.

| Name | Approx. Amount Owed | Description of Collateral |
|---|---|---|
| Crown Equipment Corporation | Unknown | Equipment (trucks/forklifts) |
| Canon Financial Services, Inc. | $39,162.00 | Equipment (printers/scanners) |
| Webbank | Unknown | Computer Equipment |
| Americredit Financial Services, Inc. d/b/a GM Financial | $3,378,821.00 | Beverage trucks |
| Belvac Production Machinery, Inc. | $7,050,000.00 | 16-ounce beverage can production equipment<br><br>12-ounce beverage can production equipment |
| U.S. Bank Equipment Finance | $5,700.00 | 2020 Yale NR035B Forklift |
| BFG Corporation | $100.00 | 2 Crown Narrow Aisle Reach Trucks, batteries, chargers |
| Centurylink Communications, LLC | $0.00 | Internet equipment |
| GreatAmerica Financial Services Corporation | $11,012.00 | Toshiba copiers, printers, fax machines and scanners |
| Hitachi Capital America Corp. | $2,428,585.00 | 50 2020 Isuzu box trucks<br>50 2020 Mickey 14' Beverage Bodies |
| The Huntington National Bank | Unknown | Purchased receivables |
| Cryo-Lease, LLC | Unknown | CryoDoser Flex Craft Custom |

    c.    Unsecured Claims:    **Approximately $805 million**

9.    General Description and Approximate Value of the Debtors' Current and Fixed Assets:

| General Description | Approximate Value |
|---|---|
| Cash and cash equivalents | $15,615,404.00 |
| Accounts receivable (net) | $26,601,082.00 |
| Inventory (net) | $154,353,509.00 |
| Short Term Deposits (monies escrowed with respect to litigation) | $3,337,391.00 |
| Prepaids Deposits (prepaid insurance, software, promotional expenses, prepayments to | $13,218,639.00 |

| General Description | Approximate Value |
|---|---|
| professionals, capital expenditures, etc.) | |
| Property and Equipment (net) | $329,760,179.00 |
| Right of Use Assets (value of lease assets) | $35,916,253.00 |
| Other Assets (intangible assets, security deposits (utilities/rent)) | $2,450,294.00 |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

    **The foregoing information is contained in and is attached to the *Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof*, filed on the Petition Date.**

11. Number of Employees and Amounts of Gross Wages owed as of the Petition Date:

    **The foregoing information is contained in the *Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers*, filed on the Petition Date.**

12. Status of Debtors' Payroll and Sales Tax Obligations:

    **The payroll tax obligation of Debtor, Vital Pharmaceuticals, Inc., as of the Petition Date is approximately $500,000 and the sales tax obligations of the Debtors, as of the Petition Date, is approximately $850,000.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **See attached Exhibit "B" which contains a list of the various "first day" motions and applications filed on the Petition Date.**

14. The Debtors' strategic objectives, i.e., refinancing, cram down, surrender/sale of assets of business:

    **The Debtors commenced these cases to obtain the benefits of the automatic stay, gain access to the $100 million in financing under the Secured Debtor-in-Possession Financing Facility to be provided by Truist Bank, as agent, and the other lenders who are parties thereto, complete the implementation of their new distribution**

8

**network and maximize value for the benefit of all stakeholders.**

Dated:  October 10, 2022          Respectfully submitted,

VITAL PHARMACEUTICALS, INC., *et al.*, Debtors
1600 N. Park Drive
Weston, FL 33326

By: /s/ *John C. DiDonato*
      John C. DiDonato
      Chief Transformation Officer

| | |
|---|---|
| Dated:    October 10, 2022<br>             Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (*pro hac vice* pending)<br>Tianjiao ("TJ") Li (*pro hac vice* pending)<br>Brian S. Rosen (*pro hac vice* pending)<br>Jonathan J. Weichselbaum (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:   george.davis@lw.com<br>            tj.li@lw.com<br>            brian.rosen@lw.com<br>            jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:   jguso@bergersingerman.com<br>            mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Jeramy D. Webb (*pro hac vice* pending)
Whit Morley (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   jeramy.webb@lw.com
            whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

11583249-3

**EXHIBIT "A"**

| Name and Title | Salary and Benefits at Time of Filing and Salary and Benefits During 1 Year Prior to Filing: |
|---|---|
| John H. Owoc, President/Chief Executive Officer of the Debtors | Salary as of Petition Date: ▬▬▬ [4]<br><br>Salary During One Year Period Preceding Petition Date: ▬▬▬ |
| Eugene Bukovi, Vice President of Sales for the following Debtors:<br>• Vital Pharmaceuticals, Inc.<br>• JHO Intellectual Property Holdings, LLC<br>• JHO Real Estate Investment, LLC<br>• Quash Seltzer, LLC | Salary as of Petition Date: ▬▬▬ [3]<br><br>Salary During One Year Period Preceding Petition Date: ▬▬▬ |

---

[4] The salaries of the Debtors' officers, John H. Owoc and Eugene Bukovi have been redacted in order to prevent discord among the employees that could result from disclosure of their respective compensation.

11583249-3

**EXHIBIT "B"**
**First Day Motions and Applications**

1.  *Debtors' Ex-Parte Motion for Joint Administration* [ECF No. 7];

2.  *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26];

3.  *Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date* [ECF No. 21];

4.  *Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date* [ECF No. 22];

5.  *Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date* [ECF No. 19];

6.  *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327 and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Bankers for the Debtors, Effective as of the Petition Date* [ECF No. 23];

7.  *Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date* [ECF No. 20];

8.  *Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated Lit of the Top Thirty Unsecured Creditors* [ECF No. 9];

9.  *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [ECF No. 24];

10. *Declaration of Homer Parkhill in Support of DIP Financing* [ECF No. 25];

11. *Debtors' Emergency Motion For Entry of an Order (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 18];

12. *Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations In Respect Thereof* [ECF No. 11];

13. *Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations* [ECF No. 16];

14. *Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers* [ECF No. 17];

15. *Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors* [ECF No. 13];

16. *Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts With, Shippers and Warehousemen* [ECF No. 14];

17. *Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business* [ECF No. 12];

18. *Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, But Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief* [ECF No. 15];

19. *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 10]; and

20. *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. 8];