UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-_____

      Debtors.                                    (Joint Administration Pending)
_____/

### *EX-PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Jordi Guso ("Movant"), of the law firm Berger Singerman LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Elizabeth A. Morris ("Visiting Attorney") of the law firm of Latham & Watkins LLP, an attorney admitted to practice and currently in good standing in the State of New York, the United States District Courts for the Eastern, Northern, and Southern Districts of New York, the United States Court of Appeals for the Second Circuit, and qualified to practice in this court, who proposes to act as counsel for the Debtors, Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") in the Debtors' cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of the Debtors.

I am aware that the local rules of this court require a member in good standing of the bar

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11675733-1

of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for the Debtors, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of the Debtors.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Debtors in the Debtors' cases and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of the Debtors. I understand that I am required to participate in the preparation and the presentation of the Debtors' cases above and any such adversary proceedings and to accept service of all papers served in such cases and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the Debtors' cases noted above on behalf of the Debtors and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of the Debtors. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for the Debtors in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A.**

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an

2

order, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Debtors and indicating Movant as local counsel for the Debtors, and for such other and further relief as may be just.

Dated: October 10, 2022

BERGER SINGERMAN LLP
*Proposed Local Counsel for Debtors and Debtors-in-Possession*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Jordi Guso*
    Jordi Guso
    Florida Bar No. 863580
    jguso@bergersingerman.com
    Michael J. Niles
    Florida Bar No. 107203
    mniles@bergersingerman.com

3

11675733-1

# **EXHIBIT A**

## **(Affidavit of Proposed Visiting Attorney)**

11675733-1

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Elizabeth A. Morris, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the United States District Courts for the Eastern, Northern, and Southern Districts of New York, and the United States Court of Appeals for the Second Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Debtors, Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"). I designate Jordi Guso ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Debtors. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of the Debtors, and accept service of all papers served in such cases and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of

members of the Florida Bar.

Dated: October 10, 2022

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

By: /s/ *Elizabeth A. Morris*
        Elizabeth A. Morris
        NY Bar No. 5166285
        elizabeth.morris@lw.com

2

**<u>EXHIBIT B</u>**

**<u>(Proposed Order)</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No.: 22-_____

        Debtors.                                         (Joint Administration Pending)
_____/

### <u>ORDER ADMITTING ATTORNEY *PRO HAC VICE*</u>

        This matter came before the court without a hearing on the *Ex Parte Motion to Appear*

*Pro Hac Vice* [ECF No. ___].  The court having reviewed the motion and good cause appearing,

it is

        **ORDERED** that Elizabeth A. Morris ("<u>Visiting Attorney</u>") may appear before this court

*pro hac vice* as counsel for Debtors, Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11595632-1

Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Debtors, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Jordi Guso, Esq.
> BERGER SINGERMAN LLP
> 1450 Brickell Avenue, Suite 1900
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile: (305) 714-4340
> Florida Bar No. 863580
> jguso@bergersingerman.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Debtors.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Debtors in all such proceedings

#    #    #

2

11595632-1

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Jordi Guso, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*