UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*[1],      Case No. 22-17842-PDR

        Debtors.                                                      (Joint Administration Pending)
_____/

*EX PARTE* MOTION FOR STEVEN E. GUENDEL
TO APPEAR *PRO HAC VICE* FOR TRUIST BANK

    1.    I, Peter H. Levitt ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Steven E. Gruendel ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Western, Middle, and Eastern Districts of North Carolina, and qualified to practice in this court, who proposes to act as counsel for Truist Bank ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

    2.    I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings. A proposed Order granting this motion is attached as Exhibit "A" hereto.

5. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached as Exhibit "B" hereto.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney Steven E. Gruendel to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: October 10, 2022

By: /s/*Peter H. Levitt*
    Peter H. Levitt
    Fla. Bar No. 650978

SHUTTS & BOWEN LLP
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131
Telephone: (305) 415-9447
Facsimile: (305) 415-9847
E-mail: PLevitt@shutts.com
Florida Bar No. 650978

*Local Counsel for Truist Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 10, 2022 via the Court's Notice of Electronic Filing upon Jordi Guso, Esq., Attorney for Debtors, 1450 Brickell Ave #1900, Miami, FL 33131 (Email: jguso@bergersingerman.com) and upon Office of the United States Trustee (USTPRegion21.MM.ECF@usdoj.gov).

/s/ *Peter H. Levitt*
Peter H. Levitt