**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **Chapter 11 Case** |
| **VITAL PHARMACEUTICALS, INC.,** *et a*l.[1], | **Case No. 22-17842-PDR** |
| Debtors. | **(Joint Administration Pending)** |
| _____/ | |

## ORDER ADMITTING ATTORNEY RICHINS *PRO HAC VICE*

**THIS MATTER** came before the court on the *Ex Parte* Motion to Appear *Pro Hac Vice* [ECF No. _____] concerning Cole Richins. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Cole Richins ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Truist Bank ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

admitting Visiting Attorney *pro hac vice*. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>Peter H. Levitt
>Shutts & Bowen LLP
>200 South Biscayne Blvd., Ste. 4100,
>Miami, FL 33131
>Telephone: (305) 415-9447
>Facsimile: (305) 415-9847
>E-mail: plevitt@shutts.com

Local Attorney Peter H. Levitt shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Peter H. Levitt
Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131
Telephone: (305) 415-9447
Facsimile: (305) 415-9847
E-mail: PLevitt@shutts.com
*Local Counsel for Truist Bank*


[Attorney Peter H. Levitt shall serve a copy of this order on all required parties and shall file a certificate of service thereof.]