**Declaration of Proposed Visiting Attorney**

I, Cole Richins, am a member in good standing of the bar of North Carolina. I am a member in good standing of the bar of the United States District Court for the Western, Middle, and Eastern Districts of North Carolina, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Truist Bank ("Client"). I designate Peter H. Levitt and Harris J. Koroglu of Shutts & Bowen LLP ("Local Counsel"), who are each qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2022

/s/ Cole Richins
Cole Richins
Moore & Van Allen PLLC
100 North Tryon Street, Suite 47
Charlotte, North Carolina 28202-4003
Telephone: 704.331.1132
Facsimile: 704.409.5671
E-mail: colerichins@mvalaw.com
N.C. State Bar No. 44744