

ORDERED in the Southern District of Florida on October 11, 2022.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Joint Administration Pending) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR AUTHORIZATION TO
FILE CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

     **THIS MATTER** having come before the Court upon the *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. 8] (the "Motion") filed by the above-captioned debtors-in-possession (collectively, the "Debtors"). The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11583137-1

Motion, filed on an *ex parte* basis, seeks entry of an order authorizing the Debtors to file a consolidated Case Management Summary.² The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

    **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The Debtors are authorized to file a consolidated Case Management Summary, with the reservation of the right of the United States Trustee to request that the Debtors each prepare and file a separate Case Management Summary should the United States Trustee deem it necessary.

    3.    The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

#  #  #

---

² Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

11583137-1

<u>Submitted by</u>:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*