# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Joint Administration Pending) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that PepsiCo, Inc. together with its affiliates and subsidiaries ("PepsiCo") hereby appears by its counsel, Joseph D. Frank, Jeremy C. Kleinman and FrankGecker LLP; such counsel hereby enter their appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G-H
Chicago, Illinois  60607
Telephone:  (312) 276-1400
Facsimile:   (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{PBG/001/00063633.DOC/}

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of PepsiCo: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over PepsiCo; or (v) of any other rights, claims, actions, setoffs, or recoupments to which PepsiCo may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments PepsiCo expressly reserves.

Dated: October 11, 2022

Respectfully submitted,

PEPSICO, INC. TOGETHER WITH ITS AFFILIATES AND SUBSIDIARIES

By: ___/s/ *Joseph D. Frank*___
      One of its attorneys

Joseph D. Frank (IL Bar No. 6216085)
Jeremy C. Kleinman (IL Bar No. 6270080)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G-H
Chicago, Illinois  60607
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035

{PBG/001/00063633.DOC/}                                    - 2 -

jfrank@fgllp.com
jkleinman@fgllp.com

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on **October 11, 2022**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed and served through CM/ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

By:   */s/ Joseph D. Frank*