**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **VITAL PHARMACEUTICALS, INC.,** et al., | **Case No. 22-17842-PDR** |
| | **(Jointly Administered)** |
| Debtors._____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF PAPERS AND ELECTRONIC NOTIFICATION**

**PLEASE TAKE NOTICE** that Paul J. Battista, Esq. and Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. (the "GJB Law Firm") hereby enter their appearance as counsel on behalf of Jack H. Owoc, a party-in-interest and sole shareholder of the above-captioned Debtors. In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

Paul J. Battista, Esq.
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, Suite 4400
Miami, Florida 33131-2118

Telephone: 305.349.2300
Fax: 305.349.2310

Email: pbattista@gjblaw.com
Email: gmoses@gjblaw.com

Dated this **11th** day of October, 2022.

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Jack H. Owoc*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By: /s/ *Paul J. Battista*
      Paul J. Battista, Esq.
      Florida Bar No. 884162
      pbattista@gjblaw.com
      Glenn D. Moses, Esq.
      Florida Bar No. 174556
      gmoses@gjblaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties-in-interest registered to receive electronic notice via CM/ECF Notification on this **11th** day of October, 2022.

By:/s/ *Paul J. Batista, Esq.*