**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                   CASE NO.: 22-17842 PDR
                                                                          Chapter 11
VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS AND DOCUMENTS**

Please take notice that the undersigned appears for **Creditor, CAROLINA CANNERS, INC.** Request is hereby made, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF or U.S. mail to the parties below this 12th day of October, 2022.

                                                          KELLEY, FULTON, KAPLAN & ELLER, P.L.
                                                          Attorneys for Creditor
                                                          1665 Palm Beach Lakes Blvd.
                                                          The Forum - Suite 1000
                                                          West Palm Beach, Florida 33401
                                                          Tel: (561) 491-1200
                                                          Fax: (561) 684-3773

bankruptcy@kelleylawoffice.com

By: __/s/ Craig I. Kelley_____
    Craig I. Kelley, Esquire
    FL Bar No. 782203
    Dana Kaplan, Esquire
    FL Bar No. 44315
    Craig Eller, Esquire
    FL Bar No. 767816

**Mailing Information for Case 22-17842-PDR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **Paul J. Battista**   pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- **Joseph D Frank**   jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Peter H Levitt**   plevitt@shutts-law.com, sboisvert@shutts.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    **Yelizaveta L Burton**
    1271 Avenue of the Americas
    New York, NY 10020

    **George A Davis**
    1271 Avenue of the Americas
    New York, NY 10020

    **John C Didonato**
    550 W Van Buren St
    Chicago, IL 60607

    **Stephen E. Gruendel**
    100 N. Tryon St. Suite 4700
    Charlotte,, NC 28202

**Tianjiao Li**
1271 Avenue of the Americas
New York, NY 10020

**Luis M Lluberas**
100 North Tryson St # 47
Charlotte, NC 28202-4003

**John Whitney McVay Morley**
330 North Wabash Avenue #2800
Chicago, IL 60611

**Elizabeth A Morris**
1271 Avenue of the Americas
New York, NY 10020

**Homer Parkhill**
1251 Avenue of the Americas
New York, NY 10020

**Amy C Quartarolo**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

**Cole Richins**
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

**Brian S Rosen**
1271 Avenue of the Americas
New York, NY 10020