**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et. al. | Case No. 22-17842-BKC-PDR |
| | (Jointly Administered) |
| Debtors. _____/ | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, PETER H. LEVITT of the law firm of SHUTTS & BOWEN LLP, hereby enters his appearance as counsel of record for Truist Bank. and respectfully requests that all pleadings, orders, notices, and other court papers in this action be served on him at the below email address.

> /s/ *Peter H. Levitt*
> Peter H. Levitt, Esq.
> Fla. Bar No. 650978
> SHUTTS & BOWEN LLP
> 200 S. Biscayne Boulevard, Suite 4100
> Miami, Florida 33131
> Tel.: (305) 358-6300
> Fax: (305) 415-9847
> ***plevitt@shutts.com***
>
> COUNSEL FOR TRUIST BANK

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on October 12, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> /s/ *Peter H. Levitt*
> Peter H. Levitt