**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC.<br>Debtors. | Case No: 22-17842-PDR<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND**
**PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002 AND 9010(B)**

**PLEASE TAKE NOTICE** that Dilworth Paxson LLP hereby enters its appearance on behalf of Crown Cork & Seal USA, Inc. ("Crown"), a creditor and party-in-interest in the above-captioned bankruptcy case pursuant to section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and request that they be added to the service list in this matter so that they receive copies of all notices and pleadings filed herein or in any related proceedings including notices pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or any other means. All such notices and pleadings should be sent to:

> Anne M. Aaronson, Esquire
> **DILWORTH PAXSON LLP**
> A Pennsylvania Limited Liability Partnership
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102
> (215) 575-7000 – Telephone
> (215) 575-7200 – Facsimile
> aaaronson@dilworthlaw.com

122957939-1

**PLEASE TAKE FURTHER NOTICE** that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, Crown is not waiving and hereby expressly preserves its right to: (i) have final orders in non-core matters entered only after de novo review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

**CERTIFICATION:** I hereby certify that the undersigned attorney will request *pro hac vice* in this matter pursuant to Local Rule 2090-1.

Submitted by:

Dated: October 12, 2022

/s/ Anne M. Aaronson
Anne M. Aaronson, Esquire
**DILWORTH PAXSON LLP**
A Pennsylvania Limited Liability Partnership
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
aaaronson@dilworthlaw.com

*Counsel for Crown Cork & Seal USA, Inc.*