# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC.<br>                              Debtors. | Case No: 22-17842-PDR<br><br>Chapter 11 |

## **CERTIFICATE OF SERVICE**

    I, Anne M. Aaronson, Esquire, do hereby certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002 AND 9010(B) and Certificate of Service was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record.

| | |
|---|---|
| Dated: October 12, 2022 | /s/ Anne M. Aaronson<br>Anne M. Aaronson, Esquire<br>**DILWORTH PAXSON LLP**<br>A Pennsylvania Limited Liability Partnership<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>aaaronson@dilworthlaw.com<br><br>*Counsel for Crown Cork & Seal USA, Inc.* |

122957939-1