UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale)

---------------------------------------------------------X
In Re:                                                                      Chapter 11

                                                                                  Case No. 22-17842-PDR
**VITAL PHARMACEUTICALS, INC.,**


                            Debtor.
---------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that Mitsubishi HC Capital America, Inc. ("MHCA"), appears in the above-captioned case by its counsel, Kye Law Group, P.C. Such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address indicated:

Matthew F. Kye, Esq.
Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747

PLEASE TAKE FURTHER NOTICE that MHCA does not intend that this Notice of Appearance and Request for Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled,

in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments MHCA expressly reserves.

Dated: Melville, New York
October 12, 2022

**KYE LAW GROUP, P.C.**
Mitsubishi HC Capital America, Inc.

By: /s/ Matthew F. Kye
Matthew F. Kye, Esq.
201 Old Country Road, Suite 120
Melville, NY 11747
Telephone: (631) 816-8200