**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On October 10, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Ex Parte Motion for Joint Administration** (Docket No. 7)

- **Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary** (Docket No. 8)

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors** (Docket No. 9)

- **Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim** (Docket No. 10)

- **Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof** (Docket No. 11)

- **Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 12)

- **Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 13)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts, With Shippers and Warehousemen** (Docket No. 14)

- **Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief** (Docket No. 15)

- **Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations** (Docket No. 16)

- **Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 17)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 18)

- **Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date** (Docket No. 19)

- **Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date** (Docket No. 20)

- **Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 21)

- **Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 22)

- **Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date** (Docket No. 23)

- **Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief** (Docket No. 24)

- **Declaration of Homer Parkhtul in Support of DIP Financing** (Docket No. 25)

- **Declaration of John C. Didonato in Support of Chapter 11 Petitions and First Day Pleadings** (Docket No. 26)

Furthermore, on October 10, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 12)

Furthermore, on October 10, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 13)

Furthermore, on October 10, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 17)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 18)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Ex Parte Motion for Joint Administration** (Docket No. 7)

- **Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary** (Docket No. 8)

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors** (Docket No. 9)

- **Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim** (Docket No. 10)

- **Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof** (Docket No. 11)

- **Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 12)

- **Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 13)

- **Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts, With Shippers and Warehousemen** (Docket No. 14)

- **Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief** (Docket No. 15)

- **Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations** (Docket No. 16)

- **Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 17)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 18)

- **Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date** (Docket No. 19)

- **Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date** (Docket No. 20)

- **Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 21)

- **Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 22)

- **Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date** (Docket No. 23)

- **Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief** (Docket No. 24)

- **Declaration of Homer Parkhtul in Support of DIP Financing** (Docket No. 25)

- **Declaration of John C. Didonato in Support of Chapter 11 Petitions and First Day Pleadings** (Docket No. 26)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Order Granting Debtors' Ex Parte Motion for Joint Administration** (Docket No. 43)

- **Notice of Hearing re: Motion to File Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors (Expedited Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (9)** (Docket No. 47)

- **Notice of Hearing re: Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (10)** (Docket No. 48)

- **Notice of Hearing re: Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (11)** (Docket No. 49)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and to Honor and Continue Paying Foreign Vendors in The Ordinary Course of Business (Emergency Hearing Requested), in the Amount of Not More than $3,000,000.00. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (12)** (Docket No. 50)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Claims of Critical Vendors (Emergency Hearing Requested), in the Amount of $14,892,981.78. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (13)** (Docket No. 51)

- **Notice of Hearing re: Emergency Motion for Payment of Certain Prepetition Claims of and to Honor Certain Contracts With Shippers and Warehousemen (Emergency Hearing Requested), in the Amount of $5,940,559.81. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (14)** (Docket No. 52)

- **Notice of Hearing re: Emergency Motion (A) Authorizing, But Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (15)** (Docket No. 53)

- **Notice of Hearing re: Motion to Pay Pre-Petition Sales Taxes , Use, Trust Fund, Property, and Other Taxes and Similar Obligations (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (16)** (Docket No. 54)

- **Notice of Hearing re: Motion for Pre-Petition Wages Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (17)** (Docket No. 55)

- **Notice of Hearing re: Motion for Maintenance of Existing Bank Accounts, to (I) Maintain Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) to Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and Granting Related Relief (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (18)** (Docket No. 56)

- **Notice of Hearing re: Application to Employ Huron Consulting Services LLC as to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date (Expedited Hearing Requested) [Affidavit Attached]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(19)** (Docket No. 59)

- **Notice of Hearing re: Emergency Application to Employ Stretto, Inc. as Notice, Claims and Solicitation Agent, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(20)** (Docket No. 62)

- **Notice of Hearing re: Emergency Application to Employ Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors−In−Possession, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(21)** (Docket No. 65)

- **Notice of Hearing re: Emergency Application to Employ Latham & Watkins LLP as Co−Counsel for Debtors−In−Possession, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(22)** (Docket No. 68)

- **Notice of Hearing re: Application to Employ Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date (Expedited Hearing Requested) [Affidavit Attached]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(23)** (Docket No. 71)

- **Order Granting Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary** (Docket No. 72)

- **Notice of Hearing re: Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing , in Addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection , in Addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief (Emergency Hearing Requested) [Fee Amount $188]** Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) **(24)** (Docket No. 73)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof** (Docket No. 11)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (11)** (Docket No. 49)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 12)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and To Honor and Continue Paying Foreign Vendors in The Ordinary Course of Business (Emergency Hearing Requested), in the Amount of Not More than $3,000,000.00. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (12)** (Docket No. 50)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 13)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Claims of Critical Vendors (Emergency Hearing Requested), in the Amount of $14,892,981.78. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (13)** (Docket No. 51)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit J**:

- **Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 13)

- **Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts, With Shippers and Warehousemen** (Docket No. 14)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Claims of Critical Vendors (Emergency Hearing Requested), in the Amount of $14,892,981.78. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (13)** (Docket No. 51)

