**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et. al. | Case No. 22-17842-BKC-PDR |
| | (Jointly Administered) |
| Debtors. _____/ | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b) and Fed.R.Bankr.P. 2002 and 9010(b), creditor **TRUIST BANK** hereby appears and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

**Harris J. Koroglu, Esq.**
**Shutts & Bowen LLP**
**200 South Biscayne Boulevard**
**Suite 4100**
**Miami FL  33131**
**Telephone: 305-358-6300**
**Email:  hkoroglu@shutts.com**

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affect or seek to affect the above-captioned case.

Dated: October 13, 2022

Respectfully submitted,

**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Phone: 305-358-6300
Email: hkoroglu@shutts.com
*Attorneys for Truist Bank*

/s/ *Harris J. Koroglu*
Harris J. Koroglu, Esq.
Florida Bar No. 32597

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on October 13, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Harris J. Koroglu*
Harris J. Koroglu