**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                       Case: 22-17842-PDR
                                                                                             CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

Debtor
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Creditor, Monster Energy Company, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Eyal Berger, Esq.
> AKERMAN LLP
> 201 Las Olas Boulevard, Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone (954) 463-2700
> Facsimile (954) 463-2224
> Email: eyal.berger@akerman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the estate.

66824661;1

- 2 -

Dated: October 13, 2022					Respectfully submitted,

							By: /s/ *Eyal Berger, Esq.*
							Eyal Berger, Esq.
							Florida Bar No. 011069
							eyal.berger@akerman.com
							**AKERMAN LLP**
							201 East Las Olas Blvd., Suite 1800
							Fort Lauderdale, FL  33301-2999
							Tel: 954-463-2700
							Fax: 954-463-2224

							*Counsel for Creditor Monster Energy Company*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

							*/s/ Eyal Berger, Esq.*
							Eyal Berger, Esq.