**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                            Case: 22-17842-PDR
                                                                                                        CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

Debtor

_____/

### *EX-PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Michael I. Goldberg ("Movant"), of the law firm Akerman LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Robert J. Feinstein of the law firm Pachulski Stang Ziehl & Jones LLP ("Visiting Attorney"). Visiting Attorney is admitted to practice and currently in good standing in the State of New York, the United States District Court for the Southern, Eastern, Northern and Western District of New York, the United States District Court for the Eastern District of Michigan, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 3rd Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 6th Circuit and U.S. Supreme Court and is qualified to practice in this court, who proposes to act as counsel for Creditor, Monster Energy Company, in the case listed above and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of the Creditor.

1.      I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Creditor, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I

understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Creditor.

2. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Creditor in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Creditor. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

3. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Creditor and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Creditor. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Creditor in all such proceedings.

4. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Creditor and indicating Movant as local counsel for the Creditor, and for such other and further relief as may be just.

Dated: October 13, 2022

                                      Respectfully Submitted,

                                      **AKERMAN LLP**
                                      201 East Las Olas Blvd., Suite 1800
                                      Fort Lauderdale, Florida 33301
                                      Telephone:  (954) 463-2700
                                      Facsimile:   (954) 463-2224

                                      By: /s/ *Michael I. Goldberg*
                                      Michael I. Goldberg, Esq.
                                      Florida Bar No. 886602
                                      michael.goldberg@akerman.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who receive notice by electronic mail through the Court's CM/ECF system on October 13, 2022.

                                      By: /s/ *Michael I. Goldberg*
                                            Michael I. Goldberg, Esq.

**Affidavit of Proposed Visiting Attorney**

I, Robert J. Feinstein, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the State of New York, the United States District Court for the Southern, Eastern, Northern and Western District of New York, the United States District Court for the Eastern District of Michigan, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 3rd Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 6th Circuit and U.S. Supreme Court, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Creditor, Monster Energy Company. I designate Michael I. Goldberg ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Creditor. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Creditor, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 13, 2022                     /s/ Robert J. Feinstein, Esq.
                                            Robert J. Feinstein (NY Bar ID 1767805)
                                            Pachulski Stang Ziehl & Jones LLP
                                            780 Third Avenue, 34th Floor
                                            New York, NY 10017-2024
                                            Phone: (917) 533-1996
                                            rfeinstein@pszjlaw.com