UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                  Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,        Case No.: 22-17842-PDR

    Debtors.                                                                (Jointly Administered)
_____/

## NOTICE OF AGENDA FOR OCTOBER 13, 2022 FIRST DAY HEARINGS

## I. Retention Applications

    A.    Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of **Latham & Watkins LLP** as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date [ECF No. 22]

    B.    Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of Jordi Guso and the Law Firm of **Berger Singerman LLP** as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date [ECF No. 21]

    C.    Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain **Stretto, Inc**., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date [ECF No. 20]

    D.    Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, **Huron Consulting Services LLC**, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date [ECF No. 19]

    E.    Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327 and 328(a) Authorizing the Employment and Retention of **Rothschild & Co US Inc.** as Investment Bankers for the Debtors, Effective as of the Petition Date [ECF No. 23]

## II. First Day Motions

    A.    Debtors' Emergency Motion for Entry of Interim and Final Orders (I) **Approving Postpetition Financing**, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [ECF No. 24]

1

B. Debtors' Emergency Motion For Entry of an Order (A) Authorizing the Debtors to Continue to (I) **Maintain Their Cash Management System**, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief [ECF No. 18]

C. Debtors' Emergency Motion for Approval of Form of **Notice of Commencement and Proof of Claim** [ECF No. 10]

D. Chapter 11 Cases: **Consolidated** List of Creditors Who Have the **30 Largest** Unsecured Claims and Are Not Insiders [ECF No. 2]

E. Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain **Prepetition Employee Obligations** and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers [ECF No. 17]

F. Debtors' Emergency Motion for Authorization to (I) Continue to **Administer Insurance Policies and Related Agreements**; and (II) Honor Certain Obligations In Respect Thereof [ECF No. 11]

G. Debtors' Emergency Motion for Order Authorizing Debtors to Pay **Prepetition Sales, Use, Trust Fund, Property, and Other Taxes** and Similar Obligations [ECF No. 16]

H. Debtors' Emergency Motion for an Order Authorizing Payment of **Prepetition Claims of Critical Vendors** [ECF No. 13]

I. Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, But Not Directing, the Debtors to (I) **Maintain and Administer Customer Programs**, and (II) to Honor or Pay Certain Prepetition Obligations to their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief [ECF No. 15]

J. Debtors' Emergency Motion for (A) the Authority to Pay **Prepetition Obligations Owing to Foreign Vendors,** Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business [ECF No. 12]

K. Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts With, **Shippers and Warehousemen** [ECF No. 14]