UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,     Case No. 22-17842-PDR

    Debtors.                                                  (Jointly Administered)
_____/

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**:

[  ] Plaintiff          [  ] Defendant          [ **X** ] Debtors          [  ] Other

**Date of Hearing/Trial:** Thursday, October 13, 2022, at 2:30 p.m.
**Type of Hearing/Trial:** First Day Hearings

**SUBMITTED BY:**  Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Washington, DC 20004
Tel. (202) 637-2200
andrew.sorkin@lw.com

– and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Declaration of John C. DiDonato in Support of First Day Pleadings [ECF No. 26] filed on October 10, 2022 | | | |
| 2 | Declaration of Homer Parkhill in Support of DIP Financing [ECF No. 25] filed on October 10, 2022 | | | |
| 3 | Declaration of Sheryl Betance in Support of Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition [Exhibit B to ECF No. 20] filed on October 10, 2022 | | | |

10215503-1

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 4 | List of Foreign Vendor Claims [Exhibit A to ECF No. 12] filed on October 10, 2022 | | | |
| 5 | <u>Revised</u> List of Critical Vendor Claims [Exhibit A to ECF No. 13] | | | |

10215503-1