## EXHIBIT "A"
### (List of Foreign Claims)

| Name and Address of Foreign Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Foreign Vendor |
|---|---|---|
| Fona International Inc.<br>2447 Anson Drive, Unit # 2<br>Mississauga ON L5S 1G1 Canada | Flavoring supplier – also services the US via US locations | $ 91,778.00 |
| Kerry Ingredients & Flavours<br>Via Capitani di Mozzo 12/16, 24030 Mozzo BG, Italy | Flavoring supplier – also services the US via US locations | $ 4,500.00 |
| DIS BV.<br>Gasthousgraff 9, 6136<br>NL KS Sittard Netherlands | Beverage distributor used in Europe | $ 105,719.00 |
| De WERKPlaats Sittard B.V..<br>Rijksweg Zuid 27, 6131 AL Sittard, Netherlands | Office rental space supporting the European team | $ 1,630.00 |
| Ewals Cargo Care B.V.<br>Ariensstraat 61-63<br>5931 HM<br>The Netherlands | Large freight company Debtors work with in Europe | $ 22,298.00 |
| Gehlen Schols Transport & Logistics B.V<br>P.O. Box 29<br>6460 AA Kerkrade, The Netherlands | Freight provider in the Netherlands – significant volume for Debtors | $ 159,970.00 |
| Prinova Solutions Europe Limited<br>Priory Park, Mills Road / Aylesford<br>ME20 7PP<br>United Kingdom | Supplier of amino acids and caffeine to international locations | $ 104,828.00 |
| Dongguan POP Display & Packing Co.<br>#15 Ronghua Road<br>Dongguan, China | Supplier of merchandising displays and packaging (POS displays) | $ 32,340.00 |
| Refresco Iberia<br>Carretera, KM 206.9 N-332<br>46780<br>Olivia, Spain | Supplier of production services – co-packer in Spain for the region | $ 93,966.00 |

11671860-6

| Name and Address of Foreign Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Foreign Vendor |
|---|---|---|
| Refresco Canada Inc. 6525 Viscount Road Mississauga ON L4V 1H6 Canada | Supplier of production services – co-packer in Canada for the entire country | $ 9,756.00 |
| Refresco Benelux B.V. Orange Nasaulan 44 6026 PX Maarheeze The Netherlands | Supplier of production services – co-packer in the Netherlands for the region | $ 181,994.00 |
| Harboe Group Darguner Brauerei Gmbh 17159 Dargun Germany | Co-packer for the European region | $ 1,757.00 |
| Dieck & Co. Erfrischunsgetranke OHG Porchestr 4, Huckelhoven 41836 GERMANY | Former co-packer for the European region – no longer doing business with them | $ 36,913.00 |
| KRYNICA VITAMIN SPÓŁKA AKCYJNA Matyldy St 35 Warsaw, 03-606 Poland | Co-packer for the European region | $ 308,722.00 |
| Dohler Dahlenburg G.m.b.H Gartenstrasse 13 21368 Dahlenburg, Germany | International division of Doehler - supplier of proprietary blend used in Bang ingredients | $ 6,216.00 |
| Oettinger Brauerei G.m.b.H Friedrich-Seele-Straße 13 38122 Braunschweig, Germany | Distributor in Germany that works directly with Andrew Blakely (Sales) | $ 5,614.00 |
| Alliance IntraPak Inc. 2200 Transcanadienne Pointe-Claire, Qubec H9R 1B1, Canada | Packaging solutions provider located in Canada for Canadian business | $ 17,089.00 |
| Takasago Europe G.m.b.H Industriestrasse 40, 53909 Zulpich, Germany | Flavoring supplier | $ 4,852.00 |

11671860-6

| Name and Address of Foreign Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Foreign Vendor |
|---|---|---|
| ADM Wild Europe G.m.b.H & Co. KG<br>Am Schlangengraben 3-5 13597 Berlin Germany | Flavoring supplier – also services the US via US locations. | $ 135,132.00 |
| EFL Global Logistics Canada LTD<br>40 King St W<br>Suite 5800<br>Toronto, ON M5H4A9 | Third-Party Shipper and Logistics Company | $ 23,094.00 |
| CHEP Canada Inc.<br>7400 E Danbro Cres<br>Mississuaga, ON L5N 8C6, Canada | Pallet company supplying CHEP pallets | $ 494.00 |
| Konings Drinks BV<br>Teteringsedsk 227<br>ME Breda, Netherlands | Supplier of production services – co-packer for the European region | $ 716,046.00 |
| Kian Joo Canpack Sdn Bhd<br>107 Jalan Permata<br>1 71800 Kawasan Industri Arab Malaysia | International supplier of cans | $ 223,428.00 |
| Fona International Canada ULC<br>2447 Anson Dr<br>Mississauga, ON L5S 1G1 Canada | Flavoring supplier – also services the US via US locations. | $ 1,446.00 |
| Mitchel Lincoln Packaging Ltd<br>3737 Thimens Blvd<br>Montreal, QC H4R 1V1 Canada | Canadian manufacturer of shippers – merchandising / POS | $ 32,299.00 |
| Simon Pure Marketing Inc.<br>89 Mortimer Ave<br>Toronto, ON M4K 2A2 Canada | Canadian sampling company that assists the region with marketing | $ 25,392.00 |
| **TOTAL** | | $ 2,347,273.00 |

11671860-6