## EXHIBIT "A"
### (List of Critical Vendor Claims)

|   | Name and Address of Critical Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Critical Vendor |
|---|---|---|---|
| 1. | [redacted] | Vendor is presently the exclusive North American supplier of cans and can ends for all of the Debtors' products. Due to market constraints, relationship issues and other challenges this Vendor is the Debtors only supply option for cans. | $5,280,746.00 |
| 2. | [redacted] | Vendor is a supplier of required packaging materials for the custom manufacturing facility built in Phoenix, AZ that are equipped to only work with this Vendor's products. | $2,399,443.00 |
| 3. | [redacted] | Vendor is the sole supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $1,377,375.55 |
| 4. | [redacted] | Vendor is the exclusive co-packer utilized by the Debtors for all of its <u>east coast</u> domestic production as well as all Canadian production. Due to the production facility in Phoenix, AZ being offline, Vendor assists in maintaining competitive pricing and continued production. It would take more than 60-days for the Debtors to switch to another co-packer causing a disruption in the operations of the business while jeopardizing quality. | $440,797.73 |
| 5. | [redacted] | Vendor is the exclusivesupplier of certain ingredients and flavors for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $951,223.56 |
| 6. | [redacted] | Vendor is an exclusive supplier of certain ingredients for the Debtors products. Shifting | $793,146.72 |

11582758-8

| | Name and Address of Critical Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Critical Vendor |
|---|---|---|---|
| | ███ | to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | |
| 7. | ███ | Vendor is the exclusive co-packer utilized by the Debtors for all of its <u>west coast</u> domestic production as well as all Canadian production. Due to the production facility in Phoenix, AZ being offline, Vendor assists in maintaining competitive pricing and continued production. It would take more than 60-days for the Debtors to switch to another co-packer causing a disruption in the operations of the business while jeopardizing quality. | $1,035,169.04 |
| 8. | ███ | Vendor is the supplier of parts for the custom equipment installed in the Phoenix production plants. Due to the custom nature of the equipment engineered and installed within the manufacturing process and the Vendor has no other option to replace the custom parts. | $403,747.57 |
| 9. | ███ | Vendor is an exclusive supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $170,446.60 |
| 10. | ███ | Vendor is an exclusive supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $73,227.22 |
| 11. | ███ | Vendor is the exclusive supplier of packaging material in an area that has geographic constraints around sourcing other re-packers for the area covered by this Vendor. | $220,096.42 |

| | Name and Address of Critical Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Critical Vendor |
|---|---|---|---|
| 12. | [redacted] | Vendor is the primary supplier of packaging and pallet services, as required by the majority of the Debtor's key customers. | $391,926.42 |
| 13. | [redacted] | Vendor is an exclusive supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $40,419.93 |
| 14. | [redacted] | Vendor is the exclusive supplier of packaging material to satisfy the Debtors' re-sleeving requirements in the Southwest Region of the United States. Securing a new vendor would increase costs to the Debtor and could take 60-90 days to procure. | $25,473.36 |
| 15. | [redacted] | Vendor has a long relationship with the Debtor and is an exclusive supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $610,256.40 |
| 16. | [redacted] | Vendor has a long relationship with the Debtor and is an exclusive supplier of certain ingredients for the Debtors products. Shifting to another vendor would be very challenging as it would require the Debtors' research and development team to start over with a new vendor which could take 60-90 days and cause a disruption in production. | $46,562.98 |
| 17. | [redacted] | Vendor is a sole source vendor that provides all of the Debtor's 2.5 oz and 8 oz bottles. Due to market constraints, relationship issues and other challenges this Vendor is the Debtors only supply option. The transition time required to change this Vendor is estimated to be 4-6 months and the process would be detrimental to operations. | $282,923.28 |

|  | Name and Address of Critical Vendor | Description of Services Provided | Estimated Prepetition Amount Owing to Critical Vendor |
|---|---|---|---|
| 18. | ███ | These Vendors are an essential component of the Debtors' promotional, endorsement, advertising, and marketing efforts on social media. They provide value—including reputational and goodwill value that are difficult to measure monetarily—based on their own individualities, own talents, own follower communities, and own audience demographics. These Critical Vendors cannot be readily replaced with a new set of random vendors with separate and distinct individualities, talents, follower communities, and audience demographics. | $350,000.00 |
|  | **TOTAL** |  | $14,892,981.78 |