UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                          CASE NO: 22-17842-PDR
                                                                                CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Creditor, Monster Energy Company, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Andrea S. Hartley, Esq.
> Akerman LLP
> Three Brickell City Centre
> 98 Southeast Seventh Street
> Suite 1100
> Miami, FL 33131
> E-Mail: andrea.hartley@akerman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the estate.

66847141;1

- 2 -

Dated: October 13, 2022

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL  33131
Telephone:  (305) 374-5600
Facsimile:   (305) 374-5095

By:  */s/ Andrea S. Hartley*
       Andrea S. Hartley, Esq.
       Florida Bar No.: 864234
       Email:  andrea.hartley@akerman.com

*Counsel for Creditor Monster Energy Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By:  */s/ Andrea S. Hartley*
       Andrea S. Hartley, Esq.