UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC.,
                                                                Case No.: 22-17842-PDR
Debtor.
                                                                (Jointly Administered)
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Aaron L. Hammer, Esq. and Nathan E. Delman, Esq. and the law firm of Horwood Marcus & Berk Chartered ("HMB") hereby enter their appearances as counsel on behalf of **Marc Kesten**, Creditor. In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel. In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

**HORWOOD MARCUS & BERK CHARTERED**
Aaron L. Hammer
Nathan E. Delman
500 W. Madison St., Ste. 3700
Chicago, IL 60661
Telephone: 312-606-3200
Fax: 312-606-3232
Email: ahammer@hmblaw.com
Email: ndelman@hmblaw.com
Secondary email: ecfnotices@hmblaw.com

Dated: October 13, 2022                              Respectfully submitted,

                                                     MARC KESTEN

1

By: /s/ Aaron L. Hammer
Aaron L. Hammer, Esq. (IL#6243069)
ahammer@hmblaw.com
Nathan E. Delman, Esq. (IL#6296205)
ndelman@hmblaw.com
HORWOOD MARCUS & BERK CHARTERED
500 W. Madison, Ste. 3700
Chicago, IL 60661
Telephone: (312) 606-3200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served upon all parties-in-interest registered to receive electronic notice via CM/ECF Notification on October 13, 2022.

 /s/ Aaron L. Hammer
Aaron L. Hammer, Esq.