UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                             Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                                       Chapter 11

    Debtor.
_____/

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, **Laurence M. Frazen**, am a member in good standing of the bar of the State of Missouri and the State of Illinois. I am a member in good standing of the bar of the United States District Court for the Eastern and Western District of Missouri, and the District of Kansas, but I am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of **Dairy Farmers of America, Inc.** ("Client"). I designate **Ezequiel J. Romero, Esq.** ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

      I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 13, 2022

                                      Respectfully submitted,

                                      /s/ Laurence M. Frazen
                                    Laurence M. Frazen, Esq.
                                    Missouri Bar No. 31309
                                    Bryan Cave Leighton Paisner, LLP
                                    One Kansas City Place
                                    1200 Main Street, Suite 3800
                                    Kansas City, Missouri 64105-2122
                                    E-mail: lmfrazen@bclplaw.com
                                    Tel: (816) 374-3252
                                    *Counsel for Dairy Farmers of America, Inc.*