UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                    Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that **Dairy Farmers of America, Inc.** appears by its counsel Ezequiel J. Romero, Laurence M. Frazen, and William J. Easley, and Bryan Cave Leighton Paisner, LLP; such counsel hereby enter their appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and e-mail addresses:

**Ezequiel J. Romero, Esq.**
Bryan Cave Leighton Paisner LLP
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131
E-mail: romeroe@bclplaw.com
Tel: (786) 322-7399

**Laurence M. Frazen, Esq.**
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122
E-mail: lmfrazen@bclplaw.com
Tel: (816) 374-3252

**William J. Easley, Esq.**
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122
E-mail: will.easley@bclplaw.com
Tel: (816) 374-3221

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Dairy Farmers of America, Inc.: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Dairy Farmers of America, Inc.; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Dairy Farmers of America, Inc. may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Dairy Farmers of America, Inc. expressly reserves.

Dated: October 13, 2022

Respectfully submitted,

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.
Florida Bar No. 107216
romeroe@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (786) 322-7500

/s/ Laurence M. Frazen
Laurence M. Frazen, Esq.
Missouri Bar No. 31309
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122
E-mail: lmfrazen@bclplaw.com
Tel: (816) 374-3252
*Pro Hac Vice Admission Pending*

/s/ William J. Easley
William J. Easley, Esq.
Missouri Bar No. 70041
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105-2122
E-mail: will.easley@bclplaw.com
Tel: (816) 374-3221
*Pro Hac Vice Admission Pending*
*Counsels for Dairy Farmers of America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on October 13, 2022 to all parties and counsel registered with the Court's CM/ECF filing system.

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.