**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

VITAL PHARMACEUTICALS, INC., et.al.

    Debtors.

_____/

Chapter 11 Cases

Case No. 22-17842-BKC-PDR

(Jointly Administered)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. §1109(b) and Fed.R.Bankr.P. 2002 and 9010(b), creditor The Hamilton Group (Delaware), Inc. hereby appears and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

ULLMAN & ULLMAN, P.A.
Michael W. Ullman
Jared A. Ullman
*Counsel for The Hamilton Group (Delaware), Inc.*
2500 North Military Trail, Suite 100
Boca Raton, Florida 33431
Telephone: (561) 338-3535
Facsimile: (561) 338-3581
E-mail: michael.ullman@uulaw.net
jared.ullman@uulaw.net
alexandra.wagener@uulaw.net
laura.lytle@uulaw.net

This request encompasses all notices, copies and pleading referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affect or seek to affect the above-captioned case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served electronically to all interested parties via the Court CM/ECF System, this 14th day of October, 2022.

    Respectfully submitted,

    ULLMAN & ULLMAN, P.A.
*Counsel for The Hamilton Group (Delaware), Inc.*
2500 North Military Trail, Suite 100
Boca Raton, Florida 33431
Telephone: (561) 338-3535
Fax: (561) 338-3581

By: */s/ Michael W. Ullman*
    MICHAEL W. ULLMAN
    Florida Bar No. 259667
    Email: michael.ullman@uulaw.net
    JARED A. ULLMAN
    Florida Bar No. 90500
    Email: jared.ullman@uulaw.net