

**ORDERED in the Southern District of Florida on October 14, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR (A) THE AUTHORITY TO PAY PREPETITION OBLIGATIONS OWING TO FOREIGN VENDORS, SERVICE PROVIDERS AND GOVERNMENTS AND (B) TO HONOR AND CONTINUE PAYING FOREIGN VENDORS IN THE ORDINARY COURSE OF BUSINESS**

**THIS MATTER** having come before the Court for a hearing on October 13, 2022, at 2:30 a.m. in Fort Lauderdale, Florida upon the *Debtors' Emergency Motion For (A) The Authority To Pay Prepetition Obligations Owing To Foreign Vendors, Service Providers And Governments And*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*(B) To Honor And Continue Paying Foreign Vendors In The Ordinary Course Of Business* (the "Motion") [ECF No. 12],[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditor; (v) proper and adequate notice of the Motion and the hearing thereon has been given under the circumstances and no other or further notice is necessary; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is

    **ORDERED** as follows:

    1.      The Motion is **GRANTED**.

    2.      The Debtors are hereby authorized, but not required, to pay or honor prepetition obligations to Foreign Entities identified in **Exhibit "A"** to the Motion, including, among other groups (a) foreign vendors, (b) certain foreign professionals including, but not limited to, customs agents and brokers, freight forwarders, and quality control agents, and (c) foreign taxing authorities, all of which the Debtors reasonably believe will not concede to be subject to the jurisdiction of the Bankruptcy Court, a total of not more than $3,000,000.00.

    3.      The Debtors are authorized, but not directed, to continue funding the Foreign Entities and otherwise deal with those Foreign Entities in the ordinary course of business and in accordance with normal pre-petition procedures and agreements.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

4. The Debtors are hereby authorized to issue postpetition checks and to make postpetition fund transfer requests to replace any prepetition checks and prepetition transfers to Foreign Entities that may be dishonored by the banks.

5. Foreign banks with which the Debtors conduct business are expressly authorized to conduct their business with Debtors in the ordinary course, unaffected by the Debtors' bankruptcy.

6. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall constitute, nor is it intended to constitute, the assumption of any contract or agreement under 11 U.S.C. § 365.

7. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall create, nor is it intended to create, any rights in favor of, or enhance the status of any claim held by, any person.

8. Notwithstanding anything to the contrary contained herein, the terms and conditions of this Order, and authority granted to the Debtors herein, shall be subject in all respects to any requirements imposed upon the Debtors under any approved debtor-in-possession financing facility or order with respect thereto regarding the use of cash collateral, including, without limitation, any approved budget.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*