# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORTH LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VITAL PHARMACEUTICALS, INC., | ) | Case No. 22-17842-PDR |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANK. P. 2002

**PLEASE TAKE NOTICE** that CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC (collectively "Landlord"). RF hereby requests that the undersigned attorney be added to the official mailing matrix and service lists in these cases. Landlord requests, pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Landlord through service upon RF, at the addresses, emails, and/or facsimile numbers set forth below:

> **RAINES FELDMAN LLP**
> Hamid R. Rafatjoo (CA SBN 181564)
> 1800 Avenue of the Stars
> 12th Floor
> Los Angeles, CA 90067
> Telephone:     (310) 440-4100
> Facsimile:       (310) 691-1367
> hrafatjoo@raineslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply

1

papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Landlord's (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Sierra is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  October 14, 2022             Respectfully submitted,

                                            /s/ Hamid R. Rafatjoo
                                 Hamid R. Rafatjoo (CA SBN 181564)
                                 **RAINES FELDMAN LLP**
                                 1800 Avenue of the Stars
                                 12th Floor
                                 Los Angeles, CA 90067
                                 Telephone:  (310) 440-4100
                                 Facsimile:   (310) 691-1367
                                 hrafatjoo@raineslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORTH LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VITAL PHARMACEUTICALS, INC., | ) | Case No. 22-17842-PDR |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Hamid R. Rafatjoo, do hereby certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANK. P. 2002 and Certificate of Service was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record.

/s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo

3095094.1