

ORDERED in the Southern District of Florida on October 17, 2022.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case: 22-17842-PDR
                                                                                          CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

Debtor
_____/

### ORDER ADMITTING ATTORNEY ROBERT J. FEINSTEIN *PRO HAC VICE*

THIS MATTER came before the court on the *Ex Parte* Motion to Appear Pro Hac Vice [ECF NO. 84] concerning Robert J. Feinstein. The court having reviewed the motion and good cause appearing, it is

ORDERED that Robert J. Feinstein ("Visiting Attorney") may appear before this Court pro hac vice as counsel for Creditor, Monster Energy Company ("Creditor") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting

Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*. The following attorney ("Local Counsel") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Michael I. Goldberg, Esq.
> Akerman LLP
> 201 East Las Olas Boulevard, Suite 1800
> Fort Lauderdale, FL 3301
> Telephone: (954) 463-2700
> Facsimile: (954) 463-2224
> michael.goldberg@akerman.com

Local Counsel Michael I. Goldberg shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Creditor in all such proceedings.

###

Submitted by:

Michael I Goldberg, Esq.
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 3301
Telephone:  (954) 463-2700
Facsimile:   (954) 463-2224
 michael.goldberg@akerman.com

*Local Counsel for Monster Energy Company*

[Attorney Michael I. Goldberg shall serve a copy of this order on all required parties and shall file a certificate of service thereof.]