UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., et al.,

    Debtors.
_____/

Case No.: 22-17842-PDR

Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Frank P. Terzo, Esq. and the law firm of Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins") file their appearance in the above-captioned case on the firm's behalf, and request pursuant to Federal Rule of Bankruptcy Procedure 2002 that they be served with copies of all notices, pleadings, motions, orders and other documents filed in this case. All such documents should be served upon the undersigned counsel at the following addresses:

**Frank P. Terzo, Esq.**
**Nelson Mullins Riley & Scarborough, LLP**
**100 S.E. 3rd Avenue, Suite 2700**
**Fort Lauderdale, Florida 33394**

**Telephone: 954-764-7060**
**Fax: 954-761-8135**

**Email: Frank.Terzo@NelsonMullins.com**

Please take further notice that this entry of appearance does not constitute a consent by Nelson Mullins to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the

District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Nelson Mullins is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 17, 2022

**NELSON MULLINS**
One Financial Plaza
100 SE 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Phone: 954-764-7060
Fax: 954-761-8135

By: */s/ Frank P. Terzo*
    Frank P. Terzo
    Florida Bar No.: 906263
    Frank.Terzo@NelsonMullins.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court in this case on October 17, 2022.

*/s/ Frank P. Terzo*
Frank P. Terzo