**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **VITAL PHARMACEUTICALS, INC.,** *et al.*, | ) | **Case No.  22-17842-PDR** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance on behalf of **States Logistics Services, Inc.**, and requests that that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

Barbara L. Yong, Esq.
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 263-2300
Facsimile: (312) 263-0939
Email Address: blyong@gct.law

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

Dated:  October 17, 2022                    By:    /s/ *Barbara L. Yong*
                                                          Barbara L. Yong

Barbara L. Yong (ARDC #6184000)
Attorney for Creditor
Golan Christie Taglia LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602
blyong@gct.law

## CERTIFICATE OF SERVICE

I, Barbara L. Yong, an attorney, certify that I served a copy of this Notice of Appearance and Request for Notice on each entity shown on the attached list at the address shown and by the method indicated on the list on October 17, 2022

By: ___/s/ *Barbara L. Yong*_____
Barbara L. Yong

Barbara L. Yong (ARDC #6184000)
Attorney for Creditor
Golan Christie Taglia LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602
T: (312) 263-2300
F: (312) 263-0939
blyong@gct.law

## SERVICE LIST

Vital Pharmaceuticals, Inc.
c/o Jordi Guso, Esq.
1450 Brickell Ave #1900
Via CM/ECF

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602
Via First-Class Mail

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL33130
Via First Class-Mail