UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:                                                                    Case No. 22-17842-PDR
                                                                          Chapter 11
Vital Pharmaceuticals, Inc.

        Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES BY HOLLAND & KNIGHT LLP
FOR REFRESCO BEVERAGES US INC.**

      Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, W. Keith Fendrick of Holland & Knight LLP hereby files this Notice of Appearance on behalf of REFRESCO BEVERAGES US INC. in the above-styled proceeding.

      In addition, pursuant to Bankruptcy Rule 2002, REFRESCO BEVERAGES US INC. requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned law firm.

                                            __*/s/ W. Keith Fendrick*_____
                                            W. Keith Fendrick, Esq.
                                            FBN 612154
                                            Holland & Knight LLP
                                            100 North Tampa Street
                                            Suite 4100
                                            Tampa, FL   33602
                                            Tel:  (813) 227-8500
                                            Fax: (813) 229-0134
                                            keith.fendrick@hklaw.com

                                            *Attorneys for Refresco Beverages US Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Anne Aaronson**   aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **Paul J. Battista**   pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Joseph D Frank**   jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Michael I Goldberg**   michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**   ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**   andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Craig I Kelley**   craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**   scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**   hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Matthew F Kye**   mkye@kyelaw.com
- **Peter H Levitt**   plevitt@shutts-law.com, sboisvert@shutts.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Hamid R. Rafatjoo**   hrafatjoo+1@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**   arodz@shutts.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

I FURTHER CERTIFY that on October 18, 2022, I furnished a copy of the foregoing instrument via First Class U.S. Mail to the following:

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

                                         */s/ W. Keith Fendrick*
                                         Attorney