**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

*In re:*

VITAL PHARMACEUTICALS, INC.,　　　　　Case No.: 22-17842-PDR

　　　Debtor.　　　　　　　　　　/　　　Chapter 11

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that ROBERT P. CHARBONNEAU, a member of AGENTIS PLLC gives notice of his appearance as counsel for creditor, Stellar Group, Inc., in the above-styled case and requests, that all notices, pleadings, motions, orders and other documents filed in this proceeding, in order that the above-named creditors may appear and be heard on any issue as a party in interest, be served upon the undersigned. All such documents should be addressed as follows:

ROBERT P. CHARBONNEAU
AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T: 305.722.2002
E-Mail: rpc@agentislaw.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced jointly administered cases and the proceedings therein.

1



Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically, but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the foregoing creditors are or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on October 18, 2022.

> AGENTIS PLLC
> *Counsel for Stellar Group, Inc.*
> 55 Alhambra Plaza, Suite 800
> Coral Gables, Florida 33134
> T. 305.722.2002
> www.agentislaw.com
>
> By:   */s/ Robert P. Charbonneau*
>         Robert P. Charbonneau
>         Florida Bar No: 968234
>         rpc@agentislaw.com

2

