**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                                  Chapter 11

VITAL PHARMACEUTICALS, INC., et al.,                         Case No.  22-17842-PDR

     Debtors.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Eric S. Golden, Esq. of the law firm of Burr & Forman LLP, counsel for Americredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), in the above-captioned case, hereby requests that copies of all notices, pleadings, and papers in filed in this case be served upon the undersigned at the following address and telephone number:

Eric S. Golden, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida  32801
Phone:  (407) 540-6600
Fax: (407) 540-6601
E-mail: egolden@burr.com
Secondary Email: ccrumrine@burr.com
Secondary Email: mlucca-cruz@burr.com

**PLEASE TAKE FURTHER NOTICE** that GM Financial intends that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim, or suit shall waive any: (1) right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

49248504 v3

Dated this 19th day of October, 2022.

        /s/ Eric S. Golden
        Eric S. Golden
        Florida Bar No. 146846
        E-mail: egolden@burr.com
        BURR & FORMAN LLP
        200 S. Orange Avenue, Suite 800
        Orlando, Florida  32801
        Phone:  (407) 540-6600
        Facsimile: (407) 540-6601
        *Attorney for GM Financial*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2022, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients.

        /s/ Eric S. Golden
        Eric S. Golden