UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,

        Debtor.
_____/

Case No.  22-17842-PDR
Chapter 11

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE

Marc P. Barmat, Esq. and the law firm of FURR AND COHEN, P.A., appear as counsel in this bankruptcy proceeding for creditor, The American Bottling Company. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

> MARC P. BARMAT, ESQ.
> FURR AND COHEN, P.A.
> 2255 Glades Rd., Ste 419A
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile: (561) 338-7532
> E-mail: mbarmat@furrcohen.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this Chapter 11 proceeding be given to and served upon the undersigned at the address provided.

Remainder of Page Intentionally Left Blank

1

Dated this 19th day of October 2022.

                                            FURR AND COHEN, P.A.
                                            2255 Glades Road, Suite 419A
                                            Boca Raton, FL 33431
                                            (561) 395-0500/Fax: 561-338-7532

                                            By: /s/ Marc P. Barmat
                                                 MARC P. BARMAT
                                                 Florida Bar No. 0022365
                                                 Email: mbarmat@furrcohen.com

                                            *Attorneys for Creditor, The American*
                                            *Bottling Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case.

                                            By: */s/ Marc P. Barmat*
                                                 MARC P. BARMAT, ESQ.