UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                        Chapter 11

**VITAL PHARMACEUTICALS, INC.,** *et al.,*     Case No.: 22-17842-PDR

        Debtors.                                       (Joint Administration)
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that THOMAS L. ABRAMS, ESQ. of the Law Firm of GAMBERG & ABRAMS hereby file this Notice of Appearance as Co-Counsel for Movant, EASTGROUP PROPERTIES, L.P., and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 and 11 U.S.C. § 1109(b), hereby requests that all notices, pleadings, orders and other papers be served to the undersigned at the following address:

    Thomas L. Abrams, Esq.
    GAMBERG & ABRAMS
    633 S. Andrews Avenue, #500
    Fort Lauderdale, FL 33311
    Primary e-mail: tabrams@tabramslaw.com
    Secondary e-mail: fcolumbo@tabramslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via *United States first-class Mail and /or electronically as noted to all parties on the attached Service* List including but not limited to Debtors counsel Jordi Guso, Esq., jguso@bergersingerman.com, 1450 Brickell Ave .#1900, Miami, FL 33131, on this 19th day of October, 2022.

Dated: October  19, 2022

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for Movant,
    EastGroup Properties, L.P.
633 S. Andrews Avenue, #500
Fort Lauderdale, Florida 33301
Telephone:    (954) 523-0900
Facsimile:    (954) 915-9016
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

## SERVICE LIST

*Notice Service via CM/ECF electronic filing*

The following is the list of **parties** who are currently on the list to receive email notice/service via CM/ECF for this case:

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **Paul J. Battista**    pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Matthew F Kye**    mkye@kyelaw.com
- **Peter H Levitt**    plevitt@shutts-law.com, sboisvert@shutts.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Hamid R. Rafatjoo**    hrafatjoo+1@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**    arodz@shutts.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Frank Terzo**    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Michael W Ullman**    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

By:  /s/ Thomas L. Abrams, Esq.
        Thomas L. Abrams, Esquire