UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**DEBTORS' *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE (I) SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) NOTICE OF FILING PAYROLL AND SALES TAX REPORTS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, hereby move the Court, on an *ex parte* basis, for an extension of time, up through and including November 11, 2022, to file their (i) Schedules of Assets and Liabilities and Statement of Financial Affairs and (ii) Notice of Filing Payroll and Sales Tax Reports. In support of this Motion, the Debtors state:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are sections 105(a), 1107(a) and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11686408-2

**Background**

4. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code.

5. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. As of the date hereof, the United States Trustee has not appointed an official committee of unsecured creditors in the Debtors' cases. No trustee or examiner has been appointed.

7. On October 11, 2022, the Court entered an Order directing the joint administration of these chapter 11 cases under the lead case of *In re Vital Pharmaceuticals, Inc.,* Case No. 22-17842-PDR. *See* ECF No. 43.

8. For a detailed description of the Debtors, their assets, liabilities and operations, the Debtors respectfully refer the Court and parties-in-interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Motions* [ECF No. 26] (the "First Day Declaration") filed on the Petition Date.

**Relief Requested**

9. In accordance with Fed. R. Bankr. P. 1007(c), the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") are due to be filed with the Court within 14 days after the Petition Date. Accordingly, the deadline for the Debtors to file their Schedules is October 24, 2022.

10. In addition, pursuant to Local Rule 2081-1, the Debtors are required to file, within 14 days of the Petition Date, Local Form "Notice of Filing Payroll and Sales Tax Reports (the

2

"Payroll and Sales Tax Report"), certifying the amount of payroll and sales tax payments made and those that remain unpaid for the six months preceding the Petition Date.

11. The Debtors have assembled much of the information necessary to complete the Schedules and Payroll and Sales Tax Report, however, gathering this information is laborious and taking longer than expected.

12. The Debtors' first meeting of creditors under section 341 of the Bankruptcy Code is scheduled for November 18, 2022 at 9:30 a.m. By this Motion, the Debtors request an eighteen day extension of time, up through and including November 11, 2022, within which to file their Schedules and Payroll and Sales Tax Reports.

13. In accordance with Local Rule 9013-1(C)(2), an extension of time for the filing of schedules and statements may be granted on an *ex parte* basis where the requested deadline is not later than seven days before the § 341 meeting. Here, the Debtors request an extension of eighteen days, up through and including November 11, 2022, within which to file their Schedules, which is seven days prior to the § 341 meeting.

14. The Debtors submit that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.

15. The United States Trustee has no objection to the relief requested herein.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto and identified as **Exhibit "A"**: (a) granting this Motion; (b) extending the time within which the Debtors shall file their Schedules and Payroll and Sales Tax Reports, through and including November 11, 2022; and (c) granting such further relief which this Court deems just and proper.

3

11686408-2

| | |
|---|---|
| Dated:  October 19, 2022<br>         Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>        tj.li@lw.com<br>        brian.rosen@lw.com<br>        jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>        mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com
– and –
Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  jeramy.webb@lw.com
        whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

11686408-2

**Exhibit "A"**

**Proposed Order**

11686408-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR EXTENSION OF TIME TO FILE (I) SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) NOTICE OF FILING PAYROLL AND SALES TAX REPORTS**

THIS MATTER came before the Court, without a hearing, upon the *Debtors' Ex Parte Motion for Extension of Time to File (I) Schedules and Statements of Financial Affairs, and (II) Notice of Filing Payroll and Sales Tax Reports* [ECF No. ___] (the "Motion"), seeking an extension of time, up through and including November 11, 2022, for the Debtors to file their

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

10166590-3

Schedules[2] and Payroll and Sales Tax Reports. The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors shall have an extension of time, up through and including November 11, 2022, within which to file their Schedules and Payroll and Sales Tax Reports.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

10166590-3

2