**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,

         Debtor.
_____/

Case No.  22-17842-PDR
Chapter 11

## *EX - PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Marc Barmat, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Matthew G. Bouslog ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the State of California; the United States District Courts for the Central, Northern, and Southern Districts of California, the Western District of North Carolina, and the Southern District of New York; and the United States Bankruptcy Courts for the Central, Northern, and Southern Districts of California, the Western District of North Carolina, the Eastern and Southern Districts of New York, and the Western and Northern Districts of Texas, and qualified to practice in this court, who proposes to act as counsel for Creditor The American Bottling Company ("Creditor") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Creditor.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Creditor, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

1

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Creditor.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Creditor in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Creditor. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Creditor and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Creditor. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear *Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Creditor in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Creditor and indicating Movant as local counsel for the Creditor, and for such other and further relief as may be just.

Dated:  October 19, 2022                     Furr and Cohen, P.A.
                                             2255 Glades Road, Suite 419A
                                             Boca Raton, FL 33431
                                             Telephone: (561) 395-0500
                                             Facsimile: (561) 338-7532

By: */s/ Marc P. Barmat*
    Marc P. Barmat
    Florida Bar No. 0022365
    Email: mbarmat@furrcohen.com

**Affidavit of Proposed Visiting Attorney**

I, Matthew G. Bouslog, am a member in good standing of the bar of the State of Texas. I am a member in good standing of the bars of the State of California; the United States District Courts for the Central, Northern, and Southern Districts of California, the Western District of North Carolina, and the Southern District of New York; and the United States Bankruptcy Courts for the Central, Northern, and Southern Districts of California, the Western District of North Carolina, the Eastern and Southern Districts of New York, and the Western and Northern Districts of Texas, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of The American Bottling Company ("Creditor"). I designate Marc P. Barmat ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Creditor. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Creditor, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear *Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 19, 2022                    /s/ Matthew G. Bouslog
                                                Matthew G. Bouslog
                                                 California Bar No. 280978
                                                GIBSON, DUNN & CRUTCHER LLP
                                                3161 Michelson Drive
                                                Irvine, California 92612-4412
                                                Telephone: (949) 451-4030
                                                Facsimile: (949) 475-4640
                                                MBouslog@gibsondunn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,

Case No. 22-17842-PDR
Chapter 11

　　　　　Debtor.
_____/

**ORDER ADMITTING ATTORNEY *PRO HAC VICE***

　　This matter came before the court without a hearing on the Motion to Appear *Pro Hac Vice* [ECF No. INSERT]. The court having reviewed the motion and good cause appearing, it is

　　**ORDERED** that Matthew G. Bouslog ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for The American Bottling Company, a Creditor in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of the Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Marc P. Barmat
> Furr and Cohen, P.A.
> 2255 Glades Road, Suite 419A
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile: (561) 338-7532
> Email: mbarmat@furrcohen.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Creditor in all such proceedings.

###

**Submitted by:**

**COPIES TO:**

Matthew G. Bouslog

Marc P. Barmat, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

2