United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 17, 2022 | Form ID: pdf004 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 19, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com |
| Anne Aaronson | on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Craig I Kelley | on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| David B Marks | |

Case 22-17842-PDR    Doc 174    Filed 10/19/22    Page 2 of 5

| District/off: 113C-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: pdf004 | Total Noticed: 1 |

on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

Eyal Berger, Esq.
on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Hamid R. Rafatjoo
on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com

Harris J. Koroglu
on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com

Jordi Guso, Esq.
on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph D Frank
on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Matthew F Kye
on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Michael I Goldberg, Esq
on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael W Ullman, Esq
on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq
on behalf of Interested Party Jack H. Owoc pbattista@gjb-law.com gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com

Peter H Levitt, Esq
on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com

Scott Andron
on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

TOTAL: 28



**ORDERED in the Southern District of Florida on October 17, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:                                                                                  Case: 22-17842-PDR
                                                                                        CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

Debtor

_____/

### ORDER ADMITTING ATTORNEY STEVEN W. GOLDEN *PRO HAC VICE*

THIS MATTER came before the court on the *Ex Parte* Motion to Appear Pro Hac Vice [ECF NO. 89] concerning Steven W. Golden. The court having reviewed the motion and good cause appearing, it is

ORDERED that Steven W. Golden ("Visiting Attorney") may appear before this Court pro hac vice as counsel for Creditor, Monster Energy Company ("Creditor") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting

Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*. The following attorney ("Local Counsel") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>
> Michael I Goldberg, Esq.
> Akerman LLP
> 201 East Las Olas Boulevard, Suite 1800
> Fort Lauderdale, FL 3301
> Telephone:  (954) 463-2700
> Facsimile:   (954) 463-2224
> michael.goldberg@akerman.com

Local Counsel Michael I. Goldberg shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Creditor in all such proceedings.

###

Submitted by:

Michael I Goldberg, Esq.
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 3301
Telephone:  (954) 463-2700
Facsimile:   (954) 463-2224
michael.goldberg@akerman.com

*Local Counsel for Monster Energy Company*

[Attorney Michael I. Goldberg shall serve a copy of this order on all required parties and shall file a certificate of service thereof.]