

**ORDERED in the Southern District of Florida on October 20, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE (I) SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) NOTICE OF FILING PAYROLL AND SALES TAX REPORTS**

THIS MATTER came before the Court, without a hearing, upon the *Debtors' Ex Parte Motion for Extension of Time to File (I) Schedules and Statements of Financial Affairs, and (II) Notice of Filing Payroll and Sales Tax Reports* [ECF No. 169] (the "Motion"), seeking an extension of time, up through and including November 11, 2022, for the Debtors to file their

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

10166590-3

Schedules[2] and Payroll and Sales Tax Reports.  The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

    **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtors shall have an extension of time, up through and including November 11, 2022, within which to file their Schedules and Payroll and Sales Tax Reports.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

10166590-3