UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,     Jointly Administered
     Case No. 22-17842-PDR

     Debtors.     Chapter 11

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE</u>

**EDWARD M. FITZGERALD**, of the law firm of **HOLLAND & KNIGHT LLP** files

this Notice of Appearance and Request For Service Of Papers on behalf of **XPO LOGISTICS,**

**LLC**, a creditor in the above-referenced case.  Said person appears pursuant to 11 U.S.C. § 1109(b)

and Federal Rule of Bankruptcy Procedure 9010(b), and requests, pursuant, *inter alia*, to Federal

Rules of Bankruptcy Procedure 2002, 3017 and 9007, that all notices given or required to be served

in this case be served upon the below-named attorney:

Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida  32802-1526
Tel.:  407-425-8500
Fax: 407-244-5288
e-mail:  edward.fitzgerald@hklaw.com

The foregoing request includes not only the notices and papers referred to in the Federal

Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, pleading, request, whether formal or informal, and

financial reports, and whether transmitted or conveyed by mail, electronic mail, delivery,

telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the

referenced case.

**HOLLAND & KNIGHT LLP**

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald, Esq.
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone:  (407) 425-8500
Facsimile:  (407) 244-5288
E-mail: edward.fitzgerald@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2022, a true and correct copy of

the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald, Esq.

#179850399_v1