United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf004 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Ira D Kharasch, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com |
| Anne Aaronson | on behalf of Creditor Crown Cork & Seal USA Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Craig I Kelley | on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| David B Marks | |

| | |
|---|---|
| | on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Frank Terzo, Esq. | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| Hamid R. Rafatjoo | on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo+1@raineslaw.com bclark@raineslaw.com |
| Harris J. Koroglu | on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com |
| Jordi Guso, Esq. | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Joseph D Frank | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Matthew F Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Michael I Goldberg, Esq | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael W Ullman, Esq | on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paul J. Battista, Esq | on behalf of Interested Party Jack H. Owoc pbattista@gjb-law.com gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com |
| Peter H Levitt, Esq | on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |

District/off: 113C-0  User: admin  Page 3 of 3
Date Rcvd: Oct 18, 2022  Form ID: pdf004  Total Noticed: 1
TOTAL: 30



**ORDERED in the Southern District of Florida on October 18, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:                                                                      Case: 22-17842-PDR
                                                                                   CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

Debtor
_____/

### ORDER ADMITTING ATTORNEY IRA D. KHARASCH *PRO HAC VICE*

THIS MATTER came before the court on the *Ex Parte* Motion to Appear Pro Hac Vice [ECF NO. 136] concerning Ira D. Kharasch. The court having reviewed the motion and good cause appearing, it is

ORDERED that Ira D. Kharasch ("Visiting Attorney") may appear before this Court pro hac vice as counsel for Creditor, Monster Energy Company ("Creditor") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting

Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*. The following attorney ("Local Counsel") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Michael I Goldberg, Esq.
> Akerman LLP
> 201 East Las Olas Boulevard, Suite 1800
> Fort Lauderdale, FL 3301
> Telephone: (954) 463-2700
> Facsimile: (954) 463-2224
> michael.goldberg@akerman.com

Local Counsel Michael I. Goldberg shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Creditor in all such proceedings.

###

Submitted by:

Michael I Goldberg, Esq.
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 3301
Telephone:  (954) 463-2700
Facsimile:   (954) 463-2224
michael.goldberg@akerman.com

*Local Counsel for Monster Energy Company*

[Attorney Michael I. Goldberg shall serve a copy of this order on all required parties and shall file a certificate of service thereof.]