# THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

IN RE: Vital Pharmaceuticals, Inc., Debtor(s).  
1600 N. Park Dr.  
Weston, FL 33326  

65-0668430

Case No. 22-17842 PDR  
Chapter 11

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:  
TN Dept of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207  

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Jonathan Skrmetti  
Attorney General and Reporter

/s/ Stuart Wilson-Patton  
Stuart Wilson-Patton  
Senior Assistant Attorney General  
BPR No. 012207(TN); 769210(GA); 0971405(FL)  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: (615) 532-2567   Fax: 615-741-3334  
Email: stuart.wilson-patton@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stuart Wilson-Patton  
Stuart Wilson-Patton  
Senior Assistant Attorney General

Office of the U.S. Trustee  
51 SW First Avenue  
Room 1204  
Miami, Florida 33130

Jordi Guso, Esq.  
Attorney for the Debtor(s)  
Berger Singerman P.A.  
1450 Brickell Ave #1900  
Miami, FL 33131