UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11 Proceeding
                                                    Case No.:    22-17842-PDR
VITAL PHARMACEUTICALS, INC.

    Debtor
_____/

**NOTICE OF LIEN PERFECTION & PRESERVATION
AND INTENT TO ENFORCE PURSUANT TO 11.U.S.C. § 546(b)**

Notice is given that HACI MECHANICAL CONTRACTORS, INC., an Arizona corporation ("HACI"), is a secured creditor of VITAL PHARMACEUTICALS, INC. ("Debtor"), and hereby perfects pursuant to 11 U.S.C. § 546(b)(2) the following lien in real property and improvements thereon of the Debtor:

HACI's mechanic's and materialman's lien (the "Lien") in the principal amount of $224,126.00 plus interest and legal costs and expenses, recorded in the official records of Maricopa County, Arizona on April 22, 2022 at Instrument No. 2022-0357919, arising from HACI's furnishing of equipment, materials and supplies for the construction of improvements on property situated in Maricopa County, Arizona, familiarly identified as the Bang Energy aka Vital Pharmaceuticals, Inc.'s Phoenix Can Manufacturing project. 1635 S. 43rd Ave., Phoenix, Arizona (collectively, the "Property"). The Property is more particularly described in the Lien. The legal description contained in the Lien is incorporated herein by reference.

YOU ARE HEREBY FURTHER NOTIFIED that HACI intends to enforce its Lien to the fullest extent allowed by the laws of the United States and the State of Arizona.

By giving this Notice pursuant to 11 U.S.C. § 546 of its lien against the Property, HACI does not waive the benefit of, and specifically reserves its rights under 11 U.S.C. § 108(c), which extends the time for foreclosing its Liens until the later of the time provided by the state law or thirty (30) days after notice of the termination of expiration of the stay under 11 U.S.C. §§ 362, 922, 1201, or 1301, as the case may be.

DATED October 21, 2022.

>Respectfully submitted,
>
>*/s/ Matthew G. Davis*
>MATTHEW G. DAVIS, ESQ.
>Florida Bar No. 58464
>Email: mdavis@pdtlegal.com
>PASKERT DIVERS THOMPSON
>100 N. Tampa Street, Suite 3700
>Tampa, Florida 33602
>813-229-3500 – telephone
>813-229-3502 – facsimile
>*Counsel for HACI Mechanical Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed and by regular U.S. Mail to all parties on the attached mailing matrix on October 21, 2022.

>/s/ Matthew G. Davis
>Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-17842-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Oct 21 09:51:22 EDT 2022 | ALDA 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Americredit Financial Services, Inc. d/b/a G<br>c/o Christopher R. Thompson<br>Burr & Forman LLP<br>200 S. Orange Ave, Suite 800<br>Orlando, FL 32801-6404 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | CI421 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Carolina Canners, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | EASTGROUP Properties, L.P.<br>c/o Thomas L. Abrams<br>633 S. Andrews Ave., #500<br>Fort Lauderdale, FL 33301-2858 | MFP 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd AVE, Suite 2700<br>Fort Lauderdale, FL 33394-0017 | Refresco Beverages US Inc<br>c/o W. Keith Fendrick, Holland & Knight<br>100 N. Tampa Street<br>Suite 4100<br>Tampa, FL 33602-3642 |
| Southeast Cold Fill, LLC<br>c/o Kelley, Fulton, Kaplan & Eller, P.L.<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621-1872 | Stellar Group, Inc.<br>c/o Robert P. Charbonneau<br>55 Alhambra Plaza<br>Suite 800<br>Coral Gables, FL 33134-5254 |
| Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | The American Bottling Company<br>c/o Furr and Cohen, P.A.<br>2255 Glades Rd., Ste 419A<br>Boca Raton, FL 33431-7379 |
| The Hamilton Group (Delaware), Inc.<br>Ullman & Ullman, P.A.<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Truist Bank<br>c/o Peter H. Levitt, Esq.<br>Shutts & Bowen, 200 S. Biscayne Blvd.<br>Miami, FL 33131-2310 | Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| XPO LOGISTICS, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Ave., Suite 2600<br>Orlando, FL 32801-3453 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | XPO LOGISTICS FREIGHT<br>Attn: Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 |
| Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-3104 | Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1327 | Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4000 | Elizabeth A Morris<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | George A Davis<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |

| | | |
|---|---|---|
| Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Ira D Kharasch<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 |
| John C Didonato<br>550 W Van Buren St<br>Chicago, IL 60607-3827 | John Whitney McVay Morley<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | Laurence M Frazen<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Luis M Lluberas<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4000 |
| Matthew G Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | Richard M Pachulski<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 |
| Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 | Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 | Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 |
| Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 | Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 |
| Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)Crown Cork & Seal USA, Inc. | (u)Dairy Farmers of America, Inc. | (u)Monster Energy Company |
| (u)PepsiCo, Inc. together with its affiliates | (u)Jack H. Owoc | (u)Marc Kesten |

End of Label Matrix
Mailable recipients    48
Bypassed recipients     6
Total                  54