

ORDERED in the Southern District of Florida on October 20, 2022.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                                    Chapter 11

    Debtor.
_____/

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [ECF No. 96 ]. The court having reviewed the motion and good cause appearing, it is **ORDERED** that **William J. Easley** ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for **Dairy Farmers of America, Inc.** ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client(s), subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user

of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice.

The following attorney, **Ezequiel J. Romero**, ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Ezequiel J. Romero, Esq.
> Florida Bar No. 107216
> Bryan Cave Leighton Paisner, LLP
> 200 S. Biscayne Blvd., Suite 400
> Miami, Florida 33131
> E-mail: romeroe@bclplaw.com
> Tel: (786) 322-7399

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Ezequiel J. Romero, Esq.
Bryan Cave Leighton Paisner, LLP
200 S. Biscayne Blvd., Suite 400
Miami, Florida 33131
Tel: (786) 322-7399
E-mail: romeroe@bclplaw.com

Ezequiel J. Romero, Esq., is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.