**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **VITAL PHARMACEUTICALS, INC.,** *et al.,* | Case No.: 22-17842-PDR |
| Debtors. | (Joint Administration) |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following document(s) was/were served electronically on this 21st day of October, 2022, via Notice of Electronic Filing (CM/ECF) upon ***all parties registered to receive electronic notice*** in this case, including but not limited to Debtors counsel Jordi Guso, Esq., jguso@bergersingerman.com, 1450 Brickell Ave .#1900, Miami, FL 33131:

1. NOTICE OF HEARING/Eastgroup Properties, L.P.'S Motion for Relief from the Automatic Stay and Motion to Compel Immediate Payment of Administrative Rent(de.172)[D.E.188]

Dated: October 21, 2022

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for Movant,
    EastGroup Properties, L.P.
633 S. Andrews Avenue, #500
Fort Lauderdale, Florida 33301
Telephone:   (954) 523-0900
Facsimile:    (954) 915-9016
E-mail: tabrams@tabramslaw.com
By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

## SERVICE LIST

### *Notice Service via CM/ECF electronic filing:*

The following is the list of **parties** who are currently on the list to receive email notice/service in lieu of physical mailing will be sent via CM/ECF for this case:

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Jordi Guso, Esq. on behalf of Debtor Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

By: /s/ Thomas L. Abrams, Esq.
Thomas L. Abrams, Esquire