UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVSON
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-BKC-PDR |
| VITAL PHARMACEUTICALS, INC., *et al*. | Chapter 11 |
| Debtors.[1] | Jointly Administered |
| _____/ | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of PepsiCo, Inc. together with its affiliates and subsidiaries ("PepsiCo"); such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person at the following address, telephone number, facsimile number and email addresses:

David A. Samole, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile:   (305) 372-3508
E-mail:      das@kttlaw.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of PepsiCo: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over PepsiCo; or (v) of any other rights, claims, actions, setoffs, or recoupments to which PepsiCo may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments PepsiCo expressly reserves.

Dated: October 21, 2022

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

By: /s/ *David A. Samole*
    David A. Samole
    Florida Bar No. 582761
    das@kttlaw.com

*Counsel for Creditor PepsiCo*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive such notice as reflected in the Notice of Electronic Filing this 21st day of October, 2022.

                                                  By: /s/ *David A. Samole*
                                                         David A. Samole