## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

### CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Interim Order Approving Debtors' Application, Pursuant to Sections 105(a) and 363(B) of the Bankruptcy Code, for Approval of Agreement with Huron Consulting Services LLC to Provide the Services of (I) John C. Didonato, as Chief Transformation Officer, (II) Certain Support Personnel, Effective as of the Petition Date, and Setting a Final Hearing** (Docket No. 104)

- **Order Continuing Hearing on Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 105)

- **Order Continuing Hearing on Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date** (Docket No. 106)

- **Order Continuing Hearing on Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date** (Docket No. 107)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Order Granting Debtors' Emergency Motion for an Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to Their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief** (Docket No. 108)

- **Order Granting Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof** (Docket No. 109)

- **Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors** (Docket No. 110)

- **Order Granting Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 111)

- **Order Granting Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 112)

- **Order Granting Debtors' Emergency Motion for Order Authorizing Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts with Shippers and Warehousemen** (Docket No. 113)

- **Order Granting Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim** (Docket No. 114)

- **Order Granting Debtors' Emergency Motion for Authorization to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Similar Obligations** (Docket No. 116)

- **Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee and Independent Contractor Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtor to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 117)

- **Interim Order (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 118)

- **Order Granting Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date** (Docket No. 119)

- **Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief** (Docket No. 120)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Order Granting Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof** (Docket No. 109)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Order Granting Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business** (Docket No. 111)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Order Granting Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 112)

- **Order Granting Debtors' Emergency Motion for Order Authorizing Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts with Shippers and Warehousemen** (Docket No. 113)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit H**:

- **Order Granting Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors** (Docket No. 112)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit I**, and via electronic mail on the service list attached hereto as **Exhibit J**:

- **Order Granting Debtors' Emergency Motion for Authorization to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Similar Obligations** (Docket No. 116)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit K**, and via electronic mail on the service list attached hereto as **Exhibit L**:

- **Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee and Independent Contractor Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtor to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 117)

- **Interim Order (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief** (Docket No. 118)

Furthermore, on October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit M**:

- **Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee and Independent Contractor Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtor to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers** (Docket No. 117)

