UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-17842-BKC-PDR

VITAL PHARMACEUTICALS, INC., *et al*.                               Chapter 11

                Debtors.[1]                                         Jointly Administered

_____/

### MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Corali Lopez-Castro ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Joseph D. Frank ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for Northern District of Illinois, the Western District of Michigan and the Eastern District of Wisconsin, the United States Courts of Appeals for the Second, Third, Seventh and Ninth Circuits, and the United States Supreme Court, and qualified to practice in this court, who proposes to act as counsel for PepsiCo, Inc. ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).
{PBG/001/00063744.DOCX/}

*Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith as Exhibit A.  A proposed order is also attached as Exhibit B.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: October 25, 2022

                              **KOZYAK TROPIN & THROCKMORTON, LLP**
                              2525 Ponce de Leon Blvd., 9th Floor
                              Miami, Florida 33134
                              Telephone: (305) 372-1800
                              Facsimile:  (305) 372-3508
                              E-mail: clc@kttlaw.com

                              By: */s/ Corali Lopez-Castro*
                                      Corali Lopez-Castro
                                      Florida Bar No. 863830

# EXHIBIT A

## Affidavit of Proposed Visiting Attorney

I, Joseph D. Frank, am a member in good standing of the bar of the State of Illinois. I am a member in good standing of the bar of the United States District Courts for Northern District of Illinois, the Western District of Michigan, and the Eastern District of Wisconsin, the United States Courts of Appeals for the Second, Third, Seventh and Ninth Circuits, and the United States Supreme Court, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of PepsiCo, Inc. ("Client"). I designate Corali Lopez-Castro ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 24, 2022

FrankGecker LLP
1327 West Washington Blvd., Suite 5 G-H
Chicago, IL 60607
D: 312.276.1400 / F: 312.276.0035
jfrank@fgllp.com

By: _____
Joseph D. Frank
Illinois Bar No. 6216085

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-17842-BKC-PDR

VITAL PHARMACEUTICALS, INC., *et al*.                     Chapter 11

                              Debtors.[1]                        Jointly Administered
_____/

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No.___].  The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Joseph D. Frank ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for PepsiCo, Inc. ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of the Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Corali Lopez-Castro
> Kozyak Tropin & Throckmorton, LLP
> 2525 Ponce De Leon, 9th Floor
> Miami, Florida 33134
> (305) 372-1800 (Telephone)
> (305) 372-3508 (Facsimile)
> Email: clc@kttlaw.com
> Florida Bar No. 863830

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Corali Lopez-Castro, Local Attorney
Florida Bar No. 863830
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: clc@kttlaw.com

**COPIES TO:**

Corali Lopez-Castro, Esq.

Attorney Lopez-Castro shall serve a copy of this Order on the interested parties and file a certificate of service.

2