UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,            Case No. 22-17842-PDR
                                                  Chapter 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served on the parties listed below, in the manner and dates indicated:

**[ECF NO. 170]** *Ex Parte Motion to Appear Pro Hac Vice;*

**[ECF NO. 171]** *Ex Parte Motion to Appear Pro Hac Vice;*

**[ECF NO. 181]** *Order Admitting Attorney Pro Hac Vice;*

**[ECF NO. 182]** *Order Admitting Attorney Pro Hac Vice.*

Dated: October 25, 2022           Furr and Cohen, P.A.
                                         2255 Glades Road, Suite 419A
                                         Boca Raton, FL 33431
                                         Telephone: (561) 395-0500
                                         Facsimile: (561) 338-7532

                            By:  */s/ Marc P. Barmat*
                                         Marc P. Barmat
                                         Florida Bar No. 0022365
                                         Email: mbarmat@furrcohen.com

**[ECF NO. 170 AND 171] SERVED VIA CM/ECF ON OCTOBER 19, 2022, AND [ECF NO. 181 AND 182] SERVED VIA CM/ECF ON OCTOBER 20, 2022, TO ALL PARTIES REGISTERED WITH CM/ECF TO RECEIVE ELECTRONIC NOTICES:**

**Mailing Information for Case 22-17842-PDR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Paul J. Battista**    pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

- **Matthew F Kye**   mkye@kyelaw.com
- **Peter H Levitt**   plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**   clc@kttlaw.com, rcp@kttlaw.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Hamid R. Rafatjoo**   hrafatjoo+1@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**   arodz@shutts.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **David Samole**   das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov

**[ECF NO. 170, 171, 181, AND 182] SERVED VIA U.S. MAIL ON OCTOBER 25, 2022, ON THE PARTIES LISTED BELOW AND, ON THE COURT'S, OFFICIAL MAILING MATRIX:**

**Manual Notice List**

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

Attached Official Court Matrix Case No. 22-17842-PDR

```
Label Matrix for local noticing            ALDA 4747 W. Buckeye LLC                  Ally Bank, c/o AIS Portfolio Services, LLC
113C-0                                     c/o Hamid R. Rafatjoo                     4515 N Santa Fe Ave. Dept. APS
Case 22-17842-PDR                          Raines Feldman LLP                        Oklahoma City, OK 73118-7901
Southern District of Florida               1800 Avenue of the Stars
Fort Lauderdale                            12th Floor
Tue Oct 25 09:55:17 EDT 2022               Los Angeles, CA 90067-4201

Americredit Financial Services, Inc. d/b/a G   Broward County                        CI421 4747 W. Buckeye LLC
c/o Christopher R. Thompson                c/o Records, Taxes & Treasury             c/o Hamid R. Rafatjoo
Burr & Forman LLP                          Attn:  Bankruptcy Section                 Raines Feldman LLP
200 S. Orange Ave, Suite 800               115 S. Andrews Ave. A-100                 1800 Avenue of the Stars
Orlando, FL 32801-6404                     Ft. Lauderdale, FL 33301-1888             12th Floor
                                                                                     Los Angeles, CA 90067-4201

Carolina Canners, Inc.                     EASTGROUP Properties, L.P.                MFP 4747 W. Buckeye LLC
c/o Kelley, Fulton, Kaplan & Eller PL      c/o Thomas L. Abrams                      c/o Hamid R. Rafatjoo
1665 Palm Beach Lakes Blvd.                633 S. Andrews Ave., #500                 Raines Feldman LLP
Suite 1000                                 Fort Lauderdale, FL 33301-2858            1800 Avenue of the Stars
West Palm Beach, FL 33401-2109                                                       12th Floor
                                                                                     Los Angeles, CA 90067-4201

Mitsubishi HC Capital America, Inc.        Nelson Mullins Riley & Scarborough, LLP   Refresco Beverages US Inc
c/o Kye Law Group, P.C.                    100 SE 3rd AVE, Suite 2700                c/o W. Keith Fendrick, Holland & Knight
201 Old Country Road                       Fort Lauderdale, FL 33394-0017            100 N. Tampa Street
Suite 120                                                                            Suite 4100
Melville, NY 11747-2725                                                              Tampa, FL 33602-3642

Southeast Cold Fill, LLC                   States Logistics Services, Inc.           Stellar Group, Inc.
c/o Kelley, Fulton, Kaplan & Eller, P.L.   5650 Dolly Avenue                         c/o Robert P. Charbonneau
1665 Palm Beach Lakes Blvd., Ste. 1000     Buena Park, CA 90621-1872                 55 Alhambra Plaza
West Palm Beach, FL 33401-2109                                                       Suite 800
                                                                                     Coral Gables, FL 33134-5254

Stretto                                    TN Dept of Revenue                        The American Bottling Company
410 Exchange, Ste. 100                     c/oTN Attorney General's Office,          c/o Furr and Cohen, P.A.
Irvine, CA 92602-1331                      Bankruptcy Division                       2255 Glades Rd., Ste 419A
                                           PO Box 20207                              Boca Raton, FL 33431-7379
                                           Nashville, TN 37202-4015

The Hamilton Group (Delaware), Inc.        Truist Bank                               Vital Pharmaceuticals, Inc.
Ullman & Ullman, P.A.                      c/o Peter H. Levitt, Esq.                 1600 N. Park Dr.
2500 North Military Trail                  Shutts & Bowen, 200 S. Biscayne Blvd.     Weston, FL 33326-3278
Suite 100                                  Miami, FL 33131-2310
Boca Raton, FL 33431-6342

XPO LOGISTICS, LLC                         Office of the US Trustee                  XPO LOGISTICS FREIGHT
c/o Edward M. Fitzgerald, Esq.             51 S.W. 1st Ave.                          Attn: Bankruptcy Dept.
Holland & Knight LLP                       Suite 1204                                9151 Boulevard 26 Bldg A
200 S Orange Ave., Suite 2600              Miami, FL 33130-1614                      North Richland Hills, TX 76180-5600
Orlando, FL 32801-3453

Amy C Quartarolo                           Andrew Sorkin                             Brian S Rosen
355 South Grand Avenue, Suite 100          555 Eleventh St NW #1000                  1271 Avenue of the Americas
Los Angeles, CA 90071-3104                 Washington, DC 20004-1327                 New York, NY 10020-1300

Cole Richins                               Elizabeth A Morris                        George A Davis
100 North Tryon Street, Suite 47           1271 Avenue of the Americas               1271 Avenue of the Americas
Charlotte, NC 28202-4000                   New York, NY 10020-1300                   New York, NY 10020-1300
```

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020-1104

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611-3695


John C Didonato
550 W Van Buren St
Chicago, IL 60607-3827

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611-3695

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020-1300


Jordi Guso Esq.
1450 Brickell Ave #1900
Miami, FL 33131-3453

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2339

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4000


Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4400

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024


Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202-4003

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024


Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020-1300

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2339


Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020-1300


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Crown Cork & Seal USA, Inc.

(u)Dairy Farmers of America, Inc.

(u)HACI Mechanical Contractors, Inc.


(u)Monster Energy Company

(u)PepsiCo, Inc. together with its affiliates

(u)Jack H. Owoc

(u)Marc Kesten

End of Label Matrix  
Mailable recipients    48  
Bypassed recipients     7  
Total                  55