

**ORDERED in the Southern District of Florida on October 25, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-BKC-PDR |
| VITAL PHARMACEUTICALS, INC., *et al*. | Chapter 11 |
| Debtors.[1] | Jointly Administered |
| _____/ | |

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 204]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Jeremy C. Kleinman ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for PepsiCo, Inc. ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of the Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>Corali Lopez-Castro
>Kozyak Tropin & Throckmorton, LLP
>2525 Ponce De Leon, 9th Floor
>Miami, Florida 33134
>(305) 372-1800 (Telephone)
>(305) 372-3508 (Facsimile)
>Email: clc@kttlaw.com
>Florida Bar No. 863830

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Corali Lopez-Castro, Local Attorney
Florida Bar No. 863830
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: clc@kttlaw.com

**COPIES TO:**

Corali Lopez-Castro, Esq.

Attorney Lopez-Castro shall serve a copy of this Order on the interested parties and file a certificate of service.