**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISON**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-BKC-PDR |
| VITAL PHARMACEUTICALS, INC., *et al*. | Chapter 11 |
| Debtors.[1] | Jointly Administered |
| _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true and correct copies of the (i) *Order Admitting Attorney Pro Hac Vice (Jeremy C. Kleinman)* [ECF No. 208] and (ii) *Order Admitting Attorney Pro Hac Vice (Joseph D. Frank)* [ECF No. 209] were served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing on this 25th day of October, 2022.

Respectfully submitted,

> KOZYAK TROPIN & THROCKMORTON, LLP
> 2525 Ponce de Leon, 9th Floor
> Miami, Florida  33134
> Telephone: (305) 372-1800
> Facsimile: (305) 372-3508
>
> By: /s/ *Corali Lopez-Castro*
> Corali Lopez-Castro
> Florida Bar No. 863830
> clc@kttlaw.com
>
> *Counsel for Creditor PepsiCo*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).