UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Bankr. Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.                                 Chapter 11

        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      ACAR Leasing Ltd. d/b/a GM Financial Leasing
                      PO Box 183853
                      Arlington, TX  76096


By /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                                                                   Bankr. Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.                                                                  Chapter 11

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 24, 2022 :

| | |
|---|---|
| Jordi Guso, Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131 | U.S. Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |

                                                                               By /s/ Lorenzo Nunez
                                                                                     Lorenzo Nunez

xxxxx16776 / 1063171