**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  CASE NO. 22-17842-PDR
  CHAPTER 11
VITAL PHARMACEUTICALS, INC., et al.,

Debtors.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Creditor, Pettit Kohn Ingrassia Lutz & Dolin, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that they be served with copies of all notices, pleadings, motions, orders, and other documents filed in this case. All such documents should be served upon the undersigned counsel at the following address:

> Thomas W. Tierney, Esq.
> Rossway Swan Tierney Barry & Oliver, P.L.
> 2101 Indian River Boulevard, Suite 200
> Vero Beach, FL 32960
> Telephone: (772) 231-4440
> Email: ttierney@rosswayswan.com

Dated: October 26, 2022.

1

**ROSSWAY SWAN TIERNEY BARRY & OLIVER, P.L.**
Counsel for Creditor, *Pettit Kohn Ingrassia Lutz & Dolin*
2101 Indian River Boulevard, Suite 200
Vero Beach, FL  32960
Telephone: (772) 231-4440
Email:  ttierney@rosswayswan.com
          kkelly@rosswayswan.com

By:     /s/ Thomas W. Tierney
          **Thomas W. Tierney**
          Florida Bar No.: 390150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the E-Filing Portal and copies e-served through the E-Filing Portal.

**ROSSWAY SWAN TIERNEY BARRY & OLIVER, P.L.**
Counsel for Creditor, *Pettit Kohn Ingrassia Lutz & Dolin*
2101 Indian River Boulevard, Suite 200
Vero Beach, FL  32960
Telephone: (772) 231-4440
Email:  ttierney@rosswayswan.com
          kkelly@rosswayswan.com

By:     /s/ Thomas W. Tierney
          **Thomas W. Tierney**
          Florida Bar No.: 390150