**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
<u>CERTIFICATION OF GOVERNMENT ATTORNEY</u>**

TO THE CLERK;

Please enter the appearance of the undersigned attorney, Peter Muthig, as counsel for the Maricopa County Treasurer in this matter.

The undersigned attorney, Peter Muthig, makes this certification of government attorney pursuant to Local Rule 2090-1(C)(3).

1. The undersigned attorney is admitted to the bars of the United States Supreme Court, United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Arizona, the United States District Courts for the Northern, Eastern and Central Districts of California, the Supreme Court of Arizona, and the Supreme Court of California (currently voluntarily inactive in California).

2. The undersigned attorney is in good standing in all jurisdictions in which he has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

. . .

. . .

DATED October 26, 2022.

          */s/ Peter Muthig*
          Peter Muthig (AZ Bar No. 018526)
          Deputy County Attorney
          MARICOPA COUNTY ATTORNEY'S OFFICE
          CIVIL SERVICES DIVISION
          225 W. Madison Street
          Phoenix, Arizona  85003
          Telephone (602) 506-1923
          muthigk@mcao.maricopa.gov
          *Attorneys for Maricopa County Treasurer*

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was served this 26th day of October 2022, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

          */s/ Peter Muthig*
          Peter Muthig (AZ Bar No. 018526)
          Deputy County Attorney
          MARICOPA COUNTY ATTORNEY'S OFFICE
          CIVIL SERVICES DIVISION
          225 W. Madison Street
          Phoenix, Arizona  85003
          Telephone (602) 506-1923
          muthigk@mcao.maricopa.gov
          *Attorneys for Maricopa County Treasurer*