1
2

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

3   In Re:                                     Case No. 22-17842 (PDR)

4   Vital Pharmaceuticals, Inc., *et al.,*     Chapter 11 Proceedings

5        Debtors.                              (Jointly Administered)

6                                              Hearing Date: November 9, 2022
                                               Hearing Time: 10:00 a.m. (ET)

7                                              **[Relates to Docket No. 120]**

8

**OBJECTION TO INTERIM ORDER (I) APPROVING POSTPETITION FINANCING, (II)
AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND
PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSES STATUS, (IV)
GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, (VI)
SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

9
10
11

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through

12  its undersigned counsel, hereby objects to the *Interim Order (I) Approving PostPetition*

13  *Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing*

14  *SuperPriority Administrative Expenses Status, (IV) Granting Adequate Protection, (V)*

15  *Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related*

16  *Relief.* (DE 120) (the "Interim Order"). MCT objects to the Interim Order for the reasons

17  set forth below.

18       **1. MCT's Claims**:

19  On October 17, 2022, MCT filed its Proof of Claim (the "MCT Claim") in the joint

20  case of JHO Real Estate Investment, LLC, #22-17847, in the amount of $401,833.68

21  representing 2022 real property taxes on Debtors' property identified by Parcel 105-14-

22  001Q and located at 1635 S. 43rd Avenue, Phoenix, Arizona in Maricopa County.  Interest

23
24

1   accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid,

2   until paid in full. *See* 11 U.S.C. § 511 and Arizona Revised Statutes ("A.R.S.") § 42-18053.

3   **2. Objection:**

4   MCT objects to the Interim Order and the related Motion to the extent that Debtors

5   seek to prime MCT's tax liens, or make the tax liens pari passu with any other creditor,

6   on Debtors' real property located in Maricopa County, Arizona. Arizona law provides the

7   following.

8   a.  The real property tax liens attached on January 1 of the respective tax year and

9   the taxes are not discharged until the taxes and interest are paid in full or title

10   to the property vests in a purchaser of the property for taxes.  A.R.S. § 42-

11   17153. Accordingly, the liens for real property taxes encumbering the property

12   cannot be removed until the real property taxes are paid in full.

13   b.  The tax liens are "prior and superior to all other liens and encumbrances on the

14   property." A.R.S. § 42-17153.

15   c.  Interest accrues at the statutory rate of 16% per annum until the taxes are paid

16   in full. 11 U.S.C. § 511 and A.R.S. § 42-18053.

17   WHEREFORE, MCT objects to the Interim Order and the related Motion to the

18   extent that they seek to prime any MCT tax liens or make the tax liens pari passu with

19   any other creditor.

20   RESPECTFULLY SUBMITTED this 26th day of October, 2022.

21   RACHEL H. MITCHELL
      MARICOPA COUNTY ATTORNEY
22

      BY: */s/ Peter Muthig*
23        PETER MUTHIG
          Deputy County Attorney
24        *Attorney for Maricopa County Treasurer*

2

1    ORIGINAL of the foregoing E-FILED
      this 26th day of October, 2022, with:

2

3    Clerk, United States Bankruptcy Court
      Southern District of Florida
      299 E. Broward Blvd., Room 112

4    Ft. Lauderdale, FL 33301

5    COPY of the foregoing mailed/e-mailed,
      this 26th day of October, 2022, to:

6

      Office of the US Trustee
7    51 S.W. 1st Ave., Suite 1204
      Miami, FL 33130
8    Email: USTPRegion21.MM.ECF@usdoj.gov

      Vital Pharmaceuticals, Inc.
9    1600 N. Winter Park Drive
      Weston, FL 33326
10   Email: frank.massabki@bangenergy.com
      *Debtors*

11
      Berger Singermann LLP
      1450 Brickell Ave #1900
12   Miami, FL 33131
      Email: jguso@bergersingerman.com
13   Email: mniles@bergersingerman.com
      *Attorneys for Debtors*

14
      Latham & Watkins LLP
      555 Eleventh Street, NW, Suite 1000
15   Washington D.C. 20004
      Email: Andrew.sorkin@lw.com
16   *Attorneys for Debtors*

      Latham & Watkins LLP
17   330 N. Wabash Avenue, Suite 2800
      Chicago, IL 60611
18   Email: jeramy.webb@lw.com
      Email: whit.morley@lw.com
19   *Attorneys for Debtors*

      Moore & Van Allen PLLC
20   100 N. Tyron St., Suite 4700
      Charlotte, NC 28202
21   Email: luislluberas@mvalaw.com
      Email: stevegruendel@mvalaw.com
22   *Attorneys for DIP Agent and Prepetition Agent*

23   . . .

      . . .
24

3

1   Shutts & Bowen LLP
    200 S. Biscayne Blvd., Ste. 4100
2   Miami, FL 33131
    Email: ARodz@shutts.com
3   Email: PLevitt@shutts.com
    *Attorneys for DIP Agent and Prepetition Agent*

4   */s/ Marcy Delgado*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4