UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Bankr. Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.  Chapter 11

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Bankr. Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.  Chapter 11

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 26, 2022 :

Jordi Guso, Esq.
1450 Brickell Ave #1900
Miami, FL 33131

U.S. Trustee
501 E Polk Street
Timberlake Annex, Suite 1200
Tampa, FL 33602

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx01381 / 1063027