**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    Case: 22-17842-PDR
                                                                          CHAPTER 11

VITAL PHARMACEUTICALS, INC.,

Debtor

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Appear Pro Hac Vice for Teddy M. Kapur* **[ECF 103]** was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on October 14, 2022; *Order Granting Motion to Appear Pro Hac Vice for Robert J. Feinstein* **[ECF 133]** *and Order Granting Motion to Appear Pro Hac Vice for Steven W. Golden* **[ECF 134]** were served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on October 17, 2022; *Order Granting Motion to Appear Pro Hac Vice for Richard M.  Pachulski* **[ECF 158]** *and Order Granting Motion to Appear Pro Hac Vice for Ira D. Kharasch* **[ECF 159]** were served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on October 18, 202, and all of the forgoing Orders were served via U.S. Mail on October 27, 2022 to all parties on the attached Service List

Respectfully submitted,

By: /s/ *Michael I. Goldberg, Esq.*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
michael.goldberg@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301-2999
Tel: 954-463-2700
Fax: 954-463-2224

67031003;1

## SERVICE LIST

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301**