

**ORDERED in the Southern District of Florida on October 28, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING
SERVICES, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE
PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR
DETERMINING ADEQUATE ASSURANCE OF PAYMENT, AND REQUEST
FOR WAIVER OF LOCAL RULE 9013-1(L)(2)(b) REQUIREMENT**

**THIS MATTER** having come before the Court for a hearing on October 27, 2022 at

2:00 p.m. in Fort Lauderdale, Florida upon the *Debtors' Motion for Entry of an Order (I)*

*Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).
11582883-1

*Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment, and Request for Waiver of Local Rule 9013-1(L)(2)(b) Requirement* [ECF No. 193] (the "Motion")[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Court, having considered the Motion and the *Supplemental Declaration of John C. DiDonato in Support of the Utility Motion [ECF No. 193]* [ECF No. 224], finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the Constitution; (d) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' request for a waiver of the Local Rule 9013-1(L)(2)(b) requirement to contact each of the Utility Providers prior to the filing of the Motion is **GRANTED**.

3. The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion, including setting up a segregated bank account at an approved depository and depositing therein the Adequate Assurance Deposit, which comprises the Proposed Adequate Assurance for each Utility Provider as set forth on **Exhibit A** to this Order.[3]

4. The terms and conditions of this Order shall be immediately effective and

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

[3] **Exhibit A** attached hereto, modifies the exhibit attached to the Motion as represented by counsel at the hearing.

11582883-1                                    2

enforceable upon its entry and the Debtors' Proposed Adequate Assurance for each Utility Provider as set forth on **Exhibit A**, if any, are deemed satisfactory, subject to a Utility Provider serving an Adequate Assurance Request in accordance with the Adequate Assurance Procedures.

5. The Utility Providers are forbidden to discontinue, alter or refuse service on account of any unpaid prepetition charges, or require additional adequate assurance of payment other than the Proposed Adequate Assurance, if any, subject to a Utility Provider serving an Adequate Assurance Request in accordance with the Adequate Assurance Procedures.

6. Any Utility Provider who accepts the Proposed Adequate Assurance reflected on **Exhibit A**, shall be deemed to have stipulated that said Proposed Adequate Assurance constitutes adequate assurance of future payment to such Utility Provider, and said Utility Provider shall be deemed to have waived any right to seek additional adequate assurance during the course of these chapter 11 cases.

7. Any Utility Provider desiring a deposit in an amount greater than the Proposed Adequate Assurance reflected in **Exhibit A**, must request such assurance pursuant to the following procedures (the "Adequate Assurance Procedures"):

    a. Absent compliance with the Adequate Assurance Procedures, the Utility Providers may not alter, refuse, or discontinue service to or otherwise discriminate against the Debtors on account of the commencement of these chapter 11 cases or any unpaid prepetition charges or request payment of a deposit or receipt of other security in connection with any unpaid prepetition charges.

    b. Within three (3) business days after the entry of this Order, the Debtors shall serve a copy of this Order on the Utility Providers (the "Utility Provider List") by first class mail. In the event that any Utility Provider has been omitted from the Utility Provider List, the Debtors shall supplement said list and shall promptly serve a copy of this Order on such Utility Provider upon learning of such omission.

    c. Any Utility Provider desiring additional adequate assurance, other than the Proposed Adequate Assurance provided by the Debtors, must make such a request (an "Adequate Assurance Request") and serve such request so that it is received by the Debtors and their bankruptcy counsel at the following

        addresses no later than fifteen (15) days of entry of this Order: (i) Debtors c/o Huron Consulting Services LLC, 550 W. Van Buren St., Chicago, IL 60607 (Attn: John C. DiDonato, Chief Transformation Officer, Email: jdidonato@hcg.com); and (ii) attorneys for the Debtors, (A) Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004 (Attn: Andrew D. Sorkin, Esq., andrew.sorkin@lw.com and Jeramy Webb, Esq., jeramy.webb@lw.com) and (B) Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131 (Attn: Jordi Guso, Esq., jguso@bergersingerman.com and Michael J. Niles, Esq., mniles@bergersingerman.com).

d.    Any Adequate Assurance Request must: (i) be made in writing; (ii) set forth the location for which utility services are provided; (iii) include a summary of the Debtors' payment history relevant to the affected account(s), including any security deposit; (iv) set forth why the Utility Provider believes the Proposed Adequate Assurance is not sufficient adequate assurance of future payment; and (v) include a proposal for what would constitute adequate assurance of future payment from the Debtors, along with an explanation of why such proposal is reasonable. Any Adequate Assurance Request that fails to meet these requirements shall be deemed an invalid request for adequate assurance.

