

**ORDERED in the Southern District of Florida on October 28, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS' EMERGENCY OMNIBUS MOTION TO REJECT UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**

**THIS MATTER** came before the Court on October 27, 2022, at 2:00 p.m., upon the *Debtors' Emergency Omnibus Motion to Reject Unexpired Non-Residential Real Property Leases, Effective as of the Petition Date* (the "Motion") [ECF No. 192] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

authority to reject the Leases[2] identified on **Exhibit A** to the Motion as of the Petition Date. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Upon review of the record before the Court, and the Court having been informed of the agreement between the Debtors and Driscoll, LLLP, good and sufficient cause exists to grant the relief requested, as provided herein. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the Leases with 12M Commercial Properties, LLC and The Rose Properties is **APPROVED** pursuant to 11 U.S.C. § 365(a), effective as of October 10, 2022.

3. The Debtors' rejection of the Lease with Driscoll, LLP is **APPROVED** pursuant to 11 U.S.C. § 365(a), effective as of October 21, 2022. However, the entry of this Order is without prejudice to or waiver of any and all (a) rights and claims of Driscoll, LLP to seek an award and payment of administrative claim(s) for rent pursuant to 11 U.S.C. §§ 365(d)(3) and/or 503, and (b) defenses of the Debtors in opposition.

4. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO**

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE LEASES; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE LEASES.**

5. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*