UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

    Debtors.                                                      (Jointly Administered)
_____/

## DEBTORS' NOTICE OF ABANDONMENT OF PERSONAL PROPERTY

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, give notice of the proposed abandonment of the Debtors' interest in the following personal property: (i) printer (two years old); (ii) cooler (broken); and (iii) desks (old), and any additional personal property remaining at the Premises (as defined below) (collectively, the "Personal Property") remaining at the property located at 4650 Forge Road, Suite 104, Colorado Springs, CO 80907 (the "Premises"), which was vacated by the Debtors pre-petition:[2]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The lease between Vital Pharmaceuticals, Inc. and Driscoll, LLP for the property located at 4650 Forge Road, Suite 104, Colorado Springs, CO 80907 was rejected effective as of October 21, 2022.

9267577-1

The Debtors propose to abandon the Personal Property as the Debtors no longer use the Personal Property, and the Personal Property is burdensome and of inconsequential value and benefit to the Debtors' estates.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[3]**

Dated:  October 28, 2022
        Miami, Florida

Respectfully submitted,

/s/ *Jordi Guso*

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone:  (212) 906-1200 | Telephone:  (305) 755-9500 |
| Email:  george.davis@lw.com | Email:  jguso@bergersingerman.com |
|      tj.li@lw.com |      mniles@bergersingerman.com |
|      brian.rosen@lw.com | |
|      jon.weichselbaum@lw.com | |

– and –

---

[3] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, October 28, 2022, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

9267577-1

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  jeramy.webb@lw.com
           whit.morley@lw.com

*Proposed Co-Counsel for Debtors*

3

9267577-1