## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**IN RE:**
**VITAL PHARMACEUTICALS, INC.,**
**d/b/a Bang Energy**
**d/b/a VPS Sports**
**d/b/a VPX/Redline**
**d/b/a Redline**
**d/b/a Quash Life Lift**

**CASE NO.  22-17842-PDR**
**CHAPTER 11**

    **DEBTOR**

## NOTICE OF APPEARANCE

COMES NOW the firm of BROCK & SCOTT, PLLC and files this Notice of Appearance as counsel of record for LMR TRUCKING, INC., a creditor in the above-styled cause, and requests:

1. That its name be added to the Matrix as:

   LMR TRUCKING, INC.
   c/o BROCK & SCOTT, PLLC
   4919 Memorial Hwy., Suite 135
   Tampa, FL  33634

2. That it be provided copies of all pleadings filed herein.

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
BROCK & SCOTT, PLLC
4919 Memorial Hwy., Suite 135
Tampa, FL  33634
813-342-2200
954-618-6954 (fax)
Dennis.LeVine@brockandscott.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this 28th day of October, 2022.

                                        /s/DENNIS J. LEVINE, ESQ.
                                        DENNIS J. LEVINE, ESQ.

Vital Pharmaceuticals, Inc.
1600 N. Park Dr.
Weston, FL 33326

Jordi Guso, Esq.
1450 Brickell Ave #1900
Miami, FL 33131

Michael Jordan Niles, Esq.
313 N. Monroe Street Suite 301
Tallahassee, FL 32301

Andrew Sorkin, Esq.
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130