**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                  Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., et al.,            Case No.:  22-17842-PDR

Debtors.[1]                                                            (Jointly Administered)
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Ardagh Metal Packaging USA Corp. ("Ardagh") hereby appears by its counsel, David H. Conaway and Shumaker, Loop & Kendrick, LLP; such counsel hereby enter their appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person at the following address, telephone number, facsimile number and email addresses:

> David H. Conaway, Esq.
> Shumaker, Loop & Kendrick, LLP
> 101 S. Tryon Street, Suite 2200
> Charlotte, NC 28280
> Telephone:  (704) 945-2171
> Facsimile:  (704) 332-1197
> Email:  dconaway@shumaker.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston FL  33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Ardagh: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Ardagh; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Ardagh may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ardagh expressly reserves.  The undersigned attorney intends to request *pro hac vice* admission in this matter pursuant to Local Rule 2090-1.

Dated:  October 28, 2022            Respectfully submitted,

*/s/ David H. Conaway*
David H. Conaway (NC Bar # 10648)
*Pending Admission Pro Hac Vice*
SHUMAKER, LOOP & KENDRICK, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280
Telephone:  704.375.0057
dconaway@shumaker.com
*Attorneys for Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


*/s/ David H. Conaway*
David H. Conaway