# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE | * | CASE NO. 22-17842 (PDR) |
| | * | (Joint Administration Pending) |
| VITAL PHARMACEUTICALS, INC., ET AL. | * | |
| Debtors.[1] | * | Chapter 11 Cases |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Balboa Capital Corporation ("**Balboa Capital**").  Balboa Capital requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

Ralph W. Confreda, Jr., Esq.
Florida Bar No. 85794
McGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Tele:(954) 356-2513
Fax:(954) 333-3847
Email: rconfreda@mcglinchey.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, Balboa Capital, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or Balboa Capital may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of Balboa Capital.

PLEASE TAKE FURTHER NOTICE that Balboa Capital intends that neither this Notice of Appearance nor any appearance, pleading, claim or suit shall be deemed or construed as: (a) an election of remedies; (b) a consent by Balboa Capital to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Balboa Capital; (c) a consent by Balboa Capital to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. §157(e) or otherwise; (d) a waiver of the right of Balboa Capital to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (e) a waiver of the right of Balboa Capital to have final orders in non-core matters entered only after de novo review and judgment by a District Court; (f) a waiver of the right of Balboa Capital to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (g) a waiver of any past, present or future event of default; or (h) a waiver or limitation of any rights of Balboa Capital, including without limitation, a waiver of rights, claims, actions, defenses, set-offs or recoupments to which Balboa

Capital is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved by Balboa Capital.

Respectfully submitted, this the 28th day of October, 2022.

>/s/Ralph W. Confreda, Jr.
> Ralph W. Confreda, Jr., Esq.
> Florida Bar No. 85794
> McGLINCHEY STAFFORD
> 1 East Broward Boulevard, Suite 1400
> Fort Lauderdale, FL 33301
> Tele:(954) 356-2513
> Fax:(954) 333-3847
> Email: rconfreda@mcglinchey.com
>
> Attorney for Balboa Capital Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Appearance and Request for Notice, has been served on those parties receiving electronic notification via the Court's CM/ECF System on October 28th, 2022.

> /s/Ralph W. Confreda, Jr.
> Ralph W. Confreda, Jr., Esq