**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| **IN RE** | * | **CASE NO. 22-17842 (PDR)** |
| | * | **(Joint Administration Pending)** |
| **VITAL PHARMACEUTICALS, INC., ET AL.** | * | |
| Debtors.[1] | * | **Chapter 11 Cases** |
| | * | |

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Ralph Confreda ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this Court admit *pro hac vice* Rudy J. Cerone ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for Louisiana and California, and qualified to practice in this Court, who proposes to act as counsel for Balboa Capital Corporation ("Client") in this case listed above, and in any adversary proceedings therein which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for such Client, unless the court specifically authorized an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers serviced in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice,* and that absent such separate motion and an order of this Court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Respectfully submitted, this the 28th day of October, 2022.

> /s/ Ralph W. Confreda
> Ralph W. Confreda, Jr., Esq.
> Florida Bar No. 85794
> 1 East Broward Boulevard, Suite 1400
> Fort Lauderdale, FL 33301
> Tele:(954) 356-2513
> Fax:(954) 333-3847
> Email: rconfreda@mcglinchey.com
>
> Attorney for Balboa Capital Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's E-Filing Service System on October ____, 2022.

> s/ Ralph W. Confreda
> Ralph W. Confreda, Jr., Esq