# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. _____ / | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit A**)

- **Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit B**)

Dated: October 31, 2022

/s/ *Ana M. Galvan*
Ana M. Galvan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**

| INFORMATION to identify the case: | | | |
|---|---|---|---|
| United States Bankruptcy Court, Southern District of Florida | | Date cases filed for chapter 11: | **10/10/22** |

## Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case

| Name of Debtor | Other Names Used by the Debtors (if any) | EIN | Case No. |
|---|---|---|---|
| Vital Pharmaceuticals, Inc. | d/b/a Bang Energy<br>d/b/a VPX Sports<br>d/b/a Redline<br>d/b/a Quash Life Lift<br>d/b/a VPX<br>d/b/a VPX/Redline | 65-0668430 | Case No. 22-17842-PDR |
| Bang Energy Canada, Inc. | | 83-4135454 | Case No. 22-17844-PDR |
| JHO Intellectual Property Holdings, LLC | | 82-3700010 | Case No. 22-17845-PDR |
| JHO Real Estate Investment, LLC | | 84-2849394 | Case No. 22-17847-PDR |
| Quash Seltzer, LLC | d/b/a Mixx<br>d/b/a Bang the Fixx<br>d/b/a Bang the Fixx Hard Seltzer<br>d/b/a Fixx Seltzer<br>d/b/a The Fixx Seltzer<br>d/b/a Fixx Hard Seltzer<br>d/b/a The Fixx Hard Seltzer<br>d/b/a Bang Seltzer<br>d/b/a Bang Hard Seltzer | 85-2336501 | Case No. 22-17848-PDR |
| Rainbow Unicorn Bev LLC | | 88-2632254 | Case No. 22-17849-PDR |
| Vital Pharmaceuticals International Sales, Inc. | | 81-0918019 | Case No. 22-17850-PDR |

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not  take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box   8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

<u>WARNING TO DEBTOR</u>: **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| 1. Debtors' Full Names: | Vital Pharmaceuticals, Inc. **<br>** (See above for full names of all Debtors) |
|---|---|

| | | |
|---|---|---|
| 2. All Other Names Used in the Last 8 Years: | See above list. | |
| 3. Address | 1600 N. Park Drive<br>Weston, FL 33326 | |
| 4. Debtors' attorney<br>Name and address | Jordi Guso, Esq.<br>Berger Singerman LLP<br>1450 Brickell Ave., #1900<br>Miami, FL 33131 | Contact phone: (305) 755-9500 |
| 5. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered | Federal Building<br>299 E. Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone: (954) 769-5700 |

Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll−free at (866) 222−8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)

Clerk of Court: **Joseph Falzone**

Dated: **10/13/22**

| | | |
|---|---|---|
| 6. *MEETING OF CREDITORS*<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **11/18/2022 at 9:30 a.m.**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>Trustee: Office of the US Trustee<br>Call in number: **1-866-915-4419**<br>Participant Code: **6071331** |

| | | |
|---|---|---|
| 7. Proof of Claim Deadline | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline:  **12/19/2022** |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to: | Deadline for governmental units to file a proof of claim: | Filing deadline:  **4/10/2023** |
| **Vital Pharmaceuticals, Inc., et al. Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602**<br><br>**Proofs of Claim may also be filed electronically via the case website:**<br><br>https://cases.stretto.com/VitalPharmaceuticals | **Deadlines for Filing Proof of Claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International).<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007−1(B)(1). | |

| | |
|---|---|
| | **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. |
| 8. **Exception to Discharge Deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**     <u>1/17/2023</u> |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036−1(B) and (C). |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. |

# **<u>Exhibit B</u>**

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| Name of Debtors | Case Numbers: |
|---|---|
| **VITAL PHARMACEUTICALS, INC.,** *et al.* | **22-17842-PDR**<br>**22-17844-PDR**<br>**22-17845-PDR**<br>**22-17847-PDR**<br>**22-17848-PDR**<br>**22-17849-PDR**<br>**22-17950-PDR**<br><br>(Jointly Administered) |

Indicate Debtor against which you assert a claim by checking the appropriate box below.

**(Check only one Debtor per claim form)**

| Name of Debtor | Case Number |
|---|---|
| ☐  Vital Pharmaceuticals, Inc. | Case No. 22-17842-PDR |
| ☐  Bang Energy Canada, Inc. | Case No. 22-17844-PDR |
| ☐  JHO Intellectual Property Holdings, LLC | Case No. 22-17845-PDR |
| ☐  JHO Real Estate Investment, LLC | Case No. 22-17847-PDR |
| ☐  Quash Seltzer, LLC | Case No. 22-17848-PDR |
| ☐  Rainbow Unicorn Bev LLC | Case No. 22-17849-PDR |
| ☐  Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850-PDR |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name

Number    Street

City         State      Zip Code

Contact phone

Contact email

**Where should payments to the creditor be sent?** (if different)

Name

Number    Street

City         State      Zip Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / ___
                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing?

Page 2

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

❏ No
❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**   $_____

**Does this amount include interest or other charges?**
❏ No
❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

❏ No
❏ Yes.  The claim is secured by a lien on property.

