

## Claims Register as of 10/31/2022
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | 10/13/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 2 | Varni Brothers Corporation | Attn: Ray Morales | 215 Hosmer Ave | | | Modesto | CA | 95351 | 10/17/2022 | General Unsecured | $873,125.12 | $873,125.12 | | | |
| 3 | Canon Financial Services, Inc. | | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | 10/18/2022 | General Unsecured | $177,737.75 | $177,737.75 | | | |
| 4 | Iowa Department of Revenue | Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E Walnut | | Des Moines | IA | 50319 | 10/18/2022 | General Unsecured Priority | $832.69 | $17.58 | | $815.11 | |
| 6 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | 10/18/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 7 | MMR Strategy Group | Attn: Cheryl Jaffe | 16501 Ventura Blvd | Suite 601 | | Encino | CA | 91367 | 10/20/2022 | General Unsecured | $17,500.00 | $17,500.00 | | | |
| 8 | Steven Douglas Associates LLC | Attn: Shari Gottlieb | 1301 International Parkway | Suite 510 | | Sunrise | FL | 33323 | 10/20/2022 | General Unsecured | $472,907.68 | $472,907.68 | | | |
| 9 | Werner Enterprises Inc | | 39365 Treasury Crt | | | Chicago | IL | 60694 | 10/20/2022 | General Unsecured | $46,002.00 | $46,002.00 | | | |
| 10 | Orange Bang, Inc. | Attn: Richard Stein | 13115 Telfair Ave | | | Sylmar | CA | 91342 | 10/25/2022 | General Unsecured Priority | $87,500,000.00 | $87,500,000.00 | | Undetermined | |
| 12 | Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 | 10/24/2022 | General Unsecured | $1.00 | $1.00 | | | |
| 13 | Scotlynn USA Division Inc. | Attn: Nicole Tracey | 9597 Gulf Research Ln | | | Fort Myers | FL | 33912-4552 | 10/24/2022 | General Unsecured Priority | $185,206.00 | $92,603.00 | | $92,603.00 | |
| 14 | Atlas Copco Compressors LLC | | 48430 Milmont Drive | | | Fremont | CA | 94538 | 10/24/2022 | General Unsecured | $7,081.53 | $7,081.53 | | | |
| 15 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | 10/24/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 17 | Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | 201 Old Country Road | Suite 120 | | Melville | NY | 11747 | 10/25/2022 | General Unsecured Secured | $2,410,772.40 | | $2,410,772.40 | | |
| 18 | Skip Shapiro Enterprises, LLC | Attn: Skip Shapiro | 318 Hawthorn Street | | | New Bedford | MA | 02740 | 10/25/2022 | General Unsecured | $193,450.40 | $193,450.40 | | | |
| 19 | WA Department of Revenue | Attn: Andrew Garrett | 2101 4th Ave Suite 1400 | | | Seattle | WA | 98121 | 10/25/2022 | General Unsecured Priority | $286,995.77 | $102,579.05 | | $184,416.72 | |
| 20 | Peter Kent Consulting, LLC | Attn: Peter Kent | 404 Locust St | | | Denver | CO | 80220 | 10/25/2022 | General Unsecured | $48,939.00 | $48,939.00 | | | |
| 21 | Averell Luedecker | | 22 Allison Park | | | Brewer | ME | 04412 | 10/25/2022 | General Unsecured | $2,314,688.21 | $2,314,688.21 | | | |
| 22 | Presence From Innovation, LLC | Attn: Jennifer McArtor | 4847 Park 370 Blvd | | | Hazelwood | MO | 63042 | 10/26/2022 | General Unsecured | $79,127.22 | $79,127.22 | | | |
| 23 | Mike Meserve | | 116 Wallace Ave | | | South Portland | ME | 04106 | 10/26/2022 | General Unsecured | $15,795.00 | $15,795.00 | | | |
| 24 | AMMS, Inc. | Attn: Amy McLaughlin | 16043 Agincourt Dr | | | Huntersville | NC | 28078 | 10/26/2022 | General Unsecured | $22,440.00 | $22,440.00 | | | |
| 25 | Stephen Miller | Attn: David Moritz | 15431 SW 14th St | | | Davie | FL | 33326 | 10/26/2022 | General Unsecured | $50,927.39 | $50,927.39 | | | |
