UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| Vital Pharmaceuticals, Inc. | Case Nos.:    0:22-bk-17842-PDR |
| Bang Energy Canada, Inc. | 0:22-bk-17844-PDR |
| JHO Intellectual Property Holdings, L.L.C. | 0:22-bk-17845-PDR |
| JHO Real Estate Investment, L.L.C. | 0:22-bk-17847-PDR |
| Quash Seltzer, L.L.C. | 0:22-bk-17848-PDR |
| Rainbow Unicorn Beverage, L.L.C. | 0:22-bk-17849-PDR |
| Vital Pharmaceuticals International Sales, Inc. | 0:22-bk-17850-PDR |

Chapter 11 Cases

Debtors.            *jointly administered under 22-17842*

_____/

### UNITED STATES TRUSTEE
### NOTICE OF APPOINTMENT OF
### OFFICIAL UNSECURED CREDITORS COMMITTEE
### IN AND OVER THE JOINTLY ADMINISTERED CHAPTER 11 CASES

Under section 1102(a), title 11, United States Code, the United States Trustee for Region 21 appoints the following creditors to serve on the committee of creditors holding unsecured claims in the jointly administered chapter 11 bankruptcy cases captioned above.

**Member**                                                **Position**

1. Clint E. Pyle                                          Temporary Chairperson
   Stellar Group, Inc.
   2900 Hartley Rd.
   Jacksonville, FL 32257-8221
   904-889-9835
   cpyle@stellar.net

2. Mark H. Speiser
   Archer Daniels Midland Co.
   4666 Faries Parkway
   Decatur, IL 62526
   217-521-3819
   mark.speiser@adm.com

3. Douglas Potvin
   Trinity Logistics, Inc.
   50 Fallon Avenue
   Seaford, DE 19973
   302-253-3919
   doug.potvin@trinitylogistics.com

4. Curt Rothlisberger
   Ardagh Metal Packaging USA Corp.
   8770 W. Bryn Mawr Avenue
   Chicago, IL 60631
   773-490-1864
   curt.rothlisberger@ardaghgroup.com

5. Ron Cenderelli
   Crown Cork & Seal USA, Inc.
   770 Township Line Road
   Yardley, PA 19067
   215-698-5124
   Ron.Cenderelli@crowncork.com

6. Marshall J. Wells
   QuikTrip Corporation
   4705 S. 129th East Ave.
   Tulsa, OK 74134
   918-615-7913
   mwells@quiktrip.com

7. Stephanie Penninger
   XPO Logistics, L.L.C.
   11215 North Community House Road
   Charlotte, NC 28277
   704-956-6028
   Stephanie.Penninger@rxo.com

Each member of the Committee has separately indicated the willingness to serve on the committee and has accepted the appointment.

Dated: 1 November 2022

           Respectfully submitted,

           Mary Ida Townson
           U.S. TRUSTEE, REGION 21

By: /s/ J. Steven Wilkes (Ala Bar # WIL-278)
   Trial Attorney
   U.S. Department of Justice
   Office of the U.S. Trustee, Region 21
   501 East Polk Street, Suite 1200
   Tampa, Florida 33602
   (813) 228-2000 / fax (813) 228-2303
   steven.wilkes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically, or via United States mail service postage prepaid, on or before 01 November 2022:

Electronically: Jordi Guso, Andrew Sorkin; Debtors' Counsel
        Clint E. Pyle, cpyle@stellar.net
        Mark H. Speiser, mark.speiser@adm.com
        Douglas Potvin, doug.potvin@trinitylogistics.com
        Curt Rothlisberger, curt.rothlisberger@ardaghgroup.com
        Ron Cenderelli, Ron.Cenderelli@crowncork.com
        Marshall J. Wells, mwells@quiktrip.com
        Stephanie Penninger, Stephanie.Penninger@rxo.com

All other parties receiving CM/ECF Notice of Filing

                /s/ J. Steven Wilkes