UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale)

------------------------------------------------------------X

In Re:                                                    **Chapter 11**

                                                          **Case No. 22-17842-PDR**

**VITAL PHARMACEUTICALS, INC., et al.,**

                                                          **(Jointly Administered)**

                        Debtor.

------------------------------------------------------------X

**AFFIDAVIT OF FRANK FIUMARA IN SUPPORT OF
MITSUBISHI HC CAPITAL AMERICA INC.'S
<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**

**STATE OF CONNECTICUT**          )
                                  ) ss:
**COUNTY OF FAIRFIELD**           )

     I, Frank Fiumara, deposes and says:

     1.    I am a Collections, Title, Insurance & Syndication Manager ("Collection Manager") of movant Mitsubishi HC Capital America Inc. f/k/a Hitachi Capital America Corp. ("MHCA") a creditor in this action and as such, I am fully familiar with the facts and circumstances of this action. I have in my possession all papers and documents in connection therewith. I make this affidavit based upon my personal knowledge, except as to matters stated herein on my information and belief, and as to those matters, I believe my information to be true and correct. If called as a witness, I could and would competently testify to the matters contained herein.

     2.    MHCA is finance company which provides loans to commercial businesses to enable them to purchase or lease equipment.

3.     As a Collection Manager, I oversee the monitoring of accounts where: (a) the borrower is in default under the terms of a lease or finance agreement; or (b) the borrower has filed a petition for relief under the Bankruptcy Code.

4.     Based upon my review of documents under my supervision and control, I know of my own knowledge of the following facts contained herein.

**BACKGROUND**

**Motor Vehicle Security Agreement #1**

5.     On or about April 7, 2021, Vital Pharmaceuticals, Inc. d/b/a Bang Energy (the "Debtor") entered into a Motor Vehicle Security Agreement ("Agreement #1") with MHCA, whereby MHCA agreed to provide the Debtor with financing to enable it to acquire the following twenty-five (25) trucks:

- 2020  ISUZU  NPRHD  VIN# 54DC4W1D2LS208603
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D5LS208630
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D7LS208631
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D9LS208632
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208804
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D3LS208805
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D5LS208806
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D4LS208831
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D6LS208832
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D8LS208833
- 2020  ISUZU  NPRHD  VIN# 54DC4W1DXLS208834
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D4LS208604
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208835
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D3LS208836
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208849
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D8LS208850
- 2020  ISUZU  NPRHD  VIN# 54DC4W1DXLS208851
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208852
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D6LS208605
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D8LS208606
- 2020  ISUZU  NPRHD  VIN# 54DC4W1DXLS208607
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208608
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D5LS208627

- 2020  ISUZU  NPRHD  VIN# 54DC4W1D7LS208628
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D9LS208629

(all collectively "Trucks #1")

A true and correct copy of Agreement #1 is annexed hereto as Exhibit "A".

6.      Pursuant to the terms of Agreement #1, the Debtor financed the amount of $1,534,012.25 and agreed to repay said sum with interest in sixty (60) consecutive monthly installments each in the sum of $28,955.73 commencing on June 10, 2021 and continuing on the 10th day of each month thereafter until fully paid.

7.      As security for the repayment of the obligations due under Agreement #1 as well as all other present and future indebtedness, the Debtor agreed to grant to MHCA a security interest in and to Trucks #1.

8.      MHCA duly perfected its interest in Trucks #1 by notating its lien on the Certificate of Title for each truck. True and correct copies of the twenty-five (25) Electronic Lien and Titles with MHCA's lien thereon is annexed hereto as Exhibit "B".

9.      The Debtor made payments through and including the September 10, 2022 installment but failed to make the installment due on October 10, 2022.

10.     On or about October 10, 2022 (the "Petition Date") the Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code.

11.     As of the Petition Date, there was due and owing to MHCA under Agreement #1 the principal sum of $1,205,773.82.

**Motor Vehicle Security Agreement #2**

12.     On or about April 19, 2021, the Debtor entered into a second Motor Vehicle Security Agreement ("Agreement #2") with MHCA, whereby MHCA agreed to

provide the Debtor with financing to enable it to acquire the following twenty-five (25) trucks:

- 2020  ISUZU  NPRHD  VIN# 54DC4W1D9LS208260
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D6LS208443
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D8LS208444
- 2020  ISUZU  NPRHD  VIN# 54DC4W1DXLS208445
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D1LS208446
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D0LS208471
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D2LS208472
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D4LS208473
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D6LS208474
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D8LS208475
- 2020  ISUZU  NPRHD  VIN# 54DC4W1DXLS208476
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D2LS208309
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D3LS208495
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D5LS208496
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D7LS208497
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D9LS208498
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D0LS208499
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D3LS208500
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D9LS208310
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D0LS208311
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D2LS208312
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D4LS208313
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D6LS208314
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D2LS208441
- 2020  ISUZU  NPRHD  VIN# 54DC4W1D4LS208442

(all collectively "Trucks #2" and collectively with Trucks #1, the "Trucks")

A true and correct copy of Agreement #2 is annexed hereto as Exhibit "C".

13.     Pursuant to the terms of Agreement #2, the Debtor financed the amount of $1,534,012.25 and agreed to repay said sum with interest in sixty (60) consecutive monthly installments each in the sum of $28,892.51 commencing on June 10, 2021 and continuing on the 10th day of each month thereafter until fully paid.

14.    As security for the repayment of the obligations due under Agreement #2 as well as all other present and future indebtedness, the Debtor agreed to grant to MHCA a security interest in and to Trucks #2.

15.    MHCA duly perfected its interest in Trucks #2 by notating its lien on the Certificate of Title for each truck.  True and correct copies of the twenty-five (25) Electronic Lien and Titles with MHCA's lien thereon is annexed hereto as Exhibit "D".

16.    As of the Petition Date, there was due and owing to MHCA under Agreement #2 the principal sum of $1,204,998.61.

17.    Pursuant to the language of the agreements, the obligations owing under Agreement #1 and Agreement #2 are cross-collateralized and all of the Trucks secure the entire indebtedness. The collective amount owing under both Agreement #1 and Agreement #2 is $2,410,772.43.

18.    The value of a used truck is highly dependent on condition.  The Trucks are all the same type of model and have the same options and should all have the same value, excepting for specific damage or incident to a particular truck. MHCA has attempted to inspect the Trucks but has been unable to inspect all of the Trucks. Of the Trucks that it has been able to inspect those Trucks appear to be in good condition.

19.    Based upon the values provided by the electronic *Black Book,* which is an industry leader of vehicle valuations, the Trucks are each believed to have an average wholesale value of $49,150.  Accordingly, the Trucks have a collective value of $2,457,500. A true and correct copy of a printout from the electronic *Black Book* is annexed as Exhibit "E".

20.     Trucks of this type depreciate with the mere passage of time, with such depreciation being accelerated with use.  Upon information and belief, the Debtor continues to use the Trucks in the operation of its business.

21.     Accordingly, if the Debtor desires to retain the Trucks, it is respectfully requested that they provide MHCA with adequate protection payments in the form of monthly payments; or, alternatively that this Court enter an Order granting MHCA relief from the automatic stay so that it can recover the Trucks and begin to mitigate its damages.

_____
FRANK FIUMARA

BEFORE ME, the undersigned authority, personally appeared, FRANK FIUMARA, who first being duly sworn under oath, deposes and says that the above is true and correct and who is:

_✓_ Personally known to me; or

___ Produced _____ as identification.

**DATED this __/__ day of November, 2022**



**Printed Name of Notary:**

**My Commission Expires:**



Richard Morales
Notary Public, State of Connecticut
My Commission Expires March 31, 2027

# EXHIBIT A

Application #: 358884

# MOTOR VEHICLE SECURITY AGREEMENT

This Motor Vehicle Security Agreement ("Agreement") dated as of **04/07/2021**, by and between Hitachi Capital America Corp ("Creditor"), a Delaware corporation having a place of business at 800 Connecticut Ave., 4th Floor North, Norwalk  CT  06854-1631; and **VITAL PHARMACEUTICALS, INC. DBA BANG ENERGY** (separately and together, the "Buyer") having an address at 1600 N Park Dr,  Weston, FL 33326-3278; and with Buyer and Creditor, collectively, the "Parties").

1. <u>GRANT OF SECURITY INTEREST</u>:  Buyer grants to Creditor a security interest in the vehicle(s) being purchased, listed on Exhibit A attached hereto (collectively the "Vehicle(s)"), and any substitutions, attachments, additions, accessories and equipment then installed in the Vehicle(s) and all replacement parts and all proceeds thereof (collectively the "Collateral). The term "Agreement" when used herein shall refer to this Agreement and Exhibit A attached hereto, as each may be amended or modified from time to time pursuant to the terms within.

Name and Location of Dealer:  **MJ TRUCKNATION,  , 3775 INTERSTATE PARK RD WEST, RIVIERA BEACH, FL 33404**

2. <u>OBLIGATIONS SECURED</u>: Each item of Collateral set forth above in Paragraph 1 secures not only the specific amount which Buyer promises to pay pursuant to Paragraph 3, but also all other present and future indebtedness or obligations of Buyer to Creditor and Creditor's affiliates of every kind and nature (collectively the "Indebtedness").

