**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| **IN RE** | * | **CASE NO. 22-17842 (PDR)** |
| | * | **(Joint Administration Pending)** |
| **VITAL PHARMACEUTICALS, INC., ET AL.** | * | |
| Debtors.[1] | * | **Chapter 11 Cases** |
| | * | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Motion to Appear Pro Hac Vice [Doc. No. 235] was served on the 28th day of October, by ELECTRONIC FILING and the Notice of Hearing [Doc. No. 244] was served on the 1st day of November by ELECTRONIC FILING on the following parties:

Anne Aaronson
aaaronson@dilworthlaw.com
ctomlin@dilworthlaw.com

Scott Andron
sandron@broward.org
swulfekuhl@boward.org

Paul J. Battista
pbattista@gjb-law.com
gjbecf@gjb-law.com
cscavone@gjb-law.com
gjbecf@ecf.courtdrive.com
vlambdin@gjb-law.com
jsardina@gjb-law.com
imalcolm@gjb.com
hburke@gjb-law.com

Thomas L. Abrams
tabrams@tabramslaw.com
fcolumbo@tabramslaw.com

Marc P. Barmat
mbarmat@furrcohen.com
rivera@furrcohen.com
atty_furrcohen@bluestylus.com
staffl@furrcohen.com

Eyal Berger
eyal.berger@ackerman.com
Jeanette.martinezgoldberg@akerman.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Robert P. Charbonneau
rpc@agentislaw.com
nsocorro@agentislaw.com
bankruptcy@agentislaw.com
bankruptcy.ecc@ecf.courtdrive.com

Jesse R. Cloyd
jrc@agentislaw.com
bankruptcy@agentislaw.com
nsocorro@agentislaw.com
bankruptcy.ecc@ecf.courtdrive.com

Matthew G. Davis
mdavis@pdtlegal.com
jdorta@pdtlegal.com

Keith W. Fendrick
keith.fendrick@hklaw.com
andrea.olson@hklaw.com
hapi@hklaw.com

Edward M. Fitzgerald
Edward.fitzgerald@hklaw.com
tonya.berger@hklaw.com

Joseph D. Frank
jfrank@fgllp.com
mmatlock@fgllp.com
csmith@fgllp.com
jkleinman@fgllp.com
csucic@fgllp.com

Robert C. Furr
ltitus@furrcohen.com
atty_furrcohen@bluestylus.com
cworkinger@furrcohen.com
staffl@furrcohen.com
furr84158@notify.bestcase.com

Michael I Goldberg
Michael.goldberg@akerman.com
Charlene.cerda@akerman.com

Eric S. Golden
egolden@burr.com
mlucca-cruz@burr.com
ccrumrine@burr.com

Jordi Guso
jguso@bergersingerman.com
fsellers@bergersingerman.com
efile@bergersingerman.com
efile@ecf.inforuptcy.com

Aaron L. Hammer
ahammer@hmblaw.com
ecfnotices@hmblaw.com

Andrea S. Hartley
andrea.hartley@akerman.com
janet.salinas@akerman.com

Craig I. Kelley
craig@kelleylawoffice.com
cassandra@kelleylawoffice.com
bankruptcy@kelleylawoffice.com
scott@kelleylawoffice.com
kelleycr75945@notify.bestcase.com

Scott D. Knapp
scott.knapp@nelsonmullins.com
traci.lewis@nelsonmullins.com

Harris J. Koroglu
hkoroglu@shutts.com
mcabo@shutts.com
bvelapoldi@shutts.com

Matthew F. Kye
mkye@kyelaw.com

Peter H. Levitt
plevitt@shutts-law.com
sboisvert@shutts.com

Corali Lopez-Castro
clc@kttlaw.com
rcp@kttlaw.com

David B. Marks
brett.marks@akerman.com
Charlene.cerda@akerman.com

Office of the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Hamid R. Rafatjoo
hrafatjoo+1@raineslaw.com
bclark@raineslaw.com

Aliette D. Rodz
arodz@shutts.com

Ezequiel Joseph Romero
romeroe@bryancave.com
zeke.romero30@gmail.com

David Samole
das@kttlaw.com
rcp@kttlaw.com
ycc@kttlaw.com

Frank Terzo
frank.terzo@nelsonmullins.com
francis.santelices@nelsonmullins.com

Christopher R. Thompson
crthompson@burr.com
mlucca-cruz@burr.com
ccrumrine@burr.com

Michael W. Ullman
Michael.ullman@uulaw.net
jared.ullman@uulaw.net
diana.simon@uulaw.net
alexanra.wagener@uulaw.net
lara.lytle@uulaw.net

Stuart F. Wilson-Patton
stuart.wilson-patton@ag.tn.gov

the Motion to Appear Pro Hac Vice [Doc. No. 235] and Notice of Hearing [Doc. No. 244] were served via U.S. First Class Mail, Postage Pre-paid on the 2nd day of November, 2022 on the following parties:

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Matthew G. Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L. Burton
George A. Davis
Tianjiao Li
Homer Parkhill
Elizabeth A. Morris
Brian S. Rosen
Jonathan J. Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

John C. Didonato
550 W Van Buren Street
Chicago, IL 60607

William J. Easley
Laurence M. Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J. Feinstein, Esq.
Stephen W. Golden
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N Tyron Street, Suite 4700
Charlotte, NC 28202

Teddy M Kapur
Ira D Kharasch
Richard M. Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Luis M Lluberas
Cole Richins
100 North Tryson Street, #47
Charlotte, NC 28202-4003

John Whitney McVay Morley
Jeramy D. Webb
330 North Wabash Avenue, #2800
Chicago, IL 60611

Amy C. Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Andrew Sorkin
555 Eleventh Street NW, #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Carolina Canners, Inc.
Southeast Cold Fill, LLC
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401-2109

Broward County
c/o Records, Taxes & Treasury
Attn: Bankruptcy Section
115 S. Andrews Ave., A-100
Ft. Lauderdale, FL 33301-1888

The American Bottling Company
c/o Furr and Cohn, P.A.
2255 Glades Rd., Suite 419A
Boca Raton, FL 33431-7379

XPO Logistics Freight
Attn: Bankruptcy Dept.
9151 Boulevard 26 Bldg. A
North Richland Hills, TX 76180-5600

TN Dept. of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Vital Pharmaceuticals, Inc.
1600 N. Park Dr.
Weston, FL 33326-3278

    Respectfully submitted, this 2nd day of November, 2022.

/s/Ralph W. Confreda, Jr.
Ralph W. Confreda, Jr., Esq.
Florida Bar No. 85794
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Tele:(954) 356-2513
Fax:(954) 333-3847
Email: rconfreda@mcglinchey.com

Attorney for Balboa Capital Corporation

21157203.1