UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., et al.[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered) |

### NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that Kevin M. Capuzzi, Esq. of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP hereby appears in the above-captioned case and enters his appearance as counsel for Trinity Logistics, Inc. ("Trinity") pursuant to Federal Rules of Bankruptcy Procedure 9010(b).

Please take further notice that counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Kevin M. Capuzzi, Esquire
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes,

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, order, reply, answer, schedule of assets and liabilities, statement of financial affairs, plan, or disclosure statement, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Trinity's rights:  (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Trinity's is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trinity reserves.

Dated:  November 4, 2022          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

　　　　　　　　　　　　　　　　　*/s/ Kevin M. Capuzzi*
　　　　　　　　　　　　　　　Kevin M. Capuzzi  (DE No. 5462)
　　　　　　　　　　　　　　　1313 N. Market Street, Suite 1201
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　Facsimile: (302) 442-7012
　　　　　　　　　　　　　　　kcapuzzi@beneschlaw.com

　　　　　　　　　　　　　　　*Counsel to Trinity Logistics, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on November 4, 2022.

                */s/ Kevin M. Capuzzi*
                Kevin M. Capuzzi  (DE No. 5462)