**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

_____/

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 2, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)

- **Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit C**)

Dated: November 4, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Monica.Arellano@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Adele Emilyn Albano | 43144 Fenner Ave | | Lancaster | CA | 93536-4711 |
| Adelina Mae Tietz | 6309 E Pearl St | | Mesa | AZ | 85215-1577 |
| Adi Fishman | 4420 Noble Ave | | Sherman Oaks | CA | 91403-4056 |
| Adisa Malik Howard | 5220 W Northern Ave | Apt 1309 | Glendale | AZ | 85301-1414 |
| Adnelys Hernandez | 4116 SW 7th Ave | | Cape Coral | FL | 33914-5888 |
| Adriana Gondres Cobas | 2950 SW 53rd Ave | | Davie | FL | 33314-1943 |
| Alex Martinez | 5006 Barnstead Dr | | Riverview | FL | 33578-2110 |
| Alexandra Gumz | 909 E Playa Del Norte Dr | Apt 2021 | Tempe | AZ | 85288-5896 |
| Alison Nance | 1200 S Figueroa St | Apt 3114 | Los Angeles | CA | 90015-4468 |
| Alison Ogden | 11224 Richland Ave | Apt 2 | Los Angeles | CA | 90064-3930 |
| Allyson Altman | 1128 58th Ave N | | St Petersburg | FL | 33703-1124 |
| Alysia Kimberly Rosiles | 7904 Kingsley Ct | | Eastvale | CA | 92880-9622 |
| Alyson Smith | 8136 Claire Ann Dr | Apt 106 | Orlando | FL | 32825-3131 |
| Amanda Keating | 307 County Road 4324 | | Whitewright | TX | 75491-7893 |
| American Electrical Contracting, Inc. | 9016 Philips Hwy | | Jacksonville | FL | 32256-1306 |
| American Retail Services ARS | 2385 Camino Vida Roble | Ste 102 | Carlsbad | CA | 92011-1547 |
| Amy Cino | 200 S 31st Ave | Apt 4813 | Omaha | NE | 68131-1479 |
| Amy Renee Aungst | 8211 Moccasin Trail Dr | | Riverview | FL | 33578-8604 |
| Andrea Carrillo | 8383 Lake Dr | | Snellville | GA | 30039-5725 |
| Andrew Alvarez | 13376 Del Sur St | | San Fernando | CA | 91340-2243 |
| Andrew De Jesus | 5977 Tinazzi Way | | Las Vegas | NV | 89141-0423 |
| Andrew Deery | 4625 Timken Trl | | Fort Worth | TX | 76137-6172 |
| Andrew James Ewy | 3455 W Phillips Rd | | Queen Creek | AZ | 85142-8214 |
| Anthony Raul Escobar | 23443 W Durango St | | Buckeye | AZ | 85326-3817 |
| Antje Utgaard | 7560 Devista Dr | | Los Angeles | CA | 90046-1712 |
| Antonio J Fallucca | 9288 W Atlantic Blvd | Apt 1118 | Coral Springs | FL | 33071-5207 |
| Aptus Court Reporting LLC | 401 W A St | Ste 1680 | San Diego | CA | 92101-7922 |
| Ariana Neff | 3670 3rd Ave SW | | Naples | FL | 34117-3024 |
| Arionna T. Morales | 5 Winding Oaks Dr | | Pleasanton | CA | 94566-2280 |
| Arjenis Ulysis Simiano | 9440 W Willow Bend Ln | | Phoenix | AZ | 85037-2409 |
| Arpac, LLC | 750 N Wood Dale Rd | | Wood Dale | IL | 60191-1134 |
| ARS Fresno, LLC | 2385 Camino Vida Roble | Ste 102 | Carlsbad | CA | 92011-1547 |
| Audrey Deyon | 8065 Kentshire Dr | | Las Vegas | NV | 89117-3928 |
| Austin Edward Swecker | 4590 49th Ave S | Apt 209 | Fargo | ND | 58104-4573 |
| Azuma Onyiri | 1701 Payne St | Apt 716 | Dallas | TX | 75201-2419 |
| Benjamin Durfee | 8223 Lantana Springs St | | Las Vegas | NV | 89113-4717 |
| Blayne Braden | 1020 Trotters Walk | | Bogart | GA | 30622-4225 |
| Brandon James Luna | 9825 Gate Pkwy N | Apt 3306 | Jacksonville | FL | 32246-9250 |
| Brendan Allan Merz | 920 W Oakdale Ave | Apt 1N | Chicago | IL | 60657-5072 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 10

