**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

**In re:**

**VITAL PHARMACEUTICALS, INC.,**

    **Debtor.**

_____/

Case No. 22-17842-PDR

Chapter 11

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Steven Fender ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, requests that this Court admit *pro hac vice* Thomas E. Patterson ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the State of California, the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California, and the Ninth Circuit Court of Appeals, who proposes to act as counsel or Orange Bang, Inc. ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

    I am aware that the local rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for such Client, unless the Court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

    I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required

to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

I HEREBY certify that a copy of the foregoing has been furnished this 4th day of November 2022 to all parties in interest on the attached list by CMECF Notice.

Dated: November 4, 2022

                                      **FENDER, BOLLING, & PAIVA, P.A.**

                                      /s/ G. Steven Fender
                                      G. STEVEN FENDER, ESQ.
                                      Florida Bar No. 060992
                                      Attorney for Orange Bang, Inc.
                                      P.O. Box 1545
                                      Ft. Lauderdale, FL 33302
                                      Telephone: (407) 810-2458
                                      Email: steven.fender@fender-law.com

THE FOREGOING INSTRUMENT was sworn to (or affirmed) and subscribed before me on this 4th day of November 2022, by G. Steven Fender, who is personally known to me.



                                      Notary Public, State of Florida
                                        My Commission Expires: 6/21/24

**Affidavit of Proposed Visiting Attorney**

I, Thomas E. Patterson, am a member in good standing of the bar of the State of California, the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California, and the Ninth Circuit Court of Appeals, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law anywhere.

I request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Orange Bang, Inc. ("Client"). I designate Steven Fender ("Local Counsel"), who is qualified to practice in this Court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: November 4, 2022

KTBS LAW LLP

By: /s/ Tom Patterson

Thomas E. Patterson, Esq.
California Bar No. 130723
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Phone: 310-407-4000
Fax: 310-407-9090
E-mail: tpatterson@ktbslaw.com

THE FOREGOING INSTRUMENT was sworn to (or affirmed) and subscribed before me on this 4th day of November 2022, by Thomas E. Patterson, who is personally known to me.

Notary Public, State of California
My Commission Expires: Nov. 22, 2025

APRYL C. BOND
Notary Public - California
Los Angeles County
Commission # 2380617
My Comm. Expires Nov 22, 2025

3

## SERVICE LIST

**ELECTRONIC ECF NOTICE**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

- **Anne Aaronson**   aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**   tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **Anthony J Aragona**   aja@devaronalaw.com
- **Marc P Barmat**   mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Paul J. Battista**   pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Ronald D Bruckmann**   rbruckmann@shumaker.com, celgin@shumaker.com;dconaway@shumaker.com
- **Kevin Michael Capuzzi**   kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**   rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**   jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**   dconaway@slk-law.com
- **Ralph W. Confreda**   rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Matthew G Davis**   mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Keith W. Fendrick**   keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**   edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**   jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**   ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com;furrr84158@notify.bestcase.com
- **Michael I Goldberg**   michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**   egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

- **Aaron L Hammer**  ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**  andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Craig I Kelley**  craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**  scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**  hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Matthew F Kye**  mkye@kyelaw.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**  plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**  clc@kttlaw.com, rcp@kttlaw.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Klaus Peter Muthig**  muthigk@mcao.maricopa.gov
- **Michael Jordan Niles**  mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Hamid R. Rafatjoo**  hrafatjoo+1@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**  arodz@shutts.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **David Samole**  das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Andrew Sorkin**  andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com
- **Frank Terzo**  frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**  crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**  ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**  michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jeramy D Webb**  jeramy.webb@lw.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com
- **J. Steven Wilkes**  steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**  stuart.wilson-patton@ag.tn.gov