**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 22-17942-PDR |
| | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.,* | (Jointly Administered) |
| _____Debtors._____/ | |

### MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Jerry M. Markowitz ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Robert M. Charles, Jr. ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for Arizona, Colorado and Nevada, and qualified to practice in this court, who proposes to act as counsel for Faith Technologies Incorporated ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary

proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith as Exhibit "A".

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order (in a form substantially similar to the proposed order attached hereto as Exhibit "B") of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of this motion were served on all counsel of record identified in the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on November 4, 2022.

Dated:
November 4, 2022

                                            Jerry M. Markowitz
                                            Markowitz Ringel Trusty & Hartog, P.A.
                                            9130 S. Dadeland Blvd., Suite 1800
                                            Miami, FL 33156
                                            T: (305) 670-5000
                                            F: (305) 670-5011
                                            E: jmarkowitz@mrthlaw.com
                                            Florida Bar No. 182420

                                      BY: /s/ *Jerry M. Markowitz*
                                                Jerry M. Markowitz

**EXHIBIT "A"**

**Affidavit of Proposed Visiting Attorney**

I, Robert M. Charles, Jr., am a member in good standing of the bar of the Arizona. I am a member in good standing of the bar of the United States District Court for the Districts of Arizona, Colorado and Nevada, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Faith Technologies Incorporated ("Client"). I designate Jerry M. Markowitz ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated:
November 4, 2022

Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Main Dial Tel. Number:     (520) 622-2090
Direct Dial Tel. Number:    (520) 629-4427
Facsimile Number:           (520) 622-3088
E-mail Address: rcharles@lewisroca.com
Arizona State Bar No. 007359

BY:  */s/ Robert M. Charles, Jr.*
          Robert M. Charles, Jr.

## EXHIBIT "B"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 22-17942-PDR |
| | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | (Jointly Administered) |
| Debtors.      / | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the "*Motion to Appear Pro Hac Vice*" [ECF No._____].  The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Robert M. Charles, Jr. ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Faith Technologies Incorporated ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court.  Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full

filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Jerry M. Markowitz
> Markowitz Ringel Trusty & Hartog, P.A.
> 9130 S. Dadeland Blvd., Suite 1800
> Miami, FL 33156
> T: (305) 670-5000
> F: (305) 670-5011
> E: jmarkowitz@mrthlaw.com
> Florida Bar No.  182420

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s).  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:** Jerry M. Markowitz

**Copies to:** Robert M. Charles, Jr.

Attorney Markowitz shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.