**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                          Case No: 22-17842-PDR
                                                                                                 Chapter 11
VITAL PHARMACEUTICALS, INC.,

                    Debtor                    /

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No.____]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Kevin R. Reich ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for EFL Global and EFL Global Logistics Canada, Ltd. ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

3043008.1 116902-108186

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>Philip W. Crawford, Director
>**Gibbons P.C.**
>2054 Vista Parkway
>Suite 400
>West Palm Beach, FL  33411-4309
>Main Tel.: (561) 537-7600
>Direct Dial Tel.: (561) 537-7610
>Fax Number: (561) 584-6875
>E-mail Address; pcrawford@gibbonslaw.com
>Florida Bar No. 99361

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and, absent such separate motion and an order of this court approving the same, Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by:**

**COPIES TO:**
Kevin R. Reich

Philip W. Crawford, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.