UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Proceeding
                                                          Case No.:     22-17842-PDR
VITAL PHARMACEUTICALS, INC.
                                                          (jointly administered)
        Debtor
_____/

**OBJECTION OF HACI MECHNICAL CONTRACTORS, INC. TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) APPROVING POSTPETITION FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

HACI Mechanical Contractors, Inc. ("HACI") files this objection (the "Objection") to the "*Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*" (the "DIP Motion" and Doc. No. 24). In support of the Objection, HACI states as follows:

1. This Court granted the DIP Motion on an interim basis pursuant to Section IV of the "*Court's Guidelines for Motions Seeking Authority to Use Cash Collateral and Motions Seeking Approval of Postpetition Financing*."

2. HACI recorded and holds a mechanics' lien valued at more than $224,126.00 arising out of the construction of one of Debtor's can manufacturing plants in Phoenix, Arizona ("Property"). HACI recorded the lien on April 22, 2022. HACI filed a Notice of Lien Perfection

and Preservation (Doc. 189) on October 21, 2022.[1]

3. Despite having recorded a mechanics' lien against their property and being named as a co-defendant in litigation with at least two of the Debtors, Debtors did not provide HACI with notice of the DIP Motion.

4. Having learned of the DIP Motion and the relief requested, HACI objects to the DIP Motion because it subordinates HACI's lien to the post-petition financing. Furthermore, to the extent Debtors are offering HACI adequate protection, it appears to be illusory and fails to compensate HACI for the loss of value resulting from the proposed post-petition financing.

5. For the reasons set forth in Faith Technologies, Inc.'s ("FTI") Objection to the DIP Motion (Doc. 256), which HACI hereby incorporates by reference, HACI requests that the Court ensure adequate protection for Arizona Mechanics' lienholders such as HACI and reject the proposed post-petition financing.

WHEREFORE, HACI respectfully requests entry of an order (a) sustaining this Objection, (b) denying the DIP Motion, (c) alternatively, carving out the Property from the DIP Loan collateral so that Debtors, the Prepetition Lenders and the Arizona Mechanics' lienholders such as HACI and FTI may rely on their pre-bankruptcy priority, and (d) granting such other and further relief as this Court deems appropriate under the circumstances.

Respectfully submitted,

*/s/ Matthew G. Davis*
MATTHEW G. DAVIS, ESQ.
Florida Bar No. 58464
Email: mdavis@pdtlegal.com
PASKERT DIVERS THOMPSON
100 N. Tampa Street, Suite 3700
Tampa, Florida 33602
813-229-3500 – telephone

---

[1] HACI also filed a Notice of Lien Perfection and Preservation in the bankruptcy of affiliated debtor *In re JHO Real Estate Investment, LLC*, Case No. 22-17847-SMG (Doc. 12).

        813-229-3502 – facsimile
*Counsel for HACI Mechanical Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed on November 4, 2022.

        /s/ Matthew G. Davis
        Attorney