UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

        Chapter 11

VITAL PHARMACEUTICALS, INC.,        Case No. 22-17842-PDR

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned appears as counsel for Interested Party Gekay Sales + Service Co., Inc. in the above-captioned case. Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon undersigned counsel.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent in the manner stated to all parties listed below on November 4, 2022.

        Wernick Law, PLLC
        *Counsel for Gekay Sales + Service Co., Inc.*
        2255 Glades Road, Suite 324A
        Boca Raton, Florida 33431
        (561)961-0922

        By: */s/Aaron A. Wernick*
        Aaron A. Wernick, Esq.
        Florida Bar No. 14059
        awernick@wernicklaw.com

SERVED VIA ECF NOTICE TO:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- Anthony J Aragona    aja@devaronalaw.com

- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Ronald D Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com;dconaway@shumaker.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com

- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Hamid R. Rafatjoo    hrafatjoo+1@raineslaw.com, bclark@raineslaw.com
- Aliette D Rodz    arodz@shutts.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com
- Frank Terzo    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney    ttierney@rosswayswan.com, kkelly@rosswayswan.com
- Michael W Ullman    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jeramy D Webb    jeramy.webb@lw.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com
- J. Steven Wilkes    steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton    stuart.wilson-patton@ag.tn.gov