**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Leyza F. Blanco of Sequor Law, P.A. hereby appears as counsel on behalf of the Official Committee of Unsecured Creditors, and pursuant to Bankruptcy Rules 2002, 9007 and 9010, requests that all notices to be given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the person below at the following address, telephone number, and email address:

> Leyza F. Blanco, Esq.
> Sequor Law, P.A.
> 1111 Brickell Avenue, Suite 1250
> Miami, FL 33131
> lblanco@sequorlaw.com
> Telephone:	(305) 372-8282
> Facsimile:	(305) 372-8202

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any applications, motions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, that affects the Debtors or property of the Debtors. The Clerk of Court is also requested to place the undersigned on the mailing matrix so that the undersigned may receive all notices from the Court in the above captioned matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on November 7, 2022.

Date:   November 7, 2022        Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:   (305) 372-8282
Facsimile:    (305) 372-8202

By: */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639

*Proposed Local Counsel for the Official Committee of Unsecured Creditors*