UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                           Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                                          Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that **Doehler USA Inc.** and **Dohler Dahlenburg G.m.b.H** (collectively, with other affiliates that may become involved in these cases, "Doehler")[1] appears by its counsel Ezequiel J. Romero, Robert J. Lystad, Jarret P. Hitchings and Bryan Cave Leighton Paisner, LLP; such counsel hereby enter their appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone number, facsimile number and e-mail addresses:

| **Ezequiel J. Romero, Esq.** | **Robert J. Lystad, Esq.** |
|---|---|
| Bryan Cave Leighton Paisner LLP | Bryan Cave Leighton Paisner, LLP |
| 200 South Biscayne Boulevard, Suite 400 | One Atlantic Center, 14th Floor |
| Miami, Florida 33131 | 1201 W. Peachtree Street, N.W. |
| E-mail: romeroe@bclplaw.com | Atlanta, Georgia 30309 |
| Tel: (786) 322-7399 | E-mail: Robert.lystad@bclplaw.com |
|  | Tel: (404) 572-6831 |

---

[1] The reference to affiliates of the Doehler entities does not include Doehler Dry Ingredients Solutions, LLC.

**Jarret P. Hitchings, Esq.**
Bryan Cave Leighton Paisner, LLP
One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202
E-mail: jarret.hitchings@bclplaw.com
Tel: (704) 749-8965

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Doehler USA Inc.: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Doehler; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Doehler may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Doehler expressly reserves.

[*Signature Page Follows*]

Dated: November 8, 2022                 Respectfully submitted,

                                                  */s/ Ezequiel J. Romero*
Ezequiel J. Romero, Esq.
Florida Bar No. 107216
romeroe@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (786) 322-7500

-and-

Robert J. Lystad, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
E-mail: Robert.lystad@bclplaw.com
Tel: (404) 572-6831

-and-

Jarret P. Hitchings, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202
E-mail: jarret.hitchings@bclplaw.com
Tel: (704) 749-8965

*Counsels for Doehler USA Inc. and*
*Dohler Dahlenburg G.m.b.H*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on November 8, 2022 to all parties and counsel registered with the Court's CM/ECF filing system.

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.