UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

I<small>N</small> R<small>E</small>:

V<small>ITAL</small> P<small>HARMACEUTICALS</small>, I<small>NC</small>.
<small>D/B/A</small> B<small>ANG</small> E<small>NERGY</small> <small>D/B/A</small> VPX
S<small>PORTS</small> <small>D/B/A</small> VPX/R<small>EDLINE</small> <small>D/B/A</small>
R<small>EDLINE</small> <small>D/B/A</small> Q<small>UASH</small> L<small>IFE</small> L<small>IFT</small>,

   D<small>EBTOR</small>.
_____/

C<small>HAPTER</small> 11

C<small>ASE</small> N<small>O</small>.: 22-17842-PDR

J<small>OINTLY</small> A<small>DMINISTERED</small>

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, R<small>ONALD</small> M. E<small>MANUEL</small>, E<small>SQ</small>., of the firm E<small>MANUEL</small> & Z<small>WIEBEL</small>, PLLC, hereby appears in this bankruptcy proceeding as Counsel for the Creditor, U.S. BANK NATIONAL ASSOCIATION <small>D/B/A</small> U.S. BANK EQUIPMENT FINANCE ("U.S. BANK"). Pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and § 1109(b) of the United States Bankruptcy Code, Counsel hereby requests that copies of all notices given, or required to be given, pleadings, and any other papers filed in this case, be furnished to and served upon the undersigned at the following address:

R<small>ONALD</small> M. E<small>MANUEL</small>, E<small>SQ</small>.
EMANUEL & ZWIEBEL, PLLC
Attorneys for Creditor:
*U.S. Bank National Association*
*d/b/a U.S. Bank Equipment Finance*
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324
eService: eservice@emzwlaw.com

All parties are requested to take notice of this appearance and serve copies of any and all original and amended motions, pleadings, disclosure statements, plans, reports and / or documents of any kind or nature filed in this proceeding; whether filed in this proceeding by the Court, the Debtor(s), or any other party in interest, upon said counsel.

Additionally, it is respectfully requested that pursuant to Fed. R. Bankr. P. 2002(g), that the undersigned be added to the official mailing matrix.

*Notice of Appearance and Request for Notice*
*Case No.: 22-17842-PDR*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2022, the foregoing *Notice of Appearance and Request for Notice* was filed with the Clerk of the United States Bankruptcy Court for the Southern District of Florida via the CM/ECF system, and a true and correct copy of the foregoing was furnished to the parties listed below, in the manner indicated.

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court, as set forth in Local Rule 2090-1(A).

**EMANUEL & ZWIEBEL, PLLC**
Attorneys for Creditor:
*U.S. Bank National Association*
*d/b/a U.S. Bank Equipment Finance*
7900 Peters Rd, Suite B-100
Plantation, Florida 33324
Telephone: (954) 475-7500
Primary: ron.emanuel@emzwlaw.com
Secondary: martha.rivera@emzwlaw.com
eService: eservice@emzwlaw.com

By:      *Ronald M. Emanuel*
RONALD M. EMANUEL, ESQUIRE
FLA. BAR NO.:746932

**VIA CM/ECF SYSTEM WHICH WILL SEND NOTICE OF ELECTRONIC FILING TO:**

| | |
|---|---|
| **BERGER SINGERMAN LLP** <br> **JORDI GUSO, ESQ.** <br> jguso@bergersingerman.com <br> **MICHAEL JORDAN NILES, ESQ.** <br> mniles@bergersingerman.com <br> Attorneys for Debtor <br> **LATHAM & WATKINS LLP** <br> **ANDREW SORKIN, ESQ.** <br> andrew.sorkin@lw.com <br> **JERAMY D. WEBB, ESQ.** <br> jeramy.webb@lw.com <br> Attorneys for Debtor | **OFFICE OF THE U.S. TRUSTEE** <br> U.S. Trustee <br> 51 SW 1st Ave., Suite 1204 <br> Miami, Florida 33130 <br> Email:  USTPRegion21.MM.ECF@usdoj.gov <br> **OFFICE OF THE UNITED STATES REGION 21** <br> **J. STEVEN WILKES, ESQ.** <br> U.S. Trustee <br> 501 East Polk Street, Suite 1200 <br> Tampa, Florida 33602 <br> Email:  steven.wilkes@usdoj.gov |

**Rule 1007-2 Parties in Interest designated to receive electronic notice**

**VIA U.S. MAIL, POSTAGE PREPAID TO:**

**VITAL PHARMACEUTICALS, INC.**
D/B/A BANG ENERGY D/B/A VPX
SPORTS D/B/A VPX/REDLINE D/B/A
REDLINE D/B/A QUASH LIFE LIFT
Debtor
1600 N. Park Drive
Weston, Florida 33326