UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                  Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                                    Chapter 11

     Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

    I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance and Request for Service of Notices and Documents [ECF 268] was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on November 8, 2022 and via U.S. Mail on November 8, 2022 on all non-registered users or registered users listed below who have yet to appear electronically in this case.

Dated November 8, 2022

                                                     Respectfully submitted,

                                                     /s/ Ezequiel J. Romero
                                                     Ezequiel J. Romero, Esq.
                                                     Florida Bar No. 107216
                                                     romeroe@bclplaw.com
                                                     BRYAN CAVE LEIGHTON PAISNER LLP
                                                     200 South Biscayne Boulevard, Suite 400
                                                     Miami, FL 33131
                                                     Telephone: (786) 322-7399
                                                     *Local Counsel for Doehler USA, Inc. and Dohler Dahlenburg G.m.b.H*

**Electronic Mail Notice List – Parties Served on November 8, 2022**

Anne Aaronson on behalf of Creditor Crown Cork & Seal USA, Inc.
aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Anthony J Aragona, III on behalf of Creditor Mitsubishi HC Capital America, Inc.
aja@devaronalaw.com

Marc P Barmat on behalf of Creditor The American Bottling Company
mbarmat@furrcohen.com,
rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Paul J. Battista, Esq on behalf of Interested Party Jack H. Owoc
pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com

Eyal Berger, Esq. on behalf of Creditor Monster Energy Company
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Leyza F. Blanco, Esq. on behalf of Creditor Committee Official Committee of Unsecured Creditors
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Ronald D Bruckmann on behalf of Creditor Ardagh Metal Packaging USA Corp.
rbruckmann@shumaker.com, celgin@shumaker.com;dconaway@shumaker.com

Kevin Michael Capuzzi on behalf of Creditor Trinity Logistics, Inc.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Stellar Group, Inc.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Creditor Stellar Group, Inc.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

David H Conaway, Esq on behalf of Creditor Ardagh Metal Packaging USA Corp.
dconaway@slk-law.com

Ralph W. Confreda, Jr on behalf of Creditor Balboa Capital Corporation
rconfreda@mcglinchey.com, alozada@mcglinchey.com

Philip W Crawford on behalf of Creditor EFL Global
pcrawford@gibbonslaw.com

Philip W Crawford on behalf of Creditor EFL Global Logistics Canada, Ltd.
pcrawford@gibbonslaw.com

Matthew G Davis on behalf of Creditor HACI Mechanical Contractors, Inc.
mdavis@pdtlegal.com, jdorta@pdtlegal.com

G Steven Fender on behalf of Creditor Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Keith W. Fendrick on behalf of Creditor Refresco Beverages US Inc
keith.fendrick@hklaw.com,
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor XPO LOGISTICS, LLC
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Joseph D Frank on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Robert C Furr, Esq on behalf of Creditor The American Bottling Company
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Michael I Goldberg, Esq on behalf of Creditor Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S. Golden, Esq. on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq. on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Jordi Guso, Esq. on behalf of Debtor Bang Energy Canada, Inc.
jguso@bergersingerman.com,

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Aaron L Hammer on behalf of Creditor Marc Kesten
ahammer@hmblaw.com, ecfnotices@hmblaw.com

Andrea S. Hartley on behalf of Creditor Monster Energy Company
andrea.hartley@akerman.com, janet.salinas@akerman.com

Craig I Kelley on behalf of Creditor Carolina Canners, Inc.
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley on behalf of Creditor Southeast Cold Fill, LLC
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Scott D Knapp on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Harris J. Koroglu on behalf of Creditor Truist Bank

hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

Matthew F Kye on behalf of Creditor Mitsubishi HC Capital America, Inc.
mkye@kyelaw.com

Dennis J LeVine, Esq on behalf of Creditor LMR TRUCKING, INC.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Peter H Levitt, Esq on behalf of Creditor Truist Bank
plevitt@shutts-law.com, sboisvert@shutts.com

Corali Lopez-Castro, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
clc@kttlaw.com, rcp@kttlaw.com

Jerry M Markowitz on behalf of Creditor Faith Technologies Incorporated
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

David B Marks on behalf of Creditor Monster Energy Company
brett.marks@akerman.com, charlene.cerda@akerman.com

Juan J Mendoza on behalf of Creditor Committee Official Committee of Unsecured Creditors
jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com

Fernando J Menendez on behalf of Creditor Committee Official Committee of Unsecured Creditors
fmenendez@sequorlaw.com, jdiaz@sequorlaw.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Michael Jordan Niles on behalf of Debtor Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Hamid R. Rafatjoo on behalf of Creditor ALDA 4747 W. Buckeye LLC
hrafatjoo+1@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor CI421 4747 W. Buckeye LLC
hrafatjoo+1@raineslaw.com, bclark@raineslaw.com

5

Hamid R. Rafatjoo on behalf of Creditor MFP 4747 W. Buckeye LLC
hrafatjoo+1@raineslaw.com, bclark@raineslaw.com

Aliette D Rodz on behalf of Creditor Truist Bank
arodz@shutts.com

Ezequiel Joseph Romero on behalf of Creditor Dairy Farmers of America, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Doehler USA, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dohler Dahlenburg G.m.b.H
romeroe@bryancave.com, zeke.romero30@gmail.com

David Samole, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Andrew Sorkin on behalf of Debtor Vital Pharmaceuticals, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com

Frank Terzo, Esq. on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

Christopher R Thompson on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Thomas W. Tierney on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin
ttierney@rosswayswan.com, kkelly@rosswayswan.com

Michael W Ullman, Esq on behalf of Creditor The Hamilton Group (Delaware), Inc.
michael.ullman@uulaw.net,
jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Jeramy D Webb on behalf of Debtor Vital Pharmaceuticals, Inc.
jeramy.webb@lw.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com

Aaron A Wernick on behalf of Interested Party Gekay Sales + Service Co., Inc.
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

**U.S. Mail Notice List – Parties Served Via U. S. Mail on November 8, 2022**

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL 32257-8221

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue

Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020