IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| In RE: | VITAL PHARMACEUTICALS, INC | § | Case Number: | 22-17842-PDR-11 |
|---|---|---|---|---|
| | | § | | |
| | Debtor(s) | § | Chapter: | 11 |

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Ally Bank hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

    (i)        all notices given or required to be given in the case; and

    (ii)       all pleadings and correspondence served or required to be served in this case,

regarding Ally Bank should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

    Attn:  Ally Bank Department
    AIS Portfolio Services, LLC
    Account:  XXXXXXXX4945
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

        Respectfully submitted,

        /s/ Arvind Nath Rawal
        Arvind Nath Rawal

        Claims Processor

        Bankruptcy Servicer for Ally Bank
        AIS Portfolio Services, LLC
        4515 N Santa Fe Ave. Dept. APS
        Oklahoma City, OK 73118
        (888)455-6662, Fax (817) 461-8070
        ECFNotices@aisinfo.com
        File # 1466840