UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF ANDREW SORKIN,
ON BEHALF OF LATHAM & WATKINS LLP AS PROPOSED CO-COUNSEL FOR
DEBTORS-IN-POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

I, Andrew Sorkin, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the bars of the District of Columbia and the State of New York, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this declaration, and am competent to testify on the matters contained herein.

2. I submit this first supplemental declaration (the "First Supplemental Declaration") in further support of the *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22] (the "Application")[2] and to supplement the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

disclosures set forth in the Sorkin Declaration attached as Exhibit A to the Application (the "Initial Declaration").

3. All facts set forth in this First Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the Firm Disclosure Procedures described in paragraphs 21 and 22 of the Initial Declaration. Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest"), which are parties that were not included in the Potential Parties in Interest List appended to the Initial Declaration. This inquiry revealed that certain of the Supplemental Parties in Interest are current or former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm. Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this First Supplemental Declaration. Through the information generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the Supplemental Parties in Interest disclosed on Appendix 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

5. Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein

or in the Initial Declaration, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2022
Washington, D.C.

*/s/ Andrew D. Sorkin*
Andrew D. Sorkin

## **Appendix 1**

### **Supplemental Parties in Interest List**

## Supplemental Parties in Interest List

1. **Other Unsecured Creditors**

| | |
|---|---|
| Archer Daniels Midland Co. | Ardagh Metal Packaging USA Corp. |

2. **Taxing and Other Significant Governmental Authorities**

| | |
|---|---|
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | Maricopa County Treasurer |

3. **Customers**

| | |
|---|---|
| Pepsi Co. Corporate | Arkansas Beverage Sales, Inc. (Suncoast) |
| Dollar Tree | Navy Exchange Service Command NEXCOM |
| Jack Hilliard Distributing Company, Inc. | CLC Trading Inc. |
| Sam's Club | Albertsons Companies, Inc. |
| WDI, LLC Wisconsin Distributors | Heimark Distributing LLC |
| Metro Beverage of Philadelphia Speedway | Intermountain Distributing Co. |
| Intrastate Distributing Speedway | Zip Beverage |
| Sheetz Distribution Services LLC | Mitchell Beverage of Maryland LLC DBA Chesapeake Beverage |
| Vitamin Shoppe-North Bergen NJ | Wil Fischer Companies |
| Glazer's Beer and Beverage of Texas, LLC | Southeastern Marketing & Distribution |
| Silver Eagle Distributors Houston LLC | Coastal Beverage Company Inc. |
| Union Beer Distributors, LLC Speedway | Central Distributors Inc. |
| Donaghy Sales, LLC | BJ's Wholesale Club, Inc. |
| Pure Beverage Company Speedway | County Distributing |
| Import Warehouse | Bay Area Distributing Co., Inc. |
| McLane Grocery | Advance Beverage Company, Inc. |
| RCI Beverage-OH, LLC DBA Dayton Heidelberg Distributing Co L | Carolina Premium Beverage LLC |
| Vistar - Performance Food Group, Inc. | Sheridan Real Estate Investment A LLC |
| United Distributors of GA | Hedinger Beverage Distributing Co., Inc. |
| Hensley Beverage Company | DNA Distribution |
| Saccani Distributing Co. | Casey's General Stores, Inc. |

