UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC.,[1] et al., | Case No. 22-17842-PDR |
| Debtor. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that Daniel F. Harvath, Esq. of the law firm, Harvath Law Group LLC, hereby appears in the above-captioned case and enters his appearance as counsel for Peter Fischer, *individually and on behalf of all those similarly-situated* ("Fischer Putative Class" [2]), and for Brendan Abbott, *individually and on behalf of all those similarly-situated* ("Abbott Putative Class"[3]), pursuant to Federal Rules of Bankruptcy Procedure 9010(b).

Please take further notice that counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Daniel F. Harvath, Esquire
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, Missouri 63119
Telephone: (314) 550-3717
dharvath@harvathlawgroup.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes,

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] As further defined in *Peter Fischer, et. al., v. VPX* (Case No. 22-cv-00136-MTS, E.D. Mo.).

[3] As further defined in *Brendan Abbott,, et. al., v. VPX* (Case No. 22-cv-00587-CDP, E.D. Mo.).

without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, order, reply, answer, schedule of assets and liabilities, statement of financial affairs, plan, or disclosure statement, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of rights: (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Fischer or Abbott is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Fischer and Abbott reserve.

Dated: November 9, 2022

    Respectfully submitted,

    **DANIEL F. HARVATH, ESQ.**

    By: /s/ *Daniel F. Harvath*
    Daniel F. Harvath, #57599MO
    **HARVATH LAW GROUP, LLC**
    75 W. Lockwood, Suite #1
    Webster Groves, MO 63119
    (314) 550-3717
    dharvath@harvathlawgroup.com
    *Attorney for Fischer & Abbott Putative Classes*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing document was provided to all counsel of record automatically via the Court's electronic filing system.

<u>/s/   Daniel F. Harvath           </u>.