UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                            Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]        Case No.: 22-17842-PDR

Debtors.                                                   (Jointly Administered)

_____/

**DEBTORS' AGREED MOTION FOR ENTRY OF AGREED ORDER AUTHORIZING
DEBTORS TO REDACT CONFIDENTIAL INFORMATION FROM THEIR
<u>SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS</u>**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "<u>Debtors</u>"), by and through undersigned counsel, pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Bankruptcy Rule 9018, file *Debtors' Agreed Motion for Entry of Agreed Order Authorizing Debtors to Redact Confidential Information from their Schedules and Statement of Financial Affairs* (the "<u>Motion</u>").  In support of this Motion, the Debtors respectfully represent as follows:

### I.        Jurisdiction

1.        This Court has jurisdiction over these cases pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. § 1408.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11756297-2

## II.      Background

2.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.      The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.      For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 12] (the "First Day Declaration")

## III.  Relief Requested

5.      The deadline for the Debtors to file their Schedules and Statements of Financial Affairs is Friday, November 11, 2022.

6.      By this Motion, the Debtors seek entry of an agreed order substantially in the form attached hereto as **Exhibit A**: (a) authorizing the Debtors to redact certain information from the Debtors' Schedules and Statements, including the names, addresses and amounts paid to Influencers (as defined herein); and (b) granting such other and further relief as requested herein or as the Court otherwise deems necessary or appropriate.

7.      In the *Debtors' Emergency Motion for An Order Authorizing Payment of Prepetition Claims of Critical Vendors* [ECF No. 13] (the "Critical Vendor Motion"), the Debtors included certain vendors that are vital to the Debtors' promotional, endorsements, advertising and marketing efforts (the "Influencers")[2].  The Debtors maintain relationships with approximately 900 Influencers having spent years, significant costs, effort and other internal resources developing their network of these Influencers.  This network of Influencers is industry-

---

[2] In the Critical Vendor Motion, the names of the Critical Vendors were redacted.

leading and has helped create a brand image for the Debtors that is known globally.

8.      These Influencers provide the Debtors with their competitive advantage in the areas of promotion, endorsement, advertising, and marketing in industries where these areas are vital to differentiation and competition among brands and products that compete with the Debtors' own brands and products.

9.      As consideration for their services, Influencers receive monetary payments depending on the social media platform(s) at issue, number of followers that each Influencer possesses, and frequency of that vendor's posting; hourly payments for Special Events; in-kind payments consisting of the Debtors' products; and/or commission payments for sales of the Debtors' products generated online.  The business relationship between the Debtors and their Influencers, including compensation, is proprietary commercial information which should not be obtained by the public or competing businesses. The disclosure of this proprietary information would be detrimental to the Debtors and their estates.

10.     In order to protect both privacy and proprietary interest of this commercial information, the Debtors seek authorization from the Court to redact certain Influencer information from the Schedules and Statements of Financial Affairs as follows:

a.      Statement of Financial Affairs Question 3(b) – Redact to eliminate i) Name and Address of Influencers, ii) Dates of Payments, iii) Amount Paid, and iv) Amount Still Owing relating to all Influencers.

### III.     Basis for Relief Requested

11.     The Bankruptcy Code, Bankruptcy Rules and Local Rules authorize the Court to limit the disclosure of certain confidential information to protect entities from potential harm. Section 107(b) of the Bankruptcy Code provides, in relevant part, as follows:

11756297-2

> On request of a party in interest, the bankruptcy court shall …
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information …

11 U.S.C. §107(b)(1).

12.      Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a)

13.      Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under Section 107(b), providing that:

> [o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information. . .. Fed. R. Bankr. 9018.

14.      The Debtors submit that the relief sought in this Motion will benefit the estates and their creditors by protecting the disclosure of confidential information that provides the Debtors a competitive advantage.

15.       The Debtors have or will provide unredacted versions of the Schedules and Statements to the Office of the United States Trustee and the professionals retained by the Official Committee of Unsecured Creditors (the "Committee") on a "For Professional Eyes Only" basis.

16.      The Debtors conferred with the United States Trustee and counsel for the Committee who do not object to the relief requested herein.

**WHEREFORE,** the Debtors respectfully request that the Court enter an order in the form attached hereto and identified as **Exhibit A**: (i) authorizing the Debtors to file redacted

11756297-2

Schedules and Statements of Financial Affairs as proposed herein, and (ii) granting such other

and further relief as is just and proper.

Dated: November 10, 2022                                    Respectfully submitted,
       Miami, Florida

                                                           /s/ Jordi Guso
George A. Davis (admitted *pro hac vice*)                  Jordi Guso
Tianjiao ("TJ") Li (admitted *pro hac vice*)               Florida Bar No. 863580
Brian S. Rosen (admitted *pro hac vice*)                   Michael J. Niles
Jonathan J. Weichselbaum (admitted *pro hac vice*)         Florida Bar No. 107203
**LATHAM & WATKINS LLP**                                   **BERGER SINGERMAN LLP**
1271 Avenue of the Americas                                1450 Brickell Avenue, Suite 1900
New York, NY 10020                                         Miami, FL 33131
Telephone:  (212) 906-1200                                 Telephone:  (305) 755-9500
Email:  george.davis@lw.com                                Email:  jguso@bergersingerman.com
        tj.li@lw.com                                               mniles@bergersingerman.com
        brian.rosen@lw.com
        jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  jeramy.webb@lw.com
        whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

11756297-2

**EXHIBIT "A"**
**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                      Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                   Case No.: 22-17842-PDR

    Debtors.                                           (Jointly Administered)

_____/

**AGREED ORDER GRANTING DEBTORS' AGREED MOTION FOR ORDER
AUTHORIZING DEBTORS TO REDACT CONFIDENTIAL INFORMATION FROM
THEIR  SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS MATTER** came before the Court on the upon the *Debtors' Agreed Motion for*

*Order Authorizing Debtors to Redact Confidential Information From Their Schedules and*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11756371-2

*Statement of Financial Affairs* (the "Motion")[2] [ECF No. ___].  The Court, having considered the Motion, being advised that the United States Trustee and the Official Committee of Unsecured Creditors consent to the relief requested in the Motion, finding good cause for granting the relief requested therein, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    The Debtors are authorized to redact from their Schedules and Statements of Financial Affairs the Influencer information specified in the Motion.

3.    The Debtors shall provide copies of the unredacted Schedules and Statements of Financial Affairs to the United States Trustee and counsel for the Official Committee of Unsecured Creditors on a "For Professional Eyes Only" basis.

4.    This relief is without prejudice to the right of any creditor to request a copy of the unredacted Schedules and Statements of Financial Affairs, or any objection of the Debtors to any such request.  Any dispute pertaining to or arising from any such request shall be adjudicated by the Court following notice and a hearing.  Until adjudicated by the Court, the Debtors shall have no obligation to provide the unredacted Schedules and Statements of Financial Affairs to any other creditor or party in interest.

5.    The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

11756371-2

3

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11756371-2