**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 22-17842-PDR |
| | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.,* | (Jointly Administered) |
| _____Debtors._____/ | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the "*Motion to Appear Pro Hac Vice*" [ECF No. 255].  The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Robert M. Charles, Jr. ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Faith Technologies Incorporated ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court.  Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>Jerry M. Markowitz
>Markowitz Ringel Trusty & Hartog, P.A.
>9130 S. Dadeland Blvd., Suite 1800
>Miami, FL 33156
>T: (305) 670-5000
>F: (305) 670-5011
>E: jmarkowitz@mrthlaw.com
>Florida Bar No. 182420

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s). If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:** Jerry M. Markowitz

**Copies to:** Robert M. Charles, Jr.

Attorney Markowitz shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.