# EXHIBIT A



Ardagh Metal - Beverage

# Customer Dunnage Responsibility

# We're all in this TOGETHER

Keeping beverage can packaging in superior operating condition is critical. This packaging keeps cans free from damage in storage and transport, which reduces the need for replacements and ultimately keeps costs down.

In addition, this packaging creates shipping efficiencies through standardization. These guidelines will provide information and instruction on how to handle packaging to ensure a long service and benefit for your supply chain.



# PROPER HANDLING

**By keeping the packaging clean, the risk of contamination can be minimized.**

Storage of packaging materials in clean and sanitary conditions will help to keep them free from contamination. By not keeping the packaging clean, you run the risk of contamination down the line, as well as adding overall unnecessary costs. Following these simple guidelines will assist in keeping the packaging in ideal condition.

- **DO** protect materials from contact with contaminants such as paint, markers, lubricants, adhesives, staples, labels and chemicals

- **DO** refrain from mixing plastic layer pads with cardboard, paper or plastic foils

- **DO NOT** store outdoors – avoid contamination and damage from environmental elements, insects, rodents and other animals

- Place two plastic strapping bands (**DO NOT** use metal or too much tension) on top frame and layer pad stacks in opposing directions to prevent shifting and damage during handling and transit

- **DO NOT** spear, push, or fork tine side shift pallets or material stacks

- All ORBIS RPM Packaging is recyclable. Please return all material to an RPM Service Center regardless of condition. **DO NOT** discard in the trash

# PROPER STACKING, LOADING AND TRANSPORTATION

**Loading packaging properly on 53' trailers is essential to the long service life of packaging.**

It is critical to train material handling associates on the proper methods to stack, move and load packaging into standard trailers. Shifted loads present hazardous unloading conditions, so please use these guidelines when loading:

- All materials should be stacked squarely together until a full stack uniform in height is achieved

- All stacks should be the same height

- Layer pads should always be placed on the bottom of a stack, as they are the heaviest item, then topped off with one pallet of top frames or multiple pallets to reach uniform stack height

- Stacks of top frames and layer pads should always be placed as close as possible to the trailer walls to prevent shifting

- Pallets should surround each stack of top frames and layer pads to avoid shifting and damage during transit, stacking them with the 56" side next to the trailer side wall

- End pallets MUST be returned on loads. DO NOT hold to ship separately

- The last 2-3 stacks at the rear (door end) of the trailer MUST be pallets or end pallets



## Loading dunnage properly on 53' trailers is essential to the long service life of dunnage.

It is critical to train material handling associates on the proper methods to stack, move and load dunnage into standard trailers.



# PACKAGING TYPES

## 44 X 56 LAYER PADS

Plastic layer pads are layered between cans or bottles to create unitized shipping loads.



**Beige layer pad with black font on 56" side.**

## 44 X 56 TOP FRAMES

Plastic top frames keep unit loads of cans and bottles secure during transit.



Black thin PTC top frame with brown
corner connectors



Black one-piece top frame with green
hot stamp on left hand corner of 56" side.

## 40 X 48 END PALLETS



Dark Grey End Pallet





Dark grey pallet with green hot stamp on left hand corner of 48" side.

## 40 X 48 END PALLETS



Dark Grey End Pallet





Dark grey pallet with yellow hot stamp on right hand corner of 48" side.

## 44 X 56 PALLETS

Plastic pallets provide the stable and secure platform
for unit loads of cans and bottles.



44 x 56 Novalock® Pallet





Black 2-piece pallet with white hot stamp on
left hand corner of 56" side.



44 x 56 Repairable Pallet





Black pallet with brown corner connectors. Top half pallet has white hot stamp in center of 56" side.

PACKAGING TYPES



**44 x 56 Optimal Container Pallet**





Black pallet with white hot stamp on left hand corner of 56" side.

12 |

## PACKAGING TYPES



**44 x 56 Optimal Container Pallet**





Black pallet with yellow hot stamp on left hand corner of 56" side.

## 38 X 42 PALLETS



38 x 42 Pallet





Black pallet with white hot stamp in center of 42" side.

# LTL PICKUP INFORMATION

• Stacks should be no more than 96" high, which is 21 pallets high or 15 pallets/15 top frames plus their corresponding sheets.

• Stack heaviest to lightest (sheets, pallets, top frames), with the sheets and top frames wrapped or banded for safe transport.

• If you have end pallets, stack the end pallets separately for safe transport.

# YOUR DUNNAGE RESPONSIBILITY

1. The dunnage (pallets, sheets and top frames) remains the property of ORBIS RPM and must be recovered.

2. Customer shall return dunnage immediately upon use. ORBIS RPM dunnage shall not be used for repacking of filled goods, warehousing of unused cans or shipped to a third party.

3. The customer will return the dunnage to the appropriate sort center within 90-days of receipt or will be billed for dunnage replacement costs unless otherwise agreed with Ardagh. The customer is required to keep all dunnage under cover and free from contaminates and dirt while in its possession.

4. Any cleaning costs or damage incurred due to poor storage / handling will be the responsibility of the customer. These costs will be tracked by ORBIS RPM at their sort centers and communicated to the customer.

5. All dunnage should be packed as per the attached ORBIS RPM document.

6. Once ready for pick up the customer should contact ORBIS RPM unless there is an existing, mutually-agreed upon process. Ardagh will send a carrier to pick up the dunnage load within 24 hours.

7. The customer should only return Ardagh-leased dunnage to the sort center. Any non-Ardagh dunnage returned will result in the customer being billed for the inbound freight and sorting costs.

**Questions? Please contact ORBIS RPM directly.**

**ORBIS RPM**
1055 Corporate Center Drive
Oconomowoc, WI 53066
(262) 560-5000
dunnage@orbisrpm.com

