UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                              CHAPTER 11

VITAL PHARMACEUTICALS, INC., *et al.,*                              CASE NO. 22-17842-PDR
                                                                    (Jointly Administered)

        Debtors.
_____/

## NOTICE OF RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that **DRISCOLL, LLLP** ("Driscoll"), by and through undersigned counsel, takes no position with respect to the Debtors' proposed abandonment of personal property located at 4650 Forge Road, Suite 104, Colorado Springs, CO 80907, as proposed in the Debtors' *Notice of Abandonment of Personal Property* (ECF No. 231) (the "Notice"); however, Driscoll reserves all rights, claims, and objections, including, without limitation, claims pursuant to 11 U.SC. § 365(d)(3), 502, and 503, as well as with respect to the Debtors' assertion that the Debtors vacated the Premises (as defined in the Notice) pre-petition.

**Dated:** November 10, 2022

                                                              **SEESE, P.A**.
                                                              101 N.E 3rd Avenue
                                                              Suite 1270
                                                              Fort Lauderdale, FL 33301
                                                              Telephone: (954) 745-5897

                                                              By:  /s/ *Michael D. Seese*
                                                                    Michael D. Seese
                                                                    Florida Bar No. 997323
                                                                    mseese@seeselaw.com

                                                             *Attorneys for Driscoll, LLLP*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this Case (included on the attached service list) on **November 10, 2022**.

*I HERBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

**SEESE, P.A.**
101 N.E 3rd Avenue
Suite 1270
Fort Lauderdale, FL 33301
Telephone: (954) 745-5897

By: /s/ *Michael D. Seese*
  Michael D. Seese
  Florida Bar No. 997323
  mseese@seeselaw.com

*Attorneys for Driscoll, LLLP*