

**ORDERED in the Southern District of Florida on November 10, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors.                                  / | (Jointly Administered) |

**AGREED ORDER GRANTING DEBTORS' AGREED MOTION FOR ORDER AUTHORIZING DEBTORS TO REDACT CONFIDENTIAL INFORMATION FROM THEIR SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS MATTER** came before the Court on the upon the *Debtors' Agreed Motion for Order Authorizing Debtors to Redact Confidential Information From Their Schedules and*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11756371-2

*Statement of Financial Affairs* (the "<u>Motion</u>")[2] [ECF No. 309].  The Court, having considered the Motion, being advised that the United States Trustee and the Official Committee of Unsecured Creditors consent to the relief requested in the Motion, finding good cause for granting the relief requested therein, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to redact from their Schedules and Statements of Financial Affairs the Influencer information specified in the Motion.

3. The Debtors shall provide copies of the unredacted Schedules and Statements of Financial Affairs to the United States Trustee and counsel for the Official Committee of Unsecured Creditors on a "For Professional Eyes Only" basis.

4. This relief is without prejudice to the right of any creditor to request a copy of the unredacted Schedules and Statements of Financial Affairs, or any objection of the Debtors to any such request.  Any dispute pertaining to or arising from any such request shall be adjudicated by the Court following notice and a hearing.  Until adjudicated by the Court, the Debtors shall have no obligation to provide the unredacted Schedules and Statements of Financial Affairs to any other creditor or party in interest.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

11756371-2

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*