# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IN RE:

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a BANG ENERGY d/b/a VPX SPORTS d/b/a VPX/REDLINE d/b/a REDLINE d/b/a QYQUASH LIFE LIFT, | Case No. 22-17842-PDR<br>Chapter 11 |

    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that John A. Anthony, Esquire, of the law firm of Anthony & Partners, LLC, hereby enters his appearance in this action as counsel for Nevada Beverage Co., and requests that copies of all notices, pleadings, and other documents in this case be served upon the undersigned.

                                                        /s/ John A. Anthony
                                                        **JOHN A. ANTHONY, ESQUIRE**
                                                        Florida Bar Number: 0731013
                                                        janthony@anthonyandpartners.com
                                                        **ANTHONY & PARTNERS, LLC**
                                                        100 S. Ashley Drive, Suite 1600
                                                        Tampa, Florida 33602
                                                        Telephone: 813/273-5616
                                                        Facsimile: 813/221-4113
                                                       Attorneys for Nevada Beverage Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or U.S. Mail on this 10th day of November 2022 to the following, as well as to the attached matrix of parties in interest under L.B.R. 1007-1:

| | |
|---|---|
| Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, Florida 33326<br>Debtor | Jordi Guso, Esq.<br>1450 Brickell Ave #1900<br>Miami, Florida 33131<br>jguso@bergersingerman.com |
| Michael Jordan Niles<br>313 N. Monroe Street Suite 301<br>Tallahassee, Florida 32301<br>mniles@bergersingerman.com | Andrew Sorkin<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>andrew.sorkin@lw.com |
| Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, Florida 32801 | |

/s/ John A. Anthony_____
**ATTORNEY**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-17842-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Nov 10 18:37:20 EST 2022 | ACAR Leasing Ltd d/b/a GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd., Inc. d/b/a GM Financial L<br>c/o Christopher R. Thompson, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 |
| ALDA 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| Americredit Financial Services, Inc. d/b/a G<br>c/o Christopher R. Thompson<br>Burr & Forman LLP<br>200 S. Orange Ave, Suite 800<br>Orlando, FL 32801-6404 | Ardagh Metal Packaging USA Corp.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC 28280-0027 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 |
| CI421 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Carolina Canners, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Creditor Committee<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 |
| Dohler Dahlenburg G.m.b.H | EASTGROUP Properties, L.P.<br>c/o Thomas L. Abrams<br>633 S. Andrews Ave., #500<br>Fort Lauderdale, FL 33301-2858 | EFL Global Logistics Canada, Ltd. |
| Faith Technologies Incorporated<br>c/o Jerry Markowitz<br>Markowitz Ringel Trusty & Hartog PA<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, FL 33156-7858 | Gekay Sales + Service Co., Inc.<br>c/o Aaron A. Wernick, Esq.<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431-8571 | MFP 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Maricopa County Treasurer<br>301 West Jefferson, Suite 100<br>Phoenix, AZ 85003-2199 | Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd AVE, Suite 2700<br>Fort Lauderdale, FL 33394-0017 |
| Official Committee of Unsecured Creditors<br>c/o Leyza F. Blanco, Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131-3123 | Orange Bang, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Steven Fender, Esq.<br>Ft. Lauderdale, FL 33302 United States 33302-1545 | Pettit Kohn Ingrassia Lutz & Dolin<br>11622 El Camino Real<br>Suite 300<br>San Diego, CA  92130-2051 |
| Refresco Beverages US Inc<br>c/o W. Keith Fendrick, Holland & Knight<br>100 N. Tampa Street<br>Suite 4100<br>Tampa, FL 33602-3642 | Southeast Cold Fill, LLC<br>c/o Kelley, Fulton, Kaplan & Eller, P.L.<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621-1872 |
| Stellar Group, Inc.<br>c/o Robert P. Charbonneau<br>55 Alhambra Plaza<br>Suite 800<br>Coral Gables, FL 33134-5254 | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |

| | | |
|---|---|---|
| The American Bottling Company<br>c/o Furr and Cohen, P.A.<br>2255 Glades Rd., Ste 419A<br>Boca Raton, FL 33431-7379 | The Hamilton Group (Delaware), Inc.<br>Ullman & Ullman, P.A.<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Truist Bank<br>c/o Peter H. Levitt, Esq.<br>Shutts & Bowen, 200 S. Biscayne Blvd.<br>Miami, FL 33131-2310 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Ronald M. Emanuel, Esq.<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | XPO LOGISTICS, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Ave., Suite 2600<br>Orlando, FL 32801-3453 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | XPO LOGISTICS FREIGHT<br>Attn: Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 | Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-3104 |
| Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1327 | Andrew Sorkin<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1327 | Brendan Abbott<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 |
| Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4000 | Elizabeth A Morris<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| George A Davis<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Ira D Kharasch<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 |
| Jeramy D Webb<br>330 North Wabash Avenue<br>Ste 2800<br>Chicago, IL 60611-3695 | Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | (p)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 |
| John C Didonato<br>550 W Van Buren St<br>Chicago, IL 60607-3827 | John Whitney McVay Morley<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | (p)JOSEPH D  FRANK<br>ATTN FRANKGECKER LLP<br>1327 W WASHINGTON<br>SUITE 5 G-H<br>CHICAGO IL 60607-1912 | Laurence M Frazen<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 |
| Luis M Lluberas<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4000 | Matthew G Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | Michael Jordan Niles<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301-7643 |

| | | |
|---|---|---|
| Peter Fischer<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 | Richard M Pachulski<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Robert Charles Jr<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1666 |
| Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Rudy J Cerone<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 | Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 |
| Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 | Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 | Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 |
| Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jeremy C Kleinman<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | Joseph D Frank<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Balboa Capital Corporation<br>McGLINCHEY STAFFORD<br>1 East Broward Boulevard,<br>Suite 1400<br>Fort Lauderdale, United States | (u)Crown Cork & Seal USA, Inc. | (u)Dairy Farmers of America, Inc. |
| (u)Doehler USA, Inc. | (u)Driscoll, LLP | (u)EFL Global |
| (u)HACI Mechanical Contractors, Inc. | (u)LMR TRUCKING, INC. | (u)Monster Energy Company |

(u)PepsiCo, Inc. together with its affiliates    (u)Trinity Logistics, Inc.    (u)Jack H. Owoc

(u)Marc Kesten

End of Label Matrix
Mailable recipients    71
Bypassed recipients    13
Total                  84