UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROTHSCHILD & CO US INC. AS INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, file the attached *Supplemental Declaration of Homer Parkhill in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date*.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| | |
|---|---|
| Dated: November 11, 2022<br>       Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)  
Tianjiao ("TJ") Li (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Email: george.davis@lw.com  
         tj.li@lw.com  
         brian.rosen@lw.com  
         jon.weichselbaum@lw.com  

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone: (305) 755-9500  
Email: jguso@bergersingerman.com  
         mniles@bergersingerman.com  

– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004  
Telephone: (202) 637-2200  
Email: andrew.sorkin@lw.com  

– and –

Jeramy D. Webb (admitted *pro hac vice*)  
Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email: jeramy.webb@lw.com  
         whit.morley@lw.com  

*Proposed Co-Counsel for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROTHSCHILD & CO US INC. AS INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Homer Parkhill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Co-Head of Restructuring and Partner of Rothschild & Co US Inc. ("**Rothschild & Co**"), an investment banking firm with its principal office at 1251 Avenue of the Americas, New York, New York 10020. I am authorized to and hereby make this supplemental declaration (this "**Supplemental Declaration**") on behalf of Rothschild & Co. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[2]

2. This Supplemental Declaration is being submitted to supplement my initial declaration (the "**Initial Declaration**") attached as Exhibit A to the *Debtors' Application for*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Certain of the disclosures herein relate to matters within the knowledge of employees of Rothschild & Co and are based on information provided by them.

*Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* [Docket No. 23]. I submit this Supplemental Declaration to provide additional disclosures in accordance with Bankruptcy Rule 2014(a).

3. In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Rothschild & Co undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, Rothschild & Co obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"), and such parties were listed on Schedule A to the Initial Declaration.

4. Subsequent to the preparation of the Initial Declaration, the Debtors or their representatives provided Rothschild & Co with a list of additional Potential Parties in Interest, which is attached hereto as **Schedule 1**.

5. As of the date hereof, to the best of my knowledge, based on the process described herein, none of Rothschild & Co, I or any other employee of Rothschild & Co, holds or represents any interest adverse to the Debtors or their estates or has any connection with the Potential Parties in Interest, except (i) as set forth in **Schedule 2** attached hereto and (ii) as otherwise set forth herein or in the Initial Declaration.

[The remainder of this page is intentionally blank.]

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 11, 2022
   New York, New York

                          /s/ *Homer Parkhill*
                          Homer Parkhill
                          Co-Head of Restructuring, Partner
                          Rothschild & Co US Inc.

**Schedule 1 to the Supplemental Declaration**

Additional Potential Parties in Interest

1. **Other Unsecured Creditors**

| Archer Daniels Midland Co. | Ardagh Metal Packaging USA Corp. |

2. **Taxing and Other Significant Governmental Authorities**

| Broward County, Florida, c/o the Records, Taxes & Treasury Division | Maricopa County Treasurer |

3. **Customers**

| Pepsi Co. Corporate | Arkansas Beverage Sales, Inc. (Suncoast) |
|---|---|
| Dollar Tree | Navy Exchange Service Command NEXCOM |
| Jack Hilliard Distributing Company, Inc. | CLC Trading Inc. |
| Sam's Club | Albertsons Companies, Inc. |
| WDI, LLC Wisconsin Distributors | Heimark Distributing LLC |
| Metro Beverage of Philadelphia Speedway | Intermountain Distributing Co. |
| Intrastate Distributing Speedway | Zip Beverage |
| Sheetz Distribution Services LLC | Mitchell Beverage of Maryland LLC DBA Chesapeake Beverage |
| Vitamin Shoppe-North Bergen NJ | Wil Fischer Companies |
| Glazer's Beer and Beverage of Texas, LLC | Southeastern Marketing & Distribution |
| Silver Eagle Distributors Houston LLC | Coastal Beverage Company Inc. |
| Union Beer Distributors, LLC Speedway | Central Distributors Inc. |
| Donaghy Sales, LLC | BJ's Wholesale Club, Inc. |
| Pure Beverage Company Speedway | County Distributing |
| Import Warehouse | Bay Area Distributing Co., Inc. |
| McLane Grocery | Advance Beverage Company, Inc. |
| RCI Beverage-OH, LLC DBA Dayton Heidelberg Distributing Co L | Carolina Premium Beverage LLC |
| Vistar - Performance Food Group, Inc. | Sheridan Real Estate Investment A LLC |
| United Distributors of GA | Hedinger Beverage Distributing Co., Inc. |
| Hensley Beverage Company | DNA Distribution |
| Saccani Distributing Co. | Casey's General Stores, Inc. |
| Golden Eagle of Arkansas, Inc. | Golden Beverage |
| Terborg Distributor | The Odom Corporation |
| Polar Corp /Polar Beverages | Budweiser-Busch Distributing Co, Inc. |

