UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-177842-PDR |
| Debtors._____/ | (Jointly Administered) |

**DEBTOR, VITAL PHARMACEUTICALS, INC.'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS**

Vital Pharmaceuticals, Inc. (the "Debtor"), pursuant to Local Rule 2081-1(A), having filed its chapter 11 voluntary petition on October 10, 2022 (the "Filing Date") files its Payroll and Sales Tax Reports as follows:

***PAYROLL TAXES:***

I. Payroll taxes accrued for 1st month prior to filing: **09/05/2022 – 10/02/2022**
Date Paid: **See attached Exhibit "1"**   Amount Paid: $2,641,547.67
Place of Payment: **See Attached Exhibit "1"**

II. Payroll taxes accrued for 2nd month prior to filing: **07/25/2022 – 09/04/2022**
Date Paid: **See attached Exhibit "1"**   Amount Paid: $1,657,779.76
Place of Payment: **See attached Exhibit "1"**

III. Payroll taxes accrued for 3rd month prior to filing: **06/27/2022 – 07/24/2022**
Date Paid: **See attached Exhibit "1"**   Amount Paid: $1,825,927.41
Place of Payment: **See attached Exhibit "1"**

IV. Payroll taxes accrued for 4th month prior to filing: **05/30/2022 – 06/26/2022**
Date Paid: **See attached Exhibit "1"**   Amount Paid: $1,761,196.69
Place of Payment: **See attached Exhibit "1"**

V. Payroll taxes accrued for 5th month prior to filing: **05/02/2022 – 05/29/2022**
Date Paid: **See attached Exhibit "1"**   Amount Paid: $1,875,298.27

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

7292750-3

       Place of Payment: **See attached Exhibit "1"**

VI.   Payroll taxes accrued for 6th month prior to filing: **04/04/2022 – 05/01/2022**
     Date Paid: **See attached Exhibit "1"**   Amount Paid: $1,953,374.14
     Place of Payment: **See attached Exhibit "1"**

VII.  Amount still due and owing for six month period preceding filing**:** $0.00

VIII. Amount still due and owing for earlier periods: $0.00

*SALES TAXES*:

I.    Gross Sales subject to Sales Tax for 1st month prior to filing: **09/01/2022 – 09/30/2022**
     Sales taxes accrued for 1st month prior to filing:
     Date Paid: **See attached Exhibit "2"**   Amount Paid: $0.00[2]
     Place of Payment: **See attached Exhibit "2"**

II.   Gross Sales subject to Sales Tax for 2nd month prior to filing: **08/01/2022 – 08/31/2022**
     Sales taxes accrued for 2nd month prior to filing:
     Date Paid: **See attached Exhibit "2"**   Amount Paid: $6,747.10
     Place of Payment: **See attached Exhibit "2"**

III.  Gross Sales subject to Sales Tax for 3rd month prior to filing: **07/01/2022 – 07/31/2022**
     Sales taxes accrued for 3rd month prior to filing:
     Date Paid: **See attached Exhibit "2"**   Amount Paid: $7,295.16
     Place of Payment: **See attached Exhibit "2"**

IV.  Gross Sales subject to Sales Tax for 4th month prior to filing: **06/01/2022 – 06/30/2022**
     Sales taxes accrued for 4th month prior to filing:
     Date Paid: **See attached Exhibit "2"**   Amount Paid: $0.00[3]
     Place of Payment: **See attached Exhibit "2"**

V.    Gross Sales subject to Sales Tax for 5th month prior to filing: **05/01/2022 – 05/31/2022**
     Sales taxes accrued for 5th month prior to filing:
     Date Paid: **See attached Exhibit "2"**   Amount Paid: $29,803.84
     Place of Payment: **See attached Exhibit "2"**

---

[2] Due to the bankruptcy filing, the Debtors have not paid sales taxes due for the month of September 2022, totaling $40,198.05, as automatic payments was disabled at the time of the filing. The Debtors are working with the various taxing agencies to issue payment on outstanding sales taxes for the month of September 2022.

[3] The Debtors inadvertently filed incorrect sales tax returns for the months of March 2022 and June 2022, reflecting amounts due of $950,223.61 and $584,459.08, respectively. The Debtors are working to amend the sales tax returns with each jurisdiction and will issue payment for outstanding amounts to the corrected sales tax returns.

7292750-3

VI.    Gross Sales subject to Sales Tax for 6th month prior to filing: **04/01/2022 – 04/30/2022**
Sales taxes accrued for 6th month prior to filing:
Date Paid: **See attached Exhibit "2"**     Amount Paid: $17,942.38
Place of Payment: **See attached Exhibit "2"**

VII.    Amount still due and owing for six month period preceding filing: $40,198.05 (See footnote 3)

VIII.    Amount still due and owing for earlier periods:   See footnote 3

Attached hereto are copies of proof of all payments made for payroll and sales taxes for the 6 months preceding the filing date.   See footnotes 1 and 2

I, John C. DiDonato, the Chief Transformation Officer of the Debtor, declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Date:  November 11, 2022

                          Vital Pharmaceuticals, Inc.


                          By:  /s/ *John C. DiDonato*
                              John C. DiDonato, Chief Transformation Officer

| | |
|---|---|
| Dated: November 11, 2022<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>   tj.li@lw.com<br>   brian.rosen@lw.com<br>   jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com<br>   mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com
– and –
Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
   whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

7292750-3