# EXHIBIT "1"

| Liability Recap | Taxes Debited | | | | |
|---|---|---|---|---|---|
| | | Federal Income Tax | | 371,078.07 | |
| | | Earned Income Credit Advances | | .00 | |
| | | Social Security - EE | | 197,336.11 | |
| | | Social Security - ER | | 197,336.21 | |
| | | Social Security Adj - EE | | .00 | |
| | | Medicare - EE | | 48,860.31 | |
| | | Medicare - ER | | 48,860.34 | |
| | | Medicare Adj - EE | | .00 | |
| | | Medicare Surtax - EE | | 1,109.87 | |
| | | Medicare Surtax Adj - EE | | .00 | |
| | | Federal Unemployment Tax | | 1,027.85 | |
| | | FMLA-PSL Payments Credit | | .00 | |
| | | FMLA-PSL ER FICA Credit | | .00 | |
| | | FMLA-PSL Health Care Premium Credit | | .00 | |
| | | Employee Retention Qualified Payments Credit | | .00 | |
| | | Employee Retention Qualified Health Care Credit | | .00 | |
| | | COBRA Premium Assistance Payments | | .00 | |
| | | State Income Tax | | 54,651.45 | |
| | | State Unemployment Insurance - EE | | 16.18 | |
| | | State Unemployment Insurance - ER | | 4,539.15 | |
| | | State Unemployment Insurance Adj - EE | | .00 | |
| | | State Disability Insurance - EE | | 4,046.51 | |
| | | State Disability Insurance - ER | | .00 | |
| | | State Disability Insurance Adj - EE | | .00 | |
| | | State Family Leave Insurance - EE | | 128.42 | |
| | | State Family Leave Insurance - ER | | .00 | |
| | | State Family Leave Insurance Adj - EE | | .00 | |
| | | State Medical Leave Insurance - EE | | 76.66 | |
| | | State Medical Leave Insurance - ER | | 104.84 | |
| | | State Medical Leave Insurance Adj - EE | | .00 | |
| | | State Cares Fund - EE | | .00 | |
| | | Workers' Benefit Fund Assessment - EE | | 8.80 | |
| | | Workers' Benefit Fund Assessment - ER | | 8.80 | |
| | | Transit Tax - EE | | 28.13 | |
| | | Local Income Tax | | 193.60 | |
| | | School District Tax | | .00 | |
| | | **Total Taxes Debited** | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 929,411.30 | |
| | Other Transfers | ADP Direct Deposit | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,553,264.61 | |
| | | Wage Garnishments | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 19,993.07 | |
| | | **Total Amount Debited From Your Accounts** | | | 3,502,668.98 |
| | Bank Debits and Other Liability | Adjustments/Prepay/Voids | | 6,242.14 | |

**ADP Statistical Summary Recap**

© 1996 Automatic Data Processing, Inc.

**VITAL PHARMACEUTICAL**
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 1917
Quarter Number: 3
Service Center: 030

Period Ending: 10/02/2022
Pay Date: 09/30/2022
Current Date: 09/27/2022

Week 39
Page 1

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | 288,610.17 | |
| | Earned Income Credit Advances | .00 | |
| | Social Security - EE | 169,105.41 | |
| | Social Security - ER | 169,392.27 | |
| | Social Security Adj - EE | .00 | |
| | Medicare - EE | 41,830.84 | |
| | Medicare - ER | 41,897.90 | |
| | Medicare Adj - EE | .00 | |
| | Medicare Surtax - EE | 1,028.31 | |
| | Medicare Surtax Adj - EE | .00 | |
| | Federal Unemployment Tax | 796.01 | |
| | FMLA-PSL Payments Credit | .00 | |
| | FMLA-PSL ER FICA Credit | .00 | |
| | FMLA-PSL Health Care Premium Credit | .00 | |
| | Employee Retention Qualified Payments Credit | .00 | |
| | Employee Retention Qualified Health Care Credit | .00 | |
| | COBRA Premium Assistance Payments | .00 | |
| | State Income Tax | 45,140.79 | |
| | State Unemployment Insurance - EE | 16.17 | |
| | State Unemployment Insurance - ER | 4,111.50 | |
| | State Unemployment Insurance Adj - EE | .00 | |
| | State Disability Insurance - EE | 2,930.17 | |
| | State Disability Insurance - ER | .00 | |
| | State Disability Insurance Adj - EE | .00 | |
| | State Family Leave Insurance - EE | 127.66 | |
| | State Family Leave Insurance - ER | .00 | |
| | State Family Leave Insurance Adj - EE | .00 | |
| | State Medical Leave Insurance - EE | 76.20 | |
| | State Medical Leave Insurance - ER | 104.53 | |
| | State Medical Leave Insurance Adj - EE | .00 | |
| | State Cares Fund - EE | .00 | |
| | Workers' Benefit Fund Assessment - EE | 8.80 | |
| | Workers' Benefit Fund Assessment - ER | 8.80 | |
| | Transit Tax - EE | 28.13 | |
| | Local Income Tax | 193.60 | |
| | School District Tax | .00 | |
| | Total Taxes Debited   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 765,407.26 |
| Other Transfers | ADP Direct Deposit   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,211,901.26 | |
| | Wage Garnishments   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 19,950.99 | |
| | Total Amount Debited From Your Accounts | | 2,997,259.51 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | | 1,572.47- |

**Statistical Summary Recap** — ADP

VITAL PHARMACEUTICAL
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 1193
Quarter Number: 3
Service Center: 030

