# <u>EXHIBIT "2"</u>



Avalara

GH   Account

Home    Transactions ▾    Exemptions ▾    Returns ▾    Documents ▾    Reports    Settings ▾

RETURNS   |   VITAL PHARMACEUTICAL, INC   Switch company

# Approve returns

## Period ending September 2022, filed in October   View another filing period

∨ Show filing timeline   |   ⬇ Download liability reports

👤 **Approve all**

Total amount due

40,198.05

. Search by form or region

Sort by

Region: A to Z ▾



**This month's returns** 20     **Accruing returns** 2     **Regions needing attention**

### United States of America

∨ Show this month's summary of activity



Filed by
Avalara

## Alabama

| Amount due | Total sales |
|---|---|
| 165.54 | 1,468,820.77 |

∨ Show details



Filed by
Avalara

## Arizona

| Amount due | Total sales |
|---|---|
| 994.09 | 1,992,938.78 |

∨ Show details



Filed by
Avalara

## California

| Amount due | Total sales |
|---|---|
| 13,876.91 | 7,721,765.32 |

∨ Show details

✅ Approved

## Connecticut

| Amount due | Total sales |
|---|---|
| 599.62 | 143,409.49 |

∨ Show details


Filed by
Avalara

## Florida

| Amount due | Total sales |
|---|---|
| 8,351.07 | 2,378,824.26 |

⌄ Show details


Filed by
Avalara

## Georgia

| Amount due | Total sales |
|---|---|
| 250.31 | 1,957,325.29 |

⌄ Show details


Filed by
Avalara

## Idaho

| Amount due | Total sales |
|---|---|
| 125.22 | 10,225.42 |

⌄ Show details


Filed by
Avalara

## Iowa

| Amount due | Total sales |
|---|---|
| 114.13 | 878,425.36 |

⌄ Show details


Filed by
Avalara

## Kentucky

| Amount due | Total sales |
|---|---|
| 88.49 | 1,162,479.47 |

⌄ Show details


Filed by
Avalara

## Maine

| Amount due | Total sales |
|---|---|
| 40.46 | 242,948.64 |

⌄ Show details


Filed by
Avalara

## Minnesota

| Amount due | Total sales |
|---|---|
| 1,746.33 | 57,211.45 |

⌄ Show details


Filed by
Avalara

## Nevada

**Amount due**     **Total sales**
4,360.15       833,856.19

∨ Show details


Filed by
Avalara

## New Jersey

**Amount due**     **Total sales**
1,012.33       470,401.53

∨ Show details


Filed by
Avalara

## North Carolina

**Amount due**     **Total sales**
4,048.74       1,631,319.92

∨ Show details


Filed by
Avalara

## Ohio

**Amount due**     **Total sales**
403.08       3,249,072.53

∨ Show details


Filed by
Avalara

## Texas

**Amount due**     **Total sales**
1,455.11       4,963,607.78

∨ Show details


Filed by
Avalara

## Virginia

**Amount due**     **Total sales**
184.84       309,202.30

∨ Show details


Approved

## Washington

**Amount due**     **Total sales**
1,673.58       265,093.38

∨ Show details



## West Virginia

Filed by
Avalara

| Amount due | Total sales |
|---|---|
| 40.60 | 610.56 |

⌄ Show details



## Wisconsin

Filed by
Avalara

| Amount due | Total sales |
|---|---|
| 667.45 | 972,003.07 |

⌄ Show details

Avalara.com    Contact    Terms    Privacy    © Avalara, Inc.



Avalara                                                         GH   Account

Home     Transactions ▼     Exemptions ▼     Returns ▼     Documents ▼     Reports     Settings ▼

