UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                           Case No.: 22-177842-PDR

    Debtors.                                                  (Jointly Administered)
_____/

## DEBTOR, JHO REAL ESTATE INVESTMENT, LLC'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS

    JHO Real Estate Investment, LLC (the "Debtor"), pursuant to Local Rule 2081-1(A), having filed its chapter 11 voluntary petition on October 10, 2022 (the "Filing Date") files its Payroll and Sales Tax Reports as follows:

***PAYROLL TAXES*:**

    I.    Payroll taxes accrued for 1st month prior to filing: **N/A**
           Date Paid: **N/A**   Amount Paid: **N/A**
           Place of Payment: **N/A**

    II.   Payroll taxes accrued for 2nd month prior to filing: **N/A**
           Date Paid: **N/A**   Amount Paid: **N/A**
           Place of Payment: **N/A**

    III.  Payroll taxes accrued for 3rd month prior to filing: **N/A**
           Date Paid: **N/A**   Amount Paid: **N/A**
           Place of Payment: **N/A**

    IV.  Payroll taxes accrued for 4th month prior to filing: **N/A**
           Date Paid: **N/A**   Amount Paid: **N/A**
           Place of Payment: **N/A**

    V.   Payroll taxes accrued for 5th month prior to filing: **N/A**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

7292750-3

       Date Paid:  **N/A**  Amount Paid:  **N/A**
       Place of Payment:  **N/A**

VI.    Payroll taxes accrued for 6th month prior to filing:  **N/A**
       Date Paid:  **N/A**  Amount Paid:  **N/A**
       Place of Payment:  **N/A**

VII.   Amount still due and owing for six month period preceding filing**:  N/A**

VIII.  Amount still due and owing for earlier periods:  **N/A**

*SALES TAXES:*

I.     Gross Sales subject to Sales Tax for 1st month prior to filing:  **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

II.    Gross Sales subject to Sales Tax for 2nd month prior to filing: **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

III.   Gross Sales subject to Sales Tax for 3rd month prior to filing:  **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

IV.    Gross Sales subject to Sales Tax for 4th month prior to filing: **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

V.     Gross Sales subject to Sales Tax for 5th month prior to filing:  **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

VI.    Gross Sales subject to Sales Tax for 6th month prior to filing: **N/A**
     Sales taxes accrued for 1st month prior to filing:   **N/A**
     Date Paid:  **N/A**     Amount Paid: **N/A**
     Place of Payment:  **N/A**

VII.   Amount still due and owing for six month period preceding filing:  **N/A**

VIII.  Amount still due and owing for earlier periods: **N/A**

7292750-3

3

I, John C. DiDonato, the Chief Transformation Officer of the Debtor, declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Date:  November 11, 2022

                            JHO Real Estate Investment, LLC

                          By: /s/ *John C. DiDonato*
                               John C. DiDonato, Chief Transformation Officer

7292750-3

Dated: November 11, 2022
       Miami, Florida

Respectfully submitted,

/s/ Jordi Guso

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone: (212) 906-1200 | Telephone: (305) 755-9500 |
| Email: george.davis@lw.com | Email: jguso@bergersingerman.com |
|       tj.li@lw.com |       mniles@bergersingerman.com |
|       brian.rosen@lw.com | |
|       jon.weichselbaum@lw.com | |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
      whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*