UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]         Case No.: 22-17842-PDR

  Debtors.                                                          (Jointly Administered)
_____/

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF VITAL PHARMACEUTICALS, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of the Petition Date, October 10, 2022, on the value, operations and profitability of those entities in which the estate of Debtor, Vital Pharmaceuticals, Inc. (the "Debtor") holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.

The estate of Vital Pharmaceuticals, Inc. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Bang Jets, LLC | 100% | N/A |
| Bang Energy Mexico S. DE R.L. de C.V. | 100% | N/A |
| Bang Energy B.V. | 100% | N/A |
| Bang Energy (Australia) Pty Ltd. | 100% | N/A |
| Bang Energy VPX Sports Ecuador S.A.S. | 100% | N/A |
| Bang Energy Costa Rica LTDA | 100% | N/A |
| Bang Energy Brazil LTDA | 100% | N/A |
| Bang Energy Chile SPA | 100% | N/A |
| Bang Energy Colombia SAS | 100% | N/A |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11710546-2

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of the entities listed above.

Each Entity Report consists of five exhibits.

*Exhibits A1* and *A2* contain the most recently available balance sheet and statement of income (loss) for the period covered by the Entity Report.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity, and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Date:  November 11, 2022                    Vital Pharmaceuticals, Inc.

                                                           By:  /s/ *John C. DiDonato*
                                                                Signature of Authorized Individual

                                                               John C. DiDonato, Chief Transformation Officer
                                                                Printed name of Authorized Individual

11710546-2

## GENERAL NOTES

**Financial Statements**

The financial statements contained herein include the results of those entities in which the Debtors hold a direct or indirect substantial and controlling interest. The Financial Statements are unaudited, limited in scope and do not fully comply with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The financial statements have been derived from the books and records of the Debtors and the Controlled Non-Debtor Entities. If U.S. GAAP procedures had been applied in full, the Debtors believe that the financial information could be subject to changes and these changes could be material.

Although the Debtors' management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position of the non-Debtors in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3. Given, among other things, the uncertainty surrounding the realization, measurement, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a non-Debtor entity shows more assets than liabilities, this is not an admission that the non-Debtor entity was solvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a non-Debtor entity shows more liabilities than assets, this is not an admission that the non-Debtor entity was insolvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

The balance sheets and statements of income have been included for the non-Debtor affiliates to the extent available on a basis consistent with the Debtor's consolidated financial statements.

**Current Values**

The Debtors do not maintain fair market value or other bases of valuation for these entities, which may differ substantially from the net book value of these entities.

11710546-2

**Intercompany Transactions**

The Debtors have historically engaged, in the ordinary course of business, in routine business relationships with the each other and with their non-Debtor affiliates (such ordinary course transactions, collectively, the "Intercompany Transactions"), resulting in intercompany receivables and payables. The Debtors typically engage in Intercompany Transactions to, among other things, support the operations of their core beverage business on a daily basis.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such **Exhibit A1 & A2**.

EXHIBIT A-1

**Statement of Operations**
For the year to date period ended September 30, 2022

| (In US Dollars) | Bang Jets, LLC | Bang Energy Mexico S. DE R.L. de C.V. | Bang Energy B.V. | Bang Energy (Australia) Pty Ltd. | Bang Energy VPX Sports Ecuador S.A.S. | Bang Energy Costa Rica LTDA | Bang Energy Brazil LTDA | Bang Energy Chile SPA | Bang Energy Colombia SAS |
|---|---|---|---|---|---|---|---|---|---|
| **Gross revenue** | $ - | $ - | $ 6,679,648 | $ 3,136,906 | | | | | |
| Sales returns and discounts | - | - | (814,006) | (822,730) | | | | | |
| Net product sales | - | - | 5,865,642 | 2,314,176 | - | - | - | - | - |
| Intercompany Sales | - | - | - | - | | | | | |
| Distribution transition revenues | - | - | - | - | | | | | |
| Total Net Sales | - | - | 5,865,642 | 2,314,176 | - | - | - | - | - |
| Cost of goods sold | - | - | 4,395,877 | 1,162,400 | | | | | |
| **Gross profit** | - | - | 1,469,764 | 1,151,776 | - | - | - | - | - |
| Gross profit margin % | 0.0% | 0.0% | 25.1% | 49.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Expenses | (40,683) | 26,607 | 1,577,361 | 159,906 | | | | | |
| Operating Income | 40,683 | (26,607) | (107,597) | 991,870 | - | - | - | - | - |
| Depreciation, non-manufacturing | - | - | - | - | | | | | |
| EBIT | 40,683 | (26,607) | (107,597) | 991,870 | - | - | - | - | - |
| Other Expense Income (Expense) | (706) | - | (98,549) | (130,613) | | | | | |
| Interest Income (Expense) | - | - | - | - | | | | | |
| Pre-Tax Income | 39,977 | (26,607) | (206,146) | 861,256 | - | - | - | - | - |
| Tax expenses | - | - | (514,721) | (257,738) | | | | | |
| **Net Income** | 39,977 | (26,607) | (720,867) | 603,519 | - | - | - | - | - |

