**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

______________________________________/

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 8, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)
- **Official Form 410 Proof of Claim Form** (attached hereto as **Exhibit C**)

Dated: November 11, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Monica.Arellano@stretto.com

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# Exhibit A



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron Reiser | | 512 SW 16th St | | Boynton Beach | FL | 33426-4648 |
| AGR Advisors Inc. Affinity Resources, LLC. | | 9800 4th St N | Ste 200 | St Petersburg | FL | 33702-2462 |
| AK Endeavors Anna K. Immaneni | | 8305 Henry Way | | Glenside | PA | 19038-5340 |
| Alejandro Cesar Martinez | | 3213 Bridge Hill Dr | Apt 2052 | Fort Worth | TX | 76116-8376 |
| Alejandro Franco Alex | | 16400 Collins Ave | Apt 1444 | Sunny Isl Bch | FL | 33160-4567 |
| Alexander Angueira | | 1000 West Ave | Apt 403 | Miami Beach | FL | 33139-4716 |
| Alexander Blanco Reyes | | 4440 SW 28th Ter | | Ft Lauderdale | FL | 33312-5609 |
| Amanda Henriquez | | 6922 NW 179th St | Apt 213 | Hialeah | FL | 33015-5651 |
| Amber McCloskey | | 9 Gables Blvd | | Weston | FL | 33326-2597 |
| Amber Quinn | | 5163 Chardonnay Dr | | Coral Springs | FL | 33067-4128 |
| Ana Beatriz Godinho Calcado | | 800 N Miami Ave | Apt 1602 | Miami | FL | 33136-3524 |
| Anabela Bello | | 596 Conservation Dr | | Weston | FL | 33327-2469 |
| Anais Victoria Ojeda | | 8115 Oconnor Cres | | Norfolk | VA | 23503-2712 |
| Andrea Blasco | | 2905 Pierce St | Apt 12 | Hollywood | FL | 33020-3859 |
| Angela Ricci | | 1208 12th Ct | | Palm Bch Gdns | FL | 33410-5164 |
| Angelique Gonzalez | | 1749 SW Janette Ave | | Port St Lucie | FL | 34953-1002 |
| Ansley Pacheco | | 15839 NW 91st Ct | | Hialeah | FL | 33018-6361 |
| Anthony Clayton | | 10150 SW 55th Ln | | Cooper City | FL | 33328-5629 |
| Armer Protection | | 200 NE 44th St | | Oakland Park | FL | 33334-1442 |
| Ava Liegel | | W7122 Thiel Rd | | Portage | WI | 53901-9762 |
| Axis Network Cabling | | 3001 S Ocean Dr | Apt 1427 | Hollywood | FL | 33019-2874 |
| Bamko, LLC | | 10923 Weyburn Ave | | Los Angeles | CA | 90024-2808 |
| Benjamin A. Muench | | 6111 Goodland Ave | | N Hollywood | CA | 91606-4312 |
| Benjamin James | | 6110 SW 41st Ct | # B | Davie | FL | 33314-3402 |
| BJ's Wholesale Club, Inc. | | PO Box 9157 | | Marlborough | MA | 01752-5157 |
| Bobby Fisher Distributing, Inc. Speedway | | 1 Arena Park Dr | | Dayton | OH | 45417-4678 |
| Brandon L Webb | | 4627 Robertson Rd | Trlr 108 | Fort Worth | TX | 76135-9448 |
| Brandon M Houston | | 3321 NW 95th Ter | | Sunrise | FL | 33351-7103 |
| Brianis Mazon | | 9980 Haitian Dr | | Cutler Bay | FL | 33189-1614 |
| Brightfractal, Inc. Fractl | | 601 N Congress Ave | Ste 205 | Delray Beach | FL | 33445-4627 |
| Brittany Oldehoff | | 853 SW 176th Ter | | Pembroke Pnes | FL | 33029-4838 |
| Bruna Luccas | | 3300 NE 188th St | Apt 310 | Miami | FL | 33180-3371 |
| Bryan Comora | | 3202 Capri Dr | Apt C301 | Philadelphia | PA | 19145-5788 |
| Carlos Riba | | 27 Allen Rd | | West Park | FL | 33023-5226 |
| Casey Lauren Wojciechowski | | 4502 Palo Verde Dr | | Boynton Beach | FL | 33436-2908 |
| Chad Warriner | | PO Box 38543 | | Colorado Spgs | CO | 80937-8543 |
| Channing Johnson | | PO Box 182952 | | Arlington | TX | 76096-2952 |
| Chelsea Magnusen | | 3470 W Hillsboro Blvd | Apt 103 | Coconut Creek | FL | 33073-2118 |
| Cheny Sanguily Cheny Julian Cheny Julian | | 13182 SW 194th St | | Miami | FL | 33177-6553 |
| Christian Arriaga Jordan | | 483 N Lakeview Dr | | Lake Helen | FL | 32744-2523 |
| Christopher Uriah Smith | | PO Box 25915 | | Tamarac | FL | 33320-5915 |
| CO2 Meter, Inc | | 105 Runway Dr | | Ormond Beach | FL | 32174-8829 |
| Colorado Eagle LLC | | 6205 Best Friend Dr | # A | Norcross | GA | 30071-2910 |
| Consuelo Delgadillo | | 315 S 6th Ave | | Yuma | AZ | 85364-2134 |
| Craig Anthony Beebe | | 7071 Mongoose Trl | | Gainesville | VA | 20155-3354 |
| Cristian Henao Castano | | 12118 Saint Andrews Pl | Apt 201 | Miramar | FL | 33025-0704 |



