**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc., *et al.*,[1] | Chapter 11 Cases |
| Debtors. | (Jointly Administered) |
| _____ / | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Premium Beverage Company ("Premium") by and through its counsel, ArentFox Schiff LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and email addresses:

> Andy S. Kong, Esq.
> Annie Y. Stoops, Esq.
> **ARENTFOX SCHIFF LLP**
> 555 West Fifth Street, 48th Floor
> Los Angeles, CA 90013
> Telephone: 213.629.7400
> Facsimile: 213.629.7401
> Email: andy.kong@afslaw.com
>         annie.stoops@afslaw.com

---

[1] The address of the debtors (the "Debtors") is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

AFDOCS:26493371.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Serve nor any subsequent appearance, pleading, claim, or suit is intended, or shall be deemed, to waive the right of Premium: (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding or is intended or shall be deemed to waive any other rights, claims, actions, defenses, setoffs or recoupments to which Premium is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that Premium additionally requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced cases.

        Respectfully submitted,

Dated: November 14, 2022        **ARENTFOX SCHIFF LLP**

By: /s/ Annie Y. Stoops
    Andy S. Kong
    Annie Y. Stoops
    555 West Fifth Street, 48th Floor
    Los Angeles, CA  90013
    Telephone: 213.629.7400
    Facsimile: 213.629.7401
    andy.kong@afslaw.com
    annie.stoops@afslaw.com

Attorneys for Premium Beverage Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2022, the foregoing *Notice of Appearance and Request for Service* was filed with the Clerk of the United States Bankruptcy Court for the Southern District of Florida via the CM/ECF system, and a true and correct copy of the foregoing was furnished to those parties registered to receive electronic notices of filing in these cases.

By:    */s/ Annie Y. Stoops*
      Annie Y. Stoops