UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE: Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1] Case No.: 22-17842-PDR

Debtors. (Jointly Administered)

______________________________________/

**NOTICE OF FILING AFFIDAVITS OF PUBLICATION**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, file the attached (i) Affidavit of Rose Williams dated November 11, 2022, which reflects that the *Notice of Chapter 11 Bankruptcy Case* was published on October 21, 2022 and November 11, 2022, in the *Sun-Sentinel* (**Exhibit A**); (ii) Affidavit of Matthew Weisberg dated November 11, 2022, which reflects that the *Notice of Chapter 11 Bankruptcy Case* was published on October 21, 2022, in the *Miami Herald* (**Exhibit B**); (iii) Affidavit of Matthew Weisberg dated November 11, 2022, which reflects that the *Notice of Chapter 11 Bankruptcy Case* was published on November 11, 2022, in the *Miami Herald* (**Exhibit C**); and (iv) Affidavit of Wayne Sidor dated October 21, 2022, which

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

reflects that the *Notice of Chapter 11 Bankruptcy Case* was published on October 21, 2022, in the Wall Street Journal (National Edition) (**Exhibit D**).

Dated: November 14, 2022
Miami, Florida

Respectfully submitted,

*/s/ Jordi Guso*

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
mniles@bergersingerman.com

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
tj.li@lw.com
brian.rosen@lw.com
jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
whit.morley@lw.com

*Proposed Co-Counsel for the Debtors*

# EXHIBIT "A"

**SUN-SENTINEL**

**Sold To:**
Miller Advertising - CU00125815
909 Third Avenue, 15th Floor
New York,NY 10022

**Bill To:**
Miller Advertising - CU00125815
909 Third Avenue, 15th Floor
New York,NY 10022

**Published Daily**
**Fort Lauderdale, Broward County, Florida**
**Boca Raton, Palm Beach County, Florida**
**Miami, Miami-Dade County, Florida**

**State Of Florida**
**County Of Orange**

Before the undersigned authority personally appeared
Rose Williams, who on oath says that he or she is a duly authorized representative of the SUN- SENTINEL, a DAILY newspaper published in BROWARD/PALM BEACH/MIAMI-DADE County, Florida; that the attached copy of advertisement, being a Legal Notice in:

The matter of 11745-Other Legal Notices ,
Was published in said newspaper by print in the issues of Oct 21 and Nov 11, 2022, or by publication on thenewspaper's website, if authorized on Nov 11, 2022

Affiant further says that the newspaper complies with all legal requirements for publication in Chapter 50, Florida Statutes.

Rose Williams

Signature of Affiant

Sworn to and subscribed before me this: November 11, 2022.

LeAnne Rollins

Signature of Notary Public

LEANNE ROLLINS
Notary Public - State of Florida
Commission # GG 982233
My Comm. Expires Apr 27, 2024
Bonded through National Notary Assn.

Name of Notary, Typed, Printed, or Stamped
Personally Known (X) or Produced Identification ( )

**Affidavit Delivery Method:** E-Mail
**Affidavit Email Address:** gegloff@milleraa.com
7311508

INFORMATION to identify the case:
United States Bankruptcy Court, Southern District of Florida
Date cases filed for chapter 11: **10/10/22**

**Official Form 309F1 (For Corporations or Partnerships)**

## Notice of Chapter 11 Bankruptcy Case

**Name of Debtor, *Other Names Used by the Debtors (if any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline*, 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer*, 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

1. **Debtors' Full Names: Vital Pharmaceuticals, Inc.**
   ****(See above for full names of all Debtors)**
2. **All Other Names Used in the Last 8 Years: See above list.**
3. **Address: 1600 N. Park Drive, Weston, FL 33326**
4. **Debtors' attorney** (Name and address): Jordi Guso, Esq., Berger Singerman LLP, 1450 Brickell Ave., #1900, Miami, FL 33131. Contact phone: (305) 755-9500
5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered:** Federal Building, 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301. Hours open 8:30 a.m. – 4:00 p.m. Contact Phone: (954) 769-5700. Clerk of Court: **Joseph Falzone**. Dated: **10/13/22.** Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)
6. ***MEETING OF CREDITORS*: 11/18/2022 at 9:30 a.m. *MEETING WILL BE HELD BY TELEPHONE* Trustee: Office of the US Trustee**. Call in number: **1-866-915-4419.** Participant Code: **6071331**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
7. **Proof of Claim Deadline: Deadline for all creditors to file a proof of claim (except governmental units): Filing deadline: 12/19/2022. Deadline for governmental units to file a proof of claim: Filing deadline: 4/10/2023. Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International). Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below.

   **When Filing Proofs of Claim:** Claims may be delivered or mailed to: **Vital Pharmaceuticals, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Proofs of Claim may also be filed electronically via the case website:** https://cases.stretto.com/VitalPharmaceuticals
8. **Exception to Discharge Deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for Filing the Complaint: 1/17/2023**
9. **Creditors with a Foreign Address:** Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 Bankruptcy Case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail:** 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C).
12. **Translating Services:** Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors.
13. **Discharge of Debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8.

## Charge
*from Page 1*

has done numerous housing developments in the city, according to the company's website.

Carson, who was arrested by Delray Beach Police on Sept. 18, pleaded not guilty to the charge.

Prosecutors on Wednesday, however, decided not to pursue the case. "Although there was probable cause to make an arrest, the evidence cannot prove all legally required elements of the crime alleged and is insufficient to support a criminal prosecution,"

the state's attorney's office said in a court filing.

Carson was represented by attorney Leonard Feuer. Attempts by the South Florida Sun Sentinel to reach Carson and Feuer were unsuccessful.

Carson told officers that he "made a mistake" by saying he was president of the HOA and that he was nervous because it was his first City Commission meeting, the arrest report said. Carson added he was "fired because he had a long day."

The perjury claims centered around a proposed housing development that would include 271

residential units, more than 1,000 square feet of commercial space and a seven-story parking garage at 1625 Congress Ave., just south of Linton Boulevard and west of Interstate 95. The development is less than a mile from Andover, the gated community in which he claimed to be the HOA president.

The project had already received pushback from the city due to its height and size.

City Commission meetings are considered quasi-judicial hearings and speakers are sworn in under oath by the city clerk before they can make their comments.

Carson approached the lectern

and spoke for three minutes, praising the project. "Everyone is really in favor of what's happening in the area," Carson said during the meeting. "And this project we feel will just add to the beautification of the area."

"We are really in favor of this project."

Just three days after the meeting, an attorney for the HOA, Andover, wrote a letter to the city, saying Carson had lied and that he is not the president and is not even on the board of directors, police said.

After city officials were made aware of the allegation, they passed

it along to Delray Beach Police.

"Once a felony event is brought to light, we really didn't have much choice other than to respond accordingly," Delray Beach City Manager Terrence Moore told the South Florida Sun Sentinel in September.

Moore added it's "extremely important" that people are honest when they speak during these meetings because "it's under oath as testimony to help the City Commission to make sound solid judgment informed decisions. Honesty is extremely paramount and utmost in case of deliberations."

