UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING A KEY EMPLOYEE RETENTION PLAN**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for notice with respect to the hearing to consider approval of the *Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* (the "KERP Motion") [ECF No. 341] filed by the Debtors contemporaneously herewith, so that the KERP Motion may be heard at the hearing currently scheduled for December 1, 2022 at 2:00 p.m. (the "Hearing"). In support of this Motion, the Debtors respectfully state as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11762905-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

**Relief Requested**

8. Bankruptcy Rule 2002(a)(2) requires twenty one (21) days' notice prior to the hearing date for a proposed use, sale, or lease of property of the estate other than in the ordinary course of business. *See* Fed. R. Bankr. P. 2002(a)(2).

9. By the KERP Motion, the Debtors seek authority to implement a key employee retention plan (the "KERP") to certain non-insider employees (collectively, the "KERP Participants"), and granting administrative expense status to the retention payments paid thereunder. Collectively, the KERP Participants maintain valuable industry expertise and specific

11762905-1

knowledge of the Debtors' businesses, and are vital to the success of the Debtors' ability to operate and generate revenue.  As set forth in the KERP Motion, the Debtors believe that the KERP will help prevent the significant and costly turnover of employees during the chapter 11 cases, thus preserving value for the Debtors, their estates, and their stakeholders.  The Debtors have determined that implementation of the KERP is necessary to motivate and retain the KERP Participants throughout the chapter 11 cases and ensure that the Debtors' anticipated business needs will be met during the chapter 11 cases.

10. In light of the foregoing, the Debtors submit that consideration of the KERP Motion at the Hearing is appropriate and in the best interests of the Debtors, their estates, creditors, and other parties in interest so that the relief requested in the KERP Motion, which is inextricably tied to the Debtors' efforts to maximize the value of their estates through the remainder of the chapter 11 cases, can be approved as soon as possible.  The Debtors do not believe that the relief requested herein will unfairly prejudice any party in interest because the Debtors are only seeking to shorten notice of the KERP Motion by four (4) days so that it can be heard on December 1, 2022.

11. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing to consider the KERP Motion.

12. Prior to filing, the Debtors provided a draft of the KERP Motion to counsel for the Committee and also provided the Committee's professional with additional information requested by them to assist their evaluation of the relief requested in the KERP Motion.  While the Committee has not yet consented to the relief requested in the KERP Motion, the Debtors reasonably believe that they and the Committee will reach agreement prior to the date of the proposed hearing.  If the parties do not reach agreement as to the relief requested in the KERP Motion prior to the proposed December 1, 2022 hearing date, the Debtors have agreed, subject to the approval of the Court, to defer the hearing on the KERP Motion until December 6, 2022.

11762905-1

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **Exhibit "A"**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the KERP Motion; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: November 14, 2022
       Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
       whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

*Proposed Co-Counsel for the Debtors*

11762905-1

# **EXHIBIT "A"**

## **(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING A KEY EMPLOYEE RETENTION PLAN**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Notice of Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* (the "Motion") [ECF No. ___]. The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11762981-1

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(2), for the hearing to consider the *Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* (the "KERP Motion") is shortened, and the Court will conduct the hearing to consider the KERP Motion on **December 1, 2022 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

2

11762981-1

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3