**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors | (Jointly Administered) |
| _____/ | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* (ECF No. 335) on Ardagh Metal Packaging USA Corp. ("Ardagh")'s *Motion for Relief from the Automatic Stay, and alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* (ECF No. 330) was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on November 14, 2022, and via first-class U.S. Mail on November 15, 2022 on all parties identified on the Service List below who are not receiving electronic notice.

Dated: November 15, 2022         Respectfully submitted,

                                             */s/ Ronald Bruckmann*
                                             David H. Conaway (NC Bar #10648)
                                             *Pending Admission Pro Hac Vice*
                                             Ronald D.P. Bruckmann (FL Bar # 84912)
                                             SHUMAKER, LOOP & KENDRICK, LLP
                                             101 S. Tryon Street, Suite 2200
                                             Charlotte, NC  28280
                                             Telephone: 704.375.0057
                                             dconaway@shumaker.com
                                             rbruckmann@shumaker.com
                                             *Attorneys for Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc.*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are:  (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## SERVICE LIST

*Debtors*
Vital Pharmaceuticals, Inc., *et al.*
1600 N. Park Dr.
Weston, FL 33326

*Debtors' Counsel*
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave #1900
Miami, FL 33131

George A. Davis, Esq.
Tianjiao Li, Esq.
Brian S. Rosen, Esq.
Jonathan J. Weichselbaum, Esq.
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Stellar Group, Inc.
Attn: Clint E. Pyle
2900 Hartley Rd.
Jacksonville, FL 32257-8221

Trinity Logistics, Inc.
Attn: Douglas Potvin
50 Fallon Avenue
Seaford, DE 19973

ORBIS RPM, LLC
Attn: Legal
1055 Corporate Center Drive
Oconomowoc, Wisconsin 53066

*Committee Counsel*
Leyza Blanco, Esq.
Fernando Menendez, Esq.
Juan Mendoza, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Jeffrey Cohen, Esq.
Eric Chafetz, Esq.
Jordana Renert, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Archer Daniels Midland Co.
Attn: Mark H. Speiser
4666 Faries Parkway
Decatur, IL 62526

Crown Cork & Seal USA, Inc.
Attn: Ron Cenderelli
770 Township Line Road
Yardley, PA 19067

XPO Logistics, L.L.C.
Attn: Stephanie Penninger
11215 North Community House Road
Charlotte, NC 28277

QuickTrip Corporation
Attn: Marshall J. Wells
4705 S. 129th Ease Ave.
Tulsa, OK 74134