UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.,                                Chapter 11

    Debtor.
_____/

## EX PARTE MOTION TO APPEAR PRO HAC VICE

1.    I, Ezequiel J. Romero, Esq. ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, request that this Court admit *pro hac vice* **Jarret P. Hitchings** ("Visiting Attorney"), an attorney admitted to practice in the State of Delaware and Commonwealth of Pennsylvania, and is currently in good standing in the United States District Court(s) for the District of Delaware, Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. Visiting Attorney is qualified to practice in this Court, and proposes to act as counsel for **Doehler USA, Inc.** and **Dohler Dahlenburg G.m.b.H** ("Clients") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

2.    I am aware that the local rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for such Clients, unless the Court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this Court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

5. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated: November 16, 2022

Respectfully submitted,

/s/ Ezequiel J. Romero  
Ezequiel J. Romero

        Florida Bar No. 107216
        romeroe@bclplaw.com
        BRYAN CAVE LEIGHTON PAISNER LLP
        200 South Biscayne Boulevard, Suite 400
        Miami, FL 33131
        Telephone: (786) 322-7399
        *Local Counsel for Doehler USA Inc. and*
        *Dohler Dahlenburg G.m.b.H*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Ex-Parte Motion to Appear Pro Hac Vice was furnished on November 16, 2022 to all parties and counsels registered with the Court's CM/ECF filing system.

        /s/ Ezequiel J. Romero
        Ezequiel J. Romero, Esq.