UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                   Chapter 11 Proceeding
                                                            Case No.:        22-17842-PDR

VITAL PHARMACEUTICALS, INC.

      Debtor
_____/

## HACI MECHANICAL CONTRACTORS, INC.'S
## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby files this Notice of Appearance as counsel for creditor, HACI MECHANICAL CONTRACTORS, INC., an Arizona corporation ("HACI"), and hereby request that copies of all future pleadings and notices which HACI is entitled to receive be sent to the undersigned:

Matthew G. Davis, Esq.
Alston A. Merritt, Esq.
Paskert Divers Thompson
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
mdavis@pdtlegal.com
amerritt@pdtlegal.com
jdorta@pdtlegal.com
dcull@pdtlegal.com

This Notice of Appearance and Request for Service is submitted for the purpose of receiving copies of all notices, pleadings, judgments, and orders in this case.

DATED November 16, 2022.

Respectfully submitted,

*/s/ Matthew G. Davis*
MATTHEW G. DAVIS, ESQ.
Florida Bar No. 58464

Email: mdavis@pdtlegal.com
A. ALSTON MERRITT, ESQ.
Florida Bar No. 1010102
amerritt@pdtlegal.com
PASKERT DIVERS THOMPSON
100 N. Tampa Street, Suite 3700
Tampa, Florida 33602
813-229-3500 – telephone
813-229-3502 – facsimile
*Counsel for HACI Mechanical Contractors, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed in this bankruptcy case on November 16, 2022.

/s/ Matthew G. Davis
Attorney