UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **VITAL PHARMACEUTICALS, INC.,** *et al.,* | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Joint Administration) |

### EASTGROUP PROPERTIES, L.P.'S NOTICE OF COMPLIANCE OF AGREED ORDER GRANTING, IN PART, EASTGROUP PROPERTIES, L.P.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MOTION TO COMPEL IMMEDIATE PAYMENT OF ADMINISTRATIVE RENT [D.E.226]

Pursuant to the Court's Agreed Order Granting, In Part, EastGroup Properties, L.P.'S Motion For Relief From The Automatic Stay And Motion To Compel Immediate Payment Of Administrative Rent dated October 27, 2022 [D.E.226], Movant, EASTGROUP PROPERTIES, L.P. ("EastGroup" or "Movant"), by and through undersigned counsel, gives notice that on November 15, 2022, EastGroup Properties, L.P. filed its Proof of Claim (#108) for Rejection Damages by filing its claim electronically via the following case website: https://cases.stretto.com/VitalPharmaceuticals, and is in compliance with the Order.

Dated: November 16, 2022

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for EastGroup Properties, L.P.
633 S. Andrews Avenue, #500
Fort Lauderdale, Florida 33301
Telephone:   (954) 523-0900
Facsimile:    (954) 915-9016
E-mail: tabrams@tabramslaw.com
By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 16th day of November, 2022, via U.S. Mail and/or electronically via CM/ECF to *all parties registered to receive electronic notice* and as noted on the attached service list*:* including but not limited to Debtors counsel Jordi Guso, Esq., jguso@bergersingerman.com, 1450 Brickell Ave .#1900, Miami, FL 33131.

## SERVICE LIST

*Notice Service via CM/ECF electronic filing:*

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inoruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

By: /s/ Thomas L. Abrams, Esq.
      Thomas L. Abrams, Esquire