*EXHIBIT B*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JEFFREY COHEN IN SUPPORT OF APPLICATION OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER**
**AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF**
**LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF NOVEMBER 2, 2022**

Jeffrey Cohen hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C.  I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York. I am admitted to this Court in the Chapter 11 Cases *pro hac vice*.

2.      This Declaration is submitted in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (colletively, the "Debtors") for entry of an order authorizing and approving the Committee's employment and retention of Lowenstein Sandler as lead counsel to the Committee, effective as of November 2, 2022.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3.     The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

     (a)    advising the Committee with respect to its rights, duties, and powers in the Chapter 11 Cases;

     (b)    assisting and advising the Committee in its consultations with the Debtors relative to the administration of the Chapter 11 Cases;

     (c)    assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

     (d)    assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' business;

     (e)    assisting the Committee in analyzing (i) the Debtors' pre-petition financing, (ii) proposed use of cash collateral, and (iii) the Debtors' proposed debtor-in-possession financing ("DIP Financing"), the terms and conditions of the proposed DIP Financing and the adequacy of the proposed DIP Financing budget;

     (f)    assisting the Committee in its investigation of the liens and claims of the holders of the Debtors' pre-petition debt and the prosecution of any claims or causes of action revealed by such investigation;

     (g)    assisting the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, sale of assets, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

     (h)    assisting and advising the Committee as to its communications to unsecured creditors regarding significant matters in the Chapter 11 Cases;

     (i)    representing the Committee at hearings and other proceedings;

     (j)    reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

     (k)    assisting the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives in the

Chapter 11 Cases, including without limitation, the preparation of retention papers and fee applications for the Committee's professionals, including Lowenstein Sandler;

(l)     assisting the Committee and providing advice concerning the proposed sale of substantially all of the Debtors' assets, including issues concerning any potential competing bidders and the auction process;

(m)     assisting the Committee with respect to issues that may arise concerning the Debtors' unionized employees;

(n)     preparing, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

(o)     performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4.     As of the date of this Declaration, Lowenstein Sandler has not received a retainer or compensation in connection with its proposed representation of the Committee in the Chapter 11 Cases.

5.     Subject to the Court's approval, and pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and any procedures which this Court may fix, Lowenstein Sandler shall seek compensation on an hourly basis, plus reimbursement of its actual and necessary expenses incurred, in connection with representing the Committee in these Chapter 11 Cases.  Lowenstein Sandler's compensation shall be in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

6.     Lowenstein Sandler's hourly rates are as follows:

| Partners of the Firm | $690 - $1,715 |
|---|---|
| Of Counsel | $790 - $1,390 |

| Senior Counsel and Counsel (generally 7 or more years' experience) | $560 - $1,330 |
|---|---|
| Associates (generally less than 7 years' experience) | $450 - $910 |
| Paralegals, Practice Support and Assistants | $220 - $395 |

7.      Following negotiations between Lowenstein Sandler and the Committee, Lowenstein Sandler has agreed discount its fees by 10%.  There will be no limitation on Lowenstein Sandler's right to seek reimbursement of all out-of-pocket disbursements and expenses.

8.      The hourly charges for the attorneys and legal assistants who will render services to the Committee are based upon the experience and expertise of the attorney or legal assistant involved.  The hourly rates set forth above are subject to periodic adjustments, which occur annually on or about January 1 each year, to reflect economic and other conditions.  Lowenstein Sandler will advise the Debtors, the Committee and the United States Trustee for the Southern District of Florid (the "U.S. Trustee") of any increases in its hourly rates.  Pursuant to Local Bankruptcy Rule 2014-1, Lowenstein Sandler will file and serve a supplemental declaration setting forth any additional material information relating to its employment promptly after learning of any such material information.

9.      Lowenstein Sandler will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above.  It is Lowenstein Sandler's policy to charge its clients in all areas of practice for all disbursements and expenses incurred in the rendition of services.  These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings (including transcripts).[3]

---

[3] Lowenstein Sandler may hire temporary and/or contract attorneys who may perform services in connection with the Chapter 11 Cases. Lowenstein Sandler submits that payments made to temporary/contract attorneys do not constitute a division or sharing of compensation that is prohibited by statute and makes this voluntary disclosure in an abundance of caution.  Lowenstein Sandler will not charge a markup to the Committee with respect to fees billed by such attorneys and they will be recorded as an expense on Lowenstein Sandler's invoices.

10.     In connection with its proposed retention by the Committee in these Chapter 11 Cases, Lowenstein Sandler undertook to determine whether it had any contacts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates and the interests of the Committee with respect to the matters on which it will be engaged.

11.     Lowenstein Sandler obtained the names of individuals and entities that may be parties in interest in the Chapter 11 Cases and such parties are listed on **Schedule 1** attached hereto (the "Potential Party List").  Lowenstein Sandler has searched its electronic database for its connections to the entities listed on the Potential Party List.

