*EXHIBIT C*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**DECLARATION OF CLINT E. PYLE IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF NOVEMBER 2, 2022**

Clint E. Pyle, of Stellar Group, Inc., solely in his capacity as the Co-Chairperson of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases (the "Chapter 11 Cases"), hereby submits this declaration pursuant to 28 U.S.C. § 1746 and respectfully states as follows:

1. The Committee was appointed by the Office of the United States Trustee for the Southern District of Florida (the "U.S. Trustee") on November 1, 2022 [Docket No. 245].

2. I have read and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of November 2, 2022* filed contemporaneously herewith.

3. The Committee interviewed 5 firms for the position of its counsel in the Chapter 11 Cases on November 2, 2022. At the conclusion of the interviews, the Committee selected Lowenstein

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Sandler LLP ("Lowenstein Sandler") as its lead counsel. The Committee subsequently selected Sequor P.A. to serve as its Florida counsel in the Chapter 11 Cases, subject to Court approval.

4. The Committee selected Lowenstein Sandler as its counsel because of the firm's extensive experience and knowledge in the field of creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience, and knowledge practicing before this Court. The Committee believes that Lowenstein Sandler is well-qualified to represent its interests in the Chapter 11 Cases.

5. Lowenstein Sandler has informed the Committee that its current hourly rates are its standard hourly rates for work of this nature. Lowenstein Sandler further informed the Committee that it operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. Lowenstein Sandler further informed the Committee that its hourly rates are subject to periodic adjustments to reflect economic and other conditions.

6. Following negotiations between Lowenstein Sandler and the Committee, Lowenstein Sandler has agreed to discount its fees by 10%. There will be no limitation on Lowenstein Sandler's right to seek reimbursement of all out-of-pocket disbursements and expenses.

7. The Committee intends to discuss with Lowenstein Sandler a prospective budget and staffing plan for the Committee's professionals for the Chapter 11 Cases, recognizing that in the course of large cases like the Chapter 11 Cases, it is possible and in fact may be likely that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and its counsel and that any budget and staffing plans may need to be substantially amended and modified.

8. The Committee recognizes that it is its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations and the exigencies of the Chapter 11 Cases.

9. The Committee will review the invoices that Lowenstein Sandler submits and, together with Lowenstein Sandler, as necessary, will periodically amend any budget and staffing plans as these cases develop.

I am authorized to submit this Declaration on behalf of the Committee and, if called upon to testify, I could and would testify competently to the facts set forth herein.

Dated: November 16, 2022               Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VITAL PHARMACEUTICALS, INC., ET AL.**

By: _/s/ Copy_____
Clint E. Pyle of Stellar Group, Inc., solely in his capacity as the Co-Chairperson of the Official Committee of Unsecured Creditors and not in his personal capacity