UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF FILING AMENDMENT TO ENGAGEMENT LETTER BETWEEN THE DEBTORS AND HURON CONSULTING SERVICES LLC**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, file the attached amendment dated October 19, 2022, to the Engagement Letter[2] between the Debtors and Huron Consulting Services LLC, which is attached to the Application as Exhibit "B".

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the *Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, For Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date* [ECF No. 19] (the "Application").

11770608-1

Dated: November 17, 2022
       Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
       whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

*Proposed Co-Counsel for the Debtors*

# HURON

huronconsultinggroup.com | 1166 Avenue of the Americas, 3rd Floor, New York, NY 10036

October 19, 2022

Mr. Jack Owoc
Chief Executive Officer
Vital Pharmaceuticals Inc.
1600 N. Park Drive
Weston, Florida 33326

Dear Mr. Owoc:

This amendment describes changes to the engagement letter signed on September 15, 2022, and a subsequent amendment made on October 7, 2022, between Huron Consulting Services LLC ("Huron") and Vital Pharmaceuticals, Inc. The section of the Engagement Letter set forth below is hereby amended by making the changes indicated below:

Fees and Expenses

**Substitute:**
*"As compensation for providing the Executive's services as the CTO, the Company will pay Huron a fee of $15,000 per week."*

**With**

"As compensation for providing the Executive's services as the CTO, the Company will pay Huron a fee of $15,000 per week through 10/15/2022 and $14,375 per week thereafter."

\* \* \*

**HURON**

This Amendment constitutes the entire understanding between the Company and Huron with respect to the foregoing changes, supersedes all prior oral and written communications with respect to such changes, and may be amended, modified or changed only in writing when signed by both parties. Except as expressly modified herein, all other terms and conditions of the Engagement Letter and the General Business Terms remain unchanged.

Please indicate your agreement to this Amendment by signing and returning to Huron the enclosed copy of this letter. We appreciate the opportunity to be of service to you.

Very truly yours,

HURON CONSULTING SERVICES LLC

By: _____
Mr. John C. DiDonato
Managing Director – Practice Leader

Date: 10/27/2022

Acknowledged and Accepted:

Vital Pharmaceuticals, Inc

By: _____
Jack Owoc (Oct 27, 2022 10:30 EDT)
Mr. Jack Owoc

Title: President & CEO

Date: Oct 27, 2022

V51903