*EXHIBIT B*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRENT C. WILLIAMS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 4, 2022**

Brent C. Williams, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

I am a managing director of Lincoln Partners Advisors LLC ("Lincoln"), a professional services firm with numerous offices throughout the country. I am duly authorized to make this declaration (the "Declaration") on behalf of Lincoln. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

I submit this Declaration in support of the application ("Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order authorizing the Committee to

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

1

employ Lincoln as financial advisor to the Committee, effective as of November 4, 2022, pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").

On November 4, 2022, the Committee selected Lincoln to serve as its financial advisor in connection with these chapter 11 cases (the "Chapter 11 Cases"). Since its retention by the Committee, Lincoln has become familiar with the Debtors' businesses and financial affairs, and is therefore particularly qualified to serve as the Committee's financial advisor.

### A.  **Qualifications of Professionals**

1.  Lincoln has significant qualifications and experience in providing the services contemplated herein.  Lincoln's practice consists of senior financial, management consulting, accounting, and other professionals who specialize in providing restructuring, transaction advisory, litigation support, solvency, and valuation assistance and providing a focus on viable solutions that maximize value for companies and creditors, typically in distressed business settings.  Lincoln has acted as financial advisor, crisis manager, and corporate officer in middle market to large multinational restructurings across a wide array of industries.  Lincoln's services include forensic analysis, plan development and implementation, and advice on sale/merger transactions.

2.  Moreover, In addition to numerous out-of-court restructuring situations, Lincoln and its professionals have been actively involved in major chapter 11 cases.  *See, e.g., In re Benevis Corp*, Case No. 20-33918 (Bankr. SD. TX. Aug. 2, 2020), ECF No. 348 (order authorizing employment of Lincoln as investment banker to the debtors); *In re Pyxus International, Inc.*, Case

No. 20-11570 (Bankr. D. Del. June 15, 2020), ECF No. 373 (order authorizing employment of Lincoln as financial advisor to the official committee of equity security holders); *In re Valeritas Holdings, Inc.*, Case No. 20-10290 (Bankr. D. Del. Feb. 9, 2020), ECF No. 176 (order authorizing employment of Lincoln as investment banker to the debtors); *In re Dura Automotive Sys., LLC*, Case No. 19-12378 (KBO) (Bankr. D. Del. Dec. 19, 2019), ECF No. 453 (order authorizing employment of Lincoln as financial advisor and investment banker to the official committee of unsecured creditors); *In re PG&E Corp.*, Case No. 19-30088 (DM) (Bankr. N.D. Cal. May 10, 2019), ECF No. 1976 (order authorizing employment of Lincoln as financial advisor to the official committee of tort claimants); *In re EO Liquidating, LLC (f/k/a Eastern Outfitters)*, Case No. 17-10243 (LSS) (Bankr. D. Del. Mar. 3, 2017), ECF No. 173 (order authorizing employment of Lincoln as investment banker to the Debtors); *In re CRS Reprocessing, LLC*, Case No. 17-32565 (Bankr. W.D. Ky. Aug. 9, 2017, ECF No. 137 (order authorizing employment of Lincoln as investment banker to the Debtors); *In re Visteon Corporation, et al.*, No. 09-11786 (Bankr. D. Del. 2009) (order authorizing employment of Lincoln as investment banker to the offical committee of unsecured creditors as as co-advisor along with the committee's retained financial advisor).

3.        Lincoln has agreed to provide financial advisory services to the Committee pursuant to the terms of the Application.  Lincoln's work product will encompass only matters that come to its attention in the course of its work that Lincoln perceives to be significant in relation to the objectives of its engagement. Because of the time and scope limitations implicit in Lincoln's engagement and the related limitations on the depth of Lincoln's analyses and the extent of Lincoln's verification of information, Lincoln may not discover all such matters or perceive their significance. Accordingly, Lincoln will be unable to and will not provide assurances in its work product concerning the integrity of the information used in its analyses and on which Lincoln's

findings and advice to the Committee may be based. Lincoln understands, and the Committee acknowledges, that Lincoln is not being requested to perform an audit nor to apply generally accepted auditing standards or procedures. Lincoln understands, and the Committee acknowledges, that Lincoln is entitled, in general, to rely on the accuracy and validity of the data disclosed to it or supplied to it by employees and representatives of the Debtors. Lincoln will not, nor is Lincoln under any obligation to, update data submitted to it or review any other areas unless the Committee specifically request us to do so. Lincoln's work will be performed on a reasonable "level-of-effort" basis; that is, the circumstances of Lincoln's engagement may cause its advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period.

4.      Lincoln acknowledges that Miller Buckfire & Co., LLC ("Miller Buckfire") has been selected by the Committee to perform investment banking services for the Committee.  The investment banking services that Miller Buckfire is to provide to the Committee (*e.g.*, potential DIP and exit financing, sale process) are separate and distinct from the restructuring and financial advisory services that Lincoln will be providing to the Committee as set forth in the Application and Engagement Letter.  The Committee has approved a delineation of responsibilities between Lincoln and Miller Buckfire to achieve case efficiencies and avoid duplication of efforts during the Cases.

