UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Vital Pharmaceuticals, Inc., *et al.*,[1]          CASE NO. 22-17842-PDR
                                                    Chapter 11
    Debtor.
_____/

## NOTICE OF APPEARANCE

JIMMY D. PARRISH, of the law firm of Baker & Hostetler LLP, hereby enters his appearance as counsel of record for 1600FLL LLC, and requests that copies of all pleadings and papers filed herein be served upon him in accordance with Fed. R. Bankr. P. 2002.

Respectfully submitted this 18th day of November 2022.

                                                    */s/ Jimmy D. Parrish*
                                                    JIMMY D. PARRISH, ESQ.
                                                    Florida Bar No. 0526401
                                                    jparrish@bakerlaw.com
                                                    BAKER & HOSTETLER LLP
                                                    200 S. Orange Avenue, Suite 2300
                                                    Orlando, Florida 32801
                                                    Telephone (407) 649-4000
                                                    Facsimile (407) 841-0168
                                                    *Attorneys for 1600FLL LLC*

---

[1] The address of the debtors (the "Debtors") is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

*/s/ Jimmy D. Parrish*
JIMMY D. PARRISH, ESQ.

4879-3887-1871.1