**<u>EXHIBIT B</u>**

**D'Amico Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN D'AMICO IN SUPPORT OF THE**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT**
**AND RETENTION OF MILLER BUCKFIRE & CO., LLC AS INVESTMENT BANKER**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**EFFECTIVE AS OF NOVEMBER 4, 2022**

I, John D'Amico, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am a Managing Director of the firm of Miller Buckfire & Co., LLC ("MB&Co."), which has its principal offices at 787 Seventh Avenue, New York, New York, and its affiliate Stifel, Nicolaus & Co., Inc. ("SN&Co." and together with MB&Co., "Miller Buckfire"), which has its principal offices at 501 North Broadway, St. Louis, Missouri. I am authorized to execute this declaration on behalf of Miller Buckfire. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[2]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Miller Buckfire and are based on information provided by them.

2.      This declaration (the "Declaration") is being submitted in connection with the proposed retention of Miller Buckfire as investment banker to the Official Committee of Unsecured Creditors (the "Committee") of Vital Pharmaceuticals, Inc., *et al.* (the "Debtors") to perform services as set forth in the application seeking to retain Miller Buckfire (the "Application").[3] Miller Buckfire was retained by the Committee as of November 4, 2022.

3.      MB&Co. is an investment bank that provides strategic and financial advisory services in large-scale corporate restructuring transactions.  MB&Co. is an indirect, wholly-owned subsidiary of Stifel Financial Corp. ("Stifel Financial" and together with its approximately 100 subsidiaries, the "Stifel Group") and has no subsidiaries or other controlled affiliates.  SN&Co. is a direct, wholly-owned subsidiary of Stifel Financial whose subsidiaries and controlled affiliates have no operations or employees beyond insurance and holding licenses related to the executive tax advice business at SN&Co.  The only common parent of MB&Co. and SN&Co. is Stifel Financial.  Stifel Financial is a publicly-traded financial holding company listed on the New York Stock Exchange (ticker symbol: SF), headquartered in St. Louis, Missouri.

4.      Stifel Financial completed its acquisition of MB&Co. in 2012 to add restructuring expertise to SN&Co.'s investment banking branch.  Among other reasons, MB&Co. remains a separate subsidiary to help preserve the value of MB&Co.'s restructuring reputation in the market.

5.      MB&Co. and SN&Co. are affiliated broker-dealers.  Generally, MB&Co. bankers are restructuring specialists and SN&Co. bankers are industry-specific and other specialists.  In this case, the SN&Co. professionals involved have food and beverage experience.  These professionals are continuing to work together with the MB&Co. professionals as a coordinated

---

[3]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

team for the Debtor, providing both restructuring and industry experience under a single fee structure.

6. The Debtor has been advised that MB&Co., SN&Co. or both have been retained to provide investment banking and other services in connection with the restructuring of the following companies, among others, in jurisdictions around the country: Acterna Corporation; Aerovías Nacionales de Colombia S.A.; Allied Holdings, Inc.; Amtrol Inc.; Anchor Danly Company; Applied Extrusion Technologies, Inc.; AT&T Latin America; Aurora Foods Inc.; Autocam Corporation; Avado Brands, Inc.; Birch Telecom, Inc.; Black Diamond Mining Company, LLC; Bruno's Inc.; Burlington Industries; Calpine Corporation; Cambridge Industries; Carmike Cinemas; Celotex Corporation; Centerpoint Energy; Citation Corporation; CMS Energy Corporation; Criimi Mae, Inc.; CTC Communications; Dana Corporation; Delta Air Lines, Inc.; Dow Corning Corporation; Drypers, Inc.; Dura Automotive Systems, Inc.; EaglePicher Holdings Inc.; Exide Technologies; Eurotunnel Group; Favorite Brands International Inc.; FLYi, Inc.; Foamex International; Focal Communications Corporation; FPA Medical Management; Furniture Brands International, Inc.; Gate Gourmet; General Growth Properties, Inc.; Grand Union Co.; Greatwide Logistics; Grupo TMM; hhgregg, Inc.; Hines Horticulture, Inc.; Horizon Natural Resources Company; Huntsman Corporation; ICG Communications; ICO Global Communication, Ltd.; IMPATH Inc.; Innkeepers USA Trust; Interstate Bakeries Corporation; J.L. French Automotive Castings; Kmart Corporation; Level (3) Communications; Laidlaw, Inc., Lenox Group, Inc.; Lodgenet, Inc.; Loewen Group; Magna Entertainment Corp.; MagnaChip Semiconductor LLC; McLeodUSA; Meridian Technologies Inc.; Mervyn's Inc.; Micro Warehouse; Mirant Corp.; Molycorp, Inc.; Montgomery Ward & Co.; National Airlines; Oakwood Homes; Neff Corp.; Pacific Crossing

Limited; Pathmark Stores, Inc.; Pegasus Satellite Communications; PennCorp Financial Group, Inc.; Pioneer Companies; PSINet; Polaroid Corporation; Polymer Group, Inc.; Progressive Molded Products Inc.; Questex Media Group, Inc.; The Reader's Digest Association, Inc.; SI Corporation; Simmons Bedding Company; The Spiegel Group; Stallion Oilfield Services Ltd.; SquareTwo Financial Services Corporation; Sunbeam Corporation; Standard Pacific Corp.; Stolt-Nielsen S.A.; Stolt-Offshore S.A.; TECO Energy; Trans World Airlines; Ultrapetrol (Bahamas) Limited; Unitek GlobalServices, Inc.; U.S. Office Products; Vonage Corporation; and Women First Healthcare.

7.      In connection with its proposed retention by the Committee in these Chapter 11 Cases, Miller Buckfire (both MB&Co. and SN&Co.) undertook to determine whether it had any conflicts or other relationships that might cause it to hold or represent an interest adverse to the Debtor. Miller Buckfire obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases and additional names provided by counsel to the Committee (the "Potential Parties in Interest"), which parties are listed on Schedule 1, annexed hereto.[4]

8.      In order to determine whether MB&Co., SN&Co., or their affiliates had any conflicts or other relationships that might cause them not to be disinterested or to hold or represent an interest adverse to the Debtor (except in connection with their services to the Committee), MB&Co. and SN&Co. took the following actions (collectively, the "Connections Check"): (a) a direct query to all deal team bankers at both MB&Co. and SN&Co., plus all other bankers at

---

[4] The list of the Potential Parties in Interest is being filed in redacted form pursuant to the *Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, and (C) Redact Certain Individual and Customer Confidential Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, (III) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), and (IV) Granting Related Relief* [ECF No. 86].

MB&Co. and all other consumer products-specialist bankers at SN&Co. and (b) a review by Stifel Financial's global "control room" of the Potential Parties in Interest against Stifel Financial's corporate databases and data sources, including client, vendor, trading and transaction records. The Stifel Financial control room check is intended to produce a complete set of connections results for the Stifel Group and covers all of the Stifel Group entities (not only MB&Co. and SN&Co.).

9.      To the best of my knowledge and belief, based on the results of the Connections Check, MB&Co. and SN&Co. have not represented any Potential Parties in Interest in connection with matters relating to the Debtor, its estate, assets, or businesses within the three years prior to the date hereof and will not represent other entities which are creditors of, or have other relationships to, the Debtor in matters relating to this Chapter 11 Case, except as set forth herein and in Schedule 2 attached hereto.

