UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

### NOTICE OF FILING AMENDMENT TO ENGAGEMENT LETTER BETWEEN THE DEBTORS AND ROTHSCHILD & CO US INC.

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, file the attached *Amendment to Letter Agreement* dated November 15, 2022, which amends the Engagement Letter[2] between the Debtors and Rothschild & Co US Inc., which is attached to the Application as Composite Exhibit "B".

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* [ECF No. 23] (the "Application").

11770608-1

Dated: November 21, 2022
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jeramy.webb@lw.com
       whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

*Proposed Co-Counsel for the Debtors*

2

11770608-1

**AMENDMENT TO LETTER AGREEMENT**

This amendment ("Amendment"), effective as of November 15, 2022, shall amend the letter agreement, dated as of April 8, 2022 and as amended as of August 9, 2022 (collectively, the "Letter Agreement"), between Rothschild & Co US Inc. ("Rothschild & Co") and Vital Pharmaceuticals, Inc. (the "Company"). Rothschild & Co and the Company may be referred to in this Amendment collectively as the "Parties" and individually as a "Party." All capitalized terms used herein but undefined shall have the meanings ascribed to such terms in the Letter Agreement.

In consideration of the mutual covenants contained herein, the Parties agree as follows:

A. <u>Amendments to Fees</u>. The parties agree to the following amendments to Rothschild & Co's fees under the Letter Agreement:

1. The following proviso in Paragraph 2(a) of the Letter Agreement shall be deleted:

   "<u>provided</u>, that in no event shall the Minority M&A Transaction Fee payable hereunder upon the consummation and funding of a Minority M&A Transaction be less than $6.5 million."

2. The proviso in Paragraph 2(b) under the Letter Agreement shall be amended and restated as follows:

   "<u>provided</u>, that in no event shall the Control M&A Transaction Fee payable hereunder upon the consummation and funding of a Control M&A Transaction be less than: (i) if the aggregate Consideration involved in the Control M&A Transaction is $600 million or less, $6.3 million, or (ii) if the aggregate Consideration involved a Control M&A Transaction is greater than $600 million, $6.5 million."

3. The two references to "Paragraph 2(d)(1)" contained in the second paragraph of page 5 of the Letter Agreement shall be changed to "Paragraph 2(d)" as follows (the changes are bolded and underlined for ease of reference):

   "With respect to any New Capital Raise that closes prior to, or concurrently with, an M&A Transaction, Rothschild & Co shall credit against the Minority M&A Transaction Fee or Control M&A Transaction Fee, as applicable (such credit to be applied only once and without duplication): 25% of any New Capital Fees paid pursuant to **<u>Paragraph 2(d)</u>** above (the "New Capital Fee Credit"); provided, that the sum of any New Capital Fee Credit shall not exceed the Minority M&A Transaction Fee or Control M&A Transaction Fee, as applicable. With respect to any New Capital Raise that closes after the closing of an M&A Transaction for which Rothschild & Co was paid the Minority M&A Transaction Fee or Control M&A Transaction Fee, as applicable (and which New Capital Raise is not subject to the New Capital Fee Credit set forth

in the preceding sentence), any New Capital Fees for such New Capital Raise payable pursuant to **Paragraph 2(d)** above shall be reduced by 25% (the "New Capital Fee Reduction"). For greater certainty, no New Capital Fee shall be subject to both the New Capital Fee Credit and the New Capital Fee Reduction."

B.  All Agreements. The Letter Agreement as previously amended and as amended by this Amendment contains all of the agreements of the Parties with respect to the matters contained herein. Nothing in this Amendment shall be deemed to waive or modify any of the provisions of the Letter Agreement, except as expressly stated herein. Without limitation of the foregoing, the Indemnification Agreement shall remain in full force and effect.

C.  No Other Modifications. Except as previously amended and as amended by this Amendment, the Letter Agreement shall remain unmodified and, as hereby amended, is ratified and reaffirmed.

D.  Further Assurances. The Parties agree (i) to execute and deliver to each other such other documents, and (ii) to do such other acts and things, as the other Party may at any time reasonably request, for the purpose of carrying out the intent of this Amendment.

E.  Headings. The headings in this Amendment are for reference only and shall not affect the interpretation of this Amendment.

F.  Counterparts. This Amendment may be executed in multiple counterparts with detachable signature pages, each of which will be deemed an original, but which taken together shall form a single agreement. A copy of this Amendment or of a signature thereto shall have the same force and effect as the original. An electronic signature of this Amendment and/or an electronic transmission of a signature shall be binding on each Party whose signature appears thereon.

G.  Electronic Signatures. The Parties may execute this Amendment electronically and further agree that any such execution by means of an electronically-produced signature shall have the same legal validity and enforceability as a manually executed signature to the fullest extent permitted by applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, or any similar applicable federal or state law, rule, or regulation, as the same may be in effect from time to time, and the Parties hereby waive any objection to the contrary.

H.  Choice of Law and Venue. The choice of law and venue provisions set forth in Paragraph 10 of the Letter Agreement shall apply to this Amendment.

      Each of the Parties has executed this Amendment to Letter Agreement to be effective as of November 15, 2022.

**Rothschild & Co US Inc.**

By: _____

Name: Homer Parkhill

Title: Global Co-Head of Restructuring

Date: 11-17-2022

**Vital Pharmaceuticals, Inc.**

By: _____
Jack Owoc (Nov 21, 2022 09:22 EST)

Name:

Title:

Date: 11-17-2022

3