**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE | * | CASE NO. 22-17842 (PDR) |
| | * | (Joint Administration Pending) |
| VITAL PHARMACEUTICALS, INC., ET AL. | * | |
| Debtors. | * | Chapter 11 Cases |
| | * | |

## NOTICE OF WITHDRAWAL OF BALBOA CAPITAL CORPORATION'S MOTION TO APPEAR PRO HAC VICE

**PLEASE TAKE NOTICE** that Creditor, Balboa Capital Corporation ("**Balboa**"), by and through undersigned counsel, hereby gives notice to withdraw of the Motion to Appear Pro Hac Vice (the "Motion") [DE 235].

Dated: November 21, 2022.

McGLINCHEY STAFFORD

/s/ Ralph W. Confreda, Esq.
Ralph W. Confreda, Jr., Esq.
Florida Bar No. 85794
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Tele:(954)356-2528
Fax:(954) 208-7517
rconfreda@mcglinchey.com
alozada@mcglinchey.com
**Attorneys for Balboa Capital Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Withdraw, has been served on those parties receiving electronic notification via the Court's CM/ECF System on November 21, 2022.

/s/Ralph W. Confreda, Jr.
Ralph W. Confreda, Jr., Esq.