

**ORDERED in the Southern District of Florida on November 21, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER APPROVING THE EMPLOYMENT OF JORDI GUSO AND THE LAW FIRM OF BERGER SINGERMAN LLP, AS LOCAL COUNSEL FOR DEBTORS-IN-POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

**THIS MATTER** having come before the Court for a hearing on November 21, 2022, at 10:00 a.m. in Fort Lauderdale, Florida upon the *Debtors' Application for Approval, on an Interim*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11722253-1

*and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 21] (the "<u>Application</u>"), the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] (the "<u>First Day Declaration</u>"), and the *Declaration of Jordi Guso, on Behalf of Berger Singerman LLP, as Proposed Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* (the "<u>Guso Declaration</u>") attached to the Application as **Exhibit "A."** The Application requests approval of the Debtors' employment of Berger Singerman LLP to represent them as local counsel in these chapter 11 cases. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The relief requested in the Application is in the best interests of the Debtors, their estates and creditors. The Guso Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016. The Guso Declaration contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Jordi Guso and Berger Singerman LLP are disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

    **ORDERED** that:

1.    The Application is **APPROVED.**

2.    The employment by the Debtors, as debtors-in-possession, of Jordi Guso and the law firm of Berger Singerman LLP, as local counsel, in these chapter 11 cases is **APPROVED** pursuant to 11 U.S.C. § 327(a).

3. The employment of Jordi Guso and the law firm of Berger Singerman LLP by the Debtors shall be effective as of the Petition Date.[2]

4. Berger Singerman LLP shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331 and orders of this Court, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors. Berger Singerman LLP will apply for compensation and reimbursement of costs, and shall comply with the *Guidelines for Applications for Compensation in Large Chapter 11 Cases*.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Application.