UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,                          Case No. 22-17842-PDR

    Debtors.                                                    (Jointly Administered)
_____/

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**:

[  ] Plaintiff          [  ] Defendant          [ **X** ] Debtors          [  ] Other

**Date of Hearing/Trial:** Monday, November 21, 2022, at 10:00 a.m.
**Type of Hearing/Trial:** First Day Hearings

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
                    LATHAM & WATKINS LLP
                    555 Eleventh Street, NW, Ste 1000
                    Washington, DC 20004
                    Tel. (202) 637-2200
                    andrew.sorkin@lw.com

        – and –

                    Jordi Guso, Esq.
                    BERGER SINGERMAN LLP
                    1450 Brickell Avenue, Ste. 1900
                    Miami, FL 33131
                    Tel. (305) 755-9500
                    jguso@bergersingerman.com

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Declaration of John C. DiDonato in Support of First Day Pleadings [ECF No. 26] filed on October 10, 2022 | √ | | |

11775665-1