UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE | * | CASE NO. 22-17842 (PDR) |
| | * | (Joint Administration Pending) |
| VITAL PHARMACEUTICALS, INC., ET AL. | * | |
| Debtors.[1] | * | Chapter 11 Cases |
| | * | |

### AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Rudy J. Cerone, am a member in good standing of the Louisiana State Bar Association (Louisiana Bar No. 14137) (see attached Certificate of Good Standing), and I am admitted to practice in all courts of the States of Louisiana and California (California Bar No. 00875), all United States Bankruptcy and District Courts in the States of Louisiana and California, the United States Bankruptcy Appellate Panel of the Ninth Circuit, the United States Courts of Appeal for the Fifth and Ninth Circuits and the United States Supreme Court. I am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Balboa Capital Corporation. I designate Ralph W. Confreda ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers serviced in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Ex Parte Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Respectfully submitted, this the 21st day of November, 2022.

/s/ Rudy J. Cerone
Rudy J. Cerone (La. Bar No. 14137)
**MCGLINCHEY STAFFORD PLLC**
12th Floor 601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 596-2786
Facsimile:  (504) 596-2760
rcerone@mcglinchey.com