

**Claims Register as of 11/21/2022**
Sorted Numerically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | | 10/13/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 2 | Varni Brothers Corporation [VBC Bottling dba Seven-Up Bottling Company] | Attn: Ray Morales | 215 Hosmer Ave | | | Modesto | CA | 95351 | | 10/17/2022 | General Unsecured | $873,125.12 | $873,125.12 | | | |
| 3 | Canon Financial Services, Inc. | | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | | 10/18/2022 | General Unsecured | $177,737.75 | $177,737.75 | | | |
| 4 | Iowa Department of Revenue | Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E Walnut | | Des Moines | IA | 50319 | | 10/18/2022 | General Unsecured Priority | $832.69 | $17.58 | | $815.11 | |
| 6 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | | 10/18/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 7 | MMR Strategy Group | Attn: Cheryl Jaffe | 16501 Ventura Blvd | Suite 601 | | Encino | CA | 91367 | | 10/20/2022 | General Unsecured | $17,500.00 | $17,500.00 | | | |
| 8 | Steven Douglas Associates LLC | Attn: Shari Gottlieb | 1301 International Pkwy | Suite 510 | | Sunrise | FL | 33323 | | 10/20/2022 | General Unsecured | $472,907.68 | $472,907.68 | | | |
| 9 | Werner Enterprises Inc | | 39365 Treasury Crt | | | Chicago | IL | 60694 | | 10/20/2022 | General Unsecured | $46,002.00 | $46,002.00 | | | |
| 10 | Orange Bang, Inc. | Attn: Richard Stein | 13115 Telfair Ave | | | Sylmar | CA | 91342 | | 10/25/2022 | General Unsecured Administrative Priority | $87,500,000.00 | $87,500,000.00 | | | Undetermined |
| 12 | Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 | | 10/24/2022 | General Unsecured | $1.00 | $1.00 | | | |
| 13 | Scotlynn USA Division Inc. | Attn: Nicole Tracey | 9597 Gulf Research Ln | | | Fort Myers | FL | 33912-4552 | | 10/24/2022 | General Unsecured Administrative Priority | $185,206.00 | $92,603.00 | | | $92,603.00 |
| 14 | Atlas Copco Compressors LLC | | 48430 Milmont Dr | | | Fremont | CA | 94538 | | 10/24/2022 | General Unsecured | $7,081.53 | $7,081.53 | | | |
| 15 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/24/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 17 | Mitsubishi HC Capital America, Inc. [Hitachi Capital America Corp.] | c/o Kye Law Group, P.C. | 201 Old Country Rd | Suite 120 | | Melville | NY | 11747 | | 10/25/2022 | Secured | $2,410,772.40 | | $2,410,772.40 | | |
| 18 | Skip Shapiro Enterprises, LLC | Attn: Skip Shapiro | 318 Hawthorn St | | | New Bedford | MA | 02740 | | 10/25/2022 | General Unsecured | $193,450.40 | $193,450.40 | | | |
| 19 | WA Department of Revenue | Attn: Andrew Garrett | 2101 4th Ave | Suite 1400 | | Seattle | WA | 98121 | | 10/25/2022 | General Unsecured Priority | $286,995.77 | $102,579.05 | | $184,416.72 | |
| 20 | Peter Kent Consulting, LLC | Attn: Peter Kent | 404 Locust St | | | Denver | CO | 80220 | | 10/25/2022 | General Unsecured | $48,939.00 | $48,939.00 | | | |
| 21 | Averell Luedecker | | 22 Allison Park | | | Brewer | ME | 04412 | | 10/25/2022 | General Unsecured | $2,314,688.21 | $2,314,688.21 | | | |
| 22 | Presence From Innovation, LLC | Attn: Jennifer McArtor | 4847 Park 370 Blvd | | | Hazelwood | MO | 63042 | | 10/26/2022 | General Unsecured | $79,127.22 | $79,127.22 | | | |
| 23 | Mike Meserve | | 116 Wallace Ave | | | South Portland | ME | 04106 | | 10/26/2022 | General Unsecured | $15,795.00 | $15,795.00 | | | |
| 24 | AMMS, Inc. | Attn: Amy McLaughlin | 16043 Agincourt Dr | | | Huntersville | NC | 28078 | | 10/26/2022 | General Unsecured | $22,440.00 | $22,440.00 | | | |
| 25 | Stephen Miller | Attn: David Moritz | 15431 SW 14th St | | | Davie | FL | 33326 | | 10/26/2022 | General Unsecured | $50,927.39 | $50,927.39 | | | |
| 26 | American International Foods, Inc. | Attn: Scott Goldberg | 8066 Fulton St E | | | Ada | MI | 49301 | | 10/26/2022 | General Unsecured | $134,989.69 | $134,989.69 | | | |
| 27 | Barrington Nutritionals | Attn: Cathy Annattone | 500 Mamaroneck Ave | | | Harrison | NY | 10528 | | 10/26/2022 | General Unsecured | $974.55 | $974.55 | | | |
| 29 | Monster Energy Company | Attn: Aaron Sonnhalter | 1 Monster Way | | | Corona | CA | 92879 | | 10/26/2022 | General Unsecured Administrative Priority | $389,739,257.35 | $389,739,257.35 | | | Undetermined |
| 30 | The American Bottling Company | Attn: Russ Falconer | 2001 Ross Ave | Suite 2100 | | Dallas | TX | 75201 | | 10/26/2022 | General Unsecured | $225,100,000.00 | 225100000 plus ICF | | | |
| 37 | Veritext, LLC [Veritext Legal Solutions] | Attn: Judith Kunreuther | 290 W Mt. Pleasant Ave | Suite 3200 | | Livingston | NJ | 07039 | | 10/27/2022 | General Unsecured | $23,620.66 | $23,620.66 | | | |
| 38 | Pepsi-Cola Bottling Co. of Luverne, Inc. | Attn: Andrew Smith | PO Box 226 | | | Luverne | AL | 36049 | | 10/27/2022 | General Unsecured | $5,952.00 | $5,952.00 | | | |
