**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                          Case No: 22-17842-PDR
                                                                                Chapter 11
VITAL PHARMACEUTICALS, INC.,

                Debtors            /

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that request is made by attorneys for creditor EFL Global and EFL Global Logistics Canada, Ltd. ("*Clients*"), in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. Proc. Rules 2002 and 9010(b) ("*Rules*"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the Clients at the following addresses and further requests that Clients be added to the Master Service List:

> Brett S. Theisen
> **GIBBONS P.C.**
> One Pennsylvania Plaza, 37th Floor
> New York, NY  10119-3701
> E-mail: btheisen@gibbonslaw.com

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the Debtors or any related entity, or property or proceeds thereof in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Clients' rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Clients is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Clients' rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved.

By: /s/ Philip W. Crawford.
Philip W. Crawford, Esq.
Florida Bar No. 99361
**GIBBONS P.C.**
2054 Vista Parkway, Suite 400
West Palm Beach, Florida 33411-4309
Tel: 561.537.7610
pcrawford@gibbonslaw.com
*Attorneys for EFL Global and EFL Global Logistics Canada, Ltd*

Dated: November 21, 2022
West Palm Beach, Florida