

**ORDERED in the Southern District of Florida on November 21, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER APPROVING THE EMPLOYMENT
OF LATHAM & WATKINS LLP, AS CO-COUNSEL FOR
DEBTORS-IN-POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

**THIS MATTER** having come before the Court for a hearing on November 21, 2022 at 10:00 a.m. in Fort Lauderdale, Florida upon the *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11769856-1

*Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22] (the "Application"),[2] the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] (the "First Day Declaration"), and the *Declaration of Andrew Sorkin, on Behalf of Latham & Watkins LLP, as Proposed Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* (the "Sorkin Declaration") attached to the Application as Exhibit A.  The Application requests approval of the Debtors' employment of Latham & Watkins LLP ("L&W") to represent them as bankruptcy co-counsel in these Chapter 11 Cases.  The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The relief requested in the Application is in the best interests of the Debtors, their estates, and creditors.  The Sorkin Declaration makes relevant disclosures as required by Bankruptcy Rules 2014 and 2016.  The Sorkin Declaration contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that L&W is disinterested as required by section 327(a) of the Bankruptcy Code.  Pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application.  Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Accordingly, it is hereby

    **ORDERED** that:

1.      The Application is **APPROVED.**

2.      The employment by the Debtors, as debtors-in-possession, of L&W as co-counsel in these Chapter 11 Cases, effective as of the Petition Date, is **APPROVED** pursuant to section

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Application.

327(a) of the Bankruptcy Code.

3. L&W shall apply for compensation and reimbursement of costs, pursuant to sections 330 and 331 of the Bankruptcy Code, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors. L&W will apply for compensation and reimbursement of costs, and shall comply with the *Guidelines for Applications for Compensation in Large Chapter 11 Cases*.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
　　　　mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11769856-1

3