

ORDERED in the Southern District of Florida on November 22, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE | * | CASE NO. 22-17842 (PDR) |
| | * | (Joint Administration Pending) |
| | * | |
| | * | Chapter 11 Cases |
| | * | |
| VITAL PHARMACEUTICALS, INC., ET AL. | | |
| Debtors.[1] | | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Ex Parte Motion to Appear Pro Hac Vice. The court having reviewed the motion and good cause appearing, it is

ORDERED that Rudy J. Cerone ('Visiting Attorney") may appear before this court *pro hac vice* as counsel for Balboa Capital Corporation ("Client") in this case and in each adversary

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served.

> Ralph W. Confreda, Jr., Esq.
> Florida Bar No. 85794
> 1 East Broward Boulevard, Suite 1400
> Fort Lauderdale, FL 33301
> Tele:(954) 356-2513
> Fax:(954) 333-3847
> Email: rconfreda@mcglinchey.com
> alozada@mcglinchey.com

Local Attorney shall act as local counsel as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion for Appear Pro Hac Vice* and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Ralph W. Confreda, Jr., Esq.
Florida Bar No. 85794
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Tele:(954) 356-2513
Fax:(954) 333-3847
Email: rconfreda@mcglinchey.com
Email:  alozada@mcglinchey.com

**COPIES TO:**

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Email: rcerone@mcglinchey.com

Jordi Guso
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Email: jguso@bergersingerman.com

Office of the U.S. Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

Ralph W. Confreda, Jr., Esq., who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.