**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                        **Case No. 22-17842-PDR**

**VITAL PHARMACEUTICALS, INC.,**            **Chapter 11**

    **Debtor.**

                                            /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    **TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, Nir Maoz and KTBS Law LLP (the "Firm"), as counsel for Creditor Orange Bang, Inc., request that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served in the Debtor's main bankruptcy case and all adversary proceedings in this case, and all notices mailed only to statutory committees and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Firm at the following address:

        Nir Maoz, Esq.
        KTBS Law LLP
        1801 Century Park East
        Twenty-Sixth Floor
        Los Angeles, California 90067
        Telephone:  (310) 407-4000
        Email:  nmaoz@ktbslaw.com

    Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery,

telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

**Dated:  November 22, 2022**                    **KTBS LAW LLP**

                                        */s/ Nir Maoz*
                                        Nir Maoz
                                        1801 Century Park East
                                        Twenty-Sixth Floor
                                        Los Angeles, California 90067
                                        Telephone:  (310) 407-4000
                                        Email:  nmaoz@ktbslaw.com

                                        *Counsel for Orange Bang, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 22nd day of November, 2022.

                        By: */s/ Nir Maoz*
                            Nir Maoz