## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                    Chapter 11

VITAL PHARMACEUTICALS, INC., et al.,                      Case No.  22-17842-PDR

       Debtors.
_____/

### AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL'S OMNIBUS MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION, PURSUANT TO LOCAL RULE 4001-1(C), WILL BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

---

Secured Creditor, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 362(d), Federal Rule of Bankruptcy Procedure 4001(a), and Local Rule 4001-1, hereby moves for relief from the automatic stay to exercise its rights and remedies with respect to 139 financed vehicles in the possession of Vital Pharmaceuticals, Inc. ("Vital"), and states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. The underlying facts of this matter are more fully set forth in the accompanying Declaration of Aaron Rangel and the exhibit thereto (the "Rangel Declaration"). A true and correct copy of the Rangel Declaration is attached hereto as **Exhibit A**.

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3.      On October 10, 2022 (the "Petition Date"), Vital Pharmaceuticals, Inc., *et al.* (the "Debtors")[1] filed for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4.      Prior to the Petition Date, GM Financial agreed to provide financing to Vital pursuant to the terms of 139 separate motor vehicle Retail Installment Sale Contracts (collectively, the "Contracts," as amended, modified, or supplemented) to enable Vital to purchase 139 motor vehicles (collectively, the "Vehicles"), as more fully identified in the Rangel Declaration.  Rangel Dec., ¶ 3.

5.      Pursuant to the terms of the Contracts, Vital financed the total aggregate amount of $8,036,485.43. Rangel Dec., ¶ 4.

6.      As security for repayment of the obligations due under the Contracts, Vital granted GM Financial a first priority security interest in the Vehicles, which interest was perfected by GM Financial documenting its lien on each Vehicle's title. Rangel Dec., ¶ 5.[2]

7.      As of the November 9, 2022, there was $3,387,841.69 in aggregate amount due and owing to GM Financial under the Contracts collectively. Rangel Dec., ¶ 6. A spreadsheet showing the total outstanding amount due for each Vehicle is attached to the Rangel Declaration as Exhibit 1.

8.      GM Financial's security interest in the Vehicles is not being adequately protected. GM Financial has not received, and Vital has not agreed to provide, any adequate protection of

---

[1]     The Debtors are Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc.

[2]     Due to the voluminous nature of the supporting documentation, true and correct copies of the Contracts and titles for each Vehicle will be provided directly to the Debtors contemporaneously with the filing of this Motion, made available to other parties in interest upon request, and filed with the Court prior to any evidentiary hearing on this Motion.

GM Financial's interest in the Vehicles. Vital has not made any payments under the Contracts since August 2022, and therefore is in default under each of the Contracts.  Rangel Dec., ¶ 7. Additionally, the value of each Vehicle is depreciating with the passage of time, and increasingly so if Vital is continuing to use the Vehicles. Rangel Dec., ¶ 8.

9.      Accordingly, GM Financial seeks relief from the automatic stay so that GM Financial may exercise its rights and remedies under the Contracts, including to repossess the Vehicles.

10.      GM Financial will suffer irreparable injury, harm, and damage should it be delayed in exercising its security interests in the Vehicles. Rangel Dec., ¶ 9.

## RELIEF REQUESTED

8.      Cause exits for relief from the automatic stay under 11 U.S.C. § 362(d).  Section 362(d)(1) provides that the Court may grant relief from the automatic stay to a party "for cause, including the lack of adequate protection of an interest in property of such party in interest." 11 U.S.C. § 362(d)(1).

9.      A secured lender is entitled to compensation from a debtor as adequate protection for the depreciating value of lender's collateral.  *See United Sav. Ass'n of Tex. v. Timbers of Inwood Forest Assocs.*, 484 U.S. 365, 370 (1988); *see also Liggins v. Crossgate Motors, Inc. (In re Liggins)*, No. 12-41714, 2013 Bankr. LEXIS 175, at *5 (Bankr. S.D. Ga. Jan. 11, 2013) (holding that automatic stay was lifted where debtor could not make adequate protection payments to reasonably cover depreciation of the vehicle); *In re Zeoli*, 249 B.R. 61, 65 (Bankr. S.D.N.Y. 2000) (granting relief from stay where debtor offered no adequate protection and debtor continued to use and depreciate collateral vehicle).

