**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et. al. | Case No. 22-17842-BKC-PDR |
| | (Jointly Administered) |
| Debtors. _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b) and Fed.R.Bankr.P. 2002 and 9010(b), interested party **ORBIS RPM, LLC** hereby appears and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> **Brigette McGrath, Esq.**
> **ASK LLP**
> **2600 Eagan Woods Drive, Suite 400**
> **St. Paul, MN 55121**
> **Telephone: 651-289-3845**
> **Email: bmcgrath@askllp.com**

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affect or seek to affect the above-captioned case.

Dated: November 23, 2022          Respectfully submitted,

**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Phone: 651-289-3845
Email: bmcgrath@askllp.com
*Attorneys for ORBIS RPM, LLC*

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
Florida Bar No. 30885

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 23, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brigette McGrath*
Brigette McGrath