**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors | (Jointly Administered) |

_____/

**JOINDER OF ORBIS RPM, LLC TO MOTION OF ARDAGH METAL**
**PACKAGING USA CORP. FOR RELIEF FROM THE AUTOMATIC STAY**
**(Related Docket No. 330)**

ORBIS RPM, LLC ("ORBIS"), by and through undersigned counsel, hereby files this joinder (the "Joinder") to the *Motion for Relief from Stay* [ECF No. 330] (the "Motion"), and, in support thereof, respectfully states as follows:

1.      ORBIS supports Ardagh Metal Packaging USA Corp.'s *Motion for Relief from Stay* [ECF No. 305], and files this Joinder to the Motion.

2.      ORBIS expressly reserves the right to supplement this Joinder, submit additional briefing, participate in any discovery or be heard at any hearing or trial related to the Motion.

WHEREFORE, ORBIS respectfully requests that this Court grant the Motion, and grant Ardagh Metal Packaging USA Corp. such other and further relief as the Court deems just and proper.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are:  (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Dated:  November 23, 2022          Respectfully submitted,

**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Phone: 651-289-3845
Email: bmcgrath@askllp.com
*Attorneys for ORBIS RPM, LLC*

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
Florida Bar No. 30885

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 23, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brigette McGrath*
Brigette McGrath