Form CGFCRD3H  (07/20/22)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–17842–PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba
Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65–0668430

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**  that a hearing will be held before the Honorable Peter D. Russin to consider the
following:

**Joint Motion to Appoint Creditors Committee Holding Non–Trade Claims Filed by Creditors UMG
Recordings, Inc., Sony Music Entertainment, Monster Energy Company, Orange Bang, Inc., The
American Bottling Company (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5
Exhibit E # 6 Exhibit F # 7 Exhibit G) (Goldberg, Michael) (408)**

1.  This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted
    time for this matter is ten minutes. The hearing will be held:

    **Date:**       **December 6, 2022**
    **Time:**       **10:00 AM**
    **Location:**   **U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301**

2.  Although the Court will conduct the hearing in person, any interested party may choose to attend the
    hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits
    remote participation by video or by telephone, if the judge's procedures allow. To participate in the
    hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later
    than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter
    the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

    All participants (whether attending in person or remotely) must observe the formalities of the
    courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity
    of the Court. This includes appropriate courtroom attire for those participants appearing in person or
    by video.

3.  The movant, or movant's counsel if represented by an attorney, must:

    (a)  serve a copy of this notice of hearing and, unless previously served, the above–described
         document(s) on all required parties within the time frame required by the Federal Rules of
         Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b)  file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be
    heard thereon.

4.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio
    recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the
    official record of the hearing.

5.  PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 11/28/22**                                          **CLERK OF COURT**
                                                             By: Melva Weldon
                                                             Courtroom Deputy