UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR DECEMBER 1, 2022 TO CONSIDER MOTION OF MITSUBISHI HC CAPITAL AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND WAIVER OF FOURTEEN (14) DAY STAY IMPOSED BY RULE 4001(d) [ECF NO. 246]**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), move the Court, on an *ex parte* basis, for the entry of an agreed order continuing the hearing scheduled for December 1, 2022 at 2:00 p.m., to consider the *Motion of Mitsubishi HC Capital America, Inc. For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d)* [ECF No. 246] (the "Stay Relief Motion") filed on November 1, 2022, by Mitsubishi HC Capital America, Inc. ("MHCA"). In support of this motion, the Debtors state:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11784711-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

7. On November 1, 2022, MHCA filed the Stay Relief Motion, seeking relief from the automatic stay to enforce its rights with respect to fifty (50) 2020 Isuzu NPR HD trucks (collectively, the "Trucks").

8. The hearing to consider the Stay Relief Motion is scheduled for December 1, 2022 at 2:00 p.m.

**Relief Requested**

9. The undersigned counsel for the Debtors has contacted counsel for MHCA in an effort to resolve the Stay Relief Motion. Accordingly, the undersigned counsel requests the Court to continue the December 1, 2022 hearing to December 15, 2022, so that the Debtors and MHCA may continue their discussions relating to the Trucks and attempts to resolve the Stay Relief Motion.

11784711-1

10. Counsel for MHCA has advised that MHCA has no objection to a continuance of the hearing to consider the Stay Relief Motion, as requested herein. In addition, as required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors consent to a continuance of the hearing to consider the Stay Relief Motion to December 15, 2022.

11. This is the Debtors' first request for a continuance of the hearing to consider the Stay Relief Motion, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the December 1, 2022, hearing to consider the Stay Relief Motion to December 15, 2022, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: November 28, 2022
Miami, Florida

Respectfully submitted,

/s/ Jordi Guso

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
tj.li@lw.com
brian.rosen@lw.com
jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

3

11784711-1

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com


*Co-Counsel for the Debtors*

4

# EXHIBIT A

# (Proposed Order)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]         Case No. 22-17842-PDR

    Debtors.                                                (Jointly Administered)
_____/

**AGREED *EX PARTE* ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR DECEMBER 1, 2022 TO CONSIDER MOTION OF MITSUBISHI HC CAPITAL AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND WAIVER OF FOURTEEN (14) DAY STAY IMPOSED BY RULE 4001(d) [ECF NO. 246]**

**THIS MATTER** having come before the Court upon the *Debtors' Agreed Ex Parte Motion to Continue Hearing Scheduled for December 1, 2022 to Consider Motion of Mitsubishi HC Capital America, Inc. For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11784755-1

and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d) [ECF No. 246]* [ECF No. ___] (the "Motion") filed on November 28, 2022, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that MHCA[2] consents to the relief requested in the Motion, and finding good cause to continue the December 1, 2022, hearing to consider the Stay Relief Motion. It is

      **ORDERED** that:

      1.    The hearing to consider the *Motion of Mitsubishi HC Capital America, Inc. For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d)* [ECF No. 246] is continued from December 1, 2022 at 2:00 p.m. to **December 15, 2022 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

      2.    Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

      3.    All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

11784755-1

4.PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11784755-1