UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**DEBTORS' NOTICE OF INTENT TO FILE RESPONSE TO MOTION OF MONSTER ENERGY COMPANY, THE AMERICAN BOTTLING COMPANY, INC., SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC. AND ORANGE BANG, INC. FOR AN ORDER PURSUANT TO 11 U.S.C. § 1102(a)(2) DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF CREDITORS HOLDING NON-TRADE CLAIMS, AND REQUEST FOR ENTRY OF SCHEDULING ORDER**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), file this *Notice of Intent to File Response to Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. For an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Unsecured Creditors Holding Non-Trade Claims, and Request for Entry of Scheduling Order* (the "Notice"), and state as follows:

### Background

1. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

2.      The Debtors are operating their businesses and managing their affairs as debtors in possession. 11 U.S.C. §§ 1107(a) and 1108.

3.      For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

4.      On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

5.      On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

6.      On November 23, 2022, the Office of the United States Trustee reconstituted the Committee to add four (4) additional members [ECF No. 400].

7.      On November 27, 2022, Monster Energy Company, Orange Bang, Inc., The American Bottling Company, Inc., Sony Music Entertainment, and UMG Recordings, Inc. (collectively, the "Movants"), filed their *Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. For an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Unsecured Creditors Holding Non-Trade Claims* [ECF No. 408] (the "Motion to Appoint Non-Trade Claim Committee"), requesting the entry of order directing the United States Trustee to appoint an official committee of creditors holding non-trade claims against the Debtors pursuant to section 1102(a) of the Bankruptcy Code, and Bankruptcy Rules 2020 and 9014.

8.      The Court has scheduled a non-evidentiary hearing to consider the Motion to Appoint Non-Trade Claim Committee for December 6, 2022 at 10:00 a.m. (ET) [ECF No. 409] (the "Preliminary Hearing"), and has allotted ten minutes for hearing time for this matter.

**Relief Requested**

9. The Debtors file this Notice to advise the Court and parties-in-interest that the Debtors may seek limited discovery with respect to the Motion to Appoint Non-Trade Claim Committee and will file a response with respect thereto. Given the limited notice of the Preliminary Hearing, the Debtors will not have sufficient time to file their response in advance of the Preliminary Hearing. Of note, the Movants did not provide prior notice to the Debtors of their intention to seek the appointment of a second committee before submitting their request to the United States Trustee, nor did they provide the Debtors with a copy of their correspondence with the United States Trustee (including after the Debtors requested such correspondence in order to be able to respond). Accordingly, the Debtors first saw Movants' arguments in support of the Motion to Appoint Non-Trade Claim Committee when the motion was filed on November 27, 2022.

10. To afford the Debtors and other parties in interest sufficient time to respond and, if necessary, take discovery, the Debtors request the Court enter a scheduling order with respect to the Motion to Appoint Non-Trade Claim Committee, to include deadlines for the filing of the Debtors' and other parties in interest's respective responses to the Motion to Appoint Non-Trade Claim Committee, as well as the Movants' reply to the Debtors' response.

11. The Committee joins in the relief requested by the Debtors and will also file a separate response to the Motion to Appoint Non-Trade Claim Committee.

| | |
|---|---|
| Dated: November 28, 2022<br>       Miami, Florida | Respectfully submitted, |

/s/ Jordi Guso

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
       mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel to the Debtors*