# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| | (Jointly Administered) |
| _____Debtors.[1]_____ / | |

## STELLAR GROUP, INC'S EXPEDITED MOTION FOR ITS CHIEF LEGAL OFFICER TO APPEAR REMOTELY VIA ZOOM FOR THE DECEMBER 6, 2022 AT 10:00 A.M.

*(Hearing requested on December 1, 2022 at 2:00 p.m.)[2]*

Creditor, Stellar Group, Inc, ("Stellar Group" or the "Creditor") by and through undersigned counsel, and pursuant to the Scheduling Order and the Federal Rules of Evidence 43(a) as made applicable by Rule 9017 of the Federal Rules of Bankruptcy Procedure (the "Rules") files this motion (the "Motion") to permit Stellar Group's Chief Legal Officer, Gabriel Crafton ("Mr. Crafton"), to appear and testify remotely via Zoom at the evidentiary hearing scheduled for December 2, 2022 at 10:00 a.m. [ECF# 298] (the "Evidentiary Hearing"), and in support of the Motion, states as follows:

1. On October 10, 2022, the Debtor filed the *Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Pursuant to the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF# 298] (the "Scheduling Order") the Court advised it would be available to hear any motion requesting remote testimony on December 1, 2022 at 2:00 p.m.



*(Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief* [ECF# 24] (the "DIP Financing Motion").

2. Also on October 10, 2022, the Debtor filed the *Declaration of Homer Parkhill in Support of DIP Financing* [ECF# 25] (the "Declaration").

3. On October 14, 2022, the Court entered the *Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling Final Hearing, and (VII) Granting Related Relief* [ECF# 120] (the "Interim DIP Financing Order").

4. On November 9, 2020 to the Court entered its Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF #298] (the "Scheduling Order").

5. On November 28, 2022 Stellar Group filed its objection [ECF# 412] to the DIP Financing Motion.

**RELIEF REQUESTED**

6. Pursuant to the Scheduling Order, parties wishing to have a witness appear remotely must file a motion setting forth the good cause, compelling circumstances, and appropriate safeguards in place for the Court to permit remote witness testimony, no later than 7 days prior to the Evidentiary Hearing. Accordingly, the deadline for such motion is November 29, 2022, and this Motion is timely.

7. Stellar Group respectfully requests their Chief Legal Officer be permitted to appear and testify remotely at the Evidentiary Hearing and be excepted from the live appearance as required by Federal Rule of Civil Procedure 43(a), made applicable here by Rule 9017. In support of this relief Stellar Group states as follows.

2



8.  Stellar Group is located in Jacksonville, Florida. Accordingly, Mr. Crafton is located and resides in Jacksonville, Florida. As Stellar Group's Chief Legal Officer, Mr. Crafton will testify generally about the *Standard Form of Agreement between Owner and Design – Builder – Cost Plus Fee with an Option for a Guaranteed Maximum Price* contract, Debtor's breach of that contract, damages accrued under that contract, and the process in which Stellar Group engaged, and which led up to the filing of Stellar Group's *Notice and Claim of Mechanic's and Materialman's Lien* in the public records in and for Maricopa County, Arizona.

9.  Stellar Group proposes that Mr. Crafton will testify from his office in Jacksonville, Florida. Stellar Group further proposes that, while testifying, Mr. Crafton will have no other individuals present in his office, and will not have access to documents other than the Notice and Claim of Mechanic's and Materialman's Lien, including its various exhibits and attachments, as well as a copy of Stellar Group's Answer, Counterclaim, and Cross-Claims filed in the Superior Court of the State of Arizona in and for the County of Maricopa in the Case of *Nexus Steel, LLC v. JHO Real Estate Investment, LLC, et al.*, Case number CV2022-008873.

10. Additionally, Mr. Crafton will not be testifying from the office of someone who can administer the oath, and respectfully requests the Court administer the oath to him during the video conference of the Evidentiary Hearing. The undersigned counsel has advised Mr. Crafton that his testimony will have the same effect and be binding in the same manner as if he was sworn in by the Court in person in open court.

11. Stellar Group submits that under the circumstances, good cause exists to allow testimony (if any) of Mr. Crafton to be by zoom. The circumstances, including but not limited to a significant schedule conflict, as well as the expense of travel versus the amount of time Stellar Group needs Mr. Crafton to testify in order to have documents admitted into evidence presents

3



compelling circumstances to grant this motion. There are also appropriate safeguards in place as to the extent Mr. Crafton is required to provide any testimony as Zoom testimony has been permitted for the evidentiary hearings in this Court, in the past and have been conducted effectively.

**WHEREFORE**, Stellar Group, Inc. respectfully requests that this Court enter an order (i) granting this Motion; (ii) authorizing Gabriel Crafton to appear and testify remotely via Zoom; and (iii) providing for such other and further relief as the Court deems just and proper.

<div style="margin-left:50%">

AGENTIS PLLC
*Counsel for Stellar Group, Inc.*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: */s/ Robert P. Charbonneau*
    Robert P. Charbonneau
    Florida Bar No: 968234
    rpc@agentislaw.com

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on November 28, 2022.

<div style="margin-left:50%">

By: */s/ Robert P. Charbonneau*
    Robert P. Charbonneau
    Florida Bar No: 968234
    rpc@agentislaw.com

</div>

