**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

*In re:*

VITAL PHARMACEUTICALS, INC., *et al.,*

      Debtors.                     /

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## CREDITOR, STELLAR GROUP, INC.'S WITNESS LIST

Creditor, Stellar Group, Inc. ("Stellar"), by and through the undersigned counsel, and pursuant to the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF# 298] entered on November 9, 2022, which set an Evidentiary Hearing on ***Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief*** [ECF# 24] on Tuesday, December 6, 2022, at 10:00 a.m. (the "Hearing") files the *Witness List* of individuals whom Stellar intends to call at the Hearing:

1.      Gabriel Crafton
         Chief Legal Officer
         Stellar Group, Inc.
         2900 Hartley Road
         Jacksonville, FL. 32257

         Mr. Crafton Mr. Crafton will testify generally about the *Standard Form of Agreement between Owner and Design – Builder – Cost Plus Fee with an Option for a Guaranteed Maximum Price* contract, Debtor's breach of that contract, damages accrued under that contract, and the process in which Stellar Group engaged, and which led up to the filing of Stellar Group's *Notice and Claim of*



*Mechanic's and Materialman's Lien* in the public records in and for Maricopa County, Arizona, as well as Stellar's filing of its Answer, Counterclaim, and Cross-Claims filed in the Superior Court of the State of Arizona in and for the County of Maricopa in the Case of *Nexus Steel, LLC v. JHO Real Estate Investment, LLC, et al.*, Case number CV2022-008873

2. Any and all witnesses required to authenticate documents.

3. Any and all witnesses for purposes of rebuttal and impeachment.

Stellar reserves the right to supplement and/or amend its Witness List.

**AGENTIS PLLC**
*Counsel for Stellar Group, Inc.*
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
T. 305.722.2002

By:    */s/ Robert P. Charbonneau*
Robert P Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on November 29, 2022.

**AGENTIS PLLC**
*Counsel for Stellar Group, Inc.*
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
T. 305.722.2002

By:    */s/ Robert P. Charbonneau*
Robert P Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com

2

