**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

*In re:*

VITAL PHARMACEUTICALS, INC., *et al.*,

    Debtors.                                         /

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## CREDITOR'S EXHIBIT REGISTER

Exhibits Submitted on behalf of:   **Creditor, Stellar Group, Inc.**

[ ] Plaintiff        [ ] Defendant       **[ ] Debtor**       [ X ] Other

Date of Hearing:   **Tuesday, December 6, 2022 at 10:00 a.m.**

Type of Hearing    **Evidentiary Hearing on Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief [ECF# 24]**

SUBMITTED BY:

Robert P. Charbonneau
rpc@agentislaw.com
AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

| Ex. | Document | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Notice and Claim of Mechanic's and Materialmen's Lien<br>    a. Exhibit A – Legal Description<br>    b. Exhibit B – Standard Form of Agreement between Owner and Designer-Builder<br>    c. Exhibit C – Affidavit and Proof of Service RE; Arizona 20 Day Preliminary Lien Notice | | | |
| 2. | Case No.:CV2022-008873 - Nexus Steel, LLC v. JHO Real Estate Investment, LLC<br>Stellar Group, Inc.'s Answer, Counterclaim and Cross-Claims | | | |