

**ORDERED in the Southern District of Florida on November 29, 2022.**



                  **Peter D. Russin, Judge**
               **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**AGREED *EX PARTE* ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR DECEMBER 1, 2022 TO CONSIDER MOTION OF MITSUBISHI HC CAPITAL AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND WAIVER OF FOURTEEN (14) DAY STAY IMPOSED BY RULE 4001(d) [ECF NO. 246]**

      **THIS MATTER** having come before the Court upon the *Debtors' Agreed Ex Parte Motion to Continue Hearing Scheduled for December 1, 2022 to Consider Motion of Mitsubishi HC Capital America, Inc. For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d) [ECF No. 246]* [ECF No. 410] (the "<u>Motion</u>") filed on November 28, 2022, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that MHCA[2] consents to the relief requested in the Motion, and finding good cause to continue the December 1, 2022, hearing to consider the Stay Relief Motion. It is

    **ORDERED** that:

    1.    The hearing to consider the *Motion of Mitsubishi HC Capital America, Inc. For Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d)* [ECF No. 246] is continued from December 1, 2022 at 2:00 p.m. to **<u>December 15, 2022 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301</u>**.

    2.    Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("<u>Zoom</u>"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

    3.    All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

4. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*