**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    Case: 22-17842-PDR
                                                                          CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

      Debtor.

_____/

### MONSTER ENERGY COMPANY'S WITNESS LIST

Monster Energy Company ("Monster Energy"), by and through undersigned counsel, and pursuant to the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF# 298] entered on November 9, 2022, which set an Evidentiary Hearing on ***Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief*** [ECF# 24] on Tuesday, December 6, 2022, at 10:00 a.m. (the "Hearing") files this Witness List of individuals whom Monster Energy intends to call at the Hearing:

1.      Any witness identified by another interested party in their witness list; and

2.      Any and all rebuttal witnesses.

Monster reserves the right to supplement and/or amend its Witness List

67500055;1

Dated:  November 29, 2022

**AKERMAN LLP**

*/s/ Michael I. Goldberg*

Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 / F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**

Richard M. Pachulski (*pro hac vice*)
Ira D. Kharasch (*pro hac vice*)
Robert J. Feinstein (*pro hac vice*)
Teddy M. Kapur (*pro hac vice*)
Steven W. Golden (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 / F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF

Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on

November 29, 2022.

 /s/ *Michael I. Goldberg*

AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL  33301