UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS LIST FOR DECEMBER 6, 2022 HEARING**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-caption debtors-in-possession (the "Debtors"), by and through its undersigned proposed counsel, respectfully submits this witness list for the December 6, 2022 hearing (the "Hearing"), at which the Court will consider the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief* [Docket No. 24] (the "DIP Motion"):[2]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the DIP Motion, the Committee's Objection to the DIP Motion, or the Interim DIP Order, as applicable.

**WITNESSES**

1. Brent C. Williams.  This witness will testify to facts and opinions as set forth in more detail in the *Declaration of Brent C. Williams in Support of the Committee's Objection to the Debtors' DIP Financing Motion* [Docket No. 421 (originally filed at Docket No. 413-2)].

2. John D'Amico.  This witness will testify to facts and opinions as set forth in more detail in the *Declaration of John D'Amico in Support of the Committee's Objection to the DIP Financing Motion* [Docket No. 413-4].

3. John H. Owoc.

4. Dr. Guillermo Escalante.

5. Eric Hillman.

6. Any witness called by any other party.

7. Any impeachment witness.

8. Any rebuttal witness.

**RESERVATION OF RIGHTS**

The Committee reserves the right to amend or supplement this witness list at any time prior to the Hearing and in connection with any exhibits used for purposes of rebuttal or impeachment.

Respectfully submitted,

Dated:  November 29, 2022

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

-3-

        Email: jcohen@lowenstein.com
        Email: echafetz@lowenstein.com
        Email: jrenert@lowenstein.com
        Email: lsklar@lowenstein.com
            -and-
        Nicole Fulfree, Esq.
        One Lowenstein Drive
        Roseland, New Jersey 07068
        Telephone: (973) 597-2502
        Facsimile: (973) 597-2400
        Email: nfulfree@lowenstein.com

        **SEQUOR LAW, P.A.**
        By: */s/ Leyza F. Blanco*
        Leyza F. Blanco
        Florida Bar No.: 104639
        Fernando J. Menendez
        Florida Bar No.: 0018167
        Juan J. Mendoza
        Florida Bar No.: 113587
        1111 Brickell Avenue, Suite 1250
        Miami, FL 33131
        Telephone: (305) 372-8282
        Facsimile: (305) 372-8202
        Email: lblanco@sequorlaw.com
        Email: fmenendez@sequorlaw.com
        Email: jmendoza@sequorlaw.com

        *Proposed Counsel to the Official Committee of Unsecured Creditors*