UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

_____/

**DEBTORS' WITNESS LIST IN CONNECTION WITH DECEMBER 6, 2022 HEARING**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, and pursuant to the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [Docket No. 298] hereby identifies the following witnesses who the Debtors may call to testify at the hearing on the *Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief* (the "Motion") [Docket No. 24] scheduled for December 6, 2022 at 10:00 a.m. (the "DIP Hearing").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1.  Homer Parkhill
    Rothschild & Co US Inc.
    1251 Avenue of the Americas, 33rd Floor
    New York, New York 10020
    Tel: +1.212.403.3677
    Email:  homer.parkhill@rothschildandco.com
    **Summary of expected testimony**: Mr. Parkhill is expected to testify consistent with
    the topics covered in the *Declaration of Homer Parkhill in Support of DIP Financing*
    [Docket No. 25] and the *Supplemental Declaration of Homer Parkhill in Support of
    DIP Financing* [Docket No. 388].  In addition, the Debtors may offer testimony from
    Mr. Parkhill concerning the expectation that the Debtors' pre-petition secured debt is
    oversecured, the sufficiency of adequate protection of mechanics lienholders' interests,
    the propriety of the milestones and case timeline, and the reasonableness of the DIP
    Facility terms.  While the Debtors intend to call Mr. Parkhill as a fact witness, they
    reserve the right to tender Mr. Parkhill as an expert witness if the Court deems his
    testimony to be that of an expert.  The Debtors further reserve the right to call Mr.
    Parkhill to provide rebuttal testimony concerning any issues raised by other parties in
    filed objections or at the DIP Hearing.

2.  John C. DiDonato, Chief Transformation Officer, Vital Pharmaceuticals, Inc.
    Huron Consulting Group
    1120 Avenue of the Americas, 8th Floor
    New York, New York 10036
    Tel:  +1.646.520.0084
    Email:  jdidonato@hcg.com
    **Summary of expected testimony**:  Mr. DiDonato is expected to testify consistent with
    the topics covered in paragraphs 77-85 of the *Declaration of John C. DiDonato in
    Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 26].  The
    Debtors further reserve the right to call Mr. DiDonato to provide rebuttal testimony
    concerning any issues raised by other parties in filed objections or at the DIP Hearing.

3.  Any witness listed by any other party; and

4.  Rebuttal witnesses as necessary.

The Debtors reserve their right  to amend or supplement this Witness List as necessary in
advance of the hearing.

Dated:    November 29, 2022
            Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
          tj.li@lw.com
          brian.rosen@lw.com
          jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No.: 863580
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com