UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| | Hearing Date: December 6, 2022<br>Time: 10:00 a.m. |

**FAITH TECHNOLOGIES INCORPORATED'S WITNESS LIST**

Faith Technologies Incorporated ("FTI"), pursuant to this Court's "*Order Setting Evidentiary Hearing and Establishing Related Deadlines*" [ECF 298], submits this list of fact and expert witnesses which FTI expects to call at the evidentiary hearing scheduled for December 6, 2022, at 10:00 a.m. on "*Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief*" [ECF 24]:

1. Ron Rheinheimer, Sr. Vice President of FTI

    The witness will authenticate FTI's exhibits.

FTI reserves the right to call any witness identified by any other party and to supplement and/or amend the foregoing list.

119491944.1

Dated: November 29, 2022

LEWIS ROCA ROTHGERBER CHRISTIE LLP
*Attorney for Faith Technologies Incorporated*
201 E Washington St #1200
Phoenix, AZ 85004,
T: (520) 629-4427
F: (602) 262-5747
rcharles@lewisroca.com


By: /s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr. (pro hac vice)
    Arizona Bar No. 007359


and

MARKOWITZ RINGEL TRUSTY & HARTOG P.A.
*Local Counsel for Faith Technologies, Inc.*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
T: (305) 670-5000
F: (305) 670-5011

By: /s/ Jerry M. Markowitz
    Jerry M. Markowitz
    Florida Bar No. 182420
    Ross R. Hartog
    Florida Bar No. 272370

119491944.1