UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered)<br><br>Hearing Date: December 6, 2022<br>Time: 10:00 a.m. |

## FAITH TECHNOLOGIES INCORPORATED'S EXHIBIT REGISTER

Exhibits Submitted on behalf of: \_\_\_\_\_ Plaintiff    \_\_\_\_\_ Defendant    \_\_\_\_ Debtor

                                                  \_\_X\_\_ Other: Creditor Faith Technologies Incorporated

Submitted by:                  Robert M. Charles, Jr. (pro hac vice)
                                         LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                         *Attorney for Faith Technologies Incorporated*
                                         201 E Washington St #1200
                                         Phoenix, AZ 85004
                                         T: (520) 629-4427
                                         F: (602) 262-5747
                                         rcharles@lewisroca.com

Date and Time of Hearing:       December 6, 2022, at 10:00 a.m.

Type of Hearing:                      *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief"* [ECF 24]

119491955.1

**Exhibits**

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
| --- | --- | --- | --- | --- |
| 1 | Faith Technologies, Inc.'s Answer to Nexus Steel, LLC's Complaint; and Faith Technologies, Inc.'s Counterclaim, Cross-Claims and Third Party Complaint, filed in Case No. CV2022-008873, Superior Court of Arizona, Maricopa County | | | |
| 2 | Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 24, 2022, recorder number 2022-0266675 | | | |
| 3 | Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 24, 2022, recorder number 2022-0266676 | | | |

FTI reserves the right to use any exhibit identified by any other party and to supplement and/or amend the foregoing list.

119491955.1