UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered)<br><br>Hearing Date: December 1, 2022<br>Time: 2:00 p.m. |

### FAITH TECHNOLOGIES INCORPORATED'S EXPEDITED MOTION FOR CUSTODIAN OF RECORDS TO APPEAR REMOTELY AT EVIDENTIARY HEARING

> *Expedited Hearing Requested on December 1, 2022, at 2:00 p.m.*

Faith Technologies Incorporated ("FTI") moves (the "Motion") this Court pursuant to Fed. R. Evid. 43(a), Bankr. R. 9017, Local Rule 9075-1, and this Court's "*Order Setting Evidentiary Hearing and Establishing Related Deadlines*" (the "Scheduling Order") [ECF 298] for leave to offer the testimony of Ron Rheinheimer, Sr. Vice President of FTI as custodian of records (the "Witness") remotely via Zoom at the evidentiary hearing in this matter scheduled for December 6, 2022, at 10:00 a.m. (the "Evidentiary Hearing") on "*Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief*" [ECF 24]. In support of the Motion, FTI states as follows:

119492021.1

1. The Scheduling Order provides, among other things, that parties wishing to have witnesses appear remotely must file a motion requesting same no later than 7 days prior to the Evidentiary Hearing.

2. The Scheduling Order also provides that such motions may be filed requesting an expedited hearing on December 1, 2022, at 2:00 p.m.

3. FTI requests authority to present the Witness remotely for the reasons set for below.

4. The Witness is a resident of Arizona and will testify in his office from Phoenix, Arizona for the purpose of authenticating FTI's exhibits as follows:

- Faith Technologies, Inc.'s Answer to Nexus Steel, LLC's Complaint; and Faith Technologies, Inc.'s Counterclaim, Cross-Claims and Third Party Complaint, filed in Case No. CV2022-008873, Superior Court of Arizona, Maricopa County;

- Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 24, 2022, recorder number 2022-0266675;

- Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 24, 2022, recorder number 2022-0266676.

5. An evidentiary declaration of the Witness will be timely filed. The witness will be alone in the Zoom with access only to the specified exhibits.

6. Due to work schedules and the length of time for travel between Arizona and this Court, it would be wasteful for FTI to pay the Witness to travel to Florida, spend two days in travel, for perhaps 5 minutes of cross-examination. Cross-examination by Zoom will provide due process to parties seeking to cross-examine the witness without undue expenditure of time and money.

119492021.1

7. Accordingly, FTI requests this Court's permission to allow the Witness to testify remotely, via Zoom, at the Evidentiary Hearing.

### Local Rule 9075-1 Certification

8. Generally, Local Rule 9075-1 requires certification that the movant has made a *bona fide* effort to resolve the matter without hearing.

9. However, in this instance, the motion is being presented pursuant to the Scheduling Order, so no pre-filing efforts were necessary or appropriate.

WHEREFORE, FTI respectfully requests entry of an order (a) granting the Motion, (b) authorizing the Witness to appear and testify remotely via Zoom at the Evidentiary Hearing, and (c) granting such other and further relief as this Court deems appropriate under the circumstances.

Dated: November 29, 2022

LEWIS ROCA ROTHGERBER CHRISTIE LLP
*Attorney for Faith Technologies Incorporated*
201 E Washington St #1200
Phoenix, AZ 85004,
T: (520) 629-4427
F: (602) 262-5747
rcharles@lewisroca.com


By: /s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr. (pro hac vice)
    Arizona Bar No. 007359


and

MARKOWITZ RINGEL TRUSTY & HARTOG P.A.
*Local Counsel for Faith Technologies, Inc.*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
T: (305) 670-5000
F: (305) 670-5011

By: /s/ Jerry M. Markowitz
    Jerry M. Markowitz
    Florida Bar No. 182420
    Ross R. Hartog
    Florida Bar No. 272370

119492021.1