# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – Z Tunes LLC, Universal Musica, Inc., PolyGram Publishing, Inc., Songs of Universal, Inc., and Universal Music – MGB NA LLC (collectively, "UMG"), and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following:

> James G. Sammataro
> Brendan Everman
> **PRYOR CASHMAN LLP**
> 255 Alhambra Circle, 8th Floor
> Miami, Florida 33134
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> Email:     jsammataro@pryorcashman.com
>            beverman@pryorcashman.com
>
> -and-

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

> Seth H. Lieberman
> Sameer M. Alifarag
> **PRYOR CASHMAN LLP**
> 7 Times Square, 40th Floor
> New York, NY 10036-6569
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> Email:     slieberman@pryorcashman.com
>            salifarag@pryorcashman.com

This request encompasses all notices, copies and pleadings referred to, whether express or implied, in the (i) United States Bankruptcy Code, 11 U.S.C. § 101 *et seq*., and (ii) Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter to which UMG is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 29th day of November, 2022.

        **PRYOR CASHMAN LLP**

        By: */s/ Brendan Everman*
            James G. Sammataro
            Florida Bar No. 520292
            Brendan Everman
            Florida Bar No. 68702
            255 Alhambra Circle, 8th Floor
            Miami, Florida 33134
            Telephone: (212) 421-4100
            Facsimile: (212) 326-0806
            Email: jsammataro@pryorcashman.com
                     beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

        Seth H. Lieberman (*pro hac vice* forthcoming)
        Sameer M. Alifarag (*pro hac vice* forthcoming)
        7 Times Square, 40th Floor
        New York, NY 10036-6596
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        Email: slieberman@pryorcashman.com
                 salifarag@pryorcashman.com

***COUNSEL TO UMG***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of November, 2022, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

            */s/ Brendan Everman*
            Brendan Everman