**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　Case No. 22-17842(PDR)
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
VITAL PHARMACEUTICALS, INC., *et al.*

_____Debtor_____/

### MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Brendan Everman ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Seth H. Lieberman ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the Southern District of New York, Eastern District of New York, Northern District of New York, District of New Jersey, Northern District of Illinois and U.S. Court of Appeals for the Second Circuit, and qualified to practice in this court, who proposes to act as counsel for Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Zomba Recording LLC, Arista Music, Arista Records LLC, LaFace Records LLC, Records Label, LLC, and Volcano Entertainment III LLC (collectively, "Sony") and UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – Z Tunes LLC, Universal Musica, Inc., PolyGram Publishing, Inc., Songs of Universal, Inc., and Universal Music – MGB NA LLC (collectively, "UMG") ("Client(s)") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the

Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client(s).  I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s).  I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated: November 29, 2022

        Brendan Everman
        Pryor Cashman LLP
        255 Alhambra Circle, 8th Floor
        Miami, Florida 33134
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        beverman@pryorcashman.com
        Florida Bar No. 68702

        BY:  /s/ *Brendan Everman*

**Affidavit of Proposed Visiting Attorney**

I, Seth H. Lieberman, am a member in good standing of the bars of the States of New York (Bar No. 4317145) and New Jersey (Bar No. 022892004). I am a member in good standing of the bar of the United States District Court for the Southern District of New York, Eastern District of New York, Northern District of New York, District of New Jersey, Northern District of Illinois and U.S. Court of Appeals for the Second Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Zomba Recording LLC, Arista Music, Arista Records LLC, LaFace Records LLC, Records Label, LLC, and Volcano Entertainment III LLC (collectively, "Sony") and UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – Z Tunes LLC, Universal Musica, Inc., PolyGram Publishing, Inc., Songs of Universal, Inc., and Universal Music – MGB NA LLC (collectively, "UMG") ("Client(s)"). I designate Brendan Everman ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client(s). I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client(s), and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: November 29, 2022

        Seth H. Lieberman
        Pryor Cashman LLP
        7 Times Square
        New York, New York 10036
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        slieberman@pryorcashman.com
        New York Bar No. 4317145
        New Jersey Bar No. 022892004

        BY: /s/ Seth H. Lieberman