**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-17842-PDR

VITAL PHARMACEUICALS, INC., et al.,          Chapter 11

        Debtor.

_____/

**NOTICE OF FILING**

        PLEASE TAKE NOTICE that Creditor, Faith Technologies Incorporated, through undersigned counsel, hereby files the attached *Declaration of Ron Rheinheimer in Support Objection of Faith Technologies Incorporated to Debtors' Emergency Motion for Interim and Final Orders (I) Approve Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief* [ECF 256].

Dated:  November 29, 2022.                LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                          *Attorney for Faith Technologies Incorporated*
                                          201 E Washington St #1200
                                          Phoenix, AZ 85004,
                                          T: (520) 629-4427  //  F: (602) 262-5747
                                          rcharles@lewisroca.com

                                          By: /s/ Robert M. Charles, Jr.
                                                  Robert M. Charles, Jr. (pro hac vice)
                                                  Arizona Bar No. 007359
                                          and

                                          MARKOWITZ RINGEL TRUSTY & HARTOG P.A.
                                          *Local Counsel for Faith Technologies, Inc.*
                                          9130 South Dadeland Boulevard, Suite 1800
                                          Miami, FL 33156
                                          T: (305) 670-5000  //  F: (305) 670-5011

                                          By:  /s/ Jerry M. Markowitz
                                                  Jerry M. Markowitz
                                                  Florida Bar No. 182420