UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

### DECLARATION OF RON RHEINHEIMER IN SUPPORT OBJECTION OF FAITH TECHNOLOGIES INCORPORATED TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) APPROVING POSTPETITION FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF [ECF 256]

I, Ron Rheinheimer, hereby declare under penalty of perjury as follows:

1.   I am the Sr. Vice President of Faith Technologies Incorporated ("FTI") and am authorized to make this declaration on behalf of FTI. I make the following statements based upon my personal knowledge and FTI's business records for which I am responsible.

2.   Attached as Exhibit 1 to this declaration is an accurate copy of Faith Technologies, Inc.'s Answer to Nexus Steel, LLC's Complaint; and Faith Technologies, Inc.'s Counterclaim, Cross-Claims and Third Party Complaint, filed in Case No. CV2022-008873, Superior Court of Arizona, Maricopa County.

3.   Attached as Exhibit 2 to this declaration is an accurate copy of Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 24, 2022, recorder number 2022-0266675.

4.   Attached as Exhibit 3 to this declaration is an accurate copy of Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's

119491683.2

Office on March 24, 2022, recorder number 2022-0266676.

I make the foregoing statements under penalty of perjury under the laws of the United States. Executed on November 29, 2022 in _____Appleton_____, Wisconsin.

Dated:  Faith Technologies Incorporated

_____
Ron Rheinheimer
Sr. Vice President

119491683.2