

ORDERED in the Southern District of Florida on December 1, 2022.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VITAL PHARMACEUTICALS, INC., et al.,[1] | ) | Case No. 22-17842-PDR |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER GRANTING DEBTORS' AND CREDITOR MONSTER ENERGY COMPANY'S JOINT AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE ACTION IN NONBANKRUPTCY FORUM [ECF NO. 312]**

THIS MATTER came before the Court without a hearing upon Debtors' and creditor

Monster Energy Company (the "**Monster**" and, together with the Debtors, "**Movants**")'s *Joint*

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Agreed Motion For Stipulated Relief From Automatic Stay To Continue The Action in Nonbankruptcy Forum* [ECF No. 312] (the "**Motion**").[2] The Court having reviewed the file and the Motion, and the Movants by submitting this form of order having represented that the Motion was served on all parties, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion and being otherwise fully advised in the premises, and for good cause, it is hereby:

      **ORDERED** and **ADJUDGED**:

1. The Motion is **GRANTED**.

2. The automatic stay imposed in this case by Section 362(a) of the Bankruptcy Code is lifted solely to allow VPX and Monster to proceed with prosecuting the California District Court Action until final judgment including, but not limited to post-trial briefing, obtaining a judgment on all counts, liquidating Monster's claim, and adjudication of equitable relief. For the avoidance of doubt, the stay relief granted herein does not extend to actions by Monster to enforce any such final judgment or other relief granted in the California District Court Action, and Monster's rights to pursue further stay relief (and VPX's right to object to such relief) are reserved.

3. The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and is not effective to the extent applicable to the relief set forth herein.

###

---

[2] All capitalized terms, unless otherwise herein defined, shall take on the meaning ascribed to them in the Motion.

**SUBMITTED BY:**

Michael I Goldberg, Esq.
**Akerman, LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224
E-mail: michael.goldberg@akerman.com

Copies furnished to:
Michael I. Goldberg, Esq. [Attorney Goldberg is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.]