UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

# EXHIBIT REGISTER

**Exhibits Submitted on behalf of**:

[ ] Plaintiff     [ ] Defendant     [ **X** ] Debtors     [ ] Other

**Date of Hearing/Trial:** Thursday, December 1, 2022 at 2:00 p.m.
**Type of Hearing/Trial:** *Debtors' Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan* [ECF No. 341] (the "KERP Motion")

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Washington, DC 20004
Tel. (202) 637-2200
andrew.sorkin@lw.com

– and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Declaration of John C. DiDonato, Chief Transformation Officer, In Support of Debtors' Motion for Entry of an Order Authorizing and Approving Key Employee Retention Plan attached as Exhibit B to the KERP Motion [ECF No. 341] filed on November 14, 2022 | | | |

11791795-1