# Debtors' Exhibit 5

**TO BE FILED ON DECEMBER 2, 2022**

*Debtors' Reply in Support of Debtors' Emergency Motion for Interim and Final Order (1) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. __] to be filed on December 2, 2022*