# Debtors' Exhibit 6

**TO BE FILED ON DECEMBER 2, 2022**

*Second Supplemental Declaration of Homer Parkhill in Support of DIP Financing* [Docket No. __] to be filed on December 2, 2022