# Debtors' Exhibit 12

**Vital Pharmaceuticals, Inc.**
Weekly Cashflow_DIP budget

($ in millions)

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual/Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Ending | 11/11/22 | 11/18/22 | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | 12/30/22 | 01/06/23 | 01/13/23 | 01/20/23 | 01/27/23 | 02/03/23 | 02/10/23 | 02/17/23 | 02/24/23 |
| **Receipts** | | | | | | | | | | | | | | | | |
| Customer Receipts | $ 5.8 | $ 6.8 | $ 5.8 | $ 7.0 | $ 6.9 | $ 6.9 | $ 6.9 | $ 5.5 | $ 6.9 | $ 8.6 | $ 6.9 | $ 8.6 | $ 8.0 | $ 7.6 | $ 7.6 | $ 6.1 |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $ 5.8 | $ 6.8 | $ 5.8 | $ 7.0 | $ 6.9 | $ 6.9 | $ 6.9 | $ 5.5 | $ 6.9 | $ 8.6 | $ 6.9 | $ 8.6 | $ 8.0 | $ 7.6 | $ 7.6 | $ 6.1 |
| DIP Draw | - | 2.0 | 3.0 | 24.0 | - | 3.0 | - | 2.0 | 11.0 | 1.0 | - | - | 12.0 | 2.0 | - | 3.0 |
| **Total Receipts** | $ 5.8 | $ 8.8 | $ 8.8 | $ 31.0 | $ 6.9 | $ 9.9 | $ 6.9 | $ 7.5 | $ 17.9 | $ 9.6 | $ 6.9 | $ 8.6 | $ 20.0 | $ 9.6 | $ 7.6 | $ 9.1 |
| **Disbursements** | | | | | | | | | | | | | | | | |
| Material costs | (1.7) | (4.2) | (4.0) | (4.0) | (1.1) | (1.1) | (1.1) | (0.9) | (1.3) | (1.3) | (1.3) | (1.3) | (1.9) | (2.0) | (2.0) | (1.6) |
| Co-Packers | (0.3) | (0.5) | (0.5) | (0.5) | (0.3) | (0.3) | (0.3) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.1) | (0.1) | (0.1) |
| Freight & handling | (1.2) | (1.7) | (1.4) | (1.8) | (1.6) | (1.6) | (1.6) | (1.3) | (1.5) | (1.8) | (1.5) | (1.8) | (2.0) | (2.2) | (2.2) | (1.7) |
| Employee expenses | (0.5) | (3.9) | (0.5) | (3.8) | (0.5) | (3.8) | (0.5) | (3.7) | (0.6) | (3.6) | (0.6) | (3.8) | (0.6) | (4.0) | (0.6) | (4.3) |
| Trade promotion | (0.9) | (1.0) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.2) | (0.3) | (0.2) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) |
| Facility/Office expenses | (0.7) | (0.9) | (0.7) | (4.5) | (0.6) | (0.7) | (0.7) | (0.5) | (2.4) | (0.7) | (0.7) | (0.6) | (2.5) | (0.8) | (0.8) | (0.9) |
| Marketing | (0.4) | (0.5) | (0.4) | (1.1) | (0.4) | (0.4) | (0.4) | (0.3) | (1.0) | (0.5) | (0.3) | (0.5) | (1.2) | (0.5) | (0.5) | (0.4) |
