# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors. | Case No. 22-17842 (PDR)<br><br>Chapter 11<br><br>(Jointly Administered) |
|---|---|

## EXHIBIT REGISTER

Exhibits Submitted on behalf of: ☐ Plaintiff ☐ Defendant ☐ Debtor ☒ Other: Official Committee of Unsecured Creditors (the "Committee")

Submitted By: Jeffrey Cohen, Esq., Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, 212-262-6700
(name, address, and phone number)

Date of Hearing/Trial: December 6, 2022    Type of Hearing/Trial: Evidentiary Hearing on DIP Motion

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| Committee's Exhibit 1 | Interim DIP Order[1] [Docket No. 120] | | | |
| Committee's Exhibit 2 | Approved Budget – Exhibit A to the Interim DIP Order [Docket No. 120] | | | |
| Committee's Exhibit 3 | DIP Credit Agreement – Exhibit B to the DIP Motion [Docket No. 24] | | | |
| Committee's Exhibit 4 | Parkhill Declaration [Docket No. 25] | | | |

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Official Committee of Unsecured Creditors' Objection to Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief* [Docket No. 413] (the "Committee's DIP Objection").

Page | 1

| | | | | |
|---|---|---|---|---|
| Committee's Exhibit 5 | Supplemental Declaration of Homer Parkhill in Support of DIP Financing [Docket No. 388] | | | |
| Committee's Exhibit 6 | Williams Declaration – Exhibit B to Committee's DIP Objection [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 7 | Biographical Information for Brent C. Williams, CA, CPA – Exhibit A to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 8 | Excerpt of *Orange Bang, Inc. and Monster Energy Company v. Vital Pharmaceuticals, Inc. d/b/a VPX Sports*, AAA Case No. 01-20-0005-6081, Final Arbitration Award – Phase I and Phase 2 – Exhibit B to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 9 | Instagram post by Dr. Guillermo Escalante ("Dr. Escalante") dated August 10, 2020 regarding scientific study – Exhibit C to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 10 | Instagram post by Dr. Escalante dated August 16, 2019 regarding monthly shipment from Bang and consulting for Bang Energy – Exhibit C to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 11 | Instagram post by Dr. Escalante dated April 5, 2019 advertising new Bang Energy flavor, while defending Bang in the comments of his Instagram post – Exhibit C to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 12 | Instagram post by Dr. Escalante dated January 18, 2019 advertising Bang Energy and stating own | | | |

| | | | | |
|---|---|---|---|---|
| | discount code – Exhibit C to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 13 | Patrick S. Harty, et al., *Effects of Bang Keto Coffee Energy Drink on Metabolism and Exercise Performance in Resistance-Trained Adults: A Randomized, Double-blind, Placebo-controlled, Crossover Study*, J. of the Int'l Society of Sports Nutrition (2020) – Exhibit D to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 14 | Instagram post from Jack Owoc ("Mr. Owoc") dated September 29, 2020 referencing the study Dr. Escalante performed on the Bang Keto coffee product line – Exhibit E to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 15 | Instagram post from Mr. Owoc dated July 17, 2016 tagging Eric Hillman in the post promoting Bang Energy – Exhibit E to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 16 | Excerpt from *Monster Energy Co. v. Vital Pharmaceuticals, Inc., et al.*, No. EDCV18-1882-JGB, Jury Trial, Day 16, P.M. Session (C.D. Cal. Sept. 20, 2022) – Exhibit F to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 17 | *Imran v. Vital Pharmaceuticals, Inc., et al.*, Case No. 18-cv-05758-JST, Case No. 18-cv-06300-JST, 2019 WL 1509180 (N.D. Cal. Apr. 5, 2019) – Exhibit G to Williams Declaration [Docket Nos. 413-2, 421] | | | |

| | | | | |
|---|---|---|---|---|
| Committee's Exhibit 18 | Excerpt of *Vital Pharmaceuticals, Inc. v. Monster Energy Co., et al.*, Case No. 19-60809-CIV-RKA, Transcript of Trial Proceedings, Vol. 5 (S.D. Fla. Sept. 1, 2020) – Exhibit H to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 19 | Douglasville, GA City Council Legislative Work Session (Aug. 12, 2021), Agenda Item Report, Item No. 21-417 – Exhibit I to Williams Declaration [Docket Nos. 413-2, 421] | | | |
| Committee's Exhibit 20 | D'Amico Declaration – Exhibit D to Committee's DIP Objection [Docket No. 413-4] | | | |
| Committee's Exhibit 21 | John D'Amico Biography – Exhibit 1 to D'Amico Declaration [Docket No. 413-4] | | | |
| Committee's Exhibit 22 | Roll-Up Comparables – Exhibit 2 to D'Amico Declaration [Docket No. 413-4] | | | |
| Committee's Exhibit 23 | Letter dated November 10, 2022 from Jeffrey Cohen to Andrew Sorkin and Jordi Guso re: Demand for Reconstitution of the Board of Directors of Debtor Entities in this Litigation ("Demand") with enclosures | | | |
| Committee's Exhibit 24 | Letter dated November 14, 2022 from Andrew Sorkin to Jeffrey Cohen re: Demand | | | |
| Committee's Exhibit 25 | Letter dated November 22, 2022 from Jeffrey Cohen to Andrew Sorkin and Jordi Guso re: Reconstitution of the Board of Directors of Debtor Entities[2] | | | |

---

[2] Portions of Committee's Exhibit 25 have been redacted from the public filing due to personal identifying information. Counsel for the Committee will provide unredacted copies to the Court on the day of the evidentiary hearing on the DIP Motion. Debtors' counsel has Committee's Exhibit 25 unredacted.

Page | 4

LF-49 (rev. 05/20/2020)

## THE COMMITTEE'S RESERVATION OF RIGHTS

The Committee reserves the right to: (a) amend or supplement the foregoing list of exhibits at any time prior to the hearing on the DIP Motion; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing list of exhibits as necessary in connection therewith in compliance with Local Rule 9070-1; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in this action; and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in this action.

Respectfully submitted,

Dated: December 1, 2022

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
    -and-
Nicole Fulfree, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez

Page | 6

Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*