**Vital Pharmaceuticals, Inc.**
Weekly Cashflow_DIP budget

($ in millions)

| | BK Filing 10/10/22 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | | Oct-22 1 | Oct-22 2 | Oct-22 3 | Nov-22 4 | Nov-22 5 | Nov-22 6 | Nov-22 7 | Dec-22 8 | Dec-22 9 | Dec-22 10 | Dec-22 11 | Dec-22 12 | Jan-23 13 | Total 13-Week |
| Actual/Forecast | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Ending | | 10/14/22 | 10/21/22 | 10/28/22 | 11/04/22 | 11/11/22 | 11/18/22 | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | 12/30/22 | 01/06/23 | 10/08 to 01/06 |
| **Receipts** | | | | | | | | | | | | | | | |
| Customer Receipts | | $ 3.5 | $ 7.3 | $ 7.3 | $ 9.6 | $ 9.6 | $ 9.5 | $ 9.1 | $ 8.3 | $ 8.1 | $ 8.1 | $ 8.1 | $ 6.9 | $ 7.6 | $ 103.0 |
| Other Receipts | | - | - | 1.0 | - | - | 0.7 | - | - | - | 0.7 | - | - | - | 2.3 |
| **Total Operating Receipts** | | $ 3.5 | $ 7.3 | $ 8.3 | $ 9.6 | $ 9.6 | $ 10.2 | $ 9.1 | $ 8.3 | $ 8.1 | $ 8.8 | $ 8.1 | $ 6.9 | $ 7.6 | $ 105.4 |
| DIP Draw | | - | 10.0 | 5.0 | 19.0 | - | - | - | 6.0 | - | 3.0 | - | 1.0 | 9.0 | 53.0 |
| **Total Receipts** | | $ 3.5 | $ 17.3 | $ 13.3 | $ 28.6 | $ 9.6 | $ 10.2 | $ 9.1 | $ 14.3 | $ 8.1 | $ 11.8 | $ 8.1 | $ 7.9 | $ 16.6 | $ 158.4 |
| **Disbursements** | | | | | | | | | | | | | | | |
| Material costs | | (0.1) | (3.6) | (3.6) | (3.6) | (0.1) | (0.2) | (0.1) | (0.9) | (2.0) | (2.0) | (2.0) | (1.6) | (1.1) | (21.0) |
| Co-Packers | | (0.4) | (1.1) | (1.1) | (0.8) | (0.1) | (0.2) | (0.1) | (0.4) | (0.7) | (0.7) | (0.7) | (0.5) | (0.4) | (7.1) |
| Freight & handling | | (1.1) | (3.4) | (3.4) | (3.3) | (1.0) | (1.3) | (1.0) | (1.7) | (2.3) | (2.3) | (2.3) | (1.9) | (1.4) | (26.7) |
| Employee expenses | | (0.5) | (4.6) | (0.5) | (4.5) | (0.5) | (4.4) | (0.5) | (4.4) | (0.5) | (4.4) | (0.5) | (4.2) | (0.6) | (30.1) |
| Trade promotion | | (0.2) | (2.6) | (2.6) | (2.6) | (2.5) | (0.2) | (0.2) | (0.2) | (0.3) | (0.3) | (0.3) | (0.2) | (0.2) | (12.5) |
| Facility/Office expenses | | (0.7) | (1.9) | (0.7) | (2.5) | (0.6) | (0.7) | (0.5) | (4.5) | (0.5) | (0.6) | (0.6) | (0.4) | (2.5) | (16.8) |
| Marketing | | (0.1) | (0.5) | (0.3) | (0.7) | (0.1) | (0.3) | (0.1) | (0.7) | (0.2) | (0.2) | (0.2) | (0.2) | (1.0) | (4.8) |
| Legal expenses | | - | (0.1) | - | - | - | (0.1) | - | - | - | (0.1) | - | - | - | (0.3) |
| Other | | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) | (1.5) | (0.5) | (0.5) | (0.5) | (0.4) | (15.0) |
| **Total Operating Disbursements** | | $ (4.8) | $ (19.3) | $ (13.7) | $ (19.4) | $ (6.5) | $ (8.8) | $ (4.1) | $ (14.3) | $ (8.0) | $ (11.0) | $ (7.1) | $ (9.6) | $ (7.6) | $ (134.2) |
| Operating cash flow | | (1.2) | (12.0) | (5.4) | (9.8) | 3.0 | 1.4 | 5.0 | (5.9) | 0.1 | (2.3) | 1.0 | (2.7) | 0.0 | (28.8) |
| **Professional Fees & Employee Retention** | | | | | | | | | | | | | | | |
| Professional Fees Escrow account | | - | - | - | (4.7) | - | (1.0) | - | (4.6) | - | - | - | - | (4.7) | (14.9) |
| Retention Plans | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | $ - | $ - | $ - | $ (4.7) | $ - | $ (1.0) | $ - | $ (4.6) | $ - | $ - | $ - | $ - | $ (4.7) | $ (14.9) |
| **Debt Service** | | | | | | | | | | | | | | | |
| Adequate protection payments | | - | - | - | (4.1) | - | - | - | (3.0) | - | - | - | - | (2.6) | (9.7) |
| Interest/Fees on DIP | | - | (2.8) | - | (0.2) | - | - | - | (1.4) | - | - | - | - | (1.9) | (6.3) |
| **Subtotal** | | $ - | $ (2.8) | $ - | $ (4.3) | $ - | $ - | $ - | $ (4.4) | $ - | $ - | $ - | $ - | $ (4.5) | $ (15.9) |
| **Net Cash Flow / (Deficit)** | | $ (1.2) | $ (4.8) | $ (0.4) | $ 0.2 | $ 3.0 | $ 0.4 | $ 5.0 | $ (8.8) | $ 0.1 | $ 0.7 | $ 1.0 | $ (1.7) | $ (0.2) | $ (6.7) |
| **Cash Balance** | | | | | | | | | | | | | | | |
| Beginning Cash Balance | | 10.8 | 9.5 | 4.8 | 4.4 | 4.6 | 7.6 | 8.0 | 13.0 | 4.1 | 4.2 | 4.9 | 5.9 | 4.3 | 10.8 |
| Ending Cash Balance | | 9.5 | 4.8 | 4.4 | 4.6 | 7.6 | 8.0 | 13.0 | 4.1 | 4.2 | 4.9 | 5.9 | 4.3 | 4.1 | 4.1 |

Committee's Exhibit

**2**