# Biographical Information for Brent C. Williams, CA, CPA

Brent Williams has over 25 years of experience with both operational and financial restructurings, M&A activity and capital raising. His expertise has been gained in an unusually broad span of industries domestically and internationally. Since 2017, Mr. Williams has been the Co-Head of the Capital Advisory Group of Lincoln International. Prior to this role he was of Head of Restructuring for Teneo. Previously, he was a Managing Director with Duff & Phelps Securities LLC (f/n/a Chanin Capital Partners, "Chanin") (May 2001 to April 2005, July 2006 to September 2013). Lincoln International is a investment bank providing the following financial services: Financial Restructurings, Mergers and Acquisitions, Corporate Finance and Private Placements, Valuations, and Fairness & Solvency Opinions. From April 2005 to July 2006, Mr. Williams was a Managing Director at Saybrook Capital, the hedge fund and financial advisory firm.

Mr. Williams has been involved in restructuring, M&A and capital raising assignments in United States, Canada, Mexico, Sweden, U.K., Germany, France and Eastern Europe. He has a wealth of in-depth knowledge about complicated business situations, including operating companies in Chapter 11 and Canadian bankruptcy proceedings. He has directed or participated in an extensive range of successful consulting assignments, including troubled company turnarounds, operational and financial restructurings, M&A and capital raising. Mr. Williams has advised in over $30 billion of M&A activity, $150 billion of restructured debt and $40 billion of capital raising.

*The balance of this document is a detailed description of Mr. Williams' business experience and accomplishments.*

Mr. Williams has been involved in such matters as: PG&E Corp., Wholesome Sweetners, Smile America, Chassix Corp., Skymall, AES Technologies, Allen's Food, Comprehensive Clinical Devices, ClearEdge Power, KV Pharmaceuticals, Real Mex Restaurants, Seahawk Drilling, Sexy Hair Concepts, Visteon Corp., MMFX Steel, SK Foods, Idearc. Corp., Philadelphia Newspapers, Dura Automotive, Citation Corp, Global Power Energy, Stelco Inc., Philips Services Corp., Supra Telecom, Touch America Inc., Focal Communications, and Gentek Inc.

Mr. Williams is responsible for the planning, execution and management of a number of client engagements involving the following initiatives:

- Development and implementation of debt and equity restructurings, recapitalization and strategic business plans, including capital raising.
- Preparation of business viability reviews as well as debt and equity valuations, used in assessing strategic alternatives.
- Development and implementation of recovery and exit strategies in an effort to maximize recoveries and/or returns for certain stakeholders such as bond and equity holders.
- Actively involved in deal flow generation and human resource matters.

Prior to Lincoln International, Teneo and Duff and Phelps, Mr. Williams was a director at the New York office of Zolfo Cooper, LLC where he developed and implemented financial and operational restructuring plans in turnaround and distressed situations, in addition to the preparation of debt and equity valuations. He was involved in the following assignments; American Medical Response, a wholly owned subsidiary of Laidlaw Inc., Corrections Corporation of America, Claridge Casino and Hotel, Harnischfeger Industries and Apex Global Internet Services.

Prior to joining Zolfo Cooper LLC (1999 - 2001), Mr. Williams was a Vice President at a boutique Canadian restructuring firm located in Ontario, Canada (1997 – 1999) and a Senior Manager at KPMG Inc.(1991 – 1997), where he was responsible for planning and executing financial and operational restructurings, and receivership/bankruptcy engagements.

Mr. Williams has a Bachelor of Science degree (honors) in Business Administration from Carleton University. He is a current member of the Canadian Institute of Charter Accountants ("CPA"), a Certified Public Accountant and was a practicing Trustee in Bankruptcy in the Province of Ontario. Member of FINRA, Series 7, 24, 63. Served on the Board of a public company and has been Plan Trustee of multi-million dollar estates.

