Instagram post regarding scientific study in support of Bang



Date: August 10, 2020

Committee's Exhibit

9