Instagram post on August 16, 2019 regarding monthly shipment from Bang and consulting for the Company



Date: August 16, 2019

**Committee's Exhibit**

**10**