Instagram post advertising new Bang Energy flavor, while defending Bang in the comments



Date: April 5, 2019

Committee's Exhibit 11