Instagram post advertising Bang and stating own discount code



Date: January 18, 2019

Committee's Exhibit 12