Instagram post referencing Dr. Escalante's study he purportedly performed on the Bang Keto coffee product line




Date: September 29, 2020

Committee's Exhibit 14