Jack Owoc tagged Eric Hillman in an Instagram post promoting Bang. Jack comments on the post to another Instagram user: "Meet me [Jack] at Hillman's [house] later this week!"



Date: July 17, 2016

2

Committee's Exhibit

15