```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3          HONORABLE JESUS G. BERNAL, JUDGE PRESIDING
 4   MONSTER ENERGY COMPNAY,            )
                                        )
 5                                      )
                                        )
 6             Plaintiff,               )
                                        )
 7                                      )
                                        )
 8        Vs.                           )  No. EDCV18-1882-JGB
                                        )
 9                                      )
                                        )
10   VITAL PHARMACEUTICALS, INC., ET    )
     AL.,                               )
11                                      )
                                        )
12                                      )
               Defendants.              )
13                                      )
     _____
14
15
16           REPORTER'S TRANSCRIPT OF PROCEEDINGS
17                    JURY TRIAL, DAY 16
18                      P.M. SESSION
19                  RIVERSIDE, CALIFORNIA
20              TUESDAY, SEPTEMBER 20, 2022
21
22
23        MIRIAM V. BAIRD, CSR 11893, CCRA
          OFFICIAL U.S. DISTRICT COURT REPORTER
24               350 WEST FIRST STREET
                     FOURTH FLOOR
25          LOS ANGELES, CALIFORNIA 90012
                  MVB11893@aol.com
```

Committee's Exhibit
16

|  |  |  |
|---|---|---|
|  | 1 | Q. I'm well. Thank you. You're a professor at Cal State |
|  | 2 | University San Bernardino, correct? |
|  | 3 | A. Yes. |
|  | 4 | Q. And specifically, you're a professor in the kinesiology |
| 02:36PM | 5 | department, right? |
|  | 6 | A. Yes. |
|  | 7 | Q. And in addition to being a professor, sir, you have been |
|  | 8 | working for at least three years as a consultant to Vital |
|  | 9 | Pharmaceuticals, correct? |
| 02:36PM | 10 | A. On an on-and-off basis, yes. |
|  | 11 | Q. In fact, since at least 2018 Vital Pharmaceuticals, the |
|  | 12 | defendant in this case, has paid you as a consultant to work |
|  | 13 | on editing, for example, Mr. Owoc's still unpublished book, |
|  | 14 | correct? |
| 02:36PM | 15 | A. Yes. |
|  | 16 | Q. Even as recently as just this year, you've been paid by |
|  | 17 | Vital Pharmaceuticals for your work, correct? |
|  | 18 | A. Not for a consulting capacity. Just for -- for cases. |
|  | 19 | Q. Fair enough. So for cases Vital Pharmaceuticals has |
| 02:37PM | 20 | paid you even this year for your work for them, correct? |
|  | 21 | A. I'm trying to think if I received payment in 2022. |
|  | 22 | Q. Why don't I try it this way. You have at least billed |
|  | 23 | them for work that you have done for them even this year, |
|  | 24 | correct? |
| 02:37PM | 25 | A. I think the last work I did that I billed them for was |

02:37PM
1  actually in 2021.
2  Q.   Fair enough.  As a consultant for Vital Pharmaceuticals,
3  among other things you have provided feedback on the portions
4  of Mr. Owoc's still unpublished book related to Creatine,
5  right?
6  A.   Can you repeat the question, please.
7  Q.   Sure.  As a consultant for Vital Pharmaceuticals, you
8  have provided feedback on the portions of Mr. Owoc's still
9  unpublished book that related to Creatine, for example,
02:37PM 10  right?
11         MR. MUTH:  Your Honor, objection.  This topic is
12  out of bounds, given the motion in limine on the book.
13         THE COURT:  Proceed.  Get on with it, Mr. Kaba.
14         MR. KABA:  Yes.
02:38PM 15  BY MR. KABA:
16  Q.   Is that correct, sir?
17  A.   You're asking specifically just about the book?
18  Q.   You know what?  Let me move on.  You've also in addition
19  to being a consultant for Vital Pharmaceuticals, you've
02:38PM 20  received free supplements from Bang Energy, right?
21  A.   In the past I have but not recently.
22  Q.   And you've -- in other cases, sir, you've actually been
23  an expert for Vital Pharmaceuticals on the topic of Creatine,
24  right?
02:38PM 25  A.   Yes.  I have been an expert on another case.