```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                       FORT LAUDERDALE DIVISION

                     CASE NO. 19-60809-CIV-RKA


VITAL PHARMACEUTICALS, INC.,        . Fort Lauderdale, Florida
                                    .
Plaintiff/Counterclaim-Defendant,   .
                                    . September 1, 2020
              v.                    . 12:45 p.m.
                                    .
MONSTER ENERGY COMPANY,             .
ET AL.,                             .
                                    .
Defendant/Counterclaimants.         .
. . . . . . . . . . . . . . . . . . .
                                    .
MONSTER ENERGY COMPANY AND          .
REIGN BEVERAGE COMPANY, LLC,        .
                                    .
       Crossclaimants,              .
                                    .
              v.                    .
                                    .
JHO INTELLECTUAL PROPERTY           .
HOLDINGS, LLC,                      .
                                    .
       Crossclaim-Defendant.        .
. . . . . . . . . . . . . . . . . . .

                            - - - - -

               Transcript of Trial Proceedings had

             before the Honorable Roy K. Altman,

                   United States District Judge.

                            - - - - -
                            VOLUME 5
                            - - - - -

 Proceedings recorded by mechanical stenography, transcript
 produced by computer.
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

Committee's Exhibit

18

J. OWOC - DIRECT/SIACHOS

1  Q.  All right.  What is a purple guava pear?
2  A.  There is no such thing.
3  Q.  Who --
4  A.  On all of our drinks, there is pretty much no such thing as
5  the flavor that exists on the can.  Again, differentiate,
6  innovate, and all these principles that we follow.
7  Q.  All right.  Why did you create a drink called "Purple Guava
8  Pear"?
9  A.  Uhm, kind of a weird story, but it -- well, we made this
10 flavor combination -- all of our flavors, by the way, are
11 flavor combinations that never existed before.  Super
12 innovative.
13         So, a buddy of mine owns Europa Sports, which is the
14 biggest sports nutrition distributor in the world.  We've done
15 probably hundreds of millions of dollars with them.  And their
16 color is purple, and we had this really cool guava pear color
17 flavor.  And it sounded weird, but it tasted -- the taste is
18 mind-blowing.  So, I sent it to him, and I said, Look, this
19 could be your exclusive flavor.  They were all mad.  They
20 wouldn't even try it because of the name.
21         So, it was the last thing left on their desk, they
22 tried it and raved about it.  And their color is a purple, so I
23 just threw in purple in the front.
24         We even have shoes that are made, Bang shoes, with big
25 B logo that have the Purple Guava Pear color.  And that's how