

# AGENDA ITEM REPORT

**Item Number:**       21-417

**Meeting:**       08-12-2021 - City Council Legislative Work Session

**Staff Contact:**       Stephanie Tucker, Accounting Specialist

---

**Consider a request for the alcoholic beverages license for The Wholesale Malt Beverage Distributor and The Malt Beverage Manufacturer License at the following establishment:**
**Proposed Licensee:**                    **Quash Seltzer, LLC.**
**D/B/A:**                    **MIXX**
**Location:**                    **7705 Staples Drive**
**Proposed Agent Outlet Manager:**       **Robert Miller**
**The required fees have been paid into the Finance Department.**

---

**Attachments:**

Quash Seltzer -MIXX-redacted

**Recommendation(s):**

Hold a public hearing (only at LWS)

**Budget Impact:**

Is this an Agreement or Contract:  N/A

  **If YES, check one:**       ☐ Original Agreement
                    ☐ Change Order, Change Order #

**Is it budgeted?** N/A

**If so, what Account #?**

**Committee's Exhibit**

**19**

# Interoffice Memorandum

Date:       July 19, 2021

To:         Chief Sparks/PD Records

From:       Stephanie Tucker/Finance Department

Ref:        Request for the alcoholic beverages license

Application received from Quash Seltzer, LLC. d/b/a/ MIXX. Hold a public hearing to consider the new application for the alcoholic beverages license for the Wholesale Malt Beverage Distributor and the Malt Beverage Manufacturer License at the following establishment. The required fees have been paid into the finance department.

Proposed Licensee:          Quash Seltzer, LLC.

D/B/A:                      MIXX

Location:                   7705 Staples Drive

Proposed Agent Outlet Manager    Robert Miller

Council Meetings Scheduled as follows:

August 12 ,2021 @ 6:00 pm
August 16, 2021 @ 6:00 pm

**THE REQUIRED INVESTIGATION HAS BEEN CONDUCTED AND THE APPLICATION FOR AN AGENT/OUTLET MANAGER IS HEREBY:**

**APPROVED** _____            **DENIED** _____

_____         8-2-21
**CHIEF OF POLICE**             **DATE**

*City of Douglasville*

**APPLICATION FOR LICENSE TO:** (Check Applicable Category)

**CONSUMPTION ON PREMISES ONLY:**
_____ Sell Spirituous Liquors
_____ Sell Wine & Malt Beverages

_____ Live Entertainment

**WHOLESALE DISTRUBUTOR:**
___✓___ Malt Beverages
_____ Spirituous Liquors

**RETAIL PACKAGE ONLY:**
_____ Sell Spirituous Liquors
_____ Sell Wine & Malt Beverages

___✓___ MALT BEVERAGE MANUFACTURER        _____ BREWPUB

**BUSINESS ESTABLISHMENT:**   [ ] Restaurant-Dining        [ ] Retail        [✓] Other _____

Trade Name (Print Actual Business Name): **MIXX**

Location of Business: **7705 Staples DR**        Phone #: _____

| Question | Yes | No | N/A |
|---|---|---|---|
| 1. Is certified survey attached? (REQUIRED FOR RETAIL PACKAGE ONLY) Zoning Code: | | | ✓ |
| 2. Is property zoned? | ✓ | | |
| 3. Overall review/explanation of alcohol application, applicant initials on checklist? | ✓ | | |
| 4. Occupational tax registration application completed? | ✓ | | |
| a.   Will business have a minimum of 25 seating capacity? | | | ✓ |
| 5. Residency requirements met? | | | |
| a.   Resident of Georgia [ 10 ] years. | ✓ | | |
| b.   United States citizen? If no, provide permanent resident card #: | | | |
| 6. Has applicant submitted an application within the previous 6 months? | | ✓ | |
| 7. Is applicant at least 21 years of age? | ✓ | | |
| 8. Does business establishment have a drive-in window? | | ✓ | |
| 9. Is business establishment any of the following? More than any 3 listed? [ ] YES  [ ] NO  [ ] N/A Billiard Hall; pool room; theatre; skating rink; health spa or video game establishment. | | ✓ | |
| 10. Does applicant hold another alcohol license in the same category? | | | ✓ |
| 11. Does establishment have a percentage lease? | | ✓ | |

Fees Received: $ **1250.00**    Fees Include:   [ ] $5,000.00 S/L    [ ] $250.00 Admin
                                    [✓] $500.00 B/W  *Whd esabll*  [ ] $250.00 Ad
                                    [ ] $250.00 Live Ent.    [✓] $1,000.00 Brewpub *Manufacturer*

Douglas County Sentinel:    Date of 1st ad: **Aug-5-2021**    Date of 2nd ad: **Aug 10 2021**

Council Meetings:    Legislative: **August 12-21**  Regular: **Aug -16-2021**



## DOUGLASVILLE
### — · — GEORGIA — · —

### Alcohol License Application Checklist

**All pages of application must be typed or neatly and clearly printed. Each page must contain all necessary attachments, and fees must be in the form of a cashier's check(s).**
**Zoning Dept.: 678-449-3054        Business License: 678-449-3078        Alcohol License: 678-449-3244**

- Application (City of Douglasville)

**Contact the State Department of Revenue: 877-423-6711 for application requirements. To download application & information visit the State Department website: gtc.dor.ga.gov to apply online. Applications only accepted online.**

**Please note:** State Department license is contingent upon City of Douglasville alcohol beverage license approval. Pending approval from City council, the City of Douglasville will issue a copy of your alcoholic beverage license so that you may present it to the State Department. Upon State approval, and temporary state license issuance, the City of Douglasville will issue the original alcoholic beverage license for your business.

*Required documents:*

| Business | Agent Outlet Manager | Individuals w/20% or more ownership |
|---|---|---|
| Ownership (articles) if applicable | Clear, color photocopy of Georgia Driver's License/I.D./w/current address | Clear, color photocopy of Georgia Driver's License/I.D./w/current address |
| Complete Occupational tax Registration Application | | List of residence addresses for previous seven years & five personal references. |
| Retail Package Only: surveyor's Certificate | Complete application | Please copy pages 6-14 of the application and fill out for each individual that owns 20% or more of the establishment. |
| | Attended 2 scheduled council meetings | |

***Portions of the license fees are refundable in the event the application is denied; the background investigation fee(s) and advertisement fees are non-refundable.***

| | |
|---|---|
| $5,000.00 | Spirituous Liquors-Consumption on Premises or Retail Package |
| $500.00 | Wine & Malt Beverages-Consumption on Premises/Retail Package |
| $250.00 | Live Entertainment |
| $1,000.00 | Brewpub |
| $250.00 | Police Investigation Report for Agent Outlet and each person with 20% or more ownership in the business. |
| $250.00 | Sign/Advertisement |

- Overall review/explanation of alcohol application for consumption on premises only            AOM initials

1



# DOUGLASVILLE
—·— GEORGIA ——·—

To:     Robert Miller
_____
(Name of Applicant)

You are hereby required to appear at one or more council meetings or hearings regarding the City's consideration of your application. You must be present in the Council Chamber of the Douglasville Conference Center, at 6700 Church Street, Douglasville, Georgia, on:

    Thursday        08-12-2021              6:00
_____    _____  At  _____  p.m.
(Day)           (Date)                  (Time)

And also on:    Monday        08-16-2021              6:00
_____    _____  At  _____  p.m.
(Day)           (Date)                  (Time)

In connection with your application for:   Request for the alcoholic beverages license for the manufacturer of wine and malt beverages.

