# Biography



**John D'Amico**
Managing Director

**Address:**
787 7th Avenue
5th Floor
New York, NY 10019

**Phone:** (212) 895-1830
**Email:** john.damico@millerbuckfire.com

**John D'Amico** is a **Managing Director** of Miller Buckfire. Mr. D'Amico is an advisor to a broad range of clients (companies, Boards of Directors, lenders / creditors, equity holders, labor unions and other stakeholders) across multiple industries in complex Chapter 11 and out-of-court restructurings, mergers and acquisitions (M&A), financing and special situation transactions. Mr. D'Amico's company-side advisory includes mandates for Gibson Brands, Vertellus Specialties, Inc., K-V Pharmaceuticals, EveryWare Global, Sager Creek, Classic Party Rentals, Velti plc, Agera Energy, among others. Mr. D'Amico has advised official committees of unsecured creditors in the Chapter 11 cases of Dean Foods, iHeart Media, Claire's Stores, Momentive Performance Materials, M&G Chemicals, Caesars Entertainment Operating Company, Eastman Kodak, Innkeepers USA Trust, MSR Resorts, Aventine Renewable Energy, among others. Mr. D'Amico has been an advisor to labor unions including the Association of Professional Flight Attendants ("APFA") of American Airlines in the Chapter 11 restructuring and merger with US Airways and the National Basketball Players Association ("NBPA"), the labor union of ~450 active NBA players, on the negotiation and execution of the 2017 collective bargaining agreement with the NBA. Mr. D'Amico has advised lenders and other stakeholders in the restructurings of Abitibi-Bowater, Highland Hospitality, Accuride and Great Atlantic & Pacific Tea Company (A&P), Vanguard Natural Resources, among others.

## Career Background

Prior to Miller Buckfire, Mr. D'Amico was a senior member of the Restructuring and Recapitalization Group of Jefferies LLC. Prior to that, he was a Director of Business Development at Clear Channel Communications responsible for strategic planning and execution of strategic initiatives (including acquisitions, divestitures and real estate investments) for Clear Channel Entertainment (d/b/a Live Nation). Mr. D'Amico began his career as an investment banker covering media & entertainment at Furman Selz LLC.

## Education

M.B.A., New York University
B.B.A., University of Michigan

## Selected Transaction Experience:

- Abitibi-Bowater
- Accuride Corporation
- Agera Energy
- American Airlines
- Aventine Renewable Energy
- Caesars Entertainment
- Claire's Stores
- Classic Party Rentals
- Dean Foods

- Eastman Kodak
- EveryWare Global
- Frontier Communications
- Gibson Brands
- GNC
- Great Atlantic & Pacific Tea Company (A&P)
- Highland Hospitality
- iHeart Media
- Innkeepers USA Trust

- K-V Pharmaceuticals
- M&G Chemicals
- MSR Resorts
- National Basketball Players Association
- Rex Energy
- Sable Permian
- Sager Creek
- Vanguard Natural Resources
- Velti PLC

Committee's Exhibit
**21**