| Case | Petition Date | DIP Amount ($MM) | | | Roll-Up Factor (B/A) |
|---|---|---|---|---|---|
| | | Total | New Money (A) | Roll-Up (B) | |
| TPC Group, Inc.[1] | 6/1/22 | $523 | $285 | $238 | 0.8x |
| Sungard AS New Holdings, LLC[2] | 4/11/22 | 336 | 105 | 231 | 2.2x |
| Philippine Airlines, Inc.[3] | 9/3/21 | 505 | 403 | 102 | 0.3x |
| Gulfport Energy Corporation[4] | 11/13/20 | 263 | 105 | 158 | 1.5x |
| Oasis Petroleum Inc.[5] | 9/30/20 | 450 | 150 | 300 | 2.0x |
| Tailored Brands, Inc.[6] | 8/2/20 | 500 | 102 | 398 | 3.9x |
| Denbury Resources, Inc.[7] | 7/30/20 | 614 | 290 | 324 | 1.1x |
| Ascena Retail Group, Inc.[8] | 7/23/20 | 712 | 217 | 495 | 2.3x |
| Briggs & Stratton Corporation[9] | 7/20/20 | 678 | 352 | 326 | 0.9x |
| Lakeland Tours, LLC (WorldStrides)[10] | 7/20/20 | 368 | 216 | 152 | 0.7x |
| GNC Holdings, Inc.[11] | 6/23/20 | 475 | 100 | 375 | 3.8x |
| 24 Hour Fitness Worldwide, Inc.[12] | 6/15/20 | 500 | 250 | 250 | 1.0x |
| Centric Brands Inc.[13] | 5/18/20 | 435 | 271 | 164 | 0.6x |
| OneWeb Global Limited[14] | 3/27/20 | 300 | 75 | 225 | 3.0x |
| Pier 1 Imports, Inc.[15] | 2/17/20 | 256 | 63 | 193 | 3.1x |
| American Commercial Lines, Inc.[16] | 2/7/20 | 690 | 137 | 553 | 4.0x |
| Median | | $488 | $183 | $244 | 1.8x |
| Mean | | 475 | 195 | 280 | 1.9x |
| **Vital Pharmaceuticals, Inc.** | **10/10/22** | **$455** | **$100** | **$355** | **3.5x** |

1) See [Case 22-10493-CTG]: Final DIP Order [Doc. 566], DIP Motion [Doc. 36] and First Day Declaration [Doc. 27].
2) See [Case 22-90018-DRJ]: Final DIP Order [Doc. 220], DIP Motion [Doc. 3] and First Day Declaration [Doc. 7].
3) See [Case 21-11569-SCC]: Disclosure Statement [Doc. 261], Final DIP Order [Doc. 123] and DIP Motion [Doc. 15].
4) See [Case 20-35562]: Final DIP Order [Doc. 468] and DIP Motion [Doc. 29].
5) See [Case 20-34771]: Amended Order Approving the Disclosure Statement & Prepackaged Plan [Doc. 335], Interim DIP Order [Doc. 73] and DIP Motion [Doc. 30].
6) See [Case 20-33900]: Final DIP Order [Doc. 512] and DIP Motion [Doc. 25].
7) See [Case 20-33801]: Final DIP Order [Doc. 255], DIP Motion [Doc. 37] and First Day Declaration [Doc. 3].
8) See [Case 20-33113-KRH]: Final DIP Order [Doc. 587] and Revised DIP Motion [Doc. 567].
9) See [Case 20-43597]: Final DIP Order [Doc. 526] and DIP Motion [Doc. 35].
10) See [Case 20-11647-JLG]: Final DIP Order [Doc. 95] and DIP Motion [Doc. 28].
11) See [Case 20-11662-KBO]: Final DIP Order [Doc. 502] and DIP Motion [Doc. 18].
12) See [Case 20-11558-KBO]: Final DIP Order [Doc. 652] and DIP Motion [Doc. 17].
13) See [Case 20-22637-SHL]: Final DIP Order [Doc. 220] and DIP Motion [Doc. 20].
14) See [Case 20-22437-RDD]: Final DIP Order [Doc. 121] and DIP Motion [Doc. 58].
15) See [Case 20-30805-KRH]: Final DIP Order [Doc. 342] and DIP Motion [Doc. 25].
16) See [Case 20-30982]: Final DIP Order [Doc. 202] and DIP Motion [Doc. 29].

Committee's Exhibit

**22**