

| | |
|---|---|
| **Jeffrey Cohen**<br>Partner | 1251 Avenue of the Americas<br>New York, New York 10020<br><br>**T**: 212-419-5868<br>**F**: 973-597-2400<br>**E**: jcohen@lowenstein.com |

November 22, 2022

<u>**VIA EMAIL**</u>

Andrew Sorkin, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Email:  andrew.sorkin@lw.com

Jordi Guso, Esq.
Berger Singerman
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Email:  JGuso@bergersingerman.com

**Re:**   **Reconstitution of the Board of Directors of Debtor Entities in** *In re Vital Pharmaceuticals, Inc., et al.* **(the "<u>Debtors</u>" or "<u>Company</u>"), Case No. 22-17842 (PDR) (Bankr. S.D. Fla.) (the "<u>Chapter 11 Cases</u>")**

Dear Messrs. Sorkin and Guso:

We write on behalf of our clients, the Official Committee of Unsecured Creditors in the Chapter 11 Cases (the "<u>Committee</u>").  As you are aware, by letter dated November 10, 2022, we demanded that the Debtors remove two members—Dr. Guillermo Escalante ("<u>Dr. Escalante</u>") and Eric Hillman ("<u>Mr. Hillman</u>")—from the boards of directors or other equivalent governing body (collectively, the "<u>Board</u>") of each of the Debtor entities based on their lack of independence and impartiality.  It is our understanding that no other candidates were considered when Dr. Escalante and Mr. Hillman were appointed and we have yet to receive any documentation evidencing any due diligence in the selection of Dr. Escalante and Mr. Hillman.  We received your November 14, 2022 letter rejecting our demand and failing to address the specific facts set forth in our letter.

You did, however, state that Debtors were willing to "engage in a constructive dialogue on this topic."  (11/14/22 Letter at 2.)  To that end, the Committee proposes to replace Dr. Escalante and Mr. Hillman with two wholly independent board members (the "<u>Alternate Directors</u>"), among those from the list appended hereto, all of which have already been vetted by the Committee:



---

NEW YORK    PALO ALTO    NEW JERSEY    UTAH    WASHINGTON, D.C.    Lower

**Committee's Exhibit**

**25**

Page 2                                                                November 22, 2022

- ███████████████████ ; and
- ███████████████████ .

Unlike Dr. Escalante and Mr. Hillman, the impartiality of the Alternate Directors cannot be questioned:  Among other things, none have been paid by Debtors in the past; none have been described by Jack Owoc as his "buddy"; and none have engaged in marketing for the Debtors. Further, as the enclosed *curricula vitae* demonstrate, these proposed replacements have proven experience in restructuring; to our knowledge, Dr. Escalante and Mr. Hillman have none.  Given that the Debtors committed to constitute an impartial and qualified board, two of these individuals should be chosen as the Alternate Directors forthwith.  The Committee also reiterates its request that the Alternate Directors join the Restructuring Committee, which should have binding authority to steer the company fairly and effectively through the restructuring process.

We look forward to hearing from you concerning the proposed replacements set forth in this letter, and hope that we can agree on the appointment of Alternate Directors without judicial intervention. There is no legitimate basis to keep biased and inexperienced directors on the Board when competent and independent directors are ready and able to serve.


Very truly yours,

*/s/ Jeffrey Cohen* _____
Jeffrey Cohen

Enclosures:
Curriculum Vitae of ████████████████
Biography of ███████████
Curriculum Vitae of ██████████████
Curriculum Vitae of ███████████
Curriculum Vitae of ████████████
Curriculum Vitae of █████████████ ; and
Biography of ██████████████████


cc:
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Email: amy.quartarolo@lw.com
Attn: Amy Quartarolo, Esq.
(via email)

Berger Singerman LLP
313 N. Monroe Street Suite 301



November 22, 2022

Tallahassee, FL 32301
Email: mniles@bergersingerman.com
Attn: Michael Jordan Niles, Esq.
(via email)



# Redacted for Public Filing

# Redacted for Public Filing

# Redacted for Public Filing

# Redacted for Public Filing

# Redacted for Public Filing

# Redacted for Public Filing

# Redacted for Public Filing