**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                  Case: 22-17842-PDR
                                                                                        CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/


## MONSTER ENERGY COMPANY'S EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff   [ ] Defendant   [ ] Debtor   [ X ] Other  - Monster Energy Company

Date of Hearing/Trial:          December 6, 2022 at 10:00 a.m.

Type of Hearing/Trial:          Evidentiary Hearing on *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief* **(ECF# 24) – AND**

        *Objection of Monster Energy Company to Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief* **(ECF #411)**

67548814;3

## MONSTER ENERGY COMPANY'S EXHIBITS

Monster Energy Company reserves the right to introduce any exhibit on the Exhibit Register (ECF #457-458) submitted by the Official Committee of Unsecured Creditors and Exhibit Register (ECF #455-456) submitted by the Debtors.

## MONSTER ENERGY COMPANY'S RESERVATION OF RIGHTS

Monster Energy Company reserves the right to: (a) amend or supplement the foregoing list of exhibits at any time prior to the hearing on the DIP Motion; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing list of exhibits as necessary in connection therewith in compliance with Local Rule 9070-1; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in this action; and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in this action.

Dated: December 1, 2022

**AKERMAN LLP**

*/s/ Michael I. Goldberg*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 / F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com
-and-
**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (*pro hac vice*)
Robert J. Feinstein (*pro hac vice*)
Teddy M. Kapur (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 / F: (310) 201-0760
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
*Counsel to Monster Energy Company*

67548814;3