UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' AMENDED[2] AGREED *EX PARTE* MOTION TO CONTINUE
DECEMBER 6, 2022, EVIDENTIARY HEARING TO CONSIDER DIP
MOTION AND ATTENDANT DEADLINES**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), move the Court, on an *ex parte* basis, for the entry of an agreed order continuing the evidentiary hearing scheduled for December 6, 2022 at 10:00 a.m. (the "Evidentiary Hearing"), to consider the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (the "DIP Motion") [ECF No. 24], and the deadlines related thereto for the filing of (i) replies to the objections filed by Faith Technologies Incorporated [ECF No. 256], HACI Mechanical Contractors, Inc. [ECF No. 259],

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2 Amended solely to correct the deadlines described in paragraph 10 of the Motion to December 14, 2022.

11793655-5

the Office of the United States Trustee [ECF No. 267], Monster Energy Company [ECF No. 411], Stellar Group, Inc. [ECF No. 412], and the Committee (as defined below) [ECF No. 413] (collectively, the "DIP Objections"), (ii) objections to the admissibility of any proposed exhibits or to any deposition transcripts; and (iii) a bilateral stipulation of uncontested facts, and state:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

7. On the Petition Date, the Debtors filed the DIP Motion. On October 13, 2022, the Court conducted a hearing to consider the DIP Motion and thereupon entered an *Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [ECF No. 120].

11793655-5

8.      On November 9, 2022, the Court entered an *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF No. 298], which, *inter alia*, scheduled the Evidentiary Hearing on the DIP Motion for Tuesday, December 6, 2022 at 10:00 a.m., and set deadlines of (i) November 28, 2022 at 5:00 p.m. to file and serve objections to the DIP Motion; (ii) December 2, 2022 at 5:00 p.m. for the filing of replies to the DIP Objections; (iii) November 29, 2022 for the parties to exchange and file witness lists, and for the filing of motions pursuant to Fed. R. Bankr. P. 9017 for any parties seeking to have witnesses appear remotely; (iv) December 1, 2022 at 4:00 p.m. to submit and exchange exhibits pursuant to Interim Local Rule 9070-1; (v) December 2, 2022 at 4:00 p.m. for the filing of objections to the admissibility of any proposed exhibit or to any deposition transcripts, including any recording (audio or video) or summary thereof (collectively, the "Objection to Exhibits"); and (vi) December 2, 2022, at 4:00 p.m. for the filing of a bilateral stipulation of uncontested facts (the "Stipulation of Facts").

9.      As set forth above, DIP Objections were filed by Maricopa County Treasurer [ECF No. 220], Faith Technologies Incorporated [ECF No. 256], HACI Mechanical Contractors, Inc. [ECF No. 259], the Office of the United States Trustee [ECF No. 267], Monster Energy Company [ECF No. 411], Stellar Group, Inc. [ECF No. 412], and the Committee [ECF No. 413]. In addition, Orange Bang, Inc. and The American Bottling Company each filed joinders to Monster Energy Company's objection to the DIP Motion [ECF Nos. 414 and 415, respectively].

**Relief Requested**

10.     By this Motion, the Debtors request the Court to continue the December 6, 2022 Evidentiary Hearing to December 19, 2022 at 10:00 a.m., and further request the Court to continue the deadlines of (i) December 2, 2022 at 4:00 p.m. for the filing of Objections to Exhibits, to December 14, 2022 at 4:00 p.m.; (ii) December 2, 2022 at 4:00 p.m. for the filing of a Stipulation

3

11793655-5

of Facts to December 14, 2022 at 4:00 p.m., and (iii) December 2, 2022 at 5:00 p.m. for the filing of replies to the DIP Objections, to December 14, 2022 at 4:30 p.m.

11. The Debtors, Truist Bank, as Administrative Agent ("Truist Bank"), and the parties who filed the DIP Objections have been engaged in good faith negotiations regarding resolution of the DIP Objections. The Debtors believe that the parties have made meaningful progress to resolve some of the DIP Objections. The Debtors desire additional time resolve the remaining issues with Truist Bank and the DIP Lenders.

