

**ORDERED in the Southern District of Florida on December 2, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| *In re:* | Case No.: 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| | (Jointly Administered) |
| Debtors.[1] / | |

**ORDER GRANTING STELLAR GROUP, INC'S EXPEDITED MOTION FOR ITS CHIEF LEGAL OFFICER TO APPEAR REMOTELY VIA ZOOM FOR THE DECEMBER 6, 2022 AT 10:00 A.M. HEARING [ECF# 418]**

THIS MATTER came before the Court for hearing on December 1, 2022 at 2:00 p.m. (the "Hearing") upon Creditor, Stellar Group, Inc. ("Stellar Group") *Expedited Motion for Its Chief Legal Officer to Appear Remotely Via Zoom for the December 6, 2022 at 10:00 a.m.*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[ECF# 418] (the "Motion").[2]  The Court having considered the Motion and the argument of counsel at the Hearing, and finding good cause therefor, it is ORDERED that:

1. The Motion is **GRANTED**.

2. Stellar Group's Chief Legal Officer, Gabriel Crafton, is permitted to appear and testify remotely via Zoom at the evidentiary hearing on the *Motion for Interim and Final Orders (I) Approving Postpetition Financing, in addition to Emergency Motion to Use Cash Collateral (III) Granting Liens and Providing Superpriority Administrative Expense Status, in addition to Motion for Adequate Protection, in addition to Motion for Relief from Stay (Modifying Automatic Stay), Scheduling a Final Hearing and Granting Related Relief* (the "DIP Financing Motion") [ECF No. 24], scheduled for December 6, 2022, at 10:00 a.m.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted By:
JESSE R. CLOYD
Counsel for Stellar Group, Inc.
jrc@agentislaw.com
AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

Copy to:  Attorney Cloyd, who shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

---

[2] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.