

**ORDERED in the Southern District of Florida on December 2, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. / | (Jointly Administered) |

**AGREED ORDER GRANTING DEBTORS' AMENDED AGREED *EX PARTE*
MOTION TO CONTINUE DECEMBER 6, 2022 EVIDENTIARY HEARING
AND EXTEND ATTENDANT DEADLINES**

**THIS MATTER** having come before the Court upon the *Debtors' Amended Agreed Ex Parte Motion to Continue December 6, 2022 Evidentiary Hearing and Extend Attendant Deadlines* [ECF No. 467] (the "Motion") filed on December 2, 2022, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that (i) the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11793766-3

Committee², (ii) the Office of the United States Trustee, (iii) Monster Energy Company, (iv) Faith Technologies Incorporated, (v) HACI Mechanical Contractors, Inc., (vi) Stellar Group, Inc., (vii) Maricopa County Treasurer, (viii) American Bottling Company, and (iv) Truist Bank, as administrative agent, consent to the relief requested in the Motion, and finding good cause to continue the Evidentiary Hearing.  It is

    **ORDERED** that:

    1.    The evidentiary hearing to consider the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (the "DIP Motion") [ECF No. 24], is continued from December 6, 2022 at 10:00 a.m. to **December 19, 2022 at 10:00 a.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

    2.    The deadline for the filing of any objections to the admissibility of any proposed exhibit or to any deposition transcripts, including any recording (audio or video) or summary thereof, is extended to **December 14, 2022 at 4:00 p.m.**  Any objections filed pursuant to this paragraph must be filed and served, so as to be received, no later than December 14, 2022 at 4:00 p.m., and must (a) identify the exhibit, (b) state the grounds for the objection, and (c) provide citations to case law and other authority in support of the objection. An objection not so made − except for one under Federal Rule of Evidence 402 or 403 − is waived unless excused by the Court for good cause.

---

² Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

3. The deadline for the filing of a bilateral stipulation of uncontested facts is extended to **December 14, 2022 at 4:00 p.m.** Counsel for all parties must sign the stipulation of uncontested facts. The failure of counsel to prepare and submit the bilateral stipulation may result in sanctions. This paragraph does not apply if any party is self-represented.

4. The deadline for filing and serving replies to the DIP Objections is extended to **December 14, 2022 at 4:30 p.m.**

5. All other terms and conditions set forth in the *Order Setting Evidentiary Hearing and Establishing Related Deadlines* [ECF No. 298], with the exception of the above, shall remain in full force and effect.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*