UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al*. | Case No. 22-17842-PDR |
| Debtors. | |
| _____ / | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002, 3015, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Brendan Abbott and Peter Fischer, by and through their undersigned counsel, Pack Law, hereby appear in the above-captioned case and request that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the same at the undersigned address and electronically to **joe@packlaw.com** and **jessey@packlaw.com**.

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

Dated: December 7, 2022

       **PACK LAW**
       *Counsel to Brendan Abbott and Peter Fischer*
       51 Northeast 24th Street, Suite 108
       Miami, Florida 33137
       Telephone: (305) 916-4500

By: */s/ Joseph A. Pack*
       Joseph A. Pack
       Email: joe@packlaw.com
       Florida Bar No. 117882

       Jessey J. Krehl
       Email: jessey@packlaw.com
       Florida Bar No. 1025848

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on December 7, 2022, I electronically filed the foregoing via the Case Management/Electronic Case Filing system. I further certify that the foregoing was furnished via Notice of Electronic Filing through the CM/ECF system to those parties registered to receive electronic notices of filing in this case.

**PACK LAW**
*Counsel to Brendan Abbott and Peter Fischer*
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  */s/ Joseph A. Pack*
     Joseph A. Pack
     Email:  joe@packlaw.com
     Florida Bar No. 117882

     Jessey J. Krehl
     Email:  jessey@packlaw.com
     Florida Bar No. 1025848