**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC. *et al.,*[1] | Case No. 22-17842 (PDR) (Jointly Administered) |
| Debtors. / | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of creditor EVOX FL Pembroke 20351 LLC ("EVOX Pembroke"). In accordance with Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2002 and 9010(b) and Local Rule 2002-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon the following and, in addition, it is specifically requested that pursuant to Bankruptcy Rule 2002(g), the following be added to the Court's Mailing Matrix:

Kyler K. Burgi
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Email: kyler.burgi@dgslaw.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to sections 901 and 1109 of the title 11 of the United States Code (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any substantive or procedural rights of EVOX Pembroke, including, but not limited to (i) any right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set offs, or recoupments to which Southwestern is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments EVOX Pembroke expressly reserves.

Dated: December 8, 2022

Respectfully submitted,

*s/ Kyler K. Burgi*
Kyler K. Burgi
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Email: kyler.burgi@dgslaw.com

*Counsel for EVOX FL Pembroke 20351 LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served upon all parties-in-interest registered to receive electronic notice via CM/ECF Notification on December 8, 2022.

                                                *s/ Kyler K. Burgi, Esq.*
                                                Kyler K. Burgi, Esq.