IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 7, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief** (Docket No. 120)

- **Order Setting Evidentiary Hearing and Establishing Related Deadlines** (Docket No. 298)

- **Supplemental Declaration of Homer Parkhill in Support of DIP Financing** (Docket No. 388)

- **Agreed Order Granting Debtors' Amended Agreed Ex Parte Motion to Continue December 6, 2022 Evidentiary Hearing and Extend Attendant Deadlines** (Docket No. 469)

Dated: December 8, 2022

                                                                                                     */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Fabco Metal Products, LLC | | 1490 Frances Dr | | Daytona Beach | FL | 32124 |
| Faith Technologies, Inc. | | 201 Main St | PO Box 260 | Menasha | WI | 54952 |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | 100 N Tampa St, Suite 3700 | Tampa | FL | 33602 |
| Hardrock Concrete Placement Co., Inc. | | 4839 W Brill St | | Phoenix | AZ | 85043 |
| Heavy Equipment Movers & Installation, Inc. | | 126 Industrial Dr | | Maysville | GA | 30558 |
| Integrated Masonry | | 3241 E Shea Blvd | Suite 613 | Phoenix | AZ | 85028 |
| ISEC, Inc. | | 6000 Greenwood Plaza Blvd | Suite 200 | Greenwood Village | CO | 80111 |
| Nexus Steel, LLC v. VPX, JHO et al. (2022) | Nexus Steel, LLC | 214 S Hamilton Pl | | Gilbert | AZ | 85233 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | 55 Alhambra Plaza, Suite 800 | Coral Gables | FL | 33134 |
| Trench Shore Rentals | | 320 S 19th Ave | | Phoenix | AZ | 85009 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)