

**ORDERED in the Southern District of Florida on December 9, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ORDER SETTING FINAL HEARING AND BRIEFING SCHEDULE WITH RESPECT TO MOTION OF MONSTER ENERGY COMPANY, THE AMERICAN BOTTLING COMPANY, INC., SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC. AND ORANGE BANG, INC. FOR AN ORDER PURSUANT TO 11 U.S.C. § 1102(a)(2) DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF <u>CREDITORS HOLDING NON-TRADE CLAIMS</u>**

**THIS MATTER** having come before the Court on December 6, 2022 at 10:00 a.m., in

Fort Lauderdale, Florida, for a preliminary hearing on the *Motion of Monster Energy Company,*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims* [ECF No. 408] (the "Motion") filed on November 27, 2022.  The Court, having considered the (i) Motion, (ii) *Debtors' Notice of Intent to File Response to Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. For an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims, and Request for Entry of Scheduling Order* [ECF No. 416], and (iii) *United States Trustee's Preliminary Objection to the Motion to Direct the United States Trustee to Appoint a Second Official Committee of Unsecured Creditors (D.E. # 408)* [ECF No. 466], and finding good cause to set a briefing schedule and a further hearing to consider the Motion, does thereupon

**ORDER** that:

1. The final hearing to consider the Motion will be held on **December 19, 2022 at 10:00 a.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

2. Creditors and parties-in-interest shall have through and including **5:00 p.m. prevailing eastern standard time on December 12, 2022**, to file and serve any objections to the Motion.  Any replies to such objections shall be filed and served on or before **5:00 p.m. prevailing eastern time on December 16, 2022**.

3. No later than **5:00 p.m. prevailing eastern time on December 14, 2022**, all parties must exchange and file with the Court witness lists identifying all fact and expert witnesses each party intends to call at the final hearing (other than rebuttal or impeachment

witnesses). Witness lists must include the information required by Federal Rules of Civil Procedure 26(a)(2) and (3),[2] including any expert reports or, if a written report is not required, a summary of facts and opinions to which an expert witness is expected to testify.

4. No later than **5:00 p.m. prevailing eastern time on December 14, 2022**, the parties must submit and exchange exhibits pursuant to Interim Local Rule 9070-1 (adopted by Administrative Order 2020-09).

5. Pursuant to prior order of the Court [ECF No. 469], the Court has scheduled the final hearing on the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [ECF No. 24] for December 19, 2022 at 10:00 a.m. To the extent that the hearing is not concluded on that day, the hearing will resume on December 20, 2022 at 10:00 a.m.

6. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

7. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner

---

[2] Made applicable to this contested matter by Federal Rule of Bankruptcy Procedure 9014 and 7026.

3

consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

8. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*