

ORDERED in the Southern District of Florida on December 9, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 4, 2022**

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned Debtors and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Debtors-in-possession (the "Debtors") for entry of an order (the "Order"), pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"), authorizing the Committee to employ and retain Lincoln Partners Advisors LLC ("Lincoln") as the Committee's financial advisor, effective as of November 4, 2022 [Docket No. 366]; and upon the Declaration of Brent C. Williams (the "Williams Declaration"), which is annexed to the Application as Exhibit B [Docket No. 366-2]; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and it appearing that Lincoln is "disinterested" and eligible for retention pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, the terms of the engagement pursuant to the Engagement Letter, which is annexed to the Application as Exhibit C, and as modified herein, are reasonable and appropriate and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to sections 328 and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, the Committee is authorized to employ Lincoln for the purposes

and on the terms set forth in the Application and Williams Declaration, effective as of November 4, 2022; and it is further

ORDERED that the reimbursement provisions as set forth in the Application are approved; and it is further

ORDERED that Lincoln shall file applications for compensation and reimbursement of expenses and shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, and such Bankruptcy Rules, and Local Rules as may then be applicable, from time to time, and such other applicable procedures as may be fixed by order of this Court; and it is further

ORDERED that to the extent there is an inconsistency between the terms and conditions set forth in the Application, the Williams Declaration, and this Order, the provisions of this Order shall govern; and it is further

ORDERED that the terms and conditions of this Order shall be effective and enforceable immediately upon its entry' and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

(*Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.*)