

ORDERED in the Southern District of Florida on December 9, 2022.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION TO APPROVE COMPROMISE BETWEEN (I) DEBTOR, VITAL PHARMACEUTICALS, INC.; AND (II) BELVAC PRODUCTION MACHINERY, INC., AND REQUEST TO PAY PRE-PETITION <u>CLAIM OF STORAGE FACILITY</u>**

**THIS MATTER** came before the Court upon the *Debtors' Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Belvac Production*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Machinery, Inc., and Request to Pay Pre-Petition Claim of Storage Facility* (the "Motion") [ECF No. 350] filed by the Debtors[2]. The Court, having considered the Motion and the Court file, and the Debtors, by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Debtors, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, and being otherwise fully advised in the premises, and for good cause, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Agreement attached to the Motion as Exhibit A is **APPROVED** in its entirety, and each and every provision of the Agreement is incorporated herein as if fully set forth in this order.

3. The Debtors are authorized to pay the Recovery Expenses up to the sum of $100,000.00, which includes the pre-petition storage fees owed to Dunkel Brothers for storing the equipment subject of the Agreement.

4. The Parties are directed to comply with the terms of the Agreement and the Court reserves jurisdiction to enforce the terms and conditions of the Agreement.

# # #

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3