UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Zach B. Shelomith, Esq. and the law firm of LSS Law, pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for creditor, **ALL BRANDS DISTRIBUTION, LLC** (the "Creditor"), with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. The Creditor hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorneys.

Dated: December 10, 2022

LSS LAW
Counsel for the Creditor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lss.law

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 10, 2022 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to ACAR Leasing Ltd d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096, Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118, AmeriCredit Financial Services, Inc. dba GM Financial, P O Box 183853, Arlington, TX 76096, Matthew G Bouslog, 3161 Michelson Drive, Irvine, CA 92612-4412, Yelizaveta L Burton, 1271 Avenue of the Americas, New York, NY 10020, Carrollton-Farmers Branch ISO, c/o Linda D. Reece, 1919 S. Shiloh Rd., Suite 640, LB 40, Garland, TX 75042, Rudy J Cerone, 12th Floor, 601 Poydras Street, New Orleans, LA 70130, Eric Chafetz, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020, Robert Charles Jr, Lewis Roca Rothgerber Christie LLP, One South Church

Avenue, Suite 2000, Tucson, AZ 85701, Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020, John D'Amico, 787 Seventh Avenue, New York, NY 10019, George A Davis, 1271 Avenue of the Americas, New York, NY 10020, John C Didonato, 550 W Van Buren St, Chicago, IL 60607, William J Easley, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122, Russell H Falconer, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201, Robert J Feinstein, Esq., Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017-2024, Joseph D Frank, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607, Laurence M Frazen, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122, Nicole Fulfree, One Lowenstein Drive, Roseland, NJ 07068, Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024, Stephen E. Gruendel, 100 N. Tryon St., Suite 4700, Charlotte, NC 28202, Jarret P Hitchings, 301 S. College Street, # 2150, Charlotte, NC 28202, Teddy M Kapur, 10100 Santa Monica Blvd, 13 Floor, Los Angeles, CA 90067-4003, Ira D Kharasch, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003, Jeremy C Kleinman, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607, Tianjiao Li, 1271 Avenue of the Americas, New York, NY 10020, Luis M Lluberas, 100 North Tryson St # 47, Charlotte, NC 28202-4003, Erica Mannix, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020, John Whitney McVay Morley, 330 North Wabash Avenue #2800, Chicago, IL 60611, Elizabeth A Morris, 1271 Avenue of the Americas, New York, NY 10020, Hugh Murtagh, 1271 Avenue of the Americas, New York, NY 10020, Richard M Pachulski, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003, Homer Parkhill, 1251 Avenue of the Americas, New York, NY 10020, Amy C Quartarolo, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071, Jordana Renert, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020, Cole Richins, 100 North Tryon Street, Suite 47, Charlotte, NC 28202-4003, Brian S Rosen, 1271 Avenue of the Americas, New York, NY 10020, Lindsay Sklar, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020, Andrew Sorkin, 555 Eleventh St NW #1000, Washington, DC 20004-1304, States Logistics Services, Inc., 5650 Dolly Avenue, Buena Park, CA 90621, Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602, Jeramy D Webb, 330 North Wabash Avenue #2800, Chicago, IL 60611, Jonathan J Weichselbaum, 1271 Avenue of the Americas, New York, NY 10020, and Brent C Williams, 500 West Madison St # 300, Chicago, IL 60661.

By:_____/s/_____
    Zach B. Shelomith