United States Bankruptcy Court
Southern District of Florida

In re:                                                                                    Case No. 22-17842-PDR
Vital Pharmaceuticals, Inc.                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                          User: admin                                Page 1 of 6
Date Rcvd: Dec 09, 2022                       Form ID: pdf004                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co.  Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com;slamontagne@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com |
| Andrew Sorkin | on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

District/off: 113C-0                    User: admin                                Page 2 of 6
Date Rcvd: Dec 09, 2022                 Form ID: pdf004                             Total Noticed: 1

Anne Aaronson
                    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
                    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
                    on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Brendan S Everman
                    on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com,
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Universal Music Corp. beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com,
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com,
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Sony Music Entertainment beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Zomba Recording LLC beverman@stroock.com
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Universal Musica  Inc. beverman@stroock.com,
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                    on behalf of Creditor Capitol Records  LLC beverman@stroock.com,
                    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
                    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

Christopher R Thompson
                    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com,
                    mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
                    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com,
                    mlucca-cruz@burr.com;ccrumrine@burr.com

Corali Lopez-Castro, Esq
                    on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com

Craig I Kelley
on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley
on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Daniel Harvath
on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com

David H Conaway, Esq
on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

Dennis J LeVine, Esq
on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Edward M Fitzgerald, Esq
on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S. Golden, Esq.
on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com,
mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com,
mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com

Ezequiel Joseph Romero
on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Fernando J Menendez
on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com

Frank Terzo, Esq.
on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com,
francis.santelices@nelsonmullins.com

G Steven Fender
on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Hamid R. Rafatjoo
on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com

J. Steven Wilkes
on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jeramy D Webb
on behalf of Debtor Vital Pharmaceuticals  Inc. jeramy.webb@lw.com,
new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com

Jerry M Markowitz
on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,

jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd

on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish

on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

John A Anthony

on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com

Jordi Guso, Esq.

on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party Quash Seltzer  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor Quash Seltzer  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Debtor JHO Real Estate Investment  LLC jguso@bergersingerman.com,

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph A Pack

on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack

on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph D Frank

on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza

on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com  ngonzalez@sequorlaw.com

Keith W. Fendrick

on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kevin Michael Capuzzi

on behalf of Creditor Trinity Logistics  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I

on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kyler K Burgi

on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.

on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com  jdiaz@sequorlaw.com

Marc P Barmat

on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com
rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark S. Roher, Esq.

on behalf of Creditor Jasmin Williams mroher@markroherlaw.com
ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Matthew F Kye

on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Matthew G Davis

on behalf of Creditor HACI Mechanical Contractors  Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Michael D. Seese, Esq.

on behalf of Creditor Driscoll  LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq

on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com

Michael Jordan Niles

on behalf of Debtor Vital Pharmaceuticals  Inc. mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Michael W Ullman, Esq

on behalf of Creditor The Hamilton Group (Delaware)  Inc. michael.ullman@uulaw.net,
jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nir Maoz

on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq

on behalf of Interested Party Jack H. Owoc pbattista@gjb-law.com
gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com

Peter H Levitt, Esq

on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Philip W Crawford

on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

District/off: 113C-0
Date Rcvd: Dec 09, 2022

User: admin
Form ID: pdf004

Page 6 of 6
Total Noticed: 1

Philip W Crawford

on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Ralph W. Confreda, Jr

on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com  alozada@mcglinchey.com

Robert C Furr, Esq

on behalf of Creditor The American Bottling Company ltitus@furrcohen.com
atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.

on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D Bruckmann

on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com
celgin@shumaker.com;dconaway@shumaker.com

Ronald M Emanuel, Esq

on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com
martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Ross R Hartog

on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com
ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.c
ourtdrive.com

Scott Andron

on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp

on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra

on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Stuart F Wilson-Patton

on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams

on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney

on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

TOTAL: 111



**ORDERED in the Southern District of Florida on December 9, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 2, 2022**

Upon consideration of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors") for authorization to employ and retain Lowenstein Sandler LLP ("Lowenstein Sandler") to serve as

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are as: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

42978/2
12/07/2022 212569087.1

counsel for the Committee, effective as of November 2, 2022 [Docket No. 358]; and upon consideration of the *Declaration of Jeffrey Cohen, Esq. in Support of Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of November 2, 2022* [Docket No. 358-2]; and the *Declaration of Clint E. Pyle in Support of Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of November 2, 2022* [Docket No. 358-3]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that Lowenstein Sandler does not hold or represent an interest adverse to the Debtors' estates, and is a disinterested person under section 101(14) of the Bankruptcy Code; and the Court having found that the employment and retention of Lowenstein Sandler is necessary and in the best interest of the Committee; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1.      The Application is approved as set forth herein.

2.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules, the Committee is authorized and empowered to

employ and retain Lowenstein Sandler, effective as of November 2, 2022, to serve as its counsel in the Chapter 11 Cases.

3.    Lowenstein Sandler be compensated for professional services rendered and reimbursement of expenses in connection with the Chapter 11 Cases in compliance with sections 328, 330 and 331 of the Bankruptcy Code and applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Rules, any applicable orders entered by this Court in respect of compensation of professionals and any case-specific fee protocols approved by the Court, after notice and a hearing pursuant to any other applicable procedures and orders of the Court.

4.    Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases effective as of November 1, 2013 (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Lowenstein Sandler in the Chapter 11 Cases.

5.    Lowenstein Sandler shall provide ten days' notice to the Debtors, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or any agreement entered into in connection with the Committee's retention of Lowenstein Sandler are implemented and shall file such notice with the Court, *provided*, *however*, that in the event that the Lowenstein Sandler attorneys responsible for this matter do not have sufficient advance notice of such rate increases, Lowenstein Sandler shall provide notice to the Debtors, the U.S. Trustee, and the Committee as soon as practicable after the information regarding rate increases becomes available to the Lowenstein Sandler attorneys responsible for this matter.

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction over any and all matters arising from or

relating to the interpretation of implementation of this Order.

### 

Submitted by:
Leyza F. Blanco, Esq.
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

*(Attorney Blanco is directed to serve a conformed copy of this order upon all interested parties
and file a Certificate of Service with this Court)*