United States Bankruptcy Court

Southern District of Florida

In re:                                                       Case No. 22-17842-PDR

Vital Pharmaceuticals, Inc.                                         Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

**Recip ID**             **Recipient Name and Address**
fa              +  Brent C Williams, 500 West Madison St # 300, Chcago, IL 60661-4546

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com;slamontagne@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com |
| Andrew Sorkin | on behalf of Debtor Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

District/off: 113C-0                   User: admin                        Page 2 of 6
Date Rcvd: Dec 09, 2022                Form ID: pdf004                     Total Noticed: 1

Anne Aaronson
                on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
                on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
                on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Brendan S Everman
                on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com,
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Universal Music Corp. beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com,
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com,
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Sony Music Entertainment beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Zomba Recording LLC beverman@stroock.com
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Universal Musica  Inc. beverman@stroock.com,
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
                on behalf of Creditor Capitol Records  LLC beverman@stroock.com,
                ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
                on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

Christopher R Thompson
                on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com,
                mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
                on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com,
                mlucca-cruz@burr.com;ccrumrine@burr.com

Corali Lopez-Castro, Esq
                on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com

District/off: 113C-0                          User: admin                          Page 3 of 6
Date Rcvd: Dec 09, 2022                       Form ID: pdf004                       Total Noticed: 1

Craig I Kelley
  on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley
  on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Daniel Harvath
  on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
  on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
  on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
  on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com

David H Conaway, Esq
  on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

Dennis J LeVine, Esq
  on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Edward M Fitzgerald, Esq
  on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S. Golden, Esq.
  on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com,
  mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
  on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com,
  mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
  on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
  on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com

Ezequiel Joseph Romero
  on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
  on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Fernando J Menendez
  on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com

Frank Terzo, Esq.
  on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com,
  francis.santelices@nelsonmullins.com

G Steven Fender
  on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Hamid R. Rafatjoo
  on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
  on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
  on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
  on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com

J. Steven Wilkes
  on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jeramy D Webb
  on behalf of Debtor Vital Pharmaceuticals  Inc. jeramy.webb@lw.com,
  new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com

Jerry M Markowitz
  on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com
  ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,

District/off: 113C-0                         User: admin                                    Page 4 of 6
Date Rcvd: Dec 09, 2022                      Form ID: pdf004                                 Total Noticed: 1

                         jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd
                         on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com,
                         bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
                         on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

John A Anthony
                         on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com
                         efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com

Jordi Guso, Esq.
                         on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Interested Party Quash Seltzer  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor Quash Seltzer  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
                         fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
                         on behalf of Debtor JHO Real Estate Investment  LLC jguso@bergersingerman.com,

District/off: 113C-0                          User: admin                          Page 5 of 6

Date Rcvd: Dec 09, 2022                  Form ID: pdf004                      Total Noticed: 1

 

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph A Pack

on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack

on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph D Frank

on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza

on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com  ngonzalez@sequorlaw.com

Keith W. Fendrick

on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kevin Michael Capuzzi

on behalf of Creditor Trinity Logistics  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I

on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kyler K Burgi

on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.

on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com  jdiaz@sequorlaw.com

Marc P Barmat

on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com
rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark S. Roher, Esq.

on behalf of Creditor Jasmin Williams mroher@markroherlaw.com
ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Matthew F Kye

on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com

Matthew G Davis

on behalf of Creditor HACI Mechanical Contractors  Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Michael D. Seese, Esq.

on behalf of Creditor Driscoll  LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq

on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com

Michael Jordan Niles

on behalf of Debtor Vital Pharmaceuticals  Inc. mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Michael W Ullman, Esq

on behalf of Creditor The Hamilton Group (Delaware)  Inc. michael.ullman@uulaw.net,
jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nir Maoz

on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq

on behalf of Interested Party Jack H. Owoc pbattista@gjb-law.com
gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcol
m@gjb.law;hburke@gjb-law.com

Peter H Levitt, Esq

on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Philip W Crawford

on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

District/off: 113C-0                          User: admin                              Page 6 of 6
Date Rcvd: Dec 09, 2022                       Form ID: pdf004                           Total Noticed: 1

Philip W Crawford
                    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Ralph W. Confreda, Jr
                    on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com  alozada@mcglinchey.com

Robert C Furr, Esq
                    on behalf of Creditor The American Bottling Company ltitus@furrcohen.com
                    atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.
                    on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com,
                    nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D Bruckmann
                    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com
                    celgin@shumaker.com;dconaway@shumaker.com

Ronald M Emanuel, Esq
                    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com
                    martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Ross R Hartog
                    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com
                    ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.c
                    ourtdrive.com

Scott Andron
                    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
                    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
                    on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Stuart F Wilson-Patton
                    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
                    on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
                    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com


TOTAL: 111



**ORDERED in the Southern District of Florida on December 9, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 4, 2022**

Upon the application (the "Application")[2] of the Official Committee of Unsecured

Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned Debtors and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Debtors-in-possession (the "Debtors") for entry of an order (the "Order"), pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"), authorizing the Committee to employ and retain Lincoln Partners Advisors LLC ("Lincoln") as the Committee's financial advisor, effective as of November 4, 2022 [Docket No. 366]; and upon the Declaration of Brent C. Williams (the "Williams Declaration"), which is annexed to the Application as Exhibit B [Docket No. 366-2]; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and it appearing that Lincoln is "disinterested" and eligible for retention pursuant to sections 101(14) and 328(c) of the Bankruptcy Code, the terms of the engagement pursuant to the Engagement Letter, which is annexed to the Application as Exhibit C, and as modified herein, are reasonable and appropriate and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to sections 328 and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, the Committee is authorized to employ Lincoln for the purposes

and on the terms set forth in the Application and Williams Declaration, effective as of November 4, 2022; and it is further

ORDERED that the reimbursement provisions as set forth in the Application are approved; and it is further

ORDERED that Lincoln shall file applications for compensation and reimbursement of expenses and shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, and such Bankruptcy Rules, and Local Rules as may then be applicable, from time to time, and such other applicable procedures as may be fixed by order of this Court; and it is further

ORDERED that to the extent there is an inconsistency between the terms and conditions set forth in the Application, the Williams Declaration, and this Order, the provisions of this Order shall govern; and it is further

ORDERED that the terms and conditions of this Order shall be effective and enforceable immediately upon its entry' and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

(*Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.*)