

**ORDERED in the Southern District of Florida on December 12, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION FOR AUTHORIZATION TO SUPPLEMENT EXHIBIT "A" TO DEBTORS' EMERGENCY MOTION FOR AN ORDER AUTHORIZING PAYMENT OF PREPETITION CLAIMS OF CRITICAL VENDORS [ECF NO. 13]**

**THIS MATTER** came before the Court on the *Debtors' Ex-Parte Motion for Authorization to Supplement Exhibit "A" to Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors [ECF No. 13]* [ECF No. 493]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

(the "Motion"). The Court, having considered the Motion, which seeks authorization to supplement Exhibit "A" to the Critical Vendor Motion[2] to include the Additional Critical Vendor as reflected on Exhibit "1" to the Motion, noting that Truist Bank, as administrative agent, the Official Committee of Unsecured Creditors and the United States Trustee consent to the relief requested in the Motion and to the entry of this Order, and being otherwise fully advised in the premises, does thereupon

**ORDER as follows**:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to supplement Exhibit "A" to the Critical Vendors Motion to include the Additional Critical Vendor identified on Exhibit "1" to the Motion.

3. The Debtors are authorized, but not directed, to pay the pre-petition obligations owing to the Additional Critical Vendor, as set forth in the Motion, and otherwise deal with that vendor in the ordinary course of business and in accordance with normal pre-petition procedures and agreements; provided, however, that the total amount authorized to be paid to the Critical Vendors and the Additional Critical Vendor, in the aggregate, shall not exceed $14,892,981.78, which sum the Court previously authorized the Debtors to pay [ECF No. 112].

4. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order or any payment made pursuant to this Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim against the Debtors, a waiver of the rights of the Debtors or any party in interest to subsequently

---

[2] All capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

dispute such claim, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The Court shall retain jurisdiction over this matter to provide for such additional and further relief necessary to enforce the terms and conditions of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com
mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*