UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE DECEMBER 15, 2022 HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), move the Court, on an *ex parte* basis, for the entry of an agreed order continuing the hearing scheduled for December 15, 2022 at 2:00 p.m. to consider the *Motion for Relief From the Automatic Stay, and Alternatively, For Adequate Protection, and for Allowance of an Administrative Claim* (the "Stay Relief Motion") [ECF No. 330] filed by Ardagh Metal Packaging USA Corp. ("Ardagh"), and state:

**Jurisdiction and Venue**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11813999-1

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

7. On November 10, 2022, Ardagh filed the Stay Relief Motion seeking relief from the automatic stay to recover and to pursue state law rights and remedies with respect to unreturned beverage can packaging, including plastic pallets, top frames, slip-sheets and layer pads (collectively, the "Unreturned Ardagh Dunnage").  The Stay Relief Motion further requests the entry of an order directing the Debtors to provide statements reflecting the location and amounts of all Unreturned Ardagh Dunnage and instructing the Debtors to cooperate in order to ensure that all remaining Unreturned Ardagh Dunnage is promptly recovered, or, in the alternative, granting Ardagh adequate protection, and granting Ardagh an administrative expense claim for the value of the Unreturned Ardagh Dunnage.

8. The hearing to consider the Stay Relief Motion is scheduled for December 15, 2022 at 2:00 p.m.

**Relief Requested**

9. The Debtors and Ardagh have been diligently working on resolving the issues that are the subject of the Stay Relief Motion, but have been unable to do so as of the filing of this Motion.

10. Accordingly, by this Motion, the Debtors request the Court to continue the December 15, 2022 hearing to consider the Stay Relief Motion and schedule a final evidentiary hearing on the Stay Relief Motion for a date in mid-January, 2023. A continuance of the December 15, 2022, hearing on the Stay Relief Motion will provide the Debtors and Ardagh additional time to continue their efforts to resolve the Stay Relief Motion.

11. Ardagh counsel has advised that Ardagh consents to the continuance requested in this Motion and to the rescheduling of a final evidentiary hearing to consider the Stay Relief Motion in mid-January 2023.

12. Further, as required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors consent to a continuance of the December 15, 2022, hearing on the Stay Relief Motion as requested herein.

13. This is the Debtors' first request for a continuance of the hearing to consider the Stay Relief Motion, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the December 15, 2022, hearing on the Stay Relief Motion and scheduling a final evidentiary hearing on the Stay Relief Motion for mid-January, 2023, or as soon thereafter as the Court's calendar permits, and (iii)

granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 13, 2022<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>          tj.li@lw.com<br>          brian.rosen@lw.com<br>          jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>          mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

# EXHIBIT A

## (Proposed Order)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No. 22-17842-PDR

    Debtors.                                                    (Jointly Administered)
_____/

**AGREED ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE DECEMBER 15, 2022 HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**

**THIS MATTER** came before the Court upon the *Debtors' Agreed Ex Parte Motion to Continue December 15, 2022 Hearing on Motion for Relief From the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* [ECF No. ___] (the "Motion") filed on December 13, 2022, by the above-captioned debtors-in-possession.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11814004-1

The Court, having considered the Motion, having noted that Ardagh Metal Packaging USA Corp. ("Ardagh") consents to the relief requested in the Motion, and finding good cause to continue the December 15, 2022, hearing to consider the Stay Relief Motion. It is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The hearing to consider the Stay Relief Motion [ECF No. 330] filed by Ardagh, presently scheduled for December 15, 2022 at 2:00 p.m., is **CONTINUED**.

3. The Court will conduct a final evidentiary hearing to consider the Stay Relief Motion on **January       , 2023 at                    a.m./p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

4. The deadline for the filing of responses or objections to the Stay Relief Motion shall be 4:30 p.m. on the second business day prior to the final evidentiary hearing set forth above, in accordance with Local Rule 5005-1(F)(1).

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

11814004-1