**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 13, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Agreed Order Granting, in Part, the Motion of Mitsubishi HC Capital America, Inc., for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Waiver of Fourteen (14) Day Stay Imposed by Rule 4001(d) [ECF No. 246]** (Docket No. 505)

- **Debtors' Agreed Ex Parte Motion to Continue December 15, 2022 Hearing on Motion for Relief from the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim** (Docket No. 506)

Dated: December 13, 2022

    */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | | Irving | TX | 75063-0131 |
| Alabama Office of the Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Alaska Office of the Attorney General | | 1031 W 4th Ave Ste 200 | | | Anchorage | AK | 99501 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | | Phoenix | AZ | 85062-8143 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St. #3500 | | | Fort Worth | TX | 76102 |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave | Suite 175 | | Chicago | IL | 60631-3515 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Arkansas Office of the Attorney General | | 323 Center St Ste 200 | | | Little Rock | AR | 72201 |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | | Broomfield | CO | 80021 |
| Belvac Production Machinery, Inc. | Attn: Zach Cheatham | 237 Graves Mill Rd | | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | | 5655 Paysphere Cir | | | Chicago | IL | 60674 |
| BFG Corporation | | 7211 N. McKinley Road | | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | 51 Northeast 24th Street | Suite 108 | Miami | FL | 33137 |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| Canon Financial Services, Inc. | | 14904 Collections Center Drive | | | Chicago | IL | 60693-0149 |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | | Monroe | LA | 71203 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 55 Elm St | | | Hartford | CT | 06106 |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | 770 Township Line Rd | | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | | 2971 Center Port Circle | | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | | PO Box 641173 | | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease, LLC | | 48 Pine Road | | | Brentwood | NH | 03833 |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 314 W Michigan St | | | Indianapolis | IN | 46202-3204 |
| Doehler USA, Inc. | Paul Graham | 400 High Point Rd SE Suite 100 | | | Cartersville | GA | 30120-6610 |
| Florida Department of Revenue | | PO Box 6668 | | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol Pl-01 | | | Tallahassee | FL | 32399-1050 |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | | Tallahassee | FL | 32399 |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | | Geneva | IL | 60134 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| Graphic Packaging International | Kara D'Amato | PO Box 404170 | | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | PO Box 102922 | | | Pasadena | CA | 91189-2922 |
| Hawaii Department of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | | 21925 Network Place | | | Chicago | IL | 60673-1219 |
| Idaho Office of the Attorney General | | 700 W. Jefferson St, Suite 210 | | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St 5th Fl | | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | | Ogden | UT | 84409 |
| Inventus, LLC Legility | Jo Anna Williams | PO Box 130114 | | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave 2nd Fl | | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | | Baton Rouge | LA | 70802 |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Massachusetts Office of the Attorney General | | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | | Lansing | MI | 48933 |
| Minnesota Office of the Attorney General | | 445 Minnesota St Suite 1400 | | | St. Paul | MN | 55101 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St | Suite 400 | Los Angeles | CA | 90014 |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building, Third Fl | | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St Fl 17 | | | Columbia | SC | 29201-3268 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St. | | Concord | NH | 03301 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| North Dakota Office of the Attorney General | | State Capitol, 600 E Boulevard Ave Dept. 125 | | | Bismarck | ND | 58505 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW Suite 1100 | | | Washington | DC | 20001 |
| Office of the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | | Miami | FL | 33130 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | | Oklahoma City | OK | 73126 |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | 2040 Main St | 14th Floor | Irvine | CA | 92614 |
| Oregon Department Of Justice | | 1162 Court St NE | | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Fl | | | Harrisburg | PA | 17120 |
| PepsiCo | Attn: Eric Hansen | 15 Melanie Ln | | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | | Clovis | NM | 88101 |
| Priority-1, Inc | | 1800 E Roosevelt Rd | | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | | 4705 S 129th East Ave | | | Tulsa | OK | 74134-7005 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| Securities & Exchange Commission | | 100 F Street NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | New York Regional Office Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | | Atlanta | GA | 30326-1382 |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 Ste 1 | | | Pierre | SD | 57501 |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | | Miami | FL | 33128 |
| Speedway LLC | Chris Johnson | PO Box 7600 | | | Springfield | OH | 45501-7600 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | | Jacksonville | FL | 32257-8221 |
| Target Corporation | | PO Box 1455 | | | Minneapolis | MN | 55440-1455 |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W. 15Th St | | | Austin | TX | 78701 |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | | Cottonwood Heights | UT | 84047 |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Avenue, Suite 1410 | | Wilmington | DI | 19801 |
| The Huntington National Bank | | 7 Easton Oval | | | Columbus | OH | 43219 |
| The Huntington National Bank | | PO Box 9 | | | Buffalo | NY | 14240 |
| Total Quality Logistics, LLC TQL | Nicholas Montenarello | PO Box 634558 | | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | | Seaford | DE | 19973-1578 |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | | Columbia | MD | 21046 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | 25th Floor | Atlanta | GA | 30308 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | | Jacksonville | FL | 32202 |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St | Suite 4700 | Charlotte | NC | 28202-4003 |
| U.S. Bank Equipment Finance | | 1310 Madrid Street | | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building, Suite 400 | 1313 N. Market Street, Suite 400 | | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | 400 Hosmer Ave | | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | | 109 State St. | | | Montpelier | VT | 05609 |
| Virginia Office of the Attorney General | | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 |
| Webb & Gerritsen | | 1308 Poplar Dr | | | Waukesha | WI | 53188 |
| Webbank | | 6440 S. Wasatch Blvd. | Suite 300 | | Salt Lake City | UT | 84121 |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |
| Wild Flavors, Inc. | Mike Schneider | 1261 Pacific Ave | | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3

