UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDEREDALE DIVISION

In re:                                                                Chapter 11 Cases

**VITAL PHARMACEUTICALS, INC.**[1]                Case No.: 22-17842-PDR

                                                                      **(Jointly Administered)**
_____Debtor(s)_____/

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE

1.  I, Jason A. Weber ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Christopher R. Kaup ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the Districts of Arizona and New Jersey, and qualified to practice in this court, who proposes to act as counsel for Nexus Steel, LLC ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

2.  I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of

---

[1] Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii); JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

LF-44  (rev. 12/01/16)                              Page 1 of 3

such Client.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

5. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: December 14, 2022

/s/Jason A. Weber  
Jason A. Weber, Esq.  
Fla. Bar No. 0051681

TIFFANY & BOSCO, P.A.  
1000 Corporate Drive, Suite 150  
Fort Lauderdale, Florida 33334  
Telephone: (954) 828-1118

jaw@tblaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on via the Court's Notice of Electronic Filing to all parties who receive notice by electronic mail through the Court's CM/ECF system on December 14, 2022.

                                      /s/Jason A. Weber
                                      Jason A. Weber, Esq.
                                      Fla. Bar No. 0051681

jaw@tblaw.com

## Affidavit of Proposed Visiting Attorney

I, <u>Christopher R. Kaup</u>, am a member in good standing of the bar of the States of <u>Arizona and New Jersey</u>. I am a member in good standing of the bar of the United States District Court for the District of <u>Arizona</u>, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of <u>Nexus Steel, LLC</u> ("Client"). I designate ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: December 13, 2022.

TIFFANY & BOSCO, P.A.

By: _____
Christopher R. Kaup, Esq. (Arizona Bar No. 014820)
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4229
602.255.6000
crk@tblaw.com