UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE

PLEASE TAKE NOTICE THAT the undersigned, Megan W. Murray, Esq., and the law firm of Underwood Murray, P.A., hereby files this Notice of Appearance as counsel for CHESTNUT HILL TECHNOLOGIES, INC. Accordingly, copies of all pleadings, correspondence, and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list in this case:

**MEGAN W. MURRAY, ESQ.**
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, Florida 33602
Tel: (813) 540-8403
Fax: (813) 553-5345
mmurray@underwoodmurray.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers is solely to ensure that Chestnut Hill Technologies, Inc. has notice of all issues and matters in this Bankruptcy Case, but is not intended and shall not be deemed or construed to be a waiver of: (1) the rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (2) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (3) the ability to object to subject matter jurisdiction, personal jurisdiction, venue, or to the ability of the Bankruptcy Court to enter final orders or act generally; or (4) any other rights, claims, actions, setoffs, or recoupments to which the above referenced parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above referenced parties expressly reserve.

Dated: December 14, 2022.

Respectfully submitted,

/s/ Megan W. Murray
Megan W. Murray, Esq.
Florida Bar No. 0093922
UNDERWOOD MURRAY, P.A.
100 North Tampa St., Suite 2325
Tampa, FL  33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com
*Counsel for Chestnut Hill Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on December 14, 2022.

/s/ Megan W. Murray
Megan W. Murray, Esq.
Florida Bar No. 0093922