## Exhibit A

**Illustrative DIP Study**

**Vital Pharmaceuticals**
Illustrative DIP Study

**Criteria**: DIP facilities (i) with a roll-up component, (ii) for Companies that filed on or after Jan 1, 2020, and (iii) total facility size between $250M to $750M

| | | | | | Prepetition Secured Debt | | DIP Facility Type | | | DIP Facility Structure | | | | | DIP Facility Roll-Up | | | Roll-Up % of Prepetition | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Company Name | Sector | Venue | Petition Date | Revolver / ABL | Term Loan / Other | Revolver / ABL | Term Loan | Total Commitment | New Money | Roll-Up | Total Commitment | Roll-Up to New Money | Immediate Roll-Up (vs. Creeping Roll-Up) | Revolver / ABL | Term Loan | Total Roll-Up | Revolver / ABL | Term Loan |
| 1. | Ascena Retail Group, Inc. | Consumer Discretionary | Virginia Eastern | 7/23/20 | $ 333 | $ 1,272 | $ 400 | $ 312 | $ 712 | $ 217 | $ 495 | $ 712 | 2.28x | Immediate | $ 333 | $ 162 | $ 495 | 100% | 13% |
| 2. | American Commercial Lines Inc | Transportation | Texas Southern | 2/7/20 | 553 | 949 | 640 | 50 | 690 | 137 | 553 | 690 | 4.02x | Immediate | 553 | - | 553 | 100% | - |
| 3. | Briggs & Stratton Corp. | Industrials | Missouri Eastern | 7/20/20 | 326 | - | 413 | 265 | 678 | 352 | 326 | 678 | 0.93x | Creeping | 326 | - | 326 | 100% | - |
| 4. | Denbury Resources Inc. | Energy | Texas Southern | 7/30/20 | 325 | - | 614 | - | 614 | 290 | 324 | 614 | 1.12x | Immediate | 324 | - | 324 | 100% | - |
| 5. | 24 Hour Fitness Worldwide, Inc. | Consumer Services | Delaware | 6/15/20 | 117 | 835 | - | 500 | 500 | 250 | 250 | 500 | 1.00x | Immediate | 117 | 133 | 250 | 100% | 16% |
| 6. | Tailored Brands, Inc. | Consumer Discretionary | Texas Southern | 8/2/20 | 398 | 877 | 500 | - | 500 | 102 | 398 | 500 | 3.90x | Immediate | 398 | - | 398 | 100% | - |
| 7. | GNC Holdings, Inc. | Consumer Discretionary | Delaware | 6/23/20 | 340 | 411 | 275 | 200 | 475 | 100 | 375 | 475 | 3.75x | Immediate | 275 | 100 | 375 | 81% | 24% |
| 8. | Chord Energy (f/k/a Oasis Petroleum) | Energy | Texas Southern | 9/30/20 | 438 | - | 450 | - | 450 | 150 | 300 | 450 | 2.00x | Immediate | 300 | - | 300 | 69% | - |
| 9. | Centric Brands Inc. | Apparel | New York Southern | 5/18/20 | 164 | 1,372 | 275 | 160 | 435 | 271 | 164 | 435 | 0.60x | Immediate | 164 | - | 164 | 100% | - |
| 10. | Lakeland Tours, LLC | Consumer Services | New York Southern | 7/20/20 | 62 | 582 | - | 368 | 368 | 216 | 152 | 368 | 0.70x | Immediate | 62 | 90 | 152 | 100% | 15% |
| 11. | OneWeb Global Limited | Communication Services | New York Southern | 3/27/22 | - | 1,733 | - | 365 | 365 | 140 | 225 | 365 | 1.61x | Immediate | - | 225 | 225 | - | 13% |
| 12. | Gulfport Energy Corporation | Energy | Texas Southern | 11/13/20 | 599 | - | 263 | - | 263 | 105 | 158 | 263 | 1.50x | Immediate | 158 | - | 158 | 26% | - |
| 13. | Pier 1 Imports, Inc. | Retail | Virginia Eastern | 2/17/20 | 194 | 189 | 256 | - | 256 | 63 | 194 | 256 | 3.09x | Immediate | 194 | - | 194 | 100% | - |
| | Min. | | | | - | - | - | - | 256 | 63 | 152 | 256 | 0.60x | n/a | - | - | 152 | - | - |
| | Mean | | | | 321 | 913 | 409 | 277 | 485 | 184 | 301 | 485 | 2.04x | n/a | 267 | 142 | 301 | 89.6% | 16.3% |
| | Median | | | | 326 | 582 | 275 | 160 | 475 | 150 | 300 | 475 | 1.61x | n/a | 275 | - | 300 | 100.0% | - |
| | Max. | | | | 599 | 1,733 | 640 | 500 | 712 | 352 | 553 | 712 | 4.02x | n/a | 553 | 225 | 553 | 100.0% | 24.3% |
| | **VPX** | Consumer Discretionary | Southern District of Florida | 10/10/22 | $ 251 | $ 104 | $ 455 | $ - | $ 455 | $ 100 | $ 235 | $ 335 | 2.35x | Immediate | $ 235 | $ - | $ 235 | 93.8% | - |

