**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case: 22-17842-PDR |
| | CHAPTER 11 |
| VITAL PHARMACEUTICALS, INC., | |
| Debtor. | |
| _____/ | |

## JOINT MOVANTS' WITNESS LIST

Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. ("Joint Movants"), by and through undersigned counsel, and pursuant to the *Order Setting Final Hearing and Briefing Schedule with Respect to Joint Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recording, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non Trade Claims* [ECF# 490] entered on December 9, 2022, which set a hearing on Monday, December 19, 2022, at 10:00 a.m. (the "Hearing") files this Witness List of individuals whom Monster Energy intends to call at the Hearing:

1. Any witness identified by another interested party in their witness list; and

2. Any and all rebuttal witnesses.

Monster reserves the right to supplement and/or amend its Witness List

67794133;1

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301**

Dated: December 14, 2022

**AKERMAN LLP**

*/s/ Michael I. Goldberg*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 / F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (*pro hac vice*)
Ira D. Kharasch (*pro hac vice*)
Robert J. Feinstein (*pro hac vice*)
Teddy M. Kapur (*pro hac vice*)
Steven W. Golden (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 / F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*


**FENDER, BOLLING AND PAIVA, P.A.**
*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

-and-

**KTBS LAW LLP**
Thomas E. Patterson, Esq. (pro hac vice)
Nir Maoz (pro hac vice)
1801 Century Park East
Twenty Sixth Floor
Los Angeles, CA 90067
T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com
*Counsel to Orange Bang, Inc*

- and –

**FURR AND COHEN, P.A.**

/s/ Marc P. Barmat
Marc P. Barmat
Florida Bar No. 22365
Robert C. Furr
Florida Bar No. 210854
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
mbarmat@furrcohen.com
rfurr@furrcohen.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Russell H. Falconer (*pro hac vice*)
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2936
rfalconer@gibsondunn.com
Matthew G. Bouslog (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-4030
Facsimile: (949) 475-4640
mbouslog@gibsondunn.com
*Counsel to America Bottling Company*

-and-

PRYOR CASHMAN LLP

/s/ Brendan Everman
James G. Sammataro
Florida Bar No. 520292
Brendan Everman
Florida Bar No. 68702
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: jsammataro@pryorcashman.com
beverman@pryorcashman.com

- and –

PRYOR CASHMAN LLP
Seth H. Lieberman (*pro hac vice* forthcoming)
David C.Rose (*pro hac vice* forthcoming)
Stephanie P. Chery (*pro hac vice* forthcoming)
Sameer M. Alifarag (*pro hac vice* forthcoming)
7 Times Square, 40th Floor New York, NY 10036-6596
Telephone: (212) 421-4100 Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
drose@pryorcashman.com
schery@pryorcashman.com
salifarag@pryorcashman.com

*Counsel to Sony Music Entertainment and UMG Recordings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on December 14, 2022.

/s/ *Michael I. Goldberg*
Michael I. Goldberg, Esq.