# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

| In re: | Case No. 22-17842 (PDR) |
|---|---|
| | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | (Jointly Administered) |
| Debtors. | |

## EXHIBIT REGISTER

Exhibits Submitted on behalf of: ☐ Plaintiff  ☐ Defendant  ☐ Debtor  ☒ Other: Official Committee of Unsecured Creditors (the "Committee")

Submitted By: Jeffrey Cohen, Esq., Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, 212-262-6700

(name, address, and phone number)

Date of Hearing/Trial: December 19/20, 2022    Type of Hearing/Trial: Hearing on Joint Motion for Committee Appointment[1]

---

[1] *Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims* [Docket No. 408] (the "Joint Motion for Committee Appointment").

Page | 1

LF-49 (rev. 05/20/2020)

## THE COMMITTEE'S EXHIBITS

The Committee reserves the right to introduce any exhibit on the Exhibit Registers submitted by the: (1) Litigation Claim Movants[2]; (2) Debtors; (3) U.S. Trustee; and (4) Truist Bank.

## THE COMMITTEE'S RESERVATION OF RIGHTS

The Committee reserves the right to: (a) amend or supplement the foregoing list of exhibits at any time prior to the hearing on the Joint Motion for Committee Appointment; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing list of exhibits as necessary in connection therewith in compliance with Local Rule 9070-1; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in this action; and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in this action.

Respectfully submitted,

Dated: December 14, 2022

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Committee's objection [Docket No. 500] to the Joint Motion for Committee Appointment.

Page | 3

-and-
Nicole Fulfree, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*