UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1]  _____/ | (Jointly Administered) |

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**

[ ] Plaintiff    [ ] Defendant    [ X ] Debtors    [ ] Others

**Date of Hearing/Trial**: Monday and/or Tuesday, December 19 and/or 20, 2022 at 10 a.m. (ET)

**Type of Hearing/Trial**: Final hearing on the *Motion of Monster Energy Company, the American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims* [Docket No. 408] (the "Motion")

**SUBMITTED BY:**    Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com

—and—

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | *United States Trustee Notice of Appointment of Official Unsecured Creditors Committee in and over the Jointly Administered Chapter 11 Cases* [Docket No. 245] | | | |
| 2. | *Schedules of Assets and Liabilities of Debtor Vital Pharmaceuticals, Inc. (Case No. 22-17842)* [Docket No. 323] | | | |
| 3. | *Statements of Financial Affairs of Debtor Vital Pharmaceuticals, Inc. (Case No. 22-17842)* [Docket No. 325] | | | |
| 4. | *United States Trustee Notice of Appointment of Reconstituted Official Unsecured Creditors Committee in and over the Jointly Administered Chapter 11 Cases* [Docket No. 400] | | | |
| 5. | *Letter from Gibson, Dunn & Crutcher LLP to the Office of the United States Trustee* [Docket No. 408-7] | | | |
| 6. | Proof of Claim of Orange Bang, Inc. [Claim No. 10] | | | |
| 7. | Proof of Claim of Orange Bang, Inc. [Claim Nos. 11] | | | |
| 8. | Proof of Claim of Monster Energy Company [Claim No. 28] | | | |
| 9. | Proof of Claim of Monster Energy Company [Claim No. 29] | | | |
| 10. | Proof of Claim of The American Bottling Company [Claim No. 30] | | | |
| 11. | Proof of Claim of The American Bottling Company [Claim No. 31] | | | |
| 12. | Proof of Claim of The American Bottling Company [Claim No. 32] | | | |
| 13. | Proof of Claim of The American Bottling Company [Claim No. 33] | | | |
| 14. | Proof of Claim of The American Bottling Company [Claim No. 34] | | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 15. | Proof of Claim of The American Bottling Company [Claim No. 35] | | | |
| 16. | Proof of Claim of The American Bottling Company [Claim No. 36] | | | |
| 17. | Proof of Claim of Peter Fischer [Claim No. 86] | | | |
| 18. | Proof of Claim of Trinity Logistics, Inc. [Claim No. 128] | | | |
| 19. | Proof of Claim of Crown Cork & Seal USA, Inc. [Claim No. 271] | | | |
| 20. | Any exhibit introduced by any other party | | | |
| 21. | Rebuttal or impeachment exhibits as necessary | | | |

## **THE DEBTORS' RESERVATION OF RIGHTS**

The Debtors reserve the right to: (a) amend or supplement the foregoing list of exhibits at any time prior to the hearing on the Motion; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing list of exhibits as necessary in connection therewith in compliance with Local Rule 9070-1; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in these Chapter 11 cases; and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in these Chapter 11 cases.