# **<u>Debtors' Exhibit 4</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| Vital Pharmaceuticals, Inc. | Case Nos.: 0:22-bk-17842-PDR |
| Bang Energy Canada, Inc. | 0:22-bk-17844-PDR |
| JHO Intellectual Property Holdings, L.L.C. | 0:22-bk-17845-PDR |
| JHO Real Estate Investment, L.L.C. | 0:22-bk-17847-PDR |
| Quash Seltzer, L.L.C. | 0:22-bk-17848-PDR |
| Rainbow Unicorn Beverage, L.L.C. | 0:22-bk-17849-PDR |
| Vital Pharmaceuticals International Sales, Inc. | 0:22-bk-17850-PDR |

Chapter 11 Cases

*jointly administered under 22-17842*

Debtors.
_____/

## UNITED STATES TRUSTEE
## NOTICE OF APPOINTMENT OF
## RECONSTITUTED OFFICIAL UNSECURED CREDITORS COMMITTEE
## IN AND OVER THE JOINTLY ADMINISTERED CHAPTER 11 CASES

Under section 1102(a), title 11, United States Code, the United States Trustee for Region 21 hereby gives notice that the following creditors holding unsecured claims are willing to serve as a committee of unsecured creditors with the powers enumerated under 11 U.S.C. § 1103 in these jointly administered chapter 11 bankruptcy cases captioned above.

**Member**

1. Clint E. Pyle
   Stellar Group, Inc.
   2900 Hartley Rd.
   Jacksonville, FL 32257-8221
   904-889-9835
   cpyle@stellar.net

2. Mark H. Speiser
   Archer Daniels Midland Co.
   4666 Faries Parkway
   Decatur, IL 62526
   217-521-3819
   mark.speiser@adm.com

3. Douglas Potvin
   Trinity Logistics, Inc.
   50 Fallon Avenue
   Seaford, DE 19973
   302-253-3919
   doug.potvin@trinitylogistics.com

4. Curt Rothlisberger
   Ardagh Metal Packaging USA Corp.
   8770 W. Bryn Mawr Avenue
   Chicago, IL 60631
   773-490-1864
   curt.rothlisberger@ardaghgroup.com

5. Ron Cenderelli
   Crown Cork & Seal USA, Inc.
   770 Township Line Road
   Yardley, PA 19067
   215-698-5124
   Ron.Cenderelli@crowncork.com

6. Marshall J. Wells
   QuikTrip Corporation
   4705 S. 129th East Ave.
   Tulsa, OK 74134
   918-615-7913
   mwells@quiktrip.com

7. Stephanie Penninger
   XPO Logistics, L.L.C.
   11215 North Community House Road
   Charlotte, NC 28277
   704-956-6028
   Stephanie.Penninger@rxo.com

8. Matt Blum
   Warner Music Group Corp.
   70 Music Sq. W., Ste. 341
   Nashville, TN 37203
   847-899-6274
   matt.blum@wmg.com

9. W. Conrad Ragan
   PepsiCo., Inc.
   1100 Reynolds Blvd.
   Winston-Salem, NC 27105
   336-972-8910
   conrad.ragan@pepsico.com

10. Stephen Cole
    The American Bottling Co., Inc.
    6425 Hall of Fame Ln.
    Frisco, TX 75034-1954
    469-404-8943
    Stephen.Cole@kdrp.com

11. Peter Fischer
    c/o Daniel F. Harvath
    Harvath Law Group, L.L.C.
    75 W. Lockwood, Ste. 1
    Webster Groves, MO 63119
    314-550-3717
    dharvath@harvathlawgroup.com

Dated: 23 November 2022

                                      Respectfully submitted,

                                      Mary Ida Townson
                                      U.S. TRUSTEE, REGION 21

By:   /s/ J. Steven Wilkes (Ala Bar # WIL-278)
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee, Region 21
        501 East Polk Street, Suite 1200
        Tampa, Florida 33602
        (813) 228-2000 / fax (813) 228-2303
        steven.wilkes@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served electronically, or via United States mail service postage prepaid, on or before 23 November 2022:

Electronically:      Jordi Guso, Andrew Sorkin; Debtors' Counsel
                           Leysa Blanco, Jeffrey Cohen; Committee Counsel
                           Matt Blum, matt.blum@wmg.com
                           W. Conrad Ragan, conrad.ragan@pepsico.com
                           Stephen Cole, Stephen.Cole@kdrp.com
                           Peter Fischer, dharvath@harvathlawgroup.com

All other parties receiving CM/ECF Notice of Filing

                                                                /s/ J. Steven Wilkes