# **Debtors' Exhibit 17**

**Fill in this information to identify the case:**

Debtor ___Vital Pharmaceuticals, Inc.___

United States Bankruptcy Court for the District of ___Southern District of Florida___

Case number ___22-17842___

## Official Form 410

# Proof of Claim

**04/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Peter Fischer, individually, and on behalf of a nationwide class of similarly-situated consumers |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

2. **Has this claim been acquired from someone else?**

☑ No

☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|

See Additional/Expanded Creditor Address(es) page:

| | |
|---|---|
| Peter Fischer, individually, and on behalf of a nationwide class of similarly-situated consumers... c/o Daniel Harvath, Esq. 75 W. Lockwood Suite # 1 Webster Groves, Missouri 6311... United States **P:** 314-550-3717 **E:** dharvath@harvathlawgroup.com | Harvath Law Group, LLC Daniel Harvath, Esq. 75 W. Lockwood Suite # 1 Webster Groves, Missouri 631... United States **P:** 314-550-3717 **E:** dharvath@harvathlawgroup.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. **Does this claim amend one already filed?**

☑ No

☐ Yes.  Claim number on court claims registry (if known) _____  Filed on _____

MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes.  Who made the earlier filing? _____

1195811102232866759000001

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

---

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.  Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

---

7. **How much is a claim?**    $ 401,000,000.00

Does this amount include interest or other charges?

☑ No

☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Consumer fraud compensatory damages on a nationwide basis due to Debtor's deception, breach of warranty and misrepresentation

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property

**Nature of property**

☐ Real estate.    If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** _____

**Amount of the claim that is secured:** _____

**Amount of the claim that is unsecured:** _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes.  Amount necessary to cure any default as of the date of the petition.    $ _____

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes.  Identify the property: _____

---

| | | |
|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes.  Check one:                        Amount entitled to priority |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)

_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies.

_____

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on date & time | 11/09/2022 at 04:25 pm PT |
|---|---|
| | MM / DD / YYYY HH : MM |

/s/Daniel Francis Harvath

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | | | |
|---|---|---|---|
| | Daniel | Francis | Harvath |
| | First Name | Middle Name | Last Name |
| Title | Attorney for Claimant Peter Fischer and a putative nationwide cla... | | |
| Company | Harvath Law Group, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | | |
| Address | 75 W. Lockwood | Suite #1 | |
| | Number | Street | |
| | Webster Groves | MO | 63119 |
| | City | State | ZIP Code |
| Contact phone | | | |
| Email | dharvath@harvathlawgroup.com | | |



**Additional/Expanded Creditor Address(es):**

**Primary Address (Expanded)**
Peter Fischer, individually, and on behalf of a nationwide class of
similarly-situated consumers
c/o Daniel Harvath, Esq.
75 W. Lockwood
Suite # 1
Webster Groves, Missouri 63119
United States
Phone: 314-550-3717
dharvath@harvathlawgroup.com

**Distribution Address (Expanded)**
Harvath Law Group, LLC
Daniel Harvath, Esq.
75 W. Lockwood
Suite # 1
Webster Groves, Missouri 63119
United States
Phone: 314-550-3717
dharvath@harvathlawgroup.com

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                                                Page 4

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| Name of Debtors | Case Numbers: |
|---|---|
| **VITAL PHARMACEUTICALS, INC.,** *et al.* | **22-17842-PDR**<br>**22-17844-PDR**<br>**22-17845-PDR**<br>**22-17847-PDR**<br>**22-17848-PDR**<br>**22-17849-PDR**<br>**22-17950-PDR**<br><br>(Jointly Administered) |

Indicate Debtor against which you assert a claim by checking the appropriate box below.

**(Check only one Debtor per claim form)**

| Name of Debtor | Case Number |
|---|---|
| ☒ Vital Pharmaceuticals, Inc. | Case No. 22-17842-PDR |
| ☐ Bang Energy Canada, Inc. | Case No. 22-17844-PDR |
| ☐ JHO Intellectual Property Holdings, LLC | Case No. 22-17845-PDR |
| ☐ JHO Real Estate Investment, LLC | Case No. 22-17847-PDR |
| ☐ Quash Seltzer, LLC | Case No. 22-17848-PDR |
| ☐ Rainbow Unicorn Bev LLC | Case No. 22-17849-PDR |
| ☐ Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850-PDR |

Page 1

## Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Peter Fischer, *individually, and on behalf of a nationwide class of similarly-situated consumers*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

*Harvath Law Group, LLC*
Name

*75 W. Lockwood,  Suite #1*
Number     Street

*Webster Groves, Missouri*  63119
City                State           Zip Code

Contact phone  **314-550-3717**
Contact email  dharvath@harvathlawgroup.com

Where should payments to the creditor be sent? (if different)

**(same)**
Name

_____
Number      Street

_____
City                State        Zip Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)_____     Filed on _____
MM   /  DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Page 2

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

7. **How much is the claim?**   $ **401,000,000.00**

(**Four Hundred One Million Dollars**)

**Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Consumer fraud compensatory damages for Debtor's breach of warranty and misrepresentation (see attached lawsuit; First Amended Complaint)

9. **Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured: $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   __11/9/2022__
                     MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | **Daniel** | **Francis** | **Harvath** |
| | First name | Middle name | Last name |
| Title | **Managing Member** | | |
| Company | **Harvath Law Group, LLC** | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | **75 W. Lockwood, Suite #1,  Webster Groves, MO 63119** | | |
| Contact phone | **314-550-3717** | Email | **dharvath@harvathlawgroup.com** |

---

**Mail Claim Form to:** Vital Pharmaceuticals, Inc., et al Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or file your claim electronically via the following case website: https://cases.stretto.com/VitalPharmaceuticals.

**IN THE UNITED STATES FEDERAL DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **PETER FISCHER,** | ) | |
| *individually and on behalf of* | ) | **Case No. 22-CV-00136-MTS** |
| *all others similarly situated,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **v.** | ) | |
| | ) | |
| **VITAL PHARMACEUTICALS, INC.,** | ) | |
| **d/b/a "VPX Sports," and** | ) | |
| **DOES 1 through 10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**FIRST AMENDED CLASS ACTION COMPLAINT**</u>

Plaintiff Peter Fischer, individually and on behalf of all others similarly-situated hereby files this, his First Amended Class Action Complaint, against Defendant Vital Pharmaceuticals, Inc., *doing business as* "VPX Sports," and DOES 1 through 10 (collectively "Defendants") for their false, misleading, and deceptive marketing of their products, constituting breach of warranty, breach of implied contract, and unjust enrichment on a nationwide basis and, in the State of Missouri, in violation of the Missouri Merchandising Practices Act, Mo. Rev. Stat. chap. 407 ("MMPA").

## I.    <u>INTRODUCTION</u>

1.    Defendant VPX Sports markets and sells different health-related products to Missouri citizens, including supplements, energy drinks and protein bars.  One of VPX Sport's most-popular products is a line of functional beverages sold under the brand name "Bang."  The "Bang" product is a drinkable liquid packaged in a 16fl oz. aluminum canister that claims to be "Potent Brain and Body Fuel."

2.    The "Bang" line of products is deceptively and misleadingly marketed as containing "SUPER CREATINE."  Creatine is a very popular supplement among athletes and bodybuilders that has

1

proven benefits, helping users to gain muscle, enhance strength, and improve exercise performance.

3.     However, despite claiming to contain "SUPER CREATINE," the "Bang" product contains no creatine whatsoever; "SUPER CREATINE" is *not* creatine.  Instead, what VPX Sports deceptively and falsely claims to be "super" creatine is in fact a wholly different substance, "creatyl-l-leucine." ("CLL").

4.     CLL is a substance unique to VPX Sports and to the "Bang" product.  Defendant claims the substance is "creatine bonded to L-leucine."  If that is the case, the substance is not creatine. Two chemical compounds "bonded" together form a wholly unique substance.

5.     More importantly, as shown herein, ***multiple scientific studies*** have established that CLL is ***not*** creatine, and has no creatine-like effects whatsoever.  Indeed, even VPX Sports' own experts have admitted as much.

6.     For that reason, Defendant's further listing "creatine" in brackets following "SUPER CREATINE" in the "Ingredient" portion of the product's labeling is also deceptive to an average consumer.  Because of the chemical bonding that occurs, from a scientific standpoint, "SUPER CREATINE" is not creatine. It is CLL, which has zero creatine-like effects.  Yet an average consumer does not necessarily know as much, which renders Defendant's listing "creatine" for a second time in the "Ingredients" section doubly deceptive to a normal consumer.

7.     In short, "SUPER CREATINE" is not creatine, and the "Bang" products contain no creatine.  By nonetheless using the "SUPER CREATINE" label on the "Bang" product – and by confusingly listing "creatine" under the "Ingredients" portion of the label – Defendant VPX Sports is knowingly deceiving consumers. Creatine has multiple proven physiological benefits; "creatyl-l-leucine" does not.

8.     In this fashion, VPX Sports sells the product to the buying public, misleading and deceiving consumers into paying for an inferior product while under the false impression that it has

2

benefits that it does not contain.

9.  Pursuant to the MMPA, such practice is illegal.

10.  In addition and/or in the alternative to the above, since the initial offering of the Product, each and every container of the Product has borne a uniformly-worded label falsely claiming the Product contains "SUPER CREATINE."  That uniformly-worded false statement gives rise to additional and/or alternative claims under Missouri law.

## II.    PARTIES, JURISDICTION, AND VENUE

11.  Plaintiff Peter Fischer is a citizen and resident of St. Louis City, Missouri.

12.  Plaintiff brings this Class Action Complaint individually and on behalf of a putative nationwide class of all United States consumers and, additionally or alternatively, a putative class of Missouri residents.

13.  Defendant Vital Pharmaceuticals, Inc. ("VPX Sports") is a Florida Corporation that has its principal place of business at 1600 North Park Drive, Weston, Florida 33326.

14.  Defendant VPX Sports advertises, distributes, markets and sells the "Bang" line of products deceptively and misleadingly marketed as containing "SUPER CREATINE."

15.  The true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is legally responsible for the unlawful acts alleged herein.  If necessary, Plaintiff will seek leave of Court to amend the Petition to reflect the true names and capacities of the DOE Defendants when such identities become known.

16.  Venue is proper in this Court because Plaintiff was injured in this venue and lives within this venue.

17.  This asserted class action comports with Missouri Supreme Court Rule 52.08 and with R.S.Mo. § 407.025(3) of the MMPA.  Plaintiffs' identities can be ascertained from Defendant's records,

but are so numerous that simple joinder of all individuals is impracticable.  This action raises questions

of law and fact common among Plaintiffs.  The claims of lead Plaintiff is typical of all Plaintiffs' claims.

Named Plaintiff will fairly and adequately protect all Plaintiffs' interests, and is represented by attorneys

qualified to pursue this action. More specifically:

18.     <u>Class definitions</u>:  Plaintiff Peter Fischer brings this action on behalf of himself and a

nationwide class of similarly-situated persons preliminarily-[1]defined as follows: All persons who

purchased "Bang" products (the "Product")[2] during the Class Period in the United States. In addition,

and/or alternatively, Plaintiff Peter Fischer brings this action on behalf of himself and a Missouri

subclass of similarly-situated persons defined as follows: All persons, who, within the Class Period,

purchased the Product in the State of Missouri.   The Class Period begins five years prior to the date of

the filing of this Petition, and ceases upon the date of the filing of this Petition.  Excluded from the Class

and Subclass are: (a) any judges presiding over this action and members of their staffs and families; (b)

the Defendants and their subsidiaries, parents, successors, and predecessors; any entity in which the

Defendants or their parents have a controlling interest; and the Defendants' current or former officers

and directors; (c) employees (i) who have or had a managerial responsibility on behalf of the

organization, (ii) whose act or omission in connection with this matter may be imputed to the

organization for liability purposes, or (iii) whose statements may constitute an admission on the part of

the Defendants; (d) persons who properly execute and file a timely request for exclusion from the class;

(e) the attorneys working on the Plaintiffs' claims; (f) the legal representatives, successors, or assigns of

any such excluded persons; and (g) any individual who assisted or supported the wrongful acts

delineated herein.

19.     <u>Numerosity</u>:  Upon information and belief, the Class and Subclass includes potentially

---

[1] Plaintiff reserves the right to propose, as needed, any different or other more- or less-specific class, classes, subclass, or subclasses as Plaintiff deems appropriate for purposes of class certification.
[2] As that term and label is defined in greater detail *infra*.

millions of individuals on a nationwide basis, making their individual joinder impracticable.  Although the exact number of Class and Subclass members and their addresses are presently unknown to Plaintiff, they are ascertainable from Defendants' records.

20.     <u>Typicality</u>: Plaintiff's claims are typical of those of the Class and Subclass because all Plaintiffs were injured by the Defendants' uniform wrongful conduct, specifically, using misleading and deceptive marketing and advertising in offering and selling the Product to Plaintiffs.

21.     <u>Adequacy</u>:  Plaintiff Peter Fischer is an adequate representative of the Class and/or Subclass because his interests do not conflict with the interests of the Class or Subclass members he seeks to represent, he has retained competent and experienced counsel, and he intends to prosecute this action vigorously.  The interests of the Class and Subclass will be protected fairly and adequately by Plaintiff and his counsel.

22.     <u>Commonality</u>:  Common questions of law and fact exist as to all Class and Subclass members and predominate over any questions affecting only individual members, such as: (a) whether the Defendant used deceptive or misleading marketing and advertising in selling the Product; (b) whether and to what extent the Class members were injured by Defendant's illegal conduct; (c) whether the Class members are entitled to compensatory damages; (d) whether the Class members are entitled to declaratory relief; and (e) whether the Class members are entitled to injunctive relief.

23.     <u>Superiority</u>:  This class action is appropriate for certification because class proceedings are superior to all other available methods for the fair and efficient adjudication of this controversy.  The damages suffered by the individual Class members will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by the Defendant's wrongful conduct.  Thus, it would be extremely difficult for the individual Class members to obtain effective relief.  A class action presents far fewer management difficulties and provides the benefits of a single adjudication, including economies of time, effort, and expense, and uniformity of decisions.

### III.    <u>BACKGROUND</u>

24.     Defendant manufactures, distributes, and/or sells the product at issue herein, "Bang"-branded functional beverage described as "Potent Brain and Body Fuel" and purportedly containing "SUPER CREATINE." (the "Product").

25.     Defendant VPX Sports, in particular, owns the "Bang" brand and, under that brand name, manufactures and distributes, *inter alia,* the Product.

26.     The Product is marketed as purportedly being "potent brain and body fuel," and containing, *inter alia,* "SUPER CREATINE."

27.     The packaging of the Product, regardless of its flavor or color, makes the same uniform claim, that it contains "SUPER CREATINE":

a. 

28.     As shown, the Product, regardless of flavor or color of packaging, uniformly claims to contain "SUPER CREATINE."

29.     In addition, the Product, on the back side of each can, provides as follows:



a.

30.    As shown, along with multiple other ingredients, "SUPER CREATINE" is listed in prominent, bold lettering under the "INGREDIENTS" heading on the label on the back side of the Product.  Following that, in brackets, the label confusingly lists "creatyl-l-leucine (creatine bonded to l-leucine)."  Even though "creatyl-l-leucine" ("CLL") is a wholly unique substance from creatine, the average consumer would not know this and would instead be doubly deceived by yet another confusingly deceptive listing of "creatine" under the "Ingredients" portion of the product's label.

31.    In short, on both the front and back of the Product, the Product expressly claims to contain "super" creatine.  The Product's confusing "explanation" of "SUPER CREATINE" only further confuses a consumer into believing that the Product contains creatine.

32.    In all events, it is irrefutable that the Product does not, in fact, contain any creatine.

33.    And, unlike creatine, which has well-established and scientifically-proven physiological benefits, creatyl-l-leucine has no proven benefits whatsoever, and **has been scientifically proven to have *no creatine-like* benefits.**

7

*"Super Creatine" is Not Actual Creatine, and Does Not Raise the Body's Creatine Levels*

34.      As noted, the Products' "Super Creatine" is actually "creatyl-l-leucine" ("CLL")**.** Portraying CLL as creatine (in any respect, "Super" or otherwise) is deceptive because Defendant's own scientists admit that CLL is ___not___ creatine, and has none of creatine's benefits.

35.      Recently, some of the very same questions that this lawsuit poses – such as, whether Defendant's portraying "Super Creatine" as creatine is deceptive – were raised in a lawsuit between Defendant VPX Sports and its chief competitors, Monster Energy and Orange Bang.

36.      That lawsuit, filed by VPX Sports against Monster Energy, was filed in the United States District Court for the Central District of California (*VPX Sports v. Orange Bang, Inc. et al.* Case No. 5:20-cv-1464)("*Orange Bang*").

37.      Shortly after it was filed, the *Orange Bang* lawsuit was sent to arbitration and – after the parties spent millions of dollars on expert witnesses – recently was resolved by the arbitrator, who found that VPX Sports owed Monster Energy and Orange Bang $175 million for violating "Bang" trademark rights.[3]  A redacted copy of the arbitrator's April 4, 2022, "Final Arbitration Award – Phase 1 and Phase 2" ("Arbitration Award"), made publicly-available through that lawsuit, is attached hereto as **Exhibit A** (also available at *Orange Bang,* Doc. 58-2).

38.      In making the award, the arbitrator ("Arbitrator") came to conclusions and recited findings that make it abundantly and indisputably clear that even Defendant's ___own experts___ agree that the Products' "Super Creatine"/CLL is *not actual creatine and does not raise the body's creatine levels.* *Arbitration Award,* at 51-58 of 178.

39.      Specifically, the Arbitrator sought to resolve the stated question: "Whether or not CLL is

---

[3] *See, Reuters, "Monster ask court to enforce $175M award against Bang Energy maker,* available at: https://www.reuters.com/legal/legalindustry/monster-asks-court-enforce-175-mln-award-against-bang-energy-maker-2022-04-06/

creatine and whether or not a product with CLL meets the 'creatine-based' standard…" *Arbitration Award,* at p. 52.  In answering those questions, VPX Sports' creatine expert, Guillermo Escalante ("Escalante"), made "significant admissions" that "[could] only be characterized as **stunning** and not helpful in advancing VPX Sports position." *Id.* at 51 (emphasis in original).  Amongst the admissions made by Defendant's own expert, Escalante, were the following:

a.  Escalante "did not testify that CLL is a form of creatine"; (*Id.* at 52)*,* citing Escalante testimony)

b.  "Escalante testified that based on the scientific studies conducted on CLL to date, there is ***no evidence to support the efficacy of CLL***." *Id.* at 52 (emphasis added);

c.  "Escalante testified that in order for a substance to be deemed creatine, it would need to increase muscle creatine levels in the human body," but that "he ***cannot say that CLL increases muscle creatine levels***." *Id.* at 53 (emphasis added);

d.  "Escalante testified that ***he has no evidence*** that CLL has the same biological function of creatine." *Id.* at 53 (emphasis added);

e.  "Escalante testified that … ***he has no evidence*** that CLL increases blood creatine level at all." *Id.* at 53 (emphasis added);

f.  "Escalante testified that although [creatine] is beneficial to increase muscle mass, he cannot say that CLL increases muscle levels of creatine because ***he has no evidence***." *Id.* at 53 (emphasis added);

g.  "Escalante testified that he cannot say that CLL has the physiological or the psychological (beneficial) effects similar to [creatine] because ***he has no evidence***." *Id.* at 54 (emphasis added);

9

> h. "Escalante testified that he himself would not drink [the Products] alone in order to get the benefits of creatine." *Id.* at 54 (emphasis added).

40.      Finally, in what the Arbitrator characterized a "dispositive admission," Defendant's own expert, Escalante, testified that "based on current available evidence, and speaking as a scientist, it is ***not reasonable*** for VPX to advertise [the Products] as a source of creatine, or for VPX to advertise CLL or super creatine as a source of creatine." Exhibit A, *Arbitration Award,* at 54 (emphasis added).

41.      In short, as the Arbitrator duly noted, "Escalante has admitted that there is zero evidence to support the contention that CLL delivers the efficacious benefits of creatine to the human body." *Id.*

42.      Based on that testimony and other evidence, the Arbitrator concluded that Defendant's products, including the Products here, are not "creatine-based."  For the same reasons, the Products' claims to contain not just creatine, but "Super Creatine" are extremely deceptive.

43.      In addition to the above evidence, the Arbitrator also pointed out that Monster/Orange Bang's expert, Dr. Nathan Gianneschi, also testified that:

> a. CLL does not contain the creatine molecule;
>
> b. Because CLL compounds do not contain the creatine molecule, they are, as a matter of chemistry, not creatine;
>
> c. Additionally, CLL compounds are not creatine because they do not increase the body's creatine levels. Exhibit A, *Arbitration Award,* at 55 (emphasis added).

***Multiple Scientific Studies Prove that "Super Creatine" Does Not Increase Creatine Levels***

44.      In addition to the testimony of Defendant's very own expert, multiple scientific studies have illustrated that Defendant's "Super Creatine"/CLL does not increase creatine levels in the human body whatsoever.

45.      For example, one of the multiple studies finding that CLL has no creatine-like effects is a

February 2022 study entitled: *The Dietary Supplement Creatyl-l-Leucine Does Not Bioaccumulate in Muscle, Brain or Plasma and is Not a Significant Bioavailable Source of Creatine,* by Robin P da Silva.[4]

46.    In the *DaSilva* study, the author dosed different groups of creatine-deprived rats with CLL and with creatine for a one-week period.  The author concluded that CLL supplementation results in "no bioaccumulation of either CLL or creatine" in the rats' blood, muscles and/or brains.[5]  In other words, CLL is not creatine and has no creatine-like effects as a dietary supplement.

47.    Multiple other studies have reached similar conclusions.  As the Arbitrator in the *Orange Bang* lawsuit pointed out, at least four separate human and animal studies that have assessed whether CLL raises creatine levels, produced the same conclusions: CLL does not raise creatine levels and otherwise *has no effect*:

> a.    "KGK Science Study" – showed "no measurable increase in creatine levels of the blood by virtue of CLL"[6]:
>
> b.    "Da Silva Study" (cited above) – showed "no measurable increase in creatine levels of rats in their blood, muscles or brain by virtue of CLL";
>
> c.    "Ostojic Study" – "showed no measurable increase in creatine levels in the muscles or the brain by virtue of CLL";
>
> d.    "Burd Study" – "showed no measurable increase in creatine levels in the muscles by virtue of CLL."

Exhibit A, *Arbitration Award,* at 55-56 (emphasis added).

48.    After reviewing the results of those studies, "performed by highly-regarded researchers," even VPX Sports' own experts agreed with the "conclusion that CLL does not create an efficacious effect in the human body like creatine." *Id.*

---

[4] Available at: https://pubmed.ncbi.nlm.nih.gov/35277060/ (last visited May 11, 2022).
[5] *Id.*
[6] The "KGK Science Study," is outlined in detail *infra.*

49.     Going even further, the "experts all agree[d] that [the Products] *do not have a sufficient amount of purported creatine in them in any event* [to have any effect]; [as] [b]oth sides agree[d] that the minimum effective daily dosage of creatine is 3,000-5,000 mg per day." *Id.* at 57 (emphasis added).

50.     In other words, even if CLL *did* provide the same benefits as creatine (which it clearly does not), there is not enough of it in the Products to have any actual effect for a consumer.

51.     In addition to the evidence revealed through the *Orange Bang* arbitration, in another lawsuit filed in the Federal District Court for the Central District of California, *Monster Energy Company v. VPX Sports, et. al.,* 18-cv-1882-JGB ("*Monster Energy*"), similar and more-detailed evidence was presented.

52.     Among other materials recently made public in that litigation were exhibits offered in support of Monster Energy's Motion for Partial Summary Judgment, filed in the *Monster Energy* case in June of 2021.

53.     One important exhibit is the "Statistical Analysis Report" describing and summarizing the aforementioned "KGK Science Study," which was a "randomized, double-blind, crossover study to investigate the pharmacokinetics of creatine monohydrate and creatyl-L-leucine in health adults," reported on March 17, 2021. Exhibit B, "KGK Science Study." (publicly-available at Doc. 434-46 in *Monster Energy*).

54.     As noted above, the KGK Science Study results established *no measurable* increase in blood creatine levels by healthy adults ingesting CLL. *See id.,* Exhibit B at pp. 9-12.

55.     Also published in the *Monster Energy* lawsuit is the "Report and Analysis" completed by Robin da Silva in relation to the aforementioned "DaSilva Study." Exhibit C, "DaSilva Report and Analysis," (publicly-available at Doc. 434-49 in *Monster Energy*).  The DaSilva Report explains in more detail the underlying experiment conducted (mentioned *supra*) to determine that "[n]o significant changes were detected in arterial plasma, portal venous plasma, and muscle after dietary CLL

supplementation compared to controls." *See id.,* Exhibit C, at "Page 1200" ("Overall Conclusion").

56.     In addition to the details in the KGK Science and Da Silva studies, the details of the aforementioned "Ostojic Study," are available through the *Monster Energy* docket; as displayed in its "Final Report," the "Ostojic Study" refers to a research project conducted by Professor Sergij M. Ostojic, entitled "Effects of supplemental creatyl-L-leucine on brain creatine levels and safety biomarkers in healthy young men." Exhibit D, (publicly-available at Doc. 434-50 in *Monster Energy*).

57.     As described in the Ostojic Report, a group of healthy young males was dosed with either CLL or placebo over a 28-day intervention period. *Id.,* Exhibit D, at 2 ("Methods").

58.     After measuring the results, the Ostojic Study concluded that "a 28-day supplementation with CLL provoked *no statistically significant effects on brain and skeletal muscle creatine levels* in healthy young men, with CLL impact *equivalent to placebo*." *Id.,* Exhibit D, at 2 ("Conclusion")(emphasis added).

59.     Additionally, the *Monster Energy* litigation also publicized the aforementioned "Burd Study," which was entitled "Effect of dietary supplementation on muscle creatine." Exhibit E, "Burd Study Report" (publicly-available at Doc. 434-51 in *Monster Energy*).

60.     As previously noted, and as relayed in the Burd Study Report, the Burd Study used a "randomized, double-blind, placebo-controlled, parallel design to assess the effectiveness of [CLL] supplementation for increasing muscle creatine content." *Id.,* Exhibit E, at 4 ("Experimental Design").

61.     As the Report illustrates, the Burd Study showed no measurable increase in creatine levels in the muscles or the brain by virtue of CLL; "[t]here were no differences observed between groups for any of the baseline characteristics analyzed." *Id.* at p.3 ("Table 1"), p. 10 ("Results").

62.     Finally, in addition to all of the above studies, the *Monster Energy* litigation publicized a study sponsored by Monster Energy itself, conducted by Biofortis Innovation Services, entitled:  A Single-Blind Randomized, Crossover Study to Examine the Effect of a Commercially Available Energy

Drink on Circulating Creatine Levels in Healthy Adults ("Biofortis Study") <u>Exhibit F</u>, (publicly-available at Doc. 434-133 in *Monster Energy*).

63.     After conducting a multi-day, multi-subject study, and rigorously examining the data, Biofortis also concluded that consumption of 32 oz. of [the Product] *did not affect plasma creatine and creatine ... when compared to a negative control drink containing 0 mg creatine."* <u>Exhibit F,</u> at 27 ("Summary")(emphasis added).

64.     In other words, the Biofortis Study, like all four of the aforementioned studies and VPX Sports' own expert, concludes that CLL is not creatine, and produces no creatine-like effects. *Id.*

### *Science Has Established that CLL is <u>Not Creatine</u>, and Produces No "Creatine-Like" Effects*

65.     As shown above, through at least **five** separate studies, it has been conclusively established that "CLL" is *not* creatine, and has zero "creatine-like" effects.

66.     For all of those reasons set forth above and herein, VPX Sports' very use of the term "SUPER CREATINE" is misleading, deceptive, and unfair.

67.     VPX Sports' claims that the Product contains "SUPER CREATINE" are patently deceptive and misleading because the Product contains no creatine and the purported-creatine-substitute CLL has no creatine-like effects.

68.     Because creatine is scientifically-proven to provide beneficial physiological effects, consumers purchase the Product specifically because it claims to contain creatine.

69.     If not for the false claim that the Product contains creatine, VPX Sports would not sell as much of the Product as it does, in Missouri or throughout the United States.

70.     Upon information and belief, Defendant VPX Sports profits from the wide-spread practice of selling a Product that does not actually contain the ingredients it purports to contain.

71.     Defendant's marketing and selling of the Product by use of the aforementioned false, deceptive, and misleading statements is illegal and prohibited under the laws of the fifty states, along

with the MMPA and Missouri common law.

*Allegations Relating Specifically to Claims of the Nationwide Class*

72.     As noted, *supra,* since the initial offering of the Product, each and every container of the Product has borne one or more uniformly-worded labels falsely claiming the Product contains "SUPER CREATINE" (hereinafter "False Claims").

73.     In reality, testing and usage of the Product reveals the falsity of the False Claims; the Product does not contain creatine, and "Super Creatine" is not creatine and has no creatine-like effects.

74.     Defendant, as developer, manufacturer, and exclusive seller and distributor of the Product, has been aware since the Product's inception, that the False Claims are in fact false.

75.     Defendant undoubtedly did its own testing of the Product prior to it being offered for sale and, of necessity, such testing would have made Defendant aware that the Product contains no creatine.

76.     Indeed, as displayed above, it has been scientifically established that CLL is not creatine and has no creatine-like effects – "SUPER CREATINE" is patently deceptive.

77.     Despite this, Defendants purposely made the False Claims in order to induce the false belief in consumers that they were purchasing a product that contained creatine, and thus would provide the physiological benefits of creatine.

78.     Plaintiff and the class members purchased the Product with no reason to suspect or know that the Product does not contain creatine.

79.     Defendant possessed specialized knowledge regarding the data and information concerning the formula of the Product and whether the Product did in fact contain creatine.

80.     In fact, in regard to the False Claims, the Product is a credence good because its purported creatine benefit cannot be independently assessed or verified by the consumer at the time of purchase.

81.     In purchasing the Product, Plaintiff and the class members had no choice but to

necessarily and justifiably rely upon the False Claims as accurate.

82.     Had Plaintiffs known that the False Claims were false, Plaintiffs would not have purchased the Product or would not have paid as much for the Product.

83.     If, at some point in the future, the Product was improved to actually contain creatine, Plaintiffs might then purchase the Product again.

84.     As the direct and proximate result of the False Claims, Plaintiff and the class members have suffered economic injury by being deprived of the benefit of the bargain they were promised by Defendant.

85.     By marketing, selling and distributing the Product to purchasers in Missouri, Defendant made actionable statements that the Product contained creatine and at all times failed to disclose that the Product did not in fact contain creatine, and "SUPER CREATINE" is not creatine and has no creatine-like effects.

86.     Defendant engaged in the above-described actionable statements, omissions and concealments with knowledge that the representations were false and/or misleading, and with the intent that consumers rely upon such concealment, suppression and omissions.

87.     Alternatively, Defendant was reckless in not knowing that the False Claims were false and misleading at the time they were made.

88.     As the distributor, marketer, producer, manufacturer, and seller of the Product, Defendant possessed specialized knowledge regarding the data and information concerning the chemical formula of the Product which the Plaintiff and the class members could not and did not review.

89.     All of Plaintiffs' claims are based on misleading statements that violate FDA regulations. Such claims do not seek to impose any additional or different obligations beyond those already required by such FDA regulations.

16

*Facts Particular to Peter Fischer*

90.     In or around September of 2021, Plaintiff purchased the Product from a third-party retailer while in Missouri.

91.     Due to the claims on the packaging, Plaintiff falsely believed he was purchasing a product that contained creatine.

92.     Plaintiff thereafter purchased the Product.  He purchased the Product primarily for his personal, family and household use, and personally used the Product (by ingesting it).

93.     At the time he purchased the Product, Plaintiff was unaware of the falsity of the Product's claims.

94.     He discovered that such claims were false shortly after purchasing and ingesting the Product in September.

95.     If Plaintiff had been aware of the falsity and misleading nature of Defendant's claims regarding the Product, he would not have bought the Product.

96.     When Plaintiff purchased the Product, he was injured by Defendant's illegally deceptive, false, and misleading conduct in marketing and selling the Product.

97.     Specifically, Plaintiff suffered an ascertainable loss because he did not receive the expected benefit of his bargain.

98.     When Plaintiff was purchasing the Product, due to the false claims upon the Product, Plaintiff believed that he was receiving a product that contained creatine, and thus would provide the physiological benefits of creatine.  The Product did not do what Plaintiff bargained for, however; it contained no creatine and conferred none of its benefits.

99.     The Product was not what it was purported to be.  Plaintiff did not receive the value of what he bargained for; instead Plaintiff received a product that contained none of its most-prominently advertised ingredient.

100.    Consequently, Plaintiff was damaged in the amount of the difference between the cost paid for the Product as represented – as one that contained creatine – and the actual value of the product without creatine.  Said difference would therefore be a percentage of the price paid for the Product.

101.    Although the aforementioned facts apply to named Plaintiff, for purposes of the proposed Class and Subclass, all that is relevant is that Plaintiff and the class members, United States citizens and/or Missouri citizens, purchased the Product at a time within the Class Period while in the United States and/or in Missouri.

## CAUSES OF ACTION

### COUNTS RELATING TO THE NATIONWIDE CLASS

## COUNT ONE: BREACH OF WARRANTY

102.    Plaintiff hereby incorporates by reference and re-alleges each allegation set forth in each preceding paragraph of this Class Action Petition.

103.    Defendant sold the Product in its regular course of business.  Plaintiff and the class members purchased the Product.

104.    Defendant made promises and representations in an express warranty provided to all consumers, namely the False Claims.

105.    The False Claims became the basis of the bargain between the Defendant and Plaintiff and each class member.

106.    Defendant gave these express warranties to Plaintiff and each class member in written form on the labels of the Product.

107.    Defendant's written affirmations of fact, promises, and/or descriptions as alleged are each a written warranty under Missouri law.

108.    Defendant breached the warranty because the False Claims were false – the Product in fact contains no creatine and provides no creatine-like benefits.

18

109.    The False Claims were false when the sales took place and were undiscoverable to Plaintiff and the class members at the time of purchase.

110.    All conditions precedent to seeking liability under this claim for breach of express warranty have been performed by or on behalf of Plaintiff and the class in terms of paying for the Product.

111.    Defendant had actual notice of the false labeling information and to date has taken no action to remedy its breach of express and implied warranty.

112.    Specifically, on September 16, 2021, counsel for Plaintiff provided written NOTICE of Defendant's breach of express warranty to Defendant directly and to Defendant's legal counsel in another lawsuit. Despite receiving such correspondence, Defendant has not meaningfully responded, and has taken no action to remedy its breach of express and implied warranty.

113.    In addition, Defendant previously knew or should have known of the falsity of the False Claims on the Product due to, *inter alia,* Defendant's testing and use of the Product.

114.    Defendant has nonetheless refused to remedy such breaches.

115.    By placing the Product in the stream of commerce, and by operation of law and the facts alleged herein, Defendants also impliedly warrantied to Plaintiff and the class members that the Products were accurately labeled in conformance with the law.

116.    Defendant's breaches of warranty have caused Plaintiffs and class members to suffer injuries, paying for falsely labeled products, and entering into transactions they otherwise would not have entered into for the consideration paid.  As a direct and proximate result of Defendant's breaches of warranty, Plaintiff and class members have suffered damages and continue to suffer damages.

117.    As a result of Defendant's breach of these warranties, Plaintiff and class members are entitled to legal and equitable relief including damages, costs, attorneys' fees, rescission, and/or other relied as deemed appropriate, in an amount sufficient to compensate them for not receiving the benefit

of their bargain.

## COUNT TWO: BREACH OF IMPLIED CONTRACT (IN THE ALTERNATIVE)

118.    Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

119.    By operation of law, there existed an implied contract for the sale of the Product between Defendant and Plaintiff and each class member who purchased the Product.

120.    By operation of Missouri law, there existed an implied duty of good faith and fair dealing in each such contract.

121.    By the acts alleged herein, Defendant has violated that duty of good faith and fair dealing, thereby breaching the implied contract between Defendant and each class member.

122.    As a result of that breach, Plaintiff and each class member suffered damages.

## COUNT THREE: UNJUST ENRICHMENT

123.    Plaintiffs repeat and realleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

124.    Plaintiffs plead their claim for relief in the alternative to the contract claims set forth above.

125.    Plaintiff and the class members have conferred substantial benefits on Defendant by purchasing the Product, and Defendant has knowingly and willfully accepted and enjoyed those benefits.

126.    Defendant either knew or should have known that the payments rendered by Plaintiff and the class members were given and received with the expectation that the Product would be as represented and warranted.   For Defendant to retain the benefit of the payments under these circumstances is inequitable.

127.    Through deliberate misrepresentations or omissions in connection with the advertising, marketing, promotion, and sale of the Products, including the False Claims, Defendant reaped benefits,

20

which result in Defendant wrongfully receiving profits.

128.     Equity demands disgorgement of Defendant's ill-gotten gains.   Defendant will be unjustly enriched unless Defendant is ordered to disgorge the unjustly obtained portion of profits for the benefit of Plaintiff and the class members.

129.     As a direct and proximate result of Defendant's wrongful conduct and unjust enrichment, Plaintiffs and the class members are entitled to restitution from Defendant and institution of a constructive trust disgorging all profits, benefits, and other compensation obtained by Defendant through this inequitable conduct.

## COUNTS RELATING TO THE MISSOURI SUBCLASS

## COUNT FOUR: VIOLATION OF THE MMPA – Misleading, False, and Deceptive Marketing

130.     Plaintiff hereby incorporates by reference and re-alleges each allegation set forth in each preceding paragraph of this First Amended Complaint, as though fully set forth herein.

131.     Defendant's acts complained of herein occurred in and emanated from the State of Missouri.

132.     Plaintiff and all members of the Class are "persons" and the Product is "merchandise" as those terms are defined under the MMPA.

133.     As set out in this Petition, Defendant's marketing of the Product constitutes deception, false pretense, misrepresentation, unfair practice, or, at a minimum, the concealment, suppression, or omission of a material fact in violation of the Missouri Merchandising Practices Act, Mo. Rev. Stat. chap. 407 ("MMPA").

134.     As a result of Defendant's actions, consumers, including Plaintiff, were misled or deceived that the Product they were purchasing contained creatine.

135.     Defendant's deceptive acts caused Plaintiff and the Class Members an ascertainable loss within the meaning of the MMPA.  In particular, Plaintiff and the class paid for a Product that did not, in

21

fact, contain creatine.

136.    Due to Defendant's illegal conduct, Plaintiffs are entitled to restitution of all funds improperly obtained by Defendants.

137.    Plaintiffs have been forced to hire attorneys to enforce their rights under the MMPA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for an order certifying this action as a Nationwide class action, along with a Missouri subclass, and appointing Plaintiff Peter Fischer as Class and Subclass representative and his counsel as class counsel. Plaintiff requests that this court find that the Defendant is liable pursuant to the aforementioned nationwide claims; and/or violated the MMPA, and award Plaintiffs compensatory damages, restitution, attorneys' fees, punitive damages, costs, and such further relief as the Court deems just, including injunctive relief.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

22

.  =jm[] DkYY[kjZaljYlgj

/  NDBI<OPM@M@NJGPODJI)GG>

0  300 R+ 2$^{\$"}$Nlj]]l) Nmal]---

1  Ggk<f_]d]k) >< 6--4.

2  ZakYY[k;ka_fYlmj]j]kgmlagf+[ge

3

4

5

6  **6B:G>86C    6G7>IG6I>DC    6HHD8>6I>DC**

.-

..  **8DBB:G8>6A    6G7>IG6I>DC    IG>7JC6A**

./

.0  JM<IB@  =<IB)   DI>+)Y>Yda^gjfaY          <<<  ><N@IJ+  -.*/-*---2*3-5.

.1  [gjhgjYlagf8Yf\  HJINO@M @I@MBT

.2  >JHK<IT)    Y?]dYoYj] [gjhgjYlagf)        **;>C6A  6G7>IG6I>DC    6L6G9    &**

.3                                            **E=6H:  >6C9  E=6H:  +**

.4        >dYaeYflk,>gmfl]j*M]khgf\]fl)

.5

.6                  nk+

/-

/.  QDO<GKC<MH<>@POD><GNDI>+)\,Z,Y

//  QKS NKJMONYAdgja\Y[gjhgjYlagf)

/0

/1        M]khgf\]fl,>gmfl]j*>dYaeYfl+

/2

/3

/4

/5                                    EXHIBIT A

**8DJCH:A3**

Eg`f >+Cm]klgf)@ki+

Hg]r  H+FYZY@ki+

<ddakgfGaZ]m@ki+

NgmjYZHak`jY)@ki+

Cm]klgf C]ffa_Yf GGK

2/0  R]kl  3l`  Nlj]]l) Nmal]l--

Ggk<f_]d]k) >Yda^gjfa&--.1

%/.0&455*101-

@*eYad7

b`m]klgf;`m]klgf+[ge

ecYZY;`m]klgf+[ge

YdaZ]m;`m]klgf+[ge

keak`jY;`m]klgf+[ge

>gmfk]d]d^gj >dYaeYYYfl,>gmfl]j*M]khgf\]fl Hgfkl]j  @f]j_q >gehYfq

Nl]n]f]f E+TYlYmhkcq@ki+

Gqf\Y UY\jY*Nqe]k]k@ki+

CYfkG+HYq]lj) @ki+

TYffY N+=gmjak)@ki+

HYll`o  =]ddaf_]j]_lj)@ki+

FfgZZ]) HYjl]ffk) Jdkgf # =]Yj) GGK

/-1-  HYafNlj]]l) Agmjl]]fl`  Adggj

Djnaf]])>Yda^gjfa&V/3.1

%616&3-*-1-1

@*eYad7

Case 5:20-Case 14:24-DSF2SPHDR DDoc 524-88-1 File 11.2/04/02/22 Page 34 of 328 Page ID #:1478

kl]n]f+fYlYmhkcq;cfgZZ]+[ge

dqf\Y+rY\jYkqe]k;cfgZZ]+[ge

`Yfk+eYq]j;cfgZZ]+[ge

qYffY+Zgmjak;cfgZZ]+[ge

eYll+Z]ddaf_]j;cfgZZ]+[ge

>gmfk]d^gj>dYaeYfl,>gmfl]j*M]khgf\]fl  JjYf_]]  =Yf_)  Df[+

?Yna\ K+Hml`) @ki+

?Yfa]d H+EYfkk]f]f)@ki+

Eg`YffYH+RadZ]jl)@ki+

B]gj_]]  R+ HqcmdYc)@ki+

KYlja[cKjg[lgj*=jgof)  @ki+

LmYjd]l#  =jY\q GGK

1..  @YkRak[gfkaf <n]fm])  NmalZ]1--

HadoYmc]])Rak[gfkaf 20/-/

%1.1&44*2---

@*eYad7

\Yna\+eml`;imYjd]k+[ge

\Yfa]d+bYfkk]f;imYjd]k+[ge

bg`YffY+oadZ]jl;imYjd]k+[ge

hYlja[c+hjg[lgj*Zjgof;imYjd]k+[ge

_]gj_]]+eqcmdYc;imYjd]k+[ge

Bgj\gf  M]]k N[mddq]lYfkmc`Yfa)GGK

300 R]kl  Aa^l`Nlj]]l

2/ #! Adggj

Ggk<f_]d]k) ><+6--.

ADI<G<M=DOM<ODJI<R<M?   wKC<N@.  <I?   KC<N@/

%/.0&243*2-/1

>gmfk]d^gj M]khgf\]fl,>gmfl]j[dYaeYfl  QalY\fK`YjeY[]mla[YdED][+\,Z,Y QKS NhgjlkfcY

=Yf_ @f]j_q Yf\ ECJ Dfl]dd][lmYK[fgh]jlq Cgd\af_k)GG>

## 6G7>IG6IDG  7

=jm[] DkYY[k)ki+

Na_fYlmjM]kgdmlagf

300 R+ 2s"Nl+)Nmal]---

Ggk<f_]d]k) >< 6--4.

%/.0&3//*.--/

@*eYad7

ZakYY[k;ka_fYlmj]j]kgdmlagf+[ge

**EA68:   D;  6G7>IG6I>DC3**

Ugge  KdYl^gje)%<jZaljYlagkKdY[]]Qajlm-dYada^^]KdgZ]j  1*4Yf\ ..*.1)  /-/.

**96I:     D; >CI:G>B  6G7>IG6I>DC   6L6G93**

EYfmYja)/-//

**96I:     D; ;>C6A  6G7>IG6I>DC   6L6G93**

<hjad 1) /-//

         O`] YjZaljYlgj)Ynaf_Z]]f \]ka_fYl]\ af Y[[gj\Yf[] oal` l`] <m_mkl) /-.-   N]lld]e]fl
<_j]]e]fl    %l`]y/-.-   N]lld]e]fl  <_j]]e]flz&)  Yf\ `Ynaf_Z]]f \mdqkgjf) Yf\ Y^l]jjl`]
YjZaljYlagf)Yjaf__ [gf[dmkagf) gf J[lgZ]j  1 w4)Yf\ J[lgZ]j  ..  w.1) /-/.)   naYUgge) Yk
Y\eafakl]j]j)  ZqYf]mljYd\`aj)\*aj\*hYjlqnajlmlmZYada^^)  <jZaljYlagf)KdYl^gjeYf\ Y^l]j)Yjaf_ Yf\
o]a_`af_ l`] ]na\]f[]) ]p`aZalk)\]egfkljYlagf)k) l]klaegfq Yf\ Yj_me]flk g^l`] hYjla]kaf[dm\af_)

Zmlfgl daeal]\ lg) l`] [dgkaf_YjZaljYlag Zja]^kYf\ hjghgk]\ Dfl]jae <jZaljYlagf<oYj\k kmZeall]\

ZqZgl` ka\]k gf Ign]eZ]j   6)/-/.    Yf\ l`]  [dgkaf_j]hdq Zja]^kkmZeall]\ ZqZgl` ka\]k gf

Ign]eZ]j    .6) /-/.   %af[dm\af Yfko]jk lg nYjagmkm\klagfkhgk]\ Zq l`]  YjZaljYlgj Zq ]eYadY^l]j

l`] YjZaljYlagf]Yjaf_&)Yf\ `Ynaf_ `]Yj\ l`]  afalaYbgjlagf g^[dgkaf_Yj_me]fl gf J[lgZ]j  .1)

/-/.    Yf\ l`] ^afYdgjlagf g^[dgkaf_Yj_me]fl gf ?][]eZ]j    .-) /-/.   Yklg K`Yk]. %^gddgoafl`]

[gehd]lagf g^Yd]^l l`] Zja]^af_Yklg K`Yk].&)Yf\ af[dm\af_)Zmlfgl daeal]\ lg) l`] [dgkaf_Zja]^k

kmZeall]\ ZqZgl` ka\]k Z]lo]]]f  EYfmYjYj_g^/-//  Yf\ HYjj[` g^// Yklg K`Yk]/  Yf\ Yklg Y

eglagf lg [gjj][l] Yf\gj [dYja^d`l`]yHglagf lg >dYja^qz)&  Dfl]jae <jZaljYlagf<_j]]]]fl)   Yf\

`Ynaf_ `]Yj\ ^afYYdgYdYYj_me]flk Yklg K`Yk]/  Yf\ Yklg l`]  H glagf lg >dYja^gf A]ZjmYjq 5)

/-//   Yf\ HYjj[` .4) /-//   %oal`ka_fa^a[YYfZja]^af_ZqZgl` ka\]k af Z]lo]]]]f l`gk] \Yl]k&)]jjZq

^af\k Yf\ akkmm]k]`ak AafYd<jjZaljYlagf<oYj\  * K`Yk]. Yf\ K`Yk] / Yk^gddgok7

# I.   INTRODUCTION

Although a complicated, contentious and extremely well-litigated case by highly-skilled, courteous and professional attorneys, in many ways the case turns on some fundamental, yet crucial, questions:

- What were the objective intentions of the parties, Orange Bang, Inc. ("Orange Bang") and Vital Pharmaceuticals, Inc. dba VPX Sports, now known as Bang Energy ("VPX"), when they entered into the 2010 Settlement Agreement?

- Was the 2010 Settlement Agreement, in essence, a "you-stay-in-your-lane and I'll-stay-in-my-lane" trademark co-existence agreement?

- What exactly did the parties intend to mean by the terms "creatine-based" and "nutritionally fortified" in paragraph 7 of the 2010 Settlement Agreement?

- Is VPX's Bang ready-to-drink energy drink (the "BANG Energy RTD"), which accounts for almost all of VPX's approximately ███████ of sales through September 19, 2021, ███ of which were sold at convenience stores, a paragraph 7 C product or a paragraph 7 D product?

- Did VPX abide by the 2010 Settlement Agreement, did VPX breach it, did VPX forget about it, fail to appreciate its terms or just chose to ignore it because the opportunity to generate astronomical revenues and profits was just too tempting?

- Did Monster Energy Company ("Monster"), by entering into the September 23, 2019 Assignment Agreement with Orange Bang (the "Assignment Agreement"), unlawfully "weaponize" the 2010 Settlement Agreement?

- Who is responsible, Orange Bang or VPX, for disclosing the key provisions of the 2010 Settlement Agreement, which arguably violated the confidentiality provision of paragraph 12 of the 2010 Settlement Agreement and what are the ramifications of such disclosure?

- Did Orange Bang improperly disclose to Monster a potential business vulnerability of VPX, VPX's "Achille's heel" so to speak, i.e., the "creatine-based" requirement and the marketing and sales restrictions of paragraph 7 previously negotiated by Orange Bang in

6
FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

l`] /-.- N]lld]e]fl <_j]]e]fl lg o`a[` QKS oYkj]imaj]\ lg Y\`] j] af []jlYaf [aj[meklYf[]k) Ydd]_]\dq[Ymkaf_\YeY_]k lg QKS:

- ?a\ QKS Zj]Y[` l`] /-.- N]lld]e]fl <_j]]e]fl Yf\,gj af^jaf_] l`] =<IB eYjc %\]^af]\ Z]dgo&Yf\) a^kg)o`Yl egf]lYjq Yf\ fgf*egf]lYjq j]da]^ akYnYadYZd] lg Hgfkl]j Yf\ JjYf_] =Yf_) a^Yfq:

**>>' I=: JC9:GAN>C< ;68IH 6C9 EGD8:9JG6A =>HIDGN 6H :HI67A>H=:9 7N I=: 9D8JB:CI6GN :K>9:C8: 6C9 I=: I:HI>BDCN D; I=: L>IC:HH:H 6C9 ;>C9>C<H 6C9 8DC8AJH>DCH G:A6I:9 I=:G:ID**

**6' DdS`YW7S`Ype DdS`YW7S`Y 9d[`]%>fe*21, 76C< BSd] [` 8^See,+ S`V >feIia Ed[_Sdk 8ZS``W^eaXHS^W**

=]_affaf_ af .64.) ?Yna\ Agp)YhhjgpaeYl]dq 1 q]Yjk g^Y_]Yll`] lae]) Yf\ l`] Kj]ka\]fl g^JjYf_] =Yf_) Yf\ hjgZYZdq afkhaj]\ Zq l`] o]dd*cfgof km[[]kk g^JjYf_] Emdam af l`] Ngml`]jf >Yda^gjfaY eYjc]l) Zmadl ak Zmkaf]kk af Yf gd\*k[`ggdeYff]j+ C] ogjc]\ gf j][ah]k af `ak cal[`]f) gjYf_] bma[]) fgf*^Yleadc) ]__*o`al]k Yf\) q]k) dglk Yf\ dglk g^ km_Yj) Yf\ mk]\ `ak qgmf_ \Ym_`l]jk Yf\ `]j ^ja]f\k Yk Yf af^gjeYd ^g[mk _jgmh) af gj\]j lg Yjjan] YlYeYjc]lYZd] hjg\m[l) Yo`ahh]\) ^jgl`q Yf\ km_YjdgY\]\ gjYf_]*^dYngj]\ \jafc kgd\ gmlg^ Y ^gmflYaf \akh]fk]j+ Agp l`]f o]fl \ggj lg \ggj) l`] gd\ ^Yk`agf oYq) dggcaf_ ^gj [mklge]jk Yf\) af l`] hjg[]kk) Zmadl Yj]dYlan]dq km[[]kk^md Zmkaf]kk oal` !3 eaddagf af kYd]k af /-.- Yf\ f]Yjdq !/-- eaddagf af kYd]k mjaf_ l`] 2- q]Yjk Z]lo]]f .64. Yf\ /-/.+ R`ad] k]]caf_ lg ]klYZdak` `ak Zmkaf]kk) Agp ^gmf\ log hjaeYjq lqh]k g^ [mklge]jk7 %a& go Yf\ e]\ame*hja[]\ j]klYmjYflk) Yfq g^o`a[` k]jn]\ H]pa[Yf ^gg\8 Yf\ %aa& [gfn]fa]f[] klgj]k %af[dm\af_ YkklYlagfk Ykklae] o]fl gf gf[] _YkklYlagfk klYjl]\ lg Y\\ [gfn]fa]f[] klgj]k lg l`] _Yk*hmj[`Ykaf_ ph]ja]f[]&+ =gl` g^l`]k] lqh]k g^j]lYad[mklge]jk g^^]j]\ ^gmflYaf \jafck ^gj kYd] Yf\ l`Yl oYk) Yf\ ak) [jm[aYd lg JjYf_] =Yf_|k Zmkaf]kk eg\]d

Z][Ymk]JjYf_] =Yf_ kgd\)Yf\ [gflafm]k lg k]dd]kk]flaYddd Ý dg^alkhjg\m[lk) af[dm\af_alkgl`]j eYaf hjg\m[l daf]yJd]z ) naYYfJJjYf_] =Yf_ %gjJd]&^gmflYal̃akh]fk]j+

Df.650) JjYf_] =Yf_ Yhhda]\^gjljY\l̃eYjc hjgl][lagf ^gj nYjgmnkeYeYYjck af[dm\af_Yogj\ eYjc ^gjy=Yf_Ä&zV\Yl]g^^ajklmk]af[gee]j[][] N]hl]eZ]j 5).6 4.W)'bal`l`] ]p[dYeYlagfeYYjc) Yf\ Yogj\ eYjc ^gjy=Yf_zV\Yl]g^^ajklmk]af[gee]j[][] <m_mk0).640W)'bal`gml l`] ]p[dYeYlagfeYYjc %[gdd][lan]dd]) y=<IB eYjcz&+#JjYf_]] =Yf_ j[]]an]k j]_akljYlagfk ^gjl`] =<IB HYjc %Yf\f V\\alagf)^gjl`] ogj\ eYjc ( Ydg_gd̂&af.650) af Dfl]jfYlagfY-dYkk 0/ %y>dYlk0&z&+>dYk̃kaklaf[lagfk Yj]fgl f][]kkYYjadqj]d]nYfl lg l`] dac]da`gg\g^[gf^mkagf YfYdqkal̃egj l`] hmjhgk]kg^ljYYj\]fl Y[lagfk+AOÔM1K\^Rc YXB\KNOWK\UХ̃XN CXPKSIYWZO^S^SYÄM1K\^Rcf! )N][lagf .6723 %2l`]+ /-.&+ I]n]jl`][]d]kk) Yf\ Yk\ak[mkk]\ Z]dgo)[dYkkaklaf[lagfk o]jj] `a`_dq ka_fa^a[YflgYf[]fl̃ glg_lagf g^l`] j]d]nYfgf[]hgl` ^[_]glafl

<_j]]]]fl+ >dYk0/ ak[jala[Yf\af l`ak j]_]j] Z][Ymk]Yjalg gfdq af[dm\]k]fgf*Yd[g^*Yd[g^]gda[Z]n]jY_]k) >dYk0/ Ydkagf[dm[dm]km^^khjgjk[kl̃n[fgdj_Yjgy ^lgr Yf\ akglgkgfdac]dafjf[ggj gjddakoj[fg[` >dYk0/ af[dm]glm]mrk{OXO\QÑV\SXURỸko]dd+AO@@@p`aZal--) >dYkkÍC]Y\af_k Yf\ @phdYff dlfjdlgl]k ^jge l`] Pfal\ NlYl]]kYl`]gj] YfdfdlYfl OjYYj[ J^^a] ]%l̂]yKOJz&%@p`aZal *.0) h+./ g^.4&+Df l`ak hj]jljhyk]] ]gfdly Yd_glk Yj[dac Z\dak`[]) JjYf_] =Yf_ =Yf_ ^\h `[] ^gl̃n^Z dhgkf n[j cffl]d̃g[mk

7' KEMpdÑS`Y EdW&Lad]ag̃Cgfd[f[a`S^egbb^W_WST V [fe+))1 76C< ÄBSd] [`̃8^See.

Df.660) EY[cJog[ %yJog[z&)Y^gje]j k[a]f] l]Y[`]j) klYjj]l]j[[ YZmkaf[]k[cfgof Yll̃YYl̃ lae] Yk[QalYḨ̂X̃YjeY[Y[]kY[yKOJz&+\ZYQKS Nhgjlk%yQKSz&&Df /-.6) QKS j]j*ZjYYf\̃̃J̃l̃] ]flaj] [gehYfq o`a[` akfgo cfgof Yky=Yf_ @f]j_qz+Agjj]]Yk̃g^f̃j^]hYg[] ]l]l̃] QKS ,=Yf_@f]j_q k`Y[dd Z] j]^]jl̃j] lg af l`ak Dflajae <jZalYjYYlagf<oYjr\ YkyQKSz+<[[ gj]\af_ lg Yf]YjYj[dqo]Zkal] \Yal] \Yal̃ YK

<k Agpl]kla^a]\)l`] fYe] ^gjJjYf_] =Yf_ kl gl̃ g̃j ZjYYf\̃) Z][Ymk]af h[aj̃) oYka kfakhaj̃)\ Zq ?g>\_]]j ^Yfk
k`gmlaf_yJd]z \mjaf_ A]jYfYfg̃g QYd]jfm^fdd[Ydrm̃egk̃gca] k]Ykgfa^af.6 5.+
! O'] =<IB eYjc) Yog[̃]o[]j̃o[]eYf fd̃ f̃ Z]]ml l̂[ YfdaYfj̃akl) f̃ Yff̃jaZ]]
QKS \g]k Yj̃l̃_ml]j̃lag̃ñ) l`Yl]d̃] dg_gkYrg̃ñf̃ ^ggd̃jaYfj̃al\̃g_lkf̃gdldgog̃̃gkk̃fjg_l̃l̃r̃ll̃ l`ak eYjcg̃[̃ajdlr̃il̃mrlnf
^YY[lgjg̃a[ ]dg̃]ld̃h̃ fã̃lãj̃̃jjl̃ngd̃l\̃ akk̃̃dac]r̃jfg]l̃l̃l̃]l] eYĵc]l̃aj̃[ ]s̃ld̃]d̃̃hjl̃al̃ cml̃l̃m̃r̃l

1   of June 7, 2006, Owoc founded VPX in order "to produce the highest-grade sports *nutritional*

2   *supplements* on the market . . . ." (Emphasis added.) This early website touted the benefits of

3   creatine (discussed at length below) and described VPX as the "Frontrunner in Sports Nutritional

4   Pharmacology". *See* Exhibit 2915.

5         In 2008, VPX released a product known as the Bang Pre-Workout ("Bang Pre-Workout").

6   Bang Pre-Workout was the first VPX product marketed and sold under the name "BANG!" VPX

7   marketed and sold Bang Pre-Workout between 2008 and 2013. *See* DDX 1003, at 36. VPX

8   marked and sold Bang Pre-Workout as a *nutritional supplement*. The back side of the bottle

9   contained a "Supplement Facts" panel, a panel of information about the supplement which is an

10  indicator that the product was indeed sold as a *nutritional supplement*. *See* Exhibit 2053. The

11  Bang Pre-Workout bottle itself declared in capital letters to would-be consumers that this product

12  was the "WORLD'S ONLY STABLE LIQUID CREATINE!" *See* Exhibit 2053. An early VPX

13  website, dated as of December 4, 2008 according to the "way-back machine"[3], likewise described

14  the product as the "world's only stable liquid creatine". *See* Exhibit 84. The back of the Bang Pre-

15  Workout bottle listed a "Proprietary Blend" consisting of 13 ingredients, 5,842 milligrams ("mg")

16  of some ingredients and 11,648 mg of other ingredients, which together comprised this *nutritional*

17  *supplement* product (a product which was discontinued in 2013). One of those thirteen ingredients

18  listed on the back of the bottle was "Creatinol-O-Phosphate" ("COP"). The back of the Bang Pre-

19  Workout bottle, however, did not break down the proportions of these 13 ingredients or indicate

20  how much of the 5,842 mg and the 11,648 mg were comprised of COP. *See* Exhibit 2053.

21  According to the testimony elicited during the arbitration hearing, however, the Bang Pre-Workout

22  bottle contained ███████ of COP. *See* Monster / Orange Bang's Appendix A to their November 9,

23  2021 closing brief.

24

25

26  [3] The "Way-Back Machine" is an internet archive reference device which enables a user to "go
    back in time" to retrieve the contents of a website and see how it looked at a certain point in time in
27  the past. The Way-Back Machine is named after the escapades of two time-traveling cartoon
    characters, Sherman and Peabody, who appeared in a regular segment of the show "The
28  Adventures of Rocky and Bullwinkle and Friends", a cartoon show from the late 1950s and early to
    mid-1960s.

R`]l`]j   gj fgl >JK  akY^gje g^[j]Ylaf]) o`]l`]j   gj fgl Yhjg\m[l[gflYafaf_ >JK ak y[j]Ylaf]*ZYk]\zYf\ o`]l`]j   gj fgl l`] ^Y[ll`Yl=Yf_Kj]*Rgjc gml[gflYaf]\ >JK `]\dhk Yk[]jlYif l`] ljm]afl]fl g^`l` hYjla]kaf]a` fl]jaf] /-.- N]lld]}e]fl <_j]]fl Yj][jala]\Yddo}ehgjlYflYfl akkm]k}kY]dd^o`a[` Yj]\ak[mkk]\\Yld]f_l l_l` Z]dgo+

Jf  ?]l[j[[eZ]lj   6)/--5)  QKS gZlYaf]d[\ YljY]\eYjc j]_akljYlagfg^`gj l`] eYjc y=<IBz af Dfl]ljfYlYagfYY\-dYk]k2 %y>dYZk.&*4fO@@p`aZal135) h+00+ Dlakfgl ]flaj]ldq [d]YYj thal l`] YjZaZlYjY]l[g `go gj o`q l`] KOJ akkm]\ YljY\\eYjc j]_akljYlagfflg QKS ^gj Yogj j eYjc y=<IBz _an]f JjYf]f_ =Yf_lk hjagj j j]_akljYlagf^g^`l`] =<IB eYjc j]_jZc) Zml jh]kj]Zdq ]l`] KOJ akkm]\\\l`] ljY]\eYjc j]_jZc QKS Z][[Ymk]l`] j]_akljYlagfoYYfkakth ^gj j>dYk2+>dYk2 ak^gj yh^YjeY]Y]][]mla]l[g j]dqaf]\f`]d] Ykl`] =<IB jh]akfl]l]lakmkhhd]e]flk^jgg J]mYfjl`]fj]_oZY[dk^cl`]\e=^jk2+>dYk2]l[ hjk2+>dYk2e `go o`eY^Y] ^gj l`]\]] =<IB j]_akljYlagfgfk2 g^ /--5) QKS Y`Y \j][[[ji `lgbc +Df]`]l[[]*mk\_ gml^l]\<]+>dYk2 ak^gj ^jamabma[j[]flYgl g^jagfZlk_glgfak h`l]j/lhl]] aw fl` oj]dq[lll fl` _gl fgll]l l]]]

## 8' DdS`YWS`Ype+))2  9W_S`V AWffRR`eV [fe+))2  IdSVW_Sd]>`Xd[`YW_W6Uf[a`

Df/--6)  JjYf]f_]] =Yf_d]jk\j]\\jl`] oYkl\\QKS ak][[Ymj]]j]]]\f]l] Yf k`][]df]jl^]kel[bc^]...

ogmd\[gfka\]j) Yegf_ gl`]j j]e]\a]k) ^adaf_Yh]lalagf k]]caf_ [Yf[]ddYlagf g^`l`] 322 OH

<hhda[Ylagf *AO@p`aZa-26+

QKS \a` fgl j]khgf\ lg JjYf_] =Yf_k ^ajkl[]Yk Yf \]kakl d]ll]j+ JjYf_] =Yf_l`f k]fl Yk][gf [ ]Yk Yf \]kakl d]ll]j) l`ak gf] \Yl] HYj[` 0)/--6) lg QKS *AO@p`aZa-26+ QKS \a` j]khgf\ lg l`] k][gf [ ]Yk Yf \]kakl d]ll]j+



# DfY\\alagf lg k]ddaf_ hjg\m[l mf\]j l`] =<IB eYjc) QKS Ydkg gd\ hjg\m[l mf\]j gl`]j ZjYf\ fYe]k) gf] g^`o`a[` oYk, akyM]\daf]+z

ADI<G <M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

QKS \a` fgl [Ydd Nlmeh YkYoalf]kk lg l]kla^qYll`] YjZaljYld ] `]Yjaf_+ O`] YjZaljYlgj ]k ]flald]\ lg) Yf\ `]j`]]Zq \g]k) \jYo Yf]_Ylan] af^]j]f[]f[]] ^jge QKS|k ^Yadmjg lg [Ydd Nlmeh YkY l]kla^qaf_oalf]kk Yf\ l`] YjZaljYlgj gj`]]j`]j^]]^gj [gf[dm\]k l`YlNlmeh|k l]k]klaegfq ogmd\fgl `Yn] Z]]]f `]dh^mdg QKS+ CYnaf_kYa\l`Yl)Yf\ Yk\]egfkljaYll Y af N][lagf DD+Z[Zdgo) l`] f]_glaYYlgf `aklgjqk g^l`] /-.- N]llld]e]fl <_]j]flfl akj]dYlan]d]]q\g)d(d]Yj)kljYa_`l^gjoY\j\\%Ydl`gm_m]\j]gYd\\\& Yf\ egkldq mf\akhml]\\Yf\ l`] YjZaljYlgj glgegd \j]]Y`]] l`] kaf Yf\ Yf\Yf\_k l`\ [gf dmkagfk fgY^akll]d\l^gjl` af l`^ak Dfl]]jae <jZaljYlogf<oYj\\] ]n]f af `]fgf ][alga\] ]YlYoa^_] l_\ akaf]\k]jl]jYkdjk^] ] ]]Yf]]] Yk ]]]ll Ykdg Nlmeh+ Cgo]n]k)j] alakgfgajlf] mfaclfdgnjY\l]^qWleY)Yf\aafalgaf mlf dmfb\jgjbaclodnljoqgg ]^j_\Ylk.

9' DdS`YWS`Ype+))2 6Uf[a` Xad IdSVW_Sd]>`Xd[`YW_W`f

QKS \a` fgl klgh e Yjc)af e YjYjYYfalakYlafmldl Yf\] ]j]adl]af_]kg]kYYmkkYf\]]_g]]Y`]]^_]]_jb]Yf^j^gg]jgfkl[aY]]

./

Case 5:20-cv-03642-EJD Document 624-58 Filed 10/06/23 Page 44 of 328 Page ID #:1488

afl]jhj]lYlagf) l`]f l`] ]pljafka[ ]na\]f[] akj]b][l]\) fgl Y\eakkaZd]Yf\ fgl ^mjl`]j [gfka\]j]\+ D^) `go]n]j) mhgf hjgnakagfYd [gfka\]jYlagf g^ l`] hYjgd ]na\]f[]) l`] [gmjl \]l]jeaf]k l`Yl l`] ojall]f [gfljY[l akj]YkgfYZdq kmk[]hlaZd] lg egj] l`Yf gf] afl]jhj]lYlagf Z][Ymk] kge] g^ l`] [gfljY[l l]jek Yj] YeZa_mgmk) l`]f l`] ]pljafka[ ]na\]f[] akj] []an]\ aflg ]na\]f[] Yf\ l`] [gmjl l`]f afl]jhj]lk l`] e]Yfaf_ Yf\ afl]fl g^ l`] ojall]f Y_j]]e]fl + *EYVP%A_ZO\SY\lY_\^*) ..1 >Yd+<hh+1l`010) .02. %/--1&VY^^ajeafl_`] log*kl]h hjg[]kk af Y\akhml]gn]j l`] ^]Ylmj]^ade yMg_]j MYZZalzEWSXO^%>\SMO) ..1 >Yd+<hh+1l`.26) ..32*..35 %.66/&VY^^ajeafl_`] log*kl]h hjg[]kk Yf\ kh][a^a[Yddq gd\af_ l`Yl mfkhgc]f kmZb][lan] afl]fl Yk j]^d][l]\ Zq YhYjlq|k ymf\]jklYf\af_z g^ Y fY_j]]e]fl akajj]d]nYfl) Zml gmloYj\dq]p hj]kk]\ afl]flagfk Yf\ l`] [aj[meklYf[]k kmjjgmf\af_ l`] ^gjeYlagf g^ l`] [gfljY[l Yj] af\ ]]\ j]d]nYfl *W@\YaX `%5YVN]^O)SX 01 >Yd+<hh+2l`.5 %/-.6&V[gfljY[lhjgnakagfk j]dYlaf_ lg khdalaf_ l`] hmZdak`]j|k k`Yj] g^ hmZda[ h]j^gjeYf[] af[ge] Yk Z]lo]]f l`] ZYf\ yRYjz Yf\ alkhmZdak`]j eYfY_]j oYkj]YkgfYZdq kmk[]hlaZd] lg egj] l`Yf gf] afl]jhj]lYlagf Yf\) l`]j]^gj]) hYjgd ]na\]f[] emkl Z] j][]an]\W+[$]

O`] [`jgfgdg_q g^ l`] gZb][lan] [geemfa[Ylagfk %Yk gkhgk]\ lg l`] mfkhgc]f kmZb][lan] afl]fl g^ fgf*h]j[aha]fl oalf]kk]k gj hgkl*dala_Ylagf h]jl|k yafl]jhj]lYlagfkz g^ l`] /-.- N]lld]e]fl <_j]]e]fl& d]Y\af_ lg l`] ^afYd hj]kagf g^ l`] /-.- N]lld]e]fl <_j]]e]fl Yj] [jm[aYd Yk l`]q j]^d][l l`] \ak[]jfYZd] afl]fl g^ l`] hYjla]k af ]fl]jaf_ aflg l`] /-.- N]lld]e]fl <_j]]e]fl af _]f]jYd Yf\ l`]q \]egfkljYl] l`] e]Yfaf_) hmjhgk] Yf\ ljm] afl]fl g^ l`] hYjla]k af ]fl]jaf_ aflg hYjY_jYh4 g^ l`] /-.- N]lld]e]fl <_j]]e]fl af hYjla[mdYj+ O`] ak[`jgfgdg_q ak\]lYad]\) Zml aehgjlYfl Yf\ akYk^gddgok7

Jf A]ZjmYjq) /--6) JjYf_] =Yf_ k]fl QKS l`] ^ajkl []Yk] Yf\ \ ]kakld]ll]j o`a[` ak \]k[jaZ]\ YZgn]+

Jf HYj[` 0) /--6) JjYf_] =Yf_ k]fl QKS l`] k][gf\ []Yk] Yf\ \]k akld]ll]j o`a[` akYdkg \]k[jaZ]\ YZgn]+

[$] <dl`gm_` fgjeYddq al akY\]l]jeafYlagf ^gj l`] [gmjl lg afl]j hj]l l`] afl]fl Yf\ e]Yfaf_ g^ Y ojall]f [gfljY[l) ]n]f gf] j]YkgfYZdq kmk[]hlaZd] lg egj] l`Yf gf] e]Yfaf_) af Ybmjq ljaYd) o`]j] l`] hYjgd ]na\]f[] akaf [gf^da[l Yf\ l`] j]kgdmlagf g^ l`] [gf ljY[l j]imaj]k Yf Ykk]kke]fl g^ l`] [j]\aZadalq g^ l`] oalf]kk]k) l`] afl]jhj]lYlagf g^ l`] [gfljY[l ak ^gj l`] bmjq) fgl l`] ljaYd bm\_]+ *1S^c YP6YZO<K^SYXK)ONSMKTOX^O\%5OXO^OMK)%Y%0 >Yd+1l`042) 062 %/--5&+

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

On April 3, 2009, VPX sent Orange Bang a formal response to the second cease and desist letter which is likewise described above. Importantly, in Stump's April 3, 2009 letter, she introduced the nomenclature that Bang Pre-Workout was a "creatine *containing*" product.

On September 9, 2009, Orange Bang filed the 2009 Trademark Infringement Action against VPX. This litigation proceeded forward for approximately four months before the parties were required to focus on the issue of a potential settlement. The Local Rules of the Central District at the time (and currently) required the parties to select a mediator and attend a mediation. Because of that requirement, settlement discussions became an essential topic which had to be addressed by legal counsel for each side.



16

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

DocuSign Envelope ID: ...





FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

DocuSign Envelope ID:



20

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

DocuSign Envelope ID:



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

**In other words:**



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

DocuSign Envelope ID:



24



DocuSign Envelope ID:

[6] Paragraph 6 of the 2010 Settlement Agreement was the only release provision in the agreement and paragraph 6 was limited to a release of the claims relating to VPX's sole BANG mark product at the time. Bang Pre-Workout, a release provision which would apply provided VPX was not otherwise in breach of the 2010 Settlement Agreement.

25

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2



FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

1  ██████████████████████████████████████████████████████████████████

2  ████████████████████████████████████ Richard Stein ("Stein"), Operational Manager of

3  Orange Bang, reaffirmed this sentiment when he testified at the arbitration that the purpose of the

4  2010 Settlement Agreement ". . . was to keep VPX in their narrow lane of bodybuilding. . . or

5  muscle building products and supplement products and Orange Bang to be sold everywhere else."

6  Stein Testimony, AHT, p. 145:22 - 146:7.  VPX shared this mutual intent to reach a negotiated co-

7  existence agreement, a "you-stay-in-your-lane-and-we-stay-in-our-lane" agreement as Eugene

8  Bukovi ("Bukovi"), VPX's VP of Sales, and its Rule 30(b)(6) corporate designee as VPX's person

9  most knowledgeable as to the meaning and intent of the 2010 Settlement Agreement, so testified

10  when he admitted during the arbitration hearing that, in entering into the 2010 Settlement

11  Agreement, VPX likewise was agreeing to stay in its "lane".  In particular, Bukovi testified as

12  follows:

13  ███ ███████████████████████████████████████

14  ███ ███████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17      (Emphasis added.)

18      Bukovi Testimony, AHT, p. 1969:7-22.

19      VPX itself concedes that the 2010 Settlement Agreement was expressly intended to be a

20  "stay in your lane" trademark co-existence agreement as VPX states in it closing reply brief as

21  follows: "As an initial matter, VPX *agrees* that the [2010 Settlement] Agreement 'carves out'

22  certain general lanes where OBI [Orange Bang] and VPX agreed they would not cross paths, could

23  operate without fear of being sued for trademark infringement and maintain their respective

24  registrations." (Emphasis in the original.) *See* VPX's November 19, 2021 Response to Claimants'

25  Joint Post-Hearing Brief, p. 18.

26      On August 9, 2010, Borrowman returned a signed copy of the 2010 Settlement Agreement

27  to Pagano (with a copy to Thurston) as signed by Orange Bang and by Borrowman himself. *See*

28  Exhibit 2572-74. On August 11, 2010, Pagano returned a signed copy of the 2010 Settlement

1  Agreement to Borrowman (also with a copy to Thurston) as signed by Jack Owoc ("J. Owoc"), the

2  CEO of VPX, and by Pagano herself. *See* Exhibit 2572-77.

3

4

5

6       VPX did not call Thurston or Pagano as a witness to testify at the arbitration hearing. The

7  arbitrator is entitled to, and hereby does, draw negative inferences from VPX's failure to call

8  Thurston or Pagano as a testifying witness and the arbitrator therefore concludes that Thurston's

9  and Pagano's testimony would not have been helpful to VPX. Having said that, and as

10  demonstrated in this Section II.E as set forth above, the negotiation history of the 2010 Settlement

11  Agreement is relatively clear, straightforward (although detailed) and mostly undisputed and the

12  arbitrator would reach the same findings and conclusions as set forth in this Interim Arbitration

13  Award even without drawing these negative inference as to Thurston and Pagano. However, it is

14  not unimportant and it is noteworthy that VPX did not call Thurston or Pagano as testifying

15  witnesses. It should also be pointed out that Monster / Orange Bang did not call Thurston or

16  Pagano as testifying witnesses either, although it was not Monster's or Orange Bang's burden to do

17  so.

18

19      **F. The Term "Creatine-Based" is Ambiguous, the VPX Marketing and Sales Restrictions**

20          **of Paragraph 7 D and VPX's Failure to Communicate the VPX Marketing and Sales**

21          **Restrictions to VPX's Own Employees, to VPX's Distributors or to VPX's Retailers**

22       Paragraph 7 is clear in several respects, but unquestionably ambiguous in other respects.

23       Paragraph 7 A is clear that VPX is permitted to use the BANG mark to sell the Bang Pre-

24  Workout product because, as the parties believed at the time, it was a "nutritionally fortified,

25  creatine-based" beverage.

26       Paragraph 7 B is clear that VPX is permitted to change the formula for its Bang Pre-

27  Workout product and then continue to use the BANG mark to sell the reformulated Bang Pre-

28

Case 5:20-cv-00462-LTS-SPB Document 624-58-2 Filed 01/04/22 Page 61 of 328 Page ID #:1505

.  Rgjcgml hjg\m[l Z][Ymk]Ykl`] hYjla]kYdkgZ]da]n]\ Yll`] læ]) alogmd\dac]oak]Z] Y

/  yfmljalagfYddgjgjla^a]\)[j]Ylaf]*ZYk]\zZ]n]jY_]+

0  KYjY_jYh4 > ak[d]Yjl`YlQKS akh]jeall]\ lg mk]l`] =<IB eYjc lg k]dgl`j \a]lYjq

1  kmhhd]e]flk Yf\ fmljalagfYlhjg\m[lk) km[`Ykhaddk Yf\ [Yhkmd]kYf\ hj]kmeYZdqn]f gl`]j

2  Z]n]jY_]k)kg dgf_Ykl`]q Yj]y[j]Ylaf]*ZYk]\)\fmljalagfYddgjgjla^a]\\z hjg\m[lk+

3  %DfhYjY_jYh`4 < Yf\ 4 =) l`] gj\]j g^l`] ogj\af_ akyfmljalagfYddgjgjla^a]\\z^ajklYf\

4  y[j]Ylaf]*ZYk]\zk][gf\+ DfhYjY_jYh`4 >) l`] gj\]j g^l`] ogj\af_ akkoal[`]\\) oal` y[j]Ylaf]*

5  ZYk]\z^ajklYf\ yfmljalagfYddgjgjla^a]\\zk][gf\+ O`] gj\]j g^l`] ogj\k akfgl ka_fa^a[YflZmlalak

6  ogjl` fglaf_ l`Yl l`] gj\]j g^l`] ogj\k [`Yf_]k af l`ak eYff]j af l`] /-.- N]lld]e]fl

.-  <_j]]]fl+&

..  KYjY_jYh4 ? ak[d]Yjl`YlQKS ak]n]f h]jeall]\ lg k]dgfgf^*y[j]Ylaf]*ZYk]\zhjg\m[lk kg

./  dgf_Ykl`]q fgf^*y[j]Ylaf]*ZYk]\zhjg\m[lk7 %aaXj]fmljalagfYddq gjla^a]\)\8%aaaXj]Yf\] h]j`gjeYf[]]8

.0  Yf\ %aaaXj]jygfdq WK\UO^OZ\W kgd\l`jgm_` nalYeaf`Yf\] fmljalagfYddmhhd]e]fl klgj]j]k lg af[dm\m\]

.1  Zmlfgl daeal]\\ lg BI>) QalYeaf`N`ghh]j) gl`] j kh][[laYYdlqnalYeaf`Yf\] fmljalagfklg]j]j]j]k)_qek Yf\

.2  `]Ydl` [dmZkZj]lag l`] j nalYeaf`Yf\] \a]lYjq kmhhd]e]fl k)k[[lagfk gfdq g^^YfYq[gfn[gfn]fa]fl]]] gj gl`]j

.3  klgj]jkz #fZWkKEMBSd]Wf[`YS`V HS^WaWefd[Uf[a`eb$

.4  <dl`gm_`` hYjY_jYh4 < l`jgm_`` 4 ? Yj][d]Yjl]fgm_`` Ykk]]l`gjl` YZgn])l`] l]jek aS^RSX

.5  l`]k] hjgenakagfkYj]YeZa_mgmkYkl`] l`] q Yj])oal`gml Yfq af im]klkagf) j]YkgfYfYZYkZdkmk[]hlaZd]kg egj)

.6  l`Yf gfl afl]jhjhj]lYlagf+ O`] l]jek y[j]Ylaf]*ZYk]\zYf\ yfmljalagfYddgjgjla^a]\\zYj]Y YeZa_mgmk

/-  l]jek o`a[] Yj]fgl \]^af]\\ Yfqo`]j)` af l`] /-.- N]lld]e]fl <_j]]]fl+

/.  <[[gj]]\af_dq) Ydd^`l Yj]Zgn])j*j]j]][j]\)j]\]\)[j]\)d Ydg`af jaj][jaj[caj] oYj[m] ]j Yl`] j ]_jaj[egfa[g eYqak

//  aflg ]na\]f[]) gf YhjgnakagfkYf\Zrakakak Ykfgo ^gjeYf\Zd]YaYk af lg ]na\]f[]) ]n fak)) nafkaj Z]fcakdal ]

/0  g^hYjY_jYh`4 akj]YkgfYfhjgenakagfsgerak]]] l`'Yf\ af[j]jajaj[l`Ylagf+

/1  <k `YkZ]]]]f ]na\)af[af^l kaf]] hf`l' af[]hlagf g^l`ak[Yk)k)Hgfkkl]j ,JjYf_] =Yf^_)jja gf]]]l` af

/2  `YfY`)* Yf\ QKS)gf l`] gl`)jj) `Yn] nYkld][a\]]na]a^^]jajaj]fl]]]af[]hjj]]]]eja))daj]eag)) nak Yf\kdg o`Yl ak

/3  e]Yfl Zqa*l`] Ydd*aehgjkjgj fljje] y[j]Ylaf]*ZYk]\z+

/4  <f\ ^`gj]agZZgZagm]akYkaj]jaj]eajaZj) Ykgfk)j]j)+D^k=<IB @f[aj]_q MO? akYYjy[j]Ylaf]*ZYYkjaZ))rjjz hjg\m[l) l`)*f =<IB

/5  @f[aj]_q MO? akaYhYj]jaZYfj`jYjY_jYh4 > hjg\m[l Yf\ QKS `Yk YfYjfYZdkgdmljj]j]z]]j))j]j]] af *da`)j] l` lg ]eYjaj[aj)] al Yf\ k]dd\)j]jdl]l]

%Yfgl`]j  QKS y[j]Ylaf]*ZYk]\zhjg\m[lk&`go]n]j   alk]]k ^al Yf\ oal`gml j]_Yj\ lg) Yf\ oal`gml
`Ynaf_ lg Y\'`]j] lg) l`] QKS HYjc]laf_ Yf\ NYd]M]klja[lagfk +> XZaiWhWd76C<  :`WdYkGI9
[e`af S nUdWSf[`W&TSbWaWgUffZW76C<  :`WdYkGI9  [e S bSdSYdSb 0 9 bdaVgUfS`V
KEMiag^V ZShWa d[YZfa eW^f%S`V `a d[YZfa WhWS1-(3 [f%@^WeKEMST[VWEk%
SVZWdWS`S`V Ua_b^[WifZ fZWKEMBSd]Wf[`YS`V HS^WGaWefd[Uf[a#S`VfZ[eiag^V
Sbb^dfa afZWKEMn`a`&UdWSf[`W&TSbWaWgUfSeiW^^S`V %X76C<  :`WdYkGI9  [e
[`VWWWSbSdSYdSb 0 9 bdaVgUf%V [XKEMfZWX`XS[^WWUa_b^`ki[fZ%ad Ua`f[`gWdfa
V[edWYS`dZWKEMBSd]Wf[`YS`V HS^W`WGaWefd[Uf[a`fZW`K EM[e[` TdWSU&iZfZW) *)
HWff^`W_W%YilWW_W`lZ[e S^^&[_badfS`EegW`e V[eUgeeWVWVXgdfZWWdWfS`HWUf[a`
>>>.%

O`ak\akhml])o`]l`]j   gj fgl =<IB   @f]jq MO? akhYhYjY_jYh4 > gj YhYjY_jYh4 ?
hjg\m[l] o`a[`   lmjfkgf l`]] e]Yfaf_ Yf\ afl]fl g^l`] l]je y[j]Ylaf]*ZYk]\zakl] [gj \akhml]af
l`ak [Yk]+

<k YfYka\])Ydl`gm_Y_j]YlYegmfl g^^lae]) ]f[jj_q) \g[me]flk Yf\ l]klaegfq `Yn] Z]]f
]ph]f\]\  gf l`]] Yll]ehl lg mf[]jklYf\ l`] e]Yfaf_ g^l`] YeZa_mmkl]je yfmljalagfYdd`ejla^a`a]\z)
af[dm\af_ Zmfgl daeal]\ lg ]da[alaf_l]klaegfq ^jge ]ph]jlk gf A?< klYf`\Yj\kjl]_Yj\af_ o`]f Y
^gg\ gj Z]n]jY_] ak]flald]\ lg [dYael`Yl al alakyfmljalagfYddj]ela^a`a]d\z]Y[[[j]af_ lg) gj oal`gml
j]_Yj\ lg) lg A?<  _ma`]daf]kYf\ j]_mdYYlagfkYf\Yf Ydl`gm_`_l`]]  YjZaljYjYd`Ygj\ak[mkk]kd`ak akkmk]lg kge]
]pl]fl Z]dgo) l`] YjZaljYYl]jZ`Zd]da]n]kl`]Yll`]  afimajqaflg l`] e]Yfaf_ g^yfmljalagfYddj]ela^a`a]d\z]zak
g^eafgj [gfk]im]f[]]+  O`] j] ]j]Ykgf^_gj l`ak [gf[dmkagefakakZ[Ymk`hYjY_jYj`Yh`4 < w4 > YddYc]
mk]g^l`]  dYf_mY_yfmljalagfYddj]ela^a`a]d\z)[jj]Ylaf]*ZYk]]z]VhYjY_jYh`4 < Yf\ 4 =Wgj y[j]Ylaf]*
ZYk]]\)fmljalagfYddj]ela^a`a]d\z]zVhYjY_jYh`4 >WYf\ Z[Ymk`g^l`] j oYql`] [geeY  akhdY[]\)\Zlo]]]f
l`ak[k] log l]jek)  LY^ROVOWOX`j]zimaj]\  af gj\]j)  lg k]Ylak^l`j] l]jek  g^l`ak[gflj]Y[[lmYd
hjgnakagafgkhYklakkm]Dfgl`]j)  ogj\k)  hYjY_jYh`4 < w4 > Yj]Yddzdjalall])f)  af YkmZklYfdj`flak]j]k]]fk)) Yk
Y[gfbmf[f[lan] h`jYk]) fgl YkYbkdakmdf[lan]]h`jYk]) YfyfyYf\z Ykghhgk])\ lg Yfygjgzj Yf\) l`]ji]^l^`gjj)  af
gj\)\j  lg kYlak^`hYjYjY_jYh`4 < w4 >) Zgl` ]d]e]f]flk)  Zgl` l`] y[j]Ylaf]*ZYk]\z]d]e]fl  Yf\ l`]
yfmljalagfYddj]ela^a`a]d\z]z]d]e]fl)  emkl bZ] kYlak^a]\^af gj\)\j  lg [g]hdq  oal`] l`]  [gfljY[Yl[l+
<[[gj\)af_ dq)  l`]) eYaf^ _g]jmkkaf^l`ak Dfl]j]]j]k]j]Z<jZaljYYlrag^l<oYj\)  k`YYddZ) gf l`]) Ydd*aehgjjkjjYY[l]
0.

1  "creatine-based" because if that contractual term in- and-of-itself is not satisfied, it does not then
2  matter if the beverage or product is, or is not, "nutritionally fortified" given that both elements of
3  the conjunctive phrase must be satisfied in order for a product to qualify as a paragraph 7 C product
4  under the 2010 Settlement Agreement.

5       At the same time, as to paragraph 7 D, and even before reaching the question(s) of whether
6  or not the product is "nutritionally fortified" which "enhances performance", the threshold question
7  which again must be resolved *first* is whether or not the product is "creatine-based".  This fact of
8  construction likewise focuses the attention back to the fundamental issues of (i) what does
9  "creatine-based" mean; and (ii) whether or not a product is indeed "creatine- based", and that
10 explains why the subsidiary inquiry of whether or not a product is "nutritionally fortified" is of
11 much lesser importance.  In short, unless there is a prior finding that the BANG Energy RTD
12 product, and VPX's other Bang-branded products, are indeed "creatine-based", there is no need to
13 even reach the issue of whether or not the products are also "nutritionally fortified" or whether they
14 "enhance performance".

15      Once the 2010 Settlement Agreement was fully executed by Orange Bang and VPX, what
16 did VPX do with it? Did VPX take steps to ensure that the VPX Marketing and Sales Restrictions
17 were carefully complied with and strictly followed?

18      One would assume that after the 2010 Settlement Agreement was fully executed, and given
19 the importance of the VPX Marketing and Sales Restrictions, the existence and importance of the
20 VPX Marketing and Sales Restrictions would be affirmatively communicated by the executives of
21 VPX to VPX's employees and to VPX's customers / distributors / retailers, **but that was not the**
22 **case.**  VPX did essentially nothing in order to ensure compliance with the VPX Marketing and
23 Sales Restrictions in paragraph 7 D of the 2010 Settlement Agreement.  J. Owoc, VPX's CEO,
24 testified that

25

26

27                                    " J. Owoc Testimony, AHT, p. 1279:19-23, 1276:17
28 - 1277:16; Bukovi Testimony, AHT, p. 2108:15 - 2109:3 (same).  VPX's other employees also

1 testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Meg

2 Owoc ("M. Owoc") Testimony, AHT, p. 3493:7-21; Sweeney Testimony, AHT, p. 3105:13-20; Li

3 Testimony, AHT, p. 1464:13-16.

4      Not only were the VPX marketing and sales department not told about the VPX Marketing

5 and Sales Restrictions in the 2010 Settlement Agreement, the distributors and retailers were not

6 told about the VPX Marketing and Sales Restrictions either. In fact as demonstrated by some of

7 the sample distribution agreements entered into between VPX and selected distributors which were

8 received into evidence during the arbitration. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮    *See* Exhibit 771, paragraph 2.1, p.2.

18      It is simply not possible for VPX to comply with the VPX Marketing and Sales Restrictions

19 when it never bothered to communicate the existence of the VPX Marketing and Sales Restrictions

20 to its own employees, to its own customers, to its own distributors (such as Pepsi, see *infra*) or to

21 the all-important retailers.

22

23    **G. The 2010 to 2019 Time Period, the Introduction of BANG Energy RTD into the**

24       **Marketplace in Late 2015 and VPX's Representations to the World About Creatine**

25       **and Super Creatine**

26      VPX is correct that extremely powerful extrinsic evidence is course of dealing / course of

27 performance evidence which shows how the parties behaved, vis-à-vis each other, after the parties

28 entered into the 2010 Settlement Agreement. *See Brown v. Goldstein*, 34 Cal.App.5th 418, 436-

.   104 %/-.6&V[gmjk]g^\]Ydaf_, [gmjk]g^h]j^gjeYf[]  o`]j  hmZdak`]jY[lmYddkYa\hmZdak`]j]j|k

/   k`Yj] g^hmZdaf]h]j^gjeYf[]  lg l`] ZYf\)af[ge]  al[dYae]\ dYlj] oYk fgl \m] lg l`] ZYf\)ak

0   aehgjlYfl hYjgd]na\]f[]  ]flald]\ lg _j]Ylo]a_`l W+QKS Ydk|kckl`]  [gjj][l im]klagfk7o`]f

1   =<IB   @f]j_q MO? oYkj]d]Yk]\l lg l`]  eYjc]lhdhVYf[] af J[lgZ]j  g^ /-.2)  Yf\ Z][Ye]  YkeYk` `al

2   Z]_affaf_ af /-.5  Yf\ l`]  ^ajkl`Yd^g^ /-.6  oal  Yklljgfgmi[Y\kYd]af /-.6  */-/.)  o`]j   o|j]

3   qgmJjYf[]_  =Yf_:  R`q  o]j|fl  qgm[gehdYafaf_:  R`q  \a\  qgmkalZY[[YYf\qfgfl`af_  Yf\ \g

4   fgl `af_:   ?g]kf|l  l`akk`go l`YlQKS oYkaf\]]\  Y`\jaf[ lg l`]  /-.-   N]lld]e]fl  <_jj]]fl:

5   ?g]kf|l  l`akk`go l`Yll`akdYokmalkbmkYYfYll]ehl YlYyeg f]q  _jY^ZZzQJjYf[]_  =Yf_fYf\

6   Hgfkl|lj) Yf\ Hgfkl|tj|k  Yll]ehl lg kfm^^gmlalk[`a]^ [geh]alg j QKS:  ?g]kf|l  l`akk`go l`Yl

.-  JjYf[]_  =Yf__ak_madlg^dY[`kYf\ l`Ylalk[dYaekYj]lae]*ZY fj]j|)\  Zq l`]  ^gmjjq]YjklYmtml]^

..  daealYlagfk^gjZj]Zj]Y[` g^[gfljYY[l [ af >Yda^gjfaY:

./      Cgo]n]j)  JjYf[]_  =Yf_  `YkYkaehd)Zml[gfnaf[af[af_)  Yfko|j lg l`]  ]k] Ydd*aehgjjlYYfl

.0  im]klagfk+JjYf[]_  =Yf_  kYa\fgl`af_  Yf\  fgl`af_  YZYgm+=<IB   @f]j_q MO? af /-.2   lg <m_mkl

.1  g^/-.6   Z][Ymkk]alZ]da\]]j]d\   Yk\a\  egkl  g^l`]  ogjd\\  g^ogmd\\*Z] [gfkme]jk  g^l`]ak hjg\m[l)  l`Yl

.2  =<IB   @f]j_q MO? oYkaf\]]\]\   Yy[j]jYf\]]*ZYd]]lhgZ\)zhjg\m[l+ <k Nl]af l`]akla[Ykan]jadYdl Ylgf

.3  ']YjYf_)  `] \a\  fgl`af_  Z][Ymk]]]  Z]da\a\n\l`Yl=<IB   @f]j_q MO?  oYkby[j]zYf\]]*ZYd]jzYk\zYf\

.4  l`mkaf [gehdaYYYYf[]]  oal l`]  /-.-   N]lld]]e]]fl  <_jj]jefl+  AOO  Nl]af [l O]klaegfq8 <CO) h+.327.3*

.5  .3373+

.6      <f\  o`]fl  ogmd\f|fl  Nl]]af ]]am\l`af]flj]Yl  ?mjaf_  l`akjaYg\\  f`jag`af]nfm)[Yd\l Zg[*\qqYdm[`kkm

./  g^/-.6)   QKS ZjgY\\*YtYf\*ak[h   j`ajagof ooog^ogmdd\\*Z]   [gfkme]jk  afaeakhjg\m[l)bbglaf_ tllf`af[dnagfaaYj\aYljlfj kkkhl

./  =Yed`Ylaf\y]`[ljal``*]j_Yl*rfg^o``f]Yf\Yf`]jy[`*Z]_`'\al*afeajr`n]dlrk  fdjl l'jdafx[`akk

//  @f]j_q MO? l`] fdh\] jd*ad[zYf\_mkf\`n\xdZg_n_qjlq  j`j\z'bdafxoln`jZ`d  fljfjkfl`j`ybkdfll`jvf[

/0  l j`\lab[]*]Zdxklr`]qfdj`Yf\`*flm`dxjmlj'`\`fj`fd[ne*f|jbjd][[\`jdjlnrr`jhl`flfllal

/1  =<IBvfd]|[]][`YjqxYl`*]zjdlxtgflfj_aajflzxd]kzdkhjqldl'jkkjlrd

/2  =<IB

/3  =<IB

1   by bangenergy.ceo J. Owoc "#IceColdCreatine" juxtaposed with images of BANG Energy RTD or

2   bang promotional items]; 673 [social media post by bangenergy.ceo J. Owoc describing the

3   benefits and efficacy of super creatine]; 713 [press release quoting J. Owoc as he describes the new

4   BANG Energy RTD Rainbow Unicorn with Super Creatine and the brain and brawn benefits of

5   creatine]; 694 [VPX 2016 presentation to distributors which ███████████████████████████

6   ███████████████████████████████████████████████████████████████████████████████████

7   ██████████]; 352 [2016 social media post by bangenergy.ceo J. Owoc which states

8   "#SuperCreatine – THE KEY TO EXPONENTIAL MUSCLE GROWTH", date established by J.

9   Owoc's responsive comment " . . . May God's blessings chase you down in 2016!"]; 2581 [sales

10  sheet used by VPX employees to emphasize the benefits of creatine]; and 169 [VPX patent

11  covering CLL (defined below) and CLG (defined below) filed in 2010 and issued in 2013 which

12  attempts to equate the benefits of creatine with the purported benefits of CLL and CLG].

13      In short, VPX four-walled to the world that BANG Energy RTD contained an efficacious

14  amount of creatine (super creatine no less) and would help produce the benefits of creatine in the

15  human body and, therefore, it made perfect sense that during this period of time Orange Bang was

16  **not** on notice of facts which would have led it to the conclusion that BANG Energy RTD was not,

17  in actuality, "creatine-based" and that BANG Energy RTD was really a paragraph 7 D product, and

18  not a paragraph 7 C product. Orange Bang was legitimately ignorant of these facts, as were all

19  VPX's would-be consumers, based on the representations VPX itself made to the marketplace

20  singing the praises of its product which contained not just creatine, but super- creatine – raising the

21  intended belief in the minds of the consuming public that drinking BANG Energy RTD would help

22  deliver the benefits of creatine. Orange Bang was ignorant of these facts, but, as discussed below,

23  that all changed in mid-August of 2019.

24

25      **H. VPX's Brilliant and Highly Successful Marketing and Social Media Campaign for**

26          **BANG Energy RTD and Its Other Bang Branded Products**

27      VPX has had enormous success. As the billions of dollars of sales of BANG Energy RTD

28  demonstrate, the sensational success of VPX is undeniable. Some of that success may be

1  attributable to the quality and great taste of the BANG Energy RTD product, but a meaningful
2  portion of that success is attributable to the brilliant marketing strategy of M. Owoc and her no. 2
3  Daisy Grunewald ("Grunewald"), the marketing executives of VPX, who built a social media and
4  influencer marketing strategy which clicked with the under 30 crowd, a marketing strategy,
5  however, that was based **almost entirely** upon making prevalent use of the brand name "Bang."
6  The BANG mark was, and is, the centerpiece of VPX's marketing strategy which, based on the
7  pervasive use of the BANG mark, has generated billions of dollars in sales.

8       To VPX's credit, VPX figured out that in order to stimulate significant sales, it had to reach
9  young consumers, Gen Z and Millennials, who wanted the next "it" drink and that the way to reach
10 these consumers was through a vigorous social media campaign targeted towards *the general*
11 *population*, and not limited to the nutritional channel as required by paragraph 7 D for products
12 which are not "creatine-based". Grunewald Testimony, AHT, p 1799:9 -12. And VPX did just
13 that. However, this social media campaign likewise was based upon, and made prominent and
14 continuous use of, the BANG mark. *See* J-55, p. 25, J-155, p. 24 and 29. And significantly, in its
15 social marketing campaign and in its advertising and promotional activities which led to its
16 financial break-through, VPX marketed its BANG products, especially BANG Energy RTD, as a
17 "life-style" product, a marketing approach which did not comply with the VPX Marketing and
18 Sales Restrictions. *See* Exhibits 1343, p. 1 and 8; 2460 ["                         "], 2969,
19 p. 16-17 ["                  " and "                  "]; Grunewald Testimony, AHT, p
20 1799:9-12. This marketing campaign was no longer limited to a nutritional and dietary supplement
21 "lane" as required by paragraph 7 D of the 2010 Settlement Agreement pertaining to non-"creatine-
22 based" products.

23      With respect to Instagram followers, VPX demonstrated how it had 100,000 followers at
24 the end of 2017 and how that number grew to 2 million by the beginning of 2021. This is
25 impressive, but those Instagram followers are followers of @**bang**energy. Again, VPX's
26 undeniable success on social media is tied to the use of the BANG mark, the centerpiece of its
27 social media campaign. *See* VPX Demonstrative DDX1009-1, which references Exhibits 5551,
28 5552, 5553, 5554 and 5555. Moreover, as M. Owoc and Grunewald both testified at the arbitration

1  hearing. VPX has hired over 1,000 influencers and those influencers, in turn, reach over 2.4 billion

2  followers (see *infra*), all of whom promoted VPX products, but all of whom did that, and continue

3  to do so, by promoting and making use of the BANG mark.  In short, VPX's social media,

4  advertising and live event campaigns have been an overwhelming success and have stimulated

5  massive sales of VPX Bang branded product, in particular BANG Energy RTD, **but all of these**

6  **marketing and sales efforts are based upon the omnipotent use of the BANG mark.**

7

8      **I.  VPX Rebrands the Company from VPX to BANG Energy**

9          As the success of BANG Energy RTD grew, VPX made the strategic and marketing

10  decision in the first quarter of 2019 to change the name of VPX, to rebrand the entire company, as

11  "Bang Energy".  VPX changed its social media accounts and its website to incorporate the BANG

12  mark.  As VPX stated in an email about rebranding, "████████████████████", and this

13  need to rebrand had taken on a sense of urgency for VPX, an unmovable deadline.  J. Owoc choose

14  to call himself the "Bang CEO" and ██████ of VPX products are sold under the BANG mark.  *See*

15  Exhibits 2748, p. 3; 2749; J. Owoc Testimony, AHT 1339:7-22, 1402:11 – 1403:22; M. Owoc

16  Testimony, AHT 3444:4 – 3445:10.  VPX even calls its customer base "Bangsters". (*See infra.*).

17  As the sales of BANG Energy RTD grew, VPX continued to use the BANG mark in a

18  comprehensive fashion.

19

20      **J.  VPX's 2018 – 2019 Release of its Bang Keto Coffee Product and Orange Bang's**

21         **Response**

22          In 2018, VPX released its BANG Keto Coffee product into the marketplace.  *See* DDX

23  1003 – VPX Product Timeline.  BANG Keto Coffee, a product currently on the market, has no

24  creatine, nor does it purport to have any creatine, so it is obviously not "creatine-based", which

25  makes it a paragraph 7 D product, and not a paragraph 7 C product.  Therefore, BANG Keto Coffee

26  can only be marketed and sold in accordance with the VPX Marketing and Sales Restrictions.

27          On March 25, 2019, and following the release of the BANG Keto Coffee product into the

28  marketplace, Borrowman, on behalf of Orange Bang, sent a cease and desist letter to VPX

37

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

Case 5:20-cv-03642-... Document 524-58-2 Filed 02/14/2022 Page 69 of 278 Page ID #:1513

Jf  <m_mk6) /-.6)  QKS j]khgf\]\  lg l`] N][gf\ F]lg >g^^]] >]Yk] Yf\ ?]kakl G]ll]j+ QKS \a\ fgl j]khgf\ Zq k]f\af_ Yd]]ll]j gj Yf]eYadZY[clg JjYf f_] =Yf_]k [gmfk]d+MYl`]`]j)al j]khgf\]\ Zq^adaf_YklYl][gmjl dYokma`gj \][dYjYl gjqj]ja]]^%l`]y/-.6  ?][dYjYlgjgjqM]da]^ <[lagfz&+

## @' KEMpd+)*2 9WU^SdSfadsRW^[WUX[a`%ZVW8a_b^S[`f  >feWSWXV fZWVdgU[S^ 6ffSUZ_W'fefa fZWV8a_b^S[`f

Dfl`] /-.6  ?][dYjYlgjqM]da]^<[lagf] ^ad]\ZqF]kl]dg]f] Yfaf*`gmk]]ehdgq]]]] g^QKS Yll`] lae]) QKS ^ad]\Y[gehdYafl^gj \][dYjYlgjqj]da]^k]]caf_ Y\] [dYjYlYgfj]jge l`] [gmjl l`Yl l`] l`] /-.- N]lld]e]fl fl <_j]]fl7  ^a&gflYaf]\\ hjgeak]k o`a[` Yj]h]jeakk an]]jYl`]`]_j an]`]`]`] af l`ak YjZaljYl Ylagf fafk.& %aa o`Yk fgl afl]fl\]\ lg [gn]j l`] i l`] l`] =<IB  F]lg >g^^]]] hjg\m[l Yf\) l`]Y]jYj]gj) l`] QKS HYjc]]laf_ Yf\ NYjd M]klja[lagf fik\a\\ fgl YbjegYfl QKS\k [gehdYafl af l`] l`] /-.6  ?][dYjYlgjqM]da]^<[lagf oYk YYda]Ykka_f]f]j\]\\lg l`] CgfgjYd]j YZd]Em^_]Nl]h]`]jYf K^K^Y`d]g^l`] Ggk<f_]d]k Nmh]]agj_jgmjl af >Yda^gjfaYYfY^ al YlllY[`]\\l`]] nYjagmkkgp`]]aZalk]Yddg o`o`a`o`a`] a[ a[ i[a`] a] Z]]]Y]e] YhYjYYZY`]l`]e] iin hmZZYdd][]gj[gj[]gjagjagj\+ QKS\k k /-.6  ?][dYjYlgjqM]da]^<[lagf YllY[`a]][`]`]\]\\] AajklF]]]lg >g^^^]]]]]] >]Yk]Yf\YaYfaYf\ k]k]kkal G]ll]j Yk@p`aZal]Ylfyy=z+ Yf\ N][gff] F]lg>g]] g^^^]]]]]]]]] >]Yk Yf\ ?]kak\ak] l G]ll]ll]j Yk@p`aZalEk` * 33h+13 g^ 21 Yf\ h+21 g^ 21+ O`] ] [gehdYfl jY^ l\] Yf\ ^ad\] \ ?ZzF ]j kl] f] af l`] //-.6   ?][dYjYlgjqM]da]^ ] ^<[lagf YdkkefgflYf\af]] \\) Y^^gglfgl] .) Yj]j]]]]Yl`] YfakflYl]]YYkYk QKS lg l`] [gmjl l`l`j+ QKS oadd]^^^ad]pal` l`]] >gmj]l Y[gh] q g^l`] V/-.-WN]llldd]e] e]fl] <_j]]e]fl+z

QKS \a\ fgl ^gddgol`jgm_jm_` gf ^gl`] >gmjla][\]l]jfe] . Yf\ QKS \a\ fgl ^ad][l] l`a .-  N]]lld]] e]fl <_j]]e]fl oal` l`] [gmjl l`]]] [gmj]l]]]] [gmj]l Y[ a]i^ m] j^\]k`] YkhYhj Y]l` YjYj` mZZ]j^\ j f\af`] af]]^f]l\]l]]]\\ kk)) QKS \a\) af ^^Y`Y]] Y]l` Yd]]YYkkk`l ]a\Y]] Y]`kk]`[ Y[] eY]al] el\ f]jjje]Yeal[hi[`]e] i^]+I]n]jdj]\]\\]]\\k]][k) QKS \a\\ af^^ Yj Y]Y^] ]]^`l`] AajklF]lg >g^^]]] ?]]]eYf^)   G]ll] Y]af]`] Yf l`] l`] N][gf\ FF]kk]kll]]gj >g^^^]]] j ?]]eYf^)  G]l] Y]h`] ] YkhHYjfl]]^YfYY]h`]^)  hmZZaa]]da]]Yk^[gehd]Y]` fn\]]\\\\\ Yf\ l`j`dmaYal`d]\ zKl`] \ Y]Y QQQ]aff) fl) fl\]j a]]ff Yf[` `gj]] i] n]m]Yj]mef Yn\k\]YfY]Y^]h\]klal]]]ff af\[dm\af_f_k_][jeY]Y^)l\] Y] afl]`al\\\\\\y++ Yf^af\[dm\af_g^`o lYf\ f\ fl af]f\]\\[]eYZ]]_]m]laYfl[m]'h[ m]'h][mafY]gqk][aj]]\\eYl\[jm]]Y[ ]]Yf\\[[]kk]ZfY]] gf) l`]) l`] QKS HYjc]laf_ af\`] af]\\]jk]dy ak[[m]] [gmj\\[km]Jj]d]af\l af]`] a[^ fk [\ Y e\[f[m\]\[l]]Ym[] Y]]? ?]i]mY]dm`YY[\Yj\[ Y[ afd[^\f\\[m Y\[af\[\af\fka\e\\fa[\\[[]k]dk\Y[ Y]]?]eaYf^ ?+

Dfk`gjl] aloYkQKS alk]d⁀`g ]phgk]\ alkgof nmdf[jYZadak]⁀jkgof cjqhlgfal] kg lg kh]Yc)aflg l`] hmZda]][[gj\ Zq YllY[`af_@p`aZalk Yf\ > lg l`] [gehdYafl af l`] /-.6 ?][dYjYlgjqM]da]^<[lagf+ O`]k] \ak[dgkmj]kg`a[` ]phgk]\ QKS\k gof <[`add]\k C]]d) l`] j]imaj]e]fl l`Yl l`]aj hjg\m[lk Z] y[j]Ylaf]*ZYk]\zYf\ l`] j]i maj]e]fl l`YlalY`\`]j] lg l`] QKS HYjc]laf_ Yf\ NYd]M]klja[lagfk pYkYk]d^*af⁀da]]ogmf\ Zq QKS Yf\ oYk fgl l`] j]jkmde]g^Y Zj]Y[` g^l`] /-.- N]lld]e]fl <_j]]fl ZqJjYf\ =Yf_+

?mjaf_ l`] YjjZaljYlagfQKS [gf[]]\\\ l`] Yl=<IB F]lg >g^^]] oYk)Yf\ ak)eYjc]ll]\ Yf\ kgd\\gf*daf]Yf\ YlQKS khgfkgj]\ ]n]flk l`Y\) egkl aehgjjlYfldq)kgd\af l`] _]f[jYYd Z]n]jjY_] k][lagfk g^jjlYYgmld]]llk-Dfl`ak j]kh]\(l) QKS `YkZ]]lf) Yf\ [mjj]lfldq ak)eYjc]laf_ Yf\ k]ddaf af =<IB F]lg >g^^]] af nagdYYlageg^ l`] QKS HYjc]laf_ Yf\ NYd]M]klja[lagfk+O`]k] ^Y[lk)Yf\ l`] d]_Y[ejgf[[dmkagfko`a[` ^dgo⁀jge l`]e) Yld]Ykl)Ykl\ldg =<IB F]l g >g^^]])) Yj]fgl \akhml]\\ Zq QKS+

**A' ;aj  S`V HfW[GWSUD/gf fa Ba`efWd**

Df<m_mkl⁀g^/-.6)  Y^l]jk]na[]] g^l`] /-.6  ?][dYjYlgjqM]da]^<[lagf gf JjYYf_] =Yf_)Agp)JjYYf_] =Yf__l`]k Kj]ka]]\af) `Y`\Y[gfn]jkYlagf oal` `ak fg+/ ) Nl]af+Nl]af gagld\` ae l`Yl`) `Y`\Y[gfn]jkYlagf oal` gYld`]Zgm\af]]p][l) k]f[k] ^gj JjYYf__ Al`]]aj Ynaf_Zgmgl Hgfkll]j Ynaf__Y`khkml]z oal h Nl]af _m_h]] ^Y`\)ak d]f\a`)g lfaf) j]mk]]ak ZYdaf dala\alef+(Agp⁀) j]jg... (truncated garbled text)

Case 5:20-cv-03642-... Document 52-2 Filed 01/14/22 Page 72 of 328 Page ID #:1516

1.

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

?a\ Hgfkl]j k]]c lg yo]Yhgfar]z l`] /-.- N]lld]e]fl <_j]]e]fl: O`] Yfko]j lg l`Yl im]klagf akyg^[gmjk]z+=mll`Yl akl`] ojgf_ im]klagf+O`] ja_`l im]klagf ak7a\ Hgfkl]j

_XVKaP_Vy]]Yhgfar]z l`] /-.- N]lld]e]fl <_j]]e]fl: O`Ylim]klagf Yf\ l`] Yfko]j lg al Yj] \ak[mkk]\\^mjl`]j af N][lagf DDDD+) Z]dgo+

**B' IZWHWbfW_TWY)*2 6ee[Y`_W`f 6YdWW_W`f**

<^l]j l`] ea\*<m_mkle]]laf_ g^/-.6 j]^]jjj]\\ lg YZgn])Yf\ Y^]j ]p][mlagf g^Y[geegf afl]j]jkl , bgafl\]^]fk] Y_j]]e]fl) JjYf\ =Yf\ Yf\ Hgfkl]j l] f]_ glaYl Yl\\YfYkka_fe]fl Y_j]]e]fl o`a[` l`]q ka_f]\\ gf N]hl]eZ]j ]j /0) /-.6 %l`]y<kka_fe]fl <_j]]e ]flz&+=q oYq g^l`]

<kka_fe]fl <_j]]e]fl) JjYf\ =Yf\ Hgfkl]j lj Y_j]]l\ Yk%gddgo7 %aaKYf_] =Yf_ Ykka_f]\ alkZj]lY[` g^[gfljY[l [dYaelg Hgfkl]j j af ]p[`Yf_] ^gj 2-" g^l`] j][gn]jqa a^YfYfqfq8%aaKYf_] =Yf_ =Yf_ =Yf_ =Yf_ ]l Yf_ =]l Yf_=Yf_ KYf_ =Yf_ Ykka_f]\ alkljY]jYc ja_^lk Yf\ alkljY\]Yjc j]dYd\\[dYaek)ZmlY^_j]]] lg ka`Yj] 2-" g^Yfq j][gn]jq)oal` Hgfkl]j j)j8 %aaHgfkl]j k`Yd\Yq^gj Ydd]^l dala_Ylg^]]k Yf\ [gklk)Zml Hgfkl]j j [gfljgdd]k l`] dala_Yl]fd^\Yf\]kh][lYkglYkk8 %an]KYf_] =Yf_ k`Yd\Y`\]j ]d\ [djlYajYf jj]klja]jb]dja[lg g^ gf alk[gjhgjgYl]] _gn]jfYfff]] kg Yklg ^Y[adalYl]]fd dala_Ylag af 1`Yl alo addfgl k]dd l`] ] [gehYfq gj \akhgk] g^ alkljY]jYc ja_^l8Yf\ %n+KYf_] =Yf_ k`Yd\[gfflafm] lg ^mddq h]j^gje alkgZZda_Yalag lg QKS mf^\j l`] /-.- N]lld]e]fl <_j]]e ]fl+ ]fl+ *AOO*E*34+QKS [gfl]]f]f\\ l`Yl l`] <kka_fe]fl <_j]]e]fl akYf^mfdfdYfg^maj]\li\ljYaflg^\YxfglYafg`fgmli`afl l`] ogl[gkl=a[l8 ]l ]f]k af\[gehdala gf+ *AOO*N][lagf DDDD+) Z]dgo af l`ak j]_Yj\+

**C' IZWEdaUWWV[àaàWCWEfSfWagdf 9WU^SdSfadkRW^[WX[a` i[ fZagf 9[eU^aegd]WX ZVV ee[Y`_W`f 6YdWW_W`f**

QKS Ydk_]gfl]fl\k l`Yl l`]JjYf_ =Yf_ [geeall\\ ^jYm\Z][Ymk]lj]n]j \ak[dgk]\ lg QKS) gj lg l`] [gmjl af l`] /-.- ?][]jYlgjqMda\]Y[^<lagf) l`] ]]pakl]f[] gj l`] ka_fa^a[Yf[]] <kka_fe]fl <_j]]e]fl gj l`] ^Y[l l`Yl Hgfkl]j j oYkfgo afngdn]\\ af l`] hjg[]]\af_k Yf\ l`] Hgfkl]j j `Y\ Z][ge] Yj]]YdhYjlqaf afl]j]jkl af l`] dala_Ylag^g^) `Y\ JjYf_ =Yf_ \gf] kg)QKS [gfl]fl\k l`Yl alogmdd\ f\[m]]]Yn] \ Yn] afY j]akk]kk ]l l`] /-.6 ?][jYlgjqMda\]Y[^<lagf af ^Yngjg^ l`ak YjZaljYlYlagg`afg^f]]\+

Case 5:20-cv-... Document 58-2 Filed 01/04/22 Page 74 of 328 Page ID #:1518

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

QKS `YkgZb][l]\ lg l`ak YjZaljYlag Z][Ymk]af QKS|k na]o) YdHgfkl]j ak\gaf_ ak k]]caf_ Yyk][gf\ Zal]g^l`] Yhhd]z)Yk][gf\ [`Yf[] lg oaf l`] AYdk]^\n]jlakaf_ >Yk]o`a[`)

QKS|k [gfl]f\k) Hgfkl]j_j akdgkaf_ akdgkgkaf_+=mlfgf] g^l`Yl eYll]jlk+ O`] akkm]Z]^gj] l`] YjZaljYlgYYj] \a^^]jjl]fl) k]hYjYYl]Yf\ \aklaf[l]l ^jge l`] akkm]Z]^gj] l`] \aklja[l [gmjl) AYdk]^\n]jlakaf_ >Yk]+Dfl`] AYdk]^\n]jlakaf_ >Yk])l`] \aklja[l [gmjl Yklg \l]jeaf] a^QKS|k Y\n]jlakaf_ [dYaek YZgm]lj]jlYlaf] Yf\ kmh]j[j]jYlaf] Yj]^dYk]j eakd]Y\af_ lg [gfkme]jjk+ O`gk) Yj]fgl l`] akkm]k

Z]^gj]l`] YjZaljYlgj+O`] akkm]kaf l`ak [Yk]lmjf gf o`]l`]j_ gj fgl =<IB @f]j_q MO?)Yf\ QKS|k gl`]j lj hjg\m[lk o`a[`^ eYc] mk]g^l`] =<IB eYjc) Yj]y[j]jYlaf]]* ZYk]l\zgj fgl) o`]l`]j l`Yl j]kmdlk+aijaf YZZjjY[ jl]`_^l`] /-.- Nlld]e]fl <_j]l]]fl gj fgl Yf\ o`]l`]jl `[Yl]f af^jjnf`jl gmdja[aj] af^jaf_+ T]k) eYfq gf`jk]l akkm]k YYjf afl]jn`ajl) `]hhf^ fmt]_m af`mjf jk`cj]fl_ af`lj\ Yf\]gae`Y mk` j\ zj`Yf`] ^` Yf\ ]ll af^ccp]|m[Y]

Zagdg_o_Yf\ k[a]fla^a[]ph]jl akkm]kjkdYl]\ lg [j]jYlaf]) Zmkll`ak YjZaljYlagafk]lafkfgl Yyk][gf\ YY\n]jlakaf_ >Yk) Yhhd]zZ][Ymk]l]h`] akkm]k]j]j`hj l`]] Yj[ af^ccjldc[Ylj[a`mlpZ]aj]k^`[j) ^`Yjd] `^`Ydq[j[]a]d]pfh]^afgf] f`^ [jnf hY[]`jdj l_l[] YY\^`cj]\cad]

The VPX counterclaims are as follows:

| | |
|---|---|
| First Claim | Declaratory Judgment (the right to use the Bang mark and VPX's Bang logo); |
| Second Claim | Declaratory Judgment (no infringement and no unfair competition); |
| Third Claim | Unfair Business Practices - B & P Section 17200; |
| Fourth Claim | Unreasonable Restraint of Trade (Section 16726); |
| Fifth Claim | Fraud; and |
| Sixth Claim | Breach of Contract (breach of the confidentiality provision, paragraph 12 of the 2010 Settlement Agreement). |

## III.   DISCUSSION, FURTHER FINDINGS AND CONCLUSIONS

### A. The Meaning of "Creatine-Based"

The history and context of the negotiations of the 2010 Settlement Agreement establishes the following facts:

- [REDACTED]

Case 5:20-cv-03642-SPKR Document 524-58-2 Filed 02/14/08/22 Page 77 of 328  Page ID #:1521

Case 5:20-cv-03642-EJD Document 624-58-2 Filed 02/08/24 Page 78 of 328 Page ID #:1522

DfY\\alagf) af *9KV9KX*)l`] [gmjlYdkgjmd]\)YkQKS hgaflk gmlgf hY_]/2 g^alk[dgkaf_ j]hdq Zja]^)l`Yll`] aff]j [gehgf]fl g^l`] \g_ Yf\ [Yllj]YloYk\]]e)\ lg Z] ydaha\*ZYk]\z^al [gflYafk yl`] Yegmfl g^daha\kf][]kkYjq lg g eYc] l`] kmZb[l[Yll]jl ]j %a+]aff]j [gehgf]fl& ^mf[lagfaf l`] oYq ^gjo`a[` aloYk\]\ka_f]f\af`[Yka_f] `]dhk Jjyf_] =Yf_ Yf\ Hgfkll]jj) fgl QKS+O`ak`gd\af_ km__]kll`]l`Yll`] `_mf\Z] \]]e)\ lg Z] y[j]Ylaf]* ZYk]\ x a^al^mf[lagfaf l`] oYq aloYk\]]ka_f]f\af l`] [Yll] Ym)YeaY]l+]g`jgna\Yf_l]a\% l`]ag]l) Z]f_Yhfl]t= af[bfY^f_Y] OYk]cjm_l]f_aaf_Yj^mdglaf_]m`afg

D`=<IB @f[j_q MO? hjgna\]k l`Yl Z[f]^alk g^[j]Ylaf] lg l`] `meYf Zg\q g l`] [gfkme]j+ O`mk)a^Yhjgna[l]* ^mf[lagfaf YoYq ^gjo`a[` al^mf[lagfaf l`] hjg\m[l oYk\]]ka_f]f\af l`] [Yll] Ym+]a]Y`l`] hjg\m[lo Yk\]\ka_f]f\af l`] Qk fjfdfo`a[`aj] ^gdgjY[fk`_f]

D `^=<IB @f[j_q MO? `g\k fgl e]]ll `ak klYf][Yll YkYf _]ak]j])k`Yfb]^lo`kh

1 had to bear a non-equitable share of the financial burden, as compared to those dairy farmers with

2 declining milk production, who received a disproportionate financial benefit.

3    On appeal, the dairy cooperative argued that "based-upon" meant solely and exclusively,

4 such that the quota formula could *only* be based on the historical production. In contrast, the dairy

5 farmer argued that "based-upon" meant principal or fundamental, such that the quota formula could

6 be based on the historical production as well as other equitable factors. The appellate court had to

7 determine the meaning of "based upon" in relation to the historical production issue. The appellate

8 court looked to the dictionary definition of the verb "base" and the noun "basis" and the court

9 concluded that "based-upon" means a "*principal* component of anything: *fundamental* ingredient

10 . . ." See *Webster's Third New International Dictionary, p. 182, col. 3.* (Emphasis added.)

11 Therefore, the appellate court concluded that the quota "based- upon" historical production was

12 within the meaning of the contract so long as historical production was a principal or fundamental

13 factor, but with no requirement that it be the sole and exclusive factor. *Scheenstra*, at 400 – 401.

14    In short, in order for a product to be "creatine-based" within the meaning of paragraph 7 of

15 the 2010 Settlement Agreement, creatine must be a fundamental, a main or a carrying ingredient in

16 that product. In addition, and based upon common sense, if a product is marketed as "super

17 creatine", then it must also contain creatine in a fundamental, a main or a carrying ingredient, or

18 even more of that fundamental ingredient, and that fundamental ingredient must be in a meaningful

19 amount and effective in delivering the benefits of creatine – or else why call it "super creatine".

20    BANG Energy RTD contains ▮▮▮ (the caffeine version) or ▮▮▮ (the caffeine free

21 version) of Creatyl-L-Leucine ("CLL") which, supposedly, renders it "creatine-based".[10] Is that, in

22 fact, the case? Thus, the key issue becomes whether or not the ▮▮▮ (or ▮▮▮ of CLL

23 contained in BANG Energy RTD is sufficient to satisfy the "creatine-based" standard set forth in

24 paragraph 7 of the 2010 Settlement Agreement? This issue turns on two questions: (1) Is CLL

25 creatine? (2) Even assuming for the sake of discussion that CLL is creatine, does BANG Energy

26

27

----

28 [10] The same issues, questions and answers that pertain to CLL apply to COP and creatyl-L-glutamine ("CLG") as well.

1 RTD and other Bang-branded product contain enough creatine so as to provide the benefits of

2 creatine, in an efficacious manner, to the human body?

3      *If* the answers to these questions are "no" and "no", then the conclusion would be

4 inescapable that a product containing ▮▮▮ or ▮▮▮ of CLL is not "creatine-based". Or, to

5 frame it another way, how could a product be "creatine-based" if it neither contains creatine nor

6 bestows the benefits of creatine? These two essential questions are not raised to *define* "creatine-

7 based" or to interpret the language of paragraph 7 of the 2010 Settlement Agreement. Rather, these

8 two questions must be answered in order to determine whether or not, based on the science and

9 expert opinion, the "creatine-based" standard **already built into** the 2010 Settlement Agreement by

10 virtue of the negotiations between Orange Bang and VPX as described above has been satisfied, or

11 not.

12

13     **B. Does CLL Satisfy the "Creatine-Based" Standard?**

14      Creatine is made in the human body from protein and other types of food. Creatine is an

15 important compound because it brings energy to muscles, tissue and even the brain (and is

16 transported via the blood stream). In the human body, creatine replenishes ATP. ATP stands for

17 Adenosine Triphosphate and is an energy carrying molecule found in cells in the human body. As

18 ATP is replenished, the energy supply in the human body increases. However, the human body

19 does not make enough creatine on its own and often the creatine "gas tank" runs low. For that

20 reason, some health conscious consumers take creatine supplements to fill up that creatine gas tank.

21      Is CLL, an ingredient of BANG Energy RTD product, marketed by VPX as "super

22 creatine", actually a form of creatine? And, if so, is there enough CLL in BANG Energy RTD to

23 provide the benefits of creatine to the human body so as to qualify as a "creatine-based" product?

24      As stated above, the answers to these questions are mission critical and essentially case

25 determinative. Again, if BANG Energy RTD is "creatine-based", then it is a paragraph 7 C

26 product which means that VPX would not be in violation of VPX's Marketing and Sales

27 Restrictions and would not be in breach of the 2010 Settlement Agreement because, under

28 paragraph 7 C, VPX is not subject to the VPX Marketing and Sales Restrictions. If, however,

=<IB   @f]j_q MO? akfgl y[j]Ylaf]*ZYk]\z)l`]f  alakYhYjY_jYh4 ? hjg\m[l Yf\ QKS ogmd\ `Yn] lg [gehdq  oal` l`] QKS HYjc]laf_ Yf\ NYd]M]klja[lagfkgj ]dk] alogmd\Z] af Zj]Y[` g^l`] /-.-   N]lld]e]fl  <_j]]fl+

QKS|k ]eh`Yla[ na]o akl`Yl>GGakYf]o  [j]Ylaf] [gehgmf\) [j] Yl]\ Zq ?j+ Ga%yGazacl`] QKS dYZq`a[  QKS [Ydd^\]janYlan] g^[j]Ylaf] gj [j]Ylaf] egfg`q\jYl]  %y>Hz&]] yhmj]z ^gje g^[j]Ylaf] o`a[`  ak]^^][lan] dac]l`] [j]Ylaf] l`Yl ak[j]Yl]] fYlmjYlddau]af l`] `meYf Zg\q Yf\) l`]j]^gj)  af QKS|k na]o) >GGakZgl` [j]Ylaf] Yf\) af Y\\alagf)Yhjg\m[l [gflYafaf_ >GG) dac]=<IB   @f]j_q MO?)aky[j]Ylaf]*ZYk]\z+

Df[gfljYkl) Hgfkl]j]|j|k Yf\ JjYf[ =Yf_e[lk ]eh`Yla[  na]o akl`Yl>GGakfgl[ [j]Ylaf] YlYdd Z][Ymk]al7%.&dY[k]` [gehd]l]] [j]Ylaf] egd][md] %Yij]*j]i makalY[[gj]af_ lg l`]  dYokg^`[`]eakljq  Y[[gj]af_ lg Hgfkl]j]|j|k Yf\ JjYf[ =Yf_e[l[ ]ph]jlk&8Yf\ %/&g]k fgl jYak]Zdgg\\gj lakkm[[j]Ylaf] d]n]dkYf\) ]n]f Ykkmeaf_^_gjl`] kYc]g^Yj_me]fl l`Yl>GGakY^gje g^gj Y \]janYlan] g^[j]Ylaf]) l`]j]  akfgl fgm_` af =<IB   @f]j_q MO? lg kYlak^[l]j y[j]Ylaf]*ZYk]\z)j]imaj]]fl+  Hgfkl]j]|j Yf\ JjYf[ =Yf_e[l =Yf_ Yj_m]l`Yl>lY] Y\] ea faeak Yegmfl g^>GGyhapa]*]\mkl]\z aflg =<IB   @f]j_q MO?`\k fgl km^^^a[a]]fl+

Hgj]gn]j)j Hgfkl]j]|j Yf\ JjYf[ =Yf_e[l =Yf_ [gfl]\n\ l`Yll`] \]l]jeaf]YlagfkfYkfd]f\Z] eY\]\ ZYk]\\ ]Y[Z Yj\\ ZYk]\\ gf o`Yl akjaf ak]af ]kk]f[] l`]]\ hm[\af^]_z lghq dacj hjgg^ akl`e\\af`af_] g^l]\d] fak\af\[] jd]j\\ Zg\o al\\] hkd\\ ]af lk akd\\j ]af_af_ ]e] af_j\\ Zak[[ ]af_ h\hak\af[[ g^j\\af_ ]af [gm^kY^`hl] hak\gj ]j`]e Zag[l`z \f Zag[l`z

<_j]Yl\]\Ydg^lae]) akkh]fl\af gj]j lg l`] d]_akdYlan] hakljgjq g^l`] \al]Yjq km]]e]fl af\mkljyz) af]jlaf_ [ge]af lg l`e dmjlaf

< _j]Yl\]Ydg^lae]) akkh]fl\af gj]j lg l`]d]_akdYlan] hakljgjq g^l`] \alYjyz gY[d]af_ zg ]]af [gm^dmjlaf lghak\af zg fgfj

2-

Case 5:20-cv-03642-LHK-SPR Document 634-58-2 Filed 02/14/22 Page 82 of 328   Page ID
#:1526

. | o`]l`]j    l`ak ]f[j_q  \jafc  akYy[j]Ylaf]*ZYk]\zhjg\m[l ^Yddafoal`af l`]  YeZalg^hYjY_jYh4 > gj

/ | o`]l`]j    alakfgl Yy[j]Ylaf]*ZYk]\zhjg\m[l ^Yddafoal`af l`]  YeZalg^hYjY_jYh4 ?:

0 |         <l l`]  YjZaljYlagf]Yjaf_) Zgl` ka\]k [Ydd]\nYjagmk[a]f[]  ]ph]jlk lg ]phdYafo`]ll`]  gj

1 | fgl >GGak[j]Ylaf] Yf\ o`]l`]j    gj fgl Yhjg\m[l oal` >GGe]]llk  l`]  y[j]Ylaf]*ZYk]\zklYf\Yj\k]k]l

2 | ^gjl` af hYjY_jYh4 g^l`]  /-.-   <_j]]fl+    Ral` j]kh][l  lg l`]  im]klagf g^o`]ll`] gj fgl >GGak

3 | [j]Ylaf]) QKS[k\k ]ph]jjl) Bmadd]jeg@k[YdYff%y@k[YdYfl]z&f\ Hgfkl]lj  , JjYf_]  =Yf_\k ]ph]jjl)

4 | Ma[`Yj\Fj]a\]j  %yFj]a]\\]jz&Zgl` Y_j]j]j]]\\ l`Yll`] log c]q im]klagfk l`Yl f]]l\]   lg Z] Yfko]j]jd\\  af

5 | gj\]j  lg eYc] l`Yl\]l]jeafYlagf  Yj]7 %.&g]k[k l`]  [gehgmf\\  [gflYYffl`] Xg^^f]Yllaf] egd][md]?

6 | %/&g]k[k l`]  [gehgmf\\  af[j]Yk[l l`]  [j]Ylaf] d]n]dkaf l`]  Zg\q? Fj]a]\\\j  O]klaf]afq) <CO) hh+

.- | 6447.4 *6467.-8 @k[YdYff0]klaf]afq) <CO) h+02517.-*.4+ Ral`  j]kh][l lg  l`]  im]klagf g^

.. | o`]l`]j    gj fgl Yhjg\m[l aky[j]Ylaf]*ZYk]\)z)@k[YdYfl]kla^a\  l`Yll`ak\]l]jeafYlagf  dac]]oak[]

./ | lmjfk[kgf  log  im]klagfk%YdZjjq\mdYYll]\\Yl]\\\m\ im]klagfk &Yf\) Yr\k]@k[Ydff]*]j]j]f\]  l`]7   %.&g]k[k l`]

.0 | hjg\m[l `Yn] l`]  ^Yn]  l`]  [j]Ylaf] [gehgmf\\  af al: %/&g]k[k l`]  hjg\m[l `Yn] l`]  ^gm_  g^l`]  [j]Ylaf]

.1 | [gehgmf\\  af allg ]da[alYhgkalan]j]jj[khgfk]f al`]  Zg\q:  @k[YdYfl]O]klaf]afq) <CO) h+02467 5 w

.2 |             02537.0+

.3 |         =Yk]\\]]\ gf  l`ak  f]Yjdjdq*a\]fla]\\\\fla[`]jYeaf_ _kk]jlffladddqq\_]Yj_\fhY_]j]jjj]_j_]afafl`]jj]_Yf]\k]jjjj]_]  \\   lg  ZqZgl`  ka\\\]k]k)@k[YdYf]]YY\\

.4 | kge] ka_fa^a[a[af[Yf[eak^[eak^gafakkg]]\_[akkYf[afl`]) g^o`al`ak)  [YfYY_k[afl`[l]]jYj\]akf]Yfn]j]v_\m]j]v_j\]j]  Ykefg][k`Y[k`lf]_j_]  l`]j]  l`  _`kl]f[]h

.5 | af Y]]n\nYf]]\\af_\\\_Yfk_]\]\\\_k_kfm  \_\\h_]kff]n]fl]jf]\[lhtqf]\

.6 | •   @k[YdYfl]ka\  fgl l]kla^q`Y`YqY`l`l`>GGakY^ja^q]Y^akY^_gje  g^[j]Ylaf]]+ MYl]jljj)  `]  l]klak]\k^[]a^\[d\\l`Yl

/- |      ████████████████████████████████████████████████████

/. |      ██████████████                       @k[YdYfl]O]klaf]afq) <CO) h+02237.- w

// |      022670+

/0 |

/1 |

/2 |

/3 | _____
   | <dl`gm_` Hgfkfkl]lj  Yf\ JjYf_Yf_\  _=Yf_\ ]da[al\]da[al]\\]\\_k_n]klaf]afq\ af\a[Yla]]l[]]\_\\  f_\_l`af\_]l]ja]]af@k[YdYfl]YYYq Yq  fgl lg ifg_j_ Z]
   | imY]Yl]aYdaY`aj\]_gj`]]_j]j_j__q\hh]j]j_\_j_jqjqaj[af]]\]\\]jY_l[]\[Y]l[]\[Y_]]]\_\_qkakakmfafgk_m__l`]]_j]jj[_[k[Y_j]_af]j]_Ykkk_akkakl]j]_j]_gk_ak  Yk_]_qYkqq)
   | lYafl]l\\\  ZqZ_ZjYfhbk[cabm\zd\ZdYmk[kak_kab_]ja__[Yg_m_ \l]_f_[j_]jk_[ja_gg]j__k]__ak]jkdakfj]aj[c]ajcakla\\[_jk[]]ak__lk]akdjrr_  jqqqq]j]\Y\d]_`j_yqqn]*]jk*]j[]\[]jcjc\[][cc\lk]_\\qY\k]j_
   | lZYfYl]l\\ ZqZYZjYqbk[_kca\dkZZdYmk[kak__ak]__jj]j_g_l`_kkak]jkfjjagfn]j]jjjYj_r]_\[[_j[]_\[jkg[]]rr\_k]k_jl]_kk]j_kk__\g_m___l`]]]j[_j_[_]Ykak__lk_akljrr____jqqqq]j]_Y_d]___j_`_r_yq]n*_]jk*_]j[_]\[_]jcjc_[_][cc_lk]__q_Y_k_]_j_
   | QKS%@k[YdY00]klaf]afq) <CO) h+0202 *022- &)QKS f]n]jj]j]]j\]_ \\\ \]   kkhml@k[YdYff]gjoYj_Yd]gaYdjm__m\\]j]jj]_j_akfm]\\]_j_d[jrjr]ki_[\d__l]j]j_akakak__l_`]_j_
   | egkl  aehgjgjlafl  YYfajdd Yfd\[\jY_l  _kgYd_lYd  \[d__Yg_kdu  __k_[dYg_laldd_j]g\l_]fr_Y_l_j_k_l_]_r_]lk_]_]]]jjj]_\q_\qk_Y]_j]k_j_
   | klYfY\\[\\_k_[]af]j]jj_j_____j\_j____ ___akrkakkjkk___\_[_jr___k__j__k___k_[]kYc_gafg_m]a_[_Y[k\\j)jk_____k\_[_\_l_k_____la_j_lk]ja_[_[eg_afo]___\[_q_\j___cfl\_\r__r_Y_r___j__akrkr_jqq__fkfk_l_]j__\q__r_Y]j]_\q_\q____l_\_\]_[kf]_jk_\\dl___j___Y[qkj]_\\jj_lk___akf_m\___\__jqq___Y\\__]_j_l__jk_]___l_k___j___k
   | ADI<G<M=DOM<ODJI<R<M?  wKC<N@. <I?   KC<N@/



- Although Escalante testified that ███████████████████ he testified that ██████████████████████ ██████ Escalante Testimony, AHT, p. 3559:20 – 3560:23.

- Although Escalante testified that ███████████████ he testified that ██████████████████ Escalante Testimony, AHT, p. 3560:25 – 3561:24.

- **Escalante testified that as of his June 2021 deposition, he did not consider COP to be a type of creatine.** Escalante Testimony, AHT, p. 3565: 7 – 22; 3566: 18 - 25.

- Escalante testified that as a scientist he would want to know if CLL works in the human body in order to determine if it is a creatine supplement. Escalante Testimony, AHT, p. 3569: 25 – 3570: 25.

- Escalante testified that he has not conducted any studies on CLL.[12] Escalante Testimony, AHT, p. 3571:2-18.

- **Escalante testified that based on the scientific studies conducted on CLL to date, there is no evidence to support the efficacy of CLL.** Escalante Testimony, AHT, p. 3575:3-19.

- **Escalante testified that** ████████████████████ █████████████████████ ████████████ Escalante Testimony, AHT, p. 3582:12-24.

- Escalante testified that he agrees that ███████████████ ████████████████████ Escalante Testimony, AHT, p. 3583:5-21.[13]

---

[12] Escalante also acknowledged that independent studies are valid even if they are paid for by VPX or by Monster or, in other words, the fact that studies have a sponsor who pays for them does not negatively affect the independent, scientific integrity of such a study. Escalante Testimony, AHT, 3573: 4 – 3575:2.
[13] The manufacturing flow-chart for CLL, the recipe followed to process and manufacture CLL. ██████████████████████ See Exhibit 333, p. 21; Li Testimony, AHT, 1623:11-17. To reiterate the analogy raised during the arbitration hearing, if the recipe is for guacamole, but avocados are not used at the start, and avocadoes are not added at any time along the way, how can the end product still be guacamole?

52

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

1   • **Escalante testified that in order for a substance to be deemed creatine, it would**
2       **need to increase muscle creatine levels in the human body.** Escalante Testimony,
3       AHT, p. 3584:7-17.
4   • **Escalante testified that he cannot say that CLL increases muscle creatine levels.**
5       Escalante Testimony, AHT, p. 3584:18 – 3585:4.
6   • Escalante testified that a product must contain 3 to 5 grams (3,000 to 5,000 milligrams)
7       for Escalante to consider that product to be "creatine-based". Escalante Testimony,
8       AHT, p. 3586:14 – 3587:21.
9   • **Escalante testified that** ███████████████████████████████████
10      ████████████████████████████████████  Escalante
11      Testimony, AHT, p. 3587:2-21.
12  • **Escalante admitted that his testimony about the amount of creatine needed to**
13      **deliver a positive response in the human body applied to CM, not CLL, and that he**
14      **did not have any evidence that CLL is as effective of CM.**[15] Escalante Testimony,
15      AHT, p. 3587:22 – 3588:8.
16  • **Escalante testified that he has no evidence that CLL has the same biological**
17      **function of creatine.** Escalante Testimony, AHT, p. 3591:21-24.
18  • **Escalante testified that** he agrees that when CM is ingested, blood plasma levels of
19      creatine peak in about an hour, but admits that **he has no evidence that CLL increases**
20      **blood creatine levels at all.** Escalante Testimony, AHT, p. 3591:25 – 3592:9.
21  • **Escalante testified that** although CM is beneficial to increase muscle mass, **he cannot**
22      **say that CLL increases muscle levels of creatine because he has no evidence.**
23      Escalante Testimony, AHT, p. 3593:7-15; 3621:24 – 3622:4.
24
25
26
27  _____
    [14] A nanogram is one billionth of a gram.
28  [15] Why not just put CM in BANG Energy RTD? As the testimony during the arbitration indicated,
    CM is not stable in water, it is costly and it doesn't taste good.

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

- **:eUS^S`fWWef[X[WZSfZWUS``af eSkfZSf8AA ZSefZWbZke[aY[USad fZW bekUZa^aY[USTW`WX[UWSXXW[Uf^Sdfa 8B TWUSgeZWZSe`a Wh[VW`UW'** @k[YdYfl O]klaegfq) <CO) h+02607/1 w026170+
- @k[YdYfl]kla^a]\l`Yl`] `Ykfg ]na\]f[] l`Yl>GG akklgj]\ af l`] `meYf Zg\q dac] [j]Ylaf]+ @k[YdYfl O]klaegfq) <CO) h+026171*4+
- @k[YdYfl]kla^a]\l`Yl`] `aek]d^ ogmd\ fgl \jafc =<IB @f]j_q MO? Ydgf]af gj\]j lg _]l l`] Z]f]^alk g^ [j]Ylaf]+ @k[YdYfl O]klaegfq) <CO) h+02617.4 w026274+
- **:eUS^S`fWWef[X[WV ZSf Uag^VTWUZSdSUfWd[ZWVSV[ebaef[hWSV_[ee[a`%fZSf TSeWV `UgddW`fhS[^ST^WWh[VW`UW%bWS[`Y Se S eU[W`f[ef%e`af dWSea`ST^WXadKEMfa SVhWdf[eWC< :`WdYkGI9 Se S eagdUWaXUdWSf[`W Xad KEMfa SVhWdf[eW8A ad egbWdUdWSf[`W Se S eagdUWaXUdWSf[`W'** @k[YdYfl O]klaegfq) <CO) h+03-07/. w03-170) 03-17/. w03-272+

Dfk`gjl) @k[YdYfl]YkY\eall]\ l`Yl l`]j] akr]jg ]na\]f[] lg kmhhgjl l`] [gfl]flagf l`Yl >GG \]dan]jk l`] ]^^a[Y[agmk Z]f]^alk g^ [j]Ylaf] lg l`] `meYf Zg\q+ <[[gj\af_dq) @k[YdYfl]kgof l]klaegfq l`mk\]egfkljYl]k l`Yl=<IB @f]j_q MO? Yf\ l`] gl`]j QKS =<IB j]dYl]\ hjg\m[lk [gehjak]\ g^>GG)>GB gj >JK Yj] **`af** y[j]Ylaf]*ZYk]\zYf\ \g fgl e]]l l`] Y_j]]* mhgf y[j]Ylaf]*ZYk]\zklYf\Yj\ k]l ^gjl` af hYjY_jYh4 g^l`] /-.- N]lld]e]fl <_j]]e]fl+ %

QKS Y\ealk l`Yl ^gmj g^ alk =Yf_*ZjYf\]\ hjg\m[lk %=Yf_HDSS) =Yf_F]lg >g^^]]) IYlmjYd =Yf_) =Yf_ =Yj Kjaklaf]Kjgl]af&\g fgl [gflYaf [j]Ylaf] YlYdd Yf\ l`mk Yj] hYjY_jYh4 ? hjg\m[lk) fgl hYjY_jYh4 > hjg\m[lk+ *AO@p`aZaE*..6 Yl.2*.3+ Agj l`] j]eYafaf_ k]n]f =Yf_* ZjYf\]\ hjg\m[lk %=<IB @f]j_q MO?) =Yf_ @f]j_q >Y^^]af]*Aj]]) =Yf_ O]lY) =Yf_ N`glk) =Yf_

% O`] eYaf l`jmkl g^ @k[YdYfl]kl]kph]jl l]klaegfq oYk l`Yl Ydl`gm_` `] ^j]]dq Y\ealk l`Yl `] `Ykfg ]na\]f[] o`Ylkg]n]j l`Yl >GG ak[j]Ylaf] gj l`Yl l`] >GG [gflYaf]\ af =<IB @f]j_q MO? gj Yfq gl`]j QKS =Yf_ ZjYf\]\ hjg\m[l \]dan]jk l`] Z]f]^alk g^ [j]Ylaf] lg l`] `meYf Zg\q) l`]j] oYk fg \]^afalan] ]na\]f[] l`Yl al \g]kfl+ Dfgl`]j ogj\k) @k[YdYfl Y\ealk l`Yl l`]j] akfg k[a]fla^a[ ]na\]f[] lg k`go l`Yl >GG ak]^^a[Y[agmk af hjgna\af_ l`] Z]f]^alk g^ [j]Ylaf] lg l`] `meYf Zg\q) Zml af `ak na]o) l`Yl l`]j] akfg k[a]fla^a[]na\]f[] l`Yl >GG akfgl ]^^a[Y[agmk af hjgna\af_ l`] Z]f]^alk g^ [j]Ylaf] lg l`] `meYf Zg\q) a+]+ fg ]na\]f[] ]al`]j oYq+ <dl`gm_` l`] klm\a]k \ak[mkk]\ Z]dgo af\a[Yl] l`Yl @k[YdYfl akaf[gjj][l af l`ak j]_Yj\) QKS ak Yll]ehl]\ kljY\\d] \g]k fgl `]dh alZ][Ymk] @k[YdYfl Yk]^^][lan]dq Y\eall]\ l`Yl l`]j] akfg ]na\]f[] o`Ylkg]n]j lg kmhhgjl l`] Yj_me]fl l`Yl l`] >GG af =<IB @f]j_q MO? e]]lk l`] y[j]Ylaf]*ZYk]\zklYf\Yj\ af l`] /-.- N]lld]e]fl <_j]]e]fl+

O`]jeDL) =Yf_024) Yf\ =Yf_Kj]*Rgjcgml&QKS [gfl]f\k l`Yl`l`] q Yj]y[j]Ylaf]*ZYk]\z Z][Ymk]`]q [gflYaf >GG)>GB gj >JK) Yhgkalagfj]Zmll]\ af a[k ]flaj]llq Zq QKS|k gof k[a]fla^a[ ]ph]jil @k[YdYfl]+AO@`p`aZaE*..6 Yl.2+

&lt;k Hgfkl]j|k , JjYf_] =Yf_|k ]ph]jil ?j+ IYl`Yf BaYff]]k[`a %yBaYk[`az& l]kla^a]\)>GG) >GB) Yf\ >JK \g fgl [gflYaf l`] [j]Ylaf] egd][md]+AO@BaYff]]k[`a O]klaegfj) <CO) h+56.7.-* .2 %>GG&)+54/7.4*54071 %>GB&&k[YdYfl])[gflaegfj) <CO) h+02507.-*.3 %>GG&&23/76*.2 %>JK&&KYjYf_O]klaegfj) <CO) h 0/467/*6 %>GG&=f[gj]\af_ lg ]ph]jil BaYff]]k[`a `a) Z][Ymk] l`]k] [gehgmf\k \g fgl [gflYaf l`] [j]Ylaf] egd][md])l`]q Yj])YkYeYll]j g^[`]eakljq) fgl [j]Ylaf]+ BaYff]]k[`i`a O]klaegfj) <CO) h+56-71*./) 5567.3*/-+ DfYY\\lagf) l`]k] [gehgmf\k Yj] fgl [j]Ylaf] Z][Ymk]`]q \g fgl af[j]Yk] l`] Zg\q|k [j]Ylaf] [j]n]dk+Og`\g kg kg)Yegd][md] emkl ^ajk[[gfn]jil aflg [j]Ylaf] \mjaf_ \a_]klagf+ Fj]a\\]j O]klaegf q) <CO) Yl62672*.-8GaO]klaegfj) <CO) h+.2/67/- w.20-70+ QKS ████████

████+ E=Fog[ O]klaegfj) <CO) h+.0-07.6*/2 VY]\eakkagfWj]a\a]\ ]j O]klaegfj) <CO) h+6617/2* 66275Vfg]na\]f[]]\ l`Yl al\g`kW&GaO]klaegfj) <CO) h+.2/67/1 *.20-70 ██████████

████████ W&@`p`aZaI54 ██████ ████████

████████████████████████████████████████

████+AO@`p`aZalk548 0.-. Yl127.-*.18 Fj]a\\]j O]klaegfj) <CO) h+.--1 71*./+

Hgfkl]j|j Yf\ JjYf_]_ =Yf_[geeakkagf]\\ ^gmj]`meYf Yf\ YfaeYdklm`a\]al]g Ykk]k]k\a\o`]]l`]j >GGjYak]k]j[[j]Ylaf] d]n]dkYf f l`]kk] [ml]m\ a\kk`go]\\ l`] ^gddgofi_7

- O`] FBF N[a]f]] Nlm\q)o`a[` Y\eafakl]j]\ )\ 2)--- e_ g^>H lg Bjgmih. Yf\ 2)--- e_ g^>GGlg Bjgmih/)k`go]\ ^ fg e]Ykmj]jjYZd]\af[j]Yk]\af [j]Ylaf] d]n]dkg^ l`] Zdgg\Zqnajmaje]g^>GG+AO@`p`aZaE*.-2+
- O`] ?Y NadnYNlm\q)o`a[` Y\eafakl]j]\ )\ 1)--- e_ g^>H h]j \Yq %o]] `meYf ]jmanYd]fg]flg^./)--- lg .3)--- e_ h]j \Yq&\g gf] _jgmih^`dYZjel]lgjYlgjYlYlqj]glkgf& jmanYde]_>GG lg h]j \Yq %o]]`meYf ]jmanYd]fg]flg^/-)--- lg .3)-- e_ h]j \Yq&\g gf Yf] fgl g^ l`]j_jgmih^`dYZjel]tgjYl gjYlYlqj]glkgf& fg e]Ykmj]jjYZd]\af[j]Ylaf] af [j]Ylaf] d]n]dk g^`Ylaf] [j]Ylaf] d\]al]g^ Zdgg\\)emkl[d]\ kg ZjYfaf[]Zqnajmaje]g^>GG+AO@`p`aZal6-4) J=D* HJI* QKS ----6354+

22
ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

1    • The Ostojic Study, which administered 2,000 mg of CLL per day (the equivalent of

2    ██████████████████████ per day) showed no measurable increase in creatine

3    levels in the muscles or the brain by virtue of CLL. *See* Exhibit J-110.

4    • The Burd Study, which administered 5,000 mg per day of a placebo to 1/3 of the

5    subjects, 5,000 mg per day of CM to 1/3 of the subjects and 5,000 mg per day of

6    CLL to 1/3 the subjects, 29 subjects in all over 14 days, showed no measurable

7    increase in creatine levels in the muscles by virtue of CLL. *See* Exhibit J-112.

8    ████████████████████████████████████████

9    • ████████████████████████████████████████

10   ████████████████████████████████████

11   ████████████████████████████████████

12   ████████████████  *See* Exhibit J-80.

13   All of these studies, which were performed by highly-regarded researchers, although not

14   peer-reviewed, demonstrate that, based on objective criteria, CLL does not increase creatine levels

15   in the blood, tissue, muscles (or brain) and, therefore, CLL does not produce an efficacious

16   response in the human body. Not surprisingly, J. Owoc does not have a high opinion of the well-

17   respected scientists and Ph.Ds conducting studies on CLL and creatine (well respected by

18   Escalante, Escalante Testimony, AHT, p. 3596:11-18; p. 3601:4-8) referring to them as "a bunch of

19   little bitches." *See* Exhibit 3023; Escalante Testimony, AHT, p. 3601:4 – 3603:7,

20   Monster and Orange Bang engaged their expert Kreider to give opinions about these five

21   studies (*see* Exhibit J-152 ¶¶ 129-144) and Kreider concluded that these studies and experts

22   reached a shared conclusion: CLL does not increase creatine levels. Kreider Testimony, AHT, p.

23   1051:18 - 1052:11. ████████████████████████████████████████

24   ████████████████████████ *See* Exhibit J-80, p. 13 - 14; Kreider Testimony, AHT, p.

25   1050:22-1051:15 ████████████████████████. VPX's own experts agreed

26   with Kreider's conclusion that CLL does not create an efficacious effect in the human body like

27   creatine. Parang Testimony, AHT, p 3357:22-3358:9 [VPX expert admitting he cannot say "that

28   CLL effectuates in my body or absorbs in my body and creates the chemical benefits in my body

1  that my natural creatine does"]; Li Testimony, AHT, p. 1553:24-1554:2 (Li does not know whether

2  CLL has any effects on the body).

3       As Kreider testified, because CLL does not increase creatine levels in the body, it is not

4  creatine. Kreider Testimony, AHT, pp. 987:12 - 988:16, 1036:10-19, 1051:18 - 1052:4. Kreider

5  reached the same conclusions for CLG and COP—they are not creatine and do not provide the

6  benefits of creatine. Kreider Testimony, AHT, p. 1155:23- 1156:21; *see* Exhibits J-105; J-110, p.

7  2; J-112, p. 12; Kreider Testimony, AHT, p. 988:18 - 989:4.

8       At the same time, the experts all agree that VPX's Bang-branded products do not have a

9  sufficient amount of purported creatine in them in any event. Both sides agree that the minimum

10 effective daily dosage of creatine is 3,000-5,000 mg per day. *See* Escalante Testimony described

11 above (AHT, p. 3585:17 - 3586:5); Kreider Testimony, AHT, p. 1066:10-23; *see* Exhibit 1876 at

12 151 ███████████████████████. Although it is true that VPX included ████ of

13 COP in Bang Pre-Workout, which is above the effective dosage for creatine (if COP was creatine)

14 [J-54, p. 1; Kreider Testimony, AHT, p. 1071:11-20], the amount of purported creatine in all of

15 VPX's other Bang-branded products ████████████████████ There is only ████

16 of CLL in a can of Bang Energy (*see* Exhibit J-125), Bang Tea (*see* Exhibit J-127) and Bang Shots

17 (*see* Exhibit 1955, p. 8); ████ of CLL in Bang ThermIQ (*see* Exhibit 1955, p. 8); ████ of CLL

18 in Bang Energy Caffeine Free (*see* Exhibit 1195, p. 5); and ████ of CLG in Bang 357 (*See*

19 Exhibit 1195, p. 1). As Kreider testified, the amount of purported creatine in VPX's Bang branded

20 products is not sufficient to provide the benefits of creatine. Kreider Testimony, AHT, p. 1072:11-

21 16; *see* Exhibits J-147 and J-125. In this respect, VPX's Bang- branded products are not "creatine-

22 based" for the separate and independent reason that they contain only a trivial amount of purported

23 creatine that is far below the 3,000 mg threshold necessary to provide the benefits of creatine (even

24 assuming that CLL, CLG or COP delivers the benefits of creatine) and thus, based on this

25 additional rationale, these products cannot qualify as "creatine-based" products within the meaning

26 of paragraph 7 of the 2010 Settlement Agreement.

27

28

## C. VPX's Paragraph 7 A Argument

VPX argues that even though the lower standard of "creatine containing" was not adopted by the parties, and even though the higher standard of "creatine-based" was adopted by the parties in every draft of the 2010 Settlement Agreement including the final draft, the CLL found in BANG Energy RTD still satisfies the "creatine-based" standard because, as paragraph 7 A acknowledges, the Bang Pre-Workout product, which contained COP, met the "creatine- based" standard. In other words, as VPX argues, if COP met the "creatine-based" standard for the purposes of Bang Pre-Workout, and CLL is essentially the same form of creatine as COP, then CLL must likewise meet the "creatine-based" standard for the purposes of BANG Energy RTD (and for other Bang branded products that contain either CLL, COP or CLG).

VPX's paragraph 7 A argument is unconvincing for several related reasons.

First, COP did not, in fact, meet the "creatine-based" standard. Rather, in 2010, at the time of contracting, Orange Bang simply believed that the product known as Bang Pre-Workout, which was purportedly based on creatine and which purportedly delivered the benefits of creatine, met the "creatine-based" standard. In 2010, Orange Bang assumed that Bang Pre- Workout was "creatine-based" because it believed the product contained creatine. This assumption had nothing to do with COP. Orange Bang made no assumptions about COP. Rather, Orange Bang believed that Bang Pre-Workout met the "creatine-based" standard by virtue of: (i) the express representations on the Bang Pre-Workout bottle about creatine; (ii) the express representations made by VPX to consumers on its website about creatine; (iii) ████████████████████████ and (iv) ████████████████████ █████████████████████████████████████, all of which led Orange Bang to justifiably form the impression that Bang Pre-Workout contained a *substantial* or *meaningful* amount of creatine, an assumption related solely to creatine and which had nothing to do with COP, and an assumption which has now been proven to be false.

Relatedly, and even more basic, Orange Bang had no understanding about COP whatsoever. Orange Bang did not even know what COP was at the time it entered into the 2010 Settlement

1  Agreement. And no consumer looking at the back of the Bang Pre-Workout bottle (Ex 112) would

2  have known what COP was either. No witness testified that there was ever any pre-contract

3  communication, oral or written, which focused on COP. No one at VPX said anything to Orange

4  Bang about COP, not orally, not by letter and not by email. The topic never came up. ▮▮▮▮

5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See*

6  Exhibit 2560. COP was just an ingredient listed on the back of the bottle with an unspecified mg

7  allocation. *See* Exhibit 112. Exhibit 112 emphasized creatine, not COP. As Exhibit 112 stated

8  back in 2010: "* BANG! is the world's only Clinically Proven Water- Stable **Creatine**, Patent

9  Pending!" (Emphasis added.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ All Orange Bang knew at the time was what

11  it had been told by VPX that Bang Pre-Workout was a product which supplied <u>creatine</u> to athletes

12  and work out enthusiasts. VPX never made any mention that COP was a form of creatine.

13      At the same time, just because paragraph 7 A acknowledges that a product like Bang Pre-

14  Workout, which contains ▮▮▮▮ of COP, may arguably satisfy the "creatine-based" standard

15  does not mean that a product like BANG Energy RTD, which contains only ▮▮▮ or ▮▮▮ of

16  CLL, satisfies the "creatine-based" standard. As explained above, if COP (and CLL) do not have

17  the creatine molecule, then arguably they are not creatine. But even if it could be argued that COP

18  (and CLL) are forms of creatine, or derivatives of creatine, or forms of derivatives of creatine, even

19  without the creatine molecule, if there is only a small quantity of CLL within the product, an

20  amount much less than the mgs of COP in Bang Pre-Workout, and neither CLL nor COP acts like

21  creatine within the human body, i.e., neither produces the efficacious benefits of creatine, then

22  neither CLL nor COP can possibly satisfy the contractual requirement of a product which is

23  "creatine-based".

24      In other words, there has already been a persuasive showing that ▮▮▮▮ of COP does

25  not satisfy the "creatine-based" standard of paragraph 7. But even if it did, that does not mean that

26  ▮ or ▮▮▮ of CLL satisfies the "creatine-based" standard. If a large quantity of COP does not

27  do what a creatine supplement is supposed to do within the human body, then VPX cannot make a

28  bootstrap argument that a product with a small quantity of CLL "automatically qualifies" as

1    "creatine-based" by virtue of the language of paragraph 7 A. As the expert testimony discussed

2    above demonstrates, a product which contains a small amount of CLL does not qualify as

3    "creatine-based", and it certainly should not be marketed as "super creatine" because such

4    marketing implies to the consumer a meaningful and effective dosage of creatine.

5       For these related reasons, VPX's paragraph 7 A argument fails.

6

7    **D. VPX's Permissive, Not Mandatory, Language Argument**

8       VPX argues that the language of paragraph 7 is "permissive", not "mandatory". In other

9    words, VPX argues that because there is no express prohibitory language in paragraph 7, VPX is

10   not prohibited in any way. According to VPX's interpretation of paragraph 7, it is free to make use

11   of the BANG mark however it wants to do so, without any restrictions whatsoever. Or, to put it

12   another way, what VPX is really arguing is that because there is no express "shut-down" language

13   (to make use of the vernacular for a moment) in paragraph 7 itself, VPX's "lane" is wide open and,

14   therefore, VPX is not "shut-down" in any way and VPX can market and sell BANG Energy RTD

15   (and other Bang branded products) any way it wants to do so whether or not BANG Energy RTD is

16   "creatine-based" and whether or not it is restricted by the language of paragraph 7 D.

17       This argument is likewise devoid of merit as the context of the negotiation history of the

18   2010 Settlement Agreement so demonstrates for at least four reasons.

19       First,



25       Second

DocuSign Envelope ID: ...



7     Third,

22       Finally, and as Borrowman testified during the arbitration, Orange Bang was the senior user

23 with incontestable trademark rights to the BANG mark in Class 32, and VPX was the junior user

24 with disputed trademark rights in Class 5 who had recently filed an Intent to Use Trademark

25 Application for Class 32, trademark rights which Orange Bang was challenging in court and before

26 the TTAB. Therefore, at this point in time, it was VPX who was at risk at being "shut-down" from

27 making any use of the BANG mark altogether which is why Orange Bang had the leverage during

28 the 2010 negotiations (and the "hypothetical" negotiations, see *infra*) and why VPX ultimately

1  agreed to Orange Bang's consistent efforts to keep VPX in a narrow lane. As Borrowman testified

2  at the arbitration hearing, that is precisely why he used the word "███" in his May 20, 2010

3  proposal, to define the "lane" which would be open to VPX, the lane where VPX would not be

4  "shut down". **That was the whole point of the negotiations.** *See* Exhibit 50; Borrowman

5  Testimony, AHT, p. 488:19 – 489:22, 491:19 – 495:12.

6       The entire history and context of the negotiation of the 2010 Settlement Agreement

7  demonstrates an intent, on the part of Orange Bang, to "shut-down" VPX and keep it in a narrow

8  "lane", and likewise demonstrate an intent, on the part of VPX, ████████████

9  ████████████████████████████████████████████

10 ██  Accordingly, VPX's arguments that the 2010 Settlement Agreement is "permissive", does

11 not shut it down in any way, imposes no restrictions on it and does not confine it to a narrow "lane"

12 are rejected in their entirety by the arbitrator as unpersuasive given the negotiation history as

13 described above.

14

15 **E. VPX's Statute of Limitations and Laches Argument**

16      In 2017 or 2018, VPX's sales of Bang products first rose to national prominence. Stein

17 Testimony, AHT, p. 165:16-18. VPX's Sweeny, who had been steeped in the energy drink

18 industry for over 20 years, testified that he did not become aware of the rise of BANG Energy RTD

19 until 2017 or 2018. Sweeney Testimony, AHT, p. 3057:15 – 3058:6; *see* Exhibits 2922, p. 10;

20 5382, p. 101, Schedule 3.2. Orange Bang testified that it first noticed BANG Energy RTD in stores

21 in 2018. However, Orange Bang believed, based on VPX's ongoing advertising and marketing of

22 "creatine" and "super creatine" on the cans of BANG Energy RTD, that the products contained

23 creatine. Stein Testimony, AHT, p. 165:16-166:6. In 2019, Orange Bang first saw Bang Keto

24 Coffee, which did not purport to be "creatine-based". Stein Testimony, AHT, p. 166:7-24, 169:7-

25 17, 170:2-8. In March and August of 2019, Orange Bang sent VPX cease and desist letters

26 demanding that VPX stop violating the 2010 Settlement Agreement. *See* Exhibit J-66, p. 45-54.

27      Monster's and Orange Bang's claims are not barred by the statute of limitations. Monster's

28 contract claim and Orange Bang's trademark infringement and related claims have four-year

Case 5:20-cv-03642-EJD   Document 524-58-2   Filed 01/04/23   Page 94 of 328   Page ID
#:1538

klYlmll]g^daealYlagfk-5SVUc]YX%2S]XOc3X^O]]%7HXM%1 >Yd∗hh+1l` .003) .01. %/-.3&

VZj]Y[`g^[gfljY[lW8%K_O\0\Y]%#:1 `%∗SUO HXM%26 A+Nmhh0\ ./-/) ./.3 %N+?∗Yd∓.3&

VljY\]eYjcW8&cOR `%dKXYX0_]%AYV]%HXM%22 >Yd+l` ..52) ..6/ %/-.0&Vmf^Y[geh]lalagfW+

Hgj]gn]j) Ykl`] [Yk]dYo[gfkljmaf_>Yda^gjfadYo[gfkakl]fldq `gd\k) >Yda^gjfadYYogf l`]

klYlmll]g^daealYlagfkakZYk[\gf l`] \ak[gn]jq jmd)o`a[` yhgklhgf]k Y[[jmYg^^Y[Ymk]g^Y[lagf

mflad l`] hdYafla^^ak[gn]jk) gj `Ykj]Ykgf lg \ak[gn]jj) l`] [Ymk]g^Y[lagf+z/\cOR#22 >Yd+l` Yl

..6/8 BY/\^SVI4 KM^/\c#1 `%)O^^O0)YYMR#1 )/-.5 RG 3.4616.) Yl'1 %>+?∗Yd+gn+ /3)

/-.5&8 /<B `%M>K\^VSX-./ RG .0-./14/) Yl'3 %>+?∗Yd+HYq0-) /-./&+

O`] c]q im]klagfak7o`] l]f \a\ JjYf_] =Yf_ \ak[gn]j) l` k`gmd\`Yn] JjYf_e_]

=Yf_ \ak[gn]jd\ l` ^Y[lk]anaf_ jak] lg alk[dYaek: O`] ]na\]f]] hj]k]fl\ \ mjaf]_ l` YjZaZalYYlagf

`]Yjaf_ \]egfkljqYl]\\ l`YlJjYf_e_]=Yf_ a\ fgl d]YjjYfgf^al` afaaYdY^aY d\Y[\ak[dYek

mfladal^ajk\`ak[gn]j\\ l`] kYd]e&^=Yf_ F]lg >g^^]]afl/-.6 Yf l` l^ a\ afl \ak[gn]r l`] ^Y[lk

_anaf_jak] lg l` hjgnakagfg^k^g^hYjY[gfk^hYjYYh4 g^l`] /-.- N]lld]]fl

<_j]]fl    j]dYflaf_l` y[j]Ylaf]*ZYk]\zklYfq\Yf\\ Yf\l` QKS HYjc]laf_ Yf\ NYd]M]kl]ja[lagfk

mfladdl]l_]ll oal` Hgfkl]j af<m_mkt]^/-.6) Y[dYaeo]`[a`_ JjYf_=Yf_ \ak[gn]r\\ l` Ykka_f^]d\lg Hgfkt]r

YkhYjl^gl`] \]YkYaekalagf+ <kka_fl]fl_ <_j]]fl    Nl]^al O]klaegfgq <CO) h+.3374*/1) .3674*.4) .4-7/*5+

=][Ymk]l`l` ^Y[lkj[Ymf_ak[dYl]` l`] [dYaeo]jj\ \ak[gn]j\j\ af /-.6) JjYf_e_]=Yf_k Yf\ Hgfkt]jj\k

[dYaekYj\]fgl lae] ZYjj]j\)\ fgj Yj]l`q ZYjj]r\\ ZqdY[l`+<f`) Ykdg dY[l`)k)QKS `Ykfgl kmf^^jj\j\j

Yfq hjbm\a[] af Yfq \af`nl Z][Ymk] Yfaf_lg \]^a\ Yf YjZaalagf Ykg^ oal` e]jalgjagmk [dYaekakfgl

hj]bm\a[] YkReYll]jj_g^^Y[lYf\ l`Yo+

## ;' KEM7dWSUZW'%e8gddW`f^'k; 7dWSUZ'%%ZW'*) HWff^'W_WMdWW_Wfff%%WW
## 7dWSUZ'%%8a`fdSUf 8^S[_ mA[ST['^[fk

<k k]l l^gjl` `YZgn)l]` YjZalaYYlYlgjYYk\]\Yl_]gn^Y\\\Yak[jmaf_ MO? Yf\ Ydd@QKS^[kak

=Yf_ Zj\YY\Yf)\)\ hjg\em\[lk o`a` [gfldYf&`GG)>GB gj >JK Yj]\ fgl y[j]YYf]*\)\ZYk]\z`hjg\em\[lkafa Yf)\

l`]\]j][`]g_ljj)l]\Y] q Yj]\ fgl hY\j]YY]_]Yh4 > hjg\em]\\lk) ZmdjYjYYl]j`] hY\j]YY]_]Yh4 > ? hjg\em\[lk) o`Ykl]` m]Yf_\ e]\dYfk l`] QKS HYjc]af]` Yf\ NYd)\k

l`] mYfYjc]laf_` Yf\ kYd)Ylk)Yh^l`)\\lk`) hjg\em]\\lk emkl [_gehdq oal` l` QKS HYjc)jc]lf]` Yf\ NYd)\k

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

M]klja[lagfk+Ban]f l`Yl ^af\af_) l`] im]klagf l`]f Z][ge]k7 \a\ QKS Y[lmYddq [gehdq oal` l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk gj fgl:

Dfgj\]j lg [gehdq oal` N][lagf 4 ? g^ l`] /-.- N]lld]e]fl <_j] ]e]fl) QKS emkl eYjc]l %\ak[mkk]\ Z]dgo& Yf\ k]dd fgf*y[j]Ylaf]*ZYk]\z hjg\m[lk af kh][a^a]\ ljY\] [`Yff]dk o`a[` af[dm\] k nalYeaf k`ghk) _qek) Yf\ `]Ydl` [dmZk Yf\ Ydkg af[dm\] k_jg[]jq Yf\ [gfn]fa]f[] klgj]k) Zml gfdq af l`] ynalYeaf Yf\ \a]lYjq kmhhd]e]fl k][lagfkz g^ l`gk] klgj]k **#fZWaCgfd[f[a`S^ 8ZS``W^o$** *AO@p`aZa* E*..) hYjY_jYh` 4 ?+ O`] gn]jo`]deaf_ Yf\ ]kk]flaYddq [gfljY\a[l]\ ]na\]f[] Yll`] YjZaljYlagf `]Yjaf_ \]egfkljYl]\ l`Yl QKS `Yk [gfkakl]fldq kgd\ =<IB @f]j_q MO? Yf\ gl`]j QKS =Yf_ ZjYf\]\ hjg\m[lk gmlka\] l`] ImljalagfYd `Yff]d+ <k fme]jgmk h`glg_jYh`k) hdYfg_jYek Yf\ l`] l]klaegfq g^ l`] afn]kla_Ylgjk \]egfkljYl]\) QKS `YkhdY[]\ alk =<IB @f]j_q MO? Yf\ alkgl`]j =Yf_ ZjYf\]\ hjg\m[lk af [gd\ nYmdlk) oYje Z]n]jY_] Yakd]k) kg\Y k][lagfk) kfY[c k][lagfk) ]f\[Yhk) Yf\ klYf\Ydgf] \akhdYqk o`]j] **YW`WdSWhWdSYYW** kgd\) Yf\ fgf] g^ l`]k] dg[Ylagfk [gehdq oal` l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 ? g^ l`] /-.- N]lld]e]fl <_j]]e]fl+ *AO@p`aZalk* 3/18 .3/4 .30.8 //348 /1308 /1318 E*..18 =mcgna O]klaegfq) <CO) h+/..37/. */..47.3+

<k O`geYk BjYqZadd %yBjYqZaddz& l`a^a]\) Hgfkl]j |k Yf\ JjYf_] =Yf_ |k afn]kla_Ylgj) \]khal] `ak eYfq j]lYad hakalk+ =<IB @f]j_q MO? oYk yfgl gf[]z dg[Yl]\ af l`] nalYeaf gj kmhhd]e]fl k][lagf+ BjYqZadd O]klaegfq) <CO) h+.3607/2*.3/173 + <[[gj\af_ lg l`] l]klaegfq g^ =mcgna) QKS \g]k fgl oYfl [gfkme]jk ylg `Yn] lg _g aflg l`] \a]l fmljalagfYd Yj]Y lg ^af\ =<IB @f]j_q MO?) Zml afkl]Y\ oYflk =<IB @f]j_q MO? af l`] yj]_akl]j Yf\ [ggd]jk o`]j] [mklge]jk [Yf ^ajkl oYdc af) _jYZ Yf\ oa[`) VYf\l`]fW _jYZ Y =Yf_+z =mcgna O]klaegfq) <CO) h /-.47./* .68 /-.27.0*/0+ <k =mcgna hmlal) yV>WgdZkkgd\z) Yj]^]j]f[] lg l`] aehgjlYf[] g^ l`] [gd\ nYmdl k][lagf g^ [gfn]fa]f[] klgj]k o`a[` akY[jm[aYd dg[Ylagf ^gj QKS kYd]k) Zml dac]oak] Ydg[Ylagf `Yl \g]k fgl [gehdq oal` l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 ?+ *AO@p`aZal* .05/) h+117..*/.+ NaeadYjdq) QKS |k Zmkaf]kk j][gj\k) af[dm\af_ hdYfg_jYek Yf\ \akljaZmlagf Y_j]]e]flk) ^mjl`]j \]egfkljYl] l`Yl QKS hdY[]\ hjg\m[lk ^gj kYd] ) Yf\ [gflafm]k lg hdY[] hjg\m[lk ^gj kYd] km[` Yk =<IB @f]j_q MO? Yf\ gl`]j =Yf_*ZjYf\]\ hjg\m[lk) gmlka\] l`] ImljalagfYd

1 │ Channel. *See* Exhibits 495; 1200; 1638, p. 224:21 - 225:18, 262:7-10; 808, p. 10; 868; 1191; 843,

2 │ p. 1 and 4; 844, p. 1 and 5.

3 │     VPX sold products which made use of the BANG mark and VPX admitted that those

4 │ products were sold outside the Nutritional Channel and, simply stated, such sales constitute a

5 │ breach of paragraph 7 of the 2010 Settlement Agreement. *See* Bukovi Testimony, AHT, p.

6 │ 2063:23 - 2064:4 [Bang 357]; Exhibit 2447 [BANG Energy RTD, Bang Keto Coffee, Bang Tea,

7 │ and Bang Shots]; Sweeney Testimony, AHT, p. 3045:7 - 3046:11 [Natural Bang]; 2930, p. 17

8 │ [Bang Mixx]; Bukovi Testimony, AHT, p. 2112:11-16 [Bang ThermIQ]; 1571 [Bang Bar Pristine

9 │ Protein]. As Bukovi conceded, VPX "████████████████████████████████████

10 │ █████████████████████████████████████████████████████████

11 │ ████████" Bukovi Testimony, AHT, p. 2112:11-16. The evidence was essentially undisputed

12 │ that VPX failed to adhere to the sales restrictions of paragraph 7 and these failures constitute a

13 │ breach of paragraph 7 of the 2010 Settlement Agreement.

14 │     In addition, as the unequivocal language of paragraph 7 D makes clear, the bargained for

15 │ restrictions on VPX while making use of the BANG mark not only apply to sales, but to marketing

16 │ as well. In other words, if VPX's marketing efforts extend beyond the Nutritional Channel, such

17 │ marketing efforts likewise constitute an additional breach of paragraph 7 D. As the undisputed

18 │ evidence again demonstrated, and as VPX's marketing personnel M. Owoc and Grunewald freely

19 │ admit, VPX also markets BANG Energy RTD and its other Bang-branded products outside vitamin

20 │ and dietary supplement channels, i.e., outside the Nutritional Channel, in that they specifically

21 │ marketed their VPX products as *general* beverages targeted to *mainstream* consumers. M. Owoc.

22 │ Testimony, AHT, p. 3460:15 - 3461:10 and 3455:7-18; Grunewald Testimony, AHT, p. 1799:9-12;

23 │ *see* Exhibit J-124 at 119, 124, 128, 131-133.

24 │     As described above, VPX launched a brilliant social marketing campaign and VPX

25 │ certainly is entitled to market its products on the internet and to hire influencers to stimulate sales.

26 │ However, because of the agreed upon restrictions set forth in paragraph 7 D and because paragraph

27 │ 7 D established that the VPX Marketing and Sales Restrictions applied to both sales and *marketing*,

28 │ VPX's marketing of its non-"creatine-based" products, like BANG Energy RTD, had to be limited

lg l`]  ImljalagfYd=`Yff]d) daeal]\ lg l`]  Yl`d]l]kYf\ ogjcgml ]fl`mkaYklko gkldq e]f)  Z][Ymk]



Yf\ l`Yl ako`Yl QKS Y_j]]\ lg o`]f  al]fl]jj]j\  aflg l`]  /-.-   N]lld]e]fl  <_j]]e]fl+
$AO@@p`aZaE*..$ hYjY_jYh+ ?8 /23-+

QKS \a\  fgl  klYqaf alkdYf]oal` j]_Yj\  lg kYd]k+gj  \a\  QKS klYqaf alkdYf]oal` j]_Yj\  lg eYjc]]laf_ + <k l`]  ]na\]f[]   Y\\m[]\ Yll`]  YjZalj Ylagfl`YjYf_  \egfklaj]Ylk] QKS k`a^l]\  ^jge  Y hYjla[mdYr j]Yjc]]laf_  kljYll]_q)YeYjc]]laf_  kljYll]_q_]Yj\)Ylalkgja_afYd^da[`]  lYj]]lYm\a]f[]k)  Yl`d]l]kYf\ e]eZ]jk   g^l`]  emk[d] Zmad\af[ geemfalq)  lg  Y_]f lj]deYjc]]laf_  kljYll]_q_ZaYk]l\]f_f Yyda^*]*klqad]kZj]YjYf\ Yf\ al`\a\ kg af gj]aj`jg  lg YllgljYjY[l Y jYf_]  g^ hcma[me]jk+  QKS afkljmj[l]\  alk af`^`dm]j`m][kdg hjgegl]]  QKS hjg]m[l]k+

hjge]m[l]k+$AO@@p`aZal010$ h+5+ QKS Y\n]jlakaf_  Yf\ alkkg[aY]]d\aY\Y  hgkldk`]gfklajklYl]\ \  l`Yl alk   eYjc]]laf_  oYklYjlaj_]Yl]\ Yeaf]f\Y`YlY^afl]jfY]lalmla]a  \ lg Yl[`j[ume]jk+   ]dql YeYZjc]]laf_   \ lg `Yf^g$AO@@p`aZalE*.22$ hYjYkjYf[a\` l\.*1/$  Aa_k#/*/0$ hYjYjYlj`l03$  Aa_+`h1-$  Aa_k/-28  /1638 /2-.8

0-42+ QKS gZnagmkdqja\  l`akZ][Ymk]km[`YeYjc]]laf_  kljYll]_ak_]YdqkdZ\]  hYl`oYqlg_jga`_  Yka_fa^a[Yfl   af[j]Yk]af kYd]kgYf\ Y_gk l`ak Zmkafk]j`kdakljYl]_)q]YY`m`^]l] l Zmkafkl`d]kj`lak^k] Z][Ymk]l`]l]fljYld]  aehj[]j]aklj][o]`nem]ljlak]Yk]akqkd]dkjkmjlal]^_qglakajZ`l^`j\  l`Yl Z][Ymk] YdjYq]g_jafj[Y]]k   gf Y[gf QKS l`ak eYjc]]laf_  YhjhjjgY`[`Yf]glhg n]klY  `]a\kYj[j`dk^jkd] l`kafY]j^[_`jkml]dkZ^_`_]fj+  QKS ]YjZ]af YjZalj Ylagf+

@n]f`kYd]kg^Y`k=Yf]`]ml]aagfg`YY`km`^Yl]agfg  kYl]h[jYl]k  QKS ak]l]j`]amgl hcalp_jaljaj  lg eYjcaf kYd]k g^Yk+  \aklj Ylagf]afqY[Yk`Yf\k`[alkm]eYj[ mkcmlmYlalagf  gf l`] h`jk k`hm ] Zmkaff]_jgd] Zmkaff]_jgld[cljaYklaf[Yj]a af [Ydd  l`]j alafj]YdkljYjak

hjge]m[l]k$0KXQ$Happ$ gfl]]]]  al]\[\Ykl]  k`]Yj]]akl]  mk]gg`^l]]` =<IB   eYjc]]laf  lg k\]ad`]  `Yj\k\]ld]jj)Yj) QKS  emk[l]]] [ggf[`]jq  oal`  l`]   QKS HYjc]]laf_  Yf\  NYj\IM]kljaYjd[]fljY[fr]`^`Yj`YjY_ZlY`Yf`YYj-?+ QKS Yj_mkfm]`al\]\l`Yj  o`^]  alkjk]m\\Y=Yf]`]dqkaf]dYjej\aafjjaj_ajkajd`\_)jdhj\  ]gaml  gkm]j]\ )f_^yj]`_lYYf`l]`[`fj\lj])  ]f\  Yf `]`[l\al\]jl`\Y  akd^l]  Yf`jl]ajajdf_mak\mjtmmjgd`Yf\a[ZkfaYq)  Y^QKS oYflk lg [glaj]j`]`]]_ kYd] klYlZlk]  dYf`]]` \dYYlYj`   [g\Yfl [gZ_kaf]\YYlYj[Yak)  Y[j`]`]]]`Yf^dkfYajj^_`kj`] gf\cl\]]d`fgjajr]jmj\_[Yk]  d`fjf]ljj\_[Ya ajkf]l]j`[l\jlYfa[l]`a\]j`[cje`kd`alt^jd`lj

j]_mlYfd`Ya_af`kld)f  QKS k`_md\\`Yn fYj fYq]]\\k+  alk`Yj`] k`dllj\i gkge]jl]]]  af_ag]l]e j l`Yf =Yf Happ Z][Ymk]  QKS gf[]  al]\[\Ykl]   k`]Yj]]Yjlmk]g^  =<IB   eYjc]]lj  ^gj al`k`Yj\k`dllj\f\kgdh[af  \fjf[k  Y[j`]]]` mk]g^l]] `=<IB   dfmfdfe  kaji]`]][ljd`jgd   j]_mlYfd`Ya_af`kld  Yf\fkdl]`  hYfl` hjge]m[l]jk]l]  af__g]l]   \ hYlk`l]YjtZ[xZ\[j^Yjkad`)`+  l`]lf`]]]  hjgej`Y`[`xfj

Case 5:20-cv-03642-EJD   Document 624-58-2   Filed 01/04/22   Page 98 of 328   Page ID
#:1542

QKS Yf\ ECJ Dfl]dd][lmYK\jgh]jlq Cgd\af_k)GG>%yECJz&<k lg @flgmjY_]Yf\ LmYk`k]]
N][lagf DDR)Z]dgo+

**<' nCgfd[f[a`S^^kadf[X[WVo**

<k klYl]\ YZgn])Yf\ Z][Ymk`] YjZaljYlglgjYk[gf[dm\]\ l`Yl=<IB  @f[lj_q MO? Yf\
QKS|k gl`]j =Yf_ ZjYf\]\ hjg\m[lk lg fgl kYlak^tj] y[j]Ylaf]*ZYk]\zklYf\Yj[klY\YkkhY]`l^gj ]llsfg[j af
hYjY_jYYh4 g^l`] /-.- N]]lld]e]fl <_j]]e)fl)  l`] YjZaljYlglgZ/da]n]kl`l`Yl`]]jj akfg j]Ykgf^lg
j]Y[`` gj \]ll]jeaf]  l`] akkm]z^o`]]l`]j gj fgl l`] hjg\m[lk Ylakkm]p`]jj] yfmljalagfYddx^gjla^a`t]a]z)gj
fgl) gj o`]]l`]j gj fgl A?< j]_mdYYhgfYXj]ZYk]]\\gf [mklge Yf\ hjY[]a[([a]ghd]a]\\ YkhYjjjg^l`]]
/-.- N]]lld]e)fl <_j]]e)fl)  gj fgl+

?]khal] l`ak^af\af_) alakogjl^_ fglaf_ l`Yl1l`] ]ph]jlk hj]k]f[]l]\\  ZqZgl` ka\]k Y_]]]]\  gf
kge] ^mf^\Ye]flYd^dY[[lk+]gl` >`]]]k]kYEf)  l`] ]ph]jl ^gj Hgfkkl]j]k Yf\ JjYYYf_]_ =]Yf_)Yf\ ?mjcaf)
l`] ]ph]jl ^gj QKS) Y_jj]]]\\  l`Yl)hmjjkkm]mYYfl_g A?< klYfYf\Yj[k\)hjg\m[llkak[gf[af]\\  gj
o`a[[e   [gflYaf Yf\]g`_`gd`\Yff f]j]nj]gl Z] \]]]]g\\   lg Z] yfmljalagfYddddx^gjla^a`t]a]]z+>`ll]jk]eYff   O]klaegfq)
<CO) h+/12.73 */12/7.-)  /1207./*/.)  /1217.3 */1227./8 ?mjcaf O]klaegfq)  <CO) h+03537.5 *
03557.08,JOQ@@p`aZaE*. V/. >AMt  .-1+/-/-%Y&W)-8  .5/.)   t  =+/) h+Yl4 VYjZZgfYYYl)\\ hjg\m[[[[lkW)
t  =+1%Yd[g`gd&<k IB   @f[lj_q MO? akY[YjZgfYY]\]\\  \]Z]n]j[]g]]] %Zgllll] )  ]Y^^]afYl]\\Yf\\  [Y^^]af]*
^j]]] nYjja]la]]la]a]k&4,0O@@p`aZa6.48 E*.21)hYjYYjYYYh058.25.)  h+4671*48323) h+/637 .0*/2+  =Yf_
Happ) g^[gmjjkk])[gflYafk Yd[g`]g\+

**=' Ba`WfSdk9S_SYWeXadT/dWSU%2X8a`fdSUf**
N]] N][lagf DDB)Z]dgo+

**>' KEM>eA[ST^WadIdSVW_Sd]>`Xd[`YW_W`f**

Dfg\j\]j  lg hj]`n]Ya]jf f Y[dj[dY] Y[dYae)`aj Y[dYYc af^jaf_]_]]f]fl) JjYYf_Y_]_]][af_) JjYYf_ _] =Yf__ emkl ]klYZdak[daf_YZdYkl[[[[dakl`Yl7
%.&al`YkYhYjjjjjjhj[l)l)lj`]\\  gof[jk[`ah af]jljj\l]\j[d af]\jjk\hYaafjj af]\jgafjlj]\l af^ l`]]  =<IB   eYjjc8 Yf\ %/&%Q&QKS|k mk]]g^^l`]   =<IB   eYjjc
akdac]da]]d]]g\d`g_ [Ymk]]\\]]\Yj\]afmmk]gfl]_[dgfllg^fmmmmr]kagf+*YWEYXNO\P_\r`Y`1    `%6_LLK\N) 442 A+0\...5)   ../1*/2

34
ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

%6l`>aj+/-.1&+[&] JjYf_] =Yf_ ]Ykaddq klYZdak`]\Yhjgl][laZd] gof]jk`ah afl]j] kl af l`] =<IB eYjc Zq k`goaf_ alkaf[gfl]klYZd] ljY\]eYjc j]_akljYlagfk^gj l`] =<IB eYjc+ *AOC@p`aZaE*/+* JjYf_] =Yf_ Ydkg j]egfkljYl]\ l`Yl al)fgl QKS) eY\] mk]g^ l`] =<IB eYjc ^ajkl gj) lg hmlal Yfgl`]j oYq) al akmf\akhml]\ l`Yl QKS akfgl Yyhjagj mk]jzg^ l`] =<IB eYjc Yf\ l`mk JjYf_] =Yf_ akl`] yk]fagj mk]jz Yf\ QKS akl`] ybmfagj mk]jz+ <k l`] Iafl` >aj[mal`Yk`]d\) ^]\]jYd j]_akljYlagf akhjaeY ^Y[a]na\]f[] l`Yl l`] j]_akljYfl) af l`ak [Yk] JjYf_] =Yf_) akl`] gof]j g^ l`] =<IB eYjc+ *AOXQYUEY\U] :^N%%@;1 7X^gV#N%63 A+0\./.4) ./.6 %6l`>aj+.663&+*

O`] Iafl` >aj[mal`Yk Yjla[mdYl]\ l]kl lg \]l]jeaf] Ydac]da`gg\ g^ [gf^mkagf7yo`]l`]j Y{j]YkgfYZdq [gfkme]j| af l`] eYjc]lhdY[] akdac]dq lg Z] [gf^mk]\ Yk lg l`] gja_af g^ l`] _gg\ gj k]jna[] Z]Yjaf_ gf] g^ l`] eYjck+z *2\OKWaY\U]>\YN_M^SYXZ%#XM%A95 A^_NSY*./ A+0\../4) ../6 %6l`>aj+.665&+Df/;4 *`%AVOOUM'KYR^]#266 A+/\ 01. %6l`>aj+.646&)* *KL\YQK^OXXY^RO'Q\Y_XN]Lc ;K^^OV7XM%EKVUSXQ_X^KSX>\YN%020* A+0\46/)5.-) f .6 %6l` >aj+/--0&) l`] Iafl` >aj[mal k]l ^gjl` l`] ]a_`l*^Y[lgj]kl o `a[` `YkZ]]f mladar]\ af ]kk]flaYddq ]n]jq ljY\]eYjc af^jaf_]e]fl [Yk] kaf[] .646+ O`]k] ]a_`l ^Y[lgjk %l`]y*AVOOUM*KY^[lgjk&Yl \]l]jeaf] o`]l`]j Ydac]da`gg\g^ [gf^mkagf]paklkgj fgl Yj]7 %.& klj]f_l` g^ l`] eYjck8 %/& j]dYl]\f]kk g^ l`] _gg\k8 %0& kaeadYjalq g^ l`] eYjck8 %1& na\]f[] g^ Y[lmYd [gf^mkagf8 %2& eYjc]laf_ [`Yff]dk8 %3& _j]] g^ [gfkme]j [Yj]8 %4& af]fl8 Yf\ %5& dac]da`gg\g^ ]phYfkagf g^ l`] hjg\m[l daf]k+ *7N*Yl 015*016+

O`] YfYdqkakYf\ YhhjgY[`lg ljY\]eYjc af^jaf_]e]fl [Yk]k[`Yf_]\ kge]o`Yl af *2\OKWaO\U]*o`]j] Em\_] Fgrafca Yml`gj]\ l`] ghafagf YZgml *YNlYj Oj]c* [gfn]flagf [gehYfq

---

[&] <k k]l ^gjl` YZgn]) JjYf_] =Yf_ `Yk Ydkg Ykk]jl]\ [dYaek j]dYl]\ lg alkljY\]eYjc af^jaf_]e]fl [dYae) kh][a^a[Yddq Y [dYae mf\]j l`] GYf`Ye <[l ^gj ^Ydk] \]ka_fYlagf g^ gja_af) YklYl]dYo [dYae ^gj [geegf dYo mf^Yaj [geh]lalagf Yf\ YklYl]dYo [dYaemf\]j >Yda^gjfaY=mkaf]kkYf\ Kjg^]kkagfk >g\] N][lagf .4/--+ O`] ]d]e]flk f][]kkYjq lg hjgn] mf^Yaj [geh]lalagf Yf\ ^Ydk] \]ka_fYlagf g^ gja_af Yj] a\]fla[Ydlg l`] ]d]e]flk f][]kkYjq lg hjgn] ljY\]eYjc af^jaf_]e]fl+ *>YVV_^SYXOXSWA 1Y%%>YVV_^SYXY^RSXQY%*/--5 RG ..004311) Yl 2 %>+?+ >Yd+ ?][+ 0.) /--5&8 *AUc=Z^SM#XM%VSLKLK%1YWX#Y* 30 A+ Nmhh+ 0\ 422) 435 %>+?+ >Yd+ /-.2& VkYe] ]d]e]flk Yk lg >Yda^gjfaY=mkaf]kk# Kjg^]kkagfk >g\] t.4/--W+ NaeadYjdq) l`] Iafl` >aj[mal`Yk [gfkakl]fldq `]d\ l`Yl klYl][geegf dYo [dYaek ^gj mf^Yaj [geh]lalagf Yf\ ^gj nagdYlagf g^ t.4/-- Yj] ykmZklYflaYddq [gf_jm]flz oal` [dYaek mf\]j l`] GYf`Ye <[l+ <[[gj\af_dq) l`] YjZaljYlgj|k [gf[dmkagfk j]_Yj\af_ kljY\]eYjc af^jaf_]e]fl YhhdqYal` ]imYd ^gj[] lg JjYf_] =Yf_|k [dYaek ^gj ^Ydk] \]ka_fYlagf g^ gja_af)klYl] mf^Yaj [geh]lalagf Yf\ nagdYlagf g^ t.4/--+ O`akjmdaf_ \g]k fgl aehdq Yfq ja_`l lg Y\\alagfYd \YeY_]k af Yfq em[` Yk \gmZd] j][gn]jq akfgl h]jeall]\ wYk \ak[mkk]\ Z]dgo+

cfgof Yk?j]Yeo]jck) l`] dalld;fgof k]fagj mk]lj)o`g km]\l`] Z]`]egl` Yf\ o]dd cfgof

?j]YeRgjck klm\ag]l`] bmfagjmk]lj)^gj ljY\]eYjc af^jaf_]fl+ Dfl`] 2\OKWaO\U[Yk]g^

yj]n]jk] [gf^mkagfz)o`]jl `] bmfagjmk]ljak[gee]gj][aYddq kljgf_ Yf\ [YklkYydgf__k`Y\goz) l`]

im]klagf Z][]]gk o`]l`]l`] Yj]YkgfYZd] eYcaf_mk]g^l`] k]fagj mk]j ak%af Yl

[Yk]Y[gfkme]j]j Yll]f\af_ YNlY;Oj]c [gfn]flagf& ea_`l \g kgZ]\a]naf_l`Yll`] hjg\m[l ak eaYY\]\

Zq)khgfkgj]j]\\ Zq)Y^^adaYYaY]al`` gj [gff][l]d)^ lg l`] bmfagjmk]j+ Og]hgk]l`] j]n]jk] [gf^mkagf

im]klagf Ykal Yhhda;tg l`ak[Yk]7ogmd\ Yj]YkgfYZd] j eYcaf_ Yhmj[`YkgfYlY

[gfn]fa]f]f]] klgj]]) hmj[`YkgafY^a]\ =Yf_ _^jgl`q \jafc ^jge Y^gmflYafaYkakh]fk]j) Z]\a]naf_l`Y

l`ak hjg\m[l ak eaYf]Y]k^ Zq)khgfkgj]j]d)^ Zq)Y^^adaYYaY]al`` gj [gff][t]]d lg l`] QKS: Df2\OKWaO\U[H4

Iafl` >aj[malmjmd)\l`Yll`]l`j]]] ^ajkl jfY+ 44VOOUM\KY^Tgjk)%.&] klj]f_l` g^l`] eYj]Yjc8 %/&]

j]dYl]d)ffk_k g^l`] l`] _gg\k8 Yf\ %0&l] kaeadYjYlq g^l`] googjk Yk lg kgf_g gmgf^\) Yhh]YjaYf]j

Yjj]jk)lgaZ]eamakklmja^l`] [gf^mkagf [Yk]+Df4T\X7^KX7ONSK#7XM%%aiSM\Y7YP?lY\Z%%i/--4 RG

/0.5615) Yl`4 %I+?⇒Yd≺m_+0) /--4&] l`] [gmjladac]oak]j]d l`Yll`] ^ajk[k][gf^] Yf\ l`aj\

4VOOUM\KY^Tgjk)g^hYjla[mdYraf]jhgjlYf] af`lll]jeafaf]g_ o`lj]] jj]n]jk[g] [gf^mkagf Yk

g[[mjj]+

Df7\YXRKaU\BOMRXYVYQUSOJM%%2\YZLYYb#7XM%%AA+11`..2- %6l`>aj[af+/-/.&) Djgf Yoc)

l`l k]fagj mk]lj)Y`) Y/--1 j]_akl]j]ljd)\ lljY\]eYjc ^gj yNeYjlNlqNafljfYf Nzkg^lo`lj]+

=]_Yffaf_ af /.4)  ?jghZgp)l`l Z]ll]l;g[gf cfgof bmfagjmk]lj)o`fY]al Yf\ alkoa\dq hgfamdYj

[dgm\`klgjYfYl_]k^g^loYjjl)yaN]Yj]nYfLfqf+ Djgf Yg]c km]\\l`^ajZ]ljY\]eYjc af^aj_]e]fl)  Yko]dd Yk^gj

gl`]j jfY+ [dYYeakYf`[dm\af_Yyfkldf[Yhf]gh]]laalagf [d`YaeYYf Yk] YklYaf_dag g_k]\rYjn^af_kYY\]r]j]af+

l`ak ak`m]\)l`] Iafl` >aj[malmmeeeeYar]d\ kg]f YahhgjjlYal] eal] ga kh]caylar]faafYb lgf YbfjYaaljln gYl_]_n

[gf^mkagfljl]YjYf af^aj_]e]fl Yk Yj] fa_]al Yk]ggj[`]j_\\gok7

    &bull; M]n]jk] [gf^mkagf[[mjk o`]f [gfkme]jk \]Ydaf_]al l`] k]fagj mk]lj)JjYf_l] =Yf__j Z]da]naf]l`] Yj] \af_ af`]]g\)e ]g Yj]j`ghaaf Y\\\]) [gff][]aYdjl]e^l bmfagjmk]lj) QKS+

    &bull; M]n]jk] [gf^mkagf[[mjk o`]f YfYhhj]iaY]at[ meeZ]]Ymkg`^jYZd)af[gff][]aYjk)g`g`] [dYef Yk]g`jY Y]YaYd)afYVeafYYdle Yk] kla_ Yj\)e k]eafe^]eafaa-Yk]l`e ]e]]gk hgfameeeafaZ\]j]a]_ ]fgg]^]a` ]^l bmfagj]mk]ljn+

=Yf_W)aklYc]fdq Z]da]n]l`Yll`] k]fagj mk]j)JjYf_] =Yf_) akl`] bmfagjmk]j) QKS) gj ak)khgfkgj]\ Zq)Y^^adaYll]al` gj [gff][l]\ lg l`] bmfagjmk]j+

- M]n]jk] [gf^mkagfg[[mjko`]f l`] bmfagjmk]j)oal` alkjgZmkf\`n]jlakaf_Yf\ hjgeglagfYd Y[lanala)kykoYehkz l`] k]fagj mk]jYf\) ^gj l`] Yl Yj l][f]jk[ [gf^mkagf[Yk)l`] eYaf ^g[mkg^l`] YfYdqkaakkgf l`] [gee]j [aYdkl]f l`] g^l`] bmfagjmk]jo`a[ e]Yfk l`Yll`] _j]Yl]j [bhgo]j g^QKS[k mk]g^l`] =<IB eYjc %l`]]jj]jkmdlg^alkZjaddaYklae[aYd dYjc]laf_ [YehdaYYl fYf l`ll` ]]f f]l]efl g^ l`gmkYf\kg^af^ ]dm]f[]jk] `an] Zaddagfk[ ^^gddgo]gjkYdd^o`age hjgegll`] l`] =<IB eYjc]kde&)l`] egg] dac]dqdalklaklg [j]YfYl [gf^mkagfafl`] eafk g^ JjYf_]_=Yf_] =Yf_]k [mklg]j) af[m]jafmkkY[ifin[mj][ [mk][ [malaf_ [alaf_ [malaf_ [malaf_ [malaf_ [malaf_ [malaf_

- <dl`gm_` h]j[]an]\ Y^^adaYnagYf\ YhghmdY ))` l`] jak]Yf\ o]dd*cfgof [gehYfq dac])QKS eYq) Yl]^ajklZdmk` k]]e Z]f]^a[aY dg Yk]fagj mk]jdac]JjYf_f_] =Yf_) j]n]jk] [gf^mkagfYf [Yjjq oal` ale]Yfaf__^md\akY\n\Yf[l]_]mm`gfgea[ [gfk]im]f[]]k) km[`Yk7%al&% k]fagj mk]jeYq ^af\ alk]d^af l`) hgkalagfo`]jj] alk [gjhgjYl]]_gg\oaddakgf] af l`) `Yf\ g^l`) bmfagjmk]j&%al&%k]fagj mk]j[Yf dgk]l`] nYdm]g^alkljY\]jac) alkhjg\m[l[ a\]flafq) [gfljgd gn]j alk_gg\oaddaf\ l`] YZadadg eqn] aflg f]o eYjc]l% 8k`aan a^lkjq mk]jeYq dgk]alkYZadaq Z] ^g`anl]Yam_[af l`Yf\ _^gj [dg`[]jafg\`k]f` fYf Zmkaf]mk]]jo`] YdYj_jee[]gf` hg]j j^mdb mfagjmk]j+7\YXRKa)V/ A+1l`Yl..3-+ Df7\YXRKa)V l`] Iafl` >aj[mal]h`Ykar)\ l`Yll Z]^gj)l Y\\j]kkaf_ l`] AVOOUM^KI^[gjk)al ak f[][kkYYl Yjq lg l]^af Yf] l` j]d]nYfYl [gfkme]] eYjc]l[af eYjc]t\ Z]dgo af [gff][[lagf oal` l`] ^gmjl`AVOOUM^KI^gj)JjYf_) =Yf_)k kmjn]q)ph]jil) F[]ff]l` CgddYf[\j%j %yCgddYf[j&)ygl fgl fgdq [gf^m[l]]\ Yhjghj]jYam mk)fm[g) lg Iafl` >aj[ml]Yam_[a~)Ym af fak kmnj]YeY\YdfbeY\`]Yf\ Yjl]fdm[mk]j[[f)af[dm[ma]f_] af[dm[mYa][lagf[eq) gl g^l`k]m[gffm]kg YfmZfdm[] af[eh] [k]kff)lm[ ^g]nn alkf[]ff]kfffmk [mfm [m][

<dl`gm_` l`] YjZalYljYYlmggaddYYf))` l`] Y\\jY\\j]k]k]k) ]Yf` Y ag^l`YY AVOOUM^KI^[gjk^g^gjk)al akf[[][][mj[af ]Yl Yf ^g[mkoaddY Z] gf al`]] ^ajklljll[]j[]]])f[` l`]fnak[]jll`] ^g[mkoadd])f[[mg`egjk al]f gf al]^af__lad]mk[m[f][e)al[ [`k] fmg`egjf lmkafg\al Zm`akef[mkf[nanf []fY^^adYlYf][[ghgfk[

1      With respect to the first *Sleekcraft* factor, the strength of the mark factor, *Ironhawk* holds

2  that the proper analysis is to evaluate the "conceptual strength" of the senior user's mark, in this

3  case the conceptual strength of Orange Bang's BANG mark, and compare it to the commercial

4  strength of the junior user, in this case the commercial strength of VPX's use of the BANG mark.

5  *Ironhawk*, 2 F.4th at 1162. As the Ninth Circuit put it in *Walter v. Mattel, Inc.*, 210 F.3d 1108,

6  1111 n.2 (9th Cir. 2000): "[T]he inquiry focuses on the strength of the junior mark because the

7  issue is whether the junior mark is so strong as to overtake the senior mark." In *Ironhawk*, the

8  Ninth Circuit also clarified what it meant by "conceptual strength", and explained that it was

9  referring to the hierarchy of trademark inherent distinctiveness (from strongest to weakest):

10  (1) arbitrary or fanciful; (2) suggestive; (3) descriptive; and (4) generic. *Id.* 1162. In *Ironhawk*, the

11  Ninth Circuit also ruled that "conceptual strength" could be established by: (i) the presumption of

12  federal registration; and (ii) if the junior user itself considered the mark to be higher up on the

13  trademark hierarchy than a descriptive mark, i.e., either arbitrary / fanciful or suggestive.

14  *Ironhawk*, 2 F.4th at 1162 and n. 1. In this respect, if the BANG mark is regarded to be an

15  arbitrary or fanciful mark, then, by virtue of the Ninth Circuit's definition, it is a commercially

16  strong mark. Here, it is undisputed that Orange Bang's BANG mark has a federal trademark

17  registration and, therefore, the presumption of inherent distinctiveness is established in Orange

18  Bang's favor by virtue of that trademark registration. Even more importantly, VPX itself has taken

19  the position that the BANG mark is an arbitrary or fanciful mark and, accordingly, VPX itself has

20  established that Orange Bang's BANG mark is a conceptually strong mark. Bukovi Testimony,

21  AHT, p. 1965:25 – 1966:8; *see* Exhibit 2936, paragraph 14. As to the other important

22  consideration, the issue of the commercial strength of VPX's use of the BANG mark, it goes

23  without saying that VPX's use of the BANG mark has achieved undeniable commercial strength by

24  virtue of the enormous amount of sales which VPX has generated by making use of the BANG

25  mark and because it has engaged in a significant advertising and social media marketing campaign

26  centered upon the BANG mark that has allowed it to dwarf Orange Bang in the marketplace. *See*

27  Exhibit J-155, ¶ 27 [VPX's marketing expenditures for 2019 totaled $       ; M. Owoc

28  Testimony, AHT, p. 3443:16-23, 3455:7-18 [over 2.8 billion followers by virtue of their social

FINAL ARBITRATION AWARD – PHASE 1 AND PHASE 2

1 media accounts and the social media accounts of the influencers who VPX has engaged], 3457:4-

2 11; J-155, ¶ 28, Fig. 8 [enormous reach of VPX's social media followers]; Grunewald Testimony,

3 AHT, p. 1885:8-10. In 2020, VPX sold more than $███████ of BANG branded products, sales

4 which took place out of more than 140,000 retail outlets. *See* Exhibit 2922, p. 7; J. Owoc

5 Testimony, AHT, p. 1381: 8-19. Thus, Orange Bang has established the strength of the mark

6 factor in both directions. Orange Bang (and VPX itself) have demonstrated that Orange Bang's use

7 of the BANG mark is conceptionally strong [arbitrary or fanciful]. And, at the same time, Orange

8 Bang (and VPX itself) have established that VPX's use of the BANG mark is commercially strong.

9 Therefore, the first *Sleekcraft* factor cuts strongly in favor of Orange Bang.

10      With respect to the second *Sleekcraft* factor, the relatedness of the goods factor, *Pom*

11 *Wonderful* is factually on point and legally significant. In *Pom Wonderful*, the Ninth Circuit ruled

12 that the district court correctly found that fruit juice beverages and energy drinks are related goods

13 because they are similar "in use and function" and sold to the same class of purchasers, even

14 though the fruit juice was 100% juice and the energy drink was carbonated. The fact that both the

15 Pom Wonderful fruit juice was pomegranate flavored and the energy drink at issue in that case was

16 likewise pomegranate flavored was not a dispositive fact. As the Ninth Circuit reasoned in *Pom*

17 *Wonderful*: "Fruit-juice beverages and fruit-flavored energy drinks are sufficiently complementary

18 and related that a reasonable consumer could connect them and be confused regarding the source of

19 the products." *Id.* at 1127. *See also Polar Corp. v. PepsiCo, Inc.*, 789 F.Supp.2d 219, 233 (D.

20 Mass., 2011) ["slush" drinks and bottled water and sodas are related goods because consumers

21 would reasonably conclude that a soda manufacturer would also produce a slush drink]. Here,

22 Orange Bang sells a frothy orange drink and one-third of their sales take place at a convenience

23 store (discussed more below with respect to the fifth *Sleekcraft* factor). VPX sells an energy drink,

24 most notably BANG Energy RTD, and ███ of its sales take place at a convenience store. Both

25 products are inexpensive, attractive to consumers who stop at a convenience store or a gas station

26 and both compete for the same customers. Stein Testimony, AHT, p. 115:13-21 [approximately

27 one-third of Orange Bang's current customers are convenience stores]; Bukovi Testimony, AHT, p.

28 2012:5 - 2013:12 (approximately ███ of BANG Energy RTD sales occur in convenience

klgj]k&+Nl]af) NY[ckYf\ JjYf_] =Yf_|k Yf\ Hgfkl]j|k eYjc]laf_ ]ph]jl Ma[`Yj\ B]gj_] %yB]gj_]z&Ydd]kla^a]\ l`Yl QKS|k ]f]j_q \jafck [geh]l] oal`af l`] _]f]jYd Z]n]jY_] [Yl]_gjq %l`]kYe] [Yl]_gjq lg o`a[` JjYf_] =Yf_ k]ddk&+Nl]af O]klaegfq) <CO) h+.0172*.-8 NY[ck O]klaegfq) <CO) h+/3-471*/2 Yf\ /3/27.3 */3/3758 B]gj_] O]klaegfq) <CO) h+//.376 *//.47.-8 E*.22)Aa_k+0*11)2/+ Dl akbmkl Yk]Ykqlg klgh YlY[gfn]fa]f[] klgj] Yf\ _jYZY kYf\oa[` Yf\ Y=Yf_ Ykal aklg klgh YlY[gfn]fa]f[] klgj] Yf\ _jYZYkYf\oa[` Yf\ Yf JjYf_] =Yf_+ Df^Y[l)l`] YjZaljYlgj Yf ]Ykadq fnakagf Yk[]fYjag o `]j] Y^Yeadq gf Y[Yj nY[Ylagf klghkklg _]l _YkYf\ ^gg\ Yll`] [gfn]fa]f[] klgj] o`a[` akfgo YhYjlg^Y_YkklYlagf+O`] Y\mdl ]an]j afalaYdd q ]f\k lg _jYZYkYf\oa[` Yf\ Y=Yf_ %l`][Y^^]af]o add]dh oal` l`] \janaf_&) Zmll`] ca\k oYfl lg _jYZYkYf\oa[` Yf\ Yf JjYf_] =Yf_ Yf\ l`] hmj[`Yk] \][akagf g^l`] [`ad\j]f af^dm]f[]kl`] hmj[`Yk]\][akagf g^l`] hYj]fl o`g \][a\]k lg _g Ydgf_oal` `akgj `]j ca\k Yf\ `Yn] YfJjYf_] =Yf_ Yk o]dd+B]gj_] O]klaegfq) <CO) h+//-57/1 *//-67.3 Yf\ /0.-7// */0..7.48 NY[ck O]klaegfq) <CO) h+/3..7/. */3./7.48 Nl]af O]klaegfq) <CO) h+..17.0*.3+ Df l`akj]kh][l) Zgl` l`] km_Yj JjYf_] =Yf_ Yf\ l`] km_Yj d]kk Yf\ [Y^^]af]dY\]f =<IB @f]j_q MO? ]f]j_q \jafc %Yf\ gl`]j =Yf_ ZjYf\]\ hjg\m[lk kgd\ Zq QKS&Yj] kaeadYj af mk]Yf\ ^mf[lagf Yf\ l`]j]^gj] l`]q Yj] hjgpaeYl] , j]dYl]\ _gg\k hmjkmYfl lg [mjj]fl dq[gfljgddaf_ Iafl` >aj[mal Yml`gjalq+DfY\\alagf) Yf\ YkYf Yka\])l`] KOJ ^gje]\ Yf ghafagf l`Yl l`] hjg\m[lk Ylakkm] af l`ak [Yk]o]j] j]dYl]\ _gg\k Z][Ymk] l`] KOJ hj]nagmkdq j]b][l]\ gf] g^QKS|k Yhhda[Ylagfk ^gj l`] =Yf_ ÄeYjc ZYk]\ gf Y^af\af_ l`Yl QKS|k hjg\m[lk Yj] y'a_`dq j]dYl]\z lg JjYf_] =Yf_|k hjg\m[lk %Yf ghafagf Y\eall]\dq ZYk]\gf hYh]jogjc Yf\ fgl gf Yljm] klm\q g^l`] eYjc]lhdY[]&+AOO @p`aZal1.) h+/+ QKS|k j]daYf[] gf l`] Df^gN[gmkl km\q)Yl` gjgm_`dqmf[gfnaf[af_ \g[me]fl Yf\ Yf mfh]jkmYkan] Yj_me]fl %k]]\ak[mkkagf Z]dgo&\g]k fgl [` Yf_] l`ak [gf[dmkagf+<k Yj]kmdl) l`] k][gf\ *AVOOUM'KP* [gfkl][mlk[gfnaf[af_dq af ^Yngj g^ JjYf_] =Yf_+

Ral` j]kh][l lg l`] l`aj\ *AVOOUM'KP* ^Y[lgj)l`] kaeadYjalq g^l`] eYjck ^Y[lgj)l`] [gmjlkdggc lg Yf Yhh]YjYf[])kgmf\) Yf\ e]Yfaf_ l]kl+ *7\YXRKa)U/* A+1l`Yl..318 *4Y\^_XO2cXKWSMPXM%DSM^Y\SK4OM\O^Y\OJ0\KXN;QW^%7XM/%5* A+0\.-/2) .-0/ %6l`>aj /-.-&+ Ral` j]kh][l lg kgmf\) l`] kgmf\ g^l`] =<IB eYjc aka\]fla[Yd+Ral` j]kh][l lg e]Yfaf_) l`] e]Yfaf_ g^l`] =<IB eYjc akYdkg a\]fla[Yd+Ral` j]kh][l lg Yhh]YjYf[])l`] mk] g^l`] eYjck akkge]o`Yl

\a^^]j]fl af l`] eYjc]lhdY[] Z][Ymk]`]q `Yn] \a^^]j]fl Y[[geh Yfqaf_dg_gk\ZmlZgl` hjg\m[lk

Yhh]Yjaf l`] eYjc]lhdY[] oal` Yhjgeaf]fl mk]g^l`] ogj\ =<IB +NaeadYjala[Xn] _j]Yl]j

o]a_`l l`Yf \a^^]j]f[]k+ *5YBY%MYWXKM%'EKV`2S]XOclY%*/-/ A+0\..66) ./-3 %6l`>aj+/---&+

<k l`] Iafl` >aj[malYdk\klYl]\\af *5YBY%MYWX| _j]YlYl]j l`] kaeadYjala[Z]llo]]f l`] log eYjck) l`]

_j]YlYl]j l`] dac]da`gg\g^ [gf^mkagf+7N%C]jj]) l`] kgmf\ Yf\ e]Yfaf_ Yj]a\fla[YlYdYf l`]

Yhh]YjYjYf[]])Ydl`gm_`gl a\]fla[Yd)ak[]jlYYfdqkaeadYjYjZY][Ymk] Zgl` eYc]g^l`] =<IB eYjc

Zq hdY[af_Yaf Yklljgf_]]eh`Ykak gf l`] ogj\ y=Yf_z+Df^Y[l]l`) KOJ klYl]\\af YffJ^^a[a] <[lagf

G]ll]j j af hgke]g af jj]khgjfY[k lg YljYY\eY[jj QKS l`Yl]l`] mk] g^l`] l]ije y=Yf_z aklY`

y\a^fYkgj Y^]YlYmj]]zZg^ l`] mk]g^l`] =<IB eYjc Yf\ l`YlY ge afaY^fl `]Ylmjmja aknajj jq ka_fa^a[afl

af [j]YlY_ Y[_ee]]j[]af[aYd aeh]]jjh]jaf gf [gfkme]]jk gmlaf l`] eYjc]lhdY[][]]+<k l`] KOJ hmlal7

y=<IB akn]]jq ka_fa^a[afl`af[aYd_ Y[_ee]]j[]af aeh]j[]fgmlaf `]]jj) Yf\ `af eYn[]j]fkljaf

kgmf\\) Yhh]YjYjaf[]]Ydjafl] af af af [af[[z) Yfjl hjfkg n]]ll] af^\ j Yjaj] AVOOUM\KP^

^YjaeY\dgafkljaf af dq^Ykljaf[]af ^]Yjjaf Y^f`)^JjYf_) =Yf_z+

DfYk]m[`Ykl`]m]]k]akYjj_][gfkme[kYf\Z][Ymk]`j] I afl``Yjj ]j]ak[gfkme]jk\l`]kgd]Y\l`[jjl]]la_daf]kj

l`]Yl]] ^Ykljj`\j]a]]Yl[AVOOUM\KP^^af[]af aekljj jagkg^^afgffkljaf)l`af) hag `YYngl]Yn[dq Ykjdd]]jj

^Y[ljjj[]]j gj [ag^af]afljagkg^f `]af;) ^ajlg^af[ Y^f`) ^Y[ljj[]]j [g af af af[[ YnAVOOUM\KP^

YdjafY[\q`djY]af_g^]agf] lg [gf[]]k\ af l`]jj]OKS[] kaeadYjYZ]Y[c] af^j`]] eYf` YnaY] af ^]Yjjaf

af^]Yjj] af^]Yjj]fl `YljZYl`j[]] QKS Yf\ af af[[Yf_j g^]JjYf_) =Yf_z+

Ral] j]kh][]]) l`Yl[g^^jjjj[][] AVOOUM\KP^^afYjYjaf) l`] Y[]af[]]aij]^]aelajj[afl`]] af_aljZ][Ymk]

l`] ]af] af ^kljjj] Ydjafjal]] af] jjaf] af] af_g^] Y[] afal] Ydjafjal]]

af] af] af[]]]] af] af] lg af[] eYf` af^jjj af

266 A+/\ Yl020+ 7\YXRKaY// A+1l`\Yl..328 >VKcLY3X^O\]%7XM%*'<O^]MKZ00WWMgXYlX\Z+)021

A+0\.-/-) ./-3 %/--1&+Dfl`ak [Yk])`go]n]jj) JjYf_] =Yf_\ Hgfkl]jj `Yn] ]j_Y_]\ Yf] j]kh]]jaf

CgddYffljjj[fj\j]lg af [gf\m[[Y Ykjmfdjj af] YljiY] af_mjf]q\\)af] af] lg af j]af] af_mjf]q\\)af] af] lg

af] af_af[fljYl] af] af[ijfYfl_[]k km^^af[YjdY[jf\)]jarajj\)af] af] lg af[]YnjiYfdj

.-/2)  .-02  %6l`>aj+/-.-&8 ;_^%=P=WKRK7X]%Y%%4gnYc) 503 A+/\ 064) 1-- %5l`>aj+.654&+

QKS ak[jala[Y¢^CgddYf\]j|k kmjn]qe]l`g\gdg_q  Z][Ymk]Y[[gj\af_ lg QKS) CgddYf\]jeY\]

mk]g^l`] yNimajlæ]l`g\gdg_q) Y\ak^Yngj]\kmjn]qe]l`g\gdg_ q) afkl]Y\g^l`] y@n]j]Y\qz

e]l`g\gdg_q) o`a[` ak[gfka\]ji\ l`] _gd\klYf\Yj\^gj kmjn]qe ]l`g\gdg_a]k Yf\) l`]j]^gj])

Y[[gj\af_ lg QKS) CgddYf\]j|k kmjn]qaklYafl]\ Zq d]Y\af_im]klagfk Yf\ g^n]jq dalldjYdm¢j

o]a_`l+` CgddYf\]j\]jl]kla^a]\Yll`] YjZaljYlagf]Yjaf_) kge]o`Yl ]eh` Yla[Yddlj]jYl`] \a\ fgl

eYc] mk]g^l`] yNimajlæ]l`g\gdg_q ^gj`ak kmjn]q)Zml]jYl`] mk]g^Yyeg\a^a]\a^a]\\ Nimajlz

e]l`g\gdg_q) Ykmjn]jnqZYYk]\Ykmjn]jnqZYYk]\Yf Yhjg\m[l daf]*mhaf`o`a[` l`] kmjn]jnqj]khgfdemt]kYj]jk[go]]\ Yf

YjjY¢c^ZjYf\\\ hjg\m[l(lk) gf] Y^l]jlj\ gl`]j) jglYYf\g_^ gj\]jaf_) hjg\m[lafd]af\ afl`]kg^mdf

l`Yl fg hjg\m[l \`] Y\` lgg em[``jgeaf\s af gj\a\]jlg lg Ynga\ZaYkYnga\ZaYk o`a[` aklYqda[gm[Yddqha[Yddq[Yddq[Yddq

mk]\o`f af`] l`] kmjn]jnq]Yhfdg jg^g\ `Yn] f]jjq`gg\ ]Yn]YaZa^Yjl hg^ `lhgf^]\ l kl

[Ykja\q^ZaZghYgemd^]kmjn]fl g`Yd[kjgfdj g^gYf]mdf l`]jnq\Ynfbmfgegdffjl]jkkjkkjk

@f[jj_q MO?)`Yn]]n]j `Yn]\ ]`Y`Yn]\ `Yn]gfl`]ggl`]]gl`]]h]gggf^Y_dag_aj^gllhaYa^]haYh

/M^S`O(ZY\^]:SPO]^c KD0/ ::1 `%=VN<K`c#::1 )/-.0 RG ../06052 %>+?+Yd+.0&) l`]

\]^]f\Yfl af l`] ljY\]eYjc af^jaf_]e]fl Y[lagf^^ad\\Yeglagf af deaf]\ lg ]p[dm\]\ Ykmjn]jnq

[gf\m[l]\\ Zq l`] hdYafla^^kmjn]fljn]q]ph]jl) o`g `Yhh]f]f Y_ Z]l l`] kYe_] ]ph]jl af l`ak[Yk]**

CgddYf\]j\]j+Df^`Yl[Yk])CgddYf\]r]Yc) mk]g^`Yy\af]*mhalnhjg\d]gdzfgdzfgdzfddodz gf \

Yfgl`]jj`gdgdj j%af]`Yj]k[Yk]f]Yf\]kjzj\ `Yn]g^l` [Yfk^]*mhalnhjg\d]gd\d\\l`Yk]jl

CgddYf\]jeY\] mk]g^YfYfY]qeg\a^]]jYnn\ kmjn]fljn]qklaemdmaq_gf^ lg kmjn]jnq]Yj`]ha^lk\l`]f Yf\]k]\n\jY

gl`]jj`gj`] hjg\m[lk ^_gj[gfgnhga[k]h]jn]ga^^]af] aceldpg`]j`\h\\oh\n]j`haj`lk\ aj`]\h`hh]]]

[gflj\]dk^ZYkgadl^]kkjkjY\] hlhjllhf^]al^] f]dnhYn`Yl^]\])\`Yjnjl][m fgmYnilhl\]d gthj^ag  %fg

dpeaqg^l`]\` ]Yf\^m j]jg\af^] __aj]jk]]^af]jnhhgdfkhglfjg^]g\haofjf_gdl^g[dhzhlkhp

42

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

j][g_falagf oal` kmjn]qj]khgf\]flk& Yf\ Z][Ymk]`] hjg\m[lk o ]j] fgl kgd\ka\]*Zq*ka\]af l`]

eYjc]lhdY[] %`]j]) Zgl` ka\]k [gf[]\] l`Yll`] hjg\m[lk o]j] kgd\ af l`] kYe] [gfn]fa]ff[] klgj]k)

fgl ka\]*Zq*ka\])Ydl`gm_l`]j] oYkkge l]klaegfq l`Yl[gfn]f a a]ff[ klgj]k Yj]kg keYdd)

]kh][aYdda Yddqaf _Ykkl Ylagfkl`]Yll`] hjg\m[lk o]j] h`qka[Yddm[dgdk]fgm]` lg ]Y[`gl`]j lg lg Z] lj]Yll`

Ykl`gm_l`] l`]q o]j] kgd\ka\]*Zq*ka\]]+B]gj]_] O]klaegfq) <CO) h+//.-7.3    w//..7  /-) /.2/7

..*.1&+ O`] \]^]f Yfl  af /M^S`OlZY\^]:SPO]^cVO]l)\Yeglagf af daeaf] lg ]p[dm\] CgddYf\[\]j]k

l]klaegfq ZYk\]\gf Yfaehjgh]j kmjn]jq]l`g\g_\g_q) ZmlEm\]_]N]\dfY\]fa]\  l`] eglagf af daeaf]

Yf\ jmd]\l`l`]YlCgddYf\[\]j]k kmjn]jqdaf]l`g_\g_q  oYkhjghj]j Yf\ l`]Yl`]`af_af_\af_g^//"  ^gj

l`] dac]da\a`gg\g^[gf^mkagfkmjn]jql]klaegfqYkY\eakkaddali bal.af_;M1K\^Rc#0/7.44 Yf\ 4Y\^\_XO2cXKWSM#

7XM%0DSM^Y\SK4g)DM\OI^Y\OD)KXN;QW^%0#7XM]%5 A+0\.-/2)  .-04  %6l\>aj+/-.-&]+ C]j]) af

gmj[Yk])alYhh]Yj]k`Yk Yl`Yl`]YlCgddYf\[\]j]k mk]g^`jkk]flaYYddq] kYe] kmjn]jq]l`g_\g_q af o`a[]`  oYk

Yhhjgn]\ af /M^S`OlZY\^]:SPO]^cVOgddYf\[\]j] kmjn]jq]q]\\l`d]ffYfl fl YfleYj[Y]j) kgl`l`j]]flaflYYdda Yf\

Yl`[gfn]jnfja]ft\   klgj]k)` Y Yn `Yhjgh]jlj]k k[\j]]f[j]]YhmYf[kf]a[kdagfkfl`Yjkfa]^Y[la]j^laffalgldk]fgm]`a

^^a]jnfja]ta]\  af j]kf]\flj]^Yj[`l` klgjkah]lgkYfgkgsljagafhdkmk]okhdkaga]fkjfla]kgjkaf]\k]gjkaf]\kmjn]jq

1   2290:6-17, 2171:12-19; *see* Exhibit 5324.  As set forth above, Stein testified that one-third of

2   Orange Bang sales take place at convenience stores and as Bukovi testified approximately ▮▮ of

3   BANG Energy RTD sales, VPX's biggest selling product by far, take place at convenience stores.

4   As the Ninth Circuit ruled in *Pom Wonderful*, where sales channels converge and the parties'

5   customer base overlap, the fifth *Sleekcraft* factor weighs in favor of the plaintiff.  *Pom Wonderful*,

6   775 F.3d at 1130-31.  Here, there is no dispute that Orange Bang and VPX compete for customers

7   in convenience stores where a large percentage of both of their sales take place.  Accordingly, the

8   fifth *Sleekcraft* factor cuts strongly in favor of Orange Bang.

9          With respect to the sixth *Sleekcraft* factor, the degree of consumer care factor, it was

10  convincingly established at the arbitration hearing that consumers comprising the relevant market

11  at issue in this case "exercise a low degree of care and sophistication when selecting inexpensive,

12  single-serve" drinks like "juices" and "energy drink[s]."  *Pom Wonderful*, 775 F.3d at 1127;

13  *Brookfield Commc'ns, Inc. v. W. Coast Entm't Corp.*, 174 F.3d 1036, 1060 (9th Cir. 1999); George

14  Testimony, AHT, p. 2206:24 - 2207:3, 2207:20 - 2208:9, 2209:24 - 2210:15; *see* Exhibit 1132.

15  Monster's CEO Sacks also testified that convenience store purchases are "impulse" buys.  Sacks

16  Testimony, AHT, p. 2614:20 - 2615:20.  In *Vital Pharms., Inc. v. PHD Mktg., Inc.*, 2020 WL

17  6545995, (C.D. Cal. 2020), VPX filed a trademark infringement case against a company which

18  sold e-cigarettes.  In the litigation, VPX's Bukovi submitted a declaration in which he stated that

19  although VPX promotes a health conscious brand, its consumers are not necessarily health

20  conscious in every instance or even in most instances, a declaration upon which the court

21  specifically cited and relied.[20]  In other words, it was VPX who argued that many, or most, of its

22  consumers exercise a low degree of care in making the purchase decision.  In that case, Judge Lew

23  ruled that (i) where consumers exercise a lesser degree of care, there is a higher likelihood of

24  confusion, citing *Network Automation, Inc. v. Advanced Sys. Concepts*, 638 F.3d 1137, 1152 (9th

25

26

27  [20] In addition, in the 2020 case of *Vital Pharms.*, VPX also argued that the BANG mark is an *arbitrary* mark, thus admitting that the BANG mark is conceptually strong for the purposes of the first *Sleekcraft* factor.  *Vital Pharms., Inc. v. PHD Mktg., Inc.*, 2020 WL 6545995, at *3.  Judge

28  Lew did not decide that precise issue, ruling instead that the BANG mark is at least suggestive (i.e., more than descriptive).  *Id.* at *4.

>aj+/-..&8 %aa&]f a^kge] g^l`] [gfkme]jk ]p]j[ak] _j]Yl]j [Yj]) l`Yl ]d]nYl]\ klYf\Yj\ g^ [Yj] ak fgl Yhhda[YZd] ]j] gfdq kge] g^ l`] [mklge]jk eYq Z] egj] kgh`akla[Yl]\ 8 Yf\ %aa& Z][Ymk] g^ l`] dgo hja[] hgaflk g^ Zgl` l`] =<IB @f]j_q MO? Yf\ l`] \]^]f\ Yfl|k ]*[a_Yj]ll]k) [gfkme]jk Yj] egj] dac]dq lg ]p]j[ak] Yd]kk]j \]_j]] g^ [Yj] af eYcaf_ l`] hmj[`Yk] \][akagf Yf\) l`]j]^gj]) l`ak ^Y[lgj oa_`]\ af ^Yngj g^ [gf^mkagf+ *DS^K>RK\WJ]Y%* l`3*4+ Dfl`ak j]kh][l) QKS lggc Y hgkalagf af l`Yl [Yk] o`a[` akaf[gfkakl]fl oal` l`] hgkalagf al ak[mjj]fldq lYcaf_ gf l`] kapl` *AVOOUM^XP* ^Y[lgj+ Dfk`gjl) _an]f l`] dgo hja[] hgafl ^gj Yf JjYf_] =Yf_ Yf\ ^gj l`] =<IB @f]j_q MO?) l`] ]na\]f[] \]egfkljYl]k l`Yl l`] \][akagf lg hmj[`Yk] YZ]n]jY_] YlY[gfn]fa]f[] klgj] akY kfYh \][akagf o`]j] l`] [gfkme]j \g]k fgl kh]f\ Ydglg^ lae]) ]f]j_q gj k[jmlafqaf eYcaf_ l`Yl hmj[`Yk] \][akagf Yf\) l`mk) l`] kapl` *AVOOUM^XP* ^Y[lgj [mlk kljgf_dq af ^Yngj g^ JjYf_] =Yf_+

Ral` j]kh][l lg l`] k]n]fl` *AVOOUM^XP* ^Y[lgj) l`] afl]fl g^ l`] \]^]f\Yfl ^Y[lgj) l`] Iafl` >aj[mal`Yk `]d\ l`Yl) af Yj]n]jk] [gf^mkagf [Yk]) a^ l`] af^jaf_]j Y\ghl]\ l`] eYjc oal` Y[lmYd gj [gfkljm[lan] cfgod]\_] g^ l`] k]fagj mk]j|kljY\]eYjc) gj l`] af^jaf_]j akYl^Ymdl gj fgl Y\]imYl]dq j]kh][laf_ l`] ja_`lk g^ l`] k]fagj mk]j) l`]f l`ak ^Y[lgj oadd o]a_` af ^Yngj g^ l`] hdYafla^^+ *0\YYUPSO)V.4M* A+0\Yl.-268 *7\YXRKaU/* A+1l`Yl..34*..358 *;M1K\^Rc*) N][lagf /07.+ <dl`gm_` l`]j] oYk fg ]na\]f[] hj]k]fl]\ l`Yl QKS *JOVOM^QN* =<IB eYjc oal` l`] afl]fl g^ ljY\af_ g^^ g^ l`] _gg\oadd g^ JjYf_] =Yf_) l`]j] oYk hd]flq g^ [gfnaf[af_ ]na\]f[] hj]k]fl]\ g^ QKS|k [YnYda]j Yllalm\] YZgml Y\`]jaf_ lg l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 ? oal`af l`] /-.- N]lld]e]fl <_j]]e]fl %o`a[` QKS gZnagmkdq c]o YZgml Z][Ymk] al k>@J E+ Jog[ hYjla[ahYl]\ af alkf]_glaYlagf Zq `Ynaf_ [gfn]jkYlagfk Vmak[dgk]\ [gfn]jkYlagfk W oal` `ak Yllgjf]qk Yf\ Z][Ymk] l`] ka_f]\ alY^l]j.. egfl`k g^ f]_glaYlagf&af Ykem[` Yk E+ Jog[ l]kla^a]\ l`Yl `] f]n]j lgd\ `ak eYjc]laf_ ]ehdgq]]k gj `ak \akljaZmlgjk km[` Yk K]hka) YZgml l`] /-.- N]lld]e]fl <_j]]e]fl Yf\ `ak eYjc]laf_ Yf\ gl`]j ]ehdgq]]k l]kla^a]\ l`Yl l`]q o]j] f]n]j lgd\ YZgml l`]k] Ydd*aehgjlYfl j]klja[lagfk ]al`]j) \]egfkljYlaf_ Yf afl]fl g^ [YnYda]j af\a^^]j]f[] YZgml `gfgjaf_ l`] ja_`lk g^ l`] k]fagj mk]j Yk]eZg\a]\ af l`] /-.- N]lld]e]fl Y_j]]e]fl+ *AOO* E+ Jog[ O]klaegfq) <CO) h+./467.6*/0) ./437.4 *./447.38 =mcgna O]klaegfq) <CO) h+/.-57.2 * /.-6708 H+ Jog[ O]klaegfq) <CO) h+016074*/.8 No]]f]q O]klaegfq ) <CO) h+0.-27.0*/-8 Ga O]klaegfq) <CO) h+.1317.0*.3+ O`] ]na\]f[] Ydkg k`gok l`Yl QKS ^dgg\]\ l`] eYjc]lhdY[] oal`

Y\n]jlakaf_%ljY\alagfY\d n]jlakaf_Yf\ kg[aYd e]\aY hjgeglagf Y\d Y\n]jlakaf_&^gj alk =Yf_ ZjYf\]\ hjg\m[lk \]khal] `Ynaf_ Y[lmYd gj [gfkljm[lan] cfgod]\_] g^ JjYf_] =Yf_|k kmh]jagjalq _`lk lg l`] =<IB eYjc o`a[` k`gok Y[mdhYZd] akj]_Yj\ ^gj l`] jakckg^j]n]jk] [gf^mkagf)Yf afl]fl o`a[` dac]oak] kYlak^a]k alk ]d]e]fl g^ afl]fl]+ ;K\UO^[_O]5\Z%#XM%071 1Y\Z%)53/ A+0\6/4) 601* 602 %6l`>aj+/-.4&8 =mcgna O]klaegfq) <CO) h+/...7.6 */../7. 38H+Jog[ O]klaegfq) <CO) h+ 016/75 *0162738 No]]f]q O]klaegfq) <CO) h+0.-272*//8 E+Jog[ O]klaegfq) <CO) h+./437.3 * ./5-7.6+ <k Yj]kmdl)l`] k]n]fl` AVOOUM^XP gj[mlk[gfnaf[af_dq af^Yngj g^ JjYf_] =Yf_+

Ral` j]kh][l lg l`] ]a_`l` AVOOUM^XP gj)l`] dac]da`gg\g^ ]phYfkagf g^ l`] hjg\m[l daf]k ^Y[lgj)l`] ]na\]f[] \]egfkljYl]k) Ydl`gm_`[]jlYafdq fgl gn]jo `]deaf_ ]na\]f[]) l`Yl QKS `Y\ Ydj]Y\q]fl]j]\ JjYf_] =Yf_|k eYjc]l ^gj _]f]jYd Z]n]jY_]k Yf\ l`Yl JjYf_] =Yf_ `Y\ [gfka\]j]\) Yf\ kmhhgk]\dqkladd dk[gfka\]jaf_) ]phYf\af_ aflg [Yff]\ hjg\m[lk+Nh][a^a[Yddq)l`] l]klaegfq \]egfkljYl]\ l`Yl o`ad] QKS dYmf[`]kYf]o ^dYngj g^ =<IB @f]j_q MO? ]n]jq 6- \Yqkaf gj\]j lg klaemdYl] kYd]k) JjYf_] =Yf_ `Y\ ]phdgj]\ l`] hgkkaZadalq g^ k]ddaf_alk JjYf_] =Yf_ Z]n]jY_] gmlg^ Zglld]k jYl`]j l`Yf gmlg^ l`] ^gmflYaf akh]fk]j+ Bjmf]oYd\ O]klaegfq) <CO) h+.54/74*.38 Nl]af O]klaegfq) <CO) h+6475*6576).-.74 *..17./8 @p`aZal -23+ O`akl]klaegfq \]egfkljYl]k Yld]Ykkge] e]Yfaf_^md]^^gjl gf l`] hYjlg^ JjYf_] =Yf_ lg ]phYf\ alkhjg\m[l daf] Yf\) l`]j]^gj]) l`] ]a_`l` AVOOUM^XP gj[mlkkge]o`Yl af^Yngj g^ JjYf_] =Yf_+

Df 0\YYUPSOVYXWWMgXJ#XM%E%1YK]^%3X^%1Y\Z%).41 A+0\.-03) .-25 %6l`>aj+ .666&)l`] Iafl` >aj[mal^gmf\ Yykljgf_z dac]da`gg\g^km[[]kkgf l`] e]jalk ^gj l`] hmjhgk]kg^Y hj]daeafYjq afbmf[lagfo`]j] gfdq l`j]] g^ l`] ]a_`l AVOOUM^XP gjko]j] e]l+ Df >YW EYXNO\P_V##42 A+0\Yl..0/) l`] Iafl` >aj[mal dac]oak] ^gmf\ Y[d]Yjdac]da`gg\ g^km[[]kkgf l`] e]jalk ^gj l`] hmjhgk]kg^ Yhj]daeafYjq afbmf[lagfo`]j] gfdq ^an] g^ l`] ]a_`l AVOOUM^XP gjk o]j] e]l+ C]j]) Ylk]l ^gjl` YZgn])l`] ^ajkl l`j]] AVOOUM^XP gjk)l`] egkl aehgjlYfl ^Y[lgjkaf Y j]n]jk] [gf^mkagf[Yk])Ydd a_` kljgf_dq gj [gfnaf[af_dq af^Yngj g^ JjYf_] =Yf_+ Hgj]gn]j) Ydd ]a_`l g^ l`] AVOOUM^XP gjko]ja_` kljgf_dq gj [gfnaf[af_dq af^Yngj g^ JjYf_] =Yf_) oal` l`] hgkkaZd]]p[]hlagf g^ l`] ]a_`l` ^Y[lgj o`a[` o]a_`k kge]o`Yl af ^Yngj g^ JjYf_] =Yf_+ O`mk) ZYk]\gf l`] lglYdalq g^ l`] [aj[meklYf[]k) l`] YjZaljYlgj[gf[ dm\]kl`Yl JjYf_] =Yf_ `Yk ]klYZdak`]\Ydac]da`gg\g^ [gf^mkagf YkZ]lo]]f JjYf_] =Yf_|k yJjYf_] =Yf_z hjg\m[l Yf\ l`]

QKS =Yf_ ZjYf\]\ hjg\m[lk) af hYjla[md`j<IB @f]j_q MO?+<[[g j\af_dq) l`] YjZaljYlgj]j]Zq ^af\k l`Yl QKS akdaYZd\dt JjYf_] =Yf_^gjljY\]eYjc af^jaf_]e]fl %Yfl`] gl`]j [dYaekj]dYl]d\ lg ljY\]eYjc af^jaf_]e]fl fl) *JOO* gglfgl] .4 YZgn]]&+

'?' Ba`WfSdk9S_SYWeXad`dWSU2X8a`fdSUf S`V Xad`dSVW_Sd]>`Xd[YW_W`fnIZdWW EafW`f[SBWfZaVa^aY[We

<[[gj\af_ lg QKS]k \YeY_]k ]ph]jl <^j]o Qgl` %yQgl`z&l)]j] Yj] l`j]] hgl]flfla Yd e]l`g\g\dg_a]k lg [gfka\]j ^gj l`] [Yd[mdYla`g^`\YeY_]k ^gjZj]lY[ g^[gfljY[l Yf\ ^gj ljY\]e]fl af^jaf_]e]fl af l`ak[Yk]+O?} l`j]]] e]l`g\g\dg_a]k Yj]7%oa&]Ykmj]jl``] \an]jkkacgf]f g^\kdY]lk hjg^alk ^jge JjYf_] =Yf_ lg QKS8%add&$k [Yd[mdYla`g^ Yj]YkgfYZd]jgqYdlq&Yf\ %aax&$$ak_gj]]fl g^ hjg^alk[Yd[mdYla`g^a`') Y[[gj_lgQgl`> emkl^Y[[lgjaf YfYhhgjljagefe]fl YfYdqkak+k4O@}p`aZal 205/8 ??S.-03+

#*$ 9[hWde[a`aXHS^WEdaX[f&Xda_DdS`YWS`Y fa KEM

<[[gj\af_ lg Qgl`]k ]ph]jl hj]k]flYd]jlagf gf l`] akkml`k^\YeY_]k ]tj`YeY_]k) l`j`^`ajklle]l`g\g\dg_a lg [gfka\]j aklg e]jYkmj]j l`] Yegmfl g^ JjYf_] =Yf_]k kYd]k hjg^^kalko`a[j` o]j`k \an]jl]dj\ YoYq^`jge JjYf_] =Yf_ lg l`] Z]f[]^al g^QKS+ Cgo]n]jj) YkQgl` [gjj][ldq hgpafl mgml]j']`k akfg ]na\]f[e )l`Yl af_qk kYd]j\k hjg^^\ee) al g^^ Zgmf^\^gj]l\ Zn]jl]j] hijkl]t^\af^l mhoal` QKS+ *AOO*?S.-03*0+ Agj l`ak j]YkgfjfN]YSjfl`ak^^ajkkkle]l`g\g\dg_ Y\ \\jaokk]\\ ZqQgl` akfgl l`YhY[l]d Yh`Yfd]jjajjnj]Ykmj]l g^kj]dq \YeY_]k km^^]jZ]d\Zq Hgfjlk]l`kjkkgjmm\ffkQKS =Yf_ af l`ak[Yk[^\gj l`k`Zj Zj]Y[]`\l`kk /-.- <_j]]l]fl gj ljY\]e]fl af^jaf_]e]fl j]j^]lgj]tk] lg YZgn]l+

#+$ IZW8S^Ug^Sf[a&aXS GWSea`ST^WWakS^fk

O`k]] k]d[gfj]j] e]dl`g\g\dg_q *ok`o]a[k Zgl` Qgl` Yf\ Hgjfkljk]Ol[jjk`) *,) JjYf_] =Yf_+lk phjkjil Egjjf`f Kdmeh]hj%yKdmeh]hjZ&&_j]jj]] akYfYjeYYYbYbhhkgjjYhajaYlj]YY]k]e]dl`g\g\dg_q *^gj Zgl` YZjjY]j`] g^[gfljajYY[l [dYYef\^\^\gjjYlaeYY]eec af^jaf_]e]fl [dYYY]j lj)]]JjYkkgfjfYYjjZ]j&_jqQd]ldrY]j`\l`g\g\dg_q *^ ]k_j]jj]] jjjjZg]dg_q *fj]ah^\da[laf_%[Yk]dY]dYY[j]f\dY[jjafljk^\+akd^`_d[jY]t^d)-Yk]dY]j`\k]e]dj[dYY]lg go[af\^ jjjjZ]jj_ *^kY]kk]l`m ]YkmjjkkgjjfjjkkgjjjaY]eaf^dqk`al[gfjfl]hg[[jjar]gaklk^Yjhaam]qYqfffnj)qeg]j`fj) af[[j\qjq [dY]j\Ykk]d^Yqmg_)qjmm]Yj^\p]la]dhpj[Yhkk^\lqajq )l]jgekt]j`kg]l`g\+

5-
ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

1   be imposed on the reasonable royalty in an amount tied to the purported 2010 value of the BANG
2   mark, which is, in part, the reasonable royalty damages model as presented by Voth.  These
3   disagreements are also discussed below.

4          However, and importantly, both Voth and Plumpe agree on the starting point of the
5   calculations.  Both Voth and Plumpe agree on the amount of the total net sales generated by the
6   sale of products making use of the BANG mark since August 11, 2010, $███████ according to
7   Voth and $███████ according to Plumpe, virtually identical numbers.  *See* Voth Testimony,
8   AHT, p. 3860:5-18; Plumpe Testimony, AHT, p. 2861:6-25.  In addition, both Voth and Plumpe
9   agree on the amount of the net sales generated by the sale of products making use of the BANG
10  mark since August 11, 2010 outside the Nutritional Channel, $███████ according to Voth and
11  $███████ according to Plumpe, once again virtually identical numbers.  *See* Voth Testimony,
12  AHT, p. 3863:17 – 3864:2; Plumpe Testimony, AHT, p. 2869:19-22.  Simply stated, the two
13  expert's calculations as to the starting point for the royalty base (defined and discussed below), for
14  the purposes of calculating the amount of a reasonable royalty, are extremely close to each other.
15  In short, the experts essentially agree on these calculations.

16         However, before even addressing the reasonable royalty calculation as presented by Plumpe
17  and as presented (albeit differently) by Voth, a threshold question must be answered first.  Is a
18  reasonable royalty even a proper monetary remedy for a breach of contract claim under California
19  law and in a trademark infringement action under federal law?

20             **(3)    The Recovery of a Reasonable Royalty for the Breach of Contract Claim**
21         In *Artifex Software, Inc. v. Hancom, Inc.*, 2017 WL 4005508 (N.D. Cal. 2017), the district
22  court held that, under California law, a reasonable royalty may be awarded in a breach of contract
23  case.  In *Artifex*, the defendant made use of a computer software product pursuant to a "free" open
24  source license.  However, the license was only free under certain circumstances.  A party seeking to
25  use the computer software had three choices: (1) enter into a commercial license and pay a license
26  fee; (2) use the computer software for free, pursuant to the free license, provided that the defendant
27  did not modify or distribute the computer software; or (3) use the computer software for free,
28  pursuant to the free license, and modify or distribute the computer software, but, if so, the user had

lg eYc] kmj]l`Yl l`] j]kmdlaf_ eg\a^a[Ylagfk o]j] l`]ek]dn]k gh]f kgmj[] o`a[` j]imaj]\ l`] mk]j lg eYc] l`] eg\a^a]\ kgmj[] [g\] YnYadYZd] lg gl`]jk Ylfg [`Yj_]+ O`] \]^]f\Yfl Ydd]_]\dq Zj]Y[`]\ l`] ^j]] da[]fk] Y_j]]e]fl Yf\ l`] \]^]f\Yfl CYf[ge ^ad]\ Yeglagf ^gj hYjlaYd kmeeYjq bm\_e]fl Yklg l`] akkm] g^\YeY_]k) Yj_maf_ l`Yl l`]j] [gmd\ fgl hgkkaZdq Z] Yfq \YeY_]k Z][Ymk] l`] da[]fk] oYk alk]d^ Y^j]] da[]fk] Yf\ l`]j]^gj]) <jla^]p [gmd\ fgl ]klYZdak` YdgY^ l`] j]imakal] ]d]e]flk ^gj Y[dYae ^gj Zj]Y[` g^ [gfljY[l+ Dfj]khgfk] lg l`] akeglagf ^gj hYjlaYd kmeeYjq bm_e]fl gf l`] akkm] g^\YeY_]k) l`] \aklja[l [gmjl jmd]\ l`Yl Yf Yhhjghja Ylp Yq lg e]Ykmj] l`] \YeY_]k km^^]j]\ Zq <jla^]p j]kmdlaf_ ^jge CYf[ge|k Zj]Y[` g^ l`] ^j]] da[]fk] Y_j]]e]fl oYk lg \]l]jeaf] l`] Yegmfl g^ Yj]YkgfYZd] jgqYdlq l`Yl <jla^]p ogmd\ `Yn] j][]an]\ `Y\ CYf[ge ]fl]j]\ aflg l`] [gee]j[aYd da[]fk] %[`ga[] fg+ .&lg mk]l`] [gehml]j kg^loYj] Ylakkm]+ Df hYjla[mdYj) l`] \aklja[l [gmjl jmd]\ l`Yl al [gmd\ mk] l`] nYdm] g^ l`] [gee]j[aYd da[]fk] YkYZYkak ^gj l`] \]l]jeafYlagf g^ \YeY_]k Yf\ j]Ykgf]\ l`Yl Yj]YkgfYZd] jgqYdlq eYq Z] mk]\ Yk l`] e]Ykmj] g^ \YeY_]k ^gj l`] Zj]Y[` g^ Y[gfljY[l mf\]j >Yda^gjfaY dYo+ 7N% Yl 0 %

Df *1OVO\S^ B*OMRXYVYQSO*OK%@YMUaO*TVVO\XK^SYXKV* \YZY\K^SYX* .2- A+0\ .021 %A]\+ >aj+.665&)l`] A]\]jYd >aj[maj]na]o]\ Ybmjq n]j\a[l gf Y ljaYd ]Yj\ af l`] >]fljYd ?aklja[l g^ >Yda^gjfaY Z]^gj] Em_] @\oYj\ MY^]]\a]+ Df *1OVO\S^ B*OMRXYVYQSO*J hdYafla^ >]d]jalYk afn]fl]\ Yl][`fgdg_q o`a[` af[j]Yk]\ l`] jYl] g^ \YlYljYfkeakkagf gn]j Y[]ddmdYj l]d]h`gf] f]logjc+ >]d]jalYk Yf\ Mg[co]dd ka_f]\ Yfgf*\ak[dgkmj] Y_j]]e]fl Yf\) l`]j]Y^l]j) l`] ]p[mlan]k g^ >]d]jalYk e]l oal` Mg[co]dd Yf\ \ak[dgk]\ l`] \]lYadk g^ alk f]o afn]flagf lg Mg[co]dd+ Mg[co]dd dYl]j eY\] mk] g^ l`] f]o afn]flagf) _anaf_ jak] lg Y[dYae ^gj Zj]Y[` g^ [gfljY[l mf\]j >Yda^gjfaY dYo) af Y\\alagf lg hYl]fl af^jaf_]e]fl Yf\ eakYhhjghjaYlagf g^ ljY\] k][j]lk+ O`] bmjq j]lmjf]\ Yn]j\a[l af ^Yngj g^ >]d]jalYk Yf\ YoYj\]\ gn]j !24 e addagf ^gj l`] Zj]Y[` g^ [gfljY[l [dYaeZYk]\ mhgf Y`qhgl`]la[Yd da[]fk] ^]] %gfYhYa*mh) meh*kmeZYkak% Y[[gj\af_ lg Y[geegf YhhjgY[` af l`Yl af\mkljq Yl l`] lae]&+Jf Yhh]Yd) Mg[co]dd Yj_m]\ l`Yl l`] e]Ykmj] g^ \YeY_]k) o`a[` oYk ZYk]\ gf Y [Yd[mdYlagf g^ Yj]YkgfYZd] jgqYdlq jYl] o`a[` oYk l`]f Yhhda]\ lg Mg[co]dd|k gof afl]jfYd hjgb][lagfk) oYk aehjgh]j+ O`] A]\]jYd >aj[mal \akY_j]]\+ O`] A]\]jYd >aj[mal jmd]\ l`Yl >]d]jalYk oYk mf\gmZl]\dq `Yje]\ Zq Mg[co]dd|k [gf\m[l) l`Yl >]d]jalYk `Y\ Yj]YkgfYZd] ]ph][lYlagf l`Yl Mg[co]dd ogmd\ [geh]fkYl] al a^ Mg[co]dd eY\] mk] g^ l`] \ak[dgk]\ af^gjeYlagf

Yf\ l`Y1 Mg[co]ddj]Yddq Y\ log [`ga[]k) mk]l`] l][`fgdg_q gj j]^jYaf^jge mkaf_ l`] l][`fgdg_q) Yf\ Z][Ymk] Mg[co]dd \a\ eYc] mk]g^ l`] l][`fgdg_q) l`] bmjq hjgh]jdq \]l]jeaf]\ l`] Yegmfl g^ l`] da[]fk] ^]] l`Y1 Mg[co]dd ogmd\ `Yn] hYa\ `Y\ al fgl Zj]Y[`]\ l`] fgf*\ak[dgkmj] Y_j]]e]fl+ Df hYjla[mdYj) A]\]jYd >aj[mal Yhhjgn]\ g^ l`] e]l`g\gdg_q Zq o`a[` >]d]jalYk |]ph]jl [Yd[mdYl]\ Y j]YkgfYZd] jgqYdlq jYl] Tk ^aa][`Y Sf afZWd WWS ^e fZWf W^WbZa`a WW_ Tge[`Wee Yk o]dd Yk hYk l\]Ydk]fl]j]\ aflg Zq >]d]jalYk alk]d^ Yf\ Zq emdlahdqaf_ l`Y1 j]YkgfYZd] jgqYdlq jYl] Zq Mg[co]dd|k gof afl]jfYd kYd]k hjgb][lagfk+ 7N% Yl .026+

Df 5\KSVAOWSMYXN_M7YM#%;S^]_LS]RS3VOM#%3VOM[A/# 7XM%2 >Yd+<hh+1453) 462*463 %/-.1&) BjYad afn]fl]\ Yf]o l][`fgdg_q ^gj Ye]egjq [`ah o`a[` _j]Yldq af[j]Yk]\ l`] Yegmfl g^ klgjY_] [YhY[alq Yn YadYZd] af] Y[`ah+ BjYad |p][mlan]k e]l oal` HalkmZak`a Yf\ gl`]j [gehYfa]k lg hal[` l`] l][`fgdg_q Yf\ ]n]jqgf] af Yll]f\Yf[] ka_f]\ Yfgf*\ak[dgkmj] Y_j]]e]fl+ BjYad dYl]j d]Yjf]\ l`Y1 HalkmZak`a Y\ af[gjhgjYl]\ alk hjghja]lYjq l][`fgdg_q aflg Yf]o e]egjq [`ah al oYk k]ddaf_ Yf\ BjYad km]\ ^gj nYjagmk [dYaek) af[dm\af_ Zj]Y[` g^ [gfljY[l ^gj Zj]Y[` g^ l`] fgf*\ak[dgkmj] Y_j]]e]fl+ <l ljaYd) BjYad|k ]ph]jl hj]k]fl]\ l`j]] \a^^]j]fl e]l`g\gdg_a]k lg [Yd[mdYl] BjYad|k \YeY_]k+ O`] k][gf\ e]l`g\gdg_q hj]k]fl]\ Zq BjYad|k ]ph]jl) YHj+ B]eafa) oYk Yf YhhjgY[` Zq o`a[` `] [Yd[mdYl]\ YjgqYdlq `Y1 HalkmZak`a ogmd\ `Yn] hYa\ ^gj mk]g^ l`] l][`fgdg_q %l`] [Yd[mdYlagf l`Y1 k][gf\ e]l`g\gdg_q oYk [gfn ]jl]\ aflg Ydmeh kme hYqe]fl af l`] Yegmfl g^ !/-0 eaddagf&+ ^l]j l`] bmjq j]lmjf]\ Yn]j\a[l af l`] Yegmfl g^ !./0 eaddagf) l`] kYe] Yegmfl Yk Hj+ B]eafa|k ^ajkl e]l`g\gdg_q) HalkmZak`a ad]\ Yeglagf ^gj Yf]o ljaYd gf l`] akkm] g^ \YeY_]k+ O`] ljaYd [gmjl _jYfl]\ l`] eglagf ^gj Yf]o ljaYd Yf\ l`] Yhh]ddYl] [gmjl Y^^aje]\+ Cgo]n]j) gf Yhh]Yd) l`] [gmjl jmd]\ l`Y1 BjYad Y\ af\]]\ \]egfkljYl]\ Ydd g^ l`] ]d]e]flk f][]kkYjq ^gj YZj]Y[` g^ [gfljY[l [dYae) af[dm\af_ l`] ]d]e]fl g^ l`] ^Y[l g^ \YeY_]k) Zml l`Y1 l`] bmjq Yhhda]\ l`] ojgf_ e]Ykmj] g^ \YeY_]k) l`] ^ajkl e]l`g\gdg_q) Zq af[gjj][ldq hdY[af_ Y nYdm] gf l`] l][`fgdg_q YhhjghjaYl]\ Zq HalkmZak`a+ MYl`]j) l`] Yhh]ddYl] [gmjl jmd]\) l`] bmjq k`gmd\ `Yn] \]l]jeaf]\ l`] Yegmfl l`Y1 HalkmZak`a ogmd\ `Yn] hYa\ lg da[]fk] l`] l][`fgdg_q+ O`] Yhh]ddYl] [gmjl kh][a^a[Yddq j]b][l]\ HalkmZak`a|k Yj_me]fl l`Y1 BjYad|k k][gf\ e]Ykmj] g^ \YeY_]k) l`] Yegmfl g^ l`] jgqYdlq l`Y1 HalkmZak`a ogmd\ `Yn] hYa\ ^gj l`] mk]g^ l`] l][`fgdg_q) oYk ZYk]\ gf kh][mdYlagf Yf\ mf^gmf\]\ Ykkmehlagfk+ Df kl]Y\) l`] Yhh]ddYl] [gmjl jmd]\ l`Y1 Yf]o ljaYd oYk

Case 5:20-cv-02618-JWH-KK Document 88-2 Filed 12/04/22 Page 115 of 328 Page ID #:1559

f][]kkYjq lg ]klYZdakl`] yYegmfl VHalkmZak`ddW]dopgmd\`Yn] hYa\^gj Yda[]fk] lg mk]gj

ljYfk^]j l`] ]l[`fgdg_q+z *7N%*

O`mk)/\^*SPObHOVO\S^XT\ 5\KSVYd*kllYf\^gj l`] hjghgkalagfl`Yll`] [Yd[mdYlagf`Y jjYkgfYfYZd]jgqYdlq*kYhjgh]j e]Ykmj]g^\YeY_]k ^gjYZj]Y[`g^[gfljYY[l [dYaemf\]j >Yda^gjfaY dYo+<[[gj\af_dq] ZYk\\gf l`]k] [Yk]k)Yf\ ZYk\\gf l`]klaegfq g^l`] \YeY_]k ]ph]jlk Kdmeh] Yf\ Qgl`) \ak[mkk]\ ^aff\ Yf\ [mkk]\ \af`]lYdZgd]jfak^\^af\^c)l`] Yj] ^dk]k)[\] [\\]

#-$   IZW;ad_g^S mfZWGakS^fl7SeWj fZWGWSea^ST^OakS^flGSfW

O`] [dYkkaYfhhjgY[^gjl`] \]ll]jeafYYd\agf g^Yj]YjYlgj]al]k) af\] akafZYfl g]fl\j^lf dYo)aklg [gf\m[l l` Y`qhgl`]la[Yd_ d]Ykmhj klafmaZla\\` B]gj_aYY*KYa\^`]Y[Y[dk`l Yf\ l`]f \]ll]jeaf] j] jgqYdlqYa[ldYZk]j] al\j`Y j]Ykuf]k`]]ZiY[^]Yf kY]\]

ZjY[`*gl`] [gfljaY[af\]eakaf\kZ\\]hj klafmladZk] `Y`lk^fml af\^afdj]e VgjZqYl`] ZjY[`*gl`] [gfljaY[af`]eakaf\Yd\afmZk]mj`fkjlqYi]]af^^fml \h\jhakja]hZ af\af aY`f lg l`] Y__jn]n lhkY kYY^wdm]qf]ljl`] hg]jl]ldjnf ]f\[] l`]\]jhakZml Yn[Yaf`]f

(remaining body text illegible — encoded/scrambled glyphs)

#.$   IZW8S^Ug^Sf[a^XfZWGakS^fl7SeWm7dWSUXZ8a`fdSUf

=]^gj l\ll]jeafaf Yj]YjYlgj]al]jj]]jal\af ^\af]j]al[dngk`kk`Yf\^fml lg l`] [Yd[mdYln

(remaining body text illegible — encoded/scrambled glyphs)

51

1  base." The calculation of the royalty base for the breach of contract claim is similar to the

2  calculation of the royalty base for the trademark infringement claim (discussed below), but there

3  are some conceptual differences.

4      For example, the calculation of the royalty base for the breach of the 2010 Settlement

5  Agreement is tied to the language and meaning of paragraph 7 D. Accordingly, net sales by VPX

6  which do not violate the VPX Sales and Marketing Restrictions, i.e., sales made within the

7  Nutritional Channel, were not a breach of the 2010 Settlement Agreement because such sales

8  complied with paragraph 7 D and, therefore, those particular net sales, for the purposes of the

9  breach of contract claim, should not be included in the calculation of the royalty base. For that

10  reason, for the purposes of the royalty calculation for the breach of contract claim, the S█████

11  █████ amount, the **midpoint** between Voth's calculation and Plumpe's calculation, is the correct

12  starting number for the royalty base. In addition, net sales made internationally are properly

13  included within the royalty base for the breach of contract calculation because of the language and

14  meaning of paragraph 17 of the 2010 Settlement Agreement which provides as follows: "Scope of

15  Agreement. The terms of this Agreement apply to the actions and activities of the Parties

16  *worldwide*." (Emphasis added.)[22] However, net sales of Bang Mixx, in the amount of $█████████

17  through September 19, 2021[23], must be deducted out from the amount of the royalty base for the

18  reasons set forth in Section III, P. below.

19      Thus, the calculation of the royalty base for the purposes of the breach of contract claim is

20  as follows: **$2,030,500,000** ████████████████████

21      (6)  **The Recovery of a Reasonable Royalty in a Trademark Infringement**

22          **Claim**

23      The monetary remedies for trademark infringement are set forth in 15 U.S.C. 1117(a) which

24  provides, in pertinent part, as follows:

25  _____

26  [22] Because the sales of Bang Pre-Workout were made within the Nutritional Channel and the VPX
Marketing and Sales Restrictions were adhered to insofar as Bang Pre-Workout sales are

27  concerned, these sale revenues are already excluded from the calculation of the royalty base for the
breach of contract claim.

28  [23] Bang Mixx sales through September 19, 2021 were in the amount of $█████████ *See* Exhibit
2922, p. 7.

y +++l`] hdYafla^k`YdZ] ]flald]\) +++Yf\ kmZb][l lg l`] hjaf[ahd]kg^]imalq)lg j][gn]j %.& **VWXW`VS`bpdaX[fe%/&S`k VS_SYWegefS[`WVTkfZW^S[`f[XXS`V** %0&] **Uaefe**g^l`] Y[lagf+O`] **UagdfeZS^SeeWegUZbdaX[fS`V VS_SYWe**gj [Ymk]l`] kYe] lg Z] Ykk]kk]\ mf\]j alk\aj][lagf+ Dfl`] [gmjlk`Ydd af\ l`Yll`] Yegmflg^l`] j][gn]jq ZYk]\gf hjg^alk ak**W[fZW[dVWcgSfWWjUWeefZWUagdf_Sk [` [fe V[eUWf[aW`fWgVY_W`fXad egUZeg_ Se fZWUagdfeZS^X[`Vfa TWgef**) Y[[gj\af_ lg l`] [aj[meklYf[]k g^l`] [Yk]+ Nm[`kme af ]al`]j g^l`] YZgn][aj[meklYf[]k k`Ydd[gfklalml][geh]fkYlagf Yf\ fgl Y h]fYdlq+++z

%@eh`YkaX\]\+&

O`mk)l`] klYlml]_an]kl`] lja]j g^^Y[l)af l`ak [Yk]l`] YjZaljYlgj)]plj]e]dq oa\] \ak[j]lagf lg \]l]jeaf] l`] Yegmflg^\YeY_]k+ <k l`] Iafl` >aj[mal`]d\ af *AY_^RVKXAYN4K\W] `%A^Y`O\ AOONY%*).-5 A+0\..01) ..13 %6l`>aj+.664&)l`] GYf`Ye <[l hjgna\]k l`] [gmjloal` [gfka\]jYZd] y\ak[j]lagf lg ^Yk`agfj]da]^)af[dm\af_egf]lYjq j]da]^)ZYk]\gf l`] lglYdalqg^l`] [aj[meklYf[]k+z Cgo]n]j) l`] im]klagf g^o`]l`]j gj fgl Yf YoYj\ g^ Yj]YkgfYZd]jgqYdlqakYf YhhjghjaYl]egf]lYjq j]e]\q af YljY\]eYjc af^jaf_]e]fl Y[lagfakYkmjhjakaf_dq[gfljgn]jkaYd lgha[ oal` [gf^da[laf_[Yk]dYo\][akagfk _gaf_ Zgl` oYqk+

Df*BR\S`O<K^_\KVK\O#7XM%BR\S`OK_]OWO^SMXM%*/. RG 15.0/24 %>+?+Yd /-/.&) l`] hdYafla^Yd]_]\ljY\]eYjc af^jaf_]e]fl Zql`] \]^]f\Yfl oal` j]kh][l lg alkj]_akl]j]\ eYjc yOCMDQ@zDfY\][akagf Yml`gj]\ ZqEm_]<f\]jkgf g^l`] >]fljYd ?aklja[l g^>Yda^gjfaYYf J[lgZ]j g^/-/.) l`] [gmjljmd]\l`YlZ][Ymk]l`]j] oYkfg `aklgjq g^Yhjagj da[]fkaf_Y_j]]e]fl Z]lo]]f l`] hdYafla^Yf\ l`] \]^]f\Yfl Yf\ Z][Ymk]l`] hdYafla^^\a\ fgl `Yn] YhYklhjY[la[] g^ da[]fkaf_alkeYjc lg l`aj\ hYjla]k)Yfq `qhgl`]la[Yd f]_glaYlagf \]ka_f]\ lg \]l]jeaf] Yj]YkgfYZd] jgqYdlqpgmd\ Z] aeh]jeakkaZd] kh][mdYlagf[alaf_l`] Iafl` >aj[mal|k\][akagf af *;( AYP^aK\OXM% `%DSKMYWXM%*0# A+<hh|p320) 322 %6l`>aj+/--4&+[#] <k Yj]kmdl)Em_]<f\]jkgf jmd]\l`Yll`]

---

[#] Df*;( AYP^aK\O*l`] Iafl` >aj[mal kh][a^a[Yddq\YYl]\ l`Yl al \a\ fgl j]Y[` l`] akkm]g^o`]l`]j gj fgl Yj]YkgfYZd]jgqYdlq[Yd[mdYlagakh]jeakkaZd]af YljY\]e Yjc af^jaf_]e]fl Y[lagf+y=][Ymk] H/$k gfdq hjghgk]\ e]l`g\gdg_q ^gj ]klaeYlaf_ Yj]YkgfYZd]jgqYdlq`af_]k gf Yf Y[[gmflaf_g^ QaY[ge$khjg^alk)alkl`]gjq l`Yl al eYq aehml] jgqYdla]kYkYoYq g^\ak_gj_af_ QaY[ge$kYdd]_]\dq %>gflafm]\+++&

. hdYafla^^\lph|jl|k \YeY_]k eg\]d ZYk]\gf Yj]YkgfYZd]gqYdl [Yd[mdYlag^Ykfgl Y\eakkaZd]

/ Yf\ `Y\ lg Z] ]p[dm\]\ Z][Ymk]`] [Yd[mdYlag^YkZYk]\gf kh][mdYlagYYf\ l`]j]^gj] dY[c]\ l`]

0 j]imakal]yj]YkgfYYZd]l|jlYaflqz+<dl`gm_` l`] [gmjl\akYddgol`] j]YkgfYYZd]]gqYdl[Yd[mdYlagf)

1 l`] [gmjlkaemdlYf]gmkk|jmd]\l`Yl]_an]f l`] j][]fl Pfal]\ Nl?Yl]kNmhj]e]] >gmjl \][akagf af

2 @YWK@KJ^OXO\]XM%4Y]]SV#XM%%- N+>l+.16/ %/-/-&V`gd\af_l`lYlYk`goaf_ g^oadd^mdf]]kk

3 akfg dgf_]j ]jimaj]\ lg YoYj\]Y\ak_gj_]]fl g^hjg^alkaf YljY\]eYjc af^jaf_]]fl [Yk]W]

4 \ak_gj_]]fl g^hjg^alkakaf\]\ YnYadYZd][dfYj]dj]n]jik] [gf^mkagf ljY\]eYjc af^jaf_]]fl [Yk]KJK

5 WK^^OY%PVKa+ BR\S`O<K^_\KIK\O) Yl' 2 w3+

6        Df>KMSPSKMMUROS\WQMOZ^J4XM%%<_\]Sc]^OW#XM%%. RG 0.0--1. %>+?>Yd

.- /-/.&) l`] hdYafla^Ydd]]_]\ ]\\lijY\]eYjc af^jaf_]]fl Zql`] \]^\ f\Yfll oal` j]kh][l] lg alkj]_akl]j]\

.. eYjc yAj]k\]k` NlYjjjlz+DfY\][akagf Yml`gj]\ \ZqEm\_]_]]Rja_\`l g^l`] >]fljYd?aklja[l]l g^]Yda]gjfYaYYf

./ Emd]g^^/-/.) l`] [gmjljmd]\l`Yl YlZ][Ymk] l`] hdYfla^^Y^Y`fg\\l aklYgjq g^`]YYfq hjagj da[]fkaf_

.0 Y_j]]l]]flk] Yf\ Z][Ymk]\hdYYfla^^Y^Y`Yf af\a[Yl]\ l`Ylalogmd\f] n]j da[]]fk] Yfq g^`alkeYjck) Yfq

.1 `qhgl`]l]]lla[Y[Yl[Yd[mdYl][dgaaYlYlagf^\]ka_f]f+        Yj]YkgfYYZd] \a]gqYdlpogmd\ `dac]]]oak]Z]

.2 aeh]jj]akeakkaZd]] kh]]]flYrgmd[dagf+

.3        Df:YNOJ^K\]XJ^KV^%4)MKMK\N8 1Y%:^N%d-.6  RG 5.-2045 %>+?>Yd]/-.6&) af Yj]]ln]]lk]lj]]k]ak]

.4 [gf^mkagf[Yk]]l)l`]]] hdYafla^Ydd]]_]\] \_]]]\_]\_]]\_\YYfll Y_Yafk]l=lY[]Y`]fl\]]Yjl`k]

.5 j]_akl]j]f[]]f)ako]]]qPIO<H@?z mk]\\af[gff\\]YfdY]agf]\g^\]j]^j]\ gj\\gf\af\] \n+DfY\][akagf Yml`]j]_gjj]\Y\\_]]flak

.6 Em\]\]_]] Nfq\]]j g^l`]] >]fljj]k[]p]\ Zj]Y^cl]le\]l]j\k]YfYlYnfkmn>n>Yda^ofkfja]/-.6) l`] [gmjljmd]k]\l`]l]n]f]] l`_gmj_]_]]j

/-   oYkgf] af[f hjagj][]]d[d]\_]]fl[Y]\jZ]]]c]Z]]]ld[d]o]])l`] hdYaffld\afla^^Y^Yf Y`fY^^^adaY[p] \adal)af` hYjjj]lqjlq%<nY\_]f&

/.   o`a`a]e[]eeak]]Yd] kfjf]l hgjl[djq]pl\lp])l`] [a]]lq]][cdl]]]]e] oYk]]flaYa\af_[dakm] \ af` af[d]j[dndel] af[qd[cf[]e]l] Yf[]f]Yfd]] aj]Yd]]d]Ykf][d]]^]fk]nfq

//   aj[dkk[qqq]]YnY\[d]]j[d]\]e] da]lkk\[d][djf\]]d[djl[d]jj[d]]j][]_e[]d[d[d]qlgjf+        af]] df[]]j[d]Y^^eg]fflk\lcaf[lja[d[dq[d][cdjjY]j]Yj[dqmk]ag]\lafl[d[df[dl[d[d[d`dp

/0   hYq[]fljf[]]dck lg[d]] l`]] hdYafla^^Yf+%) Yfq `q`ql]l]]]l]la[Ylagf]_ la]YYlrlagf]d[d]]ff]]]j+        Y

54

j]YkgfYZd] jgqYdlq pgmd\ Z] ZYk]\ e]j]dq gf kh][mdYlagf+ =k Yj]kmdl) Em_] Nfq\]j \akj]_Yj\]\ l`] jgqYdlq YfYdqkak g^ hdYafla^^ik ]ph]jl Yf\ _jYfl]\ hYjlaYd kmeeYjq af ^Yngj g^ =Y[Yj\agf Gg\]klYj|k [dYaeg^ ]flald]e]fl lg Yj]YkgfYZd] jgqYdlq+

@n]f af l`] [Yk]j]h]Yl]\dq [al]\ Zq Hgfkl]j , JjYf_] =Yf_ af l`ak YjZaljYlagf) *WLO\ :S[_SNK^Y\]#XM%A^YXO;Y_X^KSX1K\ZO^;SVV]#XM%)* -6 RG 2543/12 %@+Q+ Oaj+/--6& af o`a[` l`] [gmjl Yhhjghjal]dq Yhhda]\ l`] B]gj_aY*KY[a^a[ Y[lgjk lg YljY\]eYjc [Yk])l`] [gmjl _jYfl]\ l`] 2K_LO\ ^eglagf Yf\ hj][dm\]\ l`] l]klaegfq g^ hdYafla^^ik ]ph]jl|k j]YkgfYZd] jgqYdlq [Yd[mdYlagf l`] _jgmf\k l`Yl l`] ]ph]jl gfdq YfYdqr]\ l`j]] g^ l`] ^a^l]]f B]gj_aY*KY[a^a[ Y[lgjk Yf\) l`]j]^gj]) l`] [gmjl [gf[dm\]\ l`] j]YkgfYZd] jgqYdlq [Yd[mdYlagf Yk fgl km^^a[a]fldq j]daYZd]+

Jf l`] gl`]j `Yf\) l`]j] Yj] Yk]ja]k g^ [Yk]\][akagfk o`a[` j]Ykgf]\ l`Yl l`] j]YkgfYZd] jgqYdlq YfYdqkak Yk fgl kh][mdYlan] a\ hjgna\] l`] j]imakal] YjYkgfYZd] [][]jlYaflqz f][]kkYjq lg mh`gd\ Y\YeY_]k YoYj\ Yf\ oYk af\]]\ j]daYZd]+ Agj ]pYehd]) af *AKXN]BKcVYA EYYN `%BRO ?_KUO\=K^]1YWZKXc*) 01 A+0\ .01- %4l` >aj+.661&) l`] hdYafla^^ gof]\ Yj]_akl]j]\ kdg_Yf af l`] h`jYk] yOCDMNO*<D'Yf\ BYlgjY\]eY\] mk]g^l`] yB<OJM<?@ DNO CDMNO*<D'kdg_Yf ^gj YfYlagfYd Y\n]jlakaf_ [YehYa_f+ O`] ljaYd [gmjl) af l`] ^ajkl afklYf[]) j]b][l]\ l`] YoYj\ g^ Y j]YkgfYZd] jgqYdlq+ Jf l`] ^ajkl Yhh]Yd) go]n]j) l`] N]n]fl` >aj[mal j]n]jk]\ Yf\ jmd]\ l`Yl) mhgf j]eYf\) l`] \aklja[l [gmjl k`gmd\ [Yd[mdYl] j]YkgfYZd] jgqYdlq Yk l`] ZYk]*daf] ^gj \YeY_]k) Y \YeY_]k [Yd[mdYlagf l`Yl) Y[[gj\af_ lg l`] N]n]fl` >aj[mal k`gmd\ h]j`Yhk Z] ]f`Yf[]\ gn]j Yf\ YZgn]l`] j]YkgfYZd] jgqYdlq ZYk]daf] Yegmfl+ Jf j]eYf\) YkYhYjl g^ l`] \YeY_]k YfYdqkak l`] ljaYd [gmjl [geh]Yj]\ l`] hjghgk]\ jgqYdlq jYl] oal` **fZWdakS^fldSfWXadafZWdakS^fk^[UW`eW**+ Jf[] l`] j]YkgfYZd] jgqYdlq `Y\ Z]]f ]klYZdak`]\ Zq l`] ljaYd [gmjl) l`] im]klagf ^gj l`] N]n]fl` >aj[mal gf l`] k][gf\ Yhh]Yd Z][Ye] o`]l`]j gj fgl l`] \YeY_]k YoYj\ k`gmd\ Z] ^mjl`]j ]f`Yf[]\) Yk h]jeall]\ Zq .2 P+N+>+ ±.4%Y&+ O`] N]n]fl` >aj[mal hgk]\ l`] n]jq kYe] im]klagf o`a[` oYk jYak]\ Zq l`] \aklja[l [gmjl o`a[` al imgl]\ n]jZYlae Yk ^gddgok7

yRadd l`] aehgkalagf g^ Y`qhgl`]la[Yd da[]fkaf_ jgqYdlq ]l]j hj]\Ylgjq [gf\m[l km[` Yk l`] \]^]f\Yfl|k: D\gmZl al+ O`] jgqYdlq akfgl`af_ egj] l`Yf Yf Yhhjgpae Ylagf g^ o`Yl l`] \]^]f\Yfl ogmd\ `Yn] hYa\ hdYafla^^ Y\ \]^]f\Yfl Y[l]\ dYo^mddq+ yV<fW\f^jaf_]j V`YkW fgl`af_ lg dgk])Yf\ ]n]jql`af_ lg _Yafa^ Val Wmd\ [gmfl gf hYqaf_ gfdq l`] fgjeYd) jgmlaf]

. jgqYdlq`fgfaf^jaf_ljk  ea_`l  `Yn] hYa\vVOW`]af^jaf_lj ogmd\Z] af Y{`]Y\k*D*oaf]Yadk*

/ qgm*dgkh]jgkalagf+|z>KXN_STY\Z%'%A^KRVSXI0\Y]4SLL\OEY\UJ#V242A+\  ..2/)   ..25

0 %3l`>aj+.645&+z

1 O`] \aklja[l [gmjl af AKXNT][a\]\  lg \gmZd]l`]  Yegmfl g^l`]  `qhgl`]lla[YdjgqYdlqaf gj\  lj

2 lg Y[[gehdak` Y\]ll]jj]fl  ]^^\[l gf \]^]Yfl|k  af^jaf_af_[gf\ m[lo`a[`)  l`] N]n]fl`  >aj[mal

3 fgl]\)  af[dm\]\ Yh]jn Ykan]Yf^j` hjgdgf_]\ mk]g^l`]  yO`ajkl*<az kdg_Yf)Yf\ kg Ykdg ]fkmj]j l`Yl

4 l`] hdYafla^òYkfgl mf\]j*[geh]fkYl]\\  gf l`] jjYkgfYYZd]jgqYdlq[]h [Yd[mdYYgÐ` mk)gf l`] kj[gf

5 Yhh]Yd[kg l`] N]n]fl`  >aj[mal]l`] akkmÞ[]YY[Y[] o`]]l`]`j  gj fgl l`] \gmZdaf_g^l`]  j]YkgfYZd]

6 jgqYdlqpYkYkYkah]jeakkaZd]]f Y^f]le]fl  g^l`]  \YeY_]k aflf]fl l`   lf]lm]][Y^n][]l])  gj

.- o`]l`]`j  aloYkYfeah]jeakkaZd]h]fYdlYqaf nagdYlagg^l`]  dY^mY_]^^^.2  P+N+>±.4%Y&+f  l`]

.. k][gf\  Yhh]Yd() N]n]fl`  >aj[malmh`]d\ l`] [Yd[mdYag^l`]  j]YkgfYZl]jgqYdlqÞZYk\`gf Y

./ `qhgl`]lla[YlYd f]_glaYYagfYYkYf^YhhjghjaaYlj]lg'g\g_q   lg [Yd[md\Yll] ZYkdaf]YeY_]k+k+Dfgl`]j

.0 ogjk\k) l`] [gfljgn]jkakeajkdimklalagf gf l`] k][gf\ Yhh]YdY\\Ú\ lg \ goal`l`]  ]f Yf^fl]l]fl

.1 \YeY_]k) fgl l`] mf\]rdjdqaf_[gfljgn]jkkjk]fgl l`] j]YkgfYaZl]jgqYdlq

./ f]_glaYlagf+

.3 Df/NSNK]/WO\SMK7#XM%>KcVO]4RYO]Y\_MOZ&4%4%>5  RG 1/465/  %?+Jj]+  /--5&)

.4 <\a\Yk km]\KYqd]kN`]g`k^gjl]Y\Yic af^jaf_]]fl  ^gjk]k)ddaf^^gglo])Yj Z]Yjaf_l_og ^gmj

.5 klja]h]]kaf nagdYla^g^<\a\Yk\ ]j]_al]jYlgg^`gg^l`]  l]YkdYkknY`jf}]Yd^lff_ak`k`g[ O`] bmjqk

.6 j]lmjf]\ Yn]j\a[g^!.04  eaddagfg^gg^KYqd]kkh`jg^`hjYiljYf]]lYj#Yj_YZhjkgqYdlqpYkgqY\l%+

/- Na_fa^a[Yf^[\ajY[gf)\ [gmjl Yhhjgn]d\ Yn]j\a[g^jgqYdlqj][tmd]Z))Ykkh](\Yh]Yd^lYghtb g^\Z]j

/. oal`jgqY\lfq)YdkYYZ]l]]][Yd[  <\aYk Yfd KYqd]kjjfdvjgqYdlq)Ykh)Yhdl_]j\  KYqd]kfN`f_g\l`af\Yf\

// l`aj\\  hYjl]j`Ykfaflidak^YgqjYldlf^Y^Y[\  dakS^flV\/WS7\JwfiWfWVfZ[dVbSdf[We7N%/+  Df#l`ak j]kkh]`]l])  l`]  [gmjl af /NSNKJ/WO\SMK7Jgfka\k\ \ \ gl`]j^jgk\\  gj^fjafg )aq`j]_dYfl*k/kf_]l(gif_a\jl`aeas_Yf\  l`] j]YkgfYZl]jgqYdlqfdYd[Y\lglaVlk^\]mfjk^N`]d[_j^]ly]j[aq}f]f  gYl`kt  gjfjl l`] mf\ j]YkgfYZt]jgqYdtk^hk\ljafn

/3 Df?A ERYVOJKVOAXM%EY\VN;K\UO^SXQ7#XM%0  RG .6204.6  %>+?≥Yd'..0&)  l`]

/4 hdYafla^aY.°la aahjgmlifgof\  Yj]_akl]j]\,  ljjY\]mbjk^hj^mjYaf]YdlkUt[^_ffamilagofgfgdmjjk^

/5 \[dgl^fa_ o`ad) l`] \\]]^\fYfl  RHD  `]`Yhj]'*)paklafY[ljY\j]bjk^ m^j QDNDOJM^dgk^jjj_jef]fl

YhhYj]d+Lma[ckadn]j hdYff]\ lg mk]l`] eYjc QDNDOJMlg k]dd[dgl`af_ af YeYjc]laf_ [YehYa_f ZYk]\gf l`] kmj^]jF]ddq NdYl]jZml l`]f \ak[gn]j]\ l`] ]pakl]f[] g^l`] \]^]f\Yfl|k eYjc o`a[` hmlY[jaeh af l`]aj eYjc]laf_ hdYfk+ Lma[ckadn]j j]Y[`]\ gmllg RHD Yf\ lja]\ lg hmj[`Yk]l`] eYjc \mjaf_ ]dYZgjYl] f]_glaYlagfk) Zml l`] hYjla]k [gmd\fgl [dgk]Y\]Yd+ <dl`gm_` l`] hYjla]k`Y\ \ak[mkkagfk YZgml l`] hmj[`Yk]g^l`] eYjc) \ak[mkkagfk l`Yl \a\ fgl d]Y\lg Y\]Yd) l`] hYjla]k f]n]j `Y\ \ak[mkkagfk YZgml Yda[]fk] g^l`] eYjc+ <k Lma[ckadn]j g n]\ ^gjoYj\ oal` alkhdYfk lg eYjc]l l`] kmj^oYj] mf\]j l`] eYjc QNOMQHDk]fl Y[]Yk] Yf\ \]kakl d]ll]j Yf\ Lma[ckadn]j Yk l`] hdYafla^^) ad]\ Y[dYae^gj \][dYjYlgjq j]da]^k]]caf_ lg ]klYZdak` fgf*af^jaf_]e]fl+ RHD [gmfl]j[dYae]\ ^gj ljY\]eYjc af^jaf_]e]fl+ Lma[ckadn]j|k daf] g^[dgl`af_ mf\]j l`] eYjc QNOM oYk fgl km[[]kk^md) a]d\af_ fg hjg^alkYf\) ZYk]\gf l`ak mf\akhml]\ ^Y[l) Lma[ckadn]j ^ad]\Y eglagf ^gj hYjlaYd kmeeYjq bm_e]fl gf l`] _jgmf\k l`Yl l`]j] o]j] fg \YeY_]k ^gj RHD lg j][gn]j Z][Ymk] l`]j] o]j] fg hjg^alk kmZb][l lg \ak_gj_]e]fl+ Dfj]khgfk]) RHD Yj_m]\ l`Yl Ydl`gm_` alea_`l Z] ZYjj]\ ^jge j][gn]jaf_ nYjagmk [Yl]_gja]k g^\YeY_]k) al oYk fgl ZYjj]\ ^jge j][gn]jaf_ Yj]YkgfYZd] jgqYdlq+

Df *?A ERYVO]KYV*) l`] [gmjl Y_j]]\ oal` RHD+ Em_] >Yjl]j g^l`] >]fljYd ?aklja[l g^ >Yda^gjfaY) l`] [gmjl Y_j]]\ oal` RHD+ Em\_] >Yjl]j jmd]\ l`Yl ]n]f l`gm_` l`]j] oYk fg `aklgjq g^ Yhjagj da[]fkaf_ Y_j]]e]fl Z]lo]]f Lma[ckadn]j Yf\ RHD Yf\ ]n]f l`gm_` RHD \a\ fgl `Yn] Y hYkl hjY[la[] g^ da[]fkaf_ alk eYjc lg l`aj\ hYjla]k) Y`qhgl` ]la[Yd f]_glaYlagf \]ka_f]\ lg \]l]jeaf] Yj]YkgfYZd] jgqYdlq oYk kladd hgkkaZd] Z][Ymk] RHD|k ]ph]jl oYk YZd] lg [gf\m[l Yf YfYdqkak ZYk]\gf %a& da[]fkaf_ Y_j]]e]flk Z]lo]]f kaeadYjdq kalmYl]\ l`aj\ hYjla]k Yf\ %aa& hYkl f]_glaYlagfk Z]lo]]f l`] hYjla]k j]_Yj\af_ YhgkkaZd] hmj[`Yk] g^l`] ljY\]eYjc o`a[`) Y[[gj\af_ lg RHD|k ]ph]jl) oYk YfYdg_gmk lg l`] f]_glaYlagf g^ Ydgf_ l]je ljY\]eYjc da[]fkaf_ Y_j]]e]fl %]n]f l`gm_` fg \]Yd oYk Y[lmYddq n]j j]Y[`]\&+ O`ak lqh] g^ \YlY oYk km^^a[a]fl lg hjgna\] YZYkak ^gj l`] ]ph]jl lg \]l]jeaf] Yj]YkgfYZd] jgqYdlq oal` l`] j]imakal] j]YkgfYZd] []jlYaflq) Ydl`gm_` Em_] >Yjl]j [`YjY[l]jar]\ al Yk Y [dgk] i m]klagf+ *7N%0 *'1+ Dfj]Y[`af_ l`ak [gf[dmkagf) Em\_] >Yjl]j ^gmf\ l`] j]imakal] []jlYaflq Yf\ j]da]\ gf */NSNK]/WO\SMK*) o`]j] l`] [gmjl mh`]d\ Ybmjq|k j]YkgfYZd] jgqYdlq YoYj\ ZYk]\) af hYjl) gf jgqYdlq Y_j]]e]flk oal` l`aj\ hYjla]k) ]n]f l`gm_` l`] hdYafla^^ `a\ fgl `Yn] Yhj]nagmk da[]fkaf_ `aklgjq oal` l`] \]^]f\Yfl Yf\

]n]f l`gm_` hdYafla^[gf[]\] l`Yl alogmd\ fgl `Yn] da[]fk]\ l`] eYjc lg KYqd]kk N`g]k mf\]j Yfq [aj[meklYf[]k+ 7N% /+ Em_]>Yjl]j Ydkg af\a[Yl]\ l`Yl al oYk aehgjlYfl lg `ak YfYdqkak l`Yl l`] yhjghgk]\ jgqYdlq jYl] klYf[c kaeadYj da[]fkaf_ Y_j]]e]flk af l`] [dgl`af_ af\mkljq \]Ydk]pYeaf]\ Zq RHD|k ]ph]jl+z 7N% 2+ AOOKV]YYX]^O\ 3XO\Qcl YWZKXc` 7X^OQ\K^OZZVc<O^aY\U# 1# /-.5 RG 003.-3/ %>+?+ Yd+ /-.5& VEm\_ HYjk`Ydd jmd]k l`Yl Yj]YkgfYZd] jgqYdlq Yd[mdYlagf ZYk]\gf Y`qhgl`]la[Yd f]_glaYlagf akfgl hj][dm\]\ YkYeYll]j g^ dYo obmkZ][Ymk] l`]j] akfg hjagj f]_glaYlagfkZ]lo]]f l`] hYjla]k+W

Dfl]j]klaf_dq)af :YNO]^K\o`]j] l`] j]YkgfYZd] jgqYdlq YfYdqkak Yk \akYddgo]\)Em_] Nfq\]j eYc] Yhgafl g^ [alaf_ Em_]>Yjl]j|k \][akagf af ?A ERYVO]KTYO\ k`] imgl]\ YhYjla[mdYj hYkkY_] l`Yl eY\] al [d]Yj l`Yl l`] j]YkgfYZd] jgqYdlq YfYdqkak akY^gje g^ [Yd[mdYlaf_ eY_]k ^gj VY]'Z\YPS')]Yf ]d]e]fl g^ \YeY_]k kh][a^a[Ydd Yml`gjar]\ Zq .2 P+N+>+ .4%Y&+ Df l`]j \][akagf af :YNO]^K\o\Em_]Nfq\]j klYl]\ Yk^gddgok af imglaf_ l`] hYkkY_] ^jge Em\_] >Yjl]j7 yM]YkgfYZd] jgqYdla]k Yj] **S Xad_aXVS_SYWXad^aefbdaX[fe** kaf[] l`]q ^g[mk gf l`] da[]fkaf_ ^]]k l`Yl o]j] f]n]j hYa\ Zq Yf af^jaf_]j mkaf_ YhYjlq|k eYjc) Yf\ dac]gl`]j eg\]k g^ [Yd[mdYlaf_ dgkl hjg^alk) l`]q f]]\ lg Z] hjgn]\ oal` {j]YkgfYZd] []jlYaflq+z :YNO]^K\ Yl '.0+ %@eh`Ykak Y\\]\+&

Df l`] j]YkgfYZd] jgqYdlq YfYdqkak f\]j ljY\]eYjc af^jaf_]e]fl dYo akYkh][a]k g^ dgkl hjg^alk) alakafkljm[lan] lg dggc lg l`] dYo g^ dgkl hjg^alk mf\]j >Yda^gjfaY dYo+ ?g]k >Yda^gjfaY dYo YddgoYhdYafla^^lg hj]k]fl Y\YeY_]k eg\]d ZYk]\gf [gehYjYZd] \]Ydk ^jge gl`]j Zmkaf]kk]k: O`] Yfko]j lg l`ak im]klagf akyq]kz+ Df 9SNg]CXS`O\]O% 7X(:KL]) 62 >Yd+<hh+1l 54- %/--/&)Y [Yk] [al]\ oal` YhhjgnYd af fme]jgmk gl`]j [Yk]\][akagfk) l`] [gmjl `]d\ l`Yl7

R`]f l`] gh]jYlagf g^ Yf mf]klYZdak`]\ Zmkaf]kk akhj]n]fl]\) Yk `]j]) **bdaebWUf[bWaX[fe _Sk TWZai` [` hSd[ageiSke** + O`] M]klYl]e]fl N][gf\ g^ >gfljY[lk) k][lagf 02/) [gee]fl Z) YlhY_] .13 hjgna\]k) yVD]l^ Zmkaf]kk akYf]o gf] gj a^al akYkh][mdYlan] gf] +++ \YeY_]k eYq Z] ]klYZdak`]\oal` j]YkgfYZd] []jlYaflq oal` l`] Ya\g^ **WjbWdfWef[_a`k%WUa`a_[U S`V X[`S`U[SVSfS%Sd]WfegdhWke S`V S`S^keWe Y[Ye[`W edWUadVe aX e[_[^Sd W`fWdbd[eWe** l`] dac]+z NaeadYjdq)] M]klYl]e]fl N][gf\ g^ Ogjlk) k][lagf 6./) [gee]fl \ YlhY_] 150 klYl]kyR`]f l`] lgjl^]Ykgj`Ykhj]n]fl] \ l`] Z]_affaf_ g^ Yf]o Zmkaf]kk +++ YddY[lgjk j]d]nYfl lg l`] dac]da`gg\g^ l`] km[[]kk gj dY[cg^ km[[]kkg^ l`]

Zmkaf]klgj ljYfkY[lagfl`Y1Yj]j]YkgfYZdqhjgnYZd]Yj]lg Z] [gfka\]j]\) af[dm\af__]f]jYd Zmkaf]kk[gf\alagfk Yf\ **fZWWWYdWXWgUUWaXe[_[^SdW`fWdbd[eWe** Jmj >gmjlkg^<hh]Yd`Yn] `]d\) [gfkakl]fl oal` l`] M]klYl]e]fl N][gf\ g^Ogjlk)l`Yl **fZW WjbWd[WaXW_[^SdTge[`WeeWea`WiSk fa bdahWdaebWUfWbdaX[fe** %*@O]Y\DSNOY# :^N%%K]O\DSNOY#XM%Z\K#*02 >Yd+<hh+1Ylh+.366 VhdYafla\a\ fgl afljg\m[] Yfq ]na\]f[] g^ygh]jYlaf_`aklgja]kg^ **Ua_bSdST^Wge[`WeeWe** *8O\QO%7X^O\XK^SYXKV 6K\`O]^O\1Y%#_Z\K#*.1/ >Yd+<hh+0Ylh+.30 **\S b^S[`f[XKS` dW^k nVSfSXda_afZWd W`fWdbd[eWeWdSf[`g`VWde[_[^SdUa`V[f[a`e** zW*8O\aSX`%AY_^ROK]^OLKV%]X%YP AO`OX^RKc /N`OX^S]^]#_Z\K#*.1 >Yd+<hh+0Ylh+/// VhdYafla\a\ fgl afljg\m[] ]na\]f[] g^ygh]jYlaf_`aklgjq g^ **Ua_bSdST^Wge[`WeeWe**l`] dg[YdalqzW *9SNg]CXS`O\]O*Yl551 w552+ %@eh`YkaX\\]\+&

O`mk)Y[[gj\af_ lg l`] dYog^dgklhjg^alkaf >Yda^gjfaY)Yf\ _an]f l`Yl l`] YoYj\ g^ Yj]YkgfYZd] jgqYdlqakY^gje g^dgklhjg^alkY[[gj\af_ lg Em_]Nfq\]j g^l`] >]fljYd ?aklja[l g^>Yda^gjfaY) o`]f YhYjlqakk]]caf_ lg j][gn]j \YeY_]k ^gj dgklhjg^alk)alakYhhjghjaYl]g dggclg l`] ^afYf[aYd ljYfkY[lagfkg^*Y^RO]SWSVK\ ]SXO]*af gj\]j lg ZmadY*XYX$]ZOM_VK^S`O* \YeY_]k eg\]d) kg dgf_ Yk l`] gl`]j \]Ydkmhgfo`a[` l`] \YeY_]k eg\]d Yj] ZYk]\Yj] Yhhjghja]Yl][gehYjYZd]k+

Dfl`ak j]kh][l) Yk*AKXN]#NSNK]/WO\SMK#A* Yf\ Em\_]Nfq\]j|k imglYlagfg^Em\_] >Yjl]j|k jYlagfYdYdkm__]klYj]YkgfYZd]jgqYdlq[Yd[mdYfag **TSeWY afZWUa_bSdST^WWWS^e [` fZWTWhWdS[WWefdkUS` [`VWWWS `a`&ebWUg^Sf[hWfZaVa^aYa VWfWd_[SW dWSea`ST^WkS^flea ^a`YSe fZWUa_bSdST^WSdW[%XSUfbdabd[SfWWS^e iZ[UZ fa VWfWd_[fZWdakS^fldSfW**C]j]) af l`ak YjZaljYlagZgl` Kdmeh]Yf\ Qgl` ]kk]flaYdd[gf[]\] l`ak ^Y[lZ][YmkZgl` g^l`]e hj]k]fl Yj]YkgfYZd]jgqYdlq[Yd[mdYlagZYk]\gf gl`]j \]Ydkaf l`] Z]n]jY_] af\mkljq)Yf\ Zgl` g^l`]e YfYdqr]l`] B]gj_aY*KY[a^a[Y[lgjkaf Yjjanaf_YlYj]YkgfYZd] jgqYdlq[Yd[mdYlagf+ dl`gm_` l`] log \YeY_]k ]ph]jlk j]Y[` n]jq \a^^]j]fl [gf[dmkagfkaf l]jek g^ l`] Yegmfl g^l`] j]YkgfYZd]jgqYdlqo`a[` k`gmd\Z] hYa\ZqQKS lg JjYf_] =Yf_, Hgfkl]j af l`ak [Yk])l`]q Zgl` Y_j]] l`Yl Yj]YkgfYZd]jgqYdlqakYf Yhhjghja Yl]e]l`g\gdg_q lg e]Ykmj]

. \YeY_]k ^gj Zgl` l`] Zj]Y[` g^[gfljY[l [dYaeYf\ l`] ljY\]eYjc af^jaf_]fl [dYae%k]]

/ \ak[mkkagfYf[ [al]k Z]dgo&+

0 <[[gj]af_dq) Yf\ Ydl`gm_l`] j]kgdmlag[g^l`ak hYjla[mdYYjkkm]akYy[dgk]im]klagfz)lg

1 imgl] Em\_]>Yjl]jj)]n]f l`] [Yk]ko`a[` jmd]\l`Yl[] j]YkgfYf[Zd]jgqYdlq[Yd[mdYlagfYf\klgg

2 kh][mdYYlank]kladd\Y[cfgod)\_]\ l`] jmd]l``Yllqha[Ydd[Yj]gfgYjkgfYZd)gqYdqd[Yd[mdYlagfy[f k af\]]\

3 hjgna\] l`] j]imakalfgf*kh][mdYlanyj]YkgfYfYZdd][jljl]Yaflqz afklYf[]kl`[jk[o`] l`] af\\Yc Yhjagj

4 da[]fkaf_]j_jdYYgfk`af\kh`a`ab`Z]]llo][]f l`] hYjla)`kgj o`]j l`] hYjla)`k`Y`[Y\]j\[hd]j_]j [dYl`]f)) aflg Yf\`gfYfaf[_Yd[`ld

5 Yf\l`] da[]fk]k[hd\_\k`gn]j[g]f[j[h]k]]go` ]l j]j]] k[gh]g`f[\ j[Yd[]dhY[]fk])+

6 <k YhjYj[la[Yl][]dYll]jYll]j[Y gfgdqgj` gf^f`Yfl ]flk[hj_ffn_c[[a hc[flk Yf [f]fnkfl_[ hgdd_nak] k `af_]ddnngm[nka af_[]fkfk[[t

.- <dl`gm_`l`] /-.- N]lld]e]fl <_j]]fl akY[g[*]pakldf[] Y_j]]]fl)]flZ]lo]]f JjYf[dlk =Yf_YYf[ef\

.. QKS) Yf\f_gl Yda[]fkaf_Y_j]]]nflZ]flk[fmk[l]`l`l]ak YkgjljYn[fkfaak\^jjba]l_ka_n`_]\ ^gjf_]]imfY[afdkdjq

./ [gfljadj[gdfg hjg]lhnk]j]]ndk) alakkk`kdd][l \]_jYf\dj`f`s[`][fk]f[f_[gj`]qjkc[gfakafkgm k[l] mk[g^l`]][_]jf[k]k]] =<IB

.0 eY]j[jc af[]jlljdfn`Yffk]ff[h[[[i'dd]_kkhk)`]k) gf^ `Yfqjndlq_ldk]ja*klamkg_l]ZYkk)`Yfl[ YYf \^fk[_]d]n_ `kmjc_ \] fglZ]gj_lhj]]k]k]l\dgh`]m[t

.1 ljYqdd]``fjj_`gj`qn`nk_]_]gf][a[h\\d]] ]nk_ dggmk_`Y_[]lj_jjf^gj_]f]djYf`_`]t

.2 Rjak\gYYfnak\YqkZg`_Yfk\f`j]`k[m_j[\]k`\[kfga]k\[sks_[+jf\``dgjjr`kg_al_f[_]llf_y[ jl[_l_[dfdg ``_fgi]t

.3 ^apafYj_kanll]kkkjn\gn[zgfqd_`h`]l`akldldk_jk]f[p[Yg](a]kf_)fnl`]`g]_kag_`jggdt

.4 bakldggd]ll`\d \fj\`ddgna]`[)[_f^\fgldfhggdgjdk[ d_[dm]`dkkg]_jak_`+]f]fnk_f_`Ya_]Y)kt

eYcaf_ Y\]Yd+<_Yaf)l`] /-.- N]lld]e]fl <_j]]e]fl eYc]k fg e]flagf g^ YjgqYdlq jYl])Zml l`] hja[] ^gj l`] da[]fkaf_ ^]]) l`] j]YkgfYZd] jgqYdlq jYl] ^gj YZjgY\]j _jYfl g^ja_`lk) Ydl`gm_` fgl Y_j]]\ lg Zq najlm] g^ \aj][l f]_glaYlagf kZ]lo]]f JjYf_] =Yf_ Yf\ QKS) [Yf Z] ]Ykadq klYZdak`]\ Zq YfYdqraf_ l`] [gehYjYZd] da[]fkaf_ \]Ydk fl]j]\ aflg Zq l`aj\ hYjla]k af l`] Z]n]jY_] af\mkljq o`a[`) Ylla`] kYe] lae]) `]dhk af^gje Y`qhgl`]la[Yd f]_glaYlag o`a[` akh]jeall]\ Zq eYcaf_ mk] g^ l`] B]gj_aY*KY[a^a[ ^Y[lgjk+<k \ak[mkk]\ Z]dgo) Zgl` Kdmel] Yf\ Qgl` YfYdqr]\ l`]k] [gehYjYZd]k af gj\]j lg ]klYZdak` Yj]YkgfYZd] jgqYdlq+

O`]j]^gj]) l`] YjZaljYlgj`]j]Zq [gf[dm\]k l`Yl [gehYjYZd] \]Ydk af l`] Z]n]jY_] af\mkljq %\ak[mkk]\ af \]lYad Z]dgo& g hjgna\] Yj]daYZd] ZYkak ^gj o`a[` lg \]l]jeaf] Yj]YkgfYZd] jgqYdlq oal` l`] j]imakal] j]YkgfYZd] [[jlYaflq ^gj l`] hmjhgk]k g^ YljY\]eYjc af^jaf_]e]fl [dYae+

**#0$ IZW8S^Ug^Sf[a`XfZW GakS^fk7SeWXad fZW dSVW_Sd]>`Xd[`YWW`f**

<k e]flagf]\ YZgn]) l`] [Yd[mdYlag^ l`] jgqYdlq ZYk] ^gj l`] ljY\]eYjc af^jaf_]e]fl [dYaeakkaeadYj lg l`] [Yd[mdYlag^ l`] jgqYdlq ZYk] ^gj l`] Zj]Y[` g^ [gfljY[l [dYae) Zml l`]j] Yj] kge] [gf[]hlmYd \a^^]j]f[]k+ Agj ]pYehd]) l`] [Yd[mdYlag^ l`] jgqYdlq ZYk] ^gj l`] ljY\]eYjc af^jaf_]e]fl [dYaeakZYk]\ ]flaj]dq gf l`] `qhgl`]la[Yd f]_gla Ylagf Z]lo]]f JjYf_] =Yf_ Yf\ QKS Yf\ l`]j]^gj] l`] [gflgmjk g^ hYjY_jYh 4) l`] [Yjn]*gml g^ f]l kYd]k oal`af l`] ImljalagfYd >`Yff]d o`a[` \a\ [gehdq oal` l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk) ogmd\ fgl [ge] aflg hdYq Z][Ymk] l`] hYjla]k Yj] kljacaf_ YZjYf\ f]o \]Yd) oal` Yem[` ZjgY\]j _jYfl g^ja_`lk) kg Ykl g YddgoQKS lg eYc] h]jnYkan] mk] g^ l`] =<IB eYjc af h]jh]lmalq+O`mk) l`]j] ogmd\ fgl Z] Y \]\m[lagf af l`] [Yd[mdYlag^ l`] jgqYdlq ZYk] YkYj]kmdl g^ f]l kYd]k eY\] oal` af l`] ImljalagfYd >`Yff]d gj Y\]\m[lagf ^gj f]l kYd]k g^ =Yf_ Kj]*Rgjcgml[!$] Z][Ymk] l`] f]o da[]fkaf_ Y_j]]e]fl Z]lo]]f JjYf_] =Yf_ Yf\ QKS j]kmdlaf_ ^jge l`] `qhgl`]la[Yd f]_ glaYlag ogmd\ Z] ^gj YZjgY\ da[]fk] af ^Yngj g^ QKS k]]caf_ l`] Ydd*af[dmkan] Yf\ h]jh]lmYd mk] g^ l`] =<IB eYjc o`a[` al

[!$] <dl`gm_` al akljm] l`Yl hYjY_jYh 3 g^ l`] /-.- N]lld]e]fl <_j]]e]fl ]^^][lmYl]\ Yj] d]Yk] oal` j]kh][l lg l`] =Yf_ Kj]*Rgjcgml hjg\m[l o`a[`) Yl ^ajkl Zdmk`) ogmd\ j]imaj] l`] f]l kYd]k g^ =Yf_ Kj]*Rgjcgml lg Z] \]\m[l]\ af gj\]j lg [Yd[mdYl] l`] jgqYdlq ZYk] ^gj l`] ljY\]eYjc af^jaf_]e]fl [dYae) l`Yl daeal]\ j]d]Yk] k`gmd\ fgl Z] _an]f ]^^][l Z][Ymk] gf[] Y _Yaf) af l`] `qhgl`]la[Yd f]_glaYlagf Z]lo]]f JjYf_] =Yf_ Yf\ QKS) l`]j] ogmd\ Z] eYcaf_ Y ^j]k` \]Yd) Y[gehj]`]fkan] \]Yd+O`]j]^gj]) l`] =Yf_ Kj]*Rgjcgml f]l kYd]k Yj] af[dm\]\ af l`] jgqYdlq ZYk] ^gj l`] hmjhgk]k g^ [Yd[mdYlaf_ j]YkgfYZd] jgqYdlq \YeY_]k ^gj l`] ljY\]eYjc af^jaf_]e]fl [dYae+

1  needed, and continues to need, in order to support VPX's ubiquitous marketing and sales activities

2  relating to BANG Energy RTD, sales which accelerated dramatically in the 2018 – 2021 time

3  period. At the same time, because the trademark infringement claim would be limited to the

4  territorial boundaries of the United States, international net sales should be excluded and should not

5  be a part of the royalty base for the purposes of a trademark infringement claim. Likewise, as set

6  forth above, net sales of Bang Mixx must likewise be deducted out from the amount of the royalty

7  base for the reasons set forth in Section III, P. below.

8       Thus, the calculation of the royalty base for the purposes of the trademark infringement

9  claim is as follows:

| | |
|---|---|
| 10  Net Sales – Total, (Voth – Plumpe midpoint) | $ ███████ |
| 11  Deduction for International Net Sales | $ ██████[26] |
| 12  Deduction for BANG MIXX | $ █████[27] |
| 13  Royalty Base for TM Infringement | $ 2,246,289,815 |

14       **(8)   The Georgia-Pacific Factors**

15       With respect to the 15 Georgia-Pacific factors relating to a hypothetical negotiation between

16  Orange Bang and VPX, the arbitrator hereby finds as follows:

17       With respect to the first factor, the royalty rates received by Orange Bang from prior

18  licenses of the BANG mark, it is undisputed that there are no such prior licenses and certainly no

19  prior licenses that earned Orange Bang any licensing revenues. Having said that, the 2010

20  Settlement Agreement is nevertheless an agreement between Orange Bang and VPX pursuant to

21  which Orange Bang allowed VPX to make use of the BANG mark, on a royalty-free basis, so long

22  as VPX complied with paragraphs 7 A – 7 D, a requirement which VPX breached.

23       With respect to the second factor, the royalty rates actually paid by VPX to license

24  trademarks, no evidence was presented that VPX ever paid any third party any "running royalty"

25  (i.e., a continuing, on-going royalty tied to net sales) or a lump sum license fee or any other fee to

26  license a trademark. Nor did VPX ever pay Orange Bang any running royalty or a lump sum

27

28  [26] *See* Exhibit 5418, Schedule 3.1 (amended).
    [27] *See* Exhibit 2922, p. 7.

da[]fk] ^]] gj Yfq gl`]j ^]] lg da[]fk] YljY\]eYjc+ =mlY_Yafl`] /-.- N]lld]e]fl <_j]]e]fl akYf Y_j]]e]fl Z]lo]]f JjYf_] =Yf_ Yf\ QKS hmjkmYfl lg o`a[` JjYf_] =Yf_ Yddgo]\QKS lg eYc] mk]g^l`] =<IB eYjc) gf YjgqYdlq*^j]] ZYkak) lg dgf_ YkQKS [gehda]\ oal` hYjY_jYh`k 4 < w4 ?) Yj]imaj]e]fl o`a[` QKS Zj]Y[`]\+

Ral` j]kh][l lg l`aj\ Yf\ k]n]fl` ^Y[lgjk) l`] fYlmj]Yf\ k[gh] g^l`] da[]fk] Yf\ l`] \mjYlagfYf\ l]jek g^l`] da[]fk]) QKS ogmd\ f]]\ lg ZYj_Yaf gj Yn]jq ZjgY\_jYfl g^ja_`lk o`a[` ogmd\ ]fYZd] QKS lg eYc] mk]g^l`] =<IB eYjc af Yh]jnYkan] Yf\ Ydd*]f[gehYkkaf_ oYq+ QKS ogmd\ f]]\ lg Z] mf]f[meZ]j]\ Zq l`] y[j]Ylaf]*ZYk]\z j]imaj]e]fl g^ hYjY_jYh`4 < w4 > Yf\ QKS ogmd\ Ydkg f]]\ lg Z] j]da]n]\ g^ l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh`4 ?+ QKS ogmd\ f]]\ lg Z] YZd] lg eYc] mk] g^ l`] =<IB eYjc gf =<IB @f]j_q MO? %Yk o]dd Yk gl`]j =Yf_ ZjYf\]\ hjg\m[lk& Yf\ k]dd l`]e af Yfq lqh] g^ j]lYad gmld]l Yf\ af Yfq dg[Ylagf oal`af Yklgj] Yf\ fgl Z] daeal]\ lg l`] ImljalagfYd >`Yff]d ^gj l`] hmjhgk]g^ eYcaf_ kYd]k Yk o]dd Yk ^gj l`] hmjhgk] g^ eYjc]laf_+ QKS ogmd\ f]]\ l`] ja_`l lg egn] ^gjoYj\ oal` alk eYkkan] kg[aYd eYjc]laf_ [YehYa_f gf l`] afl]jf]l Yf\ Yl]n]flk o`a[` eYc] mk] g^ l`] =<IB eYjc Yf\ o`a[` `]dh]\ klaemdYl] l`] eYkkan] _jgol` Yf\ hjg^alg^ QKS) o`a[` QKS ogmd\ fgl Z] Yddgo]\ lg egn] ^gjoYj\ oal` Z][Ymk] g^ l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh`4 ?+ QKS ogmd\ f]]\ lg Y[imaj] l`] ja_`l lg j]ZjYf\ alk ]flaj] [gehYfq Yk =Yf_ @f]j_q+ O`mk) QKS ogmd\ f]]\ Yf ]plj]e]dq ZjgY\ _jYfl g^ ja_`lk j]kmdlaf_ ^jge l`] `qhgl`]la[Yd f]_glaYlagf Yf\ QKS ogmd\ f]]\ Y _jYfl g^ ja_`lk mf]f[meZ]j]\ Yk lg lae]) a+]+) al ogmd\ f]]\ lg Z] Yh]jh]lmYd da[]fk]+ QKS ogmd\ Ydkg f]]\ l`] _jYfl g^ Yf ]p[dmkan] da[]fk]) ]p[dmkan] Yk lg l`] j]kl g^ l`] ogjd\) Zml fgl ]p[dmkan] Yk lg JjYf_] =Yf_+ Dfgl`]j ogj\k) Jj Yf_] =Yf_ ogmd\ kladd Z] ]flald]\ lg eYc] mk] g^ alk gof =<IB eYjc) Zml QKS ogmd\ f]]\ lg f]_glaYl] Yklj gf_ da[]fk] o`a[` ogmd\ hj]n]fl Yfq gl`]j l`aj\ hYjlq ^jge eYcaf_ mk]g^l`] =<IB eYjc af Yfq gl`]j oYq+ DfY\\alagf) Z][Ymk] QKS `Yk `Y\ km[[]kk af k]ddaf_ QKS hjg\m[lk af afl]jfYlagfYd ]jjalgja]k) QKS ogmd\ f]]\ lg f]_glaYl] Y da[]fk] Y_j]]e]fl o`]j] QKS ogmd\ `Yn] l`] ja_`l lg ljY\]eYjc l`] =<IB eYjc af ^gj]a_f l]jjalgja]k Yf\ JjYf_] =Yf_ ogmd\ `Yn] lg _an] mhal ja_`l lg \g kg+

Ral` j]kh][l lg ^gmjl`^Y[lgj) JjYf_] =Yf_|k da[]fkaf_ hgda[a]k) al akmf\akhml]\ l`Yl JjYf_] =Yf_ oYk oaddaf_ lg ]fl]j aflg Y [g*]pakl]f[] Y_j]]e]fl oal` QKS Z][Ymk] al) af ^Y[l) \a\ kg+

1    Although the 2010 Settlement Agreement was not technically a licensing agreement, Orange Bang

2  did grant certain permissions to VPX and Orange Bang did give up its right to sue for trademark

3  infringement in exchange for VPX's promise to honor paragraphs 7 A – 7 D, a promise which VPX

4  breached. In addition, based on the testimony elicited from Orange Bang during the arbitration,

5  Orange Bang has had a long history of enforcing its trademark rights by sending cease and desist

6  letters and even commencing litigation at times to protect the integrity of the BANG mark.

7      With respect to the fifth factor, the commercial relationship between Orange Bang and

8  VPX, and as explained above with respect to the fifth *Sleekcraft* factor, although Orange Bang and

9  VPX, to some degree, target different types of consumers, Orange Bang and VPX are still

10  competitors (and arguably side-by-side competitors) to the extent that they both sell their beverage

11  products in an overlapping sales channel. As stated above, Orange Bang sells its Orange Bang

12  fountain drink at convenience stores and gas stations while, at the same time, ▮▮▮ of VPX's

13  massive sales are sales of BANG Energy RTD and ▮▮▮ of those sales take place in convenience

14  stores.

15      With respect to sixth, eighth, ninth, tenth and eleventh factors, the special value of the

16  BANG mark to VPX, the profitability of the VPX products which make use of the BANG mark,

17  the advantages to VPX of the BANG Mark over prior marks like Redline, the benefits to VPX for

18  using the BANG mark and the extent to which VPX has used the BANG mark, these closely-

19  related factors are of huge importance, especially if the Book of Wisdom, the right to make use of

20  20/20 hindsight as part of the hypothetical negotiation of the royalty rate, is factored into the

21  analysis, and these factors demonstrate precisely why VPX has little leverage in the hypothetical

22  negotiation and why it really has no choice but to close a deal with Orange Bang, even if the

23  licensing deal and the royalty rate are less than ideal from VPX's point of view. The reason for this

24  is because of how significantly VPX has invested in the BANG mark. VPX has spent hundreds of

25  millions of dollars promoting the BANG mark (sunk costs), implementing a highly effective but

26  expensive social marketing campaign which is centered around the BANG mark and has rebranded

27  its entire company as "Bang Energy". Its web presence is now based on the BANG mark, its

28  domain name is based on the BANG mark and J. Owoc is now known as the BANG CEO, as his

1  Instagram handle now demonstrates. And consumers of BANG Energy RTD are affectionately
2  known as "Bangsters". VPX may argue that Orange Bang should have spoken up between 2010
3  and 2019 and, had Orange Bang done so, it would have promoted a different tradename, a
4  trademark other than the BANG mark. However, as demonstrated above, Orange Bang did not
5  speak up during the 2010 to 2019 time period because, as it understood the facts, the products
6  released by VPX during that time period, including BANG Energy RTD, were indeed "creatine-
7  based" products as VPX told the world with its marketing and sales campaigns and, therefore,
8  according to VPX, their products did not violate the 2010 Settlement Agreement or the VPX
9  Marketing and Sales Restrictions. As it turned out, and unbeknownst to Orange Bang at the time,
10 these products released by VPX during this nine year time period of time, including BANG Energy
11 RTD, were not, and are not, "creatine-based" as explained above. Moreover, the products released
12 by VPX which are branded with the BANG mark, especially BANG Energy RTD, have been, and
13 still are, wildly successful. The amount of net sales enjoyed by VPX has been impressive, highly
14 profitable and trending upwards. In short, VPX is highly dependent on having the right to make
15 use of the BANG mark. In many ways it has no choice but to close a deal with Orange Bang as a
16 part of the hypothetical negotiation. Orange Bang, not VPX, has the leverage and the bargaining
17 power in the hypothetical negotiation, especially if the Book of Wisdom is factored into the
18 hypothetical negotiation (see below).

19       With respect to seventh factor, the duration of the use of the BANG mark and the terms of
20 the license, VPX, because of its enormous financial investment in the BANG mark, needs a
21 perpetual grant of rights unlimited by time or territory. This likewise confers much bargaining
22 power on to Orange Bang in the hypothetical negotiation. VPX needs to make this deal, especially
23 given the $          in past marketing costs, sunk costs spent promoting the BANG mark, which
24 it cannot recapture. As to the further terms of the license, see the paragraph above as to sixth,
25 eighth, ninth, tenth and eleventh factors.

26       With respect to the twelfth and fourteenth factors, customary royalties within the beverage
27 industry, both Plumpe and Voth have performed in-depth analyses of these comparables in order to

28

1    determine a reasonable royalty rate. These comparables, and the opinions of these qualified

2    experts, are discussed in detail in the next section below.

3         With respect to the thirteenth factor, the apportionment calculation, the allocable portion of

4    profits earned by the sale of VPX product which are attributable to the use of the BANG mark as

5    opposed to "other factors", the arbitrator believes that this thirteenth factor, although very

6    important to the disgorgement of profits analysis discussed below, is of minimal importance in a

7    hypothetical negotiation to establish a reasonable royalty rate because, as demonstrated below in

8    the Fox-Owoc mock dialogues which are illustrative of the hypothetical negotiation (one without

9    and one with the Book of Wisdom), participants negotiating a "real-world" licensing deal will not,

10   as a practical matter, address the apportionment of profits analysis during their discussions. Rather,

11   the parties certainly would push back on each other as to what the royalty rate should be, and the

12   licensor would undoubtedly insist on a higher rate while the licensee would hold strong for a lower

13   rate. However, the arbitrator believes that the hypothetical negotiation would turn on what is a fair

14   royalty rate in the industry, based on other comparable deals and, more importantly, which party

15   has the true leverage in the hypothetical negotiation. The apportionment of profits analysis does

16   indeed arise in trademark (and copyright) infringement litigation, but it is doubtful that it is a real

17   topic of discussion between principals or attorneys negotiating a licensing agreement. Rather,

18   topics like price, term, scope, use of the mark and quality control are the more basic provisions to

19   be addressed during the hypothetical negotiation.

20        In addressing the apportionment factor, Voth cites to the InfoScout research report, Exhibit

21   5091, to suggest that BANG Energy RTD's profits are not attributable to the BANG mark but

22   instead are attributable to other factors. *See* Exhibit 5382, p. 82, paragraph 172. However, the

23   InfoScout research report is a thoroughly unconvincing document because it surveyed the wrong

24   relevant market, mostly women, when most of the purchasers of the BANG Energy RTD are men,

25   and surveyed the wrong market venues, conducting the interviews at supermarkets while most of

26   the purchases of BANG Energy RTD [███ of them] take place at convenience stores. Voth's

27   reliance on InfoScout is unconvincing.

28

Case 5:20-cv-03642-EJD Document 624-8 Filed 10/06/22 Page 131 of 328 Page ID #:1575

DocuSign Envelope ID: ...

1 product, with some pre-negotiated deductions. In addition, the licensee was able to conclude this
2 licensing deal without the requirement of having to pay any minimum guarantee at all. *See* Exhibit
3 J-153, p. 93, Tab 8. Although the MoonPie brand is slightly more well-known than Orange Bang's
4 BANG mark, this other licensing deal in the beverage industry is likewise an appropriate
5 comparable especially given the fact that VPX would have been seeking pervasive use of the
6 BANG mark in the hypothetical negotiation as compared to the far more limited use, a milk
7 product, only contemplated by this comparable deal.

8      Plumpe also analyzed a 2003 license agreement by which Tanning Research Laboratories,
9 the owner of the trademark in Hawaiian Tropics sun products, likewise a relatively well-known
10 mark, licensed to American Water Star the right to make use of the Hawaiian Tropics trademark on
11 a flavored water product. The grant of rights was on an exclusive basis insofar as the product and
12 the Territory (the United States and Canada) was concerned. The license agreement called for a
13 royalty rate of 4%. The royalty base was tied to invoice sales (net of shipping and sales taxes). In
14 addition, the licensor negotiated a modest minimum guarantee that the licensee had to pay, even if
15 the sales were insufficient to earn out the minimum guarantee. *See* Exhibit J-153, p. 93, Tab 8.
16 Although the Hawaiian Tropics trademark is also somewhat more well-known than Orange Bang's
17 BANG mark, this other licensing deal in the beverage industry is likewise an appropriate
18 comparable especially given the fact that VPX would have been seeking pervasive use of the
19 BANG mark in the hypothetical negotiation as compared to the far more limited use, a water
20 flavored product only, contemplated by this comparable deal.

21      Plumpe likewise concluded that these other licensing agreements were appropriate
22 comparables as contemplated by the twelfth factor of the Georgia-Pacific factors and, based on the
23 royalty range of 2% to 7%, determined the mid-point of this range, 4.5%, and concluded that a
24 reasonable royalty rate for the Orange Bang – VPX hypothetical negotiation is 4.5%, although
25 Monster and Orange Bang argue for the upper range, as high as 7%, in their post-arbitration closing
26 brief. Even Voth, according to Orange Bang and Monster, calculated the midpoint of a reasonable
27 royalty at 4%, yielding a royalty payment of $     to $     payable to Orange
28 Bang, depending upon the royalty base and assuming Voth's 4% midpoint. *See* Voth Testimony,

<CO) h+060/7.1  w06017.+ Cgo]n]j) l`ak[Yd[mdYlagkKZYk]\gf `ak kmhhgk]\ea\hgafl  g^1" Yf\ oal`gml j]_Yj\ lg Qgl`|k [Yh+Qgl`|k mdlaeYl]ghafagf akl`Yl`Yj]YkgfgYZd]gqYdlq.") [Yhh]\ Yl !/+0 eaddagfo`a[` ak`ak[Yd[mdYlagfl`] Y__j]_Yl]nYdmg`^JjYf_] =Yf_|k =<IB  eYjc  Ykg^ /-.-+

Dfj]Y[`af_ `ak[gf[dmkagfk)Kdmeh]]p[dm\]\ l`] yO`jgo`gofz  da[]fkaf_ Y_j]]e]fl YkYf YhhjghjaYl[gehYjYZd]Z][Ymk]`]j] oYkYf]imalq hmj[`Yk][ge hgf[fl lg l`Yl\]Yd+ Dfl`] yO`jgo`gofz da[]fkaf_Y_j]]e]fl) O`jgo`gof  Df\mklja]k`]`] gofj j g^`l` ljY\]eYjc af O`jgo`gof) Yhj]*]paklaf__khgjlkh]j^gjeYf[] \jafc oal` Y`aklgja[YdjY[j]c]j[gj\ g^`kYd]k) da[]fk]\ lg ?]l`jgf MgqYdlqli] ja_`l lg eYc] mk]g^`l` O`jgo `gof  liYk\jeYj gf fgf* Yd[g`gda[ khgjlkh]j^gjeYf[]  jafck+ O`]  _jYfflg g^`ja_`lk oYkgf Yf]p[dmkan]ZYZkako)a[` ogmd\`fgjeYddq af[j]Yk]l`] Yegmflmf g^l`] jgqYd]liqhYa\)Yf\ YkhYjlg^l`ak\] Yd`] da[]fk]] fgl gfdq Y_j]])\ lg hYqY\ da[]fk]j gn]j 2 eaddagfk`Yj]kg^klg[c af l`] da[]fk]]) ^mjl`]j Y_j]])\ lg hYql]` da[]fkgj gn]j]j eYjc]claf_ Yf\ Ydk]Y_j]])\ lg hYqY j]dYYd Ylan]dm]jg`kl eafaeme  _mYjYfl]]]+O`] jgqYmdaeZYks)oYkla)\a\ lg f]l`  krad]k)k&Bja AOO@.p`aZaE*.20)h+ 60) OYZ5+<dl`gm_`l`] O`jgo`gof  da[]fkaf_ Y_j]]e]fl oYkfgl YklYblfYr\Yjr\ da[]fka_r\]Yd Z][Ymk]`g^`l`] ]imalq hYqe]fl [gehgf]fl  Yf\ l`] eafaeme  eYjc]claf_  kh]f\ j]imaj]e]fl  Yf\) l`]]j]]j]af l`]]ahafa]jl\[gehYjYZd\)alakf[n]jil`]l`]kk afkljim[lan] lg \jegfkljaeYl\fl l`ak  O`jgo`gof  da[]fkaf_ Y_j]]e]fl ogmd\`^YdYoaj`nkqj`jqdk[aZYkm al`af l`] ]imalq hYqe]fl af[jmkanaog`hYj]hfl+ al`af l`] ]imalq hYqe]fl  Yf\ ogmd\`^YdYoaj`nkqj\hafdoY`]j)`]Yr\ h^dfh`Z][Ymk]`l`Yj]hfl+O`]\`da[]fk]]af l`]YfYdqkak]\k`l`Yj]t[gehYjYZd]Z][Ymk]`l`Yj]hfl+Of\]O`fl+ O`jgo`gof  da[]fkaf_ Y_j]]e]fl af l`] YfYdqkak]\k`Yj]t[gehYjYZd] YfYeeVj`af[gehYjaZd]`^Yk

<^l]j YfYdqoaf_l`]k] [gehYjYZd]kaf`af l`]  Z]n]jjqY]_ af\mkljjq)Yf\ af YfYYll]`ehl lg [gijrgZgjYYZd] l`ak`af^gkmdl\`Yj]_]a]]l ]fl__qe_ajl[ gn]j Ga[]fkaf_ MgqYdlqMYYl]]hkZq=Yll)jkZqYf\ Bjae]k) o`a[` dac]oak]kmjn]j]\`nYjagmkkf+

Case 5:20-cv-00452-DSF-SPR Document 54-2 Filed 2024/06/22 Page 134 of 328 Page ID #:1578

1    Perhaps the most significant reason for discounting the opinion of Voth, however, is Voth's

2  attempt to cap the amount payable as a reasonable royalty at $2.3 million, the purported value of

3  Orange Bang's BANG mark (according to Voth) as of 2010. Or, to put it another way, Voth offers

4  the opinion that the payment of the lump sum amount would fully compensate Orange Bang for the

5  past damages that Orange Bang suffered for not receiving the income stream for VPX's pervasive

6  use of the BANG mark between 2010 and the present date. But what is the basis or justification for

7  a cap on a running royalty? There are none. The cap does not take into consideration the unjust

8  benefit derived by VPX. Rather, the cap is nothing more than a post-litigation contrivance

9  designed to create an argument to reduce the reasonable royalty damages calculation by an amount

10  in excess of $100 million. As Voth himself admitted in response to questions on direct-

11  examination by VPX's counsel, it is **not** common **in the real world** for a trademark licensing

12  agreement to have a lump sum payment as a cap, but rather, a lump sum payment as a cap is a way

13  to resolve a dispute in litigation so that parties who do not want to have anything to do with each

14  other may go their separate ways. *See* Voth Testimony, AHT, p. 3848:14 - 3849:2. Voth further

15  admitted on cross-examination that none of the seven agreements he considered as comparables for

16  the reasonable royalty analysis contained a royalty cap. *See* Voth Testimony, AHT, p. 3903:24 –

17  3904:6. Voth also conceded on cross-examination that he cannot recall any trademark litigation

18  case where the reasonable royalty was capped or where he offered an opinion that the royalty

19  damages should be capped at the value (the purported value) of the trademark at issue. *See* Voth

20  Testimony, AHT, p. 3906:19 – 3907:3 and 3907:22 – 3908:9. Finally, in response to a line of

21

22  _____

   of 6%) was for the license of alcoholic beverages and ▮▮▮ of VPX sales have been for non-
23  alcoholic beverages. (3) The il Classico trademark licensing agreement (with a royalty rate of 2%)
   was for the license of coffee beans and coffee grounds, not beverages. (4) The Marley trademark
24  licensing agreement (with a royalty rate of 3%) was for the license of coffee beans, mugs and
   related merchandise, not beverages. *See* Plumpe Testimony, AHT, p. 2874 – 2900. As Plumpe
25  also testified, however, if these other additional licensing agreements, other than the seal of
   approval deal of the Diabetes Research Institute, were treated as comparables and were included in
26  his analysis, the range of royalty rates would not change and would still result in a mid-point of
   4.5% and the inclusion of these other deals would not change his opinion. *See* Plumpe Testimony,
27  AHT, p. 2899:19 – 2900:6. Voth likewise agrees with this opinion. *See* Voth Testimony, AHT, p.
   3912:15 – 3913:2. Voth also looked at additional deals, but they were not trademark licensing
28  agreements. Rather, they were acquisition agreements where one of the assets acquired was a
   trademark. *See* Voth Testimony, AHT, p. 3898:14-20.

im]klagfaf_ Zq l`] YjZaljYlgj) Qgl` ]phdYaf]\ l`Yl l`] aehgkalagf g^ Y[Yh YkYdmeh kme hYqe]fl ak j]Ydddq Y^gje g^ YZmq*gmlj YfkY[lagf) Y^mddq hYa*mld a[]fka_ ljYfkY[lagf Zq o`a[` JjYf_] =Yf_ ogmd\ j][]an] gfdq !/+0 eaddagf lg j][geh]fk] al ^gj l`] mfbmkl ]fja[`e]fl ]Yjf]\ Zq QKS af ^Yadafg `gfgj l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagf kYkk]l ^gjl` af l`] /-.- N]lld]e]fl <_j]]e]fl KXN ^gj af^jaf_af_ JjYf_] =Yf_|k =<IB eYjc af Yh]jnYkan] oYq+ <f\ ) gf lgh g^ l`Yl) Y[[gj\af_ lg Qgl`) QKS) `Ynaf_ ^mddq hYa\ alk !/+0 eaddagf da[]fkaf_ ^]] , Zmqgml hja[]) ogmd\ Z] ]fald]\ lg eYc] mk] g^ JjYf_] =Yf_|k =<IB eYjc `go]n]j al oYfl]\ lg \g kg) oal` fg j]klja[lagfk YlYdd Yf\ ^gj]n]j) oal` fg daealYlagfk Yk lg lae]+ AOO Qgl` O]klaegfq) <CO) h+061-70 w061.74+ <[[gj\af_ lg Qgl`) Y^l]jhYqe]fl g^ l`] !/+0 eaddagf da[]fkaf_ ^]] , Zmqgml hja[]) QKS [gmd\ mk]l`] =<IB eYjc Yfq oYq al oYfl]\ lg) oal` aehmfalq Yf\ af h]jh]lmalq+

Nm[`Yj]kmdl ogmd\ mf\]jeaf] l`] hgda[q Zb][lan]k g^ l`] GYf`Ye <[l) l`] afl]_jalq g^ [gfljY[lk Yf\ ogmd\ fgl Y[`a]n] Yf]imalYZd] j]kmdl bal` j]kh][l lg l`] ^Y[lk g^ l`ak [Yk]+ Qgl`|k !/+0 eaddagf [Yh, dmeh*kme da[]fkaf_ ^]] , Zmq*gml hja[] akl` gjgm_`dq mf[gfnaf[af_ Yf\ ak `]j]Zq j]b][l]\ Zq l`] YjZaljYlgj+

**#*)$ IZW=kbafZWf[USC`WYaf[Sf[a7WfiWW;aj S`V DiaU [` +))2 &+)*)%**

**i[fZagf fZW7aa] aXL[eVa_**

=Yk]\ gf l`] YZgn]) l`] YjZaljYlgj jfnakagfk l`] `qhgl`]la[Yd f]_glaYlagf Z]lo]]f Agp g^ JjYf_] =Yf_ Yf\ Jog[ g^ QKS Yk g^ l`] lae] g^ l`] ^ajkl af^jaf_]e]fl af /--6 */-.-) oal`gml l`] Z]f]^al g^ l`] =ggc g^ Rak\ge "À) ogmd\ `Yn] lYc]f hdY[] %gj ogmd\ lYc] hdY[] &af l`] ^gddgoaf_ eYff]j7

---

"ÀO`] =ggc g^ Rak\ge akYd]_Yd [gfn]flagf l`Yl h]jealk Y[gmjl lg [gfka\]j ]n]flk l`Yl ljYfkhaj]\ Y^l]j l`] \Yl] g^ l`] `qhgl`]la[Yd f]_glaYlagf+O`] =ggc g^ Rak\ge akY[gf[]hl o`a[` ]eYfYl]k ^jge l`] Pfal]\ NlYl]k Nmhj]e] >gmjl [Yk] g^ *ASXMVK@SOPSXSDVQ%%8OXUSXJO^\YVO_W YMO]] 1Y%#56 P+N+356 %.600&o`]j] l`] >gmjl h]jeall]\ l`] mk] g^ /-*/- `af\ka_`l lg `]dh [Yd[mdYl] \YeY_]k j]kmdlaf_ ^jge l`] Zj]Y[` g^ Y[gfljY[l lg Ykka_f YhYl]fl+ Dfgj\]j lg Y\\j]kk l`] hjgZd]e g^ mf[]jlYaf hjgh`][a]k o`a[` eYq Yjak] Yk hYjl g^ l`] Y^l]j*l]*^Y[l nYdmYlagf g^ l`] dgklmk]g^ afl]dd][lmYd hjgh]jlq %af l`Yl [Yk] l`] mk]g^ Y hYl]fl) YZd]afn]flagf&)Emkla[] >gj\grg klYl]\ ^gj l`] >gmjl7 y +++ V=Wml al ^^]j]fl kalmYlagf kh]j]kfl]\ a^q] Yjk`Yn] _gf] Zq Z]^gj] l`] ]na\]f[] ak g^^]j]\ V.. q]Yjk af l`ak [Yk]Z]lo]]f <m_mkl.) /-.- Yf\ J[lg Z]j 1) /-/.) l`] ^ajkl \Yq g^ l`] YjZaljYlagf Yjaf_W+@ph]ja]f[] akl`]f YnYadYZd] [gjj][l l`] mf[]jlYafhjgh`][q+ C]j] akYZggc g^oak\ge l`Yl [gmjlkeYq fgl f]_d][l+ R] ^af\ fg jmd] g^ dYo l`Yl k]lk Y[dYkl mhgf alkhY_]k) Yf\ ^gjZa\kmklg dggc oal`af+z @n]f QKS|k ]ph]jl Qgl` `Yk) af gl`]j [Yk]k) j]da]\ gf l`] =ggc g^ Rak\ge lg Yjjan] YlYj]YkgfYZd] jgqYdlq jYl]+

ADI<G<M=DOM<ODJI<R<M? wKC<N@ <I? KC<N@

Jog[7 D_gl qgmjdYokmalDl`afc qgmjdYokmalk^mdg^al)Zmlo] k`gmd\ogjc l`ak gml+

Agp7 D|e oaddaf_lg ogjc l`ak gml)ZmlD|n] Z]]f mkaf_l`] =<IB eYjc kaf[] l`] ]Yjdq .64-k Yf\ D|n] gof]\ l`] ljY\]eYjc kaf[] l`] ]Yjdq.65-k+ O`] =<IB eYjc aknalYd lg l`] km[[]kkg^eq Zmkaf]kk+

Jog[7 Hq lYj_]l*[mklge]jk Yj] n]jq \a^^]j]fl ^jge qgmjk+Dk]ddlg Yl`d]l]kYf\ ogjcgml ]fl`mkaYklk+Dk]ddgmlg^fmljalagfYdYf\ kmhhd]e]fl klgj]k dac] l`] QalYeafN`ghh] Yf\ BI>+ D\gf|l k]ddgmlg^j]klYmjYflkYf\ D\gf|l [mjj]fldq k]ddgmlg^ [gfn]fa]f[] klgj]k gj _YkklYlagfkdac]qgm\g+

Agp7 <j] qgmoaddaf_lg daealqgmjmk]g^eq =<IB eYjc lg bmkll`] fmljalagfYdYf\ \a]lYjq kmhhd]e]fl [Yl]_gjq:

Jog[7 <l ^ajkl)Dl`gm_`l DoYk oaddaf_lg daealeq mk]lg l`Yl fYjjgo [Yl]_gjq+ Dl`gm_`l D oYk oaddaf_lg ogjc gmlY\]Yd oal` qgmo`]j] DklYqaf eq dYf]Yf\ qgmklYqaf qgmj dYf])Yf\ ogjc gmlY^j]] \]Yd)Y\]Yd^gj fg hYqe]fl) fg da[]fk] ^]] gj fg jgqYdlq hYqe]fl) Zmlfgo l`Yl Dl`afc YZgmlal)DoYfl lg _g Za_oal` l`] mk]g^l`] fYe] =<IB+ DoYfl n]jq ZjgY\mk]+D`Yn] Ynakagf)Yf\ DoYfl lg mk] l`] =<IB eYjc af Yn]jq h]jnYkan]oYq+ D\g fgl oYfl lg Z] daeal]\ lg fmljalagfYdklgj]k gj lg l`] \a]lYjq Yf\ kmhhd]e]flk k][lagfk g^klgj]k+ DoYfl lg Z] YZd]lg k]ddeq hjg\m[l YfqoYq D[`ggk]) Yl[gfn]fa]f[] klgj]k) Yl_YkklYlagfk)Ylkmh]jeYjc]lk) Yfqo`]j]+ <f\ Df]]\ l`] ja_`l lg mk]l`] fYe] ^gj]n]j) fg daealYlagfgf lae]+ <j] qgm oaddaf_lg eYc] Y\]Yd dac]l`Yl:

Agp7 D\gf|l cfgo+ Tgm Yj] Ykcaf_^gj Ydgl+<ddg^eq [mklge]jk cfgo e] Zq l`] =<IB eYjc Yf\ Dl`afc al oaddZ] [gf^mkaf_a^l`]j] Yj] log [ge hYfa]kgml[Ydd]\ =<IB) ]kh][aYddq^o] Yj] Zgl` _gaf_ lg k]ddYll`] kYe] hdY[]dac][gfn]fa]f[] klgj]k Yf\ _YkklYlagfk+D|e gh]f lg Y\]Yd)Zmll`] jgqYdlqYl]oaddf]]\ lg Z] hj]llq `a_`+ Dogmd\ f]]\ Y.-" jgqYdlq)-" g^qgmj=<IB eYjc kYd]k+

Jog[7 Ig oYq+ .-" akoYq lgg `a_`+ =]ka\]k) eq hjg\m[lk Yj] _gaf_ lg Z] n]jq \a^^]j]fl ^jge qgmjk]n]f a^l`]q Yj] Zgl` kgd\ af [gfn]fa]f[] klgj]k+ Tgmjhjg\m[l `Ykdglk g^km_Yj+D|e hdYffaf_gf hjg\m[lk oal` fg km_YjYlYdd+O`] egkl D|e oaddaf_lg

| 1 | | pay as a royalty is 1%. |
| 2 | Fox: | It's not worth it to me to give up my company name and identity for a 1% royalty. |
| 3 | | And what would 1% even pay me? What are your BANG sales as of now? |
| 4 | Owoc: | Our BANG sales as of now are about $▮▮▮▮ per year.[31] |
| 5 | Fox: | So you are offering me $▮▮▮ per year for the use of my corporate name? I cannot |
| 6 | | make a deal like that. Like I said, I'm only going to give up the exclusive use of my |
| 7 | | corporate name for a meaningful royalty. Even a 7.5% royalty is not worth it, that |
| 8 | | would only be $▮▮▮▮ per year. Still not worth it for that amount. |
| 9 | Owoc: | I'm not offering you $▮▮▮ per year. I'm not offering you $▮▮▮ per year. What |
| 10 | | I am offering you is a percentage of my future BANG sales, a running royalty, a |
| 11 | | continuing royalty, a payment each year and every year. The amount of the |
| 12 | | payment would be tied to the amount of my BANG sales. I expect to sell millions |
| 13 | | of dollars of product. The BANG name is very catchy and I plan to make terrific |
| 14 | | products which young consumers will buy in droves. I expect your running royalty |
| 15 | | will be worth way more than those amounts in future years and in each year. |
| 16 | Fox: | Maybe so, Jack, but it's just not worth it to me. |
| 17 | Owoc: | I would be willing to go as high as 2.5%, but no more than that. |
| 18 | Fox: | Still not worth it to me at 2.5%. Based on your current sales, that would only get me |
| 19 | | a royalty of ▮▮▮▮ I'm not going to give up the goodwill of my business I have |
| 20 | | sweated and toiled to earn for that small amount. |
| 21 | Owoc: | Well I can't go any higher than 2.5%, that's my final and best offer. If I went any |
| 22 | | higher than that and I hit it big, and I do plan to hit it big, then I would have to be |
| 23 | | paying you way too much. |
| 24 | Fox: | If we made a deal and you had to pay me "way too much", you would be the |
| 25 | | happiest person in the world. |
| 26 | Owoc: | What do you mean by that? |
| 27 | | |

28  [31] Voth concedes that VPX's sales of Bang Pre-Workout in 2010 were approximately $▮▮▮▮.
*See* Exhibit 5418 (Voth Schedule 3.1); *see also* Voth Testimony, AHT, p. 3932:3-6.

| | | |
|---|---|---|
| . | Agp7 | De]Yf) a^qgmYj]hYqaf_e] YZa_fmeZ]j YkY[gflafmaf_jgqYdlq]`Ylogmd\e]Yf) |
| / | | Zq\]^afalagf) l`YlqgmYj]jYcaf_af l`] Zm[ck]l`Ylqgmgmogmd\Z] eYcaf_ Ycaddaf_ |
| 0 | | g^^g^qgmjhjg\m[lk Yf\ eq fYe]+ Ngo`Yl ogmd\qgm[Yj] a^qgmhYa\e] Ydglg^ |
| 1 | | egf]q ^gj l`] mk]g^eq fYe] af l`] ^mlmj]a]logmd\ gfdq [gkl qgmYdglg^egf]q a^ |
| 2 | | qgmqgmjk]d`o]j] eYcaf_ Ylgf g^egf]q+ Ng)dac]DkYa]a^qgmYj]hYqaf_e] Za_ |
| 3 | | egf]q) l`Yle]Yfk l`Yl qgmogmd\Z] eYcaf_ _]]f Za__]jegf]q) Yf\ qgmogmd\Z] |
| 4 | | l`] `Yhha]klh]jkgf af l`] ogjd\+ NgD]e fgl oaddaf_lg \g almfd]kkal]kY^YajgqYdlq |
| 5 | | jYl]]^gj l`] mk]g^eq fYe] o`a[` qgmhdYflg mk]af Y[gehj]`] fkan]^Yk`agfo`a[` |
| 6 | | oaddahjgZYYZZd\qYn] l`] j]kmd]g^oahaf_eq gof [gehYfq fYe) g^^l`] ^Y[]g^l`] |
| .- | | ]Yjl`+ |
| .. | Jog[7 | Dmf\]jklYf\ qgmjhgafl l`Yl D]e gfdq _gaf_ lg Z] hYqaf__qgmZa_egf]q a^D]e |
| ./ | | eYcaf_ _]]f Za__]jegf]q) Zmlfg oYq 4+2" ak_gaf_ lg`Yhh]f+ O`Yl]k]lg]gg\ |
| .0 | | g^^Y\Yd^gj]qgm+O`] egkl DoaddphYq^gj Yjmffaf_ jgqYdlqa]a]\ \g f]l kYd]k)ak0") |
| .1 | | fgl Yh]ffq egj]+ |
| .2 | Agp7 | EY[c]a^Y^YajYj]Yd`Yhh]fk) l`Yl\k^af]+ D^a\\g\]kfl `Yhh]f) l`Yl\k^af] lgg+ Tgm |
| .3 | | oYfl lg mk]eq ljY\]eYjc+ TgmoYfl lg mk]eq =<IB fYe) af Yn]jq mfdaeaal]\ |
| .4 | | ^Yk`agf)^gj]nj]j lg af]jh]jh]lmalq)oal` fg lae] daeal)oal` fg dac]alk Yklg [dYk\j |
| .5 | | [Yl]_gjq af l`] kYe] dg[YlagfkYcq]) Zgl` af l`] PN< Yf\ afl]jfYlagfYddqo]Yf\ qgmj |
| .6 | | mk][gmd]\f\oah] e] g^^Yl`l] eYh+Hq Zgllge daf]ak2"+ |
| /- | Jog[7 | NladtgEgg `a_`+ =mlDoaddahll]ddqgmgo`Yl) a^qgmoaddkatYdd Yqj\jj]] lg _g \gof lg 1") Doadd_g |
| /. | | mhlg 1"+ ?g o) `Yn] Y\]Yd: |
| // | Agp7 | T]k) D]e oaddaf_lg [dgk\ YlY1" jmffaf_ jgqYdlqa]a]\ \g f]l kYd]k+mlDf]]]\]\ Y |
| /0 | | eafaeme _mYjYjfl]]a]]dY]Yf]YfafYf mdeafYdYd]kae _mafYf mdeafjfd]]+ |
| /1 | Jog[7 | Ig oYq)D]e fgl _mYjYjfl]]af[gm_mfgfg^`a_` + <f\) kaf[[] qgm Zjgmk]_`alalml h)DoYfl Y |
| /2 | | [Yhgf fl] l`] Yegmfd D?Yn] ak hYqqgm+ |
| /3 | Agp7 | Ig) fg [Yh]af+DoqgmYj]]]kYf _ak _al\ hdaYc] Yeafae]_mYjdjjj]]) l`j]` l`] Zg]m |
| /4 | | Yfq [Yh]af]ak \]jm+ R`Yll]j l`] l`]1" g^al kYd]klmjfakfk Z]qghYddZl l]]] _jgo) Za_ dglq) |
| /5 | | l`Yk[l l`] fmeZ]jZ+ Ng)\g o) `Yf] Y\]YdYl]]\ g^l`] kYd]kfj\ eafae]_mYjdj j]] |
| | | .-5 |

Yf\ fg [Yh:

Jog[7    T]k) \]Yd)\gf]+

Agp7    ?gf]+

#**$ IZW=kbafZWf[US%ZWYaf[Sf[a7WfiWW;aj  S`V DiaU  [` +))2  &+)*)%ái[fZ

fZWaa]  aXL[eVa_

Cgo]n]j) oal` l`] =ggc g^Rak\ge) l`] `qhgl`]la[Ydf]_glaYlagfogmd\Z] \a^^]j]fl+

=][Ymk]g^l`] kh[]lY[mdYkjm[[]kkg^^=<IB  @f]j_q MO? Yf\ `m_] Yegmfl g^kmfc[gklk Yf\

eYjc]]laf_ \gddYjkYdj]Y\qafn]kl]\ Zq QKS lg Zmadl`] ZjYf\ =< IB) QKS [Yffgl _g ZY[coYj\k+

Dl[Yffgl YZYYf\gfl`] mf\]faYZZd]km[[]kkg^l`] =<IB  eYjc+ QKS ogmd\`Yn] fg [`ga[] Zmllg

[dgk]l`] \]Ydoal` JjYf`] _ =Yf_+O`ak_an]kJjYf`] _ =Yf_ ]f Yff[ ]\ d]n]jY_]+

<[[gj\af_dq) l`] YjZalYlgjgfnakagkfk l`] `qhgl`]la[Ydf]_glaYlagfZ]lo]]f  Agpg^JjYf`]_

=Yf_ Yf\ Jog[  g^QKS) oal` l`] Z]f]^al g^l`] =ggc g^Rak\ge) o gmd\`Yn] lYc]f hdY[]%gj

ogmd\`lYc]n hdY[]&af l`] ^gddgoaf_eYff]j7

Jog[7    D_gl qgmjdYokmalDl`afc qgmjdYokmall^m\g]^al)Zmlo]k`gmd\ogjc l`ak gml+

Agp7    D|e oaddaf_lg ogjc  l`ak gml)ZmlD|n]Z]]f mkaf_l`] =<IB  eYjc kaf[] l`] ]Yjdq

.64-k  Yf\ D|n]gof]\  l`] ljY[]eYjc kaf[] l`] ]Yjdq.65-k+ O`] =<IB  eYjc aknalYd

lg l`] km[[]kk^eq Zmkaf]kk+

Jog[7    Hq lYj_]l*[mkljge]jk Yj]n]jq \a^^]j]fl ^jge qgmjk+Dk]ldl g\Yl`kYf\l lkhYf\

]fl`mkaYklk Dk]ddemg^fmljalagfY[Yf\ kmhhd]e]fl klgjgj]ka]d] l`] QalYeaf^N`ghh]

Yf\ Bl>+  D\gf]l  k]ddemg^q]klYmjYYfl`YfY fdf\ Dgf]l  [mjj]fldq k]ddemg^

[gfn]fa]f[] klgj]k gj _YkklYlagfkkac)lac)qgm\gm\+

Agp7    <j] qgmoaddaf_lg daealqgmjmk]g^eq =<IB eYjc lg bmklln]l] fmljalagfY  Yf Yf\

a]l]lYjq kmhhd]e]fl l`] [Yl] _jjq7

Jog[7    <l ^ajkl)Dl`gm_l DoYk oaddaf_lg daealeq mk]lg l`YlfYjjgo [Yl]_jq+ D`gm_t D

oYkoaddaf_lg ogjc gmlY\]Ydoal` qgmo`]j) DklfYqaf]q dYf\qYf\f qgmj

dYf\)Yf\ ogjc gmlY^]jj] \]f]`]Ymfk) fg da][]fk] ^]] gj fg jgqYdlq

hYeq]fl) Zmlfgo l`YtDl`afc YZYmd)DoYfl lg_ Za_ oal` l`] ]mk]g^l`] Yfe]d

=<IB+  DoYfl n]jq ZjgY\\mk]+D`Yn) Ynakagfd)Yf\ DoYfl lg mk]l`] =<IB  eYjc

1          in a very pervasive way. I do not want to be limited to nutritional stores or to the

2          dietary and supplements sections of stores. I want to be able to sell my product

3          anyway I choose, at convenience stores, at gas stations, at supermarkets, anywhere.

4          And I need the right to use the name forever, no limitations on time. Are you

5          willing to make a deal like that?

6  Fox:    I don't know. You are asking for a lot. All of my customers know me by the

7          BANG mark and I think it will be confusing if there are two companies out called

8          BANG, especially if we are both going to sell at the same place like convenience

9          stores and gas stations. I'm open to a deal, but the royalty rate will need to be pretty

10         high. I would need a 10% royalty, 10% of your BANG mark sales.

11  Owoc:   No way. 10% is way too high. Besides, my products are going to be very different

12         from yours even if they are both sold in convenience stores. Your product has lots

13         of sugar. I'm planning on products with no sugar at all. The most I'm willing to

14         pay as a royalty is 1%.

15  Fox:    It's not worth it to me to give up my company name and identity for a 1% royalty.

16         And what would 1% even pay me? What are your BANG sales as of now?

17  Owoc:   Our BANG sales as of now are about $ ███ per year.[32]

18  Fox:    So you are offering me $ ███ per year for the use of my corporate name? I cannot

19         make a deal like that. Like I said, I'm only going to give up the exclusive use of my

20         corporate name for a meaningful royalty. Even a 7.5% royalty is not worth it, that

21         would only be $ ███ per year. Still not worth it for that amount.

22  Owoc:   I'm not offering you $ ███ per year. I'm not offering you $ ███ per year. What

23         I am offering you is a percentage of my future BANG sales, a running royalty, a

24         continuing royalty, a payment each year and every year. The amount of the

25         payment would be tied to the amount of my BANG sales. I expect to sell millions

26         of dollars of product. The BANG name is very catchy and I plan to make terrific

27

28  [32] Voth concedes that VPX's sales of Bang Pre-Workout in 2010 were approximately $ ███
    See Exhibit 5418 (Voth Schedule 3.1); see also Voth Testimony, AHT, p. 3932:3-6.

1             products which young consumers will buy in droves. I expect your running royalty

2             will be worth way more than those amounts in future years and in each year.

3 Fox:     Maybe so, Jack, but it's just not worth it to me.

4 Owoc:    I would be willing to go as high as 2.5%, but no more than that.

5 Fox:     Still not worth it to me at 2.5%. Based on your current sales, that would only get me

6             a royalty of $▮▮▮, I'm not going to give up the goodwill of my business I have

7             sweated and toiled to earn for that small amount.

8 Owoc:    Well I can't go any higher than 2.5%, that's my final and best offer. If I went any

9             higher than that and I hit it big, and I do plan to hit it big, then I would have to be

10            paying you way too much.

11 Fox:    If we made a deal and you had to pay me "way too much", you would be the

12            happiest person in the world.

13 Owoc:   What do you mean by that?

14 Fox:    I mean, if you are paying me a big number as a continuing royalty, that would mean,

15            by definition, that you are raking in the bucks, that you would be making a killing

16            off of your products and my name. So what would you care if you paid me a lot of

17            money for the use of my name in the future, it would only cost you a lot of money if

18            you yourself were making a ton of money. So, like I said, if you are paying me big

19            money, that means that you would be making even bigger money, and you would be

20            the happiest person in the world. So I'm not willing to do it unless it's a fair royalty

21            rate for the use of my name which you plan to use in a comprehensive fashion which

22            will probably have the result of wiping my own company name off the face of the

23            earth.

24 Owoc:   I understand your point that I'm only going to be paying you big money if I'm

25            making even bigger money, but no way 7.5% is going to happen. That's too good

26            of a deal for you. The most I will pay for a running royalty, tied to net sales, is 3%,

27            not a penny more.

28 Fox:    Forgive me for being a Monday morning quarterback, but your sales of BANG

Case 5:20-cv-03664-LHK SPR Document 534-2 Filed 02/08/22 Page 143 of 328 Page ID #:1587

```
 .    @f]j_q MO? `Yn] Z]]]f  g^^l`]  [`Yjlk+Tgm `Yn] eY\]  Zaddagfk^\gddYjk^kYd]k
 /    Yf\ qgmoadd eYc] Zaddagfk^\gddYjk egj]   af l`]   ^mlmj]+Tgm `Yn] kh]fl  ]fgjegmk
 0    kmek g^egf]q  Zmad\af_qgmjZjYf\ ZYk]\ gf l`]   =<IB   eYjc+ Df^Y[l]qgmj
 1    [gehYf]q  akfgo  j]*ZjYf\\  Yk=Yf_ @f]j_q+ Tgmj o]Zkal] Y\\j]kk  Yf\ Ydd^qgmj
 2    kg[aYd\]aY Y[[gmflkeYc]  mk]g^l`]   =<IB   eYjc+ @n]f qgmj[mk\]gj]jk  Yj]
 3    [Ydd]\y=Yf_kl]jkz+TgmYj] lgg  \]]h+ Tgm `Yn] lg [dgk]l`ak\]Yd+D^qgm\gf`l]l
 4    Yf\ qgmYj]j^gj][]  lg j]*ZjYf\\ aloaddd]al]jYddq[gkl qgm `mf\j]j\k g^eaddagfk g^
 5    \gddYjk^f\  o`q Zgl`]j:  TgmYj]jgf Y`m_]j]dd+TgmYj]j\gf_ ^YflYkla[+Tgmj
 6    [gehYfq  akcgddaf_af+Tgmj kYd]kY\]jl`ak `gm_] l` l`jgg^ Yf\ qgmj eYjc]laf_ klj]Yl]_q)
 7    ZYk]\gf l`]   =<IB   eYjc) akZjaddaYYfT+TgmYj]gfdq g^YhY[_e]   Yh]j[]fl]]  g^`gll
 8    kYd]k+Yf\ Y`_^l`]Yldf_kgalkbkfgmll] Z]Yn]jq dYj\]fmkfZj]af _`j]   l`Yl e]YfY\]jl`
 9    akYfYklj]YdegoYfYdkoYj^+Yf\  gd^meZZ]Yn Y`g^l`]Yldf_Z Yoaf_Yd_of`mkfl`] `Yf`Ydl
 ./   akYfYYaljgjlgf]]jklYj[Y`l`]]eYgd Y`_^l`eYd\  Y]jdqkf gaoll`] lofn]odYj[laf]odYl
 .0   Zgl` g^`Yf[ ]+Tgmdo]`l`] \]j[]adoll`] j]    qgmdo]`gkdY`qtkjYdw]lk^4+2")  Zml
 .1   lg eYc] l`]  \]Yd`Yhh]f)  Dadk\g\d\gg]j  eq  fmeZ]j] lg 4") ZmTl`Y`Yn\ kal+
 .2 Jog[7  TgmYj]] gn]j^hdYkf^de]qf_qgmj`Yf\+ DY`e fgl `Y^jYal_qDfl`alk]]   T]k)aloadd[gkl
 .3    kg]e]  ]]YfYf_^m]d]f_nq  lg\g\ kg)ZmlD`]dk]fad`kYf`Yn] lg hYq qgm+O`] egkl D
 .4    oaddodg DYoadqYfkYdlf]]jk_qgmjYd\j]l`_e^4^2") g^l`]  kYd]k+Y]Yp]f hj`Yl^ DY`]]j+
 .5 Agp7  EY[c)qgm`Yn] Y_j]YjYll^af__^jl^+Tgm`] @f]j_qjYll]Y\\]  =Yf_jYdY Yqf_ ^Yaj+Tgm
 .6    Yjl^kjY]` Z]qgf^ qgmjegm]jkbkll YalYck] =qadd]c+  =mll`] f\Yalkgfjlhkf\  l`]  =<IB
 /-    eYjc+ Df^adl]fl`af] l`alk^ jYm`ljdcf]Yf^g\q`qYda`kjl`l`_nYdl
 /. Jog[7  Ngjfjq )2"  akeq  ^afYmoll^af`dkl^^`]m+Dj]eaed`\gY_`^] lY^+
 // Agp7  EY[c)Y^Y^Y^jYadd]`\YllYfnaf`lk^af`)Yjl`]dnd[kf^]wfl]Yo`nfed[kjlhf^Ylk^jbgg+Tgm
 /0    oaYf_Yf_h]`YjcY]]`f[]qYdjlkn]k)Yf^Yf\g^jfllk^af`YodkdYj[l[f]YdY[Y_gd[]Zj]kngY
 /1    Y`^\lj_k ]j]Y YlYf^joYfdd^l`^]`adY\fl]lkf^j]Y`o]`l`^dj_elTl]_kf]dk]n`
 /2    [Yl]_gjq)Yf^ ]Ykf]dlj]eYadq^jkfdlo[^\gdqlf)aloadd[jYd[`klaf^dY[lgm`l`]^]l]l
 /3    Yf\ qgm`Yn] lg hYq qgm+YaTffd\]afdgf]jYdqlf]Y]kf]kngjad_f``Yfdf`^mlj]mkjf`Ydf]Yf
 /4    kalYf`dkfY`fYlk]jlYf`fYdkjggffYl^^lYmdk]afj][^]]]`kjYffdllkj`d]j`jk_fkl`dkfY`fYfa
 /5    \qadalfdd]f`YolYf\jlfqdkdfYklfkfd^lakf`qgmjeYjc]lf`lY]nf`kd`kl]nt`jkgmlfl
```

ADI<G <M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

Case 5:20-cv-03642-EJD Document 524-58 Filed 04/05/22 Page 144 of 328 Page ID #:1588

j]n]fm] klj]Ye) l`] dgklda[]fkaf_af[ge] o`a[` k`gmd\`Yn]^dgg]\ lg JjYf_] =Yf_^jge Yf da[]fkaf_Y_j]]e]fl oal` QKS ZYk]\gf Yj]YkgfYZd]gqYdlq+

Ral` j]kh][l lg l`] Zj]Y[` g^[gfljY[l [dYae)l`] jgqYdlq ZYk])Yk[Yd[mdYl]YZgn])ak **+%),)%.))%))**^gj =Yf_ Happ&+ **+%),)%.))%))* p l`] j]YkgfYZd]gqYdlqjYl]g^.! 9 *)*%.+.%)))+ O`mk)l`] e]Ykmj]g^\YeY_]k^gjl`] Zj]Y[` g^ [gfljY[l [dYaeZYk]\gf l`] j]YkgfYZd]gqYdlqe]l`g\gdg_q ak *)*%.+.%)))+

Ral` j]kh][l lg l`] ljY\]eYjc af^jaf_]e]fl [dYae)l`] jgqYdlqZYk])Yk[Yd[mdYl]YZgn])ak **+%+-/%+12%**o`a[o`a[`a` dac]oak]YdjjY\qaf[dm-]]\kY\]m\\m]m\[lagf_ g^ ^jge =Yf_ Happ&+ **+%+-/%+12%*l\. j]YkgfYZd]gqYdlqjYl]g^.! 9 **+%,*-%-2)'0+ O`mk)l`] e]Ykmj]g^ \YeY_]k^gjl`] ljY\]eYjc af^jaf_]e]fl [dYeZYk]\gf l`] j]YkgfYZd]gqYdlqe]l`g\gdg_q ak **+%,*-%-2)'0+

@' 9[eYadYW_WàfXEdaX[fS`V 6bbadf[a`_W`f

?ak_gj_]e]fl g^hjg^alkakYfYhhjghjaY]Yl]]Y]m ^gjZgl` YZj]Y[` g^[gfljY[l [dYaemf\]j >Yda^gjfaYdYoYf\ ^gj YljY[]eYjc af^jaf_]e]fl [dYaemf\]j \]\ddYn]Yo+Pf\]r >Yda^gjfaYdYo) \ak_gj_]e]fl g^hjg^alkakj][gn]jYZd] lg j][geh]fk] YhdYafla^^^gj Y\]^f\Yfl[k mfbmkl ]fja[`e]fl+ R`]lj]j Y\]^f\Yfl ^al`^YnZ \ak[gjg] _ZlYaf]\Yg fgl gl l`]al`aan]Ykka_jfYh]\Ydl`gafm Yf[mkal]Ynlk\\]jjkfmkZ)\l glafam[m^lak^]] [Z]ak\[lafdd_lafkdZ\Y[l[^fdadm[ealafk[d afb[d_[d_\][[l[[a ^g[fl[l[_[[_hl[gdY

Df*4YJ]^O\>Y_V^\a4K\W]#7XM%%A_XB\_]^0KX'0044 A+<hh|p 332)336 %6l`>aj+/-.-&) l`] Iafl` >aj[makdac]oak]Yjla[mdYd[mdYl]Yl`] >Yda^gjjjfYYdYo)\ak_gj_]e]fl g^aehjghjjjdq gZlYYf[af]h[j`\h[hjg^alkakYfYhhjghjaY]Yl]]]k]\] ^gjZj]Y[`g^[gfljY[l [dYamf[ldan]ljmj klgfje Y_aghjg^alk^jge YZggc oYkYfYhhjghjaY]Yl]]]k]\] ^gjZj]Y[`g^[gfljY[l [o`]j]Zj]Y[`g^ oYkmfimfimYf^a^^^^a^aYYZdZg^m]lfdafkdm]m[[j_dk] _YafkoY[]al^]nj[eYffklmfdanYfamkYolmkm\]l[

...1

Case 5:20-cv-03642-EJD Document 624-58-2 Filed 01/14/21 Page 146 of 328 Page ID #:1590

..2
ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

nagdYlagfk g^l`] GYf`Ye <[l j]eYaf mfhjg^alYZd] g^l`] af^jaf_]j Yf\ lg aehd]e]fl \]l]jj]f[] kg Yklg \akaf[]flanar] ^mlmj] af^jaf_]jk + AOO KV]YKSO\ 0\OaSXQ1Y%%4VOS]MRWK2SY^SVVSXQZ% 06- A+/\ ..4 %6l`>aj+.635&)\ak[mkk]\ af egj] \]lYad Z]dgo+

DfY\\alagf) Yk klYl]\ YZgn]) l`] Pfal]\ NlYl]k Nmhj]e] >gmjl j][]fldq `]d\ af @YWKQ QY1Y k`goaf_ g^ oadd^mdf]kk akfg dgf_]j j]imaj]\ af gj\]j lg j][gn]j Y\ak_gj_]e]fl g^hjg^alk af Y ljY\]eYjc af^jaf_]e]fl [Yk] Yf\ l`] >gmjl Ydkg `]d\ l`Yl Y\]^] f\Yfl|k e]flYd klYl] akY`a_`dq aehgjlYfl [gfka\]jYlagf af \]l]jeafaf_ o`]l`]j gj fgl lg YoYj\ Y\ak_gj_]e]fl g^hjg^alk+ @YWKQ .1- N+>l+Yl.164+ DfYhj]*@YWKQ)mdaf_) Yf yYmj Y^af\a^^]j]f[] lg hdYafla^^jk a_`lkz `YkZ]]f `]d\ lg e]]l l`] klYf\Yj\ ^gj l`] j]imakal]e]flYd klYl]km^^a[]fl lg YoYj\ Y\ak_gj_]e]fl g^hjg^alk j]e]\q+ >RSVS]Y\\S] CA/ 7XM%S_) 156 A+Nmhh+/\ .6) ../0 %>+?+Yd/--4&+ C]j]) QKS \]egfkljYl]\ Yll`] d]Ykl Yf yYmj Y^af\a^^]j]f[]z Zq najlm]g^l`] mf\akhml]\^Y[ll`Yl E+Jog[ f]n]j Zgl`]j]\ lg l]dd`ak gof eYjc]laf_ ]ehdgq]]k %]n]f`ak oa^] H+Jog[&) `ak gof k[a]f[] ]ehdgq]]k %Ga&ak \akljaZmlgjk gj `ak j]lYad]jk YZgml l`] ]pakl]f[] gj l`] aehgjlYf[] g^l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk+

@n]f QKS `Yk[gf[]\]\ af alkhgkl YjZaljYlagf [dgkaf_Zja]^kl` Yl \ak_gj_]e]fl g^hjg^alk ak YfYhhjghjaYl]j]e]\q af YljY\]eYjc af^jaf_]e]fl [Yk] lg j][ge h]fk] YhdYafla^^gj mfbmkl ]fja[`e]fl+ AOO QKS|k [dgkaf_Zja]^kmZeall]\ gf Ign]eZ]j .6) /-/.) h+11 Yf\ QKS|k Yfkoj]j lg l`] YjZaljYlgj|k hgkl*`]Yjaf_im]klagf fg+0 o`]j] QKS Y[cfgod]_]\ l`Yl \ak_gj_]e]fl ak Yhhjghja Ylaf afklYf[]k g^mfbmkl]fja[`e]fl [alaf_;KSO\) Yl./0 w./1 Yf\ A^YXO\OOU7XM% =WXSK7^KVSK2O]SQX7XM%5 A]\+<hh|p 126) 13-*13. %6l`>aj+/-/-& VafYhj]*@YWKQ)mdaf_) l`] Iafl` >aj[malY^^aje]\ l`] \aklja[l [gmjl|k ]p]j[ak] g^\ak[j]lagf fgl lg YoYj\ hjg^alk Z][Ymk] hjg^alk o]j] fgl YlljaZmlYZd] lg l`] af^jaf_]e]fl Yf\ lg j]f\]j km[` Yf YoYj\ ogmd\ [gfklalml] Y oaf\^YddW DfY\\alagf) Qgl` `aek]d^ Y_j]]k l`Yl \ak_gj_]e]fl ak Yf YhhjghjaYl]j]e]\q ^gj Y ljY\]eYjc af^jaf_]e]fl [dYae+AOO Qgl` O]klaegfq) <CK) h+055-7..*.2+

<[[gj\af_ lg Qgl`|k ]ph]jl hj]k]flYlagf) l`] \ak_gj_]e]fl g^hjg^alk \]l]jeafYlagf j]imaj]k Y[Yd[mdYlagf g^ _jgkk j][]ahlk Yk l`] klYjlaf_hgafl) ^gddgo]\ Zq Y[Yd[mdYlagf g^\]\m[laZd] ]ph]fk]k o`a[` emkl Z] kmZljY[l]\^jge l`] _jgkk j][]ahlk af gj\]j lg \]l]jeaf] l`] Yegmfl g^l`] j]eYafaf_ hjg^alk hgl]flaYddq kmZb][l lg \ak_gj_]e]fl+ <k Qgl` ]phdYaf]\ af j]khgfk] lg im]klagfk

1 from the arbitrator, this calculation can be determined by examining net sales, costs of goods sold,

2 other operating expenses and the resulting incremental profit margin and convert those calculations

3 to a percentage basis. According to Voth, Plumpe did not conduct the disgorgement of profits

4 calculation in the correct manner. Plumpe determined the amount of gross receipts from the sale of

5 products which made use of the BANG mark, both including and excluding the Nutritional

6 Channel (the paragraph 7 D channel), and then subtracted out *only* the cost of goods sold

7 ("COGS"). But Plumpe stopped there. He did not deduct out any other expenses. According to

8 Plumpe, the amount of profits subject to disgorgement is simply gross receipts – COGS.

9 According to Voth, however, this calculation is incorrect because Plumpe failed to deduct all sorts

10 of additional expenses, such as the $█████████ of marketing expenses spent by VPX.

11        According to Voth, when the calculation is done correctly, and the computation starts with

12 gross receipts from the sale of products which make use of the BANG mark, and then subtract

13 COGS, and then subtracts various other expenses as well, the result, according to Voth's

14 calculation, **is a ███ profit margin**. *See* Exhibit 5382, paragraphs 70-72, Schedule 2.1; DDX

15 1036-6. As mentioned above, Voth calculated VPX BANG mark related sales, including sales

16 within the Nutritional Channel, at $█████████. This number is reduced to $█████████ once

17 the Bang Mixx sales are also subtracted out of the calculation. $███████████████ is

18 approximately **$ 473.5 million in profits potentially subject to disgorgement**, according to Voth.

19 Voth also calculated VPX BANG mark related sales, excluding sales within the Nutritional

20 Channel, at $█████████. This number is likewise reduced to $█████████ once the Bang Mixx

21 sales are also subtracted out of the calculation. $█████████████ is approximately

22 **$425 million in profits potentially subject to disgorgement**, according to Voth. *See* Voth

23 Testimony, AHT, p. 3879:9-25.

24        However, Voth's analysis of the disgorgement of profits calculation does not stop there.

25 According to Voth, once he determines the amount of profits potentially subject to disgorgement, it

26 is then necessary to conduct an apportionment analysis because only the profits attributable to the

27 use of the BANG mark are subject to disgorgement while profits attributable to "other factors" are

28 not subject to disgorgement. Based on Ninth Circuit precedent, as discussed below, Voth is

1  correct. An apportionment analysis is indeed required in this case. However, the arbitrator

2  disagrees with Voth's apportionment analysis and, at the same time, the arbitrator disagrees with

3  Monster's and Orange Bang's argument that (i) *all* of the profits from BANG mark products, such

4  as BANG Energy RTD, are attributable to the use of the BANG mark; and (ii) VPX has failed to

5  prove that some of the sales at issue are "demonstrably" not attributable to the use of the BANG

6  mark and, therefore, no apportionment of profits is appropriate at all.

7  　　In short, the arbitrator disagrees with both VPX, on the one hand, and with Monster and

8  Orange Bang, on the other, on how to appropriately calculate the disgorgement of profits remedy in

9  this case. Monster's and Orange Bang's view on apportionment and Voth's suggested approach on

10  how to conduct the apportionment analysis are discussed in further detail below.

11  　　However, before reaching the apportionment analysis, and assuming that Voth's ▮▮▮ gross

12  profit calculation is correct, as Monster and Orange Bang concede it is correct on p. 30 of their

13  closing reply brief submitted on November 19, 2021, it is first necessary to determine whether or

14  not the $473.5 million profit calculation as computed by Voth (total profits from BANG mark

15  sales, including profits from within the Nutritional Channel, potentially subject to disgorgement)

16  and the $425 million profit calculation as computed by Voth (total profits from BANG mark sales,

17  excluding the profits from the Nutritional Channel, potentially subject to disgorgement) needs to

18  include any "add-backs" to account for an over-deduction of expenses by Voth. On cross-

19  examination, Voth conceded that he deducted expenses associated with VPX products which are

20  *not* at issue in this case (i.e., products which did not make use of the BANG mark). *See* Voth

21  Testimony, AHT, p. 3871:12–18; p. 3872:15 – 3873:2. In addition, on cross-examination, Voth

22  conceded that he deducted depreciation and amortization of certain assets, such as private jets and

23  cars, which were also used by VPX executives for personal purposes (disguised compensation or

24  disguised benefits so to speak). *See* Voth Testimony, AHT, p. 3877:10 – 3878:16. Based on this

25  testimony, the arbitrator concludes that Voth over-calculated expenses, to some extent, but,

26  nevertheless, the amount of profits calculated by Voth which are subject to disgorgement needs to

27  be increased somewhat to account for these excess expenses, which should not have been included

28

af l`] [Yd[mdYlagf l`] ^ajklhdY[]+O`]k] yY\\*ZY[ckzoaddl`]f `]dh ]klYZdakl`] [gjj][l Yegmfl g^hjg^alkhgl]flaYddqkmZb][llg \ak_gj_]e]fl) hjagj lg Yhhgjlagfe]fl+

Pf\]j l`] GYf`Ye <[l Yf\ kh][a^a[Yddqmf\]j N][lagf ...4%Y&)l`] YjZaljYlgjkn]kl]\ oal` l`] \ak[j]lagf lg af[j]Yk] l`] hjg^alYoYj\ ZYk]\gf ]imalYZd][gfka\]jYlagfk+ *4SP^c$ASSYZO@YKN ;_]SM#:^N%D%%D%3%:%XX#%*45 A+0\.-26) .-44 %6l`>aj+/-.2&+ **IZWdWXaTWWSY`KafZpe fWef[_a`kS`V a` Wcg[fST^W`e[VWdSf[a`eZSdT[fdSfadUa`UgVWfZSfWjbW`eWWdWahWd& US^Ug^SfWKafZTkSbbdaj[_SfW^k fa 0'.! S`V fZSffZWS_ag`f aXfZWnSVV&TSU]eo% ['WfZWg`VWd&US^Ug^SfWfZWS_ag`f aXfZWbdaX[fegT\WUfi V[eYadYW_Wbf%adfa Sbbadf[a`_W`f%`UdWSeWfZWafS^bdaX[fegT\WUfi V[eYadYW_W`fXda_ -0,'. _[^^[a`fa .)) _[^^[a`XadfZWUS^Ug^Sf[a`U^gV[`YfZWCgfd[f[a`S^8ZS` `W^S`V Xda_ -+. _[^^[a`fa -.) _[^^[a`XadfZWUS^Ug^Sf[a`WjU^gV[`YfZWCgfd[f[a`S^8ZS` `W^6YS[`%fZ[e[efZWS_ag`f aXbdaX[feV\gefWVegT\WUfi V[eYadYW_W`f%0)01(S bdabWdSbbadf[a`_W`f S`S^ke[e#Se V[eUgeeWVW^ai$'**

=]^gj] Y\\j]kkaf_ l`] Ydd*aehgjlYflkkm]g^Yhhgjlagfe]fl) alakf][]kkYjq lg \ak[mkk [gfljgddaf_ dYoZ][YmkHgfkl]j Yf\ JjYf_] =Yf_)gf l`] gf] `Yf\) Yf\ QKS)gf l`] gl`]j) `Yn] Y n]jq \a^^]j]fl na]o g^l`] dYogf l`] akkm]g^\ak_gj_]e]fl g^hjg^alkYf\ gf l`] akkm]g^ Yhhgjlagfe]fl+

Df.635) l`] Iafl` >aj[mal`Y\ lg \]l]jeaf] a^Y\ak_gj_]e]fl g^hjg^alkj]e]\q oYkgfdq YnYadYZd]lgYhdYafla^^o`]j] l`]j] `Y\ Z]]f Y\an]jkagf g^kYd]kYoYq^jge l`] hdYafla^^gj l`] Z]f]^al g^l`] \]^]f\Yfl) Y\]^]f\Yfl o`g oYkY\aj][l [geh]lal gj %gj]go ]dk] [gmd\l`]j] Z] Y \an]jkagf g^kYd]k:&Ef;KSO\ 0\OaSXQlYWZKXc`%4VOS]MRWKZSY`SVVSXQZ%06- A+/\ ..4 %6l`>aj+.635&)l`] Iafl` >aj[maljmd]\l`Yl l`]j] o]j] log \a^^]j]fl l`]gja]k Zqo`a[` YhdYafla^^ak ]flald]\ lg j][gn]j Y\ak_gj_]e]fl g^hjg^alk+O`] ^ajkll`]gj q ako`]j] l`]j] akY\an]jkagf g^kYd]k YoYq^jge l`] hdYafla^^lg l`] Z]f]^al g^l`] \]^]f\Yfl Yf\) af l`Ylafklf[]) l`] hdYafla^^Yf\ \]^]f\Yfl \g f]]\ lg Z] \aj][l [geh]lalgjk+ <[[gj\af_ lg l`] k][gf\ l`]gjq) `go]n]j) l`]j] akfg j]imaj]e]fl ^gj Y\an]jkagf g^kYd]k)jYl`]j mfbmklja`e]fl akYkm^^a[a]flbmkla^a[Ylagf*Yf*g^* alk]d^Yf\) af l`Ylafklf[]) l`] hdYafla^^Yf\ l`] \]^]f\Yfl \g fgl f]]\ lg Z] \aj][l [geh]lalgjk+ =gl` g^l`]k] l`]gja]k Y\nYf[] l`] hgda[q[gfka\]jYlagfk mf\]jdqaf_ l`] GYf`Ye <[l Ykj]^d][l]\ Zq

1    its legislative history. In particular, the Ninth Circuit specifically held that (i) the recovery of a
2    disgorgement of profits in a case of unjust enrichment properly serves the policies of the Lanham
3    Act; and (ii) in a case based on unjust enrichment there is no requirement of direct competition
4    between the plaintiff and the defendant. *Id.* at 121 – 123.

5         VPX argues that a disgorgement of profits is recoverable only if Orange Bang and VPX are
6    direct competitors. First, that is not the law according to Section 1117(a), nor is that the law
7    according to *Maier* as described above. Second, the rule that a plaintiff and defendant must be
8    direct competitors in order to warrant disgorgement of profits applies only when the theory of
9    disgorgement is based on a theory that VPX diverted sales away from Orange Bang, and not on a
10   theory of unjust enrichment, which is not the case here. *Maier* at 121 - 123; *Spin Master, Ltd.*
11   *Zobmondo Ent., LLC*, 944 F. Supp. 2d 830, 839 (C.D. Cal. 2012), *abrogated on other grounds by*
12   *Romag at 1497.* Third, even if that was the law, and it is not, as set forth above, Orange Bang and
13   VPX are indeed direct competitors in the sense that they both sell related goods, a fruit juice drink
14   and an energy drink are related goods as *Pom Wonderful* so holds, 775 F.3d at 1127, and they both
15   sell them in over-lapping trade channels, in convenience stores and gas stations where Orange
16   Bang sells one-third of its product and VPX sells ███ of BANG Energy RTD which is, by far, its
17   biggest seller.

18        Fourth, and most importantly, VPX itself concedes, as it must, that a disgorgement of
19   profits monetary remedy is available in the case of unjust enrichment on page 44 of its closing
20   reply brief submitted on November 19, 2021 where it cites *Maier* for the proposition that a
21   disgorgement of profits award needs to be based on principles of equity and requires the trademark
22   owner to prove direct competition *or* unjust enrichment.

23        At the same time, VPX's reliance on *Promex, LLC v. Hernandez*, 781 F.Supp.2d 1013
24   (C.D. Cal. 2011) is misplaced. In *Promex*, Judge Wright, following a bench trial, ruled that the
25   plaintiff could not recover lost profits for the defendant's breach of contract not to make use of a
26   similar tradename for an anti-itch skin cream. But *Promex* is a lost profits case, not a disgorgement
27   of profits case based on unjust enrichment. Judge Wright relied on the rock-solid rule that lost
28   profits need to be proved with reasonable certainty and cannot be based on speculation. The court

jmd]\l`Yl hdYafla^^|Kll]ehl af l`Yl [Yk]lg hjgn] *S^/dgklhjg^alk Zq dggcaf_lg Ye]Ykmj] g^ \]^]f\Yflk|   hjg^alko Ykl gg kh][mdYlan]=][Ymk]>\YWOb akYdgklhjg^alk[Yk])Yf\ fgl Y \ak_gj_]e]fl   g^hjg^alk[Yk]ZYk]\gf mfbmk|kfja[`e]fl)    al\g] k fgl `]dh QKS|k Yj_me]fl l`YlY \ak_gj_]e]fl   g^hjg^alkakafYhhjghjaYl}af l`] [aj[meklYf[]k g^JjYf__] =Yf_|k Yf\ Hgfkfl]j|k [Yk] Y_YafkQKS+

Iafl` >aj[maldkYoj]dYlaf_lg l`] \ak_gj_]e]fl g^hjg^alkYfYdqkak[gjj][ldq ]f[YhkmdYl]\ af Hg\]d Emjq Dfkljm[lagf[2+/6 Yf\ akkmeeYjar]\ Yk^gddgok7

- < hdYafla^akafk|fladd]\ lg j]j[gnj Y\ak_gj_]e]fl g^hjg^alkZ mlgfdq d`gk] hjg^alk o`a[a^ Yj] YlljaZmlYZd}l]`] af^jaf_]e]fl+ *AOOKVJ,Y,SXNc>OXlYWZKXc#XM%%40SM >OX1Y\ZY\K^SYX*65/ A+/\.1--)  .1-5 %6l`>aj+.660&+
- O`] ^gjemdY^gj YfYoYj\ g^hjg^alkak_jgkk j]n]fm] wYdd[pb] fk]k+
- Bjgkk j]n]fm] af[dm\]kYdd jgkkj][][]ahlk ^jge l`] kYd]g^hjg^m[l|o`a[` eYc]k mk] g^l`] af^jaf_]\ eYjc) af l`ak[Yk]l`] =<IB  eYjc+
- O`] hdYafla^^ krfdq Zmj\]f g^hjgg^aklg hjgn] Y\]^]f\Yfl|k _jgkk j]n]fm] %YcY _jgkk j][][]ahlk&)Yf\ lg \g kgZq Yhj]hgf\jYf[] g^l`] ]na\]f[] ]+
- Dll`]f Z][ge]k \]^]f\Yfl|k Zmj\]f lg hjgn] \]\m[laZd] ]ph]fk]k af[mjj]\ af hjg\m[af_ l`] hjg\m[l o`a[` eYc]k mk]g^l`] af^jaf_]\ eYjc) af l`ak[Yk]l`] =<IB  eYjc) Yf\ lg \g kgZq Yhj]hgf\]jYf[] g^l`] ]na\]f[]+
- Dl ak YdkkgY^]^]f\Yfl|k Zmj\]f lg hjgn] l`] hgjlagf g^hjg^alkYlljaZmlYZd] lg ygl`]j ^Y[lgjkz)Y^Y[lgjkz]j l`Yf l`] mk]g^l`] af^jaf_]\ eYjc) af l`ak[Yk]l`] =<IB  eYjc) Yf\ lg \g kgZq Yhj]hgf\]jYf[]+
- DfY`] lja]j g^^Y[lakYdg \]ll]jeaf] l`Yl kge] g^l`] hjg^alkaklljaZmlYZd]lg ygl`]j ^Y[lgjkz)Yl|j l`Yf YllljaZmlYZd]l|] mk]g^l`] af^jaf_]\ eYjc) af l`ak[Yk]l`] =<IB  eYjc) l`]f l`] lja]j g^^Y[l`gmd\\ YoYj\\d chjg^al YllljaZmlYZd]l|] af^jaf_]e]fl+
- D^^go]n]j) l`] lja]j g^^Y[lakmfYZd]l|g \]ll]jeaf] l`Yl kge] g^l`] hjg^alak YllljaZmlYZd]lg ygl`]j ^Y[lgjkz)Yl|j l`Yf YllljaZmlYZd]l| ] mk]g^l`] af^jaf_]\

eYjc) af l`ak [Yk]l`] =<IB eYjc) l`]f l`] lja]j g^^Y[lk`gmd\YoYj\ Ydd g^ l`] lglYd hjg^alYkYlljaZmlYZd] lg l`] af^jaf_]e]fl+

Dfl`ak j]kh][l) Yf\ oal` j]kh][l lg l`] Ydd*aehgjlYfl akkm] g^ Yhhgjlagfe]fl) Hgfkl]j Yf\ JjYf_] =Yf_`Yn] [gjj][ldq [al]\ [gfljgddaf_ dYo l`Yl al ak QKS|k Zmj\]f lg hjgn] l`Yl alk hjg^alk Yj] y\]egfkljYZdqz fgl YlljaZmlYZd] lg l`] mk]g^ l`] =<IB eYjc+ ;S]RKaKUK@_LLOA EYYVOX ;PQ%lY%%A%A9%O]QOlY+)0.3 P+N+-0) /-3*/-4 %.61/&"8<SX^OXNYP/WO\SMK7HXM%2\KQYX >KM%X^gW- A+0\.--4) .-./ %6l`>aj+.661&+Df<SX^OXNY] \]^]f\Yfl kgd\ na\]g _Ye] [Yjlja\_]k Yf\ Y\n]jlak]\ l`]e Yk Iafl]f\g hjg\m[lk+ O`] na\]g _Ye] [Yjlja\_]k [gflYaf]\ Y [ghqja_`l]\ na\]g _Ye] [j]Yl]\ Zq Iafl]f\g o`a[` eY\] mhgfdq gf]*l`aj\ g^ l`] [Yjlja_]) kg \]^]f\Yfl|k ]ph]jl ghaf]\ l`Yl l`] \ak_gj_]e]fl g^ hjg^alk k`gmd\ Z] [ml lg gf]*l`aj\+ R`ad] h]f\af_ Z]^gj] l`] \aklja[l [gmjl)l`] lja]j g^^Y[l^gmf\ l`ak Yhhgjlagfe]fl l`]gjq ^dYo]\ Yf\ mf[gfnaf[af_ Z][Ymk] l`] na\]g _Ye] [Yjlja_]k o]j] Y\n]jlak]\ Yk `Ynaf_ Iafl]f\g _Ye]k) fgl Yk `Ynaf_ gf]*l`aj\ g^ Iafl]f\g _Ye]k+ O`] Iafl` >aj[malY_j]]\ o al` l`ak YfYdqkak Yf\ j]Y^^aje]\ l`] jmd]l`Yl o`]f af^jaf_af_ Yf\ fgf*af^jaf_af_ ]d]e]flk g^ Yogjc [Yffgl Z] k]hYjYl]\gml)Yf\ a^ Y\]^]f\Yfl ^Yadk lg e]]l alk Zmj\]f g^ hjgg^ gf l`] Yhhgjlagfe]fl akkm])l`]f KVV g^ l`] \]^]f\Yfl|k hjg^alk k`gmd\Z] \]]e]\ lg Z] YlljaZmlYZd] lg l`] af^jaf_]e]fl af o`a[` [Yk]l`] hdYafla^^ ak]flald]\ lg Y\ak_gj_]e]fl g^ Ydd g^ l`] hjg^alk+

O`mk)Y[[gj\af_ lg [gfljgddaf_ [Yk] dYo) a^ QKS ^Yadk lg eYc] l`] j]imakal]k`goaf_ Yf\ \]egfkljYl] l`Yl l`] hjg^alk Yj] YlljaZmlYZd]ygl`]j ^Y[lgjk) ^Y[lgjk gl`]j l`Yf l`] mk] g^ l`] =<IB eYjc) l`]f KVV g^ l`] hjg^alk Ylakkm] Yj] hj]kme]\ lg Z] YlljaZmlYZd] lg l`] af^jaf_af_ %gj Zj]Y[`af_&[gf\m[l g^ l`] \]^]f\Yfl Yf\) YkYj]kmdl) KVV g^ l`] hjg^alk Yj] kmZb][l lg \ak_gj_]e]fl+

<l l`] gl`]j ]f\ g^ l`ak ]plj]e] ak QKS|k YfYdqkak l`Yl ]kk]flaYddq YXXO g^ l`] hjg^alk Yj] YlljaZmlYZd] lg l`] mk] g^ l`] =<IB eYjc+ QKS kaemdlYf]gmkdq _m]kk`Yl Y[[gj\af_ lg Qgl`|k ]ph]jl j]hgjl Yf\ `ak YfYdqkak g^ [] l`] Yegmfl g^ hjg^alk hgl]flaYddq kmZb][l lg \ak_gj_]e]fl ak \]l]jeaf]\) Y^mjl`]j [Yd[mdYlagf kj]imaj]\) Yf Yhhgjlagfe]fl [Yd[mdYlagf Z][Ymk] Y \]l]jeafYlagf

"" O`] Pfal]\ NlYl]k Nmhj]e] >gmjl j][g_far]\ l`ak jmd]eYq j]kmdl af Yoaf\^Ydd lg l`] hdYafla^^) Zml l`] >gmjl gZk]jn]\ l`Yl al ogmd\ hj]^]j Yoaf\^Ydd lg l`] hdYafla^^ gn]j Yyoaf\^Ydd lg l`] ojgf_\g]j+z 7N%l/-4+ <k Emkla[]AjYfc^mjl]jhmlal7 l`] Zmj\]f lg k`go l`Yl l`] hjg^alk Yj] YlljaZmlYZd]gl`]j ^Y[lgjkyakmhgf l`] hgY[`]j+z 7N%l/-3+

ADI<G <M=DOM<ODJI<R<M? wKC<N@ <I? KC<N@

emkl Z] eY\] Yklg o`a[` hjg^alkYj] YlljaZmlYZd] lg l`] af^jaf_af_ %gj Zj]Y[`af_& [gf\m[l Yk ghhgk]\ lg l`] hjg^alk o`a[` Yj] YlljaZmlYZd] lg gl`]j ^Y[lgjk+ Qgl` ak[gjj][l l`Yl l`ak Y\\alagfYd [Yd[mdYlagf] Yhhgjlagfe]fl [Yd[mdYlagf aj]imaj]\ af YljY\]eYjc af^jaf_]e]fl [Yk]%Yf\af l`] [dYae^gj l`] Zj]Y[` g^ l`] [g*]pakl]f[] Y_j]]e]fl) l`] /-.- N]lld]e]fl <_j]]e]fl& Z][Ymk] l`] hjg^alkYlljaZmlYZd] lg l`] af^jaf_af_ [gf\m[l) l`] mk]g^ l`] =<IB eYjc) Yj]j][gn]jYZd] o`ad] l`] hjg^alkYlljaZmlYZd] lg gl`]j ^Y[lgjk) km[` Yk hjg^alkYlljaZmlYZd] lg gd]dg YZjaddaYk] [aYd eYjc]laf_ [YehYa_f gj YlljaZmlYZd] lg l`] ]^^][lan] mk]g^ l`] gmlkYf\kg^af^dm]f[]jk oal` Zaddagfk g^ y^gddgo]jkzYj] fgl+ *:SXNc>OX1YWZKXc#XM%#0SM>OX1Y\ZY\K^SYX*)65/ A+/\ .1--) .1-5 %6l` >aj+.660&) *KL\YQK^OWXY^RO'Q\Y_XN*) *Lc A_X3K\^R#XM%_X3K\^RAYVK>YaO\ 1Y%#*506 A+0\ ..46 %6l`>aj+/-.3&+

Dfl`ak j]_Yj\) QKS Yj_m]k Zq oYq g^ Qgl`|k ]ph]jl ghafagf) l`Yl gfdq ." lg /" g^ l`] hjg^alkYj] YlljaZmlYZd] lg l`] =<IB eYjc) ZYk]\gf Yf afYhhjghjaYl] j]daYf[] gf l`] mfh]jkmYkan] Df^gN[gm Y fYdqkak %\ak[mkk]\ Z]dgo& Yf\ l`Yl l`ak Yegmfl k`gmd\ Z] [Yhh]\ Yl !/+0 eaddagf %\ak[mkk]\ YZgn]& o`a[` akQgl`|k YfYdqkak g^ o`Yl l`] =<IB eYjc oYk ogjl` ^*Y=\KXQO0KXQ*Yk g^ /-.-+ Cgo]n]j) af >*RSVSZ]Y\^R/WO\SMK:1 `%A_WWS7WKQSXQ*XM%# RG /..51-- %R+?+RYk`+ /-/.& l`] [gmjl `]d\ l`Yl Qgl`|k ]ph]jl ghafagf oYk ]p[dm\]\ naYYeglagf af daeaf] Z][Ymk] Qgl`|k e]l`g\gdg_q ^g[mk]\ mhgf Yf\ YfYdqr]\ l`] ojgf_ akkm]+ Qgl`|k ghafagf oYk ]p[dm\]\ af >*RSVSZ]*][Ymk] ak dYZgj Yhhgjlagfe]fl YfYdqkak o`a[` [gehjak]\ g^ YjYlagf ZYk]\gf lae]c]]haf_ j][gj\k g^ hdYafla^^|k ]ehdgq]]k& af[gjj][ldq ^g[mk]\ gf l`] hmjhgjl]\ afbmjq ^*Y ZVKSX^S0*Dfkl]Y\) Ykl`] [gmjl jmd]\) al k`gmd\ `Yn] Z]]f ^g[mk]\ gf e]Ykmjaf_ l`] mfbmkl ]fja[`e]fl o`a[` afmj]\ lg l`] Z]f]^al *YP^RONOPOXNKXX*) l`] [gmjl `]d\7

yOYc]f[memdYlan]dq) Hj+ Qgl`|k Yhhgjlagfe]fl YfYdqkak mfj]daYZd] Hj+ Qgl`|k Yhhgjlagfe]fl e]l`g\gdg_q akfgl km^^a[a]fldq la]\ lg l`] _gYd g^ ]klaeYlaf_ l`] hjg^alkl`Yl Vl`]\]^]f\YflW Y[lmYddq jf]\ \m] lg alkmk]g^ l`] Ydd]_]\dq af^jaf_af_ VeYl]jaYdW+) =*KMVO#3* RG .410.21) Yl'0) Yf\ l`]j] Yj] Y\\alagfYd [gf[]jfk j]_Yj\af_ `ak mf\]jdqaf_ \YlY+ <[[gj\af_dq) l`] [gmjl ]p[dm\]k l`ak hgjlagf g^ Hj+ Qgl`|k ]ph]jl l]klaegfq+ *AOO3]^%YP0K\KLSX*)41- A+0\Yl130+z

>*RSVSZ]#.* RG /..51--) Yl'.-+

1     (Emphasis added.)

2     This is not to say that Voth's expert opinion is excluded in the instant case. None of his

3 expert opinion is excluded and all of his expert opinion is received into evidence. Rather, the point

4 here is that Voth's expert opinion is not persuasive in this case because he focused on the wrong

5 issue, he focused on the purported damage to Orange Bang instead of focusing on the unjust

6 enrichment reaped by VPX (and JHO).

7     However, the notion that *all* of the profits are attributable to the BANG mark and that no

8 other factor is responsible for VPX's financial success or enormous profits is simply not credible.

9 As explained below, the BANG mark played a huge part in VPX's financial success, but some of

10 the profits are indeed attributable to other factors and it is not that difficult to separate out and

11 apportion profits, although, admittedly, it is somewhat of a qualitative judgment call and cannot be

12 done with quantitative precision.

13     Voth articulates nine factors which, according to VPX, lead to a conclusion that a very

14 small percentage of the profits are attributable to the use of the BANG mark. These nine factors,

15 however, are not convincing. They are discussed below.

16     Voth's first factor which argues for a low apportionment is that VPX's product sales which

17 made use of the BANG mark did not explode until the 2018 to 2021 time period.[34] According to

18 Voth, if the rapid acceleration of sales was attributable to the use of the BANG name / the BANG

19 mark, the break-through in sales should have started years earlier, for example in 2008 when VPX

20 first started to use the BANG mark. However, the lion's share of these significant sales took place

21 after a social media blitz based on the BANG mark and after VPX rebranded its company to Bang

22 Energy in the first quarter of 2019. As J. Owoc himself stated in a March 6, 2019 email,

23                                The March 6, 2019 email

24

25

26

27

28

---

[34] *See* Voth's Schedule 3.1 of his expert report, Exhibit 5382.

1 ███████████████████████████████████████████ *See*

2 Exhibit 2749. J. Owoc himself testified that he chose to call himself the "Bang CEO" as his handle

3 on social media (imploring Mr. Hueston, during the arbitration hearing, to get a "handle" on

4 matters). J. Owoc even testified that although he had many brand names to choose from (e.g.,

5 "Redline"), he chose the name "Bang" and ███████████ of his sales are the sale of products which

6 make use of the name "Bang". *See* J. Owoc Testimony, AHT, p. 1402:11 - 1403:22. Bukovi,

7 VPX's no. 2, and M. Owoc, J. Owoc's wife and the head of VPX's marketing department, both

8 testified similarly. In explaining VPX's significant sales of Bang branded products, Bukovi

9 testified that VPX has moved into the beverage mainstream. *See* Bukovi Testimony, AHT, p.

10 1987:21 – 1988:2. M. Owoc testified that VPX changed its name to Bang Energy, that VPX

11 changed its website to bangenergy.com, that VPX changed its Instagram handle to bangenergy, that

12 J. Owoc changed his Instagram handle to bangenergy.ceo and that VPX now refers to its customers

13 as "Bangsters". M. Owoc Testimony, AHT, p. 3444:4 – 3445:10. Even Sweeney, the relatively

14 new marketing executive for VPX with his 20+ years of experience in marketing in the energy

15 drink sector, testified that he had not heard of VPX or BANG Energy RTD until the 2017 or 2018

16 time period and he also testified that when he joined VPX in September of 2019, VPX (then known

17 as Bang Energy) was the fastest growing beverage company. *See* Sweeney Testimony, AHT, p.

18 3056:15 – 3058:6. Therefore, it is just as easy to conclude that the significant sales to which Voth

19 refers are attributable to the BANG mark centric social media campaign and the rebranding of the

20 company from VPX to Bang Energy, all of which were based on the pervasive use of the BANG

21 mark.

22          Voth's second factor which argues for a low apportionment is the fact that VPX spent █████

23 ██████ in marketing and advertising. This is true. VPX did spend ██████████ in marketing and

24 advertising. *See* Exhibit 5382, Schedule 2.1: DDX1036-12; Voth Testimony, AHT, p. 3800:12–23.

25 However, VPX spent this vast amount of advertising promoting the BANG name and the BANG

26 mark. In *Neurovision Medical Products, Inc v. Nuvasive, Inc.*, 2014 WL 12544830 (C.D. Cal

27 2014), the jury awarded the plaintiff $30 million in disgorged profits. After the trial, Judge Fischer

28 of the district court for the Central District of California (the same Judge Fischer who issued her

Ign]eZ]j 0-) /-/- jmdaf_af l`ak [Yk]&[gfka\]j]\ l`] h]f\af_ Mmd] 2- eglagf ^gj bm_e]fl YkY eYll]j g^ dYo^ad]\Zq l`] \]^]f\Yfl Yf\ jmd]\ l`Yl l`] Mmd] 2- eglagf oYk \]fa]\ Yf\ l`] bmjq|k n]j\a[l oYk Y^^aje]\+ <k lg l`] akkm] g^ Yhhgjlagfe]fl) Em\_] Aak[`]j j]Ykgf]\ l`Yl %aak& g^ alk\m] lg l`] eYjc]l Yhh]Yd g^ hdYafla^^|k jY\]eYjc kqeZgd)dac]l`] eYjc]l Yhh]Yd g^ l`] =<IB eYjc `]j]) Yj] YlljaZmlYZd] lg l`] af^jaf_]e]fl **WhW[XfZSf_Sd]WfhS^gWSe `af UdWSfWWfZW b^S[`f[XX'%[`YfZW`[fWVHfSfWHgbdW_WagdfVWU[e[`** *!,2+$5$-$ "4%%(1* **Sf+)/** 8Yf\ %aak& [Ymk]\ ^]f\Yfl|k hj]ka\]fl l]kla^a]\ l`Yl l`] hdYafla^^|k ljY\]eYjc oYk l`] y[]fl]jha][]z g^ \]^]f\Yfl|k eYjc]laf_ kljYl]_q) bmkl dac] l`] =<IB eYjc oYk l`] []fl]jha][] g^ QKS|k eYjc]laf_ kljYl]_q% Yk ak [mkk]\ af ^mjl`]j \]lYad Z]dgo&) Yyka_fa^a[Yfl hgjlagfz g^ \]^]f\Yfl|k hjg^alk oYk \m] lg alk mk] g^ l`] hdYafla^^|k eYjc+ Em_] Aak[`]j Ydkg ]eh `Ykar]\ l`] hj]kmehlagf %l`] j]ZmllYZd] hj]kmehlagf& l`Yl \]^]f\Yfl|k hjg^alk Yj] l`] j]kmdl g^ l`] af^jaf_af_ Y[lanalq+ *7N*+ Yl '.-+ <dl`gm_` al akljm] l`Yl QKS [j]Yl]\ YZjaddaYfl Yf\ ]^^][lan] Y\n]jlakaf_ Yf\ kg[aYd e]\aY [YehYa_f o`a[` klaemdYl]\ \j]e]f\gmk kYd]k Zq qgmf_ [gfkme]jk) al [Yffgl Z] \]fa]\ l`Yl l`] y[]fl]jha][]z g^ l`Yl Y\n]jlakaf_ Yf\ kg[aYd e]\aY [YehYa_f oYk l`] mk] g^ l`] =<IB eYjc+

Qgl`|k l`aj\ ^Y[lgj o`a[` Yj_m]k ^gj Ydgo Yhhgjlagfe]fl akl`] ^Y[l l`Yl QKS ZmadlY fYlagfoa\] \akljaZmlagf f]logjc Yf\ `ak ^gmjl` ^Y[lgj o`a[` Yj_m]k ^gj Ydgo Yhhgjlagfe]fl akl`] ^Y[l l`Yl QKS hagf]]j]\ l`] yh]j^gjeYf[] ]f]j_qz kmZ eYjc]l+ =gl` l`gk] ^Y[lk eYq Z] ljm]) Zml) Y_Yaf) QKS Zmadl alk fYlagfoa\] \akljaZmlagf f]logjc *LK]ONY X^RO 0/<5 WK\UY* f\ hagf]]j]\ Ydd g^ alk eYjc]lk Yf\ kmZ*eYjc]lk af [dm\af_) Zml fgl daeal]\ lg) l`] yh]j^gjeYf[] ]f]j_qz kmZeYjc]l *LK]ONY X^RO 0/<5 WK\U*+ QKS [gmd\`Yn] Zmadl alk fYlagfoa\] \akljaZmlagf f]logjc gj l`] yh]j^gjeYf[] ]f]j_qz kmZeYjc]l ZYk]\gf Yfgl`]j ljY\]fYe]) km[` Yk M]\daf]) Zml al \a\ fgl \g l`Yl+ MYl`]j) QKS eY\] l`] Zmkaf]kk \][akagf l`Yl l`] =<IB eYjc Y\\]\ nYdm] ]f`Yf[] l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk o`a[` ala _fgj]\) Yf\ l`]j]^gj] QKS emkl dan] oal` l`] [gfk]im]f[]k g^ l`] Zmkaf]kk \][akagf al eY\]+

Qgl`|k ^a^l` ^Y[lgj o`a[` Yj_m]k ^gj Ydgo Yhhgjlagfe]fl akl`] ^Y[l l`Yl QKS `aj]\ l`gmkYf\k g^ af^dm]f[]jk o`g) af lmjf) Zjgm_`l Zaddagfk g^ ^gddgo]jk o`g Z][Ye] ^Yfk g^ Yf\ ^gddgo]jk g^ l`] ZjYf\+ =mlo`Yl akl`] ZjYf\ l`Yl l`]q %l`] qZ]af_ l`] Zaddagfk g^ ^gddgo]jk& ^gddgo]\ %Yf\ [mjj]fldq ^gddgo&: O`]q ^gddgo]\ %Yf\ [gflafm] lg ^gddgo& l`] =Yf_ @f]j_q ZjYf\+

1 The followed (and purchased in droves) the BANG Energy RTD (and they continue to follow it).
2 They went to (and go to) the website which has the word "bang" in the domain name. They follow
3 (and continue to follow) social media accounts which make use of the word "bang" and which
4 promote the BANG mark. They, the "Bangsters", even followed (and continue to follow) their
5 "bang" CEO, J. Owoc. This factor, like all of the other factors mentioned above, does not cut in
6 favor of VPX's argument for a low apportionment. Rather, this factor alone screams out for a
7 meaningful apportionment.

8      Voth's sixth factor which argues for a low apportionment is the fact that, according to VPX,
9 there is no evidence of any confusion and his seventh factor which argues for a low apportionment
10 is the fact that VPX's sales and Orange Bang's sales do not impact each other and that there is no
11 "customer substitution" or, to put it another way, there is no diversion of sales away from Orange
12 Bang and to the benefit of VPX. Whether or not there is any confusion, whether it be actual
13 confusion or a likelihood of confusion, that issue is addressed above and that issue goes to liability
14 more so than to damages and apportionment. As to whether or not there is customer substitution,
15 that issue pertains to Voth's damages methodology no. 1, measuring the diversion of sales away
16 from Orange Bang to VPX. The arbitrator agrees with Voth, as stated above, that there has been no
17 diversion of sales and no customer substitution. But this is not a diversion of sales case. This is a
18 disgorgement of profits attributable to the trademark infringement and the breach of the 2010
19 Settlement Agreement based on unjust enrichment and the customer substitution / diversion of
20 sales analysis is irrelevant to the issue of apportionment when attempting to calculate an
21 appropriate disgorgement amount to recompense for VPX's unjust enrichment.

22      Voth's eighth factor which argues for a low apportionment is the fact that the InfoScout
23 analysis showed only a 1% to 2% apportionment, according to Voth and VPX. However, as stated
24 above in the Georgia-Pacific analysis of the thirteenth factor, the InfoScout research report is a
25 thoroughly unconvincing document because it surveyed the wrong relevant market, mostly women
26 when most of the purchasers of the BANG Energy RTD are men and surveyed the wrong market
27 venues, at supermarkets while most of the purchases of the BANG Energy RTD [▮ of them]
28 take place at convenience stores.

1    Voth's ninth factor which argues for a low apportionment is the fact that Voth calculated
2 that Orange Bang's BANG mark only had a value of $2.3 million, according to Voth, as of 2010
3 and, therefore, this should be a cap on the amount of profits attributable to the infringement. But
4 this analysis suffers from the same flaw as *Philips*. By way of this factor, Voth is measuring, or is
5 attempting to measure, the damages from the point of view of Orange Bang. But that is an
6 incorrect analysis according to the case law as discussed above. Rather, Voth should be focusing
7 on the unjust enrichment amount reaped by VPX as the court so held in *Philips*. VPX's reliance on
8 *Trovan, Ltd. v. Pfizer, Inc.*, 2000 WL 709149 (C.D. Cal. 2000) is misplaced. VPX cites *Trovan* in
9 support of Voth's argument that a cap of $2.3 million should be imposed on Orange Bang's
10 damages in order to prevent a windfall. In *Trovan*, the court quoted *McCarthy* 30:84 in which the
11 noted trademark scholar made a comment about an inappropriate windfall awarded to help
12 resuscitate an infringed mark and restore the company's business reputation. However, the quote
13 from *McCarthy* was in a corrective advertising context and *Trovan* was a case where the court was
14 attempting to determine an appropriate award of compensatory damages. *Trovan* is not a case
15 about disgorgement of profits based on unjust enrichment. Thus, Voth's failure to focus on the
16 correct inquiry in this ninth factor does not convincingly justify a low apportionment.

17    But perhaps most telling testimony as to the issue of apportionment came from Bukovi
18 himself who candidly admitted that the BANG mark is "███████████", that "███████
19 ████████████████" and that ███████████████████████████
20 ███████████████████" *See* Bukovi Testimony, AHT, p. 2036:4-14.

21    The bottom line on apportionment is that VPX made pervasive, prominent and omnipotent
22 use of the BANG mark in order to generate astronomical revenues and profits and VPX did so
23 without having the legal right to make use of the BANG mark because its products, in particular
24 BANG Energy RTD, were not, and are not, "creatine-based" and therefore the VPX Marketing and
25 Sales Restrictions of paragraph 7 D applied, and still apply, and VPX failed to adhere to them,
26 failed to appreciate the significance of them and even failed to communicate the existence of them
27 to their own marketing department, to their own sales department, to their own science department,
28 to their own employees, to their distributors and to their retailers. This pervasive use of the BANG

eYjc \g]k fgl bmkla^(dgo Yhhgjlagfe]fl+ MYl`]j)aloYjjYflkYe]Yfaf_^mdYhhgjlagfe]fl h]j[]flY_]+

<j] Hgfkl]j Yf\ JjYf_] =Yf_ ]flald]\ lg j][gn]j .--" g^QKS|k hjg^alkZYk]\gf l`] l`]gjq l`YlYYdd^l`gk] hjg^alkYj]YlljaZmlYZ]l]l`] mk]g^l`] =<IB eYjc: Ig) g^[gmjk] fgl+ Dk QKS [gjj][l l`Yl gfdq ." lg /" g^QKS|k hjg^alk[Yhh]\ Yl!/+0 eaddagf)Yj]YlljaZmlYZ]QKS|k mk]g^l`] =<IB eYjc: >]jlYafdqfgl+ **7SeW`**i` **fZWWh**[**VW**`**bdWeW`f**N**fVZWW**S**dT[fdSf**[**a`ZWSd[`Y**gN**UZ aXiZ[UZ[e[`SUfgS^[**f**g`V[ebgfWVf**fZ**W**S**dT[fdSfadUa`U^gV**KW**eSfKEM_SVW bWdhSe[h**g**WW**aXfZW**f**76C< _Sd] [`adVW**h**ef[_g^SfW**_**bdWee[h**W**WhW`g**sN**V` bdaX[f**X**da_ fZW**`S**^**V**WX76C< TdS`VW**bda**VgUfe**%**a**ef `afST^k76C< :`WdYkGI9 **%S**`V TWUSga**N**fZ[e `WSd^**k**_`[bafW`f geW**a**XfZW**d**76C< _Sd]**%i**Z[UZ[ZSeg`\gef^k W`d**H**UZW**WEM**%% Sbbdabd[Sf**W** Sbbadf[a`_W`f aXbdaX[f**fa** TW[eYadVW**KU**a`_KEM(?=D fa Ba`efWdS`V DdS`YW**S**`Y [e **,.!'**

=Yk]\ gf YfYhhgjlagfe]fl g^02") l`] [Yd[mdYlagf`Hgfkl]j]]j|k Yf\ JjYf_] =Yf_|k \ak_gj_]e]fl g^hjg^alkj]e]\q akYk^gddgok7

- ^gj Zj]]Y[`g^[gfljY[l l`%ZYk]gf Y[Yd[mdYlagf`Yhhgjlagf\ hjg^alkkm Zb][Ig \ak_gj_]e]fl o`a[ ]p[dm`]k f]l kYd]o`a[ Y`]jj]\ lg l`] QKS HYjc]laf_ Yf\ NYd]]M]klja[lagfk]a+]+p[dm\af_ kYd]k]kY] oal`af l`] Imljalagf fYd`Yff]`]dd&)l`] Yegmflg^ **\*.0'. _[^^[a`#,.!** **aXfZW**T**dWSU**i**ZUa`fdSU**f**akS^fk**T**SeWU**g**^SfWV** STahW\$
- ^gj ljY`\eYjc af^jaf_]e]fl l`%ZYk]gf Y[Yd[mdYlagf`Yhhgjlagf\ hjg^alkkm Zb][Ig \ak_gj_]e]fl o`a[ af[dm`]k f]l kYd]k]o`][`]jj]\ lg l`] QKS HYjc]laf_ Yf\ NYd]]M]klja[lagfkgj fgl) a+]+af[dm\af_ kYd]k oal`af l`] Imljalagf fYd`Yff]`]dd&)l`] Yegmflg^ **\*.0. _[^^[a`#,.! aXfZW**bdSVW**S**_Sd**[`Xd[`YW**U^SeW**U^S**[**feWU**g**^SfWV** [`Xd[`YW`WdakS^fk[TSeWU^Sg^SfWVfahW\$

ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

Case 5:20-cv-03642-DSF-SPR Document 54-2 Filed 02/06/22 Page 163 of 378 Page ID
#:1605

The page appears to contain encoded or garbled text that is not legible as meaningful content.

**eS^WWdW[fZ[` ad agfe[VWaXfZWCgfd[f[a`S^8ZS``W^% fZWS_ag`f aX *0. _[^^[a`' IZW SdT[fdSfadSYdWWfZSfBa`efWdS`V DdS`YWS`Y US`a`^k dWUahWdWaXfZWeWS_ag`fe [` adVWda dW_WVkfZWbSefh[a^Sf[a`egf [` fZWZ[YZWSf_ag`f aXfZWXagdUS^Ug^Sf[a`eZ[UZ [` fZ[eUSeWefZWS_ag`f aX *0. _[^^[a`%gWS`V bSkST^WkKEM#S`VTk ?=D fa fZWWjfW`f Sbb^[UST^WW%Waaf`afW/ ,)1$À fa DdS`YWS`Y S`V Ba`efWd`a ^SfWdZS` 6bd[^+2%)++'**

O`]k] ^af\af_k Yj] kmeeYjar]\ af k][lagf DQZ]dgo+[1]

**B' 9S_SYWeXadfZWESefS`V >`\g`Uf[hWGW^[WfZW%<WaYdSbZ[UU[_ [fSf[a`e%XadfZW ;gfgdWad%fZW6^fWd`Sf[hW%D`Ya[`Y GWSea`ST^WWkS^flaX! aX;gfgdWCWf HS^We**

Hgfkl]j k]]ck kh][a^a[h]j^gjeYf[] g^hYjY_jYh4 g^l`] /-.- N]lld]e]fl <_j]]e]fl af [gff][lagf oal` alkZj]Y[` g^[gfljY[l [dYaeYf\ JjYf_] =Yf_ Yf\ Hgfkl]j Zgl` k]]c Yh]jeYf]fl afbmf[lagflg hj]n]fl ^mlmj]Y[lkg^ljY\]eYjc af^jaf_]e]fl af [gff][lagf oal` JjYf_] =Yf_|k ljY\]eYjc af^jaf_]e]fl [dYaeYf\ af [gff][lagf oal` Hgfkl]j|k Zj]Y[` g^[gfljY[l , kh][a^a[ h]j^gjeYf[] [dYae+O`] hjY[la[Yd^^][l g^Zgl` g^l`]k] log ]imalYZd]j]e]\a]k) afbmf[lan]j]da]^lg hj]n]fl l`] jakcg^^mlmj]Yje ^gj ljY\]eYjc af^jaf_]e]fl Yf\ kh][a^a[h]j^gjeYf[] Yf\ afbmf[lan] j]da]^lg hj]n]fl l`] jakcg^^mlmj]Yje ^gj Zj]Y[` g^l`] /-. - N]lld]e]fl <_j]]e]fl egnaf_ ^gjoYj\) Yj] a\]fla[YdYf\ Zgl` lmjf)af l`ak afklYf[]) gf l`] [jm[aYd]d]e]fl g^o`]l`]j gj fgl JjYf_] =Yf_ Yf\ Hgfkl]j ]Y[` `Yn] YfafY\]imYl]j]e]\q YldYo)Y[jm[aYd]d]e]fl o`a[` ak [geegf lg Zgl` l`] [dYaek^gj l`] ]imalYZd]j]e]\q g^afbmf[lan] j]da]^Yf\ ^gj l`] ]imalYZd] j]e]\q g^kh][a^a[h]j^gjeYf[]+ <[[gj\af_dq) l`] YjZaljYlgjadd^g[mkgf Zgl` l`] ]imalYZd] j]e]\q g^afbmf[lan]j]da]^o`a[` Y\\j]kk]k l`] jakcg^hgl]flaYd^mlmj]Yje j]kmdlaf_^jge ljY\]eYjc af^jaf_]e]fl Yko]dd Ykl`] ]imalYZd]j]e]\a]k g^kh][a^a[h]j^gjeYf[] Yf\ afbmf[lan] j]da]^o`a[` Y\\j]kk l`] jakcg^hgl]flaYd Yje j]kmdlaf_^jge YZj]Y[` g^[gfljY[l af l`] ^mlmj]+

[1] O`] ]^^][l g^l`] ]d][lagfk Zq l`] hYjla]kgf l`] j][gn]jq g^ Yllgjf]q|k ^]]k ak\ak[mkk]\ Z]dgo+ N]] ^af\af_k) \]l]jeafYlagfk Yf\ [gf[dmkagfkj]dYlaf_lg K`Yk]/ akkm]kYk\ak[mkk]\ af N][lagf DDD) L+Z]dgo+

N][lagf ...3%Y& g^ l`] GYf`Ye <[l n]klk l`] YjZaljYlgj oal` l`] \ak[j]lagf lg akkm] Y h]jeYf]fl afbmf[lagf ZYk]\ gf ]imalYZd] hjaf[ahd]k+ DfY\\alagf) l`] j]nak]\ N][lagf ...3%Y& [g\a^a]k l`] jmd] l`Yl YhdYafla^^k] caf_ Yf afbmf[lagf ak]flald]\ lg Yj]ZmllYZd] hj]kmehlagf g^ ajj]hYjYZd] afbmjq mhgf Y^af\af_ g^ ljY\]eYjc af^jaf_]e]fl) Y^af\af_ o`a[` `Ykfgo Z]]f eY\] af l`ak [Yk] Yk k]l ^gjl` YZgn]+ Pf\]j l`] GYf`Ye <[l) JjYf_] =Yf_ ak]flald]\ lg afbmf[lan] j]da]^ a^ al `Yk]klYZdak`]\ l`Yl y%.& al`Ykkm^^]j]\ ajj]hYjYZd] afbmjq 8%& alkj]e]\a]k YnYadYZd] Yl dYo) km[` Yk egf]lYjq \YeY_]k) Yj] afY\]imYl] 8%0& f afbmf[lagf ak oYjjYfl]\ Y^l]j [gfka\]jaf_ l`] ZYdYf[] g^ `Yj\k`ahk Yk Z]lo]]f l`] hYjla]k 8 Yf\ %1& l`] hmZda[ afl]j]kl ogmd\ fgl Z] \akk]jn]\ Zq Y h]jeYf]fl afbmf[lagf+ *zO0Kc#7XM%; O\M3bMRKXQO.#* ) 214 P+N+ 055) 06. %/--3&8 *@OXYS\ @KMSXQ gX `% ;M1Y\N#* 12/ A+0\../3)..04 %6l`>aj+/--3&+

<k lg l`] ^ajkl ]d]e]fl) ajj]hYjYZd] `Yje akhj]kme]\ Zq N][lagf ...3%Y&+ QKS `Yk]da[al]\ fg [gfnaf[af_ ]na\]f[] lg j]Zml l`ak hj]kmehlagf+ Hgj]gn]j) ]na\]f[] l`Yl JjYf_] =Yf_ `Ykdgkl [gfljgd gn]j alk Zmkaf]kk j]hmlYlagf Yf\ `Ykkm^^]j]\ \YeY_]k lg alk _gg\oadd g[[Ykagf]\ Zq QKS|k h]jnYkan] mk] g^ l`] =<IB eYjc dac]oak] [gfklalml]k ajj]hYjYZd] afbmjq+ *6O\L @OO3X^O\]%# `%4VK3X^Wg; QW^#* 403 A+0\./06) ./2- %6l`>aj+/-.0&+

<k lg l`] k][gf\ ]d]e]fl) af *1OX^_\c(' @OK3Y/^K^O1Y\ZY\K^SYX`% AKXNVSX* 13 A+/\ ..42) ..5- %6l`>aj+.655&) l`] Iafl` >aj[mal`]d\ l`Yl af YljY\]eYjc af^jaf_]e]fl [Yk]) l`] afbmjq [Ymk]\ Zq Y\]^]f\Yfl|k [gflafmgmk af^jaf_]e]fl) a+]+) l`] jakc g^ ^mlmj] af^jaf_]e]fl) kYlak^a]k l`] yfg Y\]imYl] j]e]\q YldYo zj]imaj]e]fl+ *AKXNVSX* Yk Z]]f j][]fldq [al]\ oal` Yhhjgn Yd af *;SU_XS 5SXUY#^N%%4OXQ1ROX0_PPO7#XM%#* RG /./5313) Yl'2 %>+?+ >Yd+ /-/-& Vafbmf[lan] j]da]^ Yhhjghja Yl] af ljY\]eYjc af^jaf_]e]fl [Yk]Z][Ymk] l`]j] akfg Y\]imYl] j]e]\q YldYo ^gj [gflafmaf_ af^jaf_]e]flW8 *1YWZRc 1Y%#XM%1YWPcAROO/* /-/. RG 2-2.6/6) Yl'5 %>+?+ >Yd+ /-/.& VkYe]) af YIgn]eZ]j g^ /-/. jmdaf_ Zq Em_] Rja_`l W+ O`]j] akfg af\a[Ylagf l`Yl QKS oadd klgh alk af^jaf_af_ Y[lanal] gj YZa\] Zq l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagf k]l ^gjl` af hYjY_jYh 4 ? g^ l`] /-.- N]lld]e]fl <_j]]e]fl+ *>YVV_^SY2 OXSWÄ 1Y%%>YVV_^SY XY^RSXQ 1Y%#*-5 RG ..004311) Yl'4 %>+?+ >Yd+ /--5&+ Dfl`ak j]kh][l) l`] jakc l`Yl QKS oadd [gflafm] lg af^jaf_] JjYf_] =Yf_|k ljY\]eYjc ja_`lk af l`] ^mlmj] \]egfkljYl]k l`Yl JjYf_] =Yf_ `Ykfg Y\]imYl] j]e]\q YldYo+

<k lg l`] l`aj\ ]d]e]fl) l`] ZYdYf[] g^ `Yj\k`ahk lahkaf ^Yngj g^ JjYf_] =Yf_ Z][Ymk] QKS oadd km^^]j fg `Yj\k`ah a^ al akk kaehdq j]imaj]\ lg [gehdq oal` ljY\]eYjc dYogj j]imaj]\ lg `gfgj alkgof /-.- N]lld]e]fl <_j]]e]fl+ *2OMUO\F_^NYY\1Y\Z%`%=daOK\1YXXOM^SY>Xc:^N#/-.1 RG 1346--.) Yl'0 %>+?>Yd+/-.1&+*

<k lg l`] ^gmjl`]d]e]fl) l`] hmZda[ afl]j]kl ogmd\ fgl Z] \akk]jn]\ Zq l`] akkmYf[] g^ Y h]jeYf]fl afbmf[lagf Z][Ymk] l`] hmZda[ YkYf afl]j]kl af Yngda\af_ [gf^mkagf Z]lo]]f log [gehYfa]k) af l`ak [Yk] l`] [gf^mkagf Z]lo]]f JjYf_] =Yf_ Yf\ QKS+ *7X^O\XOAZOMSKV'ESO]]^# 7XM%;SVYX$2S5SY\QS3X^O\]%7XM%226 A+0\652)660 f2 %6l`>aj+/--6&+* NaeadYjdq) l`] hmZda[ afl]j]kl akfgl \akk]jn]\ o`]f YhYjlq dac] QKS akj]imaj]\ lg [gehdq oal` ljY\]eYjc dYogj j]imaj]\ lg [gehdq oal` Y[gfljY[lmYd Y_j]]e]fl l`Yl al ^j]]dq ]fl]j]\ aflg gf Yngdmfl Yjq ZYkak Yk hYjl g^ Y [Yd[mdYl]\ Zmkaf]kk \][akagf al eY\] ZYk]\ gf d]_Yd Y\na[]+

O`] [Yk]g^ *BKWK\SXN^RYQ\KZREY\U]RYZ#7XM%AKXNO\)*.10 >Yd+<hh+0l24. %.650& akafkljm[lan] Zgl` oal` j]kh][l lg kh][a^a[ h]j^gjeYf[] Yf\ oal` j]kh][l lg l`] ]d][lagf g^ j]e]\a]k akkm] Ykk lg hYkl [geh]fkYlgjq \YeY_]k n+ ^mlmj] hgl]flaYd `Yje) \ak[mkk]\ af egj] \]lYad Z]dgo+ Df *BKWK\SXN*) NYf\]jk Ykk]jl]\ [dYaek l`Yl OYeYjaf\ Zj]Y[`]\ Y[gfljY[l lg Y[[gj\ `ae k[j]]f [j]\al Yk l`] ojal]j) \aj][lgj Yf\ hjg\m[]j g^ Y^adegf dal`g_jYh`q+ O`] bmjq YoYj\]\ `ae !/2)--- af \YeY_]k Yf\ NYf\]jk l`]j]Y^l]j egn]\ l`] [gmjl ^gj ]imalYZd] j]da]^ ^gj Yf afbmf[lagf lg hj]n]fl OYeYjaf\ ^jge ]p`aZalaf_ l`] ^adeaf l`] ^mlmj] mfd]kk NYf\]jk j][]an]\ `ak k[j]]f [j]\al+ O`] ljaYd [gmjl \]fa]\ l`ak j]im]kl gf l`] _jgmf\k l`Yl NYf\]jk [gmd\fgl kYlak^q l`] afY\]imYl] j]e]\q Yl dYo ]d]e]fl Z][Ymk] `] `Y\ Ydj]Y\q Z]]f YoYj\]\ egf]lYjq \YeY_]k+ O`] Yhh]ddYl] [gmjl) `go]n]j) j]n]jk]\ Yf\ jmd]\ l`Yl l`] afbmf[lagf oYk fg dgf_]j l`] akkm] Z][Ymk] kh][a^a[ h]j^gjeYf[] Ykj]im]kl]\ Zq NYf\]jk oadd kgdn] l`] hjgZd]e+z *7N%*242% O`] [gmjl j]Ykgf]\ l`Yl l`] !/2)--- bmjq YoYj\ j][geh]fk]\ NYf\]jk ^gj `ak *ZK]^* \YeY_]) Zml l`Yl l`ak egf]lYjq YoYj\ \a\ fgl Y\\j]kk `ak hgl]flaYd *P_^_\O* afbmja]k ^jge Yfla[ahYl]\ ^mlmj] [gmjl `]d\ l`Yl l`] `Yje j]kmdlaf_ ^jge ^mlmj] ]p`aZalagf kg^ l`] ^adeea_`l Z] \]]e]\ lg Z] Y[gflafmgmk Zj]Y[` g^ [gfljY[l Yf\ l`]j]^gj] [j]Yl] l`] \Yf_]j g^ Yf mflgd\ fmeZ]j g^ dYokmal Yf\ l`Yl l`ak ^af\af_ kYlak^a]\ l`] ]d]e]fl g^ Yf afY\]imYl] j]e]\q Yl dYo% Yf\ Ykk]kk]\ YZgn]) Yf ]d]e]fl [jm[aYd lg l`] \]l]jeafYlagf

g^Zgl` l`] h]jeYf]fl afbmf[lagf]imalYZd]j]e]\q Yf\ l`] kh][a^a[h]j^gjeYf[] ]imalYZd]j]e]\q& Yf\) l`]j]^gj]) l`] YoYj\ g^ l`] ]imalYZd]j]e]\q g^ kh][a^a[h]j^gjeYf[] oYk Yhhjghja Yl]+ *N%

Df *BKWK\SXW* ]] [gmjl Ydkg k]l ^gjl` l`] j]imakal]]d]e]flk af gj\]j lg ]klYZdak` l`] ]imalYZd]j]e]\q g^ kh][a^a[h]j^gjeYf[] Yk ^gddgok7 y%.&] afY\]imY[q g^ l`] d]_Yd j]e]\q8 %/& Yf mf\]jdqaf_ [gfljY[l akZgl` j]YkgfYZd] Yf\ kmhhgjl]\ Zq Y\]i mYl][gfka\]jYlagf8 %0&] ]pakl]f[] g^ YemlmYdalq g^ j]e]\a]k8 %1& [gfljY[lmYd l]jek o`a[` Yj] km^^a[a]fldq ^afal] lg ]fYZd] l`] [gmjl lg cfgo o`Yl al aklg ]f^gj[]8 Yf\ %2& kmZklYflaYd kaeadYjalq g^ l`] j]im]kl]\ h]j^gjeYf[] lg l`Yl hjgeak]\ af l`] [gfljY[l+z *AOOKV]Y@OK3]^K^OXKVc^SM]:#* `%DKVVKc]3- >Yd+<hh+ /l` 130) 14/ %/--5&+

O`] ^ajkl]d]e]fl k]l ^gjl` YZgn] akkYlak^a]\ af l`ak [Yk] Z][Ymk] dac] af *BKWK\SXW*) l`] QKS \g]k fgl [gehdq oal` l`] HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 af l`] ^mlmj]) km[` Y ^Yadmj] j]Yl]k l`] jakc g^ Yf mflgd\ fmeZ]j g^ dYokmalk af l`] ^mlmj]+ O`] k][gf\) l`aj\ Yf\ ^gmj l` d]e]flk k]l ^gjl` YZgn] Yj] YdkgYlak^a]\ Zq najlm] g^ l`] hja gj ^af\af_k Zq l`] YjZaljYlgj) k]l ^gjl` YZgn] af l`ak AafYd <jZaljYlagf <oYj\) l`Yl Hgfkl]j \]egfkljYl] \ Yd g^ l`] ]d]e]flk f][]kkYjq lg hj]nYad gf l`] Zj]Y[` g^ [gfljY[l [dYae) l`] ]p hj]kk ^af\af_k l`Yl ^gje l`] jmdaf_ l`Yl QKS Zj]Y[`]\ l`] /-.- N]lld]e]fl <_j]]e]fl+ O`] ^a^l` ]d]e]fl k]l ^gjl` YZgn] akdac]oak] kYlak^a]\ Z][Ymk] l`] h]j^gjeYf[] j]im]kl]\ Zq Yf YoYj\ g^ kh][a^a[h]j^gjeYf[] ak]kk]flaYddq l`] kYe] h]j^gjeYf[] Yk hjgeak]\ Zq QKS af hYjY_jYh` 4 Yf\ .4 g^ l`] /-.- N]lld]e]fl <_j]]e]fl+ <[[gj\af_dq) Yf YoYj\ g^ l`] ]imalYZd] j]e]\q g^ kh][a^a[h]j^gjeYf[]) em[` dac] l`] YoYj\ g^ l`] ]imalYZd] j]e]\q g^ l`] h]jeYf]fl afbmf[lagf) akYhhjghjaYl] af l`ak [Yk]+

DfY\\alagf) Yf\ hmjkmYfl lg <<< Mmd] 4%Y&%.& Yf\ mf\]j >Yda^gjfaY dYo) Yf\ Yk k]l hYjY]l]) af\]h]f\]fl Yf\ \aklaf[l jYlagfYd] ^gj l`] YoYj\ g^ l`] ]imalYZd]j]e]\q g^ kh][a^a[h]j^gjeYf[]) l`] YjZaljYlgj ak n]kl]\ oal` ]imalYZd] \ak[j]lagf lg ^Yk`agf Yf Yhhjghja Yl] j]e]\q+ <k klYl]\ YZgn]) l`] hmjhgk] g^ Yh]jeYf]fl afbmf[lagf %Yk k]l ^gjl` Z]dgo& Yf\ kh][a^a[h]j^gjeYf[] af l`ak afklYf[] aklg hj]n]fl ^mlmj] ]jY\eYjc af^jaf_]e]fl *KXN* lg hj]n]fl Y ^mlmj] Zj]Y[` g^ l`] /-.- N]lld]e]fl <_j]]e]fl+ Ral` j]kh][l lg l`] dYll]j [gfka\]jYlagf) l`] YjZaljYlgj `]j]Zq ^af\k l`Yl l`] j]imakal] ]d]e]flk ^gj kh][a^a[h]j^gjeYf[] `Yn] Z]]f kYlak^a]\ Yf\ l`Yl Yf YoYj\ g^ kh][a^a[h]j^gjeYf[]

oadd`]dh ]fkmj] l`Yl QKS [gehda]k oal` l`] /-.- N]lld]e]fl <_j]]e]fl Yf\) af hYjla[mdYj hYjY_jYh`k 4 Yf\ .4) af l`] ^mlmj]+

<[[gj\af_dq) ]^^][lan] <hjad.) /-//) QKS) Yk o]dd Yk alkj]dY]\ ]flalq ECJ %Ydj]Y\q \]l]jeaf]\ lg Z] Y\] ^Y[lg hYjlq lg l`]k] hjg[]]\af_k Zq Em\_] Aak[`]j&)"% Yj] h]jeYf]fldq ]fbgaf]\ ^jge eYcaf_ mk]g^ l`] =<IB eYjc Yk ^gddgok7

.+ NmZb][l lg l`] ^mjl`]j _]g_jYh`a[ daealYlagfk k]l ^gjl` af hYjY_jYh` 0 Z]dgo) QKS Yf\ ECJ Yf\ l`] >Yl]_gja]k g^ K]jkgfk =gmf\ %\]^af]\ Z]dgo&k`Ydd []Yk] eYcaf_ Yfq mk]g^ l`] =<IB eYjc) gj l`] ogj\ y=Yf_z) y=<IBz) y=Yf_Äzy ZYf_z) gj y=<I BÄz) gj Yfq [gf^mkaf_dq kaeadYj nYjaYlagfk l`]j]g^) `go]n]j kh]dd]\) o`]l`]j [YhalYdaz]\ YZZj]naYl]\) kaf_mdYj gj hdmjYd) hjafl]\ gj klqdar]\) Ydgf] gj af [geZafYlagf oal` Yfq gl`]j d]ll]jk) ogj\k) h`jYk]k) gj \]ka_fk) gf Yfq [mjj]fl gj ^mlmj] hjg\m[l %o`]l`]j YZ]n]jY_] gj gl`]joak]&) gf Yfq hjg\m[l [gflYaf]j) gf Yfq hjg\m[l hY[cY_af_ gf Yfq ]eYadY\\j]kk) gf Yfq d]ll]j`]Y\) gf Yfq Zmkaf]kk [Yj\) gf Yfq gl`]j ^gje g^ [geemfa[Ylagf) gf Yfq o]Zkal]) gf Yfq kg[aYd e]\aY Y[[gmfl) gf Yfq ljY\alagfYd e]\aY) gf Yfq kg[aYd e]\aY Y\n]jlak]e]fl gj hjgeglagf) gf Yfq hgafl g^ kYd] Y\n]jlak]e]fl) gf gj YlYfq hjgeglagfYd ]n]fl gj gf gj af Yfq gl`]j [gjhgjYl] [YhY[alq mfd]kk l`] eYjc]laf_) hjgeglagfYd) Y\n]jlakaf_ gj kYd]k Y[lanalq ^gj Yfq g^ QKS|k hjg\m[lk ak\aj][l]\ gfdq lg l`] ImljalagfYd >`Yff]d+ O`] l]je yImljalagfYd >`Yff]dz k`Ydd e]Yf Yf\ j]^]j lg l`] eYjc]laf_ Yf\ kYd]k >`Yff]d o`a[` [gehgjlk oal` l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 ? g^ l`] /-.- N]lld]e]fl <_j]]e]fl o`a[` hjgna\]k7 y +++kg dgf_ Yk l`] Z]n]jY_] gj \ a]lYjq kmhhd]e]fl akgfdq eYjc]l]\ Yf\ kgd\ l`jgm_` nalYeaf Yf\ fmljalagfYd kmhhd]e]fl klgj]k lg af[dm\] Zml fgl daeal]\ lg BI>) QalYeaf N`ghh]) gl`]j kh][aYdlq nalYeaf Yf\ fmljalagfYd klgj]k) _qek Yf\ `]Ydl` [dmZk) gj lg l`] nalYeaf Yf\ \a]lYjq kmhhd]e]fl k][lagfk gfdq g^ Yfq [gfn]fa]f[] gj gl`]j klgj]k+z

---

"% N]] @p`aZal 6/1) Em\_]Aak[`]j|k Ign]eZ]j 0-) /-/- jmdaf_ h+..+ Em_]Aak[`]j \a\ fgl jmd] gf l`] akkm] g^ o`]l`]j gj fgl ECJ oYk Yf[]kkYjq gj af\akh]fkYZd] hYjlq lg l`]k] YjZaljYlagf hjg[]]\af_k+ Em\_]Aak[`]j|k jmdaf_ o]fl ^mjl`]j l`Yf l`Yl kaf_mdYj jmdaf_+ Em\_]Aak[`]j kh][a^a[Yddq ^gmf\ l`Yl ECJ) YkYkm[[]kkgj af afl]j]kl lg QKS h]j hYjY_jYh` 1 g^ l`] /-.- N]lld]e]fl <_j]]e]fl) akYhYjlq g^ l`ak YjZaljYlagf Yf\ Zgmf\ Zq l`] YjZaljYlgj|k jmdaf_+ O`mk) Em_]Aak[`]j `Yk [gf^aje]\ l`Yl l`] YjZaljYlgj Ykl`] bmjak\a[lagf lg ]pl]f\ l`] K]jeYf]fl Dfbmf[lagf Y_Yafkl QKS lg Zaf\ ECJ Ykg]dd+ NaeadYjdq) Yfq gj\]j gj j]imajaf_ hYq]fl Zq QKS dac]oak] j]imaj]k ECJ lg eYc] l`] hYqe]fl lg l`] ]pl]fl l`Yl ECJ akl`] hYqgj gj l`] j][aha]fl g^ Yfq ^mf\k \m] Yf\ goaf_ lg JjYf_] =Yf_ Yf\ Hgfkl]j+

/+ NmZb][l lg l`] ^mjl`]j _]g_jYh`a[ daealYlagfk l`Yl ^gjl` af hYjY_jYh` 0 Z]dgo) QKS Yf\ ECJ Yf\ l`] >Yl]_gja]k g^ K]jkgfk =gmf\ k`Ydd ee]\aYl]dq []Yk] k]ddaf_ l`] ^gddgoaf_ hjg\m[lk) o`a[` Yj] fgl y[j]Ylaf]*ZYk]\z mf\]j l`] =<IB eYjc7 %Y&Y f_ 0248%Z& =<IB @f]j_q MO? %Z& gl`] [Y^^]afYl]\ Yf\ fgf*[Y^^]afYl]\ n]jkagfk&8 %[& Y lmjYe =Yf_ YcY =<IB IYlmjYd %\& =Yf_ N`glk8 %]& =Yf_ F]lg*>g^^]]8 %^& =Yf_ O]Y8 %_& =Yf_ O`]jeDL8 %`& =Yf_ Kjaklaf] Kjgl]af =Yj8 Yf\ %a& =Yf_ Happ) Zml gfdq lg l`] ]pl]fl l`Yl hjg\m[l ak eYjc]l]\ gj kgd\ Zq QKS gj ECJ gj l`] >Yl]_gja]k g^ K]jkgfk =gmf\ Yk ghhgk]\ lg @flgmjY_] gj LmYk"&) mfd]kk l`] eYjc]laf_) hjgeglagfYd) Y\n]jlakaf_ gj kYd]k Y[lanalq ^gj l`]k] QKS hjg\m[lk ak \aj][l]\ gfdq lg l`] Imljalagf Yd >`Yff]d+"'

0+ <k Y] phj]kk daealYlagf gf l`] h]jeall]\ mk] g^ l`] =<IB eYjc \]k[jaZ]\ af hYjY_jYh`k Yf\ /) Yf\ af Y\\alagf lg l`] j]da]^ gj\]j]\ af hYjY_jYh`k Yf\ / YZgn]) l`] <jZaljYlgj ^af\k l`Yl Yf afbmf[lagf lYadgj]\ lg ]e]kla[Yddq lg l`] lo]dn] klYl]k g^ l`] Pfal]\ NlYl]k o`]j] JjYf_] =Yf_ k]ddk alk hjg\m[lk ak Yhhjghjal]+ <[[gj\af_dq) QKS Yf\ ECJ Yf\ l`] >Yl]_gja]k g^ K]jkgfk =gmf\ Yj] h]jeYf]fldq ]fbgaf]\ ^jge Yfq mk] g^ l`] =<IB eYjc %gl]f af l`] eYff]j h]jeall]\ Zq hYjY_jYh`k Yf\ / YZgn]& af l`] lo]dn] klYl]k o`]j] JjYf_] =Yf_ k]ddk alk hjg\m[lk Yf\ l`gk] klYl]k Yj]7 >Yda^gjfaY) nY\Y) Jj]_gf) RYk`af_lgf) <jargfY) I ]o H]pa[g) CYoYaa) D\Y`g) PlY`) O]pYk) Dddafgak Yf\ I]o Tgjc+"( Dfl`ak j]kh][l) Ydl`gm_` QKS Yf\ ECJ Yf\ l`] >Yl]_gja]k g^ K]jkgfk =gmf\ [Yffgl eYc] Yfq mk] g^ l`] =Yf_ HYjc af l`] lo]dn] klYl]k j]^]jj]\ lg YZgn]) QKS Yf\ ECJ Yf\ l`] >Yl]_gja]k g^ K]jkgfk =gmf\ eYq eYc] mk] g^ l`] =Yf_ HYjc ]dk]o`]j] %a+]+) af l`] gl`]j 05 klYl]k g^ l`] Pfal]\ NlYl]k Yf\ af l]jfYlagfYddq& k dgf_ Yk l`]aj eYjc]laf_ Yf\ kYd]k Y[lanala]k [gehdq oal` l`] HYjc]laf_ Yf\ NYd]k M]klja[lagfk g^ hYjY_jYh` 4 Yf\ l`] gl`]j hjgnakagfk g^ l`] /-.- N]lld]e]fl <_j]]e]fl+

KYjY_jYh`k w0 YZgn] k`Ydd Z] j]^]jj]\ lg Yk l`] yK]jeYf]fl Dfbmf[lagf+z O`] l]jek g^ hYjY_jYh`k Yf\ / g^ l`] K]jeYf]fl Dfbmf[lagf k`Ydd Yhhdq lg QKS Yf\ ECJ) Yk o]dd Yk Yfq g^ l`]aj

---

"& <k ]phdYaf]\ af N][lagf DDD+) l`] afbmf[lagf akkm]\ Y_Yafkl @flgmjY_] gj LmYk`+
"' <dl`gm_` fg ]na\]f[] oYk hj]k]fl]\ oal` j]kh][l lg l`] =<IB >j]Ylaf] =Yj) Y[[gj\af_ lg QKS|k @p`aZal <z kmZeall]\ gf Ign]eZ]j 6) /-/.) l`] =<IB >j]Ylaf] =Yj [gflYafk >H Yf\ l`]j]^gj]) l`] YjZaljYlgj Ykkme]k ^gj hmjhgk]k l`Yl l`] =<IB >j]Ylaf] =Yj akYy[j]Ylaf]*ZYk]\z hjg\m[l Yf\ l`mk YhYjY_jYh` 4 > hjg\m[l) Yf\ fgl YhYjY_jYh` 4 ? hjg\m[l+
"( Nl]af O]klaegfq) <CO) h+..37.6 *..471+

. g^^a[]jk)Y_]flk)k]jnYflk)]ehdgq]]k) Yllgjf]qk)km[[]kkgjk)Yf\ Ykka_fk)Yf\ Ydd`gk] h]jkgfk gj

/ ]flala]k Y[laf_af Y[lan)[gf[]jl gj hYjla[ahYlago`al` l`]e %l] y>Yl]_gja]kg^K]jkgfk =gmf\z&+

0 A]\+M⇒an+K+32%\&%/&&β`aZaE*.. u .1+ O`] l]jek g^hYjYjYh`0 g^l`] K]jeYf]fl Dfbmf[lagf

1 k`Yddac]oak]Yhhddg QKS Yf\ ECJ Yf\ l`] >Yl]_gja]kg^K]jkgfk =gmf\+ A]\+M⇒an+K+

2 32%\&%/&&k+^mjl`]j \ak[mkk]\\Z]dgo) kge] g^l`] akkm]k]KYak] Zql`] Hglagf lg >dYja^ Yj]l`]

3 k[gh] g^l`] K]jeYf]fl Dfbmf[lagfYf\ o`Yl [Yl]_gja]kg^h]jkgfk Yf\ ]flala]k Yj] dac]oak]]Zgmf\

4 Zql`] K]jeYf]fl Dfbmf[lagf+O`] jYlagfYd`gjl`]PjjYalrYlYngk[jmdaf_`YYdg l`]k] akkm]]k]ak

5 \ak[mkk]\Z]dgo+

6

.- **C' IZWBaf[a` fa 8^Sd[Xk**

.. DfdYl]EYfmYjg`^/-//) Y^l]jl`] Dfl]jae <jZaljYlagf<oYj\ oYkk[jn]\ gf l`] hYjla]k)

./ Hgfkl]j Yf\ JjYf[_] =Yf_kmZeall]\\l`] Hglagf lg >dYja^Z(o`o`ao`a`}o`a[`lq j]im]kl]\ l`Yl`]

.0 YjZaljYlYYj]gjgjj)[l Yf\\,gj [dYja^^q,Yjagm`kymf[d]Yjakkm]]kN\\\j]kk\\ af l`] Dfl]jae <jZaljYlagf

.1 <oYj\+ Hgfkl]j Yf\ JjYf[_] =Yf_kmZeall]\\k]n]jjY]kj]dojall]f Zja^^kaf kmdhhgjlg^l`] Hglagf lg

.2 >dYja^q+b`a`o`o`a[` af[dm\]\ Yf]eYdhdj]dkhghfk] k]j]llllak_^`gjl` Hgfkl]j]]k j]k hgkalagf]kfgf

.3 hYjla[mdY>YdYmjdf]klagfklYak]]\\Zql`] YjZaljYlYngj`n`ao`o[`bc`aklj`l`] Hglagf lg >dYja^q, QKS dac]oak]

.4 kmZeall]\\k]n]jjY]kj]dojall]f Zja^^kaf kmdhhgjlg^l`] Hglagf lg >dYja^q, Ydkg`]dj]]dkhghfk] kh]k] Yf\

.5 ]eYdj]dkhghfk] k]j]llllak_^`gjl` QKS]]k hgkalagf]kfgf hYjla[mlY>YdYmjdf]klagfklYak]]\\Zql`] YjZaljYlYngj`a`

.6 j]k hgkalagf]kfgf hYjla[mlY>YdYmjdf]klagfklYak]]\\Zql`] YjZaljYlYngj`n`Yf\ af kg\_af_) QKS alk\^`kk]flaYddYdd[dim]kl]\\ [dYja^a[Ylaf]kf`

/- k]j]lljYodkkm]dfN\\j]kk\\ af l`] Dfl]jae <jZaljYlagf<oYj\+ Yko dd+<l l`] kYe] lae])

/. ghhgkalagffhYh`jjaklk\\ l`] Hglagf lg >dYja^o^QKS YjZaljYlYngj`a`YkN]gkk j]kdojl`dalek]Yd])) af alk

// ghhgkalagffhYh`jjaklgklaf]dfbja \dYja^a[Ylaf]klfgf`a`Dfl]jae <jZaljYlagf<oYj\ Z][Ymk]]Y[[[gj\af_lg QKS)lg\g kg kg ogmd\\

/0 nagdYlYlYol`b<<< Mmd`?q-+

/1 =]^`gjj Y\\\j]kkaf_l`] Hmmd?q- akkm])qj`]} akkm]kh^`o`o`j]dljo` YjZaljYlYngkYrkYl`] hgo]j

/2 Yf\ bmjak\a[lagffg^[gjjjj[l Yf\,gj \dYja^^qYqj`lq yo`mf[d]Yjakh`bj]jjiagflak g^l`] Dfl]jae <jZaljYlagf<oYj\)\ al

/3 ak^^ajkljf]\[[]kkYjq lg YYr_Y}j]phdYYff^`_ ^mf[YYllejk]fodYdhmdhhgkg]k^gZ\\[]l]Zdad]k]lYf\ alakffl g^l`] Dfl]jae <jZaljYlagf<oYj\+ O`] YjZaljYlYngj`a`gmf\mf\\\ QKS daYZZ]d`lf l`] djY^\]Yda`]lk af^^jaf_]djel`a`j]\Yl]`]kljY]k]klagflak^^

/4 <jZaljYlagf<oYj\+ O`] YjZaljYlYngj`a`gmf\mf\\\ QKS daYZZ]d`lf l`] djY^\]Yda`]lk af^^jaf_]djel`a`j]\Yl]`]kljY]k]klagflak^^

/5 [dYaeko`a` af^mj)\ lg l`] Z]f[^`al g^JjYf[_] =Yf_\[b^`YffY_j`_Y_j]]fl eY`\ Z]]lo]]f JjYf[_]

=Yf_ Yf\ Hgfkl]j Ykk]l ^gjl` af l`] <kka_fe]fl <_j]]e]fl+ O`] YjZaljYlgj Ydkg ^gmf\ QKS daYZd] gf l`] Zj]Y[` g^ [gfljY[l,kh][a^a[ h]j^gjeYf[] [dYae)Y[dYaeo `a[` afmj]\ lg l`] Z]f]^al g^ Hgfkl]j Z][Ymk] g^ l`] <kka_fe]fl <_j]]e]fl+

=Yk]\ gf l`]k] ^af\af_k g^ daYZadalq, ^Yngjg^ JjYf_] =Yf_ oal` j]kh][l lg l`] ljY\]eYjc j]dYl]\ [dYaek Yf\ af ^Yngj g^ Hgfkl]j oal` j]kh][l lg l`] [gfljY[l [dYae) l`] YjZaljYlgj gj\]j]\ l`Yl al oYk f][]kkYjq lg eYc] ^gmj\a^^]j]fl [Yd[mdYlagfk gj\]j lg \]l]jeaf] l`] Yegmfl g^ [geh]fkYlgjq \YeY_]k \m] Yf\ goaf_ lg JjYf_] =Yf_ ^gj l`] *ZK]^* ljY\]eYjc af^jaf_]e]fl mhlg Yf\ af[dm\af_ N]hl]eZ]j .6) /-/.) l`] \Yl] l`jgm_` o`a[` JjYf_] =Yf_|k Yf\ Hgfkl]j|k ]ph]jl ZYk]\ `ak [gehmlYlagfk%l`] yKYk K]jag\ g^ Oae]z&Yf\ l`] Yegmfl g^ [geh]fkYlgjq \YeY_]k \m] Yf\ goaf_ lg Hgfkl]j ^gj l`] *ZK]^* Zj]Y[` g^ [gfljY[l ^gj l`] KYk K]jag\ g^ Oae]+ O`]k] ^gmj [Yd[mdYlagfk Yj]7%.&*[]YkgfYZd] jgqYdlq* ljY\]eYjc af^jaf_]e]fl8 %/&ak_gj_]e]fl g^ hjg^alkw ljY\]eYjc af^jaf_]e]fl8 %0&*[]YkgfYZd] jgqYdlqw Zj]Y[` g^ [gfljY[l8Yf\ %1&ak_gj_]e]fl g^ hjg^alkw Zj]Y[` g^ [gfljY[l+ <dl`gm_` l`] YjZaljYlgj Y\] Yf]phj]kk ^af\af_ g^ daYZadalq ^Yngj g^ JjYf_] =Yf_ gf l`] ljY\]eYjc [dYae Yf\ af ^Yngj g^ Hgfkl]j gf l`] [gfljY[l [dYae Ykl g KYkl K]jag\ g^ Oae]) af gj\]j lg Ynga\ Yhgl]flaYd hjgZd]e oal` \gmZd] j][gn]jq) Yf\ af gj\]j lg ]fkmj] l`Yl l`]j] oYk fg y\gmZd]*\ahhaf_zYk lg l`] YoYj\ g^ [geh]fkYl gjq \YeY_]k Ykl g l`] KYkK]jag\ g^ Oae]) l`] YjZaljYlgj Yn] JjYf_] =Yf_ Yf\ Hgfkl]j Yf]d][lagf Ykl g o`a[` g^ l`]k] ^gmj [Yd[mdYlagfk lq oYfl]\ lg k]d][l) Yf]d][lagf l`Yl l`]q `Y\ lg ]p]j[ak] gf gj Z]^gj] EYfmYjq .) /-// %l`]yJjYf_] =Yf_, Hgfkl]j @d][lagfz&+

JjYf_] =Yf_ Yf\ Hgfkl]j lae]dq ]p]j[ak]\ l`] JjYf_] =Yf_, Hgfk l]j @d][lagf Yf\) fgl kmjhjakaf_dq)]q ]d][l]\ ^gj l`] `a_`]kl YoYj\) l`] \ak_gj_]e ]fl g^ hjg^alk YoYj\ ^gj ljY\]eYjc af^jaf_]e]fl af l`] Yegmfl g^ !.42 eaddagf+ <[[gj\af_ lg QKS Yk Yj_m]\ af [gff][lagf oal` l`] Hglagf lg >dYja^q Yf\ af [gff][lagf oal` l`] K`Yk]/ akkm]k) ]d][lagf g^ j]e]\a]k ZqJjYf_] =Yf_ Yf\ Hgfkl]j j]kmdlaf_ ^jge l`] JjYf_] =Yf_, Hgfkl]j @d][lagf Ykl g l`] KYk Oae] K]jag\ `Y\ ka_fa^a[Yfl d]_Yd aehda[Ylagfk+ QKS|k [gfl]flagfk j]_Yj\af_ l`] ]d][lagf g^ j]e]\a]k Yj] \ak[mkk]\ Z]dgo+

<k Yl`j]k`gd\ akkm] Yjakaf_ hjagj lg l`] \ak[mkkagf g^ QKS|k ]d][lagf g^ j]e]\a]k Yj_me]fl) QKS [gfl]f\k l`Yl<<< Mmd] 2- hj]n]flk l`] YjZaljYlgj ^jge Y\\j]kkaf_ l`] akkm]k jYak]\ Zq

JjYf_] =Yf_ Yf\ Hgfkl]j ZqoYq g^ l`] Hglagf lg >dYja^q QKS [gfl]f\k l`Yl l`] YjZaljYlgj eYq gfdq [gjj][l [d]ja[Ydeqhg_jYh`a[Yd gj [gehmlYlagfYd ]jjgjk+ QKS eYq Z] [gjj][l af l`ak Ykk]jlagf SP l`] Dfl]jae <jZaljYlagf <oYj\ oYk Y AafYd <jZaljYlagf <oYj\ Yf\ a^ l`] YjZaljYlgj kh][a^a[Yddq afl]f\]\ al lg Z]) Yf\ ]phj]kkdq klYl]\ l`Yl al oYk Yy^afYd oYj\ %km[Ykl`ak AafYd <jZaljYlagf <oYj\&+ Cgo]n]j) Ykl`] [gfljgddaf_ [Yk] dYo eYc]k [d]Yj) QKS akaf[gjj][l af alkYkk]jlagf oal` j]kh][l lg l`] Dfl]jae <jZaljYlagf <oYj\ Z][Ymk] alkh][a^a[Yddq klYl]k l`Yl al akfgl YAafYd <jZaljYlagf <oYj\ Yf\ alkh][a^a[Yddq klYl]k l`Yl l`] YjZaljYlgj \a\ XY^afl]f\ al lg Z] l`] ^afYd oYj\ gf l`] Y\bm\a[Ylagf g^ akkm]k+ =k l`] Dfl]jae <jZaljYlagf <oYj\ kh][a^a[Yddq klYl]k gf l`] ^afYd hY_] g^ l`] Dfl]jae <jZaljYlagf <oYj\) hY_] .167

y<fq *P_\^RONO^O\WSXK^SYX* Yg[Y] eY\] Yl *KXcKNNS^SYXKV* *K\SXQ* *YXMV_NSXQ* K`Yk]/ \]l]jeafYlagfk) *]RKVVOOWLYNSONSX* *K4SXKV* *aK\N*) o`a[` k`Ydd Y dkg af[gjhgjYl] l`] [gfl]flk g^ l`ak Dfl]jae <jZaljYlagf <oYj\+ O`] YjZaljYlgj \g] k *XY^SX^OX\* l`ak Dfl]jae <jZaljYlagf <oYj\ lg Z] *]_LTOM^* *Y\O`SOq* ]al`]j hmjkmYfl lg 6 P+N+>+ N][lagfk 6 Yf\ .- gj >Yda^gjfaY >g\] g^ >anad Kjg[]\mj] N][lagfk ./51 Yf\ ./52 gj gl`]joak]+ O`ak Dfl]jae <jZaljYlagf <oYj\ k`Ydd j]eYaf af ^mdd ^gj[] Yf\ ]^^][l af ^Yngj g^ Hgfkl]j Yf\ JjYf_] =Yf_ Yf\ Y_Yafkl QKS Yf\ ECJ *_X^SV_MR^SWO* Yk Y AafYd <jZaljYlagf <oYj\ akj]f\]j]\+z %@eh`YkakY\\]\+&

DfY\\alagf) l`] [Yk] dYo [gfkljmaf_ <<< Mmd] 2- \]egfkljYl]k l`Yl Yf YjZaljYlgj ak ^j]] lg [dYja^q ak gj `]j jmdaf_ k]l ^gjl` af Y fyafl]jaez YjZaljYlagf YoYj\+ Df *0Y]KMU%AYaK\N*) 253 A+0\ .-63) ..-/*-0) %6l` >aj+/--6&) l`] Iafl` >aj[mal`]d\) af Y[Yk] g^ ^ajkl aehj]kkagf) l`Yl f]al`]j hjagj Mmd] 3 g^ l`] <<< jmd]k%l`]hj]\][]kkgj lg Mmd] 2- g^ l`] <<< jmd]k&gj l`] \g[ljaf] g^ *P_XM^_YPPSMSY* hj]n]fl]\ l`] YjZaljYlgj^jge j]nakaf_ Yf afl]jae YjZaljYlagf YoYj\ mfd]kk l`] YoYj\ oYk afl]f\]\ lg Z] ^afYd Yf\ mfd]kk l`] YjZaljYlgj ]phj]kkdq klYl]\ l`Yl l`] YoYj\ oYk af\]]\ y^afYd+z[#À] Df ^gglfgl] . g^ *0Y]KMU*) l`] Iafl` >aj[mal eY\] al [d]Yj l`Yl ]n]f a^ l`] kmZk]im]fl

---

[#À] <k klYl]\ af *0Y]KMU* Yl ..-0 Yf\ af *EKUOWKX%[_K(* */M[_S]S^SYX* *%* *AXM%*.. RG 333-/5) Yl' 1 %?+ Haff) /-..&) l`] \g[ljaf] g^ *P_XM^_YPPSMSY* hj]n]fl]\ YjZaljYlgj^jge j]*Y\bm\a[Ylaf_ Yf akkm] o`a[` `] gj k`] `Ykhj]nagmkdq Yf\ ^afYddq Y\bm\a[Yl]\+ Jj) lg hmlal Yfgl`]j oYq) gf[] l`] \g[ljaf] g^ *P_XM^_YPPSMSY* YllY[`]k) l`] YjZaljYlgj fg dgf_]j `Yk bmjak\a[lagf lg j]*\]l]j eaf] Yf akkm] Ydj]Y\q \]l]jeaf]\ af l`] ^gje g^ Yy^afYd oYj\+ Cgo]n]j) l`] \g[ljaf] g^ *P_XM^_YPPSMSY* ak [Yk]\g]k fgl q]l Yhhdq Yf\ `Yk fgl q]l YllY[`]\+

Case 5:20-cv-03642-EJD Document 524-58 Filed 04/06/22 Page 171 of 328  Page ID #:1615

YjZaljYlagYoYj\oYk\]]e]\     lg Z] Yeg\a^a[Ylagf)Z][Ymk]`] afl]jae  YjZaljYlagYoYj\oYkfgl
y^afYdz,Yfq eg\a^a[Ylagf g^aloYkh]jeakkaZd]+NaeadYjdqaf ;K\UOV/W%7X]%Y%%7X^O\XO^
0\KXN]#7XN]%4  RG  -1006.1)  Yl'2*3 %/-.4&)l`] \aklja[l[gmjl`]d\) ^gddgoaf_0YJKM]lT`l YlYf
YjZaljYlagYoYj\)\kh][aYddq Yfyafl]jaez YjZaljYlagYoYj\)Zq \]^afalagf) akfgl afl]f\\    lg Z]
^afYdinfd]kkalkh][a^a[Yddq kl`Yl`Ylalaky^afYdz€]j]) l`] Dfl]jae <jZaljYlagf<oYj\ akdYZ]]d\
yDfl]jaez Yf\ hY_].16 eYc]k al[d]Yjl`Yll`]j]  oYkfg afl]fl  lg eYc] aly^afYdz#O0KVJY
;M1VK^MR€Oa]ZKZO\]%IOX^\KDKVVOBcZYQ\KZRSM€KXSYX<%Y%43) 535 A+/\ 40.) 401) f.  %8"
>aj+.65/& VyV<WfjZaljYlg[jYf +++[dYja^Yf YfYeZa_mal]qf l`]  YoYj\z\z ]n]f  Y^l]jjYfYfYd\+W
    Dfk`gjl) <<<  Mmd]2- Yhhda]kg l`]  AafYdefjZaljYlagf<oYj\)\+ D\g]k fgl Yhhddgg l`]
Dfl]jae <jZaljYlagf<oYj\\ akkm]\\gf EYfmYjja@)-//+  O`]j]\g^gj] ) Yf\ Z][Ymkg€^l`]  YjZaljYlgj|k
]phj]kk)\\ afl]fl fl oal` j]_Yj\ lg l`]  Dfl]jae <jZaljYlagf<oYj\\  Ykj]^]d[l]l\  gf hY_].16) l`]
YjZaljYlgjYYkYkl`] hgo]j Yf\ l`]  bmjjak\ak[alagfg Y[dYfdg^[dYja^q]]j ]n]f]jma\ of Yfqg^l`]  jmdaf[jnk]l]l\l^gjl`
af l`]  Dfl]jaez <jZaljYlgj<oYj\  Ykj]^]d[l]l\\  af l`ak AafYd€fjZaljYlagf<oYj\\

**D' KEMpe^WUf[aa\XGW_WV[WdaYg_W`f**

    <k e]flagf]\  YZgn])QKS [gfl]f\k  l`Yll`]  JjYf[_ ]=Yf_ , Hgfkl]jj  @d][flagf^^][lmY[ll]\\Y
ljY\eYj[jc  ]d][lagf g^j]e]\a]k  o`al`  hj]n]flk Hgfkl]jj  ^jge j][gn]jaf_Zj]Y[ g^[gfljY[[l
j]e]\a]k]k+  QKS `Yk[gm[[]`] l`ak kd][lagf g^j]e]\a]k  Yj_me]fl al eY[ eYfYfq \a^^][]]jfl oYqk+ Agj]
]phj]hd])  QKS `Ykkaemdl Yf]dmd Yf]goekd[kk[jak[jkk[jl[fak \kk[jl\]=Yf_k^je flk l`Yl YdgZ][\fak[jlZjk^\[jl
@d][lagf Hgfkl]jj akhdj[]]ff[[\dm\\\  %a\\ge alkZj]YjlZ][jlZjlZj [dYaeYYcjlg [geh[rfkYlgjaga oYjeY]_]k
\mjaf_fl][ l` KYk[jO\ae[]] K]jag[\]%naakk[ge gZlYYaf[YYk[l[c[[jlZjl[j YklZj[jl[rlm[m[jtm[j  Yklg ^mlmj[jlYj[j[j[dna[r]]
\e[lagf[f[jlZcYc[j€mje+ [jli[[fc[[jj[rtc\c[jl[ar[j€[jk[[jl[j[j[r[lmc[[rgel[rmc[kc[[[j 8 %aaa&
]f^gj[[af_  ajj]hYjYZd[lYe_  Yj Yjj[jtl[j[j€[r[c[[rclma€[c[a[j[rj[ra[j[aY€[ja[jl[j[j[r[[r[rmjlmjt[r[tc[j[r[tc[l[cj[j[rc[jjj[r[tc[r[r[aY€j[ra[rj[r[kc[tc[cj[k[kc[r[tc[r[j[ra[r[tc[rjc[r[rc[r[kc[tc[rc[rj[ [jc[jc[r[k[[[k[k[rc[r[k[k[r[l[r[c[r[k[jc[r[kc[l[[r[k[j[r[r[rc[l[r[k[jc[r[cj[[c[jc[[c[[rc[r[k[j[c[jc[[[[[c[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[

Case 5:20-cv-03642-D Case 5:20-cv-03642-D Document 54-58-2 Filed 2014-05-22 Page 172 of 328 Page ID #:1616

The content of this page is illegible (appears to be encoded/scrambled text).

Case 5:20-cv-03642-EJD Document 624-58 Filed 04/06/22 Page 173 of 328
Case 5:20-cv-03642-DSF-SP Document 458-2 Filed 12/22/22 Page 173 of 278 Page ID
#:1617

The page content is not legible/readable text.

af^jaf_]e]fl    gj Zj]Y[` g^[gfljY[l o`a[`  eYq Yjak]af l`]  ^mlm]j  <k \ak[mkk]\ YZgn]]Zgl`

afbmf[lan]j]da]^Yf\ kh][a^a[h]j^gjeYf[]  lmjf gf l`]  Ydd*aehjYYfl]d]e]fl  g^YfafY^\]imYl]

j]e]\q   YldYYo)l`] yhjY[la[Y]d^^][lz ]d]e]fl  j]^]jjj]\  lg YZgn])Yf\) af eYfq j]kh][l[k) l`]  ]flaj]

hmjhgk]g^l`] K]jeYf[]fl Dfbmf[[lagfaf l`]  ^ajklafklYl]f[[] aklg ]fkmj] [gehdaYf[][] oal`  l`]  /-.-

N]lld]e]fl  <_j]e]fl+    Dfl`ak j]kh][l) l`]  YoYj]j  g^[geh]fkYlYg jq \YeY_]k ZYk]\\gf ljY^\]eYjc

af^jaf_]e]fl    \mjaf_ l`]  KYk\Oae] K]jjag` Yf\ l`]  YoYr]j  g^]imalYYdYZYd]d]e]a]k    ZYk]\\gf LY^^R

ljY^\]eYrYjc af^jaf_]e]fl    Yf\ Zj]Y[` g^[gfljY[l]Yf Yjakaf af l`]  ^mmlmj]]Yj]aj]Yjaf ]f]e]nt]a]k+

<[[gj\af_dq)  QKS\k @d][lagfb^^M]e]]a]k  <j_me]fl    akfg] o]dd l]j[]f  Yf\ ak`j[]]`j Zq  jj]b]d[l]+

## E'  8a`Xge[`Y^kH[_[^SdBSd]e

<k l`]  dYf_mY _e^jf`]  K]jeYf[flfl  Dfbmf[[lagfk[]l\k^gjl``  YZgn])\] egfkljYl]k)  l`]  K]jeYf[flfl

Dfbmf[[lagfbpl]]f[\k   lg [gf^mkaf_d[]keaYd[Yjfl[]j]YdYZf]a]ajYjak+  Iafl`]  >aj[[mal[j`]YdY[`][mkkldj]ak

QKS [gf[[]]l]\\k   af alkhA]ZjmnYjfj]2)  /-//   jj]hdq]Zja]^^%`h+±&+  Df5YBY%MYWTXM%EKV^2S]XOclY+)

/-/   A+0\..66)  ./..   %δ>aj+/---&)  l`]  Iafl`]  >aj[[mal[Y^^^aj]\[Y[] l`]]  \aklja[l[[mgmjl_[mjl`]^Y

h]jeYf[flfl   afbmf[[lagfo`a[[`  hjg`aZalb)l`] \]]\]^f]f\Yfl ^jge mkaf_ l`]  eYjc Ylakkkm[[Yko)dd Yk

y[gf^^mkaf_d[]keaY[YdYfj]jYjaYlagfkag^^l`]  eYjc+  AOOKV]BROY\OW^XM%`lSc^^_]Lc^O#1 ) )/-/.   RG

3/-3631)  Yl'.  %>>+?ᵈYd+/.&   V_jYflaf[af[\fmf[[lagfo`a[[`  hjg`aZall[Yk][]^]f]fl Yf\ ^jge mkaf_ l`]  eYjc_eYjc

y`go]n]nj   kh]d[d]l)\)o`jl]'lj    jj [YhalYYdYr]\\YZZZj]j]]naYYlagfk   \ak[[af]f\mjaf_l]d)aafl)  gj klqdar]))j]\dj] Yf\

o`l`]j   mk]\]\af [Yhlagf)l)hl)  gj jYdd[]gmjg)]ala)^l[ak^[qjoak]))  gj YfYq ]f[Y[YffjY[ Yfjo`]Z]j_]jag`[Y^^l`  ak[gf^^mkaf[]\af[]l]arj]aaj]aYnlarag^[gjl)

kaYadYkhjakjo`ac`ak[YYfYdakaf[jYdal)  Yf\ Ya[^[`]a[[]]]Ylaf[[Y^l`YdQ`YaZjl^Yn[eYdgY`Yalr`aqralYlaf][[]Y

.10
ADI<G<M=DOM<ODJI<R<M?  wKC<N@.  <I?   KC<N@/

QKS [gfl]f\k   l`Yll`ak [dYja^a[Ylag&kfgl YhhjghjaYl]Yf\ oaddY[lmYdad]j]Yk] [gf^mkagf
Yklg o`Yl QKS Yf\ ECJ Yf\ >Yl]_gja]kg^K]jkgfk =gmf\ [Yf Yf\ [Yffgl \g+ QKS dac]]oak]
Yj_m]kl`Yll`]  daf]Z]llo]]f  mk]g^`l`]  eYjc Yf\ l`]  mk]g^Y[gf^mkaf_d&kaeadY]YrYjc akfgl
km^^a[a]flad[d]Yjgj \]^af]\\+  O`] YjZYljYlglg&akY_j]]koal`  QKS af l`ak j]_Yj\+ QKS cfgok  l`]
daf]]wal[Yffgl eYc] mk]g^`l`]  =Yf_HYjc gj YeYjc [gf^mkaf_d\ kaeadYrY]]g l`]  =Yf_HYjc+
N`_gmd\Yfq \akhml]Yjak])go]n]jj)  QKS Yf\ ECJ Yf\ >Yl]_gja]kg^K]jkgfk =gmf\ Yj]^mddq
hjgll]][l]\  Z][Ymk]ha^gf] g^`l`]e  Z]da]n]akl`Ylalkmk mY]Ykfg l[jgkk\ l`]  daf])Yf\ JjY^_]  =Yf_
Yf\ Hgfkl]j Z]da]n]l`Yll`l`]aj mkY]]YfakY_]k\[l` [jgkk\ l`] daf]) l`]  akkm[]Yf[Z Z]](daddsala_Yl]_Yl_Yf\
Y&bm\a[Ylf]Yl\]af YkmZk]im]flhjg[]]\af_)  a^^]]\]   Z]+Dfgl`]j agj ojg]j) a^^]]]_Yak^`lf]ffak^ffbl
YkZ]lloll]f  JjYf_]  =Yf_Yf\ Hgfkl]j])  gf l`]  gf]  `Yf\) Yf\  QKS) ECJ Yf\ >Yl]_gja]kg^K]jkgfk
=gmf\) gf l`]  gl`]l]) Ykdg l`]  k[gh] g^`l`]  K[]jeYf]fl  Dfbmf[[[l]Ggg`o`]l`]j  YhYjla]&madYfk]ak
[gf^mkaf_d&kaeadYrYgj fgl) Zgl` ka]k]\]k Yj]  n^dddl]f]Yj]_em]dh[bgjgjm&jd[Zlf]aljYflmklj]l`]  Zgl`
ka\]k oa]d Yn] Y^mdl]l] ^^Ya[^nnh[gjlmlm&fal]_ Z] `]Yj\]Yf\ l`]  akkm]]kl_a`]  e]Yfk l`]  l`lfoll]hl]hQKS&k \m]
hjg[][kk ja_^l`l oadd]ZZ kY^^]ZlmmZ]l]n]\l]k]nd]Zl]t]ZZt]o]Yq]g^^^l]]  kmZk]im]flhjghjjhjg[]]\ndnd]Yf]^ll]h
]flald]]  \lg o`Yl]fl]nl]  j]lne]a]k  Yjl]]e]l    YhhjghjaYlY]Yf\Yf\Yfl]ng Yl]l]n]k]im]klj]lfkm]j]m]Yf]^ll_+

DlgYkl`l`]  YjZYljYlgrsY]k]eamfflflagft l]fl]  al[d]]YYjjf fl[   Dfll]j]k]<jZYljYlrsa^l<lod]Z  l`YhllYx
K]jkeYf] Dfbmfg[m]]tl]hdYtllefjm&]_   l]  lg [gf^mkafldl]]&]eaaeadYrYc]&]YxJYck]  Zml]l` YjZYljYg]ja^]jal]_ Y]fgl]Y]Ycl]]l]  al[d]]Yf
]fegm_ `Yf^ Y]  l`d]]  j]d]]j]k]g^g]j]& l]l]&Y]l]  Ya^]l]dYjZaljYgg]Y^]l&]_j]Y&]f[]]f+    Dfl]&]gjl]l]  l`]
K]jkeYfl]  Dfbmf]bl]l]]fbgY]jn& QKS Yf\ ECJ Yf\ >Yl]_gja]kg^K]jkgfk =gmf\ ^&]jgj ]Y^Y]e_ mk]l]Y&^^^
l`]  =Yf_HYjcl]Y j]Y]\j^l] [gf^mkafm]]Yf]m&]dkafn&YdYf]mm&=Yf_HYjc] gf =Yf_ =ZYJYf]\ hjg\m]llm]&+
Hgjj&]gn]jj)  a^^]Yl]]  YjZaljYlg]rs^]Ya^]ll&]lg[YlY]]l]l]mY]]&Yg&dlllm]nd]fm]l]jm&]l]n[fYm]maajm]l]&ll]t]j&k]
\ddghl] `]\aafl`]n]  K]jkeYf& Dfbmf]m]]Ya^]mk_mmnl]Ydm]fllt&l]l]&a]]llm&]jm]fa^^^l]Yf_jm&Ymm]jm&]h]m]jl]tm_+
=^j]eal]YljsYmmc]fll]\\jljm] &]    &k]& fl]l]  &&]a]&a&&dl]la]]d]  &&&&&

.11
ADI<G<M=DOM<ODJI<R<M?  wKC<N@.  <I?  KC<N@/

**F' 8SfWYad[WaXEWdea`e7ag`V 7k fZWEWd_S`W`f>\g`Uf[a`**

Df[gf^gjealq oal` Mmd32%\&g^l`] A]\]jYd Mmd]k g^>anadKjg[]\mj]) l`] YjZaljYlgj]j]Zq [dYja^a]kl`Yl l`] K]jeYf]fl Dfbmf[lagf akZaf\af_ mhgf QKS) mhgf ECJ Yf\ mhgf Yfq g^l`]aj >Yl]_gja]k g^K]jkgfk =gmf\+

Aajkl) [gjhgjYl] ]flala]k dac] QKS Yf\ ECJ gh]jYl] l`jgm_` dana_ Yf\ Zj]Yl`af_ h]ghd] Yf\ l`]j]^gj] Ydd g^l`]k] >Yl]_gja]k g^K]jkgfk =gmf\ k`gmd\Z] Zgmf\ Zq l`] K]jeYf]fl Dfbmf[lagf) gl`]joak] l`] K]jeYf]fl Dfbmf[lagf akYf]ehlq ZYkc]l o`a[` hjgna\]k fg hjY[la[Yd hjgl][lagf Yf\ \g]k fgl k]jn] alkafl]f\]\ hmjhgk]+N][gf\) l`ak [dYja^a[Ylagf g^l`] afl]fl g^l`] hYjla]k Yk]phj]kk]\ af hYjY_jYh`1 g^l`] /-.- N]lld]e]fl <_j]]e]fl o`a[` hjgna\]k l`Yl al akZaf\af_ mhgf y+++Y_]flk)k]jnYflkYf\ ]ehdgq]]k) l`]aj km[[]kkgjk) hj]\][]kkgjk Yf\ Ykka_fkYf\ ]Y[` g^l`]e ++++z *AO@p*E*..) hYjY_jYh`1+

O`aj\) l`]j] akfg \Yf_]j l`Yl l`ak [dYja^a[Ylagf mfkY^]gmYj\k g^l`] `gd\af_ af *0OXK\YcK%* *ESVVSJ0#* >Yd+<hh+1113/ %/-.5&Z][Ymk]l`ak AafYd<jZaljYlagf<oYj\ \g]k fgl eYc] Yfq Y\bm\a[Ylagf Yk o`]l`]j gj fgl Yfq hYjla[mdYj h]jkgf hgl]flaYddq^Yddaf_ oal`af l`] >Yl]_gja]k g^ K]jkgfk =gmf\ akaf ^Y[lZgmf\ Zq l`] K]jeYf]fl Dfbmf[lagf gj o`]l`]j gj fgl l`] hYjla[mdYj h]jkgf hgl]flaYddq^Yddaf_ oal`af l`] >Yl]_gja]k g^K]jkgfk =gmf\ akY[lmYddqZgmf\ Zq l`] YjZaljYlagf hjgnakagf oal`af l`] /-.- N]lld]e]fl <_j]]e]fl %]+_+)akYdd]_]\ nagdYlgj yEgf]kz j]YddqYf yY_]flz g^QKS km[`l`Yl`] gj k`] akZgmf\ Zq l`] K]jeYf]fl Dfbmf[lagf DkYdd]_]\nagdYlgj yEgf]kz af ^Y[lZgmf\ Zq l`] YjZaljYlagf hjgnakagf af l`] /-.- N]lld]e]fl <_j]]e]fl:& O`gk] lqh]k g^ \]l]jeafYlagfk Yj] lg Z] eY\] Zq Y[gmjl Yll`] YhhjghjaYl] ]af YkmZk]im]flhjg[]]\af_) a^f]]\ Z]) Z][Ymk]YkQKS hgaflkgmlYf\ Yk*0OXK\YcK*kg `gd\k) l`] YjZaljYlgj\g]k fgl `Yn] bmjak\a[lagf lg eYc] km[` Zaf\af_ kh][a^a[Y\bm\a[Ylagfk) mfd]kkYf\ mflad Y[gmjl ^ajkl\][a\]k o`]l`]j gj fgl l`] YjZaljYlagf hjgnakagf af l`] /-.- N]lld]e]fl <_j]]e]fl akZaf\af_ mhgf l`] Ydd]_]\nagdYlgj g^ l`] K]jeYf]fl Dfbmf[lagf+=mleYcaf_ l`gk] kh][a^a[Y\bm\a[Ylagfk) o`a[` l`] YjZaljYlgj akfgl eYcaf_ Zq oYq g^l`ak AafYd<jZaljYlagf<oYj\) ak^Yj\a^^]j]fl ^jge [dYja^qaf_ l`] k[gh] Yf\ afl]fl g^l`] K]jeYf]fl Dfbmf[lagf+<_Yaf) QKS Yf\ ECJ Yf\ >Yl]_gja]k g^K]jkgfk =gmf\ Yj] ^mddq hjgl][l]\ gf l`]k] hgl]flaYddq akkml]\ akkm]k Z][Ymk]Y[` g^l`]e j]lYafk l`] ghhgjlmfalq lg Z] `]Yj\ Yf\ l`] ja_`l lg k`go l`Yl l`] hYjla[mdYj Ydd]_]\ fgf*ka_fYlgjq nagdYlgj% Yk fgl Zgmf\ Zq

Case 5:20-cv-03642-EJD Document 624-58 Filed 01/03/22 Page 177 of 328

l`] K]jeYf]fl  Dfbmf[lagfYf\,gj Zgmf\Zql`] YjZaljYlagh[fjgnakagf af l`] /-.-  N]lld]e]fl
<_j]l]fl    Z][Ymk]af l`]aj na]o) l`]q \g fgl ^Yddkal`af l`] >Yl]_gja]kg^K]jkgfk =gmf\+
        DfY\\alagf lg 0OXK\Yc]gl`]j  [Yk]dYokmhhgjllk`ak [gf[dmkeagf+<dl`gm_` QKS [al]k
1YWONcl V_L#7XM%%7WZ\Y`EO]^/]]YMSK^0)220 A+0\./44  %8`>aj+&)]  1YWONcl V_L[Yk
Y[lmYd`edmphhgjlkl`] Yj_me]fl g^Hgfkl]j  Yf\ JjYf[_] =Yf`_oal` j]kh][l lg l`] l`]  >Yl]_gja]kg^
K]jkgfk =gmf\+ akkm]-Df1YWONcl V_L)l`]  YjZaljYlgjhgjY\ akkm]\Yfafbmf[lagfaf ^Yngj`hdYafla^^
Yf\ hdYaflaZ`Yj_m]\]l`Yl[gmkafkkg^^ggje]j\ khgmk]kkYf\ fgf*hYjlq _jYf[gg`kl`al  o]j]  dac]oak\
Zgmf\Zql`] afbmf[lagfo`a[`) YkYYhjY[la[Ydll]j)  ]f^gjg[]dlYff lg lg [geh]l]l   Y_Yafkl
l`]e  Yf\ hj]n]jfl]d]\  l`]e   ^jge gh]faf_  YjanYd`dge]l`e]   [dmnZ+O`] Iafl`   >aj[mal
jmd]k]l`al`^`gjl`  af AM>K32%\&Yf\ j]jYkgf\  l`]Yll`]  afbmf[lagfk`^gmf\\lohl]f\  lg gfdq gf l`] hYjla]j)k
Zmll`g yl^`]aj g^^a[]jja]k)Y_[flk)k]jnYfflk)ehdgqq]]k)  Yf\ Yllggjfe]qk Yf\ Vmhgf[Wg`k] h]jkgfk af Y[lan]
[gf[]jl g^`hYjla]lafhYYlagfoal` l`]ez  Yko]dd+Cgo]j]f]j) l`ak hYj[]a[[jZaadmdafbmf[lagfo`al` lgg ^Yj+O`]
Iafl`   >aj[mal jmd]\\l`Yl`Zaf\Zaf\_  ]j]dYlan`k]g^^gaje]  af  khgmk]kkYf`  ]f_  _jYf`hYj\lfhlk) Yddg`^`o`gme
o]j]  fgf*hYjla]kl]gl]l l`] YjZaljYlagh[fjgnakagf o`]YkaehghjY[ka[YllYYkkme]hZ]Z]  Z][Ymk`]fg\ jf\af]YlZ]akl]YlY  Ykjf  kg gm\g`
mfdaYo^`n][d]fjfl]lYYfl]fjf]l gl]l l`]   afafnagdYl]agf) hphlY]  af nagdYYYlagg^^>Ydgji`fY=mfkaf]aiaf`l`Ykqk

**G' 6 8^Sd[X[USf[a`XfZW<WaYdSbZ[UST_[fe aXfZW EWd_S`W`f>`\g`Uf[a`**

<k klYl]\ eYfq lae] YZgn])l`] hmjhgk]Yf\ afl]fl g^l`] K]jeYf]fl Dfbmf[lagf%Yf\,gjl`] 2" [gflafmaf_ jgqYdlq\ak[mkk]\Z]dgo&akl`j]]^gd\7 %a& lg ]fk mj] l`Yl l`]j] Yj] fg ^mlmj]Y[lkg^ ljY\]eYjc af^jaf_]e]fl8 %a& lg ]fkmj] l`Yl l`]j] Yj] fg ^mjl`]j Y[lkg^Zj]Y[` g^[gfljY[l8 Yf\ %aaa& V`gh]^mddqYdga\^mlmj]akhml]kZ]lo]]f l`] hYjla]k+O`mk)gf] g^l`] klYl]\ gZb][lan]kmf\]jdqaf_ l`] aehgkalagf g^l`] K]jeYf]fl Dfbmf[lagfaklg ]f^gj[] kh][a^a[ h]j^gjeYf[] g^l`] /-.- N]lld]e]fl <_j]]e]fl %gj l`] hYqe]fl g^l`] 2" [gflafmaf_ jgqYdlq af da]m l`]j]g^& af gj\]j lg ]daeafYl] ^mlmj]akhml]kZ]lo]]f l`] hYjla]kYf\ `gh]^mddqaeh d]e]fl Yfgf*[geZYlan]) [gee]j[aYd j]dYlagfk`ahZ]lo]]f l`]e egnaf_ ^gjoYj\+ Ral` l`]k] hmjhgk]k)afl]flk Yf\ gZb][lan]kaf eaf\) l`] im]klagf l`]f Z][ge]k o`Yl hj][ak]dq akl`] k[gh] g^l`] K]jeYf]fl Dfbmf[lagf: =Yk]\ mhgf l`] Zja]^af_g^ Zgl` ka\]k af [gff][lag f oal` l`] Hglagf lg >dYja^q)alak gZnagmkl`Yl l`] log ka\]k `Yn] \a^^]j]fl afl]jhj]lYlagfk g^l` ] k[gh] g^l`] K]jeYf]fl Dfbmf[lagf Yf\) l`]j]^gj]) [dYja^a[YlagfZq oYq g^l`ak AafYd kjZaljYlagf<oYj\ ak]kk]flaYd+

O`mk)^gj l`] hmjhgk]kg^ [dYja^a[Ylagf) YjZaljYlgj]al]jYl]k l`Yl l`] egkl ]^^a[a]fl oYq lg Y[[gehdak` l`] gZb][lan]kg^l`] Kj]daeafYjq Dfbmf[lagfaklg ]fbgaf l`] [gf\m[l g^QKS Yf\ ECJ Yf\ l`] >Yl]_gja]kg^K]jkgfk =gmf\ Ydlg_]l`]j afkg^YjYk l`] =Yf_HYjc ak[gf[]jf]\ af l`] ./ klYl]kg^l`] Pfal]\ NlYl]kaf o`a[` JjYf_] =Yf_ Ydkg g]k Zmkaf]kk) Zmlgfdq ]fbgaf l`] [gf\m[l g^ QKS Yf\ ECJ Yf\ l`] >Yl]_gja]kg^K]jkgfk =gmf\ afkg^YjYk l`] =Yf_ HYjc ak[gf[]jf]\ ]dk]o`]j] %af l`] 05 gl`]j klYl]kg^l`] Pfal]\ NlYl]kYf\ af l`] afl]jfYlagfYd l]jjalgja]k& lg l`] ]pl]fl km[` [gf\m[l ^Yadk lg [gehdq oal` l`] /-.- N]lld]e]fl <_j]]e]fl) af hYjla[mdYj hYjY_jYh` 4 l`]j]g^+ Dfgl`]j ogj\k) Yf\ af gj\]j lg j]klYl] l`] dYk l hgjlagf g^l`] hjg[]]\af_ k]fl]f[] \a^^]j]fldq %Yf\ af Y^mjl`]j ]^^gjl lg [dYja^q l`] k[gh] g^l` ] K]jeYf]fl Dfbmf[lagf& QKS Yf\ ECJ Yf\ >Yl]_gja]kg^K]jkgfk =gmf\ Yj] ]flald]\ lg eYc] mk]g^l`] =Yf_ HYjc af l`] 05 klYl]kg^l`] Pfal]\ NlYl]kYf\ afl]jfYlagfYddqZmlgfdq hjgna\]\ ]Y[` g^l` ]e [gehda]k oal` l`] NYd]kYf\ HYjc]laf_ M]klja[lagfkg^hYjY_jYh` 4 ? g^l`] /-.- N]lld]e]fl <_j]]e]fl+

Case 5:20-cv-03642-EJD Document 524-58-2 Filed 02/06/22 Page 179 of 328 Page ID #:1623

H' IZW.! 8a`f[`g[`Y GakS^fk[` A[Wg XfZWEWd_S`W`f`\g`Uf[a` S`V fZWKEM

.! 8a`f[`g[`Y GakS^fk^WUf[a`

Dfalk[dgkaf_Zja]^Yf\ af alkVKjghgk]\\Dfl]jae <jZaljYlagf<oYj\) JjYf_] =Yf_Yf\ Hgfktl]j `Yn] Y^^ajeYlan]d[jim]kl]\ l`] YoYj\ g^Y[gflafmaf_ jgqYdlqaf gj\]j lg j][geh]fk JjYf_] =Yf_ ^gjQKS\k [gflafmaf_ ljY\]eYjc af^jaf_]e]fl af l`] ^mlmjYf\ afgj\]j lg j][geh]fk Hgfkl]j ^gjQKS\k [gflafmaf_ nagdYlagf g^l`] QKS HYjc]laf_ Yf\ NYdlM\klja[lagfk g^KYjY_jYh4? af l`] ^mlmjYkYfYdl]jjYlan]g l`] akkmYf[][g^l`] K]jeYYfl Dfbmfl[lagfY_Yafkl QKS Yf\ ECJ Yf\ >Yl]_ja]gja]kg^K]jkgfk =gmf\+ O`] YjZaljYljg]j]im]kl]d\ l`Yl`] hYjla]kgf Zgl`ka\]k Zja]^l`] akkmkg]l`Yl`] YjZaljYljg]jgmd\\l]jejeaf o]`l]jj gj fgl `]`Ykl`] ]imalYZd\]\ak[j]lagf lg YoYj\ km[`Y`mlmjj_e\]+ O`] YjZaljYljg]jl]j eaf]k ^gj]k]n]jjYjdYjkg]gkg)l`]YYlalak oal`af `ak ]imalYZd\]ak[j]lagf lg akkmk[m`YfYoYj\g^Y[gf lafmaf_ jgqYdlqhfqYqYZd]af l`] ^mlmj+ Aajkl).4%Y&alk]d^_jYflk1\] [gmjl)gj af l`ak [Yk]l`] YjZaljYljg)oa\ \ak[j]lagf lg mk[]imalYZd] hjaf[ahd]klg ^Yk`agfYf YhhjghjY[Yl]]\q af Yl]jjY\]eYjc af^jaf_]e]fl Yk[]+AOKKVJ\Y\Y_^RVKXN AYN\.-5 A+0\Yl..138 ?A ERYVO\KVTX\M^%@)YbDYVVOcLKTX^M^%2 RG 1151/.6) Yl'3 %>+?+>Yd^-.2&8 <<< Mmd]4%Y&^f/ZZVO^XM^%AKW]_X@VOM)P\^%#^N^@-.1 RG 3354.//) Y^l]j Ybmjqn]j\a[l af ^Yng\g^<hhd af YhYl]flfl [Yk])<hhd ^ad]\Yeglagf k]]caf_ Yf^g_af gjqYdlqaf l`] ^mlmj+O`] [gmjl)p]j[[akaf_ alk]imalYZd\h]go]jjgk mf\]j hYl]fl dYo)_jYfl]\\l`] eglagf Z][Ymk]7%aa&hfd oYk[flald\ lg lg Z [geh]fkYl\ ^gj `mlmjj^af_]f]f8 Yf\ %aad\'gml l`] aehgkalagfg^gf_gaf_ jgqYdlqaf l`] ^mlmj]jjdl] oYkYfaf[j]Yk\ jakcg^km[[]kkan]\dYokmalaNf\ \mhda[Ylanda_ala_Ylagf+

C[j]) l`] ]imalYZd\ak[j]lagf Yml`gjar]\Zql`] klYlmlafm\]jl]j ljY\]eYjc dYoakYnYfYdg_gmkg l`] ]imalYZd\ak[j]lagf Yml`gjar]\ mf\]j hYl]flfl dYo+Gac)oak])l`]kYe] hgda[q[gfk[]jfk Yhhdq+O`Yj_ QKS , ECJ Yj]fgl gj\]j\\j]kl`] lg hYqYfg^gf_gaf_ jgqYdlqaf l`] ^mlmj]jjj) gj l`] K]jeYf]fl Dfbmfl[lagfak fgl af hdYY\Y[])l`]f l`]j akYYk\klagf jakc]l`] YlljjYk\keaf af^jaf_]e]fl oadd[ fgflafm]\Yf\ ^mlmj Yf\ ^mlmj]) \mhda[Ylan\a_ala_Ylagfadd]fkm]+ QKS\k jj]daYf[] gf /Ä6 AZY\^]aOK\lY%9%DSM^Y\SK\f_#M\O^A^Y\O]#XM^%33 A+0\.64) /-5 %0j\>aj+.666&akeakhdYY[\][]\\Z\[YmkTl`ak`]`ak YoYj\ g^Y[gflafmaf_ jgqYdlq)oml\ fgl af Z] YfafYhhjghjaYl][gemddkgjqj da[]]fk]+

Case 5:20-cv-03642-... Document 54-58-2 Filed 12/04/22 Page 180 of 328 Page ID #:1624

.16
ADI<G<M=DOM<ODJI<R<M? wKC<N@. <I? KC<N@/

Case 5:20-cv-03642-SPR Document 584-2 Filed 04/06/22 Page 181 of 328 Page ID #:1625

NYd]k]f[jYl]\ ^jge l`] kYd] g^ =Yf_ ZjYf\]\ hjg\m[lk oal`af l`] hj][]\af_ ^afYf[aYd mYjl]j+=q oYq g^ ]pYehd]) l`] hYqe]fl \m] 12 \Yqk Y^l]j N]hl]eZ]j 0-) /-/ / ^gj l`] ^afYf[aYd mYjl]j ]f\af_ N]hl]eZ]j 0-) /-// k`Ydd Z] ZYk]\ gf l`] Yegmfl g^ I]l NYd]k ]f[jYl]\ ^jge l`] kYd] g^ =Yf_ ZjYf\]\ hjg\m[lk) af[dm\af_ =<IB @f]j_q MO?) o`a[` lggc hdY[] ^jge Emdq /-// lg Yf\ af[dm\af_ N]hl]eZ]j 0-) /-//+ O`akoadd Z] l`] hYll]jf g^ hYqe]fl Yf\ Y[[gmflaf_ ^gj ]Y[` ^afYf[aYd mYjl]j ^gj kg dgf_ Yk QKS eYc]k Yfq mk]g^ l`] =<IB eYjc) oal` gf] ]p[]hlagf7 l`] ^ajkl hYqe]fl) \m] 12 \Yqk Y^l]j Emdq /-//) k`Ydd Z] ZYk]\ gf l`] Yegmfl g^ I]l NYd]k ]f[jYl]\ ^jge l`] kYd] g^ =Yf_ ZjYf\]\ hjg\m[lk) af[dm\af_ =<IB @f]j_q MO?) o`a[` lggc hdY[] ^jge N]hl]eZ]j /-) /-/. lg Yf\ af[dm\af_ Emf] 0-) /-// Yf\ k`Ydd Z] Y afl]j]kl l`]j]gf Yl l`] d]_Yd jYl] g^ .-" ^jge l`] \Yl] g^ <hjad /6) /-// %al^ak Yegmfl akhYa\ gf gj Z]^gj] <hjad /6) /-//) l`] hYqe]fl k`Ydd fgl Z]Yj afl]j]kl&.[#]

<k k]l ^gjl` af l`] Dfl]jae <jZaljYlagf <oYj\) Yf\ Ykk]l ^gjl` af l`ak AafYd <jZaljYlagf <oYj\) a^QKS ]d][lk lg hYq l`ak 2" ^mlmj] gqYdlq hYqe]fl af da]m g^ l`] akkmYf[] g^ l`] K]jeYf]fl Dfbmf[lagf %l`]yQKS 2" >gflafmaf_ MgqYdlq @d][lagf&,) l`] ]^^][l g^ o`a[` ogmd\ Z] lg klYq l`] ^gj[]e]fl g^ l`] akkm]\ K]jeYf]fl Dfbmf[lagf ^gj kg dgf_ Yk QKS Yf\ ECJ [gflafm] lg eYc] hYqe]fl) l`]f QKS k`Ydd akkm] mYjl]jdq Y[[gmflaf_ klYl]e]flk lg _]l`]j oal` l`] imYjl]jdq hYqe]flk eY\] hYqYZd] lg JjYf_] =Yf_ Yf\ Hgfkl]j Yf\ JjYf_] =Yf_ Yf\ Hgfkl]j k`Ydd Z] ]flald]\ lg ]p]j[ak] Ym\al Yf\ afkh][lagf ja_`lk oal` j]kh][l l`]j]lg Yk ^mjl`]j ]fme]jYl]\ Z]dgo+

O`] Dfl]jae <jZaljYlagf <oYj\ Ydkg ]phdYaf]\ l`Yl af gj\]j lg ]p]j[ak] l`] QKS 2" >gflafmaf_ MgqYdlq @d][lagf) QKS k`Ydd _an] ojall]f fgla[]) naY ]eYad) lg l`] Yllgjf]qk ^gj Hgfkl]j Yf\ JjYf_] =Yf_ gf gj Z]^gj] EYfmYjq .) /-//) oal` Y [ghq lg l`] YjZaljYlgj+

Jf EYfmYjq .) /-//) QKS \a\ bmkl l`Yl **QKS ]p]j[ak]\ l`] QKS 2" >gflafmaf_ MgqYdlq @d][lagf+ QKS oYk mf\]j fg [gehmdkagf lg \g kg+ MYl`]j) QKS e Y\] l`] af^gje]\ Zmkaf]kk \][akagf lg ghl ^gj l`] QKS 2" >gflafmaf_ MgqYdlq @d][lagf+ ?mjaf_ l`] Zja]^af_ j]dYlaf_ lg l`] Hglagf lg >dYja^q Yf\ af j]khgfk] lg Hgfkl]j|k Yf\ JjYf_] =Yf_|k Yj_me]fl l`Yl l`] \]^afalagf g^ I]l NYd]k %\ak[mkk]\ Z]dgo& k`gmd\ af[dm\] ^gj]a_f kYd]k) QKS lggc l`] hgkalagf l`Yl l`] \]^afalagf

[#] O`] Kdmeh]\YeY_]k j]hgjl gfdq o]fl l`jgm_` N]hl]eZ]j .6) /-/. +

Case 5:20-cv-03642-EJD   Case4:20-cv-03642-SBA   Document 524-58-2   Filed 2014-06-22   Page 133 of 328   Page ID #:1627

g^I]l  NYd]k`gmd\]p[dm\] ^gj]a_f kYd]Yf\ QKS|k Yj_me]fl af l`ak j]_Yj\ eYq `Yn] jYak]\l`]

af^]jj]f[]  l`Yl`Y\ QKS cfgof  l`Yl^gj]a_f kYd]keYq Z] af[dm\]\ af l`] \]^afalagf g^I]l  NYd]k)

l`]fj)  h]j`Yhk) QKS ogmd\fgl `Yn] ]p[j[ak]\ \`] QKS 2"  >gflafmaf_ MgqYdl@d]d[lagf+

=][Ymk]g^l`ak aehda[Ylagf)Yf\ \mjaf_l`] Zja]^g^l`] Hgl agf lg >dYja^q)Yf\ Z]^gj]

akkmaf_Yfq jmdaf_ af [gff][lagf  oal` l`] Hglagf lg >dYja^q)] YjZaljYlg jkgm_`l[dYYqa^a[Ylag fge

QKS+ O`] YjZaljYlg jkgifimaj]\ g^QKS o`]l`]j)  Ykkmeaf_l`]Yl`Yl`g j]a_f kYd]Yf\]j]af[dm\]\

oal`af l`] \]^afalagf g^I]l  NYd]k)oaloYfl`)  lg oal`\jYo  l`] QKS 2"  >gflafmaf_ MgqYdl@d]d[lagf+

Nh][a^a[a[Yddlaj)  YjZaljYlg jkgifimaj)l\] g^QKS o`]l`j)  alaoYfl`\)  Yy\g*gn]jjz gf l`] QKS 2"

>gflafmaf_ MgqYdl@d]d[lagf+QKS j]khgf\]\ lg l`] YjZaljYlg jkgiafimajqZq kl lYf_laf alk[dgkaf_

Zja]^oal`  j]kh][l[l lg K`Yk]/ akkmm]Nf\ oal`  j]kh][t[l[l lg l`] lg] Hg lagf lg >dYja^djY ilyakylakfgl

hj]k]fldoq k]]caf_  Y{\g*gn]jjaj|  g^alk^d[dd[lagf+z AOC@YM]khgf^\]fl\k AafYNNmmZeakkkaf_g^`K`Yk]]DD

Dkkm]]kkmZealln]\\]gf HYj[`  6)/-//)  h+5+##  Dfl`ak j]kh](l[l]) QKS `Yk[dYja^al`]l`] YjZaljYlg jkgfYl]Yl

l`] QKS 2"  >gflafmaf_ MgqYdl@l]d[lagf)eYafk af^`md[d[]j[][j]j Yf\ ]^^][l+

## I'   IZW9WX[`[f[a`aXnCWFHS^W8oV fZW6gV[f EdaUWVgdWe

Og l`] ]pl]fl fl  l`Yl l`]] YjZaljYlg jkgjYkmk]\)\Zgl` l`] \]^af]\)  l`]j ek l`]j af ]p[]jfl j[l f]j]j]fek]kz Yf\ yf[l

kYd]]kz l`]) YjZaljYlg jkYkmk]\\ l`]gkk) log l]jek afl[lj[`Yf^_]YZdql`]gm[][ mmll[lak AafYNN]j[jZaljYlagf

<oYj[\) Yf\ `YkYlll]ehl[l]l\)  lg [dYja^a\l`alaak akkmmZ]qq]Ycaf_  mk[lg^[\] yI]l NYd][kz%gjjl`] kYc][g^+

mfa^a^gjealq+Agj)al`]) Ynga\Yf_f^Yffq)\gmZ[lZl]j)\g[][l)l`]] kaj j)\[kYf]  Yk`Y^gddggkgkt^r]]

j]n]fm[l]k  _]f[l[jfl]dq\]  ^_jagm  ogjd\oal`ag]]  kYd]]k%Ydd[kj][]gf  YkyBjgkkkMmn]jf]fm[l[lz gq jBjgkkkMm[[l][l]][]]l][j[l[lakkkz&)

j]l_Yj)]]\]]dkg_^`[Yff]l)  g^^j  k]=Yf^_*Z]jYf\f\[Y)  hj][g\m[[[lk a][lak a\l][][l]][^laZ^d]^a]l al) af hYjYjY_Y_^Ynh/  g^^l`]  K[]je[jhjfk]Yfl

Dfbmmf][j)[l][dafkb af[Yafafl[`][ldfmmaf_\af^_) _)Zml[l[lfgl  daeal][dal)  lg )=Yf^_[`mm[[f[l)lq_q)  MO?)eeaffafmjjkbajjbfkaz+O`)ak[_j[gjfYYN]dY^D`l`)

BjgkkkkMmn]nf[l][l]][l[j[afk wyj)]]lmfmmlja)[l][l][^_hj])ejaYYNWYj[ek[lal  Z])] [YA[[l[]mY[^dhl[]mY[[fl[Yff[lYl^YY^jYAh]l[]^dh  oal[l  B)]]f[^d[l]l[l[jY[dhh<[[[l[l[[lh[lh][[l\

<[[gmfl[aff]l)_ KjYfl[f[[aah[\h]]l][k]%oyB<<<Kxx&[Ez[l][j[lY[^_Yn]^]ffYfl[dhY[^d]`g^^hh[[l[l  NYd][k[[[l[[]k][l]k]l[l[adYAVYd][li])]] \]^dahalAlYagf l`)Yl)

QKS|k \YeY^_]k Yf\ Yf\  Y[[[][gmmfl[lh]j])\ph]jjjl) Ogl]`) Yff\ Yf\ Hggffkkl[lkl[[jl]j]||k[[k[  Yf\ Yf\ Jj) Yff\ Yf\  Yf_Yf_   =Yf^_[l[l][k] \[k\ \ YYeYY[][[][YY[][^Yf[[

_____

## aftertext

## QKS \a\) Yll`ak lae]) j]k]jn] l)  Ydd[a[_[l`l_`[\k`nYkY`l][Yk`Y`\gf[]l]l[  af l`)lz[l]l[]d[\][^_`[]\[]alkkmmZmmZeak][lqe_[^fYak[kk][afkaf`g[l[l[`[]l[[l  hgkkl*\[\|]][Ydj[]]

l`]] akkkmmYff[gYff\\] af[klh['gl[l[j]  E[][YYYfmYYf\YYYf^[]l][]lYf[l[l[]l[l\[]l   Dfll[l][l[jaeYak] <[j[jZaljYlagf`[<[j[l[o<oYj[[\]+

.2/

ADI<G <M=DOM<ODJI<R<M?  wKC<N@.  <I?   KC<N@/

Case 5:20-cv-03642-EJD Document 524-58-2 Filed 01/26/22 Page 184 of 328 Page ID #:1628

ADI<G<M=DOM<ODJI<R<M?   wKC<N@.   <I?   KC<N@/

Case 5:20-cv-00454-DSF-SHK Document 54-2 Filed 04/06/22 Page 185 of 328 Page ID
#:1629

.   j]e]\q+   Naf[] alakZgl`) alemkl aehda[Yl]KYjY_jYh`4 g^l`] /-.-   N]lld]e]fl   <_j]]e]fl   o`a[`
/   ]phj]kkdqeYc]k mk]g^l`] l]je  yogjd\oa\]z+   O`] gf] k]fl]f[]   hYjY_jYh`:4 hjgna\]k Yk^gddgok7
0   yO`] l]jek  g^l`ak<_j]]e]fl   Yhhddg l]`] Y[lagfkYf\ Y[lanalak]g^l`] KYjla]klogjd\oa\]+z+
1   O`]j]j^gj]) ^gj]a_f kYd]kemkl Z] af[dm]\\ af l`]   [Yd[mdYYglf`l`] 2" [gflafmaf_jgqYdlqegnaf_
2   ^gjoYj\) Yf\ l`ak akl`] [gjj][l l j]kmdl]n]f f f`gm_` YljjY'\]YYjc j]e]\q   akdaeal]\\ lg l`] l]jjalgjajaaYd
3   Zgmf\Yja]kg^l`] Pfal]\\ NlYl]k+<_Yaf)l`ak akZ[l[Ymk]`]jk]`]k] k] Ydl]jfYlan]jimalYZdjj]]]\]a]\\a]\a\a\a\a\k   Yj]
4   ZYk]\\fgl gfdq gf ^mlmjjmj]Yc\hZmg^f ^mlmj]jjgfjd[l [dYaeYksko]dd+
5       <k k]l l^gjl` YZgn]]af gj\\j j lg [gehdq oal`l`] 2" [gflafmaf_ jgqYdlqQKS akj]imaj]\ lg
6   eYc] imYjl]jdjdqhYqe]flk ZYk]\\fg Ifl]  NYd]NYf\ lg hjgna\] imYjljjdq Y[[gflaf_klYl]e]\]flk %Yf\
.-  l`] QKS Q]ja^a[a^a[a[Ylagflg'^g[me]flf]  j]^]jjj]) lg Z]dgo&dg Hgfkal]jj]  Yf\ JjYf\ =Yf_ Yll] lae]+
..  Hgfkal]jj]  Yf\ JjYf\ =Yf_ _j]]eeYf\aYfYf Ym\aYf\ afkfh][lag\][ga[] Ykk^mjl`j]\][]aZjaZ Ygfd[l [Yj
./  l`] Zja]j^af f l`]] Hglagf`] lg >dYja^a^a^a\Zgl` ka\]k `Yn] af]af[Yf[mYl]YdYdj]] Yf\ ^gj]]Ym\aYf\
.0  `go l`] Ym\an\aYf\ af[kh][lag[lag hjg[ld]\]]\\`]mjk  ogmd\\ogjfj[j Z][Ymk]][ [gjj]\][ggn]Ym\aZ[l[Yf`]
.1  Hgfkal]jj]  Yf\ JjYf\ =Yf_ Yj][geh]lalageal[Y_^KS Yf\ QKS `Ykd]l]_]aeYYlhlfafkj  l`\j\jfkHgfkal]jj]
.2  Yf\ JjY`\=]  =Yf_ oad[d NYf\ Y[[]gkk kgb[ gf]fla&flaYd[jaa]YY\]Zf[f[eeeeafkj  j`gfglj][g\aj\]fjjfmjk]+
.3  <l l`] kYe] lae]) Hgfkal]jj]  Yf\ JjY`\=]  =Yf_ `af\Yl`]al\ l\jl]`aj eYq f]\d[l\g n]jja^q`l`l`ql]
.4  imYjl]jdjdqY[[gmflaf_ kj]dYf^_ lg l`] 2" [gflafmaf_ jgqYdlqYj]  Y[[mjjaflljkYf\ l`l]Yl`hlfl]Ym\a)`]
.5  Yegmflk`Yn\  jZ]]n]j`YndmjjY]j]^_[af\af\j\\dYhd]]jdafnd]Y\)[ffhdajYjfZjdlkoeafjghQ  af\``aj]j\]fkfkYj\mj
.6  oal` l`]  `gh] g^Ynga\aaf_`\akhml]kZlod]l]f l`  hYjjla]k+ Y[][hjkYjl] ^mlmj]]]jl`_ Ym\aYf\ afkh][[lagf
/-  hjg[[]\\gj\[[][lafjf fkljlf[aogdfmj]j]fmdf\]fnahgfl` f][[YjjlYfk
•   DfY\\ddagf[g ljdgjl l`]  imYjl]jdjdqY[[gflafdYgf[Yf\ l`]  imY]]dfqd\] n Yqe]fflk
    o`a[`   Y[[][[hYqfl l l`]  imYjl]jdjdqY[[gmflafd\ l]`a\flk) QKS k`YY\dd`jgna\\)  JY[`
    imYjl]jljjjY&\ Yf\ l l t`]  kYe] lae]  Ykl`]  imYjl]jdjdqY[[gflaf[alfl[\fl Yf\ l`]
    imYjl]jdjdqhYqe) Y[ Y\\Y\\` g`a[  k]]k]k^_jl`]]  [Yd[mdYYagf[`]]` Y[\je n Yf\`  Yegmflg^Ijl]`Y\l
    NYd]]k[gj]]`j`gfg\aaffahikimjdjdqY[[gflaf[a[kf[ea\\j\\` Yf\\g`a[f`lflaYj[`Yqe`kj]]`Y]]Ygmfl
    g^Ijl]]`  NYd]f NYf] Ylakakk\\ dkkk[j`]]dfl` %l`] ]]yQKS Q]ja^a[a^a[a[Yilfjj]]  lz&+
•   Ral]`af .1  \Yqk^g^l`]]  j][]]]]jahl l\ g^l`]] QKS Q]ja^a[a^a[a[Yilfjj])  JjYf]  =Yf\  Yf] Yf\
    Hgfkal]jj]  k`dqdk\`YYjj]] l`] ] ja]`\fll[al lg dqdk[afj[`Zj\l\jl t`]  [Yd[mdYYl]ffj\fl`l[lkf  \`YlYYgj

.21

af^gjeYlagf k]l ^gjl` af l`] QKS Q]ja^a[Ylagf?g[me]fl    Yf\ JjYf _] =Yf_Yf\
Hgfkl]j emkl hjgna\] YklYl]]fl g^j]Ykgfko`a[`  ^gje l`] ZYkk[g^l`]aj
gZb][lagfk%l`]yJjYf _] =Yf_, Hgfkl]j JZb][lagfkz&+

- Ral`af .1 \Yqkg^l`] j][]ahl g^l`] JjYf _] =Yf_, Hgfkl]j JZb][lagfk QKS) gf
  l`] gf] `Yf\) Yf\ JjYf _] =Yf_) gf l`] gl`]j) k`Ydd]]ll Yf\ [gf^]\j af _gg\ ^Yal`af
  YfYll]ehl lg j]kgdn Yddkkm]]dYlaf_lg l`] QKS Q]ja^a[Ylag?g[me]fl   Yf\ l`]
  JjYf _] =Yf_, Hgfkl]j JZb][lagfk+

- D'QKS Yf\ JjYf _] =Yf_Yf\ Hgfkl]j Yj]mfYZd[lg j]kgdn Yddkkm]k\mjaf_ l`ak
  e]]l Yf\ [gf^]j af hjg[][\\mj]) JjYf _] =Yf_Yf\ Hgfkl]j k`Ydd[Z] ]fl ald]\l\lg ]p[j]ak[
  l`aj Ym`a]ja_`lk Yf\ egn] ^gjoYj\i\ oal` YfYm\al=O`] Ym\ak`YdZ[l h]j^gje]\\  Zq
  Y^'aje g^`af\]h]f\]fl Y[[gmflYfflk%l'ly<m]algjz&mjaf__ fgjeYd Zmkaf]ffkk^gmjk+
  O`] <m]algj k`YddZ] Yl]Ye ^jge YfYylagfYYddgj][g_far]\  Y[[gmfflfaf_^ ^aje k]d][l]d][l]\
  ZqJjYf _] =Yf_Yf\ Hgfkl]j Yf\ l`] <m]algr k`Ydd[Yn] fg ]pakla_ gj hjagj]
  Zmkaf]jk%j]dYlagfk`ahoal` ]al`]j QKS gj oal` JjYf _] gj Hg fkl]jj oal`af l`]
  hj][][\]\\af_ ^an]q]Yjk%]p[]hll`ll`Yll`l`] <m]alrg) a^^`aj`l`) lg [gf^ m[l `YjkdYfYdd]l]f^
  Yfq)k`YddY\dk[Z] ]fald[d\\lg lg [gf^m[l km[[]]kkan]Ym`ah[l][gfl]e   hdYl]\\Zq l`ak ak AafYfYd
  <jZaljYlagf[<oYj]&+

- Agddgoaf_Yfmfkm[[]]kk^]mel]]d\l   Yf\ [gf^^]j) lg JjYf _] =Yf_Yf\ Hgfkl lk j k`YddZ[l
  daeal]\\ lg gfdq gf] Ym]ah[j q]Yj)ZmlU`lYl`] Ym]aYq Y\l\j]kk Yfqgmlklkfl]Yf\af_
  akkm]k]NYf\ YfqmfYj]kgdn]\ QKS Q]ja^a[Ylagf?g[me]fl   Yf\ gj Yfq JjYf _] =Yf_,
  Hgfkl]j JZb][lagfk h]f^af_ \mjaf_l`] hj][][\af_  gf] q]Yj]lae] h]j]jag+

- O`] <m]algr k`Ydd[Z] j]impaj]\\  lg ]p[]ml] Yf\ YZa[\]Zal][l\l [ mjj]]l] fl >gf^a\]flaYdalq
  Jj]\[]j af ^mddg][[gj[]] Yf\ l`] ]^^][]l YkZZ\llo]l  l`] hYjla]jkYf\ l`] <m]algr k`Ydd[Z]
  ]fald]d\\ lg j]naa]o  QKS|k [gf^a\l]flaYd [g[me]flk)   af[ldm]m^af_^a]nY[dg[me]flk)
  f[][]kkYjqq lg lg [gn^a]fl l`]  Ym]an[]y>gf^a\]flaYd[a YafYf[a\]g[me]f lkz&+<dl`gm_`
  l``] <m]algr k`Ydd[Z] ]fald]d\\ lg Yn[] Y[][]kk lg gf\] afkh][l]] >gf^a\]flaYdAafYfYd
  ?g[me]flk af gj\j\]] lg [gf^ m[l l l`] Ym]ah[al`]  l`] JjYf _] =Yf_ gj Hgfkl]j  k`YddZ]
  ]fald]d\\ lg Yn[] Yfq Y[[[]kk lg afkh][l]] >gf^a\]flaYd[aYafYf[a\]?g[me]flk+

- O`] <m\algj k`Ydd lgfdq j]hgjl lg JjYf_] =Yf_ Yf\ Hgfkl]j l`] j]kmdlk g^ l`] Ym\al+ Dfl`ak j]kh][l) l`] <m\algj k`Ydd gfdq j]hgjl lg JjYf_] =Yf_ Yf\ Hgfkl]j o`]l`]j l`] QKS Q]ja^a[Ylagf ?g[me]flk Yj] [gjj][l gj fgl) o`]l`]j l`] JjYf_] =Yf_, Hgfkl]j JZb][lagfk Yj] o]dd lYc]f gj fgl Yf\ l`] h]j[]flY_] Yegmfl g^ Yfq nYjaYf[] Yk Z]lo]]f l`] Yegmfl j]hgjl]\ lg Z] \m] Yf\ gofaf_ Zq QKS ^gj l`] hj][]\af_ imYjl]jdq Y[[gmflaf_ h]jag\ Yf\ l`] Yegmfl l`Yl k`gmd\ `Yn] Z]]f j]hgjl]\ Zq QKS %l`] yQYjaYf[]z&+ Df ]pY[l [ghq g^ l`] <m\algjlk j]hgjlk k`Ydd Z] hjgna\]\ lg JjYf_] =Yf_ Yf\ Hgfkl]j Yf\ lg QKS+ O`] <m\algj k`Ydd gl Z] h]jeall]\ lg k`Yj] Yfq g^ l`] >gf^a\]flaYd AafYf[aYd ?g[me]flk oal` JjYf_] =Yf_ gj oal` Hgfkl]j+
- Dl l`] Yegmfl g^ l`] QYjaYf[] akd]kk l`Yf /+2") l`]f JjYf_] =Yf_ Yf\ Hgfkl]j k`Ydd Z] bgafldq Yf\ k]n]jYddq daYZd] ^gj Yfq Yf\ Ydd [gklk g^ l`] Ym\al m] Yf\ goaf_ lg l`] <m\algj+ Dl l`] Yegmfl g^ l`] QYjaYf[] akegj] l`Yf 2") l`]f QKS k`Ydd Z] daYZd] ^gj Yfq Yf\ Ydd [gklk g^ l`] Ym\al m] Yf\ goaf_ lg l`] <m\algj+ Dl l`] Yegmfl g^ l`] QYjaYf[] akZ]lo]]f /+2" Yf\ 2") l`]f QKS k`Ydd Z] daYZd] ^gj 2-" g^ Yfq Yf\ Ydd [gklk g^ l`] Ym\al m] Yf\ goaf_ lg l`] <m\algj Yf\ JjYf_] =Yf_ Yf\ Hgfkl]j k`Ydd Z] bgafldq Yf\ k]n]jYddq daYZd] ^gj gl`]j 2-" +
- O`] Ym\al j]hgjl g^ l`] <m\algj k`Ydd Z] \]]e]\ lg Z] [gf[dmkan]) af[gfl]klYZd] Yf\ Zaf\af_ mhgf QKS Yf\ mhgf JjYf_] =Yf_ Yf\ Hgfkl]j+
- D^ JjYf_] =Yf_ Yf\ Hgfkl]j \g fgl [gee]f[] Yf Ym\al ^gddgoaf_ Y QKS Q]ja^a[Ylagf ?g[me]fl oal`af /1 egfl`k g^ l`] akkmYf[] g^ l`] QKS Q]ja^a[Ylagf ?g[me]fl) l`]f l`] QKS Q]ja^a[Ylagf ?g[me]fl Yf\ l`] Y[[gehYfqaf_ imYjl]jdq Y[[gmflaf_ klYl]e]fl k`Ydd Z] \]]e]\ lg Z] [gf[dmkan]) af[gfl]klYZd] Yf\ Zaf\af_ mhgf JjYf_] =Yf_ Yf\ Hgfkl]j) af o`a[` [Yk] JjYf_] =Yf_ Yf\ Hgf kl]j k`Ydd `Yn] fg ^mjl`]j ja_`l lg gZb][l lg Yfq Y[[gmflaf_ hjY[la[] j]dYlaf_ l`]j]lg ]n]f a^ l`Yl Y[[gmflaf_ hjY[la[] Z][ge]k l`] kmZb][l g^ \akhml] Z]lo]]f l`] hYjla]k af [gff][lagf oal` YkmZk]im]fl QKS Q]ja^a[Ylagf ?g[me]fl Yhhda[YZd] lg dYl]j Y[[gmflaf_ h]jag\k+

**J'      IZWHUabWXfZWEWd_S`W`f`\g`Uf[a` m6 GW_[`VWd**

<k `YkZ]]f \ak[mkk\Yll`] `]Yjaf_k j]_Yj\af_ l`] Hglagf lg >dYja^Yf\ K`Yk]/) Yf\ Yk e[flagf]]\  ZqZgl` ka\]k af l`]aj hYh]jkaf [gff][lagf  oal` l`] Hglagf lg >dYja^qYdd^l`] akkm]k j]dYflaf_lg l`] k[gh] Yf\ [gflgmjjk g^l`] K]jeYf]fl  Dfbmf[[lagg^dq Yjak]SR/QKS ^Yad e`Yql`] 2" [gflafmaf_ _jgqYdl^egnaf_  ^gjoYj\)\+ Igo  l`YlQKS `YkeY\] Yf\ j]Y^^aje]\ l`] QKS 2" >gflafmaf_ _MgqYdl@d]l[lagf)Yf\ Ykkmeaf_QKS `gfgjk aljkgZda_Ngfk lg hYqYf\ hjgh]jdq Y[[gmfllg JjYf_] =Yf\ Yf\ Hgfkkl]j af [gff][lagf l`]j]oal`) Yddakdkkm]Yf\ hgl]flaYd\akhml]k j]dYflaf_l`] K]jeYf]fl  Dfbmf[[lagg^Yj]j]g^^g ege]fl+  Dfk`gjl)l`] 2" [gflafmaf_ _jgqYdl^dq akYf ]imalYYZdj]d]]]\q  \]ka_f]\  lg Ynga^\^mlmjelj]Yj]Y[jic af^^jaf_e]f l Yf\ afklalmlagf^lqYdadf_ehdadeghjm+ oal` l`] /-.-  N]lld]]e]fl <_j]]]fl   Yf\ l`]j]lj]Zq  Ynga^\Zj]Y[jic j]jc `flj]Y[]dq Y[[gmflaf_  \akhml]kZY]lo]]]f  l`] hYjla]]j`af l`] ^mlmjj+

Igloal`kldYf\af_  l`] `^gj]_af_ ) a^QKS ^Yad e`Yql`] 2" [gflafmaf_ _jgqYdlq]`)f) Y^l]j gjall]j  fgla[af\] Yf\ Y^Yadmk[  [mj] oal`af ^gjmjl))lf %.1&Yqk)l`] K]jeYf]fl  Dfbmf[[lagf`K`Ydd YmlgeYla[Yla[Yla[[Yla[[]d]\qc]]^^\][l[l oal`gml l`] f]]\  ^gj Yfq^mjl`j]j Y[[gmjl gj Zq YfjajYlaljYYlagj+

**K'      KEMp8ag`fWdU^S[_e**

QKS|k ^ajkl][dYae^gj \][dYjYlgjqgj]qj)da]a^^Yad][ [Yjmk]l`]lj]  akfg \]^afal])  [gf[[j]]l]))  Y[lmYYd  Yf\ \paklaf[l[_[jljljyekq Z]lo]]]f  QKS)gf l`] `Yf`) Yf\ JjYf__ _ =Yf\ Yf\ Hgfkkl]jj) gf l`] o]j) j]_Yj\af_l`] nYda\ale)_^QKS|k ljYY\]qmjc j]_akljYla[af++A^SMU\K%KVYLKV]^K7ARW]%-5 RG /-2-66-) Yl'3  %I+?⇒YdHYq.0) /--5&  VYd\][dYjYlgjqgjjm_e\n_]fl  eYq  akkmegdfqd yo`]j]  l`]j] akYf {Y[lmYY[gflagn]jkq  Z]lo]]] l`] hYjla]]kd`Yl`kk{\^afaf`] Yf\  [gf[[j]]l])]zW+ MYl`]j)l`]

[gflagn]jkq `]j] akYYZgmldlhYjjYlYd`Ya^ ^Yal`) /-.-  N]lld]e]fl <_j]]]fl   Yf\ l`] lg l`] K]jeYf]fl  KKS k]]]ck Y\][dYjYlagfYfl^YZgmndaf`Yl al[Yf`Yf`ok o]j) af]\= <IB  eYq eZjc  aef ]akZjZk[l  Yf`) [af`) l`] ^ea aefeaefe] Yj]^ea]fl  KKS HYjc]d[Kzf Yf`) ]dqfe[Yjc  ^^dYqjaeahfl gafl af]afl  Zqfe[Yjc]l afjZjqbfjc_hYaeeaZfl Y[YfmdjZfjc]fj+dgd[eafodf^\aZdaeafeZfl al Yeanl+[flg[jZfl af]gid_gjafZfl ]Yaj Yef]d]fl (jZaljYaeagn <oYYje\eafyeel[)]fjZ_lgaddaf_i+

NaeadYjjYYdje)QKS|k k][gf][gge][d ][dYae^gj\][dYjYlgjq]qj)da^dgj)eafj]da]a^Yl^^Yad][ [Yjmk]l`] =Yf\_k Yf\ l`] Hgfkkl])jc  ljY\][dYjZa[  af^gjaf_j]l  Yf\ e^^Ya][jmyf`YabmZj`e]dl]l agf [dYaeekf Yf\ ]ak Dfl]jaj

<jZaljYlagf <oYj\ ^mddq Y\\j]kk]k) YfYdqr]k Yf\ Y\bm\a[Yl]k l`gk] [dYaek+ @SY5KWO];O\MR%7AKM% `%B\S$4Y\MQ0AKVO]#l )/-.2 RG .00113/3) Yl '0 *'1 %>+?>Yd+ ?][+ .) /-.2& V[gmflk] j][dYaek ^gj \][dYjYlgjq j]da]^ l`Yl \mhda[Yl] YhdYafla^^k [dYaek ^Yad W+

QKS|k l`aj\ [dYae ^gj mf^Yaj Zmkaf]kk hjY[la[]k Yf\ QKS|k ^gmjl` [dYae ^gj mfj]Ykgf YZd] j]kljYafl g^ ljY\] ^Yad ^gj l`] j]Ykgfk k]l ^gjl` af N][lagf DD)J+ Z]dgo+

QKS|k ^a^l` [dYae ^gj ^jYm\ ^Yadk Z][Ymk] g^ l`] ^Y[lmYd af\af_k k]l ^gjl` af N][lagf DD)D+ YZgn]+ Dfl`ak j]kh][l) QKS ^Yad]\ lg hj]k]fl Yfq ]na\]f[] lg ]klYZdak` Yfq g^ l`] ]d]e]flk f][]kkYjq lg ]klYZdak` ^jYm\+ KdK\ `%A_ZO\SYI^%./ >Yd+ 1l`30.) 305 %.663& Vk]llaf_ ^gjl` l`] ]d]e]flk ^gj ^jYm\) ][]al Yf\ hjgeakkgjq ^jYm\ W+

QKS|k kapl` [dYae ^gj Zj]Y[` g^ [gfljY[l ^Yadk Z][Ymk] g^ l`] ^Y[lmYd af\af_k k]l ^gjl` af N][lagf DD)F+ YZgn]+ Kj]nagmkdq) l`] hYjla]k ]fl]j]\ aflg Y klahmdYlagf lg Za^mj[Yl] l`]k] hjg[]]\af_k kg l`Yl l`] akkm] g^ QKS|k Ydd]_]\ \YeY_]k j]kmdlaf_ ^jge l`] Ydd]_]\ Zj]Y[` Zq JjYf_] =Yf_ g^ l`] [gf^a\]flaYdalq hjgnakagf af hYjY_jYh` ./ g^ l`] /-.- N]lld]e]fl <_j]]e]fl af l`] Yegmfl g^ !/+3 eaddagf) l`] Yllgjf]q|k ^]]k Ydd]_]\dq af[mjj]\ Zq QKS Zq najlm] g^ l`] Ydd]_]\ Zj]Y[` g^ hYjY_jYh` ./ %yQKS|k ?YeY_]k >dYaez&) oYk \]^]jj]\ lg K`Yk] /+ Df [gff][lagf oal` QKS|k ?YeY_]k >dYae) JjYf_] =Yf_ Yf\ Hgfkl]j `Y\ \]eYf\]\ hjg\m[lagf g^ QKS|k Zaddaf_ klYl]e]flk af gj\]j lg n]ja^q l`] !/+3 eaddagf \YeY_]k [dYae o`a[` alk]d^ jYak]\ hjgljY[l]\ akkm]k YZgml \g[me]fl hjg\m[lagf Yf\ j]\Y[lagf g^ Yllgjf]q*[da]fl [geemfa[Ylagfk Yf\ ogjc hjg\m[l aeemfalq ]flja]k j]^]jj]\ af l`] Zaddaf_ klYl]e]flk %l`] yQKS =addaf_ NlYl]e]flk Dkkm]kz& k]l ^gjl` af N][lagf DD)F+ YZgn]&) l`] YjZaljYlgj `Yk Ydj]Y\q \]l]jeaf]\ l`Yl) Yk lg l`] akkm] g^ daYZadalq) JjYf_] =Yf_ \a\ fgl Zj]Y[` hYjY_jYh` ./ %gj Yfq gl`]j hYjY_jYh`& g^ l`] /-.- N]lld]e]fl <_j]]e]fl Z][Ymk] al oYk QKS alk]d^) fgl JjYf_] =Yf_) o`g \ak[dgk]\ l`] c]q hjgnakagfk g^ hYjY_jYh` 4 Zq YllY[`af_ JjYf_] =Yf_|k \]eYf\ d]ll]jk lg l`] /-.6 ?][dYjYlgjq M]da]^ <[lagf Yf\ eYcaf_ l`] [gfl]flk g^ l`gk] c]q \g[me]flk YhYjl g^ l`] hmZda[ j][gj\+ 4SQ_\`%CXS^OM^K^O)] 33/ A+ Nmhh+ 2.2) 2.4*.5 %I+?+>Yd+ 654&%y=q alk n]jq fYlmj]) af^gjeYlagf af l`] hmZda[ j][gj\ ak fgl [gf^a\]flaYd) Yf\ gf[] \ak[dgk]\ lg l`] hmZda[) [Yffgl j]_Yaf alk [gf^a\]flaYdalq+z&+

DfYkem[`YkQKS|k kapl`[dYae`YkZ]]f Y\bm\a[Yl]\Y\n]jk]dq lg QKS) QKS|k ?YeY_]k >dYaeYf\ l`] QKS =addaf_NlYl]e]flk DkkmYj]eggl Yf\ l`]q Yj] fg dgf_lj Ylakkma]af K`Yk]/ g^ l`]k] hjg[]]]\af_k+

**L' IZWnLWSba`[lSf[a`o aXfZW+)*) HWff^W_WYl`dWW_WJf%S[d7g e[`WeEdSUf[UWe% J`^SiXg^`GWefdS[`fa` IdSVWS`V J`U^`WS=S`Ve**

QKS|k [gflafmaf_l`]e] l`jgm_`gmll`ak dala_Yla`[Ya[YkZ]]f) Yf\ ak)l`Yl Hgfkl]jj) Zq najlm] g^l`] <kka_fe]fl <_j]]e]fl Z]lo]f JjYf_] =Yf_ Yf\ Hgfkl]jj) `Yk yo]Yhgfar]\z hYjY_jYh4 g^l`] /-.- N]lld]e]fl <_j]]e]fl+ DfhYjla[mdYYQKS [gfl]f\k l`Yll`ak yo]Yhgfar]Ylagfz [gfklalml]kYfmf^YaZmkaf]kkhjY[la[] Yf\ YfmfdfdYo^mj)k]ljlYal gf ljY\] mf\]j >Yda^gjfaYYo)Y nagdYlagg^l`] >Yjloja_`l <[l %=mkaf_]k Yf\ Kjg^]kkagfk>g\] N][lagfk .34/- Yf\ .34/3&) Z][Ymk] <kka_fe]fl <_j]]e]fl [j]Yl]\ YfmfdfdYo^m]ag[geZafYlagf g^[YhalY]Y\ocaddkjg Y[lkYk Z]lo]]f Hgfkl]jj Yf\ JjYf_] =Yf_) YfmfdfdYo^m]ag]mk]dkjg gj oadd\]kljgq)\) gj oadd\]kljgq) [geh]lalagf af l`] ]f]j_q \jafc af l`] mk]\egfkljkljYl]k Hgfkl]jj|jk Yf\ JjYf_] =Yf_|k mf[d]]YfYf\ Df;YllSJYX `%DSKMYWWXMY33 >Yd+<hh+1201) 21.%.665&]`] [gmjl \ak[mkk]\ N]l[lagfk .34/- Yf\ .34/3 Yf\ jmd]\l`\l`Yl l`] >Yjloja_`l <[l akd]eal]\ lg _X\OKJYXKL]kkjYaflk gf ljY\]\+

QKS Yj_m]k)l`\l`Yl l`] <kka_fe]fl <_j]]e]fl ^Y[adalYl]k]\ yo]Yhgfar]Ylagfzg^l`] /-.- N]lld]e]fl <_j]]e]fl Yf\ l`Ylkm[['[gf\m[l [gfklalml]kYfmf^YaZmkaf]kkhjY[la[]) YfmfdfdYo^md j]kljYflg^ljY\Yf\ Yf\ Y\]egfkljYlagf g^Hgfkl]jj|jk Yf\ JjYf_] =Yf_ Yf\ mf[d]]YfhYf\k+ O`]k] Yj_me]flk Yj]\]\nga\ g^e]jal+ l`]j] Hgfkl]jj fgj JjYf_] =Yf_ hj]n]fl]\\ QKS ^jge [geh]lalf_ af l`] ]f]j_q \jafc eYjc]l+ ]f\]]\ l`ak]n]d\]ee] af[j]Yk] afl`] [gfkm]j eYjc]l ol`] JjYf_] =Yf_|k k]dljl]e]fl+ O`] <kka_fe]fl <_j]]e]fl %]af_ QKS `Y\ Yf\ l`] <kka_fe]fl <_j]]e]fl rather thanQKS `Y\ YfYdk) YffmdljYl]+ `jge [gfkm]j eYjc]l e]Ylk]+ ]=<IB eYjc]l mfjamk mfl e]Ylk bar QKS ^mjl]\kkYfl af_ af]mf]]Yj[l af hYjY_jYh4 l`] /-.- N]lld]e]fl <_j]]e]fl+ O`] Y_j]]]\YffmdljYflhKYYflYfl) YkYffmYl gl l`] af_ g^ l`] %ZZ[%
.26

^Y[l) akfgl Yf _XPKS Zmkaf]kk hjY[la[] gj Yf _X\OK]YXKLYK]QljYafl g^ ljY\]+ Dl akmf\]faYZdq YPKS\ Zmkaf]kk hjY[la[] Yf\ Yf ]eaf]fldq \OK]YXKLYK]QljYafl g^ ljY\]+ O`]j] akfgl`af_ af`]j]fldq gj d]_Yddq mfj]YkgfYZdq YZgml gd\af_ YhYjlq) af l`ak [Yk] QKS) lg ZYj_Yaf]\^gj [g*]pakl]f[] Y_j]]e]fl) oal` Zmadl af ydYf]zj]klja[lagfk) o`a[` QKS ]fl]j]\ aflg ngdmflYjadq Y^l]j Yf.. egfl` f]_glaYlagf%^mddq Yad]\ YZgn]&Yf\ oal` l`] Y\na[] g^ [gmfk]d+ Dfgl`]j ogj\k) QKS `Y\) Yf\ `Yk) l`] mfj]kljYaf]\ YZadalq lg [geh]l] af l`] eYjc]lhdY[]) al bmkl [Yffgl \g kg Zq eYcaf_ mk] g^ l`] =<IB eYjc mfd]kk al YZa\]k Zq l`] QKS HYjc]laf_ Yf\ NYd]k M]klja[lagfk k]l ^gjl` af l`] /-.- N]lld]e]fl <_j]]e]fl o`a[` al ^mddq f]_glaYl]\) ka_f]\ Yf\ l`]f a_fgj]\+

Emkl dac] l`] =]Yld]k o`g gof]\ l`] <hhd] ljY\]eYjc naYalk <hhd] j][gj\k dYZ]d o`g ]fl]j]\ aflg Y [g*]pakl]f[] Y_j]]e]fl oal` <hhd] [gehml]j gf l`] [gf\alagf l`Yl <hhd] [gehml]j klYq gml g^ l`] =]Yld]k ydYf]z) l`] emka[ dYf]) l`Yl Y_j]]e]fl []jlYafdq aehgk]\ Yj]kljYafl g^ ljY\] gf <hhd] [gehml]j+ <hhd] [gmd\ fg dgf_]j _g aflg l`] emka[ af\mkljq+=mll`ak oYk fgl Yf mfj]YkgfYZdq j]kljYafl g^ ljY\]+ MYl`]j) al oYk Yj]YkgfYZdq j]kljYafl g^ ljY\] Z][Ymk] <hhd] [gehml]j ^mddq Y_j]]\ lg al[#%] O`] kYe] akljm] `]j]+ T]k) QKS Y_j]]\ lg kge] hj]llq `Yjk` j]kljja[lagfk af hYjY_jYh` 4 g^ l`] /-.- N]lld]e]fl <_j]]e]fl) Zml al akfgl Yf mfj]YkgfYZdq gj Yf mfdYo^md j]kljYafl g^ ljY\] ^gj JjYf_] =Yf_ Yf\ Hgfkl]j lg j]imaj] QKS lg `gfgj Yf Y_j]]e]fl) Yf\ l`] j]klja[lagfk k]l ^gjl` l`]j]af) o`a[` QKS ]fl]j]\ aflg ngdmflYjadq ^gj alk gof Zmkaf]kk hmjhgk]k+H]j]dq ]f^gj[af_ Y[gfljY[lmYddq Zaf\af_ hjgeak] l`Yl QKS eY\] lg JjYf_] =Yf_ gf `go al ogmd\ eYjc]l Yf\ k]dd alk hjg\m[lk akfgl Yf Yfla*[geh]lalan] gj mfdYo^md j]kljYafl g^ ljY\] gj Yf ]pYehd] g^ mf[d]Yf `Yf\k+

Df *ESVVSKW WKQVS] AYX]0KUSXQY%%7BB1YX^SXOX^KK USXQY%#XM]335 A+/\ .-.1 %6l`>aj+.65.&) YeYfm^Y[lmj]j g^ Zj]Y\ o`g o]fl gmlg^ Zmkaf]kk km]\ gl`]j ZYc]jk ^gj Yfla*ljmkl nagdYlagfk+O`] Iafl` >aj[mal oYk [gf^jgfl]\ oal` l`] akkm]Yk lg o`]l`]j gj fgl l`] \]^]f\Yfl|k Yngo]\ hmjhgk] lg kfm^^ gml l`] [geh]lalagf kYlak^a]\ l`] kh][a^a[afl]fl ]d]e]fl f][]kkYjq ^gj Yf Yfla*ljmkl nagdYlagf YkYf mfj]YkgfYZdq j]kljYafl g^ ljY\]+ O`] Iafl` >aj[mal j]md]\ l`Yl ]n]f Yf afl]fl lg nYfimak` YjanYd oYk fgl km^^a[a]fl Z][Ymk] lg kg `gd\) ogmd\ alk]d^ aehYaj [geh]lalagf af l`]

[#%] <f\ <hhd] [gehml]j ^Yegmkdq nagdYl]\ l`Yl Y_j]]\*mhgf rgf] g^ mk]o`]f al afn]fl]\ aOmf]k Yf\) YkYj]kmdl) ]fl]j]\ aflg l`] emka[ ydYf]z o`a[` al `Y\ Y_j]]\ oYk g^^daealk lg al+

eYjc]lhdY[]+<k l`] Iafl` >aj[malj]Ykgf]\7 y?aj][l ]na\]f[]  g^afl]fl lg nYfimak`YjanYf df Yf `gf]kl [geh]lalan] kljm__d[Yffgl `]dh lg ]klYZdakYfYf Yflaljm kl nagdYlagf+ZN%)l.-/5+   Dfl`ak j]kh][l]) ]n]f a^Hgfkl]j[jk Yf\ JjYf[] =Yf_]k ljm] eglanYflagfoYk lg nYfimak`QKS) Zq k]][caf_ lg ]f^`gj[]] l`] n]jq hjgeak]k l`]l`YlQKS ngdmflYjad]j[Y\] lg JjYf[]_ =Yf_)Hgfkl]j Yf\ JjYf[]_ =Yf_ o]j] ]f Yf Yf`gf]kl [geh]lalan] kljm__d%YdZYl_j]l j][kn]a_) a^afgl Zdgg\*l`ajklq]k&o`a[`o`a[` Yf`gf]kl [geh]lalan] kljm__d[Yffgl `]dh lg ]klYf\g^YfYfla*ljmknagdYlaggj YfmfdYo^m\jkjkljYaflg^ljY\l\]+

Df4SL\OLYK\N+KZO▷\YN%4lY\Z%4`%3` 0Kc CXSYXYP;KMRSXSJ^J¥M%4)&*#CXS^ON A^OOVaY\UOl/W%#4:$17= )//4 >Yd+<hh+\342)4/4 %.631&l]] [gmjl]jmd]\l`YlYhYjlq`Yk mf[d]YfYf Yf\k a^`l`YjjlqlqnagadYl]\Yl]\y[gfk[a]f[]]]) _gg\ ^Yal`gj gl`]j jimalYYZ]dahjafjahd]k+#X& >gf\m[l ZqHgfkl]j]j Yf\ JjYf[]_ =Yf_ o`a[` j]jimaj]k QKS lg `gfgj alkgof Y_jj]]]fl \g]k fgl e]YfYf l`YlHgfkl]j]j gj JjYf[]_ =Yf_ `Ykmf[d]YfYf Yf\k o`a[` ogmd\ hj][dm\]d\ l`]aj ja_`l lg afngc] ]imalYYZ]dd%gjd]_ Ydy%d]a]l`^+

Dfk`gjl) Yf\ lg nHjYfYh`jYk]Yfg^ Yfg^ Yfg^ ihjk*[al]\\ imgl]l]7gf fl] h]jkgfgf[]fk yo]YhgfYfgfgYngf Yf\ `]jja\] d]Yf]gfajh][ykl]fk+ Dfgk Yf\h][ jmf]ak]Y\jkj] Yf Yf `]jh][[]fk Y\YZmhq]h][][[Yfk Yf\ YfenYf_]lf_ga Yf Yf\] h]jh][[]fk o]fkl+  R`Yl QKS h]jh][[Yfk Ykyo]YhgfYfgf Yf\k YfgfnYf_]lf_j]h]]fk+z   O`] YjjYjYdYjYdYlgmY_j_a]]]]kkoal` `Hgfkl]j]j Yf\ JjYf[]_ =Yf_ +Dlakfgl YfnagdYlagg^`l`] >Yjloloja_`l <[l lg YfYfngd_j_j]]fk ^`l`Ykmf[d]Yf Yf\k af hYjYf`Yf_^ g^l`] /-.- N]lld]]]fl <_j]]fl) YfYfYj YfY]Yf_fk+k]j[l]faf[jkYfYf al]d[fl) flljY][al]d[fljkafg]d_ gof hYjYf]Yk[mdY[mdY]k]mdak_faafgn Yf]YfgfgoafY[mdajkafg]d_+

Em+]\]Aak[`]j g^l`] Pfal]\\  NlYl]]aj][klja][[klja]lja[+  >jlfj Yc]YfijAakYfi l`mlgf+   0-) //-.-   jmdaf _dYf_kYf]jY]gf QKS Yj_m]]]]]\ l`]l\]]fl) <[[aj]d]d Yf Yf\k o`a[` ngdd]j YfijnYfad^]a[ljYf fljljkrkkf]fl=]Yf_+]]]ry[jf Yfgf)ngdmflYjad Yf Yf_ alk gof hYjja[mdj]YfdY[mda[dk]jkdYYk[mdj Yf\ `oal` oal` l`]n Yf Yf Yfgmj Yfg^[gmk]_d+

Em+]\]Aak[`]j g^l`] Pfal]\\ NlYl]]j Yf\ JjYf[]_]]Yf]gfffgf alkgof Y^jYfl+(aj][l]j]j]j)lk]]j^]faff^al^+`ll[]laf^l`]]jkmf)`kja^fal+`+[YfjYf_^]akl]fgf Yf Yf_ Yf\k Yf Yf_Y]Yf\klja]l+
#&AOOKV)lYVKSX%2YM^Y\g]lY%///  >Yd+<hh+0\-15 %.66-&\Vk]llaf^_gjl` l`] l`j]]] hjgf[f l`]_kk^]fk Yf\[aj Yf\k o`]f Yf\ Yfljafaf`l[l]la+\]ak Yf\]]jjYf Yf_ Yf Yf\`l`]Ykdd]_Yd]fm Yf\[fg^[lYfgf]aln Yf\Yflj Yf\klja]fgff
.3.
ADI<G<M=DOM<ODJI<R<M?  wKC<N@.  <I?   KC<N@/

. Y_j]]e]fl akaehjgh]j a^alhj]n]flk l`] fgf*Ykka_faf_hYjlq^jge gZlYafaf_l`] h]j^gjeYf[] al

/ ]ph][l]\+ Em\_]Aak[`]j j]b][l]\ l`ak j]kljYaflg^ljY\Y] Yj_me]fl jYak]\ZqQKS Yf\) af kg \gaf_)

0 Em\_]Aak[`]j j [gee]fl]\ l`Yl k`] [gmd\fgl \ak[[jf o`Yl h]j^gjie Yf[] QKS \a\ fgl j][]an] o`a[`

1 al ]ph][l]\ lg j]]an]+ <[[gj\af_ lg Em\_]Aak[`]j) QKS YhhYjf]flqddq \a\ fgl j][]an ]ph][l l JjYf[]_ =Yf_ lg

2 Y[lmYYdd]c lg ]f^gj[gj[][ alkja_`lk mf^\`j l`] /-.- N]lld]d]e]fl < _j]]]e]fl) l`] n]jq ja_`lk o`a[`

3 Hgfkl]j Yf\ JjYf[]_ =Yf_ l`][]c lg j]f^gjf[ ZqoYq g^l`ak YjZaljYYfgf f Y[lagff)Yf\ l`Yl Y[lag^lg^

4 ]f^gjf[af_ Y[gfljjY[l ZqoYq g^^YfYkka_fe]fl Y_j]]]e]fl \g]k fgl l`oYjl ^Ya[geh]lalagf+ <k

5 Em\_]Aak[`]j j hmlal7

6 yO`] >gmjl[Yffgl \ak[[]jf o`Yl h]j^gjeYf[] VQKSW]ph][l]\ gl`]j l`Yf l`Yl l`]

l`]q \a\ fgl ]ph][l lj]D VJjYf[]_ =Yf_ Y[lmYdddf[]j[]gj[][ l`] ja_`lkg^l`] [gfljYjY[l Yf\

Hgfkl]j gjf fgl+**IZW8agdf VWU^[`WvdafWUfZ[eWjbWUfSf[a>XE^S[`f[XXRKEMS`V**

./ **?=DQV[V`af iS`f fa TWZW^fw`fZWP+)*)QHWff^W_WYYdWW_WW^ZWkZag^Vaf**

.0 **ZShW[`Y`WY`o**

.1 @p`aZal6/1) Em\_]Aak[`]j|k Ign]eZ]j 0-) /-/- Mmdaf_h+5+

.2 %@eh`YkaYk\\]\+&

.3

.4 **M' ?=D%FgSeZ S`V :`fagdSYW**

.5 <k k]l]^gjl` YZgn])Yf\ YkEm\_]Aak[`]j `Ykhj]nagmkdqdq]d\) ECJ akYhjgh]j hYjlqolg l`ak

.6 YjZaljYYf[]]] YjZaljYYf[j`Ykbmjak\a[lagg]n]j j ECJ Yf\ ECJ akZgmf\ Zql`ak DfalaYd]jYjZaljYYgf

/- <oYj\+ Dfgl`]j ogj\k) Ybm\a[aaY^l[]j]afYflYgf l`YlYfgf Ybj]ka*_Ylgjq]ECJ) akZgmf\ Zql`ak

/. YjZaljYYgfYkYkYYkY Ybj]ka*_Ylgj lb^Y^  Zq Em\_]Aak[`]j+ *AO*O*OXK\YcK%ESVVSj0 >Yd+<hh+2ll3/)*

// 135 %/-.5&81*IKXN[_S]*%OLY/_^YWY^S`O7*%XM%#Yd+2l)700) /2/ %/-.3&+

/0 Hgfkl]j j Yf\ JjYf[]_ =Yf_ [gfl]f\ l`Yl YjZaljYYdg[]dac]oak]`Yk bmjak\a[lagg]n]j LmYk[`

/1 Yf\ @flgmjmY_]]`g`a`YfklYfYfkjklYfjklYf Yf[geacjfdf

g^l`]  ]flala]k akfgl \akj]_Yj\]\+  Df*6KJ]/O*)l`]  [gmjlYdkglakl]\nYjagmk`Y[lgjko`a[`   k`gmd\Z]
[gfka\]j]\  af gj\]j  lg \]l]jeaf   a^`l`]  log j]imakal]]d]eflk   `Yn] Z]]f kYlak^a`a]\7

- l`]  [geeaf_daf_  g^^mf\kVfg)fg ]na\]f[]   l`l  l`YlQKS [geeaf_d]\  ^mf\k
  oal`  LmYk`gj @/flgmjY_]jY_]]W8

- daYZada\oqgf] ]flalq ^gjl`]  \]Zlk g^l`]  gl`]j Vfg)fg ]na\]f[]  l`l  l`YlQKS
  Ykkme]\daYZada\igjl`l`]`  \]Zlk g^LmYk``gj @/flgmjY_]jY_]]W8

- a\]fla[Yd]imalYZdg_kof]jk`ah ███████████████

  █████████████████████████████████████████

  █████████████████████████████████████████

  █████████W8

- mk}g^l`]  kYe} g^^a[]kYf\  ]ehdgqq]]k  Vq]k`[gfnaf[af[af[af  ]na\]f[]    hj]k]fl]\   l`Yl
  QKS k`Yj}]\  g^^a[]kYf\  ]ehdgqq]]k  oal`  LmYk``, @/flgmjY_]jY_]]W8

- l`]  mk}g^gf]  [gjhgjYl]  ]flalq lg [gf\m]fgl\  l`]  Y^^Yaj`l`]  gl`]j ███████████████

  █████████████████████████████████████████

  █████████████████████████████████████████

- afY^\]imajYl] [YhalYdYdarYlageg)fg ]na\]f[]   hj]k]fl]\  j]_Yj\af_  l`]  afalaYt^gj gf_gaf_
  [YhalYdYdarYlageg^LmYk`gj @/flgmjY_]jY_]]W8

- \akj]_Yj\  g^l`]  [gjhgjYl]  ^gj}eYdala]]  ███████████████████████████████████

  ████████████████████████████████████████████

  █████████████████████████████████████████

  ████████████████████████████████████████████

- dY[cg^k]_j]_Yfagfg^[gjhgjYl]  j]][gj\k  ████████████████████████████

  █████████████████████████████████████████████

  █████████████████████████████████████████████

  ███████████████████████████████████████Yf\

- a\]fla[Yd\aj][l]jkgj Yf\  g^^a[]jk  ████████████████████████████

  ████████████████████████████████████████████

  ████████████████████████+

On September 22, 2021, less than two weeks before the arbitration hearing commenced,



*See* Exhibit 5472.

*See* Exhibit 5525.

Monster and Orange Bang have filed a post-arbitration hearing Offer of Proof regarding the deposition testimony of Francis Massabki ("Massabki") and a motion requesting that such testimony be received into evidence. The arbitrator hereby grants Monster's and Orange Bang's motion and the Massabki deposition testimony is received into evidence. However, despite this ruling, for the reasons explained below, the arbitrator nevertheless concludes that he does not have jurisdiction over Quash or Entourage and that this Initial Arbitration Award is not binding on Quash or Entourage.

Neither Quash nor Entourage were never named as parties to this arbitration. There has never been a judicial determination made as to whether Quash or Entourage, non-signatories to the arbitration agreement, should be compelled to arbitrate claims asserted against them by Monster and Orange Bang. Neither Quash nor Entourage has had the opportunity to put on a defense to this arbitration or even a defense to the alter ego claims. Perhaps Quash and Entourage are the alter

]_gk g^QKS) Yf\ h]j`Yhk fgl) Yf\ h]j`Yhk l`]q Yj]Y_]flk)gj ]n]f km[[]kkgjk)al`af l`] e]Yfaf_ g^hYjY_jYYh`1 g^l`] /-.- N]lld]e]fl <_j]]efl) Yf\ h]j`Yhk fgl) Zmll`]q k`gmd\kladdYn] l`] \m] hjg[]kk ja_`l lg Z] `]Yj\` Yj^ l`] akkm]N Yf\ l`]Yl\][akagf f]]\\k lg Z] eY`\] ZqY Y[gmjl)fgl Zq l`] YjZalj YlgjÐf0OXK\Yc)1`] [gmjl jmd)\l`Yl`YfYjZalj Ylgjk`af\af_ g^Ydl]jj]_ Y_YfYfklY fgf* ka_fYlgjqalg l`] YjZalj YlgjkY_j]j]]f ``Y\ lg Z] nY[Yl]\Z]Ymk]l`]afalaYq\l]jj]afYfYlagf g^ o`]l]l`]j gj fgl l`] Ydl]jj]_ Y]f]f fj[[fYfk oYkkmkmZl]k)YdlYd]k lg l`] YfjZq lmj`gff]n fk\Yjs gjl Y\lt\lg l`] ekeo]f Z] eY`\]) ac]\\t`\YjYk0o Ygg ^[gklk YkkgYdl Yf]f ekeo]f Z] eY`\]) ac]\\t`YjYk0o Ygg ^[gklk Ykka[gsknYl Y]f YjYk\%jk)YlYfj gj]l Ygk fj[[Z]_l`] ekeo]f Z] eadYt0-0 2 g^l`) >Yda^gjfaY`Yg\ g^>anacUYKjg[]\\mjj %y>>Kz&Ykkmeaf]l`] fgf* Yhhda[YZjUd`]N][lagf 665 g^l`) >>KW+

DfY\\alagf)Zgl` Hgfkl]j Yf\ JjYf_] =Yf_ Yjj]n hjnYadaf h_hYjla`k^`gjjl`) hmjhgk]kg^j[[gn]jq g^hYllgjjl`)Yk^`]lk Yk^gddgok7

Case 5:20-cv-03642-DSF-SP Document 524-58-2 Filed 04/06/22 Page 197 of 328 Page ID #:1641

Case 5:20-cv-03664-LHK Document 624-58 Filed 01/06/22 Page 198 of 378 Page ID #:1642

.

/

0

1

2

3

4

5

6

.-

..

./

.0

.1

.2  **666  Gg^W0#V$**

.3

.4

.5

.6

.-

./

//

/0

/1

/2

/3

/4

/5

ADI<G<M=DOM<ODJI<R<M?  wKC<N@.  <I?  KC<N@/

hYjY_jYh1 g^alkhjYq]j) Yf\ af M][khgf\]fl[k   N][gf\ M]nak]\<fko]jaf_   NlYl]e]fl   Yf\
>gmfl]j[dYaekmf\Yl])\) hYjY_jYh2 g^alkhjYq]j+O`]j^]gj]) l`] afalaYl][gjlagf g^Mmd]]4%\&k
dac]oak]kYlak^a]o`a[  hjgna\]k Yk]hYjYl]]af\]h]f\\fl   Yf\ \aklaf[lZYYkaRgjl l`] YoYj\\g^^l`]
Yllgjf]q]k ^]]k k]l ^gjl` Z]dgo+

       IZWn:jUWbf[a`S`8SeWolHfS`VSdl`J`VWdIdSVW_Sd]ASi

       =][Ymk]hYjY_jYh`5Y)l`] ZjgY\Yllgjf]q]k ^]] hjgnagkagf`afgYlak]km))Yf\ <<<   Mmd]]4%\%\&
]Y[` hjgna\] Ykh]jYjYl][ZYYkaRgjl l`] YoYj\\g^^Yllgjf]q]k ^]]]kk)l`]jg]j akfg f]])\ lg jgY]Y]Y[ gj]\ \l]l]jeaf]
l`] akkmk]^o`]l`]j   gj fgl l`ak]eYll]j akjgY]Ylak]km)\ y]p[]]hlagfYd[Yd[ekaml`Yf\<[Yj\ ^]gjl`] YoYj\\g^^
Yllgjf]q]k ^]]]kk mf\]j l`]   GYf`Ye <[l+

    O' IZW6_ag`f   aX8aefe S`V 6ffad`WkpeWWe

       <dl`gm_\ QKS `Ykfme]jgmk Yj_me]flk oal`  j]kh]][l\ lg l`]   ]f]laekd]e]fl   Yf\ Yegmfl g^
Yllgjf]q]k ^]]]kk)al`Ykfgkgl g^^^]jj]\\ Yfq Yj_me]flfl oal`  j]kh]][t\ lg l`]   ]f]laekd]e]fl   gj l`] Yegmfl g^
[gklk+@n]f a^QKS `Y\ \gf]   kg)JjYf_] _ =Yf\ Yf\ Hgfkl]j Yj]]lf^ lald\l\lg\ [gklk YkY]kY]Yll]jj g^ja_`_l
Yf\ JjYf_]_   =Yf\ Yf\ Hgfkl]j `Yn] eY]Y\ Ykm^^a[a]fl fl[\ _goaf_ _   Ykdg l`]])]f]laekd]e]fl   Yf\ l`]   Yegmfl
g^[gklk+<[[gj\af_dq) QKS akgZda\a_Yl]\\lg hYq\JjYf_]_   =Yf\]k Yf\\   Hgfkl]j]k [gkl]k af l`]   Yegmflk
Yk^gddgok7

       !.)243)463+00              dala_Ylagh]hh]fk]k Yf\ [gklk)af]dm]af_\]_ph]jlk)   ^gj
                                    Hgfkl]j Yf\\   JjYf_]_   =Yf_

       !   .2)12-+--               >dYaeYeflk]k`]Yjk Yj]]g^^<jZaljYYlagfkgfK\aY\Y[]wnajalmYjYda]Za]Yada^^
       !   .-1)610+5/              >dYaeYeflk]kj]k\k]Yj]g^^lajYfk[jahlkYfk\ na\]gk
       !   53)3/2+--               NimYj]j]]dmhg^^!.-/)5--   <<<   Y]eafakljYd]]lYan]k]k`]l^^]]]
       !   /01)510+42              2-" g^l`] YjZaljZYlagj]k][geeh]fk]fkYlagf %!136)354+2)\

       RRRRRRRRRRRRRRR

---

[1]   KmjkmYfll` l`] l`] ?][dYjYlagfkg^^GaZ]jmh)hYjYjYj_jYh`:5 Yf\ IlYlYmhkkjcq hYjYjY_jYh`0) l`]]ak[Yl]l_ja[q
g^^[gklkaf[dmf]\k]k]kh]]jkj hjajafl]goalf]kkaffk ^]]k) ]jYYjf`a]k[kn^fhj) ]%)*\ak[]gfhjq afn)[kla)dklYd_Ylagfkgmjfdjmgjlk
`gl]]]d \[gklk\mjajf\f_\ ^a_lja]Ydajk`]_[hfbaflajf[hj^lkd]]_  [glk]e]kkk j^]]_[j\  [gklk Yf\ k_mjMhghfdfYf_fdklajk+
[a]   O`] !.-/)5--   af <<<   Y]eafakljYd]]lYan]k]kk\]j Yf\ l`]j   kimYj]l]mhm]kgelg][]gf]kkd]eld[Yf\YlYagkogfd]gj)j   YYkdp`k\[\dlYa\[\\l-q   <<<+
[c]   O`] !136)354+2- YjZaljZYlagj]k][geehifkkf]lfkYlagf ooYk\oYkYYjf\]\\ \[d]\djsk] q\ hmh\d l`+   <<<+

ADI<G <M=DOM<ODJI<R<M?  wKC<N@.  <I?   KC<N@/

**+%)*1%/.1'2)** **fafS^%[gdd][lan]dq)]** y<oYj\ g^>gklkz&

O`] <oYj\ g^>gklk ak\m] Yf\ hYqYZd] Yk g^<hjad/6) /-// Yf\ k`Ydd Z]Yj afl]j]kl Yll`] d]_Yd jYl] g^.-" l`]j]Y^l]j+

**IZW6_ag`f aX6ffad`Wkpe WWe**

**6^^**g^l`] Yllgjf]qk afngdn]\ af l`ak [Yk]`Yn] \]egfkljYl]\ gmlklYf\af_ dala_Ylagf kcaddk) \ada_]f[] Yf\) ^gj l`] egkl hYjl) hjg^]kkagfYd\]e]Yfgj$$ o`a[` hdY[]kYdd g^l`]e af l`] n]jq lgh g^ l`] lgh la]j+ DfY\\alagf lg alk[gfl]flagf l`Yl JjYf_] =Yf_ Yf\ Hgfkl]j Yj] fgl ]flald]\ lg l`] j][gn]jq g^Yllgjf]q|k ^]]k) QKS `YkYdkg Yj_m]\l`Yl l`] Yegmfl g^Yllgjf]q|k j]im]kl]\ Zq JjYf_] =Yf_ Yf\ Hgfkl]j ]p[]]\k Yyj]YkgfYZd] Yegmfl+ QKS [gfl]f\k l`Yl l`] Yegmfl g^JjYf_] =Yf_|k Yf\ Hgfkl]j|k Yllgjf]q|k ^]]k k`gmd\Z] j]\m[]\ Z][Ymk] l`]aj `gmjdq jYl]kYj] fgl j]YkgfYZd]8 l`]aj ljaYd l]ddgok Zadd]\^gj Y\eafakljYlan] Yf\ k][j]lYjaYd ogjc8 l`]q ]f_Y_]\ af Zdg[c* Zaddaf_8 l`]q gn]jklY^^]\l`] [Yk]8 Yf\ l`]q khdal [dYaek Yk Z]lo]]f JjYf_] =Yf_ Yf\ Hgfkl]j+

Ral` j]kh][l lg l`] akkm] g^`gmjdq jYl]k) Yf\ ZYk]\mhgf l`] k`goaf_k eY\] Zq Zgl` ka\]k Yf\ ZYk]\mhgf l`] [Yk] dYo [al]\ Zq l`] hYjla]k) l`] YjZaljYlgj af\k l`Yl Ydd g^l`] JjYf_] =Yf_ Yf\ Hgfkl]j `gmjdq jYl]k) kge] g^o`a[` o]j] Ydj]Y\q \ak[gmfl]\ lg kge] ]pl]fl) Yj] j]YkgfYZd] ZYk]\ mhgf l`] Ngml`]jf >Yda^gjfaY eYjc]l ^gj ljaYd Yllgjf]qk af l`] lgh la]j g^l`]aj hjg^]kkagf Yf\ l`]j]^gj] l`]k] `gmjdq jYl]k k`Ydd fgl Z] j]\m[]\+

Ral` j]kh][l lg QKS|k [dYae l`Yl ljaYd l]ddgok Zadd]\^gj Y\eafakljYlan] Yf\ k][j]lYjaYd ogjc) Yj]na]o g^l`] Zaddaf_ klYl]e]flk k`gok l`Yl akfgl l`] [Yk]+ <dl`gm_` l`] ljaYd l]ddgok Yj] YhhYj]fldq fgl Yllgjf]qk) l`]aj ogjc oYk fgl eafakl]jaYd gj yhmj]dq [d]ja[Ydz+ Emk Z][Ymk] l`]q Yj] fgl dYok[`ggd _jY\mYl]k \g]k fgl e]Yf l`Yl l`] k]jna[]k l`]q j]f\]j]\ lg l`ak dala_Ylagf ^gj l`]aj \g]k fgl j]imaj] l`afcaf_) YfYdqkak Yf\ bm_e]fl+ Agj afklYf[]) afl]jf]l j]k]Yj[`) \g[me]fl j]na]o Yf\ YfYdqkak) af\af_ nYdmYZd] ja\]f[] gf*daf] gj af l`] hmZda[ [gj\) YfYdqraf_ o`a[` \g[me]flk lg hmdd af gj\]j lg hj]hYj] ^gj \]hgkalagfk) ^gj \g[me]fl hjg\m[lagfk) ^gj \aj][l Yf\ [jgkk ]pYeafYlagfk) eYafl]fYf[] g^l`] ]*\ak[gn]jq hdYl^gjek Yf\ ^af\af_) dg[Ylaf_ Yf\ j]na]oaf_

---

$$ Lm]jq o`]l`]j l`] hjghgk]\ ^gglfgl] 1- g^QKS|k HYj[` .4) /- // hjghgk]\ j]\daf] g^l`] Dfl]jae <jZaljYlagf <oYj\) o`a[` hjghgk]k lg j]\m[] l`] YoYj\ g^[geh]fkYlgjq \YeY_]k af Yf ]klaeYl]\ Yegmfl g^Yld]Yk l2- eaddagf Ykaf_d]kljgc]) ^Ydd k`gjl af l`] dYll]j[Yl]_gjq:

\g[me]flk gf l`] yM]dYlanalq\g[me]fl kg^loYj]%kge]l`af_ egkl dYohYjlf]jk l`]ek]dn]k [Yffgl \g&Yj] ]pYehd]k g^ nYdmYZd] [gfljaZmlagfk eY\] Zq l`] ljaYd*]ddgok lg l`ak [Yk]%gfZgl` ka\]k&+ O`] YjZaljYlgj Ykj]na]o]\ l`] Zaddaf_]flja]k ^gj Fjakl]f HYl`]j) =]fbYeaf HYlkYdd Yf\ OYqdgj O`geYk Yf\ l`]aj Zaddaf_\]k[jahlagfk af\a[Yl] l`Yl l`] ogjc h]j^gje]\ Zq l`]e oYk [dYkka[ hYjYd]_Yd ogjc+$% O`]j]^gj]) alakYhhjghjaYl] ^gj Yfq g^ l`] dYo^ajek lg Zadd ^gj l`] lae] Yf\ ]^^gjl j]^d][l]\ af l`]k] hYjYd]_Yd* d]o]d Ydd]ljna]k) Ydd g^ o`a[` Yj] af`]j]fldq nYdmYZd] lg l`] dala_Ylagf ]^^gjl Yf\ Ydd g^ o`a[` j]\m[] l`] Yegmfl g^ ZaddYZd] lae] o`a[` ogmd\ gl`]joak] Z] af[mjj]\) Yf\ Zadd]\ Zq l`] Yllgjf]qk l`]ek]dn]k %l`mk j]Ylaf_ YykYnaf_k ^gj l`] [da]fl&+ O`] YjZaljYlgj ^af\k l`Yl l`] Zaddaf_]flja]k g^ l`] ljaYd*]ddgok Yj] d]_alaeYl] lae] Yf\ l`]j] akfg f]]\ ^gj Yj]\m[lagf g^ l`] d]_Yd*]]k ZYk]\gf l`]k] daf] al]ek+

=dg[c*Zaddaf_ akYeap]\ ZY_ Yf\ g^l]f eakmf\]jklgg\+ HYfq [da]flk) Yf\ [gmjlk) na]o Zdg[c*Zaddaf_ YkYf mf^gjlmfYl] hjY[la[] Zq o`a[` Yllgjf]qk yhY\z l`]aj lae]+ <[[gj\af_ lg l`ak na]o) Yllgjf]qk gn]j*klYl]l`] Yegmfl g^ Zaddaf_ lae] kh]fl gf hYjla[mdYj d]_Yd lYkck o`a[` Yj] l`]f yZdg[c]*Zadd]\z kg Ykl g \ak_mak] l`] afYhhjghjaYl]ae] [`Yj_]k+ <k Yj]kmdl) eYfq [gmjlk gZb][l lg YhYll]jf g^ Zdg[c*Zaddaf_ Yf\ afkakl mhgf Yka_fa^a[Yfl h]j[]flY_] j]\m[lagf g^ l`] Y__j]_Yl] Yegmfl g^ d]_Yd*]]k [`Yj_]\ Zq l`] Yllgjf]qk o`g ]f_Y_] af Zdg[c*Zaddaf_+ Df[gfljYkl) eYfq Yllgjf]qk na]o l`] gZb][lagf lg Zdg[c*Zaddaf_ YkY\]na[] mk]\ Zq [da]flk Yf\ gl`]j hYqgjk g^ d]_Yd Zaddk lg Yjla^a[aYddq f]_glaYl] \gof d]_Yd*]]k+ Dfl`ak j]kh][l) Zdg[c*Zaddaf_ akg^l]f mk]\ YkYf ]p[mk] lg fgl hYq l`] Yllgjf]qk l`] Yegmfl g^ YZaddaf_ klYl]e]fl ^gj o`a[` l`]q Yj] Yj_mYZdq ]flald]\ lg _]l hYa\ af ^mdd+ K]j`YhkZgl` g^ l`]k] ]plj]e]k `Yn] kge] k]eZdYf[] g^ ljml` lg l`]e+

Dfl`ak [Yk]) QKS [gfl]f\k l`Yl JjYf_] =Yf_ Yf\ Hgfkl]j Yj] _madlq g^ eYcaf_ mk] g^ l`] hjY[la[] g^ Zdg[c*Zaddaf_ Yf\) l`]j]^gj]) Y[[gj\af_ lg QKS) JjYf_] =Yf_|k Yf\ Hgfkl]j|k Yllgjf]qk| ^]]k k`gmd\ Z] j]\m[]\ af YeYl]jaYd oYq+ <k Yf ]pYehd] g^ alkhgafl g^ na]o) QKS j]^]jk lg l`] J][gZ]j 2) /-/. Zaddaf_]flja]k ^gj <llgjf]q UY\jY*Nqe]k% yUY\jY*Nqe]kz Yf\

$% QKS j]^]jk lg =]fbYeaf HYlkYdd| Zaddaf_ ]fljq g^ Emdq / -/. YkYf]pYehd] g^ Y[`Yj_] ^gj l`] e]j] h`glg[ghqaf_ g^ \g[me]flk Z][Ymk] l`] Zaddaf_ ]fljq eYc]k mk]g^ l`] ogj\ yj]*hjg\m[lagfz) Y^Yf[q ogj\ ^gj h`glg[ghqaf_+ Cgo]n]j) Yj]na]o g^ l`] =]fbYeaf HYlkYdd| Zaddaf_ ]flja]k gf Emf]/6) /-/.) l`] Zaddaf_\Yl] Z]^gj] l`] Emdq / -// Zaddaf_ ]fljq) k`gok l`Yl Hgfkl]j `Y\ j][]an]\ j][]fl \g[me]fl hjg\m[lagfk ^jge l`aj\ hYjla]k l`] Pfan]jkalq g^ R]kl Adgja\Y Yf\ HYjc]l OjY[ck) \g[me]flk l`Yl f]]\]\ lg Z] yj]*hjg\m[]\z lg QKS) lg l`] ]pl]fl j]im]kl]\ Zq QKS+

<llgjf]q  =]ddaf\]j %y=]ddaf\]jz&Zgl` g^o`ge  Zadd]\Yf5+-- `gmj\Yq^gj Yll]f\af_ l`]  YjZaljYlagf
]na\]flaYjq `]]Yjaf_ gf l`Yl\Yl] %l`]k][gf\\  \Yq g^l`]  YjZaljYk]gf ]na\]flaYjq  \]Yjaf_&Yf\ Zgl` g^
o`ge  Zadd]\Y\\\alagfYdd\Ykckgf l`Yl\Yl\Yko]dd VUY\jY*Nqe]kj]hYj]\ F]f CgddYff\l\j%]ph]jl&
Yf\ j]na]o]\  [gjj]khgf\]f[]ff]]      Yf\ =]ddaf\]j j]j]na]o]\  [gjj]khgf\]f[]f [j] oal` ghhgkaf_ [gmfk]l\dYf\
YjZaljYlg]gj_Yj]j\af_  \akhml]\  \akkm]]k&W)kcko`a[`  l`]q Zgl` Zdg[c*Zadd]\gf l`Yl\Yq+

O`]k] Yj]j]j][[j]kpYehd]]k j]jYak]\Z]YqQKS+<[[gj\af_  lg l`] ljYffk[jahl g^l`] J[lgZZ]j j 2)
/-/.  YjZaljYlagj\na\\]flaYjq `]]Yjaf_ _) l`] hjg[]]]\af_ k gf l`Yl\Yq[gee]ff[]]\]\      Yl67-- Ye Yf\ ]f\]\\
Yl47.2 he+ O`]j]]`gj_%j]j]]) YfYllgj\f]q o`g`  Yll]f\]\\ l`]  l`]Yjaf_]gf l`Yl\Yq)Yf\ \aa\ gl`]j  lYk]okYk]
o]dd)ogmd\\\]Z]na\bmkla^l]a]a]af ZaddafY_Yld]dYk]l.+/2  `gmjkjgf J[l gjZ]j]j 2)/-/.+   Tl`j Zgl` UY\jY*Nqe]]k
Yf\ =]ddaf\]j j]j]Zadd]\`gfdq 5+-- `gmjkkl`Yl\Yq Yf\) gf l`gh g^l` Yl\]]\]]]]q Zgl` ]hjgna\\\]\  KNNS^SYXKV
af^gjme]YlYgf gf gl`]]j]j]j lY\Yckck\Zadd\]]l`Yl\Yq)YdZadd\]ta]jr]Z[]*Zadd\]]\l^gjeY]Y\Yk]\]k+ K]j^`kUY*jY*Nqe]]k
Yf\ =]ddaf\]jj \aa\ fgl Yll Yll Yll]f\]]\ `mddd]dY]Y J[[g_]Z 2)/-/ .) Zmll^]j]j akfgl\gfd] lgg af\\a[Yl]dd af\af_ af
Yfqd oYqqd l`Yl`\]aj da] lgg   oYkky`Y]Y\Y\Y\o`z)  [gfljjam]an\  gj afYY[[[mjjYl]]j]]gf l`Yl\Yq+O`] YjZaljYlgj\]aajj
ddggcaff_YYll`]  Zaddddaf\afdk\dYYf\dl]]a]]j])flk) \a\  gf\jj]]jYdafgk]]]\]a\\iYdd]]ffd\Zg[]*Zaddjd\]\[&]g]g]n]]]]j)
l`]j] Yll]fgf\f]j] Yff l`]]   ]\][Zadd\]]j]]j]gg  lg afY[[]Y[[]YYd\\ j]jYdfd`]]]]j]\][[*Zaddr\\ Zaddddaf\afdkkdYYafY]jk] g]]r]]j)   Yf\_n]]a]j\\ afdd]]jj
l`Yl\`Yf d]]\\_aladdaffaedd]]r\d\_]]_e]]_ ]g]dd]eof] Yj]jYdl]]]]gf^]]]\]\+

J^Ydljfnn Zaddddaf\afdkkkddaff]]Z+dd]]aj\Zmr]YddafY[[]]jr]]]]ia]YYdr]d]YddddafZmrrnf\j\\dd Y\dd\af\]gg]]]]jr]]_dd]Zddddaf\\\afdkffddgf\]_]a]_^d_jr
ddaaddddd_]fd[\ZmljZmdr\]]]f f] Yjnafrodd]]Ynd]Zdddd]\Y]\da]Y]_dd]d\dd[ddddafY]d]jr]YYa\r)jd\]]j]ddfd\d\ddddd
ddgddaaddd]daZmt\]]]fnnn\]ndd]j\lf[]]_dr)ZdddamjlZaddjr]]bd]]jr]]Z]fdd[ddafdYddadj]rd[d\aa_\ddaYlgdd\fdd\_\dd]ddd\ddgdf]jdde]\]ddlnl^z[&

af\ana\mYdar]\ lYkc+ Dfk`gjl) l`] YjZaljYlgj k]]k Zdg[c*Zad[daaf l`ak [Yk]) Zml \g]k fgl k]] Yfq ]na\]f[] gj af\a[Ylagf l`Yl l`] d]_Yd lae] akhY\\]\) af^dYl]\ gj afY[[mjYl]+ Agj l`]k] j]Ykgfk) QKS|k j]im]kl lg j]\m[] l`] Yegmfl g^ d]_Yd ^]]k ZYk]\ gf Zdg[c*Zaddaf_ ak \]fa]\ Yf\ JjYf_] =Yf_|k Yf\ Hgfkl]j|k d]_Yd ^]]k k`Ydd fgl Z] j]\m[]\ gf l`ak ZYkak+

Ral` j]kh][l lg l`] akkm] g^ gn]j*klY^^af_ Yf\ lgg eYfq `gmjk kh]fl gf l`ak dala_Ylagf) l`] YjZaljYlgj Ykeap]\ j]Y[lagfk+ R`ad] al akljm] l`Yl Hgfkl]j Yf\ JjYf_] =Yf_ g^l]f `Y\ .0 Yllgjf]qk ogjcaf_ gf l`ak [Yk] Z]lo]]f l`]e) al akYdkg ljm] l`Yl QKS g^l]f `Y\ ./ Yllgjf]qk %Yf\ Yj_mYZdq Y[[gj\af_ lg Hgfkl]j|k Yf\ JjYf_] =Yf_|k j]hdq Zja]^ gf Yllgjf]qk| ^]]k Yf\ [gklk) h+ 0-W ogjcaf_ gf l`ak [Yk]+ Df^Y[l) \mjaf_ l`] YjZaljYlagf `]Yjaf_ l`] j][gj\ j]^d][lk ^jge l`] lYeh eYfq Yk 5 yhYjla[ahYflk xYll]f\af_ l`] YjZaljYlagf gf Ugge) [gmflaf_ Yllgjf]qk) [da]fl j]hj]k]flYlan]k) hYjYd]_Ydk) ]l[+ <[[gj\af_ lg Hgfkl]j Yf\ JjYf_] =Yf_) l`] Yegmfl af [gfljgn]jkq oYk [redacted] Y[[gj\af_ lg l`]aj hj]*YjZaljYlagf Zja]^k Yf\ QKS g^l]f Yj_m]\ l`Yl l`ak oYk YyZ]l l`] [gehYfqz [Yk])l`mk af\a[Ylaf_ l`Yl Zgl` ka\]k o]j] bmkla^a]\ al` Yn]jq dYj_] ]ph]f\almj] g^ j]kgmj[]k) ]^^gjl Yf\ Yllgjf]q,hYjYd]_Yd %Yf\ ]ph]jl&lae]+ CYnaf_ klYl]\ l`Yl) al \g]k Yhh]Yj l`Yl Yllae]k l`] Yegmfl g^ klY^^af_ oYk kge]o`Yl gn]j*r]Ydgmk Zml fgl gn]jdq kg+ O`]j]^gj]) ZYk]\ mhgf l`] k`goaf_ eY\] Zq Zgl` ka\]k) l`] YjZaljYlgj ^af\k l`Yl Hgfkl]j|k Yf\ JjYf_] =Yf_|k Y__j]_Yl] Yllgjf]q|k ^]]k k`gmd\ Z] j]\m[]\ Zq /+2"+ Dfl`ak j]kh][l) 64+2" g^ l`] Y__j]_Yl] Yllgjf]q|k ^]]k j]im]kl]\ Zq Hgfkl]j Yf\ JjYf_] =Yf_) l`] Yegmfl g^ !4)133)113+22) ak j]\m[]\ lg !4)/46)452 Yf\ l`Yl akl`] Yegmfl `]j]Zq YoYj\]\ Zq l`] YjZaljYlgj Yk l`] YoYj\ g^ Hgfkl]j|k Yf\ JjYf_] =Yf_|k Yllgjf]q|k ^]]k %l`]y<oYj\ g^ <llgjf]q|k A]]kz&+

Ral` j]kh][l lg l`] akkm] g^ [dYaekhdallaf_) l`] YjZaljYlgj ja]ok l`ak Yj_me]fl Yk Yfgl`]j j]klYl]e]fl g^ QKS|k @d][lagf g^ M]e]\a]k <j_me]fl o`a[` `YkZ]]f Y\\j]kk]\ Yf\ j]b][l]\ YZgn]+

>K'    HJBB6GN   D;  ;>C9>C<H D;  I=:   ;>C6A  6G7>IG6I>DC   6L6G9   mE=6H:  *
6C9  E=6H:  +

6'   BSfWd[S;[`V[`Ye  GWYSdV[`A[ST]^[f:`V fZW6iSdV  aXBa`WfSdkGW^[WX
O`] <jZaljYlgj`]j]Zq  kmeeYjar]k `ak c]q  ^af\af_k Yf\ YoYj\ Yk^gddgok7

- QKS Zj]Y[`]\ hYjY_jYh4 g^l`] /-.-   N]lld]e]fl  <_j]]e]fl+
- QKS ak[mjj]fldq af Zj]Y[` g^hYjY_jYh4 g^l`] /-.-   N]lld]e]fl l <_j]]e]fl+
- Ral` j]kh]l lg QKS|k hYk\Zj]Y[` g^l`] /-.-   N]lld]e]fl <_j]]e )fl) Hgfkl]j ak
  ]flald]\ lg jj][gn]j \YeY_]k ^jge QKS Yf\ ECJ l`jgm_` N]hl]eZ]j .6) /-/.  Yk
  ^gddgok7
  ○ Yj]YkgfYZd]jgqYdlqaf l`] Yegmfl g^2" g^l`l kYd]]k^=<IB   ZjYf\]\
    hjg\m[lk af l`] Yegmfl g^ *)*%.+.%))\8gj
  ○ Y\ak_gj_]]fl g^hjg^alkYlljaZmlYZd]]l` l`] Zj]Y[` g^hYjY_jY \] 4 af l`]
    Yegmfl g^! *.0'.  _[^^[a`+
- QKS akdaYZd]\gj ljY'\]eYjc af^jaf_]e]fl  Zq najlm]g^JjYf]  =Yf_]k Yf\ Hgfkl]j|k
  hjgnaf_ l`] ]d]e]flk  f][][kkYjq lg ]fgefkljYl] Yda\ac]da`gg\g^[gf^mkagfaf l`]
  jj]d]nYfl eYjc)l oal` Ykm^^a[a]flYYegmfl g^[gfkme]jjk oal` j]kh][]l lg l`] l`] mk]g^l`]
  =<IB   eYjc+
- O`]jj akfg af\a[Ylagfl`Yl QKS oadd kkglgh alkaf af^jaf_af_ Y[lankq gj YZa\]]Zq]Zq`] QKS
  HYjc]]laf_ Yf\ NYd]|M]klja[lagfkk\l ^gjl` af hYjY_jYh4 ? g^l`] /-.-   N]lld]e]fl
  <_j]]e]fl)   af l`] ^mlmj]]+
- <k YfYdl]d]jjfYlan]g l`]aj Zj]Y[` g^[gflafljY[l\l \d`] YeY_]k) Yf\ oal` j]kh][l lg QKS|k
  ljY'\]eYjc af^jaf_]e]fl)  JjYf]_ =Yf_]k\flald)\l lg jj]d][gn) hYYZd Y_jj]]_ge]`k QKS
  Yf\ ECJ l`jgm_` N]hl]eZ]j .6) /-/.  Yk^gddgok7
  ○ Yj]YkgfYZd]jgqYdlqaf l`] Yegmfl g^2" g^l`l kYd]]k^=<IB   ZjYf\]\
    hjg\m[lk af l`] Yegmfl g^ **+%,*-%-2)'0\8gj
  ○ Y\ak_gj_]]fl g^hjg^alkYlljaZmlYZd]]l` l`] af^jaf_]e]fl  g^l`] =<IB   eYjc
    af l`] Yegmfl g^ *0.  _[^^[a`+

- J^ l`] ^gmj[Yd[mdYlagg&k l`] egf[lYjq j][gn]jq j]^]jj]\ lg YZgn]) Yf\ af gj\]j lg Ynga\\gmZd]j][gn]jq ^gj[geh]fkYlgjq \YeY_]k Ykdg l`] KYkK[jag\ g^Oae]) gfdq gf[ g^l`] [Yd[mdYlagt dkj][gn]jYZd] Yk\`] egf[lYjq Yo[\) Yll`] ]d][lagf g^ Hgfkll]j Yf\ JjYf]_] =Yf_&\&) Yf\ alakj][gn]jYZd] ^jge Yf\ Y_Yafk QKS Yf\ ECJ) bgafldq Yf\ k]n]jYddq+

**7'** **IZW:cg[fST^WGW_WV[aXV^ZWEWd_S`W`f>`g`Uf[a` S`V HbWU[X]WdXad_S`USW fZW^WUf[aa Xf ZW!** **8a`f`g`f`Y GakS^fl` A[WgXfZWEWd_SW`f>`g`Uf[a` Sefa fZW[_W EWd[a Xa^^ai[`Y fZW6dT[fdSf[a`**

O`] <jZaljYlgj`]j]jq ^af`k Yf\ YoYj\k^Yk^gddgok7

- =][Ymk]g^l`] dac]da`gg\g^Y[gflafmaf_ Zj]Y[` g^hYjY_jYh4 g^l`] /-.- N]lld]]fl <_j]]fl Yf\ l`] [gflafmaf_ af^jaf[]fl g^JjYf]_] =Yf_[k =<IB eYjc Yf\ Z][Ymk]JjYf]_] =Yf_ `Ykhjgn]f l`] ]d]e]flk f][]kkYjq ^gj l`] akkmYf[]] g^l`] K]jeYf]fl Dfbmf[lagfgfYf\ Z][Ymk]`] ]d]e]flk ^gjkh[[a^a[h]j^gjeYf[] `Yn] Z]]f kYlak^a]`t]jeYf]fl afbmf[[lan]j]da]^akYfYhhjghjaYl]g j]kmj] [gehdaYYf[] oal` l`] /-.- N]lld]]fl <_j]]fl) lg hj]n]fl ^mlmj]`agdYlagm&kfg^l`] /-.- N]lld]]fl <_j]]fl Yf\ lg hj]n]fl ^mlmj]JjY\eYjc af^jaf[]_] flk g^l`] =Yf_ eYjc+

- QKS Yf\ ECJ Yj]`]j]jq h[jeYf[]fldq ]fbgaf]\) Ykk]l l`gjl af N][ladgf DDHEh)-YZgn]+ O`] K[jeYf]fl Dfbmf[lagfak[j]Zq akkmm]\)Zml[klYq]d,\mflad<hj ad'6) /-//+

- Dfdda]jmg^l`] akkmmYf[[&g^l`] YZgn]K[jeYf]fl Dfbmf[lagfYf\ ZYkd\\mhgf fl`] QKS 2" >gflafmaf_ MgqYld[@]d][lagf**KEMS`V ?=D eZS^DSk DdS`YW\S`Y S`V Ba`efWdaS dakS^fSf fZWWdSfWhWX!** g^QKS|k I]l NYd]% %[j^af\ YZgn]& \]jan]\ ^gje l`] kYd]g^=Yf_ZjYf]\[\ hjg\m[lk) af[dm\af_=<IB @f]j_q MO?) **a` S` a`Ya[`%g`a`f`g[`Y TSe[e` fZWkgfgadW**kk]l l`gjl` YZgn)Yf\ ^gj kg dgf_ Yk QKS gj ECJ eYc] Yfq mk]g^l`] =<IB eYjc+

**8'  IZW6iSdV  aX8aefe S`V 6ffad`WkpeWWe**

DfY\\alagf lg l`]  YoYj\ g^[geh]fkYlgjq  \YeY_]k Yf\ l`]  YoYj\ g^\l`]  ]imalYZdj]]e]\a]k Ykk]l l^gjl` YZgn])QKS Yf\ ECJ  Yj]]Y[` bgafldqYf\ k]n]jYddqdaYZd]g hYqHgfkfl]j  Yf\ JjYf_]

**+%)*1%/.1'2')**^gj l`]  <oYj\ g^>gklk Yf\  **0%+02%01**dgj l`]  <oYj\ g^<llgjf]q\k  A]]k)^gj YlglYd

YoYj\ g^\gj [gklk Yf\ Yllgjf]q\k ^]]k af l`]  Yegmfl g^  **2%+21%--,'2**%[gdd][lan]dq)  y<oYj\ g^

>gklk Yf\ <llgjf]q\k  A]]kz&+

**K'  8DC;>9:CI>6A>IN    D; I=:  ;>C6A  6G7>IG6I>DC  6L6G9    6C9  I=:**
**HJGK>K6AD;  I=:  +)*)  H:IIA:B:CI      6<G::B:CI**

QKS [gfl]f\k  l`Yll`]  Dfl]jae <jZaljYlagf<oYj\  Yf\ l`]  AafYf\<jZaljYlagf<oYj\  Yj]Zgl`  [gf^a\]flaYdYf\  eYq fgl Z] \ak[dgk]\  lg l`aj\  hYjla]k+Df[gf ljYkl)Hgfkfl]j  Yf\ JjYf_]  =Yf_  [gfl]f\  l`Yll`]  Dfl]jae <jZaljYlagf<oYj\  Yf\ l`]  AafYf\<jZaljYlagf<oYj\  Yj] fgl  [gf^a\]flaYd  Yf\ eYq Z] \ak[dgk]\  lg l`aj\  hYjla]k)k]m[`Yk^`Yk^gj]j]_]j]j]  mdYYglgjqak[dgkmj]k+Hgfkfl]j  Yf\ JjYf_]  =Yf_ _Yn YhhYj]fl)fldq]ka_fYl]\ ka_Yl]j  hgjlagefk g^l`]  Dfl]jae <jZaljYlagf<oYj\  o`a[`  l`]q  Yj] oaddaf_ lg lj]YlYk[gf^a\]flaYd  Yf\ l`]q  YjZaljYlYjglgj o]a]_ af gf km[`\lka fdY_af^klagfk+  O`] YjjZaljYlYjYlYjYl_gjl]j hkh][ganh]]klk\`_]dh^klagfk+O`]]djYlagf[l[l]\l[\daf  l`]  af]a[e]YlYjYlagf+

QKS `Ykhmjhgjhgj]l]\\  lg [al]  [Yk]ko`o`]  klY`]]\a]Y]a_jk_]lagfk\agf]fafagf]Yl  l`]  jmdaf_lg^l  l`]  YjZaljYlYjag Ykj]]^dY_klrag kl_d]fl]d  af l`ake AafYf\j]]jZaljYlYjag^<_]]l^f]]k]] l`] )l`)  /-.-  N]lld]]l]fl  <_]]l]fl  af  l`]mk\\]]]\  nga Yf\ fmf^f]^fgf[]j]^f)YZd)Df[gfljYklj)  Hgfkfl]j  Yf\ J jYf_]  =Yf_  [al]\]lp^gjagf]a]laf) YZ_ddamglgjbl  klY`]f]]Y_af)l]fl]fl  l`]mklk\\]]jlagf]af_)l^gjlY`kaf^klagfk+O`)Y  Yf\ fmf^f]^]]_dY_f)`l]ghZ[a[)f]kYlagf]fl)l`k\[]]]\klagfk+l[\daf  l`]  af]a[e]YlYjagf+Yfk\\]]j]l]fl  af  kl]mk\\]]]al^f]fl)l]fl  af)  lge]al]nja[dY]lagf+  N]lld]]l]fl  <_]]l]fl  af  l`]mklk\\]]j]lagf])l`mk  YffYd]Yl^jmlafk_j_hajl`l\_dkdgfffl)l]fl)l]fl  af])l]fl  lge]al]nja[dY]lagf+

**s'**  Df*GK^O]Pl\_R] W* .0-  >Yd+<hh+/203) 206*21-  %.622&l]j]  hdYafYfla^^ad]\\Y^akjklY[lagfY_Yfk)Y\f\j[\n\_\l\kY\n\_*\]^Yf\*hk*\_hk*ff)l`Y\Yn^[dY\n^g\_dY^n[dY^^f)ak\gdY gZlY gZlY gZlY gZl...

ADI<G<M=DOM<ODJI<R<M?  wKC<N@.  <I?  KC<N@/

O`] YjZaljYlgj dYja^a]k l`Yl l`] Z]da]n]k l`Yl l`] Yml`gjala]k al]\ Zq Hgfkl]j Yf\ JjYf_] =Yf_ af l`ak j]_Yj\ [gjj][ldq klYl]l`] dYo+ O`akak]kh][aYddq lj m] af l`ak [Yk] o`]j] l`] ^mf\Ye]flYd hmjhgk]g^ l`] ]imalYZd] j]e]\a]k g^ kh][a^a[ h]j^gjeYf[] Yf\ l`] akkmYf[] g^ l`] K]jeYf]fl Dfbmf[lagf %fgo klYq]\ Zq najlm] g^ l`] QKS 2" >gflaf maf_ MgqYdlq @d][lagf& klg ]fkmj] [gehdaYf[] oal` l`] /-.- N]lld]e]fl <_j]]e]fl+ Og jmd] gl`]joak] ogmd\ eYc] l`] akkmYf[] g^ l`] ]imalYZd] j]e]\a]k Yf]ehlq _]klmj] Yf\ ogmd\ _jYfl Yfmfafl]f\]\ da[]fk] lg QKS lg af^jaf_] l`] =Yf_ eYjc Yf\,gj a_fgj] l`] /-.- N]lld]e]fl <_j]]e]fl af l`] ^mlmj] oal`gml Yfq [gfk]im]f[]k gj ^afYf[aYd \ako]ka\]+ Nm[` Yj]kmdl ogmd\ f]_Yl] l`] hmjhgk]Yf\ afl]fl g^ l`ak AafYd <jZaljYlagf <oYj\+ <[[gj\af_dq) l`] YjZaljYlgj f]j]Zq j]Y^^ajek l`Yl l`] /-.- N]lld]e]fl <_j]]e]fl kmjnan]k l`] akkmYf[] g^ l`] AafYd <jZaljYlagf <oYj\ Yf\ j]eYafk af ^mdd ^gj[] Yf\ ]^^][l+

**K>' I=: 6G7>IG6IDGpH >CI:CI G:<6G9>C< I=: ;>C6A>IN D; I=: ;>C6A**

**6G<>IG6I>DC 6L6G9**

O`ak AafYd <jZaljYlagf <oYj\ akY^mdd Yf\ ^afYd Y\bm\a[Ylagf g^ Ydd [dYaek o`a[` o]j] gj o`a[` [gmd\`Yn] Z]]f) kmZeall]\ lg l`] YjZaljYlgj Zq Yfq Yf\ Ydd g^ l`] hYjla]k af [gff][lagf oal` l`ak YjZaljYlagf+ <dd [dYaek fgl ]phj]kkdq Y\bm\a[Yl]\ )]l]je af]\ gj j]kgdn]\ Zq oYq g^ l`ak YjZaljYlagf gj Ykk]l ^gjl` af l`ak AafYd <jZaljYlagf <oYj\ Yj] \]fa]\+ O`] YjZaljYlgj afl]f\k l`ak AafYd <jZaljYlagf <oYj\ lg Z] l`] ^afYd ]phj]kkagf g^ `ak [gf[d mkagfk Y\bm\a[Ylagf Yf\ YoYj\k jYak]\ af l`ak YjZaljYlagf+

**9SfWV3** <hjad 1) /-//

**7k3 7dgUWeSSUe 6dT[fdSfad**

,=jm[] DkYY[k,

DocuSigned by:
Bruce Isaacs
C92DCEFC7CC049C...
_____________________

j]e]\a]k) l`] hdYafla^^ Yk ZYjj]\ ^jge k]]caf_ \YeY_]k af l`] k][gf\ Y[lagf+ O`] [gmjl jmd]\) `go]n]j) l`Yl hdYafla^^ oYk fgl ZYjj]\ Yf\ l`Yl l`] j]e]\a]k o]j] fgl af[gfkakl]fl Z][Ymk] l`] \YeY_]k YjgkY]af YdYl]j h]jag\ g^ lae] o`a[` _an]kjak] lg Yf ]o [Ymk] g^ Y[lagf+

## Statistical Analysis Report
## 20CPHM

| | |
|---|---|
| **Study Title:** | A randomized, double-blind, crossover study to investigate the pharmacokinetics of creatine monohydrate and creatyl-L-leucine in healthy adults |
| **Study Number:** | 20CPHM |
| **Report Date:** | March 17, 2021 |
| **Study Design:** | Randomized, double-blind, comparator-controlled, crossover study |
| **Sponsor:** | Hueston Hennigan LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660 |
| **Sponsor Contact:** | Jennifer Bunn Hayden<br>Hueston Hennigan LLP<br>Email: jbhayden@hueston.com<br>Phone: 949–284–6312 |
| **CRO:** | KGK Science Inc.<br>Suite 1440 & 1660, One London Place<br>255 Queens Ave<br>London Ontario N6A 5R8<br>Canada<br>+1-519-438-9374 |
| **Qualified Investigator:** | Dr. Rupal Trivedi<br>Great Lakes Clinical Trials LLC<br>5149 N. Ashland Avenue<br>Chicago, IL 60640<br>Phone: (773) 272-3500 |
| **Biostatisticians:** | Abdul M. Sulley, PhD<br>KGK Science Inc.<br>+1-519-438-9374<br><br>Leo Chen, MSc<br>KGK Science Inc.<br>+1-519-438-9374 |



# EXHIBIT B

CONFIDENTIAL

MONSTVPX0771291

## Table of Contents

**Table of Contents** ........................................................................................................ 2

**List of Tables** ............................................................................................................... 3

**1.  Overview** .................................................................................................................. 6

   1.1.  Study Goal ........................................................................................................... 6

   1.2.  Study Design ........................................................................................................ 6

   1.3.  Study Population ................................................................................................... 7

   1.4.  Outcomes .............................................................................................................. 7

   1.5.  Safety Parameters ................................................................................................ 7

   1.6.  List of Parameters and Definitions ..................................................................... 8

**2.  Study Results** ........................................................................................................... 9

   2.1.  Disposition of Study Participants ........................................................................ 9

   2.2.  Exclusions and Premature Discontinuation ..................................................... 10

   2.3.  Demographics, Vital Signs, Anthropometrics and Safety Parameters ........... 11

      2.3.1.  Demographic Information – ITT Population ........................................... 11

      2.3.2.  Vital Signs and Anthropometric Measurements at Screening– ITT Population ..... 12

      2.3.3.  Screening Clinical Chemistry and Hematology – ITT Population ......... 13

      2.3.4.  Demographic Information – PP Population ............................................. 15

      2.3.5.  Vital Signs and Anthropometric Measurements at Screening– PP Population ...... 16

      2.3.6.  Screening Clinical Chemistry and Hematology – PP Population ........... 17

      2.3.7.  Randomization Table ............................................................................. 19

   2.4.  Pharmacokinetic Analysis of the ITT Population ............................................ 20

      2.4.1.  Creatine ................................................................................................... 20

      2.4.2.  Creatinine ............................................................................................... 31

   2.5.  Pharmacokinetic Analysis of the PP Population .............................................. 42

      2.5.1.  Creatine ................................................................................................... 42

      2.5.2.  Creatinine ............................................................................................... 53

CONFIDENTIAL                                                            MONSTVPX0771292

## List of Tables

Table 1: Pharmacokinetic parameters and their definitions ................................................................. 8
Table 2. List of exclusions and premature discontinuations .............................................................. 10
Table 3: Demographic information for participants in the ITT population (n =11) ............................ 11
Table 4. Screening vital signs and anthropometric measurements for participants in the ITT population (n = 11) 12
Table 5. Clinical chemistry and hematology parameters for participants in the ITT population (n = 11) .............. 13
Table 6: Demographic information for participants in the PP population (n = 8) ............................... 15
Table 7. Screening vital signs and anthropometric measurements for participants in the PP population (n = 8) .. 16
Table 8. Clinical chemistry and hematology parameters for participants in the PP population (n = 8) ................ 17
Table 9 Randomization scheme of the crossover design for the comparison of product A versus product B ........ 19
Table 10. Creatine concentrations (µg/mL) for each subject given product A in the ITT population (n = 11) ........ 20
Table 11. Creatine incremental concentrations from baseline concentrations (µg/mL) for each subject given
        product A in the ITT population (n = 11) ................................................................................. 21
Table 12. Creatine concentrations (µg/mL) for each subject given product B in the ITT population (n = 11) ........ 22
Table 13. Creatine incremental concentrations from baseline concentrations (µg/mL) for each subject given
        product B in the ITT population (n = 11) ................................................................................. 22
Table 14. Parameter estimates of Creatine for each subject given product A in the ITT population (n = 11) ........ 24
Table 15. Parameter estimates of Creatine for each subject given Product B in the ITT population (n = 11) ........ 25
Table 16. Summary of Creatine $AUC_T$ and $ln(AUC_T)$ (µg.h/mL) analysis for participants in the ITT population (n =
        11) ...................................................................................................................................... 26
Table 17. Summary of Creatine $AUC_I$ and $ln(AUC_I)$ (µg.h/mL) analysis for participants in the ITT population (n =
        11) ...................................................................................................................................... 26
Table 18. Summary of incremental Creatine concentration (µg/mL) analysis for participants in the ITT population
        (n = 11) ............................................................................................................................... 27
Table 19. Summary of Creatine $iAUC_T$ and $ln(iAUC_T)$ (µg.h/mL) analysis for participants in the ITT population (n =
        11) ...................................................................................................................................... 29
Table 20. Summary of Creatine $C_{max}$ and $ln(C_{max})$ (µg/mL) analysis for participants in the ITT population (n = 11) 29
Table 21. Summary of Creatine $T_{max}$ (hour) analysis for participants in the ITT population (n = 11) ..................... 30
Table 22. Summary of Creatine terminal disposition rate constant (λ) (hour$^{-1}$) analysis for participants in the ITT
        population (n = 11) ............................................................................................................... 30
Table 23. Summary of Creatine terminal half life (hour) analysis for participants in the ITT population (n = 11) . 30
Table 24. Creatinine concentrations (µmol/L) for each subject given product A in the ITT population (n = 11) .... 31
Table 25. Creatinine incremental concentrations from baseline concentrations (µmol/L) for each subject given
        product A in the ITT population (n = 11) ................................................................................. 32
Table 26. Creatinine concentrations (µmol/L) for each subject given product B in the ITT population (n = 11) .... 33
Table 27. Creatinine incremental concentrations from baseline concentrations(µmol/L) for each subject given
        product B in the ITT population (n = 11) ................................................................................. 33
Table 28. Parameter estimates of Creatinine for each subject given product A in the ITT population (n = 11) ..... 35
Table 29. Parameter estimates of Creatinine for each subject given Product B in the ITT population (n = 11) ..... 36
Table 30. Summary of Creatinine $AUC_T$ and $ln(AUC_T)$ (µmol.h/L) analysis for participants in the ITT population (n
        = 11) ................................................................................................................................... 37
Table 31. Summary of Creatinine $AUC_I$ and $ln(AUC_I)$ (µmol.h/L) analysis for participants in the ITT population (n =
        11) ...................................................................................................................................... 37
Table 32. Summary of incremental Creatinine concentration (µmol/L) analysis for participants in the ITT
        population (n = 11) ............................................................................................................... 38

CONFIDENTIAL                                                                           MONSTVPX0771293

Table 33. Summary of Creatinine iAUC$_T$ and *In*(iAUC$_T$) (μmol.h/L) analysis for participants in the ITT population (n = 11) ............................................................................................................................................. 40

Table 34. Summary of Creatinine C$_{max}$ and *In*(C$_{max}$) (μmol/L) analysis for participants in the ITT population (n = 11) ....................................................................................................................................................... 40

Table 35. Summary of Creatinine T$_{max}$ (hour) analysis for participants in the ITT population (n = 11) ................. 41

Table 36. Summary of Creatinine terminal disposition rate constant (λ) (hour$^{-1}$) analysis for participants in the ITT population (n = 11) ............................................................................................................................. 41

Table 37. Summary of Creatinine terminal half life (hour) analysis for participants in the ITT population (n = 11) ................................................................................................................................................................. 41

Table 38. Creatine concentrations (μg/mL) for each subject given product A in the PP population (n = 8) ........... 42

Table 39. Creatine incremental concentrations from baseline concentrations (μg/mL) for each subject given product A in the PP population (n = 8) ...................................................................................................... 43

Table 40. Creatine concentrations (μg/mL) for each subject given product B in the PP population (n = 8) ........... 44

Table 41. Creatine incremental concentrations from baseline concentrations (μg/mL) for each subject given product B in the PP population (n = 8) ...................................................................................................... 44

Table 42. Parameter estimates of Creatine for each subject given product A in the PP population (n = 8) ........... 46

Table 43. Parameter estimates of Creatine for each subject given Product B in the PP population (n = 8) ........... 47

Table 44. Summary of Creatine AUC$_T$ and *In*(AUC$_T$) (μg.h/mL) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 48

Table 45. Summary of Creatine AUC$_I$ and *In*(AUC$_I$) (μg.h/mL) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 48

Table 46. Summary of incremental Creatine concentration (μg/mL) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 49

Table 47. Summary of Creatine iAUC$_T$ and *In*(iAUC$_T$) (μg.h/mL) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 51

Table 48. Summary of Creatine C$_{max}$ and *In*(C$_{max}$) (μg/mL) analysis for participants in the PP population (n = 8) .. 51

Table 49. Summary of Creatine T$_{max}$ (hour) analysis for participants in the PP population (n = 8) ....................... 52

Table 50. Summary of Creatine terminal disposition rate constant (λ) (hour$^{-1}$) analysis for participants in the PP population (n = 8) ................................................................................................................................. 52

Table 51. Summary of Creatine terminal half life (hour) analysis for participants in the PP population (n = 8) .... 52

Table 52. Creatinine concentrations (μmol/L) for each subject given product A in the PP population (n = 8) ....... 53

Table 53. Creatinine incremental concentrations from baseline concentrations (μmol/L) for each subject given product A in the PP population (n = 8) ...................................................................................................... 54

Table 54. Creatinine concentrations (μmol/L) for each subject given product B in the PP population (n = 8) ....... 55

Table 55. Creatinine incremental concentrations from baseline concentrations(μmol/L) for each subject given product B in the PP population (n = 8) ...................................................................................................... 55

Table 56. Parameter estimates of Creatinine for each subject given product A in the PP population (n = 8) ........ 57

Table 57. Parameter estimates of Creatinine for each subject given Product B in the PP population (n = 8) ........ 58

Table 58. Summary of Creatinine AUC$_T$ and *In*(AUC$_T$) (μmol.h/L) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 59

Table 59. Summary of Creatinine AUC$_I$ and *In*(AUC$_I$) (μmol.h/L) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 59

Table 60. Summary of incremental Creatinine concentration (μmol/L) analysis for participants in the PP population (n = 8) ...................................................................................................................................... 60

Table 61. Summary of Creatinine iAUC$_T$ and *In*(iAUC$_T$) (μmol.h/L) analysis for participants in the PP population (n = 8) ........................................................................................................................................................... 62

Page **4** of **63**

CONFIDENTIAL                                                                                                    MONSTVPX0771294

Table 62. Summary of Creatinine $C_{max}$ and $In(C_{max})$ (µmol/L) analysis for participants in the PP population (n = 8) .................................................................................................................. 62

Table 63. Summary of Creatinine $T_{max}$ (hour) analysis for participants in the PP population (n = 8) ..................... 63

Table 64. Summary of Creatinine terminal disposition rate constant (λ) (hour$^{-1}$) analysis for participants in the PP population (n = 8) ...................................................................................................... 63

Table 65. Summary of Creatinine terminal half life (hour) analysis for participants in the PP population (n = 8) . 63

## List of Figures

Figure 1. Study Design ............................................................................................................................. 6

Figure 2. Disposition of study participants .................................................................................................. 9

Figure 3. Mean plasma concentration versus time curve for Creatine for the ITT population .............................. 23

Figure 4. Mean incremental plasma concentration versus time curve for Creatine for the ITT population ............ 23

Figure 5. Mean plasma concentration versus time curve for Creatinine for the ITT population ........................... 34

Figure 6. Mean incremental plasma concentration versus time curve for Creatinine for the ITT population ........ 34

Figure 7. Mean plasma concentration versus time curve for Creatine for the PP population ............................... 45

Figure 8. Mean incremental plasma concentration versus time curve for Creatine for the PP population ........... 45

Figure 9. Mean plasma concentration versus time curve for Creatinine for the PP population ............................ 56

Figure 10: Mean incremental plasma concentration versus time curve for Creatinine for the PP population ....... 56

CONFIDENTIAL

MONSTVPX0771295

## 1. Overview

### 1.1. Study Goal

The objective of this research study is to evaluate and compare the bioavailability of creatine following a single oral dose of CrM versus CLL. The following pharmacokinetic outcomes will be evaluated independently for serum creatine and serum creatinine.

### 1.2. Study Design

This is a single-center, randomized, double-blind, comparator-controlled, crossover, 2-arm, pharmacokinetics study.



Figure 1. Study Design

Page **6** of **63**

CONFIDENTIAL                                          MONSTVPX0771296

## 1.3. Study Population
The following populations will be defined for the analyses:

**Intent-to-Treat (ITT) Population:** The ITT population consists of all subjects who received either product and on whom any post-randomization bioavailability information is available.

**Per Protocol (PP) Population:** The PP population consists of all subjects who did not have any major protocol violations and completed all study visits and procedures connected with measurement of the primary variable.

**Safety Population:** The Safety Population consists of all participants who received any amount of any study product, and on whom any post-randomization safety information is available.

## 1.4. Outcomes
1. The area under the concentration-time curve from 0 h to time of last measured concentration ($AUC_T$) of serum creatine and serum creatinine for CrM and CLL
2. The area under the concentration-time curve to infinity ($AUC_I$) of serum creatine and serum creatinine for CrM and CLL
3. The incremental AUCT ($iAUC_T$) of serum creatine and serum creatinine for CrM and CLL
4. The peak/maximum concentration ($C_{max}$) of serum creatine and serum creatinine for CrM and CLL
5. The time to peak maximum concentration ($t_{max}$) of serum creatine and serum creatinine for CrM and CLL
6. The terminal disposition rate constant ($\lambda$) of serum creatine and serum creatinine for CrM and CLL
7. The terminal half-life ($t_{1/2}$) of serum creatine and serum creatinine for CrM and CLL

## 1.5. Safety Parameters
1. Vital signs: blood pressure (BP) and heart rate (HR) following 1-day supplementation
2. Clinical chemistry: alanine aminotransferase (ALT), aspartate aminotransferase (AST), alkaline phosphatase (ALP), creatinine, electrolytes ($Na^+$, $K^+$, $Cl^-$), glucose, total bilirubin and estimated glomerular filtration rate (eGFR)
3. Complete blood count (CBC): white blood cell (WBC) count with differential (neutrophils, lymphocytes, monocytes, eosinophils, basophils), red blood cell (RBC) count, hemoglobin, hematocrit, platelet count, and RBC indices (mean corpuscular volume (MCV), mean corpuscular hemoglobin (MCH), mean corpuscular hemoglobin concentration (MCHC), red cell distribution width (RDW), and mean platelet volume (MPV)

CONFIDENTIAL                                                                                    MONSTVPX0771297

## 1.6. List of Parameters and Definitions

Table 1: Pharmacokinetic parameters and their definitions

| Parameter | Definition |
|---|---|
| $C_{max}$ | [1]Maximum observed concentration |
| $T_{max}$ | [1]Sampling time at which $C_{max}$ occurred |
| $AUC_T$ | [1]The area under the curve to the last quantifiable concentration calculated from observed data at specific time points |
| $AUC_I$ | [1]Area to infinity = $AUC_T + C_T/\lambda$ |
| $\lambda$ | [1]Terminal disposition rate constant calculated from points on the log-linear end of the concentration versus time curve |
| $t_{1/2}$ | [1]Half-life = $ln(2)/\lambda = 0.693/\lambda$ |
| $iAUC_T$ | [2]Incremental area under the curve as calculated by using the lowest measured concentration for each participant as the baseline for calculating the AUC |

[1]Health Canada. Guidance document: conduct and analysis of comparative bioavailability studies. 2018.
[2]Brouns F, Bjorck I, Frayn KN, Gibbs AL, Lang V, Slama G, Wolever TM. Glycaemic index methodology. Nutrition research reviews. 2005 Jun;18(1):145-71.

CONFIDENTIAL

MONSTVPX0771298

## 2. Study Results

## 2.1. Disposition of Study Participants



Figure 2. Disposition of study participants

CONFIDENTIAL

MONSTVPX0771299

## 2.2. Exclusions and Premature Discontinuation

Table 2. List of exclusions and premature discontinuations

| Sequence | Subject ID | Reason for Premature Discontinuation | Population Excluded From |
|---|---|---|---|
| BA | 4 | Protocol deviation | Per protocol (PP) |
| AB | 10 | Participant's request: Participant cancelled end of study visit 3 appointment due to family loss. | Per protocol (PP) |
| AB | 12 | Protocol violation | Intent to treat (ITT) & Per protocol (PP) |
| AB | 19 | Investigator's request: participant did not complete study due to poor venous flow. Last blood collection was completed at t=2.5 hr. | Per protocol (PP) |

Page **10** of **63**

CONFIDENTIAL                                        MONSTVPX0771300

Case 5:18-cv-00882-JGB-SHK Document 524-4 Filed 04/25/24 Page 219 of 328 Page ID
#:9785

## 2.3. Demographics, Vital Signs, Anthropometrics and Safety Parameters

### 2.3.1. Demographic Information – ITT Population

Table 3: Demographic information for participants in the ITT population (n =11)

| Demographic Characteristics: ITT Population | | |
|---|---|---|
| | Sequence AB | Sequence BA | Between Group P-value* |
| **Age (years)** Mean ± SD | 24.40 ± 8.50 (5) | 27.00 ± 7.87 (6) | 0.333 (I) |
| Median (Min - Max) | 22.00 (18.00 to 39.00) | 22.50 (21.00 to 39.00) | |
| **Gender [n (%)]** | | | 1.000 |
| Female | 3 (60.00%) | 3 (50.00%) | |
| Male | 2 (40.00%) | 3 (50.00%) | |
| **Race [n (%)]** | | | 0.740 |
| African | 1 (20.00%) | 0 (0.00%) | |
| African American | 0 (0.00%) | 1 (16.70%) | |
| East Asian | 0 (0.00%) | 2 (33.30%) | |
| Eastern European White | 1 (20.00%) | 1 (16.70%) | |
| Hispanic or Latino | 2 (40.00%) | 1 (16.70%) | |
| South American | 0 (0.00%) | 1 (16.70%) | |
| Western European White | 1 (20.00%) | 0 (0.00%) | |
| **Alcohol Use [n (%)]** | | | 1.000 |
| None | 2 (40.00%) | 2 (33.30%) | |
| Occasionally | 3 (60.00%) | 3 (50.00%) | |
| Weekly | 0 (0.00%) | 1 (16.70%) | |
| **Smoker [n (%)]** | | | 1.000 |
| No | 5 (100.00%) | 6 (100.00%) | |
| **Medical Marijuana Use [n (%)]** | | | 1.000 |
| No | 5 (100.00%) | 6 (100.00%) | |
| **Recreational Marijuana use [n (%)]** | | | 0.455 |
| No | 4 (80.00%) | 6 (100.00%) | |
| Yes | 1 (20.00%) | 0 (0.00%) | |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* For continuous outcomes (Age) p-values were generated using ANOVA; for categorical
outcomes, p-values were generated using Chi Square or Fisher's Exact tests as appropriate.
(I) indicates values were log-transformed prior to generating ANOVA

CONFIDENTIAL                                                          MONSTVPX0771301

### 2.3.2. Vital Signs and Anthropometric Measurements at Screening– ITT Population

Table 4. Screening vital signs and anthropometric measurements for participants in the ITT population (n = 11)

| | Screening Vital Signs & Anthropometric Measurements: ITT Population | | |
|---|---|---|---|
| | Sequence AB<br>Mean ± SD (N)<br>Median (Min - Max) | Sequence BA<br>Mean ± SD (N)<br>Median (Min - Max) | Between Group P-value* |
| Weight (kg) | 72.96 ± 10.62 (5) | 66.53 ± 13.18 (6) | 0.403 |
| | 71.20 (57.60 to 83.20) | 62.83 (56.50 to 91.60) | |
| BMI (kg/m$^2$) | 25.33 ± 2.25 (5) | 24.19 ± 2.66 (6) | 0.470 |
| | 24.74 (23.05 to 28.52) | 24.86 (20.31 to 27.56) | |
| Systolic Blood Pressure (mmHg) | 120.80 ± 9.10 (5) | 116.78 ± 8.06 (6) | 0.457 |
| | 119.00 (112.00 to 131.50) | 116.58 (103.50 to 126.33) | |
| Diastolic Blood Pressure (mmHg) | 68.80 ± 8.16 (5) | 67.44 ± 6.12 (6) | 0.760 |
| | 63.50 (62.00 to 80.00) | 66.75 (60.33 to 78.50) | |
| Heart Rate (bpm) | 68.73 ± 14.34 (5) | 67.78 ± 9.52 (6) | 0.897 |
| | 69.00 (52.67 to 90.67) | 67.17 (56.00 to 84.33) | |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* P-values were generated using ANOVA.

CONFIDENTIAL                                                    MONSTVPX0771302

## 2.3.3. Screening Clinical Chemistry and Hematology – ITT Population

Table 5. Clinical chemistry and hematology parameters for participants in the ITT population (n = 11)

| Clinical Chemistry and Hematology Parameters at Screening: ITT Population | | |
|---|---|---|
| | Sequence AB<br>Mean ± SD (N)<br>Median (Min - Max) | Sequence BA<br>Mean ± SD (N)<br>Median (Min - Max) | Between Group P-value* |
| **Fasting Glucose (mg/dL)** | 88.00 ± 3.67 (5) | 87.83 ± 4.54 (6) | 0.949 |
| | 88.00 (83.00 to 92.00) | 89.50 (80.00 to 92.00) | |
| **Creatinine Concentration (mg/dL)** | 0.76 ± 0.16 (5) | 0.82 ± 0.22 (6) | 0.503 (w) |
| | 0.65 (0.63 to 0.97) | 0.71 (0.65 to 1.11) | |
| **Estimated Glomerular Filtration Rate (mL/min/1.73m²)** | 124.00 ± 9.19 (5) | 114.67 ± 12.45 (6) | 0.199 |
| | 126.00 (108.00 to 131.00) | 115.00 (93.00 to 127.00) | |
| **Sodium (mmol/L)** | 140.20 ± 1.30 (5) | 142.17 ± 1.47 (6) | 0.045 |
| | 140.00 (139.00 to 142.00) | 142.50 (140.00 to 144.00) | |
| **Potassium (mmol/L)** | 4.82 ± 0.27 (5) | 4.43 ± 0.43 (6) | 0.114 |
| | 4.70 (4.60 to 5.20) | 4.35 (3.90 to 5.10) | |
| **Chloride (mmol/L)** | 101.60 ± 2.70 (5) | 101.00 ± 1.79 (6) | 0.669 |
| | 102.00 (97.00 to 104.00) | 100.50 (99.00 to 104.00) | |
| **Total Bilirubin (mg/dL)** | 0.58 ± 0.49 (5) | 0.63 ± 0.27 (6) | 0.822 |
| | 0.50 (0.10 to 1.30) | 0.60 (0.30 to 1.10) | |
| **Alkaline Phosphatase (ALP) (IU/L)** | 67.60 ± 10.21 (5) | 66.50 ± 26.03 (6) | 0.932 |
| | 68.00 (56.00 to 80.00) | 62.00 (42.00 to 113.00) | |
| **Aspartate Aminotransferase (AST) (IU/L)** | 18.60 ± 7.09 (5) | 17.00 ± 4.20 (6) | 0.652 |
| | 17.00 (14.00 to 31.00) | 16.50 (12.00 to 24.00) | |
| **Alanine Aminotransferase (ALT) (IU/L)** | 12.40 ± 5.64 (5) | 16.83 ± 7.22 (6) | 0.294 |
| | 11.00 (7.00 to 22.00) | 12.50 (12.00 to 28.00) | |
| **White Blood Cell Count (x10³/µL)** | 5.70 ± 1.02 (5) | 5.73 ± 1.80 (6) | 0.972 |
| | 6.20 (4.00 to 6.50) | 5.80 (3.00 to 7.60) | |
| **Red Blood Cell Count (x10⁶/µL)** | 4.63 ± 0.35 (5) | 4.75 ± 0.45 (6) | 0.647 |
| | 4.51 (4.25 to 5.15) | 4.62 (4.26 to 5.50) | |
| **Hemoglobin (g/dL)** | 13.26 ± 1.51 (5) | 13.73 ± 1.49 (6) | 0.615 |
| | 12.90 (12.10 to 15.90) | 13.50 (12.10 to 16.00) | |
| **Hematocrit (%)** | 38.84 ± 3.77 (5) | 39.88 ± 3.19 (6) | 0.630 |
| | 37.80 (35.40 to 45.30) | 39.25 (36.50 to 44.70) | |
| **Mean Corpuscular Volume (fl)** | 83.80 ± 3.77 (5) | 84.17 ± 1.83 (6) | 0.837 |
| | 84.00 (78.00 to 88.00) | 85.00 (81.00 to 86.00) | |

CONFIDENTIAL

MONSTVPX0771303

| Clinical Chemistry and Hematology Parameters at Screening: ITT Population | | |
|---|---|---|
| | Sequence AB<br>Mean ± SD (N)<br>Median (Min - Max) | Sequence BA<br>Mean ± SD (N)<br>Median (Min - Max) | Between Group P-value* |
| **Mean Corpuscular Hemoglobin (pg)** | 28.60 ± 1.71 (5)<br><br>28.60 (26.10 to 30.90) | 28.90 ± 1.03 (6)<br><br>29.20 (27.00 to 29.90) | 0.726 |
| **Mean Corpuscular Hemoglobin Concentration (g/dL)** | 34.10 ± 0.66 (5)<br><br>34.10 (33.30 to 35.10) | 34.37 ± 1.13 (6)<br><br>34.50 (32.60 to 35.80) | 0.654 |
| **Red Cell Distribution Width (%)** | 13.34 ± 0.91 (5)<br><br>13.10 (12.40 to 14.30) | 12.75 ± 0.84 (6)<br><br>12.70 (11.80 to 14.20) | 0.292 |
| **Platelet Count (x10³/µL)** | 273.00 ± 24.87 (5)<br><br>285.00 (239.00 to 298.00) | 246.67 ± 52.61 (6)<br><br>228.50 (186.00 to 322.00) | 0.334 |
| **Absolute Neutrophil Count (x10³/µL)** | 3.40 ± 0.92 (5)<br><br>3.50 (2.00 to 4.60) | 3.22 ± 1.24 (6)<br><br>2.95 (1.70 to 4.80) | 0.791 |
| **Absolute Lymphocyte Count (x10³/µL)** | 1.60 ± 0.37 (5)<br><br>1.50 (1.20 to 2.20) | 1.92 ± 0.54 (6)<br><br>2.20 (0.90 to 2.30) | 0.297 |
| **Absolute Monocyte Count (x10³/µL)** | 0.60 ± 0.40 (5)<br><br>0.50 (0.30 to 1.30) | 0.48 ± 0.22 (6)<br><br>0.40 (0.30 to 0.80) | 0.589 (l) |
| **Absolute Eosinophil Count (x10³/µL)** | 0.06 ± 0.05 (5)<br><br>0.10 (0.00 to 0.10) | 0.10 ± 0.00 (6)<br><br>0.10 (0.10 to 0.10) | 0.134 (w) |
| **Absolute Basophil Count (x10³/µL)** | 0.02 ± 0.04 (5)<br><br>0.00 (0.00 to 0.10) | 0.02 ± 0.04 (6)<br><br>0.00 (0.00 to 0.10) | 1.000 (w) |
| **Hemoglobin A1c (%)** | 5.26 ± 0.09 (5)<br><br>5.20 (5.20 to 5.40) | 5.13 ± 0.23 (6)<br><br>5.15 (4.80 to 5.50) | 0.285 |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* P-values were generated using ANOVA
(l) indicates values were log-transformed prior to generating ANOVA
(w) indicates p-values were generated using Wilcoxon Rank Sum test

CONFIDENTIAL                                                                                    MONSTVPX0771304

### 2.3.4. Demographic Information – PP Population

Table 6: Demographic information for participants in the PP population (n = 8)

| Demographic Characteristics: ITT Population | | |
|---|---|---|
| | Sequence AB | Sequence BA | Between Group P-value* |
| **Age (years)** Mean ± SD | 21.67 ± 2.52 (3) | 28.20 ± 8.17 (5) | 0.238 |
| Median (Min - Max) | 22.00 (19.00 to 24.00) | 23.00 (22.00 to 39.00) | |
| **Gender [n (%)]** | | | 0.196 |
| Female | 3 (100.00%) | 2 (40.00%) | |
| Male | 0 (0.00%) | 3 (60.00%) | |
| **Race [n (%)]** | | | 1.000 |
| African American | 0 (0.00%) | 1 (20.00%) | |
| East Asian | 0 (0.00%) | 1 (20.00%) | |
| Eastern European White | 1 (33.30%) | 1 (20.00%) | |
| Hispanic or Latino | 2 (66.70%) | 1 (20.00%) | |
| South American | 0 (0.00%) | 1 (20.00%) | |
| **Alcohol Use [n (%)]** | | | 1.000 |
| None | 1 (33.30%) | 2 (40.00%) | |
| Occasionally | 2 (66.70%) | 2 (40.00%) | |
| Weekly | 0 (0.00%) | 1 (20.00%) | |
| **Smoker [n (%)]** | | | 1.000 |
| No | 3 (100.00%) | 5 (100.00%) | |
| **Medical Marijuana Use [n (%)]** | | | 1.000 |
| No | 3 (100.00%) | 5 (100.00%) | |
| **Recreational Marijuana use [n (%)]** | | | 0.375 |
| No | 2 (66.70%) | 5 (100.00%) | |
| Yes | 1 (33.30%) | 0 (0.00%) | |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* For continuous outcomes (Age) p-values were generated using ANOVA; for categorical outcomes, p-values were generated using Chi Square or Fisher's Exact tests as appropriate.
(l) indicates values were log-transformed prior to generating ANOVA

CONFIDENTIAL                                                          MONSTVPX0771305

### 2.3.5. Vital Signs and Anthropometric Measurements at Screening– PP Population

Table 7. Screening vital signs and anthropometric measurements for participants in the PP population (n = 8)

| Screening Vital Signs & Anthropometric Measurements: ITT Population | | | |
|---|---|---|---|
| | Sequence AB Mean ± SD (N) Median (Min - Max) | Sequence BA Mean ± SD (N) Median (Min - Max) | Between Group P-value* |
| **Weight (kg)** | 66.25 ± 7.52 (3) | 68.53 ± 13.67 (5) | 0.803 |
| | 69.95 (57.60 to 71.20) | 66.15 (57.20 to 91.60) | |
| **BMI (kg/m$^2$)** | 26.28 ± 2.45 (3) | 24.97 ± 2.08 (5) | 0.446 |
| | 26.65 (23.67 to 28.52) | 25.42 (21.89 to 27.56) | |
| **Systolic Blood Pressure (mmHg)** | 117.83 ± 9.67 (3) | 119.43 ± 5.33 (5) | 0.767 |
| | 112.50 (112.00 to 129.00) | 117.67 (114.00 to 126.33) | |
| **Diastolic Blood Pressure (mmHg)** | 63.00 ± 0.87 (3) | 67.73 ± 6.80 (5) | 0.289 |
| | 63.50 (62.00 to 63.50) | 67.50 (60.33 to 78.50) | |
| **Heart Rate (bpm)** | 67.78 ± 20.16 (3) | 67.33 ± 10.58 (5) | 0.968 |
| | 60.00 (52.67 to 90.67) | 66.33 (56.00 to 84.33) | |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* P-values were generated using ANOVA.

CONFIDENTIAL MONSTVPX0771306

## 2.3.6. Screening Clinical Chemistry and Hematology – PP Population

Table 8. Clinical chemistry and hematology parameters for participants in the PP population (n = 8)

| Clinical Chemistry and Hematology Parameters at Screening: ITT Population | | |
|---|---|---|
| | Sequence AB<br>Mean ± SD (N)<br>Median (Min - Max) | Sequence BA<br>Mean ± SD (N)<br>Median (Min - Max) | Between Group P-value* |
| **Fasting Glucose (mg/dL)** | 87.33 ± 4.04 (3)<br>88.00 (83.00 to 91.00) | 87.40 ± 4.93 (5)<br>89.00 (80.00 to 92.00) | 0.985 |
| **Creatinine (mg/dL)** | 0.64 ± 0.01 (3)<br>0.65 (0.63 to 0.65) | 0.85 ± 0.23 (5)<br>0.77 (0.65 to 1.11) | 0.112 (w) |
| **Estimated Glomerular Filtration Rate (mL/min/1.73m²)** | 127.00 ± 1.73 (3)<br>126.00 (126.00 to 129.00) | 112.20 ± 12.17 (5)<br>112.00 (93.00 to 126.00) | 0.089 |
| **Sodium (mmol/L)** | 140.00 ± 1.00 (3)<br>140.00 (139.00 to 141.00) | 142.00 ± 1.58 (5)<br>142.00 (140.00 to 144.00) | 0.101 |
| **Potassium (mmol/L)** | 4.63 ± 0.06 (3)<br>4.60 (4.60 to 4.70) | 4.30 ± 0.31 (5)<br>4.20 (3.90 to 4.70) | 0.122 |
| **Chloride (mmol/L)** | 101.33 ± 3.79 (3)<br>103.00 (97.00 to 104.00) | 101.00 ± 2.00 (5)<br>100.00 (99.00 to 104.00) | 0.873 |
| **Total Bilirubin (mg/dL)** | 0.63 ± 0.61 (3)<br>0.50 (0.10 to 1.30) | 0.66 ± 0.29 (5)<br>0.60 (0.30 to 1.10) | 0.934 |
| **Alkaline Phosphatase (ALP) (IU/L)** | 61.00 ± 6.24 (3)<br>59.00 (56.00 to 68.00) | 70.80 ± 26.61 (5)<br>67.00 (42.00 to 113.00) | 0.565 |
| **Aspartate Aminotransferase (AST) (IU/L)** | 15.00 ± 1.73 (3)<br>14.00 (14.00 to 17.00) | 17.60 ± 4.39 (5)<br>17.00 (12.00 to 24.00) | 0.376 |
| **Alanine Aminotransferase (ALT) (IU/L)** | 9.67 ± 2.31 (3)<br>11.00 (7.00 to 11.00) | 17.80 ± 7.63 (5)<br>13.00 (12.00 to 28.00) | 0.131 |
| **White Blood Cell Count (x10³/µL)** | 6.10 ± 0.53 (3)<br>6.30 (5.50 to 6.50) | 5.38 ± 1.76 (5)<br>5.10 (3.00 to 7.60) | 0.527 |
| **Red Blood Cell Count (x10⁶/µL)** | 4.52 ± 0.27 (3)<br>4.51 (4.25 to 4.79) | 4.85 ± 0.42 (5)<br>4.68 (4.48 to 5.50) | 0.277 |
| **Hemoglobin (g/dL)** | 12.50 ± 0.40 (3)<br>12.50 (12.10 to 12.90) | 13.98 ± 1.52 (5)<br>14.00 (12.10 to 16.00) | 0.160 |
| **Hematocrit (%)** | 36.90 ± 1.31 (3)<br>37.50 (35.40 to 37.80) | 40.56 ± 3.05 (5)<br>39.90 (37.10 to 44.70) | 0.102 |
| **Mean Corpuscular Volume (fl)** | 81.67 ± 3.21 (3)<br>83.00 (78.00 to 84.00) | 83.80 ± 1.79 (5)<br>85.00 (81.00 to 85.00) | 0.262 |
| **Mean Corpuscular Hemoglobin (pg)** | 27.73 ± 1.42 (3) | 28.82 ± 1.13 (5) | 0.272 |

CONFIDENTIAL                                                                      MONSTVPX0771307

| Clinical Chemistry and Hematology Parameters at Screening: ITT Population | | | |
|---|---|---|---|
| | Sequence AB<br>Mean ± SD (N)<br>Median (Min - Max) | Sequence BA<br>Mean ± SD (N)<br>Median (Min - Max) | Between Group P-value* |
| | 28.50 (26.10 to 28.60) | 29.10 (27.00 to 29.90) | |
| Mean Corpuscular Hemoglobin Concentration (g/dL) | 33.87 ± 0.49 (3) | 34.40 ± 1.26 (5) | 0.519 |
| | 34.10 (33.30 to 34.20) | 34.80 (32.60 to 35.80) | |
| Red Cell Distribution Width (%) | 13.27 ± 0.96 (3) | 12.88 ± 0.86 (5) | 0.577 |
| | 13.10 (12.40 to 14.30) | 12.70 (11.80 to 14.20) | |
| Platelet Count (x$10^3$/µL) | 275.00 ± 31.58 (3) | 248.60 ± 58.58 (5) | 0.507 |
| | 288.00 (239.00 to 298.00) | 220.00 (186.00 to 322.00) | |
| Absolute Neutrophil Count (x$10^3$/µL) | 3.83 ± 0.67 (3) | 2.90 ± 1.08 (5) | 0.232 |
| | 3.50 (3.40 to 4.60) | 2.50 (1.70 to 4.50) | |
| Absolute Lymphocyte Count (x$10^3$/µL) | 1.73 ± 0.40 (3) | 1.86 ± 0.59 (5) | 0.756 |
| | 1.50 (1.50 to 2.20) | 2.20 (0.90 to 2.30) | |
| Absolute Monocyte Count (x$10^3$/µL) | 0.47 ± 0.06 (3) | 0.48 ± 0.25 (5) | 0.932 |
| | 0.50 (0.40 to 0.50) | 0.30 (0.30 to 0.80) | |
| Absolute Eosinophil Count (x$10^3$/µL) | 0.07 ± 0.06 (3) | 0.10 ± 0.00 (5) | 0.302 (w) |
| | 0.10 (0.00 to 0.10) | 0.10 (0.10 to 0.10) | |
| Absolute Basophil Count (x$10^3$/µL) | 0.00 ± 0.00 (3) | 0.02 ± 0.04 (5) | 0.606 (w) |
| | 0.00 (0.00 to 0.00) | 0.00 (0.00 to 0.10) | |
| Hemoglobin A1c (%) | 5.23 ± 0.06 (3) | 5.14 ± 0.26 (5) | 0.575 |
| | 5.20 (5.20 to 5.30) | 5.20 (4.80 to 5.50) | |

n, number; SD, standard deviation; Min, minimum; Max, maximum.
* P-values were generated using ANOVA
(l) indicates values were log-transformed prior to generating ANOVA
(w) indicates p-values were generated using Wilcoxon Rank Sum test

CONFIDENTIAL

MONSTVPX0771308

### 2.3.7. Randomization Table

Table 9 Randomization scheme of the crossover design for the comparison of product A versus product B

| Randomization Table | | | | |
|---|---|---|---|---|
| Subject | | | Period | |
| Number | ID | Sequence | Period I | Period II |
| 120010 | 1 | BA | Product B | Product A |
| 120001 | 3 | AB | Product A | Product B |
| 120007 | 4 | BA | Product B | Product A |
| 120002 | 6 | AB | Product A | Product B |
| 120016 | 10 | AB | Product A | Product B |
| 120013 | 12 | AB | Product A | Product B |
| 120005 | 14 | BA | Product B | Product A |
| 120008 | 15 | BA | Product B | Product A |
| 120009 | 16 | BA | Product B | Product A |
| 120011 | 17 | BA | Product B | Product A |
| 120003 | 18 | AB | Product A | Product B |
| 120015 | 19 | AB | Product A | Product B |

CONFIDENTIAL                                                                    MONSTVPX0771309

## 2.4. Pharmacokinetic Analysis of the ITT Population

### 2.4.1. Creatine

#### 2.4.1.1. Plasma Concentrations

Table 10. Creatine concentrations (μg/mL) for each subject given product A in the ITT population (n = 11)

| | | | Creatine Concentrations (μg/mL) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 3.538 | 25.457 | 48.135 | 56.869 | 52.076 | 54.580 | 39.508 | 30.120 | 18.193 | 9.215 |
| 3 | AB | 1 | 4.820 | 101.355 | 154.666 | 125.736 | 92.595 | 85.481 | 61.136 | 37.643 | 26.452 | 17.305 |
| 4 | BA | 2 | 3.370 | 67.825 | 127.179 | 141.245 | 112.086 | 94.599 | 83.448 | 52.684 | 37.393 | 22.073 |
| 6 | AB | 1 | 1.026 | 55.870 | 118.982 | 83.067 | 66.727 | 51.676 | 43.401 | 19.689 | 8.328 | 6.741 |
| 10 | AB | 1 | 1.048 | 54.230 | 84.289 | 74.704 | 57.926 | 58.077 | 44.710 | 23.461 | 12.468 | 7.101 |
| 14 | BA | 2 | 2.496 | 85.809 | 145.243 | 130.532 | 99.966 | 94.677 | 78.877 | 43.505 | 27.725 | 17.206 |
| 15 | BA | 2 | 0.912 | 11.934 | 34.071 | 27.400 | 18.261 | 13.958 | 14.101 | 6.397 | 3.749 | 2.534 |
| 16 | BA | 2 | 5.047 | 84.086 | 150.685 | 145.871 | 102.346 | 87.038 | 72.113 | 44.656 | 30.551 | 22.198 |
| 17 | BA | 2 | 4.776 | 127.230 | 136.753 | 121.224 | 91.696 | 80.539 | 53.470 | 33.944 | 22.058 | No data |
| 18 | AB | 1 | 2.566 | 36.504 | 116.729 | 135.700 | 107.713 | 94.268 | 75.205 | 42.400 | 26.249 | 17.409 |
| 19 | AB | 1 | 1.766 | 45.813 | 106.246 | 79.137 | 56.993 | 46.372 | No data | No data | No data | No data |
| MEAN | No data | No data | 2.851 | 63.283 | 111.180 | 101.953 | 78.035 | 69.206 | 56.597 | 33.450 | 21.317 | 13.531 |
| STD | No data | No data | 1.577 | 34.244 | 40.350 | 39.466 | 29.551 | 26.176 | 21.726 | 13.851 | 10.548 | 7.227 |
| CV (%) | No data | No data | 55.31 | 54.11 | 36.29 | 38.71 | 37.87 | 37.82 | 38.39 | 41.41 | 49.48 | 53.41 |

STD is standard deviation. CV (%) is coefficient of variation.
Creatine concentrations below the LLOQ (5 μg/mL) are estimated results and for reference only

CONFIDENTIAL                                                                     MONSTVPX0771310

Table 11. Creatine incremental concentrations from baseline concentrations (μg/mL) for each subject given product A in the ITT population (n = 11)

| | | | Creatine Concentrations adjusting for baseline concentrations (μg/mL) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 0.000 | 21.919 | 44.597 | 53.331 | 48.538 | 51.042 | 35.970 | 26.582 | 14.655 | 5.677 |
| 3 | AB | 1 | 0.000 | 96.535 | 149.846 | 120.916 | 87.775 | 80.661 | 56.316 | 32.823 | 21.632 | 12.485 |
| 4 | BA | 2 | 0.000 | 64.455 | 123.809 | 137.875 | 108.716 | 91.229 | 80.078 | 49.314 | 34.023 | 18.703 |
| 6 | AB | 1 | 0.000 | 54.844 | 117.956 | 82.041 | 65.701 | 50.650 | 42.375 | 18.663 | 7.302 | 5.715 |
| 10 | AB | 1 | 0.000 | 53.182 | 83.241 | 73.656 | 56.878 | 57.029 | 43.662 | 22.413 | 11.420 | 6.053 |
| 14 | BA | 2 | 0.000 | 83.313 | 142.747 | 128.036 | 97.470 | 92.181 | 76.381 | 41.009 | 25.229 | 14.710 |
| 15 | BA | 2 | 0.000 | 11.022 | 33.159 | 26.488 | 17.349 | 13.046 | 13.189 | 5.485 | 2.837 | 1.622 |
| 16 | BA | 2 | 0.000 | 79.039 | 145.638 | 140.824 | 97.299 | 81.991 | 67.066 | 39.609 | 25.504 | 17.151 |
| 17 | BA | 2 | 0.000 | 122.454 | 131.977 | 116.448 | 86.920 | 75.763 | 48.694 | 29.168 | 17.282 | No data |
| 18 | AB | 1 | 0.000 | 33.938 | 114.163 | 133.134 | 105.147 | 91.702 | 72.639 | 39.834 | 23.683 | 14.843 |
| 19 | AB | 1 | 0.000 | 44.047 | 104.480 | 77.371 | 55.227 | 44.606 | No data | No data | No data | No data |
| MEAN | No data | No data | 0.000 | 60.432 | 108.328 | 99.102 | 75.184 | 66.355 | 53.637 | 30.490 | 18.357 | 10.773 |
| STD | No data | No data | 0.000 | 33.189 | 39.474 | 38.464 | 28.605 | 25.197 | 20.987 | 12.859 | 9.480 | 6.084 |
| CV (%) | No data | No data | 0.00 | 54.92 | 36.44 | 38.81 | 38.05 | 37.97 | 39.13 | 42.17 | 51.64 | 56.47 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771311

Table 12. Creatine concentrations (µg/mL) for each subject given product B in the ITT population (n = 11)

| ID | Sequence | Period | Creatine Concentrations (µg/mL) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 2.068 | 1.540 | 1.393 | 1.035 | 1.006 | 2.376 | 3.107 | 2.963 | 2.439 | 2.453 |
| 3 | AB | 2 | 6.003 | 5.662 | 4.305 | 5.383 | 5.284 | 6.026 | 6.613 | 5.390 | 5.044 | 3.905 |
| 4 | BA | 1 | 4.011 | 3.137 | 3.712 | 3.802 | 3.671 | 8.027 | 7.242 | 6.711 | 4.454 | 3.278 |
| 6 | AB | 2 | 2.361 | 2.592 | 2.127 | 2.238 | 2.897 | 2.481 | 4.931 | 3.286 | 3.230 | 2.377 |
| 14 | BA | 1 | 2.400 | 2.716 | 3.131 | 2.877 | 2.807 | 5.392 | 5.059 | 4.738 | 4.509 | 2.911 |
| 15 | BA | 1 | 1.016 | 0.891 | 1.219 | 1.564 | 1.121 | 1.896 | 2.201 | 1.530 | 1.986 | 1.115 |
| 16 | BA | 1 | 4.354 | 5.840 | 3.999 | 4.504 | 4.024 | 6.712 | 7.727 | 5.539 | 6.214 | 4.080 |
| 17 | BA | 1 | 3.024 | 2.994 | 3.073 | 3.014 | 2.966 | 6.935 | 5.419 | 4.289 | 3.736 | 3.240 |
| 18 | AB | 2 | 4.285 | 3.471 | 2.920 | 3.307 | 2.703 | 4.695 | 6.194 | 3.802 | 4.228 | 3.098 |
| MEAN | No data | No data | 3.280 | 3.205 | 2.875 | 3.080 | 2.942 | 4.949 | 5.388 | 4.250 | 3.982 | 2.940 |
| STD | No data | No data | 1.516 | 1.652 | 1.096 | 1.376 | 1.338 | 2.235 | 1.828 | 1.559 | 1.307 | 0.891 |
| CV (%) | No data | No data | 46.22 | 51.54 | 38.12 | 44.68 | 45.48 | 45.16 | 33.93 | 36.68 | 32.82 | 30.31 |

STD is standard deviation. CV (%) is coefficient of variation.
Creatine concentrations below the LLOQ (5 µg/mL) are estimated results and for reference only

Table 13. Creatine incremental concentrations from baseline concentrations (µg/mL) for each subject given product B in the ITT population (n = 11)

| ID | Sequence | Period | Creatine Concentrations adjusting for baseline concentrations (µg/mL) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 0.000 | -0.528 | -0.675 | -1.033 | -1.062 | 0.308 | 1.039 | 0.895 | 0.371 | 0.385 |
| 3 | AB | 2 | 0.000 | -0.341 | -1.698 | -0.620 | -0.719 | 0.023 | 0.610 | -0.613 | -0.959 | -2.098 |
| 4 | BA | 1 | 0.000 | -0.874 | -0.299 | -0.209 | -0.340 | 4.016 | 3.231 | 2.700 | 0.443 | -0.733 |
| 6 | AB | 2 | 0.000 | 0.231 | -0.234 | -0.123 | 0.536 | 0.120 | 2.570 | 0.925 | 0.869 | 0.016 |
| 14 | BA | 1 | 0.000 | 0.316 | 0.731 | 0.477 | 0.407 | 2.992 | 2.659 | 2.338 | 2.109 | 0.511 |
| 15 | BA | 1 | 0.000 | -0.125 | 0.203 | 0.548 | 0.105 | 0.880 | 1.185 | 0.514 | 0.970 | 0.099 |
| 16 | BA | 1 | 0.000 | 1.486 | -0.355 | 0.150 | -0.330 | 2.358 | 3.373 | 1.185 | 1.860 | -0.274 |
| 17 | BA | 1 | 0.000 | -0.030 | 0.049 | -0.010 | -0.058 | 3.911 | 2.395 | 1.265 | 0.712 | 0.216 |
| 18 | AB | 2 | 0.000 | -0.814 | -1.365 | -0.978 | -1.582 | 0.410 | 1.909 | -0.483 | -0.057 | -1.187 |
| MEAN | No data | No data | 0.000 | -0.075 | -0.405 | -0.200 | -0.338 | 1.669 | 2.108 | 0.970 | 0.702 | -0.341 |
| STD | No data | No data | 0.000 | 0.720 | 0.756 | 0.576 | 0.690 | 1.656 | 0.984 | 1.109 | 0.931 | 0.855 |
| CV (%) | No data | No data | 0.00 | -960.00 | -186.67 | -288.00 | -204.14 | 99.22 | 46.68 | 114.33 | 132.62 | -250.73 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771312

### 2.4.1.2.      Mean concentration versus time profile



Figure 3. Mean plasma concentration versus time curve for Creatine for the ITT population



Figure 4. Mean incremental plasma concentration versus time curve for Creatine for the ITT population

Page **23** of **63**

CONFIDENTIAL                                                    MONSTVPX0771313

### 2.4.1.3. PK Parameter Estimates for Each Subject

Table 14. Parameter estimates of Creatine for each subject given product A in the ITT population (n = 11)

| ID | Sequence | Period | Product A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $AUC_T$ ($\mu$g.h/mL) | $ln(AUC_T)$ ($\mu$g.h/mL) | $AUC_I$ ($\mu$g.h/mL) | $ln(AUC_I)$ ($\mu$g.h/mL) | $iAUC_T$ ($\mu$g.h/mL) | $ln(iAUC_T)$ ($\mu$g.h/mL) | $C_{max}$ ($\mu$g/mL) | $ln(C_{max})$ ($\mu$g/mL) | $T_{max}$ (h) | $\lambda$ ($h^{-1}$) | $t_{1/2}$ (h) |
| 1 | BA | 2 | 201.99 | 5.31 | 224.32 | 5.41 | 180.77 | 5.22 | 56.869 | 4.041 | 1.5 | 0.39 | 1.79 |
| 3 | AB | 1 | 399.72 | 5.99 | 434.81 | 6.07 | 370.80 | 5.93 | 154.666 | 5.041 | 1.0 | 0.46 | 1.51 |
| 4 | BA | 2 | 436.01 | 6.08 | 487.46 | 6.19 | 415.79 | 6.04 | 141.245 | 4.950 | 1.5 | 0.41 | 1.70 |
| 6 | AB | 1 | 252.36 | 5.53 | 262.53 | 5.57 | 246.20 | 5.53 | 118.982 | 4.779 | 1.0 | 0.50 | 1.38 |
| 10 | AB | 1 | 237.89 | 5.47 | 251.07 | 5.53 | 231.60 | 5.47 | 84.289 | 4.434 | 1.0 | 0.46 | 1.51 |
| 14 | BA | 2 | 417.73 | 6.03 | 453.69 | 6.12 | 402.75 | 6.01 | 145.243 | 4.978 | 1.0 | 0.44 | 1.58 |
| 15 | BA | 2 | 75.03 | 4.32 | 79.50 | 4.38 | 69.56 | 4.31 | 34.071 | 3.528 | 1.0 | 0.47 | 1.48 |
| 16 | BA | 2 | 426.67 | 6.06 | 475.02 | 6.16 | 396.38 | 5.99 | 150.685 | 5.015 | 1.0 | 0.44 | 1.59 |
| 17 | BA | 2 | 376.02 | 5.93 | 403.76 | 6.00 | 349.75 | 5.87 | 136.753 | 4.918 | 1.0 | 0.54 | 1.28 |
| 18 | AB | 1 | 379.86 | 5.94 | 418.91 | 6.04 | 364.46 | 5.91 | 135.700 | 4.910 | 1.5 | 0.41 | 1.68 |
| 19 | AB | 1 | 237.28 | 5.47 | 196.69 | 5.28 | 229.77 | 5.46 | 106.246 | 4.666 | 1.0 | 1.12 | 0.62 |
| MEAN | No data | No data | 312.78 | 5.65 | 335.25 | 5.71 | 296.17 | 5.61 | 114.977 | 4.660 | 1.1 | 0.51 | 1.47 |
| STD | No data | No data | 117.89 | 0.52 | 136.98 | 0.55 | 111.61 | 0.51 | 40.393 | 0.481 | 0.2 | 0.21 | 0.32 |
| CV (%) | No data | No data | 37.69 | 9.28 | 40.86 | 9.66 | 37.68 | 9.16 | 35.13 | 10.32 | 20.60 | 40.43 | 21.56 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL
MONSTVPX0771314

Table 15. Parameter estimates of Creatine for each subject given Product B in the ITT population (n = 11)

| ID | Sequence | Period | Product B | | | | | | | | | | |
|----|----------|--------|-----------|---|---|---|---|---|---|---|---|---|---|
| | | | $AUC_T$ (µg.h/mL) | $ln(AUC_T)$ (µg.h/mL) | $AUC_l$ (µg.h/mL) | $ln(AUC_l)$ (µg.h/mL) | $iAUC_T$ (µg.h/mL) | $ln(iAUC_T)$ (µg.h/mL) | $C_{max}$ (µg/mL) | $ln(C_{max})$ (µg/mL) | $T_{max}$ (h) | $\lambda$ (h⁻¹) | $t_{1/2}$ (h) |
| 1 | BA | 1 | 13.15 | 2.58 | 21.40 | 3.06 | 0.74 | 1.72 | 3.107 | 1.134 | 3.0 | 0.30 | 2.34 |
| 3 | AB | 2 | 32.18 | 3.47 | 43.53 | 3.77 | -3.84 | 0.00 | 6.613 | 1.889 | 3.0 | 0.34 | 2.03 |
| 4 | BA | 1 | 30.41 | 3.41 | 40.49 | 3.70 | 6.35 | 2.41 | 8.027 | 2.083 | 2.5 | 0.32 | 2.16 |
| 6 | AB | 2 | 18.16 | 2.90 | 25.54 | 3.24 | 3.99 | 2.18 | 4.931 | 1.596 | 3.0 | 0.32 | 2.18 |
| 14 | BA | 1 | 23.56 | 3.16 | 32.84 | 3.49 | 9.16 | 2.64 | 5.392 | 1.685 | 2.5 | 0.31 | 2.22 |
| 15 | BA | 1 | 9.32 | 2.23 | 12.82 | 2.55 | 3.23 | 2.09 | 2.201 | 0.789 | 3.0 | 0.31 | 2.22 |
| 16 | BA | 1 | 33.22 | 3.50 | 45.61 | 3.82 | 7.09 | 2.48 | 7.727 | 2.045 | 3.0 | 0.32 | 2.13 |
| 17 | BA | 1 | 23.96 | 3.18 | 33.94 | 3.52 | 5.81 | 2.37 | 6.935 | 1.937 | 2.5 | 0.32 | 2.15 |
| 18 | AB | 2 | 23.84 | 3.17 | 33.20 | 3.50 | -1.87 | 1.09 | 6.194 | 1.824 | 3.0 | 0.33 | 2.13 |
| MEAN | No data | No data | 23.09 | 3.07 | 32.15 | 3.41 | 3.41 | 1.89 | 5.681 | 1.664 | 2.8 | 0.32 | 2.17 |
| STD | No data | No data | 8.31 | 0.43 | 10.71 | 0.40 | 4.31 | 0.85 | 1.993 | 0.436 | 0.3 | 0.01 | 0.09 |
| CV (%) | No data | No data | 36.00 | 13.99 | 33.32 | 11.83 | 126.62 | 45.07 | 35.08 | 26.20 | 8.82 | 3.75 | 3.91 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771315

Case 5:18-cv-03882-JGB-SHK Document 524-4 Filed 04/24/24 Page 234 of 328 Page ID
#:9800

#### 2.4.1.4.     Primary Outcomes

Table 16. Summary of Creatine $AUC_T$ and $ln(AUC_T)$ ($\mu g.h/mL$) analysis for participants in the ITT population (n = 11)

| Creatine $AUC_T$ ($\mu g.h/mL$): ITT Population | | | | |
|---|---|---|---|---|
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $AUC_T$ | Mean ± SD (N) | 675.91 ± 312.22 (11) | 84.82 ± 26.69 (9) |
| | | Median (Min-Max) | 763.13 (128.24 to 1211.09) | 88.90 (32.74 to 118.90) |
| | | CV (%) | 46.19 | 31.47 |
| Creatine $ln(AUC_T)$ ($\mu g.h/mL$): ITT Population | | | | |
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $ln(AUC_T)$ | Mean ± SD (N) | 6.37 ± 0.63 (11) | 4.38 ± 0.39 (9) |
| | | Median (Min-Max) | 6.64 (4.85 to 7.10) | 4.49 (3.49 to 4.78) |
| | | CV (%) | 9.89 | 8.90 |
| **Effects** | **Num df*** | **Den df**** | **F Value** | **Prob > F**** |
| Seq | 1 | 9 | 2.63 | 0.139 |
| Period | 1 | 7 | 41.39 | <0.001 |
| Form | 1 | 7 | 340.91 | <0.001 |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) indicates values were ranked before running ANCOVA

Table 17. Summary of Creatine $AUC_I$ and $ln(AUC_I)$ ($\mu g.h/mL$) analysis for participants in the ITT population (n = 11)

| Creatine $AUC_I$ ($\mu g.h/mL$): ITT Population | | | | |
|---|---|---|---|---|
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $AUC_I$ | Mean ± SD (N) | 317.82 ± 131.50 (11) | 25.48 ± 9.08 (9) |
| | | Median (Min-Max) | 381.20 (77.26 to 459.53) | 26.25 (10.27 to 36.56) |
| | | CV (%) | 41.38 | 35.64 |
| Creatine $ln(AUC_I)$ ($\mu g.h/mL$): ITT Population | | | | |
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $ln(AUC_I)$ | Mean ± SD (N) | 5.65 ± 0.56 (11) | 3.17 ± 0.43 (9) |
| | | Median (Min-Max) | 5.94 (4.35 to 6.13) | 3.27 (2.33 to 3.60) |
| | | CV (%) | 9.91 | 13.56 |
| **Effects** | **Num df*** | **Den df**** | **F Value** | **Prob > F**** |
| Seq | 1 | 9 | 2.23 | 0.169 |
| Period | 1 | 7 | 102.56 | <0.001 |
| Form | 1 | 7 | 885.09 | <0.001 |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) indicates values were ranked before running ANCOVA

CONFIDENTIAL                                                                MONSTVPX0771316

Table 18. Summary of incremental Creatine concentration (µg/mL) analysis for participants in the ITT population (n = 11)

| Time (h) | Product A<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value<br>LS Mean (SEM)<br>95% Confidence Interval | Product B<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value<br>LS Mean (SEM)<br>95% Confidence Interval | Between Group P-value* |
|---|---|---|---|
| **Creatine concentration (µg/mL): ITT Population** | | | |
| 0 h | 2.85 ± 1.58 (11) | 3.28 ± 1.52 (9) | 0.322 |
| | 2.57 (0.91 to 5.05) | 3.02 (1.02 to 6.00) | |
| 0.5 h | 63.28 ± 34.24 (11) | 3.20 ± 1.65 (9) | <0.001 (l) |
| | 55.87 (11.93 to 127.23) | 2.99 (0.89 to 5.84) | |
| 1 h | 111.18 ± 40.35 (11) | 2.88 ± 1.10 (9) | <0.001 (w) |
| | 118.98 (34.07 to 154.67) | 3.07 (1.22 to 4.30) | |
| 1.5 h | 101.95 ± 39.47 (11) | 3.08 ± 1.38 (9) | <0.001 (w) |
| | 121.22 (27.40 to 145.87) | 3.01 (1.03 to 5.38) | |
| 2 h | 78.03 ± 29.55 (11) | 2.94 ± 1.34 (9) | <0.001 (w) |
| | 91.70 (18.26 to 112.09) | 2.90 (1.01 to 5.28) | |
| 2.5 h | 69.21 ± 26.18 (11) | 4.95 ± 2.24 (9) | <0.001 (w) |
| | 80.54 (13.96 to 94.68) | 5.39 (1.90 to 8.03) | |
| 3 h | 56.60 ± 21.73 (10) | 5.39 ± 1.83 (9) | <0.001 (l) |
| | 57.30 (14.10 to 83.45) | 5.42 (2.20 to 7.73) | |
| 4 h | 33.45 ± 13.85 (10) | 4.25 ± 1.56 (9) | <0.001 (l) |
| | 35.79 (6.40 to 52.68) | 4.29 (1.53 to 6.71) | |
| 5 h | 21.32 ± 10.55 (10) | 3.98 ± 1.31 (9) | <0.001 (l) |
| | 24.15 (3.75 to 37.39) | 4.23 (1.99 to 6.21) | |
| 6 h | 13.53 ± 7.23 (9) | 2.94 ± 0.89 (9) | <0.001 (l) |
| | 17.21 (2.53 to 22.20) | 3.10 (1.12 to 4.08) | |
| **Change from 0 h to 0.5 h** | 60.43 ± 33.19 (11) | -0.08 ± 0.72 (9) | <0.001 (l) |
| Mean ± SD (N) | 54.84 (11.02 to 122.45) | -0.12 (-0.87 to 1.49) | |
| Median (Min - Max) | <0.001 | 0.761 | |
| LS Mean (SEM) | 55.76 (1.13) | 2.62 (1.14) | |
| 95% Confidence Interval | 42.51, 73.13 | 1.95, 3.52 | |
| **Change from 0 h to 1 h** | 108.33 ± 39.47 (11) | -0.40 ± 0.76 (9) | <0.001 (l) |
| Mean ± SD (N) | 117.96 (33.16 to 149.85) | -0.30 (-1.70 to 0.73) | |
| Median (Min - Max) | 0.001 (w) | 0.147 | |
| LS Mean (SEM) | 105.16 (1.13) | 2.30 (1.14) | |
| 95% Confidence Interval | 80.18, 137.94 | 1.71, 3.08 | |
| **Change from 0 h to 1.5 h** | 99.10 ± 38.46 (11) | -0.20 ± 0.58 (9) | <0.001 (l) |
| Mean ± SD (N) | 116.45 (26.49 to 140.82) | -0.12 (-1.03 to 0.55) | |
| Median (Min - Max) | 0.001 (w) | 0.329 | |
| LS Mean (SEM) | 95.93 (1.13) | 2.53 (1.14) | |
| 95% Confidence Interval | 73.14, 125.82 | 1.88, 3.39 | |
| **Change from 0 h to 2 h** | 75.18 ± 28.60 (11) | -0.34 ± 0.69 (9) | <0.001 (l) |
| Mean ± SD (N) | 86.92 (17.35 to 108.72) | -0.33 (-1.58 to 0.54) | |

CONFIDENTIAL                                                           MONSTVPX0771317

| | | | |
|---|---|---|---|
| Median (Min - Max) | 0.001 (w) | 0.180 | |
| LS Mean (SEM) | 73.55 (1.13) | 2.37 (1.14) | |
| 95% Confidence Interval | 56.08, 96.47 | 1.77, 3.19 | |
| **Change from 0 h to 2.5 h** | 66.35 ± 25.20 (11) | 1.67 ± 1.66 (9) | <0.001 (l) |
| Mean ± SD (N) | 75.76 (13.05 to 92.18) | 0.88 (0.02 to 4.02) | |
| Median (Min - Max) | 0.001 (w) | 0.016 | |
| LS Mean (SEM) | 64.94 (1.13) | 4.02 (1.14) | |
| 95% Confidence Interval | 49.51, 85.17 | 2.99, 5.39 | |
| **Change from 0 h to 3 h** | 53.64 ± 20.99 (10) | 2.11 ± 0.98 (9) | <0.001 (l) |
| Mean ± SD (N) | 52.51 (13.19 to 80.08) | 2.39 (0.61 to 3.37) | |
| Median (Min - Max) | 0.002 (w) | <0.001 | |
| LS Mean (SEM) | 52.88 (1.13) | 4.55 (1.14) | |
| 95% Confidence Interval | 39.91, 70.07 | 3.39, 6.11 | |
| **Change from 0 h to 4 h** | 30.49 ± 12.86 (10) | 0.97 ± 1.11 (9) | <0.001 (l) |
| Mean ± SD (N) | 31.00 (5.49 to 49.31) | 0.92 (-0.61 to 2.70) | |
| Median (Min - Max) | <0.001 | 0.030 | |
| LS Mean (SEM) | 30.97 (1.13) | 3.49 (1.14) | |
| 95% Confidence Interval | 23.37, 41.04 | 2.60, 4.68 | |
| **Change from 0 h to 5 h** | 18.36 ± 9.48 (10) | 0.70 ± 0.93 (9) | <0.001 (l) |
| Mean ± SD (N) | 19.46 (2.84 to 34.02) | 0.71 (-0.96 to 2.11) | |
| Median (Min - Max) | <0.001 | 0.054 | |
| LS Mean (SEM) | 19.40 (1.13) | 3.28 (1.14) | |
| 95% Confidence Interval | 14.64, 25.71 | 2.44, 4.40 | |
| **Change from 0 h to 6 h** | 10.77 ± 6.08 (9) | -0.34 ± 0.85 (9) | <0.001 (l) |
| Mean ± SD (N) | 12.48 (1.62 to 18.70) | 0.02 (-2.10 to 0.51) | |
| Median (Min - Max) | <0.001 | 0.266 | |
| LS Mean (SEM) | 12.92 (1.14) | 2.30 (1.14) | |
| 95% Confidence Interval | 9.64, 17.32 | 1.72, 3.09 | |

n, number; SD, standard deviation; Min, minimum; Max, maximum; SEM, standard error of the mean; LS Mean, lease squares mean

* P-values were generated using Mixed Model ANCOVA with sequence and period as fixed effects and subject as random effect
(l) indicates values were log transformed before running ANCOVA
(w) indicates Wilcoxon Rank Sum test for between group p-values and Wilcoxon Signed Rank test for within group p-values

Page **28** of **63**

CONFIDENTIAL

MONSTVPX0771318

Table 19. Summary of Creatine $iAUC_T$ and $ln(iAUC_T)$ ($\mu g.h/mL$) analysis for participants in the ITT population (n = 11)

| | PK Parameter | Statistics Parameter | Product A | Product B |
|---|---|---|---|---|
| | | **Creatine $iAUC_T$ ($\mu g.h/mL$): ITT Population** | | |
| | $iAUC_T$ | Mean ± SD (N) | 297.59 ± 121.07 (9) | 3.41 ± 4.31 (9) |
| | | Median (Min-Max) | 364.46 (69.56 to 415.79) | 3.99 (-3.84 to 9.16) |
| | | CV (%) | 40.68 | 126.39 |
| | | **Creatine $ln(iAUC_T)$ ($\mu g.h/mL$): ITT Population** | | |
| | $ln(iAUC_T)$ | Mean ± STD (n) | 5.60 ± 0.57 (9) | 1.89 ± 0.85 (9) |
| | | Median (Min–Max) | 5.91 (4.31 to 6.04) | 2.18 (0.00 to 2.64) |
| | | CV (%) | 10.18 | 44.97 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 8 | 0.00 | 0.969 |
| Period | 1 | 6 | 0.56 | 0.484 |
| Form | 1 | 6 | 185.64 | <0.001 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) indicates values were ranked before running ANCOVA

Table 20. Summary of Creatine $C_{max}$ and $ln(C_{max})$ ($\mu g/mL$) analysis for participants in the ITT population (n = 11)

| | PK Parameter | Statistics Parameter | Product A | Product B |
|---|---|---|---|---|
| | | **Creatine $C_{max}$ ($\mu g/mL$): ITT Population** | | |
| | $C_{max}$ | Mean ± SD (N) | 114.98 ± 40.39 (11) | 5.68 ± 1.99 (9) |
| | | Median (Min-Max) | 135.70 (34.07 to 154.67) | 6.19 (2.20 to 8.03) |
| | | CV (%) | 35.13 | 35.04 |
| | | **Creatine $ln(C_{max})$ ($\mu g/mL$): ITT Population** | | |
| | $ln(C_{max})$ | Mean ± STD (n) | 4.66 ± 0.48 (11) | 1.66 ± 0.44 (9) |
| | | Median (Min–Max) | 4.91 (3.53 to 5.04) | 1.82 (0.79 to 2.08) |
| | | CV (%) | 10.30 | 26.51 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 6.75 | 0.029 |
| Period | 1 | 7 | 300.22 | <0.001 |
| Form | 1 | 7 | 2980.09 | <0.001 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) ranked ANCOVA

Page **29** of **63**

CONFIDENTIAL

Table 21. Summary of Creatine $T_{max}$ (hour) analysis for participants in the ITT population (n = 11)

| Creatine $T_{max}$ (hour): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $T_{max}$ | Mean ± SD (N) | 1.14 ± 0.23 (11) | 2.83 ± 0.25 (9) |
| | | Median (Min-Max) | 1.00 (1.00 to 1.50) | 3.00 (2.50 to 3.00) |
| | | CV (%) | 20.18 | 8.83 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 0.43 | 0.528(r) |
| Period | 1 | 7 | 0.68 | 0.436(r) |
| Form | 1 | 7 | 84.29 | <0.001(r) |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) ranked ANCOVA

Table 22. Summary of Creatine terminal disposition rate constant ($\lambda$) (hour$^{-1}$) analysis for participants in the ITT population (n = 11)

| Creatine Terminal Disposition Rate ($\lambda$) (hour$^{-1}$): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $\lambda$ | Mean ± SD (N) | 1.30 ± 1.48 (11) | 1.19 ± 0.12 (9) |
| | | Median (Min-Max) | 0.82 (0.74 to 5.73) | 1.19 (1.05 to 1.46) |
| | | CV (%) | 113.85 | 10.08 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 0.00 | 1.000(r) |
| Period | 1 | 7 | 0.33 | 0.584(r) |
| Form | 1 | 7 | 20.73 | 0.003(r) |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

Table 23. Summary of Creatine terminal half life (hour) analysis for participants in the ITT population (n = 11)

| Creatine Terminal Half Life (hour): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $t_{1/2}$ | Mean ± SD (N) | 0.76 ± 0.23 (11) | 0.58 ± 0.05 (9) |
| | | Median (Min-Max) | 0.85 (0.12 to 0.93) | 0.58 (0.48 to 0.66) |
| | | CV (%) | 30.26 | 8.62 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 0.17 | 0.686 |
| Period | 1 | 7 | 1.59 | 0.248 |
| Form | 1 | 7 | 28.20 | 0.001 |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

CONFIDENTIAL
MONSTVPX0771320

### 2.4.2. Creatinine

#### 2.4.2.1.     Plasma Concentrations

Table 24. Creatinine concentrations (μmol/L) for each subject given product A in the ITT population (n = 11)

| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
|----|----------|--------|------|------|------|------|------|------|------|------|------|------|
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 116 | 113 | 115 | 119 | 117 | 117 | 115 | 99 | 97 | 100 |
| 3 | AB | 1 | 57 | 58 | 58 | 57 | 60 | 60 | 60 | 61 | 57 | 57 |
| 4 | BA | 2 | 59 | 60 | 59 | 60 | 55 | 56 | 62 | 56 | 55 | 54 |
| 6 | AB | 1 | 67 | 68 | 69 | 68 | 69 | 68 | 65 | 60 | 62 | 70 |
| 10 | AB | 1 | 77 | 79 | 74 | 76 | 75 | 77 | 77 | 77 | 74 | 72 |
| 14 | BA | 2 | 63 | 69 | 62 | 68 | 68 | 65 | 63 | 63 | 62 | 58 |
| 15 | BA | 2 | 114 | 124 | 117 | 116 | 115 | 114 | 109 | 111 | 111 | 107 |
| 16 | BA | 2 | 59 | 63 | 69 | 64 | 62 | 61 | 60 | 55 | 61 | 63 |
| 17 | BA | 2 | 57 | 60 | 63 | 58 | 57 | 56 | 58 | 54 | 53 | No data |
| 18 | AB | 1 | 60 | 62 | 61 | 61 | 58 | 59 | 57 | 56 | 56 | 59 |
| 19 | AB | 1 | 73 | 82 | 70 | 76 | 81 | 85 | No data | No data | No data | No data |
| MEAN | No data | No data | 69.89 | 74.11 | 71.56 | 71.89 | 71.11 | 71.22 | 68.88 | 66.50 | 66.75 | 69.00 |
| STD | No data | No data | 17.90 | 20.33 | 17.75 | 17.77 | 18.60 | 18.77 | 17.37 | 19.47 | 19.02 | 17.96 |
| CV (%) | No data | No data | 25.61 | 27.43 | 24.80 | 24.71 | 26.15 | 26.36 | 25.21 | 29.28 | 28.49 | 26.03 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL                                              MONSTVPX0771321

Case 5:18-cv-01882-JGB-SHK Document 524-4 Filed 04/22/21 Page 33 of 85   Page ID #:9806

Table 25. Creatinine incremental concentrations from baseline concentrations (μmol/L) for each subject given product A in the ITT population (n = 11)

| ID | Sequence | Period | Creatinine Concentrations adjusting for baseline concentrations (μmol/L) for the Product A | | | | | | | | | |
|----|----------|--------|------|------|------|------|------|------|------|------|------|------|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 0 | -3 | -1 | 3 | 1 | 1 | -1 | -17 | -19 | -16 |
| 3 | AB | 1 | 0 | 1 | 1 | 0 | 3 | 3 | 3 | 4 | 0 | 0 |
| 4 | BA | 2 | 0 | 1 | 0 | 1 | -4 | -3 | 3 | -3 | -4 | -5 |
| 6 | AB | 1 | 0 | 1 | 2 | 1 | 2 | 1 | -2 | -7 | -5 | 3 |
| 10 | AB | 1 | 0 | 2 | -3 | -1 | -2 | 0 | 0 | 0 | -3 | -5 |
| 14 | BA | 2 | 0 | 6 | -1 | 5 | 5 | 2 | 0 | 0 | -1 | -5 |
| 15 | BA | 2 | 0 | 10 | 3 | 2 | 1 | 0 | -5 | -3 | -3 | -7 |
| 16 | BA | 2 | 0 | 4 | 10 | 5 | 3 | 2 | 1 | -4 | 2 | 4 |
| 17 | BA | 2 | 0 | 3 | 6 | 1 | 0 | -1 | 1 | -3 | -4 | No data |
| 18 | AB | 1 | 0 | 2 | 1 | 1 | -2 | -1 | -3 | -4 | -4 | -1 |
| 19 | AB | 1 | 0 | 9 | -3 | 3 | 8 | 12 | No data | No data | No data | No data |
| MEAN | No data | No data | 0.00 | 4.22 | 1.67 | 2.00 | 1.22 | 1.33 | -0.63 | -3.00 | -2.75 | -2.29 |
| STD | No data | No data | 0.00 | 3.38 | 4.24 | 2.00 | 3.77 | 4.30 | 2.56 | 2.27 | 2.25 | 4.35 |
| CV (%) | No data | No data | 0.00 | 80.13 | 254.53 | 100.00 | 308.35 | 322.66 | -409.60 | -75.60 | -81.89 | -190.20 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL MONSTVPX0771322

v.1, March 30, 2020

Table 26. Creatinine concentrations (μmol/L) for each subject given product B in the ITT population (n = 11)

| ID | Sequence | Period | \multicolumn{10}{c}{Creatinine Concentrations (μmol/L) for the Product B} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | \multicolumn{10}{c}{Sampling Times (hours)} |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 102 | 103 | 98 | 102 | 99 | 103 | 91 | 96 | 99 | 90 |
| 3 | AB | 2 | 62 | 58 | 63 | 61 | 59 | 56 | 60 | 59 | 56 | 57 |
| 4 | BA | 1 | 52 | 58 | 55 | 53 | 55 | 55 | 56 | 52 | 50 | 54 |
| 6 | AB | 2 | 69 | 65 | 70 | 63 | 65 | 68 | 65 | 68 | 66 | 65 |
| 14 | BA | 1 | 62 | 68 | 63 | 61 | 62 | 59 | 67 | 57 | 61 | 62 |
| 15 | BA | 1 | 110 | 121 | 120 | 120 | 114 | 111 | 114 | 113 | 112 | 110 |
| 16 | BA | 1 | 59 | 56 | 64 | 61 | 67 | No data | 64 | 64 | 67 | 65 |
| 17 | BA | 1 | 64 | 61 | 58 | 59 | 58 | 58 | 54 | 52 | 55 | 53 |
| 18 | AB | 2 | 54 | 54 | 57 | 55 | 60 | 55 | 55 | 56 | 50 | 54 |
| MEAN | No data | No data | 70.44 | 71.56 | 72.00 | 70.56 | 71.00 | 70.63 | 69.56 | 68.56 | 68.44 | 67.78 |
| STD | No data | No data | 20.88 | 23.77 | 22.14 | 23.58 | 20.79 | 22.93 | 20.07 | 21.45 | 22.11 | 19.49 |
| CV (%) | No data | No data | 29.64 | 33.21 | 30.74 | 33.42 | 29.27 | 32.47 | 28.85 | 31.29 | 32.30 | 28.76 |

STD is standard deviation. CV (%) is coefficient of variation.

Table 27. Creatinine incremental concentrations from baseline concentrations(μmol/L) for each subject given product B in the ITT population (n = 11)

| ID | Sequence | Period | \multicolumn{10}{c}{Creatinine Concentrations adjusting for baseline concentrations (μmol/L) for the Product B} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | \multicolumn{10}{c}{Sampling Times (hours)} |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 0 | 1 | -4 | 0 | -3 | 1 | -11 | -6 | -3 | -12 |
| 3 | AB | 2 | 0 | -4 | 1 | -1 | -3 | -6 | -2 | -3 | -6 | -5 |
| 4 | BA | 1 | 0 | 6 | 3 | 1 | 3 | 3 | 4 | 0 | -2 | 2 |
| 6 | AB | 2 | 0 | -4 | 1 | -6 | -4 | -1 | -4 | -1 | -3 | -4 |
| 14 | BA | 1 | 0 | 6 | 1 | -1 | 0 | -3 | 5 | -5 | -1 | 0 |
| 15 | BA | 1 | 0 | 11 | 10 | 10 | 4 | 1 | 4 | 3 | 2 | 0 |
| 16 | BA | 1 | 0 | -3 | 5 | 2 | 8 | No data | 5 | 5 | 8 | 6 |
| 17 | BA | 1 | 0 | -3 | -6 | -5 | -6 | -6 | -10 | -12 | -9 | -11 |
| 18 | AB | 2 | 0 | 0 | 3 | 1 | 6 | 1 | 1 | 2 | -4 | 0 |
| MEAN | No data | No data | 0.00 | 1.11 | 1.56 | 0.11 | 0.56 | -1.25 | -0.89 | -1.89 | -2.00 | -2.67 |
| STD | No data | No data | 0.00 | 5.40 | 4.69 | 4.60 | 4.90 | 3.41 | 6.29 | 5.26 | 4.85 | 5.94 |
| CV (%) | No data | No data | 0.00 | 485.60 | 301.61 | 4139.64 | 881.65 | -272.96 | -707.99 | -278.19 | -242.40 | -222.61 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771323

### 2.4.2.2.    Mean concentration versus time profile



Figure 5. Mean plasma concentration versus time curve for Creatinine for the ITT population



Figure 6. Mean incremental plasma concentration versus time curve for Creatinine for the ITT population

CONFIDENTIAL                                                            MONSTVPX0771324

20CPHM – Statistical Analysis Report                                                                 v.1, March 30, 2020

### 2.4.2.3. PK Parameter Estimates for Each Subject

Table 28. Parameter estimates of Creatinine for each subject given product A in the ITT population (n = 11)

| ID | Sequence | Period | $AUC_T$ (µmol.h/L) | $ln(AUC_T)$ (µmol.h/L) | $AUC_I$ (µmol.h/L) | $ln(AUC_I)$ (µmol.h/L) | $iAUC_T$ (µmol.h/L) | $ln(iAUC_T)$ (µmol.h/L) | $C_{max}$ (µmol/L) | $ln(C_{max})$ (µmol/L) | $T_{max}$ (h) | $\lambda$ ($h^{-1}$) | $t_{1/2}$ (h) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BA | 2 | 651.75 | 6.48 | 940.08 | 6.85 | -44.25 | 1.32 | 119 | 4.779 | 1.5 | 0.35 | 2.00 |
| 3 | AB | 1 | 352.25 | 5.86 | 523.24 | 6.26 | 11.25 | 4.08 | 61 | 4.111 | 4.0 | 0.33 | 2.08 |
| 4 | BA | 2 | 344.25 | 5.84 | 503.61 | 6.22 | -9.25 | 3.66 | 62 | 4.127 | 3.0 | 0.34 | 2.05 |
| 6 | AB | 1 | 393.50 | 5.98 | 600.46 | 6.40 | -8.50 | 3.68 | 70 | 4.248 | 6.0 | 0.34 | 2.05 |
| 10 | AB | 1 | 454.50 | 6.12 | 668.85 | 6.51 | -13.00 | 3.56 | 79 | 4.369 | 0.5 | 0.34 | 2.06 |
| 14 | BA | 2 | 383.00 | 5.95 | 553.67 | 6.32 | 6.25 | 3.99 | 69 | 4.234 | 0.5 | 0.34 | 2.04 |
| 15 | BA | 2 | 678.75 | 6.52 | 994.06 | 6.90 | -6.25 | 3.73 | 124 | 4.820 | 0.5 | 0.34 | 2.04 |
| 16 | BA | 2 | 366.75 | 5.90 | 553.34 | 6.32 | 12.75 | 4.11 | 69 | 4.234 | 1.0 | 0.34 | 2.05 |
| 17 | BA | 2 | 311.75 | 5.74 | 403.70 | 6.00 | -1.75 | 3.83 | 63 | 4.143 | 1.0 | 0.45 | 1.55 |
| 18 | AB | 1 | 349.75 | 5.86 | 524.02 | 6.26 | -10.25 | 3.63 | 62 | 4.127 | 0.5 | 0.34 | 2.05 |
| 19 | AB | 1 | 342.75 | 5.84 | 255.19 | 5.54 | 32.50 | 4.39 | 85 | 4.443 | 2.5 | 1.39 | 0.50 |
| MEAN | No data | No data | 420.82 | 6.01 | 592.75 | 6.33 | -2.77 | 3.63 | 78.46 | 4.331 | 1.9 | 0.44 | 1.86 |
| STD | No data | No data | 126.37 | 0.26 | 213.97 | 0.37 | 19.32 | 0.81 | 22.58 | 0.254 | 1.8 | 0.32 | 0.48 |
| CV (%) | No data | No data | 30.03 | 4.34 | 36.10 | 5.87 | -696.65 | 22.23 | 28.78 | 5.86 | 94.29 | 70.95 | 25.58 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL                                                                                          MONSTVPX0771325

# PLAINTIFF'S EXHIBIT  47

v.1, March 30, 2020

Table 29. Parameter estimates of Creatinine for each subject given Product B in the ITT population (n = 11)

| ID | Sequence | Period | AUC$_T$ (μmol.h/L) | In(AUC$_T$) (μmol.h/L) | AUC$_I$ (μmol.h/L) | In(AUC$_I$) (μmol.h/L) | iAUC$_T$ (μmol.h/L) | In(iAUC$_T$) (μmol.h/L) | C$_{max}$ (μmol/L) | In(C$_{max}$) (μmol/L) | T$_{max}$ (h) | λ (h$^{-1}$) | t$_{1/2}$ (h) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Product B** | |
| 1 | BA | 1 | 586.25 | 6.37 | 852.38 | 6.75 | -27.50 | 3.02 | 103 | 4.635 | 0.5 | 0.34 | 2.05 |
| 3 | AB | 2 | 352.50 | 5.87 | 521.24 | 6.26 | -19.50 | 3.35 | 63 | 4.143 | 1.0 | 0.34 | 2.05 |
| 4 | BA | 1 | 322.00 | 5.77 | 481.71 | 6.18 | 11.00 | 4.08 | 58 | 4.060 | 0.5 | 0.34 | 2.05 |
| 6 | AB | 2 | 398.00 | 5.99 | 592.74 | 6.38 | -16.00 | 3.47 | 70 | 4.248 | 1.0 | 0.33 | 2.08 |
| 14 | BA | 1 | 371.25 | 5.92 | 555.02 | 6.32 | -1.75 | 3.83 | 68 | 4.220 | 0.5 | 0.34 | 2.06 |
| 15 | BA | 1 | 686.00 | 6.53 | 1011.90 | 6.92 | 26.00 | 4.30 | 121 | 4.796 | 0.5 | 0.34 | 2.05 |
| 16 | BA | 1 | 383.00 | 5.95 | 581.75 | 6.37 | 29.00 | 4.34 | 67 | 4.205 | 2.0 | 0.33 | 2.12 |
| 17 | BA | 1 | 337.00 | 5.82 | 491.64 | 6.20 | -47.00 | 0.00 | 64 | 4.159 | 0.0 | 0.34 | 2.02 |
| 18 | AB | 2 | 328.25 | 5.79 | 488.20 | 6.19 | 4.25 | 3.96 | 60 | 4.094 | 2.0 | 0.34 | 2.05 |
| MEAN | No data | No data | 418.25 | 6.00 | 619.62 | 6.40 | -4.61 | 3.37 | 74.89 | 4.284 | 0.9 | 0.34 | 2.06 |
| STD | No data | No data | 128.48 | 0.27 | 185.99 | 0.26 | 25.17 | 1.34 | 21.84 | 0.254 | 0.7 | 0.00 | 0.03 |
| CV (%) | No data | No data | 30.72 | 4.47 | 30.02 | 4.11 | -545.93 | 39.74 | 29.17 | 5.93 | 78.40 | 1.19 | 1.26 |
| STD is standard deviation. CV (%) is coefficient of variation. | | | | | | | | | | | | | |

CONFIDENTIAL

MONSTVPX0771326

### 2.4.2.4.      Primary Outcomes

Table 30. Summary of Creatinine $AUC_T$ and $ln(AUC_T)$ ($\mu$mol.h/L) analysis for participants in the ITT population (n = 11)

| Creatinine $AUC_T$ ($\mu$mol.h/L): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $AUC_T$ | Mean ± SD (N) | 1906.09 ± 509.13 (11) | 1841.58 ± 537.35 (9) |
| | | Median (Min-Max) | 1689.75 (1424.75 to 2925.72) | 1673.25 (1450.00 to 2996.00) |
| | | CV (%) | 26.71 | 29.18 |
| Creatinine $ln(AUC_T)$ ($\mu$mol.h/L): ITT Population | | | | |
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $ln(AUC_T)$ | Mean ± SD (N) | 7.52 ± 0.24 (11) | 7.49 ± 0.26 (9) |
| | | Median (Min-Max) | 7.43 (7.26 to 7.98) | 7.42 (7.28 to 8.01) |
| | | CV (%) | 3.19 | 3.47 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Seq | 1 | 9 | 0.17 | 0.693 |
| Period | 1 | 7 | 0.84 | 0.390 |
| Form | 1 | 7 | 1.72 | 0.231 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

Table 31. Summary of Creatinine $AUC_I$ and $ln(AUC_I)$ ($\mu$mol.h/L) analysis for participants in the ITT population (n = 11)

| Creatinine $AUC_I$ ($\mu$mol.h/L): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $AUC_I$ | Mean ± SD (N) | 447.22 ± 161.68 (11) | 463.92 ± 142.25 (9) |
| | | Median (Min-Max) | 407.20 (203.79 to 751.87) | 411.90 (357.29 to 760.60) |
| | | CV (%) | 36.15 | 30.66 |
| Creatinine $ln(AUC_I)$ ($\mu$mol.h/L): ITT Population | | | | |
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $ln(AUC_I)$ | Mean ± SD (N) | 6.04 ± 0.36 (11) | 6.10 ± 0.27 (9) |
| | | Median (Min-Max) | 6.01 (5.32 to 6.62) | 6.02 (5.88 to 6.63) |
| | | CV (%) | 5.96 | 4.43 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Seq | 1 | 9 | 1.54 | 0.246 |
| Period | 1 | 7 | 0.11 | 0.752 |
| Form | 1 | 7 | 0.02 | 0.903 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

CONFIDENTIAL                                                           MONSTVPX0771327

Case 5:18-cv-01882-JGB-SHK Document 624-34 Filed 04/24/24 Page 247 of 328 Page ID #:9813

Table 32. Summary of incremental Creatinine concentration (μmol/L) analysis for participants in the ITT population (n = 11)

| Creatinine concentration (μmol/L): ITT Population | | | |
|---|---|---|---|
| Time (h) | Product A<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value | Product B<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value | Between Group P-value* |
| 0 h | 72.91 ± 21.81 (11) | 70.44 ± 20.88 (9) | 0.467 (I) |
| | 63.00 (57.00 to 116.00) | 62.00 (52.00 to 110.00) | |
| 0.5 h | 76.18 ± 22.43 (11) | 71.56 ± 23.77 (9) | 0.144 (I) |
| | 68.00 (58.00 to 124.00) | 61.00 (54.00 to 121.00) | |
| 1 h | 74.27 ± 21.24 (11) | 72.00 ± 22.14 (9) | 0.444 (I) |
| | 69.00 (58.00 to 117.00) | 63.00 (55.00 to 120.00) | |
| 1.5 h | 74.82 ± 22.07 (11) | 70.56 ± 23.58 (9) | 0.267 (I) |
| | 68.00 (57.00 to 119.00) | 61.00 (53.00 to 120.00) | |
| 2 h | 74.27 ± 22.10 (11) | 71.00 ± 20.78 (9) | 0.671 (I) |
| | 68.00 (55.00 to 117.00) | 62.00 (55.00 to 114.00) | |
| 2.5 h | 74.36 ± 22.21 (11) | 70.62 ± 22.93 (8) | 0.268 (I) |
| | 65.00 (56.00 to 117.00) | 58.50 (55.00 to 111.00) | |
| 3 h | 72.60 ± 21.55 (10) | 69.56 ± 20.07 (9) | 0.429 (I) |
| | 62.50 (57.00 to 115.00) | 64.00 (54.00 to 114.00) | |
| 4 h | 69.20 ± 20.19 (10) | 68.56 ± 21.45 (9) | 0.676 (I) |
| | 60.50 (54.00 to 111.00) | 59.00 (52.00 to 113.00) | |
| 5 h | 68.80 ± 19.72 (10) | 68.44 ± 22.11 (9) | 0.398 (I) |
| | 61.50 (53.00 to 111.00) | 61.00 (50.00 to 112.00) | |
| 6 h | 71.11 ± 19.37 (9) | 67.78 ± 19.49 (9) | 0.410 (I) |
| | 63.00 (54.00 to 107.00) | 62.00 (53.00 to 110.00) | |
| Change from 0 h to 0.5 h | 3.27 ± 3.80 (11) | 1.11 ± 5.40 (9) | 0.124 |
| Mean ± SD (N) | 2.00 (-3.00 to 10.00) | 0.00 (-4.00 to 11.00) | |
| Median (Min - Max) | 0.005 | 0.624 | |
| LS Mean (SEM) | 3.41 (1.77) | 0.82 (1.86) | |
| 95% Confidence Interval | -0.58, 7.40 | -3.39, 5.03 | |
| Change from 0 h to 1 h | 1.36 ± 3.88 (11) | 1.56 ± 4.69 (9) | 0.887 |
| Mean ± SD (N) | 1.00 (-3.00 to 10.00) | 1.00 (-6.00 to 10.00) | |
| Median (Min - Max) | 0.120 | 0.217 | |
| LS Mean (SEM) | 1.50 (1.77) | 1.26 (1.86) | |
| 95% Confidence Interval | -2.49, 5.50 | -2.95, 5.48 | |
| Change from 0 h to 1.5 h | 1.91 ± 1.92 (11) | 0.11 ± 4.59 (9) | 0.186 |
| Mean ± SD (N) | 1.00 (-1.00 to 5.00) | 0.00 (-6.00 to 10.00) | |
| Median (Min - Max) | 0.020 | 0.804 | |
| LS Mean (SEM) | 2.05 (1.77) | -0.18 (1.86) | |
| 95% Confidence Interval | -1.95, 6.04 | -4.39, 4.03 | |
| Change from 0 h to 2 h | 1.36 ± 3.41 (11) | 0.56 ± 4.90 (9) | 0.461 |
| Mean ± SD (N) | 1.00 (-4.00 to 8.00) | 0.00 (-6.00 to 8.00) | |
| Median (Min - Max) | 0.990 | 0.358 | |

Page **38** of **63**

CONFIDENTIAL
MONSTVPX0771328

| | | | |
|---|---|---|---|
| LS Mean (SEM) | 1.50 (1.77) | 0.26 (1.86) | |
| 95% Confidence Interval | -2.49, 5.50 | -3.95, 4.48 | |
| **Change from 0 h to 2.5 h** | 1.45 ± 3.88 (11) | -1.25 ± 3.41 (8) | 0.134 |
| Mean ± SD (N) | 1.00 (-3.00 to 12.00) | 0.00 (-6.00 to 3.00) | |
| Median (Min - Max) | 0.943 | 0.970 | |
| LS Mean (SEM) | 1.59 (1.77) | -1.01 (1.91) | |
| 95% Confidence Interval | -2.40, 5.59 | -5.34, 3.31 | |
| **Change from 0 h to 3 h** | -0.30 ± 2.54 (10) | -0.89 ± 6.29 (9) | 0.427 |
| Mean ± SD (N) | 0.00 (-5.00 to 3.00) | 1.00 (-11.00 to 5.00) | |
| Median (Min - Max) | 0.567 | 0.794 | |
| LS Mean (SEM) | 0.18 (1.81) | -1.18 (1.86) | |
| 95% Confidence Interval | -3.91, 4.27 | -5.39, 3.03 | |
| **Change from 0 h to 4 h** | -3.70 ± 5.54 (10) | -1.89 ± 5.25 (9) | 0.543 |
| Mean ± SD (N) | -3.00 (-17.00 to 4.00) | -1.00 (-12.00 to 5.00) | |
| Median (Min - Max) | 0.052 | 0.370 | |
| LS Mean (SEM) | -3.22 (1.81) | -2.18 (1.86) | |
| 95% Confidence Interval | -7.31, 0.87 | -6.39, 2.03 | |
| **Change from 0 h to 5 h** | -4.10 ± 5.67 (10) | -2.00 ± 4.85 (9) | 0.437 |
| Mean ± SD (N) | -3.50 (-19.00 to 2.00) | -3.00 (-9.00 to 8.00) | |
| Median (Min - Max) | 0.047 | 0.090 | |
| LS Mean (SEM) | -3.62 (1.81) | -2.29 (1.86) | |
| 95% Confidence Interval | -7.71, 0.47 | -6.51, 1.92 | |
| **Change from 0 h to 6 h** | -3.56 ± 6.04 (9) | -2.67 ± 5.94 (9) | 0.816 |
| Mean ± SD (N) | -5.00 (-16.00 to 4.00) | 0.00 (-12.00 to 6.00) | |
| Median (Min - Max) | 0.225 | 0.599 | |
| LS Mean (SEM) | -3.37 (1.85) | -2.96 (1.86) | |
| 95% Confidence Interval | -7.55, 0.82 | -7.17, 1.26 | |

n, number; SD, standard deviation; Min, minimum; Max, maximum; SEM, standard error of the mean; LS Mean, lease squares mean

* P-values were generated using Mixed Model ANCOVA with sequence and period as fixed effects and subject as random effect

(l) indicates values were log transformed before running ANCOVA

(w) indicates Wilcoxon Rank Sum test for between group p-values and Wilcoxon Signed Rank test for within group p-values

Page **39** of **63**

CONFIDENTIAL                                                                      MONSTVPX0771329

Table 33. Summary of Creatinine $iAUC_T$ and $ln(iAUC_T)$ ($\mu mol.h/L$) analysis for participants in the ITT population (n = 11)

| Creatinine $iAUC_T$ ($\mu mol.h/L$): ITT Population | | | |
|---|---|---|---|
| PK Parameter | Statistics Parameter | Product A | Product B |
| | Mean ± SD (N) | -6.39 ± 16.73 (9) | -4.42 ± 24.92 (9) |
| $iAUC_T$ | Median (Min–Max) | -7.50 (-44.25 to 12.75) | -0.75 (-47.00 to 29.00) |
| | CV (%) | -261.82 | -563.80 |
| Creatinine $ln(iAUC_T)$ ($\mu mol.h/L$): ITT Population | | | |
| | Mean ± STD (n) | 3.54 ± 0.85 (9) | 3.38 ± 1.34 (9) |
| $ln(iAUC_T)$ | Median (Min–Max) | 3.70 (1.32 to 4.11) | 3.86 (0.00 to 4.34) |
| | CV (%) | 24.01 | 39.64 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 8 | 0.52 | 0.493 |
| Period | 1 | 6 | 2.60 | 0.158 |
| Form | 1 | 6 | 0.37 | 0.567 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum
*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

Table 34. Summary of Creatinine $C_{max}$ and $ln(C_{max})$ ($\mu mol/L$) analysis for participants in the ITT population (n = 11)

| Creatinine $C_{max}$ ($\mu mol/L$): ITT Population | | | |
|---|---|---|---|
| PK Parameter | Statistics Parameter | Product A | Product B |
| | Mean ± SD (N) | 78.45 ± 22.58 (11) | 74.89 ± 21.84 (9) |
| $C_{max}$ | Median (Min–Max) | 69.00 (61.00 to 124.00) | 67.00 (58.00 to 121.00) |
| | CV (%) | 28.78 | 29.16 |
| Creatinine $ln(C_{max})$ ($\mu mol/L$): ITT Population | | | |
| | Mean ± STD (n) | 4.33 ± 0.25 (11) | 4.28 ± 0.25 (9) |
| $ln(C_{max})$ | Median (Min–Max) | 4.23 (4.11 to 4.82) | 4.20 (4.06 to 4.80) |
| | CV (%) | 5.77 | 5.84 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 0.52 | 0.490 |
| Period | 1 | 7 | 2.90 | 0.132 |
| Form | 1 | 7 | 1.69 | 0.235 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum
*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) ranked ANCOVA

CONFIDENTIAL                                                    MONSTVPX0771330

Table 35. Summary of Creatinine $T_{max}$ (hour) analysis for participants in the ITT population (n = 11)

| Creatinine $T_{max}$ (hour): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $T_{max}$ | Mean ± SD (N) | 1.91 ± 1.80 (11) | 0.89 ± 0.70 (9) |
| | | Median (Min-Max) | 1.00 (0.50 to 6.00) | 0.50 (0.00 to 2.00) |
| | | CV (%) | 94.24 | 78.65 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 3.37 | 0.100(r) |
| Period | 1 | 7 | 1.15 | 0.318(r) |
| Form | 1 | 7 | 1.07 | 0.335(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) ranked ANCOVA

Table 36. Summary of Creatinine terminal disposition rate constant ($\lambda$) (hour$^{-1}$) analysis for participants in the ITT population (n = 11)

| Creatinine Terminal Disposition Rate ($\lambda$) (hour$^{-1}$): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $\lambda$ | Mean ± SD (N) | 2.19 ± 2.14 (11) | 1.49 ± 0.03 (9) |
| | | Median (Min-Max) | 1.47 (1.42 to 8.61) | 1.48 (1.43 to 1.53) |
| | | CV (%) | 97.72 | 2.01 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 1.06 | 0.330(r) |
| Period | 1 | 7 | 0.24 | 0.637(r) |
| Form | 1 | 7 | 0.00 | 0.982(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

Table 37. Summary of Creatinine terminal half life (hour) analysis for participants in the ITT population (n = 11)

| Creatinine Terminal Half Life (hour): ITT Population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $t_{1/2}$ | Mean ± SD (N) | 0.42 ± 0.12 (11) | 0.47 ± 0.01 (9) |
| | | Median (Min-Max) | 0.47 (0.08 to 0.49) | 0.47 (0.45 to 0.49) |
| | | CV (%) | 28.57 | 2.13 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 9 | 1.06 | 0.330(r) |
| Period | 1 | 7 | 0.24 | 0.637(r) |
| Form | 1 | 7 | 0.00 | 0.982(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

CONFIDENTIAL

MONSTVPX0771331

## 2.5. Pharmacokinetic Analysis of the PP Population

### 2.5.1. Creatine

#### 2.5.1.1.        Plasma Concentrations

Table 38. Creatine concentrations (µg/mL) for each subject given product A in the PP population
(n = 8)

| | | | Creatine Concentrations (µg/mL) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 3.538 | 25.457 | 48.135 | 56.869 | 52.076 | 54.58 | 39.508 | 30.12 | 18.193 | 9.215 |
| 3 | AB | 1 | 4.82 | 101.355 | 154.666 | 125.736 | 92.595 | 85.481 | 61.136 | 37.643 | 26.452 | 17.305 |
| 6 | AB | 1 | 1.026 | 55.87 | 118.982 | 83.067 | 66.727 | 51.676 | 43.401 | 19.689 | 8.328 | 6.741 |
| 14 | BA | 2 | 2.496 | 85.809 | 145.243 | 130.532 | 99.966 | 94.677 | 78.877 | 43.505 | 27.725 | 17.206 |
| 15 | BA | 2 | 0.912 | 11.934 | 34.071 | 27.4 | 18.261 | 13.958 | 14.101 | 6.397 | 3.749 | 2.534 |
| 16 | BA | 2 | 5.047 | 84.086 | 150.685 | 145.871 | 102.346 | 87.038 | 72.113 | 44.656 | 30.551 | 22.198 |
| 17 | BA | 2 | 4.776 | 127.23 | 136.753 | 121.224 | 91.696 | 80.539 | 53.47 | 33.944 | 22.058 | No data |
| 18 | AB | 1 | 2.566 | 36.504 | 116.729 | 135.7 | 107.713 | 94.268 | 75.205 | 42.4 | 26.249 | 17.409 |
| MEAN | No data | No data | 3.148 | 66.031 | 113.158 | 103.300 | 78.923 | 70.277 | 54.726 | 32.294 | 20.413 | 13.230 |
| STD | No data | No data | 1.668 | 40.104 | 46.670 | 42.685 | 30.983 | 28.164 | 21.902 | 13.343 | 9.696 | 7.106 |
| CV (%) | No data | No data | 52.99 | 60.74 | 41.24 | 41.32 | 39.26 | 40.08 | 40.02 | 41.32 | 47.50 | 53.71 |

STD is standard deviation. CV (%) is coefficient of variation.
Creatine concentrations below the LLOQ (5 µg/mL) are estimated results and for reference only

CONFIDENTIAL                                                               MONSTVPX0771332

Case 5:18-cv-03882-JGB-SHK Document 524-4 Filed 04/6/24/21 Page 252 of 3285   Page ID
#:9818

Table 39. Creatine incremental concentrations from baseline concentrations (µg/mL) for each subject given product A in the PP population (n = 8)

| ID | Sequence | Period | Creatine Concentrations adjusting for baseline concentrations (µg/mL) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 0 | 21.919 | 44.597 | 53.331 | 48.538 | 51.042 | 35.97 | 26.582 | 14.655 | 5.677 |
| 3 | AB | 1 | 0 | 96.535 | 149.846 | 120.916 | 87.775 | 80.661 | 56.316 | 32.823 | 21.632 | 12.485 |
| 6 | AB | 1 | 0 | 54.844 | 117.956 | 82.041 | 65.701 | 50.65 | 42.375 | 18.663 | 7.302 | 5.715 |
| 14 | BA | 2 | 0 | 83.313 | 142.747 | 128.036 | 97.47 | 92.181 | 76.381 | 41.009 | 25.229 | 14.71 |
| 15 | BA | 2 | 0 | 11.022 | 33.159 | 26.488 | 17.349 | 13.046 | 13.189 | 5.485 | 2.837 | 1.622 |
| 16 | BA | 2 | 0 | 79.039 | 145.638 | 140.824 | 97.299 | 81.991 | 67.066 | 39.609 | 25.504 | 17.151 |
| 17 | BA | 2 | 0 | 122.454 | 131.977 | 116.448 | 86.92 | 75.763 | 48.694 | 29.168 | 17.282 | No data |
| 18 | AB | 1 | 0 | 33.938 | 114.163 | 133.134 | 105.147 | 91.702 | 72.639 | 39.834 | 23.683 | 14.843 |
| MEAN | No data | No data | 0.000 | 62.883 | 110.010 | 100.152 | 75.775 | 67.130 | 51.579 | 29.147 | 17.266 | 10.315 |
| STD | No data | No data | 0.000 | 38.968 | 45.788 | 41.684 | 30.052 | 27.164 | 21.151 | 12.272 | 8.500 | 5.909 |
| CV (%) | No data | No data | 0.00 | 61.97 | 41.62 | 41.62 | 39.66 | 40.46 | 41.01 | 42.10 | 49.23 | 57.29 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL                                                                          MONSTVPX0771333

Table 40. Creatine concentrations (μg/mL) for each subject given product B in the PP population (n = 8)

| ID | Sequence | Period | Creatine Concentrations (μg/mL) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 2.068 | 1.540 | 1.393 | 1.035 | 1.006 | 2.376 | 3.107 | 2.963 | 2.439 | 2.453 |
| 3 | AB | 2 | 6.003 | 5.662 | 4.305 | 5.383 | 5.284 | 6.026 | 6.613 | 5.390 | 5.044 | 3.905 |
| 6 | AB | 2 | 2.361 | 2.592 | 2.127 | 2.238 | 2.897 | 2.481 | 4.931 | 3.286 | 3.230 | 2.377 |
| 14 | BA | 1 | 2.400 | 2.716 | 3.131 | 2.877 | 2.807 | 5.392 | 5.059 | 4.738 | 4.509 | 2.911 |
| 15 | BA | 1 | 1.016 | 0.891 | 1.219 | 1.564 | 1.121 | 1.896 | 2.201 | 1.530 | 1.986 | 1.115 |
| 16 | BA | 1 | 4.354 | 5.840 | 3.999 | 4.504 | 4.024 | 6.712 | 7.727 | 5.539 | 6.214 | 4.080 |
| 17 | BA | 1 | 3.024 | 2.994 | 3.073 | 3.014 | 2.966 | 6.935 | 5.419 | 4.289 | 3.736 | 3.240 |
| 18 | AB | 2 | 4.285 | 3.471 | 2.920 | 3.307 | 2.703 | 4.695 | 6.194 | 3.802 | 4.228 | 3.098 |
| MEAN | No data | No data | 3.189 | 3.213 | 2.771 | 2.990 | 2.851 | 4.564 | 5.156 | 3.942 | 3.923 | 2.897 |
| STD | No data | No data | 1.594 | 1.766 | 1.123 | 1.442 | 1.401 | 2.047 | 1.808 | 1.343 | 1.384 | 0.942 |
| CV (%) | No data | No data | 49.98 | 54.96 | 40.53 | 48.23 | 49.14 | 44.85 | 35.07 | 34.07 | 35.28 | 32.52 |

STD is standard deviation. CV (%) is coefficient of variation.
Creatine concentrations below the LLOQ (5 μg/mL) are estimated results and for reference only

Table 41. Creatine incremental concentrations from baseline concentrations (μg/mL) for each subject given product B in the PP population (n = 8)

| ID | Sequence | Period | Creatine Concentrations adjusting for baseline concentrations (μg/mL) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 1 | 0.000 | -0.528 | -0.675 | -1.033 | -1.062 | 0.308 | 1.039 | 0.895 | 0.371 | 0.385 |
| 3 | AB | 2 | 0.000 | -0.341 | -1.698 | -0.620 | -0.719 | 0.023 | 0.610 | -0.613 | -0.959 | -2.098 |
| 6 | AB | 2 | 0.000 | 0.231 | -0.234 | -0.123 | 0.536 | 0.120 | 2.570 | 0.925 | 0.869 | 0.016 |
| 14 | BA | 1 | 0.000 | 0.316 | 0.731 | 0.477 | 0.407 | 2.992 | 2.659 | 2.338 | 2.109 | 0.511 |
| 15 | BA | 1 | 0.000 | -0.125 | 0.203 | 0.548 | 0.105 | 0.880 | 1.185 | 0.514 | 0.970 | 0.099 |
| 16 | BA | 1 | 0.000 | 1.486 | -0.355 | 0.150 | -0.330 | 2.358 | 3.373 | 1.185 | 1.860 | -0.274 |
| 17 | BA | 1 | 0.000 | -0.030 | 0.049 | -0.010 | -0.058 | 3.911 | 2.395 | 1.265 | 0.712 | 0.216 |
| 18 | AB | 2 | 0.000 | -0.814 | -1.365 | -0.978 | -1.582 | 0.410 | 1.909 | -0.483 | -0.057 | -1.187 |
| MEAN | No data | No data | 0.000 | 0.024 | -0.418 | -0.199 | -0.338 | 1.375 | 1.968 | 0.753 | 0.734 | -0.292 |
| STD | No data | No data | 0.000 | 0.700 | 0.807 | 0.616 | 0.738 | 1.499 | 0.950 | 0.961 | 0.990 | 0.900 |
| CV (%) | No data | No data | 0.00 | 2916.67 | -193.06 | -309.55 | -218.34 | 109.02 | 48.27 | 127.62 | 134.88 | -308.22 |

STD is standard deviation. CV (%) is coefficient of variation.

Page **44** of **63**

CONFIDENTIAL                                                                MONSTVPX0771334

### 2.5.1.2.    Mean concentration versus time profile



Figure 7. Mean plasma concentration versus time curve for Creatine for the PP population



Figure 8. Mean incremental plasma concentration versus time curve for Creatine for the PP population

Page **45** of **63**

CONFIDENTIAL                                                              MONSTVPX0771335

### 2.5.1.3. PK Parameter Estimates for Each Subject

Table 42. Parameter estimates of Creatine for each subject given product A in the PP population (n = 8)

| ID | Sequence | Period | Product A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $AUC_T$ (µg.h/mL) | $ln(AUC_T)$ (µg.h/mL) | $AUC_i$ (µg.h/mL) | $ln(AUC_i)$ (µg.h/mL) | $iAUC_T$ (µg.h/mL) | $ln(iAUC_T)$ (µg.h/mL) | $C_{max}$ (µg/mL) | $ln(C_{max})$ (µg/mL) | $T_{max}$ (h) | $\lambda$ ($h^{-1}$) | $t_{1/2}$ (h) |
| 1 | BA | 2 | 201.99 | 5.31 | 224.32 | 5.41 | 180.77 | 5.22 | 56.869 | 4.041 | 1.5 | 0.39 | 1.79 |
| 3 | AB | 1 | 399.72 | 5.99 | 434.81 | 6.07 | 370.80 | 5.93 | 154.666 | 5.041 | 1.0 | 0.46 | 1.51 |
| 6 | AB | 1 | 252.36 | 5.53 | 262.53 | 5.57 | 246.20 | 5.53 | 118.982 | 4.779 | 1.0 | 0.50 | 1.38 |
| 14 | BA | 2 | 417.73 | 6.03 | 453.69 | 6.12 | 402.75 | 6.01 | 145.243 | 4.978 | 1.0 | 0.44 | 1.58 |
| 15 | BA | 2 | 75.03 | 4.32 | 79.50 | 4.38 | 69.56 | 4.31 | 34.071 | 3.528 | 1.0 | 0.47 | 1.48 |
| 16 | BA | 2 | 426.67 | 6.06 | 475.02 | 6.16 | 396.38 | 5.99 | 150.685 | 5.015 | 1.0 | 0.44 | 1.59 |
| 17 | BA | 2 | 376.02 | 5.93 | 403.76 | 6.00 | 349.75 | 5.87 | 136.753 | 4.918 | 1.0 | 0.54 | 1.28 |
| 18 | AB | 1 | 379.86 | 5.94 | 418.91 | 6.04 | 364.46 | 5.91 | 135.700 | 4.910 | 1.5 | 0.41 | 1.68 |
| MEAN | No data | No data | 316.17 | 5.64 | 344.07 | 5.72 | 297.58 | 5.60 | 116.621 | 4.651 | 1.1 | 0.46 | 1.54 |
| STD | No data | No data | 126.72 | 0.60 | 140.18 | 0.61 | 120.51 | 0.59 | 45.649 | 0.558 | 0.2 | 0.05 | 0.16 |
| CV (%) | No data | No data | 40.08 | 10.59 | 40.74 | 10.63 | 40.50 | 10.49 | 39.14 | 12.00 | 20.53 | 10.55 | 10.41 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771336

Table 43. Parameter estimates of Creatine for each subject given Product B in the PP population (n = 8)

| ID | Sequence | Period | Product B | | | | | | | | | | |
|----|----------|--------|-----------|----|----|----|----|----|----|----|----|----|----|
| | | | $AUC_T$ (µg.h/mL) | $ln(AUC_T)$ (µg.h/mL) | $AUC_I$ (µg.h/mL) | $ln(AUC_I)$ (µg.h/mL) | $iAUC_T$ (µg.h/mL) | $ln(iAUC_T)$ (µg.h/mL) | $C_{max}$ (µg/mL) | $ln(C_{max})$ (µg/mL) | $T_{max}$ (h) | $\lambda$ ($h^{-1}$) | $t_{1/2}$ (h) |
| 1 | BA | 1 | 13.15 | 2.58 | 21.40 | 3.06 | 0.74 | 1.72 | 3.107 | 1.134 | 3.0 | 0.30 | 2.34 |
| 3 | AB | 2 | 32.18 | 3.47 | 43.53 | 3.77 | -3.84 | 0.00 | 6.613 | 1.889 | 3.0 | 0.34 | 2.03 |
| 6 | AB | 2 | 18.16 | 2.90 | 25.54 | 3.24 | 3.99 | 2.18 | 4.931 | 1.596 | 3.0 | 0.32 | 2.18 |
| 14 | BA | 1 | 23.56 | 3.16 | 32.84 | 3.49 | 9.16 | 2.64 | 5.392 | 1.685 | 2.5 | 0.31 | 2.22 |
| 15 | BA | 1 | 9.32 | 2.23 | 12.82 | 2.55 | 3.23 | 2.09 | 2.201 | 0.789 | 3.0 | 0.31 | 2.22 |
| 16 | BA | 1 | 33.22 | 3.50 | 45.61 | 3.82 | 7.09 | 2.48 | 7.727 | 2.045 | 3.0 | 0.32 | 2.13 |
| 17 | BA | 1 | 23.96 | 3.18 | 33.94 | 3.52 | 5.81 | 2.37 | 6.935 | 1.937 | 2.5 | 0.32 | 2.15 |
| 18 | AB | 2 | 23.84 | 3.17 | 33.20 | 3.50 | -1.87 | 1.09 | 6.194 | 1.824 | 3.0 | 0.33 | 2.13 |
| MEAN | No data | No data | 22.17 | 3.02 | 31.11 | 3.37 | 3.04 | 1.82 | 5.388 | 1.612 | 2.9 | 0.32 | 2.17 |
| STD | No data | No data | 8.39 | 0.44 | 10.95 | 0.42 | 4.46 | 0.88 | 1.912 | 0.435 | 0.2 | 0.01 | 0.09 |
| CV (%) | No data | No data | 37.83 | 14.45 | 35.21 | 12.31 | 146.68 | 48.52 | 35.49 | 26.99 | 8.03 | 4.08 | 4.14 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL MONSTVPX0771337

### 2.5.1.4.    Primary Outcomes

Table 44. Summary of Creatine $AUC_T$ and $ln(AUC_T)$ (µg.h/mL) analysis for participants in the PP population (n = 8)

| Creatine $AUC_T$ (µg.h/mL): PP population | | | | |
|---|---|---|---|---|
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $AUC_T$ | Mean ± SD (N) | 316.17 ± 126.72 (8) | 22.17 ± 8.39 (8) |
| | | Median (Min-Max) | 377.94 (75.03 to 426.67) | 23.70 (9.32 to 33.22) |
| | | CV (%) | 40.08 | 37.84 |
| Creatine $ln(AUC_T)$ (µg.h/mL): PP population | | | | |
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $ln(AUC_T)$ | Mean ± SD (N) | 5.64 ± 0.60 (8) | 3.02 ± 0.44 (8) |
| | | Median (Min-Max) | 5.93 (4.32 to 6.06) | 3.17 (2.23 to 3.50) |
| | | CV (%) | 10.64 | 14.57 |
| **Effects** | **Num df*** | **Den df**** | **F Value** | **Prob > F**** |
| Seq | 1 | 6 | 0.49 | 0.508 |
| Period | 1 | 6 | 46.64 | <0.001 |
| Form | 1 | 6 | 744.42 | <0.001 |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) indicates values were ranked before running ANCOVA

Table 45. Summary of Creatine $AUC_I$ and $ln(AUC_I)$ (µg.h/mL) analysis for participants in the PP population (n = 8)

| Creatine $AUC_I$ (µg.h/mL): PP population | | | | |
|---|---|---|---|---|
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $AUC_I$ | Mean ± SD (N) | 344.07 ± 140.18 (8) | 31.11 ± 10.95 (8) |
| | | Median (Min-Max) | 411.34 (79.50 to 475.02) | 33.02 (12.82 to 45.61) |
| | | CV (%) | 40.74 | 35.20 |
| Creatine $ln(AUC_I)$ (µg.h/mL): PP population | | | | |
| **Metabolite** | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| Creatine | $ln(AUC_I)$ | Mean ± SD (N) | 5.72 ± 0.61 (8) | 3.37 ± 0.41 (8) |
| | | Median (Min-Max) | 6.02 (4.38 to 6.16) | 3.50 (2.55 to 3.82) |
| | | CV (%) | 10.66 | 12.17 |
| **Effects** | **Num df*** | **Den df**** | **F Value** | **Prob > F**** |
| Seq | 1 | 6 | 0.41 | 0.545 |
| Period | 1 | 6 | 37.46 | 0.001 |
| Form | 1 | 6 | 629.33 | <0.001 |

*Num df=Numerator, degrees of freedom

**Den df=Denominator, degrees of freedom

*** p-value

(r) indicates values were ranked before running ANCOVA

Page **48** of **63**

CONFIDENTIAL                                                          MONSTVPX0771338

Table 46. Summary of incremental Creatine concentration (µg/mL) analysis for participants in the PP population (n = 8)

| Time (h) | Creatine concentration (µg/mL): PP population | | |
| | Product A Mean ± SD (N) Median (Min - Max) Within Group P-value | Product B Mean ± SD (N) Median (Min - Max) Within Group P-value | Between Group P-value* |
|---|---|---|---|
| 0 h | 3.15 ± 1.67 (8) | 3.19 ± 1.59 (8) | 0.713 |
| | 3.05 (0.91 to 5.05) | 2.71 (1.02 to 6.00) | |
| 0.5 h | 66.03 ± 40.10 (8) | 3.21 ± 1.77 (8) | <0.001 (l) |
| | 69.98 (11.93 to 127.23) | 2.86 (0.89 to 5.84) | |
| 1 h | 113.16 ± 46.67 (8) | 2.77 ± 1.12 (8) | <0.001 (w) |
| | 127.87 (34.07 to 154.67) | 3.00 (1.22 to 4.30) | |
| 1.5 h | 103.30 ± 42.69 (8) | 2.99 ± 1.44 (8) | <0.001 (w) |
| | 123.48 (27.40 to 145.87) | 2.95 (1.03 to 5.38) | |
| 2 h | 78.92 ± 30.98 (8) | 2.85 ± 1.40 (8) | <0.001 (w) |
| | 92.15 (18.26 to 107.71) | 2.85 (1.01 to 5.28) | |
| 2.5 h | 70.28 ± 28.16 (8) | 4.56 ± 2.05 (8) | <0.001 (l) |
| | 83.01 (13.96 to 94.68) | 5.04 (1.90 to 6.93) | |
| 3 h | 54.73 ± 21.90 (8) | 5.16 ± 1.81 (8) | <0.001 (l) |
| | 57.30 (14.10 to 78.88) | 5.24 (2.20 to 7.73) | |
| 4 h | 32.29 ± 13.34 (8) | 3.94 ± 1.34 (8) | <0.001 (l) |
| | 35.79 (6.40 to 44.66) | 4.05 (1.53 to 5.54) | |
| 5 h | 20.41 ± 9.70 (8) | 3.92 ± 1.38 (8) | 0.001 (l) |
| | 24.15 (3.75 to 30.55) | 3.98 (1.99 to 6.21) | |
| 6 h | 13.23 ± 7.11 (7) | 2.90 ± 0.94 (8) | 0.002 (l) |
| | 17.21 (2.53 to 22.20) | 3.00 (1.12 to 4.08) | |
| Change from 0 h to 0.5 h | 62.88 ± 38.97 (8) | 0.02 ± 0.70 (8) | <0.001 (l) |
| Mean ± SD (N) | 66.94 (11.02 to 122.45) | -0.08 (-0.81 to 1.49) | |
| Median (Min - Max) | <0.001 | 0.924 | |
| LS Mean (SEM) | 56.04 (1.17) | 2.80 (1.17) | |
| 95% Confidence Interval | 37.83, 83.01 | 1.89, 4.16 | |
| Change from 0 h to 1 h | 110.01 ± 45.79 (8) | -0.42 ± 0.81 (8) | <0.001 (l) |
| Mean ± SD (N) | 124.97 (33.16 to 149.85) | -0.29 (-1.70 to 0.73) | |
| Median (Min - Max) | <0.001 | 0.187 | |
| LS Mean (SEM) | 105.96 (1.17) | 2.34 (1.17) | |
| 95% Confidence Interval | 71.53, 156.96 | 1.58, 3.47 | |
| Change from 0 h to 1.5 h | 100.15 ± 41.68 (8) | -0.20 ± 0.62 (8) | <0.001 (l) |
| Mean ± SD (N) | 118.68 (26.49 to 140.82) | -0.07 (-1.03 to 0.55) | |
| Median (Min - Max) | <0.001 | 0.392 | |
| LS Mean (SEM) | 96.98 (1.17) | 2.60 (1.17) | |
| 95% Confidence Interval | 65.47, 143.66 | 1.75, 3.86 | |
| Change from 0 h to 2 h | 75.77 ± 30.05 (8) | -0.34 ± 0.74 (8) | <0.001 (l) |
| | 87.35 (17.35 to 105.15) | -0.19 (-1.58 to 0.54) | |
| | <0.001 | 0.236 | |

CONFIDENTIAL                                                   MONSTVPX0771339

Case 5:18-cv-03282-JGB-SHR Document 524-4 Filed 10/6/24 Page 260 of 328 Page ID #:9826

Table 47. Summary of Creatine $iAUC_T$ and $ln(iAUC_T)$ (µg.h/mL) analysis for participants in the PP population (n = 8)

| | | Creatine $iAUC_T$ (µg.h/mL): PP population | | |
|---|---|---|---|---|
| | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| | $iAUC_T$ | Mean ± SD (N) | 297.58 ± 120.51 (8) | 3.04 ± 4.46 (8) |
| | | Median (Min-Max) | 357.11 (69.56 to 402.75) | 3.61 (-3.84 to 9.16) |
| | | CV (%) | 40.50 | 146.71 |
| | | Creatine $ln(iAUC_T)$ (µg.h/mL): PP population | | |
| | $ln(iAUC_T)$ | Mean ± STD (n) | 5.60 ± 0.59 (8) | 1.82 ± 0.88 (8) |
| | | Median (Min–Max) | 5.89 (4.31 to 6.01) | 2.13 (0.00 to 2.64) |
| | | CV (%) | 10.54 | 48.35 |
| **Effects** | **Num df\*** | **Den df\*\*** | **F Value** | **Prob > F\*\*\*** |
| Sequence | 1 | 6 | 1.48 | 0.270 |
| Period | 1 | 6 | 0.66 | 0.447 |
| Form | 1 | 6 | 152.69 | <0.001 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum

\*Num df=Numerator, degrees of freedom

\*\*Den df=Denominator, degrees of freedom

\*\*\* p-value

(r) indicates values were ranked before running ANCOVA

Table 48. Summary of Creatine $C_{max}$ and $ln(C_{max})$ (µg/mL) analysis for participants in the PP population (n = 8)

| | | Creatine $C_{max}$ (µg/mL): PP population | | |
|---|---|---|---|---|
| | **PK Parameter** | **Statistics Parameter** | **Product A** | **Product B** |
| | $C_{max}$ | Mean ± SD (N) | 116.62 ± 45.65 (8) | 5.39 ± 1.91 (8) |
| | | Median (Min-Max) | 136.23 (34.07 to 154.67) | 5.79 (2.20 to 7.73) |
| | | CV (%) | 39.14 | 35.44 |
| | | Creatine $ln(C_{max(r)})$ (µg/mL): PP population | | |
| | $ln(C_{max})$ | Mean ± STD (n) | 4.65 ± 0.56 (8) | 1.61 ± 0.44 (8) |
| | | Median (Min–Max) | 4.91 (3.53 to 5.04) | 1.75 (0.79 to 2.04) |
| | | CV (%) | 12.04 | 27.33 |
| **Effects** | **Num df\*** | **Den df\*\*** | **F Value** | **Prob > F\*\*\*** |
| Sequence | 1 | 6 | 0.84 | 0.396 |
| Period | 1 | 6 | 134.88 | <0.001 |
| Form | 1 | 6 | 2532.32 | <0.001 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum

\*Num df=Numerator, degrees of freedom

\*\*Den df=Denominator, degrees of freedom

\*\*\* p-value

(r) ranked ANCOVA

CONFIDENTIAL                                                                      MONSTVPX0771341

Table 49. Summary of Creatine $T_{max}$ (hour) analysis for participants in the PP population (n = 8)

| Creatine $T_{max}$ (hour): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $T_{max}$ | Mean ± SD (N) | 1.12 ± 0.23 (8) | 2.88 ± 0.23 (8) |
| | | Median (Min-Max) | 1.00 (1.00 to 1.50) | 3.00 (2.50 to 3.00) |
| | | CV (%) | 20.54 | 7.99 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 0.92 | 0.374(r) |
| Period | 1 | 6 | 3.62 | 0.106(r) |
| Form | 1 | 6 | 99.67 | <0.001(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) ranked ANCOVA

Table 50. Summary of Creatine terminal disposition rate constant ($\lambda$) (hour$^{-1}$) analysis for participants in the PP population (n = 8)

| Creatine Terminal Disposition Rate ($\lambda$) (hour$^{-1}$): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $\lambda$ | Mean ± SD (N) | 0.46 ± 0.05 (8) | 0.32 ± 0.01 (8) |
| | | Median (Min-Max) | 0.45 (0.39 to 0.54) | 0.32 (0.30 to 0.34) |
| | | CV (%) | 10.87 | 3.12 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 0.20 | 0.673 |
| Period | 1 | 6 | 5.22 | 0.062 |
| Form | 1 | 6 | 57.08 | <0.001 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

Table 51. Summary of Creatine terminal half life (hour) analysis for participants in the PP population (n = 8)

| Creatine Terminal Half Life (hour): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatine | $t_{1/2}$ | Mean ± SD (N) | 1.54 ± 0.16 (8) | 2.17 ± 0.09 (8) |
| | | Median (Min-Max) | 1.55 (1.28 to 1.79) | 2.16 (2.03 to 2.34) |
| | | CV (%) | 10.39 | 4.15 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 0.58 | 0.475 |
| Period | 1 | 6 | 13.39 | 0.011 |
| Form | 1 | 6 | 126.74 | <0.001 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

CONFIDENTIAL                                                                        MONSTVPX0771342

## 2.5.2. Creatinine

### 2.5.2.1. Plasma Concentrations

Table 52. Creatinine concentrations (μmol/L) for each subject given product A in the PP population (n = 8)

| | | | Creatinine Concentrations (μmol/L) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 116 | 113 | 115 | 119 | 117 | 117 | 115 | 99 | 97 | 100 |
| 3 | AB | 1 | 57 | 58 | 58 | 57 | 60 | 60 | 60 | 61 | 57 | 57 |
| 6 | AB | 1 | 67 | 68 | 69 | 68 | 69 | 68 | 65 | 60 | 62 | 70 |
| 14 | BA | 2 | 63 | 69 | 62 | 68 | 68 | 65 | 63 | 63 | 62 | 58 |
| 15 | BA | 2 | 114 | 124 | 117 | 116 | 115 | 114 | 109 | 111 | 111 | 107 |
| 16 | BA | 2 | 59 | 63 | 69 | 64 | 62 | 61 | 60 | 55 | 61 | 63 |
| 17 | BA | 2 | 57 | 60 | 63 | 58 | 57 | 56 | 58 | 54 | 53 | No data |
| 18 | AB | 1 | 60 | 62 | 61 | 61 | 58 | 59 | 57 | 56 | 56 | 59 |
| MEAN | No data | No data | 74.13 | 77.13 | 76.75 | 76.38 | 75.75 | 75.00 | 73.38 | 69.88 | 69.88 | 73.43 |
| STD | No data | No data | 25.45 | 25.97 | 24.52 | 25.72 | 25.22 | 25.28 | 24.03 | 22.13 | 21.62 | 21.09 |
| CV (%) | No data | No data | 34.33 | 33.67 | 31.95 | 33.67 | 33.29 | 33.70 | 32.75 | 31.67 | 30.95 | 28.73 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL MONSTVPX0771343

Table 53. Creatinine incremental concentrations from baseline concentrations (µmol/L) for each subject given product A in the PP population (n = 8)

| ID | Sequence | Period | Creatinine Concentrations adjusting for baseline concentrations (µmol/L) for the Product A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 0 | -3 | -1 | 3 | 1 | 1 | -1 | -17 | -19 | -16 |
| 3 | AB | 1 | 0 | 1 | 1 | 0 | 3 | 3 | 3 | 4 | 0 | 0 |
| 6 | AB | 1 | 0 | 1 | 2 | 1 | 2 | 1 | -2 | -7 | -5 | 3 |
| 14 | BA | 2 | 0 | 6 | -1 | 5 | 5 | 2 | 0 | 0 | -1 | -5 |
| 15 | BA | 2 | 0 | 10 | 3 | 2 | 1 | 0 | -5 | -3 | -3 | -7 |
| 16 | BA | 2 | 0 | 4 | 10 | 5 | 3 | 2 | 1 | -4 | 2 | 4 |
| 17 | BA | 2 | 0 | 3 | 6 | 1 | 0 | -1 | 1 | -3 | -4 | No data |
| 18 | AB | 1 | 0 | 2 | 1 | 1 | -2 | -1 | -3 | -4 | -4 | -1 |
| MEAN | No data | No data | 0.00 | 3.00 | 2.63 | 2.25 | 1.63 | 0.88 | -0.75 | -4.25 | -4.25 | -3.14 |
| STD | No data | No data | 0.00 | 3.85 | 3.74 | 1.91 | 2.13 | 1.46 | 2.55 | 6.09 | 6.41 | 6.91 |
| CV (%) | No data | No data | 0.00 | 128.47 | 142.44 | 84.84 | 131.32 | 166.63 | -340.00 | -143.27 | -150.80 | -219.98 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL

MONSTVPX0771344

Table 54. Creatinine concentrations (μmol/L) for each subject given product B in the PP population (n = 8)

| | | | Creatinine Concentrations (μmol/L) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 102 | 103 | 98 | 102 | 99 | 103 | 91 | 96 | 99 | 90 |
| 3 | AB | 1 | 62 | 58 | 63 | 61 | 59 | 56 | 60 | 59 | 56 | 57 |
| 6 | AB | 1 | 69 | 65 | 70 | 63 | 65 | 68 | 65 | 68 | 66 | 65 |
| 14 | BA | 2 | 62 | 68 | 63 | 61 | 62 | 59 | 67 | 57 | 61 | 62 |
| 15 | BA | 2 | 110 | 121 | 120 | 120 | 114 | 111 | 114 | 113 | 112 | 110 |
| 16 | BA | 2 | 59 | 56 | 64 | 61 | 67 | No data | 64 | 64 | 67 | 65 |
| 17 | BA | 2 | 64 | 61 | 58 | 59 | 58 | 58 | 54 | 52 | 55 | 53 |
| 18 | AB | 1 | 54 | 54 | 57 | 55 | 60 | 55 | 55 | 56 | 50 | 54 |
| MEAN | No data | No data | 72.75 | 73.25 | 74.13 | 72.75 | 73.00 | 72.86 | 71.25 | 70.63 | 70.75 | 69.50 |
| STD | No data | No data | 21.06 | 24.82 | 22.66 | 24.21 | 21.27 | 23.82 | 20.76 | 21.95 | 22.45 | 20.09 |
| CV (%) | No data | No data | 28.95 | 33.88 | 30.57 | 33.27 | 29.14 | 32.69 | 29.13 | 31.08 | 31.73 | 28.91 |

STD is standard deviation. CV (%) is coefficient of variation.

Table 55. Creatinine incremental concentrations from baseline concentrations(μmol/L) for each subject given product B in the PP population (n = 8)

| | | | Creatinine Concentrations adjusting for baseline concentrations (μmol/L) for the Product B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Sequence | Period | Sampling Times (hours) | | | | | | | | | |
| | | | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 | 4.0 | 5.0 | 6.0 |
| 1 | BA | 2 | 0 | 1 | -4 | 0 | -3 | 1 | -11 | -6 | -3 | -12 |
| 3 | AB | 1 | 0 | -4 | 1 | -1 | -3 | -6 | -2 | -3 | -6 | -5 |
| 6 | AB | 1 | 0 | -4 | 1 | -6 | -4 | -1 | -4 | -1 | -3 | -4 |
| 14 | BA | 2 | 0 | 6 | 1 | -1 | 0 | -3 | 5 | -5 | -1 | 0 |
| 15 | BA | 2 | 0 | 11 | 10 | 10 | 4 | 1 | 4 | 3 | 2 | 0 |
| 16 | BA | 2 | 0 | -3 | 5 | 2 | 8 | No data | 5 | 5 | 8 | 6 |
| 17 | BA | 2 | 0 | -3 | -6 | -5 | -6 | -6 | -10 | -12 | -9 | -11 |
| 18 | AB | 1 | 0 | 0 | 3 | 1 | 6 | 1 | 1 | 2 | -4 | 0 |
| MEAN | No data | No data | 0.00 | 0.50 | 1.38 | 0.00 | 0.25 | -1.86 | -1.50 | -2.13 | -2.00 | -3.25 |
| STD | No data | No data | 0.00 | 5.43 | 4.98 | 4.90 | 5.15 | 3.19 | 6.44 | 5.57 | 5.18 | 6.07 |
| CV (%) | No data | No data | 0.00 | 1085.00 | 362.47 | #DIV/0! | 2059.20 | -171.51 | -429.13 | -261.93 | -259.10 | -186.62 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL                                                                                         MONSTVPX0771345

### 2.5.2.2.      Mean concentration versus time profile



Figure 9. Mean plasma concentration versus time curve for Creatinine for the PP population



Figure 10: Mean incremental plasma concentration versus time curve for Creatinine for the PP population

Page **56** of **63**

CONFIDENTIAL                                                          MONSTVPX0771346

### 2.5.2.3.    PK Parameter Estimates for Each Subject

Table 56. Parameter estimates of Creatinine for each subject given product A in the PP population (n = 8)

| ID | Sequence | Period | Product A | | | | | | | | | | |
|----|----------|--------|-----------|---|---|---|---|---|---|---|---|---|---|
|    |          |        | $AUC_T$ (µmol.h/L) | $ln(AUC_T)$ (µmol.h/L) | $AUC_I$ (µmol.h/L) | $ln(AUC_I)$ (µmol.h/L) | $iAUC_T$ (µmol.h/L) | $ln(iAUC_T)$ (µmol.h/L) | $C_{max}$ (µmol/L) | $ln(C_{max})$ (µmol/L) | $T_{max}$ (h) | $\lambda$ ($h^{-1}$) | $t_{1/2}$ (h) |
| 1 | BA | 2 | 651.75 | 6.48 | 940.08 | 6.85 | -44.25 | 1.32 | 119 | 4.779 | 1.5 | 0.35 | 2.00 |
| 3 | AB | 1 | 352.25 | 5.86 | 523.24 | 6.26 | 11.25 | 4.08 | 61 | 4.111 | 4.0 | 0.33 | 2.08 |
| 4 | BA | 2 | 393.50 | 5.98 | 600.46 | 6.40 | -8.50 | 3.68 | 70 | 4.248 | 6.0 | 0.34 | 2.05 |
| 6 | AB | 1 | 383.00 | 5.95 | 553.67 | 6.32 | 6.25 | 3.99 | 69 | 4.234 | 0.5 | 0.34 | 2.04 |
| 10 | AB | 1 | 678.75 | 6.52 | 994.06 | 6.90 | -6.25 | 3.73 | 124 | 4.820 | 0.5 | 0.34 | 2.04 |
| 14 | BA | 2 | 366.75 | 5.90 | 553.34 | 6.32 | 12.75 | 4.11 | 69 | 4.234 | 1.0 | 0.34 | 2.05 |
| 15 | BA | 2 | 311.75 | 5.74 | 403.70 | 6.00 | -1.75 | 3.83 | 63 | 4.143 | 1.0 | 0.45 | 1.55 |
| 16 | BA | 2 | 349.75 | 5.86 | 524.02 | 6.26 | -10.25 | 3.63 | 62 | 4.127 | 0.5 | 0.34 | 2.05 |
| MEAN | No data | No data | 435.94 | 6.04 | 636.57 | 6.41 | -5.09 | 3.55 | 79.63 | 4.337 | 1.9 | 0.35 | 1.98 |
| STD | No data | No data | 143.81 | 0.30 | 212.05 | 0.31 | 18.12 | 0.92 | 26.11 | 0.291 | 2.0 | 0.04 | 0.18 |
| CV (%) | No data | No data | 32.99 | 4.89 | 33.31 | 4.79 | -355.69 | 25.85 | 32.79 | 6.71 | 108.32 | 10.76 | 8.88 |

STD is standard deviation. CV (%) is coefficient of variation.

Page **57** of **63**

CONFIDENTIAL

MONSTVPX0771347

Table 57. Parameter estimates of Creatinine for each subject given Product B in the PP population (n = 8)

| ID | Sequence | Period | Product B | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $AUC_T$ (µmol.h/L) | $ln(AUC_T)$ (µmol.h/L) | $AUC_I$ (µmol.h/L) | $ln(AUC_I)$ (µmol.h/L) | $iAUC_T$ (µmol.h/L) | $ln(iAUC_T)$ (µmol.h/L) | $C_{max}$ (µmol/L) | $ln(C_{max})$ (µmol/L) | $T_{max}$ (h) | $\lambda$ (h$^{-1}$) | $t_{1/2}$ (h) |
| 1 | BA | 2 | 586.25 | 6.37 | 852.38 | 6.75 | -27.50 | 3.02 | 103 | 4.635 | 0.5 | 0.34 | 2.05 |
| 3 | AB | 1 | 352.50 | 5.87 | 521.24 | 6.26 | -19.50 | 3.35 | 63 | 4.143 | 1.0 | 0.34 | 2.05 |
| 4 | BA | 2 | 398.00 | 5.99 | 592.74 | 6.38 | -16.00 | 3.47 | 70 | 4.248 | 1.0 | 0.33 | 2.08 |
| 6 | AB | 1 | 371.25 | 5.92 | 555.02 | 6.32 | -1.75 | 3.83 | 68 | 4.220 | 0.5 | 0.34 | 2.06 |
| 10 | AB | 1 | 686.00 | 6.53 | 1011.90 | 6.92 | 26.00 | 4.30 | 121 | 4.796 | 0.5 | 0.34 | 2.05 |
| 14 | BA | 2 | 383.00 | 5.95 | 581.75 | 6.37 | 29.00 | 4.34 | 67 | 4.205 | 2.0 | 0.33 | 2.12 |
| 15 | BA | 2 | 337.00 | 5.82 | 491.64 | 6.20 | -47.00 | 0.00 | 64 | 4.159 | 0.0 | 0.34 | 2.02 |
| 16 | BA | 2 | 328.25 | 5.79 | 488.20 | 6.19 | 4.25 | 3.96 | 60 | 4.094 | 2.0 | 0.34 | 2.05 |
| MEAN | No data | No data | 430.28 | 6.03 | 636.86 | 6.42 | -6.56 | 3.28 | 77.00 | 4.312 | 0.9 | 0.34 | 2.06 |
| STD | No data | No data | 131.82 | 0.27 | 190.99 | 0.27 | 26.17 | 1.41 | 22.35 | 0.257 | 0.7 | 0.01 | 0.03 |
| CV (%) | No data | No data | 30.64 | 4.51 | 29.99 | 4.16 | -398.80 | 42.78 | 29.02 | 5.96 | 77.72 | 1.49 | 1.36 |

STD is standard deviation. CV (%) is coefficient of variation.

CONFIDENTIAL MONSTVPX0771348

### 2.5.2.4.    Primary Outcomes

Table 58. Summary of Creatinine $AUC_T$ and $ln(AUC_T)$ ($\mu$mol.h/L) analysis for participants in the PP population (n = 8)

| Creatinine $AUC_T$ ($\mu$mol.h/L): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $AUC_T$ | Mean ± SD (N) | 435.94 ± 143.81 (8) | 430.28 ± 131.82 (8) |
| | | Median (Min-Max) | 374.88 (311.75 to 678.75) | 377.12 (328.25 to 686.00) |
| | | CV (%) | 32.99 | 30.64 |
| Creatinine $ln(AUC_T)$ ($\mu$mol.h/L): PP population | | | | |
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $ln(AUC_T)$ | Mean ± SD (N) | 6.04 ± 0.29 (8) | 6.03 ± 0.27 (8) |
| | | Median (Min-Max) | 5.93 (5.74 to 6.52) | 5.93 (5.79 to 6.53) |
| | | CV (%) | 4.80 | 4.48 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Seq | 1 | 6 | 1.28 | 0.302 |
| Period | 1 | 6 | 0.07 | 0.803 |
| Form | 1 | 6 | 0.16 | 0.705 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

Table 59. Summary of Creatinine $AUC_I$ and $ln(AUC_I)$ ($\mu$mol.h/L) analysis for participants in the PP population (n = 8)

| Creatinine $AUC_I$ ($\mu$mol.h/L): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $AUC_I$ | Mean ± SD (N) | 636.57 ± 212.05 (8) | 636.86 ± 190.99 (8) |
| | | Median (Min-Max) | 553.50 (403.70 to 994.06) | 568.38 (488.20 to 1011.90) |
| | | CV (%) | 33.31 | 29.99 |
| Creatinine $ln(AUC_I)$ ($\mu$mol.h/L): PP population | | | | |
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $ln(AUC_I)$ | Mean ± SD (N) | 6.41 ± 0.31 (8) | 6.42 ± 0.27 (8) |
| | | Median (Min-Max) | 6.32 (6.00 to 6.90) | 6.34 (6.19 to 6.92) |
| | | CV (%) | 4.84 | 4.21 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Seq | 1 | 6 | 0.93 | 0.372 |
| Period | 1 | 6 | 1.03 | 0.350 |
| Form | 1 | 6 | 0.01 | 0.945 |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

CONFIDENTIAL                                                          MONSTVPX0771349

Case 5:18-cv-03832-JGB-SHR Document 524-4 filed 01/06/24/Page 269 of 3265   Page ID #:9835

Table 60. Summary of incremental Creatinine concentration ($\mu$mol/L) analysis for participants in the PP population (n = 8)

| Creatinine concetration (µmol/L): PP population | | | |
|---|---|---|---|
| Time (h) | Product A<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value | Product B<br>Mean ± SD (N)<br>Median (Min - Max)<br>Within Group P-value | Between Group P-value* |
| 0 h | 74.12 ± 25.45 (8) | 72.75 ± 21.06 (8) | 0.859 (I) |
| | 61.50 (57.00 to 116.00) | 63.00 (54.00 to 110.00) | |
| 0.5 h | 77.12 ± 25.97 (8) | 73.25 ± 24.82 (8) | 0.367 (I) |
| | 65.50 (58.00 to 124.00) | 63.00 (54.00 to 121.00) | |
| 1 h | 76.75 ± 24.52 (8) | 74.12 ± 22.66 (8) | 0.722 (I) |
| | 66.00 (58.00 to 117.00) | 63.50 (57.00 to 120.00) | |
| 1.5 h | 76.38 ± 25.72 (8) | 72.75 ± 24.21 (8) | 0.552 (I) |
| | 66.00 (57.00 to 119.00) | 61.00 (55.00 to 120.00) | |
| 2 h | 75.75 ± 25.22 (8) | 73.00 ± 21.27 (8) | 0.966 (I) |
| | 65.00 (57.00 to 117.00) | 63.50 (58.00 to 114.00) | |
| 2.5 h | 75.00 ± 25.28 (8) | 72.86 ± 23.81 (7) | 0.566 (I) |
| | 63.00 (56.00 to 117.00) | 59.00 (55.00 to 111.00) | |
| 3 h | 73.38 ± 24.03 (8) | 71.25 ± 20.76 (8) | 0.714 (I) |
| | 61.50 (57.00 to 115.00) | 64.50 (54.00 to 114.00) | |
| 4 h | 69.88 ± 22.13 (8) | 70.62 ± 21.95 (8) | 0.995 (I) |
| | 60.50 (54.00 to 111.00) | 61.50 (52.00 to 113.00) | |
| 5 h | 69.88 ± 21.62 (8) | 70.75 ± 22.45 (8) | 0.689 (I) |
| | 61.50 (53.00 to 111.00) | 63.50 (50.00 to 112.00) | |
| 6 h | 73.43 ± 21.09 (7) | 69.50 ± 20.09 (8) | 0.440 (I) |
| | 63.00 (57.00 to 107.00) | 63.50 (53.00 to 110.00) | |
| Change from 0 h to 0.5 h | 3.00 ± 3.85 (8) | 0.50 ± 5.42 (8) | 0.109 |
| Mean ± SD (N) | 2.50 (-3.00 to 10.00) | -1.50 (-4.00 to 11.00) | |
| Median (Min - Max) | 0.017 | 0.334 | |
| LS Mean (SEM) | 2.46 (2.77) | -0.53 (2.78) | |
| 95% Confidence Interval | -4.32, 9.25 | -7.33, 6.26 | |
| Change from 0 h to 1 h | 2.62 ± 3.74 (8) | 1.38 ± 4.98 (8) | 0.349 |
| Mean ± SD (N) | 1.50 (-1.00 to 10.00) | 1.00 (-6.00 to 10.00) | |
| Median (Min - Max) | 0.084 | 0.404 | |
| LS Mean (SEM) | 2.09 (2.77) | 0.34 (2.78) | |
| 95% Confidence Interval | -4.70, 8.87 | -6.46, 7.14 | |
| Change from 0 h to 1.5 h | 2.25 ± 1.91 (8) | 0.00 ± 4.90 (8) | 0.142 |
| Mean ± SD (N) | 1.50 (0.00 to 5.00) | -0.50 (-6.00 to 10.00) | |
| Median (Min - Max) | 0.041 | 0.889 | |
| LS Mean (SEM) | 1.71 (2.77) | -1.03 (2.78) | |
| 95% Confidence Interval | -5.07, 8.50 | -7.83, 5.76 | |
| Change from 0 h to 2 h | 1.62 ± 2.13 (8) | 0.25 ± 5.15 (8) | 0.316 |
| Mean ± SD (N) | 1.50 (-2.00 to 5.00) | -1.50 (-6.00 to 8.00) | |
| Median (Min - Max) | 0.260 | 0.605 | |

Page **60** of **63**

CONFIDENTIAL                                                                MONSTVPX0771350

|  |  |  |  |
|---|---|---|---|
| LS Mean (SEM) | 1.09 (2.77) | -0.78 (2.78) |  |
| 95% Confidence Interval | -5.70, 7.87 | -7.58, 6.01 |  |
| **Change from 0 h to 2.5 h** | 0.88 ± 1.46 (8) | -1.86 ± 3.18 (7) | 0.176 |
| Mean ± SD (N) | 1.00 (-1.00 to 3.00) | -1.00 (-6.00 to 1.00) |  |
| Median (Min - Max) | 0.600 | 0.339 |  |
| LS Mean (SEM) | 0.34 (2.77) | -2.28 (2.82) |  |
| 95% Confidence Interval | -6.45, 7.12 | -9.19, 4.62 |  |
| **Change from 0 h to 3 h** | -0.75 ± 2.55 (8) | -1.50 ± 6.44 (8) | 0.503 |
| Mean ± SD (N) | -0.50 (-5.00 to 3.00) | -0.50 (-11.00 to 5.00) |  |
| Median (Min - Max) | 0.773 | 0.634 |  |
| LS Mean (SEM) | -1.29 (2.77) | -2.53 (2.78) |  |
| 95% Confidence Interval | -8.07, 5.50 | -9.33, 4.26 |  |
| **Change from 0 h to 4 h** | -4.25 ± 6.09 (8) | -2.12 ± 5.57 (8) | 0.383 |
| Mean ± SD (N) | -3.50 (-17.00 to 4.00) | -2.00 (-12.00 to 5.00) |  |
| Median (Min - Max) | 0.094 | 0.374 |  |
| LS Mean (SEM) | -4.79 (2.77) | -3.16 (2.78) |  |
| 95% Confidence Interval | -11.57, 2.00 | -9.96, 3.64 |  |
| **Change from 0 h to 5 h** | -4.25 ± 6.41 (8) | -2.00 ± 5.18 (8) | 0.348 |
| Mean ± SD (N) | -3.50 (-19.00 to 2.00) | -3.00 (-9.00 to 8.00) |  |
| Median (Min - Max) | 0.114 | 0.183 |  |
| LS Mean (SEM) | -4.79 (2.77) | -3.03 (2.78) |  |
| 95% Confidence Interval | -11.57, 2.00 | -9.83, 3.76 |  |
| **Change from 0 h to 6 h** | -3.14 ± 6.91 (7) | -3.25 ± 6.07 (8) | 0.879 |
| Mean ± SD (N) | -1.00 (-16.00 to 4.00) | -2.00 (-12.00 to 6.00) |  |
| Median (Min - Max) | 0.616 | 0.274 |  |
| LS Mean (SEM) | -3.99 (2.81) | -4.28 (2.78) |  |
| 95% Confidence Interval | -10.88, 2.89 | -11.08, 2.51 |  |

n, number; SD, standard deviation; Min, minimum; Max, maximum; SEM, standard error of the mean; LS Mean, lease squares mean
* P-values were generated using Mixed Model ANCOVA with sequence and period as fixed effects and subject as random effect
(l) indicates values were log transformed before running ANCOVA
(w) indicates Wilcoxon Rank Sum test for between group p-values and Wilcoxon Signed Rank test for within group p-values

CONFIDENTIAL                                                                 MONSTVPX0771351

Table 61. Summary of Creatinine $iAUC_T$ and $ln(iAUC_T)$ ($\mu$mol.h/L) analysis for participants in the PP population (n = 8)

| Creatinine $iAUC_T$ ($\mu$mol.h/L): PP population | | | |
|---|---|---|---|
| PK Parameter | Statistics Parameter | Product A | Product B |
| $iAUC_T$ | Mean ± SD (N) | -5.09 ± 18.12 (8) | -6.56 ± 26.17 (8) |
| | Median (Min-Max) | -4.00 (-44.25 to 12.75) | -8.88 (-47.00 to 29.00) |
| | CV (%) | -355.99 | -398.93 |
| Creatinine $ln(iAUC_T)$ ($\mu$mol.h/L): PP population | | | |
| $ln(iAUC_T)$ | Mean ± STD (n) | 3.55 ± 0.92 (8) | 3.28 ± 1.40 (8) |
| | Median (Min–Max) | 3.78 (1.32 to 4.11) | 3.65 (0.00 to 4.34) |
| | CV (%) | 25.92 | 42.68 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 0.45 | 0.528 |
| Period | 1 | 6 | 0.03 | 0.866 |
| Form | 1 | 6 | 0.16 | 0.706 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum
*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) indicates values were ranked before running ANCOVA

Table 62. Summary of Creatinine $C_{max}$ and $ln(C_{max})$ ($\mu$mol/L) analysis for participants in the PP population (n = 8)

| Creatinine $C_{max}$ ($\mu$mol/L): PP population | | | |
|---|---|---|---|
| PK Parameter | Statistics Parameter | Product A | Product B |
| $C_{max}$ | Mean ± SD (N) | 79.62 ± 26.11 (8) | 77.00 ± 22.35 (8) |
| | Median (Min-Max) | 69.00 (61.00 to 124.00) | 67.50 (60.00 to 111.00) |
| | CV (%) | 32.79 | 29.03 |
| Creatinine $ln(C_{max})$ ($\mu$mol/L): PP population | | | |
| $ln(C_{max})$ | Mean ± STD (n) | 4.34 ± 0.29 (8) | 4.31 ± 0.26 (8) |
| | Median (Min–Max) | 4.23 (4.11 to 4.82) | 4.21 (4.09 to 4.80) |
| | CV (%) | 6.68 | 6.03 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 1.93 | 0.214 |
| Period | 1 | 6 | 1.69 | 0.241 |
| Form | 1 | 6 | 1.03 | 0.349 |

n, number of participants; STD, standard deviation; CV (%), coefficient of variation; Min, minimum; Max, maximum
*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) ranked ANCOVA

Page **62** of **63**

CONFIDENTIAL                                                                                        MONSTVPX0771352

Table 63. Summary of Creatinine $T_{max}$ (hour) analysis for participants in the PP population (n = 8)

| Creatinine $T_{max}$ (hour): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $T_{max}$ | Mean ± SD (N) | 1.88 ± 2.03 (8) | 0.94 ± 0.73 (8) |
| | | Median (Min-Max) | 1.00 (0.50 to 6.00) | 0.75 (0.00 to 2.00) |
| | | CV (%) | 107.98 | 77.66 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 4.13 | 0.088(r) |
| Period | 1 | 6 | 0.27 | 0.621(r) |
| Form | 1 | 6 | 0.58 | 0.475(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value
(r) ranked ANCOVA

Table 64. Summary of Creatinine terminal disposition rate constant ($\lambda$) (hour$^{-1}$) analysis for participants in the PP population (n = 8)

| Creatinine Terminal Disposition Rate ($\lambda$) (hour$^{-1}$): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $\lambda$ | Mean ± SD (N) | 0.35 ± 0.04 (8) | 0.34 ± 0.00 (8) |
| | | Median (Min-Max) | 0.34 (0.33 to 0.45) | 0.34 (0.33 to 0.34) |
| | | CV (%) | 11.43 | 0.00 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 1.59 | 0.254(r) |
| Period | 1 | 6 | 2.80 | 0.145(r) |
| Form | 1 | 6 | 5.75 | 0.053(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

Table 65. Summary of Creatinine terminal half life (hour) analysis for participants in the PP population (n = 8)

| Creatinine Terminal Half Life (hour): PP population | | | | |
|---|---|---|---|---|
| Metabolite | PK Parameter | Statistics Parameter | Product A | Product B |
| Creatinine | $t_{1/2}$ | Mean ± SD (N) | 1.98 ± 0.18 (8) | 2.06 ± 0.03 (8) |
| | | Median (Min-Max) | 2.05 (1.55 to 2.08) | 2.05 (2.02 to 2.12) |
| | | CV (%) | 9.09 | 1.46 |
| Effects | Num df* | Den df** | F Value | Prob > F*** |
| Sequence | 1 | 6 | 1.59 | 0.254(r) |
| Period | 1 | 6 | 2.80 | 0.145(r) |
| Form | 1 | 6 | 5.75 | 0.053(r) |

*Num df=Numerator, degrees of freedom
**Den df=Denominator, degrees of freedom
*** p-value

Page **63** of **63**

CONFIDENTIAL
MONSTVPX0771353

## 21-Day Plasma and Tissue Bio-Availability Study of Creatyl-L-Leucine as Compared to Creatine Monohydrate When Admixed in Ground AIN93G Rodent Diet in Male and Female Sprague-Dawley Rats

Report and Analysis completed by Dr. Robin da Silva

### Brief Background

This experiment is designed to compare the bioavailability of creatyl-L-leucine (CLL) to that of creatine monohydrate (CR) in rats.

### Experimental design

The idea is to remove creatine from the diet to achieve a baseline creatine content in tissues. This is followed by feeding diet supplemented with either creatine or a molar equivalent of CLL to determine the relative ability of a nutrient/compound to be absorbed from the diet and retained in circulation, and in the muscle and brain tissue.

The dose of CR and CLL used is intended to be a "best case scenario" whereby ample supplement is provided so that a maximal potential absorption is observed. The dose for CLL is based on a molar equivalent dose to CR. Rats eat approximately 22 grams of diet per day which equates to 88 mg of CR per day. A typical North American (human) eats 3-4 kilograms of food, and if this food had the same creatine content as in the present study it would amount to 12-16 grams of creatine per day. If a human consumed a 3-4 kg of food with the same CLL content in the present study, it would amount to 20-26 grams of CLL per day. For comparison, a typical creatine supplementation routine for an athlete involves a loading phase of 10-20 grams per day for 1-2 weeks followed by a maintenance phase of 5 grams per day.

The feeding study was conducted over 3 weeks and consist of 3 experimental groups, each containing four male and four female (total n=8 per group) Sprague-Dawley rats:

> Group 1 (Control group): Consumed purified-component American Institute of Nutrition 93G (AIN93G) diet (optimal for growth and nutrition) for the entire 3-week study.

> Group 2 (CR supplemented group): Consumed the same AIN93G diet (without supplement) for 2 weeks followed by the AIN93G diet supplemented with 0.4% (w/w) creatine monohydrate for the final week.

> Group 3 (CLL supplemented group): Consume AIN93G diet (without supplement) for 2 weeks followed by AIN93G supplemented with 0.656% (w/w) creatyl-L-leucine for the final week.

Rats were individually housed, and food consumption was monitored daily. Feed was supplied to the rats in feed jars designed for feed consumption (spacers and lids). Prior

**EXHIBIT C**

CONFIDENTIAL

MONSTVPX0773212

to placement in the cage, feed was weighed and recorded. Approximately every 24 hours feed was weighed and recorded to calculate daily feed intake.

Plasma and muscle and brain tissue creatine was measured using HPLC analysis according to the method of Buchnerger and Ferdig (Buchberger & Ferdig, 2004) after deproteinization. Briefly, plasma and tissues were deproteinized using perchloric acid and subsequently neutralized with potassium carbonate and potassium hydroxide. After deproteinization, guanidine compounds (Creatine Guanidinoacetate[1] and CLL) were reacted with ninhydrin to produce products that exhibited fluorescent properties. These compounds were separated with an aqueous formic acid and methanol gradient using a Thermo Ultimate UHPLC system equipped with a reverse-phase (C18) HPLC column. Pure reference standards were obtained from Sigma-Aldrich, with the exception of CLL which was obtained from Hueston Hennigan LLP[2].

Validation of CLL measurement was accomplished by derivatizing pure CLL (obtained from VPX and dissolved in water) with the method of Buchberger and Ferdig. A distinct peak for CLL was observed to elute later than standard creatine. No peak corresponding to CLL was present when water blank or mouse plasma was treated in the same manner. Mouse plasma was spiked with standard CLL and greater than 90% recovery was obtained. A standard curve for CLL was generated to determine the concentration of CLL in samples. The limit of detection for CLL is calculated to be 126 $\mu$M and the limit of quantification for CLL is calculated to be 383 $\mu$M.

Data were analyzed using a One-way Analysis of Variance (One-way ANOVA) with Tukey's post-hoc test for multiple comparisons. Statistical p value less than 0.05 was used as a cut-off to determine a significant statistical difference in means. Data are presented as means +/- one standard deviation from the mean. N=8 per group

**Analysis and Interpretation**

Food intake was equal across diet groups, both during the 2-week depletion and the final week of supplementation (Figure 1A and B). This means that the rats in the CLL group consumed the same number of molecules of CLL as the number of molecules of CR that were consumed by rats in the CR group.

Plasma creatine concentrations of creatine and guanidinoacetate (GAA) are shown in Figure 2 and summarized in Table 1. Dietary CR supplementation increased the circulating levels of creatine in the arterial plasma significantly by approximately 5-fold (Figure 2A). GAA concentrations in plasma of CR-supplemented animals were

---

[1] Note: Guanidinoacetate (GAA) is the immediate biological precursor of creatine and its production (plasma concentration) is known to be decreased in animals that consume creatine supplement (Guthmiller, Van Pilsum, Boen, & McGuire, 1994).

[2] This was obtained from VPX in the course of litigation

PAGE 1199

CONFIDENTIAL

MONSTVPX0773213

Case 5:18-cv-01882-JGB-SHR   Document 434-1   Filed 04/26/24   Page 275 of 328   Page ID
#:9898

significantly decreased (Figure 2B). These results are in agreement with previously published studies (da Silva, Nissim, Brosnan, & Brosnan, 2009).
Dietary CLL supplementation in rats did not significantly alter plasma concentrations of creatine or GAA compared to control animals.

Portal venous blood represents a measure of what is being absorbed from the intestines. Nutrients that are absorbed by the intestines are concentrated in the portal blood. Portal venous plasma concentrations of creatine (Figure 2C) were significantly higher in the CR-supplemented rats than control rats (10-fold). Arterial plasma creatine concentrations (Figure 2A) in the CR-supplemented rats were also significantly higher than in control rats, demonstrating that creatine is being absorbed from the diet. Portal venous plasma concentrations of creatine (Figure 2C) in CLL-supplemented rats were not different from controls.

There was a significant increase in muscle concentrations of creatine in the CR-supplemented rats (Figure 3A). CR supplementation increased muscle creatine content to 162% of values measured in control rats. Muscle creatine content in CLL-supplemented rats did not differ significantly from control rats (Figure 3A).

Brain creatine content was not significantly different between any of the dietary treatments (Figure 3B). However, the p-value showed a strong trend (p=0.052) towards being higher in the brains of the CR-supplemented rats compared to controls.

CLL was not detectable in any of the samples tested, indicating that the concentration of CLL was below 126 µM.

**Overall Conclusion**

Dietary creatine supplementation via creatine monohydrate significantly increased concentrations of creatine in arterial plasma, portal venous plasma, and muscle compared to controls. No significant changes in concentrations of creatine were detected in arterial plasma, portal venous plasma, and muscle after dietary CLL supplementation compared to controls. No significant changes were seen in brain creatine content after CR or CLL supplementation, but a strong trend toward being higher after creatine supplementation via creatine monohydrate was shown.

Buchberger, W., & Ferdig, M. (2004). Improved high-performance liquid chromatographic determination of guanidino compounds by precolumn dervatization with ninhydrin and fluorescence detection. *J Sep Sci, 27*(15-16), 1309-1312. Retrieved from http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=15587280
da Silva, R. P., Nissim, I., Brosnan, M. E., & Brosnan, J. T. (2009). Creatine synthesis: hepatic metabolism of guanidinoacetate and creatine in the rat in vitro and in vivo. *Am J Physiol Endocrinol Metab, 296*(2), E256-261. doi:10.1152/ajpendo.90547.2008
Ellington, W. R. (2001). Evolution and physiological roles of phosphagen systems. *Annu Rev Physiol, 63*, 289-325. doi:10.1146/annurev.physiol.63.1.289

CONFIDENTIAL                                                                 MONSTVPX0773214

Guthmiller, P., Van Pilsum, J. F., Boen, J. R., & McGuire, D. M. (1994). Cloning and sequencing of
rat kidney L-arginine:glycine amidinotransferase. Studies on the mechanism of
regulation by growth hormone and creatine. *J Biol Chem, 269*(26), 17556-17560.
Retrieved from
http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Cita
tion&list_uids=8021264

**Table 1. Summary concentrations of CR and GAA in rat tissues**

| Diet | Control | CR | CLL |
|---|---|---|---|
| **Arterial plasma** | | | |
| Creatine ($\mu$M) | $32.3 \pm 18.2^a$ | $222.9 \pm 52.9^b$ | $31.7 \pm 24.8^a$ |
| GAA ($\mu$M) | $1.4 \pm 0.4^a$ | $0.4 \pm 0.1^b$ | $1.1 \pm 0.3^a$ |
| **Portal plasma** | | | |
| Creatine ($\mu$M) | $27.8 \pm 17.7^a$ | $309.4 \pm 194.8^b$ | $28.8 \pm 25.2^a$ |
| **Muscle** | | | |
| Creatine ($\mu$mole/gram) | $10.7 \pm 2.4^a$ | $17.4 \pm 4.5^b$ | $11.4 \pm 2.9^a$ |
| **Brain** | | | |
| Creatine ($\mu$mole/gram) | $5.5 \pm 0.8^a$ | $6.9 \pm 0.9^a$ | $5.7 \pm 1.2^a$ |

Creatine (CR), Guanidinoacetate (GAA). Values are given as the mean ± standard deviation.
Different superscripted letters represent statistically significant difference in values.

CONFIDENTIAL

MONSTVPX0773215

# Figure 1







CONFIDENTIAL

MONSTVPX0773216

CONFIDENTIAL

Figure 2



MONSTVPX0773217

CONFIDENTIAL



Figure 3



A

**Muscle Creatine content
(umol/g wet mass tissue)**



B

**Brain Creatine content
(umole/g wet mass tissue)**



MONSTVPX0773218

April 5, 2021

FINAL REPORT | RESEARCH PROJECT ID 224-CRLL

**Effects of supplemental creatyl-L-leucine on brain creatine levels and safety biomarkers in healthy young men**

Professor Sergej M. Ostojic, MD, PhD

ORCID ID: http://orcid.org/0000-0002-7270-2541

FSPE Applied Bioenergetics Lab, University of Novi Sad, Novi Sad 21000, Serbia.

Phone: (++381)-21-450-188 | Fax: (++381)-21-450-199 | E-mail: sergej.ostojic@chess.edu.rs.

**EXHIBIT D**

CONFIDENTIAL

MONSTVPX0772048

**The effects of supplemental creatyl-L-leucine on brain creatine levels and safety biomarkers in healthy young men**

*Background*: Creatyl-L-leucine (CLL) has been marketed by Vital Pharmaceuticals, Inc. as an innovative nutritional compound that increases tissue levels of creatine, yet there have been no published in vivo studies evaluating possible creatine-amplifying effects of CLL. This study evaluated the effects of 28-day supplementation with CLL on brain and muscle creatine levels and safety biomarkers in young male volunteers.

*Methods*: Ten healthy young men (age $21.3 \pm 3.2$ years; weight $78.8 \pm 9.8$ kg, height $178 \pm 6$ cm) were assigned to receive either CLL (2 g/day) or placebo (inulin) in a double-blind, randomized, placebo-controlled, parallel-group design during a 28-day intervention period. The primary outcome was the change in the brain creatine levels from the baseline to follow-up, with total creatine concentration evaluated in the thalamus, centrum semiovale white matter, midline occipital gray matter, and vastus medialis muscle with proton magnetic resonance spectroscopy (MRS) 1.5 T scanner (Figure 1). The participants were also monitored for clinical safety biomarkers and subjectively reported side effects (*e.g.*, gut disturbances, neurological effects, fatigue, palpitations, etc.). The study sample size ($n = 10$) was calculated using the power analysis (G*Power 3.1, Heinrich Heine University, Düsseldorf, Germany), with effects size set at 0.80, alpha error probability 0.05, power 0.80 for two groups, and two measurements of study outcomes. A two-way mixed model ANOVA with repeated measures was used to establish if any significant differences existed between patients' responses over time of intervention (0 vs. 4 weeks). When non-homogenous variances were identified, values were compared using Friedman's 2-way ANOVA by ranks. Data were analyzed using SPSS Statistics for Mac Version 24.0 (IBM, Armonk, NY), with the significance level set at $P < 0.05$.

*Results*: All volunteers completed the trial, with no participant reporting any major side effect of either intervention, except for transitory frequent bowel movements recorded in two participants during the CLL trial. Two-way mixed model ANOVA with repeated measures revealed no significant treatment *vs.* time interaction ($P < 0.05$) for brain and muscle total creatine content between participants' responses over time of intervention (Table 1). Supplemental CLL showed no statistically significant effect on total creatine levels in vastus medialis muscle ($24.92 \pm 5.53$ mM at baseline *vs.* $24.62 \pm 3.56$ mM at follow-up; $P = 0.82$), thalamus ($5.60 \pm 1.48$ mM *vs.* $5.98 \pm 0.80$; $P = 0.46$), centrum semiovale white matter ($6.72 \pm 0.33$ mM at baseline *vs.* $6.36 \pm 0.36$ mM at follow-up; $P = 0.13$), and midline occipital gray matter ($8.19 \pm 0.94$ mM *vs.* $7.86 \pm 0.97$; $P = 0.47$). Individual changes in total creatine level across different MRS regions of interest during the trial are depicted in Figures 2–4. No statistically significant differences were found between interventions for blood chemistry, clinical enzymes, and hematology indices ($P > 0.05$), except for blood hemoglobin levels and mean corpuscular hemoglobin concentration (Table 2).

*Conclusion*: A 28-day supplementation with CLL provoked no statistically significant effects on brain and skeletal muscle creatine levels in healthy young men, with CLL impact equivalent to placebo.

CONFIDENTIAL

MONSTVPX0772049

RESEARCH PROJECT ID 224-CRLL

**Figure 1.** Location of the individual voxels (square) evaluated during the trial.



Vastus medialis muscle

Thalamus

Centrum semiovale white matter

Midline pre-occipital gray matter

*MRS protocol*

Proton magnetic resonance spectroscopy was performed on a 1.5 T Avanto scanner (Siemens, Erlangen, Germany) using matrix head coil in circularly polarized mode, with metabolite spectra in the specific brain regions (thalamus, left centrum semiovale white matter, and midline occipital gray matter) and right vastus medialis muscle processed, as previously described (Ostojic et al. 2016). In short, non–water-suppressed two-dimensional chemical shift imaging (CSI) and single-voxel spectroscopy (SVS) data were obtained to provide an internal water reference for the absolute quantification of tissue creatine. Total creatine (creatine + phosphocreatine) was calculated using water-suppressed CSI, and SVS data sets were acquired with point-resolved spectroscopy with repetition time/echo time of 1500/135 ms. Mono-exponential spin-lattice and spin-spin relaxation were assumed, and standard values of T1 and T2 relaxation times of water and total creatine measured at 1.5 T were used for relaxation corrections.

Ostojic SM, Ostojic J, Drid P, Vranes M. Guanidinoacetic acid versus creatine for improved brain and muscle creatine levels: a superiority pilot trial in healthy men. Appl Physiol Nutr Metab. 2016 Sep;41(9):1005-7. doi: 10.1139/apnm-2016-0178.

PAGE 1208

CONFIDENTIAL

MONSTVPX0772050

**Table 1.** Changes in total creatine levels across various tissues from baseline to 28 days. Values are mean ± SD.

| | Creatyl-L-leucine | | Placebo | | P |
|---|---|---|---|---|---|
| | Baseline | Follow up | Baseline | Follow up | |
| Vastus medialis muscle (mM) | 24.92 ± 5.53 | 24.62 ± 3.56 | 20.04 ± 1.49 | 19.80 ± 3.68 | 0.98 |
| Thalamus (mM) | 5.60 ± 1.48 | 5.98 ± 0.80 | 6.45 ± 0.51 | 5.98 ± 0.39 * | 0.09 |
| Centrum semiovale white matter (mM) | 6.72 ± 0.33 | 6.36 ± 0.36 | 6.23 ± 1.04 | 6.67 ± 0.96 | 0.30 |
| Midline pre-occipital gray matter (mM) | 8.19 ± 0.94 | 7.86 ± 0.97 | 6.41 ± 0.94 | 7.41 ± 0.65 | 0.15 |

*Notes:* P value was calculated from a two-way mixed model ANOVA (treatment *vs.* time interaction). Asterisk (*) indicates a significant difference for baseline *vs.* follow-up at $P < 0.05$ for each intervention.

CONFIDENTIAL

MONSTVPX0772051

RESEARCH PROJECT ID 224-CRLL

**Table 2.** Changes in safety biomarkers from baseline to 28 days. Values are mean ± SD.

| | Creatyl-L-leucine | | Placebo | | P |
|---|---|---|---|---|---|
| | Baseline | Follow up | Baseline | Follow up | |
| *Clinical enzymes* | | | | | |
| Creatine kinase (IU/mL) | 301 ± 175 | 249 ± 137 | 376 ± 220 | 382 ± 233 | 0.44 |
| Alanine aminotransferase (IU/mL) | 28 ± 8 | 30 ± 8 | 23 ± 8 | 26 ± 8 | 0.72 |
| Aspartate aminotransferase (IU/mL) | 29 ± 8 | 30 ± 8 | 36 ± 7 | 38 ± 9 | 0.99 |
| Alkaline phosphatase (IU/mL) | 77 ± 16 | 77 ± 23 | 74 ± 17 | 78 ± 19 | 0.73 |
| Gamma-glutamyltransferase (IU/mL) | 19 ± 5 | 18 ± 4 | 16 ± 4 | 16 ± 3 | 0.71 |
| *Clinical chemistry* | | | | | |
| Glucose (mmol/L) | 5.0 ± 0.4 | 5.0 ± 0.3 | 4.6 ± 0.2 | 4.6 ± 0.3 | 0.80 |
| Total cholesterol (mmol/L) | 4.4 ± 0.5 | 4.2 ± 0.6 | 4.5 ± 0.5 | 4.4 ± 0.7 | 0.92 |
| Blood urea nitrogen | 6.0 ± 2.0 | 6.5 ± 2.2 | 5.6 ± 1.6 | 5.5 ± 1.3 | 0.60 |
| Creatinine (umol/L) | 94 ± 6 | 99.4 ± 7 | 105 ± 3 | 105 ± 7 | 0.16 |
| Total protein (g/L) | 77 ± 1 | 72 ± 2 * | 79 ± 2 | 80 ± 6 | 0.17 |
| Total bilirubin (umol/L) | 19.2 ± 15.8 | 13.8 ± 4.7 | - | - | - |
| Albumin (g/L) | 55 ± 9 | 51 ± 2 | 43 ± 3 | 45 ± 2 | 0.64 |
| *Hematological indices* | | | | | |
| Red blood cell count (x 10$^{12}$) | 5.3 ± 0.5 | 5.3 ± 0.5 | 4.8 ± 0.3 | 4.9 ± 0.2 | 0.64 |
| Hemoglobin (g/L) | 151 ± 15 | 145 ± 14 * | 145 ± 4 | 150 ± 10 | 0.02 |
| Hematocrit (%) | 0.45 ± 0.04 | 0.45 ± 0.03 | 0.44 ± 0.02 | 0.44 ± 0.03 | 0.29 |
| Mean corpuscular volume (fL) | 85 ± 13 | 87 ± 13 * | 91 ± 4 | 90 ± 4 | 0.18 |
| Mean corpuscular hemoglobin (pg) | 29.0 ± 4.8 | 27.9 ± 4.7 * | 30.2 ± 1.6 | 30.9 ± 1.4 | 0.09 |
| Mean corpuscular hemoglobin concentration (g/L) | 339 ± 9 | 322 ± 12 * | 331 ± 9 | 346 ± 4 * | 0.01 |
| White blood cell count (x 10$^9$) | 5.9 ± 0.3 | 6.0 ± 1.0 | 6.7 ± 1.4 | 6.0 ± 1.4 | 0.09 |
| Platelets (x 10$^{12}$) | 213 ± 42 | 229 ± 46 * | 201 ± 31 | 206 ± 27 | 0.25 |

*Notes*: P value was calculated from a two-way mixed model ANOVA (treatment *vs.* time interaction). Asterisk (*) indicates a significant difference for baseline *vs.* follow-up at $P < 0.05$ for each intervention. Missing values for total bilirubin in the placebo group are due to technical issues.

CONFIDENTIAL

MONSTVPX0772052

**Figure 2.** Individual concentrations of total creatine in the thalamus before and after 28-day supplementation with CLL (blue) and placebo (orange); darker shade indicates values at follow-up. Data for one participant from placebo group are missing due to technical issues.



**Figure 3.** Individual concentrations of total creatine in vastus medialis muscle before and after 28-day supplementation with CLL (blue) and placebo (orange); darker shading indicates values at follow-up.



CONFIDENTIAL                                                                MONSTVPX0772053

**Figure 4.** Individual concentrations of total creatine in centrum semiovale white matter before and after 28-day supplementation with CLL (blue) and placebo (orange); darker shading indicates values at follow-up. Data for one participant from the placebo group were missing due to technical issues.



**Figure 5.** Individual concentrations of total creatine in midline pre-occipital gray matter before and after 28-day supplementation with CLL (blue) and placebo (orange); darker shading indicates values at follow-up. Data for one participant from the placebo group were missing due to technical issues.



CONFIDENTIAL

MONSTVPX0772054

# FINAL PROJECT REPORT

**Project Title:**                    Effect of dietary supplementation on muscle creatine

**Project report prepared by:**       Nicholas A. Burd, PhD

Department of Kinesiology and Community Health,

University of Illinois at Urbana-Champaign,

156 Louise Freer Hall

906 S. Goodwin Avenue,

Urbana, IL 61801, USA

Email : naburd@illinois.edu

Phone : +1 (217) 244-0970

EXHIBIT E

1

Confidential                                                                                    MONSTVPX0812286

## I. Introduction

Creatine supplementation has been reported as an effective strategy to increase muscle creatine content and enhance skeletal muscle adaptations during a program of resistance training in healthy young and older adults[1]. The majority of studies demonstrating the benefits of creatine supplementation on muscle performance has utilized creatine monohydrate (CrM). Therefore, the purpose of this investigation was to compare the effect of CrM and creatyl-l-leucine (CLL; a purported form of creatine) on augmenting muscle creatine content in healthy males and females.

## II. Methods

*Subjects*

Eighty-six males and females were assessed for eligibility to participate in this investigation. Only participants between 18 and 50 years of age with a body mass index between 18.5 and 29.99 $kg \cdot m^{-2}$ were considered for participation. Potential participants reporting supplemental creatine use within the preceding recruitment, adherence to a diet that varies from the typical US eating style (e.g., vegetarian or carnivore), or regular consumption of greater than 100-200 mg of caffeine per day (~1-2 cups of coffee) were excluded from participation. Further, potential participants with a history of: allergy or hypersensitivity to local anesthetics; adverse metabolic, cardiovascular, Hepatorenal, autoimmune, or neuromuscular conditions; chronic tobacco use within the 6 months preceding recruitment; bleeding or clotting disorders; use of any nutritional supplement purported to be ergogenic within the 12 months preceding recruitment; habitual dietary protein intake greater than 1.2 $g \cdot kg \cdot day^{-1}$; and women who are or may be pregnant were excluded.

In total, 29 participants met inclusion criteria (see **Figure 1** for CONSORT diagram). Baseline characteristics for enrolled participants are presented in **Table 1**. Those who were eligible

2

Confidential

MONSTVPX0812287

and wished to participate were explained the procedures and risks associated with participation prior to signing an informed consent document approved by the Institutional Review Board at the University of Illinois at Urbana-Champaign (IRB# 21181). All procedures involving human subjects were conducted in accordance with the Declaration of Helsinki.

**Table 1.** Participant characteristics at baseline.

| Variable | CLL (7 M, 4 F) | CrM (5 M, 3 F) | PLA (5 M, 5 F) | Group Effect |
|---|---|---|---|---|
| Age (yrs) | $29.2 \pm 9.3$ | $28.5 \pm 7.3$ | $30.3 \pm 6.9$ | 0.896 |
| Height (cm) | $170.3 \pm 10.5$ | $172.1 \pm 11.0$ | $167.8 \pm 9.9$ | 0.679 |
| Body Mass (kg) | $71.9 \pm 14.5$ | $76.6 \pm 10.7$ | $69.9 \pm 11.1$ | 0.514 |
| BMI (kg·m$^{-2}$) | $24.6 \pm 2.9$ | $25.8 \pm 1.7$ | $24.7 \pm 2.4$ | 0.548 |
| $\Sigma$ Upper Body 10RM (kg)[1] | $115.7 \pm 44.9$ | $123.1 \pm 62.0$ | $114.2 \pm 40.9$ | 0.929 |
| $\Sigma$ Lower Body 10RM (kg)[2] | $210.0 \pm 61.0$ | $220.3 \pm 67.8$ | $239.4 \pm 64.0$ | 0.608 |
| Energy Intake (kcal·d$^{-1}$) | $1884.3 \pm 754.7$ | $1949.6 \pm 732.5$ | $1882.1 \pm 514.1$ | 0.978 |
| Protein Intake (g·d$^{-1}$) | $97.5 \pm 39.1$ | $94.2 \pm 50.4$ | $94.8 \pm 35.6$ | 0.987 |
| Protein Intake (g·kg$^{-1}$·d$^{-1}$) | $1.4 \pm 0.6$ | $1.2 \pm 0.6$ | $1.3 \pm 0.5$ | 0.738 |
| Fat Intake (g·d$^{-1}$) | $85.2 \pm 49.4$ | $91.8 \pm 36.1$ | $73.5 \pm 29.1$ | 0.686 |
| CHO Intake (g·d$^{-1}$) | $177.8 \pm 77.3$ | $193.5 \pm 77.2$ | $202.1 \pm 39.7$ | 0.781 |

Data are mean ± SD. [1]Sum of chest press, shoulder press, and seated row 10RMs; [2]Sum of leg extension, leg press, and leg curl 10RMs; BMI = body mass index; CHO = carbohydrate; CLL = creatyl-l-leucine; CrM = creatine monohydrate; PLA = placebo

.

3

Confidential

MONSTVPX0812288



**Figure 1.** CONSORT flow diagram. CONSORT, Consolidated Standards of Reporting Trials.

*Experimental Design*

This study utilized a randomized, double-blind, placebo-controlled, parallel design to assess the effectiveness of CrM, CLL, or placebo (PLA) supplementation for increasing muscle creatine content. An overview of the study design is presented in **Figure 2**. Upon enrollment, participants completed a preliminary strength testing. At least 72 hours after preliminary testing, participants underwent a preliminary trial where a baseline muscle sample was collected. Following the preliminary trial, participants supplemented their habitual dietary intake with either CrM, CLL, or PLA (discussed below) for two weeks and completed 3 supervised resistance exercise sessions per week. A second biopsy was collected following the conclusion of the supplementation period.

4

Confidential

MONSTVPX0812289



**Figure 2.** Overview of the study protocol.

## *Preliminary Testing Session*

Prior to assessment of muscular strength, eligibility was confirmed by measuring height and body mass to confirm BMI was within range. Subsequently participants warmed up by walking on a belt-driven treadmill for ~5 minutes. Participants' ten-repetition maximum (10RM) was then determined for the leg extension, chest press, leg press, shoulder press, leg curl, and seated row (in that order). To begin, participants completed a set of 8-10 repetitions at ~50% of their estimated 10RM. Following 1-2 minutes of rest, load was increased to ~90% of their estimated 10RM for a set of 10 repetitions. Load was then increased by 2-5% following each successful attempt until participants could not complete 10 repetitions through a full range of motion. Participants achieved 10RM in $2.61 \pm 1.04$ attempts. At least 2 minutes of rest was given between sets and 5 minutes between exercises.

5

Confidential

MONSTVPX0812290

*Preliminary and Final Trials*

On the morning of the preliminary and final trials (at least 72 hrs following strength testing), participants arrived to the laboratory via public transport or automobile following an overnight fast (>8 hrs) and having refrained from activities outside of daily living and alcohol consumption for at least 72 hrs and 24 hrs, respectively. Upon arrival, participants had their height and body mass measured prior to determination of body composition via dual energy x-ray absorptiometry (QDR 4500A; Hologic, Marlborough, MA, USA) calibrated to manufacturer specifications. Subsequently, participants had their body water and blood pressure measured via a single channel, tetra polar bio-impedance spectroscopy device (SFB7; Impedimed Inc., Pinkenba, QLD, AU) and an automated blood pressure cuff (HEM-907XL; Omron Healthcare Inc., Lake Forest, IL, USA), respectively. Participants were then prepped for the biopsy procedure. Biopsies were collected from the middle region of the *vastus lateralis* of the participants' dominant leg using a Bergström needle modified for manual suction under local anesthesia (2% xylocaine with 1:200000 epinephrine). Biopsies were freed from any visible blood, adipose, and connective tissue prior to be snap frozen in liquid nitrogen and stored at -80°C for subsequent analysis.

*Supplementation Protocol*

The supplementation period lasted a total of 14 days and began on the day of participants' preliminary trial. During this time, participants consumed 5 g of either CrM (Creapure®; Bare Performance Nutrition, Round Rock, TX, USA), CLL, or PLA (maltodextrin; BulkSupplements; Henderson, NV, USA) in a double-blind manner. Upon arrival of the supplements to the facility, the powders were given to a researcher that was not involved in the study for transfer into identical containers labeled with A, B, or C. The individual then recorded the contents of each container on

6

Confidential

MONSTVPX0812291

a piece of paper, folder the paper, and subsequently sealed the blinding key with a signed and dated piece of tape. The blinding key was then stored in the office of the principal investigator (Dr. Burd) until all analysis was completed. Once blinded, 5 g portions of each condition were weighed and transferred to plastic bottles for distribution to participants. Participants were instructed to consume the contents of one of these bottles at the same time daily by filling the bottle ~12 oz of warm water, mixing until all the powder was dissolved, and promptly consuming the mixture (within 3 minutes of preparation). To promote compliance, participants returned empty supplement bottles on exercise days and were instructed to confirm supplement ingestion by sending a picture of the empty bottle to the project coordinator at the time of ingestion.

*Resistance Exercise*

On three days of each week during the supplementation period, participants reported to the laboratory for a supervised bout of resistance exercise. Upon arrival, participants completed a 5-minute warm up on a belt-driven treadmill followed by one warm up set of 10 repetitions at 60% of 10RM. Participants then completed 4 sets of 10 repetitions with 80% of 10RM with 1-2 minutes of rest between sets. If participants were unable to complete 10 repetitions with the prescribed resistance, load was reduced by 2.5-5% until 10 repetitions were completed. Exercises for each session alternated between two configurations. On one day, participants completed 4 sets each of leg extension, leg curl, and seated row with the next session being comprised of leg press, chest press, and shoulder press. The first exercise session was completed immediately following the preliminary trial. Exercise sessions were separated by at least 48 hours of rest and the final exercise session was completed at least 48 hours prior to the second biopsy trial.

7

Confidential

MONSTVPX0812292

*Experimental Control*

Participants were asked to complete a 3-day diet record (2 weekdays and 1 weekend day) prior to the start of the study records using the Automated Self-Administered 24-hour (ASA24) Dietary Assessment Tool, version 2020 (National Cancer Institute, Bethesda, MD, USA) to characterize habitual dietary habits and quantify energy and macronutrient consumption. Similarly, participants completed a 4-day diet record leading into the preliminary trial. This record was compiled, printed, and given to the participant to repeat leading into the final trial to ameliorate any differences between trials stemming from differences in the diet leading into the trial. Participants were instructed to complete another 4-day record leading into the final trial regardless of how closely they followed the initial record provided to them.

Moreover, participants' physical activity was monitored by a tri-axial accelerometer (GT9X Link; ActiGraph LLC, Pensicola, FL, USA). Participants were provided with a sleep and wear log and asked to record any time period over 15 minutes when they took the unit off and when they got into/out of bed each day. These data were analyzed using the proprietary software of the accelerometer manufacturer (ActiLife version 6.13.4). Non-wear time and sleep time was identified through participant logs and excluded from analyses. Sampling rate was set at 30 Hz and data were scored using methods described by Freedson et al.[2]

*Muscle Creatine Analysis*

One fraction of the muscle sample (~30 mg wet weight) was lyophilized and pulverized according to established methods.[3] Powdered muscle samples (~5-10 mg dry weight) were weighed, transferred to a clean tube and extracted with 0.5 M perchloric acid (PCA) with 1 mM EDTA at a ratio of 1 mL PCA/EDTA:12.5 mg dried muscle. Samples were then agitated on ice for 10 minutes

8

Confidential

MONSTVPX0812293

prior to being centrifuged (10000 g for 3 minutes at 4°C) to pellet any insoluble matter. Following transfer of supernatant to a clean tube, acid extracts were individually neutralized with 2.2 M KOH until the pH reached between 6.5 and 8 and subsequently frozen at -80°C for muscle creatine analysis. Samples were analyzed using a Triple Quadrupole LC/MS/MS system (TSQ Altis; ThermoFisher Scientific, Waltham, MA, USA). The software TraceFinder (version 4.1) was used for data acquisition and analysis. The LC separation was performed on a Thermo Accucore Vanquish C18+ column (2.1 x 100mm, 1.5μm) with mobile phase A (2 mM ammonia acetate in water) and mobile phase B (2 mM ammonia acetate in acetonitrile) with the flow rate was 0.3 mL/min. The linear gradient was as follows: 0-0.5 min, 0% B; 2-3min, 100% B; 3.5-5min, 0% B. The autosampler and LC column chamber were set at 10°C, 40°C, respectively. The injection volume was 5 μL. Mass spectra was acquired under both positive and negative electrospray ionization. Multiple reaction monitoring was used for quantitation: creatine $m/z$ 131.9 --> $m/z$ 87.0; phosphocreatine $m/z$ 209.9 --> $m/z$ 78.9, internal standard 4-choloro-phenylalanine $m/z$ 199.9 --> $m/z$ 154.0.

*Statistics*

All data are expressed as mean ± SD. All inferential statistical analyses were performed using IBM SPSS Statistics for Windows (version 25.0; IBM Corp., Armonk, NY, USA). An *a priori* power analysis was conducted using a data compiled from published research[4–9] using a simulation-based power analysis system for factorial ANOVA designs.[10] Based on an estimated effect size ($\eta_p^2$ = 0.30), and a desired power of 80%, our power analysis demonstrated that a sample size of 10 would be sufficient to detect a significant group*time interaction at p < 0.05 for a factorial design with a single between-subjects (3 levels) and within-subjects (2 levels) variable. Data were assessed for

9

Confidential

MONSTVPX0812294

normality via inspection of skewness/kurtosis values and normal Q-Q plots. Differences in baseline participant characteristics, training load, and physical activity measures were assessed using a linear mixed effects model with group (3 levels) as a fixed factor. Similarly, pre-trial nutritional intakes and body composition were also analyzed with linear mixed effects models with group (3 levels), time (2 levels), and the interaction term as fixed factors. Given the numerical differences in baseline creatine content, muscle creatine was analyzed using a similar model (i.e., group, time, and group*time as fixed factors) but with baseline muscle creatine as a covariate. Statistical significance was set at $p < 0.05$. When a significant main effect or interaction was identified, Bonferroni post hoc adjustments were utilized for pairwise comparisons to identify these differences.

### III.   Results

*Descriptive Characteristics and Body Composition*

There were no differences observed between groups for any of the baseline characteristics analyzed (see **Table 1**). Neither systolic blood pressure, nor plasma glucose, differed between groups or trials (grand mean = 126.5 ± 11.9 mmHg and 5.0 ± 0.7 mmol·L$^{-1}$, respectively). However, there was a significant effect for group ($p = 0.039$) for diastolic blood pressure. Regardless of trial, PLA (70.6 ± 8.2 mmHg) was significantly lower than CrM (78.3 ± 5.6 mmHg) with no differences between CrM and CLL (73.7 ± 11.0 mmHg; $p = 0.412$) or PLA and CLL ($p = 0.804$). There was no change in body mass, BMI, or lean body mass with supplementation (see **Table 3**). Further, dietary intake in the four days preceding each trial did not differ between groups, nor time points (see **Table 4**). There were no significant differences between groups, nor any

10

Confidential

MONSTVPX0812295

changes over time, in absolute or relative total body water or intra- and extracellular fluid volumes (all p > 0.300).

**Table 3.** Changes in body composition before (trial 1) and after (trial 2) 14 days of supplementation.

| | CLL | | CrM | | PLA | | p-value | |
|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 1 | Trial 2 | Trial 1 | Trial 2 | Group | Time |
| Body Mass (kg) | 69.7 ± 13.2 | 69.2 ± 13.2 | 76.6 ± 10.5 | 77.4 ± 10.7 | 69.8 ± 10.2 | 70.0 ± 10.3 | 0.325 | 0.274 |
| BMI (kg·m⁻²) | 23.6 ± 2.9 | 23.5 ± 3.0 | 24.9 ± 1.8 | 25.2 ± 1.8 | 23.9 ± 1.7 | 24.0 ± 1.9 | 0.379 | 0.132 |
| Fat Mass (kg) | 19.2 ± 7.4 | 19.5 ± 7.3 | 23.3 ± 6.8 | 23.7 ± 6.9 | 18.0 ± 3.0 | 18.4 ± 3.1 | 0.172 | 0.011 |
| LBM (kg) | 49.6 ± 11.3 | 48.7 ± 11.0 | 52.3 ± 9.6 | 52.8 ± 10.3 | 50.9 ± 11.1 | 50.9 ± 11.0 | 0.802 | 0.399 |
| Body Fat (%) | 27.9 ± 8.6 | 28.7 ± 8.6 | 30.9 ± 7.8 | 31.2 ± 8.2 | 26.8 ± 6.6 | 27.2 ± 6.6 | 0.544 | 0.015 |

Data are mean ± SD. BMI = body mass index; LBM = lean body mass; CLL = creatyl-l-leucine; CrM = creatine monohydrate; PLA = placebo

**Table 4.** Dietary intake results from 4-day diet records leading into the first and second muscle biopsy.

| | CLL | | CrM | | PLA | | p-value | |
|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 1 | Trial 2 | Trial 1 | Trial 2 | Group | Time |
| Energy (kcal) | 1726 ± 494 | 1745 ± 237 | 1705 ± 413 | 1548 ± 298 | 1675 ± 413 | 1693 ± 613 | 0.837 | 0.793 |
| Protein (g·d⁻¹) | 82 ± 29 | 87 ± 18 | 80 ± 37 | 72 ± 21 | 78 ± 17 | 72 ± 41 | 0.691 | 0.761 |
| Protein (g·kg⁻¹·d⁻¹) | 1.1 ± 0.3 | 1.2 ± 0.3 | 1.0 ± 0.4 | 0.9 ± 0.2 | 1.2 ± 0.3 | 1.0 ± 0.5 | 0.573 | 0.495 |
| Fat (g·d⁻¹) | 78 ± 24 | 79 ± 18 | 73 ± 19 | 72 ± 17 | 65 ± 29 | 63 ± 39 | 0.447 | 0.949 |
| CHO (g·d⁻¹) | 176 ± 73 | 170 ± 57 | 188 ± 32 | 156 ± 34 | 196 ± 50 | 219 ± 46 | 0.233 | 0.781 |

Data are mean ± SD. CHO = carbohydrate; CLL = creatyl-l-leucine; CrM = creatine monohydrate; PLA = placebo

*Physical Activity and Exercise*

Daily energy expenditure, as measured via accelerometers, did not differ (p = 0.280) between CLL (315 ± 101 kcal·d⁻¹), CrM (330 ± 171 kcal·d⁻¹), or PLA (310 ± 170 kcal·d⁻¹). Similarly, cumulative upper and lower body training did not differ between groups (see **Table 5**). A single participant only completed 5 training sessions whereas all other participants completed all 6 supervised exercise bouts.

11

Confidential
MONSTVPX0812296

**Table 5.** Average total volume load and repetitions completed throughout the supplementation period.

| Variable | CLL | CrM | PLA | Group Effect |
|---|---|---|---|---|
| LB Repetitions (n) | 355 ± 16 | 359 ± 22 | 360 ± 0 | 0.892 |
| LB Volume Load (kg) | 20267 ± 5633 | 20600 ± 7111 | 21021 ± 7607 | 0.771 |
| UB Repetitions (n) | 359 ± 2 | 354 ± 15 | 358 ± 4 | 0.429 |
| UB Volume Load (kg) | 11215 ± 4354 | 12352 ± 6364 | 11121 ± 3546 | 0.852 |

Data are mean ± SD. LB = lower body; UB = upper body; CHO = carbohydrate; CLL = creatyl-l-leucine; CrM = creatine monohydrate; PLA = placebo

*Muscle Creatine Content*

There was a main effect of time (p = 0.040) and group (p = 0.010) for muscle creatine. Moreover, there was significant group*time interaction (p = 0.010). Creatine content was unchanged after the supplementation period for the CLL (39.1 ± 8.8 vs. 40.0 ± 7.4 mmol·kg WW$^{-1}$; p = 0.680) or PLA (48.9 ± 7.9 vs. 47.4 ± 5.9 mmol·kg WW$^{-1}$; p = 0.504) groups. However, there was a significant increase in the CrM group after supplementation (43.3 ± 6.2 vs. 52.9 ± 7.8 mmol·kg WW$^{-1}$; p = 0.010). After the intervention, muscle creatine content was higher than both PLA (p = 0.001) and CLL (p < 0.001; see **Figure 3**)



**Figure 3.** Muscle creatine content before and after 14 days of supplementation. CLL = creatyl-l-leucine; CrM = creatine monohydrate; PLA = placebo; * = significantly greater than the pre-supplementation time point within group; † = significantly greater than PLA and CLL post-supplementation

12

Confidential

MONSTVPX0812297

## IV. Important findings

The primary objective of this project was to examine the impact of CLL and CrM supplementation on muscle creatine content in healthy males and females. The results presented herein demonstrate that CrM supplementation significantly increased muscle creatine content by ~21% whereas there was no significant change in muscle creatine content in the PLA and/or the CLL conditions. As such, this work does not support the use of CLL as an alternative dietary supplementation strategy to CrM to increase muscle creatine content in healthy males and females.

13

Confidential

MONSTVPX0812298

## V. References

1.  Devries MC, Phillips SM. Creatine Supplementation during Resistance Training in Older Adults—A Meta-analysis. *Med Sci Sport Exerc*. 2014;46(6):1194-1203. doi:10.1249/MSS.0000000000000220

2.  Freedson PS, Melanson E, Sirard J. Calibration of the Computer Science and Applications, Inc. accelerometer. *Med Sci Sport Exerc*. 1998;30(5):777-781. doi:10.1097/00005768-199805000-00021

3.  Harris RC, Hultman E, Nordesjö LO. Glycogen, glycolytic intermediates and high-energy phosphates determined in biopsy samples of musculus quadriceps femoris of man at rest. Methods and variance of values. *Scand J Clin Lab Invest*. 1974;33(2):109-120. http://www.ncbi.nlm.nih.gov/pubmed/4852173

4.  Gordon A, Hultman E, Kaijser L, et al. Creatine supplementation in chronic heart failure increases skeletal muscle creatine phosphate and muscle performance. *Cardiovasc Res*. 1995;30(3):413-418. http://www.ncbi.nlm.nih.gov/pubmed/7585833

5.  Greenhaff PL, Bodin K, Soderlund K, Hultman E. Effect of oral creatine supplementation on skeletal muscle phosphocreatine resynthesis. *Am J Physiol Metab*. 1994;266(5):E725-E730. doi:10.1152/ajpendo.1994.266.5.E725

6.  Casey A, Constantin-Teodosiu D, Howell S, Hultman E, Greenhaff PL. Creatine ingestion favorably affects performance and muscle metabolism during maximal exercise in humans. *Am J Physiol Metab*. 1996;271(1):E31-E37. doi:10.1152/ajpendo.1996.271.1.E31

7.  Hultman E, Soderlund K, Timmons JA, Cederblad G, Greenhaff PL. Muscle creatine loading in men. *J Appl Physiol*. 1996;81(1):232-237. doi:10.1152/jappl.1996.81.1.232

8.  Jagim AR, Oliver JM, Sanchez A, et al. A buffered form of creatine does not promote

14

Confidential

MONSTVPX0812299

greater changes in muscle creatine content, body composition, or training adaptations than creatine monohydrate. *J Int Soc Sports Nutr*. 2012;9(1):43. doi:10.1186/1550-2783-9-43

9.   McKenna MJ, Morton J, Selig SE, Snow RJ. Creatine supplementation increases muscle total creatine but not maximal intermittent exercise performance. *J Appl Physiol*. 1999;87(6):2244-2252. doi:10.1152/jappl.1999.87.6.2244

10.   Lakens D, Caldwell AR. Simulation-Based Power Analysis for Factorial Analysis of Variance Designs. *Adv Methods Pract Psychol Sci*. 2021;4(1):251524592095150. doi:10.1177/2515245920951503

15

Confidential

MONSTVPX0812300

# A Single-Blind, Randomized, Crossover Study to Examine the Effect of a Commercially Available Energy Drink on Circulating Creatine Levels in Healthy Adults

## Study Report
## BIO-2001

### Sponsor:

**Monster Energy**
1 Monster Way
Corona, CA 92879

### Trial Managed by:

Biofortis Innovation Services
800 S. Rohlwing Road, Suite A
Addison, IL  60101
630-617-2000 (Tel)
630-705-0649 (Fax)

## CONFIDENTIAL

**EXHIBIT F**

Confidential

MONSTVPX0805843

STUDY REPORT

## TABLE OF CONTENTS

1    ABBREVIATIONS AND DEFINITIONS ................................................................ 5
2    SYNOPSIS ............................................................................................................ 6
3    ETHICS ................................................................................................................. 7
    3.1    Conduct of Study and Confidentiality ................................................... 7
    3.2    Institutional Review Board .................................................................... 7
4    INTRODUCTION ................................................................................................. 8
    4.1    Rationale ............................................................................................. 8
    4.2    Objective ............................................................................................. 8
    4.3    Subjects .............................................................................................. 8
    4.4    Test Products ...................................................................................... 9
    4.5    Outcome Variables .............................................................................. 9
5    STUDY DESIGN & CONDUCT ......................................................................... 9
    5.1    Flow Chart .......................................................................................... 12
6    MEASUREMENTS & METHODS ...................................................................... 14
    6.1.1    Clinic Visit Procedures ...................................................................... 14
    6.1.2    Laboratory Measurements ................................................................. 14
    6.1.3    Physical Examination ........................................................................ 14
    6.1.4    Screening ECG ................................................................................. 14
    6.1.5    Vein Access Scale Assessment ........................................................ 15
    6.1.6    Minnesota Leisure Time Physical Activity Questionnaire .................. 15
    6.1.7    Challenge Test .................................................................................. 15
    6.1.8    Study Instructions/Query ................................................................... 15
    6.1.9    24-h Record/Dispense Copy of 24-h Diet Record ............................. 15
    6.1.10    Pharmacokinetic Testing .................................................................. 15
7    STATISTICAL METHODS ................................................................................. 16
    7.1    Sample Size ......................................................................................... 16
    7.2    Statistical Analysis .............................................................................. 17
    7.2.1    Presentation of Screening/Baseline Variables ................................. 17
    7.2.2    Outcome Analyses ............................................................................ 17
    7.2.3    Safety Analysis ................................................................................. 18
8    QUALITY ASSURANCE AND QUALITY CONTROL ........................................ 18
9    ANALYSIS POPULATION ................................................................................. 18
10    RESULTS ........................................................................................................ 21
    10.1    Subject Characteristics ...................................................................... 21
    10.2    Outcome Results ................................................................................ 22
    10.2.1    Plasma Creatine ............................................................................. 22
    10.2.2    Plasma Creatinine .......................................................................... 23
    10.3    Adverse Events .................................................................................. 26

Confidential        MONSTVPX0805844

**STUDY REPORT**

11    SUMMARY ............................................................................................. 27

12    REFERENCES ........................................................................................ 27

Confidential                                                                                    MONSTVPX0805845

**STUDY REPORT**

## LIST OF APPENDICES

APPENDIX SR1:  STUDY PROTOCOL

APPENDIX SR2:   STATISTICAL ANALYSIS PLAN

APPENDIX SR3:  DATA LISTINGS AND POPULATION RECOMMENDATION

APPENDIX SR4:  STATISTICAL REPORT AND RESULTS (multiple Excel files)

Confidential                                                                                                    MONSTVPX0805846

STUDY REPORT

# 1 ABBREVIATIONS AND DEFINITIONS

| | |
|---|---|
| μg | microgram |
| AAHRP | Association for the Accreditation of Human Research Participation Protection Programs |
| AE | adverse events |
| BMI | body mass index |
| CDMP | Clinical Data Management Plan |
| CFR | Code of Federal Regulations |
| CI | confidence interval |
| $C_{max}$ | maximum concentration |
| ECG | electrocardiogram |
| eCRF | electronic case report forms |
| FAS | full analysis set |
| FDA | Food and Drug Administration |
| g | gram |
| GCP | Good Clinical Practices |
| h | hour |
| HIPAA | Health Insurance Portability and Accountability Act |
| IQR | interquartile |
| IRB | Institutional Review Board |
| ITT | intent-to-treat |
| mg | milligram |
| min | minute |
| mL | milliliter |
| MLTPA | Modified Minnesota Leisure Time Physical Activity |
| mm Hg | milimeter Mercury |
| n | sample size |
| niAUC | net incremental area under the curve |
| oz | ounce |
| PK | pharmacokinetic |
| SAP | statistical analysis plan |
| SD | standard deviation |
| $T_{max}$ | time to maximum concentration |

Confidential

MONSTVPX0805847

## 2   SYNOPSIS

| | |
|---|---|
| **PROJECT TITLE** | A Single-Blind, Randomized, Crossover Study to Examine the Effect of a Commercially Available Energy Drink on Circulating Creatine Levels in Healthy Adults |
| **SPONSOR** | Monster Energy |
| **STUDY PRINCIPAL INVESTIGATOR** | William J. Evans, PhD |
| **STUDY DESIGN** | This was a single-blind, randomized, crossover study.  At three visits separated by at least 3 days, subjects consumed the active product (i.e., two 16 oz servings of Bang Energy drink), a negative control (i.e., two 16 oz servings of Diet 7-up®), and a positive control (i.e., 3 g creatine monohydrate, dissolved in 32 oz Diet 7-up® and provided as two 16 oz servings). Plasma samples were collected at t = -5 (with -10 min window) and at t = 30, 45, 60, 75, 90, 105, 120, 150, 180, and 240 ± 10 min, for measurements of creatinine and creatinine concentrations. |
| **SUBJECTS** | Subjects were healthy men or women, 18 to 50 years old, with BMI of 18.0 to 35.0 kg/m$^2$. |
| **MAIN OUTCOME** | **Primary Outcome:**<br><br>Net incremental area under the curve (niAUC) for plasma creatine from t = -5 to 240 minutes, where t = -5 was the time prior to study product consumption.<br><br>**Secondary Outcomes:**<br><br>• Maximum plasma creatine concentration ($C_{max}$) defined as the maximum observed concentration<br>• Time to $C_{max}$ ($T_{max}$) defined as the time of the observed maximum plasma creatine concentration<br>• niAUC, $C_{max}$, and $T_{max}$ for plasma creatinine |
| **TEST PRODUCT** | • Active: Two 16 oz cans of Bang Energy drink (provided as two 16 oz servings)<br><br>• Negative control: 32 oz Diet 7-up® (provided as two 16 oz servings)<br><br>• Positive control: 3 g creatine monohydrate, dissolved in 32 oz Diet 7-up® (provided as two 16 oz servings) |
| **RESEARCH OBJECTIVE** | Examine the effect of consuming Bang Energy drink on plasma creatine levels. |
| **ANALYSIS POPULATION** | A total of 15 subjects were randomized into the study and of these, one subject withdrew consent prior to starting the second intervention period.  Thus, the full analysis set (FAS) included 14 subjects who |

Confidential

MONSTVPX0805848

| | |
|---|---|
| | were randomized and completed the study in its entirety. |
| **SUMMARY** | Consumption of 32 oz of the active study product (i.e., Bang Energy Drink with SUPER CREATINE ® - Sour Heads flavor) did not affect plasma creatine and creatinine as assessed by plasma creatine and creatinine niAUC, $C_{max}$, and $T_{max}$ when compared to a negative control drink containing 0 mg creatine. Plasma creatine parameters, but not plasma creatinine parameters, for the active study product was statistically significantly different compared to the positive control containing 3 g creatine monohydrate, whereby plasma creatine niAUC and $C_{max}$ of the active study product were lower and plasma creatine $T_{max}$ of the active study product was faster compared to those for the positive control. |

## 3    ETHICS

### 3.1    Conduct of Study and Confidentiality

This study was carried out in compliance with the protocol and in accordance with Good Clinical Practices (GCP) as described in the ICH Guidelines for GCP 1996, the applicable US Code of Federal Regulations (CFR) [i.e., 21 CFR including parts 50 and 56 concerning informed consent and Institutional Review Board (IRB) regulations], and the Declaration of Helsinki (2013 Version). Signed written informed consent for participation in the study was obtained from all subjects before protocol-specific procedures were carried out.

Subjects were informed of their right to withdraw from the study at any time. The study was explained verbally, as well as on the IRB-approved informed consent document. Each subject was given ample opportunity to inquire about details of the study and to read and understand the consent form before signing it. Consent was documented by the dated signature of the subject and each subject received a copy of the written informed consent document after signature. The informed consent document also included Health Insurance Portability and Accountability Act (HIPAA)-compliant wording, by which subjects authorized the use and disclosure of their Protected Health Information by the Investigator and by those persons who need that information for the purposes of this study. Subjects were also advised that the Sponsor, its employees or agents, the IRB, as well as representatives of the Food and Drug Administration (FDA), would have the right to audit and review pertinent medical records relating to this clinical trial as part of the informed consent.

Subjects' anonymity was maintained on electronic case report forms (eCRFs) and other documents by utilization of initials, number, or code, and not by using a subject's name. The Investigator kept a separate log showing codes, names, and addresses. All documents showing the subjects' identity were kept in strict confidence by the Investigator.

### 3.2    Institutional Review Board

The initial study protocol was approved by IntegReview on March 24, 2020 prior to study commencement and subject recruitment. A correction to the physical examination procedure in

Confidential

MONSTVPX0805849

the study protocol was approved by the IRB on May 6, 2020 via a protocol clarification letter. IntegReview is fully accredited by the Association for the Accreditation of Human Research Participation Protection Programs (AAHRPP).

# 4    INTRODUCTION

## 4.1    Rationale

Energy drinks are one of the most popular beverages consumed by Americans. The global energy drink market was worth USD 39 billion in 2013, and is forecast to reach 61 billion by 2021 (1). Energy drinks typically contain ingredients such as caffeine, taurine, and B vitamins that are suggested to boost mental alertness and physical stamina.

Recently, some energy drinks have been advertised to contain creatine (2). Creatine is both made within the body from amino acids and obtained through diet. Most of the body's creatine is stored within skeletal muscle where it plays a role in metabolism. The ergogenic property associated with creatine is related to the fact that phosphocreatine, the storage form of creatine in muscle, rapidly regenerate the limited intramuscular supply of energy. Creatine supplementation may enhance energy availability by increasing muscle phosphocreatine storage, thereby improving strength and power outcomes in high-intensity, short-duration exercise (3). In addition to serving as an ergogenic aid, creatine supplementation has been suggested to have neuroprotective, cognitive, anti-inflammatory, and anti-oxidative properties (4, 5).

Clinical trials on energy drinks have mostly focused on their effects on exercise performance and cardiovascular health. To the best of our knowledge, there are no published studies on the bioavailability of creatine from energy drinks advertised to contain creatine. Thus, the objective of this controlled, randomized clinical trial was to examine the effect of consuming a commercially available energy drink containing creatine on plasma creatine levels in healthy adults.

## 4.2    Objective

The objective of this study was to examine the effect of consuming Bang Energy drink on plasma creatine levels.

## 4.3    Subjects

Subjects were generally healthy adults, 18 to 50 years of age (inclusive) with a body mass index (BMI) 18.0 to 35.0 kg/m$^2$ (inclusive). Inclusion and exclusion criteria are detailed in the Study Protocol (Appendix SR1).

BIO-2001_Monster Study Report                    *Confidential*                                    8
30 March 2021 - FINAL

Confidential                                                                                    MONSTVPX0805850

**STUDY REPORT**

### 4.4 Test Products

- Active: Two 16 oz cans of Bang Energy drink (Sour Heads flavor; provided as two 16 oz servings)[1]

- Negative control: 32 oz Diet 7-up® (provided as two 16 oz servings)

- Positive control: 3 g creatine monohydrate, dissolved in 32 oz Diet 7-up® (provided as two 16 oz servings)

Bang Energy drink containing SUPER CREATINE ® (Vital Pharmaceuticals, Inc., Weston, FL) was commercially available and purchased from Amazon.com on 26 May 2020 and 2 June 2020. The pure creatine monohydrate powder (Pure Advantage Creatine Monohydrate, Nutritional Brands, Phoenix, AZ) was purchased from Amazon.com on 19 February 2020. Diet 7-up® (Keurig Dr Pepper Inc, Burlington, MA) was purchased from Walmart on 4 June 2020 and 7 June 2020.

### 4.5 Outcome Variables

The primary outcome variable will be the niAUC for plasma creatine from t = -5 to 240 min, where t = -5 is the time prior to study product consumption.

The secondary outcome variables:

- Creatine maximum plasma concentration ($C_{max}$) defined as the maximum observed concentration
- Creatine time to $C_{max}$ ($T_{max}$) defined as the time of the observed maximum concentration
- niAUC, $C_{max}$, and $T_{max}$ for plasma creatinine

## 5 STUDY DESIGN & CONDUCT

This was a single-blind, randomized, crossover study (**Figure 1**). This study consisted of one screening visit (Day -7) and three test visits (Days 0, 4, and 8) separated by ≥3-d washout periods.

At Visit 1 (Day -7), subjects were provided informed consent and completed screening assessments including evaluations of medical history, prior/current medication/ supplement use, inclusion and exclusion criteria, height and body weight, and vital signs measurements, BMI calculation, physical exam, electrocardiogram (ECG), and Vein Access Scale assessment. An in-clinic urine pregnancy test was also performed on all women. Additionally, a fasting (10 ± 2 h) blood sample was collected for a chemistry profile and hematology panel. Subjects were also required to complete the Modified Minnesota Leisure Time Physical Activity Questionnaire. A challenge test was performed whereby subjects were instructed to consume two 16-oz servings of the Bang Energy drink within 10 ± 5 min per serving and only subjects who were able to complete the challenge test were considered for enrollment into the study. Study instructions were also provided [maintenance of habitual dietary practices, exercise routine, and usual body

---

[1] The ingredient list for the Bang Energy drink in the study protocol (Appendix SR1) is outdated.

BIO-2001_Monster Study Report                  *Confidential*                                          9
30 March 2021 - FINAL

Confidential                                                                                                      MONSTVPX0805851

**STUDY REPORT**

weight throughout the entire test period and abstinence of caffeine (12 h), alcohol (24 h), and vigorous exercise (48 h) prior to subsequent test visits]. Subjects were also instructed to abstain from creatine-containing supplements or products and energy drinks 5 d prior to subsequent test visits. Subjects were then dispensed a 24-h Diet Record with instructions to record intake the day prior to Visit 2 (Day 0).

At Visit 2 (Day 0), subjects arrived at the clinic fasted ($10 \pm 2$ h, water only, anchored to the $t = -5$ min blood draw). Subjects completed clinic visit procedures including: a review of inclusion/exclusion criteria, concomitant medication/supplement use, body weight, and vital signs assessment. Adverse events (AE) were assessed and subjects were queried about study instructions compliance. Additionally, the 24-h Diet Record was collected and reviewed. Eligible subjects were randomized to a test sequence and began the creatine and creatinine pharmacokinetic (PK) test with the insertion of an intravenous catheter at least 5 min prior to the first blood sampling time. In order to maintain patency of the intravenous catheter, the catheter was flushed with normal saline solution at least hourly. Blood samples were obtained at $t = -5$ min (with -10 min window) for the PK analysis of plasma creatine and creatinine, where $t = 0$ min was the start time of study product consumption. The study products were administered as follows:

1. For Bang Energy drink, the product was provided to subjects as two equal servings (16 oz/serving) in opaque bottles. At $t = 0$ min, subjects were instructed to consume the first serving in its entirety within $10 \pm 5$ min. Subjects were instructed to start consuming the second serving at the $t = 15$ min time point. Similar to the first serving, subjects were instructed to consume the second serving in its entirety within $10 \pm 5$ min. After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

2. For the negative control (i.e., Diet 7-up®), two 16 oz servings were provided to subjects in opaque bottles. At $t = 0$ min, subjects were instructed to consume the first serving in its entirety within $10 \pm 5$ min. Subjects were instructed to start consuming the second serving at the $t = 15$ min time point. Similar to the first serving, subjects were instructed to consume the second serving in its entirety within $10 \pm 5$ min. After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

3. For the positive control (i.e., 3 g creatine monohydrate in Diet 7-up®), 3 g of the creatine monohydrate powder was mixed into 32 oz Diet 7-up®. The prepared drink was split into two equal servings (16 oz/serving) in opaque bottles. At $t = 0$ min, subjects were instructed to consume the first serving in its entirety within $10 \pm 5$ min. Subjects were instructed to start consuming the second serving at the $t = 15$ min time point. Similar to the first serving, subjects were instructed to consume the second serving in its entirety within $10 \pm 5$ min. After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

Blood samples were obtained for the PK analysis of plasma creatine and creatinine at $t = 30$, 45, 60, 75, 90, 105, 120, 150, 180, and $240 \pm 10$ min. *Ad libitum* water was allowed after the $120 \pm$

Confidential

MONSTVPX0805852

Case 5:18-cv-01882-JGB-SHOR Document 24484-13ed Filed 06/22/24 Page 312 of 328  Page ID #:10237

10 min blood draw.  No food was allowed prior to the final blood draw at t = 240 ± 10 min. Water consumption at Visit 2 (Day 0) was recorded for replication at Visits 3 and 4 (Days 4 and 8).  Following the final blood draw at t = 240 ± 10 min, AEs were assessed.  Subjects were dispensed a take-home snack, a blank/new 24-h Diet Record to record all food and beverage consumed the day prior to Visit 3 (Day 4); as well as a copy of the completed 24-h Diet Record (of Day -1) with instructions to replicate the same food and beverage intake as closely as possible the day prior to the subsequent visit.  Study instructions were also provided [maintenance of habitual dietary practices, exercise routine, and usual body weight throughout the entire test period and abstinence of caffeine (12 h), alcohol (24 h), and vigorous exercise (48 h) prior to subsequent test visits].  Subjects were also instructed to abstain from creatine-containing supplements or products and energy drinks 5 d prior to subsequent test visits.

At Visits 3 and 4 (Day 4 and 8), subjects returned to the clinic fasted (10 ± 2 h, water only, anchored to the t = -5 min blood draw) for clinic visit procedures (i.e., vital signs; body weight; review inclusion and exclusion criteria for relevant changes, and concomitant medication/supplement use review).  AEs were assessed and subjects were queried about study instructions compliance.  The 24-h Diet Record was collected and study staff reviewed the 24-h Diet Record to compare food and beverage consumption to the Day -1 record for consistency. Subjects then crossed over to the next study product in their randomization sequence and repeated the PK test described above for Visit 2 (Day 0).  The study product at Visits 3 and 4 (Days 4 and 8) was administered within ± 30 min of the t = 0 min time established at Visit 2 (Day 0).

The protocol with a detailed description of the study is provided as an attachment (Appendix SR1).

**Figure 1. Study Design**

Confidential

MONSTVPX0805853

STUDY REPORT



 Randomization

 At t = -5 ± 10 min, fasting blood samples were obtained for creatine and creatinine determinations. At t = 0 min, subjects were instructed to consume the first serving of their assigned study product within 10 min ± 5min. Subjects were instructed to start consuming the second serving after the 15-min time point. After the start of product consumption, blood samples (a total of 11 time points) were obtained at t = 30, 45, 60, 75, 90, 105, 120, 150, 180, and 240 ± 10 min.

## 5.1 Flow Chart

| | Screen | Test Visits | | |
|---|---|---|---|---|
| Visit [1] | 1 | 2 | 3 | 4 |
| Day | -7 | 0 | 4 | 8 |
| Informed Consent/HIPAA [2] | X | | | |
| Medical History | X | | | |
| Clinic Visit [3] | X | X | X | X |
| Physical Exam [4] | X | | | |
| Screening ECG | X | | | |
| Vein Access Scale Assessment | X | | | |
| Modified Minnesota Leisure Time Physical Activity Questionnaire | X | | | |
| In-clinic Urine Pregnancy Test [5] | X | | | |
| Chemistry Profile [6] | X | | | |
| Hematology Panel [7] | X | | | |
| Challenge Test [8] | X | | | |
| Study Instructions/Query [9] | X | X | X | X |
| Dispense/Copy 24-h Diet Record [10] | X | X | X | |

BIO-2001_Monster Study Report
30 March 2021 - FINAL

*Confidential*

12

Confidential

MONSTVPX0805854

**STUDY REPORT**

|  | Screen | Test Visits | | |
|---|---|---|---|---|
| **Visit [1]** | 1 | 2 | 3 | 4 |
| **Day** | -7 | 0 | 4 | 8 |
| Collect/Review 24-h Diet Record |  | X | X | X |
| Randomization |  | X |  |  |
| Pharmacokinetic Test [11] |  | X | X | X |
| Dispense Take-Home Snack |  | X | X | X |
| Adverse Event Assessment [12] |  | X | X | X |

**Footnotes:**

[1] A window of -7, +14 d was allowed for Visits 1 and 2 (Days -7 and 0).  A window of at least +3 d was allowed for Visits 2 and 3 (Days 0 and 4) and Visits 3 and 4 (Day 4 and 8).

[2] Health Insurance Portability and Accountability Act (HIPAA) for disclosure of protected health information.  Signed document authorized the use and disclosure of the subject's Protected Health Information by the Investigator and by those persons who needed that information for the purposes of the study.

[3] Clinic visit procedures included height (Visit 1 only), body weight, and vital sign measurements, BMI calculation (Visit 1 only), and a review of inclusion/exclusion criteria (for eligibility at Visit 1 and for potential protocol deviations at subsequent visits), and concomitant medication/supplement use.

[4] A physical examination was performed at Visit 1 (Day -7) which included an evaluation of head, ears, eyes, nose, throat (HEENT), neck, lungs, heart and abdomen.

[5] To be completed on all women.

[6] The following were performed as part of the fasting (10 ± 2 h) chemistry profile: albumin, alkaline phosphatase, total bilirubin, direct bilirubin, calcium, chloride, creatinine, blood urea nitrogen, potassium, aspartate aminotransferase, alanine aminotransferase, sodium, total protein, carbon dioxide, osmolality, and glucose.

[7] The following were performed as part of the fasting (10 ± 2 h) hematology panel: white blood cell count, red blood cell count, hemoglobin concentration, hematocrit (as volume percent), mean cell volume, mean cell hemoglobin, mean cell hemoglobin concentration, neutrophils, lymphocytes, monocytes, eosinophils, basophils and platelet count.

[8] During the challenge test, potential subjects were asked to consume two 16 oz servings of Bang Energy drink in their entirety whereby each serving must be consumed within 10 ± 5 min.

[9] Study instructions were also provided which included fasting (10 ± 2 h prior to the next test visit), maintenance of habitual dietary practices, exercise routine, and usual body weight throughout the entire test period and abstinence of caffeine (12 h), alcohol (24 h), and vigorous exercise (48 h) prior to subsequent test visits].  Subjects were also instructed to abstain from creatine-containing supplements or products and energy drinks 5 d prior to subsequent test visits. Subjects were queried about compliance with these instructions.

[10] Subjects completed a 24-h Diet Record identifying all food and beverages consumed the day prior to Visit 2 (Day 0). A copy of the 24-h Diet Record captured the day prior to Visit 2 (Day 0) was given to subjects with instructions to replicate the food and beverage selections to the best of their abilities prior to Visits 3 and 4 (Days 4 and 8).  A clean copy of the 24-h Diet Record was also provided with instructions for subjects to complete the record the day prior to Visits 3 and 4 (Days 4 and 8).

[11] Subjects arrived at the clinic following an overnight fast (10 ± 2 h).  Blood samples were obtained for the PK analysis of plasma creatine and creatinine at t = -5 (with -10 min window) and 30, 45, 60, 75, 90, 105, 120, 150, 180, and 240 ± 10 min where t = 0 min was the start time of study product consumption.

Confidential

MONSTVPX0805855

**STUDY REPORT**

[12] AEs were assessed at the beginning and end of Visits 2, 3, and 4 (Days 0, 4, and 8).

# 6   MEASUREMENTS & METHODS

## 6.1.1   Clinic Visit Procedures

Clinic visits included assessment of height (Visit 1 only), body weight, and vital sign measurements, BMI calculation (Visit 1 only), and a review of inclusion/exclusion criteria (for eligibility at Visit 1 and for potential protocol deviations at subsequent visits), and concomitant medication/supplement use.

Standardized vital signs measurements were assessed at each clinic visit (Visits 1 through 4; Days -7 through 8) and included resting blood pressure and heart rate measured using an automated blood pressure measurement device.  Blood pressure was obtained after the subject had been sitting for at least five min. Systolic and diastolic pressures were measured once using an appropriate sized cuff (bladder within the cuff must encircle $\geq$80% of the arm).

## 6.1.2   Laboratory Measurements

The procedures for all clinical laboratory measurements were outlined in a laboratory instruction sheet.

The following was performed at Visit 1 (Day -7) as a part of the fasting ($10 \pm 2$ h) blood chemistry profile: Albumin, aspartate aminotransferase, alanine aminotransferase, alkaline phosphatase, total bilirubin, calcium, chloride, creatinine, blood urea nitrogen, potassium, sodium, total protein, carbon dioxide, osmolality, and glucose.

The following was performed at Visit 1 (Day -7) as a part of the fasting ($10 \pm 2$ h) blood hematology: White blood cell count, red blood cell count, hemoglobin concentration, hematocrit (as volume percent), mean corpuscular volume, mean corpuscular hemoglobin concentration, neutrophils, lymphocytes, monocytes, eosinophils, basophils, and platelet count.

An in-clinic urine pregnancy test was performed on all women at Visit 1 (Day -7).

Plasma samples for the PK analysis of creatine and creatinine were collected at Visits 2, 3, and 4 (Days 0, 4, and 8) at t = -5 (with -10 min window) and at t = 30, 45, 60, 75, 90, 105, 120, 150, 180, and 240 $\pm$ 10 min, where t = 0 min was the start of study product consumption.  Analytes were assessed using LC-MS/MS by Keystone Bioanalytical Inc (https://www.keystonebioanalytical.com/).  Additional samples were stored as backup in the event the original sample was not viable.

## 6.1.3   Physical Examination

A physical examination was performed at Visit 1 (Day -7) which included an evaluation of head, ears, eyes, nose, throat (HEENT), neck, lungs, heart and abdomen.

## 6.1.4   Screening ECG

At Visit 1 (Day -7), subjects were asked to undergo an ECG to establish baseline cardiovascular health.

Confidential

MONSTVPX0805856

**STUDY REPORT**

### 6.1.5   Vein Access Scale Assessment

At Visit 1 (Day -7), study staff completed the Vein Access Scale assessment to evaluate if the subject was a good candidate for the placement of the venous indwelling catheter.  A score of 7 to 10 was inclusive.

### 6.1.6   Minnesota Leisure Time Physical Activity Questionnaire

Subjects completed the electronic Modified Minnesota Leisure Time Physical Activity (MLTPA) Questionnaire at Visit 1 (Day -7) to assess each subject's habitual physical activity during the previous month.  Subjects who reported performing exercise $\geq 6$ times/week were queried on their willingness to abstain from exercise for 48 hours prior to all test visits.

### 6.1.7   Challenge Test

At Visit 1 (Day -7), potential subjects were asked to consume two 16 oz servings of Bang Energy drink whereby each serving had to be consumed within $10 \pm 5$ min to ensure that subjects could complete the test visits in their entirety.

### 6.1.8   Study Instructions/Query

Subjects received the following study instructions: fasting compliance ($10 \pm 2$ h prior to the next test visit), maintenance of habitual dietary practices, exercise routine, and usual body weight throughout the entire test period, and abstinence of creatine-containing supplements and products and energy drinks (5 d), caffeine (12 h), alcohol (24 h), and vigorous exercise (48 h) prior to subsequent test visits.  Subjects were queried about compliance with these instructions at Visits 2, 3, and 4 (Days 0, 4, and 8).

### 6.1.9   24-h Record/Dispense Copy of 24-h Diet Record

Subjects completed a 24-h Diet Record the day prior to Visit 2 (Day 0).  All foods and beverages consumed were recorded in the 24-h Diet Record.  Subjects were instructed to replicate the same diet intake the 24 h prior to Visits 3 and 4 (Days 4 and 8).  At the beginning of Visits 3 and 4 (Days 4 and 8), a study staff member reviewed each subject's 24-h Diet Record completed prior to the visit and compared the food consumption to the first 24-h Diet Record (reviewed at Visit 2; Day 0) for consistency.

### 6.1.10  Pharmacokinetic Testing

A PK test was performed at Visits 2, 3, and 4 (Days 0, 4, and 8).  Subjects arrived at the clinic fasted ($10 \pm 2$ h, water only, anchored to the t = -5 min blood draw) for the 4-h PK test visit and began the PK test with the insertion of an intravenous catheter at least 5 min prior to the first blood sampling time.  In order to maintain patency of the intravenous catheter, the catheter was flushed with normal saline solution at least hourly.  Blood samples were obtained at t = -5 min (with -10 min window) for the PK analysis of plasma creatine and creatinine, where t = 0 min was the time of study product consumption.  Additional blood samples were collected at all timepoints for backup.

The study products were administered as follows:

Confidential

MONSTVPX0805857

**STUDY REPORT**

1. For Bang Energy drink, the product was provided to subjects as two equal servings (16 oz/serving) in opaque bottles.  At t = 0 min, subjects were instructed to consume the first serving in its entirety within 10 ± 5 min.  Subjects were instructed to start consuming the second serving at the t = 15 time point.  Similar to the first serving, subjects were instructed to consume the second serving in its entirety within 10 ± 5 min.  After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

2. For the negative control (i.e., Diet 7-up®), two 16 oz servings were provided to subjects in opaque bottles.  At t = 0 min, subjects were instructed to consume the first serving in its entirety within 10 ± 5 min.  Subjects were instructed to start consuming the second serving at the t = 15 min time point.  Similar to the first serving, subjects were instructed to consume the second serving in its entirety within 10 ± 5 min.  After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

3. For the positive control (i.e., 3 g creatine monohydrate in Diet 7-up®), 3 g of the creatine monohydrate powder was mixed into 32 oz Diet 7-up®.  The prepared drink was split into two equal servings (16 oz/serving) in opaque bottles.  At t = 0 min, subjects were instructed to consume the first serving in its entirety within 10 ± 5 min.  Subjects were instructed to start consuming the second serving at the t = 15 min time point.  Similar to the first serving, subjects were instructed to consume the second serving in its entirety within 10 ± 5 min.  After subject was done drinking each bottle of the solution, 20 mL of water was used to rinse the empty bottle and subjects were instructed to consume the 20 mL rinse solution. Study product was served chilled.

Blood samples were obtained for the PK analysis of plasma creatine and creatinine at t = 30, 45, 60, 75, 90, 105, 120, 150, 180, and 240 ± 10 min. *Ad libitum* water was allowed after the 120 ± 10 min blood draw.  Water consumption at Visit 2 (Day 0) was recorded for replication at Visits 3 and 4 (Days 4 and 8).  No food was allowed prior to the final blood draw at t = 240 ± 10 min.

The study product at Visits 3 and 4 (Days 4 and 8) was administered within ± 30 min of the t = 0 min time established at Visit 2 (Day 0).

# 7    STATISTICAL METHODS

## 7.1    Sample Size

A total of 15 subjects were enrolled with the goal of completing a minimum of 10 subjects. Preference was for no more than 50% of subjects above 35 years old and 40 to 60% (N = 6 to 9) males.  No subjects were replaced in the event of early terminations.

Confidential                                                                                                    MONSTVPX0805858

STUDY REPORT

## 7.2 Statistical Analysis

### 7.2.1 Presentation of Screening/Baseline Variables

Variables collected at screening (Visit 1; Day -7) and/or baseline (Visit 2; Day 0) were summarized and presented with descriptive statistics. Continuous variables were presented with the mean, standard deviation, median, and range limits (minimum and maximum values). Categorical variables were summarized with counts and percentages.

### 7.2.2 Outcome Analyses

niAUC for plasma creatine and creatinine were calculated from t = 0 to 240 min, where t = 0 corresponds to the time prior to study product consumption. The niAUC was defined as the areas below the baseline value were deducted from the total AUC. The niAUC was estimated following the trapezoidal approximation:

$$\frac{1}{2}\sum_{i=1}^{n}(t_i - t_{i-1}) * ((concentration_i - baseline) + (concentration_{i-1} - baseline))$$

Unadjusted descriptive statistics were presented for plasma creatine and plasma creatinine niAUC, $C_{max}$, and $T_{max}$ including: the number of subjects, mean, standard deviation (SD), median, interquartile range limits (i.e. 2th and 75th percentiles), and range limits (minimum and maximum values) by intervention group. All outcomes were evaluated for potential outliers following the 1.5*interquartile (IQR) rule and no outliers were suggested for plasma creatine. Three potential outliers were identified for plasma creatinine niAUC and 1 for plasma creatinine $T_{max}$.

A repeated measures linear regression model was used to assess differences among interventions for all outcomes (niAUC, $C_{max}$, $T_{max}$) for plasma creatine. The initial full model included terms for intervention, test period, and test sequence specifying the subject nested within the test sequence as the repeated measures factor grouped by intervention. By grouping the covariance structure by intervention, different variances were allowed to be fit for different interventions. If test sequence and test period were not significant at the 0.05 level, then the terms were removed from the model (i.e. reduced model).

Additionally, a repeated measures linear regression model was used to assess differences among interventions for all outcomes (niAUC, $C_{max}$, $T_{max}$) for plasma creatinine. The initial full model included terms for intervention, test period, and test sequence specifying the subject nested within the test sequence as the repeated measures factor. Note, the variability between intervention groups were similar enough that the covariance structure was not grouped by intervention. If test sequence and test period were not significant at the 0.05 level, then the terms were removed from the model (i.e. reduced model). Note, that a sensitivity analysis was conducted removing the suspected outliers based on the 1.5*IQR rule.

For all models, the assumptions for normality of the conditional residuals and constant variance were investigated with the use of QQ-plots and the plot of the residuals vs. predicted values. The overall F-test was presented to test the hypothesis that at least one intervention was different from the others. The model derived means, along with the corresponding 95% confidence interval (CI), was presented for each intervention. All pairwise comparisons were performed

BIO-2001_Monster Study Report
30 March 2021 - FINAL

*Confidential*

17

Confidential                                                                                                    MONSTVPX0805859

**STUDY REPORT**

(active vs. positive control, active vs. negative control, and positive control vs. negative control) and were not adjusted for multiple comparisons.

Figures were created for plasma creatine and plasma creatinine which displays the (1) scatter plot with loess smoothing by intervention and (2) levels for each intervention by subject. The loess smoothing plot is a non-parametric approach to fitting a curve to the subject data for a given intervention.

Details for the post-hoc statistical analysis plan (SAP) may be found in Appendix SR2.

### 7.2.3   Safety Analysis

Safety assessment included intervention-emergent AEs that occurred after enrollment.  All AEs were recorded on the AE eCRF page.

## 8   QUALITY ASSURANCE AND QUALITY CONTROL

At the start of the trial, Biofortis Data Management drafted a Clinical Data Management Plan (CDMP). The CDMP made explicit specific information regarding the data management practices used to ensure appropriate handling of data at all steps of the project to ensure high quality, reliable, accurate and secure data. It included: planning and documentation of the data dictionaries to be used; the logic and processes for data review, data entry and data cleaning; critical timelines and milestones; as well as timing and types of management reports.

Its creation was governed by current Biofortis Standard Operating Procedures as well as Biofortis Data Management Working Practices and was in keeping with the "FDA Guidance for Industry: Computerized Systems Used in Clinical Investigations."

Data for this trial were recorded and stored electronically via Medrio's EDC R39.1.5.728. Compliant with core 21 CFR Part 11 requirements, Medrio's M-1 platform fully met all applicable FDA requirements. The Merieux NutriSciences global IT review committee approved and validated Medrio for use on Merieux NutriSciences secure networks.

Data collected in the eCRF were documented in an anonymous fashion (e.g., the participant was identified only by a study number and their initials).  Each evaluation recorded in the eCRF was performed at the time specified in the protocol.  All information required by the protocol were documented in the source records and provided in the eCRF.  The Clinical Investigator agreed to complete and maintain source documents for each participant in the study.  Any omission was required to be documented with an explanation.  All eCRFs were required to be completed as soon as possible after the participant's visit.  This process allowed for verification of the validity and completeness of the data as soon as possible after data entry.  Finally, the Clinical Investigator reviewed and signed (as required) all eCRFs for completeness and accuracy. All information on the eCRFs is traceable back to the source documents.

## 9   ANALYSIS POPULATION

A summary of the subject disposition is provided in **Figure 2**.   A total of 20 subjects were screened and of these, 15 subjects were enrolled and randomized to one of three possible intervention sequences (i.e. negative control-positive control-active product, active product-

Confidential                                                                                                              MONSTVPX0805860

**STUDY REPORT**

negative control-positive control, positive control-active product-negative control). All subjects enrolled in the study fulfilled the required inclusion and exclusion criteria.

As defined in the SAP, the full analysis set (FAS) was defined as all randomized subjects, according to the intent-to-treat (ITT) principle, where exclusions are justified in exceptional circumstances such as missing appointments and deviations from study protocol that could alter the primary outcome results.  Of the 15 randomized subjects, one subject (Subject 017) was removed from the FAS due to withdrawing consent prior to the start of the second intervention period.

Please refer to Appendix SR3 for more details.

Confidential

MONSTVPX0805861

**STUDY REPORT**

## Figure 2. Subject Disposition



**Abbreviations**: n, sample size

Confidential

MONSTVPX0805862

## 10   RESULTS

### 10.1   Subject Characteristics

Subject characteristics are shown in **Table A** below.

**Table A. Subject characteristics**

| Characteristic | | ITT (n = 15) | FAS (n = 14) |
|---|---|---|---|
| Sex | Female (n [%]) | 8 (53.3) | 8 (57.1) |
| | Male (n [%]) | 7 (46.7) | 6 (42.9) |
| Age (years) | Mean (SD) | 28.0 (7.9) | 28.7 (7.7) |
| | Median (Min, Max) | 29.0 (18.0, 41.0) | 30.0 (18.0, 41.0) |
| | IQR | 20.0, 35.0 | 20.0, 35.0 |
| Ethnicity | Hispanic/Latino (n [%]) | 4 (26.7) | 3 (21.4) |
| | Not Hispanic/Latino (n [%]) | 11 (73.3) | 11 (78.6) |
| Race | Black/African American (n [%]) | 2 (13.3) | 2 (14.3) |
| | White (n [%]) | 12 (80.0) | 11 (78.6) |
| | Black/African American and White (n [%]) | 1 (6.7) | 1 (7.1) |
| BMI (kg/m$^2$) | Mean (SD) | 26.2 (3.2) | 26.4 (3.2) |
| | Median (Min, Max) | 25.5 (20.8, 34.8) | 25.9 (20.8, 34.8) |
| | IQR | 24.2, 27.9 | 24.9, 27.9 |
| Systolic BP (mm Hg) | Mean (SD) | 115.9 (13.0) | 115.3 (13.3) |
| | Median (Min, Max) | 118.0 (92.0, 137.0) | 115.0 (92.0, 137.0) |
| | IQR | 108.0, 125.0 | 108.0, 122.0 |
| Diastolic BP (mm Hg) | Mean (SD) | 70.6 (8.9) | 71.4 (8.7) |
| | Median (Min, Max) | 69.0 (59.0, 88.0) | 69.0 (60.0, 88.0) |
| | IQR | 63.0, 76.0 | 66.0, 76.0 |
| Physical Activity (minutes/week) | Mean (SD) | 151.1 (118.9) | 147.0 (122.3) |
| | Median (Min, Max) | 113.8 (15.0, 461.5) | 112.6 (15.0, 461.5) |
| | IQR | 53.3, 208.1 | 53.3, 165.0 |

**Abbreviations**: BMI, body mass index; IQR, interquartile range; Max, maximum; Min, minimum; mm Hg, milimeter Mercury; n, sample size; SD, standard deviation

Confidential

## 10.2  Outcome Results

### 10.2.1  Plasma Creatine

Results for plasma creatine niAUC, $C_{max}$, and $T_{max}$ are shown in the **Table B** and the average plasma concentration over time for all subjects is shown in **Figure 3.**  As expected, the positive control was statistically significantly different ($P <0.05$) compared to the negative control. Additionally, the positive control was statistically significantly different ($P <0.05$) compared to the active study product, whereby the positive control resulted in greater niAUC, $C_{max}$, and $T_{max}$. There were no statistically significant differences ($P >0.05$) between the active study product and negative control for any of the three outcomes. No statistical outliers were detected for plasma creatine outcomes.  For more details on the statistical analysis, please refer to Appendix SR4, T2 Creatine.

**Table B. Plasma Creatine for the Full Analysis Set**

| Outcome | Study Product | Unadjusted Mean (SD) | Model Derived Mean (95% CI)[1] | P value (vs. active) | P value (vs. negative control) |
|---|---|---|---|---|---|
| niAUC (µg/mL * min) | Active | -39.0 (135.6) | -39.04 (-113.95, 35.88) | | |
| | Negative Control | -33.4 (158.6) | -33.41 (-121.02, 54.21) | 0.92 | |
| | Positive Control | 8267.3 (2415.2) | 8267.34 (6933.25, 9601.43) | <0.001 | <0.001 |
| $C_{max}$ (µg/mL) | Active | 4.7 (2.6) | 4.70 (3.28, 6.12) | | |
| | Negative Control | 5.0 (2.9) | 5.03 (3.44, 6.61) | 0.75 | |
| | Positive Control | 73.0 (18.3) | 72.96 (62.83, 83.09) | <0.001 | <0.001 |
| $T_{max}$ (min) | Active | 44.7 (32.6) | 44.71 (26.69, 62.74) | | |
| | Negative Control | 34.4 (31.8) | 34.43 (16.88, 51.98) | 0.39 | |
| | Positive Control | 69.1 (14.7) | 69.07 (60.93, 77.21) | 0.016 | 0.001 |

**Abbreviations:** $C_{max}$, maximum concentration; niAUC; net incremental area under the curve; $T_{max}$, time to $C_{max}$
[1] Estimated from the reduced repeated measures model

Confidential

**Figure 3. Plasma Creatine for All Subjects in the Full Analysis Set**



The black lines represent the individual curves for each subject and the dots on the black lines represent the plasma concentration at the given time point. The blue line is the LOESS smoothing line. LOESS (locally weighted smoothing) is a non-parametric method for fitting a smooth curve to data points; this would represent the "center" of the individual data points. The gray band is the 95% confidence interval around the LOESS smoothing line.

## 10.2.2  Plasma Creatinine

Results for plasma creatinine niAUC, $C_{max}$, and $T_{max}$ are shown in the **Table C1** and the average plasma concentration over time for all subjects is shown in **Figure 4.**  A few statistical outliers were detected for plasma creatinine niAUC and $T_{max}$, but not for $C_{max}$. A sensitivity analysis for

Confidential

MONSTVPX0805865

these two outcomes was performed following removal of these statistical outliers. Results for this sensitivity analysis are shown in **Table C2**.

The positive control was statistically significantly different (P<0.05) compared to the active study product for niAUC and $T_{max}$, but not $C_{max}$. These were no longer statistically significantly different following removal of statistical outliers as shown in **Table C2**. There were no statistically significant differences (P>0.05) between the active study product and negative control for any of the three outcomes. For more details on the statistical analysis, please refer to Appendix SR4, T3 Creatinine.

**Table C1. Plasma Creatinine for the Full Analysis Set**

| Outcome | Study Product | Unadjusted Mean (SD) | Model Derived Mean (95% CI)[1] | P value (vs. active) | P value (vs. negative control) |
|---|---|---|---|---|---|
| niAUC (µg/mL * min) | Active | -81.6 (111.1) | -77.01 (-132.13, -21.90) | | |
| | Negative Control | 21.5 (156.7) | 26.13 (-28.99, 81.24) | 0.83 | |
| | Positive Control | -73.1 (82.1) | -68.54 (-123.66, -13.43) | 0.011 | 0.018 |
| $C_{max}$ (µg/mL) | Active | 8.5 (2.0) | 8.54 (7.56, 9.52) | | |
| | Negative Control | 8.4 (2.1) | 8.40 (7.42, 9.38) | 0.83 | |
| | Positive Control | 8.6 (2.2) | 8.59 (7.61, 9.57) | 0.95 | 0.78 |
| $T_{max}$ (min) | Active | 24.3 (24.0) | 24.29 (3.03, 45.54) | | |
| | Negative Control | 42.4 (28.4) | 42.36 (21.10, 63.61) | 0.23 | |
| | Positive Control | 56.4 (60.3) | 56.36 (35.10, 77.61) | 0.037 | 0.35 |

**Abbreviations:** $C_{max}$, maximum concentration; niAUC; net incremental area under the curve; $T_{max}$, time to $C_{max}$
[1] Estimated from the reduced repeated measures model

**Table C2. Sensitivity Analysis for Plasma Creatinine**

| Outcome | Study Product | Unadjusted Mean (SD) | Model Derived Mean (95% CI)[1] | P value (vs. active) | P value (vs. negative control) |
|---|---|---|---|---|---|
| niAUC (µg/mL * min) | Active (n=13) | -66.1 (98.7) | -68.02 (-112.23, -23.81) | | |
| | Negative Control (n=12) | -31.6 (85.8) | -26.09 (-73.06, 20.88) | 0.19 | |
| | Positive Control (n=14) | -73.1 (82.1) | -71.55 (-114.16, -28.93) | 0.91 | 0.15 |

*Confidential*

Confidential

MONSTVPX0805866

**STUDY REPORT**

| Outcome | Study Product | Unadjusted Mean (SD) | Model Derived Mean (95% CI)[1] | P value (vs. active) | P value (vs. negative control) |
|---|---|---|---|---|---|
| $T_{max}$ (min) | Active (n=14) | 24.3 (24.0) | 25.47 (12.19, 38.74) | | |
| | Negative Control (n=14) | 42.4 (28.4) | 43.54 (30.26, 56.81) | 0.058 | |
| | Positive Control (n=13) | 42.6 (32.7) | 43.67 (29.89, 57.45) | 0.061 | 0.99 |

**Abbreviations**: $C_{max}$, maximum concentration; n, sample size; niAUC; net incremental area under the curve; $T_{max}$, time to $C_{max}$

[1] Estimated from the reduced repeated measures model

Confidential

MONSTVPX0805867

**STUDY REPORT**

**Figure 4. Plasma Creatinine for All Subjects in the Full Analysis Set**



The black lines represent the individual curves for each subject and the dots on the black lines represent the plasma concentration at the given time point. The blue line is the LOESS smoothing line. LOESS (locally weighted smoothing) is a non-parametric method for fitting a smooth curve to data points; this would represent the "center" of the individual data points. The gray band is the 95% confidence interval around the LOESS smoothing line.

## 10.3 Adverse Events

In total, 3 subjects reported at least one adverse event whereby three of the four events were judged to be definitely related to the study product by the Clinical Investigator. Details of the adverse events are shown in **Table D**.

Confidential

MONSTVPX0805868

STUDY REPORT

## Table D. Adverse Events

| Subject ID | Study Product | Adverse Event | Severity | Relationship to Study Product |
|:---:|:---:|:---:|:---:|:---:|
| 002 | Active (during challenge test only) | JITTERY | MILD | DEFINITELY RELATED |
| 011 | Active (during challenge test only) | JITTERINESS | MILD | DEFINITELY RELATED |
| 011 | Negative Control | NAUSEA | MILD | DEFINITELY RELATED |
| 017 | Positive Control | NAUSEA | MILD | NOT RELATED |

## 11  SUMMARY

Consumption of 32 oz of the active study product (i.e., Bang Energy Drink with SUPER CREATINE® - Sour Heads flavor) did not affect plasma creatine and creatinine as assessed by plasma creatine and creatinine niAUC, $C_{max}$, and $T_{max}$ when compared to a negative control drink containing 0 mg creatine. Plasma creatine parameters, but not plasma creatinine parameters, for the active study product was statistically significantly different compared to the positive control containing 3 g creatine monohydrate, whereby plasma creatine niAUC and $C_{max}$ of the active study product were lower and plasma creatine $T_{max}$ of the active study product was faster compared to those for the positive control.

## 12  REFERENCES

1. PRNewswire Research and Markets. Accessed 20 Feb 2020. Available at: https://www.prnewswire.com/news-releases/global-energy-drinks-market-2015-2021-insights-market-size-share-growth-trends-analysis-and-forecasts-for-the-61-billion-industry-300137637.html

2. CS Press Online. Accessed 20 Feb 2020. Available at: https://cactusshadowscspress.com/health/2018/11/29/energy-drink-first-to-add-creatine/

3. Bird SP. Creatine Supplementation and Exercise Performance: A Brief Review. J Sports Sci Med. 2003;2:123-132

4. Riesberg LA, Weed SA, McDonald TL, Eckerson JM, Drescher KM. Beyond muscles: The untapped potential of creatine. Int Immunopharmacol. 2016;37:31-42.

5. Avgerinos KI, Spyrou N, Bougioukas KI, Kapogiannis D. Effects of creatine supplementation on cognitive function of healthy individuals: A systematic review of randomized controlled trials. Exp Gerontol. 2018;108:166-173.

Confidential

MONSTVPX0805869