UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

| | |
|---|---|
| Vital Pharmaceuticals, Inc., *dba* Bang Energy, *dba* VPX Sports, *dba* VPX/Redline, *dba* Redline, *dba* Quash Life Lift, Debtor(s). _____/ | Case No. 22-17842-PDR Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance on behalf of, Hardrock Concrete Placement CO, INC. a secured creditor in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

**Justin Plean, Esq.**
**Quintairos, Prieto, Wood & Boyer, PA**
**1475 Centrepark Blvd., Suite 130**
**West Palm Beach, FL 33401**

Dated: December 15, 2022

Respectfully submitted,

*/s / Justin Plean*
Justin Plean, Esq.
Florida Bar No. 113887
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Phone: (561) 686-1880
Fax: (561) 686-1886
Primary Email:
justin.plean@qpwblaw.com

QPWB# FL-001808-22

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: <u>December 15, 2022</u>    /s/ Justin Plean
Justin Plean, Esq.
Florida Bar No. 113887

Copies Furnished To:

<u>By CM/ECF Receipt</u>:

Jordi Guso, Esq.
1450 Brickell Ave #1900
Miami, FL 33131
(305) 755-9500
Fax : 305.714.4340
Email: jguso@bergersingerman.com

Michael Jordan Niles
313 N. Monroe Street Suite 301
Tallahassee, FL 32301
Email: mniles@bergersingerman.com

Andrew Sorkin
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax : 202-637-2201
Email: andrew.sorkin@lw.com

Jeramy D Webb
191 North Wacker Ave., Ste. 32nd FL
Chicago, IL 60606
312-845-1109
Email: jeramy.webb@ropesgray.com

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

<u>By First Class Mail</u>:

Vital Pharmaceuticals, Inc.
1600 N. Park Dr.
Weston, FL 33326

QPWB# FL-001808-22