**From:** Wilkes, Steven (USTP) [mailto:Steven.Wilkes@usdoj.gov]
**Sent:** Monday, November 21, 2022 1:52 PM
**To:** Falconer, Russ <RFalconer@gibsondunn.com>
**Cc:** rfurr@furrcohen.com; mbarmat@furrcohen.com; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Jarret Hitchings <jarret.hitchings@bclplaw.com>; Ezequiel Romero <ezequiel.romero@bclplaw.com>; Van Baalen, Guy A (USTP) <Guy.A.VanBaalen@usdoj.gov>; Richard Pachulski <rpachulski@pszjlaw.com>; Michael Goldberg <michael.goldberg@akerman.com>; Robert Feinstein <rfeinstein@pszjlaw.com>; Feinman, Heidi (USTP) <Heidi.A.Feinman@usdoj.gov>; Thomas Patterson <tpatterson@ktbslaw.com>; Joseph D. Frank <jfrank@fgllp.com>; clc@kttlaw.com; Seth H. Lieberman <slieberman@pryorcashman.com>
**Subject:** RE: Vital Pharmaceuticals, et al, 22-17842-PDR

Dear Mr. Falconer,

This correspondence confirms receipt of your letter emanating from our tele-video conference call of Friday. After due deliberation, the U.S. trustee is inclined to appoint a second, non-trade creditor committee in the above captioned case.

To that end, we would like to have a further call tomorrow to discuss the implementation of that committee. I will be in contact with you tomorrow morning to set up that call. I remain,

Sincerely,



**J. Steven Wilkes**
**Trial Attorney**

U.S. Department of Justice
Office of the U.S. Trustee for Region 21
501 East Polk Street, Suite 1200
Tampa, FL 33602

Tel: 813-228-2173
Fax: 813-228-2303
Cell: 202-360-7726
Steven.Wilkes@usdoj.gov

---

**From:** Falconer, Russ <RFalconer@gibsondunn.com>
**Sent:** Monday, November 21, 2022 4:16 PM
**To:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>; Van Baalen, Guy A (USTP) <Guy.A.VanBaalen@usdoj.gov>; Feinman, Heidi (USTP) <Heidi.A.Feinman@usdoj.gov>
**Cc:** rfurr@furrcohen.com; mbarmat@furrcohen.com; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Jarret Hitchings <jarret.hitchings@bclplaw.com>; Ezequiel Romero <ezequiel.romero@bclplaw.com>; rpachulski@pszjlaw.com; michael.goldberg@akerman.com; rfeinstein@pszjlaw.com; tpatterson@ktbslaw.com;

jfrank@fgllp.com; clc@kttlaw.com; Lieberman, Seth H. <SLieberman@PRYORCASHMAN.com>
**Subject:** [EXTERNAL] RE: Vital Pharmaceuticals, et al

All:

Further to our call on Friday, please see the attached correspondence.

Thanks,

**Russ Falconer**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel  214.698.3170 • Cell  214.803.5487
RFalconer@gibsondunn.com • www.gibsondunn.com


-----Original Appointment-----
**From:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>
**Sent:** Wednesday, November 16, 2022 8:06 AM
**To:** Wilkes, Steven (USTP); Van Baalen, Guy A (USTP); Feinman, Heidi (USTP); rpachulski@pszjlaw.com; michael.goldberg@akerman.com; rfurr@furrcohen.com; Bouslog, Matthew G.; tpatterson@ktbslaw.com; slieberman@pryorcashman.com; tkapur@pszjlaw.com; ikharasch@pszjlaw.com; rfeinstein@pszjlaw.com; jfrank@fgllp.com; clc@kttlaw.com; das@kttlaw.com; romeroe@bryancave.com; steven.fender@fender-law.com; mbarmat@furrcohen.com; salifarag@pryorcashman.com
**Subject:** Vital Pharmaceuticals, et al - Meeting Requested by Monster
**When:** Friday, November 18, 2022 10:30 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Video-Tele-Conference


**[WARNING: External Email]**

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

**Or call in (audio only)**
+1 202-235-7900,,83543899#    United States, Washington
Phone Conference ID: 835 438 99#
Find a local number | Reset PIN

Learn More | Meeting options

_____

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.