**From:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>
**Sent:** Friday, November 4, 2022 9:32 AM
**To:** Robert Furr <rfurr@furrcohen.com>
**Cc:** Goldberg, Michael (Ptnr-Ftl) <michael.goldberg@akerman.com>
**Subject:** In re Vital Pharmaceuticals, Inc., 0:22-bk-17842-PDR, et al

**[External to Akerman]**

Dear Messrs. Goldberg and Furr,

Thank you for your submitting your clients' inquiry and request for a second official committee. We understand that the inquiry and request is on the behest of your clients, American Bottling and Monster, and not all Litigation Creditors. Before we can submit your clients' request to and discuss it with the United States Trustee for Region 21, we would ask that you provide additional information.

We would like to know what Monster and American Bottling believe a second official committee would bring to these jointly administered cases that the first official committee is unable to provide. Likewise, please elaborate as to how having both American Bottling and Monster appointed to a second official committee would enhance their involvement in these jointly administered cases that could not otherwise be achieved with their current legal representation. Further, given the fact that American Bottling and Monster are ably represented as creditors and litigants, please explain why the cases are impaired by not having a second official committee. Also, please explain how having a second official committee would ensure the just, speedy, and inexpensive determination in these jointly administered cases as required under F.R.B.P. 1001. Finally, please provide anything else Monster and American Bottling believe the United States trustee should take into account in weighing and deliberating upon their request for a second official committee.

Look forward to hearing from you on this. I remain,



**J. Steven Wilkes**
**Trial Attorney**

U.S. Department of Justice
Office of the U.S. Trustee for Region 21
501 East Polk Street, Suite 1200

Tel:  813-228-2173
Fax: 813-228-2303
Cell: 202-360-7726
Steven.Wilkes@usdoj.gov

Tampa, FL 33602

---

**From:** Robert Furr <rfurr@furrcohen.com>
**Sent:** Thursday, November 3, 2022 1:39 PM
**To:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>
**Cc:** michael.goldberg@akerman.com
**Subject:** [EXTERNAL] Vital

Steven,

Michael Goldberg, counsel to Monster, and I, counsel to American Bottling, called you yesterday to discuss the committee just formed and to request that the UST form a second committee of Litigation Creditors.   The total debt represented by the new UCC is about $80m;   the litigation creditors control almost $1billion in claims.   A plan  cannot be confirmed in the case without our agreement, and we think a second committee would be very useful to give a voice to our positions and concerns so that the case can move forward smoothly.

Please call  Michael and I to Discuss.

Michael's cell is 954-770-8800 and my numbers are below.

**Robert C. Furr**
**FurrCohen**
**2255 Glades Rd. Suite 419A**
**Boca Raton, Fla. 33431**
**Main   561-395-0500**
**Direct 561-417-1563**
**Cell     561-866-6976**