**From:** Wilkes, Steven (USTP) [mailto:Steven.Wilkes@usdoj.gov]
**Sent:** Wednesday, November 23, 2022 6:57 AM
**To:** Falconer, Russ <RFalconer@gibsondunn.com>
**Cc:** rfurr@furrcohen.com; mbarmat@furrcohen.com; Bouslog, Matthew G. <MBouslog@gibsondunn.com>; Jarret Hitchings <jarret.hitchings@bclplaw.com>; Ezequiel Romero <ezequiel.romero@bclplaw.com>; Van Baalen, Guy A (USTP) <Guy.A.VanBaalen@usdoj.gov>; Richard Pachulski <rpachulski@pszjlaw.com>; Michael Goldberg <michael.goldberg@akerman.com>; Robert Feinstein <rfeinstein@pszjlaw.com>; Feinman, Heidi (USTP) <Heidi.A.Feinman@usdoj.gov>; Thomas Patterson <tpatterson@ktbslaw.com>; Joseph D. Frank <jfrank@fgllp.com>; clc@kttlaw.com; Seth H. Lieberman <slieberman@pryorcashman.com>; cameronkelly@quinnemanuel.com; pattytomasco@quinnemanuel.com; gweiner@sidley.com; dharvath@harvathlawgroup.com; Leyza F. Blanco Esq. (lblanco@sequorlaw.com) <lblanco@sequorlaw.com>; jguso@bergersingerman.com; Jeramy Webb Esq. (Jeramy.Webb@lw.com) <jeramy.webb@lw.com>; Jeffrey Cohen <jcohen@lowenstein.com>
**Subject:** RE: Vital Pharmaceuticals, et al, 22-17842-PDR

Dear Mr. Falconer and all Others,

On behalf of the United States Trustee for Region 21, we wanted to thank you for sharing your thoughts and concerns last Friday that culminated in your Monday letter. As you are aware, Counsel for Monster unequivocally requested that neither the estate fiduciaries nor the Official Committee of Unsecured Creditors ("Committee") be present at that tele-video meeting. After conducting due diligence and hearing from these parties, the U.S. trustee has determined it would be in the best interests of the estate and creditors to not appoint a second committee but rather reconstitute the Committee. This reconstitution will best afford the differing subsets of unsecured creditors appropriate representation on the Committee.

To that end, in addition to those unsecured creditors already appointed, the following unsecured creditors will also be appointed to the reconstituted Committee:

Matt Blum, Director, Warner Music Group;
W. Conrad Ragan, Finance Director, PepsiCo, Inc.;
Stephen Cole, Senior Counsel, The American Bottling Co., Inc.; and
Peter Fischer, c/o Daniel F. Harvath, putative class action plaintiff.

You will receive CM/ECF notice of filing of the reconstituted appointment shortly. Have a Happy Thanksgiving. I remain,



**J. Steven Wilkes**
**Trial Attorney**

U.S. Department of Justice
Office of the U.S. Trustee for Region 21
501 East Polk Street, Suite 1200
Tampa, FL 33602

Tel:  813-228-2173
Fax: 813-228-2303
Cell: 202-360-7726
Steven.Wilkes@usdoj.gov