# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
www.gibsondunn.com

Russell H. Falconer
Direct: +1 214.698.3170
Fax: +1 214.571.2958
RFalconer@gibsondunn.com

November 27, 2022

*Via e-mail*

Clint E. Pyle
Temporary Chairperson of Official Committee of Unsecured Creditors
Stellar Group, Inc.
2900 Hartley Rd.
Jacksonville, FL 32257-8221
cpyle@stellar.net

Guy A. Van Baalen, Esq.
U.S. Department of Justice Office of the U.S. Trustee
Middle and Southern Districts of Florida
501 E. Polk Street, Suite 1200
Tampa, FL 33602
Guy.A.VanBaalen@usdoj.gov

Heidi A. Feinman, Esq.
U.S. Department of Justice Office of the U.S. Trustee 51
SW First Avenue, #1204
Miami, FL 33130
Heidi.A.Feinman@usdoj.gov

J. Steven Wilkes, Esq.
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, FL 33602
Steven.Wilkes@usdoj.gov

**Re: *In re Vital Pharmaceuticals, Inc. et al.*, Case No. 22-bk-17842-PDR**

Dear Mr. Pyle, Mr. Van Baalen, Ms. Feinman, and Mr. Wilkes:

As you are aware, we represent the American Bottling Company ("ABC") in connection with the chapter 11 cases of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Debtors"), and we write this letter in response to the *United States Trustee Notice of Appointment of Reconstituted Official Unsecured Creditors Committee In and Over the Jointly Administered Chapter 11 Cases* [Docket No. 400] and the appointment of ABC to the Official Committee of Unsecured Creditors ("UCC").

Although we appreciate the Office of the United States Trustee ("U.S. Trustee) taking action in response to the concerns raised by ABC and other non-trade creditors, ABC is not willing

**GIBSON DUNN**

November 27, 2022
Page 2

to serve on the UCC as presently constituted and hereby tenders its resignation from the UCC.

As we had previously explained, we believe the composition of the UCC is not representative of the larger creditor body in these chapter 11 cases and, as a consequence, does not meet the objectives of section 1102(b)(1) of the Bankruptcy Code. As we also previously explained, we do not believe that reconstituting the UCC to add a minority of non-trade creditors is an adequate remedy to address the concerns raised by ABC and other non-trade creditors.

Under the circumstances, we believe the only adequate remedy is to appoint a second official committee of non-trade creditors, and we believe that committee should include ABC and other non-trade creditors who hold the largest claims in these chapter 11 cases and have raised similar concerns with the U.S. Trustee.

Sincerely,

*[signature]*

Russell H. Falconer