# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
www.gibsondunn.com

Russell H. Falconer
Direct: +1 214.698.3170
Fax: +1 214.571.2958
RFalconer@gibsondunn.com

November 27, 2022

*Via e-mail*

Clint E. Pyle
Temporary Chairperson of Official Committee of Unsecured Creditors
Stellar Group, Inc.
2900 Hartley Rd.
Jacksonville, FL 32257-8221
cpyle@stellar.net

Guy A. Van Baalen, Esq.
U.S. Department of Justice Office of the U.S. Trustee
Middle and Southern Districts of Florida
501 E. Polk Street, Suite 1200
Tampa, FL 33602
Guy.A.VanBaalen@usdoj.gov

Heidi A. Feinman, Esq.
U.S. Department of Justice Office of the U.S. Trustee 51
SW First Avenue, #1204
Miami, FL 33130
Heidi.A.Feinman@usdoj.gov

J. Steven Wilkes, Esq.
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, FL 33602
Steven.Wilkes@usdoj.gov

**Re: *In re Vital Pharmaceuticals, Inc. et al.*, Case No. 22-bk-17842-PDR**

Dear Mr. Pyle, Mr. Van Baalen, Ms. Feinman, and Mr. Wilkes:

As you are aware, we represent the American Bottling Company ("ABC") in connection with the chapter 11 cases of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Debtors"), and we write this letter in response to the *United States Trustee Notice of Appointment of Reconstituted Official Unsecured Creditors Committee In and Over the Jointly Administered Chapter 11 Cases* [Docket No. 400] and the appointment of ABC to the Official Committee of Unsecured Creditors ("UCC").

Although we appreciate the Office of the United States Trustee ("U.S. Trustee) taking action in response to the concerns raised by ABC and other non-trade creditors, ABC is not willing

GIBSON DUNN

November 27, 2022
Page 2

to serve on the UCC as presently constituted and hereby tenders its resignation from the UCC.

As we had previously explained, we believe the composition of the UCC is not representative of the larger creditor body in these chapter 11 cases and, as a consequence, does not meet the objectives of section 1102(b)(1) of the Bankruptcy Code.  As we also previously explained, we do not believe that reconstituting the UCC to add a minority of non-trade creditors is an adequate remedy to address the concerns raised by ABC and other non-trade creditors.

Under the circumstances, we believe the only adequate remedy is to appoint a second official committee of non-trade creditors, and we believe that committee should include ABC and other non-trade creditors who hold the largest claims in these chapter 11 cases and have raised similar concerns with the U.S. Trustee.

Sincerely,

*[signature]*

Russell H. Falconer

**Berger, Eyal (Ptnr-Ftl)**

| | |
|---|---|
| **From:** | Blum, Matt <Matt.Blum@wmg.com> |
| **Sent:** | Thursday, December 1, 2022 6:41 PM |
| **To:** | Wilkes, Steven (USTP); Weiner, Genevieve G. |
| **Cc:** | Ransom, Rollin; Leyza Blanco; jcohen@lowenstein.com; cpyle@stellar.net |
| **Subject:** | RE: In re Vital Pharmaceuticals, Inc., et al., Case No. 22-17842 (PDR) |

Mr. Wilkes:

I write in response to your email, the United States Trustee Notice of Appointment of Reconstituted Official Unsecured Creditors Committee In and Over the Jointly Administered Chapter 11 Cases [Docket No. 400] and the appointment of Warner Music Group Corp. ("WMG") to the Official Committee of Unsecured Creditors (the "Committee"). WMG is not inclined to sit on the Committee as presently constituted and hereby tenders its resignation therefrom.

Kind regards,


**MATT BLUM**
DIRECTOR, ORDER TO CASH

Pronouns: HE/HIM

U.S. Shared Services • Accounts Receivable
511 Union Street, Nashville, TN 37219, United States
Office Phone: +1 (629) 203-5337
CENTER OF EXCELLENCE FOR SHARED SERVICES



---

**From:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>
**Sent:** Thursday, December 1, 2022 4:13 PM
**To:** Weiner, Genevieve G. <gweiner@sidley.com>
**Cc:** Blum, Matt <Matt.Blum@wmg.com>; Ransom, Rollin <rransom@sidley.com>; Leyza Blanco <lblanco@sequorlaw.com>; jcohen@lowenstein.com
**Subject:** RE: In re Vital Pharmaceuticals, Inc., et al., Case No. 22-17842 (PDR)

**EXTERNAL EMAIL!** Exercise caution by verifying sender, links and attachments.

Dera Ms. Weiner,

On behalf of your client, you transmitted your client's submission form wherein your client indicated a willingness to serve on the Official Committee. To that end, the U.S. trustee reconstituted the Official Committee to include your client as an appointed member. To date it does not appear that your client has participated as an appointed member on the Official Committee.

1

Please advise if I have gotten my wires crossed on this. Thank you for your time and prompt attention hereto. I remain,

Sincerely,



J. Steven Wilkes
Trial Attorney

U.S. Department of Justice
Office of the U.S. Trustee for Region 21
501 East Polk Street, Suite 1200
Tampa, FL 33602

Tel:  813-228-2173
Fax: 813-228-2303
Cell: 202-360-7726
Steven.Wilkes@usdoj.gov

**From:** Weiner, Genevieve G. <gweiner@sidley.com>
**Sent:** Wednesday, October 26, 2022 4:21 PM
**To:** Wilkes, Steven (USTP) <Steven.Wilkes@usdoj.gov>
**Cc:** Blum, Matt <Matt.Blum@wmg.com>; Ransom, Rollin <rransom@sidley.com>
**Subject:** [EXTERNAL] RE: In re Vital Pharmaceuticals, Inc., et al., Case No. 22-17842 (PDR)

Mr. Wilkes, in case a wet signature is required, please see the attached.

Please let me know of any questions or concerns.

Thank you.

Kind regards,


**GENEVIEVE G. WEINER**
Counsel

**SIDLEY AUSTIN LLP**
+1 213 896 6116
gweiner@sidley.com


> **From:** Weiner, Genevieve G.
> **Sent:** Wednesday, October 26, 2022 11:54 AM
> **To:** 'Steven.Wilkes@usdoj.gov' <Steven.Wilkes@usdoj.gov>
> **Cc:** 'Blum, Matt' <Matt.Blum@wmg.com>; Ransom, Rollin <rransom@sidley.com>
> **Subject:** In re Vital Pharmaceuticals, Inc., et al., Case No. 22-17842 (PDR)
>
> Mr. Wilkes, please see the submission form for the official creditors committee in the above case on behalf of Warner Music Group Corp. Can you please advise if the electronic signature is sufficient? We will also be mailing a copy as directed.
>
> Kind regards,
>
>
> **GENEVIEVE G. WEINER**
> Counsel

**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
+1 213 896 6116
gweiner@sidley.com
www.sidley.com



****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************

3