December 1st, 2022

Jack,

I want to thank you for the opportunity to be part of such an exciting organization with so much potential for long term success.  During my time at Vital Pharmaceuticals, I've led a group of incredibly talented and dedicated professionals through the Chapter 11- Bankruptcy process and ongoing culture change.

Given your recent changes and removing my authority to make decisions and lead in my position of Chief Operating Officer and as board member, I am unable to fulfill my fiduciary responsibilities. Therefore, with a heavy heart, I must resign from my positions as COO/Board Member effective immediately. As part of the governance process and my fiduciary responsibilities I must maintain duty of care, duty of loyalty and duty of obedience. I am unable to perform these responsibilities given the recent directives.

Wishing you and the entire organization a successful future in all endeavors.

Regards,

Kathy Cole