# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

In re:                                                             Case: 22-17842-PDR

                                                             CHAPTER 11

VITAL PHARMACEUTICALS, INC.,

       Debtor.

_____/

## JOINT MOVANTS' EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant    [ ] Debtor    [ X ] Other - Joint Movants[1]

Date of Hearing/Trial:         December 19, 2022 at 10:00 a.m.

Type of Hearing/Trial:         Evidentiary Hearing on Joint Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. §1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non Trade *(ECF 408)*

| **Exhibit Number** | **Description** | **Admitted** | **Refused** | | **Not Introduced** |
|---|---|---|---|---|---|
| 1. | E-mails between certain Movants and U.S. Trustee's Office dated 11/21/22 **(Docket No. 408, Exhibit "A")** | | | | |
| 2. | E-mails between certain Movants and U.S. Trustee's Office dated 11/04/22 **(Docket No. 408, Exhibit "B")** | | | | |
| 3. | Letter correspondence to U.S. | | | | |

---

[1] Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc.

67794395;4

| Exhibit Number | Description | Admitted | Refused | | Not Introduced |
|---|---|---|---|---|---|
| | Trustee's Office dated November 8, 2022 from Monster Energy Company **(Docket No. 408, Exhibit "C")** | | | | |
| 4. | Letter correspondence/attachments to U.S. Trustee's Office dated November 21, 2022 from American Bottling Company **(Docket No. 408, Exhibit "D")** | | | | |
| 5. | E-mails between certain Movants and U.S. Trustee's Office dated November 21-22 **(Docket No. 408, Exhibit "E")** | | | | |
| 6. | E-mail from U.S. Trustee's Office to Movants dated November 23, 2022 **(Docket No. 408, Exhibit "F")** | | | | |
| 7. | Letter correspondence/attachments to U.S. Trustee's Office and Committee dated November 27, 2022 from American Bottling Company **(Docket No. 408, Exhibit "G")** | | | | |
| 8. | Chapter 11 Case Management Summary, In re: RMS Titanic, Inc., et al., Case No. 3:16-bk-02330-PMG (Bankr. M.D. Fla.)(Document No. 8) | | | | |
| 9. | Acting United States Trustee's Appointment and Notice of Appointment of Equity Security Holders Committee, In re: RMS Titanic, Inc., et al., Case No. 3:16-bk-02330-PMG (Bankr. M.D. Fla.)(Document No. 167) | | | | |
| 10. | Declaration of John C. Didonato in Support of Chapter 11 Petitions and First Day Pleadings | | | | |

67794395;4

| **Exhibit Number** | **Description** | **Admitted** | **Refused** | | **Not Introduced** |
|---|---|---|---|---|---|
| 11. | Monster Energy e-mail to U.S. Trustee's Office dated November 27, 2022 | | | | |
| 12. | Warner Music Group and The American Bottling Company, Inc.'s resignations from Committee. | | | | |
| 13. | Kathy Cole Resignation Letter dated December 1, 2022 | | | | |
| 14. | Debtors' Schedules (Document No. 323) | | | | |
| 15. | Debtors' Statement of Financial Affairs (Document No. 325) | | | | |
| 16. | Proof of Claim Nos. 28-29 (Monster Energy Company) | | | | |
| 17. | Proof of Claim Nos. 10-11 (Orange Bang, Inc.) | | | | |
| 18. | Proof of Claim Nos. 30-36 (The American Bottling Company) | | | | |
| 19. | Proof of Clam No. 176 (Southeast Cold Fill, LLC) | | | | |
| 20. | Proof of Claim No. 82 (Doehler USA, Inc.) | | | | |
| 21. | Proof of Claim No. 128 (Trinity Logistics, Inc.) | | | | |
| 22. | Proof of Claim No. 271 (Crown Cork & Seal USA) | | | | |
| 23. | Proof of Claim Nos. 1, 6 (XPO Logistics Fright, Inc.) | | | | |
| 24. | Proof of Claim No. 86 (Peter Fischer) | | | | |
| 25. | Claims Register (Document No. 504) | | | | |
| 26. | Consolidated List of Top 30 | | | | |

67794395;4

| Exhibit Number | Description | Admitted | Refused | | Not Introduced |
|---|---|---|---|---|---|
| | Largest Unsecured Claims (Document No. 2) | | | | |
| 27. | RESERVED | | | | |
| 28. | RESERVED | | | | |
| 29. | RESERVED | | | | |

Case 22-17842-PDR Doc 532-15 Filed 12/15/22 Page 4 of 7

67794395;4

**JOINT MOVANTS' RESERVATION OF RIGHTS**

Joint Movants reserve the right to: (a) amend or supplement the foregoing list of exhibits at any time prior to the hearing on the Motion; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing list of exhibits as necessary in connection therewith in compliance with Local Rule 9070-1; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in this action; and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in this action.

Dated:  December 14, 2022          **AKERMAN LLP**

/s/ *Michael I. Goldberg*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 / F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski (*pro hac vice*)
Ira D. Kharasch (*pro hac vice*)
Robert J. Feinstein (*pro hac vice*)
Teddy M. Kapur (*pro hac vice*)
Steven W. Golden (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 / F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

67794395;4

**FENDER, BOLLING AND PAIVA, P.A.**

/s/ G. Steven Fender
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

-and-

**KTBS LAW LLP**
Thomas E. Patterson, Esq. (pro hac vice)
Nir Maoz (pro hac vice)
1801 Century Park East
Twenty Sixth Floor
Los Angeles, CA 90067
T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com
*Counsel to Orange Bang, Inc*

- and –

**FURR AND COHEN, P.A.**

/s/ Marc P. Barmat
Marc P. Barmat
Florida Bar No. 22365
Robert C. Furr
Florida Bar No. 210854
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
mbarmat@furrcohen.com
rfurr@furrcohen.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Russell H. Falconer (*pro hac vice*)
2001 Ross Ave., Suite 2100

Dallas, TX 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2936
rfalconer@gibsondunn.com
Matthew G. Bouslog (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-4030
Facsimile: (949) 475-4640
mbouslog@gibsondunn.com
*Counsel to America Bottling Company*

-and-

**PRYOR CASHMAN LLP**

/s/ Brendan Everman
James G. Sammataro
Florida Bar No. 520292
Brendan Everman
Florida Bar No. 68702
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email: jsammataro@pryorcashman.com
beverman@pryorcashman.com

- and –

**PRYOR CASHMAN LLP**
Seth H. Lieberman (*pro hac vice* forthcoming)
David C.Rose (*pro hac vice* forthcoming)
Stephanie P. Chery (*pro hac vice* forthcoming)
Sameer M. Alifarag (*pro hac vice* forthcoming)
7 Times Square, 40th Floor New York, NY 10036-6596
Telephone: (212) 421-4100 Facsimile: (212) 326-0806
Email: slieberman@pryorcashman.com
drose@pryorcashman.com
schery@pryorcashman.com
salifarag@pryorcashman.com

*Counsel to Sony Music Entertainment and UMG Recordings, Inc.*