Date Filed: 10/13/2022
Claim No: 1

**Fill in this information to identify the case:**

Debtor 1    Vital Pharmaceuticals, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Florida

Case number    22-17842

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

XPO Logistics Freight, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

XPO LOGISTICS FREIGHT - Bankruptcy Dept
Name

9151 Boulevard 26   Bldg A
Number      Street

North Richland Hills    TX    76180
City                State           ZIP Code

Contact phone 817-812-5323

Contact email LTLCWYBankruptcy@xpo.com

**Where should payments to the creditor be sent?** (if different)

XPO Logistics Freight, Inc.
Name

2211 Old Earhart Road
Number      Street

Ann Arbor    MI    48105
City             State      ZIP Code

Contact phone 817-812-5323

Contact email LTLCWYBankruptcy@xpo.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  3  9  3  0

---

**7. How much is the claim?**    $_____14,879.18 .  **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed
_____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____
**Amount of the claim that is secured:**       $_____
**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/13/2022
                   MM / DD / YYYY

/s/LaTricia Hemphill
_____
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | LaTricia Hemphill |
| | First name      Middle name      Last name |
| Title | Bankruptcy Analyst |
| Company | XPO LOGISTICS FREIGHT INC. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 9151 Boulevard 26 Bldg A |
| | Number      Street |
| | North Richland Hills      TX      76180 |
| | City      State      ZIP Code |
| Contact phone | 817-812-5323      Email   LTLCWYBankruptcy@xpo.com |

# XPOLogistics

**CNWY**

LTL INVOICE#   712-591246

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76

VISIT OUR WEBSITE at ltl.

B
I
L
L

T
O

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | LOGAN BEVERAGE | PO# | 12/28/2021 |
| 7705 STAPLES DR | 150 W 14TH ST | PO# | |
| LITHIA SPRINGS, GA, 30122-3141 | TYRONE, PA, 16686-1737 | | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | PLT NUTRITION SUPPLEMENTS SUPPLIES CLASS 60 | 200 | M | $680.11 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($170.03) |
| | FSC FUEL SURCHARGE  30.50% | | | $155.57 |
| | LP1 LATE FEE PAST DUE 1 | | | $10.00 |
| | LP3 LATE FEE PAST DUE 3 | | | $10.00 |
| | LP4 LATE FEE PAST DUE 4 | | | $10.00 |
| 1 | TOTAL | 200 | | US $695.65 PREPAID |

CONTACT INFORMATION                                        PCS

### *** PAYMENT IS DUE BY 12/28/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:      US $695.65**

---

# XPOLogistics

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LTL INVOICE#   712-591246

**TOTAL DUE:      US $695.65**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

712591246  0069565  6

12.28.21      **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**      Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| VPX Sports<br>7705 Staples Dr<br>Lithia Springs GA, 30122 | |

| SHIP TO | Carrier: XPO LOGISTICS<br>SAP#    60<br>**PO#** |
|---|---|
| **Logan Beverage<br>150 W. 14th St<br>Tyrone, PA 16686** | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|
| Vital Pharmaceuticals, Inc<br>1600 N Park Drive<br>Weston, FL 33326 | Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight/Inc, rules tariff. (see www.xpo.com)   **712-591246**   XPOLogistics |
| **CONTACT INFORMATION:** | **Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):<br>**Prepaid**   ☒ Collect ☐   3rd Party<br>☐ Master bill of lading with attached underlying bills of lading. |

### CUSTOMER ORDER INFORMATION

| | # of units | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| **Pallet Skirts for 12oz Seltzer** | 5 cases | | | |
| **14 Case Shipper for 12 oz Seltzer** | 10 cases | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | 15 cases | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| | | | | | | Nutrition Supplements Supplies | | 60 |
| 1 | PALLETS | | | 200 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Amount Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐**

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| *Olson*<br>This is to certify that the above named materials are properly classified, packaged marked, and labeled, and are in proper condition for transportation ac-cording to the applicable - regulations of the DOT.<br>*12-28-21* | ☒ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☒ By driver/pieces | x   *12-28-21*<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, |

SEAL:<br>TRAILER:

# XPO Logistics

www.xpo.com  CNWY

**DELIVERY RECEIPT**
XPO CONTRACTUAL COPY

**PAGE** 1 OF 1

**PRO NUMBER**
712-591246

| EQUIP NUMBER | DATE 12/28/2021 | ORIGIN NAT | DESTINATION XJN | OUR REVENUE | ADVANCE | BEYOND | ROUTE TYR 1 |
|---|---|---|---|---|---|---|---|

| CONSIGNEE | SHIPPER | BILL TO | APPT |
|---|---|---|---|
| LOGAN BEVERAGE<br>150 W 14TH ST<br>TYRONE, PA US 16686-1737 | VPX SPORTS<br>7705 STAPLES DR<br>LITHIA SPRINGS, GA US 30122-3141 | | |

**SHIPPER NUMBERS PO**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET NUTRITION SUPPLEMENTS SUPPLIES CLASS 60 | 200 | | |
| 1 | | TOTAL | 200 | | PPD |
| | | PO NUMBERS | | | |
| | | CONTACT INFORMATION 20 1 PLT STC 15 PCS | | | |

| RECEIVED | SHRINK WRAP INTACT? | DELIVERED | TIME | | DATE 12 30 21 |
|---|---|---|---|---|---|
| PIECES ABOVE. DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED. | ☐ Yes ☐ No ☐ N/A | PIECES | : | | |
| | ☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY ☐ LIFTGATE SERVICE ☐ CONSTRUCTION /UTIL | CONSIGNEE SIGNATURE | | NAME | DATE 12 30 11 |

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT.

# XPOLogistics

**LTL INVOICE#   712-591121**

**CNWY**

| | |
|---|---|
| **CORRESPONDENCE:**<br>PO BOX 982020<br>N. RICHLAND HILLS, TX 76182<br><br>VISIT OUR WEBSITE at ltl.xpo | VPX SPORTS<br><br>1600 N PARK DR<br>WESTON, FL 33326-3278<br>US |

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS<br><br>7705 STAPLES DR<br>LITHIA SPRINGS, GA, 30122-3141<br>US | A GOMEZ<br><br>12600 NW 115TH AVE<br>MEDLEY, FL, 33178-3199<br>US | | 12/02/2021 |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | PLT NUTRIRTION SUPPLEMENTS CLASS 100 | 300 | 391.89 | $1,175.67 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($293.92) |
| | FSC FUEL SURCHARGE  31.25% | | | $275.55 |
| | LP1 LATE FEE PAST DUE 1 | | | $17.36 |
| | LP2 LATE FEE PAST DUE 2 | | | $17.36 |
| | LP4 LATE FEE PAST DUE 4 | | | $17.36 |
| | LP5 LATE FEE PAST DUE 5 | | | $17.36 |
| 1 | TOTAL | 300 | | US $1,226.74 PREPAID |

( continued on next page )

### *** PAYMENT IS DUE BY 12/02/2021 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:**     **US $1,226.74**

---

# XPOLogistics

**LTL INVOICE#    712-591121**

**TOTAL DUE:    US $1,226.74**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

712591121  0122674  6

# XPOLogistics

**CNWY**

**LTL INVOICE#  712-591121**

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | GOMEZ | | 12/02/2021 |
| 7705 STAPLES DR | 12600 NW 115TH AVE | | |
| LITHIA SPRINGS, GA, 30122-3141 | MEDLEY, FL, 33178-3199 | | |
| US | US | | |

1 PLT

- CORRECT SHIPPER, CONSIGNEE OR INVOICING NAME AND-OR ADDRESS PER LETTER OF AUTHORITY 12-04-2021

### *** PAYMENT IS DUE BY 12/02/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:    US $1,226.74**

---

# XPOLogistics

**CNWY**

**LTL INVOICE#   712-591121**

**TOTAL DUE:   US $1,226.74**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

If payment is not in full please explain:

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

712591121  0122674  6

page 8

**BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**                    Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| VPX Sports<br>7705 Staples Dr<br>Lithia Springs GA, 30122 | |

| SHIP TO | Carrier: XPO Logistics<br>SAP#<br>PO# |
|---|---|
| Gomez<br>**12600 NW 115th Ave**<br>**Medley, FL 33178** | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|
| Vital Pharmaceuticals, Inc<br>1600 N Park Drive<br>Weston, FL 33326 | Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, inc. rules tariff. (see www.xpo.com)  712-591121  XPOLogistics |

| Special Instructions: | Freight Charge Terms (Freight charges are prepaid unless marked otherwise): |
|---|---|
| | **Prepaid** ☒ Collect☐   3rd Party☐<br><br>☐ Master bill of lading with attached underlying bills of lading. |

**CUSTOMER ORDER INFORMATION**

| Items | # of units | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| Fuel Team tent | 1 | | | |
| **table** | | | | |
| **banner** | | | | |
| Chrome poles | | | | |
| | | | | |
| Total | 1 | | | |

**CARRIER INFORMATION**

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | | NMFC No. | Class |
|---|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL Only | | |
| | | | | | | Nutrition Supplements | | | |
| 1 | PALLETS | | | 300 | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Amount Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable ☐**

