UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC, *et al.*,

Debtors.
_____/

Case No. 22-17842-PDR
Chapter 11

### CROSS-NOTICE OF RULE 2004 EXAMINATION [ECF No. 514]

Creditor, The American Bottling Company, serves this *Cross-Notice of Rule 2004 Examination*. The American Bottling Company will participate in the examinations of Kathleen Cole, individually, under oath on January 4, 2023, at 9:00 a.m. EST by virtual deposition via the Zoom link identified in ECF No. 514. The examination may continue from day to day until completed.

The examination is pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bank. P. 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: December 16, 2022

FURR COHEN
*Attorneys for American Bottling Company*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561) 395-0500; (561) 338-7532 - facsimile

By: */s/ Marc P. Barmat*
     Marc P. Barmat, Esq.

1

Florida Bar No.: 22365
Email: mbarmat@furrcohen.com

-and-

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3170
Facsimile: (214) 571-2900
Email: RFalconer@gibsondunn.com

By: /s/ Russell H. Falconer
Russell H. Falconer
Texas Bar No. 24069695

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case. I also certify that the foregoing document will be served via U.S. Mail, on December 16, 2022 to the parties included on the Court's Manual Notice list, included in the attached Exhibit A.

By: */s/ Marc P. Barmat*
Marc P. Barmat, Esq.

## EXHIBIT A

| **ACAR Leasing Ltd d/b/a GM Financial Leasing**<br>POB 183853<br>Arlington, TX 76096 | **Ally Bank, c/o AIS Portfolio Services, LLC**<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **AmeriCredit Financial Services, Inc. dba GM Financial**<br>P O Box 183853<br>Arlington, TX 76096 | **Andrew P Beilfuss**<br>411 East Wisconsin Ave # 2400<br>Milwaukee, WI 53202 |
|---|---|---|---|
| **Matthew G Bouslog**<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | **Yelizaveta L Burton**<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Carrollton-Farmers Branch ISO**<br>c/o Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland, TX 75042 | **Rudy J Cerone**<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 |

| | | | |
|---|---|---|---|
| **Eric Chafetz**<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 | **Robert Charles Jr**<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701 | **Stephanie P Chery**<br>7 Times Square<br>New York, NY 10036 | **Jeffrey Cohen**<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 |
| **John D'Amico**<br>787 Seventh Avenue<br>New York, NY 10019 | **George A Davis**<br>1271 Avenue of the Americas<br>New York, NY 10020 | **John C Didonato**<br>550 W Van Buren St<br>Chicago, IL 60607 | **William J Easley**<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2122 |
| **Russell H Falconer**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201 | **Robert J Feinstein, Esq.**<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | **Joseph D Frank**<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | **Laurence M Frazen**<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2122 |
| **Nicole Fulfree**<br>One Lowenstein Drive<br>Roseland, NJ 07068 | **Steven W. Golden**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 | **Stephen E. Gruendel**<br>100 N. Tryon St. Suite 4700<br>Charlotte, NC 28202 | **Jarret P Hitchings**<br>301 S. College Street, # 2150<br>Charlotte, NC 28202 |
| **Teddy M Kapur**<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 | **Christopher R Kaup**<br>2525 East Camelback Road<br>Phoenix, AZ 85016-4229 | **Ira D Kharasch**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | **Jeremy C Kleinman**<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |
| **Tianjiao Li**<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Luis M Lluberas**<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4003 | **Erica Mannix**<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 | **John Whitney McVay Morley**<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611 |
| **Elizabeth A Morris**<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Hugh Murtagh**<br>1271 Avenue of the Americas<br>New York, NY 1002 | **Richard M Pachulski**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | **Homer Parkhill**<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| **Amy C Quartarolo**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071 | **Jordana Renert**<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 | **Cole Richins**<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4003 | **David C Rose**<br>7 Times Square<br>New York, NY 10036 |
| **Brian S Rosen**<br>1271 Avenue of the | **Lindsay Sklar**<br>1251 Avenue of the | **Andrew Sorkin**<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1304 | **States Logistics Services, Inc.** |

| Americas<br>New York, NY 10020 | Americas, 17th Floor<br>New York, NY 10020 | | 5650 Dolly Avenue<br>Buena Park, CA 90621 |
|---|---|---|---|
| **Stretto**<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 | **Jeramy D Webb**<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611 | **Jonathan J Weichselbaum**<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Brent C Williams**<br>500 West Madison St # 300<br>Chicago, IL 60661 |