UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:

                               Case No.  22-17842-PDR

VITAL PHARMACEUTICALS, INC.,

                               Chapter 11

        Debtor.

_____/

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER FORMS

Please take notice that pursuant to  Section 342(a) of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§101, *et seq.*, and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, David L. Gay, of Carlton Fields, P.A., enters his appearance as counsel for **SLBS Limited Partnership d/b/a Summit Distributing**, in the above-captioned bankruptcy case, and requests that all notice given or required to be given, and all papers served or required to be served, in the case, be given to and served on:

      David L. Gay
      Carlton Fields
      2 MiamiCentral
      700 NW 1ˢᵗ Avenue, Suite 1200
      Miami, FL 33136
      Telephone:  305-530-0050
      E-mail:  dgay@carltonfields.com
      cguzman@carltonfields.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statement of affairs, operating reports, schedules of assets and liabilities, proposed sales, auction sales, settlements and compromises, hearings,

answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any right or interest of any creditor or party in interest in the case, with respect to the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that the Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**CARLTON FIELDS, P.A.**

 */s/ David L. Gay*
David L. Gay, Esq.
Florida Bar No. 839221
Carlton Fields
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Telephone:  305-530-0050
Facsimile:  305-530-0055
Primary Email: dgay@carltonfields.com
Secondary Email: cguzman@carltonfields.com
miaecf@cfdom.net

*Counsel for SLBS Limited Partnership d/b/a*
*Summit Distributing*

131443870.1

## **CERTIFICATE OF SERVICE**

I Hereby Certify that a true and correct copy of the foregoing was served on this 16th day of December, 2022, via the Court's CM/ECF system thereby serving all registered users.

By: /s/ *David L. Gay*