UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.:  22-17842-PDR |
| | (Jointly Administered) |
| Debtors. | |

_____/

**STIPULATION OF FACTS REGARDING HEARING ON MOTION
OF MONSTER ENERGY COMPANY, THE AMERICAN
BOTTLING COMPANY, INC., SONY MUSIC ENTERTAINMENT,
UMG RECORDINGS, INC. AND ORANGE BANG, INC. FOR AN
ORDER PURSUANT TO 11 U.S.C. § 1102(a)(2) DIRECTING THE
APPOINTMENT OF AN OFFICIAL COMMITTEE OF
CREDITORS HOLDING NON-TRADE CLAIMS**

Monster Energy Company, Orange Bang Inc., The American Bottling Company, Sony

Music Entertainment, UMG Recordings, Inc., the Official Committee of Unsecured Creditors, the

Debtors, and Truist Bank, (collectively, the "Parties") hereby stipulate and agree to the facts set

forth below for sole purpose of the Court's decision on the Motion of Monster Energy Company,

The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and

Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(A)(2) Directing the Appointment of

an Official Committee of Creditors Holding Non-Trade Claims (the "Motion").[2]

By stipulating to the facts stated herein, the Parties do not waive, and expressly preserve, any

and all relevancy objections to each stipulation.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used and not otherwise defined herein have the meaning ascribed to them in the Motion.

## Background

1.    Vital Pharmaceuticals, Inc. ("VPX") and its co-debtors (together with VPX, the "Debtors") filed voluntary petitions for relief under title 11 of the United State Code (the "Bankruptcy Code") on October 10, 2022.

2.    On November 1, 2022, the U.S. Trustee appointed a seven-member Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a) of the Bankruptcy Code.

3.    Monster Energy Company, Orange Bang Inc., The American Bottling Company, Sony Music Entertainment, and UMG Recordings, Inc., (collectively "Movants") each applied to be members of the Committee.

4.    None of the Movants was initially selected by the U.S. Trustee to be on the Committee.

5.    A true and correct copy of VPX's Schedule of Assets and Liabilities (the "Schedule") can be found at Docket No. 323.

6.    The Schedule lists 2,445 claims.  The stated basis for forty-seven (47) of those claims is Litigation.  The other 2,398 claims do not have Litigation as a basis.  Of those, five hundred fifty-six (556) list as their basis "Trade AP" with a sub-classification for the type of Trade AP, such as "Supplier," "Operating" or "Freight."

7.    Of the forty-seven (47) Litigation-based claims, forty-two (42) list "Undetermined" as the amount.  The exceptions are Dairy Farmers of America, Inc.; Monster Energy Company; American Bottling Company; Orange Bang, Inc.; and Webb & Gerritsen.

8.    The deadline to file proofs of claim for prepetition claims (the "Bar Date") is December 19, 2022.

## The Initial Formation of the Committee

2

9.      The seven initial appointees to the Committee were the following creditors: (i) Stellar Group, Inc.; (ii) Archer Daniels Midland Co.; (iii) Trinity Logistics, Inc.; (iv) Ardagh Metal Packaging USA Corp.; (v) Crown Cork & Seal USA, Inc.; (vi) QuikTrip Corporation; and (vii) RXO Capacity Solutions, LLC, formerly named XPO Logistics, LLC ("RXO").

10.     Stellar Group, Inc. is a creditor listed on the Schedule as holding a non-priority unsecured claim of $18,880,536.77 against VPX for which the Debtors list "Trade AP – Operating" as the basis for the claim.  Stellar Group, Inc. is also listed on the Statement of Financial Affairs, at Docket No. 325, as holding a "Crossclaim – Commercial/Collection Claim" in a pending lawsuit.

11.     Stellar Group, Inc. has not yet filed a proof of claim.

12.     Archer Daniels Midland Co. is a creditor listed on the Schedule as holding a non-priority unsecured claim of $161,988.82 against VPX for which the Debtors list "Trade AP – Supplier" as the basis for the claim.

13.     Archer Daniels Midland Co.'s affiliate, ADM Wild Europe G.m.b.H & Co. is a creditor listed on the Schedule as holding a non-priority unsecured claim of $464.40 against VPX for which the Debtors list "Trade AP – Other" as the basis for the claim.

