UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

**VITAL PHARMACEUTICALS, INC.,**
*et al.*

    Debtor.

_____/

Case No.: 22-17842-PDR

Jointly administered

Chapter 11

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of **HARDROCK CONCRETE PLACEMENT CO., INC.**, secured creditor, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including **HARDROCK CONCRETE PLACEMENT CO., INC.** with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of

1

Case No.: 22-17842-PDR

others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by **HARDROCK CONCRETE PLACEMENT CO., INC..**

PLEASE TAKE NOTICE that **HARDROCK CONCRETE PLACEMENT CO., INC.** intends that neither this Notice of Appearance, nor any later appearance, pleading, claim, or suit shall waive (1) **HARDROCK CONCRETE PLACEMENT CO., INC.** rights to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) **HARDROCK CONCRETE PLACEMENT CO., INC.** rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) **HARDROCK CONCRETE PLACEMENT CO., INC.** rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which **HARDROCK CONCRETE PLACEMENT CO., INC.,** are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies **HARDROCK CONCRETE PLACEMENT CO., INC.** expressly reserve.

Dated: December 19, 2022

Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ Arthur C. Neiwirth
       ARTHUR C. NEIWIRTH, ESQ.
       FBN: 0289061
       aneiwirth@qpwblaw.com

2
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**2400 East Commercial Blvd., Suite 520, Fort Lauderdale, Florida 33308**

Case No.: 22-17842-PDR

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this 19th day of December, 2022.

    Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:  /s/ Arthur C. Neiwirth
     ARTHUR C. NEIWIRTH, ESQ.
     FBN: 0289061
     aneiwirth@qpwblaw.com

## SERVICE LIST

**By CM/ECF Receipt**

Jordi Guso, Esq., jguso@bergersingerman.com

Michael Jordan Niles, Esq., nmile@bergersingerman.com

Andrew Sorkin, Esq., andrewsorkin@lw.com

Jeramy D. Webb, Esq. jeramy.webb@ropesgray.com

Heidi A. Feinman, Esq. Heidi.A.Feinman@usdoj.gov

U.S. Trustee, Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

J. Steven Wilkes, Esq. steven.wilkes@usdoj.gov

Leyza F. Blanco, Esq. lblanco@sequorlaw.com

Juan J. Mendoza, Esq. jmendoza@sequorlaw.com

Case No.: 22-17842-PDR

Fernando J. Menendez, Esq. fmenendez@sequorlaw.com

Arthur C Neiwirth, Esq. aneiwirthcourt@qpwblaw.com

Justin D. Plean, Esq. justin.plean@qpwblaw.com

**All other parties noted on the Clerk's CM/ECF service list**

**By First Class Mail**:

Vital Pharmaceuticals, Inc.
d/b/a Bang Energy
d/b/a VPX Sports
d/b/a VPS/Redline
d/b/a Redline
d/b/a Quash Life Lift
1600 N. Park Drive
Weston, FL 33326

Noticing/Claims Agent Stretto
410 Exchange, Ste 100
Irvine, CA 92602

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL 32257-8221