UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT
OF FLORIDA FORT
LAUDEREDALE DIVISION

In re:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC.[1]           Case No.: 22-17842-PDR

                                                                                            **(Jointly Administered)**

                        **Debtor(s)**           /

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Order Granting Ex Parte Motion for Pro Hac Vice Admission (ECF # 542) was served on all counsel of record or pro se parties identified on the attached Mailing Matrix via the Court's CM/ECF notification and to those parties who are registered CM/ECF participants in this case, on this 19th day of December, 2022

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

DATED this 19th day of December, 2022

                                                                               Respectfully submitted,

                                                                               /s/Jason A. Weber
                                                                               Jason A Weber FBN 0051681
                                                                               Attorney for Creditor

---

[1] Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii); JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Tiffany & Bosco, P.A.
1000 Corporate Drive
Suite 150
Ft. Lauderdale, FL 33334
Telephone: 954.828.1100 / Fax
JAW@tblaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-17842-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Dec 19 12:58:32 EST 2022 | ACAR Leasing Ltd d/b/a GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd., Inc. d/b/a GM Financial L<br>c/o Christopher R. Thompson, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 |
| ALDA 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | All Brands Distribution, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Americredit Financial Services, Inc. d/b/a G<br>c/o Christopher R. Thompson<br>Burr & Forman LLP<br>200 S. Orange Ave, Suite 800<br>Orlando, FL 32801-6404 | Ardagh Metal Packaging USA Corp.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC 28280-0027 |
| Bang Energy Canada, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | CI421 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Carolina Canners, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Carrollton-Farmers Branch ISO<br>c/o Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland, TX 75042-8234 | Cole, Scott & Kissane, P.A.<br>9150 S. Dadeland Blvd #1440<br>Miami, FL 33156-7855 |
| Creditor Committee<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 | Dohler Dahlenburg G.m.b.H | EASTGROUP Properties, L.P.<br>c/o Thomas L. Abrams<br>633 S. Andrews Ave., #500<br>Fort Lauderdale, FL 33301-2858 |
| EFL Global Logistics Canada, Ltd. | Faith Technologies Incorporated<br>c/o Jerry Markowitz<br>Markowitz Ringel Trusty & Hartog PA<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, FL 33156-7858 | Gekay Sales + Service Co., Inc.<br>c/o Aaron A. Wernick, Esq.<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431-8571 |
| JHO Intellectual Property Holdings, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | JHO Real Estate Investment, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | MFP 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Maricopa County Treasurer<br>301 West Jefferson, Suite 100<br>Phoenix, AZ 85003-2199 | Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd AVE, Suite 2700<br>Fort Lauderdale, FL 33394-0017 |
| Nevada Beverage Co<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Nexus Steel, LLC<br>Tiffany & Bosco, PA<br>1000 Corporate Dr<br>Suite 150<br>Suite 150<br>Ft. Lauderdale, FL 33334-3655 | Orange Bang, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Steven Fender, Esq.<br>Ft. Lauderdale, FL 33302 United States 33302- |

Pettit Kohn Ingrassia Lutz & Dolin
11622 El Camino Real
Suite 300
San Diego, CA  92130-2051

Quash Seltzer, LLC
20311 Sheridan Street
Fort Lauderdale, FL 33332-2313

Rainbow Unicorn Bev LLC
1600 N. Park Dr.
Weston, FL 33326-3278

Refresco Beverages US Inc
c/o W. Keith Fendrick, Holland & Knight
100 N. Tampa Street
Suite 4100
Tampa, FL 33602-3642

SLBS Limited Partnership d/b/a Summit Distri
c/o David Gay
Carlton Fields
700 NW 1st Avenue, Suite 1200
Suite 1200
Miami, FL 33136-4118

Sony Music Entertainment
Pryor Cashman LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134-7411

Southeast Cold Fill, LLC
c/o Kelley, Fulton, Kaplan & Eller, P.L.
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621-1872

Stellar Group, Inc.
c/o Robert P. Charbonneau
55 Alhambra Plaza
Suite 800
Coral Gables, FL 33134-5254

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602-1331

TN Dept of Revenue
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

The American Bottling Company
c/o Furr and Cohen, P.A.
2255 Glades Rd., Ste 419A
Boca Raton, FL 33431-7379

The Hamilton Group (Delaware), Inc.
Ullman & Ullman, P.A.
2500 North Military Trail
Suite 100
Boca Raton, FL 33431-6342

