UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

## DEBTORS' NOTICE OF ABANDONMENT OF EQUIPMENT

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their proposed undersigned counsel, give notice of the proposed abandonment of the Debtors' interest in the equipment identified on **Exhibit "A"** (collectively, the "Equipment") located at the Debtors' facility at 20351 Sheridan Street, Pembroke Pines Florida 33332 (the "Premises"). The Equipment consists of certain canning machinery and miscellaneous line pieces that are no longer used in the Debtors' operations. The Debtors attempted to auction certain equipment twice over the past year and have been unsuccessful in selling the Equipment.

The Debtors propose to abandon the Equipment as the Debtors no longer use the Equipment, and the Equipment is burdensome and of inconsequential value and benefit to the Debtors' estates.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11821812-1

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[2]**

Dated: December 19, 2022
Miami, Florida

Respectfully submitted,

*/s/ Jordi Guso*

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone: (212) 906-1200 | Telephone: (305) 755-9500 |
| Email: george.davis@lw.com | Email: jguso@bergersingerman.com |
| tj.li@lw.com | mniles@bergersingerman.com |
| brian.rosen@lw.com | |
| jon.weichselbaum@lw.com | |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

---

[2] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, December 19, 2022, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel for Debtors*

3

11821812-1

# EXHIBIT "A"

1. PAI Model: 6252R High Level Palletizer, Complete, 3" X 3" Pallet Size
2. Ryson Model: 04664-1 6 Tier Spiral Conveyor, S/N: 1300-400-C3 Single Feed 16" Belt, Dimensions - 68" x 160"
3. Ambaflex Spiral Dual Elevator Conveyor - 9' 6" W x 20' L x 9' 6" T
4. Scissor Pallet Lift w/ Roller Bed
5. Poly-Pack Heat Tunnel. Mod # P11 - 24L
6. 2019 Adcor Packaging Group DEAERATOR, Model: P282 3HP 3/60/480
7. G&D Chiller Model: GD-7X7H-RA, 7HP w/Condenser Unit
8. Kelvion Heat Exchanger, Model: NT50X