| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Teddy M. Kapur, Esq | SBN: 242486<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd 13t Floor   Los Angeles, CA 90067 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 277-6910 | FAX NO. (310) 201-0760 | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: : | |

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA |
|---|
| STREET ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER:<br>22-17842 (PDR) |
|---|---|

| PROOF OF SERVICE | Hearing Date:<br>1/3/2023 | Day | Hearing Time:<br>10:00 AM | Dept: | Ref. No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUBPOENA FOR RULE 2004 EXAMINATION; NOTICE OF RULE 2004 EXAMINATION**

PARTY SERVED:     **Kathleen Cole**

DATE & TIME:      **12/15/2022**
                  **1:00 PM**

ADDRESS:          **54548 Jack Dr**
                  **Macomb, MI 48042-2245**

PHYSICAL DESCRIPTION:   **Age: 40's     Weight: 160lbs     Hair: Brown**
                        **Sex: Female   Height: 5'3        Eyes:**
                        **Skin: White   Marks:**

MANNER OF SERVICE:
  **Personal Service - By personally delivering copies.**

WITNESS FEES:
  **Were offered or demanded and paid:  $40.00.**

Fee for Service: **$ 358.00**
  County:
  Registration No.:
  **Nationwide Legal, LLC Reg: 12-234648**
  **1609 James M Wood Blvd.**
  **Los Angeles, CA 90015**
  **(213) 249-9999**
  **Ref:**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **December 15, 2022**.

signature: *[signed]* Tristan Seaver

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                   Order#: LA342054/General