**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF CHANGE IN HOURLY RATES OF LOWENSTEIN SANDLER LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of November 2, 2022* [Docket No. 485], Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors in the above-captioned matter (the "Chapter 11 Cases"), hereby provides notice of its revised hourly rates effective as of January 1, 2023:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $690 - $1,835 |
| Of Counsel | $810 - $1,475 |
| Senior Counsel and Counsel (generally twelve or more years of experience) | $630 - $1,410 |
| Counsel (generally seven or more years of experience) | $575 - $1,070 |
| Associates (generally fewer than seven years of experience) | $475 - $965 |
| Patent Attorneys | $335 - $665 |
| Staff Attorneys | $395 - $675 |
| Paralegals, Practice Support and Assistants | $240 - $425 |

The 2023 hourly rates for the timekeepers at Lowenstein Sandler who billed more than 10 hours in the month of November 2022 will range as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $980 - $1,355 |
| Counsel (generally seven or more years of experience) | $750 - $910 |
| Associates (generally fewer than seven years of experience) | $785 - $895 |
| Law Clerks | $545 |
| Paralegals, Practice Support and Assistants | $320 - $345 |

Lowenstein Sandler's 2023 hourly rates listed above do not reflect the 10% discount to its fees agreed to in these Chapter 11 Cases.

Dated:  December 21, 2022

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
             -and-
Nicole Fulfree, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com

**SEQUOR LAW, P.A.**
By:  */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com

Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*