**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                 Case: 22-17842-PDR
                                                                       CHAPTER 11
VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Order Denying Joint Motion To Appoint Creditors Committee* **[ECF 581]** was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on December 27, 2022, and mailed and/or emailed on December 28, 2022 to all persons listed on the attached Service List.

    Respectfully submitted,

    By: /s/ *Michael I. Goldberg, Esq.*
    Michael I. Goldberg, Esq.
    Florida Bar No. 886602
    michael.goldberg@akerman.com
    **AKERMAN LLP**
    201 East Las Olas Blvd., Suite 1800
    Fort Lauderdale, FL  33301-2999
    Tel: 954-463-2700
    Fax: 954-463-2224

67972403;1

- 2 -

## SERVICE LIST

| | |
|---|---|
| **Ball Metal Beverage Container Corp.**<br>10 Longs Peak Drive<br>Broomfield, CO 80021-1 | **Webb & Gerritsen**<br>1308 Poplar Drive<br>Waukesha, WI 53188<br>olddutchmilw@aol.com |
| **Graphic Packaging International**<br>P.O. Box 404170<br>Atlanta, GA 30384-4170<br>kara.damato@graphicpkg.com | **Direct Connect Logistix, Inc.**<br>314 W. Michigan St.<br>Indianapolis, IN 46202-3204 |
| **7-Eleven, Inc.**<br>3200 Hackberry Road<br>Irving, TX 75063-0131 | **Priority-1, Inc.**<br>1800 E. Roosevelt Rd.<br>Little Rock, AR 72206-2516 |
| **Green Wave Ingredients (GWI)**<br>P.O. Box 102922<br>Pasadena, CA 91189-2922<br>epreciado@gwiusa.com | **Premier Distributing Company**<br>1017 Santa Fe<br>Clovis, NM 88101<br>julie.ryan@premierdistributing.com |
| **Bevcorp LLC**<br>5655 Paysphere Circle<br>Chicago, IL 60674 | **Fona International, Inc.**<br>1900 Averill Road<br>Geneva IL 60134 |
| **Speedway LLC**<br>P.O. Box 7600<br>Springfield, OH 45501-7600 | **Inventus, LLC/Legility**<br>P.O. Box 130114<br>Dallas, TX 75313-0114 |
| **QuikTrip Corporation**<br>4705 S. 129th East Ave.<br>Tulsa, OK 74134-7005 | **Varni Brothers Corporation**<br>400 Hosmer Ave.<br>Modesto, CA 95351-3920<br>lauram@vbcbottling.com |
| **Target Corporation**<br>P.O. Box 1455<br>Minneapolis, MN 554401455 | **Wild Flavors, Inc.**<br>1261 Pacific Ave.<br>Erlanger, KY 41018 |
| **Total Quality Logistics, LLC**<br>P.O. Box 634558<br>Cincinnati, OH 45263-4558 | |