- **Notice of Hearing re: Emergency Motion for Payment of Certain Prepetition Claims of and to Honor Certain Contracts With Shippers and Warehousemen (Emergency Hearing Requested), in the Amount of $5,940,559.81. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (14)** (Docket No. 52)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit K**:

- **Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations** (Docket No. 16)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Motion to Pay Pre-Petition Sales Taxes, Use, Trust Fund, Property, and Other Taxes and Similar Obligations (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (16)** (Docket No. 54)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit L**:

- **Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 17)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Motion for Pre-Petition Wages Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (17)** (Docket No. 55)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit M**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 17)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 18)

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Notice of Hearing re: Motion for Pre-Petition Wages Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (17)** (Docket No. 55)

- **Notice of Hearing re: Motion for Maintenance of Existing Bank Accounts, to (I) Maintain Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) to Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and Granting Related Relief (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (18)** (Docket No. 56)

Furthermore, on October 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit N**:

- **Amended Consolidated Chapter 11 Case Management Summary** (Docket No. 42)

- **Order Granting Debtors' Ex Parte Motion for Joint Administration** (Docket No. 43)

- **Notice of Hearing re: Motion to File Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors (Expedited Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (9)** (Docket No. 47)

- **Notice of Hearing re: Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (10)** (Docket No. 48)

- **Notice of Hearing re: Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (11)** (Docket No. 49)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and To Honor And Continue Paying Foreign Vendors In The Ordinary Course of Business (Emergency Hearing Requested), in the Amount of Not More than $3,000,000.00. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (12)** (Docket No. 50)

- **Notice of Hearing re: Emergency Motion for Payment of Prepetition Claims of Critical Vendors (Emergency Hearing Requested), in the Amount of $14,892,981.78. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (13)** (Docket No. 51)
- **Notice of Hearing re: Emergency Motion for Payment of Certain Prepetition Claims of and to Honor Certain Contracts With Shippers and Warehousemen (Emergency Hearing Requested), in the Amount of $5,940,559.81. Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (14)** (Docket No. 52)

- **Notice of Hearing re: Emergency Motion (A) Authorizing, But Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (15)** (Docket No. 53)

- **Notice of Hearing re: Motion to Pay Pre-Petition Sales Taxes, Use, Trust Fund, Property, and Other Taxes and Similar Obligations (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (16)** (Docket No. 54)

- **Notice of Hearing re: Motion for Pre-Petition Wages Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (17)** (Docket No. 55)

- **Notice of Hearing re: Motion for Maintenance of Existing Bank Accounts, to (I) Maintain Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) to Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and Granting Related Relief (Emergency Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (18)** (Docket No. 56)

- **Notice of Hearing re: Application to Employ Huron Consulting Services LLC as to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date (Expedited Hearing Requested) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (19)** (Docket No. 59)

- **Notice of Hearing re: Emergency Application to Employ Stretto, Inc. as Notice, Claims and Solicitation Agent, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (20)** (Docket No. 62)

- **Notice of Hearing re: Emergency Application to Employ Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors−In−Possession, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (21)** (Docket No. 65)

- **Notice of Hearing re: Emergency Application to Employ Latham & Watkins LLP as Co−Counsel for Debtors−In−Possession, Effective as of the Petition Date (Emergency Hearing Requested) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (22)** (Docket No. 68)

- **Notice of Hearing re: Application to Employ Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date (Expedited Hearing Requested) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (23)** (Docket No. 71)

- **Order Granting Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary** (Docket No. 72)

- **Notice of Hearing re: Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing , in Addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection , in Addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief (Emergency Hearing Requested) [Fee Amount $188] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (24)** (Docket No. 73)

Dated: October 12, 2022

_/s/ Serina Tran_
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

# **Exhibit A**



# Exhibit A

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | | christine.horn@crowncork.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America Inc | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman | rjhoffman@bclplaw.com |
| Doehler USA, Inc. | Attn: Paul Graham | | paul.graham@doehler.com |
| Graphic Packaging International | Attn:  Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn:  Preciado, Elizabeth | | epreciado@gwiusa.com<br>sales@gwiusa.com |
| Inventus, LLC Legility | Attn: Jo Anna Williams | | joanna.williams@consilio.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Orange Bang, Inc. | c/o Knobbe, Martens, Olson & Bear, LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Pepsico | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| Premier Distributing Company | Attn: Julie Ryan | | julie.ryan@premierdistributing.com |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Speedway LLC | Attn: Chris Johnson | | cjohnson11@speedway.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| Varni Brothers Corporation | Attn: McClure, Laura | | lauram@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Webb & Gerritsen | | | olddutchmilw@aol.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**