Dated: October 21, 2022

    */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | | Irving | TX | 75063-0131 |
| Alabama Office of the Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Alaska Office of the Attorney General | | 1031 W 4th Ave Ste 200 | | | Anchorage | AK | 99501 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | | Phoenix | AZ | 85062-8143 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St. #3500 | | | Fort Worth | TX | 76102 |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave Suite 175 | | | Chicago | IL | 60631-3515 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Arkansas Office of the Attorney General | | 323 Center St Ste 200 | | | Little Rock | AR | 72201 |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | | Broomfield | CO | 80021 |
| Belvac Production Machinery, Inc. | | 237 Graves Mill Rd | | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | | 5655 Paysphere Cir | | | Chicago | IL | 60674 |
| BFG Corporation | | 7211 N. McKinley Road | | | Lake Forest | IL | 60045 |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| Canon Financial Services, Inc. | | 14904 Collections Center Drive | | | Chicago | IL | 60693-0149 |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | | Monroe | LA | 71203 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 55 Elm St | | | Hartford | CT | 06106 |
| Crown Cork & Seal USA, Inc. | Attn: Christine J. Horn | 770 Township Line Rd | | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | | 2971 Center Port Circle | | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | | PO Box 641173 | | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease, LLC | | 48 Pine Road | | | Brentwood | NH | 03833 |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 314 W Michigan St | | | Indianapolis | IN | 46202-3204 |
| Doehler USA, Inc. | Attn: Paul Graham | 400 High Point Rd SE Suite 100 | | | Cartersville | GA | 30120-6610 |
| Florida Department of Revenue | | PO Box 6668 | | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol Pl-01 | | | Tallahassee | FL | 32399-1050 |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | | Tallahassee | FL | 32399 |
| Fona International Inc. | Attn: Michelle Stehouwer | 1900 Averill Rd | | | Geneva | IL | 60134 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | PO Box 102922 | | | Pasadena | CA | 91189-2922 |
| Hawaii Department of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | | 21925 Network Place | | | Chicago | IL | 60673-1219 |
| Idaho Office of the Attorney General | | 700 W. Jefferson St, Suite 210 | | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St 5th Fl | | Indianapolis | IN | 48204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | | Ogden | UT | 84409 |
| Inventus, LLC Legility | Attn: Jo Anna Williams | PO Box 130114 | | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave 2nd Fl | | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | | Baton Rouge | LA | 70802 |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | | Lansing | MI | 48933 |
| Minnesota Office of the Attorney General | | 445 Minnesota St Suite 1400 | | | St. Paul | MN | 55101 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St | Suite 400 | Los Angeles | CA | 90014 |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building, Third Fl | | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St Fl 17 | | | Columbia | SC | 29201-3268 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St. | | Concord | NH | 03301 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| North Dakota Office of the Attorney General | | State Capitol, 600 E Boulevard Ave Dept. 125 | | | Bismarck | ND | 58505 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW Suite 1100 | | | Washington | DC | 20001 |
| Office for the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | | Miami | FL | 33130 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Oklahoma office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 |
| Orange Bang, Inc. | c/o Knobbe, Martens, Olson & Bear, LLP | Attn: Steven J Nataupsky | 2040 Main St | 14th Fl | Irvine | CA | 92614 |
| Oregon Department Of Justice | | 1162 Court St NE | | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Fl | | | Harrisburg | PA | 17120 |
| Pepsico | Attn: Eric Hansen | 15 Melanie Ln | | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Attn: Julie Ryan | 1017 Santa Fe | | | Clovis | NM | 88101 |
| Priority-1, Inc | | 1800 E Roosevelt Rd | | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | | 4705 S 129th East Ave | | | Tulsa | OK | 74134-7005 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| Securities & Exchange Commission | Attn: Regional Director | New York Regional Office Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | | Atlanta | GA | 30326-1382 |