e.    Upon the Debtors' receipt of any Adequate Assurance Request at the addresses set forth above, the Debtors shall have until thirty (30) days from the receipt of such Adequate Assurance Request or such other date as the parties mutually agree (the "Resolution Period") to negotiate with such Utility Provider to resolve such Utility Provider's request for additional assurance of payment and advise the Utility Provider that the Adequate Assurance Request is acceptable.

f.    If the Debtors determine, in their discretion, that an Adequate Assurance Request or any consensual agreement reached in connection therewith is reasonable, the Debtors, without further order of the Court, may enter into agreements granting additional adequate assurance to the Utility Provider serving such Adequate Assurance Request and, in connection with such agreements, provide the Utility Provider with additional adequate assurance of payment, including payments on prepetition amounts owing, cash deposits, prepayments, or other forms of security, to the extent authorized pursuant to any orders authorizing the use of cash collateral and the applicable budgets thereunder.

g.    If the Debtors determine that the Adequate Assurance Request is not reasonable and are not able to reach an alternative resolution with the Utility Provider during the Resolution Period, the Debtors, during or immediately after the Resolution Period, will request a hearing before this Court to determine the adequacy of assurances of payment with respect to a particular Utility Provider (the "Determination Hearing") pursuant to section 366(c)(3) of the Bankruptcy Code.

      h.      Pending resolution of an Adequate Assurance Request at any such Determination Hearing and entry of a final, non-appealable order thereon finding that the Utility Provider is not adequately assured of future payment, such Utility Provider shall be prohibited from discontinuing, altering or refusing service to the Debtors on account of unpaid charges for prepetition service or on account of any objections to the Proposed Adequate Assurance.

      i.      Any Utility Provider that does not timely request assurance of payment through an Adequate Assurance Request pursuant to the Adequate Assurance Procedures, automatically will be deemed to have received assurance of payment that is satisfactory to the Utility Provider under section 366(c)(2) without further action by the Debtors and without prejudice to the right of such Utility Provider to seek relief in the future pursuant to section 366(c)(3).[4]

8.    The Debtors are authorized to add or remove any Utility Provider from the Utility Provider List. To the extent that the Debtors identify additional Utility Providers, the Debtors shall file amendments to the Utility Provider List, and shall serve copies of this Order on such newly-identified Utility Providers. Any Utility Provider subsequently added to the Utility Provider List shall be bound by this Order and the Adequate Assurance Procedures herein.

9.    In accordance with this Order and any other Order of this Court, each of the financial institutions at which the Debtors maintain their accounts relating to the payment of the obligations described in the Motion is directed to receive, process, honor, and pay all such checks presented for payment of the obligations described in the Motion and fund all requests made by the Debtors related thereto to the extent that sufficient funds are on deposit.

10.    The Debtors' service of the Motion and this Order upon the Utility Provider List shall not constitute an admission or concession that each such entity is a "utility" within the

---

[4] As a condition of accepting the Proposed Adequate Assurance, a Utility Provider shall be deemed to have stipulated that the Proposed Adequate Assurance constitutes adequate assurance of payment to such Utility Provider within the meaning of section 366 of the Bankruptcy Code, and that the Utility Provider shall be prohibited from challenging or opting out of the Adequate Assurance Procedures, filing an Adequate Assurance Request, or requesting any additional adequate assurance of payment of any kind at any time, notwithstanding any attempt by such Utility Provider to reserve a right to seek any such relief.

11582883-1                         5

meaning of Bankruptcy Code section 366, and the Debtors reserve all rights and defenses with respect thereto.

11. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order or any payment made pursuant to this Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim or lien against the Debtors, a waiver of the Debtors' rights to subsequently dispute such claim or lien, or the assumption or adoption of any agreement, contract, or lease under Bankruptcy Code section 365.

12. Notwithstanding the relief granted in this Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to and in compliance with any interim or final order entered by the Court approving the Debtors' use of cash collateral (the "Cash Collateral Order") and budget thereunder. To the extent that there is any inconsistency between the terms of this Order and the Cash Collateral Order, the terms of the Cash Collateral Order shall control.