**Nature of property:**

❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
❏ Motor vehicle
❏ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:                           $_____
**Amount of the claim that is secured:**     $_____
**Amount of the claim that is unsecured:**   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%
❏ Fixed
❏ Variable

**10. Is this claim based on a lease?**

❏ No
❏ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

❏ No
❏ Yes. Identify the property: _____

Page 3

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ❏ No | |
|---|---|---|
| | ❏ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | ❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏  I am the creditor.
❏  I am the creditor's attorney or authorized agent.
❏  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                          MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name         _____
                    First name        Middle name        Last name

Title           _____

Company   _____
                Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____

Contact phone  _____   Email  _____

**Mail Claim Form to:   Vital Pharmaceuticals, Inc., et al Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or file your claim electronically via the following case website:** https://cases.stretto.com/VitalPharmaceuticals.

# **Exhibit C**



Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | | Arlington | TX | 76096 |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| American International Foods, Inc. | Attn: Scott Goldberg | 8066 Fulton St E | | | Ada | MI | 49301 |
| Americredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | | Arlington | TX | 76096 |
| AMMS, Inc. | Attn: Amy McLaughlin | 16043 Agincourt Dr | | | Huntersville | NC | 28078 |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker, Loop & Kendrick, LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | 101 S Tryon St | Suite 2200 | Charlotte | NC | 28280 |
| Atlas Copco Compressors LLC | | 48430 Milmont Drive | | | Fremont | CA | 94538 |
| Averell Luedecker | | 22 Allison Park | | | Brewer | ME | 04412 |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | 1 E Broward Blvd | Suite 1400 | Fort Lauderdale | FL | 33301 |
| Barrington Nutritionals | Attn: Cathy Annattone | 500 Mamaroneck Ave | | | Harrison | NY | 10528 |
| Driscoll, LLP | c/o Seese, P.A. | Attn: Michael Seese, Esq. | 101 NE 3rd Ave | Suite 1270 | Ft. Lauderdale | FL | 33301 |
| Judgement Enforcement Solution, Inc. | | 1825 NW Corporate Blvd | Suite 110 | | Boca Raton | FL | 33431 |
| Keller Warehousing & Co-Packing, LLC | Attn: Michelle Rettig | 24862 Elliott Road | | | Defiance | OH | 43512 |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | 4919 Memorial Hwy | Suite 135 | Tampa | FL | 33634 |
| Mike Meserve | | 116 Wallace Ave | | | South Portland | ME | 04106 |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group, P.C. | 201 Old Country Road | Suite 120 | | Melville | NY | 11747 |
| MMR Strategy Group | Attn: Cheryl Jaffe | 16501 Ventura Blvd | Suite 601 | | Encino | CA | 91367 |
| Monster Energy Company | Attn: Aaron Sonnhalter | 1 Monster Way | | | Corona | CA | 92879 |
| Monster Energy Company | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Teddy M. Kapur, Esq | 10100 Santa Monica Blvd | Suite 1300 | Los Angeles | CA | 90067 |
| Orange Bang, Inc. | Attn: Richard Stein | 13115 Telfair Ave | | | Sylmar | CA | 91342 |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Thomas Patterson | 1801 Century Park East | 26th Floor | Los Angeles | CA | 90067 |
| Orange Bang, Inc. | Attn: David Fox | 13115 Telfair Ave | | | Sylmar | CA | 91342 |
| Pepsi-Cola Bottling Co. of Luverne, Inc. | Attn: Andrew Smith | PO Box 226 | | | Luverne | AL | 36049 |
| Peter Kent Consulting, LLC | Attn: Peter Kent | 404 Locust St | | | Denver | CO | 80220 |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | 2101 Indian River Blvd | Suite 200 | Vero Beach | FL | 32960 |
| Presence From Innovation, LLC | Attn: Jennifer McArtor | 4847 Park 370 Blvd | | | Hazelwood | MO | 63042 |
| Presence From Innovation, LLC | Attn: Jennifer McArtor | PO Box 790379 | | | St. Louis | MO | 63179-0379 |
| Rosenberg Consulting Services, Inc. | | 925 Walnut Ridge Dr | Suite 175 | | Hartland | WI | 53029 |
| Shanghai Freemen Americas LLC | | 2035 RT 27 | Suite 3005 | | Edison | NJ | 08817 |
| Skip Shapiro Enterprises, LLC | Attn: Skip Shapiro | 318 Hawthorn Street | | | New Bedford | MA | 02740 |
| Stephen Miller | Attn: David Moritz | 15431 SW 14th St | | | Davie | FL | 33326 |
| The American Bottling Company | Attn: Russ Falconer | 2001 Ross Ave | Suite 2100 | | Dallas | TX | 75201 |
| The American Bottling Company | Attn: Stephen Cole | 6425 Hall of Fame Ln | | | Frisco | TX | 75034 |
| The Hamilton Group (Delaware), Inc | | PO Box 352 | | | North Syracuse | NY | 13212 |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman, P.A | Attn: Michael Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 |
| Veritext, LLC | Attn: Judith Kunreuther | 290 W Mt. Pleasant Ave | Suite 3200 | | Livingston | NJ | 07039 |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | 555 Eleventh St NW | Suite 1000 | Washington | DC | 20004 |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Jeramy D. Webb, Esq. | 330 N Wabash Ave | Suite 2800 | Chicago | IL | 60611 |
| WA Department of Revenue | Attn: Andrew Garrett | 2101 4th Ave Suite 1400 | | | Seattle | WA | 98121 |
| Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1