| 26 | American International Foods, Inc. | Attn: Scott Goldberg | 8066 Fulton St E | | | Ada | MI | 49301 | 10/26/2022 | General Unsecured | $134,989.69 | $134,989.69 | | | |
| 27 | Barrington Nutritionals | Attn: Cathy Annattone | 500 Mamaroneck Ave | | | Harrison | NY | 10528 | 10/26/2022 | General Unsecured | $974.55 | $974.55 | | | |
| 29 | Monster Energy Company | Attn: Aaron Sonnhalter | 1 Monster Way | | | Corona | CA | 92879 | 10/26/2022 | General Unsecured Administrative Priority | $389,739,257.35 | $389,739,257.35 | | | Undetermined |
| 30 | The American Bottling Company | Attn: Russ Falconer | 2001 Ross Ave | Suite 2100 | | Dallas | TX | 75201 | 10/26/2022 | General Unsecured | $0.00 | 225100000 plus ICF | | | |
| 37 | Veritext, LLC | Attn: Judith Kunreuther | 290 W Mt. Pleasant Ave | Suite 3200 | | Livingston | NJ | 07039 | 10/27/2022 | General Unsecured | $23,620.66 | $23,620.66 | | | |
| 38 | Pepsi-Cola Bottling Co. of Luverne, Inc. | Attn: Andrew Smith | PO Box 226 | | | Luverne | AL | 36049 | 10/27/2022 | General Unsecured | $5,952.00 | $5,952.00 | | | |
| 39 | Shanghai Freemen Americas LLC | | 2035 RT 27 | Suite 3005 | | Edison | NJ | 08817 | 10/28/2022 | General Unsecured | $609,924.00 | $609,924.00 | | | |
| 40 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | 10/28/2022 | General Unsecured | $84.99 | $84.99 | | | |
| 41 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | 10/28/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 42 | A to Z Scales and Calibration LLC | Attn: Tom Stelzer | 3515 North 34th Place | | | Phoenix | AZ | 85018 | 10/30/2022 | Priority | $6,206.49 | | | $6,206.49 | |
| 43 | Twin City Security | Attn: Accounting | 105 S Garfield St | Suite 100 | | Cambridge | MN | 55008 | 10/31/2022 | General Unsecured | $44,866.23 | $44,866.23 | | | |



**Claims Register as of 10/31/2022**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | A to Z Scales and Calibration LLC | Attn: Tom Stelzer | 3515 North 34th Place | | | Phoenix | AZ | 85018 | 10/30/2022 | Priority | $6,206.49 | | | $6,206.49 | |
| 40 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | 10/28/2022 | General Unsecured | $84.99 | $84.99 | | | |
| 26 | American International Foods, Inc. | Attn: Scott Goldberg | 8066 Fulton St E | | | Ada | MI | 49301 | 10/26/2022 | General Unsecured | $134,989.69 | $134,989.69 | | | |
| 24 | AMMS, Inc. | Attn: Amy McLaughlin | 16043 Agincourt Dr | | | Huntersville | NC | 28078 | 10/26/2022 | General Unsecured | $22,440.00 | $22,440.00 | | | |
| 14 | Atlas Copco Compressors LLC | | 48430 Milmont Drive | | | Fremont | CA | 94538 | 10/24/2022 | General Unsecured | $7,081.53 | $7,081.53 | | | |
| 21 | Averell Luedecker | | 22 Allison Park | | | Brewer | ME | 04412 | 10/25/2022 | General Unsecured | $2,314,688.21 | $2,314,688.21 | | | |
| 27 | Barrington Nutritionals | Attn: Cathy Annattone | 500 Mamaroneck Ave | | | Harrison | NY | 10528 | 10/26/2022 | General Unsecured | $974.55 | $974.55 | | | |
| 3 | Canon Financial Services, Inc. | | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | 10/18/2022 | General Unsecured | $177,737.75 | $177,737.75 | | | |
| 4 | Iowa Department of Revenue | Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E Walnut | | Des Moines | IA | 50319 | 10/18/2022 | General Unsecured Priority | $832.69 | $17.58 | | $815.11 | |
| 23 | Mike Meserve | | 116 Wallace Ave | | | South Portland | ME | 04106 | 10/26/2022 | General Unsecured | $15,795.00 | $15,795.00 | | | |
| 17 | Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | 201 Old Country Road | Suite 120 | | Melville | NY | 11747 | 10/25/2022 | General Unsecured Secured | $2,410,772.40 | | $2,410,772.40 | | |