3. <u>PROMISE TO PAY; TERMS AND PLACE OF PAYMENT</u>:  Buyer promises to pay the Indebtedness to the Creditor at the rates and upon such terms as provided herein.  Buyer, having agreed to purchase the Collateral, desires to finance a portion of the purchase price of the Collateral from Creditor, under the terms and provisions of this Agreement, and agrees with the Creditor as follows:

Description of Trade-In(s) if any:

| | |
|---|---|
| Gross Allowance | $0.00 |
| Less Amount Owing To: | $0.00 |
| Trade-In (Net Allowance) | $0.00 |

| | | | |
|---|---|---|---|
| A. | CASH SALE PRICE OF VEHICLE(S) | | $1,435,250.00 |
| | LICENSE, TAXES and OFFICIAL FEES | | $98,762.25 |
| | OTHER FEES (FET, Insurance or Warranty fees) | | $0.00 |
| TOTAL COST | | $1,534,012.25 | |
| B. | (a) Cash Down Payment | | $0.00 |
| | (b) Net Trade-In Allowance (See above) | | $0.00 |
| | (c) Other Credits | | $ |
| | (Describe): | | |
| | TOTAL DOWN PAYMENT | | $0.00 |
| C. | DIFFERENCE BETWEEN A & B | | $1,534,012.25 |
| D. | **AMOUNT FINANCED / Credit provided to you or on your behalf: (Difference between A & B.............. ) $1,534,012.25** | | |
| E. | Finance Charge | | |
| | (The total amount of interest you will pay) | $203,331.55 | |
| F. | Total Amount of Payments (D+E) | $1,737,343.80 | |
| G. | Total Sale Price (B+F) | $1,737,343.80 | |

**PAYMENT SCHEDULE**: Buyer promises to pay Creditor the AMOUNT FINANCED (Item D above) PLUS interest calculated at a rate per annum of **5.01%** (the "Indebtedness") until all amounts due Creditor hereunder have been fully paid, with such payments to be made in installments as follows:

[X]  *For equal successive monthly installments:* ........................................... (a) The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing **30-days** from Date of Acceptance on the Acceptance Certificate in the amount of **$28,955.73**. At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

[ ]  *For equal successive monthly installments plus balloon* ........................ (b) The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing **30-days** from Date of Acceptance on the Acceptance Certificate in the amount of **$28,955.73** and a final balloon installment of principal and interest of **$0.00**. At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

[ ]  *For non-equal successive monthly installments:* ............................... (c) The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing **30-days** from Date of Acceptance on the Acceptance Certificate in the amount of **$28,955.73** , except for the months of  of each year in  which the payments will be  each . At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

AUTO DEBIT AUTHORIZATION (ACH): Automatic electronic payments are: **OPTIONAL.**

If MANDATORY appears, you will be in default of your contracts if you cancel automatic payment. This authorization shall be deemed to be a continuing requirement, and authorization may not be revoked until all obligations of Buyer under this Agreement have been satisfied in full or otherwise terminated.

If MANDATORY appears above, the HITACHI - DIRECT PAYMENT SIGN-UP FORM (ACH) and section 1 of the HITACHI - BILLING SET-UP INFORMATION FORM must be completely filled out and signed where applicable.

If OPTIONAL appears above, the HITACHI - BILLING SET-UP INFORMATION FORM must be completely filled out.

4. USE OF COLLATERAL: Buyer represents, warrants and agrees that: (a) the Collateral will be used 100% for business and commercial purposes and not for personal, family or household purposes; (b) the Collateral will be maintained in good operating condition, repair and appearance, and will be used and operated with care, only by qualified personnel in the regular course of Buyer's business and in conformity with all applicable governmental laws and regulations; (c) the Collateral will remain personal property and not become part of any real property; (d) Creditor may inspect the Collateral at all reasonable times and from time to time; (e) the Collateral will not be used outside of the Continental United States. Notwithstanding the prohibition from removing the Collateral from the United States, in the event that Buyer contemplates any exporting of the Collateral (including any technology supplied as part of the Collateral), Buyer shall follow all procedures as required by the U.S. Export Administration Regulations and any related export control laws and regulations promulgated and administered by the government of any country having jurisdiction over the parties hereto or the transactions contemplated herein.

5. PRESERVATION OF COLLATERAL: Buyer agrees, at its own expense: (a) to do everything necessary to perfect and preserve the security interests of Creditor in the Collateral; (b) to defend any action, proceeding or claim affecting the Collateral including, but not limited to, those affecting any security interest of Creditor obtained hereunder; (c) to pay all losses, costs, expenses and damages incurred by Creditor in enforcing its rights after the occurrence of an event of default hereunder, including reasonable attorneys' fees (equal to at least 20% of all sums then owing hereunder if permitted by law); (d) to promptly pay all taxes, assessments, license fees and any indirect costs incurred including, but not limited to, storage charges, towing charges, parking charges and fines or any other public or private charges when levied or assessed against the Collateral; and (e) if a certificate of title is required or permitted by law, Buyer shall obtain and promptly deliver to Creditor the certificate, showing the security interest of Creditor.

6. PREPAYMENT: The Buyer may make prepayments of future amounts due in whole or in part under terms of this Agreement. The prepaid amounts shall be applied to the installments in reverse order of maturity.

7. LIQUIDATION SETTLEMENT: (I) Single Vehicle and Collateral Agreement: the Buyer may prepay the indebtedness for a single Vehicle and Collateral hereunder in full (but not in part); (II) Multi Vehicle and Collateral Agreement as listed on Exhibit A: the Buyer may prepay the indebtedness for a single Vehicle and Collateral ("Unit") in full (but not in part), at any time, so long as Buyer is not in default hereunder; provided that, in the case of (I) or (II) the Buyer shall pay an early Liquidation Settlement Fee equal to (a) 3% of the Amount financed being prepaid if such prepayment in each case occurs during 1st thru 24th payments; (b) 2% of the Amount financed being prepaid if such prepayment occurs during 25th thru 36th payments; (c) 1% of the Amount financed being prepaid if such prepayment occurs after payment 36. Creditor is granted the right to amend the monthly installment and principal balance to account for the prepayment and amended indebtedness of the unpaid portions of the Agreement.

8. BUYER'S REPRESENTATIONS AND WARRANTIES: Buyer represents and warrants that: (a) the Collateral was delivered to and accepted by Buyer in satisfactory condition; (b) Buyer is justly indebted to Creditor for the full amount of the Indebtedness set forth herein; (c) except for the security interest granted hereby, the Collateral is free and will be kept free from all liens, claims, security interests and encumbrances; (d) no financing statement covering the Collateral or any proceeds thereof is filed or will be filed in favor of anyone other than Creditor; (e) all information supplied and statements made by Buyer in any financial, credit or accounting statement or application for credit prior to, contemporaneously with or subsequent to the execution of this Agreement are and shall be complete and accurate in all material respects; and Buyer has full power and authority to enter into this Agreement and Buyer has taken all necessary steps to make this Agreement valid and binding obligation.

9. CONTINUING OBLIGATIONS: Buyer agrees that the security interest granted by Buyer to Creditor shall remain in effect irrespective of any retaking or redelivery of the Collateral or any portion thereof and irrespective of the payment of the amount of any of the Indebtedness, so long as there are any obligations of any kind owed by Buyer to Creditor, including obligations under guarantees or assignments.

10. OWNERSHIP; RISK OF LOSS: Buyer agrees to pay Creditor all amounts Buyer owes under this Agreement even if the Vehicle(s) or any other Collateral or portion thereof is/are lost, stolen, damaged, destroyed or missing. Unless Buyer obtains Creditor's prior written consent, Buyer will not sell, lease, mortgage, create a lien in, transfer or otherwise dispose of the Collateral, in whole or in part. Buyer is responsible for and will pay when due all repair bills, storage bills, taxes, fines, and other charges and assessments levied on the Collateral. If Buyer fails to pay these amounts, Creditor may do so for Buyer. If Creditor pays any of these charges on Buyer's behalf, Buyer agrees to pay upon demand an administration fee of $100.00 plus any amounts Creditor may have paid on Buyer's behalf, together with interest thereon at the Default Rate defined herein below.

11. REQUIRED INSURANCE COVERAGE: Buyer agrees to buy and pay for comprehensive insurance coverage for the term of this Agreement, including fire, theft and combined additional insurance coverage in an amount equal to the full insurable value of the Collateral, as set forth below. Buyer may provide the insurance coverage through an existing policy owned or controlled by Buyer or through a policy obtained from an insurance company of Buyer's choice acceptable to Creditor. The insurance policy must name Creditor as loss payee. In addition, the required insurance policy must provide for 30 days advance written notice to Creditor before the insurance coverage is cancelled, modified or reduced. Buyer agrees to deliver promptly to Creditor certificates of insurance evidencing the required insurance coverage and whatever other written proof of insurance coverage Creditor requests. **NO INSURANCE IS BEING PROVIDED BY CREDITOR.**

| TYPE | AMOUNT |
|---|---|
| **Public liability and property damage** | |
| Less than 33,001 GVW   (Class 1 – 7) | $ 100,000.00  combined single limit (comprehensive automobile liability) per occurrence |
| 33,001 GVW or Greater  (Class 8) | $1,000,000.00  combined single limit (comprehensive automobile liability) per occurrence |
| Collision, fire and theft (all risk) | Not less than the actual value of the Collateral from time to time. |
| | with Maximum deductible of $2,500.00 |

Buyer's insurance information:
Additional instructions for supplying verification of insurance coverage are provided on the HITACHI – MINIMUM CUSTOMER INSURANCE REQUIREMENTS form and Buyer must provide an insurance ACORD meeting those requirements.