 STRETTO

**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Brenna Lark Brown | 4312 Rose Ave | | Long Beach | CA | 90807-2519 |
| Brett David Henry | 4104 Dr Martin Luther King Jr Blvd | | Anderson | IN | 46013-2312 |
| Bria Courseault | 11019 Reichling Ln | | Whittier | CA | 90606-1508 |
| Brian Mcirvin | 4291 Z St | | Washougal | WA | 98671-7480 |
| Bridget Nichole Lovelace | 7100 Grand Montecito Pkwy | Unit 2016 | Las Vegas | NV | 89149-0268 |
| Brittney Iten | 1995 W 67th Pl | | Denver | CO | 80221-2620 |
| Brothers Plumbing Heating & Electric | 6201 Broadway | | Denver | CO | 80216-1032 |
| Bruno Richard Paolina | 400 10th St NW | Apt 222 | Charlottesvle | VA | 22903-2255 |
| Calvin Boling | 11137 Springhollow Rd | Apt 144 | Oklahoma City | OK | 73120-5036 |
| Candace Grey | 1057 W 85th Ave | | Denver | CO | 80260-4761 |
| Carley Shaye Sokol | 14435 S 48th St | Apt 1218 | Phoenix | AZ | 85044-6440 |
| Carlos Talamantes | 6850 S 70th Dr | | Laveen | AZ | 85339-5019 |
| Caroline De Campos | 2397 Wind Gap Pl | | Clearwater | FL | 33765-1743 |
| Casey James Howard | 2108 W Desert Seasons Dr | | Queen Creek | AZ | 85142-6393 |
| Cassandra Laoudis | 1945 S Ocean Dr | Apt 605 | Hallandle Bch | FL | 33009-6081 |
| Cassidy Payne | 7012 Irondale Ave | | Winnetka | CA | 91306-3332 |
| Cassidy Swanson | 19557 Warman Ct | | Apple Valley | CA | 92308-3303 |
| Charles Edward McGee | 2333 Bloomfield Dr | | Arlington | TX | 76012-3675 |
| Charlotte Abigail Castro | 198 Henry Giddeons Dr | | Teachey | NC | 28464-9551 |
| Chase DeMoor | 14101 Marquesas Way | Apt 4235 | Marina Dl Rey | CA | 90292-7453 |
| Chase Shtogrin | 509 Oakbluff Ct | | Troy | MO | 63379-2046 |
| Chevol Morris | 351 S Williams Pl | | Chandler | AZ | 85225-6450 |
| Chirag Vikram Patel | 1409 Marines Dr | | Little Elm | TX | 75068-0919 |
| Christine Foley | 10940 Trailing Vine Dr | | Tampa | FL | 33610-9752 |
| Christine M Longero | 2712 Strand Ln | | Mckinney | TX | 75071-8686 |
| Christopher James Hamian | 120 Towne St | Unit 615 | Stamford | CT | 06902-6169 |
| Christopher Neil Jackson | 10210 W Fremont Ave | | Denver | CO | 80127-3429 |
| Cicklin Lubitz | 101 NE 3rd Ave | Ste 1210 | Ft Lauderdale | FL | 33301-1147 |
| City Beverage Co., Inc. | PO Box 1036 | | Elizabeth Cty | NC | 27906-1036 |
| CJ America, Inc. | 300 S Grand Ave | Ste 1100 | Los Angeles | CA | 90071-3173 |
| Clark Kent Villarreal | 657 N Lynnhaven Rd | | Virginia Bch | VA | 23452-5832 |
| Colin Ajakaiye | 14504 Reese Blvd W | | Huntersville | NC | 28078-6898 |
| Colony Insurance Company | PO Box 469012 | | San Antonio | TX | 78246-9012 |
| Connor Murphy Fitness | 208 Edgewood Ave | | Columbia | MO | 65203-3414 |
| Consuelo Delgadillo | 2150 S Avenue A | Apt 25 | Yuma | AZ | 85364-8361 |
| Cooper J. Brunner | 1 Jefferson Pkwy | Apt 213 | Lake Oswego | OR | 97035-8815 |
| Craig Lancaster | 7921 Mclaren Lake Way | Unit 103 | Fort Myers | FL | 33966-8061 |
| Dale Wayne Morton | 15984 W Creedance Blvd | | Surprise | AZ | 85387-1701 |
| Daniel Enrique Novoa Ely | 2093 Creekbluff Cir | | Carrollton | TX | 75010-4581 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Daniel Heyer | 3000 Mason Ln | Apt 3201 | Pittsburgh | PA | 15205-5421 |
| Daniel John Lagnese | 1341 Peachtree Ln | | Irwin | PA | 15642-5500 |
| Daniel Mesa Palacio | 40531 Stewart Rd | | Zephyrhills | FL | 33540-5320 |
| Daniela Perez | 458 SW 91st Ct | | Miami | FL | 33174-2330 |
| Danielle Cohn Jennifer Archambault (Mother) | 2814 Forest Dr | | Inverness | FL | 34453-3736 |
| Danny S Benabe | 1100 N Priest Dr | Apt 2113 | Chandler | AZ | 85226-1027 |
| Darren Buschman | 9821 Chapel Rd | Apt 2624 | Waco | TX | 76712-8798 |
| Darrin Thomas Woodie | 12883 W Windsor Ave | | Avondale | AZ | 85392-7111 |
| David Cole Acklin | 5155 Bluff Springs Cv | | Bartlett | TN | 38002-4811 |
| David James | 1822 County Road 115 | | Wasola | MO | 65773-5270 |
| David Rosenberg Social Media Marketing Consultants | 2948 Sunset Vista Blvd | | Kissimmee | FL | 34747-1111 |
| David Serrano Ramirez | 32524 N 133rd Ave | | Peoria | AZ | 85383-6090 |
| David Wayne Gonzalez | 633 S Danyell Dr | | Chandler | AZ | 85225-2256 |
| Davis Merchandising Group, Inc. | 8931 Ivy Stark Blvd | | Wesley Chapel | FL | 33545-2273 |
| Deandrea Malcolm Bowden | 5530 Northstream Dr | # 2 | Charlotte | NC | 28208-2610 |
| DiCentral Corporation | 90 S Cascade Ave | Ste 1200 | Colorado Spgs | CO | 80903-1678 |
| Diego Antonio Corpus Cordova | 1030 S Dobson Rd | Apt 229 | Mesa | AZ | 85202-2939 |
| Dolline Marie Vance | 981 Debra Ln | | Elk Grove Vlg | IL | 60007-3043 |
| Dominick Robertson | 5679 Zuni Ct | | Denver | CO | 80221-1804 |
| Douglas Wright | 37656 Douglas Ct | | Sterling Hts | MI | 48310-3587 |
| Dunkel Bros | PO Box 1630 | | Albany | OR | 97321-0477 |
| Dustin Rosser | 180 Tavern Ln | | Trion | GA | 30753-1440 |
| Dylan W Goy | 2150 S Arizona Ave | Apt 1079 | Chandler | AZ | 85286-7731 |
| E2Global Inc. | 14529 Innovation Dr | Ste B | Riverside | CA | 92518-3024 |
| Eli Armando Lugo | 86 W Culver St | | Phoenix | AZ | 85003-1289 |
| Elizabeth C Perez Ballinger | 19859 W Rancho Dr | | Litchfield Pk | AZ | 85340-5440 |
| Elizer Hernandez | 5836 Harold Way | Apt 2 | Los Angeles | CA | 90028-6664 |
| Elliot Jonathan Blair | 14208 Lake Forrest Heights Rd | | Siloam Spgs | AR | 72761-8251 |
| Enden Clark Trussell | 3993 N 3rd Ave | Unit 393 | Phoenix | AZ | 85013-3512 |
| Eric Gene Martinez | 3936 N 308th Dr | | Buckeye | AZ | 85396-6756 |
| Eric J Beyer | 3370 E Pinot Noir Ave | | Gilbert | AZ | 85298-9092 |
| Eric Joseph Beyer | 3370 E Pinot Noir Ave | | Gilbert | AZ | 85298-9092 |
| Eric K Albrecht | 14 Lancaster St | | Auburn | MA | 01501-2212 |
| Eric Oyola | 4918 Gray Owl Ter | | Palmetto | FL | 34221-1419 |
| Erica Beauchamp | 41511 Elmwood St | | Elyria | OH | 44035-1219 |
| Erica Jane Carrisoza | 2867 W Muriel Dr | | Phoenix | AZ | 85053-1944 |
| Ericka Anton | 3301 Michelson Dr | Apt 1436 | Irvine | CA | 92612-8903 |
| Erin Jane Grier | 1440 Pine Warbler Pl | Unit 10107 | Sarasota | FL | 34240-1547 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 10