| | |
|---|---|
| Golden Eagle of Arkansas, Inc. | Golden Beverage |
| Terborg Distributor | The Odom Corporation |
| Polar Corp /Polar Beverages | Budweiser-Busch Distributing Co, Inc. |
| Lakeshore Beverage Company Speedway | Kentucky Eagle Inc. |
| Grupo Lexter Peru Scrl Fadicrown SA | Quality Beverage LLC |
| Army & Air Force Exchange Service | Superior Beverage Inc. |
| John Lenore & Company | M K Distributors, Inc. |
| Straub Distributing Company Ltd. | Eagle Beverage |
| NY Barbell | Western Distributing Company |
| RaceTrac Corporate | MDV SpartanNash |
| Standard Beverage Corp - Wichita KS | Koerner Distributor, Inc. |
| Lewisco Holdings | Budweiser Distributing Company Amarillo |
| Walgreens | ED F. Davis, Inc. |
| Bang Energy Australia PTY LTD | Great Plains Distributors LP |
| Stagnaro Distributing , LLC | Buffalo Rock Company |
| Budweiser- The Hand Family Co. | C & C Distributors, Inc. |
| Eby-Brown Company LLC | Larry's Distributing Company |
| Tarver Distributing | Central Distributors, Inc. Maine |
| Quality Brands Distribution, LLC | Resort Beverage Company Inc. |
| Bill's Distributing | Delaney Distributors, Inc. |
| West Side Beer Distributing | Paragon Distributing |
| Color Brands | Healy Wholesale Co Inc. |
| G&L Wholesale | G&M Distributors, Inc. |
| Bang Energy BV | Big Horn Beverages Co., Inc. |
| Iowa Beverage Systems, Inc. | Tri-Eagle Sales |
| Core-Mark | M & M Distributing |
| Silver Eagle Bev. LLC - San Antonio | Cardinal Distributing, LLC |
| Skyland Distributing Company Inc. | DeCrescente Distributing Co., Inc. |
| Dean Distributing, Inc. | Al George LLC |
| R&K Distributors, Inc. | Stevenson Beer Distributing Co. Ltd. |
| Beal Distributing, Inc. | G & J Pepsi Cola Bottling Company, Inc. |
| Matagrano, Inc. | Allen Beverages, Inc. |
| S&S Distributing, Inc. | Coastal Pacific Food Distributors, Inc. |
| Adams Beverage LLC. | Xtreme Sports Nutrition, Inc. |
| Premier Distributing Company | Brandsimex Americas Inc. |
| Europa Sports Partners, LLC | Perry Distributing, Inc. |
| Pacific Beverage Co. | Fit Energy Ecuador |
| Eagle Distributing of Texarkana | Wantz Distributors Inc. |
| Nevada Beverage | Flathead Beverage Company |
| General Distributing Company | Daniel L. Jacob & Co. Inc. |
| Kroger | JOMAST Corp.  DBA: Mahaska |
| Beverage Distributors Inc. | Big Lots Stores, Inc. |

2

| | |
|---|---|
| Best Beverages of West Memphis | Pepsi Cola Bottling Co. of Guam |
| Eagle Distributing, Co., LLC | Thomas Group LLC DBA Eagle Distributing Company |
| Oneta Co. DBA Pepsi Cola Bottling | Holston Distributing Company |
| Ajax Turner Company | Caffey Distributing Inc. |
| Muscle Foods USA Eurpac Services Inc. | Missouri Eagle, LLC |
| Bueno Beverage Co. - Sequoia Beverage Company | CST Diamond LP Core-Mark - RDC Division |
| New West Distributing, Inc. | Humboldt Beer Distributors |
| Fabiano Brothers, Inc. WI | United Beverages of NC LLC |
| Pepsi of Hudson Valley | Southern Eagle Sales & Service, LP |
| Parts and Services Solutions, LLC | Ollie's Bargain Outlet, Inc. |
| Fabiano Brothers, Inc. - MI | Capitol Beverage Sales, LP |
| Northeast Sales Distributing | College City Beverage, Inc. |

4. **Other Parties**

| | |
|---|---|
| Mitsubishi HC Capital America, Inc. | The Hamilton Group (Delaware), Inc. |
| XPO Logistics, LLC | ALDA 4747 W. Buckeye LLC |
| MFP 4747 W. Buckeye LLC | ACAR Leasing Ltd d/b/a GM Financial Leasing |
| AIS Portfolio Services, LLC | Lowenstein Sandler LLP |
| Faith Technologies, Inc. | |

**<u>Appendix 2</u>**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Archer Daniels Midland Co. | Other Unsecured Creditors | Client at Prior Firm |
| Ardagh Metal Packaging USA Corp. | Other Unsecured Creditors | Client at Prior Firm |
| Pepsi Co. Corporate | Customers | Client at Prior Firm |
| Dollar Tree | Customers | Client at Prior Firm |
| Sam's Club | Customers | Current Client |
| Sheetz Distribution Services LLC | Customers | Client at Prior Firm |
| Vitamin Shoppe-North Bergen NJ | Customers | Client at Prior Firm |
| McLane Grocery | Customers | Current Client, Client at Prior Firm |
| Vistar - Performance Food Group, Inc. | Customers | Client at Prior Firm |
| Walgreens | Customers | Client at Prior Firm |
| Core-Mark | Customers | Client at Prior Firm |
| Kroger | Customers | Client at Prior Firm |
| Albertsons Companies, Inc. | Customers | Current Client, Client at Prior Firm |
| BJ's Wholesale Club, Inc. | Customers | Former Client |
| Casey's General Stores, Inc. | Customers | Client at Prior Firm |
| Big Lots Stores, Inc. | Customers | Client at Prior Firm |
| Ollie's Bargain Outlet, Inc. | Customers | Client at Prior Firm |
| XPO Logistics, LLC | Other Parties | Current Client, Client at Prior Firm |
| Lowenstein Sandler LLP | Other Parties | Current Client |
| Faith Technologies, Inc. | Other Parties | Client at Prior Firm |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.