| | |
|---|---|
| Lakeshore Beverage Company Speedway | Kentucky Eagle Inc. |
| Grupo Lexter Peru Scrl Fadicrown SA | Quality Beverage LLC |
| Army & Air Force Exchange Service | Superior Beverage Inc. |
| John Lenore & Company | M K Distributors, Inc. |
| Straub Distributing Company Ltd. | Eagle Beverage |
| NY Barbell | Western Distributing Company |
| RaceTrac Corporate | MDV SpartanNash |
| Standard Beverage Corp - Wichita KS | Koerner Distributor, Inc. |
| Lewisco Holdings | Budweiser Distributing Company Amarillo |
| Walgreens | ED F. Davis, Inc. |
| Bang Energy Australia PTY LTD | Great Plains Distributors LP |
| Stagnaro Distributing , LLC | Buffalo Rock Company |
| Budweiser- The Hand Family Co. | C & C Distributors, Inc. |
| Eby-Brown Company LLC | Larry's Distributing Company |
| Tarver Distributing | Central Distributors, Inc. Maine |
| Quality Brands Distribution, LLC | Resort Beverage Company Inc. |
| Bill's Distributing | Delaney Distributors, Inc. |
| West Side Beer Distributing | Paragon Distributing |
| Color Brands | Healy Wholesale Co Inc. |
| G&L Wholesale | G&M Distributors, Inc. |
| Bang Energy BV | Big Horn Beverages Co., Inc. |
| Iowa Beverage Systems, Inc. | Tri-Eagle Sales |
| Core-Mark | M & M Distributing |
| Silver Eagle Bev. LLC - San Antonio | Cardinal Distributing, LLC |
| Skyland Distributing Company Inc. | DeCrescente Distributing Co., Inc. |
| Dean Distributing, Inc. | Al George LLC |
| R&K Distributors, Inc. | Stevenson Beer Distributing Co. Ltd. |
| Beal Distributing, Inc. | G & J Pepsi Cola Bottling Company, Inc. |
| Matagrano, Inc. | Allen Beverages, Inc. |
| S&S Distributing, Inc. | Coastal Pacific Food Distributors, Inc. |
| Adams Beverage LLC. | Xtreme Sports Nutrition, Inc. |
| Premier Distributing Company | Brandsimex Americas Inc. |
| Europa Sports Partners, LLC | Perry Distributing, Inc. |
| Pacific Beverage Co. | Fit Energy Ecuador |
| Eagle Distributing of Texarkana | Wantz Distributors Inc. |
| Nevada Beverage | Flathead Beverage Company |
| General Distributing Company | Daniel L. Jacob & Co. Inc. |
| Kroger | JOMAST Corp.  DBA: Mahaska |
| Beverage Distributors Inc. | Big Lots Stores, Inc. |
| Best Beverages of West Memphis | Pepsi Cola Bottling Co. of Guam |
| Eagle Distributing, Co., LLC | Thomas Group LLC DBA Eagle Distributing Company |

2

| | |
|---|---|
| Oneta Co. DBA Pepsi Cola Bottling | Holston Distributing Company |
| Ajax Turner Company | Caffey Distributing Inc. |
| Muscle Foods USA Eurpac Services Inc. | Missouri Eagle, LLC |
| Bueno Beverage Co. - Sequoia Beverage Company | CST Diamond LP Core-Mark - RDC Division |
| New West Distributing, Inc. | Humboldt Beer Distributors |
| Fabiano Brothers, Inc. WI | United Beverages of NC LLC |
| Pepsi of Hudson Valley | Southern Eagle Sales & Service, LP |
| Parts and Services Solutions, LLC | Ollie's Bargain Outlet, Inc. |
| Fabiano Brothers, Inc. - MI | Capitol Beverage Sales, LP |
| Northeast Sales Distributing | College City Beverage, Inc. |