Period Ending: 09/18/2022
Pay Date: 09/23/2022
Current Date: 09/21/2022

Week 38
Page 1

©1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | | |
|---|---|---|---|---|
| | | Federal Income Tax | 377,271.95 | |
| | | Earned Income Credit Advances | .00 | |
| | | Social Security - EE | 199,740.61 | |
| | | Social Security - ER | 199,740.75 | |
| | | Social Security Adj - EE | .00 | |
| | | Medicare - EE | 48,931.26 | |
| | | Medicare - ER | 48,931.37 | |
| | | Medicare Adj - EE | .00 | |
| | | Medicare Surtax - EE | 924.11 | |
| | | Medicare Surtax Adj - EE | .00 | |
| | | Federal Unemployment Tax | 1,101.98 | |
| | | FMLA-PSL Payments Credit | .00 | |
| | | FMLA-PSL ER FICA Credit | .00 | |
| | | FMLA-PSL Health Care Premium Credit | .00 | |
| | | Employee Retention Qualified Payments Credit | .00 | |
| | | Employee Retention Qualified Health Care Credit | .00 | |
| | | COBRA Premium Assistance Payments | .00 | |
| | | State Income Tax | 59,739.57 | |
| | | State Unemployment Insurance - EE | 25.55 | |
| | | State Unemployment Insurance - ER | 5,149.01 | |
| | | State Unemployment Insurance Adj - EE | .00 | |
| | | State Disability Insurance - EE | 4,624.12 | |
| | | State Disability Insurance - ER | .00 | |
| | | State Disability Insurance Adj - EE | .00 | |
| | | State Family Leave Insurance - EE | 128.45 | |
| | | State Family Leave Insurance - ER | .00 | |
| | | State Family Leave Insurance Adj - EE | .00 | |
| | | State Medical Leave Insurance - EE | 76.67 | |
| | | State Medical Leave Insurance - ER | 104.84 | |
| | | State Medical Leave Insurance Adj - EE | .00 | |
| | | State Cares Fund - EE | .00 | |
| | | Workers' Benefit Fund Assessment - EE | 8.71 | |
| | | Workers' Benefit Fund Assessment - ER | 8.71 | |
| | | Transit Tax - EE | 27.85 | |
| | | Local Income Tax | 193.60 | |
| | | School District Tax | .00 | |
| | | **Total Taxes Debited**  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | | 946,729.11 |
| | Other Transfers | ADP Direct Deposit  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 2,545,966.09 | |
| | | ADP Check  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 1,411.15 | |
| | | Wage Garnishments  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 19,818.81 | |
| | | **Total Amount Debited From Your Accounts** | | 3,513,925.16 |
| | Bank Debits and Other Liability | Adjustments/Prepay/Voids | 897.80 | |

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | | .00 |
| | Earned Income Credit Advances | | .00 |
| | Social Security - EE | | 170.36 |
| | Social Security - ER | | 170.37 |
| | Social Security Adj - EE | | .00 |
| | Medicare - EE | | 39.85 |
| | Medicare - ER | | 39.84 |
| | Medicare Adj - EE | | .00 |
| | Medicare Surtax - EE | | .00 |
| | Medicare Surtax Adj - EE | | .00 |
| | Federal Unemployment Tax | | .00 |
| | FMLA-PSL Payments Credit | | .00 |
| | FMLA-PSL ER FICA Credit | | .00 |
| | FMLA-PSL Health Care Premium Credit | | .00 |
| | Employee Retention Qualified Payments Credit | | .00 |
| | Employee Retention Qualified Health Care Credit | | .00 |
| | COBRA Premium Assistance Payments | | .00 |
| | State Income Tax | | 66.54 |
| | State Unemployment Insurance - EE | | .00 |
| | State Unemployment Insurance - ER | | .00 |
| | State Unemployment Insurance Adj - EE | | .00 |
| | State Disability Insurance - EE | | .00 |
| | State Disability Insurance - ER | | .00 |
| | State Disability Insurance Adj - EE | | .00 |
| | State Family Leave Insurance - EE | | .00 |
| | State Family Leave Insurance - ER | | .00 |
| | State Family Leave Insurance Adj - EE | | .00 |
| | State Medical Leave Insurance - EE | | .00 |
| | State Medical Leave Insurance - ER | | .00 |
| | State Medical Leave Insurance Adj - EE | | .00 |
| | State Cares Fund - EE | | .00 |
| | Workers' Benefit Fund Assessment - EE | | .00 |
| | Workers' Benefit Fund Assessment - ER | | .00 |
| | Transit Tax - EE | | .00 |
| | Local Income Tax | | .00 |
| | School District Tax | | .00 |
| | Total Taxes Debited    Acct. No. XXXXXXXXX7174    Tran/ABA XXXXXXXXX | | 486.96 |
| Other Transfers | ADP Direct Deposit    Acct. No. XXXXXXXXX7174    Tran/ABA XXXXXXXXX | | 2,471.13 |
| | Total Amount Debited From Your Account | | 2,958.09 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | | .00 |
| Taxes - Your Responsibility | None This Payroll | | |

Total Liability: 2,958.09
2,958.09
2,958.09

* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately. Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.