RETURNS    |    VITAL PHARMACEUTICAL, INC   Switch company

# Approve returns

## Period ending August 2022, filed in September   View another filing period

∨ Show filing timeline    |    ⬇ Download liability reports

🏷 Approve all                                          Total amount due

6,747.10

Search by form or region                       Sort by

                                        Region: A to Z     ▼

**This month's returns** 15     Accruing returns 7     Regions needing attention

### United States of America

∨ Show this month's summary of activity

🏷 Filed by Avalara

## Alabama

| Amount due | Total sales |
|---|---|
| 170.90 | 2,202.39 |

∨ Show details

🏷 Filed by Avalara

## Arizona

| Amount due | Total sales |
|---|---|
| 355.70 | 6,623.88 |

∨ Show details

🏷 Filed by Avalara

## Florida

| Amount due | Total sales |
|---|---|
| 1,048.48 | 15,421.91 |

∨ Show details

🏷 Filed by Avalara

## Georgia

| Amount due | Total sales |
|---|---|
| 316.54 | 4,463.90 |

∨ Show details



## Idaho

Ready to
approve

| Amount due | Total sales |
|------------|-------------|
| 51.72 | 861.57 |

⌄ Show details

Approve

## Iowa

Filed by
Avalara

| Amount due | Total sales |
|------------|-------------|
| 108.12 | 1,573.20 |

⌄ Show details

## Kentucky

Filed by
Avalara

| Amount due | Total sales |
|------------|-------------|
| 90.22 | 1,556.01 |

⌄ Show details

## Maine

Ready to
approve

| Amount due | Total sales |
|------------|-------------|
| 44.06 | 801.08 |

⌄ Show details

Approve

## Minnesota

Ready to
approve

| Amount due | Total sales |
|------------|-------------|
| 248.60 | 3,321.19 |

⌄ Show details

Approve

## New York

Filed by
Avalara

| Amount due | Total sales |
|------------|-------------|
| 2,087.43 | 7,194.85 |

⌄ Show details

## Ohio

Filed by
Avalara

| Amount due | Total sales |
|------------|-------------|
| 400.61 | 5,684.18 |

⌄ Show details


Filed by
Avalara

## Texas

| Amount due | Total sales |
|---|---|
| 1,351.18 | 17,049.52 |

⌄ Show details


Filed by
Avalara

## Virginia

| Amount due | Total sales |
|---|---|
| 204.29 | 3,588.75 |

⌄ Show details


Filed by
Avalara

## Washington

| Amount due | Total sales |
|---|---|
| 209.00 | 2,246.66 |

⌄ Show details


Filed by
Avalara

## West Virginia

| Amount due | Total sales |
|---|---|
| 60.25 | 965.39 |

⌄ Show details

Avalara.com    Contact    Terms    Privacy    © Avalara, Inc.



**Avalara**           GH   Account

Home     Transactions ▾     Exemptions ▾     Returns ▾     Documents ▾     Reports     Settings ▾

RETURNS   |   VITAL PHARMACEUTICAL, INC   Switch company

# Approve returns

## Period ending July 2022, filed in August   View another filing period

▾ Show filing timeline   |   ⬇ Download liability reports

👤 Approve all

Total amount due

7,295.16

Search by form or region

Sort by

Region: A to Z ▾

**This month's returns** 14     **Accruing returns** 8     **Regions needing attention**

### United States of America

▾ Show this month's summary of activity


Filed by Avalara

## Alabama

Amount due     Total sales
243.46         11,433.38

▾ Show details


Filed by Avalara

## Arizona

Amount due     Total sales
405.36         28,071,270.42

▾ Show details


Filed by Avalara

## Florida

Amount due     Total sales
2,025.36        406,978.76

▾ Show details


Filed by Avalara

## Georgia

Amount due     Total sales
520.24         76,625.05

▾ Show details

Returns | Avalara



Filed by
Avalara

### Idaho

| Amount due | Total sales |
|---|---|
| 118.90 | 30,154.69 |

⌄ Show details



Filed by
Avalara

### Iowa

| Amount due | Total sales |
|---|---|
| 173.25 | 51,869.61 |

⌄ Show details



Filed by
Avalara

### Kentucky

| Amount due | Total sales |
|---|---|
| 181.07 | 21,998.15 |

⌄ Show details



Filed by
Avalara

### Maine

| Amount due | Total sales |
|---|---|
| 95.88 | 1,764.17 |

⌄ Show details



Filed by
Avalara

### Minnesota

| Amount due | Total sales |
|---|---|
| 413.21 | 5,570.13 |

⌄ Show details



Filed by
Avalara

### Ohio

| Amount due | Total sales |
|---|---|
| 853.16 | 375,407.06 |

⌄ Show details



Filed by
Avalara

### Texas

| Amount due | Total sales |
|---|---|
| 1,137.47 | 3,853,872.05 |

⌄ Show details


Filed by
Avalara

## Virginia

| Amount due | Total sales |
|---|---|
| 391.96 | 304,547.88 |

∨ Show details


Filed by
Avalara

## Washington

| Amount due | Total sales |
|---|---|
| 658.68 | 10,847.57 |

∨ Show details


Filed by
Avalara

## West Virginia

| Amount due | Total sales |
|---|---|
| 77.16 | 1,195.77 |

∨ Show details

Avalara.com    Contact    Terms    Privacy    © Avalara, Inc.