EXHIBIT A-2

**Balance Sheet**
**As of September 30, 2022**

| (In US Dollars) | Bang Jets, LLC | Bang Energy Mexico S. DE R.L. de C.V. | Bang Energy B.V. | Bang Energy (Australia) Pty Ltd. | Bang Energy VPX Sports Ecuador S.A.S. | Bang Energy Costa Rica LTDA | Bang Energy Brazil LTDA | Bang Energy Chile SPA | Bang Energy Colombia SAS |
|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | | | |
| Cash and cash equivalents | $ 310 | $ - | $ 83,600 | 266,578 | | | | $ 213,050 | |
| Accounts receivable, net | - | - | 1,510,106 | 729,229 | | | | (681,559) | |
| Inventories, net | - | - | 1,999,340 | 1,683 | | | | - | |
| Short term deposits | - | - | - | - | | | | - | |
| Contract asset - current | - | - | - | - | | | | - | |
| Prepaids and other current assets | - | - | 476,883 | - | | | | - | |
| Related party Receivable | - | - | - | 1,317,939 | | | | 408,154 | |
| **Total current assets** | $ 310 | $ - $ | 4,069,928 $ | 2,315,429 $ | - $ | - $ | - $ | (60,355) $ | - |
| PROPERTY AND EQUIPMENT, Net | 0 | - | - | - | | | | - | |
| RIGHT OF USE ASSETS | - | - | - | - | | | | - | |
| **OTHER ASSETS:** | | | | | | | | | |
| Deposits | - | - | - | - | | | | - | |
| Contract asset | - | - | - | - | | | | - | |
| Intangible assets, net | - | - | - | - | | | | - | |
| Total other assets | $ - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **TOTAL ASSETS** | $ 310 $ | - $ | 4,069,928 $ | 2,315,429 $ | - $ | - $ | - $ | (60,355) $ | - |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | | | | | | | | |
| **CURRENT LIABILITIES:** | | | | | | | | | |
| Accounts payable | 45,162 | - | 735,839 | 256,887 | | | | (12,821) | |
| Accrued liabilities | - | - | 1,050,179 | 204,261 | | | | - | |
| Related party payables | 14,796,688 | 30,726 | 3,565,955 | - | | | | - | |
| Deferred distribution transition revenue | - | - | - | - | | | | - | |
| Loss contingencies | - | - | - | - | | | | - | |
| Other Current Liabilities | (60) | (4,119) | (4,061) | (558) | | | | - | |
| Capital lease, current portion | - | - | - | - | | | | - | |
| Notes payable, current portion | - | - | - | - | | | | - | |
| Total current liabilities | $ 14,841,790 $ | 26,607 $ | 5,347,911 $ | 460,591 $ | - $ | - $ | - $ | (12,821) $ | - |
| **LONG-TERM DEBT:** | | | | | | | | | |
| Other long-term liabilities | - | - | - | - | | | | - | |
| Capital lease, net of current position | - | - | - | - | | | | - | |
| Notes payable, net of current position | - | - | - | - | | | | - | |
| Deferred rent | - | - | - | - | | | | - | |
| Long-term Lease Liability | - | - | - | - | | | | - | |
| Deferred distribution transition revenue | - | - | - | - | | | | - | |
| Total long-term debt | $ - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Total Liabilities** | $ 14,841,790 $ | 26,607 $ | 5,347,911 $ | 460,591 $ | - $ | - $ | - $ | (12,821) $ | - |
| COMMITMENTS AND CONTINGENCIES | | | | | | | | | |
| **STOCKHOLDERS EQUITY:** | | | | | | | | | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - | - | - | - | | | | - | |
| Additional paid-in capital | - | - | - | - | | | | - | |
| Retained earnings | (14,841,480) | (26,607) | (1,277,983) | 1,854,839 | | | | (47,534) | |
| Total stockholder's equity | $ (14,841,480) $ | (26,607) $ | (1,277,983) $ | 1,854,839 $ | - $ | - $ | - $ | (47,534) $ | - |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 310 $ | - $ | 4,069,928 $ | 2,315,429 $ | - $ | - $ | - $ | (60,355) $ | - |

**EXHIBIT B**

| Name of Entity | Description of Operations |
|---|---|
| Bang Jets, LLC | Inactive entity – purpose was to purchase a jet which was sold at the end of 2021 |
| Bang Energy Mexico S. DE R.L. de C.V. | Operations in Mexico |
| Bang Energy B.V. | Opearations in Europe |
| Bang Energy (Australia) Pty Ltd. | Operations in Australia |
| Bang Energy VPX Sports Ecuador S.A.S. | Operations in Ecuador - dormant entity |
| Bang Energy Costa Rica LTDA | Operations in Costa Rica - dormant entity |
| Bang Energy Brazil LTDA | Operations in Brazil to manufacture and sell within the country - dormant entity |
| Bang Energy Chile SPA (Chile) | Operations in Chile and act as limited risk distributor |
| Bang Energy Colombia SAS (Colombia) | Operations in Colombia - dormant entity |

**EXHIBIT C**

| Description of Claims Between Controlled Non-Debtor Entities |
|---|
| Not Applicable |

**EXHIBIT D**

| Description of Federal, State or Local Taxes Between Controlled Non-Debtor Entities and Any Debtor |
|---|
| Not Applicable |

**EXHIBIT E**

**Payments of Administrative Expenses or Professional Fees**

Not Applicable