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dakota B Clark | | 3840 Bowline Cir | Unit 103 | Kissimmee | FL | 34741-2692 |
| Daniel Fleharty | | 2500 S 99th Ave | Unit 92 | Tolleson | AZ | 85353-1419 |
| Daniel Yepes | | 1349 Harvest View Xing | | Loxahatchee | FL | 33470-2148 |
| Daniela Arias | | 17560 Atlantic Blvd | Apt 519 | Sunny Isl Bch | FL | 33160-2835 |
| Dariela Romero Vasquez | | 1315 St Tropez Cir | Apt 1411 | Weston | FL | 33326-3006 |
| Darwin A Umana | | 1338 NW 7th Ct | | Miami | FL | 33136-2336 |
| David Nebieridze | | 220 NE 54th St | Apt 1 | Miami | FL | 33137-2815 |
| Desiree Bolanos | | 5018 Avila Ave | | Ave Maria | FL | 34142-9563 |
| Destiny Alvarez | | 1551 NW 79th Way | | Pembroke Pnes | FL | 33024-5141 |
| Diego Cobo | | 14747 Legacy Oaks Dr | | Carmel | IN | 46032-0044 |
| Douglas Gerard Savoca | | 31038 Manchester Ln | | Bay Village | OH | 44140-1037 |
| Dream Model & Talent Agency | | 20740 SW 248th St | | Homestead | FL | 33031-1502 |
| Edwin Mejias | | 2950 SW 53rd Ave | | Davie | FL | 33314-1943 |
| Edwin Mejias Figueroa | | 2950 SW 53rd Ave | | Davie | FL | 33314-1943 |
| Elizabeth Castillo Payero | | 8300 NW 102nd Ave | Apt 306 | Doral | FL | 33178-4786 |
| EMaint Enterprises, LLC | | 3181 N Bay Village Ct | | Bonita Spgs | FL | 34135-7222 |
| Eric Patton | | 4248 Comanche Dr | | Carrollton | TX | 75010-3300 |
| Erin Joy Gleason | | 7019 Imlay Loop | | Mtn Home AFB | ID | 83648-4801 |
| Evgenlya Delafera | | 28 Washington Ct | | East Windsor | NJ | 08520-2729 |
| Fender Pointe, LLC | | 770 16th Ave | | Vero Beach | FL | 32962-1433 |
| Fernan Lauro Gregorio | | 2022 Palmetto Pine Ln | | Orlando | FL | 32826-4818 |
| Florida Industrial Supply & Equipment Sales, Inc. | | 200 Davis Lake Rd | | Palatka | FL | 32177-8571 |
| FloridaMakes, Inc | | 201 E Pine St | Ste 735 | Orlando | FL | 32801-2721 |
| G & J Pepsi Cola Bottling Company, Inc. | | 4587 Gallia Pike | | Franklin Frnce | OH | 45629-8777 |
| Gabriel Moncada | | 2105 SW 12th St | | Miami | FL | 33135-5014 |
| Gary Jonathan Carr | | 56 Akron Rd | | Lake Worth | FL | 33467-3802 |
| Gaseous Fuel Systems Corp. | | 2200 N Commerce Pkwy | Ste 200 | Weston | FL | 33326-3258 |
| Geisy Montealegre Ruano | | 8380 Lagos De Campo Blvd | Apt 310 | Tamarac | FL | 33321-8505 |
| Geronimo Gonzalez-Diaz | | 4525 Lake Waterford Way | Apt 2 | Melbourne | FL | 32901-8583 |
| Greg Terranova | | 92 N Lakeshore Dr | | Hypoluxo | FL | 33462-6068 |
| Guillermo Campos | | 2821 SW 131st Pl | | Miami | FL | 33175-7194 |
| Gym Source USA LLC | | PO Box 424 | | Stockton | NJ | 08559-0424 |
| Hager Graphics Consultants, Inc. HagerGraphics | | 10075A Andrea Ln | | Boynton Beach | FL | 33437-3494 |
| Hanna Kahhat | | 2641 E Vermont Ct | | Gilbert | AZ | 85295-2321 |
| Ineliz Otero | | 336 Bow Ln | | Haines City | FL | 33844-5424 |
| Isabella Castro | | 230 Lake Ct | Apt A | Laud by Sea | FL | 33308-5153 |
| Isabella Seferoglou | | 5907 London Ln | | Tamarac | FL | 33321-4187 |
| Ismael Enrique Pena | | 5018 Avila Ave | | Ave Maria | FL | 34142-9563 |
| Jacarvus Gates | | 4220 Lanyard Dr | Apt 1104 | Fort Worth | TX | 76106-1003 |
| Jacqueline Beaz | | 8650 SW 212th St | Apt 204 | Cutler Bay | FL | 33189-3362 |
| Jacqueline Zurita | | 701 NW 14th Ter | Apt 3 | Ft Lauderdale | FL | 33311-7050 |
| Jaime Gomez | | 502 Maple St | | Mayfield | PA | 18433-1807 |
| Jared Wilson | | 30 Bison Ct | | Middleburg | FL | 32068-4707 |
| Jenna Marie Bonura | | 125 NE 32nd St | Apt 1212 | Miami | FL | 33137-4330 |
| Jennifer Gordon | | 1101 Ludlow St | Apt 513 | Philadelphia | PA | 19107-4256 |
| Jennifer Marie Combs | | 4259 Barley St SW | | Concord | NC | 28027-8722 |