## Alcohol
*from Page 1*

to a plan that paves the way for hotels to serve alcohol on the sand to hotel guests and beach chair customers. The ban will remain in place until the commission gives its final approval in the coming weeks.

As originally envisioned, the cocktail zone would extend from Sunrise Boulevard all the way south to Bahia Mar, where most of the hotels are located. Customers will also be able to order food from the hotel menu and have it delivered directly to their lounge chair.

The plan is not without critics.

They worry people will tip back one too many and drown in the ocean or start a booze-fueled brawl on the sand.

Others want to know why the city would limit the sale of booze to beach chair customers and hotel guests, saying it smacks of discrimination by leaving everyone else out.

"I do not believe one should have to check into the Ritz-Carlton in order to get a beer, a glass of wine or a mixed drink," resident James LaBrie told commissioners during Tuesday's meeting at City Hall.

LaBrie argued the program is discriminatory and said the city should allow all to drink on the sand or none.

Mayor Dean Trantalis argued that opening up the sale of booze to one and all would lead to a "circus environment" where drunks "run amok."

He referred to the raucous old days, when inebriated spring breakers of yesteryear trashed hotel rooms and the beach too, urinating on streets, jumping from balconies into crowded swimming pools and leaving behind a trail of broken glass and crushed beer cans.


A day at Fort Lauderdale beach, shown here on Thursday, will soon include the option of enjoying an alcoholic beverage. Here's the catch: You'll need to be a hotel guest or beach chair customer. CARLINE JEAN/SOUTH FLORIDA SUN SENTINEL

Ina Lee, president of Travel-Host Media Group and publisher of TravelHost Fort Lauderdale magazine, reminded commissioners that Fort Lauderdale has been working on upscaling the beach for nearly four decades.

You can order a daiquiri from the sand on Miami Beach and other spots around the world, she noted. Why not Fort Lauderdale?

"We are now a world-class destination and I think it's time we stepped up to the plate," she said. "Why should [tourists] go to

Miami or Palm Beach when they can come here?"

At one time, alcohol was allowed on the sand. That all changed in 1985, when Fort Lauderdale imposed its ban, hoping to attract a more well-heeled clientele.

Today, fines range from $50 to $500 if you get caught with booze on the beach. Those fines will still apply if you're caught drinking outside the cocktail zone.

In July, commissioners embraced the concept of the cocktail zone, saying it will help Fort

Lauderdale hotels compete in a tough market.

The plan was approved 3-0 Tuesday night, with yes votes from the mayor and Commissioners Heather Moraitis and Steve Glassman. Commissioner Robert McKinzie did not attend the meeting and Commissioner Ben Sorensen had left by the time the vote was taken.

Before the vote, Glassman noted that some residents still had concerns about whether selling alcohol on the beach might lead to

unexpected problems.

But the mayor and Moraitis both urged moving forward, saying the program needs to get underway to see what works.

City officials are not soothsayers, Trantalis noted.

"If it turns out to be a problem during Spring Break, then we know not to do it during Spring Break," he said.

*Susannah Bryan can be reached at sbryan@sunsentinel.com or on Twitter @Susannah_Bryan*



## Notice of Public Hearing -
## Town of Lauderdale-By-The-Sea, Florida

NOTICE IS HEREBY GIVEN that the Town of Lauderdale-By-The-Sea (the "Town") will hold a public hearing before the Town Commission on the Ordinance referenced below at Jarvis Hall, 4501 Ocean Drive, Lauderdale-By-The-Sea, Florida, 33308, as follows:

| Town Commission | October 25, 2022 | 6:30 PM |
| --- | --- | --- |

### ORDINANCE 2022-08

AN ORDINANCE OF THE TOWN OF LAUDERDALE-BY-THE-SEA, FLORIDA AMENDING CHAPTER 30 "UNIFIED LAND DEVELOPMENT REGULATIONS;" ARTICLE V "ZONING;" SECTION 30-313 "GENERAL PROVISIONS" TO MODIFY REGULATIONS RELATED TO ROOFTOP PLACEMENT OF EQUIPMENT ON ANY PROPERTY; PROVIDING FOR CODIFICATION, SEVERABILITY, CONFLICTS, AND FOR AN EFFECTIVE DATE.

The above referenced meetings will also be broadcasted live for members of the public to view on the Town's website (www.lbts-fl.gov), Comcast Channel 78, and AT&T U-verse Channel 99.

THE TOWN COMMISSION AGENDA PACKETS, INCLUDING THE PROPOSED ORDINANCE AND RELATED MATERIALS ARE AVAILABLE FOR REVIEW AND INSPECTION IN THE TOWN CLERK'S OFFICE LOCATED AT 4501 OCEAN DRIVE, LAUDERDALE-BY-THE-SEA, FLORIDA, DURING REGULAR BUSINESS HOURS. ADDITIONALLY, THE AGENDA PACKET, INCLUDING THE PROPOSED ORDINANCE AND RELATED MATERIALS ARE AVAILABLE FOR REVIEW THE FRIDAY BEFORE THE MEETINGS ON THE TOWN'S WEBSITE AT WWW.LBTS-FL.GOV.

IF ANY PERSON DECIDES TO APPEAL ANY DECISION MADE WITH RESPECT TO ANY MATTER CONSIDERED AT THE ABOVE REFERENCED PUBLIC HEARINGS, HE/SHE WILL NEED A RECORD OF THE PROCEEDINGS AND FOR SUCH PURPOSES MAY NEED TO ENSURE THAT A VERBATIM RECORDING OF THE PROCEEDINGS ARE MADE.

IN ACCORDANCE WITH THE AMERICAN WITH DISABILITIES ACT AND FLORIDA STATUTE 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATIONS TO PARTICIPATE IN THESE PROCEEDINGS SHOULD CONTACT THE TOWN CLERK NO LATER THAN TWO DAYS PRIOR TO THE MEETING AT (954) 640-4200 FOR ASSISTANCE.

You may also submit
written comments to:          Town Clerk
                             4501 Ocean Drive
                             Lauderdale-By-The-Sea, Florida 33308


## FREE PUZZLES & GAMES
Play online every day at
PlayJumble.com

Jumble Daily | Jumble Crossword Daily | Jumble Sunday
Sudoku | Mahjong | Bubble Shooter Pro | Plus many more

TRIBUNE
PUBLISHING

Sun Sentinel | Section 1 | Friday, November 11, 2022 9

# Sasse wins final OK as next UF president

By Ryan Dailey
News Service of Florida

TALLAHASSEE — Republican U.S. Sen. Ben Sasse on Wednesday was confirmed as the next president of the University of Florida, as some members of the state university system's Board of Governors defended him amid student and faculty opposition.

Members of the board, which oversees the state's network of 12 universities, unanimously approved a five-year compensation contract for Sasse that includes a $1 million base salary. Sasse would be paid an additional $1 million for serving a full five-year term as president and also is eligible for an annual performance bonus of 15% after May 30, 2024.

In addition, Sasse would be eligible for annual salary increases starting in mid-2024 if he meets certain performance goals set by the university.