12.     Attached hereto as **Schedule 2** is a list of parties that Lowenstein Sandler may currently represent or may have represented in the past on matters wholly unrelated to the Chapter 11 Cases, and professionals with whom Lowenstein Sandler may have served as co-counsel, including parties who appear on the Potential Party List.

13.     Except as disclosed herein or on Schedule 2 attached hereto, neither I, Lowenstein Sandler, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Florida.

14.     To the best of my knowledge, none of the entities that appear on Schedule 2 or that have been otherwise disclosed herein, have generated revenue for Lowenstein Sandler in an amount of one percent (1%) or more of Lowenstein Sandler's gross revenue in calendar years 2019, 2020, or 2021.

15.     Lowenstein Sandler does not represent the Debtors, or any of the Debtors' current officers and directors, identified on the Potential Party List.

16.     To the best of my knowledge, after diligent inquiry, Lowenstein Sandler is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as

Lowenstein Sandler, its partners, counsel, and associates: (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two (2) years before the date of the filing of the Chapter 11 Cases, a director, officer, or employee of the Debtors; and (c) do not represent or hold an interest adverse to the interests of the estates with respect to the matters in which Lowenstein Sandler is proposed to be employed.

17.    Lowenstein Sandler, which employs approximately 350 attorneys, has a large and diversified legal practice that encompasses the representation of, and representations adverse to, many entities and individuals, some of which are or may consider themselves to be creditors or parties in interest in the Chapter 11 Cases, or otherwise to have interests in the Chapter 11 Cases.

18.    In addition, Lowenstein Sandler likely represents, and may in the future represent, creditors of the Debtors who have not yet been disclosed by the Debtors in matters unrelated to the Debtors, or the Chapter 11 Cases.

19.    Lowenstein Sandler, from time to time, may work with, represent, engage, and receive referrals from the attorneys and financial advisors or consultants retained by the Debtors, the various lenders, the Committee or creditors of the Debtors. Lowenstein Sandler currently works with, and has in the past worked with, the professionals engaged by the Debtors and the other professionals retained by the Committee on matters unrelated to the Debtors and the Chapter 11 Cases.

20.    Lowenstein Sandler will not represent any entity other than the Committee in matters related to the Chapter 11 Cases.

21.    No promises have been received by Lowenstein Sandler or any member, counsel, or associate thereof as to payment or compensation in connection with the Chapter 11 Cases, other than in accordance with the provisions of the Bankruptcy Code.  Lowenstein Sandler does not have an agreement with any other entity to share any compensation received by Lowenstein Sandler in connection with the Chapter 11 Cases.

22.    The foregoing constitutes the statement of Lowenstein Sandler pursuant to Bankruptcy Rule 2014.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

23.     As this Court is aware, the Executive Office for United States Trustees ("EOUST") recently adopted the new *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines").  By their terms, the Appendix B Guidelines "apply to the USTP's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as an update to the original Guidelines (the "Appendix A Guidelines") adopted by the EOUST in 1996.  The Appendix A Guidelines have been a part of this Court's local procedures for years. In other chapter 11 cases where it has been retained, Lowenstein Sandler has filed its fee applications in compliance with the Appendix A Guidelines.

24.     Among other things, the Appendix B Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code.  As the Appendix B Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority," and it remains to be seen how the Appendix B Guidelines will be incorporated into larger chapter 11 cases.

25.     Lowenstein Sandler intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B Guidelines both in connection with this Application and the interim and final fee applications to be filed by Lowenstein Sandler in the course of its engagement.  It is Lowenstein Sandler's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the EOUST to adopt the Appendix B Guidelines; however, in doing so, Lowenstein Sandler reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Appendix B Guidelines.

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

26.    The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Appendix B Guidelines.

Question:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:    Yes.  Lowenstein Sandler has agreed to a discount on its fees of 10%, as stated in paragraph 7 above.

Question:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:    No.

Question:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Response:    Lowenstein Sandler did not represent the Committee prior to the Petition Date.

Question:    Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response:    Lowenstein Sandler expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Lowenstein Sandler reserves all rights.  The Committee has approved Lowenstein Sandler's proposed hourly billing rates.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated: November 16, 2022                    _/s/ Jeffrey Cohen_____
                                           Jeffrey Cohen, Esq.