5.      The terms and conditions of Lincoln's proposed retention were negotiated between the Committee and Lincoln, and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.

## B.    <u>Professional Compensation</u>

6.      As discussed and agreed to with the Committee, for purposes of this engagement, and with respect to the services to be provided, Lincoln intends to charge its standard hourly rates for professional services rendered, plus reimbursement of actual and necessary expenses incurred by Lincoln.  The professional fees shall be calculated by multiplying the hours worked by the standard hourly billing rates in effect for the specific personnel involved. The hourly rates charged by Lincoln for the services provided by its personnel differ based upon, among other things, each professional's level of experience, geographic differentials, and types of services being provided. In the ordinary course of business, Lincoln periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business.

7.      Lincoln has advised the Committee that its fees will be commensurate with the fees charged to its other clients and in other cases of this size (provided such clients are billed hourly). Lincoln has also advised the Committee that it intends to make application to the Court for allowance of its compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the terms of any order establishing procedures for interim compensation that may be entered in these Chapter 11 Cases.  Lincoln's compensation for services rendered on behalf of the Committee shall be fixed by the Court after due application.

8.      For professional services, fees are based on Lincoln's standard hourly rates. The proposed rates of compensation, subject to final Court approval, are the customary hourly rates in effect when services are performed by the professionals and paraprofessionals who provide services to the Committee. The current standard hourly rates for Lincoln personnel that will work on this engagement are as follows:

| Title | 2022 Rates |
|---|---|
| Managing Director | $895-$1,075/hour |
| Director/Vice President | $715-$805/hour |
| Associates/Analysts | $355 to $625/hour |
| Administrative Staff | $225/hour |

These standard hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised rates become effective. Lincoln believes that its standard hourly rates are at or below those of firms Lincoln considers its peers.

9.      Following negotiations between Lincoln and the Committee, Lincoln has agreed to discount its fees by 10%.  Lincoln's rates as set forth above are inclusive of this discount. There will be no limitation on Lincoln's right to seek reimbursement of all out-of-pocket disbursements and expenses.

10.     Consistent with Lincoln's policy with respect to its other clients, Lincoln shall be reimbursed, upon request from time to time, for all reasonable and out-of-pocket expenses incurred in rendering services to the Committee (documented to the extent expenses exceed $75.00 as per Lincoln's expense policy) including without limitation, transportation, lodging, meals, communications, color copying, color printing, document services and legal counsel (including, but not limited to, engagement, retention and application for or disputes over fees and expenses payable).

11.     Lincoln acknowledges that neither the Committee, its constituents, nor any of its advisors or professionals (including, but not limited to Counsel), shall be liable for the fees, expenses or other amounts payable to Lincoln.

12.     Regardless of the time and manner of interim compensation, Lincoln understands that, subject to this Court's orders, Lincoln will be required to follow the procedures for final allowance of fees at the end of the Chapter 11 Cases.

13.     No promises have been received by Lincoln, nor any employee or exclusive independent contractor thereof, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Except for internal agreements among the employees and exclusive independent contractors of Lincoln regarding the sharing of revenue or compensation, neither Lincoln nor any of its employees or exclusive independent contractors has entered into an agreement or understanding to share compensation with any other entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

**C**.     **Disinterestedness**

14.     Lincoln is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code because, to the best of my knowledge, information and belief formed after reasonable inquiry: (i) Lincoln represents no interest adverse to the Committee, the Debtors, their estates, or any other party in interest in the matters upon which it is to be engaged and that its employment is in the best interest of the estates; (ii) Lincoln together with its Managing Directors and Directors do not have any financial interest in or business with the Debtors; (iii) Lincoln has no connection with the U.S. Trustee or any other person employed in the office of the U.S. Trustee; and (iv) Lincoln has no connection with the bankruptcy judge approving the employment of Lincoln as the Committee's financial advisor.

15.     Lincoln has not provided, and will not provide, any professional services to the Debtors, any other creditors, other parties in interest, or their respective attorneys and accountants with regard to any matter related to these Cases.

16.     To determine Lincoln's relationship with the parties-in-interest identified by the Committee to Lincoln, in preparing this Declaration, I caused the names of the parties set forth in Exhibit B-1, which is attached hereto, to be submitted to Lincoln's internal conflicts procedures.

This list was compiled by reviewing various documents submitted by the Debtors' counsel to the Court, including their retention documents. Accordingly, Lincoln is relying on the accuracy and completeness of this information in connection with our conflict review and disclosure. Lincoln's internal conflict check procedures consist of the querying of the parties in interest, as listed on Exhibit B-1, within an internal computer database containing names of individuals and entities that are present or former clients of Lincoln.  The database that Lincoln queries to determine its lack of conflicts and disinterestedness incorporates the names of individuals and entities that are present and former clients both of Lincoln and all of its affiliates, subsidiary and parent entities. To the best of my knowledge, information and belief, neither I nor any other Managing Director or Director of Lincoln has any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which Lincoln is proposed to be employed, except that Lincoln has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest in matters unrelated to the Debtors' Cases.