10.     To the best of my knowledge, no individual assignment described in Schedule 2 accounts for more than 1% of Miller Buckfire's gross revenue during the twelve-month period prior to the date hereof.

11.     Miller Buckfire provides financial advice and investment banking services to an array of clients in the areas of restructuring and distressed debt.  As a result, Miller Buckfire has represented, and may in the future represent, certain Potential Parties in Interest in matters unrelated to this Chapter 11 Case, either individually or as part of representation of an ad hoc or official committee of creditors or interest holders.  To the best of my knowledge, based on the Connections Check, none of these representations are adverse to the Debtor's interests.

12.     To the best of my knowledge, neither Miller Buckfire nor I, nor any other employee of Miller Buckfire that will work on the Debtor's engagement, has any connection with or holds

any interest adverse to the Debtor, its estate or the Potential Parties in Interest, except (i) as set forth in Schedule 2 and (ii) as otherwise set forth below:

a.  As mentioned above, MB&Co. is an indirect subsidiary and SN&Co. is a direct subsidiary of Stifel Financial. Stifel's other subsidiaries include Keefe, Bruyette & Woods, Inc. ("KBW"), a leading broker dealer and investment banking firm focused on banking, insurance, broker dealers and other financial services companies, and Stifel Bancorp, Inc. ("Stifel Bank"), a retail and commercial bank. As mentioned above, for purposes of this Declaration, the "Stifel Group" refers to Stifel Financial and its subsidiaries, including MB&Co., SN&Co., KBW and Stifel Bank. The Stifel Group conducts the following principal activities: (i) private client services, including securities transaction and financial planning services; (ii) institutional equity and fixed income sales, trading and research, and municipal finance; (iii) investment banking services, including mergers and acquisitions, public offerings, and private placements; and (iv) retail and commercial banking, including personal and commercial lending programs. None of MB&Co., SN&Co., KBW or Stifel Bank has a common parent other than Stifel Financial.

b.  Within the Stifel Group, MB&Co. and SN&Co. are separate from the professionals and staff of the Stifel Group's equity research operations, its sales and trading operations, its retail brokerage business and Stifel Bank. The policies of MB&Co., SN&Co. and the Stifel Group are reasonably designed to prevent the misuse and improper sharing of information through the use of information barriers such as watch lists, restricted lists and internal policies on confidentiality of client information, as further described in subparagraph (c) below ("Information Barriers") and are subject to federal regulatory oversight. The purpose of these Information Barriers is to: (i) protect confidentiality of information; (ii) prevent members of different business units of the Stifel Group from coming into contact with information that is confidential to other business units of the Stifel Group other than on a need to know basis; and (iii) assist with the prevention and management of conflicts of interest.

c.  MB&Co.'s offices are on the same floor as KBW's and Stifel Bank's investment bankers in our principal New York office. The SN&Co. bankers working on this Chapter 11 Case are located on a floor that only houses the SN&Co. investment banking business and does not have any shared space with (i) any of the other Investment Arm Entities (as defined below), (ii) any of the non-investment banking divisions of SN&Co., or (iii) any other entity within the Stifel Group. (Additional exceptions are certain employees of control groups – compliance, IT, legal and senior management supervision – which sit "above the wall" and administer and monitor the business divisions' compliance with the Information Barriers and other control policies). In addition, each Stifel Group investment banking division, including the investment banking division of SN&Co. and the

entirety of MB&Co., are kept separate from other divisions and businesses of Stifel Group. The electronic records of these divisions are not accessible by any other division of the Stifel Group, except where there are joint engagements, as here, in which case only the divisions of the combined deal team (here, MB&Co.'s and SN&Co.'s investment banking divisions) have access to the deal's electronic files. (Additional exceptions are certain employees of control groups — compliance, IT, legal and senior management supervision — which sit "above the wall" and administer and monitor the business divisions' compliance with the Information Barriers and other control policies). Stifel Group's various business and divisions, including its investment banking divisions, operate on a need-to-know basis with respect to confidential client information. Employees are required to affirm their adherence to the firm's compliance procedures on an annual basis.

d.  MB&Co. and SN&Co. have not and will not directly or indirectly share any non-public information generated by, received from, or relating to the Debtor or this Chapter 11 Case with any employees of the Stifel Group not part of the team providing services to the Debtor except in accordance with the policies described above. MB&Co. and SN&Co. will immediately inform the Debtor and the U.S. Trustee, in writing, if it discovers that any of its Information Barriers or policies has been breached in connection with this Chapter 11 Case.   Miller Buckfire may share information with (i) regulatory authorities and (ii) the legal and compliance units and other internal control functions within the Stifel Group that need to know such information for purposes of carrying out their control functions.

e.  As part of its diverse businesses, MB&Co., SN&Co. and other Stifel Group affiliates appear in numerous cases, proceedings and transactions involving attorneys, accountants, investment bankers, financial advisors, financial consultants and other professional advisors, some of whom may represent claimants and Potential Parties in Interest in this Chapter 11 Case. Furthermore, members of the Stifel Group have in the past been, and may in the future be, represented by attorneys and law firms, some of whom may be involved in these proceedings. In addition, members of the Stifel Group have in the past worked, and likely will in the future be working, with or opposite other professionals involved in this Chapter 11 Case in matters unrelated to this Chapter 11 Case.  Based on my current knowledge of the professionals involved, and to the best of my knowledge, information and belief, in so far as I have been able to ascertain after reasonable inquiry, none of these relationships constitute interests adverse to the Debtor's estate.

f.  MB&Co., SN&Co. and the other advisory practices within the Stifel Group provide advice and investment banking services to an array of clients on mergers and acquisitions, divestitures, special committee assignments, recapitalizations, restructurings, placement agency, capital raising, underwriting and other strategic  transactions. As a result, MB&Co., SN&Co. and the other advisory practices within the Stifel Group each have

represented and may in the future represent certain Potential Parties in Interest in matters unrelated to this Chapter 11 Case, either individually or as part of a committee of creditors or interest holders. To the best of my knowledge, information and belief, in so far as I have been able to ascertain after reasonable inquiry, none of these representations constitute interests adverse to the Debtor's estate.

g. As part of the Stifel Group's capital raising and underwriting activities, affiliates of MB&Co. and SN&Co. within the Stifel Group have participated, and will participate in the future in, placement and underwriting syndicates with affiliates of many of the financial institutions identified as Potential Parties in Interest, on behalf of companies and municipalities raising financing some of which may be creditors or other Potential Parties in Interest. In addition, as part of such underwriting activities, certain financial institutions and institutional investors that are Potential Parties in Interest, may have purchased securities in such underwritings and private placements in the ordinary course of business. To the best of my knowledge, information and belief, in so far as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

h. Stifel Nicolaus investment banking has an active REIT (real estate investment trust) practice and, as such, may receive revenues from commercial landlords that are Potential Parties in Interest, but such connections are unrelated to the Debtor or this Chapter 11 Case. These REIT-related activities are separated by Information Barriers from the team providing services to the Debtor in this Chapter 11 Case. To the best of my knowledge, information and belief, in so far as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

i. The Stifel Group is a large, diversified financial services firm with broad activities covering sales and trading in equities, convertible securities, corporate bonds, loans and other instruments in addition to investment banking and financial advisory businesses. With more than one million customer accounts, it is very likely that some of the Stifel Group's clients and counterparties may hold a claim or otherwise be a party in interest in this Chapter 11 Case. Further, as a significant market maker in equity securities as well as a trader of corporate bonds, convertible securities, loans and other instruments, including those of creditors, equity holders or other Potential Parties in Interest in this Chapter 11 Case, members of the Stifel Group regularly enter into transactions in securities, loans and other instruments with other registered broker-dealers and other counterparties as a part of their daily activities. Some of these counterparties may be creditors, equity holders or other Potential Parties in Interest in this Chapter 11 Case. As noted above, there are Information Barriers and compliance procedures in place reasonably designed to ensure that no confidential or non-public information concerning the Debtor has or will be available to employees of the Stifel Group except employees of MB&Co. and SN&Co.