| 39 | Shanghai Freemen Americas LLC | | 2035 RT 27 | Suite 3005 | | EDISON | NJ | 08817 | | 10/28/2022 | General Unsecured | $609,924.00 | $609,924.00 | | | |
| 40 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 10/28/2022 | General Unsecured | $84.99 | $84.99 | | | |
| 41 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/28/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 42 | A to Z Scales and Calibration LLC | Attn: Tom Stelzer | 3515 North 34th Place | | | Phoenix | AZ | 85018 | | 10/30/2022 | Priority | $6,206.49 | | | $6,206.49 | |
| 43 | Twin City Security | Attn: Accounting | 105 S Garfield St | Suite 100 | | Cambridge | MN | 55008 | | 10/31/2022 | General Unsecured | $44,866.23 | $44,866.23 | | | |
| 44 | Environmental Marketing Services | Attn: Coral Shively | 107 Wall St | Suite 1 | | Clemson | SC | 29631 | | 11/01/2022 | General Unsecured | $414.00 | $414.00 | | | |
| 45 | Fintech [STX Business Solutions] | Attn: David Sewell | 3109 W Dr Martin Luther King Jr Blvd | Suite 200 | | Tampa | FL | 33607-6260 | | 11/01/2022 | General Unsecured | $114,000.00 | $114,000.00 | | | |
| 46 | Assemblers Inc. | Attn: Scott Clary | 2850 W Columbus Ave | | | Chicago | IL | 60652 | | 11/01/2022 | General Unsecured | $228,035.84 | $228,035.84 | | | |
| 47 | Aesus Packaging Systems Inc. | Attn: Nicola Virgilio and Samantha Lewis | 188 Oneida | | | Pointe-Claire | QC | H9R 1A8 | Canada | 11/01/2022 | General Unsecured | $31,514.75 | $31,514.75 | | | |
| 48 | Cascade Columbia Distribution Company | Attn: Kyle Code | 6900 Fox Ave South | | | Seattle | WA | 98108 | | 11/01/2022 | General Unsecured | $14,394.19 | $14,394.19 | | | |
| 49 | Instrumentation and Controls | | 6829 W Frye Rd | | | Chandler | AZ | 85226-3307 | | 10/31/2022 | General Unsecured | $2,988.79 | $2,988.79 | | | |
| 50 | The Hamilton Group (Delaware) Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/31/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 51 | Resource Label Group, LLC | Accounting | 13260 Moore St | | | Cerritos | CA | 90703 | | 10/31/2022 | General Unsecured | $145,337.23 | $145,337.23 | | | |
| 52 | Green Wave Ingredients, Inc. | | 13875 Cerritos Corporate Dr | Suite A | | Cerritos | CA | 90703 | | 11/01/2022 | General Unsecured | $1,358,520.12 | $1,358,520.12 | | | |
| 53 | Casey's General Stores | Attn: Legal Department | 1 SE Convenience Blvd | | | Ankeny | IA | 50021 | | 11/02/2022 | General Unsecured | $77,107.46 | $77,107.46 | | | |
| 55 | Knight Transportation Services, Inc. | Attn: Trisha Lucci | 20002 N 19th Ave | | | Phoenix | AZ | 85027-4250 | | 11/03/2022 | General Unsecured | $99,972.00 | $99,972.00 | | | |
| 58 | Milk Specialties | c/o Coface North America Insurance Company | Attn: Amy Schmidt | 650 College Rd E | Suite 2005 | Princeton | NJ | 08540 | | 11/03/2022 | General Unsecured | $102,765.00 | $102,765.00 | | | |
| 59 | KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Kelly Singer | 2325 E. Camelback Rd | Suite 700 | Phoenix | AZ | 85016 | | 11/03/2022 | General Unsecured | $2,598,161.51 | $2,598,161.51 | | | |
| 60 | Datasite LLC [Merrill Communications LLC] | Attn: Leif Simpson | The Baker Center | 733 Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 11/03/2022 | General Unsecured | $686.87 | $686.87 | | | |
| 61 | Diversified Label Images, Inc. [DLI] | Attn: Gregory Boggis | PO Box 101269 | | | Irondale | AL | 35210 | | 11/03/2022 | General Unsecured | $14,491.93 | $14,491.93 | | | |
| 62 | 365 Mechanical, LLC | | 1817 S Horne | Suite 10 | | Mesa | AZ | 85204-6526 | | 11/03/2022 | General Unsecured | $17,471.72 | $17,471.72 | | | |
| 63 | Rosenberg Consulting Services, Inc. [RCS] | c/o Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | 4650 N Port Washington Rd | | Milwaukee | WI | 53212 | | 11/04/2022 | General Unsecured | $622,017.74 | $622,017.74 | | | |
| 64 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/04/2022 | General Unsecured | $68,387.80 | $68,387.80 | | | |
| 66 | State of Minnesota, Department of Revenue | | PO Box 64447 - BKY | | | St Paul | MN | 55164-0447 | | 11/07/2022 | Priority | $1,746.00 | | | $1,746.00 | |
| 67 | Organic Bottle Decorating Company DBA Zion Packaging | Attn: Gary Martin | 575 Alcoa Cir Suite B | | | Corona | CA | 92878-9203 | | 11/07/2022 | General Unsecured | $30,198.96 | $30,198.96 | | | |
| 68 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/08/2022 | General Unsecured | $122,439.17 | $122,439.17 | | | |
| 69 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/08/2022 | General Unsecured | $17,246.14 | $17,246.14 | | | |
| 70 | Kuckelman Torline Kirkland, Inc. [KTK] | Attn: Michael T Crabb | 10740 Nall Ave | Suite 250 | | Overland Park | KS | 66211 | | 11/08/2022 | General Unsecured | $129,188.45 | $129,188.45 | | | |