10.     As set forth above, the Vehicles are continuously depreciating with the passage of time, and increasingly so if the Vehicles are being used by Vital.  As such, GM Financial's interest in the Vehicles is likewise depreciating.

11.     In order for Vital to retain possession of the Vehicles, Vital must provide GM Financial with monthly adequate protection payments to compensate it for the depreciating value of its collateral.

12.     As of the filing of this Motion, GM Financial has not received, and Vital has not agreed to provide, any adequate protection of GM Financial's interests in the Vehicles. Accordingly, cause exists to lift the stay and permit GM Financial to enforce its rights against the Vehicles, including but not limited to, repossessing the Vehicles.

### <u>CONCLUSION</u>

WHEREFORE, GM Financial respectfully requests that the Court enter an order granting relief from the automatic stay to permit GM Financial to enforce its security interests in the Vehicles and granting such other and further relief that the Court deems just and proper.

Dated this 23rd day of November, 2022.


*/s/ Christopher R. Thompson*
**Eric S. Golden**
Florida Bar No. 146846
Primary Email: egolden@burr.com
Secondary Email: ccrumrine@burr.com
Secondary Email: mlucca-cruz@burr.com
**Christopher R. Thompson**
Florida Bar No. 0093102
Primary Email: crthompson@burr.com
Secondary Email: ccrumrine@burr.com
Secondary Email:  mlucca-cruz@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone:  (407) 540-6600

Facsimile:   (407) 540-6601
*Attorneys for GM Financial*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2022, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients including attorneys for Debtors, **Andrew Sorkin** (andrew.sorkin@lw.com), **Jeremy Webb** (jeremy.webb@lw.com), **Jordi Guso** (jguso@bergersingerman.com), and **Michael Niles** (mniles@bergersingerman.com); the counsel for the creditors' committee, **Leyza Blanco** (lblanco@sequorlaw.com), **Fernando Menendez** (fmenendez@sequorlaw.com), and **Juan Mendoza** (jmendoza@sequorlaw.com); and the United States Trustee, **J Steven Wilkes** (steven.wilkes@usdoj.gov), and by first class U.S. Mail to Debtors, **Vital Pharmaceuticals, Inc.**, 1600 N. Park Drive, Weston, FL 33326.

*/s/ Christopher R. Thompson*
Christopher R. Thompson

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                    Chapter 11

VITAL PHARMACEUTICALS, INC., et al.,          Case No.  22-17842-PDR

  Debtors.

_____/

**DECLARATION IN SUPPORT OF AMERICREDIT FINANCIAL**
**SERVICES, INC. D/B/A GM FINANCIAL'S OMNIBUS MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Aaron Rangel, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1.      I am over the age of 18 years and am a Vice President – Bankruptcy and Vendor

Management of AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), and

I am authorized to make this affidavit on its behalf in support of its omnibus motion for relief

from the automatic stay (the "Motion") filed in the Chapter 11 bankruptcy case of Vital

Pharmaceuticals, Inc., *et al.* (the "Debtors").[1]

2.      In my capacity as a Vice President – Bankruptcy and Vendor Management of GM

Financial, I have personal knowledge of the facts stated herein or of those facts as they appear in

the business records, reports, memoranda and data compilations of GM Financial, made at or

near the time of the events described by, or from information transmitted by, a person or persons

with knowledge of the events described whose regular practice it was to make and keep such

records in the ordinary course of the regularly conducted business activities of GM Financial.  I

am familiar with the identity and method of preparation of such records and am one of the

persons with custody of them.  I routinely rely on such records in the usual course of my

business and the business of GM Financial.

---

[1]    The Debtors are Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings,
LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital
Pharmaceuticals International Sales, Inc.

49365985 v3

3.      Over the course of 2018 through 2021, Vital Pharmaceuticals, Inc. ("Vital") entered into 139 separate motor vehicle Retail Installment Sale Contracts (collectively, the "Contracts," as amended, modified, or supplemented) with GM Financial, whereby GM Financial agreed to provide financing to Vital to purchase 139 vehicles (collectively, the "Vehicles"). A summary chart providing the details of each individual Contract and Vehicle, including the VIN, make, model, year, and outstanding balance owed, is attached hereto as **Exhibit 1**. Due to the voluminous nature of the supporting documentation, true and correct copies of the Contracts and titles for each Vehicle will be provided directly to the Debtors contemporaneously with the filing of the Motion, made available to other parties in interest upon request, and filed with the Court prior to any evidentiary hearing on the Motion.