| Legal expenses | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.0) | (0.0) | (0.0) |
| Other | (0.1) | (1.6) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | - | - | - |
| Taxes | - | - | - | (0.5) | - | - | - | - | (0.0) | - | - | - | (0.0) | - | - | - |
| **Total Operating Disbursements** | $ (5.9) | $ (14.3) | $ (9.1) | $ (17.7) | $ (6.1) | $ (9.5) | $ (6.2) | $ (8.5) | $ (8.4) | $ (9.6) | $ (6.0) | $ (9.7) | $ (9.8) | $ (10.0) | $ (6.6) | $ (9.3) |
| Operating cash flow | (0.1) | (7.5) | (3.2) | (10.7) | 0.8 | (2.5) | 0.7 | (3.0) | (1.5) | (1.0) | 0.9 | (1.1) | (1.7) | (2.4) | 1.0 | (3.2) |
| **Professional Fees & Employee Retention** | | | | | | | | | | | | | | | | |
| Professional fees carve out | - | - | - | (9.0) | - | - | - | - | (4.8) | - | - | - | (4.6) | - | - | - |
| Retention Plans | - | - | - | - | (0.7) | - | - | - | - | - | - | - | - | - | (0.7) | - |
| **Total Professional Fees & Employee Retention** | $ - | $ - | $ - | $ (9.0) | $ (0.7) | $ - | $ - | $ - | $ (4.8) | $ - | $ - | $ - | $ (4.6) | $ - | $ (0.7) | $ - |
| **Debt Service** | | | | | | | | | | | | | | | | |
| Adequate protection payments | (1.9) | - | - | (4.4) | - | - | - | - | (3.2) | - | - | - | (2.5) | - | - | - |
| Interest/Fees on DIP | - | - | - | (0.1) | - | - | - | - | (1.8) | - | - | - | (2.4) | - | - | - |
| **Total Debt Service** | $ (1.9) | $ - | $ - | $ (4.5) | $ - | $ - | $ - | $ - | $ (5.0) | $ - | $ - | $ - | $ (5.0) | $ - | $ - | $ - |
| **Net Cash Flow / (Deficit)** | $ (2.0) | $ (5.5) | $ (0.2) | $ (0.2) | $ 0.2 | $ 0.5 | $ 0.7 | $ (1.0) | $ (0.3) | $ 0.0 | $ 0.9 | $ (1.1) | $ 0.8 | $ (0.4) | $ 0.3 | $ (0.2) |
| **Cash Balance** | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | 12.0 | 10.0 | 4.5 | 4.2 | 4.1 | 4.2 | 4.7 | 5.4 | 4.4 | 4.1 | 4.2 | 5.1 | 4.0 | 4.8 | 4.4 | 4.7 |
| Ending Cash Balance | 10.0 | 4.5 | 4.2 | 4.1 | 4.2 | 4.7 | 5.4 | 4.4 | 4.1 | 4.2 | 5.1 | 4.0 | 4.8 | 4.4 | 4.7 | 4.5 |
| Check | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