1 | P a g e

Committee's Exhibit

**7**

# PAST ENGAGEMENTS

| Company | Industry |
|---|---|
| Confidential | E-Commerce |
| Confidential | Medical Services |
| Confidential | Food Services |
| PG&E Corp | Utility |
| Wholesome Sweetners | Consumer Discretionary |
| CRS Technologies | Infrastructure |
| KNEX | Consumer Discretionary |
| Confidential | Consumer Discretionary |
| BioNitrogen | CleanTech IP |
| Patriot Coal | Mining |
| Chassix Corp. | Automotive Parts |
| AES Technologies | Auto Diagnostics |
| Skymall, Arizona | Online Retail |
| ClearEdge Power, California | Fuel Cells |
| Confidential, US | Mining |
| Allens Food, Arkansas | Agri/Food Processing |
| Comprehensive Clinical Dev. Florida | Life Sciences and Services |
| Omtron, North Carolina | Packaged Foods and Meats |
| KV Pharmaceuticals, St. Louis, MO | Pharmaceuticals |
| Real Mex Restaurants, CA | Restaurants |
| Confidential, Canada | Industrial Machinery |
| HearUSA, FL | Healthcare Facilities |
| Seahawk Drilling, Houston, TX | Oil and Gas Drilling |
| Sexy Hair Concepts, CA | Personal Products |
| Visteon Corp., Van Buren, Michigan | Automotive Parts |
| Truvo Corp., Belgium | Print Directory/Media |
| MMFX Steel, Welland, Ontario | Steel Producer |
| EnviroSolutions, DC | Waste Management |
| Confidential | Distribution |
| Eclipse Aviation, New Mexico | Light Aircraft |
| SK Foods, Monterrey, CA | Food Processing/Dist. |
| Idearc. Corp | Print Directory/Media |

| | |
|---|---|
| Philadelphia Newspapers, PA | Print Media |
| BHM Technologies, Michigan | Automotive Parts |
| Motor Coach Industries, Chicago, IL | Motor Coach Manu. |
| Intermet Corp., Michigan | Automotive Parts |
| Confidential | Retail Distribution |
| Dura Automotive Rochester Hills, Michigan | Automotive Parts |
| Confidential | Gaming |
| Confidential | Homebuilder |
| Pac-West Telecom, California | Telecom |
| Neoplan, Denver Colorado | Parts Supplier |
| Global Power, Tulsa, Oklahoma | Engineering and Construction |
| Galvex Holdings, Tallin Estonia | Steel Producer |
| Anchor Glass, Tampa, Florida | Glass Manufacturer |
| Citation Corp., Birmingham, Alabama | Automotive Parts Manu. |
| Stelco Inc., Hamilton, Ontario | Steel Producer |
| LSG Skychefs Dallas, Texas | Food Distribution/Airline |
| Protection One. Dallas, Texas | Home Security |
| Corban Communications, Dallas, Texas | Telecom |
| Kvarner USA Inc., Houston, Texas | EC/Oil and Gas |
| Supra Telecom, Miami, Florida | Telecom |
| ATX Communications (corecomm) | Telecom |
| Cable and Wireless, USA | Telecom |
| Touch America Inc., Butte Montana | Telecom |
| Philips Services Corp., Houston Texas | Environmental/Metals |
| Encompass Services, Houston Texas | Engineering and Construction |
| Focal Communications, Chicago Ill. | Telecom Company |
| Protexa Construction, Mont. Mexico | EC/Oil and Gas |
| Gentek Inc., Par. New Jersey | Manufacturing |
| Song Networks, Stockholm, Sweden | Telecom Company |
| Comdisco Inc., Rosemont, Illinois | Technology/Leasing Company |
| IT Group Inc., Pittsburgh, Penn. | Engineering and Construction |
| Washington Group Int. Inc., Boise, Idaho | Engineering and Construction |
| American Medical Response, Denver, CO | Medical Services |
| Corrections Corporation of America, Nashville | Privately Run Prisons |
| Harnischfeger Industries, Milwaukee, Wisc. | Mining and Excavation Equip. |
| STS/Asche Transportation, Shannon, Ill | Trucking Company |
| Apex Global Internet Services, Bethesda, Md | Telecom Company |
| Claridge Casino and Hotel, Atlantic City, NJ | Casino and Gaming |

| | |
|---|---|
| Plaintree Systems, US/Canada | Data Switches |
| Active Systems Integration Inc, Princeton, NJ | Network Management Software |
| Cary Peripherals Inc, Nepean, Canada | Computer Peripherals |
| Wackid Radio, Ottawa, Canada | Electronics Retail |
| Loeb Inc, Montreal, Canada | Grocery Chain |
| Kinalea Homes, Kingston, Canada | Residential Home Builder |
| Dedicated Technology Corp., US/Canada | Digital Video Compression |
| Confederation Life, Toronto, Canada | Insurance Company |
| Northern Trust Company, Toronto, Canada | Trust Company |
| National Defence Credit Union, Ottawa | Credit Union |