***Failure to attend may result in denial of your application.***

Delivered this _02_ day of ____August 2021_

☐     By E- Mail:  addressed to:  ___robert.miller@bangenergy.com___
                                  _____    (City Staff Signature)

☐     By Hand, and received by  *Robert Miller*
                             (Signature of Applicant)



## APPLICATION FOR AGENT/OUTLET MANAGER

Application is being made for the following business for the active agent/outlet manger:

BUSINESS ESTABLISHMENT:

Actual Business Name: Quash Seltzer, LLC / MIXX

Owner/Licensee: Quash Seltzer, LLC

Location of Business: 7705 Staples Drive, Lithia Springs, GA 30122     Phone #: 954-732-1451

TYPE OF LICENSE: (Check Applicable Category)     Alternate #: 954-829-4285

**CONSUMPTION ON PREMISES ONLY:**  **WHOLESALE DISTRUBUTOR:**  **RETAIL PACKAGE ONLY:**

☐ Sell Spirituous Liquors          ☑ Malt Beverages            ☐ Sell Spirituous Liquors
☐ Sell Wine & Malt Beverages       ☐ Spirituous Liquors        ☐ Sell Wine & Malt
                                                                   Beverages
☐ Live Entertainment
              ☑ MALT BEVERAGE MANUFACTURER                       ☐ BREWPUB

INFORMATION ABOUT THE APPLICANT:

(1) Full Name of Applicant ROBERT GARY MILLER JR.
(2) Full Name of Spouse, including maiden name CATHERINE SUE MILLER
(3) Are you a citizen of the USA? ☑ Yes  ☐ No
          If no, give green card number & provide a copy: _____
(4) Date of Birth: ███ 1968     Place of Birth: JACKSON MICHIGAN
(5) Home Address: ████████████

    Street #    Street Name          Apt #    City      State    Zip Code
    Resident of Georgia: ☑ Yes ☐ No       Number of Years 10
    Current County of Residence: HALL      Number of Years 10

(6) Give name, address, and date of birth of ALL children, stepchildren, adopted children, and foster children:

| | | |
|---|---|---|
| _____ DOB _____ | Relationship _____ |
| _____ DOB _____ | Relationship _____ |
| _____ DOB _____ | Relationship _____ |
| _____ DOB _____ | Relationship _____ |

(7) Occupation for the past seven years in chronological order. State name of company, immediate supervisor and dates of employment.

| Company | Supervisor | Dates |
|---|---|---|
| BANG ENERGY | GENE BUKOVI | 4-19-21-CURRENT |

4

# DOUGLASVILLE
GEORGIA

ZF INDUSTRIES                    VARIOUS                    1/4/94-3/25/2021

(8) Has the applicant ever been convicted or entered a plea of nolo contender within five years immediately prior to the filing of this application of any felony or misdemeanor?  Yes ✓No
If the answer is yes, fill in below:

| Date | Offense | Location (city/state) | Disposition |
|------|---------|----------------------|-------------|
|      |         |                      |             |
|      |         |                      |             |

(9) Do you, your spouse, or any business partner have any financial interest in any wholesale liquor business? If so, give details: NO

(10) Have you, your spouse or any business partner received any financial aid or assistance to include land, fixtures, or equipment from any manufacturer or wholesale or alcoholic beverage, if yes, explain: NO

(11) State whether you're an owner, licensee, or agent on any other alcoholic beverage license in any other jurisdiction. If yes, give name and address of business; and name and address if licensee: N/A

(12) Have you ever applied for any alcoholic beverage license and been?
☐ Denied ☐ Suspended ☐ Revoked  If yes, give name and address if licensee: ____
NO

(13) Do you, your spouse, any family member, or business partner have an interest on any liquor stores? ☐ Yes ✓No If yes, provide the name(s) of interested party(ies), and name any location of all liquor stores.
_____   _____
_____   _____

(14) Are you or any member of your family, or business partner, the owner, lessee, and sub leaser of any real estate which is occupied by a retail store? If so, give the location, information to any lease or rental agreement, amounts of rents received and to whom rented or leased: _____
NO

(15) Have you ever filed bankruptcy? NO____ If yes, explain: _____

(16) Have you read and understood the City of Douglasville Ordinances, State Laws, and Regulations governing the operation of this type of business? ✓Yes ☐ No

(17) Do you agree to abide by such ordinances, laws and regulations? ✓Yes ☐ No

*** If additional space is needed to fully complete answers on the application, additional sheets may be attached. Each entry should be numbered to correspond with the question number. ***

5



# DOUGLASVILLE
## GEORGIA

## Police Department Investigation Report

INVESTIGATION CONDUCTED FOR: Quash Seltzer, LLC

Name: Robert Gary Miller Jr.                                  Aliases:

Date of Birth: ▆▆ 968          SSN #:                 Sex: Male   Race: Caucasian   Citizenship: US Citizen

Telephone #: 954-732-1451                    Position: Operations Manager

PRESENT RESIDENCE ADDRESS:                              Do Not Write In Space Below:

Street #   Street Name
Gainesville              GA              30506
City                     State           Zip Code
December 2013 - Current
Dates at this address
PREVIOUS RESIDENCE ADDRESS:

Street #   Street Name

City                     State           Zip Code

Dates at this address

LIST RESIDENCE ADDRESS FOR PREVIOUS SEVEN

YEARS, IF NEEDED ATTACH A SEPARATE SHEET.

Have you ever been arrested or convicted of a felony?

[ ] Yes  [✓] No   If yes, explain;

Type of Business: Beverage manufacturer          Business Address: 7705 Staples Driver, Lithia Springs, GA 30122

About Location: (answer yes or no)  No  Owned  No  Rented  Yes  Leased

List any members or members of your immediate family or any other person or person's who shall have an interest in such alcoholic lease for which this application is made:

_____   _____   _____
Name                      Address                    Phone #

Attach names, addresses, and daytime (8-5pm) phone numbers of five personal references of applicant. (Not former employers or relatives); include length of time each has known applicant.

I hereby authorize the City of Douglasville Police Department to receive any criminal history record information pertaining to me, which may be in files of any State or Local Criminal Justice Agency in Georgia.

Signature                                              7/16/21
                                                       Date

**6**





## GCIC Criminal History Consent Form

I hereby authorize the Douglasville Police Department or any other Federal, State or Local agency to conduct an investigation on the criminal history record of criminal history pertaining to the undersigned which may be found in the files of any Federal, State or Local Criminal Justice Agency as maintained by the Georgia Bureau of Investigation's Georgia Crime Information Center or similar agency.

ROBERT GARY MILLER JR.
Full name-print

GAINESVILLE GA. 30506
Address

MALE     WHITE          1968
Sex        Race          Date of Birth          Social Security Number

Signature

--------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE- FOR OFFICIAL USE ONLY

Meets Criteria ☑          Has Not Met Criteria ☐

Search conducted by: Stephanie Tucker   Date: 8-2-2021

Signed before me the 2 day of August, 2021 BY: _____
Copy of identification attached.

SEAL                          Notary Public, State of Georgia

13

Robert Miller References

Brian Krauss Director of Logistics- Known for 2months very responsible, serious business person.

 Suwanee, Ga. 30024

Jeff Weidner Known for 8 years - Good person , trustworthy, Military very true to word

Norcross, Ga. 30093

Jim Maclean Know for 9 years – Good Guy, We have a good Business relationship Family man, Would qualify for the license.

Pembroke NC 28372

Anne Cochran know for 8 years , Straight forward person, gets things done. Just a good guy

Flowery Branch Ga. 30542

Rich Niemeier known for 8 years – Very Dependable family man good person yes would qualify for license.

lowery Branch Ga. 30542

# Interoffice Memorandum

Date:     July 19, 2021

To:     Chief Sparks/PD Records

From:     Stephanie Tucker/Finance Department

Ref:     Request for the alcoholic beverages license

Application received from Quash Seltzer, LLC. d/b/a/ MIXX. Hold a public hearing to consider the new application for the alcoholic beverages license for the Wholesale Malt Beverage Distributor and the Malt Beverage Manufacturer License at the following establishment. The required fees have been paid into the finance department.

Proposed Licensee:     Quash Seltzer, LLC.

D/B/A:     MIXX

Location:     7705 Staples Drive

Owner     John Owoc

Council Meetings Scheduled as follows:

August 12,2021@ 6:00pm
August 16,2021@ 6:00pm

**THE REQUIRED INVESTIGATION HAS BEEN CONDUCTED AND THE APPLICATION FOR AN AGENT/OUTLET MANAGER IS HEREBY:**

**APPROVED** _✓____     **DENIED** _____

_____     _8-2-21_____

**CHIEF OF POLICE**     **DATE**



# DOUGLASVILLE
GEORGIA

Year 2021

1. **APPLICATION FOR LICENSE TO:** (Check Applicable Category)

**CONSUMPTION ON PREMISES ONLY:**
- ☐ Sell Spirituous Liquors
- ☐ Sell Wine & Malt Beverages
- ☐ Live Entertainment

**WHOLESALE DISTRIBUTOR:**
- ☑ Malt Beverages
- ☐ Spirituous Liquors

**RETAIL PACKAGE ONLY:**
- ☐ Sell Spirituous Liquors
- ☐ Sell Wine & Malt Beverages

☑ MALT BEVERAGE MANUFACTURER       ☐ BREWPUB

2. **BUSINESS ESTABLISHMENT: (Please Print)**
   a. Trade Name (Actual Business Name): MIXX
   b. Owner/Licensee: Quash Seltzer, LLC
   c. Location of Business: 7705 Staples Drive, Lithia Springs, GA 30122  Phone #: 954-732-1451
   d. Square Footage of the building: 200,000 square feet.      Secondary #: 800-345-7773
   e. Is this establishment ☑ Existing  ☐ To be Built  Smoking☐  Non-smoking ☑

3. **DISTANCE REQUIREMENT RETAIL PACKAGE ONLY:**
   a. Is the business within 600 feet of a college or school campus? ☐ Yes  ☐ No
   b. Is the business within 300 feet of a church? ☐ Yes  ☐ No
   c. For retail package sale of spirituous liquors, is this location at least 2,500 feet of any other retail package store for selling spirituous liquors? ☐ Yes  ☐ No

IF THIS IS AN ORIGINAL APPLICATION, A CERTIFIED SURVEY MUST BE SUBMITTED SHOWING DISTANCE REQUIREMENTS. (REQUIRED FOR RETAIL PACKAGE ONLY)

4. **CONSUMPTION ON PREMISES ONLY:**
   a. Will the business have a minimum of 25 seating capacity, not including bar stools?
      ☐ Yes  ☐ No
      For Office Use Only _____ (Building/ Fire Ins. Sign off)
      _____ (Comments)

5. **AGENT OUTLET MANAGER**
   a. If the license is granted, who will be the active manager of the business?
      Robert Miller
      *Full Name*

6. **OWNERSHIP OF BUSINESS PROPERTY:**
   a. Do you own the property? No _____ Date of Purchase: _____
      Seller's Name: _____ Purchase Price: _____
   b. Is property rented? Yes _____ Agent or Owner: JHO GA-1 Investment, LLC
   c. Manner, which rent is determined? _____
   d. Amount paid per month? $79,167.00 _____ Semi-Annually _____ Annually _____
   e. Submit document such as lease agreement, etc. ☑ Yes  ☐ No

2



f. How is the proposed location zoned? (Contact Zoning Dept. 678-449-3054) __L-1__

7. IS THIS BUISNESS A SOLE PROPRIETOR, PARTNERSHIP, OR CORPORATION? No

   a. **If operating as a corporation, list all of the officers and directors, (separate page if needed), and attach copy of the Articles of Incorporation or certificate of good standing.**

   Name and Office                    Address                        DOB

   _____    _____    _____

   _____    _____    _____

   If operating as a corporation, list the stockholder and the amount of interest of each stockholder.

   _____  ____%    _____  ____%
   _____  ____%    _____  ____%
   _____  ____%    _____  ____%

   b. If operating as a partnership, list the following information and provide a copy of partnership agreement

   Name and Office                    Address                        DOB

   _____    _____  ____  ____%
   _____    _____  ____  ____%

   When and where was the partnership organized? _____

   c. List any other individual or firms owing any interest or receiving any funds from the operation of this business.

   Name                                Address

   _____    _____
   _____    _____
   _____    _____

   *** If additional space is needed to fully complete answers on the application, additional sheets may be attached. Each entry should be numbered to correspond with the question number. ***

3



## Police Department Investigation Report

**INVESTIGATION CONDUCTED FOR:** Quash Seltzer, LLC

Name: John Henry Owoc        Aliases: Jack Owoc

Date of Birth: ___ 1961     SSN #: ___     Sex: Male    Race: Caucasian    Citizenship: United States of America

Telephone #: 954-732-1451       Position: Managing Member

**PRESENT RESIDENCE ADDRESS:**              Do Not Write In Space Below:

Street #   Street Name
Southwest Ranches      FL      33331

City       State       Zip Code
February 2019 - Current

Dates at this address
**PREVIOUS RESIDENCE ADDRESS:**

Street #   Street Name
Davie        FL      33325

City       State       Zip Code
July 2001 - January 2019

Dates at this address

LIST RESIDENCE ADDRESS FOR PREVIOUS SEVEN

YEARS, IF NEEDED ATTACH A SEPARATE SHEET.

Have you ever been arrested or convicted of a felony?

   Yes   ✓ No   If yes, explain; _____

Type of Business: Beverage Manufacturer       Business Address: 7705 Staples Drive, Lithia Springs, GA 30122

About Location: (answer yes or no) _____ Owned _____ Rented  X  Leased

List any members or members of your immediate family or any other person or person's who shall have an interest in such alcoholic lease for which this application is made:

Name          Address          Phone #

Attach names, addresses, and daytime (8-5pm) phone numbers of five personal references of applicant. (Not former employers or relatives); include length of time each has known applicant.

I hereby authorize the City of Douglasville Police Department to receive any criminal history record information pertaining to me, which may be in files of any State or Local Criminal Justice Agency in Georgia.

_____         6/9/2021
Signature                             Date

6





# DOUGLASVILLE
-- ——— GEORGIA ———--

Year 2021

INFORMATION ABOUT THE APPLICANT- This application and the Police Department Investigation Report to be completed by ALL individual stockholders owning 20 percent or more of the corporate stock. Refer to Sec. 10-1. Definitions (Please make additional copies of each form as needed.)

a.  Full Name of Applicant John Henry Owoc

b.  Full Name of Spouse, including maiden name Megan Elizabeth Miller Owoc

c.  Are you a Citizen of the USA? ✓ Yes ☐ No

If no, give green card number & provide a copy: _____

d.  Date of Birth: ▮▮▮ 1961        Place of Birth: McKeesport, Pennsylvania

e.  Home Address: ▮▮▮▮▮▮▮▮ Southwest Ranches, FL 33331

| Street # | Street Name | Apt# | City | State | Zip |

Resident of Georgia: ☐ Yes ✓ No        Number of Years _____

Current County of Residence: Broward        Number of Years 25 years

f.  Give name, address, date of birth, and SSN of ALL children, stepchildren, adopted children, and foster children:

_____ DOB _____ Relationship _____

_____ DOB _____ Relationship _____

_____ DOB _____ Relationship _____

_____ DOB _____ Relationship _____

g.  Has the applicant, spouse, or any individual having any interest either as owner, partner or stockholder ever been convicted or entered a plea of nolo contender within five years immediately prior to the filling of this application for any felony or misdemeanor?

☐ Yes ✓ No If the answer is YES, fill in below:

| DATE | PERSON CHARGED OFFENSE | LOCATION (City/State) | DISPOSITION |
|------|------------------------|-----------------------|-------------|
|      |                        |                       |             |
|      |                        |                       |             |

h.  Occupation for the past seven years in chronological order. State name of company and immediate supervisors and dates of employment.

| COMPANY | SUPERVISOR | DATES |
|---------|------------|-------|
| Vital Pharmaceuticals Inc. d/b/a Bang Energy | John H. Owoc / CEO & CSO | May 1996 - Current |
|         |            |       |

i.  Do you, your spouse, any partner, or stockholder have any financial interest in any wholesale liquor business? If so, give details: No.

j.  Has the applicant or spouse received any financial aid assistance to include land, fixtures, or equipment from any manufacturer or wholesaler of alcoholic beverages? If yes, explain: No.

7



k. List any persons, corporation, partnerships or associations, who presently receive or will receive financial gain from the operations of this business (Financial gain or payment of gain from any interest in the land or fixtures- to include juke boxes, cigarette machines, etc. – building, stock, and other asset of the proposed operation under the license). If yes, explain: _____

l. In the event any corporation is listed as receiving an interest or income from this operation, show the names of the officers and directors of said corporation: ___N/A_____

m. State whether or not applicant, partner, corporation officer, or stockholder holds and alcoholic beverage license in any other jurisdiction. If answer is YES, give name and address of business and name and address of licensee: _____None._____

n. Has any of the above ever applied for an alcoholic beverage license and been:
_____ Denied _____ Suspended _____Revoked  If yes, give name and address of applicant:

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|

o. Do you, your spouse, or any of the other owners, partners, or stockholders have an interest in any liquor stores? [  ] Yes [✓] No If yes, provide the name(s) of the interested party, and name of location of all liquor stores and give details: _____

p. Are you or any member of your family, the owner, leaser, sub-leaser, or any real estate, which is occupied by a retail liquor store? If so, give the location, to any lease or rental agreement, amounts of rents received, and to whom rented or leased: No. _____

q. Do you propose to operate this store solely as a package store? If not, explain: _N/A_____

r. Are you or any member of your family the executor or administrator of beneficiary or heir of any estate having any interest in a retail liquor store? If so, give the location, amount of interest and your capacity with the estate: __No._____

s. Are your or any member of your family the beneficiary or trustee of any trust fund having any interest in a retail liquor store? If so, give the location, amount of interest and your capacity with the estate: _____No._____

t. Has your interest or the interest of your partner, corporation member, or stockholder in this establishment been assigned, pledged, or hypothecated to any person, firm, or corporation, or has any agreement been entered into whereby your interest or the interest of a partner,

8



corporation member, or stockholder is to be assigned, pledged, or sold in part or in whole to any person, firm, or corporation? If yes, explain: ___No.___

u.  Have you, any partner, corporation member, or stock holder ever filled bankruptcy?
    ☐ Yes ☑ No if yes, explain: _____

v.  List below the names and addresses of any person's, firms, or corporations, which either have or will advance monies to you or to any partner, corporation member, or stockholder to assist in financing your investment in this enterprise. Also note if the party was related to applicant.

    Name & Address                          Amount of Loan     Relationship
    _____           _____        _____
    _____           _____        _____

w.  Are you familiar with the City of Douglasville Ordinances, State Laws, and Regulations governing the operations of this type of business? ☑ Yes ☐ No

x.  Do you agree to abide by such ordinances, laws and regulations? ☑ Yes ☐ No

9

STATE OF FLORIDA

COUNTY OF Broward

I, John Henry Owoc , being duly sworn according to law do swear that the facts and information stated by me in the above and foregoing answers to questions are true, and no false or fraudulent statements is made herein and such answers are made in order to procure the granting of such a license.

John H. Owoc

Printed Name of Applicant

Signature of Applicant

If person other than Applicant is filling out this application, complete the information below:

Printed name

Signature

Address

City/ State

Witness as to above signature(s):

Printed Name of Witness

Gabrielle McKean

Signature of Witness

Sworn to and subscribed before me this _____ 9 _____ day of JUNE , 20 21 :

State of FLORIDA County of BROWARD

Commission Expires : 12/5/2024

Notary Public

(seal)

ALEX RODRIGUEZ
Notary Public - State of Florida
Commission # HH 72710
My Comm. Expires Dec 15, 2024
Bonded through National Notary Assn.

10



## GCIC Criminal History Consent Form

I hereby authorize the Douglasville Police Department or any other Federal, State or
Local agency to conduct an investigation on the criminal history record of criminal
history pertaining to the undersigned which may be found in the files of any Federal,
State or Local Criminal Justice Agency as maintained by the Georgia Bureau of
Investigation's Georgia Crime Information Center or similar agency.

John Henry Owoc
_____
Full name-print

                                   FL 33331
_____
Address

Male      Caucasian         1961
Sex       Race             Date of Birth         Social Security Number

_____
Signature

---------------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE- FOR OFFICIAL USE ONLY

Meets Criteria ✔        Has Not Met Criteria ☐

Search conducted by: _____ Date: 8-1-2021

***********************************************

Signed before me the ___ day of _____ 20 ___ BY: _____
Copy of identification attached.

SEAL                    Notary Public, State of Georgia

13



# DOUGLASVILLE
— GEORGIA —

STATE OF FLORIDA

COUNTY OF Broward

I, John Henry Owoc _____, have submitted fingerprints to the Georgia Bureau of Investigation (GBI) through GAPS in compliance with O.C.G.A 3-3-2, being duly sworn according to law do swear that the facts and information stated by me in the above and foregoing answers to questions are true, and no false or fraudulent statements is made herein and such answers were made in order to procure the granting of such a license.

John H. Owoc
_____          _____
Printed Name of Applicant                             Signature of Applicant

If person other than Applicant is filling out this application, complete the information below:

_____          _____
Printed Name                                               Signature

                                                              _____
                                                              Address

                                                              _____
                                                              City/State

Witness as to above signature(s):

Gabrielle McKean
_____          _____
Printed Name of Witness                              Signature of Witness

Javlin Duran
_____          _____
Printed Name of Witness                              Signature of Witness

Sworn to and subscribed before me this ____9____ day of JUNE , 2021 ;

_____          State of FL _____ County of BROWARD
Notary Public

                                                              Commission Expires: 12/15/2024
(Seal)

ALEX RODRIGUEZ
Notary Public · State of Florida
Commission # HH 72710
My Comm. Expires Dec 15, 2024
Bonded through National Notary Assn.

14

Below are the references for John H. Owoc:

1. Keith Arnold    left Message
   
   Charlotte, NC 28202

2. Shaun Blogg  - Known for 8 years, Dependable, he knows a lot about business. Yes he would qualify.
   
   West Palm Beach, FL 33401

3. Gregg Metzger   Known for 18 years, He is a very straight forward man, very good business man, and Yes he would qualify for the license
   
   Weston, FL 33326

4. Frank Massabki -Known for 2 years – Passionate, Driven, Successful hard working person and 100% yes would qualify.
   
   Miami Beach, FL 33141

5. Eric Hillman 
   North Carolina 28273

# Douglas County Sentinel

Licensee: Quash Seltzer , LLC.
## D/B/A:  MIXX

Date of 1st advertisement
August 5th 2021

Date of 2nd advertisement
August 10th 2021

## PUBLIC HEARING

The City of Douglasville will hold a public hearing on August 12, 2021, at 6:00 pm, in the Council Chambers at Douglasville Conference Center, 6700 Church Street, Douglasville, Georgia 30134, to consider the application for Quash Seltzer, LLC. d/b/a: MIXX. Hold a public hearing to consider a request for the alcoholic beverages license for Wholesale Malt Beverage Distributor and The Malt Beverage Manufacturer License at the following establishment:

Proposed Licensee: Quash Seltzer, LLC
D/B/A: MIXX
Location: 7705 Staples Drive
Proposed Agent Outlet Manager: Robert Miller

## PUBLIC HEARING

The City of Douglasville will hold a public hearing on August 12, 2021, at 6:00 pm, in the Council Chambers at Douglasville Conference Center, 6700 Church Street, Douglasville, Georgia 30134, to consider the application for Quash Seltzer, LLC. d/b/a: MIXX. Hold a public hearing to consider a request for the alcoholic beverages license for Wholesale Malt Beverage Distributor and The Malt Beverage Manufacturer License at the following establishment:

Proposed Licensee: Quash Seltzer, LLC
D/B/A: MIXX
Location: 7705 Staples Drive
Proposed Agent Outlet Manager: Robert Miller



| | City of Douglasville | Receipt: 50546 | 07/08/21 |
|---|---|---|---|
| | PO Box 219 | | |
| | Douglasville. GA 30133-0219 | | |

**Cashier:** tuckers

**Received Of:** QUASH SELTZER, LLC/MIXX
QUASH SELTZER, LLC
7705 STAPLES DR
LITHIA SPRINGS GA 30122

**The sum of:** 1,250.04

| BL | 00054216 | | 500.04 |
|---|---|---|---|
| BL | 00054217 | | 750.00 |
| | | Total | 1,250.04 |

| | TENDERED: | MONEY ORDER | 19-279717240 | 250.04 |
|---|---|---|---|---|
| | | MONEY ORDER | 19279717239 | 500.00 |
| | | MONEY ORDER | 19-279717238 | 500.00 |

Signed: _____



| | City of Douglasville | Receipt: 51032 | 07/23/21 |
|---|---|---|---|
| | PO Box 219 | | |
| | Douglasville, GA 30133-0219 | | |
| | **Cashier:** | tuckers | |
| | **Received Of:** | QUASH SELTZER, LLC/MIXX | |
| | | QUASH SELTZER, LLC | |
| | | 7705 STAPLES DR | |
| | | LITHIA SPRINGS GA 30122 | |
| | The sum of: | 249.98 | |

| BL | 00054242 | | 249.98 |
|---|---|---|---|
| | | Total | 249.98 |

TENDERED:     MONEY ORDER     19-296456494          249.98

Signed: _____



# CITY OF DOUGLASVILLE

6695 Church St. | Douglasville GA 30134
Robin Common | 678.449.3078 | P.O. Box 219 Douglasville GA 30133

## OCCUPATIONAL TAX CERTIFICATE

**Business Name:** QUASH SELTZER, LLC/MIXX

**Owner:** QUASH SELTZER, LLC

**Address:** 7705 STAPLES DR
LITHIA SPRINGS, GA 30122

**Issue Date:** 06/18/2021

**Comment(s):**

**Restriction(s):**

**License No:** 2021-13146          **EXPIRES:  12/31/2021**

**Class:** COMMERCIAL BUSINESS

*Kari Calla*

Karin Callan | Finance Director
**LICENSING ONLY**

**THIS LICENSE SHALL BE DISPLAYED IN A CONSPICOUS PLACE UPON THE
LICENSED PREMISES**

**Mail To:**   QUASH SELTZER, LLC/MIXX
20311 SHERIDAN STREET
ATTN: BUSINESS LICENSING
PEMBROKE PINES FL, 33082

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

## LEASE

This Lease made as of this __1__ day of March, 2021, between JHO GA-1 INVESTMENT, LLC, a Florida limited liability company, located at 1600 North Park Drive, Weston, Florida 33326 (hereinafter referred to as "Landlord"), and QUASH SELTZER, LLC, a Florida limited liability company located at 20311 Sheridan Street, Pembroke Pines, Florida 33332 (hereinafter referred to as "Tenant").

Landlord hereby leases to Tenant, and Tenant hereby leases from Landlord, the "Leased Premises" (as defined below), on the following terms and conditions:

### 1. PREMISES.

The premises leased by Tenant hereunder shall be approximately 200,000 square feet of real property and improvements at 7705 Staples Drive, Lithia Springs, Georgia (the "Leased Premises").

### 2. TERM.

The initial term of this Lease (the "Lease Term") shall be sixty (60) months from the Lease Commencement date, commencing on March 1, 2021, and ending on March 1, 2026.

### 3. POSSESSION AND TENANT IMPROVEMENTS

(a)     Tenant may take possession of the Leased Premises as of the Lease execution date so long as Tenant has evidence of insurance as specified subsequently in this Lease and so long as Tenant is in compliance with all applicable building and occupancy regulations. Tenant is also responsible for obtaining a Certificate of Occupancy. Tenant is responsible for paying all utilities from the date Tenant takes possession of the Leased Premises. Beginning on March 1, 2021, Tenant shall be responsible for payment of real estate taxes, property insurance, and common area maintenance (CAM) for the Leased Premises.

### 4. RENTAL.

(a)     During the Lease Term, Tenant agrees to pay, and Landlord agrees to accept as Base Rent for the Leased Premises, seventy nine thousand and one hundred sixty seven dollars ($79,167.00) per month, in advance, by the first day of each month of the Lease Term, plus CAM.

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

(b)     Tenant agrees to deposit zero dollars ($0.00) with Landlord as a security deposit ("Security Deposit) at the signing of this Lease. The Security Deposit shall be held by Landlord in a non-interest-bearing bank account pursuant to Florida Statute § 83.49 and may be applied to losses proven by Landlord to have been proximately caused by Tenant's failure to abide by the terms of this Lease. At the conclusion of the Lease, if there are no damages for which Tenant is responsible, and if Tenant is not in default on any part of the Lease, the Security Deposit will be returned within 15 days following termination or expiration of the Lease. Rent not received by the 5th day of the month shall be subject to a late payment charge equal to 5% of any unpaid rent owed hereunder.

(c)     Landlord shall also reasonably estimate in advance the amounts Tenant shall owe for real estate taxes, and property insurance required to be maintained by Landlord, as set forth in Section 25(a) of the Lease ("Insurance"), for any full or partial calendar year of the Lease Term. Tenant shall pay such estimated amounts on a monthly basis, on or before the first day of each calendar month, beginning on April 1, 2021. Landlord, upon request from Tenant, shall provide a written statement (the "Statement") to Tenant showing the amount of actual taxes and insurance for the foregoing calendar year (or portion thereof, as the case may be), along with copies of the applicable invoice and contract from the insurance company and tax bills from the taxing authority. If the Statement shows that Tenant's estimated payments made to Landlord during the previous calendar year (or portion thereof) were less than Tenant's actual obligations for taxes and insurance for the previous year (or portion thereof), then Tenant shall pay the difference within 30 days of delivery of the Statement. If the Statement shows that Tenant's estimated payments exceeded Tenant's actual obligations for taxes and insurance, Tenant shall receive a credit for the difference against payments of rent next due. If the Lease Term shall have expired and no further rent shall be due, then Landlord shall refund the difference within 30 days of delivery of the Statement.

5.     **RENEWAL.**

Unless Tenant gives written notice to Landlord at least 120 days prior to the expiration of the then-current Lease Term (or Renewal Term, as the case may be), of its intention not to renew this Lease, then the Lease shall automatically be extended for one period of five (5) years. The rental rate of each renewal period, beginning with the first one, will be equal to the rental rate of the prior period plus an additional 2.5%.

6.     **USES.**

(a)     The Tenant shall use the Leased Premises for office, brewery production, showroom, and warehousing activities reasonably correlated to the operation of Tenant's business, and for no other purpose without written consent of the Landlord, which shall not be unreasonably withheld or delayed. Tenant will not do or permit anything to be done on the

2

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

Leased Premises which shall result in cancellation of insurance, or which shall in any way conflict with any applicable laws, statutes, ordinances, and governmental rules relating to Tenant's use of the Leased Premises.

(b)　　In consideration of existing and future legislation concerning the handling, storage, use, and disposition of dangerous/hazardous chemicals and materials, Tenant and Landlord acknowledge the risks and liabilities associated with same and agree to the following: Tenant shall determine what laws, regulations and ordinances regarding the handling, storage, use and disposition of dangerous/hazardous chemicals and materials apply to Tenant's business with respect to the Leased Premises. Tenant shall take all reasonably necessary steps, including any inspections, tests or studies, as required by such laws to cause prompt and ongoing compliance therewith. Tenant agrees to notify Landlord and the appropriate authorities in accordance with the requirements of any applicable Environmental Laws of any material spills or improper discharges of any dangerous/hazardous chemicals and materials. Further, in addition to and in further support of any compliance with any other hold harmless and indemnification obligations expressly set forth herein, Tenant acknowledges and assumes total responsibility for any and all dangerous/hazardous chemicals and materials it may handle, store, use and dispose of in or about the Leased Premises. Such responsibility shall include, but not be limited to, medical costs and personal injury awards (compensatory and/or punitive), environmental clean-ups required by any governmental authority having jurisdiction thereof and related costs, governmental fines, indirect and/or consequential damages and losses including without limitation the loss of rents from third party tenants of Landlord, against Landlord and/or Tenant resulting from Tenant's willful and/or negligent handling, storage, use, disposition of dangerous/hazardous chemicals and materials, and/or Tenant's noncompliance with applicable law. Tenant shall, upon governmental request or upon Landlord's reasonable request, disclose the type and quantity of dangerous/hazardous chemicals and materials Tenant is/has handled, stored, used, disposed of or intends to handle, store, use or dispose of in or about the Leased Premises.

7.　　**SERVICES.**

Commencing on the Possession Date and during the Lease Term (and any Renewal Term), Tenant shall be responsible for all utilities for the Leased Premises and trash removal. Tenant shall not permit the accumulation of trash or refuse matter on the Leased Premises or anywhere in or near the Leased Premises. If Tenant refuses or neglects to remove accumulation of trash or refuse matter to Landlord's reasonable satisfaction, Landlord may arrange for such removal upon prior written notice to Tenant, the cost of which, plus 5% for administrative and overhead costs, shall be payable as additional rent, within ten (10) days of invoice date.

8.　　**OUTSIDE STORAGE**.

Tenant shall not store any waste materials, supplies or product outside of the Building or

3

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

surrounding property.

### 9.   SIGNAGE.

Tenant shall have the right to display a business sign on the Premises in conformity with any pertinent regulations of the municipality in which the Leased Premises are located, and after Landlord has approved the design thereof. Tenant agrees to follow all applicable city codes concerning signage and, upon expiration of this Lease, shall return the Building façade and monument sign to its condition at the commencement of this Lease, wear and tear and casualty excepted.

### 10.   MAINTENANCE AND REPAIR.

(a)    Landlord represents and warrants to Tenant that the electrical and mechanical systems, fire protection, alarm system, and heating and air conditioning systems at the Leased Premises have been fully inspected and shall be in good working order and condition on the date Tenant takes possession of the Leased Premises.

(b)    Commencing on the Possession Date and during the Lease Term, Tenant shall commit no act of waste and shall keep the Leased Premises and the mechanical systems in good condition and repair, at its own expense, except for damage by fire, acts of God or the elements or damage which the Landlord is required to repair hereunder. Tenant will also be responsible for maintenance to the heating and air conditioning systems, and the floor of the Leased Premises. Landlord will maintain the yard and lawn areas as part of CAM. Landlord may inspect the Leased Premises from time to time and during normal business hours to determine whether Tenant is in compliance with maintenance and repair duties as set forth herein so long as 48 hours advanced written notice is provided to Tenant. Landlord may give Tenant written notice of any repairs that it reasonably and in good faith determines are needed. If Landlord delivers such a notice, Tenant shall complete the repairs as soon as reasonably practicable and be subject to a follow-up inspection. If Tenant fails to make the repairs within a reasonable period of time, Landlord may arrange to have them made after giving further written notice to Tenant, the cost of which, plus 10% for administrative and overhead costs, shall be payable as additional rent, within 30 days of invoice date. On the last day of the Lease Term or Renewal Term hereof, Tenant will surrender the Leased Premises to Landlord in as good condition as they were at the beginning of the Lease Term, excepting reasonable wear and tear, obsolescence and damage by fire, acts of God or the elements or damage which the Landlord is required to repair hereunder.

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

     (c)     Landlord, at its sole expense, will maintain in good order and repair all structural portions of the Leased Premises, including the foundation, Building structure, roof and exterior walls, unless such repairs directly result from the misuse of the Leased Premises by or negligence on the part of the Tenant, its agents or employees, and are not covered by insurance, in which event Tenant will be responsible for such repairs.

## 11.    ALTERATIONS, FIXTURES, AND PERSONAL PROPERTY.

     (a)     Tenant may, from time to time at its own expense and upon notice to Landlord, make such alterations, improvements, repairs, and additions to and upon the Leased Premises and install thereon such fixtures, equipment, furniture and property as it may consider advisable for the conduct or operation of its business, provided that (i) all work shall be done in a good and workmanlike manner and in accordance with all the other provisions of this Lease and all applicable building and fire codes, (ii) the structural integrity of the Building shall not be impaired, (iii) Tenant shall first submit to Landlord complete plans and specifications for any alterations, additions or improvements to the Leased Premises, and (iv) Tenant shall first obtain Landlord's written consent to make such alterations, improvements or additions including Landlord's approval of the plans and specifications therefor. Landlord agrees that it will not unreasonably withhold, condition, or delay consent to the making of such alterations, improvements or additions, so long as the structural integrity of the Building is not impaired thereby. If the Leased Premises shall at any time during the Lease Term become subject to any mechanic's, laborer's or materialmen's lien based upon the furnishing of material or labor to Tenant on the Leased Premises, Tenant shall cause the same, at Tenant's expense, to be discharged within thirty 30 days after notice thereof, unless the lien is then being litigated in good faith by Tenant, in which case Tenant shall indemnify and hold Landlord harmless from and against any such lien and shall secure Landlord by posting a bond or other cash deposit with Landlord in the amount of such lien to Landlord's satisfaction.

     (b)     All improvements made by Tenant to the Leased Premises which are still attached to the Leased Premises so that they cannot be removed without material injury to the Leased Premises, shall become the property of Landlord upon installation. Not later than the last day of the Lease Term (including any Renewal Term), Tenant shall, at Tenant's expense, remove all of Tenant's personal property and those improvements made by Tenant which have not become the property of Landlord, and repair all damages done by or in connection with installation or removal of said property improvements, and surrender the Leased Premises in as good condition as they were at the beginning of the Lease Term, reasonable wear and tear and casualty excepted. All property of Tenant remaining on the Leased Premises after the last day of the Lease Term or Renewal Term shall be conclusively deemed abandoned and may be removed by Landlord. Tenant shall reimburse Landlord for the cost of such removal.

5

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs. Georgia

12.     **ASSIGNMENT AND SUBLEASING.**

The Tenant shall not transfer, mortgage, pledge or encumber this Lease or any interest therein. Tenant shall be permitted to sublease the Leased Premises. Tenant is only allowed to assign Lease if Tenant's business is sold to a third-party purchaser that meets Landlord's typical qualifications for tenancy.

13.     **RIGHT OF ENTRY.**

The Landlord shall have the right to enter the Leased Premises, for the purpose of inspecting the physical condition of the Leased Premises or making repairs required or permitted herein, provided that such entry shall not interfere with the business of the Tenant and Landlord provides Tenant with at least 48 hours advanced written notice of such plans to enter. Landlord shall also have the right to exhibit the Leased Premises to prospective purchasers and, during the last six (6) months of the Lease Term or Renewal Term, to prospective tenants. All such rights of entry shall be subject to the security regulations of the Tenant, shall be upon reasonable prior notice to Tenant, and shall be at reasonable times. Tenant shall not unreasonably interfere with Landlord's right of entry on the basis of security or otherwise.

14.     **QUIET ENJOYMENT.**

The Landlord shall put Tenant in possession of the Leased Premises and the appurtenances thereof at the beginning of the term hereof and the Tenant, upon paying the rent and observing the other covenants and conditions herein, shall peaceably and quietly hold and enjoy the Leased Premises during the Lease Term and any extension thereof. The Landlord shall warrant and defend the Tenant in the enjoyment and peaceful possession of the Leased Premises during the Lease Term and any extensions thereof.

15.     **HOLDING OVER.**

If the Tenant remains in the Leased Premises beyond the expiration of this Lease, the tenancy shall continue as a tenancy from month to month on all the terms and conditions set forth in this Lease except duration and rent. Rent shall increase 25% on an annual basis.

16.     **SUCCESSORS.**

This Lease shall inure to the benefit of and be binding upon the parties hereto, their respective heirs, administrators, executors, representatives, successors and assigns.

6

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

17.   **INTENDED USE OF PREMISES.**

In the event that any governmental agencies should determine and so notify the Landlord and Tenant that the Leased Premises are not properly zoned or constructed to meet the intended use and operations of the Tenant, then either party shall have the right to terminate this Lease effective with the date of such notice.

18.   **REGULATORY COMPLIANCE.**

(a)     Tenant shall comply with all applicable federal, state and local laws, regulations, administrative rulings, orders and ordinances pertaining to the occupancy and use of the Leased Premises in the conduct of Tenant's business, including but not limited to the Americans with Disabilities Act ("ADA") and all applicable environmental laws and regulations, including those relating to hazardous substances. The term "Environmental Laws" shall include, without limitation, the Comprehensive Environmental Response, Compensation and Liability Act, as amended 42 U.S.C. section 9601 et seq. and the Resource Conservation and Recovery Act, 42 U.S.C. section 6901 et seq., as amended from time to time, and any similar federal, state and local laws and ordinances and the regulations and rules implementing such statutes, laws and ordinances. Landlord represents that at the time of possession by Tenant, the Leased Premises shall be in compliance with all applicable laws, including but not limited to ADA regulations, except to the extent the Leased Premises are exempt due to the age of the Building.

(b)     If Tenant undertakes any modifications to the Leased Premises during the Lease Term that cause the Leased Premises not to be in compliance with the ADA or lose its exempt status under the ADA, Tenant shall be responsible for bringing the Leased Premises into compliance therewith.

(c)     Neither the Tenant nor any agent or party acting at the direction of or with the consent of the Tenant shall treat, store, or dispose of any "hazardous substance," as defined in the environmental laws referenced above, or petroleum or crude oil on or from the Leased Premises.

(d)     Tenant shall fully and promptly pay, perform, discharge, defend, indemnify and hold harmless Landlord from and against any and all claims, orders, demands, causes of actions, proceedings, judgments or suits and all liabilities, losses, costs or expenses (including, without limitation, technical consultant fees, court costs, expenses actually paid by Landlord to third parties and reasonable legal fees incurred by Landlord) and damages arising out of or as a result of (i) the "release" by Tenant, its employees, agents, or contractors, of any "hazardous substance" as those terms are defined in the Environmental Laws referenced above, or petroleum (including crude oil or any refraction thereof) into, on or from the Leased Premises, or (ii) the existence of any "hazardous substances" or petroleum at, on or in the Leased Premises or neighboring properties caused or placed therein by Tenant, its employees, agents, or

7

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

contractors other than in accordance with the terms of this Lease. The remedies set forth in this section are in addition to and not in limitation of any other rights and remedies of Landlord contained in this Lease, or at law or in equity.

19.   **NOTICES.**

In every case, when under the provisions of this Lease, it shall be necessary or desirable for the Tenant or the Landlord to serve any notice or demand on the other, such notice or demand shall be served personally or by registered or certified mail or by nationally recognized courier service (such as Federal Express) for overnight delivery, addressed to the Landlord or Tenant at its address on page one (1) hereof, until otherwise directed in writing by the Landlord or Tenant, as applicable.

20.   **TENANT'S DEFAULT.**

(a)   The Landlord shall have the right to terminate this Lease or to terminate Tenant's right of possession without terminating this Lease in the event that:

(i)   Any single monthly rent per rental year is not paid within three (3) days after the due date thereof and continues to remain unpaid for a period of five (5) business days after written (email) notice of such nonpayment is given by the Landlord to Tenant.

(ii)   Tenant fails to correct or cure any material breach of or default under any representation, warranty, covenant or other agreement of the Tenant contained in this Lease, except with respect to nonpayment of rent, within 30 days after Landlord has notified Tenant in writing of any such breach thereof (provided that if such cure cannot be completed within such 30-day period, Tenant will not be in default so long as Tenant commences to cure such failure within such 30-day period and thereafter diligently pursues such cure to completion).

(iii)   A proceeding is commenced to declare Tenant bankrupt or insolvent or any assignment of Tenant's property is made for the benefit of creditors, or a receiver or trustee is appointed for Tenant or Tenant's property or business, and such proceeding is not dismissed or such a receiver/trustee is not removed within a period of ninety (90) days thereafter.

(b)   In the event of Tenant's default under Section 21 (a) above, Landlord shall have the right to:

(i)   exercise the right to "lock out" Tenant until such time as payments are current; or

8

Quash Seltzer, LLC
7705 Staples Drive, Lithia Springs, Georgia

       (ii)     immediately re-enter and take possession of the Leased Premises without terminating this Lease, in which case the Tenant shall continue to be liable for rents due hereunder as and when they become due and payable; or

       (iii)    declare this Lease to be terminated, in which event this Lease, all rights of the Tenant, and all duties of the Landlord shall immediately cease and terminate, and the Landlord may possess and enjoy the Leased Premises as though this Lease had never been made, without prejudice, however, to any and all rights of action against the Tenant the Landlord may have to recover the present value of the net rent (the rent provided for hereunder net of the rent obtained by Landlord by re-letting the Leased Premises) (which rent, for the entire balance of the Lease Term, shall become immediately due and owing to the Landlord), damages, or breach of covenant, in respect to which the Tenant shall remain and continue liable notwithstanding such termination.

       (c)     Forbearance by Landlord to enforce any remedy upon any default by Tenant will not constitute a waiver of such default. The failure of Landlord to insist at any time upon the strict performance of any covenant or agreement or to exercise any option, right, power or remedy contained in this Lease will not be construed as a waiver or a relinquishment thereof for the future. The remedies set forth in this Section are in addition to and not in limitation of any other rights and remedies of Landlord contained in this Lease, or at law or in equity.

       (d)     Notwithstanding anything to the contrary herein, in the event of a default and resulting termination of this Lease and surrender of possession of the Leased Premises, Landlord shall use commercially reasonable, good faith efforts to mitigate its damages by attempting to re-let the Leased Premises, for such term or terms and on such terms and conditions as Landlord, in its reasonable discretion, may determine, and recover from Tenant all costs and expenses reasonably incurred in connection with any such re-letting.

21.    **EMINENT DOMAIN - CONDEMNATION.**

In the event the Leased Premises or any part thereof shall be taken in an eminent domain proceeding, the following provisions shall be controlling:

       (a)     If the whole of the Leased Premises shall be acquired or condemned by eminent domain for any public or quasi-public use or purpose ("Condemned"), then and in that event the Lease Term shall cease and terminate from the date of title vesting in such condemning authority and Tenant shall have no claim against Landlord for the value of any unexpired Lease Term, except that any compensation specifically and independently awarded to Tenant for loss of business or goodwill or for its personal property shall be the property of Tenant.

       (b)     If any part of the Leased Premises shall be condemned and such partial

9

7705 Staples Drive, Lithia Springs, Georgia

condemnation prevents or renders the Leased Premises not suitable for the continued conduct of Tenant's business, then and in such event Tenant shall have the right to terminate this Lease by delivering a written notice of cancellation to Landlord within 30 days after Tenant shall have received notice from Landlord of such condemnation, whereupon this Lease shall cease and terminate as of the date of such notice of cancellation.

(c)     In the event of any condemnation or taking as hereinbefore provided, either whole or partial, Tenant shall not be entitled to any part of the award as damages or otherwise for such condemnation and Landlord is to receive the full amount of such award, the Tenant hereby expressly waiving any right or claim to any part thereof: except that Tenant shall be entitled to receive and retain any amounts which may be specifically awarded to it in such condemnation proceedings because of the taking of its trade fixtures and for relocation expenses. It is understood that in the event of the termination of this Lease as aforesaid, neither Landlord nor Tenant shall have any claim against the other for the value of any unexpired term of this Lease and Tenant shall have no right or claim to any part of the award on account thereof.

(d)     If this Lease remains in full force and effect, on the date of the taking, the monthly rent shall be reduced by an amount that is in the same ratio to the monthly rent as the value of the portion of the Leased Premises taken bears to the total value of the Leased Premises immediately before the date of taking and Landlord will restore the Building to an architecturally complete unit to the extent of available condemnation proceeds.

(e)     Rent shall be abated or reduced during the period from the date of the taking until the completion of any restoration, but all other obligations of the Tenant under this Lease shall remain in full force and effect. The abatement or reduction of rent shall be based on the extent to which the restoration interferes with the Tenant's use of the Leased Premises.

(f)     Each of Landlord and Tenant may, at its option, seek or challenge in any administrative or judicial proceeding the condemnation award to which it believes it is entitled to the extent provided hereunder and under applicable law. In the event either Landlord or Tenant elects to initiate or participate in any such proceeding, each agrees that it shall be solely responsible for its own costs and expenses incurred in connection therewith (including without limitation its attorneys' fees), and that neither shall be responsible for any portion of the other's costs and expenses.

22.   **TAXES**.

Tenant shall pay before delinquency all taxes. assessments. license fees, and other charges ("Taxes") that are levied and assessed against the Tenant's personal property installed or located in or on the Leased Premises, and that become payable during the Lease Term. Landlord will promptly pay all real estate taxes and assessments as they become due and be reimbursed by Tenant for Tenant's proportionate share thereof, as set forth in Section 4 hereof.

10

7705 Staples Drive, Lithia Springs. Georgia

23.   **DAMAGE OR DESTRUCTION**.

(a)   If, during the Lease Term, the Leased Premises are totally or partially destroyed from any cause, rendering the Leased Premises totally or partially inaccessible or unusable, either party may elect to terminate this Lease, but if neither party terminates the Lease, Landlord shall restore the Leased Premises to its condition immediately before such damage or destruction and this Lease shall continue in full force and effect. If the existing laws do not permit the restoration, either party may terminate this Lease immediately by giving written notice to the other.

(b)   If the Lease is not terminated, in case of damage or destruction, there shall be an abatement or reduction of rent from the date of destruction to the date of substantial completion of restoration, based on the extent to which the destruction interferes with Tenant's use of the Leased Premises.

24.   **INSURANCE**.

(a)   Landlord shall maintain an insurance policy for the duration of the Lease Term and any renewals that may be granted to Tenant, insuring the Leased Premises against loss or damage by fire with extended coverage endorsement in an amount not less than one hundred percent (100%) of the full replacement insurable value as determined from time to time. The term "full replacement insurable value" shall mean actual replacement costs (exclusive of the costs of excavation, foundations, and footings below the basement floor) without deduction for physical depreciation. Such insurance shall be issued by financially responsible insurers, duly authorized to do business in the State of Florida. Tenant shall reimburse Landlord for the cost of such insurance, as set forth in Section 4 hereof.

(b)   Tenant shall carry General Comprehensive Liability Insurance against claims for personal injury, death or property damage occurring upon, in or about the Leased Premises or as a result of Tenant's activities on the Leased Premises. The limit of such insurance shall not be less than $1,000,000.00 combined single limit in respect to injury or death to a single person or occurrence, and shall not be less than $1,000,000.00 in respect to all property damage arising out of one occurrence. Such policies shall name Landlord as additional Insured, and certificates thereof shall be provided to Landlord upon delivery of possession of the Leased Premises to Tenant and as reasonably requested thereafter. Such policies shall provide that no cancellation or material change shall become effective until at least thirty (30) days after notice to Landlord of such cancellation or material change. Tenant agrees to notify Landlord in writing thirty (30) days prior to the date any material adverse change in or any nonrenewal of such policies is to become effective.

(c)   Tenant and Landlord, for themselves and all others claiming under them, including any insurer, waive all rights including rights of subrogation against the other for loss, damage, or liability resulting from a risk which is insured against by either party.

11

7705 Staples Drive, Lithia Springs, Georgia

provided that such release of liability and waiver of the right of subrogation shall not be operative in any case where the effect thereof is to invalidate such insurance coverage. To the extent necessary, the parties shall obtain consents to such waiver from insurers.

25.   **INDEMNIFICATION.**

Tenant agrees to indemnify and save harmless Landlord from any and all claims, orders, demands, causes of actions, proceedings, judgments or suits and all liabilities, losses, costs and expenses (including without limitation, technical consultant fees, court costs, expenses paid to third parties and reasonable legal fees) and damages (i) arising out of Tenant's material breach of any of its obligations under this Lease, or (ii) for personal injury or property damage that may be made against the Landlord which arise out of Tenant's use of the Leased Premises, unless such claim is due to the negligence, misconduct, or fraudulent or wrongful acts of Landlord, its officers, agents, employees, servants or representatives. The remedies set forth in this section are in addition to and not in limitation of any other rights and remedies of Landlord contained in this Lease, or at law or in equity.

26.   **SEVERABILITY.**

In case any one or more of the provisions contained in this Lease shall for any reason be held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalidity, or unenforceability shall not affect any other provision thereof, and this Lease shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

27.   **GOVERNING LAW.**

All matters affecting the interpretation of this Lease and all rights of the parties hereunder shall be governed by the laws of the State of Florida, except such provisions of the law of the State of Georgia as may not be abrogated by contract.

28.   **RECORDATION.**

It is the intention of the parties that this Lease shall not be recorded. The parties at the request of either party forthwith shall execute a "Memorandum of Lease" containing dates of commencement and expiration of the Lease Term, and Tenant's renewal rights, and otherwise in a recordable form. Such Memorandum of Lease may be recorded by either party.

29.   **ESTOPPEL CERTIFICATES.**

Tenant and Landlord each agree that Tenant or Landlord, as applicable (the "responding party"), at any time upon no less than 30 days prior written notice from the other party hereto (the "requesting party"), shall execute and deliver to the requesting party a statement in writing certifying that this Lease is not modified and is in full force and effect (or, if modified, stating

12

7705 Staples Drive, Lithia Springs, Georgia

the nature of such modification and certifying that this Lease, as modified, is in full force and effect); certifying the date to which the rent and other charges are paid in advance, if any; and acknowledging that the responding party has no knowledge of any uncured defaults on the part of the requesting party (or specifying such defaults, if any). Any statement made pursuant to this provision may be conclusively relied upon by any prospective purchaser or encumbrancer of the Leased Premises or any other person who may reasonably request such a statement.

30. **ENTIRE AGREEMENT**.

This Lease, including all exhibits and attachments hereto, contains the entire agreement of the parties hereto with respect to the subject matter hereof, supersedes any and all prior agreements with respect thereto, and may not be changed, modified or amended except by an agreement in writing signed by both Landlord and Tenant. Any waiver by any party of any of its rights under this Lease or of any breach of this Lease shall not constitute a waiver of any other rights or of any other or future breach.

31. **COUNTERPARTS.**

This Lease may be executed in two or more counterparts, each of which shall be an original and together shall constitute one and the same instrument. A signed copy of this Lease may be delivered by either of the parties by facsimile or electronic transmission, and such execution and delivery shall be considered valid, binding and effective for all purposes.

**IN WITNESS WHEREOF**, the parties have hereunto set their hands in duplicate.

LANDLORD:     JHO GA-I INVESTMENT, LLC

By: _____
    John H. Owoc, Managing Member

TENANT:     QUASH SELTZER, LLC

By: _____
    John H. Owoc, Managing Member

13



# State of Florida

## Department of State

I certify from the records of this office that QUASH SELTZER, LLC, is a limited liability company organized under the laws of the State of Florida, filed on August 4, 2020, effective August 4, 2020.

The document number of this company is L20000224976.

I further certify that said company has paid all fees due this office through December 31, 2020, and its status is active.

Authentication Code: 120A00014675-080520-L20000224976-1/1

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capital, this the
Fifth day of August, 2020



*Secretary of State*

850-617-6381                8/5/2020 2:08:56 PM  PAGE   2/002   Fax Server

RECEIVED 08/05/2020 13:20



August 5, 2020

FLORIDA DEPARTMENT OF STATE
Division of Corporations

QUASH SELTZER, LLC
1600 NORTH PARK DRIVE
WESTON, FL  33326

The Articles of Organization for QUASH SELTZER, LLC were filed on
August 4, 2020, effective August 4, 2020, and assigned document number
L20000224976.  Please refer to this number whenever corresponding with
this office.

The certification you requested is enclosed.  To be official, the
certification for a certified copy must be attached to the original
document number that was electronically submitted and filed under FAX
audit number H20000260681.

To maintain "active" status with the Division of Corporations, an annual
report must be filed yearly between January 1st and May 1st beginning in
the year following the file date or effective date indicated above.  If
the annual report is not filed by May 1st, a $400 late fee will be added.
It is your responsibility to remember to file your annual report in a
timely manner.

A Federal Employer Identification Number (FEI/EIN) will be required when
this report is filed.  Apply today with the IRS online at:

https://sa.www4.irs.gov/modiein/individual/index.jsp.

Please be aware if the limited liability company address changes, it is
the responsibility of the limited liability to notify this office.

Should you have any questions regarding this matter, please contact this
office at the address given below.

DANIEL L O'KEEFE
Regulatory Specialist II
New Filing Section
Division of Corporations          Letter Number: 120A00014675

P.O BOX 6327 – Tallahassee, Florida 32314

# ARTICLES OF ORGANIZATION

## Article I. Name

The name of this Florida limited liability company is:

Quash Seltzer, LLC

## Article II. Address

The street address of the Company's initial principal office is:

Quash Seltzer, LLC
1600 North Park Drive
Weston FL 33326

The mailing address of the Company's initial principal office is:

Quash Seltzer, LLC
1600 North Park Drive
Weston FL 33326

## Article III. Registered Agent

The name and street address of the Company's registered agent is:

Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach FL 33408

## Article IV. Transferability of Membership Interests

No members shall have the right to assign their membership interests in the Company without the written agreement of all of the membership interests, unless otherwise provided in the Company's Operating Agreement. If the assignment is not approved by all of the membership interests, the assignee shall have no right to become a member, to participate in the management of the Company, or to exercise any other rights or powers of a member. The assignee shall merely be entitled to receive the share of profits and other distributions and the allocation of income, gain, loss deduction, credit or similar item to which the assignor was entitled, to the extent assigned.

Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107

Copyright © 1993-2020 CC

## Article V. Distribution of Profits

Unless otherwise provided in the Company's Operating Agreement, there shall not be any distribution of profits unless each separate distribution is approved by the affirmative vote of members who own more than 50% of the voting interest in the Company. The voting members shall have complete discretion on when and if to approve any distribution of profits.

## Article VI. Management

This will be a member-managed company. The name and address of each member is:

John H. Owoc
1600 North Park Drive
Weston FL 33326

## Article VII. Company Existence

The Company's existence shall begin effective as of August 4, 2020.

The undersigned authorized representative of a member executed these Articles of Organization on 8/4/2020.

_____

CORPORATE CREATIONS INTERNATIONAL
Diana Serra Vice President
Carlos M Alvarez, Attorney-in-Fact

Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107

Copyright © 1993-2020 CC

# STATEMENT OF REGISTERED AGENT

LIMITED LIABILITY COMPANY:
Quash Seltzer, LLC


REGISTERED AGENT/OFFICE:
Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach FL 33408
UNITED STATES


I agree to act as registered agent to accept service of process for the company named above at the place designated in this Statement. I agree to comply with the provisions of all statutes relating to the proper and complete performance of the registered agent duties. I am familiar with and accept the obligations of the registered agent position.

CORPORATE CREATIONS NETWORK INC.
Carlos M Alvarez, Special Secretary

Date: August 4, 2020.




Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107

Copyright © 1993-2020 CC