12. Accordingly, the Debtors believe that a continuance of the Evidentiary Hearing to consider the DIP Motion is necessary.

13. The Committee's proposed counsel has advised that the Committee does not object to the relief requested herein. In addition, counsel for the U.S. Trustee, Monster Energy Company, Stellar Group, Inc., Faith Technologies Incorporated, HACI Mechanical Contractors, Inc., Orange Bang, Inc., American Bottling Company, Maricopa County Treasurer and Truist Bank, have all advised that they do not object to the requested continuance and extension of deadlines to file Objections to Exhibits and a Stipulation of Facts, as requested herein. Further, as required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors consent to a continuance of the Evidentiary Hearing to December 19, 2022, and an extension of the deadlines to file Objections to Exhibits and a Stipulation of Facts.

14. This is the Debtors' first request for a continuance of the Evidentiary Hearing, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the December 6, 2022 Evidentiary Hearing on the DIP Motion to December 19, 2022 at 10:00 a.m., (iii) extending the December 2, 2022 at 4:00 p.m. deadline to file Objections to Exhibits and a Stipulation of Facts to

11793655-5

December 14, 2022 at 4:00 p.m.; (iii) extending the December 2, 2022 at 5:00 p.m. deadline for the filing of replies to the DIP Objections to December 14, 2022 at 4:30 p.m.; and (iv) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 2, 2022<br>　　　　Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>　　　　tj.li@lw.com<br>　　　　brian.rosen@lw.com<br>　　　　jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>　　　　mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[3] | Case No. 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**AGREED ORDER GRANTING DEBTORS' AMENDED AGREED *EX PARTE*
MOTION TO CONTINUE DECEMBER 6, 2022 EVIDENTIARY HEARING
AND EXTEND ATTENDANT DEADLINES**

**THIS MATTER** having come before the Court upon the *Debtors' Amended Agreed Ex Parte Motion to Continue December 6, 2022 Evidentiary Hearing and Extend Attendant Deadlines* [ECF No. ___] (the "Motion") filed on December 2, 2022, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that (i) the Committee[4], (ii) the Office of the United States Trustee, (iii) Monster Energy Company, (iv) Faith Technologies Incorporated, (v) HACI Mechanical Contractors, Inc., (vi) Stellar Group, Inc., (vii) Maricopa County Treasurer, (viii) American Bottling Company, and (iv) Truist Bank, as administrative agent, consent to the relief requested in the Motion, and finding good cause to continue the Evidentiary Hearing. It is

**ORDERED** that:

---

[3] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[4] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

6

11793655-5

1. The evidentiary hearing to consider the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (the "DIP Motion") [ECF No. 24], is continued from December 6, 2022 at 10:00 a.m. to **December 19, 2022 at 10:00 a.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

2. The deadline for the filing of any objections to the admissibility of any proposed exhibit or to any deposition transcripts, including any recording (audio or video) or summary thereof, is extended to **December 14, 2022 at 4:00 p.m.** Any objections filed pursuant to this paragraph must be filed and served, so as to be received, no later than December 14, 2022 at 4:00 p.m., and must (a) identify the exhibit, (b) state the grounds for the objection, and (c) provide citations to case law and other authority in support of the objection. An objection not so made − except for one under Federal Rule of Evidence 402 or 403 − is waived unless excused by the Court for good cause.

3. The deadline for the filing of a bilateral stipulation of uncontested facts is extended to **December 14, 2022 at 4:00 p.m.** Counsel for all parties must sign the stipulation of uncontested facts. The failure of counsel to prepare and submit the bilateral stipulation may result in sanctions. This paragraph does not apply if any party is self-represented.

**4.** The deadline for filing and serving replies to the DIP Objections is extended to **December 14, 2022 at 4:30 p.m.**

11793655-5

5. All other terms and conditions set forth in the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF No. 298], with the exception of the above, shall remain in full force and effect.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11793655-5