# **<u>Exhibit B</u>**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| Americredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com |
| Carrollton-Farmers Branch ISO | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>cliff.waddington@crowncork.com<br>nick.osborne@crowncork.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 6



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>romeroe@bryancave.com<br>zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com<br>fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | awernick@wernicklaw.com<br>awernick@ecf.courtdrive.com<br>crubin@wernicklaw.com<br>dkariotis@wernicklaw.com<br>mlaverriere@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com<br>ccrumrine@burr.com<br>mlucca-cruz@burr.com<br>egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com<br>sales@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 6



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Jack H. Owoc | c/o Genovese Joblove & Battista, PA | Attn: Paul J. Battista, Esq. & Glenn D. Moses, Esq. | pbattista@gjblaw.com<br>gmoses@gjblaw.com<br>gjbecf@gjb-law.com<br>cscavone@gjb-law.com<br>gjbecf@ecf.courtdrive.com<br>vlambdin@gjb-law.com<br>jsardina@gjb-law.com<br>imalcolm@gjb.law<br>hburke@gjb-law.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com<br>wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com<br>eyal.berger@akerman.com<br>charlene.cerda@akerman.com<br>brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | scott.knapp@nelsonmullins.com<br>frank.terzo@nelsonmullins.com<br>tlewis@broadandcassel.com<br>francis.santelices@nelsonmullins.com<br>serviceftl@broadandcassel.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com<br>echafetz@lowenstein.com<br>jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 6



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com jmendoza@sequorlaw.com fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | matt.blum@wmg.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com mmatlock@fgllp.com csmith@fgllp.com csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com annie.stoops@afslaw.com |
| Refresco Beverages US Inc. | c/o Holland & Knight LLP | Attn: W. Keith Fendrick, Esq. | keith.fendrick@hklaw.com andrea.olson@hklaw.com |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com drose@pryorcashman.com schery@pryorcashman.com salifarag@pryorcashman.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com<br>celler@kelleylawoffice.com |
| Speedway LLC | Chris Johnson | | cjohnson11@speedway.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com<br>cindy.carhartt@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 5 of 6



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Jeramy D. Webb, Esq. | jeramy.webb@lw.com<br>new-york-ma-2860@ecf.pacerpro.com<br>jeramy-webb-1209@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 6 of 6