**Notes:**
- New money may include undrawn portions of existing Prepetition Revolver / ABL Facilities that are made available on a postpetition basis as part of DIP financing.
- <u>Ascena Retail Group</u>: Final DIP motion states that the $400M DIP ABL will be used to roll-up all outstanding prepetition obligations under the ABL credit agreement ($333M). FTI included the remaining $67M of DIP ABL as 'New Money', in addition to $150M of New Money provided as part of the DIP Term Loan. $333M of outstanding prepetition ABL amount as of the Petition Date includes $103M LCs and $230M outstanding principal.
- <u>American Commercial Lines Inc</u>: $553M of prepetition ABL outstanding includes $536M of outstanding principal and $16.6M of outstanding LCs. New Money assumed as the difference between the $553M roll-up and $690M total DIP commitment.
- <u>Briggs & Stratton Corp</u>: New Money calculated as total DIP facility less prepetition amount outstanding ($326M) as disclosed in the First Day Declaration.
- <u>Denbury Resources</u>: Prepetition Revolver includes $230M of loans outstanding plus $94.7M LCs. New money assumed to be the difference between $614M total commitment and full roll-up of prepetition revolver.
- <u>24 Hour Fitness</u>: Pursuant to Final DIP Order, prepetition amounts will be rolled-up. Given that prepetition revolver and Term Loan are under the same prepetition credit facility, FTI assumed that the entirety of the revolver will be rolled-up ($117M) and the remaining used to roll-up a portion of the Term Loan ($835M outstanding). Prepetition Revolver includes $95.2M outstanding plus $21.4M of letters of credit.
- <u>Tailored Brands</u>: Prepetition ABL outstanding includes $375M balance and $22.9M outstanding LCs. New money assumed to be the difference between the $500M facility and the full roll-up of all outstanding prepetition ABL amounts.
- <u>GNC</u>: Prepetition Revolver includes $65M of ABL Revolver ($60M of outstanding principal and $5.1M outstanding LCs) and $275M outstanding under the FILO Term Loan.
- <u>Chord Energy (f/k/a Oasis Petroleum)</u>: Prepetition Revolver includes $361M of outstanding principal and $77M outstanding LCs.
- <u>Centric Brands</u>: The final DIP order states that $164M of the prepetition revolver will be rolled-up; FTI included the remaining $111M of DIP ABL and $160M of DIP term loan as 'New Money'.
- <u>Lakeland Tours</u>: Final DIP order does not disclose portion of prepetition revolver vs. term loan rolled-up. FTI assumed prepetition revolver rolled-up in full first, and remainder of roll-up applied to prepetition term loan.
- <u>OneWeb Holdings LLC</u>: Total commitment includes supplemental $65M new money DIP facility. Initially approved DIP was for $300M with $75M of new money and $225M of roll-up; $65M was approved later as an amendment.
- <u>Pier 1 Imports, Inc.</u>: Roll-up includes $6M prepayment premium on prepetition ABL. The DIP motion states that $194M of the prepetition ABL facility will be rolled-up; FTI included the remaining $63M of DIP ABL as 'New Money.'