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.<br>**Shipper Signature** |
|---|---|

| Signature/Date<br>*Jackson*<br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation ac-cording to the applicable regulations of the DOT. | Trailer Loaded:<br>☒By shipper<br>☐ By driver | Freight Counted:<br>☐ By shipper<br>☐ By driver/pallets said to contain<br>☒ **By driver/pieces** | Carrier Signature/Pickup Date<br>X<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, |

SEAL:                    12.2.21
TRAILER:

**XPOLogistics** www.xpo.com CNWY

**DELIVERY RECEIPT**
**XPO CONTRACTUAL COPY**

**PAGE** 1 OF 1

**PRO NUMBER** 712-591121

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| [redacted] | 12/02/2021 | NAT | NMF | | | | MEW 9 |

| CONSIGNEE W/ | SHIPPER | BILL TO | APPT |
|---|---|---|---|
| [redacted] GOMEZ<br>12600 NW 115TH AVE<br>MEDLEY, FL US 33178-3199 | VPX SPORTS<br>7705 STAPLES DR<br>LITHIA SPRINGS, GA US 30122-3141 | | |

**SHIPPER NUMBERS**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET NUTRIRTION SUPPLEMENTS CLASS 100 | 300 | | |
| 1 | | TOTAL | 300 | | PPD |
| | | 1 PLT | | | |

| RECEIVED | SHRINK WRAP INTACT? | DELIVERED | TIME | DRIVER SIGNATURE | DATE |
|---|---|---|---|---|---|
| PIECES ABOVE. DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED. | ☒ Yes ☐ No ☐ N/A | 1 PIECES | 10:30 | [redacted] | 12/9/21 |
| | ☐ INSIDE DELIVERY ☐ LIFTGATE SERVICE ☐ RESIDENTIAL DELIVERY ☐ CONSTRUCTION /UTIL [redacted] | | SIGNATURE [signature] | [redacted] NAME | DATE 12/9/21 |

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNW[redacted]T ON DATE OF SHIPMENT.

# XPO**Logistics**

**CNWY**

**LTL INVOICE#  405-677016**

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

|  | B |
|---|---|
| VPX SPORTS | I |
|  | L |
| 1951 N COMMERCE PKWY | L |
| WESTON, FL 33326-3279 | T |
| US | O |

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | VITAMIN SHOPPE | P | 02/12/2021 |
| 1951 N COMMERCE PKWY | 112 THE VITAMIN SHOPPE WAY | P | |
| WESTON, FL, 33326-3279 | ASHLAND, VA, 23005-1327 | P          12 | |
| US | US | P          67 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 2 | PLT MISC 0-0 CLASS 100 | 660 | 284.22 | $1,875.85 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($468.96) |
| | FSC FUEL SURCHARGE 26.00% | | | $365.79 |
| | CBR REWEIGH OF SHIPMENT FEE | | | $37.25 |
| | LP1 LATE FEE  30 DAYS PAST DUE | | | $27.15 |
| | LP2 LATE FEE  60 DAYS PAST DUE | | | $27.15 |
| | LP3 LATE FEE  90 DAYS PAST DUE | | | $27.15 |
| | LP4 LATE FEE 120 DAYS PAST DUE | | | $27.15 |
| | LP5 LATE FEE 150 DAYS PAST DUE | | | $27.15 |
| | LP6 LATE FEE 180 DAYS PAST DUE | | | $27.15 |

( continued on next page )

### *** PAYMENT IS DUE BY 02/27/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** BALANCE DUE INVOICE ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:      US $1,809.93**

---

# XPO**Logistics**

**CNWY**

**LTL INVOICE#      405-677016**

**TOTAL DUE:      US $1,809.93**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405677016  0180993  8

# XPO Logistics

**LTL INVOICE#   405-677016**

CNWY

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | VITAMIN SHOPPE | | 02/12/2021 |
| 1951 N COMMERCE PKWY | 112 THE VITAMIN SHOPPE WAY | | |
| WESTON, FL, 33326-3279 | ASHLAND, VA, 23005-1327 | | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| | LP6 LATE FEE 180 DAYS PAST DUE | | | $27.15 |
| 2 | TOTAL | 660 | | US $1,809.93 PREPAID |
| | AMOUNT PAID: | | | US $162.90 |
| | **BALANCE DUE:** | | | **US $1,809.93** |

2 PLT .SHP ED PER WEIGHT CERTIFICATE

### *** PAYMENT IS DUE BY 02/27/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** BALANCE DUE INVOICE ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:    US $1,809.93**

---

# XPO Logistics

**LTL INVOICE#    405-677016**

**TOTAL DUE:    US $1,809.93**

CNWY

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

If payment is not in full please explain:

_____

_____

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405677016  0180993  8

**Date: 2/12/2021**

# BILL OF LADING

Page: 1

| SHIP FROM |
|---|
| Name: FLL1951-VPX Sports |
| Address: 1951 NORTH COMMERCE PKWY |
| VPX-SPORTS |
| City/State/Zip: WESTON, FL 33326 |

FOB:

| SHIP TO |
|---|
| Name: Vitamin Shoppe-North Bergen NJ Location #: |
| Address: 112 The Vitamin Shoppe Way |
| City/State/Zip: Ashland, VA 23005 |

FOB:

**Bill of Lading Number:**

**Carrier Name: XPO Logistics**
Equipment: .12
Seal number(s):

**SCAC: XPOL**
**Pro Number:**

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

**405-677016** XPOLogistics

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid **X**      Collect      3rd Party

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

SPECIAL INSTRUCTIONS:

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT(LB) | Pallet/Slip (Circle One) | ADDITIONAL SHIPPER INFO |
| 9 | 2 | 590.48 | Y   N | NO BACK ORDER **DO NOT SHIP WITH LESS THAN 9 MONTHS SHELF LIFE |
| | 0 | 0.00 | Y   N | |
| | 0 | 0.00 | Y   N | |
| | 0 | 0.00 | Y   N | |
| GRAND TOTAL | 2 | 590.48 | | |

| ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
| 27 | 1 | 7 | | 829, BANG Purple Haze Shot 3oz 2/12pk | 75 | 59 |
| 61 | 1 | 7 | | 829, BANG Purple Haze Shot 3oz 2/12pk | 75 | 59 |
| 88 | 2 | | | GRAND TOTAL | | |

| | |
|---|---|
| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____. | COD Amount: $_____ <br> Fee Terms:      Collect: ☐      Prepaid: ☐ <br> Customer check acceptable: ☐ |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

| | |
|---|---|
| All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email unauthorized returns will incur a 25% restocking fee and cost of freight charges. For additional Conditions, by visiting | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. <br> _____ Shipper <br> Signature |

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. <br><br> DF  02/12/2021 | ☐ By Shipper <br><br> ☐ By Driver | ☐ By Shipper <br> ☐ By Driver/pallets said to contain <br> ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. <br><br> 12-21 <br> (2 sk) |



**DELIVERY RECEIPT**

CNWY

REFER TO THIS NUMBER

| EQUIP NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| | 2/12/21 | NPB | | | NRM | 405-677016 | |

CONSIGNEE

VITAMIN SHOPPE

112 THE VITAMIN SHOPPE WAY
ASHLAND, VA, US 23005-1327

TRAP
VITA W!

SHIPPER'S NUMBER

PO# ___ 59

PRO NUMBER
405-677016

SHIPPER

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL, US 33326-3279

BILL TO

| # PCS | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 2 | | PLT MISC  0-0 CLASS 100 | 660 | | |
| 2 | | CBR REWEIGH OF SHIPMENT FEE | | | PPD |
| | | TOTAL | | | |
| | | MULTIPLE PO#'S:  ___ 12, | | | |
| | | 2 PLT .SHP PH: | | | |

Subject To Count

☐ INSIDE DELIVERY    ☐ LIFT GATE SERVICE    ☐ RESIDENTIAL DELIVERY    ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? | DELIVERED PCS | TIME | | | PRINT CONSIGNEE NAME | DATE 2·25·/21 |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO ☐ N/A | | | | | | |

RECEIVED ___ 2 ___ PIECES ABOVE DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED.    DRIVER ___    SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT    3/2/21

**1**



**XPOLogistics**

**CNWY**

LTL INVOICE#  405-634110

| | | |
|---|---|---|
| **CORRESPONDENCE:** | | VPX SPORTS |
| PO BOX 982020 | | VPX-SPORTS |
| N. RICHLAND HILLS, TX 7618 | | 1951 N COMMERCE PKWY |
| | | WESTON, FL 33326-3279 |
| VISIT OUR WEBSITE at  ltl.xpo | | US |

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | VITAMIN SHOPPE | S | 12/11/2020 |
| VPX-SPORTS | 112 THE VITAMIN SHOPPE WAY | P | |
| 1951 N COMMERCE PKWY | ASHLAND, VA, 23005-1327 | B        28 | |
| WESTON, FL, 33326-3279 | US | C | |
| US | | C | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 9 | PLT MISC 0-0 CLASS 100 | 8,715 | M | $4,234.87 |
| | CBR REWEIGH OF SHIPMENT FEE | | | $35.25 |
| | TLF VOLUME SHIPMENT FUEL SURCHARGE | | | $203.18 |
| 9 | TOTAL | 8,715 | | US $4,473.30 PREPAID |

( continued on next page )

### *** PAYMENT IS DUE BY 12/26/2020 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

| Remit To |
|---|
| XPO Logistics Freight, Inc. |
| 29559 Network Place |
| Chicago, IL 60673-1559 |

**TOTAL DUE:     US $4,473.30**

---

**XPOLogistics**

**CNWY**

**LTL INVOICE#     405-634110**

**TOTAL DUE:     US $4,473.30**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405634110  0447329  9

# XPO Logistics

**LTL INVOICE#    405-634110**

CNWY

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

VPX SPORTS
VPX-SPORTS
1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L
T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS<br>VPX-SPORTS<br>1951 N COMMERCE PKWY<br>WESTON, FL, 33326-3279<br>US | VITAMIN SHOPPE<br>112 THE VITAMIN SHOPPE WAY<br>ASHLAND, VA, 23005-1327<br>US | SN<br>PO<br>BM 8<br>CR<br>CR | 12/11/2020 |

*** HAZMAT EMERGENCY CONTACT AUT RE-
WEIGHED PER WEIGHT CERTIFICATE
VOLUME SHIPMENT PRICING SAVES YOU $ 5805.94.
YOU HAVE RECEIVED VOLUME SHIPMENT PRICING - CAPPED PRICING FOR LARGE LTL SHIPMENTS WITH SAME DAY PICKUP AND GUARANTEED
DELIVERY. YOUR VOLUME SHIPMENT PRICING IS BASED ON   932 MILES.
Additional Customer Reference Numbers:
LW
P8
P8
TH
TN

## *** PAYMENT IS DUE BY 12/26/2020 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
## *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:    US $4,473.30**

---

# XPO Logistics

**LTL INVOICE#    405-634110**

**TOTAL DUE:    US $4,473.30**

CNWY

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405634110  0447329  9

**Date: 12/11/2020**

# BILL OF LADING

Page 1

| SHIP FROM | |
|---|---|
| Name: FLL1951-VPX Sports | |
| Address: 1951 NORTH COMMERCE PKWY | |
| VPX-SPORTS | |
| City/State/Zip: WESTON, FL 33326 | |
| | FOB: |

**Bill of Lading Number:**

| SHIP TO | |
|---|---|
| Name: Vitamin Shoppe-North Bergen NJ Location #: | |
| Address: 112 The Vitamin Shoppe Way | |
| City/State/Zip: Ashland, VA 23005 | |
| | FOB: |

**Carrier Name: XPO Logistics**
Equipment: 86
Seal number(s):

**SCAC: XPOL**
**Pro Number:**

Driver's signature acknowledges receipt of freight only Received shipment is subject to terms of a written contract if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

XPOLogistics

**405-634110**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid __X__    Collect _____    3rd Party _____

SPECIAL INSTRUCTIONS:

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT(LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | Y | N | |
| SEE ATTACHED | | | Y | N | |
| SUPPLEMENT PAGE | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 10 | 8567 | | | |

## ORDER INFORMATION

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
|---|---|---|---|---|---|---|
| 9 | 1 | 25 | 2020-09-30 | 656, BANG Master Blaster Star Blast 20Serving | 2 | 3 |
| 15 | 1 | 21 | 2020-11-23 | 653, BANG Master Blaster Sour Heads 20Serving | 2 | 3 |
| 176 | 1 | 69 | 2020-10-06 | 828, BANG Bangster Berry Shot 3oz 2/12pk | 2 | 3 |
| 176 | 1 | 26 | 2020-10-07 | 828, BANG Bangster Berry Shot 3oz 2/12pk | 2 | 3 |
| 528 | 3 | 71 | 2020-11-16 | 830, BANG Peach Mango Shot 3oz 2/12pk | 2 | 3 |
| 176 | 1 | 67 | | 829, BANG Purple Haze Shot 2/12pk | 2 | 3 |
| 176 | 1 | 14 | 2020-11-04 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 2 | 3 |
| 1256 | 9 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email unauthorized returns will incur a 25% restocking fee and cost of freight charges. For additional Conditions, by visiting

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | |
| DF 12/11/2020 | | ☐ By Driver/Pieces | 12-11-20 |

9 skd

**XPO**Logistics  www.xpo.com

CNWY

**DELIVERY RECEIPT**

**PRO NUMBER**
REFER TO THIS NUMBER.

| EQUIP. NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| | 12/11/20 | NPB | | | | NRM | 405-634110 |

CONSIGNEE

VITAMIN SHOPPE

112 THE VITAMIN SHOPPE WAY
ASHLAND, VA, US 23005-1327

ASH
VITA

SHIPPER          552
PO

PRO NUMBER
405-634110

SHIPPER  VPX SPORTS
VPX-SPORTS
1951 N COMMERCE PKWY
WESTON, FL, US 33326-3279

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 9 | | PLT MISC  0-0 CLASS 100 | 8715 | | |
| | | CBR REWEIGH OF SHIPMENT FEE | | | |
| 9 | | TOTAL | 8715 | | PPD |
| | | MULTIPLE PO#'S: | | | |
| | | | | | |
| | | *** HAZMAT EMERGENCY CONTACT | | | |

☐ INSIDE DELIVERY     ☐ LIFT GATE SERVICE     ☐ RESIDENTIAL DELIVERY     ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐YES ☐NO ☐N/A | DELIVERED PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE |
|---|---|---|---|---|---|

RECEIVED          PIECES ABOVE
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.

DRIVER _____   /   /

**PAGE 1 OF 2**

SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT

1

---

**XPO**Logistics  www.xpo.com

CNWY

**DELIVERY RECEIPT**

**PRO NUMBER**
REFER TO THIS NUMBER.

| EQUIP. NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| CONTINUATION BILL PAGE 2 OF 2 | | | | | | | 405-634110 |

CONSIGNEE

W.
1-6-21

Subject To Count
The Vitamin Shoppe

SHIPPER

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| | | AU | | | |
| | | BM                          CR) | | | |
| | | 9 PLT .SHP PH: | | | |

☐ INSIDE DELIVERY     ☐ LIFT GATE SERVICE     ☐ RESIDENTIAL DELIVERY     ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐YES ☐NO ☐N/A | DELIVERED PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE |
|---|---|---|---|---|---|

RECEIVED          PIECES ABOVE
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.

DRIVER _____   /   /

SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT

1

# XPOLogistics



**LTL INVOICE#   326-343835**

**CNWY**

| CORRESPONDENCE: | | |
|---|---|---|
| PO BOX 982020 | | VPX SPORTS |
| N. RICHLAND HILLS, TX 7618? | | |
| | | 1600 N PARK DR |
| VISIT OUR WEBSITE at  ltl.xpc | | WESTON, FL 33326-3278 |
| | | US |

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX NORTH CAROLINA | SHEETZ DISTRIBUTION SERVICES | P | 12/16/2021 |
| 6100 GLEN AFTON BLVD | 242 SHEETZ WAY | P | |
| CONCORD, NC, 28027-8765 | CLAYSBURG, PA, 16625-8345 | P | |
| US | US | P            9 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | PLT 842 BANG RAINBOW UNICORN SHOT 3 OZ 2-12PK MISC 0-0 | 1,425 | 131.87 | $1,879.15 |
| | CLASS 60 | | | |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($469.79) |
| | FSC FUEL SURCHARGE  30.75% | | | $433.38 |
| | CBR REWEIGH OF SHIPMENT FEE | | | $39.40 |
| | APT APPOINTMENT | | | $51.90 |
| | LP1 LATE FEE PAST DUE 1 | | | $29.01 |
| | LP2 LATE FEE PAST DUE 2 | | | $29.01 |
| | LP3 LATE FEE PAST DUE 3 | | | $29.01 |
| | LP4 LATE FEE PAST DUE 4 | | | $29.01 |

( continued on next page )

## *** PAYMENT IS DUE BY 12/16/2021 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

## *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

| Remit To | |
|---|---|
| XPO Logistics Freight, Inc. | |
| 29559 Network Place | |
| Chicago, IL 60673-1559 | |

**TOTAL DUE:        US $2,079.09**

---

# XPOLogistics

**LTL INVOICE#    326-343835**

**TOTAL DUE:      US $2,079.09**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

326343835  0207909  7

# XPO Logistics

**LTL INVOICE#    326-343835**

**CNWY**

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 7618

VISIT OUR WEBSITE at  ltl.xpo

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX NORTH CAROLINA | SHEETZ DISTRIBUTION SERVICES | P | 12/16/2021 |
| 6100 GLEN AFTON BLVD | 242 SHEETZ WAY | P | |
| CONCORD, NC, 28027-8765 | CLAYSBURG, PA, 16625-8345 | P | |
| US | US | P            19 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| | LP4 LATE FEE PAST DUE 4 | | | $29.01 |
| | LP5 LATE FEE PAST DUE 5 | | | $29.01 |
| 1 | TOTAL | 1,425 | | US $2,079.09 PREPAID |

CALL 48HRS IN ADVANCE FOR DELIVE
WAY                        PPER:-                                        1
CERTIFICATE

### *** PAYMENT IS DUE BY 12/16/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:**      **US $2,079.09**

---

# XPO Logistics

**CNWY**

**LTL INVOICE#      326-343835**

**TOTAL DUE:      US $2,079.09**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

If payment is not in full please explain:

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

326343835  0207909  7

**Date: 12/16/2021**

# BILL OF LADING

Page 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| Name: VPX: North Carolina. | |
| Address: 6100 GLEN AFTON BLVD | |
| City/State/Zip: Concord, NC  28027 | |
| | |
| FOB: | |

| SHIP TO | |
|---|---|
| Name: Sheetz Distribution Servi, Claysburg, PA. | Location #: |
| Address: 242 Sheetz Way | |
| City/State/Zip: Claysburg, PA. 16625 | |
| FOB: | |

**Carrier Name:** VPO
**Equipment:** 84
**Seal number(s):**

**SCAC:**
**Pro Number:**

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid  X          Collect____          3rd Party____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Appointment needed

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT (LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5 | 3 | 1,210.00 | Y | N | Call 48 hrs. in advance for delivery appt. |
| | | | | | |
| A | 0 | 0.00 | Y | N | |
| **GRAND TOTAL** | 3 | 1,210.00 | | | |

## ORDER INFORMATION

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
|---|---|---|---|---|---|---|
| 2 | 1 | 1L1 | 2021-07-08 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 9 | |
| 4 | 1 | 1L1 | 2021-04-15 | 520, Bang Shot RS 3oz 2/12pk | 9 | |
| 28 | 1 | 1L1 | 2021-04-15 | 520, Bang Shot RS 3oz 2/12pk | 9 | |
| 30 | 1 | 1L1 | 2021-07-08 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 9 | |
| 48 | 1 | 1L1 | 2021-05-05 | 482, Bang Shot KL 3oz 2/12pk | 9 | |
| 64 | 1 | 1L1 | 2021-05-12 | 829, BANG Purple Haze Shot 3oz 2/12pk | 9 | |
| 176 | 1 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
____ per ____."

**COD Amount: $**____
**Fee Terms:**          Collect: ☐          Prepaid: ☐
**Customer check acceptable:** ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email ____ and unauthorized returns will incur a 25% restocking fee and cost of freight charges. For addit ____ and Conditions, by visiti ____

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
____ Shipper

Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT ____ equivalent documentation in the vehicle. |

12/16/21          NMFC OTC/60 CLASS 60

# XPOLogistics
www.xpo.com

CNWY

**DELIVERY RECEIPT**
XPO CONTRACTUAL COPY

**PAGE**
1 OF 1

**PRO NUMBER**
326-343835

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| | 12/16/2021 | NCH | XJN | | | | CME 1 |

**CONSIGNEE** W!
SHEETZ DISTRIBUTION SERVICES
242 SHEETZ WAY
CLAYSBURG, PA US 16625-8345

**SHIPPER**
VPX NORTH CAROLINA
6100 GLEN AFTON BLVD
CONCORD, NC US 28027-8765

**BILL TO**

11 A     **APPT**
21 ST

**SHIPPER NUMBERS**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET 842 BANG RAINBOW UNICORN SHOT 3 OZ 2-12PK MISC 0-0 CLASS 60 | 1425 | | |
| 1 | | CBR REWEIGH OF SHIPMENT FEE | 1425 | | PPD |
| | | TOTAL | | | |
| | | PO NUMBERS: | | | |
| | | CALL 48HRS IN A                                              S | | | |
| | | LLCDCRECEIVIN                                          G PA | | | |
| | | ER:- | | | |
| | | 1 | | | |

**RECEIVED**
PIECES ABOVE.
DESCRIBED FREIGHT
IN GOOD ORDER
EXCEPT AS NOTED.

**SHRINK WRAP INTACT?**
☐ Yes ☐ No ☐ N/A

☐ INSIDE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ LIFTGATE SERVICE
☐ CONSTRUCTION /UTIL

**DELIVERED**
PIECES

**TIME**
:

**CONSIGNEE SIGNATURE**

**DATE**
12/12/21

**E NAME**

**DATE**
12/12/21

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT.

# XPOLogistics

**LTL INVOICE#  976-973841**

**CNWY**

CORRESPONDENCE:
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | RACETRAC CORPORATE | | 12/16/2020 |
| 1951 N COMMERCE PKWY | 3110 ROY ORR BLVD | | |
| WESTON, FL, 33326-3279 | GRAND PRAIRIE, TX, 75050-7109 | 171 | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 2 | PLT MISC CLASS 100 | 2,362 | 208.15 | $4,916.50 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($1,229.13) |
| | FSC FUEL SURCHARGE 24.60% | | | $907.10 |
| 2 | TOTAL | 2,362 | | US $4,594.47  PREPAID |

2 PLT .SH

### *** PAYMENT IS DUE BY 12/31/2020 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

Remit To
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:     US $4,594.47**

---

# XPOLogistics

**LTL INVOICE#     976-973841**

**TOTAL DUE:     US $4,594.47**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

976973841  0459447  0

Date: 12/16/2020       **BILL OF LADING**       Page 1

| SHIP FROM | |
|---|---|
| Name: FLL1951-VPX Sports | |
| Address: 1951 NORTH COMMERCE PKWY | |
| VPX-SPORTS | |
| City/State/Zip: WESTON, FL 33326 | |

FOB:

**Bill of Lading Number:**

| SHIP TO | |
|---|---|
| Name: Racetrac Corporate | Location #: |
| Address: 3110 Roy Orr Blvd | |
| City/State/Zip: Grand Prairie, TX 75050 | |

FOB:

**Carrier Name:**    XPO Logistics
Equipment:
Seal number(s):

**SCAC:**    XPOL
**Pro Number:**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

976-973841    XPOLogistics

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid    X      Collect _____      3rd Party _____

SPECIAL INSTRUCTIONS:

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT (LB) | Pallet/Slip (Circle One) | ADDITIONAL SHIPPER INFO |
| | | | Y   N | |
| SEE ATTACHED | | | Y   N | |
| SUPPLEMENT PAGE | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| GRAND TOTAL | 2 | 2362 | | |

| ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
| 352 | 2 | 71 | 2020-11-18 | 830, BANG Peach Mango Shot 3oz 2/12pk | 33 | |
| 352 | 2 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email unauthorized returns will be subject to freight charges. For additional Conditions, by visiting h

**COD Amount: $**
**Fee Terms:**    Collect: ☐    Prepaid: ☐
**Customer check acceptable:** ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| DF   12/16/2020 | | | 2-16-20 |

2500

# XPO Logistics



**DELIVERY RECEIPT**    **PRO NUMBER**

CNWY

REFER TO THIS NUMBER

| EQUIP NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| | 12/16/20 | NPB | | | | LFW | 976-973841 |

CONSIGNEE

RACETRAC CORPORATE

3110 ROY ORR BLVD
GRAND PRAIRIE, TX, US 75050-71

PRO NUMBER 976-973841

SHIPPER'S NUMBER

PO#

SHIPPER

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL, US 33326-3279

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 2 | | PLT MISC CLASS 100 | 2362 | | |
| 2 | | TOTAL | 2362 | | PPD |
| | | MULTIPLE PO#'S: | | | |
| | | 2 PLT .SHP P | | | |

received 7o4 cases of
Peach mango shot

☐ INSIDE DELIVERY    ☐ LIFT GATE SERVICE    ☐ RESIDENTIAL DELIVERY    ☐ CONSTRUCTION/UTILITY SITE

SHRINK WRAP INTACT? ☒ YES ☐ NO ☐ N/A    DELIVERED 2 PCS    TIME 1025    CONSIGNEE SIGNATURE    DATE 12/21/20

RECEIVED 2 PIECES ABOVE
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.

DRIVER    12/21/20

SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT

1

Date Filed: 10/18/2022
Claim No: 6

**Fill in this information to identify the case:**

Debtor _____Vital Pharmaceuticals, Inc._____

United States Bankruptcy Court for the District of _____Southern District of Florida_____

Case number _____22-17842_____

## Official Form 410

## Proof of Claim                                                04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | XPO Logistics Freight, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.  From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| See Additional/Expanded Creditor Address(es) page: | |
| XPO Logistics Freight, Inc.<br>Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 7618...<br>USA<br>**P:** 817-812-5323<br>**E:** LTLCWYBankruptcy@xpo.com | XPO Logistics Freight, Inc.<br>2211 Old Earhart Road<br>Ann Arbor, MI 48105<br>USA<br>**P:** 817-812-5323<br>**E:** LTLCWYBankruptcy@xpo.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — — —

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____  Filed on _____<br>MM/DD/YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? |

Official Form 410                                                Page 1

1195810182232832836566800001

6. **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3930

---

7. **How much is a claim?** $ 14,879.18     Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property

**Nature of property**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** _____

**Amount of the claim that is secured:** _____

**Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A Claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes.    Check one:                                             Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                    _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).                    _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)                    _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                    _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                    _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies.                    _____

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time     10/18/2022 at 03:22 pm PT
                             MM  /  DD  /  YYYY  HH  :  MM

/s/LaTricia Hemphill
Signature

**Print the name of the person who is completing and signing this claim:**

Name                 LaTricia                    Hemphill

                     First Name   Middle Name   Last Name

Title                Bankruptcy Analyst

Company              XPO LOGISTICS FREIGHT INC.

                     Identify the corporate servicer as the company if the authorized agent is a servicer

Address              9151
                     Boulevard
                     26 Bldg A

                     Number       Street

                     North
                     Richland     TX          76180
                     Hills

                     City         State       ZIP Code

Contact phone        _____

Email                LTLCWYBankruptcy@xpo.com

---



**Additional/Expanded Creditor Address(es):**

**Primary Address (Expanded)**
XPO Logistics Freight, Inc.
Bankruptcy Dept.
9151 Boulevard 26 Bldg A
North Richland Hills, TX 76180
USA
Phone: 817-812-5323
LTLCWYBankruptcy@xpo.com

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                                                 Page 4

# XPO **Logistics**

**LTL INVOICE#    712-591246**



**CNWY**

| CORRESPONDENCE: | | B |
| --- | --- | --- |
| PO BOX 982020 | VPX SPORTS | I |
| N. RICHLAND HILLS, TX 76 | | L |
| | 1600 N PARK DR | L |
| VISIT OUR WEBSITE at ltl. | WESTON, FL 33326-3278 | T |
| | US | O |

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
| --- | --- | --- | --- |
| VPX SPORTS | LOGAN BEVERAGE | PO# | 12/28/2021 |
| 7705 STAPLES DR | 150 W 14TH ST | PO# | |
| LITHIA SPRINGS, GA, 30122-3141 | TYRONE, PA, 16686-1737 | | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
| --- | --- | --- | --- | --- |
| 1 | PLT NUTRITION SUPPLEMENTS SUPPLIES CLASS 60 | 200 | M | $680.11 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($170.03) |
| | FSC FUEL SURCHARGE  30.50% | | | $155.57 |
| | LP1 LATE FEE PAST DUE 1 | | | $10.00 |
| | LP3 LATE FEE PAST DUE 3 | | | $10.00 |
| | LP4 LATE FEE PAST DUE 4 | | | $10.00 |
| 1 | TOTAL | 200 | | US $695.65 PREPAID |

CONTACT INFORMATION                                                    PCS

### *** PAYMENT IS DUE BY 12/28/2021 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

| Remit To |
| --- |
| XPO Logistics Freight, Inc. |
| 29559 Network Place |
| Chicago, IL 60673-1559 |

**TOTAL DUE:      US $695.65**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# XPO **Logistics**

**LTL INVOICE#    712-591246**

**TOTAL DUE:      US $695.65**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

_____

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

712591246  0069565  6

12.28.21      **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**      Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|

VPX Sports
7705 Staples Dr
Lithia Springs GA, 30122

Carrier: XPO LOGISTICS
SAP#     60
PO#

**SHIP TO**

**Logan Beverage
150 W. 14th St
Tyrone, PA 16686**

SCAC:

**THIRD PARTY FREIGHT CHARGES BILL TO**

Vital Pharmaceuticals, Inc
1600 N Park Drive
Weston, FL 33326

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight/Inc, rules tariff. (see www.xpo.com)

712-591246   XPOLogistics

**CONTACT INFORMATION:**

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):

**Prepaid** ☒ Collect☐ ☐ 3rd Party

☐ Master bill of lading with attached underlying bills of lading.

### CUSTOMER ORDER INFORMATION

| | # of units | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| Pallet Skirts for 12oz Seltzer | 5 cases | | | |
| **14 Case Shipper for 12 oz Seltzer** | 10 cases | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | 15 cases | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | | | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | | NMFC No. | Class |
| | | | | | | Nutrition Supplements Supplies | | | | 60 |
| 1 | PALLETS | | | 200 lbs | | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Amount Fee terms: Collect ☐ | Prepaid ☐ | Customer check acceptable ☐**

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☒ By driver/pieces | x    12-28-21<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, |

SEAL:
TRAILER:

12-28-21

# XPO Logistics

www.xpo.com    CNWY

**DELIVERY RECEIPT**
XPO CONTRACTUAL COPY

**PAGE**
1 OF 1

**PRO NUMBER**
712-591246

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| | 12/28/2021 | NAT | XJN | | | | TYR |
| | | | | | | | 1 |

**CONSIGNEE**
LOGAN BEVERAGE
150 W 14TH ST
TYRONE, PA US 16686-1737

**SHIPPER**
VPX SPORTS
7705 STAPLES DR
LITHIA SPRINGS, GA US 30122-3141

**BILL TO**

**APPT**

**SHIPPER NUMBERS PO**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET NUTRITION SUPPLEMENTS SUPPLIES CLASS 60 | 200 | | |
| 1 | | TOTAL | 200 | | PPD |
| | | PO NUMBERS | | | |
| | | CONTACT INFORMATION | 20 1 PLT STC 15 PCS | | |

**RECEIVED**
PIECES ABOVE.
DESCRIBED FREIGHT
IN GOOD ORDER
EXCEPT AS NOTED.

**SHRINK WRAP INTACT?**
☐ Yes ☐ No ☐ N/A

☐ INSIDE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ LIFTGATE SERVICE
☐ CONSTRUCTION /UTIL

**DELIVERED**
PIECES

**TIME**
:

**CONSIGNEE SIGNATURE**

**NAME**

**DATE**

**DATE**

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT.

**XPOLogistics**

LTL INVOICE#   712-591121

**CNWY**

| CORRESPONDENCE: | | | B |
| --- | --- | --- | --- |
| PO BOX 982020 | | VPX SPORTS | I |
| N. RICHLAND HILLS, TX 76182 | | | L |
| | | 1600 N PARK DR | L |
| VISIT OUR WEBSITE at  ltl.xpo | | WESTON, FL 33326-3278 | T |
| | | US | O |

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
| --- | --- | --- | --- |
| VPX SPORTS | A GOMEZ | | 12/02/2021 |
| 7705 STAPLES DR | 12600 NW 115TH AVE | | |
| LITHIA SPRINGS, GA, 30122-3141 | MEDLEY, FL, 33178-3199 | | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
| --- | --- | --- | --- | --- |
| 1 | PLT NUTRIRTION SUPPLEMENTS CLASS 100 | 300 | 391.89 | $1,175.67 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($293.92) |
| | FSC FUEL SURCHARGE  31.25% | | | $275.55 |
| | LP1 LATE FEE PAST DUE 1 | | | $17.36 |
| | LP2 LATE FEE PAST DUE 2 | | | $17.36 |
| | LP4 LATE FEE PAST DUE 4 | | | $17.36 |
| | LP5 LATE FEE PAST DUE 5 | | | $17.36 |
| 1 | TOTAL | 300 | | US $1,226.74 PREPAID |

( continued on next page )

### *** PAYMENT IS DUE BY 12/02/2021 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

| Remit To | |
| --- | --- |
| XPO Logistics Freight, Inc. | |
| 29559 Network Place | |
| Chicago, IL 60673-1559 | |

**TOTAL DUE:    US $1,226.74**

---

**XPOLogistics**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LTL INVOICE#    712-591121

TOTAL DUE:    US $1,226.74

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

712591121  0122674  6

**XPOLogistics**

**LTL INVOICE#   712-591121**

CNWY

CORRESPONDENCE:
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | GOMEZ | | 12/02/2021 |
| 7705 STAPLES DR | 12600 NW 115TH AVE | | |
| LITHIA SPRINGS, GA, 30122-3141 | MEDLEY, FL, 33178-3199 | | |
| US | US | | |

1 PLT

- CORRECT SHIPPER, CONSIGNEE OR INVOICING NAME AND-OR ADDRESS PER LETTER OF AUTHORITY 12-04-2021

### *** PAYMENT IS DUE BY 12/02/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

Remit To
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:    US $1,226.74**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**XPOLogistics**

CNWY

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**LTL INVOICE#    712-591121**

**TOTAL DUE:    US $1,226.74**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

712591121  0122674  6

page 2

**BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**          Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| VPX Sports 7705 Staples Dr Lithia Springs GA, 30122 | |

| SHIP TO | Carrier: XPO Logistics SAP# PO# |
|---|---|
| ☐ **Gomez** **12600 NW 115th Ave** **Medley, FL 33178** | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|
| Vital Pharmaceuticals, Inc 1600 N Park Drive Weston, FL 33326 | Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, inc. rules tariff. (see www.xpo.com)  712-591121  **XPOLogistics** |

**Special Instructions:**

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):

**Prepaid**    ☒ Collect ☐    3rd Party

☐ Master bill of lading with attached underlying bills of lading.

**CUSTOMER ORDER INFORMATION**

| Items | # of units | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| Fuel Team tent | 1 | | | |
| **table** | | | | |
| **banner** | | | | |
| Chrome poles | | | | |
| | | | | |
| Total | 1 | | | |

**CARRIER INFORMATION**

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | NMFC No. | Class |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | |
| | | | | | | Nutrition Supplements | | |
| 1 | PALLETS | | | 300 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Amount Fee terms: Collect ☐     Prepaid ☐     Customer check acceptable ☐**

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees. Shipper Signature |
|---|---|

| Signature/Date ☐ *Jackson* This is to certify the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation ac-cording to the applicable - regulations of the DOT. | Trailer Loaded: ☒By shipper ☐ By driver | Freight Counted: ☐ By shipper ☐ By driver/pallets said to contain ☒ **By driver/pieces** | Carrier Signature/Pickup Date X Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, |

SEAL: _____     12.2.21

TRAILER:

**XPOLogistics**   www.xpo.com

**PRO NUMBER** 712-591121

**DELIVERY RECEIPT** XPO CONTRACTUAL COPY   **PAGE** 1 OF 1

,CNWY

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| | 12/02/2021 | NAT | NMF | NMF | | | MEW 9 |

**CONSIGNEE**
GOMEZ
12600 NW 115TH AVE
MEDLEY, FL US 33178-3199

**SHIPPER** Wi
VPX SPORTS
7705 STAPLES DR
LITHIA SPRINGS, GA US 30122-3141

**BILL TO**            **APPT**

**SHIPPER NUMBERS**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET NUTRITION SUPPLEMENTS CLASS 100 | 300 | | |
| 1 | | 1 PLT   TOTAL | 300 | | PPD |

**RECEIVED**
PIECES ABOVE, DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED.

**SHRINK WRAP INTACT?** Yes [X]  No ☐  N/A ☐

INSIDE DELIVERY ☐
LIFTGATE SERVICE ☐
RESIDENTIAL DELIVERY ☐
CONSTRUCTION /UTIL ☐
DELIVERY ☐

**DELIVERED PIECES**

**TIME** 10:30

**DRIVER SIGNATURE**    **DATE** 12/8/21

**SIGNATURE**    **NAME**    **DATE** 12/8/21

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CM... T ON DATE OF SHIPMENT.

# XPO Logistics

**LTL INVOICE#   405-677016**

CNWY 

| | | B |
|---|---|---|
| **CORRESPONDENCE:** | | I |
| PO BOX 982020 | VPX SPORTS | L |
| N. RICHLAND HILLS, TX 76182 | | L |
| | 1951 N COMMERCE PKWY | |
| VISIT OUR WEBSITE at  ltl.xpo | WESTON, FL 33326-3279 | T |
| | US | O |

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | VITAMIN SHOPPE | P | 02/12/2021 |
| 1951 N COMMERCE PKWY | 112 THE VITAMIN SHOPPE WAY | P | |
| WESTON, FL, 33326-3279 | ASHLAND, VA, 23005-1327 | P          12 | |
| US | US | P          67 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 2 | PLT MISC 0-0 CLASS 100 | 660 | 284.22 | $1,875.85 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($468.96) |
| | FSC FUEL SURCHARGE 26.00% | | | $365.79 |
| | CBR REWEIGH OF SHIPMENT FEE | | | $37.25 |
| | LP1 LATE FEE  30 DAYS PAST DUE | | | $27.15 |
| | LP2 LATE FEE  60 DAYS PAST DUE | | | $27.15 |
| | LP3 LATE FEE  90 DAYS PAST DUE | | | $27.15 |
| | LP4 LATE FEE 120 DAYS PAST DUE | | | $27.15 |
| | LP5 LATE FEE 150 DAYS PAST DUE | | | $27.15 |
| | LP6 LATE FEE 180 DAYS PAST DUE | | | $27.15 |

( continued on next page )

### *** PAYMENT IS DUE BY 02/27/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** BALANCE DUE INVOICE ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:    US $1,809.93**

---

# XPO Logistics

CNWY

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**LTL INVOICE#    405-677016**

**TOTAL DUE:    US $1,809.93**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

405677016  0180993  8

**XPOLogistics**

LTL INVOICE#   405-677016



**CNWY**

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 7618

VISIT OUR WEBSITE at  ltl.xpo

B
I
L
L

T
O

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | VITAMIN SHOPPE | | 02/12/2021 |
| 1951 N COMMERCE PKWY | 112 THE VITAMIN SHOPPE WAY | | |
| WESTON, FL, 33326-3279 | ASHLAND, VA, 23005-1327 | | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| | LP6 LATE FEE 180 DAYS PAST DUE | | | $27.15 |
| 2 | TOTAL | 660 | | US $1,809.93 PREPAID |
| | AMOUNT PAID: | | | US $162.90 |
| | **BALANCE DUE:** | | | **US $1,809.93** |

2 PLT .SHP P͟ED PER WEIGHT CERTIFICATE

### *** PAYMENT IS DUE BY 02/27/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** BALANCE DUE INVOICE ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:**     **US $1,809.93**

---

**XPOLogistics**

LTL INVOICE#     405-677016

TOTAL DUE:     US $1,809.93

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail it along with this remit stub.

405677016  0180993  8

**Date: 2/12/2021**  |  **BILL OF LADING**  |  Page: 1

### SHIP FROM
Name: FLL1951-VPX Sports
Address: 1951 NORTH COMMERCE PKWY
VPX-SPORTS
City/State/Zip: WESTON, FL 33326

FOB:

### SHIP TO
Name: Vitamin Shoppe-North Bergen NJ Location #:
Address: 112 The Vitamin Shoppe Way
City/State/Zip: Ashland, VA 23005

FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

**Bill of Lading Number:**

**Carrier Name:** XPO Logistics
Equipment: .12
Seal number(s):

**SCAC:** XPOL
Pro Number:

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

405-677016  XPOLogistics

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid __X__    Collect ____    3rd Party ____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT(LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 9 | 2 | 590.48 | Y | N | NO BACK ORDER **DO NOT SHIP WITH LESS THAN 9 MONTHS SHELF LIFE |
| | 0 | 0.00 | Y | N | |
| | 0 | 0.00 | Y | N | |
| | 0 | 0.00 | Y | N | |
| GRAND TOTAL | 2 | 590.48 | | | |

### ORDER INFORMATION

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
|---|---|---|---|---|---|---|
| 27 | 1 | 7 | | 829, BANG Purple Haze Shot 3oz 2/12pk | 75 | 59 |
| 61 | 1 | 7 | | 829, BANG Purple Haze Shot 3oz 2/12pk | 75 | 59 |
| 88 | 2 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $_____**
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email unauthorized returns will incur a 25% restocking fee and cost of freight charges. For additional _____ and Conditions, by visiting

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

DF  02/12/2021

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

12-21

(2 sks)

# XPO Logistics

**DELIVERY RECEIPT**

**PRO NUMBER**

REFER TO THIS NUMBER



| EQUIP NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| | 2/12/21 | NPB | | | | NRM | 405-677016 |

CNWY

CONSIGNEE

VITAMIN SHOPPE

112 THE VITAMIN SHOPPE WAY
ASHLAND, VA, US 23005-1327

TRAP
VITA W!

SHIPPER'S NUMBER

PO# 59

PRO NUMBER
405-677016

SHIPPER

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL, US 33326-3279

BILL TO

| # PCS | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 2 | | PLT MISC  0-0 CLASS 100 | 660 | | |
| 2 | | CBR REWEIGH OF SHIPMENT FEE | | | |
| | | TOTAL | | | PPD |
| | | MULTIPLE PO#'S:          12, | | | |
| | | 2 PLT .SHP PH: | | | |

Subject To Count
Shoppe

☐ INSIDE DELIVERY   ☐ LIFT GATE SERVICE   ☐ RESIDENTIAL DELIVERY   ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐YES ☐NO ☐N/A | DELIVERED 2 PCS | TIME | | | PRINT CONSIGNEE NAME | DATE 2 25 /21 |
|---|---|---|---|---|---|---|

RECEIVED 2 PIECES ABOVE
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.   DRIVER

SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT   3/2/21

1

# XPOLogistics

LTL INVOICE#    405-634110



**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 7618



VISIT OUR WEBSITE at  ltl.xpo

VPX SPORTS
VPX-SPORTS
1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L
T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS<br>VPX-SPORTS<br>1951 N COMMERCE PKWY<br>WESTON, FL, 33326-3279<br>US | VITAMIN SHOPPE<br>112 THE VITAMIN SHOPPE WAY<br>ASHLAND, VA, 23005-1327<br>US | S<br>P<br>B                     28<br>C<br>C | 12/11/2020 |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 9 | PLT MISC 0-0 CLASS 100 | 8,715 | M | $4,234.87 |
|  | CBR REWEIGH OF SHIPMENT FEE |  |  | $35.25 |
|  | TLF VOLUME SHIPMENT FUEL SURCHARGE |  |  | $203.18 |
| 9 | TOTAL | 8,715 |  | US $4,473.30 PREPAID |

( continued on next page )

### *** PAYMENT IS DUE BY 12/26/2020 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:**    **US $4,473.30**

---

# XPOLogistics

LTL INVOICE#    405-634110

TOTAL DUE:    US $4,473.30

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405634110  0447329  9

**XPOLogistics**

**LTL INVOICE#    405-634110**

**CNWY**

CORRESPONDENCE:
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo.

VPX SPORTS
VPX-SPORTS
1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L
T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS<br>VPX-SPORTS<br>1951 N COMMERCE PKWY<br>WESTON, FL, 33326-3279<br>US | VITAMIN SHOPPE<br>112 THE VITAMIN SHOPPE WAY<br>ASHLAND, VA, 23005-1327<br>US | SN<br>PC<br>BM                8<br>CR<br>CR | 12/11/2020 |

*** HAZMAT EMERGENCY CONTACT AUT                                                    RE-
WEIGHED PER WEIGHT CERTIFICATE
VOLUME SHIPMENT PRICING SAVES YOU $ 5805.94.
YOU HAVE RECEIVED VOLUME SHIPMENT PRICING - CAPPED PRICING FOR LARGE LTL SHIPMENTS WITH SAME DAY PICKUP AND GUARANTEED
DELIVERY. YOUR VOLUME SHIPMENT PRICING IS BASED ON   932 MILES.
Additional Customer Reference Numbers:
LW
P8
P8
TH
TN

### *** PAYMENT IS DUE BY 12/26/2020 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

Remit To
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

## TOTAL DUE:    US $4,473.30

---

**XPOLogistics**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**LTL INVOICE#    405-634110**

**TOTAL DUE:    US $4,473.30**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

405634110  0447329  9

**Date: 12/11/2020**

# BILL OF LADING

Page 1

| SHIP FROM |
| --- |
| Name: FLL1951-VPX Sports |
| Address: 1951 NORTH COMMERCE PKWY |
| VPX-SPORTS |
| City/State/Zip: WESTON, FL 33326 |
| FOB: |

| SHIP TO |
| --- |
| Name: Vitamin Shoppe-North Bergen NJ    Location #: |
| Address: 112 The Vitamin Shoppe Way |
| City/State/Zip: Ashland, VA 23005 |
| FOB: |

**Bill of Lading Number:**

**Carrier Name:    XPO Logistics**
Equipment:
Seal number(s):

**SCAC:    XPOL**
**Pro Number:**

Driver's signature acknowledges receipt of freight only
Received shipment is subject to terms of a written contract
if any, otherwise subject to the terms, conditions and
limitations of liability set forth in XPO Logistics
Freight, Inc. rules tariff. (see www.xpo.com)

**XPOLogistics**

**405-634110**

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid  X          Collect          3rd Party

( ) (check box)    Master Bill of Lading: with attached underlying Bills of Lading

| THIRD PARTY FREIGHT CHARGES BILL TO: |
| --- |

SPECIAL INSTRUCTIONS:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT (LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
| --- | --- | --- | --- | --- | --- |
| | | | Y | N | |
| SEE ATTACHED | | | Y | N | |
| SUPPLEMENT PAGE | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 10 | 8567 | | | |

## ORDER INFORMATION

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
| --- | --- | --- | --- | --- | --- | --- |
| 9 | 1 | 25 | 2020-09-30 | 656, BANG Master Blaster Star Blast 20Serving | 2 | 3 |
| 15 | 1 | 21 | 2020-11-23 | 653, BANG Master Blaster Sour Heads 20Serving | 2 | 3 |
| 176 | 1 | 69 | 2020-10-06 | 828, BANG Bangster Berry Shot 3oz 2/12pk | 2 | 3 |
| 176 | 1 | 26 | 2020-10-07 | 828, BANG Bangster Berry Shot 3oz 2/12pk | 2 | 3 |
| 528 | 3 | 71 | 2020-11-16 | 830, BANG Peach Mango Shot 3oz 2/12pk | 2 | 3 |
| 176 | 1 | 67 | | 829, BANG Purple Haze Shot 3oz 2/12pk | 2 | 3 |
| 176 | 1 | 14 | 2020-11-04 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 2 | 3 |
| 1256 | 9 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $_____
Fee Terms:          Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email unauthorized returns will incur a 25% restocking fee and cost of freight charges. For addit... Conditions, by visiting

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
| --- | --- | --- | --- |
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| DF  12/11/2020 | | | 12-11-20  (9 skds) |

**XPO**Logistics    www.xpo.com    CNWY    DELIVERY RECEIPT    PRO NUMBER
REFER TO THIS NUMBER.

| EQUIP. NUMBER | DATE 12/11/20 | ORIGIN NPB | OUR REVENUE | ADVANCE | BEYOND | DESTINATION NRM | 405-634110 |
|---|---|---|---|---|---|---|---|

CONSIGNEE    ASH    SHIPS
VITA

VITAMIN SHOPPE    VITA    PO        552

112 THE VITAMIN SHOPPE WAY    PRO NUMBER
ASHLAND, VA, US 23005-1327    405-634110

SHIP VPX SPORTS    BILL TO
VPX-SPORTS
1951 N COMMERCE PKWY
WESTON, FL, US 33326-3279

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 9 | | PLT MISC  0-0 CLASS 100 | 8715 | | |
| | | CBR REWEIGH OF SHIPMENT FEE | | | |
| 9 | | TOTAL | 8715 | | PPD |
| | | MULTIPLE PO#'S: | | | |

*** HAZMAT EMERGENCY CONTACT

☐ INSIDE DELIVERY    ☐ LIFT GATE SERVICE    ☐ RESIDENTIAL DELIVERY    ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐YES ☐NO ☐N/A | DELIVERED PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE / / |
|---|---|---|---|---|---|

RECEIVED        PIECES ABOVE    DRIVER                                    PAGE 1 OF 2    1
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.    SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT

---

**XPO**Logistics    www.xpo.com    CNWY    DELIVERY RECEIPT    PRO NUMBER
REFER TO THIS NUMBER.

| EQUIP. NUMBER CONTINUATION BILL | DATE PAGE | ORIGIN 2 OF 2 | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | 405-634110 |
|---|---|---|---|---|---|---|---|

CONSIGNEE                W.
1-6-21    Subject To Count
The Vitamin Shoppe

SHIPPER    BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| | | AU | | | |
| | | BM                          CR) | | | |
| | | 9 PLT .SHP PH: | | | |

☐ INSIDE DELIVERY    ☐ LIFT GATE SERVICE    ☐ RESIDENTIAL DELIVERY    ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☐YES ☐NO ☐N/A | DELIVERED PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE / / |
|---|---|---|---|---|---|

RECEIVED        PIECES ABOVE    DRIVER                                    1
DESCRIBED FREIGHT IN GOOD
ORDER EXCEPT AS NOTED.    SUBJECT TO THE TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT

**XPOLogistics**

LTL INVOICE#    326-343835



CNWY

CORRESPONDENCE:
PO BOX 982020
N. RICHLAND HILLS, TX 7618...

VISIT OUR WEBSITE at  ltl.xp...

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX NORTH CAROLINA | SHEETZ DISTRIBUTION SERVICES | P | 12/16/2021 |
| 6100 GLEN AFTON BLVD | 242 SHEETZ WAY | P | |
| CONCORD, NC, 28027-8765 | CLAYSBURG, PA, 16625-8345 | P | |
| US | US | P...9 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | PLT 842 BANG RAINBOW UNICORN SHOT 3 OZ 2-12PK MISC 0-0 | 1,425 | 131.87 | $1,879.15 |
| | CLASS 60 | | | |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($469.79) |
| | FSC FUEL SURCHARGE  30.75% | | | $433.38 |
| | CBR REWEIGH OF SHIPMENT FEE | | | $39.40 |
| | APT APPOINTMENT | | | $51.90 |
| | LP1 LATE FEE PAST DUE 1 | | | $29.01 |
| | LP2 LATE FEE PAST DUE 2 | | | $29.01 |
| | LP3 LATE FEE PAST DUE 3 | | | $29.01 |
| | LP4 LATE FEE PAST DUE 4 | | | $29.01 |

( continued on next page )

### *** PAYMENT IS DUE BY 12/16/2021 ***

DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.

### *** CORRECTED INVOICE ***

IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

Remit To
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:     US $2,079.09**

---

**XPOLogistics**

**LTL INVOICE#     326-343835**

**TOTAL DUE:     US $2,079.09**

CNWY

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

326343835  0207909  7

# XPOLogistics

**LTL INVOICE#   326-343835**

**CNWY**

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 7618

VISIT OUR WEBSITE at ltl.xp

B
I
L
L

VPX SPORTS

1600 N PARK DR
WESTON, FL 33326-3278
US

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX NORTH CAROLINA | SHEETZ DISTRIBUTION SERVICES | P | 12/16/2021 |
| 6100 GLEN AFTON BLVD | 242 SHEETZ WAY | P | |
| CONCORD, NC, 28027-8765 | CLAYSBURG, PA, 16625-8345 | P | |
| US | US | P          9 | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| | LP4 LATE FEE PAST DUE 4 | | | $29.01 |
| | LP5 LATE FEE PAST DUE 5 | | | $29.01 |
| 1 | TOTAL | 1,425 | | US $2,079.09 PREPAID |

CALL 48HRS IN ADVANCE FOR DELIVE          S                          Z
WAY                     PPER:-                1
CERTIFICATE

### *** PAYMENT IS DUE BY 12/16/2021 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:      US $2,079.09**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# XPOLogistics

**LTL INVOICE#     326-343835**

**TOTAL DUE:      US $2,079.09**

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

_____

_____

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

326343835  0207909  7

Date: 12/16/2021      **BILL OF LADING**      Page 1

Driver's signature acknowledges receipt of freight only
Received shipment is subject to terms of a written contract.
If applicable & subject to the terms, conditions, and
limitations of liability set forth in XPO Logistics.
Freight, Inc. rules tariff. (see www.xpo.com)

XPO Logistics

| SHIP FROM | |
|---|---|
| Name: VPX: North Carolina. | |
| Address: 6100 GLEN AFTON BLVD | |
| City/State/Zip: Concord, NC 28027 | |
| | FOB: |

| SHIP TO | |
|---|---|
| Name: Sheetz Distribution Servi, Claysburg, PA. Location #: | |
| Address: 242 Sheetz Way | |
| City/State/Zip: Claysburg, PA 16625 | |
| | FOB: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

**Bill of Lading Number:**

Carrier Name: VPO
Equipment: ____84
Seal number(s):

SCAC:
Pro Number:

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid __X__    Collect ____    3rd Party ____

(check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Appointment needed

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT (LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5 | 3 | 1,210.00 | Y | N | Call 48 hrs. in advance for delivery appt. |
| A | 0 | 0.00 | Y | N | |
| **GRAND TOTAL** | 3 | 1,210.00 | | | |

## ORDER INFORMATION

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
|---|---|---|---|---|---|---|
| 2 | 1 | 1L1 | 2021-07-08 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 9 | |
| 4 | 1 | 1L1 | 2021-04-15 | 520, Bang Shot RS 3oz 2/12pk | 9 | |
| 28 | 1 | 1L1 | 2021-04-15 | 520, Bang Shot RS 3oz 2/12pk | 9 | |
| 30 | 1 | 1L1 | 2021-07-08 | 842, BANG Rainbow Unicorn Shot 3oz 2/12pk | 9 | |
| 48 | 1 | 1L1 | 2021-05-05 | 482, Bang Shot KL 3oz 2/12pk | 9 | |
| 64 | 1 | 1L1 | 2021-05-12 | 829, BANG Purple Haze Shot 3oz 2/12pk | 9 | |
| 176 | 1 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $_____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email and unauthorized returns will incur a 25% restocking fee and cost of freight charges. For additional and Conditions, by visiti

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

12/16/21

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

NMFC 070160 CLASS 60

# XPO Logistics

www.xpo.com    CNWY

**DELIVERY RECEIPT**
XPO CONTRACTUAL COPY

**PAGE**
1 OF 1

**PRO NUMBER**
**326-343835**

| EQUIP NUMBER | DATE | ORIGIN | DESTINATION | OUR REVENUE | ADVANCE | BEYOND | ROUTE |
|---|---|---|---|---|---|---|---|
| | 12/16/2021 | NCH | XJN | | | | CME 1 |

**CONSIGNEE**                                    W!
SHEETZ DISTRIBUTION SERVICES
242 SHEETZ WAY
CLAYSBURG, PA US 16625-8345

**SHIPPER**
VPX NORTH CAROLINA
6100 GLEN AFTON BLVD
CONCORD, NC US 28027-8765

**BILL TO**

11 A

**APPT**
21 ¹ᵀ

**SHIPPER NUMBERS**

| PCS | HM | DESCRIPTION OF ARTICLES AND REMARKS | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | PALLET 842 BANG RAINBOW UNICORN SHOT 3 OZ 2-12PK MISC 0-0 CLASS 60 | 1425 | | |
| 1 | | CBR REWEIGH OF SHIPMENT FEE | 1425 | | PPD |
| | | TOTAL | | | |
| | | PO NUMBERS: | | | |
| | | CALL 48HRS IN A | | | |
| | | LLCDCRECEIVIN | | | |
| | | ER:- | | | |
| | | 1 | | | |

**RECEIVED**
PIECES ABOVE.
DESCRIBED FREIGHT
IN GOOD ORDER
EXCEPT AS NOTED.

**SHRINK WRAP INTACT?**
☐ Yes  ☐ No  ☐ N/A

☐ INSIDE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ LIFTGATE SERVICE
☐ CONSTRUCTION /UTIL

**DELIVERED**
PIECES

**TIME**
:

**CONSIGNEE SIGNATURE**

**DATE**
12 12 1 21

**DATE**
12 12 11 21

SUBJECT TO TERMS AND CONDITIONS HEREIN, AND TARIFF CNWY-199 IN EFFECT ON DATE OF SHIPMENT.

# XPO**Logistics**

LTL INVOICE#   976-973841

**CNWY** 

**CORRESPONDENCE:**
PO BOX 982020
N. RICHLAND HILLS, TX 76182

VISIT OUR WEBSITE at  ltl.xpo

VPX SPORTS

1951 N COMMERCE PKWY
WESTON, FL 33326-3279
US

B
I
L
L

T
O

| SHIPPER | CONSIGNEE | CUSTOMER NUMBERS | SHIPMENT DATE |
|---|---|---|---|
| VPX SPORTS | RACETRAC CORPORATE | | 12/16/2020 |
| 1951 N COMMERCE PKWY | 3110 ROY ORR BLVD | | |
| WESTON, FL, 33326-3279 | GRAND PRAIRIE, TX, 75050-7109 | 171 | |
| US | US | | |

| PCS | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (lbs) | RATE | CHARGES |
|---|---|---|---|---|
| 2 | PLT MISC CLASS 100 | 2,362 | 208.15 | $4,916.50 |
| | XPO LOGISTICS DISCOUNT SAVES YOU | | | ($1,229.13) |
| | FSC FUEL SURCHARGE 24.60% | | | $907.10 |
| 2 | TOTAL | 2,362 | | US $4,594.47  PREPAID |

2 PLT .SH

### *** PAYMENT IS DUE BY 12/31/2020 ***
DELINQUENT BALANCES ARE SUBJECT TO LATE FEES AS REFERENCED IN TARIFF 199.
### *** CORRECTED INVOICE ***
IF ORIGINAL CHARGES HAVE BEEN PAID, PLEASE REMIT THE DIFFERENCE. THANK YOU.

**Remit To**
XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559

**TOTAL DUE:      US $4,594.47**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# XPO**Logistics**

LTL INVOICE#    976-973841

TOTAL DUE:    US $4,594.47

**CNWY**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

If payment is not in full please explain:

**REMIT TO:**
**XPO Logistics Freight, Inc.**
29559 Network Place
Chicago, IL 60673-1559

For changes of address, complete the form at the end of this document and mail
it along with this remit stub.

976973841  0459447  0

Date: 12/16/2020

# BILL OF LADING

Page 1

**SHIP FROM**

Name: FLL1951-VPX Sports
Address: 1951 NORTH COMMERCE PKWY
VPX-SPORTS
City/State/Zip: WESTON, FL 33326

FOB:

**SHIP TO**

Name: Racetrac Corporate          Location #:
Address: 3110 Roy Orr Blvd
City/State/Zip: Grand Prairie, TX  75050

FOB:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

SPECIAL INSTRUCTIONS:

Bill of Lading Number:

**Carrier Name:**  XPO Logistics
Equipment:
Seal number(s):

**SCAC:**   XPOL
**Pro Number:**

Driver's signature acknowledges receipt of
freight only. Received shipment is subject
to terms of a written contract, if any, otherwise subject to
the terms, conditions and limitations of liability set forth in
XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

976-973841

XPOLogistics

**Freight Charge Terms:** (freight charges are prepaid unless marked
otherwise)

Prepaid   X          Collect _____        3rd Party _____

☐ (check box)       Master Bill of Lading: with attached underlying Bills of
Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT (LB) | Pallet/Slip (Circle One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | Y | N | |
| SEE ATTACHED | | | Y | N | |
| SUPPLEMENT PAGE | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 2 | 2362 | | | |

**ORDER INFORMATION**

| Cases | Pallets | Lot # | Man Dte | Item Description | SAP # | Cust # |
|---|---|---|---|---|---|---|
| 352 | 2 | 71 | 2020-11-18 | 830, BANG Peach Mango Shot 3oz 2/12pk | 33 | |
| 352 | 2 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or
declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No
returns will be accepted without an RMA number. To obtain an RMA number, please em...
unauthorized returns will incur a 20% restocking fee and freight charges. For add...
Conditions, by visiting h...

**SHIPPER SIGNATURE/DATE**

This is to certify that the above named materials are properly
classified, described, packaged, marked and labeled, and are in
proper condition for transportation according to the applicable
regulations of the DOT.

DF  12/16/2020

**COD Amount: $**_____
**Fee Terms:**          Collect: ☐    Prepaid: ☐
                    Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.
                                                    Shipper
Signature

| Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|
| ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| ☐ By Driver | ☐ By Driver/pallets said to contain | |
| | ☐ By Driver/Pieces | 2-16-20 |

2507