14.     Archer Daniels Midland Co.'s affiliate, Wild Flavors, Inc., is a creditor listed on the Schedule as holding non-priority unsecured claims of $16,475.27 and $879,213.97 against VPX for which the Debtors list as "Trade AP – Supplier" as the basis for the claim.

15.     Archer Daniels Midland Co. (dba Wild Flavors, Inc.) filed a proof of claim for an unsecured claim in the amount of $1,117,812.02 against VPX and a proof of claim for an unsecured claim in the amount of $29,047.37 against Bang Energy Canada, Incorporated.  *See* Claim Nos. 317, 319.

16.     Trinity Logistics, Inc. is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $5,605,440.78 against VPX consisting of a non-priority unsecured

claim of $5,595,564.89 against VPX for which the Debtors list "Trade AP – Freight" as the basis for the claim and a non-priority unsecured claim of $9,875.89 against VPX for which the Debtors list "Trade Payable" as the basis for the claim.

17.     Trinity Logistics, Inc. filed a proof of claim for an unsecured claim in the amount of $5,744,571.33.  *See* Claim No. 128.

18.     Ardagh Metal Packaging USA Corp. is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $11,143,726.21 against VPX consisting of a non-priority unsecured claim of $699,036.38 against VPX for which the Debtors list "Trade AP – Packaging" as the basis for the claim and a non-priority unsecured claim of $10,444,689.83 against VPX for which the Debtors list "Trade Payable" as the basis for the claim.  Ardagh Metal Packaging USA Corp. is also listed as holding a disputed non-priority unsecured claim in an undetermined amount against VPX for which the Debtors list "Litigation" as the basis for the claim.

19.     Ardagh Metal Packaging USA Corp. filed a proof of claim for an unsecured claim in the amount of $11,394,078.77 against VPX and a proof of claim for an unsecured claim in the amount of $11,394,078.77 against Quash Seltzer, LLC.  *See* Claim Nos. 358, 359.

20.     Crown Cork & Seal USA, Inc. is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $5,020,998.24 against VPX for which the Debtors list "Trade AP – Supplier" as the basis for the claim.

21.     Crown Cork & Seal USA, Inc. filed a proof of claim for an unsecured claim in the amount of $12,903,596.00 and a secured claim in the amount of $858,989.26.  *See* Claim No. 271.

22.     QuikTrip Corporation is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount $464,786.00 consisting of a non-priority unsecured claim in the amount of $464,504.00 against VPX for which the Debtors list "Trade AP – Wholesalers and Distributors" as the basis for the claim and a non-priority unsecured claim in the amount of $282.00

against VPX for which the Debtors list "Customer Unused Credits" as the basis for the claim.

23.     QuikTrip Corporation has not yet filed a proof of claim.

24.     RXO is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $1,949,393.36 against VPX for which the Debtors list "Trade AP- Freight" as the basis for the claim.

25.     RXO filed a proof of claim for an unsecured claim in the amount of $1,940,016.10. *See* Claim No. 318.

### The Reconstituted Committee as Appointed by the U.S. Trustee

26.     On November 23, 2022, the U.S. Trustee filed a notice appointing the following new members to the reconstituted Committee (the "Reconstituted Committee Notice"): (i) Warner Music Group Corp.; (ii) PepsiCo, Inc.; (iii) The American Bottling Company Inc.; and (iv) Peter Fischer, c/o Daniel F. Harvath, putative class action plaintiff.

27.     A true and correct copy of the Reconstituted Committee Notice can be found at Docket No. 400.

28.     Warner Music Group is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in an undetermined amount for which the Debtors list "Litigation" as the basis for the claim.

29.     Warner Music Group has not yet filed a proof of claim.

30.     The American Bottling Company is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $17,684,411,29 consisting of a disputed non-priority unsecured claim in the amount of $17,681,149.10 for which the Debtors list "Litigation" as the basis for the claim and a non-priority unsecured claim in the amount of $3,262.05 for which the Debtors list "Trade AP – Other" as the basis for the claim.

31.     The American Bottling Company has filed a proof of claim for an unsecured claim

against each of the Debtors in the amount of not less than $225,100,000.00.  *See* Claim Nos. 30–36.

32.    PepsiCo, Inc. is a creditor listed on the Schedule as holding a non-priority unsecured claim in the amount of $115,000,000.00 against VPX for which the Debtors list "Settlement Agreement" as the basis of the claim.

33.    PepsiCo, Inc. has not yet filed a proof of claim.

34.    Peter Fischer is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in an undetermined amount for which the Debtors list "Litigation" as the basis for the claim.

35.    Peter Fischer filed a proof of claim for an unsecured claim against VPX in the amount of $401,000,000.00. *See* Claim No. 86.

### The Movants' Claims

36.    Monster Energy Company is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in the amount of $292,939,761.00 against VPX for which the Debtors list "Litigation" as the basis of the claim.

37.     Monster Energy Company has filed a proof of claim for an unsecured claim against VPX in the amount of not less than $389,739,257.35 and a proof of claim for an unsecured claim against JHO Intellectual Property Holdings, LLC in the amount of not less than $96,799,516.35. *See* Claim Nos. 28-29.

38.     Orange Bang Inc. is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in the amount of $214,757,614.74 against VPX for which the Debtors list "Litigation [Award & Prevailing Party Fees]" as the basis of the claim and a non-priority unsecured claim in the amount of $30,033,697.05 for which the Debtors list "Royalty Payable" as the basis of the claim.

39.     Orange Bang Inc. has filed proofs of claim for unsecured claims against each of VPX

and JHO Intellectual Property Holdings, LLC in the amount of not less than $87,500,000.00.  *See* Claim Nos. 10-11.

40.     The American Bottling Company claims are discussed in paragraphs 30-31 above.

41.     Sony Music Entertainment is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in an undetermined amount against VPX for which the Debtors list "Litigation" as the basis of the claim.

42.     Sony Music Entertainment has not filed a proof of claim.

43.     UMG Recordings, Inc. is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim of an undetermined amount against VPX for which the Debtors list "Litigation" as the basis of the claim.

44.     UMG Recordings, Inc. has filed a proof of claim for an unsecured claim against VPX in an amount not less than $6,950,000.00.  *See* Claim No. 457.[3]

**Other Documents**

45.      A true and correct copy of the Declaration of John C. Didonato in Support of Chapter 11 Petitions and First Day Pleadings is attached as **Exhibit A**.[4]

46.     As of October 10, 2022, the Debtors are party to approximately 60 disputes that are

---

[3] In the *Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. For an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims* [Docket No. 408], UMG asserted that its estimated claim in an amount of not less than $22.15 million was an aggregate calculation of claims for UMG and certain of its affiliated entities who are also claimants in the Debtors' chapter 11 cases.  Since the date the motion referenced herein was filed, UMG's affiliated entities have also filed their claims, as follows: (1) Capitol Records, LLC (Claim No. 360), in an amount not less than $300,000.00; (2) PolyGram Publishing, Inc. (Claim No. 366), in an amount not less than $2,450,000.00; (3) Songs of Universal, Inc. (Claim No. 367), in an amount not less than $3,825,000.00; (4) Universal Music – MGB NA LLC (Claim No. 462), in an amount not less than $150,000.00; (5) Universal Music – Z Tunes LLC (Claim No. 463), in an amount not less than $1,800,000.00; (6) Universal Music Corp. (Claim No. 465), in an amount not less than $5,975,000.00; and (7) Universal Musica, Inc. (Claim No. not yet assigned), in an amount not less than $700,000.00, for an aggregate amount, including UMG's claim, of $22,150,000.00.

[4] Each of the Parties agrees not to object to the authenticity of any exhibit described in this Stipulation. This Stipulation is without prejudice to the right of anyone not a party to the stipulation to object to the authenticity of any exhibit described herein.

in active litigation or are the subject of threatened litigation. *See Exhibit SOFA 7*, Docket No. 325.

47.     Of the 60 disputes, approximately 30 list the Debtors as the plaintiffs in the legal actions. *See Exhibit SOFA 7*, Docket No. 325.

48.     One of the purposes of the Debtors filing the Chapter 11 cases was to obtain breathing room from pending litigation. **Exhibit A**.

49.     Other purposes included obtaining breathing room from consequences of pending defaults under the Prepetition Credit Agreement; obtaining an essential infusion of liquidity totaling $100 million to help stabilize the Company's operations at a critical juncture in the Company's business cycle (i.e., on the precipice of launching its new distribution network); and pursuing a recapitalization, a replacement financing, or other transaction that will result in the payment in full of the Company's outstanding obligations under the Prepetition Credit Agreement and position the Company for success upon its emergence from chapter 11. **Exhibit A**.

### Documents Related to the Formation and Composition of the Committee

50.     On November 4, 2022, a representative of the U.S. Trustee wrote an email to Movants, a true and correct copy of which is attached as **Exhibit B**.

51.     On November 8, 2022, Movants submitted a joint letter to the U.S. Trustee, a true and correct copy of which is attached as **Exhibit C**.

52.     On November 14, 2022, Movants emailed the U.S. Trustee, a true and correct copy of which is attached as **Exhibit D**.

53.     On November 18, 2022, a teleconference was held with the U.S. Trustee, representatives of the Office of the U.S. Trustee, and representatives for seven creditors supporting the appointment of a Non-Trade Creditors' Committee.

54.     On November 21, 2022, Movants submitted another joint letter to the U.S. Trustee, a true and correct copy of which is attached as **Exhibit E**.

55.     On November 21, 2022, the Office for the U.S. Trustee emailed counsel for Movants, a true and correct copy of which is attached as **Exhibit F**.

56.     On November 22, 2022, the Office for the U.S. Trustee emailed counsel for Movants, a true and correct copy of which is attached as **Exhibit G**.

57.     On November 23, 2022, the Office for the U.S. Trustee emailed counsel for Movants, a true and correct copy of which is attached as **Exhibit H**, informing Movants that the U.S. Trustee was appointing the following unsecured creditors to a reconstituted the Committee: (i) Warner Music Group; (ii) PepsiCo, Inc.; (iii) The American Bottling Company, Inc.; and (iv) Peter Fischer, putative class action plaintiff.

58.     The Debtors and Committee were not party to the communications referenced in paragraphs 46–57, 59, and 71 and cannot stipulate to the authenticity of the documents and communications.

59.     On November 27, 2022, counsel for Monster Energy sent an email on Movants' behalf to the Office for the U.S. Trustee, a true and correct copy of which is attached as **Exhibit I.**

## Other Creditor Information

60.     Southeast Cold Fill, LLC is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim of an undetermined amount against VPX for which the Debtors list "Litigation" as the basis for the claim.

61.     Southeast Cold Fill, LLC filed a proof of claim for an unsecured claim against VPX in the amount of $309,652,418.47. *See* Claim No. 176.

62.     Doehler USA, Inc. is a creditor listed on the Schedule as holding a disputed non-priority unsecured claim in the amount of $43,424.75 against VPX consisting of a non-priority unsecured claim of $13,782.74 against VPX for which the Debtors list "Trade Payable" as the basis for the claim and a non-priority unsecured claim of $29,642.01 against VPX for which the Debtors

list "Trade AP – Supplier" as the basis for the claim. Doehler USA, Inc. also is listed on the Schedule as holding non-priority claims in the amount of at least $22,000,000.00 against VPX for which the Debtors list "Litigation" as the basis for the claims.

63.     Doehler USA, Inc. filed a proof of claim for an unsecured claim against VPX in the amount of $13,357,532.27. *See* Claim No. 82.

64.     Dairy Farmers of America, Inc. is a creditor listed on the Schedule as holding a non-priority unsecured claim of $14,000,000.00 against VPX for which the Debtors list "Litigation" as the basis for the claim.

65.     Dairy Farmers of America, Inc. filed a proof of claim for an unsecured claim against VPX in the amount of $20,683,801.49.  *See* Claim No. 357.

### Committee Developments

66.     On November 27, 2022, The American Bottling Company, Inc. resigned from the Committee. *See* Docket No. 408-7.

67.      On December 1, 2022, Warner Music Group resigned from the Committee.

68.     Under its bylaws, the Committee acts by simple majority vote. Each member is entitled to one vote regardless of the amount of the claim held by such member.

69.     The Committee has retained both national and local outside legal counsel, an investment banker, and a financial advisor.

70.     Members of or advisors to the Committee have received certain non-public information from the Debtors.

71.     On the morning of December 6, 2022, counsel for The American Bottling Company, conferred with representatives for the U.S. Trustee about whether the U.S. Trustee would appoint Movants to a second committee of unsecured non-trade creditors. Representatives for the U.S. Trustee indicated that they would not form such a second committee.

72.     The Debtors and Truist Bank have no knowledge of facts asserted in paragraphs 67, 68, and 71 and do not stipulate to them.  Truist Bank also has no knowledge of the fact asserted in paragraph 70 and does not stipulate to it.

Dated: December 18, 2022

**FURR AND COHEN, P.A.**

*/s/ Robert C. Furr*
Marc P. Barmat
Florida Bar No. 22365
Robert C. Furr
Florida Bar No. 210854
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
mbarmat@furrcohen.com
rfurr@furrcohen.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**[5]
Russell H. Falconer (*pro hac vice*)
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2936
rfalconer@gibsondunn.com
Matthew G. Bouslog (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-4030
Facsimile: (949) 475-4640
mbouslog@gibsondunn.com

*Counsel to American Bottling Company*

**AKERMAN LLP**

 */s/ Michael I. Goldberg*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224
michael.goldberg@akerman.com

---

[5] Marc P. Barmat hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Mathew G. Bouslog, October 20, 2022 [ECF 181]; (ii) Russell H. Falconer, October 20, 2022 [ECF 182].

eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**[6]
Richard M. Pachulski (pro hac vice)
Ira D. Kharasch (pro hac vice)
Robert J. Feinstein (pro hac vice)
Teddy M. Kapur (pro hac vice)
Steven W. Golden (pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 /F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

**FENDER, BOLLING AND PAIVA, P.A.**

/s/ G. Steven Fender
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

-and-

**KTBS LAW LLP**[7]
Thomas E. Patterson, Esq. (pro hac vice)
Nir Maoz (pro hac vice)
1801 Century Park East
Twenty Sixth Floor
Los Angeles, CA 90067

---

[6] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

[7] G. Steven Fender hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF 269]; (ii) Nir Maoz, November 8, 2022 [ECF 270].

T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com

*Counsel to Orange Bang, Inc.*

**PRYOR CASHMAN LLP**

*/s/ James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
Brendan Everman
Florida Bar No. 68702
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806
Email:        jsammataro@pryorcashman.com
                   beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

Seth H. Lieberman (*pro hac vice* forthcoming)
David C. Rose (*pro hac vice* forthcoming)
Stephanie P. Chery (*pro hac vice* forthcoming)
Sameer M. Alifarag (*pro hac vice* forthcoming)
7 Times Square, 40th Floor
New York, NY 10036-6596
Telephone:  (212) 421-4100
Facsimile:   (212) 326-0806
Email:        slieberman@pryorcashman.com
                   drose@pryorcashman.com
                   schery@pryorcashman.com
                   salifarag@pryorcashman.com

*Counsel to Sony Music Entertainment and UMG Recordings, Inc.*

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas

14

New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com

-and-

Nicole Fulfree, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com

-and-

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/Jordi Guso*
Jordi Guso
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com

George A. Davis (admitted *pro hac vice*)

15

Hugh K. Murtagh (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       hugh.murtagh@lw. com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

-and-

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

*Counsel for Debtors*

/s/ Harris J. Koroglu
Peter H. Levitt
Florida Bar No. 650978
Aliette D. Rodz
Florida Bar No. 173592
Harris J. Koroglu
Florida Bar No. 32597
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131 Telephone: (305) 415-9447
Facsimile: (305) 415-9847
E-mail: plevitt@shutts.com arodz@shutts.com
hkoroglu@shutts.com

Luis M. Lluberas (admitted Pro Hac Vice)
Stephen E. Gruendel (admitted Pro Hac Vice)
Cole Richins (admitted Pro Hac Vice)
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 378-1989

16

E-mail:  luislluberas@mvalaw.com
         stevegruendel@mvalaw.com
         colerichins@mvalaw.com

*Counsel for Truist Bank*