Truist Bank
c/o Peter H. Levitt, Esq.
Shutts & Bowen, 200 S. Biscayne Blvd.
Miami, FL 33131-2310

U.S. Bank National Association d/b/a U.S. Ba
c/o Ronald M. Emanuel, Esq.
Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, FL 33324-4045

UMG Recordings, Inc.
Pryor Cashman LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134-7411

Vital Pharmaceuticals International Sales, I
1600 N. Park Dr.
Weston, FL 33326-3278

Vital Pharmaceuticals, Inc.
1600 N. Park Dr.
Weston, FL 33326-3278

XPO LOGISTICS, LLC
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S Orange Ave., Suite 2600
Orlando, FL 32801-3453

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

XPO LOGISTICS FREIGHT
Attn: Bankruptcy Dept.
9151 Boulevard 26 Bldg A
North Richland Hills, TX 76180-5600

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-3104

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1327

Andrew Sorkin
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1327

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202-4428

Brendan Abbott
c/o Daniel Harvath
75 W. Lockwood
Suite #1
Webster Groves, MO 63119-2946

Brent C Williams
500 West Madison St # 300
Chcago, IL 60661-4546

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020-1300

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4219

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4000

David C Rose
7 Times Square
New York, NY 10036-6524

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020-1300

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

George A Davis
1271 Avenue of the Americas
New York, NY 10020-1300

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020-1104

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020-1300

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202-6000

Jasmin Williams
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road, Suite 300
Pembroke Pines, FL 33028-1032

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Jeramy D Webb
191 North Wacker Ave., Ste. 32nd FL
Chicago, IL 60606-1879

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611-3695

(p)FRANKGECKER LLP
ATTN JOSEPH FRANK
1327 W WASHINGTON
SUITE 5G-H
CHICAGO IL 60607-1912

John D'Amico
787 Seventh Avenue
New York, NY 10019-6018

John C Didonato
550 W Van Buren St
Chicago, IL 60607-3827

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611-3695

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020-1300

Jordana Renert
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Jordi Guso Esq.
1450 Brickell Ave #1900
Miami, FL 33131-3453

(p)JOSEPH D  FRANK
ATTN FRANKGECKER LLP
1327 W WASHINGTON
SUITE 5 G-H
CHICAGO IL 60607-1912

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2339

Lindsay Sklar
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4000

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4400

Michael Jordan Niles
313 N. Monroe Street Suite 301
Tallahassee, FL 32301-7643

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068-1740

Peter Fischer
c/o Daniel Harvath
75 W. Lockwood
Suite #1
Webster Groves, MO 63119-2946

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

| | | |
|---|---|---|
| Robert Charles Jr<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1666 | Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Rudy J Cerone<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 |
| Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 | Stephanie P Chery<br>7 Times Square<br>New York, NY 10036-6524 | Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 |
| Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 | Steven J. Solomon Fiesta Warehousing & Distr<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Suite 3200<br>Miami, FL 33131-2191 | Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 |
| Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jeremy C Kleinman<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | Joseph D Frank<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1600FLL LLC | (u)Arista Music | (u)Arista Records LLC |
| (u)Balboa Capital Corporation<br>McGLINCHEY STAFFORD<br>1 East Broward Boulevard,<br>Suite 1400<br>Fort Lauderdale, United States | (u)Capitol Records, LLC | (u)Chestnut Hill Technologies, Inc. |
| (u)Committee | (u)Crown Cork & Seal USA, Inc. | (u)Dairy Farmers of America, Inc. |

| | | |
|---|---|---|
| (u)Doehler USA, Inc. | (u)Driscoll, LLP | (u)EFL Global |
| (u)EVOX FL Pembroke 20351 LLC | (u)HACI Mechanical Contractors, Inc. | (u)Hardrock Concrete Placement Co, INC |
| (u)LMR TRUCKING, INC. | (u)LaFace Records LLC | (u)Monster Energy Company |
| (u)ORBIS RPM, LLC | (u)PepsiCo, Inc. together with its affiliates | (u)PolyGram Publishing, Inc. |
| (u)Premium Beverage Company | (u)Records Label, LLC | (u)Songs of Universal, Inc. |
| (u)Sony Music Entertainment US Latin LLC | (u)Trinity Logistics, Inc. | (u)Universal Music - Z Tunes LLC |
| (u)Universal Music Corp. | (u)Universal Music-MGB NA LLC | (u)Universal Musica, Inc. |
| (u)Volcano Entertainment III LLC | (u)Zomba Recording LLC | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Jack H. Owoc | (u)Marc Kesten | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients    35<br>Total                 136 |