**Exhibit B**

Served via Electronic Mail

| Name | Email |
|---|---|
| Fona International Canada ULC | sbidaisee@fona.com |
| Gehlen Schols Transport & Logistics B.V. | sales@gsl.nl |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Assemblers Inc. | | jquinette@assemblers.com |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | christine.horn@crowncork.com |
| Givaudan Flavors Corporation | | sophat.lort@givaudan.com |
| Graphic Packaging International | Attn: Kara D'Amato | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | epreciado@gwiusa.com sales@gwiusa.com |
| Refresco Beverage US Inc. COTT | Attn: Jason Bush | jason.bush@refresco.com |
| Varni Brothers Corporation | Attn: McClure, Laura | lauram@vbcbottling.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| HSBC Bank USA, National Association | Attn: Margaret M. Lopez | margaret.m.lopez@us.hsbc.com |
| PNC Bank, N.A | Attn: Christina Muniz | christina.muniz@pnc.com |
| The Huntington National Bank | Attn: Andy J. Arduini | andy.arduini@huntington.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit E**



**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| 7-Eleven Inc. | Attn: Legal Department | 3200 Hackberry Rd | | Irving | TX | 75063-0131 |
| AK Office of the Attorney General | Attn: Legal Department | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 |
| AL Office of the Attorney General | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 |
| Americredit Financial Services Inc | Attn: Legal Department | 801 Cherry St. #3500 | | Fort Worth | TX | 76102 |
| Americredit Financial Services Inc. | Attn: Legal Department | PO Box 78143 | | Phoenix | AZ | 85062-8143 |
| AR Office of the Attorney General | Attn: Legal Department | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Ardagh Metal Beverage USA Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave Suite 175 | | Chicago | IL | 60631-3515 |
| AZ Office of the Attorney General | Attn: Legal Department | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Ball Metal Beverage Container Corp | Attn: Legal Department | 10 Longs Peak Dr | | Broomfield | CO | 80021 |
| Belvac Production Machinery Inc. | Attn: Legal Department | 237 Graves Mill Rd | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | Attn: Legal Department | 5655 Paysphere Cir | | Chicago | IL | 60674 |
| BFG Corporation | Attn: Legal Department | 7211 N. McKinley Road | | Lake Forest | IL | 60045 |
| Broward County Florida | Records Taxes & Treasury Division | 115 S Andrews Ave Suite A100 | Attn: Andrew Meyers & Scott Andron | Ft. Lauderdale | FL | 33301-1895 |
| CA Office of the Attorney General | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Canon Financial Services Inc. | Attn: Legal Department | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 |
| Centurylink Communications LLC | Level 3 Communications CenturyLink | 100 Centurylink Dr | | Monroe | LA | 71203 |
| CO Office of the Attorney General | Attn: Legal Department | 1300 Broadway, 10th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 |
| Crown Cork & Seal USA Inc | Attn: Christine J. Horn | 770 Township Line Rd | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | Attn: Legal Department | 2971 Center Port Circle | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | Attn: Legal Department | PO Box 641173 | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease LLC | Attn: Legal Department | 48 Pine Road | | Brentwood | NH | 03833 |
| CT Office of the Attorney General | Attn: Legal Department | 55 Elm St | | Hartford | CT | 06106 |
| Dairy Farmers of America Inc | c/o Bryan Cave Leighton Paisner LLP | 1200 Main Street, Suite 3800 | Attn: Robert J. Hoffman | Kansas City | MO | 64105 |
| DeLage Landen Financial Services | Attn: Legal Department | PO Box 41602 | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix Inc. | Attn: Leslie Maish | 314 W Michigan St | | Indianapolis | IN | 46202-3204 |
| Doehler USA Inc. | Attn: Paul Graham | 400 High Point Rd SE Suite 100 | | Cartersville | GA | 30120-6610 |
| FL Office of the Attorney General | State of Florida | The Capitol Pl 01 | | Tallahassee | FL | 32399 |
| Florida Department of Revenue | Attn: Legal Department | PO Box 6668 | | Tallahassee | FL | 32314 |
| Florida Office of the Attorney General | Attn: Legal Department | The Capitol Pl-01 | | Tallahassee | FL | 32399-1050 |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | Geneva | IL | 60134 |
| GA Office of the Attorney General | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Service Corp | Attn: Legal Department | PO Box 660831 | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Attn: Preciado Elizabeth | PO Box 102922 | | Pasadena | CA | 91189-2922 |
| HI Dept of the Attorney General | Attn: Legal Department | 425 Queen Street | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | Attn: Legal Department | 21925 Network Place | | Chicago | IL | 60673-1219 |
| ID Office of the Attorney General | Attn: Legal Department | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| IL Office of the Attorney General | Attn: Legal Department | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Attn: Legal Department | 302 W Washington St 5th Fl | Indiana Government Center South | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | Ogden | UT | 84409 |
| Inventus LLC Legility | Attn: Jo Anna Williams | PO Box 130114 | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | Attn: Legal Department | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 |
| KS Office of the Attorney General | Attn: Legal Department | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| KY Office of the Attorney General | Attn: Legal Department | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| LA Office of the Attorney General | Attn: Legal Department | 1885 N. Third St | | Baton Rouge | LA | 70802 |
| MA Office of the Attorney General | Attn: Legal Department | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 |
| MD Office of the Attorney General | Attn: Legal Department | 200 St. Paul Pl | | Baltimore | MD | 21202 |
| ME Office of the Attorney General | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 |
| MI Depart of the Attorney General | Attn: Legal Department | 525 W Ottawa St | G. Mennen Williams Building, 7th Fl | Lansing | MI | 48933 |
| Missouri Attorney General's Office | Attn: Legal Department | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 |
| MN Office of the Attorney General | Attn: Legal Department | 445 Minnesota St Suite 1400 | | St. Paul | MN | 55101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | 523 W 6th St, Ste 400 | Attn: John C Hueston | Los Angeles | CA | 90014 |
| MS Office of the Attorney General | Attn: Legal Department | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| MT Office of the Attorney General | Attn: Legal Department | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| NC Attorney General's Office | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 |
| ND Office of the Attorney General | Attn: Legal Department | 600 E Blvd Ave Dept 125 | State Capitol | Bismarck | ND | 58505 |
| NE Office of the Attorney General | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough | Attn: Legal Department | 1320 Main St Fl 17 | | Columbia | SC | 29201-3268 |
| NH Office of the Attorney General | Attn: Legal Department | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 |
| NJ Office of the Attorney General | Attn: Legal Department | 25 Market St 8th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 |
| NM Office of the Attorney General | Attn: Legal Department | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| NV Office of the Attorney General | Attn: Legal Department | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 |
| NY Office of the Attorney General | Attn: Legal Department | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General DC | Attn: Legal Department | 441 4th St NW Suite 1100 | | Washington | DC | 20001 |
| Ohio Attorney General's Office | Attn: Legal Department | 30 E Broad St 14th Fl | State Office Tower | Columbus | OH | 43215 |
| OK Office of the Attorney General | Attn: Legal Department | 313 NE 21St St | | Oklahoma City | OK | 73105 |
| Orange Bang Inc. | c/o Knobbe Martens Olson & Bear | 2040 Main St, 14th Fl | Attn: Steven J Nataupsky | Irvine | CA | 92614 |
| Oregon Department of Justice | Attn: Legal Department | 1162 Court St NE | | Salem | OR | 97301 |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 |
| Pepsico | Attn: Eric Hansen | 15 Melanie Ln | | East Hanover | NJ | 07936 |
| PepsiCo Inc. | c/o FrankGecker LLP | 1327 W Washington Blvd Suite 5G-H | Attn Joseph Frank & Jeremy Kleinman | Chicago | IL | 60607 |
| Premier Distributing Company | Attn: Julie Ryan | 1017 Santa Fe | | Clovis | NM | 88101 |
| Priority-1 Inc | Attn: Legal Department | 1800 E Roosevelt Rd | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | Attn: Legal Department | 4705 S 129th East Ave | | Tulsa | OK | 74134-7005 |
| RI Office of the Attorney General | Attn: Legal Department | 150 S Main St | | Providence | RI | 02903 |
| SC Office of the Attorney General | Attn: Legal Department | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 |
| SD Office of the Attorney General | Attn: Legal Department | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 |
| SDFL Attorneys Office | Attn: Legal Department | 99 NE 4th St | | Miami | FL | 33128 |
| SDFL US Trustee | Attn: J. Steven Wilkes | 51 SW 1st Ave | | Miami | FL | 33130 |
| Securities & Exchange Commission | Attn: Regional Director | 200 Vesey St, Ste 400 | NY Regional Office Brookfield Pl | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | Atlanta | GA | 30326-1382 |
| Securities & Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 |
| Speedway LLC | Attn: Chris Johnson | PO Box 7600 | | Springfield | OH | 45501-7600 |
| Stellar Group Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| Target Corporation | Attn: Legal Department | PO Box 1455 | | Minneapolis | MN | 55440-1455 |
| TFG-Leasing Fund III LLC | Attn: Legal Department | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | 300 Delaware Avenue, Ste 1410 | Attn: Joseph S. Naylor | Wilmington | DI | 19801 |
| The Huntington National Bank | Attn: Legal Department | 7 Easton Oval | | Columbus | OH | 43219 |
| The Huntington National Bank | Attn: Legal Department | PO Box 9 | | Buffalo | NY | 14240 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| TN Office of the Attorney General | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 |
| Total Quality Logistics LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Attn: Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | Jacksonville | FL | 32202 |
| Truist Bank | Attn: Legal Department | 10500 Little Patuxent Pkwy | Ste 450 | Columbia | MD | 21046 |
| Truist Bank | c/o Moore & Van Allen | Steve Gruendel & Luis Lluberas | 100 N Tryon St | Charlotte | NC | 28202-4003 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | Atlanta | GA | 30308 |
| TX Office of the Attorney General | Attn: Legal Department | 300 W. 15Th St | | Austin | TX | 78701 |
| U.S. Bank Equipment Finance | Attn: Legal Department | 1310 Madrid Street | | Marshall | MN | 56258 |
| US Attorney's Office DE | Attn: David C. Weiss | 1313 N. Market Street, Suite 400 | Hercules Building | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | Attn: Legal Department | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| VA Office of the Attorney General | Attn: Legal Department | 202 N. Ninth St. | | Richmond | VA | 23219 |
| Varni Brothers Corporation | Attn: McClure Laura | 400 Hosmer Ave | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | Attn: Legal Department | 109 State St. | | Montpelier | VT | 05609 |
| WA Office of the Attorney General | Attn: Legal Department | 1125 Washington St SE | | Olympia | WA | 98501 |
| Webb & Gerritsen | Attn: Legal Department | 1308 Poplar Dr | | Waukesha | WI | 53188 |
| Webbank | Attn: Legal Department | 6440 S. Wasatch Blvd. | Suite 300 | Salt Lake City | UT | 84121 |
| Wild Flavors Inc. | Attn: Mike Schneider | 1261 Pacific Ave | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | Attn: Legal Department | 114 E State Capitol | | Madison | WI | 53702 |
| WV Office of the Attorney General | Attn: Legal Department | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| WY Office of the Attorney General | Attn: Legal Department | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| XPO Global Forwarding Inc | Attn: Legal Department | 13777 Ballantyne Corporate Place | Suite 400 | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3

# <u>Exhibit F</u>



**Exhibit F**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American International Group Inc | Attn: Legal Department | 1271 Ave of the Americas | Fl 37 | New York | NY | 10020-1304 | |
| Arch Specialty Insurance Company | Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Aspen Specialty Insurance Company | Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| AXIS Surplus Insurance Company | Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Colony Insurance Company | Attn: Legal Department | 8720 Stony Point Pkwy | Ste 400 | Richmond | VA | 23235 | |
| Colony Insurance Company | Attn: Legal Department | PO Box 85122 | | Richmond | VA | 23285 | |
| Federal Insurance Company (Chubb) | Chubb Group of Insurance Companies | Capital Center, 251 N Illinois | Ste 1100 | Indianapolis | IN | 46204-1927 | |
| Federal Insurance Company (Chubb) | Chubb Group of Insurance Companies | 3000 Bayport Dr | Ste 700 | Tampa | FL | 33607-8410 | |
| Federal Insurance Company (Chubb) | Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 | |
| First Insurance Funding | Attn: Legal Department | 450 Skokie Blvd | Ste 1000 | Northbrook | IL | 60062 | |
| GeoVera Specialty Insurance Company | Attn: Legal Department | 1455 Oliver Rd | | Fairfield | CA | 94534 | |
| Great Northern Insurance Company | Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 | |
| Hallmark Insurance Company | Attn: Legal Department | 5420 Lyndon B Johnson Fwy | Ste 1100 | Dallas | TX | 75240-2345 | |
| HDI Global Specialty SE | Attn: Legal Department | Podbielskistrasse 396 | | Hannover | | 30659 | Germany |
| Indian Harbor Insurance Company | Attn: Legal Department | 70 Seaview Avenue | | Stamford | CT | 06902 | |
| Landmark American Insurance Company | Attn: Legal Department | 945 East Paces Ferry Road | Ste 1800 | Atlanta | GA | 30326 | |
| Lexington Insurance Company | Peachtree Special Risk Brokers LLC | 3525 Piedmont Rd NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Lloyd's of London | Attn: Legal Department | 450 Skokie Blvd | Ste 1000 | Northbrook | IL | 60062-7917 | |
| Lloyd's of London | Falvey Cargo Underwriting | 66 Whitecap Dr | | North Kingstown | RI | 02852 | |
| Lloyd's of London | Attn: Legal Department | One Lime St | | London | | EC3M 7HA | United Kingdom |
| Mt. Hawley Insurance Company | Attn: Legal Department | 9025 N Lindbergh Dr | | Peoria | IL | 61615 | |
| National Fire Marine Insurance Co | Attn: Legal Department | 1314 Douglas Street | Ste 1400 | Omaha | NE | 68102 | |
| Navigators Specialty Insurance Co | Attn: Legal Department | One Penn Plaza | 50th Floor | New York | NY | 10119 | |
| Old Republic Insurance Company | Attn: Legal Department | 631 Excel Dr | Ste 200 | Mt. Pleasant | PA | 15666 | |
| QBE Insurance Corporation | Attn: Legal Department | One QBE Way | | Sun Prairie | WI | 53596 | |
| Spinnaker Specialty Insurance Co | Attn: Legal Department | 1 Pluckemin Way | Ste 102 | Bedminster | NJ | 07921 | |
| StarStone National Insurance Co | Peachtree Special Risk Brokers LLC | 3525 Piedmont Rd NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Steadfast Insurance Company | Attn: Legal Department | 1299 Zurich Way | | Schaumburg | IL | 60196 | |
| Transverse Specialty Insurance Co | Attn: Legal Department | 15 Independence Blvd | Ste 430 | Warren | NJ | 07059 | |
| Travelers Property Casualty Co US | Attn: Legal Department | One Tower Square | | Hartford | CT | 06183 | |
| United Specialty Insurance Company | Attn: Legal Department | PO Box 24622 | | Fort Worth | TX | 76124 | |
| United Specialty Insurance Company | Attn: Legal Department | 1900 L. Don Dodson | | Bedford | TX | 76021 | |
| Wright National Flood Insurance Co | Attn: Legal Department | PO Box 33003 | | St Petersburg | FL | 33733-8003 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit G



**Exhibit G**
Served via Overnight Mail

| Name | Attention | Address | City | State | Zip | Country |
|------|-----------|---------|------|-------|-----|---------|
| ADM Wild Europe GmbH & Co. KG | Attn: Legal Department | Am Schlangengraben 3-5 | Berlin | | 13597 | Germany |
| Alliance IntraPak Inc | Attn: Legal Department | 2200 Transcanadienne | Pointe-Claire | QC | H9R 1B1 | Canada |
| CHEP Canada Inc | Attn: Legal Department | 7400 E Danbro Cres | Mississuaga | ON | L5N 8C6 | Canada |
| De WERK Plaats Sittard b.v. | Attn: Legal Department | Rijksweg Zuid 27 | Sittard | | 6131 AL | Netherlands |
| Dieck & Co. Erfrischunsgetranke OHG | Attn: Legal Department | Porschestraße 4 | Hückelhoven | | 41836 | Germany |
| DIS BV | Attn: Legal Department | Gasthousgraff 9 | Sittard | | 6136 NLKS | Netherlands |
| Dohler Dahlenburg G.m.b.H | Attn: Legal Department | Gartenstrasse 13 | Dahlenburg | | 21368 | Germany |
| Dongguan POP Display & Packing Co. | Attn: Legal Department | #15 Ronghua Road | Dongguan | | | China |
| Efl Global Logistics Canada Ltd | Attn: Legal Department | 40 King St W, Suite 5800 | Toronto | ON | M5H 4A9 | Canada |
| Ewals Cargo Care B.V. | Attn: Legal Department | Ariensstraat 61-63 | Tegelen | | 5931 HM | The Netherlands |
| Fona International Canada ULC | Attn: Legal Department | 2447 Anson Dr, Unit #2 | Mississauga | ON | L5S 1G1 | Canada |
| Gehlen Schols Transport Logistic BV | Attn: Legal Department | PO Box 29 | Kerkrade | | 6460 AA | The Netherlands |
| Harboe Group | Attn: Legal Department | Darguner Brauerei Gmbh | Dargun | | 17159 | Germany |
| Kerry Ingredient Flavour Italia Spa | Attn: Legal Department | Via Capitani di Mozzo 12/16 | Mozzo | BG | 24030 | Italy |
| Kian Joo Canpack Sdn Bhd | Attn: Legal Department | 107 Jalan Permata | Kawasan Industri Arab | | 1 71800 | Malaysia |
| Konings Drinks BV | Attn: Legal Department | Teteringsedsk 227 | Breda | | 4817 ME | The Netherlands |
| Krynica Vitamin Spolka Akcyjna | Attn: Legal Department | Matyldy St 35 | Warsaw | | 03-606 | Poland |
| Mitchel Lincoln Packaging Ltd | Attn: Legal Department | 3737 Thimens Blvd | Montreal | QC | H4R 1V1 | Canada |
| Oettinger Brauerei GmbH | Attn: Legal Department | Friedrich-Seele-Straße 13 | Braunschweig | | 38122 | Germany |
| Prinova Solutions Europe Limited | Attn: Legal Department | Priory Park Mills Rd | Aylesford | | ME20 7PP | United Kingdom |
| Refresco Benelux B.V. | Attn: Legal Department | Orange Nasaulan 44 | Maarheeze | | 6026 PX | The Netherlands |
| Refresco Canada Inc | Attn: Legal Department | 6525 Viscount Rd | Mississauga | ON | L4V 1H6 | Canada |
| Refresco Iberia | Attn: Legal Department | Carretera KM 2069 N-332 | Olivia | | 46780 | Spain |
| Simon Pure Marketing Inc. | Attn: Legal Department | 89 Mortimer Ave | Toronto | ON | M4K 2A2 | Canada |
| Takasago Europe G.m.b.H | Attn: Legal Department | Industriestrasse 40 | Zulpich | | 53909 | Germany |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit H



**Exhibit H**
Served via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| American International Foods | Attn: Legal Department | 8066 Fulton St E | Ada | MI | 49301 |
| Assemblers Inc. | Attn: Legal Department | 2850 W Columbus Ave | Chicago | IL | 60652-1620 |
| CHEP USA | Attn: Legal Department | 5897 Windward Pkwy | Alpharetta | GA | 30005-2044 |
| CKS Packaging Inc. | Attn: Legal Department | 7400 South Orange Ave | Orlando | FL | 32809 |
| Crown Cork & Seal USA Inc | Attn: Christine J. Horn | 770 Township Line Rd | Yardley | PA | 19067-4219 |
| Fona International Inc. | Attn: Michelle Stehouwer | 1900 Averill Rd | Geneva | IL | 60134 |
| Givaudan Flavors Corporation | Attn: Legal Department | 1199 Edison Dr | Cincinnati | OH | 45216-2265 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | Atlanta | GA | 30384-4170 |
| Green Wave Ingredients (GWI) | Attn: Preciado Elizabeth | PO Box 102922 | Pasadena | CA | 91189-2922 |
| Krones Inc. | Attn: Legal Department | 29065 Network Pl | Chicago | IL | 60673-1290 |
| Prinova US LLC | Attn: Legal Department | 36780 Eagle Way | Chicago | IL | 60678-1367 |
| Refresco Beverage US Inc. COTT | Attn: Jason Bush | 8112 Woodland Center Blvd | Tampa | FL | 33614-2403 |
| Reliant Gases Ltd | Attn: Legal Department | PO Box 671243 | Dallas | TX | 75267-1243 |
| Reliant Gases Ltd. | Reliant - Dept 0954 | 1501 N Plano Rd | Richardson | TX | 75081 |
| Shanghai Freeman Americas LLC | Attn: Legal Department | 2035 NJ-27, #3005 | Edison | NJ | 08817 |
| Varni Brothers Corporation | Attn: McClure Laura | 400 Hosmer Ave | Modesto | CA | 95351-3920 |
| Wild Flavors Inc. | Attn: Legal Department | 75 Remittance Dr | Chicago | IL | 60675-1046 |
| Zion Packaging | Attn: Legal Department | 575 Alcoa Cir Suite B | Corona | CA | 92878-9203 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **<u>Exhibit I</u>**



**Exhibit I**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Assemblers Inc. | | jquinette@assemblers.com |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | christine.horn@crowncork.com |
| Givaudan Flavors Corporation | | sophat.lort@givaudan.com |
| Graphic Packaging International | Attn: Kara D'Amato | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | epreciado@gwiusa.com sales@gwiusa.com |
| Refresco Beverage US Inc. COTT | Attn: Jason Bush | jason.bush@refresco.com info@refresco.com |
| Varni Brothers Corporation | Attn: McClure, Laura | lauram@vbcbottling.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit J



# Exhibit J
Served via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Direct Connect Logistix Inc | Attn: Legal Department | 314 W Michigan St | Indianapolis | IN | 46202-3204 |
| England Logistics Inc | Attn: Legal Department | 4701 W 2100 S | Salt Lake City | UT | 84120-1223 |
| Glen Raven Logistics | Attn: Legal Department | 1831 N Park Ave | Burlington | NC | 27217-1137 |
| Priority 1 Inc. | Attn: Legal Department | 1800 E Roosevelt Rd | Little Rock | AR | 72206-2516 |
| XPO Global Forwarding Inc. | Attn: Legal Department | 27839 Network Pl | Chicago | IL | 60673-1278 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit K**



**Exhibit K**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 91 Express Lanes | Attn: Legal Department | PO Box 68039 | | Anaheim | CA | 92817 | |
| Alabama Department of Revenue | Attn: Legal Department | PO Box 327320 | | Montgomery | AL | 36132-7320 | |
| Arizona Department of Revenue | Attn: Legal Department | PO Box 29085 | | Phoenix | AZ | 85038-9085 | |
| Broward County Florida | Records Taxes & Treasury Division | 115 S Andrews Ave Suite A100 | Attn: Andrew Meyers & Scott Andron | Ft. Lauderdale | FL | 33301-1895 | |
| CA Dept of Tax And Fee Admin | Attn: Legal Department | PO Box 942879 | | Sacramento | CA | 94279-8062 | |
| CT State Department of Revenue | Attn: Legal Department | PO Box 5030 | | Hartford | CT | 06102-5030 | |
| E-Pass Orlando | Attn: Legal Department | PO Box 720218 | | Orlando | FL | 32872 | |
| Florida Depatment of Revenue | Attn: Legal Department | 5050 W Tennessee St | | Tallahassee | FL | 32399-0120 | |
| Georgia Department of Revenue | Attn: Legal Department | PO Box 740317 | | Atlanta | GA | 30374 | |
| Idaho State Tax Commission | Attn: Legal Department | 11321 W Chinden Blvd | | Boise | ID | 83722-2303 | |
| Il Tollway | Attn: Legal Department | PO Box 5544 | | Chicago | IL | 60680-5544 | |
| Iowa Department of Revenue | Attn: Legal Department | PO Box 10330 | | Des Moines | IA | 50306-0330 | |
| Kentucky Department of Revenue | Attn: Legal Department | 501 High St | | Frankfort | KY | 40619-0006 | |
| Maine Revenue Services | Attn: Legal Department | PO Box 1065 | | Augusta | ME | 04332-1065 | |
| Maricopa County Treasurer | Attn: Legal Department | PO Box 52133 | | Phoenix | AZ | 85072-2133 | |
| Minnesota Department of Revenue | Attn: Legal Department | PO Box 64622 | | St. Paul | MN | 55164-0622 | |
| NC Department of Revenue | Attn: Legal Department | PO Box 25000 | | Raleigh | NC | 27640-0700 | |
| Nevada Department of Taxation | Attn: Legal Department | PO Box 51107 | | Los Angeles | CA | 90051-5407 | |
| NJ DORES | Attn: Legal Department | PO Box 281 | | Trenton | NJ | 08695-0281 | |
| NY Dept of Taxation And Finance | Attn: Legal Department | PO Box 15168 | | Albany | NY | 12212-5168 | |
| Ohio Deparment of Taxation | Attn: Legal Department | PO Box 530 | | Columbus | OH | 43216-0530 | |
| Sunpass Operations | Attn: Legal Department | PO Box 447 | | Ocoee | FL | 34761 | |
| TCA Fastrak Tolls | Attn: Legal Department | PO Box 57011 | | Irvine | CA | 92619-7011 | |
| TX Comptroller of Public Accounts | Attn: Legal Department | 12345 N Lamar Blvd | Suite 175 | Austin | TX | 78753 | |
| US Patent Trademark | Attn: Legal Department | 600 Dulany St | | Alexandria | VA | 22314 | |
| Virginia Department of Taxation | VA Tax Office of Customer Services | PO Box 1115 | | Richmond | VA | 23218-1115 | |
| WA State Department of Revenue | Attn: Legal Department | PO Box 47464 | | Olympia | WA | 98504-7464 | |
| West Virginia State Tax Department | Attn: Legal Department | PO Box 11425 | | Charleston | WV | 25339 | |
| Wisconsin Department of Revenue | Attn: Legal Department | PO Box 930208 | | Milwaukee | WI | 53293 | |
| World Intellectual Property Org | Attn: Legal Department | 34 Chemin | | Des Colombettes | | 1211 | Switzerland |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit L**



**Exhibit L**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ADP | Attn: Legal Department | One ADP Blvd | | Roseland | NJ | 07068 |
| Federal Insurance Company | Chubb Group of Insurance Companies | 3000 Bayport Dr | Ste 700 | Tampa | FL | 33607-8410 |
| Federal Insurance Company | Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 |
| Federal Insurance Company | Chubb Group of Insurance Companies | Capital Center, 251 N Illinois | Ste 1100 | Indianapolis | IN | 46204-1927 |
| MetLife | Attn: Legal Department | PO Box 804466 | | Kansas City | MO | 64180-4466 |
| United Healthcare | Attn: Legal Department | 3100 SW 145th Ave | 2nd Floor | Miramar | FL | 33027 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# Exhibit M

 STRETTO

**Exhibit M**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Bank of America N.A | Attn: Legal Department | 100 N Tyron St | | Charlotte | NC | 28255 |
| Citizens Bank N.A. | Attn: Legal Department | PO Box 42001 | | Providence | RI | 02940-2001 |
| HSBC Bank USA National Association | Attn: Legal Department | PO Box 1558 | EA1W37 | Columbus | OH | 4316-1558 |
| PayPal | Attn: Legal Department | 2211 1st St | | San Jose | CA | 95131 |
| PNC Bank N.A | Attn: Legal Department | One Financial Pkwy | Locator Z1-Yb42-03-1 | Kalamazoo | MI | 49009 |
| The Huntington National Bank | Attn: Legal Department | PO Box 9 | | Buffalo | NY | 14240 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit N



**Exhibit N**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | | christine.horn@crowncork.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America Inc | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman | rjhoffman@bclplaw.com |
| Doehler USA, Inc. | Attn: Paul Graham | | paul.graham@doehler.com |
| Graphic Packaging International | Attn: Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | | epreciado@gwiusa.com<br>sales@gwiusa.com |
| Inventus, LLC Legility | Attn: Jo Anna Williams | | joanna.williams@consilio.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Orange Bang, Inc. | c/o Knobbe, Martens, Olson & Bear, LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Pepsico | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Premier Distributing Company | Attn: Julie Ryan | | julie.ryan@premierdistributing.com |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Speedway LLC | Attn: Chris Johnson | | cjohnson11@speedway.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| Varni Brothers Corporation | Attn: McClure, Laura | | lauram@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Webb & Gerritsen | | | olddutchmilw@aol.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1