| Securities & Exchange Commission | | 100 F Street NE | | | Washington | DC | 20549 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 Ste 1 | | | Pierre | SD | 57501 |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | | Miami | FL | 33128 |
| Speedway LLC | Attn: Chris Johnson | PO Box 7600 | | | Springfield | OH | 45501-7600 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | | Jacksonville | FL | 32257-8221 |
| Target Corporation | | PO Box 1455 | | | Minneapolis | MN | 55440-1455 |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W. 15Th St | | | Austin | TX | 78701 |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Avenue, Suite 1410 | | Wilmington | DI | 19801 |
| The Huntington National Bank | | 7 Easton Oval | | | Columbus | OH | 43219 |
| The Huntington National Bank | | PO Box 9 | | | Buffalo | NY | 14240 |
| Total Quality Logistics, LLC TQL | Attn: Nicholas Montenarello | PO Box 634558 | | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Attn: Laura Dukes | 50 Fallon Ave | | | Seaford | DE | 19973-1578 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | | Jacksonville | FL | 32202 |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | | Columbia | MD | 21046 |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St | Suite 4700 | Charlotte | NC | 28202-4003 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | 25th Fl | Atlanta | GA | 30308 |
| U.S. Bank Equipment Finance | | 1310 Madrid Street | | | Marshall | MN | 56258 |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building, Suite 400 | 1313 N. Market Street, Suite 400 | | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| Varni Brothers Corporation | Attn: McClure, Laura | 400 Hosmer Ave | | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | | 109 State St. | | | Montpelier | VT | 05609 |
| Virginia Office of the Attorney General | | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 |
| Webb & Gerritsen | | 1308 Poplar Dr | | | Waukesha | WI | 53188 |
| Webbank | | 6440 S. Wasatch Blvd. | Suite 300 | | Salt Lake City | UT | 84121 |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |
| Wild Flavors, Inc. | Attn: Mike Schneider | 1261 Pacific Ave | | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | | Christine.Horn@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | Cryo-Lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Doehler USA, Inc. | Attn: Paul Graham | | Paul.Graham@doehler.com |
| Graphic Packaging International | Attn: Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | | epreciado@gwiusa.com<br>sales@gwiusa.com |
| Inventus, LLC Legility | Attn: Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | c/o Genovese Joblove & Battista, PA | Attn: Paul J. Battista, Esq. & Glenn D. Moses, Esq. | pbattista@gjblaw.com<br>gmoses@gjblaw.com<br>gjbecf@gjb-law.com<br>cscavone@gjb-law.com<br>gjbecf@ecf.courtdrive.com<br>vlambdin@gjb-law.com<br>jsardina@gjb-law.com<br>imalcolm@gjb.law<br>hburke@gjb-law.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com<br>eyal.berger@akerman.com<br>charlene.cerda@akerman.com<br>brett.marks@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Orange Bang, Inc. | c/o Knobbe, Martens, Olson & Bear, LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Pepsico | Attn: Eric Hansen | | Eric.Hansen@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Premier Distributing Company | Attn: Julie Ryan | | julie.ryan@premierdistributing.com |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Southeast Cold Fill, LLC | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com |
| Speedway LLC | Attn: Chris Johnson | | cjohnson11@speedway.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| Varni Brothers Corporation | Attn: McClure, Laura | | lauram@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Webb & Gerritsen | | | olddutchmilw@aol.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **<u>Exhibit C</u>**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| American International Group, Inc | | 1271 Ave of the Americas | Fl 37 | New York | NY | 10020-1304 | |
| Arch Specialty Insurance Company | c/o Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Aspen Specialty Insurance Company | c/o Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| AXIS Surplus Insurance Company | c/o Peachtree Special Risk Brokers LLC | 3525 Piedmont Road NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Colony Insurance Company | | 8720 Stony Point Pkwy | Ste 400 | Richmond | VA | 23235 | |
| Colony Insurance Company | | PO Box 85122 | | Richmond | VA | 23285 | |
| Federal Insurance Company (Chubb) | c/o Chubb Group of Insurance Companies | Capital Center, 251 N Illinois | Ste 1100 | Indianapolis | IN | 46204-1927 | |
| Federal Insurance Company (Chubb) | c/o Chubb Group of Insurance Companies | 3000 Bayport Dr | Ste 700 | Tampa | FL | 33607-8410 | |
| Federal Insurance Company (Chubb) | c/o Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 | |
| First Insurance Funding | | 450 Skokie Blvd | Ste 1000 | Northbrook | IL | 60062 | |
| GeoVera Specialty Insurance Company | | 1455 Oliver Rd | | Fairfield | CA | 94534 | |
| Great Northern Insurance Company | c/o Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 | |
| Hallmark Insurance Company | | Two Lincoln Center, 5420 Lyndon B Johnson Fwy | Ste 1100 | Dallas | TX | 75240-2345 | |
| HDI Global Specialty SE | | Podbielskistrasse 396 | | Hannover | | 30659 | Germany |
| Indian Harbor Insurance Company | | 70 Seaview Avenue | | Stamford | CT | 06902 | |
| Landmark American Insurance Company | | PO Box 3329 | Ste 1800 | Englewood | CO | 80155 | |
| Lexington Insurance Company | c/o Peachtree Special Risk Brokers LLC | 3525 Piedmont Rd NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Lloyd's of London | | One Lime St | | London | | EC3M 7HA | United Kingdom |
| Lloyd's of London | | 450 Skokie Blvd | Ste 1000 | Northbrook | IL | 60062-7917 | |
| Lloyd's of London | c/o Falvey Cargo Underwriting | 66 Whitecap Dr | | North Kingstown | RI | 02852 | |
| Mt. Hawley Insurance Company | | 9025 N Lindbergh Dr | | Peoria | IL | 61615 | |
| National Fire & Marine Insurance Company | | 1314 Douglas Street | Ste 1400 | Omaha | NE | 68102 | |
| Navigators Specialty Insurance Company | | One Penn Plaza | 50th Floor | New York | NY | 10119 | |
| Old Republic Insurance Company | | 631 Excel Dr | Ste 200 | Mt. Pleasant | PA | 15666 | |
| QBE Insurance Corporation | | One QBE Way | | Sun Prairie | WI | 53596 | |
| Spinnaker Specialty Insurance Company | | 1 Pluckemin Way | Ste 102 | Bedminster | NJ | 07921 | |
| StarStone National Insurance Company | c/o Peachtree Special Risk Brokers LLC | 3525 Piedmont Rd NE Bldg #5 | Ste 700 | Atlanta | GA | 30305 | |
| Steadfast Insurance Company | | 1299 Zurich Way | | Schaumburg | IL | 60196 | |
| Transverse Specialty Insurance Company | | 15 Independence Blvd | Ste 430 | Warren | NJ | 07059 | |
| Travelers Property Casualty Company of America | | One Tower Square | | Hartford | CT | 06183 | |
| United Specialty Insurance Company | | PO Box 24622 | | Fort Worth | TX | 76124 | |
| United Specialty Insurance Company | | 1900 L. Don Dodson | | Bedford | TX | 76021 | |
| Wright National Flood Insurance Company | | PO Box 33003 | | St Petersburg | FL | 33733-8003 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|
| ADM Wild Europe GmbH & Co. KG | Am Schlangengraben 3-5 | Berlin | | 13597 | Germany |
| Alliance IntraPak Inc | 2200 Transcanadienne | Pointe-Claire | QC | H9R 1B1 | Canada |
| CHEP Canada Inc | 7400 E Danbro Cres | Mississuaga | ON | L5N 8C6 | Canada |
| De WERK Plaats Sittard b.v. | Rijksweg Zuid 27 | Sittard | | 6131 AL | Netherlands |
| Dieck & Co. Erfrischunsgetranke OHG | Porschestraße 4 | Hückelhoven | | 41836 | Germany |
| DIS BV | Gasthousgraff 9 | Sittard | | 6136 NLKS | Netherlands |
| Dohler Dahlenburg G.m.b.H | Gartenstrasse 13 | Dahlenburg | | 21368 | Germany |
| Dongguan POP Display & Packing Co. | #15 Ronghua Road | Dongguan | | | China |
| Efl Global Logistics Canada Ltd | 40 King St W, Suite 5800 | Toronto | ON | M5H 4A9 | Canada |
| Ewals Cargo Care B.V. | Ariensstraat 61-63 | Tegelen | | 5931 HM | The Netherlands |
| Fona International Canada ULC | 2447 Anson Dr, Unit #2 | Mississauga | ON | L5S 1G1 | Canada |
| Gehlen Schols Transport & Logistics B.V. | PO Box 29 | Kerkrade | | 6460 AA | The Netherlands |
| Harboe Group | Darguner Brauerei Gmbh | Dargun | | 17159 | Germany |
| Kerry Ingredients & Flavours Italia Spa | Via Capitani di Mozzo 12/16 | Mozzo | BG | 24030 | Italy |
| Kian Joo Canpack Sdn Bhd | 107 Jalan Permata | Kawasan Industri Arab | | 1 71800 | Malaysia |
| Konings Drinks BV | Teteringsedsk 227 | Breda | | 4817 ME | The Netherlands |
| Krynica Vitamin Spolka Akcyjna | Matyldy St 35 | Warsaw | | 03-606 | Poland |
| Mitchel Lincoln Packaging Ltd | 3737 Thimens Blvd | Montreal | QC | H4R 1V1 | Canada |
| Oettinger Brauerei GmbH | Friedrich-Seele-Straße 13 | Braunschweig | | 38122 | Germany |
| Prinova Solutions Europe Limited | Priory Park Mills Rd | Aylesford | | ME20 7PP | United Kingdom |
| Refresco Benelux B.V. | Orange Nasaulan 44 | Maarheeze | | 6026 PX | The Netherlands |
| Refresco Canada Inc | 6525 Viscount Rd | Mississauga | ON | L4V 1H6 | Canada |
| Refresco Iberia | Carretera KM 2069 N-332 | Olivia | | 46780 | Spain |
| Simon Pure Marketing Inc. | 89 Mortimer Ave | Toronto | ON | M4K 2A2 | Canada |
| Takasago Europe G.m.b.H | Industriestrasse 40 | Zulpich | | 53909 | Germany |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**

Served via Electronic Mail

| Name | Email |
|------|-------|
| Fona International Canada ULC | sbidaisee@fona.com |
| Gehlen Schols Transport & Logistics B.V. | sales@gsl.nl |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit F</u>**



**Exhibit F**

Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Direct Connect Logistix, Inc | 314 W Michigan St | Indianapolis | IN | 46202-3204 |
| England Logistics Inc | 4701 W 2100 S | Salt Lake City | UT | 84120-1223 |
| Glen Raven Logistics | 1831 N Park Ave | Burlington | NC | 27217-1137 |
| Priority 1, Inc. | 1800 E Roosevelt Rd | Little Rock | AR | 72206-2516 |
| XPO Global Forwarding, Inc. | 27839 Network Pl | Chicago | IL | 60673-1278 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit G**



**Exhibit G**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| American International Foods | | 8066 Fulton St E | Ada | MI | 49301 |
| Assemblers Inc. | | 2850 W Columbus Ave | Chicago | IL | 60652-1620 |
| CHEP USA | | 5897 Windward Pkwy | Alpharetta | GA | 30005-2044 |
| CKS Packaging, Inc. | | 7400 South Orange Ave | Orlando | FL | 32809 |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | 770 Township Line Rd | Yardley | PA | 19067-4219 |
| Fona International Inc. | Attn: Michelle Stehouwer | 1900 Averill Rd | Geneva | IL | 60134 |
| Givaudan Flavors Corporation | | 1199 Edison Dr | Cincinnati | OH | 45216-2265 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | Atlanta | GA | 30384-4170 |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | PO Box 102922 | Pasadena | CA | 91189-2922 |
| Krones, Inc. | | 29065 Network Pl | Chicago | IL | 60673-1290 |
| Prinova US LLC | | 36780 Eagle Way | Chicago | IL | 60678-1367 |
| Refresco Beverage US Inc. COTT | Attn: Jason Bush | 8112 Woodland Center Blvd | Tampa | FL | 33614-2403 |
| Reliant Gases, Ltd | | PO Box 671243 | Dallas | TX | 75267-1243 |
| Reliant Gases, Ltd. | Reliant - Dept 0954 | 1501 N Plano Rd | Richardson | TX | 75081 |
| Shanghai Freeman Americas, LLC | | 2035 NJ-27, #3005 | Edison | NJ | 08817 |
| Varni Brothers Corporation | Attn: McClure, Laura | 400 Hosmer Ave | Modesto | CA | 95351-3920 |
| Wild Flavors, Inc. | | 75 Remittance Dr | Chicago | IL | 60675-1046 |
| Zion Packaging | | 575 Alcoa Cir Suite B | Corona | CA | 92878-9203 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# Exhibit H



**Exhibit H**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Assemblers Inc. | | jquinette@assemblers.com |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn | christine.horn@crowncork.com |
| Givaudan Flavors Corporation | | sophat.lort@givaudan.com |
| Graphic Packaging International | Attn: Kara D'Amato | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | epreciado@gwiusa.com sales@gwiusa.com |
| Refresco Beverage US Inc. COTT | Attn: Jason Bush | jason.bush@refresco.com info@refresco.com |
| Varni Brothers Corporation | Attn: McClure, Laura | lauram@vbcbottling.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit I



**Exhibit I**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 91 Express Lanes | | PO Box 68039 | | Anaheim | CA | 92817 | |
| Alabama Department of Revenue | | PO Box 327320 | | Montgomery | AL | 36132-7320 | |
| Arizona Department of Revenue | | PO Box 29085 | | Phoenix | AZ | 85038-9085 | |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | 115 S Andrews Ave, Suite A100 | Ft. Lauderdale | FL | 33301-1895 | |
| California Department of Tax And Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279-8062 | |
| Connecticut State Department of Revenue | | PO Box 5030 | | Hartford | CT | 06102-5030 | |
| E-Pass Orlando | | PO Box 720218 | | Orlando | FL | 32872 | |
| Florida Depatment of Revenue | | 5050 W Tennessee St | | Tallahassee | FL | 32399-0120 | |
| Georgia Department of Revenue | | PO Box 740317 | | Atlanta | GA | 30374 | |
| Idaho State Tax Commission | | 11321 W Chinden Blvd | | Boise | ID | 83722-2303 | |
| Il Tollway | | PO Box 5544 | | Chicago | IL | 60680-5544 | |
| Iowa Department of Revenue | | PO Box 10330 | | Des Moines | IA | 50306-0330 | |
| Kentucky Department of Revenue | | 501 High St | | Frankfort | KY | 40619-0006 | |
| Maine Revenue Services | | PO Box 1065 | | Augusta | ME | 04332-1065 | |
| Maricopa County Treasurer | | PO Box 52133 | | Phoenix | AZ | 85072-2133 | |
| Minnesota Department of Revenue | | PO Box 64622 | | St. Paul | MN | 55164-0622 | |
| Nevada Department of Taxation | | PO Box 51107 | | Los Angeles | CA | 90051-5407 | |
| New Jersey Division of Revenue And Enterprise Services | | PO Box 281 | | Trenton | NJ | 08695-0281 | |
| New York State Department of Taxation And Finance | | PO Box 15168 | | Albany | NY | 12212-5168 | |
| North Carolina Department of Revenue | | PO Box 25000 | | Raleigh | NC | 27640-0700 | |
| Ohio Deparment of Taxation | | PO Box 530 | | Columbus | OH | 43216-0530 | |
| Sunpass Operations | | PO Box 447 | | Ocoee | FL | 34761 | |
| TCA Fastrak Tolls | | PO Box 57011 | | Irvine | CA | 92619-7011 | |
| Texas Comptroller of Public Accounts | | 12345 N Lamar Blvd | Suite 175 | Austin | TX | 78753 | |
| US Patent Trademark | | 600 Dulany St | | Alexandria | VA | 22314 | |
| Virginia Department of Taxation | Attn: Virgina Tax Office of Customer Services | PO Box 1115 | | Richmond | VA | 23218-1115 | |
| Washington State Department of Revenue | | PO Box 47464 | | Olympia | WA | 98504-7464 | |
| West Virginia State Tax Department | | PO Box 11425 | | Charleston | WV | 25339 | |
| Wisconsin Department of Revenue | | PO Box 930208 | | Milwaukee | WI | 53293 | |
| World Intellectual Property Organization WIPO | | 34 Chemin | | Des Colombettes | | 1211 | Switzerland |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit J



## Exhibit J

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org swulfekuhle@broward.org |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# Exhibit K



**Exhibit K**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Bank of America, N.A | | 100 N Tryon St | | Charlotte | NC | 28255 |
| Citizens Bank, N.A. | | PO Box 42001 | | Providence | RI | 02940-2001 |
| HSBC Bank USA, National Association | Attn: Margaret M. Lopez | PO Box 1558 | EA1W37 | Columbus | OH | 4316-1558 |
| PayPal | | 2211 1st St | | San Jose | CA | 95131 |
| PNC Bank, N.A | Attn: Christina Muniz | One Financial Pkwy | Locator Z1-Yb42-03-1 | Kalamazoo | MI | 49009 |
| The Huntington National Bank | Attn: Andy J. Arduini | PO Box 9 | | Buffalo | NY | 14240 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit L</u>**



**Exhibit L**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| HSBC Bank USA, National Association | Attn: Margaret M. Lopez | margaret.m.lopez@us.hsbc.com |
| PNC Bank, N.A | Attn: Christina Muniz | christina.muniz@pnc.com |
| The Huntington National Bank | Attn: Andy J. Arduini | andy.arduini@huntington.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit M</u>**



**Exhibit M**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ADP | | One ADP Blvd | | Roseland | NJ | 07068 |
| Federal Insurance Company | c/o Chubb Group of Insurance Companies | 3000 Bayport Dr | Ste 700 | Tampa | FL | 33607-8410 |
| Federal Insurance Company | c/o Chubb Group of Insurance Companies | 202B Hall's Mill Rd | | White House Station | NJ | 08889 |
| Federal Insurance Company | c/o Chubb Group of Insurance Companies | Capital Center, 251 N Illinois | Ste 1100 | Indianapolis | IN | 46204-1927 |
| MetLife | | PO Box 804466 | | Kansas City | MO | 64180-4466 |
| United Healthcare | | 3100 SW 145th Ave | 2nd Floor | Miramar | FL | 33027 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1