13. The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

# EXHIBIT "A"

| Entity Name | Utility Provider Name | Services Provided by Utility Provider | Account Numbers | Utility Address Provider | Outstanding Amount as of Petition Date | Average Monthly Payments in 2022 | YTD Paid | Current Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|---|---|
| Vital Pharmaceuticals, Inc. | Dominion Energy | Electricity | 7210120452863, 7210120452909 | 100 Davidson Hwy, Concord, NC 28027 | $0.00 | $1,641.48 | $15,183.68 | $325.00 | $495.74 |
| Vital Pharmaceuticals, Inc. | Duke Energy | Electricity | 0047403467, 1204396089 | PO Box 1090 Charlotte, NC 28201 | $0.00 | $2,519.63 | $23,306.60 | $1,760.00 | $0.00 |
| Vital Pharmaceuticals, Inc. | FPL | Electricity | 50527-90481, 37490-34397, 90589-99229, 59326-13572, 65690-83592, 6815058364, 63633-62184, 39877-89124 | FPL General Mail Facility Miami FL 33188 | $0.00 | $59,340.84 | $548,902.74 | $75,187.00 | $0.00 |
| Vital Pharmaceuticals, Inc. | Green Mountain Energy | Electricity | 13-552-467-7 | PO Box 37779 Boone, TX 77001-0328 | $0.00 | $1,955.51 | $18,088.48 | | $977.76 |
| Vital Pharmaceuticals, Inc. | Greystone Power | Electricity | 1009347500, 1009347500, 1009347500, and 1009347500 | PO Box 6071 Douglasville, GA 30154-6071 | $0.00 | $34,720.54 | $321,165.02 | $400,079.30 | $0.00 |
| Vital Pharmaceuticals, Inc. | Lee County Electric Company | Electricity | 1252328-8 | PO Box 37779 Boone, IA 50037-0779 | $0.00 | $16.59 | $153.45 | | $8.29 |
| Vital Pharmaceuticals, Inc. | NV Energy | Electricity | 30003690125193700000, 300036901351960000 | 6226 West Sahara Ave Las Vegas, NV 89146 | $0.00 | $333.06 | $3,080.84 | | $166.53 |
| Vital Pharmaceuticals, Inc. | Southern CA Edison | Electricity | 3-051-1241-99, 3-047-1041-58 | PO Box 6400 Rancho Cucamonga, CA 91729-6400 | $0.00 | $740.64 | $6,850.95 | | $370.32 |
| Vital Pharmaceuticals, Inc. | SRP Electric | Electricity | 517-037-001, 393-718-004, 711-097-002, 2941-348-004, 382-937-001, 220-187-007 | 3223 W. Indian Schol Road Phoenix, AZ 85017 | $0.00 | $138,175.27 | $1,278,121.24 | $341,460.00 | $0.00 |
| Vital Pharmaceuticals, Inc. | TECO | Electricity | 2.21006E+11 | PO Box 31318 Tampa, FL 33631-3318 | $0.00 | $636.45 | $5,887.20 | $190.00 | $128.23 |
| Vital Pharmaceuticals, Inc. | TXU Electric | Electricity | 1.00065E+11 | PO Box 13326 Austin, TX 78711-3326 | $0.00 | $5,114.14 | $47,305.84 | | $2,557.07 |
| Vital Pharmaceuticals, Inc. | Xcel Energy | Electricity | 53-0012387283-4 | PO Box 9477 Mpls, MN 55484-9477 | $0.00 | $959.23 | $8,872.84 | | $479.61 |
| Vital Pharmaceuticals, Inc. | Amerigas | Gas | 203629345 | 460 North Gulph Road King of Prussia PA 19406 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Vital Pharmaceuticals, Inc. | Atmos Energy | Gas | 4028756461, 4038845828, 4028756461, 4038845828 | PO Box 740353 Cincinnati, OH 45274-0353 | $0.00 | $1,750.27 | $16,189.98 | | $875.13 |
| Vital Pharmaceuticals, Inc. | Austell Natural Gas | Gas | 9300656004 | P.O. 685 Austell GA 30168-0685 | $0.00 | $324.11 | $2,998.02 | | $162.06 |
| Vital Pharmaceuticals, Inc. | Balgas | Gas | 203629345 | P.O. Box 965 Valley Forge PA 19482 | $0.00 | $0.00 | $0.00 | | $0.00 |

| Entity Name | Utility Provider Name | Services Provided by Utility Provider | Account Numbers | Utility Address Provider | Outstanding Amount as of Petition Date | Average Monthly Payments in 2022 | YTD Paid | Current Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|---|---|
| Vital Pharamceuticals, Inc. | Southwest Gas | Gas | 421-1639092-024, 211-6445055-004 | 1635 S. 43rd Ave. Phoenix, AZ 85009 | $0.00 | $10,813.60 | $100,025.78 | | $5,406.80 |
| Vital Pharamceuticals, Inc. | Suburban Propane | Gas | 1160-411314 | PO Box 260 Whippany, NJ 07981 | $424.37 | $110.76 | $1,024.56 | | $55.38 |
| Vital Pharamceuticals, Inc. | San Diego G&E | Gas / Electric | 762594624 | PO Box 25111 Santa Ana, CA 92799-5111 | $0.00 | $356.88 | $3,301.13 | $1,750.85 | $0.00 |
| Vital Pharamceuticals, Inc. | AT&T | Telecom Services | 312640288, 312639056, 308795927, 770-9480920209, 308648947,287016116264 0,28730586484,30824907 3,831-000-2422- 932,030522489301 | PO Box 10330 Fort Wayne, IN 46851-0330 | $0.00 | $70,398.72 | $651,188.16 | | $35,199.36 |
| Vital Pharamceuticals, Inc. | Blue Stream | Telecom Services | 889521201 | PO Box 660932 Dallas, TX 75266 | $0.00 | $386.54 | $3,575.50 | | $193.27 |
| Vital Pharamceuticals, Inc. | Comcast | Telecom Services | 8456002604988649, 8535-11-46604911172, 099531303, 580-079028103, 259286001, 8495753930505230, 8495 74121 3271293, 8495 74 121 3045325 | PO Box 71211 Charlotte, NC 28272-1211 | $0.00 | $4,410.21 | $40,794.43 | | $2,205.10 |
| Vital Pharamceuticals, Inc. | ConnectWise | Telecom Services | 468312 | 400 N. Tampa St. Suite 130 Tampa, FL 33602 | $0.00 | $1,539.89 | $14,244.00 | | $769.95 |
| Vital Pharamceuticals, Inc. | COX | Telecom Services | 436-259084101, 476-099531303, 580-079028103, 259286001, 259363401 | PO Box 53249 Phoenix, AZ 85072 | $0.00 | $8,764.77 | $81,074.13 | | $4,382.39 |
| Vital Pharamceuticals, Inc. | Frontier | Telecom Services | 813-620-2415-030819.5 | PO Box 740407 Cincinnati, OH 45274-0407 | $0.00 | $151.56 | $1,401.90 | | $75.78 |
| Vital Pharamceuticals, Inc. | GTT | Telecom Services | TI69808 | PO Box 842630 Dallas, TX 75284 | $0.00 | $294.37 | $2,722.89 | | $147.18 |
| Vital Pharamceuticals, Inc. | Spectrum | Telecom Services | *099015801, 826013009161477 | 1900 Blue Crest Lane San Antonio, TX 78247 | $0.00 | $994.83 | $9,202.18 | | $497.42 |
| Vital Pharamceuticals, Inc. | Verizon | Telecom Services | 342259877-00001, U0216478, U0219639, U0219639, 442257342-00001, U0217250, U0216478, U0219639 | PO Box 15069 Albany NY, 12212 | $0.00 | $35,928.06 | $332,334.58 | | $17,964.03 |
| Vital Pharamceuticals, Inc. | Viasat | Telecom Services | 306148858, 306518875, 306236477, 305473559, 305473545 | 6155 EL Camino Real Carlsbad, CA 92009 | $0.00 | $976.77 | $9,035.10 | | $488.38 |
| Vital Pharamceuticals, Inc. | Athens Services | Waste Management | 2M0005460 | PO Box 54957 Los Angeles, CA 90054-0957 | $0.00 | $348.73 | $3,225.78 | | $174.37 |
| Vital Pharamceuticals, Inc. | Choice Waste of Florida | Waste Management | 3073 | 2805 E. Okaland Park Blvs. #464 Fort Lauderdale, FL 33306 | $7,361.68 | $7,361.68 | $0.00 | | $3,680.84 |

| Entity Name | Utility Provider Name | Services Provided by Utility Provider | Account Numbers | Utility Address Provider | Outstanding Amount as of Petition Date | Average Monthly Payments in 2022 | YTD Paid | Current Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|---|---|
| Vital Pharamceuticals, Inc. | City of Fort Myers | Waste Management | 2-0075933-01 | PO Box 301185 Tampa FL 33630-3185 | $0.00 | $398.19 | $3,683.27 | | $199.10 |
| Vital Pharamceuticals, Inc. | City of Pembroke Pines Utilities Department | Waste Management | 524633-229387 | 8300 South Palm Drive Pembroke Pines, FL 33025 | $0.00 | $8,178.12 | $75,647.60 | | $4,089.06 |
| Vital Pharamceuticals, Inc. | Republic Services | Waste Management | 3-0695-0020443, 3-0695-1003595, 3-0695-1003594, 3-0695-0023576, 3-0742-0085350, 3-0902-0163215, 3-0615-8896816 | 751 NW 31st Ave. Fort Lauderdale FL, 33311 | $6,664.28 | $12,541.25 | $116,006.53 | | $6,270.62 |
| Vital Pharamceuticals, Inc. | Waste Management | Waste Management | 23-68215-0300, 23-55764-83005, 23-20209-83002, 23-30813-23002, 23-20309-93009, 23-169-23003, 21-62798-13000, 25-07626-33000, 22-46195-73007, 20-88101-63008, 22-65587-83009, 22-65587-83009, 20-75114-73008, 22-27595-03008, 23-10534-63003, 21-27328-83007 | PO Box 43350 Phoenix, AZ 85080 | $0.00 | $34,606.47 | $320,109.81 | | $17,303.23 |
| Vital Pharamceuticals, Inc. | Waste Pro | Waste Management | 68885, 168312 | PO Box 947217 Atlanta, GA 30394 | $0.00 | $588.22 | $5,441.08 | | $294.11 |
| Vital Pharamceuticals, Inc. | Ontario Trash and Water | Waste Management | 2245376-181373, 6117337873 | PO Box 8000 Ontario, CA 91761-1076 | $0.00 | $431.40 | $3,990.46 | $200.00 | $15.70 |
| Vital Pharamceuticals, Inc. | JEA | Water / Electric | 4985822869 | 21 West Church Street Jacksonville, FL 32202 | $0.00 | $722.20 | $6,680.31 | | $361.10 |
| Vital Pharamceuticals, Inc. | LA Dept. Water and Power | Water / Electric | 5380492101, 9278578377 | PO Box 515407 Los Angeles, CA 90051-6707 | $0.00 | $1,565.61 | $14,481.91 | $3,219.00 | $0.00 |
| Vital Pharamceuticals, Inc. | Orlando Utilities Commission | Water / Electric | 9223321391 | PO Box 31329 Tampa FL 33631-3329 | $0.00 | $0.00 | $0.00 | $900.00 | $0.00 |
| Vital Pharamceuticals, Inc. | City of Sunrise | Water / Sewer | 405263-113438 | PO Box 31432 Tampa, FL 33631 | $0.00 | $2,609.34 | $24,136.37 | $1,280.00 | $24.67 |
| Vital Pharamceuticals, Inc. | City of Weston | Water / Sewer | 4406, 13450 | 17200 Royal Palm Blvd Weston, FL 33326 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Vital Pharamceuticals, Inc. | Clark County Water | Water / Sewer | 5729300000 | 5857 E. Flamingo Rd. Las Vegas, NV 89122 | $0.00 | $88.32 | $816.93 | | $44.16 |
| Vital Pharamceuticals, Inc. | Douglas County Water | Water / Sewer | 512525-344994 | P.O. Box 1157 Douglasville GA 30133 | $0.00 | $78,367.01 | $724,894.86 | | $39,183.51 |

| Entity Name | Utility Provider Name | Services Provided by Utility Provider | Account Numbers | Utility Address Provider | Outstanding Amount as of Petition Date | Average Monthly Payments in 2022 | YTD Paid | Current Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|---|---|
| Vital Pharamceuticals, Inc. | Garratt | Water / Sewer | 3920427 | 50 Ingold Road Burlingame, CA 94010 | $0.00 | $1,581.22 | $14,626.31 | | $790.61 |
| Vital Pharamceuticals, Inc. | Phoenix City Hall | Water / Sewer | 9478421285, 5623736610 | 200 W Washington St. Phoenix, AZ 85003 | $0.00 | $94,720.69 | $876,166.34 | $13,861.99 | $33,498.35 |
| Vital Pharamceuticals, Inc. | Southern Waters Company, Inc | Water / Sewer | 2486 | PO Box 5 Bell, FL 32619 | $0.00 | $242.92 | $2,247.00 | | $121.46 |
| Vital Pharamceuticals, Inc. | Town of Medley | Water/Sewer | 5626.001 | 7777 NW 72 Ave., Medley, FL 32619 | $0.00 | $591.82 | $5,474.34 | | $295.91 |
| Vital Pharamceuticals, Inc. | Cellhire USA LLC | Telecom Services | 6773456 | 866 Presidential Dr., Suite 406, Richardson, TX 75081-2930 | $0.00 | $2,530.00 | $23,400.00 | | $1,265.00 |
| Vital Pharamceuticals, Inc. | Crown Castle Fiber, LLC | Telecom Services | B23395 | P.O. Box 28730 New York, NY 10087-8730 | $0.00 | $6,675.00 | $61,746.00 | | $3,338.00 |
| | | | | | | | | | |
| TOTAL | | | | | $14,450.33 | $637,502.91 | $5,828,806.12 | $840,213.14 | $184,555.58 |