| 7 | MMR Strategy Group | Attn: Cheryl Jaffe | 16501 Ventura Blvd | Suite 601 | | Encino | CA | 91367 | 10/20/2022 | General Unsecured | $17,500.00 | $17,500.00 | | | |
| 29 | Monster Energy Company | Attn: Aaron Sonnhalter | 1 Monster Way | | | Corona | CA | 92879 | 10/26/2022 | General Unsecured Administrative Priority | $389,739,257.35 | $389,739,257.35 | | | Undetermined |
| 10 | Orange Bang, Inc. | Attn: Richard Stein | 13115 Telfair Ave | | | Sylmar | CA | 91342 | 10/25/2022 | General Unsecured Priority | $87,500,000.00 | $87,500,000.00 | | Undetermined | |
| 38 | Pepsi-Cola Bottling Co. of Luverne, Inc. | Attn: Andrew Smith | PO Box 226 | | | Luverne | AL | 36049 | 10/27/2022 | General Unsecured | $5,952.00 | $5,952.00 | | | |
| 20 | Peter Kent Consulting, LLC | Attn: Peter Kent | 404 Locust St | | | Denver | CO | 80220 | 10/25/2022 | General Unsecured | $48,939.00 | $48,939.00 | | | |
| 22 | Presence From Innovation, LLC | Attn: Jennifer McArtor | 4847 Park 370 Blvd | | | Hazelwood | MO | 63042 | 10/26/2022 | General Unsecured | $79,127.22 | $79,127.22 | | | |
| 13 | Scotlynn USA Division Inc. | Attn: Nicole Tracey | 9597 Gulf Research Ln | | | Fort Myers | FL | 33912-4552 | 10/24/2022 | General Unsecured Priority | $185,206.00 | $92,603.00 | | $92,603.00 | |
| 39 | Shanghai Freemen Americas LLC | | 2035 RT 27 | Suite 3005 | | Edison | NJ | 08817 | 10/28/2022 | General Unsecured | $609,924.00 | $609,924.00 | | | |
| 18 | Skip Shapiro Enterprises, LLC | Attn: Skip Shapiro | 318 Hawthorn Street | | | New Bedford | MA | 02740 | 10/25/2022 | General Unsecured | $193,450.40 | $193,450.40 | | | |
| 25 | Stephen Miller | Attn: David Moritz | 15431 SW 14th St | | | Davie | FL | 33326 | 10/26/2022 | General Unsecured | $50,927.39 | $50,927.39 | | | |
| 8 | Steven Douglas Associates LLC | Attn: Shari Gottlieb | 1301 International Parkway | Suite 510 | | Sunrise | FL | 33323 | 10/20/2022 | General Unsecured | $472,907.68 | $472,907.68 | | | |
| 30 | The American Bottling Company | Attn: Russ Falconer | 2001 Ross Ave | Suite 2100 | | Dallas | TX | 75201 | 10/26/2022 | General Unsecured | $0.00 | 225100000 plus ICF | | | |
| 15 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | 10/24/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 41 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | 10/28/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 43 | Twin City Security | Attn: Accounting | 105 S Garfield St | Suite 100 | | Cambridge | MN | 55008 | 10/31/2022 | General Unsecured | $44,866.23 | $44,866.23 | | | |
| 2 | Varni Brothers Corporation | Attn: Ray Morales | 215 Hosmer Ave | | | Modesto | CA | 95351 | 10/17/2022 | General Unsecured | $873,125.12 | $873,125.12 | | | |
| 37 | Veritext, LLC | Attn: Judith Kunreuther | 290 W Mt. Pleasant Ave | Suite 3200 | | Livingston | NJ | 07039 | 10/27/2022 | General Unsecured | $23,620.66 | $23,620.66 | | | |
| 19 | WA Department of Revenue | Attn: Andrew Garrett | 2101 4th Ave Suite 1400 | | | Seattle | WA | 98121 | 10/25/2022 | General Unsecured Priority | $286,995.77 | $102,579.05 | | $184,416.72 | |
| 9 | Werner Enterprises Inc | | 39365 Treasury Crt | | | Chicago | IL | 60694 | 10/20/2022 | General Unsecured | $46,002.00 | $46,002.00 | | | |
| 1 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | 10/13/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 6 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | 10/18/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 12 | Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 | 10/24/2022 | General Unsecured | $1.00 | $1.00 | | | |