12. RIGHT TO COLLECT INSURANCE PROCEEDS: Buyer hereby assigns to Creditor any monies that may become payable under each such policy of insurance, including returned and unearned premiums, up to the amount of the Indebtedness. Buyer irrevocably constitutes and appoints Creditor as Buyer's attorney-in-fact: (a) to hold each original insurance policy; (b) to make, settle and adjust claims under each policy of insurance; (c) to make claims for any monies that may become payable under such policies and other insurance on the Collateral including returned or unearned premiums and (d) to endorse Buyer's name on any check, draft or other instrument received in payment of claims or returned or unearned premiums under each policy and to apply the funds to the payment of the Indebtedness or, at Creditor's option, to the repair or replacement of the Vehicle(s). Buyer agrees to cooperate fully with Creditor in collecting insurance proceeds.

13. INSURANCE CHARGES RETURNED TO CREDITOR: If any charge for required insurance is returned to Creditor, it may be credited to Buyer's account or used to buy similar insurance or insurance that covers only Creditor's interest in the Collateral. If insurance charges returned to Creditor are credited to Buyer's account, they will be applied to as many of Buyer's installments as they will cover, beginning with the final installment.

14. FINANCING STATEMENT: Buyer authorizes Creditor to file a financing statement with respect to the Collateral, signed only by Creditor, and to file a carbon, photographic or other reproduction of this Agreement or of a financing statement. At the request of Creditor, Buyer will execute any financing statements, agreements or documents, in form satisfactory to Creditor, Creditor deems appropriate to obtain and retain a perfected security interest in the Collateral and will pay the cost of filing or recording the same in all public offices deemed necessary or advisable by Creditor. Buyer also agrees to pay all costs and expenses incurred by Creditor in conducting UCC, tax or other lien searches against the Buyer or the Collateral and such other fees as may be agreed.

15. PERFORMANCE: If Buyer fails to perform any of its obligations under this Agreement, Creditor may but is not required to perform same and Buyer shall immediately repay to Creditor any amounts paid by Creditor in such performance, together with interest at the Default Rate as defined herein below. The parties here to expressly agree that the Liquidation Settlement Fee or any make whole payment shall be payable by Buyer notwithstanding any Acceleration of the Indebtedness.

16. FINANCIAL STATEMENTS: During the term of this Agreement, Buyer shall provide Creditor with Buyer's annual audited financial statements and such other annual and quarterly financial statements and other financial information as is reasonably requested by Creditor. Buyer shall notify Creditor, in writing, of any change in name, ownership or control of Buyer within fifteen (15) days of such change.

17. DEFAULT: Buyer is in default of its obligations under this Agreement if: (1) Buyer fails to pay any of the Indebtedness when due; (2) Buyer fails to perform any of its obligations under this Agreement or any other Agreement or debt obligation of Buyer to Creditor or Creditor's Affiliates; (3) any warranty, representation or statement Buyer made or caused to be made is false or breached; (4) the Collateral or any portion thereof is/are lost, stolen, damaged, destroyed, encumbered, levied upon, seized or attached; (5) the Collateral or Any portion thereof is/are sold or leased without Creditor's prior written permission; (6) Buyer assigns its rights under this Agreement; (7) bankruptcy or insolvency proceedings are initiated by or against Buyer; (8) Buyer is unable to pay its debts as they become due; (9) Buyer defaults under any agreement for failure to pay any [material] indebtedness owed to any third party; 10) becomes insolvent; (11) a receiver, or fiscal agent, is appointed for Buyer; (12) Buyer makes an assignment for the benefit of creditors; (13) Buyer is a corporation or partnership and the corporation or partnership dissolves, merges, consolidates or transfers a substantial portion of its property; (14) Creditor in good faith believes that the prospect of payment or performance under this Agreement is impaired; (15) there shall be a material change in the management, ownership or control of Buyer; (16) there shall occur a seizure of control, custody or possession of any Collateral by any governmental authority including, without limitation, any municipal, state, federal or other governmental entity or any governmental agency or instrumentality (all such entities, agencies and instrumentalities shall hereunder be collectively referred to as "Governmental Authority"), (17) anyone in the control, custody or possession of any Collateral or the Buyer is accused or alleged or charged (whether or not subsequently arraigned, indicted or convicted), by any Governmental Authority to have used any Collateral in connection with the commission of any crime (other than a misdemeanor moving violation); (18) Buyer fails to obtain or maintain insurance as required by Paragraph 10 of this Agreement; or (19) any guarantor, surety or endorser for Buyer, ceases to do business as a going concern or defaults in any liability or obligation to Creditor or any guaranty obtained in connection with this transaction is terminated or breached; (20) IACH is deemed Mandatory as indicated by the DIRECT PAYMENT SIGN-UP FORM – LOAN and Buyer at any time during the term of this Agreement fails to provide valid Depository Institution Information and Authorization permitting Creditor to debt a Buyer's bank account for all payments due.

18. REMEDIES: Waiver of any default by Creditor shall not be a waiver of any other default; all of Creditor's rights and remedies are cumulative. Upon the occurrence of an event of default, and as long as the default continues, Creditor may, at its option, with or without notice to Buyer: (a) declare this Agreement to be in default; (b) declare the Indebtedness to be immediately due and payable ("Acceleration"); (c) declare all other debts then owing by Buyer to Creditor to be immediately due and payable; (d) cancel any insurance and credit any refund to the Indebtedness; and (e) exercise all of the rights and remedies of a secured party under the Uniform Commercial Code and any other applicable laws, including the right to require Buyer to assemble the Collateral hereunder or the collateral of any other debt obligations of Buyer to Creditor and deliver it to Creditor at a place to be designated by Creditor which is reasonably convenient to both parties, and to lawfully enter any premises where the Collateral is located without judicial process and take possession thereof. Acceleration of the Indebtedness, if elected by Creditor, shall be subject to all applicable laws including those pertaining to refunds and rebates of unearned charges. Any property that is in or upon the Collateral at the time of repossession may be taken and held without liability until Buyer requests its return. Unless otherwise provided by law, any requirement of reasonable notice that Creditor may be obligated to give regarding the sale or other disposition of collateral will be met if such notice is mailed to Buyer at its address shown herein at least ten (10) days before the time of sale or other disposition. Creditor may buy at any sale and become the owner of the collateral. The inclusion of a trade name or division name in the identification of Buyer hereunder shall not limit Creditor's rights, after the occurrence of an event of default, to proceed against all of Buyer's assets, including those held or used by Buyer individually or under another trade or division name. In the event of a default Buyer irrevocably appoints Creditor as Buyer's attorney-in-fact to execute and endorse all title and transfer documents upon any sale of Collateral. Expenses of retaking, holding, preparing for sale, selling and the like shall include the reasonable fees of any attorneys retained by Creditor (equal to at least 20% of all sums then owing by Buyer to Creditor, if permitted by law) and all other legal costs and expenses incurred by Creditor. Buyer expressly waives all further rights to possession of the Collateral hereunder or the collateral for any other debt obligations of Buyer to Creditor after default hereunder and all claims for injuries or damages suffered through or loss caused by any such entering and/or repossession by Creditor or its agents and representatives.

19. APPLICATION OF PROCEEDS: The proceeds of any sale of or other realization upon all or any part of the repossessed Collateral hereunder or other collateral for any other debt obligations of Buyer to Creditor shall be applied in the following order: first, to pay all costs and expenses of such sale or realization, including reasonable attorneys' fees and costs and all other expenses, liabilities and advances incurred or made by the Creditor in connection therewith; second, to the payment of the Indebtedness hereunder and any other debt obligations of Buyer to Creditor, including applicable interest; and finally, to pay to the Buyer or its successors or assigns or, as a court may direct, any surplus then remaining from such proceeds. If, in the event of the sale of or any realization upon the Collateral hereunder or the collateral for any other debt obligations of Buyer to Creditor, the proceeds are insufficient to pay all amounts to which the Creditor is legally entitled, Buyer will be liable for the entire deficiency, together with interest thereon at the maximum rate allowed by law.

20. ASSIGNMENT AND CHANGES IN THIS ASSIGNMENT: Creditor may assign its interest in this Agreement and any guarantees hereof without Buyer's consent. An Assignment of this Agreement constitutes as assignment of any Guarantees hereof unless specifically indicated otherwise in writing by Creditor. Buyer agrees that it may not assign its rights or obligations under this Agreement. No modification or amendment of this Agreement shall be valid unless made in writing and signed by Creditor. No oral changes are binding. The term "Creditor" shall include any assignee of Creditor who is the holder of this Agreement. Buyer's obligations and liabilities hereunder to the assignee will be absolute and unconditional and will not be subject to any abatement, reduction, recoupment, defense, set-off or counterclaim available to Buyer for breach of warranty or for any other reason whatsoever. Any provisions hereof contrary to, prohibited by or invalid under applicable laws or regulations shall be inapplicable, but shall not invalidate the remaining provisions hereof. Buyer waives all exemptions to the extent permitted by law. Creditor may correct patent errors herein. All of the terms and provisions of this Agreement shall apply to and be binding upon Buyer, its heirs, personal or legal representatives, successors and assigns and shall inure to the benefit of Creditor, its successors and assigns.

21. WAIVER OF CLAIMS AND DEFENSES: To the full extent permitted by applicable law, Buyer hereby waives as to Creditor all claims and defenses which Buyer could assert against the manufacturer, seller or Creditor of the Vehicle(s) or any other aspect of the Collateral.

22. DEFAULT INTEREST: Buyer agrees to pay Creditor, upon default, interest on all sums then owing by Buyer to Creditor at the rate of 18% per annum, if not prohibited by law, otherwise at the highest rate that Buyer can legally obligate itself to pay and/or Creditor can legally collect, until

paid in full. All amounts payable hereunder are payable at Creditor's address noted above or at such other address as Creditor specifies from time to time in writing.

23. LATE FEE AND SECURITY INTEREST: For each installment not paid within ten (10) days after its due date, Buyer agrees to pay to Creditor a late fee equal to 5% of such installment with such late fee not to be less than $25.00. To secure payment of the total amount due to Creditor hereunder, Creditor retains a lien on and security interest in the Collateral regardless of any retaking and redelivery of the Collateral to Buyer.

24. DISCLAIMER: There are no warranties other than those made by the manufacturer of the Collateral. **CREDITOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO THE QUALITY, WORKMANSHIP, DESIGN, MERCHANTABILITY, SUITABILITY, OR FITNESS OF THE COLLATERAL FOR ANY PARTICULAR PURPOSE, OR ANY OTHER REPRESENTATION OR WARRANTY WHATSOEVER, EXPRESS OR IMPLIED.** Creditor shall not under any circumstances be liable for loss of anticipatory or actual profits or for consequential damages of any type whatsoever.

25. ENTIRE AGREEMENT: This Agreement contains the final, integrated understanding and agreement between the Parties concerning its subject matter. This Agreement may not be modified or amended in any manner except by a further writing signed by the Parties. If this Agreement is executed by two or more Buyers, they shall be jointly and severally liable under it. Creditor retains the right to correct and / or amend the Agreement and / or Exhibit A to perfect and preserve the security interests in the Vehicle(s) and Collateral without consent, or notification of the Buyer.

26. MAINTENANCE OF LIEN: Buyer is responsible for assuring that a lien on the Collateral in favor of the Creditor is properly recorded on any title to the Collateral and that such lien remains in full force and effect until the indebtedness hereunder has been paid in full to Creditor.

27. PRIVACY WAIVER: For any purpose, Creditor may receive from and disclose to any individual, corporation, business, trust, association, company, partnership, joint venture, or other entity (herein collectively, the "Entity"), including, without limitation, Creditor's parent or any affiliate or any subsidiary of Creditor and any credit reporting agency or other entity whether or not related to Creditor, information about Buyer's accounts, credit application and credit experience with Creditor, and Buyer authorizes any Entity to release to Creditor any information related to Buyer's accounts, credit experience and account information regarding the Buyer. This shall be continuing authorization for all present and future disclosures of Buyer's account information, credit application and credit experience on Buyer made by Creditor, or any Entity requested to release such information to Creditor. Buyer consents to the receipt and release of all information required in order for Creditor to comply with its obligations, if any, under the USA Patriot Act.

28. GOVERNING LAW: This Agreement shall be governed by the laws of the State of Connecticut, without regard to conflict of law principles. The Parties agree that all actions or proceedings arising in connection with this Agreement may be tried and litigated in the state and federal courts located in the State of Connecticut, or, at the sole option of Creditor, in any other court in which Creditor shall initiate legal or equitable proceedings and that has subject matter jurisdiction over the matter in controversy. Buyer waives any right they may have to assert lack of personal jurisdiction, the doctrine of *forum non conveniens* or to object to venue (or to seek to transfer venue) to the extent any action or proceeding is brought in accordance with this section.

29. WAIVER OF JURY TRIAL: **THE CREDITOR AND THE BUYER HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY OR AGAINST EACH OTHER ON, OR IN RESPECT OF, ANY MATTER ARISING OUT OF, RELATING TO OR PERTAINING TO THIS AGREEMENT OR THE INTERPRETATION, BREACH, ENFORCEMENT OR SUBJECT MATTER HEREOF, THE RELATIONSHIP BETWEEN THE BUYER AND THE CREDITOR AND/OR ANY CLAIM OF INJURY OR DAMAGE FROM ANY OTHER RELATIONSHIP BETWEEN THE PARTIES.**

30 MISCELLANEOUS: This Agreement is for the benefit of, and may be enforced by, the respective Parties and their successors and permitted assigns and is not for the benefit of, and may not be enforced by, any third party claiming through Buyer. This Agreement is the product of negotiations between the Parties. Each provision hereof shall be read and interpreted in accordance with its common and ordinary meaning and no ambiguity in language shall be read or interpreted strictly against either Party as the drafter thereof. All notices required or permitted under this Agreement shall be in writing and shall be deemed received if delivered personally to an officer or authorized representative of a Party, or if sent by certified mail, return receipt requested and postage prepaid, to a Party at its address noted above or to such other address for which notice has been given pursuant hereto. Buyer hereby consents to Creditor obtaining a credit report on Buyer and any personal and/or corporate guarantors of Buyer at the time of execution hereof and semi-annually in the event of a default under this Agreement or any other obligations of Buyer to Creditor and any Guarantees therefor. *Copies of this executed Agreement transmitted by facsimile transmission, email or generated through electronic signature/documentation technology shall be considered originals for all purposes*

**NOTICE TO BUYER: DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE AGREEMENT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.**

**Notice to Buyer:** Do not sign this contract in blank. You are entitled to an exact copy of the contract you sign. Keep it to protect your rights. (PA Disclosure)

| CREDITOR: | BUYER: |
|---|---|
| **HITACHI CAPITAL AMERICA CORP.** | **VITAL PHARMACEUTICALS, INC.** **DBA BANG ENERGY** |
| Signature: *Alisan Steffens* | Signature: |
| Name: **Alisan Steffens** **Credit Analyst** | Name (print): Francis Massabki |
| Title: **Hitachi Capital America Corp.** 5/10/2021 4:17:36 PM | Title: Authorized Officer    4.27.2021 |

Motor Vehicle Security Agreement                    Page 4

Application #: 358884

# EXHIBIT A

**GARAGING ADDRESS:** 1600 N Park Dr , Weston, FL 33326-3278

| Item # | Year | Make | Model | Vin / Serial # |
|--------|------|------|-------|----------------|
| 1 | 2020 | ISUZU | NPRHD | 54DC4W1D2LS208603 |
| 1 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 2 | 2020 | ISUZU | NPRHD | 54DC4W1D4LS208604 |
| 2 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 3 | 2020 | ISUZU | NPRHD | 54DC4W1D6LS208605 |
| 3 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 4 | 2020 | ISUZU | NPRHD | 54DC4W1D8LS208606 |
| 4 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 5 | 2020 | ISUZU | NPRHD | 54DC4W1DXLS208607 |
| 5 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 6 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208608 |
| 6 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 7 | 2020 | ISUZU | NPRHD | 54DC4W1D5LS208627 |
| 7 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 8 | 2020 | ISUZU | NPRHD | 54DC4W1D7LS208628 |
| 8 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 9 | 2020 | ISUZU | NPRHD | 54DC4W1D9LS208629 |
| 9 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 10 | 2020 | ISUZU | NPRHD | 54DC4W1D5LS208630 |
| 10 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 11 | 2020 | ISUZU | NPRHD | 54DC4W1D7LS208631 |
| 11 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 12 | 2020 | ISUZU | NPRHD | 54DC4W1D9LS208632 |
| 12 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 13 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208804 |
| 13 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 14 | 2020 | ISUZU | NPRHD | 54DC4W1D3LS208805 |
| 14 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 15 | 2020 | ISUZU | NPRHD | 54DC4W1D5LS208806 |
| 15 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 16 | 2020 | ISUZU | NPRHD | 54DC4W1D4LS208831 |
| 16 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 17 | 2020 | ISUZU | NPRHD | 54DC4W1D6LS208832 |
| 17 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 18 | 2020 | ISUZU | NPRHD | 54DC4W1D8LS208833 |
| 18 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 19 | 2020 | ISUZU | NPRHD | 54DC4W1DXLS208834 |
| 19 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 20 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208835 |
| 20 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 21 | 2020 | ISUZU | NPRHD | 54DC4W1D3LS208836 |
| 21 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 22 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208849 |
| 22 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 23 | 2020 | ISUZU | NPRHD | 54DC4W1D8LS208850 |
| 23 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 24 | 2020 | ISUZU | NPRHD | 54DC4W1DXLS208851 |
| 24 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 25 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208852 |
| 25 | 2020 | MICKEY | 14' BEVERAGE BODY | |

# EXHIBIT B



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| Account Number | | Financed Date |
| Loan Number | | Perfected Date |
| Branch | | Payoff Date |
| | | |
| Borrower 1 | | Dealer ID |
| Borrower 2 | | Dealer |
| Borrower Address | | Dealer Address |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D9LS208260 | Issuance Date | 8/17/2021 |
| Title Number | 0142990672 | Received Date | 8/18/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:14:42 AM PST

ELT Printout



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| | | |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D6LS208443 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0142989690 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:15:41 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D8LS208444 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0142990164 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:16:00 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| | | | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1DXLS208445 | Issuance Date | 8/26/2021 |
| Title Number | 0142990332 | Received Date | 8/30/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:16:18 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D1LS208446 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0142990499 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:16:35 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D0LS208471 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0142990581 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:16:53 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D2LS208472 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143031431 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:17:10 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave <br> Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D4LS208473 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016159 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR <br> WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:17:28 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D6LS208474 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016329 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:17:47 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D8LS208475 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016434 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:18:04 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1DXLS208476 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016505 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:18:26 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D2LS208309 | **Issuance Date** | 8/17/2021 |
| **Title Number** | 0142990722 | **Received Date** | 8/18/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:18:52 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D3LS208495 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016646 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:19:08 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D5LS208496 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0143016913 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:19:25 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D7LS208497 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143016964 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:19:43 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| | | |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D9LS208498 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143017018 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:19:59 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D0LS208499 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143017273 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:20:17 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| Account Number | Financed Date |
| Loan Number | Perfected Date |
| Branch | Payoff Date |
| | |
| Borrower 1 | Dealer ID |
| Borrower 2 | Dealer |
| Borrower Address | Dealer Address |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D3LS208500 | Issuance Date | 8/26/2021 |
| Title Number | 0143017332 | Received Date | 8/30/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:20:34 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| | | |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D9LS208310 | **Issuance Date** | 8/17/2021 |
| **Title Number** | 0142986473 | **Received Date** | 8/18/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 NORTH PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:21:00 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D0LS208311 | **Issuance Date** | 8/17/2021 |
| **Title Number** | 0142988135 | **Received Date** | 8/18/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:21:17 AM PST

ELT Printout

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D2LS208312 | Issuance Date | 8/17/2021 |
| Title Number | 0142988367 | Received Date | 8/18/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:21:34 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D4LS208313 | **Issuance Date** | 8/17/2021 |
| **Title Number** | 0142988616 | **Received Date** | 8/18/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:21:50 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D6LS208314 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0142989277 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:22:08 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| | | |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D2LS208441 | **Issuance Date** | 8/18/2021 |
| **Title Number** | 0142989392 | **Received Date** | 8/20/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:22:23 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D4LS208442 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0142989640 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:22:37 AM PST

# EXHIBIT C

Application #: 352381

# MOTOR VEHICLE SECURITY AGREEMENT

This Motor Vehicle Security Agreement ("Agreement") dated as of **04/19/2021**, by and between Hitachi Capital America Corp. ("Creditor"), a Delaware corporation having a place of business at 800 Connecticut Ave., 4th Floor North, Norwalk   CT   06854-1631; and **VITAL PHARMACEUTICALS, INC. DBA BANG ENERGY** (separately and together, the "Buyer") having an address at 1600 N Park Dr., Weston, FL 33326-3278; and with Buyer and Creditor, collectively, the "Parties").

1. GRANT OF SECURITY INTEREST: Buyer grants to Creditor a security interest in the vehicle(s) being purchased, listed on Exhibit A attached hereto (collectively the "Vehicle(s)"), and any substitutions, attachments, additions, accessories and equipment then installed in the Vehicle(s) and all replacement parts and all proceeds thereof (collectively the "Collateral". The term "Collateral" when used herein shall refer to this Agreement and Exhibit A attached hereto, as each may be amended or modified from time to time pursuant to the terms within.

Name and Location of Dealer: **MJ TRUCKNATION, , 3775 INTERSTATE PARK RD WEST, RIVIERA BEACH, FL 33404**

2. OBLIGATIONS SECURED: Each item of Collateral set forth above in Paragraph 1 secures not only the specific amount which Buyer promises to pay pursuant to Paragraph 3, but also all other present and future indebtedness or obligations of Buyer to Creditor and Creditor's affiliates of every kind and nature (collectively the "Indebtedness")

3. PROMISE TO PAY; TERMS AND PLACE OF PAYMENT: Buyer promises to pay the Indebtedness to the Creditor at the rates and upon such terms as provided herein. Buyer, having agreed to purchase the Collateral, desires to finance a portion of the purchase price of the Collateral from Creditor, under the terms and provisions of this Agreement, and agrees with the Creditor as follows:

Description of Trade-In(s) if any:

Gross Allowance ........................................................................................................... **$0.00**
Less Amount Owing To: _____ **$0.00**
Trade-In (Net Allowance) ............................................................................................. **$0.00**

| | | |
|---|---|---|
| A. | CASH SALE PRICE OF VEHICLE(S) .................................................................................. | $1,435,250.00 |
| | LICENSE, TAXES AND OFFICIAL FEES ........................................................................... | $98,762.25 |
| | OTHER FEES (FET, Insurance or Warranty fees) ........................................................... | $0.00 |
| | TOTAL COST | $1,534,012.25 |
| B. | (a)  Cash Down Payment ...................................................................................... | $0.00 |
| | (b)  Net Trade-In Allowance (See above) ................................................................ | $0.00 |
| | (c)  Other Credits ............................................................................................ | $ |
| | (Describe): | |
| | TOTAL DOWN PAYMENT ..................................................................................... | $0.00 |
| C. | DIFFERENCE BETWEEN A & B ............................................................................... | $1,534,012.25 |
| D. | **AMOUNT FINANCED / Credit provided to you or on your behalf: (Difference between A & B................ )** | **$1,534,012.25** |
| E. | Finance Charge | |
| | (The total amount of interest you will pay) .................... | $199,538.35 |
| F. | Total Amount of Payments (D+E) .................................... | $1,733,550.60 |
| G. | Total Sale Price (B+F) ................................................... | $1,733,550.60 |

**PAYMENT SCHEDULE**: Buyer promises to pay Creditor the AMOUNT FINANCED (Item D above) PLUS interest calculated at a rate per annum of **4.92%** (the "Indebtedness") until all amounts due Creditor hereunder have been fully paid, with such payments to be made in installments as follows:

[X] *For equal successive monthly installments*. ......................................... (a)  The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing 30-days from Date of Acceptance on the Acceptance Certificate in the amount of **$28,892.51** At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

[ ] *For equal successive monthly installments plus balloon* ...................... (b) The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing 30-days from Date of Acceptance on the Acceptance Certificate in the amount of **$28,892.51** and a final balloon installment of principal and interest of **$0.00** At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

[ ] *For non-equal successive monthly installments* ................................... (c)  The term of this obligation shall be 60 months commence on the Date of Acceptance on the Acceptance Certificate. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest commencing 30-days from Date of Acceptance on the Acceptance Certificate in the amount of **$28,892.51** , except for the months of  of each year in which the payments will be  each . At the end of the term, the entire principal balance together with all accrued interest shall be due and payable, without notice or demand.

AUTO DEBIT AUTHORIZATION (ACH): Automatic electronic payments are: **OPTIONAL.**
If MANDATORY appears, you will be in default of your contracts if you cancel automatic payment. This authorization shall be deemed to be a continuing requirement, and authorization may not be revoked until all obligations of Buyer under this Agreement have been satisfied in full or otherwise terminated.

If MANDATORY appears above, the HITACHI - DIRECT PAYMENT SIGN-UP FORM (ACH) and section 1 of the HITACHI - BILLING SET-UP INFORMATION FORM must be completely filled out and signed where applicable

If OPTIONAL appears above, the HITACHI - BILLING SET-UP INFORMATION FORM must be completely filled out.

4. USE OF COLLATERAL: Buyer represents, warrants and agrees that: (a) the Collateral will be used 100% for business and commercial purposes and not for personal, family or household purposes; (b) the Collateral will be maintained in good operating condition, repair and appearance, and will be used and operated with care, only by qualified personnel in the regular course of Buyer's business and in conformity with all applicable governmental laws and regulations; (c) the Collateral will remain personal property and not become part of any real property; (d) Creditor may inspect the Collateral at all reasonable times and from time to time; (e) and the Collateral will not be used outside of the Continental United States. Notwithstanding the prohibition from removing the Collateral from the United States, in the event that Buyer contemplates any exporting of the Collateral (including any technology supplied as part of the Collateral), Buyer shall follow all procedures as required by the U.S. Export Administration Regulations and any related export control laws and regulations promulgated and administered by the government of any country having jurisdiction over the parties hereto or the transactions contemplated herein.

5. PRESERVATION OF COLLATERAL. Buyer agrees, at its own expense: (a) to do everything necessary to perfect and preserve the security interests of Creditor in the Collateral; (b) to defend any action, proceeding or claim affecting the Collateral including, but not limited to, those affecting any security interest of Creditor obtained hereunder; (c) to pay all losses, costs, expenses and damages incurred by Creditor in enforcing its rights after the occurrence of an event of default hereunder, including reasonable attorneys' fees (equal to at least 20% of all sums then owing hereunder if permitted by law); (d) to promptly pay all taxes, assessments, license fees and any indirect costs incurred including, but not limited to, storage charges, towing charges, parking charges and fines or any other public or private charges when levied or assessed against the Collateral; and (e) if a certificate of title is required or permitted by law, Buyer shall obtain and promptly deliver to Creditor the certificate, showing the security interest of Creditor.

6. PREPAYMENT: The Buyer may make prepayments of future amounts due in whole or in part under terms of this Agreement. The prepaid amounts shall be applied to the installments in reverse order of maturity.

7. LIQUIDATION SETTLEMENT: (I) Single Vehicle and Collateral Agreement: the Buyer may prepay the indebtedness for a single Vehicle and Collateral hereunder in full (but not in part); (II) Multi Vehicle and Collateral Agreement as listed on Exhibit A: the Buyer may prepay the indebtedness for a single Vehicle and Collateral ("Unit") in full (but not in part), at any time, so long as Buyer is not in default hereunder; provided that, in the case of (I) or (II) the Buyer shall pay an early Liquidation Settlement fee equal to (a) 3% of the Amount financed being prepaid if such prepayment in each case occurs during 1st thru 24th payments; (b) 2% of the Amount financed being prepaid if such prepayment occurs during 25th thru 36th payments; (c) 1% of the Amount financed being prepaid if such prepayment occurs after payment 36. Creditor is granted the right to amend the monthly installment and principal balance to account for the prepayment and amended indebtedness of the unpaid portions of the Agreement.

8. BUYER'S REPRESENTATIONS AND WARRANTIES: Buyer represents and warrants that: (a) the Collateral was delivered to and accepted by Buyer in satisfactory condition; (b) Buyer is justly indebted to Creditor for the full amount of the Indebtedness set forth herein; (c) except for the security interest granted hereby, the Collateral is free and will be kept free from all liens, claims, security interests and encumbrances; (d) no financing statement covering the Collateral or any proceeds thereof is filed or will be filed in favor of anyone other than Creditor; (e) all information supplied and statements made by Buyer in any financial, credit or accounting statement or application for credit prior to, contemporaneously with or subsequent to the execution of this Agreement are and shall be complete and accurate in all material respects; and Buyer has full power and authority to enter into this Agreement and Buyer has taken all necessary steps to make this Agreement its valid and binding obligation.

9. CONTINUING OBLIGATIONS: Buyer agrees that the security interest granted by Buyer to Creditor shall remain in effect irrespective of any retaking or redelivery of the Collateral or any portion thereof and irrespective of the payment of the amount of any of the Indebtedness, so long as there are any obligations of any kind owed by Buyer to Creditor, including obligations under guarantees or assignments.

10. OWNERSHIP; RISK OF LOSS: Buyer agrees to buy and pay Creditor all amounts Buyer owes under this Agreement even if the Vehicle(s) or any other Collateral or portion thereof is/are lost, stolen, damaged, destroyed or missing. Unless Buyer obtains Creditor's prior written consent, Buyer will not sell, lease, mortgage, create a lien in, transfer or otherwise dispose of the Collateral, in whole or in part. Buyer is responsible for and will pay when due all repair bills, storage bills, taxes, fines, and other charges and assessments levied on the Collateral. If Buyer fails to pay these amounts, Creditor may do so for Buyer. If Creditor pays any of these charges on Buyer's behalf, Buyer agrees to pay upon demand an administration fee of $100.00 plus any amounts Creditor may have paid on Buyer's behalf, together with interest thereon at the Default Rate defined herein below.

11. REQUIRED INSURANCE COVERAGE: Buyer agrees to buy and pay for comprehensive insurance coverage for the term of this Agreement, including fire, theft and combined additional insurance coverage in an amount equal to the full insurable value of the Collateral, as set forth below. Buyer may provide the insurance coverage through an existing policy owned or controlled by Buyer or through a policy obtained from an insurance company of Buyer's choice acceptable to Creditor. The insurance policy must name Creditor as loss payee. In addition, the required insurance policy must provide for 30 days advance written notice to Creditor before the insurance coverage is cancelled, modified or reduced. Buyer agrees to deliver promptly to Creditor certificates of insurance evidencing the required insurance coverage and whatever other written proof of insurance coverage Creditor requests. **NO INSURANCE IS BEING PROVIDED BY CREDITOR.**

| TYPE | AMOUNT |
|---|---|
| **Public liability and property damage** | |
| Less than 33,001 GVW    (Class 1 – 7) | $ 100,000.00 combined single limit (comprehensive automobile liability) per occurrence |
| 33,001 GVW or Greater (Class 8) | $1,000,000.00 combined single limit (comprehensive automobile liability) per occurrence |
| **Collision, fire and theft (all risk)** | Not less than the actual value of the Collateral from time to time, with Maximum deductible of $2,500.00 |

Buyer's insurance information:
Additional Instructions for supplying verification of insurance coverage are provided on the HITACHI – MINIMUM CUSTOMER INSURANCE REQUIREMENTS form and Buyer must provide an insurance ACORD meeting those requirements.

12. RIGHT TO COLLECT INSURANCE PROCEEDS: Buyer hereby assigns to Creditor any monies that may become payable under each such policy of insurance, including returned and unearned premiums, up to the amount of the Indebtedness. Buyer irrevocably constitutes and appoints Creditor as Buyer's attorney-in-fact; (a) to hold each original insurance policy; (b) to make, settle and adjust claims under each policy of insurance; (c) to make claims for any monies that may become payable under such policies and other insurance on the Collateral including returned or unearned premiums, and (d) to endorse Buyer's name on any check, draft or other instrument received in payment of claims or returned or unearned premiums under each policy and to apply the funds to the payment of the Indebtedness or, at Creditor's option, to the repair or replacement of the Vehicle(s). Buyer agrees to cooperate fully with Creditor in collecting insurance proceeds.

13. INSURANCE CHARGES RETURNED TO CREDITOR: If any charge for required insurance is returned to Creditor, it may be credited to Buyer's account or used to buy similar insurance or insurance that covers only Creditor's interest in the Collateral. If insurance charges returned to Creditor are credited to Buyer's account, they will be applied to as many of Buyer's installments as they will cover, beginning with the final installment.

14. FINANCING STATEMENT: Buyer authorizes Creditor to file a financing statement with respect to the Collateral, signed only by Creditor, and to file a carbon, photographic or other reproduction of this Agreement or of a financing statement. At the request of Creditor, Buyer will execute any financing statements, agreements or documents, in form satisfactory to Creditor, Creditor deems appropriate to obtain and retain a perfected security interest in the Collateral and will pay the cost of filing or recording the same in all public offices deemed necessary or advisable by Creditor. Buyer also agrees to pay all costs and expenses incurred by Creditor in conducting UCC, tax or other lien searches against the Buyer or the Collateral and such other fees as may be required.

15. PERFORMANCE. If Buyer fails to perform any of its obligations under this Agreement, Creditor may but is not required to perform same and Buyer shall immediately repay to Creditor any amounts paid by Creditor in such performance, together with interest at the Default Rate as defined herein below. The parties here to expressly agree that the Liquidation Settlement Fee or any make whole payment shall be payable by Buyer notwithstanding any Acceleration of the Indebtedness.

16. FINANCIAL STATEMENTS: During the term of this Agreement, Buyer shall provide Creditor with Buyer's annual audited financial statements and such other annual and quarterly financial statements and other financial information as is reasonably requested by Creditor. Buyer shall notify Creditor, in writing, of any change in name, ownership or control of Buyer within fifteen (15) days of such change.

17. DEFAULT: Buyer is in default of its obligations under this Agreement if: (1) Buyer fails to pay any of the Indebtedness when due; (2) Buyer fails to perform any of its obligations under this Agreement or any other Agreement or debt obligation of Buyer to Creditor or Creditor's Affiliates; (3) any warranty, representation or statement Buyer made or caused to be made is false or breached; (4) the Collateral or any portion thereof is/are lost, stolen, damaged, destroyed, encumbered, levied upon, seized or attached; (5) the Collateral or Any portion thereof is/are sold or leased without Creditor's prior written permission; (6) Buyer assigns its rights under this Agreement; (7) bankruptcy or insolvency proceedings are initiated by or against Buyer; (8) Buyer is unable to pay its debts as they become due; (9) Buyer defaults under any agreement for failure to pay any [material] indebtedness owed to any third party; 10) becomes insolvent; (11) a receiver, or fiscal agent, is appointed for Buyer; (12) Buyer makes an assignment for the benefit of creditors; (13) Buyer is a corporation or partnership and the corporation or partnership dissolves, merges, consolidates or transfers a substantial portion of its property; (14) Creditor in good faith believes that the prospect of payment or performance under this Agreement is impaired; (15) there shall be a material change in the management, ownership or control of Buyer; (16) there shall occur a seizure of control, custody or possession of any Collateral by any governmental authority including, without limitation, any municipal, state, federal or other governmental entity or any governmental agency or instrumentality (all such entities, agencies and instrumentalities shall hereunder be collectively referred to as "Governmental Authority"); (17) anyone in the control, custody or possession of any Collateral or the Buyer is accused or alleged or charged (whether or not subsequently arraigned, indicted or convicted), by any Governmental Authority to have used any Collateral in connection with the commission of any crime (other than a misdemeanor moving violation); (18) Buyer fails to obtain or maintain insurance as required by Paragraph 10 of this Agreement; or (19) any guarantor, surety or endorser for Buyer, ceases to do business as a going concern or defaults in any liability or obligation to Creditor or any guaranty obtained in connection with this transaction is terminated or breached; (20) ACH is deemed Mandatory as indicated by the DIRECT PAYMENT SIGN-UP FORM – LOAN and Buyer at any time during the term of this Agreement fails to provide valid Depository Institution Information and Authorization permitting Creditor to debt a Buyer's bank account for all payments due.

18. REMEDIES: Waiver of any default by Creditor shall not be a waiver of any other default; all of Creditor's rights and remedies are cumulative. Upon the occurrence of an event of default, and as long as the default continues, Creditor may, at its option, with or without notice to Buyer: (a) declare this Agreement to be in default; (b) declare the Indebtedness to be immediately due and payable ("Acceleration"); (c) declare all other debts then owing by Buyer to Creditor to be immediately due and payable; (d) cancel any insurance and credit any refund to the Indebtedness; and (e) exercise all of the rights and remedies of a secured party under the Uniform Commercial Code and any other applicable laws, including the right to require Buyer to assemble the Collateral hereunder or the collateral of any other debt obligations of Buyer to Creditor and deliver it to Creditor at a place to be designated by Creditor which is reasonably convenient to both parties, and to lawfully enter any premises where the Collateral is located without judicial process and take possession thereof. Acceleration of the Indebtedness, if elected by Creditor, shall be subject to all applicable laws including those pertaining to refunds and rebates of unearned charges. Any property that is in or upon the Collateral at the time of repossession may be taken and held without liability until Buyer requests its return. Unless otherwise provided by law, any requirement of reasonable notice that Creditor may be obligated to give regarding the sale or other disposition of collateral will be met if such notice is mailed to Buyer at its address shown herein at least ten (10) days before the time of sale or other disposition. Creditor may buy at any sale and become the owner of the collateral. The inclusion of a trade name or division name in the identification of Buyer hereunder shall not limit Creditor's rights, after the occurrence of an event of default, to proceed against all of Buyer's assets, including those held or used by Buyer individually or under another trade or division name. In the event of a default Buyer irrevocably appoints Creditor as Buyer's attorney-in-fact to execute and endorse all title and transfer documents upon any sale of Collateral. Expenses of retaking, holding, preparing for sale, selling and the like shall include the reasonable fees of any attorneys retained by Creditor (equal to at least 20% of all sums then owing by Buyer to Creditor, if permitted by law) and all other legal costs and expenses incurred by Creditor. Buyer expressly waives all further rights to possession of the Collateral hereunder or the collateral for any other debt obligations of Buyer to Creditor after default hereunder and all claims for injuries or damages suffered through or loss caused by any such entering and/or repossession by Creditor or its agents and representatives.

19. APPLICATION OF PROCEEDS: The proceeds of any sale of or other realization upon all or any part of the repossessed Collateral hereunder other collateral for any other debt obligations of Buyer to Creditor shall be applied in the following order: first, to pay all costs and expenses of such sale or realization, including reasonable attorneys' fees and costs and all other expenses, liabilities and advances incurred or made by the Creditor in connection therewith; second, to the payment of the Indebtedness hereunder and any other debt obligations of Buyer to Creditor, including applicable interest; and finally, to pay to the Buyer or its successors or assigns or, as a court may direct, any surplus then remaining from such proceeds. If, in the event of the sale of or any realization upon the Collateral hereunder or the collateral for any other debt obligations of Buyer to Creditor, the proceeds are insufficient to pay all amounts to which the Creditor is legally entitled, Buyer will be liable for the entire deficiency, together with interest thereon at the maximum rate allowed by law.

20. ASSIGNMENT AND CHANGES IN THIS ASSIGNMENT: Creditor may assign its interest in this Agreement and any guarantees hereof without Buyer's consent. An Assignment of this Agreement constitutes as assignment of any Guarantees hereof unless specifically indicated otherwise in writing by Creditor. Buyer agrees that it may *not* assign its rights or obligations under this Agreement. No modification or amendment of this Agreement shall be valid unless made in writing and signed by Creditor. No oral changes are binding. The term "Creditor" shall include any assignee of Creditor who is the holder of this Agreement. Buyer's obligations and liabilities hereunder to the assignee will be absolute and unconditional and will not be subject to any abatement, reduction, recoupment, defense, set-off or counterclaim available to Buyer for breach of warranty or for any other reason whatsoever. Any provisions hereof contrary to, prohibited by or invalid under applicable laws or regulations shall be inapplicable, but shall not invalidate the remaining provisions hereof. Buyer waives all exemptions to the extent permitted by law. Creditor may correct patent errors herein. All of the terms and provisions of this Agreement shall apply to and be binding upon Buyer, its heirs, personal or legal representatives, successors and assigns and shall inure to the benefit of Creditor, its successors and assigns.

21. WAIVER OF CLAIMS AND DEFENSES: To the full extent permitted by applicable law, Buyer hereby waives as to Creditor all claims and defenses which Buyer could assert against the manufacturer, seller or Creditor of the Vehicle(s) or any other aspect of the Collateral.

22. DEFAULT INTEREST: Buyer agrees to pay Creditor, upon default, interest on all sums then owing by Buyer to Creditor at the rate of 18% per annum, if not prohibited by law, otherwise at the highest rate that Buyer can legally obligate itself to pay and/or Creditor can legally collect, until

paid in full. All amounts payable hereunder are payable at Creditor's address noted above or at such other address as Creditor specifies from time to time in writing.

23. LATE FEE AND SECURITY INTEREST: For each installment not paid within ten (10) days after its due date, Buyer agrees to pay to Creditor a late fee equal to 5% of such installment with such late fee not to be less than $25.00. To secure payment of the total amount due to Creditor hereunder, Creditor retains a lien on and security interest in the Collateral regardless of any retaking and redelivery of the Collateral to Buyer.

24. DISCLAIMER: There are no warranties other than those made by the manufacturer of the Collateral. **CREDITOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO THE QUALITY, WORKMANSHIP, DESIGN, MERCHANTABILITY, SUITABILITY, OR FITNESS OF THE COLLATERAL FOR ANY PARTICULAR PURPOSE, OR ANY OTHER REPRESENTATION OR WARRANTY WHATSOEVER, EXPRESS OR IMPLIED.** Creditor shall not under any circumstances be liable for loss of anticipatory or actual profits or for consequential damages of any type whatsoever.

25. ENTIRE AGREEMENT: This Agreement contains the final, integrated understanding and agreement between the Parties concerning its subject matter. This Agreement may not be modified or amended in any manner except by a further writing signed by the Parties. If this Agreement is executed by two or more Buyers, they shall be jointly and severally liable under it. Creditor retains the right to correct and / or amend the Agreement and / or Exhibit A to perfect and preserve the security interests in the Vehicle(s) and Collateral without consent, or notification of the Buyer.

26. MAINTENANCE OF LIEN: Buyer is responsible for assuring that a lien on the Collateral in favor of the Creditor is properly recorded on any title to the Collateral and that such lien remains in full force and effect until the Indebtedness hereunder has been paid in full to Creditor.

27. PRIVACY WAIVER: For any purpose, Creditor may receive from and disclose to any individual, corporation, business, trust, association, company, partnership, joint venture, or other entity (herein collectively, the "Entity"), including, without limitation, Creditor's parent or any affiliate or any subsidiary of Creditor and any credit reporting agency or other entity whether or not related to Creditor, information about Buyer's accounts, credit application and credit experience with Creditor, and Buyer authorizes any Entity to release to Creditor any information related to Buyer's accounts, credit experience and account information regarding the Buyer. This shall be continuing authorization for all present and future disclosures of Buyer's account information, credit application and credit experience on Buyer made by Creditor, or any Entity requested to release such information to Creditor. Buyer consents to the receipt and release of all information required in order for Creditor to comply with its obligations, if any, under the USA Patriot Act.

28. GOVERNING LAW: This Agreement shall be governed by the laws of the State of Connecticut, without regard to conflict of law principles. The Parties agree that all actions or proceedings arising in connection with this Agreement may be tried and litigated in the state and federal courts located in the State of Connecticut, or, at the sole option of Creditor, in any other court in which Creditor shall initiate legal or equitable proceedings and that has subject matter jurisdiction over the matter in controversy. Buyer waives any right they may have to assert lack of personal jurisdiction, the doctrine of *forum non conveniens* or to object to venue (or to seek to transfer venue) to the extent any action or proceeding is brought in accordance with this section.

29. WAIVER OF JURY TRIAL: **THE CREDITOR AND THE BUYER HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY OR AGAINST EACH OTHER ON, OR IN RESPECT OF, ANY MATTER ARISING OUT OF, RELATING TO OR PERTAINING TO THIS AGREEMENT OR THE INTERPRETATION, BREACH, ENFORCEMENT OR SUBJECT MATTER HEREOF, THE RELATIONSHIP BETWEEN THE BUYER AND THE CREDITOR AND/OR ANY CLAIM OF INJURY OR DAMAGE FROM ANY OTHER RELATIONSHIP BETWEEN THE PARTIES.**

30. MISCELLANEOUS: This Agreement is for the benefit of, and may only be enforced by, the respective Parties and their successors and permitted assigns and is not for the benefit of, and may not be enforced by, any third party claiming through Buyer. This Agreement is the product of negotiations between the Parties. Each provision hereof shall be read and interpreted in accordance with its common and ordinary meaning and no ambiguity in language shall be read or interpreted strictly against either Party as the drafter thereof. All notices required or permitted under this Agreement shall be in writing and shall be deemed received if delivered personally to an officer or authorized representative of a Party, or if sent by certified mail, return receipt requested and postage prepaid, to a Party at its address noted above or to such other address for which notice has been given pursuant hereto. Buyer hereby consents to Creditor obtaining a credit report on Buyer and any personal and/or corporate guarantors of Buyer at the time of execution hereof and semi-annually in the event of a default under this Agreement or any other obligations of Buyer to Creditor and any Guarantees therefor. *Copies of this executed Agreement transmitted by facsimile transmission, email or generated through electronic signature/documentation technology shall be considered originals for all purposes*

**NOTICE TO BUYER: DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE AGREEMENT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.**

**Notice to Buyer:** Do not sign this contract in blank. You are entitled to an exact copy of the contract you sign. Keep it to protect your rights. (PA Disclosure)

| CREDITOR:<br>HITACHI CAPITAL AMERICA CORP. | BUYER:<br>VITAL PHARMACEUTICALS, INC.<br>DBA BANG ENERGY |
|---|---|
| Signature: *Alisen Steffens* | Signature: |
| Name: **Alisen Steffens**<br>**Credit Analyst**<br>**Hitachi Capital America Corp.**<br>5/10/2021 4:16:53 PM | Name (print): Francis Massabki<br>4.27.2021 |
| Title: | Title: Authorized Officer |

Application #: 352381

# EXHIBIT A

**GARAGING ADDRESS:** 1600 N Park Dr , Weston, FL 33326-3278

| Item # | Year | Make | Model | Vin / Serial # |
|--------|------|------|-------|----------------|
| 1 | 2020 | ISUZU | NPRHD | 54DC4W1D9LS208260 |
| 1 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 2 | 2020 | ISUZU | NPRHD | 54DC4W1D2LS208309 |
| 2 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 3 | 2020 | ISUZU | NPRHD | 54DC4W1D9LS208310 |
| 3 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 4 | 2020 | ISUZU | NPRHD | 54DC4W1D0LS208311 |
| 4 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 5 | 2020 | ISUZU | NPRHD | 54DC4W1D2LS208312 |
| 5 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 6 | 2020 | ISUZU | NPRHD | 54DC4W1D4LS208313 |
| 6 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 7 | 2020 | ISUZU | NPRHD | 54DC4W1D6LS208314 |
| 7 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 8 | 2020 | ISUZU | NPRHD | 54DC4W1D2LS208441 |
| 8 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 9 | 2020 | ISUZU | NPRHD | 54DC4W1D4LS208442 |
| 9 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 10 | 2020 | ISUZU | NPRHD | 54DC4W1D6LS208443 |
| 10 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 11 | 2020 | ISUZU | NPRHD | 54DC4W1D8LS208444 |
| 11 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 12 | 2020 | ISUZU | NPRHD | 54DC4W1DXLS208445 |
| 12 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 13 | 2020 | ISUZU | NPRHD | 54DC4W1D1LS208446 |
| 13 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 14 | 2020 | ISUZU | NPRHD | 54DC4W1D0LS208471 |
| 14 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 15 | 2020 | ISUZU | NPRHD | 54DC4W1D2LS208472 |
| 15 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 16 | 2020 | ISUZU | NPRHD | 54DC4W1D4LS208473 |
| 16 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 17 | 2020 | ISUZU | NPRHD | 54DC4W1D6LS208474 |
| 17 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 18 | 2020 | ISUZU | NPRHD | 54DC4W1D8LS208475 |
| 18 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 19 | 2020 | ISUZU | NPRHD | 54DC4W1DXLS208476 |
| 19 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 20 | 2020 | ISUZU | NPRHD | 54DC4W1D3LS208495 |
| 20 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 21 | 2020 | ISUZU | NPRHD | 54DC4W1D5LS208496 |
| 21 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 22 | 2020 | ISUZU | NPRHD | 54DC4W1D7LS208497 |
| 22 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 23 | 2020 | ISUZU | NPRHD | 54DC4W1D9LS208498 |
| 23 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 24 | 2020 | ISUZU | NPRHD | 54DC4W1D0LS208499 |
| 24 | 2020 | MICKEY | 14' BEVERAGE BODY | |
| 25 | 2020 | ISUZU | NPRHD | 54DC4W1D3LS208500 |
| 25 | 2020 | MICKEY | 14' BEVERAGE BODY | |

Motor Vehicle Security Agreement          Exhibit          Page 1

# EXHIBIT D



ELT Printout

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D2LS208603 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143017428 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:22:53 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D5LS208630 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143028339 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:23:08 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D7LS208631 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143028388 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:23:24 AM PST

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| | | | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D9LS208632 | Issuance Date | 8/27/2021 |
| Title Number | 0143028452 | Received Date | 8/30/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:23:41 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

## Mitsubishi HC Capital America PAA

### Lien and Title Information

#### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

#### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

#### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D1LS208804 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143028518 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:23:55 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D3LS208805 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143028582 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:24:12 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| | | |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D5LS208806 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143028625 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:24:29 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D4LS208831 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143028675 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:24:48 AM PST

ELT Printout



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| | | | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Mitsubishi HC Capital America |
| Lienholder Address | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D6LS208832 | Issuance Date | 10/8/2021 |
| Title Number | 0143028720 | Received Date | 10/12/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:25:03 AM PST



ELT Printed

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D8LS208833 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143028754 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:25:18 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

## Mitsubishi HC Capital America PAA

### Lien and Title Information

#### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

#### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

#### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1DXLS208834 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143028789 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:25:38 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | | **Financed Date** |
| **Loan Number** | | **Perfected Date** |
| **Branch** | | **Payoff Date** |
| **Borrower 1** | | **Dealer ID** |
| **Borrower 2** | | **Dealer** |
| **Borrower Address** | | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D4LS208604 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143017532 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:25:54 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D1LS208835 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143029116 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:26:09 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| Account Number | Financed Date |
| Loan Number | Perfected Date |
| Branch | Payoff Date |
| Borrower 1 | Dealer ID |
| Borrower 2 | Dealer |
| Borrower Address | Dealer Address |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Mitsubishi HC Capital America |
| Lienholder Address | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D3LS208836 | Issuance Date | 10/8/2021 |
| Title Number | 0143029150 | Received Date | 10/13/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:26:26 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | |
|---|---|---|
| **Account Number** | **Financed Date** | |
| **Loan Number** | **Perfected Date** | |
| **Branch** | **Payoff Date** | |
| **Borrower 1** | **Dealer ID** | |
| **Borrower 2** | **Dealer** | |
| **Borrower Address** | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D1LS208849 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143029189 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:26:48 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Mitsubishi HC Capital America |
| Lienholder Address | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D8LS208850 | Issuance Date | 10/8/2021 |
| Title Number | 0143029234 | Received Date | 10/12/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:27:02 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1DXLS208851 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143029274 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:27:18 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| | | | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Mitsubishi HC Capital America |
| **Lienholder Address** | 800 Connecticut Ave<br>Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D1LS208852 | **Issuance Date** | 10/8/2021 |
| **Title Number** | 0143029305 | **Received Date** | 10/12/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR<br>WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:27:32 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D6LS208605 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143018137 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:27:58 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D8LS208606 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143018181 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:28:28 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1DXLS208607 | **Issuance Date** | 8/26/2021 |
| **Title Number** | 0143018274 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:28:43 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | |
| Loan Number | | Perfected Date | |
| Branch | | Payoff Date | |
| | | | |
| Borrower 1 | | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 0227762759 |
| Lienholder | Hitachi Capital America Corp |
| Lienholder Address | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 54DC4W1D1LS208608 | Issuance Date | 8/27/2021 |
| Title Number | 0143018332 | Received Date | 8/30/2021 |
| Title State | FL | ELT/Paper | ELECTRONIC |
| Year | 2020 | Odometer Reading | |
| Make | ISU | Branding | |
| Model | | | |
| | | | |
| Owner 1 | VITAL PHARMACEUTICALS INC | | |
| Owner 2 | | | |
| Owner Address | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:28:58 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D5LS208627 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143018407 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:29:14 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | |
|---|---|
| **Account Number** | **Financed Date** |
| **Loan Number** | **Perfected Date** |
| **Branch** | **Payoff Date** |
| | |
| **Borrower 1** | **Dealer ID** |
| **Borrower 2** | **Dealer** |
| **Borrower Address** | **Dealer Address** |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D7LS208628 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143018685 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:29:28 AM PST



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi HC Capital America PAA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | |
| **Loan Number** | | **Perfected Date** | |
| **Branch** | | **Payoff Date** | |
| **Borrower 1** | | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0227762759 |
| **Lienholder** | Hitachi Capital America Corp |
| **Lienholder Address** | 800 Connecticut Ave |
| | Norwalk, CT 06854 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 54DC4W1D9LS208629 | **Issuance Date** | 8/27/2021 |
| **Title Number** | 0143018776 | **Received Date** | 8/30/2021 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | ISU | **Branding** | |
| **Model** | | | |
| **Owner 1** | VITAL PHARMACEUTICALS INC | | |
| **Owner 2** | | | |
| **Owner Address** | 1600 N PARK DR | | |
| | WESTON, FL 33326 | | |

**Printed:** Wednesday, October 12, 2022 5:29:47 AM PST

# EXHIBIT E



← → C  🔒 blackbookpricepoint.com/Trucks/Default.aspx

Used Car &
Light Truck
Values

Medium &
Heavy Duty
Trucks

Historical
Used Car &
Light Truck

Recreational
Vehicle
Values

Motorcycle
And
PowerSports

Cars Of
Particular
Interest

New Car

**Vehicle Selector**                                          ?

|         | Free Form | Drill Down |
|---------|-----------|------------|
| Class   | Medium Duty Truck | ◦ |
| Year    | 2020 | ◦ |
| Make    | Isuzu | ◦ |
| Model   | N-SERIES | ◦ |
| Style   | NPR HD CA86.5-153.5 COE TRUCK | ◦ |
|         | 4X2 6.0L | |

**Historical Date Selector**    10/1/2022    [📅] [?] [►]

**2020 Isuzu N-SERIES NPR HD CA86.5-153.5 COE ...**

|         | Average Wholesale | Rough Wholesale | Average Retail |
|---------|-------------------|-----------------|----------------|
| Base    | $45,700 | $38,375 | $53,125 |
| Options | $3,450 | $3,450 | $3,450 |
| Mileage | $0 | $0 | $0 |
| Total   | $49,150 | $41,825 | $56,575 |

**Adjustments**                                              ?

Mileage: [                    ] [ ◦ ]   Add/Deducts ▾

[📅]  As Of: 10/1/2022  [📅]

Please Select Add/Deducts

- ☐ Flat Dump Body +4700
- ☐ Flatbed Body +2300
- ☐ Landscape Body +3100
- ☐ Refrigerated Van Body (>16' - 22') +10500
- ☐ Refrigerated Van Body (>22') +11000
- ☐ Refrigerated Van Body (16' or less) +10100
- ☐ Rollback Body +17000
- ☐ Utility/Work Body +2600
- ☐ Van Body (>16' - 22') +3000
- ☑ Van Body (>22') +3450
- ☐ Van Body (16' or less) +2550
- ☐ w/o Factory Air -2400
- ☐ Wrecker Body +12250

**Apply Adjustments**                                        ◦

**Basic Vehicle Info**                                    ? ▾

2020 Isuzu N-SERIES NPR HD CA86.5-153.5 COE TRUCK
4X2 6.0L

| | |
|---|---|
| VIN: | 54DC4W1BL |
| UVC: | 2020440003 |
| Classification: | Medium Duty Truck |
| Model Number: | C4W1* |