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Europa Sports Products, Inc. | 11401 Granite St | Ste H | Charlotte | NC | 28273-6401 |
| Evan Thomas Popham | 68 Orchard St | | Thornwood | NY | 10594-2116 |
| Federal Insurance Company (Chubb) c/o Chubb Group of Insurance Companies | PO Box 23427 | | Tampa | FL | 33623-3427 |
| Fiorella Castaneda | 7206 Deep Harbor Dr | | Huntingtn Bch | CA | 92648-3056 |
| Fire Controls, Inc. | 6555 Powerline Rd | Ste 214 | Ft Lauderdale | FL | 33309-2049 |
| Flavor Producers, Inc-Do Not Use | 2429 E Kemper Rd | | Cincinnati | OH | 45241-1811 |
| Flocam LLC | 1241 Stirling Rd | Ste 118 | Dania | FL | 33004-3565 |
| Folium Biosciences | 717 E Industrial Blvd | | Pueblo | CO | 81007-1592 |
| Francisco Anthony Damian | 208 Arkow Ln | | Murfreesboro | TN | 37128-3837 |
| George Darryl Kelly | 5620 Collins Rd | Apt 907 | Jacksonville | FL | 32244-6913 |
| Gino Javier Canales | 1811 Farris Dr | | Saint Cloud | FL | 34771-4875 |
| Granimport USA Inc Do Not Use!!!!! | 1110 Inwood Rd | Ste 104 | Dallas | TX | 75247-6824 |
| Griffin Talent Yixing Hu | 1074 Wesley Ave | | Pasadena | CA | 91104-3155 |
| Guadalupe Ybarra | 1181 N 152nd Ave | | Goodyear | AZ | 85338-1592 |
| Guillermo Eiland | 4635 W Michelle Dr | | Glendale | AZ | 85308-1519 |
| Haleigh Booth | 6719 Chimney Hill Rd | | Crestwood | KY | 40014-7222 |
| Haley Rose Sedgewick | 3220 NW 2nd St | Apt 106 | Pompano Beach | FL | 33069-2644 |
| Hannah Aghassi | 9 Proctor St | | Newtonville | MA | 02460-1514 |
| Hannah Palmer L.L.C. | 5889 E Killen Loop | | Prescott Vly | AZ | 86314-0110 |
| Heitek Automation, LLC | 24435 N 20th Dr | Ste 100 | Phoenix | AZ | 85085-1326 |
| Henry Earl Jackson | 4915 Burnside Ave | | Dallas | TX | 75216-7023 |
| Hien Ho | 11202 Fireside Dr | | Tampa | FL | 33625-4972 |
| Ida Gonzales | 24415 N 181st Dr | | Surprise | AZ | 85387-9715 |
| Ingersoll - Rand Industrial US, LLC | 525 Harbour Place Dr | | Davidson | NC | 28036-7444 |
| Irisdanys Gonzalez Jimenez | 8520 W Granada Rd | | Phoenix | AZ | 85037-4119 |
| Isaiah Deshield | 8136 Claire Ann Dr | Apt 106 | Orlando | FL | 32825-3131 |
| J.J. Taylor Dist. Co. of MN Inc. | 655 N Highway A1A | | Jupiter | FL | 33477-4579 |
| Jacob A Jones | 2600 Watermark Blvd | Apt 811 | Oklahoma City | OK | 73134-5114 |
| Jacob A. Colbin | 1905 NW Parker Ave | | Waldport | OR | 97394-9512 |
| Jacob Baird | 1000 S Gilbert Rd | Apt 3023 | Gilbert | AZ | 85296-0451 |
| Jacob Colvin | 1905 NW Parker Ave | | Waldport | OR | 97394-9512 |
| Jacob Sorenson | 2326 E Northridge St | | Mesa | AZ | 85213-1443 |
| Jacob Westbrook | 2909 Cash Pl | | Aubrey | TX | 76227-3144 |
| James A Lewis | 2612 Lamp Post Ln | | Kannapolis | NC | 28081-9258 |
| James E Clifton | 828 Colonial Ct W | | Jacksonville | FL | 32225-6632 |
| James Rob Blake Johnson | PO Box 606 | | Roseville | CA | 95678-0606 |
| Jamie Herman | 221 Villa Elegante Dr | | Bakersfield | CA | 93314-4724 |
| Jamileth Gando | 10404 Stonewind Dr | Apt 14308 | Keller | TX | 76244-2533 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 10



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Janine Delaney Limited | 9096 Villa Portofino Cir | | Boca Raton | FL | 33496-1752 |
| Jasmine Brown | 1032 W 7th St | | St Augustine | FL | 32084-0922 |
| Jasmine Sade Lockhart | 1761 Oates Dr | Apt 631 | Mesquite | TX | 75150-8813 |
| Jason Whitmire | 3150 W Twain Ave | Apt 224 | Las Vegas | NV | 89103-1920 |
| Jason Z Stash | 7261 Vista Bonita Dr | | Las Vegas | NV | 89149-0307 |
| Jay Ferrer | 10 Suncrest Dr | | Safety Harbor | FL | 34695-2040 |
| JaymeLee Rivera | 1600 Hawthorne Ln | | Prattville | AL | 36066-7376 |
| Jeffry David Edlen | 21803 116th St E | | Bonney Lake | WA | 98391-7863 |
| Jennifer Payne | 1670 Kalakaua Ave | Apt 901 | Honolulu | HI | 96826-2444 |
| Jesse Souligny | 256 S Clark Dr | | Beverly Hills | CA | 90211-2609 |
| Jesse Suarez ThatsHymn | 6548 Alder Park Cir | | Roseville | CA | 95678-3439 |
| Jessica Cowley | 9909 NE 1st St | Apt 207 | Bellevue | WA | 98004-5649 |
| Jessica Lee Riker | 17815 Miranda St | | Encino | CA | 91316-1116 |
| Jessica Sims | 42984 Calle Reva | | Temecula | CA | 92592-3077 |
| Jesus Cruz | 11610 W La Reata Ave | | Avondale | AZ | 85392-5944 |
| Jet Support Services, Inc | 167 N Green St | Ste 1300 | Chicago | IL | 60607-2381 |
| Joei Fulco | 16771 Kingman Reef St | | Wimauma | FL | 33598-3537 |
| Joel Roberts | 15507 W Lantana Way | | Surprise | AZ | 85374-4568 |
| John Casey Manion | 1052 Braxton Dr | | Concord | NC | 28025-6835 |
| John F Morrow | 6141 Sherman Cir | | Edina | MN | 55436-1953 |
| Johnathan Riley Robinette | 947 S Sheridan Ave | # B | Tacoma | WA | 98405-3633 |
| Jordan Casey | 3601 Lake Mary Rd | Apt 143 | Flagstaff | AZ | 86005-9394 |
| Jose Arango | 4428 Patriot Garth | | Belcamp | MD | 21017-1328 |
| Joseph Dugais | 30789 W Earll Dr | | Buckeye | AZ | 85396-6684 |
| Joseph G Hanna | 133 Hunter Dr | | Chickamauga | GA | 30707-1641 |
| Joshua Avery | 5200 19th Rd N | | Arlington | VA | 22207-1910 |
| Joshua L Cook | 16790 Edward Dr | | Gulf Shores | AL | 36542-9200 |
| Joshua S Coffee | 1409 Valleyridge Dr | # B | Austin | TX | 78704-6059 |
| Joshua Wayne Roth | 11402 W Piccadilly Rd | | Avondale | AZ | 85392-3427 |
| Josiah Peterson | 3440 W Desierto Dr | | Eloy | AZ | 85131-9445 |
| Juan Cura | 306 Lake Ave | Apt 106 | Maitland | FL | 32751-6333 |
| Julio C Carrillo | 17141 W Bernardo Dr | Unit 107 | San Diego | CA | 92127-1525 |
| Justice Wallace | 3005 Conquista Ct | | Las Vegas | NV | 89121-3865 |
| Kaiser Downing | 11157 Crooked Lake Rd NE | | Rockford | MI | 49341-9018 |
| Katrina Cienna Villa | 3401 N Lakeview Dr | Apt 1514 | Tampa | FL | 33618-1361 |
| Kayla Carlile | 1154 T St | | Springfield | OR | 97477-2475 |
| Kayla Ruiz Carpenter | 4811 Crockett Ct | | Raleigh | NC | 27606-6303 |
| Keaton Stewart Bruce Waine | 6301 Alameda Rd | Apt 645 | Houston | TX | 77021-1086 |
| Kelly Gardner | 2008 E Patterson St | | Tampa | FL | 33610-1068 |



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Kelly Ocampo | 32524 N 133rd Ave | | Peoria | AZ | 85383-6090 |
| Kelly Rasoul | 7885 W Flamingo Rd | Unit 1061 | Las Vegas | NV | 89147-7444 |
| Kelsey Shay Gordon | 424 Kingview Ct | | Nashville | TN | 37218-1931 |
| Kenna Nicole Mikesell | PO Box 1842 | | Pine | AZ | 85544-1842 |
| Kenneth Tyler Frank | 2440 Merry Ln | | White City | OR | 97503-1919 |
| Kevin McGinnis | 2213 N Laurel Ave | | Phoenix | AZ | 85007-1412 |
| Kimberly Belnap | 617 E Orangewood Ln | | Sandy | UT | 84070-5340 |
| Kimmie Rochelle Cardena | 15108 SW 104th St | Apt 708 | Miami | FL | 33196-3281 |
| Kraft Chemical Company | 750 Oakwood Rd | | Lake Zurich | IL | 60047-1519 |
| Kristen Kessler | 953 S Washington St | | Salt Lake Cty | UT | 84101-2949 |
| Kristen Thoms | 1422 41st St | | La Grange | IL | 60525-5806 |
| Kristin Rocco | 1114 Scott Ave | | Dalhart | TX | 79022-4314 |
| Kristina Ray Marie Mckinney | 4790 Brown Valley Ln | | Colorado Spgs | CO | 80918-4008 |
| Kurtis Oriez | 2362 N Green Valley Pkwy | Apt 209 | Henderson | NV | 89014-3173 |
| Kyra Green | 5736 Las Virgenes Rd | Apt 106 | Calabasas | CA | 91302-2657 |
| L2 Electric, LLC | PO Box 461451 | | Garland | TX | 75046-1451 |
| Laurel York | 102 Garrett Rd | | Lafayette | TN | 37083-6028 |
| Lauren Fannon | 5700 Collins Ave | Apt 11A | Miami Beach | FL | 33140-2337 |
| Ledaniel K Johnson | PO Box 2511 | | Kayenta | AZ | 86033-2511 |
| Lee County Utilies | PO Box 37779 | | Boone | IA | 50037-0779 |
| Leia Nicole Meaney | 1261 Browning Ct | | Vista | CA | 92083-4759 |
| Lia Beatrice Panzacchi | 170 River Birch Grove Rd | Apt 308 | Asheville | NC | 28806-0320 |
| Ligia Pineda | 5924 56th Dr | | Maspeth | NY | 11378-2315 |
| Liliana Lisette Acosta | 14600 Inglewood Ave | Apt 22 | Lawndale | CA | 90260-1376 |
| Lisa Michelle Ray | 8524 Plantation Ridge Rd | | Montgomery | AL | 36116-6600 |
| Lutao Xie Lu | 39 Maple Tree Ave | Unit 26 | Stamford | CT | 06906-2272 |
| Lynnette Villanueva | 881 Fm 949 Rd | | Sealy | TX | 77474-8404 |
| Mace Camp | 7778 Villa Montara St | | Las Vegas | NV | 89123-1832 |
| Mach 1 | 22365 GA Highway 46 | | Pembroke | GA | 31321-8590 |
| Madalyn F. Ardueser | 6125 E Carson Ct | | Nampa | ID | 83687-5147 |
| Madeline Dellinger | 3700 Cole Ave | Apt 467 | Dallas | TX | 75204-4570 |
| Madison Grace Lawrence | 11172 Vista Sorrento Pkwy | Apt 101 | San Diego | CA | 92130-7615 |
| Madison Senior | 540 Glen Abbey Cir SE | | Mableton | GA | 30126-6443 |
| Madison Wilkes | 1403 Nochaway Dr | | St Augustine | FL | 32092-1841 |
| Mamdemba M Faal | 4315 N 16th Ave | | Phoenix | AZ | 85015-4746 |
| Manuel Jesus Gamez | 6749 W Myrtle Ave | Apt 3 | Glendale | AZ | 85303-2137 |
| Marc Edward Bower | 3808 W Pierce St | | Phoenix | AZ | 85009-4121 |
| Marhonda Evans | 510 Pride Ave | | Herndon | VA | 20170-5027 |
| Maricarmen Rozas | 16100 Golf Club Rd | Apt 306 | Weston | FL | 33326-1649 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Maricopa County Air Quality Dept | 301 W Jefferson St | Ste 170 | Phoenix | AZ | 85003-2144 |
| Mariela Sciandra | 918 E Jericho Tpke | # 5 | Huntingtn Sta | NY | 11746-7507 |
| Mark Ramos | 730 Academy Dr | Apt 201 | Kissimmee | FL | 34744-8663 |
| Marleny Canela | 294 S 11th St | | Lindenhurst | NY | 11757-4510 |
| Marsala Beverage, LP | 2059 Old Sterlington Rd | Ste 1 | Monroe | LA | 71203-3177 |
| Martin Cullen | 1511 Kenilworth Ave | Unit 118 | Charlotte | NC | 28203-1509 |
| Mary Deese Hinson | 1892 Greystone Cir | | Catawba | SC | 29704-9454 |
| Mckinley Jade Richardson | PO Box 14970 | | Las Vegas | NV | 89114-4970 |
| Mckinnis Lehman | 5715 Sun Valley Blvd | | Sylvania | OH | 43560-3745 |
| Meredith Latrise Mayfield | 424 W Brown Rd | Unit 218 | Mesa | AZ | 85201-3350 |
| Mia Rodriguez | 2312 S Topeka Ave | | Wichita | KS | 67211-4837 |
| Micah Elisha Jeron Starks | 14326 County Road 192 | | Tyler | TX | 75703-3597 |
| Michael L Oglesbee Jr | 5713 Denise Dr | | Haltom City | TX | 76148-3714 |
| Michael Prieboy | 2424 E Brigadier Dr | | Gilbert | AZ | 85298-0165 |
| Michelle Nylen | 33 Daedalus Cir | | Scituate | MA | 02066-3855 |
| Mikaila Dancer LLC Mikaila Murphy | 4723 Grandview Dr | | Palmdale | CA | 93551-1112 |
| Morgan Gage Spencer | 7010 N 11th St | | Phoenix | AZ | 85020-5309 |
| Nathan Freihofer | 727 Fremont St | | Manhattan | KS | 66502-5869 |
| Nathaniel E. Davis Jr | 19137 Merryweather Dr | | Santa Clarita | CA | 91351-4406 |
| National Coalition of Associations of 7-Eleven Franchisees | 3645 Mitchell Rd | Ste B | Ceres | CA | 95307-9423 |
| Navigator Business Solutions, Inc. | PO Box 279 | | Pleasant Grv | UT | 84062-0279 |
| NCASEF | 3645 Mitchell Rd | Ste B | Ceres | CA | 95307-9423 |
| Nelson Roman | 3111 Turnberry Blvd | | Kissimmee | FL | 34744-9177 |
| Next Level Stunts | 59-624 Kamehameha Hwy | | Haleiwa | HI | 96712-9626 |
| Nicholas Balestracci | 32 Pinedale Ct | | Trenton | NJ | 08690-3316 |
| Nicholas Hopkins | 80 Lone Oak Dr | | Centerport | NY | 11721-1441 |
| Nicholas James Wiseman | 2642 Lina Dr | | Conroe | TX | 77301-2678 |
| Nicole Buga | 16832 NW 23rd St | Apt 3-304 | Pembroke Pnes | FL | 33028-1845 |
| Nicole Howard | 13528 Hartland St | | Van Nuys | CA | 91405-4237 |
| Nicole Kirkland | 5750 Hollywood Blvd | Apt 230 | Los Angeles | CA | 90028-7949 |
| Nonisja Denniston | 11585 SE Cranberry Dr | | Clackamas | OR | 97015-8532 |
| Northern Eagle Beverages, Inc. | 41 Browne St | | Oneonta | NY | 13820-1472 |
| NXT Gen Technologies, Inc | 5000 SW 75th Ave | Ste 126 | Miami | FL | 33155-4450 |
| Off Madison Ave, LLC | 74 E Rio Salado Pkwy | Ste 300 | Tempe | AZ | 85281-9134 |
| Olivia Rose Craig | 3900 Galt Ocean Dr | Apt 2314 | Ft Lauderdale | FL | 33308-6616 |
| Ontario Auto Spa & Detail Center | 9336 Ramona Ave | | Montclair | CA | 91763-1858 |
| Open Text Inc | 2440 Sand Hill Rd | Ste 302 | Menlo Park | CA | 94025-6900 |
| Oswego Beverage Co. LLC - (Eagle Bev.) | PO Box 1035 | | Oswego | NY | 13126-0535 |



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Paige Ashlee Markum | 2043 Harbor Way | Unit 303 | Graford | TX | 76449-5584 |
| Paige Marx | 344 Melbourne Ct | | Charlotte | NC | 28209-1823 |
| Patrick Allen Rutherford | 15736 W Madison St | | Goodyear | AZ | 85338-6468 |
| Payton Hooper-Kothe | 15207 Drexel St | | Omaha | NE | 68137-3862 |
| PBC - Pepsi Tacoma | 520 8th St SW | | Auburn | WA | 98001-5918 |
| Peter U Nwanze | 624 Middle Cove Dr | | Plano | TX | 75023-4802 |
| Philip Harrington | 63 Ruskin Dr W | | Montgomery | TX | 77356-8433 |
| Phillip Humaran | 719 NE 83rd Ter | Apt 509 | Miami | FL | 33138-3857 |
| Premier Nutrition Products, LLC | 3761 Bay Creek Dr | | Bonita Spgs | FL | 34134-1911 |
| Quacy Stephen Moore | 8902 N 19th Ave | Apt 2120 | Phoenix | AZ | 85021-6009 |
| Quentin J Wilson | 210 S Farr Rd | Apt 50 | Spokane Vly | WA | 99206-3008 |
| Rachyle Lauck | 3795 Ramsey Rd | | Bullhead City | AZ | 86442-8894 |
| Randall Damron | 4141 Parklake Ave | Ste 600 | Raleigh | NC | 27612-2380 |
| Randolph C Chase | 2444 W Blue Sky Dr | | Phoenix | AZ | 85085-4761 |
| Raymond Junior Gurule | 1133 W Baseline Rd | Apt 237 | Tempe | AZ | 85283-5357 |
| Rebeca Ruiz | 6201 Lago Mar Blvd | Apt 9105 | Santa Fe | TX | 77510-1906 |
| Red River Beverage Group, LLC | PO Box 2269 | | Longview | TX | 75606-2269 |
| Retail Merchandising Solutions, Inc. | 1575 N Main St | | Orange | CA | 92867-3439 |
| Richard Oberhofer | 810 Dashwood Dr | | Durham | NC | 27703-0640 |
| Robert Alwood | 4080 Battle Creek Rd | | Olivet | MI | 49076-9449 |
| Robert Cole | 12 NE 203rd Ave | | Portland | OR | 97233-6097 |
| Rogo Distributors | 180 Goodwin St | | East Hartford | CT | 06108-1151 |
| Rosa I Avitia Bustamante | PMB 443<br>9101 W Sahara Ave | Ste 105 | Las Vegas | NV | 89117-5799 |
| Rosenberg Consulting Services Inc | 925 Walnut Ridge Dr | Ste 175 | Hartland | WI | 53029-0001 |
| Rusti Hendley | 5693 Mcclelland St | | Forney | TX | 75126-1847 |
| Ryan Joseph Cavallo | 15222 W Morning Glory St | | Goodyear | AZ | 85338-6902 |
| Ryan Seidler | 5960 Rhodes Ave | Apt 2 | Valley Vlg | CA | 91607-1137 |
| Sabrina Chirino | 134 Hamilton Ter | | Royal Plm Bch | FL | 33414-4324 |
| Samantha Lorah | 44356 Nighthawk Pass | | Temecula | CA | 92592-1314 |
| Samantha Lynn Macauley | 3144 E Fort King St | | Ocala | FL | 34470-1206 |
| Samantha Steadman | 9585 Lone Iris Pl | | Littleton | CO | 80125-8873 |
| Samuel Macias Jr | 13281 Del Sur St | | San Fernando | CA | 91340-2211 |
| Santos Reyes | 56489 State Highway 69 | | Westcliffe | CO | 81252-9188 |
| Sara Kathleen Sheehan | 6670 Glade Ave | Apt 226 | Woodland Hls | CA | 91303-2543 |
| Savannah Hale | 29300 Via Zamora | | San Juan Capo | CA | 92675-5563 |
| Scott Godwin | 4160 Integrity Way | | Springdale | AR | 72762-7471 |
| SecurAmerica, LLC. | 950 E Paces Ferry Rd NE | Ste 2000 | Atlanta | GA | 30326-1384 |
| Seidor USA Corporation | 1800 Hughes Landing Blvd | Ste 175 | The Woodlands | TX | 77380-3688 |



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Septembrie Harrison | 4510 E Banner Gateway Dr | Apt 2017 | Mesa | AZ | 85206-4753 |
| Seth Ammon Strasburg | 2587 N Riley Rd | | Buckeye | AZ | 85396-1547 |
| Shakeema Lowery | 3010 W Loop 1604 N | Apt 9201 | San Antonio | TX | 78251-3941 |
| Shawn Olivarez | 3013 Dunigan Dr | | Royse City | TX | 75189-8228 |
| Shelbi Meek | 3730 10th Ave | | San Diego | CA | 92103-4417 |
| Shelburne Sherr Court Reporters, Inc | PMB 335 | 501 W Broadway | San Diego | CA | 92101-3562 |
| Shelby Robins | 375 Camino De La Reina | Apt 559 | San Diego | CA | 92108-3299 |
| Sierra Clayton | 6207 S West Shore Blvd | Apt 1032 | Tampa | FL | 33616-1362 |
| Sixto Raul Lucero | 8969 Careful Canvas Ave | | Las Vegas | NV | 89149-0421 |
| Sophie Swaney | 925 Jones Chapel Dr | | Moscow | TN | 38057-3343 |
| Southeastern Marketing & Distribution | 400 Vanderbilt Dr | | Bowling Green | KY | 42103-7017 |
| Spriggs Distributing Co., Inc | 1 Childress Pl | | S Charleston | WV | 25309-8821 |
| Staci Desotell | 710 Freedom Ln | | Leonard | MI | 48367-2200 |
| Standard Sales Company, L.P. | 200 S John Ben Shepperd Pkwy | | Odessa | TX | 79761-2012 |
| Stanley Dabney III TRE Dabney | 395 Vallejo Dr | Apt 42 | Millbrae | CA | 94030-2800 |
| Stephany Saldivar Rubio | PO Box 2535 | | Twin Falls | ID | 83303-2535 |
| Sterlitech Corporation | 4620 B St NW | Ste 101 | Auburn | WA | 98001-1763 |
| Steven Houston | 13015 W Rancho Santa Fe Blvd | Apt 3183 | Avondale | AZ | 85392-1754 |
| Steven Lloyd Johnson | 12644 W Windsor Blvd | | Litchfield Pk | AZ | 85340-4192 |
| Steven Suarez | 17932 White Sand Dr | | Tampa | FL | 33647-4053 |
| Tanisha Coetzee | 500 N Andrews Ave | Apt 601 | Ft Lauderdale | FL | 33301-4161 |
| Taylor Compton Alesia Holdings LLC | 19714 Augusta Preserve Dr | | Lutz | FL | 33549-5719 |
| The Filter Store, Inc. | 1919 Van Buren St | Apt 401 | Hollywood | FL | 33020-7814 |
| The Law Office of David W. Barman, P.A. | PO Box 613127 | | North Miami | FL | 33261-3127 |
| Thida Baker | 5353 Fannin St | Apt 1409 | Houston | TX | 77004-8086 |
| Thomas L Ward | 207 Ledford Dr | | Gastonia | NC | 28056-8728 |
| Tieg Andrew Scott | 16656 Shoshone St | | Broomfield | CO | 80023-9070 |
| Tiffany Chau | 2001 Ed Bluestein Blvd | Apt 4133 | Austin | TX | 78721-3517 |
| Timothy A Reasoner | 4492 Andes Ct | | Denver | CO | 80249-7235 |
| Timothy Bartucca Tim | 300 John Rezza Dr | | Attleboro Fls | MA | 02763-4005 |
| Tow Distributing Corporation | 3100 3rd Ave | | Mankato | MN | 56001-2728 |
| Tracey Sparagis Chow Chow Rescue Society | 8291 Telford Ct | | Navarre | FL | 32566-3600 |
| Travis Tyreese Leal-McBride | 7132 S Utica Ave | Apt 911 | Tulsa | OK | 74136-5100 |
| Trinh Jenny Goto | 14210 W Brono Trl | | Surprise | AZ | 85387-1932 |
| Tristen Z Penrod | 575 W Pecos Rd | Apt 1035 | Chandler | AZ | 85225-7405 |
| Tung Tat | 30329 Dawnridge Ct | | Menifee | CA | 92584-6921 |
| Tyler Rosales | 300 Annadel St | | Murfreesboro | TN | 37128-3770 |
| Tyler Smith | 9435 E Jenan Dr | | Scottsdale | AZ | 85260-5807 |
| Tyriq Kuykendall | 11800 Spring Shadow St | Apt 1610 | San Antonio | TX | 78249-2757 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Verbatim Reporting Limited | 2905 Maple View Dr | | Madison | WI | 53719-3117 |
| Victoria Schexnayder | 2201 Wolf St | Apt 5102 | Dallas | TX | 75201-1129 |
| Vistar - Performance Food Group, Inc. | 188 Inverness Dr W | Ste 800 | Englewood | CO | 80112-5208 |
| Vistar - Performance Food Group, Inc. | PO Box 610 | | Holt | MI | 48842-0610 |
| Winnie Wilson | 6511 Travis Blvd | | Tampa | FL | 33610-5504 |
| Yotpo, Inc | 233 Spring St | Rm 6W | New York | NY | 10013-1522 |
| Zachary Cortese | 1501 Woodland Pointe Dr | Apt 1407 | Nashville | TN | 37214-4723 |
| Zane Austen Shay | 502 Price Rd | | Franklin | TN | 37069-4772 |
| Zip Beverage | 2950 Washoe St | | Butte | MT | 59701-3209 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 10 of 10

# **Exhibit B**

INFORMATION to identify the case:

United States Bankruptcy Court, Southern District of Florida

Date cases filed for chapter 11: **10/10/22**

# Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case

| Name of Debtor | Other Names Used by the Debtors (if any) | EIN | Case No. |
|---|---|---|---|
| Vital Pharmaceuticals, Inc. | d/b/a Bang Energy<br>d/b/a VPX Sports<br>d/b/a Redline<br>d/b/a Quash Life Lift<br>d/b/a VPX<br>d/b/a VPX/Redline | 65-0668430 | Case No. 22-17842-PDR |
| Bang Energy Canada, Inc. | | 83-4135454 | Case No. 22-17844-PDR |
| JHO Intellectual Property Holdings, LLC | | 82-3700010 | Case No. 22-17845-PDR |
| JHO Real Estate Investment, LLC | | 84-2849394 | Case No. 22-17847-PDR |
| Quash Seltzer, LLC | d/b/a Mixx<br>d/b/a Bang the Fixx<br>d/b/a Bang the Fixx Hard Seltzer<br>d/b/a Fixx Seltzer<br>d/b/a The Fixx Seltzer<br>d/b/a Fixx Hard Seltzer<br>d/b/a The Fixx Hard Seltzer<br>d/b/a Bang Seltzer<br>d/b/a Bang Hard Seltzer | 85-2336501 | Case No. 22-17848-PDR |
| Rainbow Unicorn Bev LLC | | 88-2632254 | Case No. 22-17849-PDR |
| Vital Pharmaceuticals International Sales, Inc. | | 81-0918019 | Case No. 22-17850-PDR |

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box   8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | |
|---|---|
| **1. Debtors' Full Names:** | **Vital Pharmaceuticals, Inc. \*\***<br>**\*\* (See above for full names of all Debtors)** |

| 2. **All Other Names Used in the Last 8 Years:** | See above list. | |
|---|---|---|
| 3. **Address** | 1600 N. Park Drive<br>Weston, FL 33326 | |
| 4. **Debtors' attorney**<br>Name and address | Jordi Guso, Esq.<br>Berger Singerman LLP<br>1450 Brickell Ave., #1900<br>Miami, FL 33131 | Contact phone: (305) 755-9500 |
| 5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E. Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone: (954) 769-5700 |

Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll−free at (866) 222−8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)

Clerk of Court: **Joseph Falzone**

Dated: **10/13/22**

| 6. ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **11/18/2022 at 9:30 a.m.**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number: **1-866-915-4419**<br>Participant Code: **6071331** |

| 7. **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: **12/19/2022** |
|---|---|---|
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to:<br><br>**Vital Pharmaceuticals, Inc., et al. Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602**<br><br>**Proofs of Claim may also be filed electronically via the case website:**<br><br>https://cases.stretto.com/VitalPharmaceuticals | Deadline for governmental units to file a proof of claim: | Filing deadline: **4/10/2023** |

**Deadlines for Filing Proof of Claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International).

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed, contingent,* or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007−1(B)(1).

|  | **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. |
|---|---|
| **8. Exception to Discharge Deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing  the Complaint:**      1/17/2023 |
| **9. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036−1(B) and (C). |
| **12. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |
| **13. Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. |

# **Exhibit C**

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| Name of Debtors | Case Numbers: |
|---|---|
| **VITAL PHARMACEUTICALS, INC.**, *et al.* | **22-17842-PDR**<br>**22-17844-PDR**<br>**22-17845-PDR**<br>**22-17847-PDR**<br>**22-17848-PDR**<br>**22-17849-PDR**<br>**22-17950-PDR**<br><br>(Jointly Administered) |

Indicate Debtor against which you assert a claim by checking the appropriate box below.

**(Check only one Debtor per claim form)**

| Name of Debtor | Case Number |
|---|---|
| ☐  Vital Pharmaceuticals, Inc. | Case No. 22-17842-PDR |
| ☐  Bang Energy Canada, Inc. | Case No. 22-17844-PDR |
| ☐  JHO Intellectual Property Holdings, LLC | Case No. 22-17845-PDR |
| ☐  JHO Real Estate Investment, LLC | Case No. 22-17847-PDR |
| ☐  Quash Seltzer, LLC | Case No. 22-17848-PDR |
| ☐  Rainbow Unicorn Bev LLC | Case No. 22-17849-PDR |
| ☐  Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850-PDR |

Page 1

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes.  From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number      Street _____ | Number      Street _____ |
| City            State         Zip Code | City            State         Zip Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.   Claim number on court claims registry (if known)_____        Filed on _____<br>                                                                                              MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes.   Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

6. **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. **How much is the claim?**   $_____

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. **Is all or part of the claim secured?**

☐ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**  $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                   MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
        First name           Middle name           Last name

Title  _____

Company  _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____

Contact phone  _____      Email  _____

**Mail Claim Form to:   Vital Pharmaceuticals, Inc., et al Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or file your claim electronically via the following case website:  https://cases.stretto.com/VitalPharmaceuticals.**