4. **Other Parties**

| | |
|---|---|
| Mitsubishi HC Capital America, Inc. | The Hamilton Group (Delaware), Inc. |
| XPO Logistics, LLC | ALDA 4747 W. Buckeye LLC |
| MFP 4747 W. Buckeye LLC | ACAR Leasing Ltd d/b/a GM Financial Leasing |
| AIS Portfolio Services, LLC | Lowenstein Sandler LLP |
| Faith Technologies, Inc. | |

3

**Schedule 2 to the Supplemental Declaration**

Relationships with Potential Parties in Interest

Source: Interested Party List 10/05/22

**Vital Pharmaceuticals, LLC**
**("Vital Pharmaceuticals")**

| Party in Interest[1] | Entity having a connection with (i) Rothschild & Co US or (ii) an Affiliated Entity | Nature of Connection[2] |
|---|---|---|
| All-State Brokerage Inc. | Allstate; Allstate Corp | 290,322 shares of Allstate Corp at a market value of $36,793,000 are under management by Rothschild & Co Asset Management US Inc.<br><br>Rothschild & Co US formerly advised an ad hoc group of insurance companies on a matter unrelated to Vital Pharmaceuticals where Allstate was a member. |
| ANC | ANC Holding | GA Affiliate was involved in a transaction unrelated to Vital Pharmaceuticals where ANC Holding was a participant. |
| Big Lots Stores, Inc. | Big Lots Inc.; Big Lots, Inc. | 120,734 shares of Big Lots Inc. at a market value of $2,532,000 are under management by Rothschild & Co Asset Management US Inc.<br><br>Rothschild & Co US was involved in a transaction unrelated to Vital Pharmaceuticals where Big Lots was a participant. |

---

[1]   Rothschild & Co US has limited its search to the Parties in Interest provided by Vital Pharmaceuticals.  Affiliates, subsidiaries or parent companies of Parties in Interest have not been searched unless specifically noted.

[2]   A "**GA Affiliate**" is an entity in the Global Advisory Business other than Rothschild & Co US.

Source: Interested Party List 10/05/22

**Vital Pharmaceuticals, LLC**
**("Vital Pharmaceuticals")**

| BJ's Wholesale Club, Inc. | BJ's Wholesale Club Holdings Inc. | 215,467 shares of BJ's Wholesale Club Holdings Inc. at a market value of $13,428,000 are under management by Rothschild & Co Asset Management US Inc. |
|---|---|---|
| Cumberland Farms, Inc. | Cumberland Farms Inc. | GA Affiliate was involved in a transaction unrelated to Vital Pharmaceuticals where Cumberland Farms was a participant. |
| Lowenstein Sandler LLP | Lowenstein Sandler LLP | Rothschild & Co US vendor. |
| Mitsubishi HC Capital America, Inc. | Mitsubishi Chemical Group Corp.; Mitsubishi Corp.; Mitsubishi Development Pty Ltd; Mitsubishi Electric Corp.; Mitsubishi UFJ Capital VI, Limited Partnership; Mitsubishi UFJ Financial Group, Inc. | Rothschild & Co US was involved in a transaction unrelated to Vital Pharmaceuticals where Mitsubishi was a participant. Current GA Affiliate client on matters unrelated to Vital Pharmaceuticals. GA Affiliates are and were involved in transactions unrelated to Vital Pharmaceuticals where Mitsubishi is and was a participant. |
| Wal-Mart DC | Walmart, Inc. | Former GA Affiliate client on a matter unrelated to Vital Pharmaceuticals. GA Affiliate is involved in a transaction unrelated to Vital Pharmaceuticals where Walmart is a participant. |
| XPO Logistics, LLC | XPO Logistics Europe SA; XPO Logistics, Inc.; XPO Logistics Europe Transport | Current GA Affiliate client on matters unrelated to Vital Pharmaceuticals. |