**ADP Statistical Summary Recap**

VITAL PHARMACEUTICAL
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 6797
Quarter Number: 3
Service Center: 030

Period Ending: 08/21/2022
Pay Date: 08/29/2022
Current Date: 08/26/2022

Week 35
Page 1

© 1995 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | | | |
|---|---|---|---|---|---|
| | Federal Income Tax | | | 292,482.93 | |
| | Earned Income Credit Advances | | | .00 | |
| | Social Security - EE | | | 171,320.56 | |
| | Social Security - ER | | | 171,320.70 | |
| | Social Security Adj - EE | | | .00 | |
| | Medicare - EE | | | 42,243.86 | |
| | Medicare - ER | | | 42,243.74 | |
| | Medicare Adj - EE | | | .00 | |
| | Medicare Surtax - EE | | | 814.56 | |
| | Medicare Surtax Adj - EE | | | .00 | |
| | Federal Unemployment Tax | | | 673.27 | |
| | FMLA-PSL Payments Credit | | | .00 | |
| | FMLA-PSL ER FICA Credit | | | .00 | |
| | FMLA-PSL Health Care Premium Credit | | | .00 | |
| | Employee Retention Qualified Payments Credit | | | .00 | |
| | Employee Retention Qualified Health Care Credit | | | .00 | |
| | COBRA Premium Assistance Payments | | | .00 | |
| | State Income Tax | | | 47,569.57 | |
| | State Unemployment Insurance - EE | | | 30.06 | |
| | State Unemployment Insurance - ER | | | 4,045.68 | |
| | State Unemployment Insurance Adj - EE | | | .00 | |
| | State Disability Insurance - EE | | | 2,575.43 | |
| | State Disability Insurance - ER | | | .00 | |
| | State Disability Insurance Adj - EE | | | .00 | |
| | State Family Leave Insurance - EE | | | 136.69 | |
| | State Family Leave Insurance - ER | | | .00 | |
| | State Family Leave Insurance Adj - EE | | | .00 | |
| | State Medical Leave Insurance - EE | | | 76.66 | |
| | State Medical Leave Insurance - ER | | | 104.84 | |
| | State Medical Leave Insurance Adj - EE | | | .00 | |
| | State Cares Fund - EE | | | .00 | |
| | Workers' Benefit Fund Assessment - EE | | | 8.80 | |
| | Workers' Benefit Fund Assessment - ER | | | 8.80 | |
| | Transit Tax - EE | | | 28.13 | |
| | Local Income Tax | | | 193.60 | |
| | School District Tax | | | .00 | |
| | Total Taxes Debited | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | | 775,877.88 |
| Other Transfers | ADP Direct Deposit | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | 2,214,336.91 | |
| | ADP Check | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | 1,294.43 | |
| | Wage Garnishments | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | 20,033.65 | |
| | Total Amount Debited From Your Accounts | | | | 3,011,542.87 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | | | 13,292.56 | |

**Statistical Summary Recap** — ADP

VITAL PHARMACEUTICAL
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 6439
Quarter Number: 3
Service Center: 030

Period Ending: 08/21/2022
Pay Date: 08/26/2022
Current Date: 08/24/2022

Week 34
Page 1

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | | | |
|---|---|---|---|---|---|
| | | Federal Income Tax | | 339,384.28 | |
| | | Earned Income Credit Advances | | .00 | |
| | | Social Security - EE | | 191,272.82 | |
| | | Social Security - ER | | 191,430.09 | |
| | | Social Security Adj - EE | | .00 | |
| | | Medicare - EE | | 46,683.36 | |
| | | Medicare - ER | | 46,720.22 | |
| | | Medicare Adj - EE | | .00 | |
| | | Medicare Surtax - EE | | 711.15 | |
| | | Medicare Surtax Adj - EE | | .00 | |
| | | Federal Unemployment Tax | | 522.90 | |
| | | FMLA-PSL Payments Credit | | .00 | |
| | | FMLA-PSL ER FICA Credit | | .00 | |
| | | FMLA-PSL Health Care Premium Credit | | .00 | |
| | | Employee Retention Qualified Payments Credit | | .00 | |
| | | Employee Retention Qualified Health Care Credit | | .00 | |
| | | COBRA Premium Assistance Payments | | .00 | |
| | | State Income Tax | | 56,191.41 | |
| | | State Unemployment Insurance - EE | | 30.06 | |
| | | State Unemployment Insurance - ER | | 4,274.34 | |
| | | State Unemployment Insurance Adj - EE | | .00 | |
| | | State Disability Insurance - EE | | 3,641.00 | |
| | | State Disability Insurance - ER | | .00 | |
| | | State Disability Insurance Adj - EE | | .00 | |
| | | State Family Leave Insurance - EE | | 132.77 | |
| | | State Family Leave Insurance - ER | | .00 | |
| | | State Family Leave Insurance Adj - EE | | .00 | |
| | | State Medical Leave Insurance - EE | | 76.79 | |
| | | State Medical Leave Insurance - ER | | 104.84 | |
| | | State Medical Leave Insurance Adj - EE | | .00 | |
| | | State Cares Fund - EE | | .00 | |
| | | Workers' Benefit Fund Assessment - EE | | 8.71 | |
| | | Workers' Benefit Fund Assessment - ER | | 8.71 | |
| | | Transit Tax - EE | | 27.87 | |
| | | Local Income Tax | | 193.60 | |
| | | School District Tax | | .00 | |
| | | Total Taxes Debited | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 881,414.92 |
| | Other Transfers | ADP Direct Deposit | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,445,593.40 | |
| | | Wage Garnishments | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 21,079.32 | |
| | | Total Amount Debited From Your Accounts | | | 3,348,087.64 |
| | Bank Debits and Other Liability | Adjustments/Prepay/Voids | | 451.63 | |

**ADP Statistical Summary Recap**

VITAL PHARMACEUTICAL
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 4800
Quarter Number: 3
Service Center: 030

Period Ending: 08/07/2022
Pay Date: 08/12/2022
Current Date: 08/10/2022

Week 32
Page 1

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | | | |
|---|---|---|---|---|---|
| | | Federal Income Tax | | 330,197.96 | |
| | | Earned Income Credit Advances | | .00 | |
| | | Social Security - EE | | 195,930.17 | |
| | | Social Security - ER | | 196,077.59 | |
| | | Social Security Adj - EE | | .00 | |
| | | Medicare - EE | | 47,621.73 | |
| | | Medicare - ER | | 47,656.19 | |
| | | Medicare Adj - EE | | .00 | |
| | | Medicare Surtax - EE | | 617.13 | |
| | | Medicare Surtax Adj - EE | | .00 | |
| | | Federal Unemployment Tax | | 574.14 | |
| | | FMLA-PSL Payments Credit | | .00 | |
| | | FMLA-PSL ER FICA Credit | | .00 | |
| | | FMLA-PSL Health Care Premium Credit | | .00 | |
| | | Employee Retention Qualified Payments Credit | | .00 | |
| | | Employee Retention Qualified Health Care Credit | | .00 | |
| | | COBRA Premium Assistance Payments | | .00 | |
| | | State Income Tax | | 53,833.76 | |
| | | State Unemployment Insurance - EE | | 30.09 | |
| | | State Unemployment Insurance - ER | | 4,951.08 | |
| | | State Unemployment Insurance Adj - EE | | .00 | |
| | | State Disability Insurance - EE | | 2,481.28 | |
| | | State Disability Insurance - ER | | .00 | |
| | | State Disability Insurance Adj - EE | | .00 | |
| | | State Family Leave Insurance - EE | | 137.28 | |
| | | State Family Leave Insurance - ER | | .00 | |
| | | State Family Leave Insurance Adj - EE | | .00 | |
| | | State Medical Leave Insurance - EE | | 85.45 | |
| | | State Medical Leave Insurance - ER | | 118.01 | |
| | | State Medical Leave Insurance Adj - EE | | .00 | |
| | | State Cares Fund - EE | | .00 | |
| | | Workers' Benefit Fund Assessment - EE | | 7.92 | |
| | | Workers' Benefit Fund Assessment - ER | | 7.92 | |
| | | Transit Tax - EE | | 27.61 | |
| | | Local Income Tax | | 193.60 | |
| | | School District Tax | | .00 | |
| | | Total Taxes Debited | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXX | | 880,548.91 |
| Other Transfers | | ADP Direct Deposit | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXX | 2,508,260.45 | |
| | | Wage Garnishments | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXX | 23,142.60 | |
| | | Total Amount Debited From Your Accounts | | | 3,411,951.96 |
| Bank Debits and Other Liability | | Adjustments/Prepay/Voids | | 5,112.49 | |

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | | Federal Income Tax | 359,458.20 |
| | | Earned Income Credit Advances | .00 |
| | | Social Security - EE | 207,687.40 |
| | | Social Security - ER | 207,774.17 |
| | | Social Security Adj - EE | .00 |
| | | Medicare - EE | 50,228.62 |
| | | Medicare - ER | 50,249.06 |
| | | Medicare Adj - EE | .00 |
| | | Medicare Surtax - EE | 616.51 |
| | | Medicare Surtax Adj - EE | .00 |
| | | Federal Unemployment Tax | 628.16 |
| | | FMLA-PSL Payments Credit | .00 |
| | | FMLA-PSL ER FICA Credit | .00 |
| | | FMLA-PSL Health Care Premium Credit | .00 |
| | | Employee Retention Qualified Payments Credit | .00 |
| | | Employee Retention Qualified Health Care Credit | .00 |
| | | COBRA Premium Assistance Payments | .00 |
| | | State Income Tax | 59,300.58 |
| | | State Unemployment Insurance - EE | 39.83 |
| | | State Unemployment Insurance - ER | 5,261.47 |
| | | State Unemployment Insurance Adj - EE | .00 |
| | | State Disability Insurance - EE | 3,563.17 |
| | | State Disability Insurance - ER | .00 |
| | | State Disability Insurance Adj - EE | .00 |
| | | State Family Leave Insurance - EE | 135.75 |
| | | State Family Leave Insurance - ER | .00 |
| | | State Family Leave Insurance Adj - EE | .00 |
| | | State Medical Leave Insurance - EE | 82.56 |
| | | State Medical Leave Insurance - ER | 113.66 |
| | | State Medical Leave Insurance Adj - EE | .00 |
| | | State Cares Fund - EE | .00 |
| | | Workers' Benefit Fund Assessment - EE | 8.80 |
| | | Workers' Benefit Fund Assessment - ER | 8.80 |
| | | Transit Tax - EE | 28.16 |
| | | Local Income Tax | 193.60 |
| | | School District Tax | .00 |
| | | Total Taxes Debited   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 945,378.50 |
| | Other Transfers | ADP Direct Deposit   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,639,257.45 |
| | | Wage Garnishments   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 22,272.41 |
| | | Total Amount Debited From Your Accounts | 3,606,908.36 |
| | Bank Debits and Other Liability | Adjustments/Prepay/Voids | 287.75- |

**ADP Statistical Summary Recap**

VITAL PHARMACEUTICAL
Company Code: M2H
Region Name: SOUTHEAST MAJOR ACCOUNTS

Batch: 1229
Quarter Number: 3
Service Center: 030

Period Ending: 07/10/2022
Pay Date: 07/15/2022
Current Date: 07/13/2022

Week 28
Page 1

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | 321,264.76 | |
| | Earned Income Credit Advances | .00 | |
| | Social Security - EE | 197,835.96 | |
| | Social Security - ER | 198,303.70 | |
| | Social Security Adj - EE | .00 | |
| | Medicare - EE | 47,641.29 | |
| | Medicare - ER | 47,750.51 | |
| | Medicare Adj - EE | .00 | |
| | Medicare Surtax - EE | 616.50 | |
| | Medicare Surtax Adj - EE | .00 | |
| | Federal Unemployment Tax | 555.70 | |
| | FMLA-PSL Payments Credit | .00 | |
| | FMLA-PSL ER FICA Credit | .00 | |
| | FMLA-PSL Health Care Premium Credit | .00 | |
| | Employee Retention Qualified Payments Credit | .00 | |
| | Employee Retention Qualified Health Care Credit | .00 | |
| | COBRA Premium Assistance Payments | .00 | |
| | State Income Tax | 53,029.46 | |
| | State Unemployment Insurance - EE | 49.99 | |
| | State Unemployment Insurance - ER | 5,117.67 | |
| | State Unemployment Insurance Adj - EE | .00 | |
| | State Disability Insurance - EE | 2,493.41 | |
| | State Disability Insurance - ER | .00 | |
| | State Disability Insurance Adj - EE | .00 | |
| | State Family Leave Insurance - EE | 135.73 | |
| | State Family Leave Insurance - ER | .00 | |
| | State Family Leave Insurance Adj - EE | .00 | |
| | State Medical Leave Insurance - EE | 82.49 | |
| | State Medical Leave Insurance - ER | 113.66 | |
| | State Medical Leave Insurance Adj - EE | .00 | |
| | State Cares Fund - EE | .00 | |
| | Workers' Benefit Fund Assessment - EE | 8.80 | |
| | Workers' Benefit Fund Assessment - ER | 8.80 | |
| | Transit Tax - EE | 28.16 | |
| | Local Income Tax | 193.60 | |
| | School District Tax | .00 | |
| | Total Taxes Debited  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 875,230.19 | |
| Other Transfers | ADP Direct Deposit  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 2,522,672.18 | |
| | Wage Garnishments  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 22,678.69 | Total Liability |
| | Total Amount Debited From Your Accounts | 3,420,581.06 | 3,420,581.06 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | .00 | 3,420,581.06 |
| Taxes - Your Responsibility | State Disability Insurance - EE | 13.20 | |
| | State Family Leave Insurance - EE | 173.86 | Includes Taxes that are your responsibility |
| | Total Taxes Your Responsibility | 187.06 | 3,420,768.12 |

* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately. Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL  Company Code: M2H  Region Name: SOUTHEAST MAJOR ACCOUNTS | Batch: 8174  Quarter Number: 3  Service Center: 030 | Period Ending: 06/26/2022  Pay Date: 07/01/2022  Current Date: 06/29/2022 | Week 26  Page 1 |

| Liability Recap | Taxes Debited | | | | | | |
|---|---|---|---|---|---|---|---|
| | Federal Income Tax | | | 325,183.09 | | | |
| | Earned Income Credit Advances | | | .00 | | | |
| | Social Security - EE | | | 200,608.23 | | | |
| | Social Security - ER | | | 200,919.30 | | | |
| | Social Security Adj - EE | | | .00 | | | |
| | Medicare - EE | | | 48,095.17 | | | |
| | Medicare - ER | | | 48,168.09 | | | |
| | Medicare Adj - EE | | | .00 | | | |
| | Medicare Surtax - EE | | | 616.51 | | | |
| | Medicare Surtax Adj - EE | | | .00 | | | |
| | Federal Unemployment Tax | | | 562.59 | | | |
| | FMLA-PSL Payments Credit | | | .00 | | | |
| | FMLA-PSL ER FICA Credit | | | .00 | | | |
| | FMLA-PSL Health Care Premium Credit | | | .00 | | | |
| | Employee Retention Qualified Payments Credit | | | .00 | | | |
| | Employee Retention Qualified Health Care Credit | | | .00 | | | |
| | COBRA Premium Assistance Payments | | | .00 | | | |
| | State Income Tax | | | 53,505.56 | | | |
| | State Unemployment Insurance - EE | | | 54.95 | | | |
| | State Unemployment Insurance - ER | | | 5,155.58 | | | |
| | State Unemployment Insurance Adj - EE | | | .00 | | | |
| | State Disability Insurance - EE | | | 2,527.08 | | | |
| | State Disability Insurance - ER | | | .00 | | | |
| | State Disability Insurance Adj - EE | | | .00 | | | |
| | State Family Leave Insurance - EE | | | 135.74 | | | |
| | State Family Leave Insurance - ER | | | .00 | | | |
| | State Family Leave Insurance Adj - EE | | | .00 | | | |
| | State Medical Leave Insurance - EE | | | 82.53 | | | |
| | State Medical Leave Insurance - ER | | | 113.66 | | | |
| | State Medical Leave Insurance Adj - EE | | | .00 | | | |
| | State Cares Fund - EE | | | .00 | | | |
| | Workers' Benefit Fund Assessment - EE | | | 8.62 | | | |
| | Workers' Benefit Fund Assessment - ER | | | 8.62 | | | |
| | Transit Tax - EE | | | 27.58 | | | |
| | Local Income Tax | | | 193.60 | | | |
| | School District Tax | | | .00 | | | |
| | **Total Taxes Debited** | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | | 885,966.50 | | |
| Other Transfers | ADP Direct Deposit | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | | 2,540,774.28 | | |
| | ADP Check | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | | 3,005.08 | | |
| | Wage Garnishments | Acct. No. XXXXXXXXX7174 | Tran/ABA XXXXXXXXX | | 22,336.14 | | Total Liability |
| | **Total Amount Debited From Your Accounts** | | | | 3,452,082.00 | | 3,452,082.00 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | | | 1,446.39 | | | 3,453,528.39 |
| Taxes - Your Responsibility | State Disability Insurance - EE | | | 13.20 | | | |
| | State Family Leave Insurance - EE | | | 173.86 | | | Includes Adjustments and Taxes |
| | **Total Taxes Your Responsibility** | | | | 187.06 | | 3,453,715.45 that are your responsibility |

* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately.
Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL | Batch: 6406 | Period Ending: 06/12/2022 | Week 24 |
|---|---|---|---|---|
| | Company Code: M2H | Quarter Number: 2 | Pay Date: 06/17/2022 | Page 1 |
| ©1996 Automatic Data Processing, Inc. | Region Name: SOUTHEAST MAJOR ACCOUNTS | Service Center: 030 | Current Date: 06/15/2022 | |

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | | 25,815.03 |
| | Earned Income Credit Advances | | .00 |
| | Social Security - EE | | 18,557.09 |
| | Social Security - ER | | 18,557.11 |
| | Social Security Adj - EE | | .00 |
| | Medicare - EE | | 4,339.99 |
| | Medicare - ER | | 4,339.97 |
| | Medicare Adj - EE | | .00 |
| | Medicare Surtax - EE | | .00 |
| | Medicare Surtax Adj - EE | | .00 |
| | Federal Unemployment Tax | | 21.82 |
| | FMLA-PSL Payments Credit | | .00 |
| | FMLA-PSL ER FICA Credit | | .00 |
| | FMLA-PSL Health Care Premium Credit | | .00 |
| | Employee Retention Qualified Payments Credit | | .00 |
| | Employee Retention Qualified Health Care Credit | | .00 |
| | COBRA Premium Assistance Payments | | .00 |
| | State Income Tax | | 7,008.93 |
| | State Unemployment Insurance - EE | | .00 |
| | State Unemployment Insurance - ER | | 34.14 |
| | State Unemployment Insurance Adj - EE | | .00 |
| | State Disability Insurance - EE | | 1,182.87 |
| | State Disability Insurance - ER | | .00 |
| | State Disability Insurance Adj - EE | | .00 |
| | State Family Leave Insurance - EE | | .00 |
| | State Family Leave Insurance - ER | | .00 |
| | State Family Leave Insurance Adj - EE | | .00 |
| | State Medical Leave Insurance - EE | | .00 |
| | State Medical Leave Insurance - ER | | .00 |
| | State Medical Leave Insurance Adj - EE | | .00 |
| | State Cares Fund - EE | | .00 |
| | Workers' Benefit Fund Assessment - EE | | .00 |
| | Workers' Benefit Fund Assessment - ER | | .00 |
| | Transit Tax - EE | | .00 |
| | Local Income Tax | | .00 |
| | School District Tax | | .00 |
| | **Total Taxes Debited**   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 79,856.95 |
| Other Transfers | ADP Direct Deposit   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 235,588.14 | |
| | Total Amount Debited From Your Account | | 315,445.09 |

Total Liability: 315,445.09

| Bank Debits and Other Liability | Adjustments/Prepay/Voids | .00 | 315,445.09 |
|---|---|---|---|
| Taxes - Your Responsibility | None This Payroll | | 315,445.09 |

* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately. Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.

ADP Statistical Summary Recap | VITAL PHARMACEUTICAL   Company Code: M2H   Region Name: SOUTHEAST MAJOR ACCOUNTS | Batch: 5345   Quarter Number: 2   Service Center: 030 | Period Ending: 05/29/2022   Pay Date: 06/10/2022   Current Date: 06/07/2022 | Week 23   Page 1

©1996 Automatic Data Processing, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| Liability Recap | Taxes Debited | Federal Income Tax | | 328,401.43 | | |
| | | Earned Income Credit Advances | | .00 | | |
| | | Social Security - EE | | 203,496.11 | | |
| | | Social Security - ER | | 203,625.93 | | |
| | | Social Security Adj - EE | | .00 | | |
| | | Medicare - EE | | 48,737.71 | | |
| | | Medicare - ER | | 48,767.95 | | |
| | | Medicare Adj - EE | | .00 | | |
| | | Medicare Surtax - EE | | 616.50 | | |
| | | Medicare Surtax Adj - EE | | .00 | | |
| | | Federal Unemployment Tax | | 671.60 | | |
| | | FMLA-PSL Payments Credit | | .00 | | |
| | | FMLA-PSL ER FICA Credit | | .00 | | |
| | | FMLA-PSL Health Care Premium Credit | | .00 | | |
| | | Employee Retention Qualified Payments Credit | | .00 | | |
| | | Employee Retention Qualified Health Care Credit | | .00 | | |
| | | COBRA Premium Assistance Payments | | .00 | | |
| | | State Income Tax | | 53,967.23 | | |
| | | State Unemployment Insurance - EE | | 50.81 | | |
| | | State Unemployment Insurance - ER | | 5,934.97 | | |
| | | State Unemployment Insurance Adj - EE | | .00 | | |
| | | State Disability Insurance - EE | | 2,523.34 | | |
| | | State Disability Insurance - ER | | .00 | | |
| | | State Disability Insurance Adj - EE | | .00 | | |
| | | State Family Leave Insurance - EE | | 144.02 | | |
| | | State Family Leave Insurance - ER | | .00 | | |
| | | State Family Leave Insurance Adj - EE | | .00 | | |
| | | State Medical Leave Insurance - EE | | 98.04 | | |
| | | State Medical Leave Insurance - ER | | 136.92 | | |
| | | State Medical Leave Insurance Adj - EE | | .00 | | |
| | | State Cares Fund - EE | | .00 | | |
| | | Workers' Benefit Fund Assessment - EE | | 8.62 | | |
| | | Workers' Benefit Fund Assessment - ER | | 8.62 | | |
| | | Transit Tax - EE | | 27.58 | | |
| | | Local Income Tax | | 127.53 | | |
| | | School District Tax | | .00 | | |
| | | **Total Taxes Debited** | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 897,344.91 | | |
| | Other Transfers | ADP Direct Deposit | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,576,138.58 | | |
| | | ADP Check | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,184.60 | | Total Liability |
| | | Wage Garnishments | Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 22,715.71 | | |
| | | **Total Amount Debited From Your Accounts** | | | 3,498,383.80 | 3,498,383.80 |
| | Bank Debits and Other Liability | Adjustments/Prepay/Voids | | 3,571.67 | | 3,501,955.47 |
| | Taxes - Your Responsibility | State Disability Insurance - EE | | 13.20 | | |
| | | State Family Leave Insurance - EE | | 173.86 | | Includes Adjustments and Taxes |
| | | **Total Taxes Your Responsibility** | | | 187.06 | 3,502,142.53  that are your responsibility |

* Applied For/Missing  ID Condition  Exists: Urgent Action Required  - Please forward Identification Number to ADP Immediately.
Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL  Company Code: M2H  Region Name: SOUTHEAST MAJOR ACCOUNTS | Batch : 4469  Quarter Number: 2  Service Center: 030 | Period Ending : 05/29/2022  Pay Date : 06/03/2022  Current Date : 06/01/2022 | Week 22  Page 1 |

© 1998 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | |
|---|---|---:|---:|
| | Federal Income Tax | 328,408.56 | |
| | Earned Income Credit Advances | .00 | |
| | Social Security - EE | 203,961.00 | |
| | Social Security - ER | 204,508.94 | |
| | Social Security Adj - EE | .00 | |
| | Medicare - EE | 48,701.09 | |
| | Medicare - ER | 48,828.95 | |
| | Medicare Adj - EE | .00 | |
| | Medicare Surtax - EE | 616.51 | |
| | Medicare Surtax Adj - EE | .00 | |
| | Federal Unemployment Tax | 689.81 | |
| | FMLA-PSL Payments Credit | .00 | |
| | FMLA-PSL ER FICA Credit | .00 | |
| | FMLA-PSL Health Care Premium Credit | .00 | |
| | Employee Retention Qualified Payments Credit | .00 | |
| | Employee Retention Qualified Health Care Credit | .00 | |
| | COBRA Premium Assistance Payments | .00 | |
| | State Income Tax | 53,172.50 | |
| | State Unemployment Insurance - EE | 49.34 | |
| | State Unemployment Insurance - ER | 6,018.62 | |
| | State Unemployment Insurance Adj - EE | .00 | |
| | State Disability Insurance - EE | 2,591.20 | |
| | State Disability Insurance - ER | .00 | |
| | State Disability Insurance Adj - EE | .00 | |
| | State Family Leave Insurance - EE | 143.76 | |
| | State Family Leave Insurance - ER | .00 | |
| | State Family Leave Insurance Adj - EE | .00 | |
| | State Medical Leave Insurance - EE | 97.91 | |
| | State Medical Leave Insurance - ER | 136.77 | |
| | State Medical Leave Insurance Adj - EE | .00 | |
| | State Cares Fund - EE | .00 | |
| | Workers' Benefit Fund Assessment - EE | 8.71 | |
| | Workers' Benefit Fund Assessment - ER | 8.71 | |
| | Transit Tax - EE | 26.50 | |
| | Local Income Tax | 127.53 | |
| | School District Tax | .00 | |
| | Total Taxes Debited  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 898,096.41 | |
| Other Transfers | ADP Direct Deposit  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 2,566,764.55 | |
| | Wage Garnishments  Acct. No. XXXXXXXXX7174  Tran/ABA XXXXXXXXX | 25,366.42 | Total Liability |
| | Total Amount Debited From Your Accounts | 3,490,227.38 | 3,490,227.38 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | 7,741.78 | 3,497,969.16 |
| Taxes - Your Responsibility | State Disability Insurance - EE | 13.20 | |
| | State Family Leave Insurance - EE | 173.86 | |
| | Total Taxes Your Responsibility | 187.06 | 3,498,156.22 |

Includes Adjustments and Taxes that are your responsibility

* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately. Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL  Company Code: M2H  Region Name: SOUTHEAST MAJOR ACCOUNTS | Batch: 2865  Quarter Number: 2  Service Center: 030 | Period Ending: 05/15/2022  Pay Date: 05/20/2022  Current Date: 05/18/2022 | Week 20  Page 1 |
|---|---|---|---|---|

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | | 402,880.84 |
| | Earned Income Credit Advances | | .00 |
| | Social Security - EE | | 234,284.97 |
| | Social Security - ER | | 234,780.29 |
| | Social Security Adj - EE | | .00 |
| | Medicare - EE | | 55,785.50 |
| | Medicare - ER | | 55,901.55 |
| | Medicare Adj - EE | | .00 |
| | Medicare Surtax - EE | | 616.50 |
| | Medicare Surtax Adj - EE | | .00 |
| | Federal Unemployment Tax | | 830.17 |
| | FMLA-PSL Payments Credit | | .00 |
| | FMLA-PSL ER FICA Credit | | .00 |
| | FMLA-PSL Health Care Premium Credit | | .00 |
| | Employee Retention Qualified Payments Credit | | .00 |
| | Employee Retention Qualified Health Care Credit | | .00 |
| | COBRA Premium Assistance Payments | | .00 |
| | State Income Tax | | 64,378.15 |
| | State Unemployment Insurance - EE | | 50.40 |
| | State Unemployment Insurance - ER | | 6,778.47 |
| | State Unemployment Insurance Adj - EE | | .00 |
| | State Disability Insurance - EE | | 3,684.21 |
| | State Disability Insurance - ER | | .00 |
| | State Disability Insurance Adj - EE | | .00 |
| | State Family Leave Insurance - EE | | 144.06 |
| | State Family Leave Insurance - ER | | .00 |
| | State Family Leave Insurance Adj - EE | | .00 |
| | State Medical Leave Insurance - EE | | 98.05 |
| | State Medical Leave Insurance - ER | | 136.92 |
| | State Medical Leave Insurance Adj - EE | | .00 |
| | State Cares Fund - EE | | .00 |
| | Workers' Benefit Fund Assessment - EE | | 8.49 |
| | Workers' Benefit Fund Assessment - ER | | 8.49 |
| | Transit Tax - EE | | 25.73 |
| | Local Income Tax | | 127.53 |
| | School District Tax | | .00 |
| | Total Taxes Debited   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 1,060,520.32 |
| Other Transfers | ADP Direct Deposit   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 2,924,415.85 |
| | Wage Garnishments   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | | 24,972.15 |
| | Total Amount Debited From Your Accounts | 4,009,908.32 | Total Liability 4,009,908.32 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | 1,532.33 | 4,011,440.65 |
| Taxes - Your Responsibility | State Disability Insurance - EE | 13.20 | |
| | State Family Leave Insurance - EE | 177.40 | |
| | Total Taxes Your Responsibility | 190.60 | 4,011,631.25 |

Includes Adjustments and Taxes that are your responsibility

\* Applied For/Missing ID Condition Exists: Urgent Action Required - Please forward Identification Number to ADP Immediately. Failure to do so may cause filings to be rejected and/or result in Agency Tracer Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL Company Code: M2H Region Name: SOUTHEAST MAJOR ACCOUNTS | Batch: 1136 Quarter Number: 2 Service Center: 030 | Period Ending: 05/01/2022 Pay Date: 05/06/2022 Current Date: 05/04/2022 | Week 18 Page 1 |
|---|---|---|---|---|

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | |
|---|---|---:|---|
| | Federal Income Tax | 322,284.88 | |
| | Earned Income Credit Advances | .00 | |
| | Social Security - EE | 203,311.16 | |
| | Social Security - ER | 203,824.53 | |
| | Social Security Adj - EE | .00 | |
| | Medicare - EE | 48,541.79 | |
| | Medicare - ER | 48,661.90 | |
| | Medicare Adj - EE | .00 | |
| | Medicare Surtax - EE | 616.51 | |
| | Medicare Surtax Adj - EE | .00 | |
| | Federal Unemployment Tax | 1,233.13 | |
| | FMLA-PSL Payments Credit | .00 | |
| | FMLA-PSL ER FICA Credit | .00 | |
| | FMLA-PSL Health Care Premium Credit | .00 | |
| | Employee Retention Qualified Payments Credit | .00 | |
| | Employee Retention Qualified Health Care Credit | .00 | |
| | COBRA Premium Assistance Payments | .00 | |
| | State Income Tax | 53,137.15 | |
| | State Unemployment Insurance - EE | 52.12 | |
| | State Unemployment Insurance - ER | 8,085.30 | |
| | State Unemployment Insurance Adj - EE | .00 | |
| | State Disability Insurance - EE | 2,556.50 | |
| | State Disability Insurance - ER | .00 | |
| | State Disability Insurance Adj - EE | .00 | |
| | State Family Leave Insurance - EE | 143.16 | |
| | State Family Leave Insurance - ER | .00 | |
| | State Family Leave Insurance Adj - EE | .00 | |
| | State Medical Leave Insurance - EE | 97.63 | |
| | State Medical Leave Insurance - ER | 136.45 | |
| | State Medical Leave Insurance Adj - EE | .00 | |
| | State Cares Fund - EE | .00 | |
| | Workers' Benefit Fund Assessment - EE | 8.80 | |
| | Workers' Benefit Fund Assessment - ER | 8.80 | |
| | Transit Tax - EE | 26.48 | |
| | Local Income Tax | 127.53 | |
| | School District Tax | .00 | |
| | **Total Taxes Debited**   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 892,853.82 | |
| Other Transfers | ADP Direct Deposit   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 2,569,341.27 | |
| | Wage Garnishments   Acct. No. XXXXXXXXX7174   Tran/ABA XXXXXXXXX | 23,285.58 | Total Liability |
| | **Total Amount Debited From Your Accounts**   3,485,480.67 | | 3,485,480.67 |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | 2,654.40 | 3,488,135.07 |
| Taxes - Your Responsibility | State Disability Insurance - EE | 13.20 | |
| | State Family Leave Insurance - EE | 172.68 | Includes Adjustments and Taxes |
| | **Total Taxes Your Responsibility**   185.88 | 3,488,320.95 | that are your responsibility |

\* Applied For/Missing  ID Condition  Exists: Urgent  Action  Required  - Please  forward  Identification  Number  to ADP  Immediately.
Failure  to do  so may  cause  filings  to be rejected  and/or  result  in Agency  Tracer  Notices.



| Statistical Summary Recap | VITAL PHARMACEUTICAL | Batch : 8052 | Period Ending : 04/17/2022 | Week 16 |
|---|---|---|---|---|
| | Company Code: M2H | Quarter Number: 2 | Pay Date : 04/22/2022 | Page  1 |
| | Region Name: SOUTHEAST MAJOR ACCOUNTS | Service Center: 030 | Current Date : 04/20/2022 | |

© 1996 Automatic Data Processing, Inc.