Avalara

GH Account

Home Transactions ▾ Exemptions ▾ Returns ▾ Documents ▾ Reports Settings ▾

RETURNS | VITAL PHARMACEUTICAL, INC Switch company

# Approve returns

## Period ending June 2022, filed in July

View another filing period

Show filing timeline | Download liability reports

Approve all

Total amount due
584,459.08

Search by form or region

Sort by
Region: A to Z

This month's returns 20 Accruing returns 2 Regions needing attention

### United States of America

Show this month's summary of activity

#### Alabama

Ready to approve

| Amount due | Total sales |
|---|---|
| 20,130.01 | 246,722.66 |

Show details

Approve

#### Arizona

Filed by Avalara

| Amount due | Total sales |
|---|---|
| 116,961.29 | 1,868,011.88 |

Show details

#### California

Filed by Avalara

| Amount due | Total sales |
|---|---|
| 55,091.10 | 813,388.53 |

Show details

#### Connecticut

Ready to approve

| Amount due | Total sales |
|---|---|
| 36.20 | 668.09 |

Show details

Approve

Returns | Avalara



Ready to approve

## Florida

| Amount due | Total sales |
|---|---|
| 15,856.33 | 220,241.82 |

🖅 Approve

⌄ Show details



Ready to approve

## Georgia

| Amount due | Total sales |
|---|---|
| 89,323.33 | 1,261,682.55 |

🖅 Approve

⌄ Show details



Filed by Avalara

## Idaho

| Amount due | Total sales |
|---|---|
| 127.09 | 2,142.67 |

⌄ Show details



Filed by Avalara

## Iowa

| Amount due | Total sales |
|---|---|
| 351.51 | 5,352.50 |

⌄ Show details



Filed by Avalara

## Kentucky

| Amount due | Total sales |
|---|---|
| 831.91 | 13,864.34 |

⌄ Show details



Filed by Avalara

## Maine

| Amount due | Total sales |
|---|---|
| 12.00 | 218.84 |

⌄ Show details



Filed by Avalara

## Minnesota

| Amount due | Total sales |
|---|---|
| 103.34 | 1,374.83 |

⌄ Show details

Returns | Avalara



Ready to
approve

## Nevada

| Amount due | Total sales |
|---|---|
| 997.66 | 11,145.72 |

⌄ Show details

Approve



Filed by
Avalara

## New Jersey

| Amount due | Total sales |
|---|---|
| 15,313.29 | 230,619.36 |

⌄ Show details



Filed by
Avalara

## North Carolina

| Amount due | Total sales |
|---|---|
| 40,106.89 | 536,597.31 |

⌄ Show details



Ready to
approve

## Ohio

| Amount due | Total sales |
|---|---|
| 4,055.01 | 54,981.33 |

⌄ Show details

Approve



Ready to
approve

## Texas

| Amount due | Total sales |
|---|---|
| 158,677.74 | 1,918,462.07 |

⌄ Show details

Approve



Ready to
approve

## Virginia

| Amount due | Total sales |
|---|---|
| 12,723.43 | 212,996.72 |

⌄ Show details

Approve



Filed by
Avalara

## Washington

| Amount due | Total sales |
|---|---|
| 46,178.69 | 439,202.11 |

⌄ Show details



Filed by
Avalara

## West Virginia

| Amount due | Total sales |
|---|---|
| 323.03 | 5,103.40 |

⌄ Show details



Ready to
approve

## Wisconsin

⟿ Approve

| Amount due | Total sales |
|---|---|
| 7,259.23 | 134,387.81 |

⌄ Show details

Avalara.com     Contact     Terms     Privacy     © Avalara, Inc.

**Avalara**

GH  Account

Home    Transactions ▼    Exemptions ▼    Returns ▼    Documents ▼    Reports    Settings ▼

RETURNS    |    VITAL PHARMACEUTICAL, INC    Switch company

# Approve returns

## Period ending May 2022, filed in June  View another filing period

∨ Show filing timeline    |    ⬇ Download liability reports

⬇ **Approve all**

Total amount due

**29,803.84**

Search by form or region

Sort by

Region: A to Z    ▼

**This month's returns** 15    **Accruing returns** 8    **Regions needing attention**

### United States of America

∨ Show this month's summary of activity

⬈

Ready to
approve

## Alabama

| Amount due | Total sales |
|---|---|
| 0.00 | 813,159.86 |

⬈ Approve

∨ Show details



Filed by
Avalara

## Arizona

| Amount due | Total sales |
|---|---|
| 630.65 | 9,774,597.93 |

∨ Show details

⬈

Ready to
approve

## Florida

| Amount due | Total sales |
|---|---|
| 718.75 | 355,606.44 |

⬈ Approve

∨ Show details

Filed by
Avalara

## Georgia

| Amount due | Total sales |
|---|---|
| 53.69 | 4,427,155.35 |

∨ Show details



Filed by
Avalara

## Idaho

| Amount due | Total sales |
| --- | --- |
| 0.23 | 8,134.97 |

⌄ Show details



Filed by
Avalara

## Iowa

| Amount due | Total sales |
| --- | --- |
| 3.78 | 36,438.76 |

⌄ Show details



Filed by
Avalara

## Kentucky

| Amount due | Total sales |
| --- | --- |
| 1.84 | 77,809.34 |

⌄ Show details



Filed by
Avalara

## Maine

| Amount due | Total sales |
| --- | --- |
| 0.00 | 0.00 |

⌄ Show details



Filed by
Avalara

## Minnesota

| Amount due | Total sales |
| --- | --- |
| 0.00 | 0.00 |

⌄ Show details



Ready to
approve

## New York                                                                      ◁ Approve

| Amount due | Total sales |
| --- | --- |
| 6,227.72 | 194,056.88 |

⌄ Show details



Ready to
approve

## Ohio                                                                          ◁ Approve

| Amount due | Total sales |
| --- | --- |
| 0.00 | 181,408.04 |

⌄ Show details

## Texas

Ready to approve

Approve

| Amount due | Total sales |
|---|---|
| 1,216.98 | 8,332,208.22 |

⌄ Show details

## Virginia

Ready to approve

Approve

| Amount due | Total sales |
|---|---|
| 0.00 | 296,148.76 |

⌄ Show details

## Washington

Filed by Avalara

| Amount due | Total sales |
|---|---|
| 20,944.02 | 4,179,125.66 |

⌄ Show details

## West Virginia

Filed by Avalara

| Amount due | Total sales |
|---|---|
| 6.18 | 4,570.69 |

⌄ Show details

Avalara.com    Contact    Terms    Privacy    © Avalara, Inc.



**Avalara**

GH   Account

Home    Transactions ▼    Exemptions ▼    Returns ▼    Documents ▼    Reports    Settings ▼

RETURNS    |    VITAL PHARMACEUTICAL, INC    Switch company

# Approve returns

## Period ending April 2022, filed in May   View another filing period

⌄ Show filing timeline    |    ⭳ Download liability reports

👤 Approve all

Total amount due

17,942.38

Search by form or region

Sort by

Region: A to Z    ▼

**This month's returns**  14       **Accruing returns**  9       **Regions needing attention**

### United States of America

⌄ Show this month's summary of activity

Ready to approve

### Alabama

| Amount due | Total sales |
|---|---|
| -838.65 | 836,388.67 |

📨 Approve

⌄ Show details

 Filed by Avalara

### Arizona

| Amount due | Total sales |
|---|---|
| -1,387.22 | 7,774,421.36 |

⌄ Show details

Ready to approve

### Florida

| Amount due | Total sales |
|---|---|
| 3,136.71 | 549,214.52 |

📨 Approve

⌄ Show details

 Filed by Avalara

### Georgia

| Amount due | Total sales |
|---|---|
| 64.36 | 4,340,378.95 |

⌄ Show details



Filed by
Avalara

## Idaho

| Amount due | Total sales |
|---|---|
| 0.00 | 9,609.60 |

∨ Show details



Filed by
Avalara

## Iowa

| Amount due | Total sales |
|---|---|
| 4.29 | 63,546.93 |

∨ Show details



Filed by
Avalara

## Kentucky

| Amount due | Total sales |
|---|---|
| -50.00 | 72,717.12 |

∨ Show details



Filed by
Avalara

## Maine

| Amount due | Total sales |
|---|---|
| -0.01 | -165.00 |

∨ Show details



Filed by
Avalara

## Minnesota

| Amount due | Total sales |
|---|---|
| 0.37 | 0.00 |

∨ Show details



Ready to
approve

## Ohio

◁ Approve

| Amount due | Total sales |
|---|---|
| 0.33 | 138,942.47 |

∨ Show details



Ready to
approve

## Texas

◁ Approve

| Amount due | Total sales |
|---|---|
| 9,478.75 | 5,689,821.95 |

∨ Show details



Ready to
approve

## Virginia

Approve

| Amount due | Total sales |
|---|---|
| 19.86 | 187,875.89 |

⌄ Show details



Filed by
Avalara

## Washington

| Amount due | Total sales |
|---|---|
| 7,513.59 | 1,504,916.08 |

⌄ Show details



Filed by
Avalara

## West Virginia

| Amount due | Total sales |
|---|---|
| 0.00 | 11,550.00 |

⌄ Show details

Avalara.com    Contact    Terms    Privacy    © Avalara, Inc.