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jennifer Peix | | 5885 Lakehurst Dr | | Orlando | FL | 32819-8314 |
| Jesika Tihara Royal | | 7820 NW 45th St | | Lauderhill | FL | 33351-5710 |
| Jiang- Marissa Yang | | 4680 W Broward Blvd | | Plantation | FL | 33317-3155 |
| John R Omeara | | 1892 Cheetham Hill Blvd | | Loxahatchee | FL | 33470-4148 |
| Jordy Dominguez | | 7956 Sally Clark Dr | | Denver | NC | 28037-8792 |
| Jose Rodriguez | | 15 Commack Rd | | Sound Beach | NY | 11789-2721 |
| Joshua A Roles | | 3741 NW 95th Ter | Apt 1503 | Sunrise | FL | 33351-6481 |
| Juan M Arango | | 200 W 53rd Ter | | Hialeah | FL | 33012-2720 |
| Juliette Alexandra Rossi | | 3750 Inverrary Dr | Apt 2X | Lauderhill | FL | 33319-5156 |
| Kari Nichole Haupert | | 340 E 62nd St | Apt 10 | New York | NY | 10065-8257 |
| Katherine Andreina Castro Torrealba | | 1315 St Tropez Cir | Apt 1411 | Weston | FL | 33326-3006 |
| Katherine E Vargas | | 16220 S Post Rd | Apt 101 | Weston | FL | 33331-3548 |
| Kaylene Pena | | 2142 Hacienda Ter | | Weston | FL | 33327-2237 |
| KB Yachts of Florida, Inc. | | 344 Niblick Ln | | Oxford | CT | 06478-3113 |
| Keafta Dokes | | 18441 NW 22nd St | | Pembroke Pnes | FL | 33029-3811 |
| Kevin Dooley | | 9102 Sagewood Dr | Apt 8228 | Fort Worth | TX | 76177-2351 |
| Kleyber Valdes | | 1209 NW 33rd Ave | | Miami | FL | 33125-2831 |
| Leilany Stephanie Gonzalez | | 955 Azure Ln | | Weston | FL | 33326-3902 |
| Leonardo R. Manteca | | 244 Alminar Ave SE | | Palm Bay | FL | 32909-4976 |
| Leonardo Rafael Manteca | | 244 Alminar Ave SE | | Palm Bay | FL | 32909-4976 |
| Leonardo Rafael Manteca Jr | | 244 Alminar Ave SE | | Palm Bay | FL | 32909-4976 |
| Leonardo Ruben Miranda | | 1410 Lassen St | | Haines City | FL | 33844-8476 |
| Lionso Olmos | | 16553 Milwaukee St | | Justin | TX | 76247-1248 |
| Lucy Martinez | | 8425 NW 41st St | Apt 641 | Doral | FL | 33166-6253 |
| Lukas Allen Gentry | | 5093 Lamme Rd | | Moraine | OH | 45439-3232 |
| Luya Fang | | 3000 Cypress Lake Rd | Apt 2419 | N Charleston | SC | 29420-8994 |
| Madison Elizabeth Wells | | 200 E Palmetto Park Rd | Apt 605 | Boca Raton | FL | 33432-5628 |
| Makaila Kuulei Yoshiye Stone | | 901 Lakeside Cir | Apt 9103 | Lewisville | TX | 75057-5071 |
| Malcom Roberts | | 600 River Birch Ct | Apt 533 | Clermont | FL | 34711-5142 |
| Marcela Gutierrez Castillo | | 153 Lakeview Dr | Apt 203 | Weston | FL | 33326-2527 |
| Margarita Leonor Crespo | | 826 NW 132nd Ave | | Sunrise | FL | 33325-1328 |
| Mariam Basha | | 20971 San Simeon Way | Apt 203 | N Miami Beach | FL | 33179-2288 |
| Mariel Chavez | | 737 SW 109th Ave | | Miami | FL | 33174-1339 |
| Marisa Bohamed | | 27842 Spruce Creek Cir | | Valencia | CA | 91354-1337 |
| Marissa Singh | | 4270 NW 89th Ave | Apt 205 | Coral Springs | FL | 33065-1740 |
| Marquette Foreman | | 2200 Business Center Dr | Apt 7107 | Pearland | TX | 77584-0064 |
| Marsaeia Dee-Shawndrea Hill | | 7417 Meadow Creek Dr | | Fort Worth | TX | 76133-7757 |
| Matthew Singh | | 4270 NW 89th Ave | Apt 205 | Coral Springs | FL | 33065-1740 |
| Maykel Hernandez | | 640 Bayport Dr | | Kissimmee | FL | 34758-4104 |
| Mckenzi Brooke Howey | | 1241 NW 85th Ter | | Plantation | FL | 33322-4546 |
| Meghan Mcfarland | | 408 NE 6th St | Unit 320 | Ft Lauderdale | FL | 33304-6406 |
| Michael E Diaz II | | 8961 Andora Dr | | Miramar | FL | 33025-2474 |
| Michel Hernandez | | PO Box 566741 | | Miami | FL | 33256-6741 |
| Michele S Ross | | 1920 Sabal Palm Dr | Apt 202 | Davie | FL | 33324-5957 |
| Miller Stiven Riascos | | 1901 NW North River Dr | Apt 104 | Miami | FL | 33125-2236 |
| Morgan L Duty | | 138 Cordoba Cir | | Royal Plm Bch | FL | 33411-1321 |



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Nafeesh Terry | | 301 SW 1st Ave | Apt 1802 | Ft Lauderdale | FL | 33301-4368 |
| Natalia Duran Holguin | | 400 Sunny Isles Blvd | Apt 317 | Sunny Isl Bch | FL | 33160-5085 |
| National Water Restoration, Inc. | | PO Box 1778 | | Ft Lauderdale | FL | 33302-1778 |
| Nayer Regalado on Fire Ent LLC | | 13841 SW 136th Pl | | Miami | FL | 33186-8936 |
| Neftali Lopez | | 5911 Colony Place Dr | | Lakeland | FL | 33813-2872 |
| Nelson Irene | | 120 Cypress Club Dr | Apt 231 | Pompano Beach | FL | 33060-4713 |
| Nicole Bentancur | | 4078 Timber Cove Ln | | Weston | FL | 33332-2131 |
| Nicole Margarita Flores | | 519 Noble Ave | | Davenport | FL | 33837-8818 |
| Noah Feague-Johnson | | 1016 Ribbon Grass Loop | | Ruskin | FL | 33570-6187 |
| Nunnapat Chiralerdsitthikhun | | 1840 Lincoln St | Rear | Hollywood | FL | 33020-3690 |
| OK Generators | | 11950 NW 39th St | Ste B | Coral Springs | FL | 33065-2564 |
| Oklahoma Alcoholic Beverage Laws Enf Com | | 50 NE 23rd St | | Oklahoma City | OK | 73105-3002 |
| Olivia Mercedes Rodriguez | | 5248 SW 123rd Ave | | Cooper City | FL | 33330-4267 |
| Oren Stambouli | | PMB 1683 | 18117 Biscayne Blvd | Aventura | FL | 33160-2535 |
| Pablo Ricardo Ramirez Acevedo | | 1100 SW 91st Ave | Apt 103 | Plantation | FL | 33324-2564 |
| Paola Andrea Canas Ospina | | 1600 NE 1st Ave | Apt 3716 | Miami | FL | 33132-1287 |
| Patricia Alvarez | | 3110 SW 108th Ct | | Miami | FL | 33165-2469 |
| Patricia Perez | | 425 NE 22nd St | Apt 809 | Miami | FL | 33137-5184 |
| PBC Pepsi Corp. POS Item | | 700 Anderson Hill Rd | | Purchase | NY | 10577-1444 |
| Questyme USA, Inc. | | 26878 Wembley Ct | | Farmingtn Hls | MI | 48331-3529 |
| Ralph Lee Pough | | 36 NE 1st Ct | | Dania Beach | FL | 33004-2815 |
| Regina Sosa | | 540 E 38th St | | Hialeah | FL | 33013-2725 |
| Regino Gonzalez Fabelo | | 601 SW 67th Ter | | Pembroke Pnes | FL | 33023-1546 |
| Richelle Lehrer | | 18800 NE 29th Ave | Apt 706 | Aventura | FL | 33180-2850 |
| Robert C McLean | | 225 NW 36th Ave | | Pompano Beach | FL | 33069-4869 |
| Robert McLean Jr | | 225 NW 36th Ave | | Pompano Beach | FL | 33069-4869 |
| Rodlando Ramon | | 3293 New South Province Blvd | Apt 3 | Fort Myers | FL | 33907-5423 |
| Ronie J Avendano | | 12101 SW 186th St | | Miami | FL | 33177-3230 |
| Rustam M Saitov | | 1919 SE 10th Ave | Apt 3117 | Ft Lauderdale | FL | 33316-3169 |
| Ryan C Handyside | | 17643 Saw Palmetto Ave | | Clermont | FL | 34714-5455 |
| Sandra Teresa Rivera | | PO Box 223068 | | Hollywood | FL | 33022-3068 |
| Seko Worldwide LLC | | 1501 E Woodfield Rd | Ste 210E | Schaumburg | IL | 60173-5414 |
| Septembrie Harrison | | 1741 S Clearview Ave | Unit 35 | Mesa | AZ | 85209-4008 |
| Sheka Kanu | | PO Box 590361 | | Ft Lauderdale | FL | 33359-0361 |
| TCI America | | 5505 N Cumberland Ave | Ste 307 | Chicago | IL | 60656-4761 |
| Team SCG Branded Solutions | c/o SCG & Associates, Inc | 13951 NW 8th St | Ste 101 | Sunrise | FL | 33325-6251 |
| Technicallink, LLC | | 7114 Woodmont Way | | Tamarac | FL | 33321-2642 |
| Temperature Pro DFW | | 4508 Cassandra Dr | | Flower Mound | TX | 75022-0985 |
| The JT Couple LLC Janexy Sanchex Tyler Lopez | | 953 Benstation Ln | Apt 419 | Lake Mary | FL | 32746-2273 |
| The Telephone Man | | 1340 Stirling Rd | Ste 4B | Dania Beach | FL | 33004-3539 |
| Tia McCall | | PO Box 5643 | | Kingwood | TX | 77325-5643 |
| Trevor Guthrie | | 13050 Gran Bay Pkwy | Unit 1623 | Jacksonville | FL | 32258-4542 |
| TUV SUD America Inc | | 401 Edgewater Pl | Ste 500 | Wakefield | MA | 01880-6204 |
| Tyler S Flanagan | | 2820 Carambola Cir S | | Coconut Creek | FL | 33066-2567 |
| Tyler Salomone | | 6014 Keckonen Dr | | The Villages | FL | 32163-5321 |
| VPR Brands LP | | 1141 Sawgrass Corporate Pkwy | | Sunrise | FL | 33323-2847 |



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| VPX vs. Premier Nutrition Products, LLC & Derik Fay (2021) | Premier Nutrition Products, LLC | 3761 Bay Creek Dr | | Bonita Spgs | FL | 34134-1911 |
| Wesley Haring | | 200 Scotia Dr | Apt 303 | Hypoluxo | FL | 33462-7000 |
| Willio Sainnegis | | 328 SW Lama Ave | | Port St Lucie | FL | 34953-3182 |
| Wislaine Jean-Baptiste | | 1351 SW 10th Ave | | Deerfield Bch | FL | 33441-6208 |
| Yi Sun | | 2881 NW 99th Ter | | Sunrise | FL | 33322-5894 |
| Zachary John Owoc | | 1435 Twin Rivers Blvd | | Oviedo | FL | 32766-5112 |

# Exhibit B

INFORMATION to identify the case:

United States Bankruptcy Court, Southern District of Florida

Date cases filed for chapter 11: **10/10/22**

# Official Form 309F1 (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case

| Name of Debtor | Other Names Used by the Debtors (if any) | EIN | Case No. |
|---|---|---|---|
| Vital Pharmaceuticals, Inc. | d/b/a Bang Energy<br>d/b/a VPX Sports<br>d/b/a Redline<br>d/b/a Quash Life Lift<br>d/b/a VPX<br>d/b/a VPX/Redline | 65-0668430 | Case No. 22-17842-PDR |
| Bang Energy Canada, Inc. | | 83-4135454 | Case No. 22-17844-PDR |
| JHO Intellectual Property Holdings, LLC | | 82-3700010 | Case No. 22-17845-PDR |
| JHO Real Estate Investment, LLC | | 84-2849394 | Case No. 22-17847-PDR |
| Quash Seltzer, LLC | d/b/a Mixx<br>d/b/a Bang the Fixx<br>d/b/a Bang the Fixx Hard Seltzer<br>d/b/a Fixx Seltzer<br>d/b/a The Fixx Seltzer<br>d/b/a Fixx Hard Seltzer<br>d/b/a The Fixx Hard Seltzer<br>d/b/a Bang Seltzer<br>d/b/a Bang Hard Seltzer | 85-2336501 | Case No. 22-17848-PDR |
| Rainbow Unicorn Bev LLC | | 88-2632254 | Case No. 22-17849-PDR |
| Vital Pharmaceuticals International Sales, Inc. | | 81-0918019 | Case No. 22-17850-PDR |

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | |
|---|---|
| **1. Debtors' Full Names:** | **Vital Pharmaceuticals, Inc. ****<br>**** (See above for full names of all Debtors)** |

| | | |
|---|---|---|
| **2. All Other Names Used in the Last 8 Years:** | **See above list.** | |
| **3. Address** | **1600 N. Park Drive<br>Weston, FL 33326** | |
| **4. Debtors' attorney**<br>Name and address | Jordi Guso, Esq.<br>Berger Singerman LLP<br>1450 Brickell Ave., #1900<br>Miami, FL 33131 | Contact phone: (305) 755-9500 |
| **5. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E. Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone: (954) 769-5700<br><br>Clerk of Court: **Joseph Falzone**<br><br>Dated: **10/13/22** |
| Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll−free at (866) 222−8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | |
| 6. ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **11/18/2022 at 9:30 a.m.**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number: **1-866-915-4419**<br>Participant Code: **6071331** |
| 7. **Proof of Claim Deadline**<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to:<br><br>**Vital Pharmaceuticals, Inc., et al. Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602**<br><br>**Proofs of Claim may also be filed electronically via the case website:**<br><br>https://cases.stretto.com/VitalPharmaceuticals | **Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: 12/19/2022**<br><br>**Deadline for governmental units to file a proof of claim:** **Filing deadline: 4/10/2023**<br><br>**Deadlines for Filing Proof of Claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International).<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007−1(B)(1). | |

| | |
|---|---|
| | **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. |
| **8. Exception to Discharge Deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for Filing the Complaint: 1/17/2023** |
| **9. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036−1(B) and (C). |
| **12. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |
| **13. Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. |

# **Exhibit C**

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| Name of Debtors | Case Numbers: |
|---|---|
| **VITAL PHARMACEUTICALS, INC., *et al.*** | **22-17842-PDR**<br>**22-17844-PDR**<br>**22-17845-PDR**<br>**22-17847-PDR**<br>**22-17848-PDR**<br>**22-17849-PDR**<br>**22-17950-PDR**<br><br>(Jointly Administered) |

Indicate Debtor against which you assert a claim by checking the appropriate box below.

**(Check only one Debtor per claim form)**

| **Name of Debtor** | **Case Number** |
|---|---|
| ☐ Vital Pharmaceuticals, Inc. | Case No. 22-17842-PDR |
| ☐ Bang Energy Canada, Inc. | Case No. 22-17844-PDR |
| ☐ JHO Intellectual Property Holdings, LLC | Case No. 22-17845-PDR |
| ☐ JHO Real Estate Investment, LLC | Case No. 22-17847-PDR |
| ☐ Quash Seltzer, LLC | Case No. 22-17848-PDR |
| ☐ Rainbow Unicorn Bev LLC | Case No. 22-17849-PDR |
| ☐ Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850-PDR |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   ______________________________
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor ______________________________

2. **Has this claim been acquired from someone else?**

   ❑ No
   ❑ Yes. From whom? ______________________________

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name | Name |
| Number Street | Number Street |
| City State Zip Code | City State Zip Code |
| Contact phone ______________ | Contact phone ______________ |
| Contact email ______________ | Contact email ______________ |

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   ________________________

4. **Does this claim amend one already filed?**

   ❑ No
   ❑ Yes. Claim number on court claims registry (if known)__________ Filed on ______________ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ❑ No
   ❑ Yes. Who made the earlier filing? ______________

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

❑ No
❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ________

**7. How much is the claim?** $________________________

**Does this amount include interest or other charges?**

❑ No
❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

________________________________________________________________

**9. Is all or part of the claim secured?**

❑ No
❑ Yes. The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
❑ Motor vehicle
❑ Other. Describe: ________________________________________

**Basis for perfection:** ________________________________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $________________

**Amount of the claim that is secured:** $________________

**Amount of the claim that is unsecured:** $ ________________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________________

**Annual Interest Rate** (when case was filed)_______%

❑ Fixed
❑ Variable

**10. Is this claim based on a lease?**

❑ No
❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________________

**11. Is this claim subject to a right of setoff?**

❑ No
❑ Yes. Identify the property: ________________________________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ❑ No
- ❑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | ____________ |
| ❑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $____________ |
| ❑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $____________ |
| ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____________ |
| ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $____________ |
| ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $____________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ❑ I am the creditor.
- ❑ I am the creditor's attorney or authorized agent.
- ❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ____________
MM / DD / YYYY

____________________
Signature

**Print the name of the person who is completing and signing this claim:**

Name ______________________________
First name Middle name Last name

Title ______________________________

Company ______________________________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ______________________________

Contact phone ______________ Email ______________

**Mail Claim Form to: Vital Pharmaceuticals, Inc., et al Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or file your claim electronically via the following case website:** https://cases.stretto.com/VitalPharmaceuticals.