Board of Governors member Charles Lydecker heaped praise on Sasse, calling him a "game-changer" for the university. Lydecker also served on a committee that directed UF's search for a new leader to succeed outgoing President Kent Fuchs.

"Dr. Sasse is a workhorse, a life-long learner, a community builder, an intelligence expert, a child of agricultural upbringing, a scholar, a teacher, a public servant, an optimist, and a relatable, humble person at the same time," Lydecker said.

U.S. Sen. Ben Sasse, R-Neb., listens during a confirmation hearing for Supreme Court nominee Ketanji Brown Jackson before the Senate Judiciary Committee on Capitol Hill in Washington on March 23. **ALEX BRANDON/AP**

Sasse holds a bachelor's degree from Harvard University and a doctorate degree from Yale University. Sasse also previously worked as a professor at the University of Texas at Austin and spent five years as president of Midland University, a small private school in Nebraska.

The Nebraska Republican, who was first elected to the Senate in 2014, on Wednesday repeated a pledge to the board that he will not engage in partisan politics while he leads the state's flagship university. Sasse also told the board that he intends to compete with other universities in recruiting faculty and other talent to UF.

"We're going to have to create a civilization of life-long learners, and we have to welcome a rising federation to that project. So, we want the best teachers, and the best researchers teaching the best students. We want cutting-edge research tackling our toughest challenges, and we want to be stealing talent from across the country," Sasse said.

But Sasse has faced heavy opposition from students who protested his selection by UF trustees as the sole finalist for the job last month. The university's faculty senate also passed a resolution expressing no confidence in the search that led to Sasse' selection.

Board member Tim Cerio pointed to "troubling" aspects of the university's search and its "aftermath." The search was performed under a new state law that allows such presidential searches to be conducted in private. Under the law, names of finalists are made public at the tail-end of searches. Sasse's selection as the lone finalist left the names of 11 other finalists undisclosed, drawing objections from many in the campus community.

"The UF chair of the faculty Senate, after supporting you, now faces a vote of no confidence for, as I can tell, participating thoughtfully in a process," Cerio said, also noting that the UF student body president faces an impeachment effort for supporting Sasse's selection.

"I think it's unfortunate how they're approaching it but ... their opinion is valid. But how do you build bridges, how do you reach out to them?" Cerio asked Sasse.

Sasse said he wanted the school of about 60,000 students to "live in community together" and that he would meet with various campus stakeholders. But he also suggested that some of the heartburn about his candidacy was overblown.

"There is always going to be, in a time as disrupted as ours, a sort of sensationalist tendency to take whatever an angriest moment is and pretend that it's a representative moment. Those are not the representative moments," Sasse said.

## Trump

from Page 1

class, that's really not the right answer."

Aubrey Jewett, a professor of political science at the University of Central Florida, said Trump "has declared political war on Ron DeSantis. It sounds like the opening shots of the 2024 Republican presidential primary."

The statement "clearly does show that DeSantis is his main rival for the nomination," Jewett added. "The Trump team perceives that threat. You wouldn't attack unless you perceive the threat."

Trump and DeSantis have long been reported to be at odds over their shared ambitions for 2024, and DeSantis' landslide victory on Election Day propelled him into the role of a potential favorite. NBC News reported Trump plans to make a major announcement on Tuesday that could be a kickoff to his third bid for the White House.

The governor's office and campaign did not immediately return a request for comment.

Trump's searing statement comes as many in conservative media, especially Rupert Murdoch's New York Post, Wall Street Journal and Fox News, have blamed him for the GOP's disappointing results in Tuesday's election.

The Post labeled Trump as "Trumpty Dumpty" who "had a great fall," in comparison to DeSantis' huge win in Florida. It also put the Florida governor on its front page Wednesday, calling him "DeFuture."

The Journal called Trump "America's Biggest Loser" in an editorial.

Trump had already given DeSantis the nickname of "DeSanctimonious" at an Ohio rally Saturday, but held back in Miami the next day, even endorsing him.

But on Thursday, the gloves came off.

"NewsCorp, which is Fox, the Wall Street Journal, and the no longer great New York Post ...is all in for Governor Ron DeSanctimonious, an average REPUBLICAN Governor with great Public Relations," Trump wrote.

Trump then attacked DeSantis for his May 2020 COVID-19 shutdown of the state, a decision DeSantis has said he regrets and has blamed on pressure from the Trump administration.

"[DeSantis] didn't have to close up his State, but did, unlike other Republican Governors," Trump said, adding DeSantis' "overall numbers, for a Republican were just average — middle of the pack — including COVID."

He added DeSantis "has the advantage of SUNSHINE, where people from badly run States up North would go no matter who the Governor was, just like I did!"

Trump then went into detail about the tweet that propelled DeSantis ahead of GOP favorite Adam Putnam for the gubernatorial nomination in 2018.

"Ron came to me in desperate shape in 2017 — he was politically dead, losing in a landslide to a very good Agriculture Commissioner, Adam Putnam, who was loaded up with cash and great poll numbers," Trump wrote.

"Ron had low approval, bad polls, and no money, but he said that if I would Endorse him, he could win," Trump wrote. "I didn't know Adam so I said, 'Let's give it a shot, Ron.' When I Endorsed him, it was as though, to use a bad term, a nuclear weapon went off."

"I also fixed his campaign, which had completely fallen apart," the former president added.

Trump went on to deride the 2018 Democratic candidate for governor, Andrew Gillum, as a "crack head.'" He also falsely claimed fraud in the 2018 election, stating without any evidence that he sent in the FBI "and stopped his Election from being stolen."

Trump said the criticism from the Post, Journal and other conservative outlets was similar to his first run for president.

"This is just like 2015 and 2016, a Media Assault (Collusion!), when Fox News fought me to the end until I won, and then they couldn't have been nicer or more supportive," Trump wrote. "The Wall Street Journal loved Low Energy Jeb Bush, and a succession of other people as they rapidly disappeared from sight, finally falling in line with me after I easily knocked them out, one by one.

"We're in exactly the same position now," he concluded. "They will keep coming after us, MAGA, but ultimately, we will win. Put America First and, MAKE AMERICA GREAT AGAIN!"

# THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA NOTICE OF MEETINGS

| | |
|---|---|
| 11/14/22<br><br>10:00 a.m. | KCW Bldg., 600 SE 3rd Ave., Ft. Laud., Board Rm<br><br>• **PH-PBA Impasse Hearing**<br><br>In conformance with School Board Policy 1100A, there will be no public comments at this hearing. No heckling shouting or other disruptive behavior from the audience will be permitted. No signs or placards shall be allowed in the Auditorium. |
| 11/14/22<br><br>11:30 a.m.<br>11:35 a.m. | KCW Bldg., 600 SE 3rd Ave., Ft. Laud., Board Rm<br><br>• **Special School Board Meeting – Expulsions**<br>• **Special Meeting-Regular School Board Meeting** |

**To access the above meetings virtually go to: browardschools.com/BoardMeetingsAndWorkshops**

**School Board Meetings** – School Board Meetings will be held with Board Members being physically present and via electronic communication. School Board Meetings will also be livestreamed. Public participation will be accepted on all agenda items in the following manner: Any person may present live comments by attending the KC Wright Administration Building's Board Room at 600 Southeast Third Avenue, Fort Lauderdale, FL 33301. Visitors are strongly encouraged to wear a face covering for their nose and mouth (individuals are responsible for providing their own mask). Free guest parking is available at the southeast 3rd Avenue parking lot on all School Board meeting dates.

Individuals may also submit written comments via email to PublicComment@browardschools.com no later than two (2) hours in advance of the published time of the meeting. Anonymous comments or comments that do not pertain to the scheduled agenda items will **not** be accepted. Each written comment must also include the person's name and home address. Pursuant to School Board Policy 1100A, the public may speak a total of fifteen (15) minutes during any single meeting, not including committee reports. Additionally, in the event a large group of individuals (more than twenty (20)) sign-up to speak on any one agenda item, the Board Chair has the authority to adjust the time limit for each speaker to speak less than the three (3) minutes (*which is approximately 400 words*) usually permitted or limit the overall time speakers will be heard on that item.

Also reserved on the meeting agenda for the November 14th, 2022, Regular School Board Meeting is designated time, known as the Public Speakers section, to provide an opportunity for a maximum of ten (10) speakers or 30 minutes to address the School Board regarding matters of relevance to public education. Persons desiring to address the School Board as a public speaker must contact the Office of Official School Board Records (OSBR) at 754-321-2390 at least five (5) days prior to this scheduled Board meeting. Those persons who have not contacted the Office of Official School Board Records at least five (5) days in advance but wish to address the Board on topics pertaining to the school district shall be placed on a waiting list if time permits during the 30 minute-time period. Public Speakers for this meeting will be heard at 5 p.m. or immediately following the meeting, whichever is earliest. Lastly, Board Members will not engage in dialogue with the speakers. No action shall be taken on a speaker's topic unless otherwise indicated on the agenda.

The School Board of Broward County, Florida, prohibits any policy or procedure which results in discrimination on the basis of age, color, disability, gender identity, gender expression, genetic information, marital status, national origin, race, religion, sex or sexual orientation. The School Board also provides equal access to the Boy Scouts and other designated youth groups. Individuals who wish to file a discrimination and/or harassment complaint may call the Director, Equal Educational Opportunities/ADA Compliance Department & District's Equity Coordinator/Title IX Coordinator at 754-321-2150 or Teletype Machine (TTY) 754-321-2158.

Individuals with disabilities requesting accommodations under the Americans with Disabilities Act Amendments Act of 2008, (ADAAA) may call Equal Education Opportunities/ADA Compliance Department at 754-321-2150 or Teletype Machine (TTY) 754-321-2158.

Any person who decides to appeal any decision made at a meeting(s) announced by this Notice with respect to any matter considered at such meeting(s) will need a record of the proceedings and for such purpose may need that a verbatim record of the proceeding is made, which records testimony and evidence upon which the appeal is to be based.

Telephone conferencing or other telecommunications technology may be used in conducting this public meeting to permit absent Board Members to participate in discussions, to be heard by other School Board Members and the public, and to hear discussions taking place during the meeting.

Notice is hereby given that two or more Board Members of The School Board of Broward County, Florida, may be participating.

INFORMATION to identify the case:
United States Bankruptcy Court, Southern District of Florida
Date cases filed for chapter 11: **10/10/22**

**Official Form 309F1 (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**

**Name of Debtor, *Other Names Used by the Debtors (if any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline*, 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer*, 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

1. **Debtors' Full Names: Vital Pharmaceuticals, Inc.** **(See above for full names of all Debtors)
2. **All Other Names Used in the Last 8 Years: See above list.**
3. **Address: 1600 N. Park Drive, Weston, FL 33326**
4. **Debtors' attorney** (Name and address): Jordi Guso, Esq., Berger Singerman LLP, 1450 Brickell Ave., #1900, Miami, FL 33131. Contact phone: (305) 755-9500
5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered:** Federal Building, 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301. Hours open 8:30 a.m. – 4:00 p.m. Contact Phone: (954) 769-5700. Clerk of Court: **Joseph Falzone.** Dated: **10/13/22.** Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll—free at (866) 222—8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)
6. ***MEETING OF CREDITORS*: 11/18/2022 at 9:30 a.m. *MEETING WILL BE HELD BY TELEPHONE* Trustee: Office of the US Trustee.** Call in number: **1-866-915-4419.** Participant Code: **6071331.** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
7. **Proof of Claim Deadline: Deadline for all creditors to file a proof of claim (except governmental units): Filing deadline: 12/19/2022. Deadline for governmental units to file a proof of claim: Filing deadline: 4/10/2023. Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International). Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007—1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below.

**When Filing Proofs of Claim:** Claims may be delivered or mailed to: **Vital Pharmaceuticals, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Proofs of Claim may also be filed electronically via the case website:** https://cases.stretto.com/VitalPharmaceuticals

8. **Exception to Discharge Deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for Filing the Complaint: 1/17/2023**
9. **Creditors with a Foreign Address:** Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 Bankruptcy Case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail:** 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036—1(B) and (C).
12. **Translating Services:** Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors.
13. **Discharge of Debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8.

FREE PUZZLES & GAMES
Play online every day at PlayJumble.com
DAILY JUMBLE
DAILY SUDOKU
COOKIE CRUSH
MAHJONG STORY
BUBBLE SHOOTER PRO
SOLITAIRE STORY
Jumble Daily | Jumble Crossword Daily | Jumble Sunday
Sudoku | Mahjong | Bubble Shooter Pro | Plus many more
TRIBUNE PUBLISHING

# EXHIBIT "B"



AFFIDAVIT FOR PROOF OF PUBLICATION

State of Florida
County of Miami Dade

November 11, 2022

I *Matthew Weisberg Being* Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as ***Miami Herald*** has full knowledge of the facts herein stated as follows:

The run of paper (ROP) advertisement in the Main section A / page 6A **October 21st** *Miami Herald* for United States Bankruptcy Court Southern District of Florida

**Notice of Chapter 11 Bankruptcy Case**

**Name of Debtor, *Other Names Used by the Debtors (if any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline*, 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer*, 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

was distributed to Publishers full circulations (Miami Herald) On the 21st$^{t}$ day of October 2022.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 11th day of November 2022

Miami Herald
MEDIA COMPANY
3511 NW 91 Avenue, Miami, FL 33172 I *********@miamiherald.com I www.miamiherald.com I www.elnuevoherald.com

**FROM PAGE 1A**

# HOUSING

in March 2020, has caused a housing-affordability crisis here like never seen before. In September, Miami-Dade reported 2,178 total sales, a 28% plunge from 3,031 sales the prior year, according to the newly released monthly housing report. Broward County had 2,348 sales in the same month, a 25% drop from 3,136 home closings in September 2021.

Buyers could get relief, if experts' predictions come to pass. The dwindling demand is expected to force sellers to eventually lower prices. And median prices fell slightly month-to-month in July and August but remained higher than a year ago.

"Sellers are still anchoring their expectations from the early 2022 demand. They are not moving sufficiently down," said Mariya Letdin, a business professor at Florida State University. "That typically happens. People are quick to raise prices, but adjusting down takes longer."

In Miami-Dade in September, median prices of single-family homes advanced 17% to $568,000, up from $485,000 a year ago, while condo prices soared by about 20% to $395,000 from $330,000. Meanwhile, Broward mid-point prices for single-family homes increased by 13% to $565,000 from $499,450 and jumped for condos by 24% to $265,000 from $213,000.

Price declines are expected to take hold in the next six to nine months, said Letdin, who has expertise in real estate and banking.

Unhappy sellers can blame shrinking demand, limited inventory and high mortgage rates as culprits finally predicted to slash the South Florida housing juggernaut. Miami-Dade has only 3.5 months of both houses and condos available, and Broward has an even thinner housing inventory, with 2.7 months of houses and 2.2 months of condos. A balanced housing market, according to real estate experts, consists of five to seven months of inventory.

Consistently rising mortgage rates — prompted by the Federal Reserve's massive push since early this year to boost its benchmark interest rate to thwart inflation — have many people putting their home-buying plans on pause. In October, national leading mortgage lender and backer Freddie Mac raised its average 30-year fixed mortgage rate to a hair below 7%, up from about 3% a year ago. That means typical monthly mortgage payments of today's buyers are sharply higher than people who bought homes last year or since the pandemic emerged.

## ANXIETY AS MOTIVATION

Dr. Lawrence Rolle, 28, saw no other choice but to buy in this pricey housing market, which has been just as cruel to renters. He needed a stable place to live at least until 2025, when he expects to conclude his medical residency at the University of Miami Jackson Health System. Rolle searched for a house in Coral Gables, Overtown and Liberty City — communities that the Atlanta native prized for their history. He could afford to buy thanks to a special physician loan that required zero money down.

After house hunting for a year, Rolle said anxiety crept in. He lost out four times to cash offers. Propelled by wealthy people who keep migrating here during the pandemic, South Florida has nearly double the rate of cash home-buyers — about 40% in

Miami-Dade and Broward last month — compared to the national average of 22%.

To make matters worse, Rolle needed to leave the room that he rented at his friend's home because a new tenant was set to move in. He worried at one point that he would become homeless, having to sleep in his car.

Influencers Realty Group real estate agent Phillip Calloway — someone with about four years of working with first-time buyers in South Florida — suggested early this year the doctor look at a 1,047-square-foot house in Liberty City with three bedrooms and a bathroom. It was a done deal for Rolle. He closed on the house in May for $340,000.

Rolle feels lucky he landed his home. Over the past two years, he has seen fellow physician residents displaced.

"I know residents that I'm friends with who had to relocate," he said. "People in the community are being forced out."

Rolle said since the union he belongs to, the Committee of Interns and Residents Service Employees International Union in Florida, fought last year to get starting salaries for medical residents boosted from $45,000 to $58,000 more of them can buy homes. He's hoping Miami-Dade's home prices will

steadily drop in the coming months to give others a chance to buy.

"People are being displaced who make Miami. We are losing the city," Rolle said. "We need changes. It is a critical period. I'm hoping things crash, even as a homeowner. I plan on having this home forever. I prefer for people to live and not suffering."

Miami-Dade experienced its first month-to-month price drop in July after prices steadily climbing from late 2021. Prices dipped again in August but then rose in September.

## 'TOUGH PILL TO SWALLOW'

South Florida's first-time homebuyers such as Rolle have faced challenges for years. Calloway found that even though interest rates were lower at the start of the pandemic, some buyers were caught off-guard by the strong competition from cash buyers.

"A lot of first-time buyers were priced out of the market because they couldn't get their offer accepted," the real estate agent said. "If you're getting in a bidding war and you have no money [to put] over appraisal value and no money to close, your offer is not getting accepted."

In recent months, Calloway has noticed more

homes are staying on the market longer. Buyers have more ability to negotiate prices and face fewer competitive bidders for homes.

"Now, if I'm a first-time homebuyer, I don't have to worry about 15 others competing against me," he said. "In most cases, I haven't written a contract putting money over appraisal value in a few months."

On the other hand, Florida State's Letdin said home sellers who still expect to make a tidy profit are slow to drop asking prices.

"That's not the market anymore. It's a tough conversation with sellers," she said. "It's a tough pill to swallow. Bad news takes longer for residential sellers to absorb."

*Rebecca San Juan:*
*305.376.2160,*
*@rebecca_sanjuan*



Greater Miami's burgeoning luxury-condo market has priced out many potential residents looking for affordable housing.
*PEDRO PORTAL pportal@miamiherald.com*

[Legal notices block — United States Bankruptcy Court, Southern District of Florida; Case No. 22-17842 bankruptcy notices regarding Vital Pharmaceuticals, Inc. and related entities. Official Form 309F1 — For Corporations or Partnerships. Notice of Chapter 11 Bankruptcy Case and associated deadlines, meeting of creditors, and instructions to creditors.]





**homeshows.net**

**The event that Miami Homeowners have been waiting for!**

# OPEN TODAY *THROUGH* SUNDAY!

## OCT 21-23

Miami-Dade County Fair & Expo Center
10901 Coral Way, Miami, FL 33165



Featured Artist, **STEPHEN GAMSON**

SCAN TO BUY TICKETS

Media Sponsor
*Miami Herald*

**MIAMI HOME** DESIGN AND REMODELING **SHOW.**

Meet **MAYA VANDER** of Netflix's *Selling Sunset*
Saturday + Sunday

**SHOP** Hundreds of Exhibitors Showcasing Thousands of Home Products and Services!
*from INTERIOR, to EXTERIOR, to HURRICANE PROTECTION, AND MORE!*

@FLHomeShows 

# **EXHIBIT "C"**

Miami Herald
el Nuevo Herald

AFFIDAVIT FOR PROOF OF PUBLICATION

State of Florida
County of Miami Dade

November 11, 2022

I *Matthew Weisberg Being* Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as ***Miami Herald*** has full knowledge of the facts herein stated as follows:

The run of paper (ROP) advertisement in the Main section A / page 7A **November 11th** *Miami Herald* for United States Bankruptcy Court Southern District of Florida Notice of Chapter 11.

INFORMATION to identify the case:
United States Bankruptcy Court, Southern District of Florida
Date cases filed for chapter 11: **10/10/22**

**Official Form 309F1 (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**

**Name of Debtor, *Other Names Used by the Debtors (if any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline,* 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer,* 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

By: *Matthew Weisberg*

Subscribed and sworn to before me this 11th day of November 2022

# As his term in office winds down, Miami Commissioner Ken Russell lands a new job

BY JOEY FLECHAS
*jflechas@miamiherald.com*

A few months before Miami Commissioner Ken Russell leaves office, he has lined up a new gig.

London-based consultancy firm Longevity Partners, which advises governments and private real estate interests on environmental sustainability issues, has hired Russell to be director for outreach in the U.S. public sector. Longevity specializes in consulting on ESG (environmental, social and governance) issues, which refer to standards used to measure the impacts of a company's investments.

Longevity has a U.S. headquarters in Austin, Texas. Russell will spearhead the opening of a new office in Miami.

"Mr. Russell is uniquely positioned to bridge the sustainability gap in the United States between the public and private sectors," reads a statement from the company. "At Longevity, he will implement essential advocacy and outreach campaigns that encourage meaningful investment in the sustainable and resilient future of the U.S."

Russell, 49, is a wholesaler of water sports equipment and former yo-yo competitor. He has served on the City Commission since 2015, representing most of the city's coastal neighborhoods in District 2. He entered politics after advocating for the cleanup of Merrie Christmas Park in Coconut Grove.

"For me, it's coming full circle for a journey that started at a contaminated park," Russell told the Miami Herald on Wednesday.

Florida law required Russell to resign before the end of his second four-year term when he ran for Congress. In August, he lost the Democratic primary for Florida's 27th Congressional District to Annette Taddeo.

Russell

Russell's last day at City Hall will be Jan. 3.

On Thursday, Longevity noted Russell's emphasis on environmentally friendly legislation, including to protect water quality and the city's tree canopy.

*Joey Flechas: 305-376-3602, @joeflech*

---

FROM PAGE 1A

# FTX

down from FTX's 30-year-old founder, Sam Bankman-Fried, the exact implications of a potential FTX bankruptcy aren't clear for the arena deal.

An affiliate of FTX's U.S. operations signed the arena deal that county commissioners approved in March 2021, and Bankman-Fried says the FTX U.S. operations aren't facing the same liquidity crunch that prompted the company to pause customer withdrawals this week .

But there are enough troubling signs — on Thursday morning, Bankman-Fried posted a statement on Twitter that included the words "I F----d Up" — that the Levine Cava administration is floating the idea of a court fight over arena dollars.

"This is an evolving situation, and Miami-Dade County is currently reviewing and gathering information about FTX's financial situation and possible next steps," Levine Cava's office said in a statement. "Should FTX be unable to meet their financial obligations under the naming rights deal, the County will explore all legal remedies."

In a brief interview outside County Hall on Thursday, Levine Cava said there are no budget challenges short-term if the FTX payment does not arrive in January.

FTX
arena
FTX arena
MATIAS J. OCNER mocner@miamiherald.com
FTX Arena, home of the Miami Heat, generates millions of dollars a year for arena owner Miami-Dade County.

"For now, we're not particularly concerned," she said. "Obviously, in the long-term, we'd need to have a solution."

FTX still owes more than $100 million on the deal, which runs through 2040 and pays out $5.5 million to $8 million a year.

Should the FTX payment not come through, the Levine Cava administration would likely shuffle dollars within the 2023 budget to cover Peace and Prosperity funds. That would then set off a hunt for a replacement sponsor under terms that could match the FTX money or leave Levine Cava with the choice of dipping into tax dollars permanently to fund one of her signature initiatives.

While FTX aired a Super Bowl ad with Larry David this year, the company was relatively obscure in early 2021 when the Levine Cava administration negotiated a deal with Bankman-Fried to take over an arena-sponsorship deal once held by American Airlines. The deal made Miami the first home to a crypto-sponsored sports venue. The FTX logo replaced the iconic silhouette of a jet on the arena roof to fully brand the facility the FTX Arena.

Rather than use the new revenue to offset Miami-Dade's $5 million subsidy for the Heat organization that runs the arena, Levine Cava and commissioners approved a plan to pump the FTX money into local programs.

This year's budget has about $2.5 million in Peace and Prosperity programs funded by FTX dollars, including $2 million for the Parks Department's Fit 2 Lead program and about $500,000 for youth programs run by the Miami-Dade Police Department. Commissioners also set aside about a third of the annual FTX money for expenditures in their districts.

American Airlines opted not to renew its arena deal when it expired at the end of 2019, and the administration of then-Mayor Carlos Gimenez pursued the hunt for the next sponsor rather than let the Heat manage the process.

Levine Cava inherited the search when she took office in 2020. County negotiators front-loaded the FTX deal with large upfront payments, and Miami-Dade has already received nearly $20 million from the agreement, according to the county's Finance Department.

*Douglas Hanks: 305-376-3605, @doug_hanks*

---

INFORMATION to identify the case:
United States Bankruptcy Court, Southern District of Florida
Date cases filed for chapter 11: **10/10/22**

**Official Form 309F1 (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**

**Name of Debtor, *Other Names Used by the Debtors (If any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline*, 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer*, 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

1. **Debtors' Full Names: Vital Pharmaceuticals, Inc.**
   ****(See above for full names of all Debtors)**
2. **All Other Names Used in the Last 8 Years: See above list.**
3. **Address: 1600 N. Park Drive, Weston, FL 33326**
4. **Debtors' attorney** (Name and address): Jordi Guso, Esq., Berger Singerman LLP, 1450 Brickell Ave., #1900, Miami, FL 33131. Contact phone: (305) 755-9500
5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered:** Federal Building, 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301. Hours open 8:30 a.m. – 4:00 p.m. Contact Phone: (954) 769-5700. Clerk of Court: **Joseph Falzone.** Dated: **10/13/22.** Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll—free at (866) 222—8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)
6. ***MEETING OF CREDITORS*: 11/18/2022 at 9:30 a.m. *MEETING WILL BE HELD BY TELEPHONE* Trustee: Office of the US Trustee.** Call in number: **1-866-915-4419.** Participant Code: **6071331.** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
7. **Proof of Claim Deadline: Deadline for all creditors to file a proof of claim (except governmental units): Filing deadline: 12/19/2022. Deadline for governmental units to file a proof of claim: Filing deadline: 4/10/2023. Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International). Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent,* or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007—1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below.
   **When Filing Proofs of Claim:** Claims may be delivered or mailed to: **Vital Pharmaceuticals, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Proofs of Claim may also be filed electronically via the case website:** https://cases.stretto.com/VitalPharmaceuticals
8. **Exception to Discharge Deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for Filing the Complaint: 1/17/2023**
9. **Creditors with a Foreign Address:** Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 Bankruptcy Case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail:** 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036—1(B) and (C).
12. **Translating Services:** Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors.
13. **Discharge of Debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8.

PROVIDING TRUSTED SERVICE SINCE 2002

HomeAdvisor
TOP RATED

A+
BBB
ACCREDITED BUSINESS

Angi

ALPHA FOUNDATIONS
A Groundworks Company

FOUNDATION REPAIR
CRAWL SPACE REPAIR
CONCRETE LIFTING

FALL INTO SAVINGS!
up to
$525
OFF ANY SERVICE*
* Ten percent off any job over $2500 up to a max of $525.
Coupon must be presented at time of inspection. Offer may
not be combined with any other offer. Limit one per customer.
Ask inspector for further details. Promo valid through 11/30/2022

FL Lic: CBC1257350 | GA Lic: RLQA003805 | AL Lic: 27267

+ Affordable Payment Plans + Nationally-backed Transferable Warranties

Call for a FREE INSPECTION
(786) 751-4881



# **EXHIBIT "D"**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 10/21/2022

ADVERTISER: Vital Pharmaceuticals, Inc

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
21st day of
October 2022

Notary Public

# BIGGEST 1,000 STOCKS

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

INFORMATION to identify the case:
United States Bankruptcy Court, Southern District of Florida
Date cases filed for chapter 11: **10/10/22**

**Official Form 309F1 (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**

**Name of Debtor, *Other Names Used by the Debtors (If any)*, EIN, Case No.:** Vital Pharmaceuticals, Inc., *d/b/a Bang Energy, d/b/a VPX Sports, d/b/a Redline, d/b/a Quash Life Lift, d/b/a VPX, d/b/a VPX/Redline,* 65-0668430, Case No. 22-17842-PDR; Bang Energy Canada, Inc., 83-4135454, Case No. 22-17844-PDR; JHO Intellectual Property Holdings, LLC, 82-3700010, Case No. 22-17845-PDR; JHO Real Estate Investment, LLC, 84-2849394, Case No. 22-17847-PDR; Quash Seltzer, LLC, *d/b/a Mixx, d/b/a Bang the Fixx, d/b/a Bang the Fixx Hard Seltzer, d/b/a Fixx Seltzer, d/b/a The Fixx Seltzer, d/b/a Fixx Hard Seltzer, d/b/a The Fixx Hard Seltzer, d/b/a Bang Seltzer, d/b/a Bang Hard Seltzer,* 85-2336501, Case No. 22-17848-PDR; Rainbow Unicorn Bev LLC, 88-2632254, Case No. 22-17849-PDR; Vital Pharmaceuticals International Sales, Inc., 81-0918019, Case No. 22-17850-PDR

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

1. **Debtors' Full Names: Vital Pharmaceuticals, Inc.**
**(See above for full names of all Debtors)
2. **All Other Names Used in the Last 8 Years: See above list.**
3. **Address: 1600 N. Park Drive, Weston, FL 33326**
4. **Debtors' attorney** (Name and address): Jordi Guso, Esq., Berger Singerman LLP, 1450 Brickell Ave., #1900, Miami, FL 33131. Contact phone: (305) 755-9500
5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered:** Federal Building, 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301. Hours open 8:30 a.m. – 4:00 p.m. Contact Phone: (954) 769-5700. Clerk of Court: **Joseph Falzone.** Dated: **10/13/22.** Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)
6. ***MEETING OF CREDITORS*: 11/18/2022 at 9:30 a.m. *MEETING WILL BE HELD BY TELEPHONE* Trustee: Office of the US Trustee**. Call in number: **1-866-915-4419.** Participant Code: **6071331.** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
7. **Proof of Claim Deadline: Deadline for all creditors to file a proof of claim (except governmental units): Filing deadline: 12/19/2022. Deadline for governmental units to file a proof of claim: Filing deadline: 4/10/2023. Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov, any bankruptcy clerk's office, on the case website at https://cases.stretto.com/VitalPharmaceuticals, or by calling the toll-free information line at (855) 493-7375 or (949) 996-7720 (International). Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent,* or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov or at the case website of https://cases.stretto.com/VitalPharmaceuticals. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below.
**When Filing Proofs of Claim:** Claims may be delivered or mailed to: **Vital Pharmaceuticals, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Proofs of Claim may also be filed electronically via the case website:** https://cases.stretto.com/VitalPharmaceuticals
8. **Exception to Discharge Deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for Filing the Complaint: 1/17/2023**
9. **Creditors with a Foreign Address:** Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 Bankruptcy Case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Option to Receive Notices Served by the Clerk by Email instead of by U.S. Mail:** 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C).
12. **Translating Services:** Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors.
13. **Discharge of Debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8.

## PUBLIC NOTICES

### NOTICE OF PUBLIC AUCTION

Reference is hereby made to the Indenture dated as of November 10, 2005 (as amended or supplemented from time to time, the " Indenture"), by and among JER CRE CDO 2005-1, Limited, as Issuer, JER CRE CDO 2005-1, LLC, as Co-Issuer, and U.S. Bank Trust Company, National Association (" U.S. Bank Trust Company"), successor in interest to U.S. Bank National Association (successor in interest to Bank of America, N.A., successor by merger to LaSalle Bank National Association), as Trustee and Collateral Agent (in such capacities, together or as applicable, the " Trustee"), and U.S. Bank National Association (successor in interest to Bank of America, N.A., successor by merger to LaSalle Bank National Association) as Securities Intermediary. In accordance with the applicable provisions of the Indenture and the Uniform Commercial Code as in effect in the State of New York (" UCC"), the following assets will be sold (individually or on a portfolio basis) to the highest qualified bidder(s) at a Public Auction to be held at 10:00 a.m. (prevailing Eastern time) on Tuesday, November 1, 2022 (the "Bid Deadline")*:

| No. | CUSIP | Security | Original Principal Amount ($) |
|---|---|---|---|
| 1 | 46625YJV6 | JPMCC 2005-CB11 J | 6,754,000.00 |
| 2 | 46625YJU8 | JPMCC 2005-CB11 H | 3,000,000.00 |
| 3 | 22541SM47 | CSFB 2004-C4 G | 5,226,000.00 |
| 4 | 55445RAS6 | MACH 2004-1A O | 5,365,000.00 |
| 5 | 05947UE53 | BACM 2005-1 H | 2,500,000.00 |
| 6 | 05947UE61 | BACM 2005-1 J | 5,805,000.00 |
| 7 | 05947UE79 | BACM 2005-1 K | 6,708,000.00 |
| 8 | 05947UE87 | BACM 2005-1 L | 6,708,000.00 |
| 9 | 05947UE95 | BACM 2005-1 M | 2,902,000.00 |
| 10 | 05947UF29 | BACM 2005-1 N | 5,805,000.00 |
| 11 | 05947UF37 | BACM 2005-1 O | 8,611,000.00 |
| 12 | 22541SM62 | CSFB 2004-C4 J | 4,268,000.00 |
| 13 | 22541SM70 | CSFB 2004-C4 K | 5,691,000.00 |
| 14 | 22541SM54 | CSFB 2004-C4 H | 2,845,000.00 |
| 15 | 22541SM88 | CSFB 2004-C4 L | 4,267,000.00 |
| 16 | 22541SM96 | CSFB 2004-C4 M | 2,846,000.00 |
| 17 | 22541SN20 | CSFB 2004-C4 N | 4,267,000.00 |
| 18 | 225458SF6 | CSFB 2005-C2 J | 8,025,000.00 |
| 19 | 225458SG4 | CSFB 2005-C2 K | 6,026,000.00 |
| 20 | 225458SH2 | CSFB 2005-C2 L | 6,025,000.00 |
| 21 | 225458SJ8 | CSFB 2005-C2 M | 2,007,000.00 |
| 22 | 225458SK5 | CSFB 2005-C2 N | 6,019,000.00 |
| 23 | 225458SL3 | CSFB 2005-C2 O | 6,019,000.00 |
| 24 | 225458SE9 | CSFB 2005-C2 H | 3,500,000.00 |
| 25 | 46625YFP3 | JPMCC 2004-C3 M | 7,484,000.00 |
| 26 | 46625YFM0 | JPMCC 2004-C3 K | 5,587,000.00 |
| 27 | 46625YFN8 | JPMCC 2004-C3 L | 5,690,000.00 |
| 28 | 46625YFQ1 | JPMCC 2004-C3 N | 3,793,000.00 |
| 29 | 46625YFR9 | JPMCC 2004-C3 P | 5,691,000.00 |
| 30 | 46625YFS7 | JPMCC 2004-C3 Q | 5,690,000.00 |
| 31 | 46625YJW4 | JPMCC 2005-CB11 K | 7,005,000.00 |
| 32 | 46625YJX2 | JPMCC 2005-CB11 L | 6,753,000.00 |
| 33 | 46625YJY0 | JPMCC 2005-CB11 M | 4,503,000.00 |
| 34 | 46625YJZ7 | JPMCC 2005-CB11 N | 4,502,000.00 |
| 35 | 52108H5H3 | LBUBS 2005-C3 L | 5,375,000.00 |
| 36 | 52108H5J9 | LBUBS 2005-C3 M | 2,459,000.00 |
| 37 | 52108H5K6 | LBUBS 2005-C3 N | 2,458,000.00 |
| 38 | 52108H5L4 | LBUBS 2005-C3 P | 4,917,000.00 |
| 39 | 52108H5M2 | LBUBS 2005-C3 Q | 2,458,000.00 |
| 40 | 52108H5N0 | LBUBS 2005-C3 S | 4,917,000.00 |
| 41 | 59022HLV2 | MLMT 2005-CKI1 L | 11,527,000.00 |
| 42 | 59022HLW0 | MLMT 2005-CKI1 M | 3,842,000.00 |
| 43 | 59022HLX8 | MLMT 2005-CKI1 N | 7,684,000.00 |
| 44 | 59022HLY6 | MLMT 2005-CKI1 P | 11,527,000.00 |
| 45 | 59022HLT7 | MLMT 2005-CKI1 J | 4,476,217.00 |
| 46 | 59022HLU4 | MLMT 2005-CKI1 K | 9,526,000.00 |
| 47 | 617451AV1 | MSC 2005-IQ10 H | 5,000,000.00 |
| 48 | 617451BB4 | MSCI 2005-IQ10 O | 5,801,000.00 |
| 49 | 617451AY5 | MSCI 2005-IQ10 L | 5,801,000.00 |
| 50 | 617451AZ2 | MSCI 2005-IQ10 M | 5,801,000.00 |
| 51 | 617451AW9 | MSCI 2005-IQ10 J | 3,867,000.00 |
| 52 | 617451AX7 | MSCI 2005-IQ10 K | 7,734,000.00 |
| 53 | 617451BA6 | MSCI 2005-IQ10 N | 3,867,000.00 |

Additional Information. All bids must be submitted by the above-noted Bid Deadline in accordance with the terms and conditions set forth in a bid package (the " Bid Package") relating to this Public Auction. In addition, please be advised that the sale of the above-noted assets (individually or on a portfolio basis) will be made only to the highest qualified bidder(s) and may be subject to a reserve level. For additional information regarding this Public Auction, and to obtain a Bid Package, please contact Dock Street Capital Management LLC, 575-B Riverside Avenue, Westport, CT 06880, Attn: David Crowle, Managing Partner, Telephone No. (212) 457-8258, Facsimile No.: (212) 457-8269, E-mail: liquidations@dockstreetcap.com; and Jeffrey Holtman, Managing Partner, Telephone No.: (212) 457-8255, Facsimile No.: (212) 457-8269, E-mail: liquidations@dockstreetcap.com. The Public Auction will be a public disposition (within the meaning of Section 9-610 of the UCC).

Disclaimer. The Trustee is authorized at this Public Auction, if it deems it necessary or advisable or is required by applicable law: (a) to restrict the prospective bidders on, or purchasers of, any of the above-noted assets to be sold to those persons who (i) represent and warrant that they are a " qualified institutional buyer," as such term is defined in Rule 144A(a)(i) promulgated by the SEC under the Securities Act of 1933, as amended (the " Act"), and a " qualified purchaser" for purposes of Section 3(c)(7) of the United States Investment Company Act of 1940, as amended; and (ii) agree that they will not resell such assets without compliance with the registration requirements of the Act and applicable state securities laws or pursuant to valid exemptions therefrom and (b) to impose such other limitations or conditions in connection with this Public Auction as the Trustee deems necessary or advisable in order to comply with the Act or any other applicable law, or requirements of the Indenture.

* All information contained herein is made to the best of the knowledge of the Trustee as of the close of business on October 16, 2022.

## BUSINESS OPPORTUNITIES

**DRY EYE SOLUTION®**
All natural dry eye treatment
Product brand acquisition offering
Distributed in the U.S.A., S. Korea, China
Current sales $22 million U.S.
541-660-5231 No Text messages
Willem.biologicaquaresearch@gmail.com

## COMMERCIAL REAL ESTATE

**Commercial 6200 SF Whse/ Office 2+ acres**
I-90 direct access (1 of few left between Chicago & Sioux Falls) Growing area between Rochester/Mankato MN. 6 loading dock height doors. Two 16 ft doors with grade level access. Office insulated with 2 x 6 firewalls
$349,900
Contact Kari 715-977-1344
https://matrix.commondataplatform.com/matrix/shared/9MJHk42Zbj/121014thStreetNE

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

SOLD

© 2022 Dow Jones & Company, Inc.
All Rights Reserved.

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| Brown & Brown | BRO | 0.8 | .115/.1025 | Q | Nov16/Nov02 |
| Celanese | CE | 3.0 | .70/.68 | Q | Nov14/Oct31 |
| Crown Castle | CCI | 4.6 | 1.565/1.47 | Q | Dec30/Dec15 |
| Prosperity Bancshares | PB | 3.1 | .55/.52 | Q | Jan03/Dec15 |
| Stepan Co | SCL | 1.5 | .365/.335 | Q | Dec15/Nov30 |
| **Stocks** | | | | | |
| Unity Biotechnology | UBX | | 1:10 | | /Oct20 |
| Uxin ADR | UXIN | | 1:10 | | /Oct28 |
| **Foreign** | | | | | |
| ASML Holding | ASML | 1.3 | 1.13931 | Q | Nov14/Nov04 |
| Hoegh LNG 8.75% Pfd A | HMLPpA | 10.0 | .54688 | Q | Nov15/Nov08 |

Sources: FactSet; Dow Jones Market Data

KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.

## New Highs and Lows

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. % CHG-Daily percentage change from the previous trading session.

Thursday, October 20, 2022

### Highs

### Lows

Continued on Page B9