-8-

## SCHEDULE 1

## POTENTIAL PARTY LIST[4]

1. **Debtors and Affiliated Entities**

| | |
|---|---|
| Vital Pharmaceuticals, Inc. | Entourage IP Holdings, LLC |
| Vital Pharmaceuticals International Sales, Inc. | Bang Energy Canada, ULC |
| Bang Energy Canada, Inc. | Bang Jets, LLC |
| JHO Intellectual Property Holdings, LLC | Bang Energy Mexico S. DE R.L. de C.V. |
| JHO GA-1 Investment, LLC | Bang Energy B.V. |
| JHO NV-1 Investment, LLC | Bang Energy (Australia) Pty Ltd. |
| JHO Real Estate Investment, LLC | Bang Energy VPX Sports Ecuador S.A.S. |
| Sheridan Real Estate Investment A, LLC | Bang Energy Costa Rica LTDA |
| Sheridan Real Estate Investment B, LLC | Bang Energy Peru S.A.C. |
| Sheridan Real Estate Investment C, LLC | Bang Energy Brazil LTDA (Brazil) |
| Quash Seltzer, LLC | Bang Energy Chile SPA |
| Rainbow Unicorn Bev LLC | Bang Energy Colombia SAS |

2. **Debtors' Restructuring Professionals**

| | |
|---|---|
| Latham & Watkins LLP | Huron Consulting Group |
| Berger Singerman LLP | Rothschild & Co US Inc. |

3. **Ordinary Professionals**

| | |
|---|---|
| Quarles & Brady LLP | Nelson Mullins Riley & Scarborough LLP |
| Pettit Kohn Ingrassia Lutz & Dolin PC | J. Robbin Law, PLLC |
| Kuckelman Torline Kirkland | Krishel Law Firm |
| Wilson Elser Moskowitz Edelman | Murchison & Cumming, LLP |
| Jackson Lewis P.C. | Cole, Scott & Kissane, P.A. |
| Moore Rabinowitz Law | |

4. **Committee Members**

| | |
|---|---|
| Stellar Group, Inc. | Crown Cork & Seal USA, Inc. |
| Archer Daniels Midland Co. | QuikTrip Corporation |

---

[4] The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

| Trinity Logistics, Inc. | XPO Logistics, L.L.C. (a.k.a. RXO, Inc.) |
| Ardagh Metal Packaging USA Corp | |

5. **Committee Professionals**

| Lincoln Partners Advisors LLC | Sequor Law, P.A. |
| Miller Buckfire & Co., LLC | |

6. **Lease Counterparties**

| General Motors Financial Company, Inc. | Ally Financial |
| Crown Lift Trucks | Crown Equipment Corporation |
| Crown Credit Company | Penske Truck Leasing Co., L.P. |
| Ryder System, Inc. | Chrysler Capital |

7. **Landlords/Lessors**

| 12M Commercial Properties, LLC | Phx Warehouse |
| 1600FL, LLC | Prologis Targeted US |
| C1 DAL III-V, LLC - Colony Capital | Ranger H-TX LP |
| Centerpoint (Dogwood) | Rbrothers LLC/ NV, LLC |
| CK Afton Ridge II, LLC | Rexford Inudstrial Realty, LP |
| Dalfen Industrial | The Rose Properties |
| Dogwood Holdings, LLP | TGA Cactus DC II LLC Teachers Ins & Annuity Assoc of America |
| Driscoll, LLP | Personal Mini Storage |
| Duke Realty | Neighborhood Storage Center Co |
| Eastgroup Properties LP - Jacksonville | Midgard Self Storage |
| Eastgroup Properties, LP | Compass Self Storage |
| Everman Trade Center (Cabot Industrial) | Spring Lake Storage |
| Evox Holdings LLC (Sheridan B) | Menifee storage |
| Icon Industrial Owner Pool - Bree Jupiter Western | West Side Storage |
| Kearny Mesa West, LLC | Powdersville Self Storage |
| KP Properties of Ohio | Tucson RV Storage |
| PPF Lincoln Medley, LLC | Welbic WF Management LLC |
| Medley Logistics | Gimmel Tammuz Realty |

8. **Counsel/Professionals to Material Counterparties**

| | |
|---|---|
| Moore & Van Allen PLLC | FTI Consulting |
| Shutts & Bowen LLP | |

9. **Current and Former Officers and Directors of Debtors and Affiliates**

| | |
|---|---|
| Greg Robbins | Gregg Metzger |
| Frank Massabki | Gene Bukovi |
| Rich Caruso | Eugene Bukovi |
| Kathleen Cole | Guillermo Escalante |
| Eric Hillman | |

10. **Significant Equityholders**

| | |
|---|---|
| John H. Owoc | |

11. **Secured Lenders**

| | |
|---|---|
| Truist Bank | Synovus Bank |
| CoBank, ACB | Federal Agricultural Mortgage Corporation |
| Agcountry Farm Credit Services, FLCA | Huntington National Bank |
| Farm Credit Bank of Texas | Greenstone Farm Credit Services, FLCA |
| Citizens Bank, N.A. | Comerica Bank |
| Compeer Financial, PCA | HSBC Bank USA, N.A. |
| United Community Bank d/b/a Seaside Bank and Trust | |

12. **Banking Relationships**

| | |
|---|---|
| Bank of America, N.A. | PayPal |

13. **Parties to Pending Litigation**

| | |
|---|---|
| Alejandro Machado | Reign Inferno |
| Balboa Capital Corporation | Monster Energy Company |
| Ball Corporation | Nexus Steel, LLC |
| Bang Diamonds LLC | Orange Bang, Inc. |
| Belvac Production Machinery, Inc. | PepsiCo, Inc. |
| Berlin Manufacturing | Premier Distributing Company |
| Berlin Packaging, LLC | Premier Nutrition Products, LLC |
| Brandyn Alejos | Premium Beverage Company |
| Breen Acres Aquatics, Inc. | ProSupps |

| | |
|---|---|
| Dairy Farmers of America, Inc. | Pro Supps USA LLC d/b/a Professional Supplements A/K/A Pro Supplements |
| Daniel Yepes | Quang Nguyen |
| Derik Fay | Rodney Cyril Sacks |
| Elegance Brands, Inc. | Bryan Shane Dees |
| Europa Sports Partners | Sony Music Entertainment |
| Gulfstream Aerospace Corporation | Stephen Cohen |
| Joao P Leopardo | Suddath Global Logistics, LLC |
| Keurig Dr Pepper Inc. | The American Bottling Company Inc. |
| Markerly, Inc. | The House of LaRose, Inc. |
| Massimo Zanetti Beverage USA, Inc. | TikTok, Inc. |
| Webb & Gerritsen, Inc. | Triller, Inc. |
| Yaritza Lozano | Shannon Troglia |
| Warner Music Group | UMG Recordings, Inc. |
| Adam Perry | Vani Deva Hari a/k/a "Food Babe" |
| Amanda Wightman | Aaronda Walton |
| Amber N. Killmon | Amanda Light |
| Amy Maros | Arianna Jonae Henderson |
| Andrew LaRocca | Arnold Classic Australia PTY, LTD |
| Branch Banking and Trust Company | Averell Luedecker |
| Carnegie Technologies, LLC | Brett Martin |
| Christin Kubsch | Brightfractal, Inc. |
| Csc Corporate Domains, Inc. | Dang Foods LLC |
| Christopher Alfieri | Edmund Elien |
| Crystal Bowley-Reagan | Energy Beverages, LLC |
| Darrell James Bennet II | Fabco Metal Products LLC |
| David Serrano Ramirez | GNC Holdings Inc. |
| Integrated Masonry | Gorilla Marketing, LLC |
| ISEC Inc. | Haci Mechanical Contractors Inc. |
| James Rodriguez | Heavy Equipment Movers & Installation LLC |
| Jasmine Sade Williams | Hardrock Concrete Placement Co Inc. |
| Jeannine Smith | Landmark Custom Homes of Broward |
| Jennifer Quillen | Landmark Custom Ranches Inc. |
| Kelly Ocampo | Lasiah R. Villalpando |
| Konya Seker Sanayi Ve Ticaret Anonim Sirketi | Laura Dawson |
| Kristin Wong | Leading Edge Expositions, LLC d/b/a LEEXPOS |
| Krystle Michele Glenn | Marc J. Kesten |
| Monster Beverage Corporation | PhD Marketing, INC. |
| Noel Christmas Lights Professional, Inc. d/b/a Noelle Lights | Prime Time Group Corp |

| NoSo Holdings LLC | Professional Supplements LLC d/b/a Wisconsin Professional Supplements LLC and A/K/A Official Professional Supplements |
|---|---|
| Reign Beverage Company LLC | Records Label, LLC |
| Scarlett Bridget Hernandez-Zavala | Tadasha Lenorah Hodges |
| Scarlett Hernandez | Terra Weston Residential, LLC |
| Smart Technologies Solutions, LLC | Trench Shore Rentals |
| Summer Shores | Tunes LLC |
| Victor Lanza | Wallice Plumbing, Inc. |

14. **Insurance and Insurance Providers**

| Federal Insurance Company | AXIS Surplus Insurance Company |
|---|---|
| Great Northern Insurance Company | Arch Specialty Insurance Company |
| Navigators Specialty Insurance Company | StarStone National Insurance Company |
| American International Group, Inc. | Aspen Specialty Insurance Company |
| Colony Insurance Company | Landmark American Insurance Company |
| Travelers Property Casualty Company of America | Lexington Insurance Company |
| Lloyd's of London | Hallmark Insurance Company |

15. **Potential Major Unsecured Creditors (Including Counterparties to Major Contracts)**

| Varni Brothers Corporation | Ardagh Metal Beverage USA, Inc. |
|---|---|
| Total Quality Logistics, LLC TQL | Ball Metal Beverage Container Corp |
| XPO Global Forwarding, Inc. | Graphic Packaging International |
| Shanghai Freeman Americas, LLC | Priority-1, Inc. |
| American Express | QuikTrip Corporation |
| Gordon & Rees | England Logistics, Inc |
| CW Carriers Dedicated Inc. | Glen Raven Logistics Inc. |
| Inovar Packaging Florida, LLC | Doehler USA, Inc. |
| Fona International Inc. | MHW, Ltd/ Doehler NA |
| FedEx | Wild Flavors, Inc. |

16. **Vendors[5]**

| Refresco Canada Inc. | MetLife Insurance |
|---|---|
| Prinova Solutions Europe Limited | Mutual of Omaha |
| Prinova US LLC | ADP, Inc. (Automatic Data Processing, Inc.) |
| CKS Packaging, Inc. | Transamerica Employee Benefits |

---

[5] The vendors included herein includes vendors representing the top 80% of the Debtors' spend over the past 24 months.

| | |
|---|---|
| Konings Drinks BV | Principal Life Insurance 401K |
| Trinity Logistics Inc. | Brown & Brown of Florida Inc., |
| United Health Care | WageWorks |
| Concentra - Occupational Health Centers of the Southwest, P. | Nationwide DVM Insurance Agency |
| CHUBB & SON | First Insurance Funding |
| Optum Financial, Inc. | The Mercova Group LLC |
| STB Agency Services Operating | Trans-Market, LLC |
| Krones, Inc. | Berner Food & Beverage, LLC |
| Chicago Title Company, LLC | Milk Specialties Global |
| Refresco Beverage US Inc. COTT | CHEP USA |
| Team Eagle Logistics | KRYNICA VITAMIN SPÓŁKA AKCYJNA |
| J.B. Hunt Transport, Inc. | Updike Distribution |
| The Haskell Company | Imbera S.A. de C.V. |
| Sidel Blowing & Services | Network LeasePlan U.S.A., Inc. |
| Arizona Production & Packaging LLC | Portland Bottling Company |
| United States Treasury | American International Foods |
| BagPak Poland LLC | Presence From Innovation |
| Glen Raven Logistics Inc. | CI421 474 W Buckeye LLC CAM INVESTMENTS 421 LLC |
| Expolanka USA LLC | CSPC Innovations USA Inc. |
| Alto Freight | Costco Wholesale Corp |
| R&K Logistics, Inc. | Takasago International Corporation |
| Kalis Kleiman & Wolfe | Wuzhi County Zhihui Sci & Tech Co, LTD |
| Solar Green Biotechnologies, Inc. Wuxi Cima Science Co. | Cabot Industrial Value Fund VI Operating CIVF VI-TX1M01-M04, |
| ACE Tools CO LIMITED | Khalsa Transportation Inc. |
| Genesis Global Workforce Solutions | ABF Freight |

17. **Lien Search Parties**

| | |
|---|---|
| Ignite International, Ltd. | Great America Financial Services Corp. |
| Ignite Beverages, Inc. | Hitachi Capital America Corp. |
| James Gracely | Cheryl Ohel |
| DeLage Landen Financial Services, Inc. | Donna Williams |
| TFG Leasing Fund III, LLC | Briggs Equipment, Inc. |
| Canon Financial Services, Inc. | City Beverage-Illinois, LLC d/b/a Lake Shore Beverage, LLC |
| PNC Bank, National Association | Spirit & Sanzone Distributors Co., Inc. |
| PNC Equipment Finance, LLC | UMC Recordings, Inc. |
| Webbank | Capitol Records, LLC |
| CT Corporation System | Universal Music Corp. |
| Toyota Industries Commercial Finance, Inc. | Universal Music Z Tunes LLC |

| Americredit Financial Services, Inc. d/b/a GM Financial | Universal Musica, Inc. |
|---|---|
| U.S. Bank Equipment Finance | Polygram Publishing, Inc. |
| BFG Corporation | Songs of Universal, Inc. |
| Centurylink Communications, LLC | Universal Music-MGB NA, LLC |
| Sony Music Entertainment US Latin LLC | Dang Foods Company |
| Zomba Recording LLC | Arista Records LLC |
| Arista Music | LaFace Records LLC |
| Record Label, LLC | Cryo-Lease, LLC |
| Volcano Entertainment III LLC | |

18. **Other Unsecured Creditors**

| 7-Eleven, Inc. | SEKO WORLDWIDE LLC |
|---|---|
| Circle K Stores, Inc. | Dieck & Co. Erfrischungsgetranke OHG |
| Independent Buyers Co-op | C.H. Robinson International |
| QuikTrip Corporation | Gehlen Schols Transport & Logistics B.V |
| Speedway LLC | ADM Wild Europe GmbH & Co. KG |
| Target Corporation | DIS BV |
| Affordable Buying Group | Refresco Iberia |
| Family Dollar, Inc. | Prinova Solutions Europe Limited |
| NY Barbell | Ewals Cargo Care B.V. |
| Kroger | Oettinger Brauerei GmbH |
| CHEVRON EXTRA MILE | Kerry Ingredients & Flavours Italia Spa |
| Stellar Group, Inc. | WERK Plaats Sittard b.v. |
| Doehler Dry Ingredients Solutions | EFL GLOBAL LOGISTICS CANADA LTD |
| Crown Cork & Seal USA, Inc. | POP Display Product (HK) Limited Dongguan Pop Display & Pack |
| Direct Connect Logistix, Inc. | Refresco Canada Inc. |
| Green Wave Ingredients (GWI) | Simon Pure Marketing Inc. |
| Total Quality Logistics, LLC TQL | Alliance IntraPak Inc. |
| Nelson Mullins Riley & Scarborough LLP | CHEP Canada Inc. |
| QuikTrip Corporation | Expert Aviation Inc. |
| Inventus, LLC Legility | Alto Systems (Stoked) |
| States Logistics Services, Inc. | C.H. Robinson International |
| Parallel Products | All Brands Distribution, LLC |
| KJM Aluminum Can SDN BHD | Timothy Brown |
| Recycle America LLC | Peter Fischer |
| Total Quality Logistics, LLC TQL | Brendan Abbot |
| Keller Warehousing & Co-Packing LLC | Jacob Scheibe |
| Navajo Express, Inc. | Southeast Cold Fill, LLC |
| Fusion Logistics Services, LLC | Daisy Duke Promotions, LLC |

| England Logistics, Inc. | Carolina Canners |
| Krier Foods, Inc. | Modern Jet Solution |
| Ardagh Metal Packaging USA Corp. | |

## 19. **Taxing and Other Significant Governmental Authorities**

| IRS Department of Treasury | State of Florida |
|---|---|
| Alabama Department of Revenue | Georgia Dept of Revenue Processing Center |
| Arizona Department of Economic Security | Illinois Department of Revenue |
| Arizona Department of Revenue | Kentucky Department of Revenue |
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | Massachusetts Department of Revenue |
| Colorado Department of Revenue | Minnesota Revenue |
| Commonwealth of Massachusetts William Francis Galvin | Nevada Dept. of Taxation |
| Comptroller of Maryland Revenue Administration Division | New Hampshire Employment Security ATTN: Cashier |
| Franchise Tax Board California | New Jersey Division of Taxation Revenue Processing Center |
| Georgia Department of Revenue | State of Connecticut Dept of Revenue Svc |
| New Jersey DOR | State of Delaware |
| North Carolina Dept of Revenue NCDOR | State of Massachusetts |
| Ohio Treasurer of State | State of New Hampshire |
| Oregon Department of Revenue | State of New Jersey |
| Oregon Dept of Revenue POBox14780 | State of NJ Division of Taxation Corporation Business Tax |
| South Carolina Department of Revenue | Tennessee Department of Revenue |
| State of Connecticut | Virginia Department of Taxation |
| Texas Comptroller of Public Accounts | Wisconsin Department of Revenue |
| Utah State Tax Commission | Maricopa County Treasurer |

## 20. **Utility Providers**

| All Pro Pest | Garratt - Callahan |
|---|---|
| Amerigas | Green Mountain Energy |
| AT&T | Greystone Power-GA location |
| Athens Services | GTT |
| Atmos Energy | JEA |
| Austell Natural Gas-GA location | Kone Elevator |
| Balgas | LADWP-ELCTRICITY |
| Blue Stream | Landcare |
| City of Fort Myers | Lee County Electric Company |
| City of Pembroke Pines | NV Energy |
| City of Phoenix | Ontario Municipal |

| | |
|---|---|
| City of Sunrise | Ontario-Water |
| Clark County Water | Orange County |
| Comcast | Orlando Utilities Commission |
| ConnectWise | Prime Power |
| Cox | ReadyRefresh |
| Critical System | Reliant |
| Daiken | Republic Services |
| De Lage Landen Financial Services | Rocky Mountain |
| Dominion Energy | San Diego Gas & Electric |
| Douglas County Water& Sewer-GA Location | SecurAmerica |
| Duke Energy | Southern California Edison |
| Fire Alarm | Southwest Gas Corporation |
| Frontier | TECO |
| Sparklets | Town of Medley |
| Spectrum | TXU |
| Spectrum Business | Verizon |
| SRP | Viasat |
| Suburban Propane | Weston |
| Waste Management | Xcel Energy |
| Waste Pro | Waste Recycle |

21. **United States Bankruptcy Judges in the Southern District of Florida**

| | |
|---|---|
| The Honorable A. Jay Cristol | The Honorable Peter D. Russin |
| The Honorable Robert A. Mark | The Honorable Erik P. Kimball |
| The Honorable Scott M. Grossman | The Honorable Laurel M. Isicoff, Chief Judge |
| The Honorable Mindy A. Mora | |

22. **Staff for Southern District of Florida Bankruptcy Judges**

| | |
|---|---|
| Emily Maza | Marcy Gatell |
| Kayla Heckman | Corinne Aftimos |
| Noemi Sanabria | Jackie Antillon |
| Jennifer Rolph | Tara Trevorrow |
| Cheryl Kaplan | Meera Khan |
| Susan Gutierrez | Maria Romaguera-Serfaty |
| Dawn Leonard | Edy Gomez |
| Grace V. Figueroa | Casey Wiener |
| Melva Weldon | |

23. **United States Trustee for the Southern District of Florida (and Key Staff Members)**

| | |
|---|---|
| Guy A. Van Baalen | Sofia Kesep |

| Heather Barfus | Keith H. Kronin |
| Adisley M. Cortez-Rodriguez | Lupe M. Martinez |
| Diane M. DeZinno | Diana M. Nuñez |
| Heidi A. Feinman | Hugo L. Paiz |
| Lynn M. Fernandez | Ariel Rodriguez |
| Myriam A. Fernandez | Steven D. Schneiderman |
| Charles A. Fordham | Katherine E. Simons |
| Dan Lee Gold | Yevgeny Sulsky |
| Benedicto J. Gonzalez-Leon | |

24. **Customers**

| Adams Beverage LLC. | IOWA BEVERAGE SYSTEMS, INC. |
| Advance Beverage Company, Inc. | Jack Hilliard Distributing Company, Inc. |
| Ajax Turner Company | John Lenore & Company |
| Al George LLC | JOMAST Corp.  DBA: Mahaska |
| Albertsons Companies, Inc | Kentucky Eagle Inc. |
| Allen Beverages, Inc. | Koerner Distributor, Inc. |
| Arkansas Beverage Sales, Inc. (Suncoast) | Kroger |
| Army & Air Force Exchange Service | Lakeshore Beverage Company Speedway |
| Bang Energy Australia PTY LTD | Larry's Distributing Company |
| Bang Energy BV | Lewisco Holdings |
| Bay Area Distributing Co., Inc. | M & M Distributing |
| Beal Distributing, Inc. | M K Distributors, Inc. |
| Best Beverages of West Memphis | Matagrano, Inc. |
| Beverage Distributors Inc. | McLane Grocery |
| Big Horn Beverages Co., Inc. | MDV SpartanNash |
| Big Lots Stores, Inc. | Metro Beverage of Philadelphia Speedway |
| Bill's Distributing | Missouri Eagle, LLC |
| BJ's Wholesale Club, Inc. | Mitchell Beverage of Maryland LLC DBA Chesapeake Beverage |
| Brandsimex Americas Inc. | Muscle Foods USA Eurpac Services Inc. |
| Budweiser Distributing Company Amarillo | Navy Exchange Service Command NEXCOM |
| Budweiser- The Hand Family Co. | Nevada Beverage |
| Budweiser-Busch Distributing Co, Inc | New West Distributing, Inc |
| Bueno Beverage Co. - Sequoia Beverage Company | Northeast Sales Distributing |
| Buffalo Rock Company | NY Barbell |
| C & C Distributors, Inc. | Ollie's Bargain Outlet, Inc. |
| Caffey Distributing Inc. | Oneta Co. DBA Pepsi Cola Bottling |
| Capitol Beverage Sales, LP | Pacific Beverage Co. |

| | |
|---|---|
| Cardinal Distributing, LLC | Paragon Distributing |
| Carolina Premium Beverage LLC | Parts and Services Solutions, LLC |
| Casey's General Stores, Inc. | Pepsi Co. Corporate |
| Central Distributors Inc. | Pepsi Cola Bottling Co. of Guam |
| Central Distributors, Inc. Maine | Pepsi of Hudson Valley |
| CLC Trading Inc. | Perry Distributing, Inc. |
| Coastal Beverage Company Inc. | Polar Corp /Polar Beverages |
| Coastal Pacific Food Distributors, Inc. | Premier Distributing Company |
| College City Beverage, Inc. | Pure Beverage Company Speedway |
| Color Brands | Quality Beverage LLC |
| Core-Mark | Quality Brands Distribution, LLC |
| County Distributing | R&K Distributors, Inc. |
| CST Diamond LP Core-Mark - RDC Division | RaceTrac Corporate |
| Daniel L. Jacob & Co. Inc. | RCI Beverage-OH, LLC DBA Dayton Heidelberg Distributing Co L |
| Dean Distributing, Inc. | Resort Beverage Company Inc. |
| DeCrescente Distributing Co., Inc. | S&S Distributing, Inc. |
| Delaney Distributors, Inc. | Saccani Distributing Co. |
| DNA Distribution | Sam's Club |
| Dollar Tree | Sheetz Distribution Services LLC |
| Donaghy Sales, LLC | Sheridan Real Estate Investment A LLC |
| Eagle Beverage | Silver Eagle Bev. LLC - San Antonio |
| Eagle Distributing of Texarkana | Silver Eagle Distributors Houston LLC |
| Eagle Distributing, Co., LLC | Skyland Distributing Company Inc. |
| Eby-Brown Company LLC | Southeastern Marketing & Distribution |
| ED F. Davis, Inc. | Southern Eagle Sales & Service, LP |
| Europa Sports Partners, LLC | Stagnaro Distributing, LLC |
| Fabiano Brothers, Inc. - MI | Standard Beverage Corp - Wichita KS |
| Fabiano Brothers, Inc. WI | Stevenson Beer Distributing Co. Ltd. |
| Fit Energy Ecuador | Straub Distributing Company Ltd. |
| Flathead Beverage Company | Superior Beverage Inc. |
| G & J Pepsi Cola Bottling Company, Inc. | Tarver Distributing |
| G&L Wholesale | Terborg Distributor |
| G&M Distributors, Inc. | The Odom Corporation |
| General Distributing Company | Thomas Group LLC DBA Eagle Distributing Company |
| Glazer's Beer and Beverage of Texas, LLC | Tri-Eagle Sales |
| Golden Beverage | Union Beer Distributors, LLC Speedway |
| Golden Eagle of Arkansas, Inc. | United Beverages of NC LLC |
| Great Plains Distributors LP | United Distributors of GA |
| Grupo Lexter Peru Scrl Fadicrown SA | Vistar - Performance Food Group, Inc. |
| Healy Wholesale Co Inc. | Vitamin Shoppe-North Bergen NJ |

| | |
|---|---|
| Hedinger Beverage Distributing Co., Inc. | Walgreens |
| Heimark Distributing LLC | Wantz Distrubitors Inc. |
| Hensley Beverage Company | WDI, LLC Wisconsin Distributors |
| Holston Distributing Company | West Side Beer Distributing |
| Humboldt Beer Distributors | Western Distributing Company |
| Import Warehouse | Wil Fischer Companies |
| Intermountain Distributing Co. | Xtreme Sports Nutrition, Inc. |
| Intrastate Distributing Speedway | Zip Beverage |

25. **Other Parties**

| | |
|---|---|
| Mitsubishi HC Capital America, Inc. | The Hamilton Group (Delaware), Inc. |
| XPO LOGISTICS, LLC | ALDA 4747 W. Buckeye LLC |
| MFP 4747 W. Buckeye LLC | AIS Portfolio Services, LLC |
| ACAR Leasing Ltd d/b/a GM Financial Leasing | Pachulski Stang Ziehl & Jones |

## SCHEDULE 2

| Entity | Relationship to Debtors[2] | Relationship to Lowenstein Sandler |
|---|---|---|
| Rothschild & Co US Inc | Debtor's Restructuring Professionals | Current client |
| Latham & Watkins LLP | Debtor's Counsel | Serves as co-counsel to the Firm in unrelated matters |
| Duke Realty | Landlords/Lessors | Current client |
| TGA Cactus DC II LLC Teachers Ins & Annuity Assoc of America | Landlords/Lessors | Current client |
| Sony Music Entertainment | Parties to the Pending Litigation | Former client |
| Keurig Dr. Pepper Inc. | Parties to the Pending Litigation | Maple Parent Holdings Corp., the indirect parent company of Keurig Green Mountain, Inc., is a current client |
| Automatic Data Processing, Inc. | Vendors | Former client |
| Principal Life Insurance 401k | Vendors | Affiliate of former client RobustWealth |
| Krones, Inc. | Vendors | Current client |
| Canon Financial Services, Inc. | Lien Search Parties | Former client |
| US. Bank Equipment Finance | Lien Search Parties | Current client |
| Sony Music Entertainment US Latin LLC | Lien Search Parties | Former client |
| Chevron Extra Mile | Other Unsecured Creditors | Member of certain litigation groups represented by Lowenstein Sandler |
| Comcast | Utility Providers | Former client |
| Republic Services | Utility Providers | Former client |
| Verizon | Utility Providers | Current client |
| GTT Communications | Utility Providers | Former client |
| JEA | Utility Providers | JEA Specialties is a former client |
| BJ's Wholesale Club, Inc | Customers | Former client |
| Mitsubishi HC Capital America, Inc. | Other Parties | Related entities including Mitsubishi Corp Americas and Mitsubishi International PolymerTrade Corporation are current clients. |

[2] This schedule is for disclosure purposes only and uses the Debtors' description of the relationship to the Debtors, where available. The Committee expressly reserves all rights, including, without limitation, with respect to the nature, extent and validity of any party's alleged lien or claim.