17.     As set forth herein and in Exhibit B-2, which is attached hereto, Lincoln has certain relationships with certain parties-in-interest in these Chapter 11 Cases, but such relationships, except as disclosed herein, are unrelated to either the Debtors or these Cases. None of the engagements set forth in Exhibit B-2 are related to these Chapter 11 Cases.

18.     Further, as part of its diverse practice, Lincoln appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' Chapter 11 Cases. Also, Lincoln has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by

several attorneys and law firms, some of whom may be involved in these proceedings. In addition, Lincoln has in the past, may currently and will likely in the future be working with or against other professionals involved in these Cases in matters unrelated to the Debtors and these Cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Lincoln is to be employed, and none are in connection with these Cases.

19.    To the extent I discover any additional facts bearing on the matters described herein and required to be disclosed during the period of the Committee's retention of Lincoln, I will supplement the information contained in this Declaration.

20.    To the best of my knowledge, Lincoln has not been engaged to assist any entity or person other than the Committee on matters relating to, or in connection with, these Cases. If this Court approves the proposed employment of Lincoln by the Committee, then Lincoln will not accept any engagement or perform any services in these Cases for any entity or person other than the Committee. Lincoln may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors in these Cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these Cases.

21.    I am not related or connected to and, to the best of my knowledge, no other Managing Director or Director of Lincoln is related or connected to any United States Bankruptcy Judge or District Judge for the Southern District of Florida, or the U.S. Trustee or to any employee in the offices thereof.

22.    I understand that the Committee requires knowledgeable consultants to provide essential professional services in these Cases. I understand that the Committee has selected Lincoln

as its financial advisor because of the firm's diverse experience and extensive knowledge in the field of bankruptcy. I believe that Lincoln is well qualified to perform these services in an efficient manner and represent the Committee's interests in these Chapter 11 Cases.

23.     I understand that the Committee believes that Lincoln's employment is in the best interests of the Debtors and their estates and creditors.  Because of Lincoln's extensive experience in business reorganizations and mergers and acquisitions as well as its familiarity with the Debtors' business operations, I believe that Lincoln is exceptionally well qualified to serve as the Committee's financial advisor.

The foregoing constitutes the statement of Lincoln pursuant to sections 504 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 5002, and Local Rule 2014-1.

Dated:    November 17, 2022

*/s/ Brent C. Williams*
Brent C. Williams

## **Exhibit B-1**
Parties in Interest List

**Potential Parties in Interest List[3]**

## 1. Debtors and Affiliated Entities

| | |
|---|---|
| Vital Pharmaceuticals, Inc. | Entourage IP Holdings, LLC |
| Vital Pharmaceuticals International Sales, Inc. | Bang Energy Canada, ULC |
| Bang Energy Canada, Inc. | Bang Jets, LLC |
| JHO Intellectual Property Holdings, LLC | Bang Energy Mexico S. DE R.L. de C.V. |
| JHO GA-1 Investment, LLC | Bang Energy B.V. |
| JHO NV-1 Investment, LLC | Bang Energy (Australia) Pty Ltd. |
| JHO Real Estate Investment, LLC | Bang Energy VPX Sports Ecuador S.A.S. |
| Sheridan Real Estate Investment A, LLC | Bang Energy Costa Rica LTDA |
| Sheridan Real Estate Investment B, LLC | Bang Energy Peru S.A.C. |
| Sheridan Real Estate Investment C, LLC | Bang Energy Brazil LTDA (Brazil) |
| Quash Seltzer, LLC | Bang Energy Chile SPA |
| Rainbow Unicorn Bev LLC | Bang Energy Colombia SAS |

## 2. Debtors' Restructuring Professionals

| | |
|---|---|
| Latham & Watkins LLP | Huron Consulting Group |
| Berger Singerman LLP | Rothschild & Co US Inc. |

## 3. Ordinary Professionals

| | |
|---|---|
| Quarles & Brady LLP | Nelson Mullins Riley & Scarborough LLP |
| Pettit Kohn Ingrassia Lutz & Dolin PC | J. Robbin Law, PLLC |
| Kuckelman Torline Kirkland | Krishel Law Firm |
| Wilson Elser Moskowitz Edelman | Murchison & Cumming, LLP |
| Jackson Lewis P.C. | Cole, Scott & Kissane, P.A. |
| Moore Rabinowitz Law | |

## 4. Committee Members

| | |
|---|---|
| Stellar Group, Inc. | Crown Cork & Seal USA, Inc. |
| Archer Daniels Midland Co. | QuikTrip Corporation |
| Trinity Logistics, Inc. | XPO Logistics, L.L.C. (a.k.a. RXO, Inc.) |
| Ardagh Metal Packaging USA Corp | |

---

[3]  The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category

**5.**  **Committee Professionals**

| | |
|---|---|
| Lincoln Partners Advisors LLC | Sequor Law, P.A. |
| Miller Buckfire & Co., LLC | |

**6.**  **Lease Counterparties**

| | |
|---|---|
| General Motors Financial Company, Inc. | Ally Financial |
| Crown Lift Trucks | Crown Equipment Corporation |
| Crown Credit Company | Penske Truck Leasing Co., L.P. |
| Ryder System, Inc. | Chrysler Capital |

**7.**  **Landlords/Lessors**

| | |
|---|---|
| 12M Commercial Properties, LLC | Phx Warehouse |
| 1600FL, LLC | Prologis Targeted US |
| C1 DAL III-V, LLC - Colony Capital | Ranger H-TX LP |
| Centerpoint (Dogwood) | Rbrothers LLC/ NV, LLC |
| CK Afton Ridge II, LLC | Rexford Inudstrial Realty, LP |
| Dalfen Industrial | The Rose Properties |
| Dogwood Holdings, LLP | TGA Cactus DC II LLC Teachers Ins & Annuity Assoc of America |
| Driscoll, LLP | Personal Mini Storage |
| Duke Realty | Neighborhood Storage Center Co |
| Eastgroup Properties LP - Jacksonville | Midgard Self Storage |
| Eastgroup Properties, LP | Compass Self Storage |
| Everman Trade Center (Cabot Industrial) | Spring Lake Storage |
| Evox Holdings LLC (Sheridan B) | Menifee storage |
| Icon Industrial Owner Pool - Bree Jupiter Western | West Side Storage |
| Kearny Mesa West, LLC | Powdersville Self Storage |
| KP Properties of Ohio | Tucson RV Storage |
| PPF Lincoln Medley, LLC | Welbic WF Management LLC |
| Medley Logistics | Gimmel Tammuz Realty |

**8.**  **Counsel/Professionals to Material Counterparties**

| | |
|---|---|
| Moore & Van Allen PLLC | FTI Consulting |
| Shutts & Bowen LLP | |

**9.**  **Current and Former Officers and Directors of Debtors and Affiliates**

| | |
|---|---|
| Greg Robbins | Gregg Metzger |

| Frank Massabki | Gene Bukovi |
| Rich Caruso | Eugene Bukovi |
| Kathleen Cole | Guillermo Escalante |
| Eric Hillman | |

## 10. Significant Equityholders

| John H. Owoc | |
| --- | --- |

## 11. Secured Lenders

| Truist Bank | Synovus Bank |
| --- | --- |
| CoBank, ACB | Federal Agricultural Mortgage Corporation |
| Agcountry Farm Credit Services, FLCA | Huntington National Bank |
| Farm Credit Bank of Texas | Greenstone Farm Credit Services, FLCA |
| Citizens Bank, N.A. | Comerica Bank |
| Compeer Financial, PCA | HSBC Bank USA, N.A. |
| United Community Bank d/b/a Seaside Bank and Trust | |

## 12. Banking Relationships

| Bank of America, N.A. | PayPal |
| --- | --- |

## 13. Parties to Pending Litigation

| Alejandro Machado | Reign Inferno |
| --- | --- |
| Balboa Capital Corporation | Monster Energy Company |
| Ball Corporation | Nexus Steel, LLC |
| Bang Diamonds LLC | Orange Bang, Inc. |
| Belvac Production Machinery, Inc. | PepsiCo, Inc. |
| Berlin Manufacturing | Premier Distributing Company |
| Berlin Packaging, LLC | Premier Nutrition Products, LLC |
| Brandyn Alejos | Premium Beverage Company |
| Breen Acres Aquatics, Inc. | ProSupps |
| Dairy Farmers of America, Inc. | Pro Supps USA LLC d/b/a Professional Supplements A/K/A Pro Supplements |
| Daniel Yepes | Quang Nguyen |
| Derik Fay | Rodney Cyril Sacks |
| Elegance Brands, Inc. | Bryan Shane Dees |
| Europa Sports Partners | Sony Music Entertainment |
| Gulfstream Aerospace Corporation | Stephen Cohen |

| | |
|---|---|
| Joao P Leopardo | Suddath Global Logistics, LLC |
| Keurig Dr Pepper Inc. | The American Bottling Company Inc. |
| Markerly, Inc. | The House of LaRose, Inc. |
| Massimo Zanetti Beverage USA, Inc. | TikTok, Inc. |
| Webb & Gerritsen, Inc. | Triller, Inc. |
| Yaritza Lozano | Shannon Troglia |
| Warner Music Group | UMG Recordings, Inc. |
| Adam Perry | Vani Deva Hari a/k/a "Food Babe" |
| Amanda Wightman | Aaronda Walton |
| Amber N. Killmon | Amanda Light |
| Amy Maros | Arianna Jonae Henderson |
| Andrew LaRocca | Arnold Classic Australia PTY, LTD |
| Branch Banking and Trust Company | Averell Luedecker |
| Carnegie Technologies, LLC | Brett Martin |
| Christin Kubsch | Brightfractal, Inc. |
| Csc Corporate Domains, Inc. | Dang Foods LLC |
| Christopher Alfieri | Edmund Elien |
| Crystal Bowley-Reagan | Energy Beverages, LLC |
| Darrell James Bennet II | Fabco Metal Products LLC |
| David Serrano Ramirez | GNC Holdings Inc. |
| Integrated Masonry | Gorilla Marketing, LLC |
| ISEC Inc. | Haci Mechanical Contractors Inc. |
| James Rodriguez | Heavy Equipment Movers & Installation LLC |
| Jasmine Sade Williams | Hardrock Concrete Placement Co Inc. |
| Jeannine Smith | Landmark Custom Homes of Broward |
| Jennifer Quillen | Landmark Custom Ranches Inc. |
| Kelly Ocampo | Lasiah R. Villalpando |
| Konya Seker Sanayi Ve Ticaret Anonim Sirketi | Laura Dawson |
| Kristin Wong | Leading Edge Expositions, LLC d/b/a LEEXPOS |
| Krystle Michele Glenn | Marc J. Kesten |
| Monster Beverage Corporation | PhD Marketing, INC. |
| Noel Christmas Lights Professional, Inc. d/b/a Noelle Lights | Prime Time Group Corp |
| NoSo Holdings LLC | Professional Supplements LLC d/b/a Wisconsin Professional Supplements LLC and A/K/A Official Professional Supplements |
| Reign Beverage Company LLC | Records Label, LLC |
| Scarlett Bridget Hernandez-Zavala | Tadasha Lenorah Hodges |
| Scarlett Hernandez | Terra Weston Residential, LLC |
| Smart Technologies Solutions, LLC | Trench Shore Rentals |
| Summer Shores | Tunes LLC |
| Victor Lanza | Wallice Plumbing, Inc. |

### 14. **Insurance and Insurance Providers**

| | |
|---|---|
| Federal Insurance Company | AXIS Surplus Insurance Company |
| Great Northern Insurance Company | Arch Specialty Insurance Company |
| Navigators Specialty Insurance Company | StarStone National Insurance Company |
| American International Group, Inc. | Aspen Specialty Insurance Company |
| Colony Insurance Company | Landmark American Insurance Company |
| Travelers Property Casualty Company of America | Lexington Insurance Company |
| Lloyd's of London | Hallmark Insurance Company |

### 15. **Potential Major Unsecured Creditors (Including Counterparties to Major Contracts)**

| | |
|---|---|
| Varni Brothers Corporation | Ardagh Metal Beverage USA, Inc. |
| Total Quality Logistics, LLC TQL | Ball Metal Beverage Container Corp |
| XPO Global Forwarding, Inc. | Graphic Packaging International |
| Shanghai Freeman Americas, LLC | Priority-1, Inc. |
| American Express | QuikTrip Corporation |
| Gordon & Rees | England Logistics, Inc |
| CW Carriers Dedicated Inc. | Glen Raven Logistics Inc. |
| Inovar Packaging Florida, LLC | Doehler USA, Inc. |
| Fona International Inc. | MHW, Ltd/ Doehler NA |
| FedEx | Wild Flavors, Inc. |

### 16. **Vendors**[4]

| | |
|---|---|
| Refresco Canada Inc. | MetLife Insurance |
| Prinova Solutions Europe Limited | Mutual of Omaha |
| Prinova US LLC | ADP, Inc. (Automatic Data Processing, Inc.) |
| CKS Packaging, Inc. | Transamerica Employee Benefits |
| Konings Drinks BV | Principal Life Insurance 401K |
| Trinity Logistics Inc. | Brown & Brown of Florida Inc., |
| United Health Care | WageWorks |
| Concentra - Occupational Health Centers of the Southwest, P. | Nationwide DVM Insurance Agency |
| CHUBB & SON | First Insurance Funding |
| Optum Financial, Inc. | The Mercova Group LLC |
| STB Agency Services Operating | Trans-Market, LLC |
| Krones, Inc. | Berner Food & Beverage, LLC |
| Chicago Title Company, LLC | Milk Specialties Global |

---

[4] The vendors included herein includes vendors representing the top 80% of the Debtors' spend over the past 24 months.

| | |
|---|---|
| Refresco Beverage US Inc. COTT | CHEP USA |
| Team Eagle Logistics | KRYNICA VITAMIN SPÓŁKA AKCYJNA |
| J.B. Hunt Transport, Inc. | Updike Distribution |
| The Haskell Company | Imbera S.A. de C.V. |
| Sidel Blowing & Services | Network LeasePlan U.S.A., Inc. |
| Arizona Production & Packaging LLC | Portland Bottling Company |
| United States Treasury | American International Foods |
| BagPak Poland LLC | Presence From Innovation |
| Glen Raven Logistics Inc. | CI421 474 W Buckeye LLC CAM INVESTMENTS 421 LLC |
| Expolanka USA LLC | CSPC Innovations USA Inc. |
| Alto Freight | Costco Wholesale Corp |
| R&K Logistics, Inc. | Takasago International Corporation |
| Kalis Kleiman & Wolfe | Wuzhi County Zhihui Sci & Tech Co, LTD |
| Solar Green Biotechnologies, Inc. Wuxi Cima Science Co. | Cabot Industrial Value Fund VI Operating CIVF VI-TX1M01-M04, |
| ACE Tools CO LIMITED | Khalsa Transportation Inc. |
| Genesis Global Workforce Solutions | ABF Freight |

**17. <u>Lien Search Parties</u>**

| | |
|---|---|
| Ignite International, Ltd. | Great America Financial Services Corp. |
| Ignite Beverages, Inc. | Hitachi Capital America Corp. |
| James Gracely | Cheryl Ohel |
| DeLage Landen Financial Services, Inc. | Donna Williams |
| TFG Leasing Fund III, LLC | Briggs Equipment, Inc. |
| Canon Financial Services, Inc. | City Beverage-Illinois, LLC d/b/a Lake Shore Beverage, LLC |
| PNC Bank, National Association | Spirit & Sanzone Distributors Co., Inc. |
| PNC Equipment Finance, LLC | UMC Recordings, Inc. |
| Webbank | Capitol Records, LLC |
| CT Corporation System | Universal Music Corp. |
| Toyota Industries Commercial Finance, Inc. | Universal Music Z Tunes LLC |
| Americredit Financial Services, Inc. d/b/a GM Financial | Universal Musica, Inc. |
| U.S. Bank Equipment Finance | Polygram Publishing, Inc. |
| BFG Corporation | Songs of Universal, Inc. |
| Centurylink Communications, LLC | Universal Music-MGB NA, LLC |
| Sony Music Entertainment US Latin LLC | Dang Foods Company |
| Zomba Recording LLC | Arista Records LLC |
| Arista Music | LaFace Records LLC |
| Record Label, LLC | Cryo-Lease, LLC |
| Volcano Entertainment III LLC | |

## 18. **Other Unsecured Creditors**

| | |
|---|---|
| 7-Eleven, Inc. | SEKO WORLDWIDE LLC |
| Circle K Stores, Inc. | Dieck & Co. Erfrischunsgetranke OHG |
| Independent Buyers Co-op | C.H. Robinson International |
| QuikTrip Corporation | Gehlen Schols Transport & Logistics B.V |
| Speedway LLC | ADM Wild Europe GmbH & Co. KG |
| Target Corporation | DIS BV |
| Affordable Buying Group | Refresco Iberia |
| Family Dollar, Inc. | Prinova Solutions Europe Limited |
| NY Barbell | Ewals Cargo Care B.V. |
| Kroger | Oettinger Brauerei GmbH |
| CHEVRON EXTRA MILE | Kerry Ingredients & Flavours Italia Spa |
| Stellar Group, Inc. | WERK Plaats Sittard b.v. |
| Doehler Dry Ingredients Solutions | EFL GLOBAL LOGISTICS CANADA LTD |
| Crown Cork & Seal USA, Inc. | POP Display Product (HK) Limited Dongguan Pop Display & Pack |
| Direct Connect Logistix, Inc. | Refresco Canada Inc. |
| Green Wave Ingredients (GWI) | Simon Pure Marketing Inc. |
| Total Quality Logistics, LLC TQL | Alliance IntraPak Inc. |
| Nelson Mullins Riley & Scarborough LLP | CHEP Canada Inc. |
| QuikTrip Corporation | Expert Aviation Inc. |
| Inventus, LLC Legility | Alto Systems (Stoked) |
| States Logistics Services, Inc. | C.H. Robinson International |
| Parallel Products | All Brands Distribution, LLC |
| KJM Aluminum Can SDN BHD | Timothy Brown |
| Recycle America LLC | Peter Fischer |
| Total Quality Logistics, LLC TQL | Brendan Abbot |
| Keller Warehousing & Co-Packing LLC | Jacob Scheibe |
| Navajo Express, Inc. | Southeast Cold Fill, LLC |
| Fusion Logistics Services, LLC | Daisy Duke Promotions, LLC |
| England Logistics, Inc. | Carolina Canners |
| Krier Foods, Inc. | Modern Jet Solution |
| Ardagh Metal Packaging USA Corp. | |

## 19. **Taxing and Other Significant Governmental Authorities**

| | |
|---|---|
| IRS Department of Treasury | State of Florida |
| Alabama Department of Revenue | Georgia Dept of Revenue Processing Center |
| Arizona Department of Economic Security | Illinois Department of Revenue |
| Arizona Department of Revenue | Kentucky Department of Revenue |

| | |
|---|---|
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | Massachusetts Department of Revenue |
| Colorado Department of Revenue | Minnesota Revenue |
| Commonwealth of Massachusetts William Francis Galvin | Nevada Dept. of Taxation |
| Comptroller of Maryland Revenue Administration Division | New Hampshire Employment Security ATTN: Cashier |
| Franchise Tax Board California | New Jersey Division of Taxation Revenue Processing Center |
| Georgia Department Of Revenue | State of Connecticut Dept of Revenue Svc |
| New Jersey DOR | State of Delaware |
| North Carolina Dept of Revenue NCDOR | State of Massachusetts |
| Ohio Treasurer of State | State of New Hampshire |
| Oregon Department of Revenue | State of New Jersey |
| Oregon Dept of Revenue POBox14780 | State of NJ Division of Taxation Corporation Business Tax |
| South Carolina Department of Revenue | Tennessee Department of Revenue |
| State of Connecticut | Virginia Department of Taxation |
| Texas Comptroller of Public Accounts | Wisconsin Department of Revenue |
| Utah State Tax Commission | Maricopa County Treasurer |

20. **Utility Providers**

| | |
|---|---|
| All Pro Pest | Garratt - Callahan |
| Amerigas | Green Mountain Energy |
| AT&T | Greystone Power-GA location |
| Athens Services | GTT |
| Atmos Energy | JEA |
| Austell Natural Gas-GA location | Kone Elevator |
| Balgas | LADWP-ELCTRICITY |
| Blue Stream | Landcare |
| City of Fort Myers | Lee County Electric Company |
| City of Pembroke Pines | NV Energy |
| City of Phoenix | Ontario Municipal |
| City of Sunrise | Ontario-Water |
| Clark County Water | Orange County |
| Comcast | Orlando Utilities Commission |
| ConnectWise | Prime Power |
| Cox | ReadyRefresh |
| Critical System | Reliant |
| Daiken | Republic Services |
| De Lage Landen Financial Services | Rocky Mountain |
| Dominion Energy | San Diego Gas & Electric |
| Douglas County Water& Sewer-GA Location | SecurAmerica |

| | |
|---|---|
| Duke Energy | Southern California Edison |
| Fire Alarm | Southwest Gas Corporation |
| Frontier | TECO |
| Sparklets | Town of Medley |
| Spectrum | TXU |
| Spectrum Business | Verizon |
| SRP | Viasat |
| Suburban Propane | Weston |
| Waste Management | Xcel Energy |
| Waste Pro | Waste Recycle |

### 21. United States Bankruptcy Judges in the Southern District of Florida

| | |
|---|---|
| The Honorable A. Jay Cristol | The Honorable Peter D. Russin |
| The Honorable Robert A. Mark | The Honorable Erik P. Kimball |
| The Honorable Scott M. Grossman | The Honorable Laurel M. Isicoff, Chief Judge |
| The Honorable Mindy A. Mora | |

### 22. Staff for Southern District of Florida Bankruptcy Judges

| | |
|---|---|
| Emily Maza | Marcy Gatell |
| Kayla Heckman | Corinne Aftimos |
| Noemi Sanabria | Jackie Antillon |
| Jennifer Rolph | Tara Trevorrow |
| Cheryl Kaplan | Meera Khan |
| Susan Gutierrez | Maria Romaguera-Serfaty |
| Dawn Leonard | Edy Gomez |
| Grace V. Figueroa | Casey Wiener |
| Melva Weldon | |

### 23. United States Trustee for the Southern District of Florida (and Key Staff Members)

| | |
|---|---|
| Guy A. Van Baalen | Sofia Kesep |
| Heather Barfus | Keith H. Kronin |
| Adisley M. Cortez-Rodriguez | Lupe M. Martinez |
| Diane M. DeZinno | Diana M. Nuñez |
| Heidi A. Feinman | Hugo L. Paiz |
| Lynn M. Fernandez | Ariel Rodriguez |
| Myriam A. Fernandez | Steven D. Schneiderman |
| Charles A. Fordham | Katherine E. Simons |
| Dan Lee Gold | Yevgeny Sulsky |
| Benedicto J. Gonzalez-Leon | |

24. **Customers**

| | |
|---|---|
| Adams Beverage LLC. | IOWA BEVERAGE SYSTEMS, INC. |
| Advance Beverage Company, Inc. | Jack Hilliard Distributing Company, Inc. |
| Ajax Turner Company | John Lenore & Company |
| Al George LLC | JOMAST Corp.  DBA: Mahaska |
| Albertsons Companies, Inc | Kentucky Eagle Inc. |
| Allen Beverages, Inc. | Koerner Distributor, Inc. |
| Arkansas Beverage Sales, Inc. (Suncoast) | Kroger |
| Army & Air Force Exchange Service | Lakeshore Beverage Company Speedway |
| Bang Energy Australia PTY LTD | Larry's Distributing Company |
| Bang Energy BV | Lewisco Holdings |
| Bay Area Distributing Co., Inc. | M & M Distributing |
| Beal Distributing, Inc. | M K Distributors, Inc. |
| Best Beverages of West Memphis | Matagrano, Inc. |
| Beverage Distributors Inc. | McLane Grocery |
| Big Horn Beverages Co., Inc. | MDV SpartanNash |
| Big Lots Stores, Inc. | Metro Beverage of Philadelphia Speedway |
| Bill's Distributing | Missouri Eagle, LLC |
| BJ's Wholesale Club, Inc. | Mitchell Beverage of Maryland LLC DBA Chesapeake Beverage |
| Brandsimex Americas Inc. | Muscle Foods USA Eurpac Services Inc. |
| Budweiser Distributing Company Amarillo | Navy Exchange Service Command NEXCOM |
| Budweiser- The Hand Family Co. | Nevada Beverage |
| Budweiser-Busch Distributing Co, Inc | New West Distributing, Inc |
| Bueno Beverage Co. - Sequoia Beverage Company | Northeast Sales Distributing |
| Buffalo Rock Company | NY Barbell |
| C & C Distributors, Inc. | Ollie's Bargain Outlet, Inc. |
| Caffey Distributing Inc. | Oneta Co. DBA Pepsi Cola Bottling |
| Capitol Beverage Sales, LP | Pacific Beverage Co. |
| Cardinal Distributing, LLC | Paragon Distributing |
| Carolina Premium Beverage LLC | Parts and Services Solutions, LLC |
| Casey's General Stores, Inc. | Pepsi Co. Corporate |
| Central Distributors Inc. | Pepsi Cola Bottling Co. of Guam |
| Central Distributors, Inc. Maine | Pepsi of Hudson Valley |
| CLC Trading Inc. | Perry Distributing, Inc. |
| Coastal Beverage Company Inc. | Polar Corp /Polar Beverages |
| Coastal Pacific Food Distributors, Inc. | Premier Distributing Company |
| College City Beverage, Inc. | Pure Beverage Company Speedway |
| Color Brands | Quality Beverage LLC |

| | |
|---|---|
| Core-Mark | Quality Brands Distribution, LLC |
| County Distributing | R&K Distributors, Inc. |
| CST Diamond LP Core-Mark - RDC Division | RaceTrac Corporate |
| Daniel L. Jacob & Co. Inc. | RCI Beverage-OH, LLC DBA Dayton Heidelberg Distributing Co L |
| Dean Distributing, Inc. | Resort Beverage Company Inc. |
| DeCrescente Distributing Co., Inc. | S&S Distributing, Inc. |
| Delaney Distributors, Inc. | Saccani Distributing Co. |
| DNA Distribution | Sam's Club |
| Dollar Tree | Sheetz Distribution Services LLC |
| Donaghy Sales, LLC | Sheridan Real Estate Investment A LLC |
| Eagle Beverage | Silver Eagle Bev. LLC - San Antonio |
| Eagle Distributing of Texarkana | Silver Eagle Distributors Houston LLC |
| Eagle Distributing, Co., LLC | Skyland Distributing Company Inc. |
| Eby-Brown Company LLC | Southeastern Marketing & Distribution |
| ED F. Davis, Inc. | Southern Eagle Sales & Service, LP |
| Europa Sports Partners, LLC | Stagnaro Distributing, LLC |
| Fabiano Brothers, Inc. - MI | Standard Beverage Corp - Wichita KS |
| Fabiano Brothers, Inc. WI | Stevenson Beer Distributing Co. Ltd. |
| Fit Energy Ecuador | Straub Distributing Company Ltd. |
| Flathead Beverage Company | Superior Beverage Inc. |
| G & J Pepsi Cola Bottling Company, Inc. | Tarver Distributing |
| G&L Wholesale | Terborg Distributor |
| G&M Distributors, Inc. | The Odom Corporation |
| General Distributing Company | Thomas Group LLC DBA Eagle Distributing Company |
| Glazer's Beer and Beverage of Texas, LLC | Tri-Eagle Sales |
| Golden Beverage | Union Beer Distributors, LLC Speedway |
| Golden Eagle of Arkansas, Inc. | United Beverages of NC LLC |
| Great Plains Distributors LP | United Distributors of GA |
| Grupo Lexter Peru Scrl Fadicrown SA | Vistar - Performance Food Group, Inc. |
| Healy Wholesale Co Inc. | Vitamin Shoppe-North Bergen NJ |
| Hedinger Beverage Distributing Co., Inc. | Walgreens |
| Heimark Distributing LLC | Wantz Distrubitors Inc. |
| Hensley Beverage Company | WDI, LLC Wisconsin Distributors |
| Holston Distributing Company | West Side Beer Distributing |
| Humboldt Beer Distributors | Western Distributing Company |
| Import Warehouse | Wil Fischer Companies |
| Intermountain Distributing Co. | Xtreme Sports Nutrition, Inc. |
| Intrastate Distributing Speedway | Zip Beverage |

25. **Other Parties**

| Mitsubishi HC Capital America, Inc. | The Hamilton Group (Delaware), Inc. |
|---|---|
| XPO LOGISTICS, LLC | ALDA 4747 W. Buckeye LLC |
| MFP 4747 W. Buckeye LLC | AIS Portfolio Services, LLC |
| ACAR Leasing Ltd d/b/a GM Financial Leasing | Pachulski Stang Ziehl & Jones |

## **Exhibit B-2**

Relationships to Parties in Interest

| Entity | Relationship to Debtors | Relationship to Lincoln |
|---|---|---|
| MetLife Insurance | Vendor | Current client on a matter unrelated to Vital Pharmaceuticals |
| Comcast | Utility Provider | Involved on prior deal(s) unrelated to Vital Pharmaceuticals |
| PNC | Lien Search Party | Involved on prior deal(s) unrelated to Vital Pharmaceuticals |
| Latham & Watkins | Debtors' counsel | Counsel to various clients in prior deal(s) unrelated to Vital Pharmaceuticals |