8

providing services to the Debtor. In addition, (i) the relevant Stifel Group entities are registered with and subject to periodic examinations by the SEC, FINRA or the CFTC, and (ii) most of the assets in these customer accounts are beneficially owned by parties other than current and former MB&Co. and SN&Co. owners, employees and their family members.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

j.   As part of its regular sales and trading operations, the Stifel Group may trade securities, loans or other instruments, including on behalf of creditors, equity holders and other Potential Parties in Interest in this Chapter 11 Case, and affiliates of the Stifel Group (including its employees). Miller Buckfire understands that as part of these trading operations that the Stifel Group may in the future hold debt and other instruments of the Debtor, creditors, equity holders and other Potential Parties in Interest in this Chapter 11 Case. There is an Information Barrier in place between MB&Co., SN&Co. and the Stifel Group's investment banking departments, on the one hand, and the Stifel Group's sales and trading businesses, on the other, and MB&Co., SN&Co. and the Stifel Group have in place compliance procedures reasonably designed to ensure that no confidential or non-public information concerning the Debtor has or will be available to employees of the Stifel Group's sales and trading businesses. In addition, (i) the relevant Stifel Group entities are registered with, and subject to periodic examinations by, the SEC, FINRA or the CFTC, and (ii) most of such assets are beneficially owned by entities other than current and former MB&Co. and SN&Co. owners, employees, and their family members.  To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

k.   In addition to the precautions described in the preceding paragraphs, MB&Co. and SN&Co. restricted trading by, through, or on behalf of MB&Co., SN&Co. or their respective employees in the securities of the Debtor in the weeks preceding commencement of this Chapter 11 Case and will continue to maintain this restriction during the pendency of this Chapter 11 Case.

l.   As part of its regular securities business, the Stifel Group publishes trade research on hundreds of issuers of equity securities and other instruments, including companies or other entities that may be creditors or other parties in interest in this Chapter 11 Case. There is an Information Barrier in place between MB&Co., SN&Co. and the Stifel Group's investment banking department, on the one hand, and the Stifel Group's research business, on the other, and MB&Co., SN&Co. and the Stifel Group have in place compliance procedures reasonably designed to ensure that no confidential or non-public information concerning the Debtor has or will be available to employees of the Stifel Group's research businesses.  Stifel Group clients who pay for this research (generally institutional investors) are third parties,

not affiliates, and pay for research on numerous entities, not only the Debtor. Although the publication restriction noted above was not effective until November 4, 2022, Stifel Group has not published research on the Debtor. To the best of my knowledge, information, and belief insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

m.  The Stifel Group operates a private client services business, providing securities brokerage and financial planning services ("Stifel's Wealth Management Business"). Clients of Stifel's Wealth Management Business may be creditors, equity holders or other Potential Parties in Interest in this Chapter 11 Case. Some of these client accounts may now or in the future hold debt or equity securities of the Debtor or other Potential Parties in Interest in this Chapter 11 Case. There is an Information Barrier in place between MB&Co., SN&Co. and the Stifel Group's investment banking operations, on the one hand, and Stifel's Wealth Management Business, on the other, and MB&Co., SN&Co. and the Stifel Group have in place compliance procedures reasonably designed to ensure that no confidential or non-public information concerning the Debtor has or will be available to employees of Stifel's Wealth Management Business. In addition, (i) the relevant Stifel Group entities are registered with, and subject to periodic examinations by the SEC, FINRA or the CFTC, and (ii) most of the assets in these client accounts are beneficially owned by parties other than current and former MB&Co. and SN&Co. owners, employees and their family members.  To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

n.  The Stifel Group operates an asset management business ("Stifel's Asset Management Business") providing asset management services to individuals and institutions through its affiliates, including Equity Compass, Missouri Valley Partners, Thomas Weisel Global Partners, Timberline Asset Management LLC and Washington Crossing Advisors.  Clients of Stifel's Asset Management Business or investors in the funds managed by Stifel's Asset Management Business may be creditors, equity holders or other Potential Parties in Interest in this Chapter 11 Case.  The funds and accounts managed by Stifel's Asset Management Business may now or in the future hold debt or equity securities of the Debtor or other Potential Parties in Interest in this Chapter 11 Case. Stifel's Asset Management Business may trade securities or other instruments with Potential Parties in Interest in this Chapter 11 Case. There is an Information Barrier in place between MB&Co., SN&Co. and the Stifel Group's investment banking operations, on the one hand, and Stifel's Asset Management Business, on the other, and MB&Co., SN&Co. and the Stifel Group have in place compliance procedures reasonably designed to ensure that no confidential or non-public information concerning the Debtor has or will be available to employees of Stifel's Asset Management Business. In addition, (i) the relevant Stifel Group entities are registered with, and subject to periodic

10

examinations by the SEC, FINRA or the CFTC, and (ii) most of the assets in these client accounts are beneficially owned by parties other than current and former MB&Co. and SN&Co. owners, employees and their family members. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

o. Furthermore, the following Stifel Group registered investment advisors ("RIAs") and exempt reporting advisors ("ERAs") provide asset management services: SN&Co., Century Securities Associates, Inc. ("Century"), EquityCompass Investment Management, LLC, Intyce, LLC, 1919 Investment Counsel, LLC, Thomas Weisel Global Partners, Washington Crossing Advisers, LLC, Ziegler Capital Management, LLC. (There are two other such entities in the Stifel Group: Missouri Valley Partners, which is a dormant entity, and Timberline Asset Management LLC, which currently holds only cash and cash equivalents.)

p. Each of these entities, other than SN&Co. and Century, are managed separately. All of these entities, including SN&Co. and Century, manage their investment advisory divisions separately from the Stifel Group's investment banking businesses and divisions, including MB&Co. and the investment banking division of SN&Co. As noted above the Information Barriers described above separate the wealth management businesses and entities from the Stifel Group's investment banking operations, including those at MB&Co. and SN&Co. In addition, (i) other than the ERAs, the relevant Stifel Group entities are registered with, and subject to periodic examinations by, the SEC, FINRA or the CFTC, and (ii) most of the assets in these customer accounts are beneficially owned by parties other than current and former MB&Co. and SN&Co. owners, employees and their family members.

q. The Stifel Group affiliated entities that make and hold investments for and on behalf of the Stifel Group itself (such investments, "Stifel Group Investments") are: Stifel Financial, SN&Co., Stifel Venture Corp., Thomas Weisel Partners Group, Inc., Thomas Weisel Capital Management LLC, Thomas Weisel Growth Partners LLC, Thomas Weisel India Opportunity LLC, Stifel Nicolaus Europe Limited, KBW, KBW Asset Management, Inc., KBW Ventures, Inc., SBT Ventures, Inc. These entities are referred to herein as the "Investment Arm Entities". There are no Stifel Group Investments in the Debtor or any Potential Party in Interest, whether or not held at the Investment Arm Entities or other third-party entities.

r. In addition, other than as described in Schedule 2, none of the investments held by the Investment Arm Entities on behalf of clients and other non-Stifel Group entities are interests in the Debtor. All investments – Stifel Group Investments and investments of clients and other non-Stifel Group entities – are managed and have investment decisions made separately from the deal team providing services to the Debtor, which deal team is separated from decisions relating to these investments by the Information Barriers described above. In addition, all investments held at SN&Co. – Stifel Group

11

Investments and investments of clients and other non-Stifel Group entities – are managed separately from the investment banking division of SN&Co. and from MB&Co.

s.   The Investment Arm Entities listed above do not include Stifel Group entities that hold only client investments or broker-dealer trading inventory.  Nor does it include entities holding investments solely in cash, cash equivalents, government debt, Stifel Group's own debt and equity securities, corporate real estate or aviation equipment (such as aircraft and engines).

t.   Investment decisions made by the Investment Arm Entities are made by employees of the respective Investment Arm Entity (who, in the case of SN&Co., are not part of the investment banking division of SN&Co. and are separated from that investment banking division and from MB&Co. by Information Barriers) or by senior management at Stifel Financial.  No member of the deal team, nor any other employee of MB&Co. or the investment banking division of SN&Co., is a member of the boards of directors of MB&Co., SN&Co., KBW, Stifel Financial or any other Investment Arm Entity.  None of the MB&Co. or SN&Co. professionals to be employed by the Debtor in this Chapter 11 Case is a member of any joint board or committee with an investment decision-making role with any Investment Arm Entity.  None of the MB&Co. or SN&Co. professionals to be employed by the Debtor in this Chapter 11 Case have any control or discretion over any of the investments made by any Investment Arm Entity.

u.   Certain professionals employed by the Stifel Group, including MB&Co. and SN&Co., may have mortgages, consumer loans, investment, brokerage accounts, or other banking, brokerage, or other customer relationships with institutions that are creditors, equity holders or other parties-in-interest in this Chapter 11 Case or with funds sponsored by or affiliated with such parties.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these activities constitute interests adverse to the Debtor's estate.

v.   Certain professionals employed by the Stifel Group, including MB&Co. and SN&Co., may hold debt or equity securities issued by creditors, equity holders or other parties-in-interest in this Chapter 11 Case.  To the best of my knowledge, information and belief, based on the Connections Check, (i) none of these professionals' holdings would be considered material from the perspective of the issuers of such securities, and (ii) except as described in more detail in Schedule 2 hereto, no professional employed by MB&Co. and SN&Co. holds a material interest in debt or equity securities issued by the Debtor.

w.   Certain professionals presently employed by the Stifel Group, including MB&Co. and SN&Co., were formerly employed by other investment banking, financial services or other professional services firms that are among, or represent other parties that are among, the creditors, equity holders or other parties-in-interest in this Chapter 11 Case.  While employed by other firms, certain professionals presently employed by Miller Buckfire

12

may have represented creditors, equity holders or other parties-in-interest in this Chapter 11 Case in connection with matters unrelated to the Debtor and the Chapter 11 Case. Miller Buckfire does not believe that any of these activities constitute interests adverse to the Debtor's estate.

13.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of MB&Co., SN&Co. or any Stifel Group affiliate has been retained to assist any entity or person other than the Debtor on matters relating to, or in direct connection with, the Chapter 11 Cases. MB&Co., SN&Co. and Stifel Group affiliates will, however, continue to provide professional services to entities or persons that may be creditors or equity security holders of the Debtor or interested parties in the Chapter 11 Cases; provided that such services do not relate to, or have any direct connection with, the Chapter 11 Cases or the Debtor.

14.    I am not related or connected to and, based on the Connections Check, no other professional of MB&Co. or SN&Co. who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the Southern District of Florida, any of the District Judges for the Southern District of Florida who handle bankruptcy cases, or any employee in the Office of the United States Trustee for the Southern District of Florida (the "U.S. Trustee").

15.    Accordingly, except as otherwise set forth herein, insofar as I have been able to ascertain, none of MB&Co., SN&Co., I, nor any employee of Miller Buckfire who will work on this engagement holds or represents any interest adverse to the Debtor or its estate, and each of MB&Co. and SN&Co. is a "disinterested person" as that term is defined in Bankruptcy Code § 101(14), as modified by § 1107(b) of the Bankruptcy Code, in that MB&Co., SN&Co. and their respective professionals and employees who will work on the engagement:

    a.  are not creditors, equity security holders, or insiders of the Debtors;

    b.  were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

13

c.  do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors, or for any other reason, except as permitted in connection with its services to the Committee.

If Miller Buckfire discovers additional information that requires disclosure, Miller Buckfire will file a supplemental declaration with the Court as required by Bankruptcy Rule 2014.

26.    The foregoing constitutes the statement of Miller Buckfire pursuant to Bankruptcy Rule 2014(a).

*[Remainder of page intentionally left blank]*

14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 17, 2022
       New York, New York

                          */s/  John D' Amico*
                          John D'Amico
                          Managing Director
                          Miller, Buckfire & Co., LLC

**SCHEDULE 1**

**Potential Parties in Interest**

1. **Debtors and Affiliated Entities**

| | |
|---|---|
| Vital Pharmaceuticals, Inc. | Entourage IP Holdings, LLC |
| Vital Pharmaceuticals International Sales, Inc. | Bang Energy Canada, ULC |
| Bang Energy Canada, Inc. | Bang Jets, LLC |
| JHO Intellectual Property Holdings, LLC | Bang Energy Mexico S. DE R.L. de C.V. |
| JHO GA-1 Investment, LLC | Bang Energy B.V. |
| JHO NV-1 Investment, LLC | Bang Energy (Australia) Pty Ltd. |
| JHO Real Estate Investment, LLC | Bang Energy VPX Sports Ecuador S.A.S. |
| Sheridan Real Estate Investment A, LLC | Bang Energy Costa Rica LTDA |
| Sheridan Real Estate Investment B, LLC | Bang Energy Peru S.A.C. |
| Sheridan Real Estate Investment C, LLC | Bang Energy Brazil LTDA (Brazil) |
| Quash Seltzer, LLC | Bang Energy Chile SPA |
| Rainbow Unicorn Bev LLC | Bang Energy Colombia SAS |

2. **Debtors' Restructuring Professionals**

| | |
|---|---|
| Latham & Watkins LLP | Huron Consulting Group |
| Berger Singerman LLP | Rothschild & Co US Inc. |

3. **Ordinary Professionals**

| | |
|---|---|
| Quarles & Brady LLP | Nelson Mullins Riley & Scarborough LLP |
| Pettit Kohn Ingrassia Lutz & Dolin PC | J. Robbin Law, PLLC |
| Kuckelman Torline Kirkland | Krishel Law Firm |
| Wilson Elser Moskowitz Edelman | Murchison & Cumming, LLP |
| Jackson Lewis P.C. | Cole, Scott & Kissane, P.A. |
| Moore Rabinowitz Law | |

4. **Committee Members**

| Stellar Group, Inc. | Crown Cork & Seal USA, Inc. |
|---|---|
| Archer Daniels Midland Co. | QuikTrip Corporation |
| Trinity Logistics, Inc. | XPO Logistics, L.L.C. (a.k.a. RXO, Inc.) |
| Ardagh Metal Packaging USA Corp | |

5. **Committee Professionals**

| Lincoln Partner Advisors LLC | Sequor Law, P.A. |
|---|---|
| Miller Buckfire & Co. | |

6. **Lease Counterparties**

| General Motors Financial Company, Inc. | Ally Financial |
|---|---|
| Crown Lift Trucks | Crown Equipment Corporation |
| Crown Credit Company | Penske Truck Leasing Co., L.P. |
| Ryder System, Inc. | Chrysler Capital |

7. **Landlords/Lessors**

| 12M Commercial Properties, LLC | Phx Warehouse |
|---|---|
| 1600FL, LLC | Prologis Targeted US |
| C1 DAL III-V, LLC - Colony Capital | Ranger H-TX LP |
| Centerpoint (Dogwood) | Rbrothers LLC/ NV, LLC |
| CK Afton Ridge II, LLC | Rexford Inudstrial Realty, LP |
| Dalfen Industrial | The Rose Properties |
| Dogwood Holdings, LLP | TGA Cactus DC II LLC Teachers Ins & Annuity Assoc of America |
| Driscoll, LLP | Personal Mini Storage |
| Duke Realty | Neighborhood Storage Center Co |
| Eastgroup Properties LP - Jacksonville | Midgard Self Storage |
| Eastgroup Properties, LP | Compass Self Storage |
| Everman Trade Center (Cabot Industrial) | Spring Lake Storage |
| Evox Holdings LLC (Sheridan B) | Menifee storage |
| Icon Industrial Owner Pool - Bree Jupiter Western | West Side Storage |
| Kearny Mesa West, LLC | Powdersville Self Storage |
| KP Properties of Ohio | Tucson RV Storage |
| PPF Lincoln Medley, LLC | Welbic WF Management LLC |
| Medley Logistics | Gimmel Tammuz Realty |

8. **Counsel/Professionals to Material Counterparties**

| Moore & Van Allen PLLC | FTI Consulting |
|---|---|
| Shutts & Bowen LLP | |

9. **Current and Former Officers and Directors of Debtors and Affiliates**

| Greg Robbins | Gregg Metzger |
|---|---|
| Frank Massabki | Gene Bukovi |
| Rich Caruso | Eugene Bukovi |
| Kathleen Cole | Guillermo Escalante |
| Eric Hillman | |

10. **Significant Equityholders**

| John H. Owoc | |
|---|---|

11. **Secured Lenders**

| Truist Bank | Synovus Bank |
|---|---|
| CoBank, ACB | Federal Agricultural Mortgage Corporation |
| Agcountry Farm Credit Services, FLCA | Huntington National Bank |
| Farm Credit Bank of Texas | Greenstone Farm Credit Services, FLCA |
| Citizens Bank, N.A. | Comerica Bank |
| Compeer Financial, PCA | HSBC Bank USA, N.A. |
| United Community Bank d/b/a Seaside Bank and Trust | |

12. **Banking Relationships**

| Bank of America, N.A. | PayPal |
|---|---|

13. **Parties to Pending Litigation**

| Alejandro Machado | Reign Inferno |
|---|---|
| Balboa Capital Corporation | Monster Energy Company |
| Ball Corporation | Nexus Steel, LLC |
| Bang Diamonds LLC | Orange Bang, Inc. |
| Belvac Production Machinery, Inc. | PepsiCo, Inc. |
| Berlin Manufacturing | Premier Distributing Company |
| Berlin Packaging, LLC | Premier Nutrition Products, LLC |
| Brandyn Alejos | Premium Beverage Company |

| | |
|---|---|
| Breen Acres Aquatics, Inc. | ProSupps |
| Dairy Farmers of America, Inc. | Pro Supps USA LLC d/b/a Professional Supplements A/K/A Pro Supplements |
| Daniel Yepes | Quang Nguyen |
| Derik Fay | Rodney Cyril Sacks |
| Elegance Brands, Inc. | Bryan Shane Dees |
| Europa Sports Partners | Sony Music Entertainment |
| Gulfstream Aerospace Corporation | Stephen Cohen |
| Joao P Leopardo | Suddath Global Logistics, LLC |
| Keurig Dr Pepper Inc. | The American Bottling Company Inc. |
| Markerly, Inc. | The House of LaRose, Inc. |
| Massimo Zanetti Beverage USA, Inc. | TikTok, Inc. |
| Webb & Gerritsen, Inc. | Triller, Inc. |
| Yaritza Lozano | Shannon Troglia |
| Warner Music Group | UMG Recordings, Inc. |
| Adam Perry | Vani Deva Hari a/k/a "Food Babe" |
| Amanda Wightman | Aaronda Walton |
| Amber N. Killmon | Amanda Light |
| Amy Maros | Arianna Jonae Henderson |
| Andrew LaRocca | Arnold Classic Australia PTY, LTD |
| Branch Banking and Trust Company | Averell Luedecker |
| Carnegie Technologies, LLC | Brett Martin |
| Christin Kubsch | Brightfractal, Inc. |
| Csc Corporate Domains, Inc. | Dang Foods LLC |
| Christopher Alfieri | Edmund Elien |
| Crystal Bowley-Reagan | Energy Beverages, LLC |
| Darrell James Bennet II | Fabco Metal Products LLC |
| David Serrano Ramirez | GNC Holdings Inc. |
| Integrated Masonry | Gorilla Marketing, LLC |
| ISEC Inc. | Haci Mechanical Contractors Inc. |
| James Rodriguez | Heavy Equipment Movers & Installation LLC |
| Jasmine Sade Williams | Hardrock Concrete Placement Co Inc. |
| Jeannine Smith | Landmark Custom Homes of Broward |
| Jennifer Quillen | Landmark Custom Ranches Inc. |
| Kelly Ocampo | Lasiah R. Villalpando |
| Konya Seker Sanayi Ve Ticaret Anonim Sirketi | Laura Dawson |
| Kristin Wong | Leading Edge Expositions, LLC d/b/a LEEXPOS |
| Krystle Michele Glenn | Marc J. Kesten |
| Monster Beverage Corporation | PhD Marketing, INC. |
| Noel Christmas Lights Professional, Inc. d/b/a Noelle Lights | Prime Time Group Corp |

| NoSo Holdings LLC | Professional Supplements LLC d/b/a Wisconsin Professional Supplements LLC and A/K/A Official Professional Supplements |
|---|---|
| Reign Beverage Company LLC | Records Label, LLC |
| Scarlett Bridget Hernandez-Zavala | Tadasha Lenorah Hodges |
| Scarlett Hernandez | Terra Weston Residential, LLC |
| Smart Technologies Solutions, LLC | Trench Shore Rentals |
| Summer Shores | Tunes LLC |
| Victor Lanza | Wallice Plumbing, Inc. |

## 14. <u>Insurance and Insurance Providers</u>

| Federal Insurance Company | AXIS Surplus Insurance Company |
|---|---|
| Great Northern Insurance Company | Arch Specialty Insurance Company |
| Navigators Specialty Insurance Company | StarStone National Insurance Company |
| American International Group, Inc. | Aspen Specialty Insurance Company |
| Colony Insurance Company | Landmark American Insurance Company |
| Travelers Property Casualty Company of America | Lexington Insurance Company |
| Lloyd's of London | Hallmark Insurance Company |

## 15. <u>Potential Major Unsecured Creditors (Including Counterparties to Major Contracts)</u>

| Varni Brothers Corporation | Ardagh Metal Beverage USA, Inc. |
|---|---|
| Total Quality Logistics, LLC TQL | Ball Metal Beverage Container Corp |
| XPO Global Forwarding, Inc. | Graphic Packaging International |
| Shanghai Freeman Americas, LLC | Priority-1, Inc. |
| American Express | QuikTrip Corporation |
| Gordon & Rees | England Logistics, Inc |
| CW Carriers Dedicated Inc. | Glen Raven Logistics Inc. |
| Inovar Packaging Florida, LLC | Doehler USA, Inc. |
| Fona International Inc. | MHW, Ltd/ Doehler NA |
| FedEx | Wild Flavors, Inc. |

## 16. <u>Vendors</u>[1]

| Refresco Canada Inc. | MetLife Insurance |
|---|---|
| Prinova Solutions Europe Limited | Mutual of Omaha |
| Prinova US LLC | ADP, Inc. (Automatic Data Processing, Inc.) |

---

[1] The vendors included herein includes vendors representing the top 80% of the Debtors' spend over the past 24 months.

| | |
|---|---|
| CKS Packaging, Inc. | Transamerica Employee Benefits |
| Konings Drinks BV | Principal Life Insurance 401K |
| Trinity Logistics Inc. | Brown & Brown of Florida Inc., |
| United Health Care | WageWorks |
| Concentra - Occupational Health Centers of the Southwest, P. | Nationwide DVM Insurance Agency |
| CHUBB & SON | First Insurance Funding |
| Optum Financial, Inc. | The Mercova Group LLC |
| STB Agency Services Operating | Trans-Market, LLC |
| Krones, Inc. | Berner Food & Beverage, LLC |
| Chicago Title Company, LLC | Milk Specialties Global |
| Refresco Beverage US Inc. COTT | CHEP USA |
| Team Eagle Logistics | KRYNICA VITAMIN SPÓŁKA AKCYJNA |
| J.B. Hunt Transport, Inc. | Updike Distribution |
| The Haskell Company | Imbera S.A. de C.V. |
| Sidel Blowing & Services | Network LeasePlan U.S.A., Inc. |
| Arizona Production & Packaging LLC | Portland Bottling Company |
| United States Treasury | American International Foods |
| BagPak Poland LLC | Presence From Innovation |
| Glen Raven Logistics Inc. | CI421 474 W Buckeye LLC CAM INVESTMENTS 421 LLC |
| Expolanka USA LLC | CSPC Innovations USA Inc. |
| Alto Freight | Costco Wholesale Corp |
| R&K Logistics, Inc. | Takasago International Corporation |
| Kalis Kleiman & Wolfe | Wuzhi County Zhihui Sci & Tech Co, LTD |
| Solar Green Biotechnologies, Inc. Wuxi Cima Science Co. | Cabot Industrial Value Fund VI Operating CIVF VI-TX1M01-M04, |
| ACE Tools CO LIMITED | Khalsa Transportation Inc. |
| Genesis Global Workforce Solutions | ABF Freight |

## 17. Lien Search Parties

| | |
|---|---|
| Ignite International, Ltd. | Great America Financial Services Corp. |
| Ignite Beverages, Inc. | Hitachi Capital America Corp. |
| James Gracely | Cheryl Ohel |
| DeLage Landen Financial Services, Inc. | Donna Williams |
| TFG Leasing Fund III, LLC | Briggs Equipment, Inc. |
| Canon Financial Services, Inc. | City Beverage-Illinois, LLC d/b/a Lake Shore Beverage, LLC |
| PNC Bank, National Association | Spirit & Sanzone Distributors Co., Inc. |
| PNC Equipment Finance, LLC | UMC Recordings, Inc. |
| Webbank | Capitol Records, LLC |
| CT Corporation System | Universal Music Corp. |

| | |
|---|---|
| Toyota Industries Commercial Finance, Inc. | Universal Music Z Tunes LLC |
| Americredit Financial Services, Inc. d/b/a GM Financial | Universal Musica, Inc. |
| U.S. Bank Equipment Finance | Polygram Publishing, Inc. |
| BFG Corporation | Songs of Universal, Inc. |
| Centurylink Communications, LLC | Universal Music-MGB NA, LLC |
| Sony Music Entertainment US Latin LLC | Dang Foods Company |
| Zomba Recording LLC | Arista Records LLC |
| Arista Music | LaFace Records LLC |
| Record Label, LLC | Cryo-Lease, LLC |
| Volcano Entertainment III LLC | |

## 18. Other Unsecured Creditors

| | |
|---|---|
| 7-Eleven, Inc. | SEKO WORLDWIDE LLC |
| Circle K Stores, Inc. | Dieck & Co. Erfrischunsgetranke OHG |
| Independent Buyers Co-op | C.H. Robinson International |
| QuikTrip Corporation | Gehlen Schols Transport & Logistics B.V |
| Speedway LLC | ADM Wild Europe GmbH & Co. KG |
| Target Corporation | DIS BV |
| Affordable Buying Group | Refresco Iberia |
| Family Dollar, Inc. | Prinova Solutions Europe Limited |
| NY Barbell | Ewals Cargo Care B.V. |
| Kroger | Oettinger Brauerei GmbH |
| CHEVRON EXTRA MILE | Kerry Ingredients & Flavours Italia Spa |
| Stellar Group, Inc. | WERK Plaats Sittard b.v. |
| Doehler Dry Ingredients Solutions | EFL GLOBAL LOGISTICS CANADA LTD |
| Crown Cork & Seal USA, Inc. | POP Display Product (HK) Limited Dongguan Pop Display & Pack |
| Direct Connect Logistix, Inc. | Refresco Canada Inc. |
| Green Wave Ingredients (GWI) | Simon Pure Marketing Inc. |
| Total Quality Logistics, LLC TQL | Alliance IntraPak Inc. |
| Nelson Mullins Riley & Scarborough LLP | CHEP Canada Inc. |
| QuikTrip Corporation | Expert Aviation Inc. |
| Inventus, LLC Legility | Alto Systems (Stoked) |
| States Logistics Services, Inc. | C.H. Robinson International |
| Parallel Products | All Brands Distribution, LLC |
| KJM Aluminum Can SDN BHD | Timothy Brown |
| Recycle America LLC | Peter Fischer |
| Total Quality Logistics, LLC TQL | Brendan Abbot |
| Keller Warehousing & Co-Packing LLC | Jacob Scheibe |

| | |
|---|---|
| Navajo Express, Inc. | Southeast Cold Fill, LLC |
| Fusion Logistics Services, LLC | Daisy Duke Promotions, LLC |
| England Logistics, Inc. | Carolina Canners |
| Krier Foods, Inc. | Modern Jet Solution |
| Ardagh Metal Packaging USA Corp. | |

## 19. <u>Taxing and Other Significant Governmental Authorities</u>

| | |
|---|---|
| IRS Department of Treasury | State of Florida |
| Alabama Department of Revenue | Georgia Dept of Revenue Processing Center |
| Arizona Department of Economic Security | Illinois Department of Revenue |
| Arizona Department of Revenue | Kentucky Department of Revenue |
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | Massachusetts Department of Revenue |
| Colorado Department of Revenue | Minnesota Revenue |
| Commonwealth of Massachusetts William Francis Galvin | Nevada Dept. of Taxation |
| Comptroller of Maryland Revenue Administration Division | New Hampshire Employment Security ATTN: Cashier |
| Franchise Tax Board California | New Jersey Division of Taxation Revenue Processing Center |
| Georgia Department Of Revenue | State of Connecticut Dept of Revenue Svc |
| New Jersey DOR | State of Delaware |
| North Carolina Dept of Revenue NCDOR | State of Massachusetts |
| Ohio Treasurer of State | State of New Hampshire |
| Oregon Department of Revenue | State of New Jersey |
| Oregon Dept of Revenue POBox14780 | State of NJ Division of Taxation Corporation Business Tax |
| South Carolina Department of Revenue | Tennessee Department of Revenue |
| State of Connecticut | Virginia Department of Taxation |
| Texas Comptroller of Public Accounts | Wisconsin Department of Revenue |
| Utah State Tax Commission | Maricopa County Treasurer |

## 20. <u>Utility Providers</u>

| | |
|---|---|
| All Pro Pest | Garratt - Callahan |
| Amerigas | Green Mountain Energy |
| AT&T | Greystone Power-GA location |
| Athens Services | GTT |
| Atmos Energy | JEA |
| Austell Natural Gas-GA location | Kone Elevator |
| Balgas | LADWP-ELCTRICITY |
| Blue Stream | Landcare |
| City of Fort Myers | Lee County Electric Company |

| City of Pembroke Pines | NV Energy |
|---|---|
| City of Phoenix | Ontario Municipal |
| City of Sunrise | Ontario-Water |
| Clark County Water | Orange County |
| Comcast | Orlando Utilities Commission |
| ConnectWise | Prime Power |
| Cox | ReadyRefresh |
| Critical System | Reliant |
| Daiken | Republic Services |
| De Lage Landen Financial Services | Rocky Mountain |
| Dominion Energy | San Diego Gas & Electric |
| Douglas County Water& Sewer-GA Location | SecurAmerica |
| Duke Energy | Southern California Edison |
| Fire Alarm | Southwest Gas Corporation |
| Frontier | TECO |
| Sparklets | Town of Medley |
| Spectrum | TXU |
| Spectrum Business | Verizon |
| SRP | Viasat |
| Suburban Propane | Weston |
| Waste Management | Xcel Energy |
| Waste Pro | Waste Recycle |

## 21. United States Bankruptcy Judges in the Southern District of Florida

| The Honorable A. Jay Cristol | The Honorable Peter D. Russin |
|---|---|
| The Honorable Robert A. Mark | The Honorable Erik P. Kimball |
| The Honorable Scott M. Grossman | The Honorable Laurel M. Isicoff, Chief Judge |
| The Honorable Mindy A. Mora | |

## 22. Staff for Southern District of Florida Bankruptcy Judges

| Emily Maza | Marcy Gatell |
|---|---|
| Kayla Heckman | Corinne Aftimos |
| Noemi Sanabria | Jackie Antillon |
| Jennifer Rolph | Tara Trevorrow |
| Cheryl Kaplan | Meera Khan |
| Susan Gutierrez | Maria Romaguera-Serfaty |
| Dawn Leonard | Edy Gomez |
| Grace V. Figueroa | Casey Wiener |
| Melva Weldon | |

## 23. United States Trustee for the Southern District of Florida (and Key Staff Members)

| | |
|---|---|
| Guy A. Van Baalen | Sofia Kesep |
| Heather Barfus | Keith H. Kronin |
| Adisley M. Cortez-Rodriguez | Lupe M. Martinez |
| Diane M. DeZinno | Diana M. Nuñez |
| Heidi A. Feinman | Hugo L. Paiz |
| Lynn M. Fernandez | Ariel Rodriguez |
| Myriam A. Fernandez | Steven D. Schneiderman |
| Charles A. Fordham | Katherine E. Simons |
| Dan Lee Gold | Yevgeny Sulsky |
| Benedicto J. Gonzalez-Leon | |

## 24. Customers

| | |
|---|---|
| Adams Beverage LLC. | IOWA BEVERAGE SYSTEMS, INC. |
| Advance Beverage Company, Inc. | Jack Hilliard Distributing Company, Inc. |
| Ajax Turner Company | John Lenore & Company |
| Al George LLC | JOMAST Corp.  DBA: Mahaska |
| Albertsons Companies, Inc | Kentucky Eagle Inc. |
| Allen Beverages, Inc. | Koerner Distributor, Inc. |
| Arkansas Beverage Sales, Inc. (Suncoast) | Kroger |
| Army & Air Force Exchange Service | Lakeshore Beverage Company Speedway |
| Bang Energy Australia PTY LTD | Larry's Distributing Company |
| Bang Energy BV | Lewisco Holdings |
| Bay Area Distributing Co., Inc. | M & M Distributing |
| Beal Distributing, Inc. | M K Distributors, Inc. |
| Best Beverages of West Memphis | Matagrano, Inc. |
| Beverage Distributors Inc. | McLane Grocery |
| Big Horn Beverages Co., Inc. | MDV SpartanNash |
| Big Lots Stores, Inc. | Metro Beverage of Philadelphia Speedway |
| Bill's Distributing | Missouri Eagle, LLC |
| BJ's Wholesale Club, Inc. | Mitchell Beverage of Maryland LLC DBA Chesapeake Beverage |
| Brandsimex Americas Inc. | Muscle Foods USA Eurpac Services Inc. |
| Budweiser Distributing Company Amarillo | Navy Exchange Service Command NEXCOM |
| Budweiser- The Hand Family Co. | Nevada Beverage |
| Budweiser-Busch Distributing Co, Inc | New West Distributing, Inc |
| Bueno Beverage Co. - Sequoia Beverage Company | Northeast Sales Distributing |
| Buffalo Rock Company | NY Barbell |
| C & C Distributors, Inc. | Ollie's Bargain Outlet, Inc. |
| Caffey Distributing Inc. | Oneta Co. DBA Pepsi Cola Bottling |

| | |
|---|---|
| Capitol Beverage Sales, LP | Pacific Beverage Co. |
| Cardinal Distributing, LLC | Paragon Distributing |
| Carolina Premium Beverage LLC | Parts and Services Solutions, LLC |
| Casey's General Stores, Inc. | Pepsi Co. Corporate |
| Central Distributors Inc. | Pepsi Cola Bottling Co. of Guam |
| Central Distributors, Inc. Maine | Pepsi of Hudson Valley |
| CLC Trading Inc. | Perry Distributing, Inc. |
| Coastal Beverage Company Inc. | Polar Corp /Polar Beverages |
| Coastal Pacific Food Distributors, Inc. | Premier Distributing Company |
| College City Beverage, Inc. | Pure Beverage Company Speedway |
| Color Brands | Quality Beverage LLC |
| Core-Mark | Quality Brands Distribution, LLC |
| County Distributing | R&K Distributors, Inc. |
| CST Diamond LP Core-Mark - RDC Division | RaceTrac Corporate |
| Daniel L. Jacob & Co. Inc. | RCI Beverage-OH, LLC DBA Dayton Heidelberg Distributing Co L |
| Dean Distributing, Inc. | Resort Beverage Company Inc. |
| DeCrescente Distributing Co., Inc. | S&S Distributing, Inc. |
| Delaney Distributors, Inc. | Saccani Distributing Co. |
| DNA Distribution | Sam's Club |
| Dollar Tree | Sheetz Distribution Services LLC |
| Donaghy Sales, LLC | Sheridan Real Estate Investment A LLC |
| Eagle Beverage | Silver Eagle Bev. LLC - San Antonio |
| Eagle Distributing of Texarkana | Silver Eagle Distributors Houston LLC |
| Eagle Distributing, Co., LLC | Skyland Distributing Company Inc. |
| Eby-Brown Company LLC | Southeastern Marketing & Distribution |
| ED F. Davis, Inc. | Southern Eagle Sales & Service, LP |
| Europa Sports Partners, LLC | Stagnaro Distributing, LLC |
| Fabiano Brothers, Inc. - MI | Standard Beverage Corp - Wichita KS |
| Fabiano Brothers, Inc. WI | Stevenson Beer Distributing Co. Ltd. |
| Fit Energy Ecuador | Straub Distributing Company Ltd. |
| Flathead Beverage Company | Superior Beverage Inc. |
| G & J Pepsi Cola Bottling Company, Inc. | Tarver Distributing |
| G&L Wholesale | Terborg Distributor |
| G&M Distributors, Inc. | The Odom Corporation |
| General Distributing Company | Thomas Group LLC DBA Eagle Distributing Company |
| Glazer's Beer and Beverage of Texas, LLC | Tri-Eagle Sales |
| Golden Beverage | Union Beer Distributors, LLC Speedway |
| Golden Eagle of Arkansas, Inc. | United Beverages of NC LLC |
| Great Plains Distributors LP | United Distributors of GA |
| Grupo Lexter Peru Scrl Fadicrown SA | Vistar - Performance Food Group, Inc. |

| | |
|---|---|
| Healy Wholesale Co Inc. | Vitamin Shoppe-North Bergen NJ |
| Hedinger Beverage Distributing Co., Inc. | Walgreens |
| Heimark Distributing LLC | Wantz Distrubitors Inc. |
| Hensley Beverage Company | WDI, LLC Wisconsin Distributors |
| Holston Distributing Company | West Side Beer Distributing |
| Humboldt Beer Distributors | Western Distributing Company |
| Import Warehouse | Wil Fischer Companies |
| Intermountain Distributing Co. | Xtreme Sports Nutrition, Inc. |
| Intrastate Distributing Speedway | Zip Beverage |

## 25. **Other Parties**

| | |
|---|---|
| Mitsubishi HC Capital America, Inc. | The Hamilton Group (Delaware), Inc. |
| XPO LOGISTICS, LLC | ALDA 4747 W. Buckeye LLC |
| MFP 4747 W. Buckeye LLC | AIS Portfolio Services, LLC |
| ACAR Leasing Ltd d/b/a GM Financial Leasing | Pachulski Stang Ziehl & Jones |

**SCHEDULE 2**

**Engagements with Potential Parties in Interest**

| Potential Party in Interest | Connection Entity | Nature of Connection |
|---|---|---|
| Ally Financial | Ally Financial | Stifel Group broker dealer client in unrelated trading activity<br><br>Stifel Group financial advisory counterparty in a past unrelated transaction |
| American Express | American Express | Stifel Group financial services provider in unrelated capacity |
| Balboa Capital Corp | Balboa Capital Corp | Stifel Group investment banking client in past matter unrelated to the Debtor and these chapter 11 cases |
| Bank of America | Bank of America | Stifel Group broker-dealer client in an unrelated capacity<br><br>Stifel Group financial services provider in unrelated capacity<br><br>Bank of America has led or participated in multiple securities offerings of Stifel Group in recent years<br><br>Former Stifel Group investment banking client in an unrelated matter<br><br>Agent bank for a number of unrelated Stifel Group clients<br><br>Stifel Group has participated in various unrelated securities offerings of or managed by Bank of America<br><br>Stifel Group frequently pitches potential business to or alongside Bank of America |
| Citizens Bank | Citizens Bank | Stifel Group broker dealer client in unrelated trading activity |
| Comerica Bank | Comerica Bank | Stifel Group banking services provider in unrelated capacity |
| Comerica Bank | Comerica Bank | Stifel Group broker dealer client in unrelated trading activity |

| Potential Party in Interest | Connection Entity | Nature of Connection |
|---|---|---|
| Compeer Financial | Compeer Financial | Stifel Group broker dealer client in unrelated trading activity |
| England Logistics | England Logistics | Stifel Group services provider in unrelated capacity |
| Farm Credit Bank of Texax | Farm Credit Bank of Texax | Stifel Group broker dealer client in unrelated trading activity |
| Federal Express | Federal Express | Stifel Group services provider in unrelated capacity |
| FTI Consulting | | Former employer of a deal team banker |
| GNC Holdings | GNC Holdings | MB&Co. served as investment bank to this entity in its completed restructuring |
| HSBC Bank USA | HSBC Bank USA | Stifel Group broker dealer client in unrelated trading activity |
| Huntington National Bank | Huntington National Bank | Stifel Group banking services provider in unrelated capacity<br><br>Stifel Group broker dealer client in unrelated trading activity<br><br>Stifel Group served as a passive co-manager on a securities issuance of this entity |
| Latham & Watkins | Latham & Watkins | Stifel Group professional services provider in unrelated matters |
| Monster Energy Company | Monster Beverage Corp. | Stifel Group broker dealer client in unrelated trading activity<br><br>Counterparty in active, past or potential Stifel Group investment banking matters, each unrelated to the Debtor and these chapter 11 cases |
| Nelson Mullins Riley & Scarborough | Nelson Mullins Riley & Scarborough | Stifel Group professional services provider in unrelated matters |
| PayPal | PayPal | Stifel Group broker dealer client in unrelated trading activity |
| Penske Truck Leasing | Penske Truck Leasing | Counterparty in active, past or potential Stifel Group investment banking matters, each unrelated to the Debtor and these chapter 11 cases |

| Potential Party in Interest | Connection Entity | Nature of Connection |
|---|---|---|
| Quarles & Brady | Quarles & Brady | Stifel Group professional services provider in unrelated matters |
| Rothschild & Co., Inc. | Rothschild & Co., Inc. | Stifel Group broker dealer client in unrelated trading activity |
| Ryder System, Inc. | Ryder System, Inc. | Counterparty in active, past or potential Stifel Group investment banking matters, each unrelated to the Debtor and these chapter 11 cases |
| Synovus Bank | Synovus Bank | Stifel Group broker dealer client in unrelated trading activity<br><br>Stifel Group served as a passive co-manager on a securities issuance of this entity |
| Taxing authorities | Taxing authorities | Stifel Group is a taxpayer |
| Truist Bank | Truist Bank | Stifel Group broker dealer client in unrelated trading activity<br><br>Stifel Group served as a passive co-manager on a securities issuance of this entity<br><br>Former employer of a deal team banker |
| United Community Bank | United Community Bank | Stifel Group broker dealer client in unrelated trading activity<br><br>Stifel Group served as a manager on a securities issuance of this entity |
| XPO Logistics | XPO Logistics | Stifel Group investment banking client in past matters and a current matter, each unrelated to the Debtor and these chapter 11 cases |