| 71 | Moore Rabinowitz Law, P.A. | Attn: Adam Rabinowitz, Esquire | 1776 N. Pine Island Rd | Suite 102 | | Plantation | FL | 33322 | | 11/08/2022 | General Unsecured | $19,815.50 | $19,815.50 | | | |
| 72 | White & Amundson, APC | Attn: Daniel M. White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $51,430.95 | $51,430.95 | | | |
| 73 | White & Amundson, APC | Attn: Daniel Macy White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $5,507.62 | $5,507.62 | | | |
| 74 | White & Amundson, APC | Attn: Daniel Macy White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $9,966.28 | $9,966.28 | | | |
| 75 | Green Wave Ingredients, Inc. | | 13875 Cerritos Corporate Dr | Suite A | | Cerritos | CA | 90703 | | 10/18/2022 | General Unsecured | $1,358,520.12 | $1,358,520.12 | | | |
| 76 | Staples, Inc | Attn: Tom Riggleman | 7 Technology Cir | | | Columbia | SC | 29203 | | 10/18/2022 | General Unsecured Administrative Priority | $13,395.28 | $13,080.75 | | | $314.53 |
| 77 | Uline | | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 10/25/2022 | General Unsecured Administrative Priority | $31,164.24 | $26,700.91 | | | $4,463.33 |
| 78 | W.W. Grainger, Inc | | 401 S Wright Rd | | | Janesville | WI | 53546 | | 10/25/2022 | General Unsecured Secured Priority Administrative Priority | $54,611.18 | $23,929.91 | $20,533.30 | | $10,147.97 |
| 79 | Total Compliance Network, Inc. TCN | Attn: Morgan T Silver | 5646 West Atlantic Blvd | | | Margate | FL | 33063 | | 11/08/2022 | General Unsecured | $300.00 | $300.00 | | | |
| 80 | Marriott Riverside at the Convention Center | Attn: Alvaro Fraile | Azul Hospitality Group | 800 W Ivy St | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $190,355.33 | $190,355.33 | | | |
| 81 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/09/2022 | General Unsecured | $45,876.78 | $45,876.78 | | | |
| 82 | Doehler USA, Inc. | c/o Coface North America Insurance Company | Attn: Amy Schmidt | 650 College Rd E | Suite 2005 | Princeton | NJ | 08540 | | 11/09/2022 | General Unsecured | $13,357,532.27 | $13,357,532.27 | | | |
| 83 | North Star Marketing, Inc | Attn: Sam Zerilli | 1580 Wilderness Trail | | | Eagle River | WI | 54521 | | 11/09/2022 | General Unsecured | $18,508.54 | $18,508.54 | | | |
| 84 | IBT West, LLC dba Magnum Industrial Distributors | Attn: John Kelly | 4203 W Adams St | | | Phoenix | AZ | 85009 | | 11/09/2022 | General Unsecured | $28,143.53 | $28,143.53 | | | |
| 85 | Extreme Process Solutions, LLC | Attn: Chris Mills | 5030 SW 29th Ave | | | Fort Lauderdale | FL | 33312 | | 11/09/2022 | General Unsecured | $2,278.00 | $2,278.00 | | | |
| 86 | Peter Fischer, individually, and on behalf of a nationwide class of similarly-situated consumers | c/o Harvath Law Group, LLC | Attn: Daniel Harvath, Esq. | 75 W Lockwood | Suite 1 | Webster Groves | MO | 63119 | | 11/09/2022 | General Unsecured | $401,000,000.00 | $401,000,000.00 | | | |
| 87 | Brendan Abbott, individually and on behalf of a nationwide class of similarly-situated consumers | c/o Harvath Law Group, LLC | Attn: Daniel Harvath | 75 W Lockwood | Suite 1 | Webster Groves | MO | 63119 | | 11/09/2022 | General Unsecured | $173,000,000.00 | $173,000,000.00 | | | |
| 88 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $81,917.85 | | $81,917.85 | | |
| 89 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $21,290.03 | | $21,290.03 | | |
| 90 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $22,757.63 | | $22,757.63 | | |
| 91 | CSPC Innovation USA Inc | Attn: Vicki Chen | 1500 S Archibald Ave | | | Ontario | CA | 91761 | | 11/10/2022 | General Unsecured | $281,600.00 | $281,600.00 | | | |
| 92 | Naumann Hobbs Material Handling Corp II Inc [Southwest Battery] | Attn: David M. Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $0.00 | Blank | | | |
| 93 | Southwest Battery Company | Attn: Dave Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $37,045.57 | $37,045.57 | | | |
| 94 | Naumann Hobbs Material Handling Corp Ii Inc | Attn: Dave Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $19,579.84 | $19,579.84 | | | |



**Claims Register as of 11/21/2022**
Sorted Numerically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | State of Alabama, Department of Revenue | Attn: Legal Division | PO Box 320001 | | | Montgomery | AL | 36132-0001 | | 11/10/2022 | General Unsecured Priority | $45,634.90 | $4,078.52 | | $41,556.38 | |
| 96 | Spectrum [Charter Communications, Time Warner Cable, Brighthouse Networks] | Attn: Siobhan K McEneany | 1600 Dublin Road | | | Columbus | OH | 43215 | | 11/10/2022 | General Unsecured | $317.74 | $317.74 | | | |
| 97 | Carrollton-farmers Branch Independent School District | c/o Perdue Brandon Fielder et al | Attn: Linda D. Reece | 1919 S Shiloh Rd | Suite 640, LB 40 | Garland | TX | 75042 | | 11/11/2022 | Secured | $14,507.60 | | $14,507.60 | | |
| 98 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | c/o U.S. Bank Equipment Finance | Attn: Jeffrey J Lothert | 1310 Madrid St | | Marshall | MN | 56258 | | 11/11/2022 | General Unsecured | $41,688.94 | $41,688.94 | | | |
| 99 | Vitacoat Corporation | Attn: Rajendra Desai | 50 Romanelli Ave | | | South Hackensack | NJ | 07606 | | 11/11/2022 | General Unsecured | $12,308.40 | $12,308.40 | | | |
| 100 | American International Chemical, LLC | Attn: Todd P Morris | 2000 W Park Dr | Suite 300 | | Westborough | MA | 01581 | | 11/14/2022 | General Unsecured | $19,887.50 | $19,887.50 | | | |
| 101 | Mix3 Sound Inc. | Attn: Maria Ferlito | 16405 NW 8th Ave | | | Miami Gardens | FL | 33169 | | 11/11/2022 | General Unsecured | $1,000.00 | $1,000.00 | | | |
| 102 | CW Carriers Dedicated Inc. | | 3632 Queen Palm Dr | Suite 175 | | Tampa | FL | 33619 | | 11/14/2022 | General Unsecured | $552,388.01 | $552,388.01 | | | |
| 103 | Industrial Physics Beverage & Canning, Inc. [CMC Kuhnke, Inc.] | Attn: Heather Crawford, Accounts Receivable | 40 McCullough Dr | | | New Castle | DE | 19720 | | 11/14/2022 | General Unsecured | $20,944.50 | $20,944.50 | | | |
| 104 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/14/2022 | General Unsecured | $92,831.74 | $92,831.74 | | | |
| 105 | BW Flexible Systems, LLC | | 225 Spartangreen Blvd | | | Duncan | SC | 29334 | | 11/11/2022 | General Unsecured | $6,308.54 | $6,308.54 | | | |
| 106 | DSD Partners, LLC | Attn: Brigid Prescott-Frank | 10800 Midlothian Tnpk | Suite 300 | | North Chesterfield | VA | 23235 | | 11/15/2022 | General Unsecured | $721.87 | $721.87 | | | |
| 107 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/15/2022 | General Unsecured | $53,040.80 | $53,040.80 | | | |
| 108 | EastGroup Properties, L.P. | c/o Thomas L. Abrams, Esq. | 633 S Andrews Ave | Suite 500 | | Fort Lauderdale | FL | 33301 | | 11/15/2022 | General Unsecured | $1,982,451.70 | $1,982,451.70 | | | |
| 110 | Portland Bottling Company | | 16800 SE Evelyn St | Suite 120 | | Clackamas | OR | 97015 | | 11/16/2022 | General Unsecured | $2,052.00 | $2,052.00 | | | |
| 111 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,038.97 | | $8,038.97 | | |
| 112 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,657.05 | | $8,657.05 | | |
| 113 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $24,741.38 | | $24,741.38 | | |
| 114 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $24,785.27 | | $24,785.27 | | |
| 115 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $30,044.66 | | $30,044.66 | | |
| 116 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $30,044.06 | | $30,044.06 | | |
| 117 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,657.05 | | $8,657.05 | | |
| 118 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,638.19 | | $8,638.19 | | |
| 119 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,015.24 | | $8,015.24 | | |
| 120 | Vortex Industries | Attn: Shannon Kane | 20 Odyssey | | | Irvine | CA | 92618 | | 11/17/2022 | General Unsecured | $386.00 | $386.00 | | | |
| 122 | Euler Hermes N.A. Insurance Co. as Agent for the Hamilton Group Delaware Inc. Factor for Virun Inc. | | 800 Red Brook Blvd | Suite 400 C | | Owings Mills | MD | 21117 | | 11/17/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 123 | Kerry, Inc. | | 3400 Millington Rd | | | Beloit | WI | 53511 | | 11/18/2022 | General Unsecured | $21,562.36 | $21,562.36 | | | |
| 124 | Vermont Information Processing [VIP] | | 402 Water Tower Cir | | | Colchester | VT | 05446 | | 11/18/2022 | General Unsecured | $14,949.53 | $14,949.53 | | | |
| 125 | Kim & Chang | | Jeongdong Building | 17F 21-15 Jeongdong-gil | Jung-Gu | Seoul | | 04518 | South Korea | 11/21/2022 | General Unsecured | $34,017.34 | $34,017.34 | | | |
| 126 | Inovar Packaging Florida | Attn: Jarvis Garcia | 4061 SW 47th Ave | | | Davie | FL | 33314-4023 | | 11/18/2022 | General Unsecured | $789,402.00 | $789,402.00 | | | |
| 127 | Francis Massabki | | 7330 Ocean Ter 1101 | | | Miami Beach | FL | 33141 | | 11/19/2022 | Priority | $1,831.85 | | | $1,831.85 | |
| 128 | Euler Hermes agent for Trinity Logistics, Inc. (CLUS006128) | Attn: Halima Qayoom | 800 Red Brook Blvd | Suite 400 C | | Owings Mills | MD | 21117 | | 11/21/2022 | General Unsecured | $5,744,571.33 | $5,744,571.33 | | | |
| 129 | Laurits R Christensen Associates Inc | Attn: Edee Zukowski | 800 University Bay Dr | Suite 400 | | Madison | WI | 53705-2299 | | 11/21/2022 | General Unsecured | $3,171.00 | $3,171.00 | | | |
| 130 | Cyber Marketing Network, Inc [Steel-Toe-Shoes.com] | | 800 Wisconsin St | Unit 15 | | Eau Claire | WI | 54703-3560 | | 11/21/2022 | General Unsecured | $2,625.48 | $2,625.48 | | | |



## Claims Register as of 11/21/2022
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 365 Mechanical, LLC | | 1817 S Horne | Suite 10 | | Mesa | AZ | 85204-6526 | | 11/03/2022 | General Unsecured | $17,471.72 | $17,471.72 | | | |
| 42 | A to Z Scales and Calibration LLC | Attn: Tom Stelzer | 3515 North 34th Place | | | Phoenix | AZ | 85018 | | 10/30/2022 | Priority | $6,206.49 | | | $6,206.49 | |
| 47 | Aesus Packaging Systems Inc. | Attn: Nicola Virgilio and Samantha Lewis | 188 Oneida | | | Pointe-Claire | QC | H9R 1A8 | Canada | 11/01/2022 | General Unsecured | $31,514.75 | $31,514.75 | | | |
| 111 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,038.97 | | $8,038.97 | | |
| 112 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,657.05 | | $8,657.05 | | |
| 113 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $24,741.38 | | $24,741.38 | | |
| 114 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $24,785.27 | | $24,785.27 | | |
| 115 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $30,044.66 | | $30,044.66 | | |
| 116 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $30,044.06 | | $30,044.06 | | |
| 117 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,657.05 | | $8,657.05 | | |
| 118 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,638.19 | | $8,638.19 | | |
| 119 | Ally Bank | c/o AIS Portfolio Services, LLC | Attn: Dept APS | 4515 N Santa Fe Ave | | Oklahoma City | OK | 73118 | | 11/16/2022 | Secured | $8,015.24 | | $8,015.24 | | |
| 40 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 10/28/2022 | General Unsecured | $84.99 | $84.99 | | | |
| 64 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/04/2022 | General Unsecured | $68,387.80 | $68,387.80 | | | |
| 100 | American International Chemical, LLC | Attn: Todd P Morris | 2000 W Park Dr | Suite 300 | | Westborough | MA | 01581 | | 11/14/2022 | General Unsecured | $19,887.50 | $19,887.50 | | | |
| 26 | American International Foods, Inc. | Attn: Scott Goldberg | 8066 Fulton St E | | | Ada | MI | 49301 | | 10/26/2022 | General Unsecured | $134,989.69 | $134,989.69 | | | |
| 68 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/08/2022 | General Unsecured | $122,439.17 | $122,439.17 | | | |
| 69 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/08/2022 | General Unsecured | $17,246.14 | $17,246.14 | | | |
| 81 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/09/2022 | General Unsecured | $45,876.78 | $45,876.78 | | | |
| 104 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/14/2022 | General Unsecured | $92,831.74 | $92,831.74 | | | |
| 107 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | 11/15/2022 | General Unsecured | $53,040.80 | $53,040.80 | | | |
| 24 | AMMS, Inc. | Attn: Amy McLaughlin | 16043 Agincourt Dr | | | Huntersville | NC | 28078 | | 10/26/2022 | General Unsecured | $22,440.00 | $22,440.00 | | | |
| 46 | Assemblers Inc. | Attn: Scott Clary | 2850 W Columbus Ave | | | Chiago | IL | 60652 | | 11/01/2022 | General Unsecured | $228,035.84 | $228,035.84 | | | |
| 14 | Atlas Copco Compressors LLC | | 48430 Milmont Dr | | | Fremont | CA | 94538 | | 10/24/2022 | General Unsecured | $7,081.53 | $7,081.53 | | | |
| 21 | Averell Luedecker | | 22 Allison Park | | | Brewer | ME | 04412 | | 10/25/2022 | General Unsecured | $2,314,688.21 | $2,314,688.21 | | | |
| 27 | Barrington Nutritionals | Attn: Cathy Annattone | 500 Mamaroneck Ave | | | Harrison | NY | 10528 | | 10/26/2022 | General Unsecured | $974.55 | $974.55 | | | |
| 87 | Brendan Abbott, individually and on behalf of a nationwide class of similarly-situated consumers | c/o Harvath Law Group, LLC | Attn: Daniel Harvath | 75 W Lockwood | Suite 1 | Webster Groves | MO | 63119 | | 11/09/2022 | General Unsecured | $173,000,000.00 | $173,000,000.00 | | | |
| 88 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $81,917.85 | | $81,917.85 | | |
| 89 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $21,290.03 | | $21,290.03 | | |
| 90 | Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S Andrews Ave | Suite A-100 | Ft. Lauderdale | FL | 33301 | | 11/10/2022 | Secured | $22,757.63 | | $22,757.63 | | |
| 105 | BW Flexible Systems, LLC | | 225 Spartangreen Blvd | | | Duncan | SC | 29334 | | 11/11/2022 | General Unsecured | $6,308.54 | $6,308.54 | | | |
| 3 | Canon Financial Services, Inc. | | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 | | 10/18/2022 | General Unsecured | $177,737.75 | $177,737.75 | | | |
| 97 | Carrollton-farmers Branch Independent School District | c/o Perdue Brandon Fielder et al | Attn: Linda D. Reece | 1919 S Shiloh Rd | Suite 640, LB 40 | Garland | TX | 75042 | | 11/11/2022 | Secured | $14,507.60 | | $14,507.60 | | |
| 48 | Cascade Columbia Distribution Company | Attn: Kyle Code | 6900 Fox Ave South | | | Seattle | WA | 98108 | | 11/01/2022 | General Unsecured | $14,394.19 | $14,394.19 | | | |
| 53 | Casey's General Stores | Attn: Legal Department | 1 SE Convenience Blvd | | | Ankeny | IA | 50021 | | 11/02/2022 | General Unsecured | $77,107.46 | $77,107.46 | | | |
| 91 | CSPC Innovation USA Inc | Attn: Vicki Chen | 1500 S Archibald Ave | | | Ontario | CA | 91761 | | 11/10/2022 | General Unsecured | $281,600.00 | $281,600.00 | | | |
| 102 | CW Carriers Dedicated Inc. | | 3632 Queen Palm Dr | Suite 175 | | Tampa | FL | 33619 | | 11/14/2022 | General Unsecured | $552,388.01 | $552,388.01 | | | |
| 130 | Cyber Marketing Network, Inc [Steel-Toe-Shoes.com] | | 800 Wisconsin St | Unit 15 | | Eau Claire | WI | 54703-3560 | | 11/21/2022 | General Unsecured | $2,625.48 | $2,625.48 | | | |
| 60 | Datasite LLC [Merrill Communications LLC] | Attn: Leif Simpson | The Baker Center | 733 Marquette Ave | Suite 600 | Minneapolis | MN | 55402 | | 11/03/2022 | General Unsecured | $686.87 | $686.87 | | | |
| 61 | Diversified Label Images, Inc. [DLI] | Attn: Gregory Boggis | PO Box 101269 | | | Irondale | AL | 35210 | | 11/03/2022 | General Unsecured | $14,491.93 | $14,491.93 | | | |
| 82 | Doehler USA Inc. | c/o Coface North America Insurance Company | Attn: Amy Schmidt | 650 College Rd E | Suite 2005 | Princeton | NJ | 08540 | | 11/09/2022 | General Unsecured | $13,357,532.27 | $13,357,532.27 | | | |
| 106 | DSD Partners, LLC | Attn: Brigid Prescott-Frank | 10800 Midlothian Tnpk | Suite 300 | | North Chesterfield | VA | 23235 | | 11/15/2022 | General Unsecured | $721.87 | $721.87 | | | |
| 108 | EastGroup Properties, L.P. | c/o Thomas L. Abrams, Esq. | 633 S Andrews Ave | Suite 500 | | Fort Lauderdale | FL | 33301 | | 11/15/2022 | General Unsecured | $1,982,451.70 | $1,982,451.70 | | | |
| 44 | Environmental Marketing Services | Attn: Coral Shively | 107 Wall St | Suite 1 | | Clemson | SC | 29631 | | 11/01/2022 | General Unsecured | $414.00 | $414.00 | | | |
| 128 | Euler Hermes agent for Trinity Logistics, Inc. (CLUS006128) | Attn: Halima Qayoom | 800 Red Brook Blvd | Suite 400 C | | Owings Mills | MD | 21117 | | 11/21/2022 | General Unsecured | $5,744,571.33 | $5,744,571.33 | | | |
| 122 | Euler Hermes N.A. Insurance Co. as Agent for the Hamilton Group Delaware Inc. Factor for Virun Inc. | Attn: Halima Qayoom | 800 Red Brook Blvd | Suite 400 C | | Owings Mills | MD | 21117 | | 11/17/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 85 | Extreme Process Solutions, LLC | Attn: Chris Mills | 5030 SW 29th Ave | | | Fort Lauderdale | FL | 33312 | | 11/09/2022 | General Unsecured | $2,278.00 | $2,278.00 | | | |
| 45 | Fintech [STX Business Solutions] | Attn: David Sewell | 3109 W Dr Martin Luther King Jr Blvd | Suite 200 | | Tampa | FL | 33607-6260 | | 11/01/2022 | General Unsecured | $114,000.00 | $114,000.00 | | | |
| 127 | Francis Massakki | | 7330 Ocean Ter 1101 | | | Miami Beach | FL | 33141 | | 11/19/2022 | Priority | $1,831.85 | | | $1,831.85 | |
| 52 | Green Wave Ingredients, Inc. | | 13875 Cerritos Corporate Dr | Suite A | | Cerritos | CA | 90703 | | 11/01/2022 | General Unsecured | $1,358,520.12 | $1,358,520.12 | | | |
| 75 | Green Wave Ingredients, Inc. | | 13875 Cerritos Corporate Dr | Suite A | | Cerritos | CA | 90703 | | 11/08/2022 | General Unsecured | $1,358,520.12 | $1,358,520.12 | | | |
| 84 | IBT West, LLC dba Magnum Industrial Distributors | Attn: John Kelly | 4203 W Adams St | | | Phoenix | AZ | 85009 | | 11/09/2022 | General Unsecured | $28,143.53 | $28,143.53 | | | |
| 103 | Industrial Physics Beverage & Canning, Inc. [CMC Kuhnke, Inc.] | Attn: Heather Crawford, Accounts Receivable | 40 McCullough Dr | | | New Castle | DE | 19720 | | 11/14/2022 | General Unsecured | $20,944.50 | $20,944.50 | | | |
| 126 | Inovar Packaging Florida | Attn: Jarvis Garcia | 4061 SW 47th Ave | | | Davie | FL | 33314-4023 | | 11/18/2022 | General Unsecured | $789,402.00 | $789,402.00 | | | |
| 49 | Instrumentation and Controls | | 6829 W Frye Rd | | | Chandler | AZ | 85226-3307 | | 10/31/2022 | General Unsecured | $2,988.79 | $2,988.79 | | | |
| 4 | Iowa Department of Revenue | Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E Walnut | | Des Moines | IA | 50319 | | 10/18/2022 | General Unsecured Priority | $832.69 | $17.58 | | $815.11 | |
| 123 | Kerry, Inc. | | 3400 Millington Rd | | | Beloit | WI | 53511 | | 11/18/2022 | General Unsecured | $21,562.36 | $21,562.36 | | | |
| 125 | Kim & Chang | | Jeongdong Building | 17F 21-15 Jeongdong-gil | Jung-Gu | Seoul | | 04518 | South Korea | 11/21/2022 | General Unsecured | $34,017.34 | $34,017.34 | | | |
| 59 | KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Kelly Singer | 2325 E. Camelback Rd | Suite 700 | Phoenix | AZ | 85016 | | 11/03/2022 | General Unsecured | $2,598,161.51 | $2,598,161.51 | | | |
| 55 | Knight Transportation Services, Inc. | Attn: Trisha Lucci | 20002 N 19th Ave | | | Phoenix | AZ | 85027-4250 | | 11/03/2022 | General Unsecured | $99,972.00 | $99,972.00 | | | |
| 70 | Kuckelman Torline Kirkland, Inc. [KTK] | Attn: Michael T Crabb | 10740 Nall Ave | Suite 250 | | Overland Park | KS | 66211 | | 11/08/2022 | General Unsecured | $129,188.45 | $129,188.45 | | | |
| 129 | Laurits R Christensen Associates Inc | Attn: Edee Zukowski | 800 University Bay Dr | Suite 400 | | Madison | WI | 53705-2299 | | 11/21/2022 | General Unsecured | $3,171.00 | $3,171.00 | | | |
| 80 | Marriott Riverside at the Convention Center | Attn: Alvaro Fraile | Azul Hospitality Group | 800 W Ivy St | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $190,355.33 | $190,355.33 | | | |
| 23 | Mike Meserve | | 116 Wallace Ave | | | South Portland | ME | 04106 | | 10/26/2022 | General Unsecured | $15,795.00 | $15,795.00 | | | |
| 58 | Milk Specialties | c/o Coface North America Insurance Company | Attn: Amy Schmidt | 650 College Rd E | Suite 2005 | Princeton | NJ | 08540 | | 11/03/2022 | General Unsecured | $102,765.00 | $102,765.00 | | | |
| 17 | Mitsubishi HC Capital America, Inc. [Hitachi Capital America Corp.] | c/o Kye Law Group, P.C. | 201 Old Country Rd | Suite 120 | | Melville | NY | 11747 | | 10/25/2022 | Secured | $2,410,772.40 | | $2,410,772.40 | | |
| 101 | Mix3 Sound Inc. | Attn: Maria Ferlito | 16405 NW 8th Ave | | | Miami Gardens | FL | 33169 | | 11/11/2022 | General Unsecured | $1,000.00 | $1,000.00 | | | |
| 7 | MMR Strategy Group | Attn: Cheryl Jaffe | 16501 Ventura Blvd | Suite 601 | | Encino | CA | 91367 | | 10/20/2022 | General Unsecured | $17,500.00 | $17,500.00 | | | |
| 29 | Monster Energy Company | Attn: Aaron Sonnhalter | 1 Monster Way | | | Corona | CA | 92879 | | 10/26/2022 | General Unsecured Administrative Priority | $389,739,257.35 | $389,739,257.35 | | | Undetermined |
| 71 | Moore Rabinowitz Law, P.A. | Attn: Adam Rabinowitz, Esquire | 1776 N. Pine Island Rd | Suite 102 | | Plantation | FL | 33322 | | 11/08/2022 | General Unsecured | $19,815.50 | $19,815.50 | | | |
| 94 | Naumann Hobbs Material Handling Corp Ii Inc | Attn: Dave Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $19,579.84 | $19,579.84 | | | |
| 92 | Naumann Hobbs Material Handling Corp II Inc [Southwest Battery] | Attn: David M. Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $0.00 | Blank | | | |
| 83 | North Star Marketing, Inc | Attn: Sam Zerilli | 1580 Wilderness Trail | | | Eagle River | WI | 54521 | | 11/09/2022 | General Unsecured | $18,508.54 | $18,508.54 | | | |
| 10 | Orange Bang, Inc. | Attn: Richard Stein | 13115 Telfair Ave | | | Sylmar | CA | 91342 | | 10/25/2022 | General Unsecured Administrative Priority | $87,500,000.00 | $87,500,000.00 | | | Undetermined |
| 67 | Organic Bottle Decorating Company DBA Zion Packaging | Attn: Gary Martin | 575 Alcoa Cir Suite B | | | Corona | CA | 92878-9203 | | 11/07/2022 | General Unsecured | $30,198.96 | $30,198.96 | | | |
| 38 | Pepsi-Cola Bottling Co. of Luverne, Inc. | Attn: Andrew Smith | PO Box 226 | | | Luverne | AL | 36049 | | 10/27/2022 | General Unsecured | $5,952.00 | $5,952.00 | | | |
| 86 | Peter Fischer, individually and on behalf of a nationwide class of similarly-situated consumers | c/o Harvath Law Group, LLC | Attn: Daniel Harvath, Esq. | 75 W Lockwood | Suite 1 | Webster Groves | MO | 63119 | | 11/09/2022 | General Unsecured | $401,000,000.00 | $401,000,000.00 | | | |
| 20 | Peter Kent Consulting, LLC | Attn: Peter Kent | 404 Locust St | | | Denver | CO | 80220 | | 10/25/2022 | General Unsecured | $48,939.00 | $48,939.00 | | | |
| 110 | Portland Bottling Company | Attn: Jennifer McArtor | 16800 SE Evelyn St | Suite 120 | | Clackamas | OR | 97015 | | 11/16/2022 | General Unsecured | $2,052.00 | $2,052.00 | | | |
| 22 | Presence From Innovation, LLC | Attn: Jennifer McArtor | 4847 Park 370 Blvd | | | Hazelwood | MO | 63042 | | 10/26/2022 | General Unsecured | $79,127.22 | $79,127.22 | | | |
| 51 | Resource Label Group, LLC | Accounting | 13260 Moore St | | | Cerritos | CA | 90703 | | 10/31/2022 | General Unsecured | $145,337.23 | $145,337.23 | | | |
| 63 | Rosenberg Consulting Services, Inc. [RCS] | c/o Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | 4650 N Port Washington Rd | | Milwaukee | WI | 53212 | | 11/04/2022 | General Unsecured | $622,017.74 | $622,017.74 | | | |



**Claims Register as of 11/21/2022**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Scotlynn USA Division Inc. | Attn: Nicole Tracey | 9597 Gulf Research Ln | | | Fort Myers | FL | 33912-4552 | | 10/24/2022 | General Unsecured Administrative Priority | $185,206.00 | $92,603.00 | | | $92,603.00 |
| 39 | Shanghai Freemen Americas LLC | | 2035 RT 27 | Suite 3005 | | EDISON | NJ | 08817 | | 10/28/2022 | General Unsecured | $609,924.00 | $609,924.00 | | | |
| 18 | Skip Shapiro Enterprises, LLC | Attn: Skip Shapiro | 318 Hawthorn St | | | New Bedford | MA | 02740 | | 10/25/2022 | General Unsecured | $193,450.40 | $193,450.40 | | | |
| 93 | Southwest Battery Company | Attn: Dave Michlich | 4335 E Wood St | | | Phoenix | AZ | 85040 | | 11/10/2022 | General Unsecured | $37,045.57 | $37,045.57 | | | |
| 96 | Spectrum [Charter Communications, Time Warner Cable, Brighthouse Networks] | Attn: Siobhan K McEneany | 1600 Dublin Road | | | Columbus | OH | 43215 | | 11/10/2022 | General Unsecured | $317.74 | $317.74 | | | |
| 76 | Staples, Inc | Attn: Tom Riggleman | 7 Technology Cir | | | Columbia | SC | 29203 | | 10/18/2022 | General Unsecured Administrative Priority | $13,395.28 | $13,080.75 | | | $314.53 |
| 95 | State of Alabama, Department of Revenue | Attn: Legal Division | PO Box 320001 | | | Montgomery | AL | 36132-0001 | | 11/10/2022 | General Unsecured Priority | $45,634.90 | $4,078.52 | | $41,556.38 | |
| 66 | State of Minnesota, Department of Revenue | | PO Box 64447 - BKY | | | St Paul | MN | 55164-0447 | | 11/07/2022 | Priority | $1,746.00 | | | $1,746.00 | |
| 25 | Stephen Miller | Attn: David Moritz | 15431 SW 14th St | | | Davie | FL | 33326 | | 10/26/2022 | General Unsecured | $50,927.39 | $50,927.39 | | | |
| 8 | Steven Douglas Associates LLC | Attn: Shari Gottlieb | 1301 International Pkwy | Suite 510 | | Sunrise | FL | 33323 | | 10/20/2022 | General Unsecured | $472,907.68 | $472,907.68 | | | |
| 30 | The American Bottling Company | Attn: Russ Falconer | 2001 Ross Ave | Suite 2100 | | Dallas | TX | 75201 | | 10/26/2022 | General Unsecured | $225,100,000.00 | 225100000 plus ICF | | | |
| 50 | The Hamilton Group (Delaware) Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/31/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 15 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/24/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 41 | The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman | 2500 N Military Trail | Suite 100 | Boca Raton | FL | 33431 | | 10/28/2022 | General Unsecured | $189,784.35 | $189,784.35 | | | |
| 79 | Total Compliance Network, Inc. TCN | Attn: Morgan T Silver | 5646 West Atlantic Blvd | | | Margate | FL | 33063 | | 11/08/2022 | General Unsecured | $300.00 | $300.00 | | | |
| 43 | Twin City Security | Attn: Accounting | 105 S Garfield St | Suite 100 | | Cambridge | MN | 55008 | | 10/31/2022 | General Unsecured | $44,866.23 | $44,866.23 | | | |
| 98 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | c/o U.S. Bank Equipment Finance | Attn: Jeffrey J Lothert | 1310 Madrid St | | Marshall | MN | 56258 | | 11/11/2022 | General Unsecured | $41,688.94 | $41,688.94 | | | |
| 77 | Uline | | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 10/25/2022 | General Unsecured Administrative Priority | $31,164.24 | $26,700.91 | | | $4,463.33 |
| 2 | Varni Brothers Corporation [VBC Bottling dba Seven-Up Bottling Company] | Attn: Ray Morales | 215 Hosmer Ave | | | Modesto | CA | 95351 | | 10/17/2022 | General Unsecured | $873,125.12 | $873,125.12 | | | |
| 37 | Veritext, LLC [Veritext Legal Solutions] | Attn: Judith Kunreuther | 290 W Mt. Pleasant Ave | Suite 3200 | | Livingston | NJ | 07039 | | 10/27/2022 | General Unsecured | $23,620.66 | $23,620.66 | | | |
| 124 | Vermont Information Processing [VIP] | | 402 Water Tower Cir | | | Colchester | VT | 05446 | | 11/18/2022 | General Unsecured | $14,949.53 | $14,949.53 | | | |
| 99 | Vitacoat Corporation | Attn: Rajendra Desai | 50 Romanelli Ave | | | South Hackensack | NJ | 07606 | | 11/11/2022 | General Unsecured | $12,308.40 | $12,308.40 | | | |
| 120 | Vortex Industries | Attn: Shannon Kane | 20 Odyssey | | | Irvine | CA | 92618 | | 11/17/2022 | General Unsecured | $386.00 | $386.00 | | | |
| 78 | W.W. Grainger, Inc | | 401 S Wright Rd | | | Janesville | WI | 53546 | | 10/25/2022 | General Unsecured Secured Administrative Priority | $54,611.18 | $23,929.91 | $20,533.30 | | $10,147.97 |
| 19 | WA Department of Revenue | Attn: Andrew Garrett | 2101 4th Ave | Suite 1400 | | Seattle | WA | 98121 | | 10/25/2022 | General Unsecured Priority | $286,995.77 | $102,579.05 | | $184,416.72 | |
| 9 | Werner Enterprises Inc | | 39365 Treasury Crt | | | Chicago | IL | 60694 | | 10/20/2022 | General Unsecured | $46,002.00 | $46,002.00 | | | |
| 72 | White & Amundson, APC | Attn: Daniel M. White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $51,430.95 | $51,430.95 | | | |
| 73 | White & Amundson, APC | Attn: Daniel Macy White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $5,507.62 | $5,507.62 | | | |
| 74 | White & Amundson, APC | Attn: Daniel Macy White | 402 W Broadway | Suite 1140 | | San Diego | CA | 92101 | | 11/08/2022 | General Unsecured | $9,966.28 | $9,966.28 | | | |
| 1 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | | 10/13/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 6 | XPO Logistics Freight, Inc. | Attn: Bankruptcy Dept | 9151 Boulevard 26 | Bldg A | | North Richland Hills | TX | 76180 | | 10/18/2022 | General Unsecured | $14,879.18 | $14,879.18 | | | |
| 12 | Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 | | 10/24/2022 | General Unsecured | $1.00 | $1.00 | | | |