4.      Pursuant to the terms of the Contracts, Vital financed a total amount of $8,036,485.43.

5.      As security for repayment of the obligations due under the Contracts, Vital granted GM Financial a first-priority lien and security interest in the Vehicles, which interest was perfected by GM Financial documenting its lien on each Vehicle's title.

6.      As of November 9, 2022, there was $3,387,841.69 in aggregate amount due and owing to GM Financial under the Contracts collectively.

7.      Vital has not made any payments under the Contracts since August 2022, and therefore is in default under each of the Contracts.

8.      The value of each Vehicle is depreciating with the passage of time, and increasingly so if Vital is continuing to use the Vehicles.

9.      GM Financial will suffer irreparable injury, harm, and damage should it be delayed in exercising its right to repossess the Vehicles.

10.     The document attached hereto is based on the business records of GM Financial that were made at or near the time of the events recorded by GM Financial. The attached record was made by or from information transmitted by a person with knowledge and by or from records that were maintained in the course of regularly conducted business activity by GM Financial. It is a regular and routine practice of GM Financial to keep and maintain such records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 21st 2022.

By: AARON RANGEL

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2021 Jeep Wrangler Unlimited | 1C4HJXDN8MW613436 | 2/12/2021 | $36,370.67 | 8/29/2022 | $1,581.99 | $9,444.69 |
| 2021 Jeep Wrangler Unlimited | 1C4HJXDNXMW613440 | 2/12/2021 | $45,931.67 | 8/29/2022 | $847.17 | $33,341.53 |
| 2021 Jeep Wrangler Unlimited | 1C4HJXDNXMW613437 | 2/12/2021 | $45,931.67 | 8/29/2022 | $1,997.86 | $11,927.45 |
| 2021 Jeep Wrangler Unlimited | 1C4HJXDN3MW613439 | 2/12/2021 | $45,931.67 | 8/29/2022 | $1,997.86 | $11,927.45 |
| 2021 Jeep Wrangler Unlimited | 1C4HJXDN1MW613438 | 2/12/2021 | $45,931.67 | 8/29/2022 | $1,997.86 | $11,921.86 |
| 2021 Jeep Wrangler Unlimited | 1C4HJXDN1MW613441 | 2/12/2021 | $45,931.67 | 8/29/2022 | $1,997.86 | $11,927.45 |
| 2020 Chev Low Cab Forward | 54DCDW1D9LS208825 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D0LS208826 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D2LS208827 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D2LS208830 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D6LS208829 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2020 Chev Low Cab Forward | 54DCDW1D7LS208905 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1DXLS209093 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D8LS209092 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D6LS209091 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D3LS208903 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1DXLS208882 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2020 Chev Low Cab Forward | 54DCDW1D4LS209090 | 2/19/2021 | $63,870.18 | 8/19/2022 | $1,184.23 | $51,456.33 |
| 2019 Chev Low Cab Forward | 54DCDW1B9KS800934 | 10/23/2020 | $62,550.02 | 10/7/2022 | $1,150.69 | $40,124.09 |
| 2019 Chev Low Cab Forward | 54DCDW1B8KS800939 | 10/23/2020 | $62,550.02 | 10/7/2022 | $1,150.69 | $40,124.09 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2019 Chev Crew | 54DCDW1BXKS809917 | 9/28/2020 | $62,283.97 | 8/12/2022 | $972.77 | $45,223.23 |
| 2019 Chev Low Cab Forward | 54DCDW1B0KS810672 | 9/28/2020 | $60,502.52 | 8/12/2022 | $1,112.90 | $38,813.39 |
| 2019 Chev Low Cab Forward | 54DCDW1B4KS812540 | 9/28/2020 | $60,502.52 | 8/12/2022 | $1,112.90 | $40,072.81 |
| 2019 Chev Low Cab Forward | 54DCDW1BXKS810193 | 9/28/2020 | $60,502.52 | 8/12/2022 | $1,112.90 | $40,091.74 |
| 2019 Chev Low Cab Forward | 54DCDW1B2KS809913 | 9/28/2020 | $62,283.97 | 8/12/2022 | $1,145.67 | $39,956.18 |
| 2019 Chev Low Cab Forward | 54DCDW1B6KS809915 | 9/28/2020 | $59,996.92 | 8/12/2022 | $1,103.60 | $39,756.70 |
| 2019 Chev Low Cab Forward | 54DCDW1B4KS809914 | 9/28/2020 | $59,996.92 | 8/12/2022 | $1,103.60 | $38,398.66 |
| 2019 Chev Low Cab Forward | 54DCDW1B7KS810166 | 9/28/2020 | $59,996.92 | 8/12/2022 | $1,103.60 | $39,737.94 |
| 2019 Chev Low Cab Forward | 54DCDW1B6KS810160 | 9/28/2020 | $59,996.92 | 8/12/2022 | $1,103.60 | $39,758.39 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2019 Chev Low Cab Forward | 54DCDW1B5KS810165 | 9/28/2020 | $59,996.92 | 8/12/2022 | $1,103.60 | $39,758.39 |
| 2019 Chev 4500 | 54DCDW1B9KS810685 | 9/28/2020 | $62,283.97 | 8/12/2022 | $1,145.67 | $41,252.68 |
| 2019 Chev 4500 | 54DCDW1B5KS809887 | 9/28/2020 | $62,283.97 | 8/12/2022 | $1,145.67 | $41,252.68 |
| 2019 Chev Low Cab Forward | 54DCDW1B4KS810187 | 9/28/2020 | $60,502.52 | 8/12/2022 | $1,112.90 | $40,093.44 |
| 2019 Chev Low Cab Forward | 54DCDW1B8KS809916 | 9/28/2020 | $62,283.97 | 8/12/2022 | $1,145.67 | $41,272.17 |
| 2019 Chev Low Cab Forward | 54DCDW1B0KS810185 | 9/28/2020 | $60,502.52 | 8/12/2022 | $1,112.90 | $40,091.74 |
| 2019 Chev Low Cab Forward | 54DCDW1B1KS809918 | 9/28/2020 | $62,283.97 | 8/12/2022 | $1,145.67 | $40,008.18 |
| 2019 Chev Low Cab Forward | 54DCDW1BXKS809318 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,433.20 |
| 2019 Chev Low Cab Forward | 54DCDW1B6KS808330 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,432.00 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2019 Chev Low Cab Forward | 54DCDW1B2KS808809 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,432.00 |
| 2019 Chev Low Cab Forward | 54DCDW1B8KS808331 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.59 |
| 2019 Chev Low Cab Forward | 54DCDW1B6KS809042 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1B7KS809342 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1B2KS809037 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1B4KS809055 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1B6KS809056 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,431.57 |
| 2019 Chev Low Cab Forward | 54DCDW1B4KS809041 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1B8KS809317 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2019 Chev Low Cab Forward | 54DCDW1B1KS808333 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,422.17 |
| 2019 Chev Low Cab Forward | 54DCDW1BXKS808329 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2019 Chev Low Cab Forward | 54DCDW1BXKS808332 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,426.76 |
| 2019 Chev Low Cab Forward | 54DCDW1B8KS809057 | 2/28/2020 | $61,546.09 | 8/13/2022 | $1,180.69 | $34,434.75 |
| 2020 Chev Low Cab Forward | JALEEW169L7301759 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $41,991.36 |
| 2020 Chev Low Cab Forward | JALEEW163L7301742 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,745.50 |
| 2020 Chev Low Cab Forward | JALEEW169L7301034 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,787.94 |
| 2020 Chev Low Cab Forward | JALEEW162L7302509 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,787.96 |
| 2020 Chev Low Cab Forward | JALEEW165L7301774 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,453.50 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2020 Chev Low Cab Forward | JALEEW16XL7301771 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,782.63 |
| 2020 Chev Low Cab Forward | JALEEW164L7301748 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,782.63 |
| 2020 Chev Low Cab Forward | JALEEW166L7302061 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,787.79 |
| 2020 Chev Low Cab Forward | JALEEW160L7301861 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,782.63 |
| 2020 Chev Low Cab Forward | JALEEW169L7301762 | 2/14/2020 | $81,026.55 | 8/30/2022 | $1,554.63 | $43,792.86 |
| 2018 Chevrol Low Cab | 54DCDW1B4JS806963 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B3JS807070 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B6JS806785 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B1JS807049 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Chevrol Low Cab | 54DCDW1B8JS807050 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS807843 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B1JS806984 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B6JS806737 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B0JS806782 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B9JS807073 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B8JS806786 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,737.70 |
| 2018 Chevrol Low Cab | 54DCDW1B8JS807047 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,740.45 |
| 2018 Chevrol Low Cab | 54DCDW1B4JS806784 | 12/5/2018 | $54,422.45 | 8/19/2022 | $1,050.44 | $17,740.45 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Chevrol Low Cab | 54DCDW1B7JS807654 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS808071 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,358.17 |
| 2018 Chevrol Low Cab | 54DCDW1B6JS807287 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS807289 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B9JS808076 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B3JS807845 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B0JS807074 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B7JS807847 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B7JS808075 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Chevrol Low Cab | 54DCDW1B4JS806980 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B9JS807106 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B9JS807848 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B5JS808074 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B5JS807846 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $15,127.35 |
| 2018 Chevrol Low Cab | 54DCDW1B4JS807286 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Chevrol Low Cab | 54DCDW1B8JS807288 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,358.17 |
| 2018 Chevrol Low Cab | 54DCDW1B2JS807254 | 11/30/2018 | $54,422.45 | 8/14/2022 | $1,050.44 | $16,349.38 |
| 2018 Jeep Wrangler | 1C4BJWDG5JL896828 | 10/5/2018 | $36,980.37 | 8/19/2022 | $701.62 | $10,562.41 |
| 2018 Jeep Wrangler | 1C4BJWDG5JL908444 | 10/5/2018 | $36,639.70 | 8/19/2022 | $695.15 | $10,466.59 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Jeep Wrangler | 1C4BJWDG9JL836082 | 10/5/2018 | $37,211.48 | 8/19/2022 | $706.00 | $10,628.25 |
| 2018 Jeep Wrangler | 1C4BJWDG0JL862893 | 10/5/2018 | $35,899.46 | 8/19/2022 | $681.11 | $10,255.23 |
| 2018 Jeep Wrangler | 1C4BJWDG4JL909925 | 10/5/2018 | $36,863.64 | 8/19/2022 | $699.40 | $10,530.78 |
| 2018 Jeep Wrangler | 1C4BJWDG9JL889204 | 10/5/2018 | $37,211.48 | 8/19/2022 | $706.00 | $10,630.12 |
| 2018 Jeep Wrangler | 1C4BJWDG5JL895713 | 10/5/2018 | $37,447.83 | 8/19/2022 | $710.49 | $10,697.32 |
| 2018 Jeep Wrangler | 1C4BJWDG8JL909345 | 10/5/2018 | $37,547.24 | 8/19/2022 | $712.37 | $10,726.06 |
| 2018 Cadillac Escalade | 1GYS3JKJ9JR372567 | 9/4/2018 | $93,690.90 | 8/19/2022 | $1,766.89 | $24,938.53 |
| 2018 Chevrol Low Cab | 54DCDW1B0JS805986 | 9/4/2018 | $54,422.45 | 8/19/2022 | $1,026.34 | $14,486.59 |
| 2018 Chevrol Low Cab | 54DCDW1B0JS805664 | 9/4/2018 | $54,422.45 | 8/19/2022 | $1,026.34 | $14,486.59 |
| 2019 Chevrol Low Cab | 54DCDW1B3JS802208 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,523.40 |
| 2018 Chevrol 4500 | 54DCDW1B6JS802865 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,516.54 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Chevrol Low Cab | 54DCDW1B9JS803346 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,521.65 |
| 2019 Chevrol Low Cab | 54DCDW1B1JS802868 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,522.61 |
| 2018 Chevrol 4500 | 54DCDW1B7JS802857 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,516.53 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS802206 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,516.54 |
| 2018 Chevrol Low Cab | 54DCDW1B5JS803344 | 8/7/2018 | $54,472.45 | 8/21/2022 | $1,027.14 | $13,521.65 |
| 2018 Chevrol Low Cab | JALCDW162J7009023 | 7/24/2018 | $61,654.08 | 10/7/2022 | $1,162.56 | $11,388.34 |
| 2018 Chevrol Low Cab | JALCDW166J7008344 | 7/24/2018 | $61,654.08 | 10/7/2022 | $1,162.56 | $11,388.34 |
| 2018 Chevrol Low Cab | JALCDW162J7008065 | 7/24/2018 | $61,654.08 | 10/7/2022 | $1,162.56 | $11,388.34 |
| 2017 Chevrol Low Cab | JALCDW169H7003312 | 7/24/2018 | $62,436.78 | 10/7/2022 | $1,177.32 | $11,532.85 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2018 Chevrol Low Cab | 54DCDW1B5JS802260 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1B6JS802347 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1B8JS802348 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS802349 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,157.99 |
| 2018 Chevrol Low Cab | 54DCDW1B2JS802619 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1BXJS802352 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1B9JS802617 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.94 |
| 2018 Chevrol Low Cab | 54DCDW1B6JS802350 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |
| 2018 Chevrol Low Cab | 54DCDW1B8JS802351 | 7/2/2018 | $54,422.45 | 8/16/2022 | $1,023.67 | $11,150.38 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2017 Chevrol 4500 | 54DCDW1B4HS805760 | 3/13/2018 | $55,150.99 | 8/27/2022 | $1,014.47 | $7,058.54 |
| 2017 Chevrol 4500 | 54DCDW1B8HS805759 | 3/13/2018 | $53,449.04 | 8/27/2022 | $983.16 | $6,840.93 |
| 2017 Chevrol 4500 | 54DCDW1C0HS805876 | 3/13/2018 | $53,309.71 | 8/27/2022 | $980.60 | $6,822.06 |
| 2017 Chevrol 4500 | 54DCDW1B4HS805757 | 3/13/2018 | $53,449.04 | 8/27/2022 | $983.16 | $6,840.93 |
| 2017 Chevrol 4500 | 54DCDW1B8HS805762 | 3/13/2018 | $53,449.04 | 8/27/2022 | $983.16 | $6,841.40 |
| 2017 Chevrol 4500 | 54DCDW1B6HS805761 | 3/13/2018 | $53,449.04 | 8/27/2022 | $983.16 | $6,840.93 |
| 2017 Chevrol 4500 | 54DCDW1C3HS805872 | 3/8/2018 | $53,309.70 | 8/22/2022 | $980.60 | $6,880.29 |
| 2017 Chevrol 4500 | 54DCDW1C7HS805874 | 3/8/2018 | $53,309.71 | 8/22/2022 | $980.60 | $6,880.29 |
| 2017 Chevrol 4500 | 54DCDW1B5HS806769 | 3/13/2018 | $55,150.99 | 8/27/2022 | $1,014.47 | $7,058.54 |

**EXHIBIT 1**

| Vehicle Make & Model | VIN No. | RISC Date | Beginning Principal Balance | Date of Last Payment | Amount of Last payment | Amount Remaining on Contract |
|---|---|---|---|---|---|---|
| 2017 Chevrol 4500 | 54DCDW1B6HS805758 | 3/13/2018 | $53,449.04 | 8/27/2022 | $983.16 | $6,840.93 |
| 2017 Chevrol 4500 | 54DCDW1B1HS804629 | 3/8/2018 | $53,674.55 | 8/22/2022 | $987.31 | $6,927.46 |
| 2017 Chevrol 4500 | 54DCDW1C1HS805871 | 3/8/2018 | $53,309.71 | 8/22/2022 | $980.60 | $6,888.54 |
| 2017 Chevrol 4500 | 54DCDW1B1HS806767 | 3/8/2018 | $57,706.36 | 8/22/2022 | $1,064.47 | $7,447.95 |
| 2017 Chevrol 4500 | 54DCDW1B3HS804633 | 2/19/2018 | $55,110.80 | 10/5/2022 | $1,013.73 | $5,260.67 |
| 2017 Chevrol 4500 | 54DCDW1B3HS806768 | 2/19/2018 | $53,674.55 | 10/5/2022 | $987.31 | $6,688.88 |
| 2017 Chevrol 4500 | 54DCDW1B5HS804634 | 2/19/2018 | $53,674.55 | 10/5/2022 | $987.31 | $6,688.88 |
| 2017 Chevrol 4500 | 54DCDW1B1HS804632 | 2/19/2018 | $55,110.80 | 10/5/2022 | $1,013.73 | $6,659.03 |
| | | | | | | |
| | | | $8,036,485.43 | | Total Aggregate Amount Outstanding | $3,387,841.69 |