1

**Vital Pharmaceuticals, Inc.**
Weekly Cashflow_DIP budget

*DRAFT, PRELIMINARY & CONFIDENTIAL*
*For Internal Use Only*

($ in millions)

| | Week Number | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 13-Week | WCFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual/Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| | Week Ending | 03/03/23 | 03/10/23 | 03/17/23 | 03/24/23 | 03/31/23 | 04/07/23 | 04/14/23 | 04/21/23 | 04/28/23 | 05/05/23 | 05/12/23 | 05/19/23 | 05/26/23 | Total | Total |
| **Receipts** | | | | | | | | | | | | | | | | |
| Customer Receipts | | $ 7.5 | $ 7.4 | $ 7.4 | $ 7.4 | $ 7.4 | $ 7.1 | $ 8.8 | $ 8.8 | $ 8.8 | $ 8.7 | $ 8.7 | $ 8.7 | $ 8.7 | $ 90.7 | $ 217.6 |
| Other Receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | | $ 7.5 | $ 7.4 | $ 7.4 | $ 7.4 | $ 7.4 | $ 7.1 | $ 8.8 | $ 8.8 | $ 8.8 | $ 8.7 | $ 8.7 | $ 8.7 | $ 8.7 | $ 90.7 | $ 217.6 |
| | | | | | | | | | | | | | | | | |
| DIP Draw | | 10.0 | 2.0 | - | - | 3.0 | 10.0 | - | - | - | 12.0 | - | - | - | 58.0 | 100.0 |
| **Total Receipts** | | $ 17.5 | $ 9.4 | $ 7.4 | $ 7.4 | $ 10.4 | $ 17.1 | $ 8.8 | $ 8.8 | $ 8.8 | $ 20.7 | $ 8.7 | $ 8.7 | $ 8.7 | $ 148.7 | $ 317.6 |
| | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | |
| Material costs | | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (1.9) | (2.4) | (2.4) | (2.4) | (2.0) | (2.0) | (2.0) | (2.0) | (24.9) | (57.5) |
| Co-Packers | | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (3.6) | (5.5) |
| Freight & handling | | (2.1) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.5) | (2.5) | (2.5) | (2.3) | (2.3) | (2.3) | (2.3) | (20.5) | (55.4) |
| Employee expenses | | (0.6) | (4.1) | (0.6) | (3.6) | (0.5) | (3.7) | (0.5) | (3.9) | (0.5) | (4.0) | (0.5) | (3.8) | (0.5) | (26.4) | (62.2) |
| Trade promotion | | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (5.1) | (10.4) |
| Facility/Office expenses | | (2.5) | (0.7) | (0.7) | (0.8) | (0.6) | (2.5) | (0.7) | (0.8) | (0.7) | (2.5) | (0.7) | (0.7) | (0.6) | (16.2) | (33.2) |
| Marketing | | (1.2) | (0.4) | (0.4) | (0.4) | (0.6) | (1.2) | (0.5) | (0.5) | (0.5) | (1.2) | (0.4) | (0.4) | (0.4) | (7.4) | (16.7) |
| Legal expenses | | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (1.4) | (1.7) |
| Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | (14.3) | (14.3) |
| Taxes | | (0.0) | - | - | - | - | (0.0) | - | - | - | (0.0) | - | - | - | (0.5) | (0.6) |
| **Total Operating Disbursements** | | $ (8.9) | $ (9.6) | $ (6.1) | $ (9.1) | $ (6.0) | $ (11.7) | $ (7.2) | $ (10.6) | $ (7.2) | $ (12.5) | $ (6.3) | $ (9.7) | $ (6.3) | $ (120.6) | $ (257.6) |
| | | | | | | | | | | | | | | | | |
| Operating cash flow | | (1.4) | (2.2) | 1.3 | (1.8) | 1.4 | (4.7) | 1.7 | (1.8) | 1.7 | (3.7) | 2.4 | (1.0) | 2.4 | (29.9) | (40.1) |
| | | | | | | | | | | | | | | | | |
| **Professional Fees & Employee Retention** | | | | | | | | | | | | | | | | |
| Professional fees carve out | | (3.6) | - | - | - | (4.0) | - | - | - | - | (4.2) | - | - | (3.7) | (18.4) | (33.8) |
| Retention Plans | | - | - | - | - | - | - | - | - | (1.4) | - | - | - | - | (0.7) | (2.8) |
| **Total Professional Fees & Employee Retention** | | $ (3.6) | $ - | $ - | $ - | $ (4.0) | $ - | $ - | $ - | $ (1.4) | $ (4.2) | $ - | $ - | $ (3.7) | $ (19.1) | $ (36.5) |
| | | | | | | | | | | | | | | | | |
| **Debt Service** | | | | | | | | | | | | | | | | |
| Adequate protection payments | | (2.0) | - | - | - | - | (1.8) | - | - | - | (1.3) | - | - | - | (12.0) | (17.0) |
| Interest/Fees on DIP | | (2.7) | - | - | - | - | (3.4) | - | - | - | (3.9) | - | - | - | (4.3) | (14.3) |
| **Total Debt Service** | | $ (4.6) | $ - | $ - | $ - | $ - | $ (5.2) | $ - | $ - | $ - | $ (5.1) | $ - | $ - | $ - | $ (16.3) | $ (31.3) |
| | | | | | | | | | | | | | | | | |
| **Net Cash Flow / (Deficit)** | | $ 0.4 | $ (0.2) | $ 1.3 | $ (1.8) | $ 0.4 | $ 0.1 | $ 1.7 | $ (1.8) | $ 0.3 | $ (1.1) | $ 2.4 | $ (1.0) | $ (1.3) | $ (7.2) | $ (7.9) |
| | | | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | | 4.5 | 5.0 | 4.8 | 6.1 | 4.4 | 4.8 | 4.9 | 6.6 | 4.8 | 5.1 | 4.1 | 6.4 | 5.5 | 12.0 | 12.0 |
| Ending Cash Balance | | 5.0 | 4.8 | 6.1 | 4.4 | 4.8 | 4.9 | 6.6 | 4.8 | 5.1 | 4.1 | 6.4 | 5.5 | 4.1 | **4.8** | **4.1** |
| | | | | | | | | | | | | | | | | |
| Check | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |