UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

**VITAL PHARMACEUTICALS, INC.,**
*et al.*

Debtor.
_____/

Case No.: 22-17842-PDR

Jointly administered

Chapter 11

## NOTICE OF LIEN PERFECTION & PRESERVATION
## AND INTENT TO ENFORCE PURSUANT TO 11.U.S.C. § 546(b)

**HARDROCK CONCRETE PLACEMENT CO., INC.,** (hereinafter "Hardrock") a **secured creditor** of VITAL PHARMACEUTICALS, INC. ("Debtor"), gives Notice that Hardrock hereby perfects pursuant to 11 U.S.C. § 546(b)(2) the following lien in real property and improvements thereon of the Debtor:

Hardrock's mechanic's and materialman's lien (the "Lien") in the principal amount of $669,195.67 not including Interest and legal costs and expenses, recorded in the official records of Maricopa County, Arizona on March 22, 2022 at Instrument No. 2022-0257254, arising from Hardrock's furnishing of equipment, materials and supplies for the construction of improvements on property situated in Maricopa County, Arizona, familiarly identified as the Bang Energy aka Vital Pharmaceuticals, Inc.'s Phoenix Can Manufacturing project. 1635 S. 43rd Ave., Phoenix, Arizona (collectively, the "Property"). The Property is more particularly described in the Lien. The legal description contained in the Lien is incorporated herein by reference.

YOU ARE HEREBY FURTHER NOTIFIED that Hardrock intends to enforce its Lien to the fullest extent allowed by the laws of the United States and the State of Arizona.

1

Case No.: 22-17842-PDR

By giving this Notice pursuant to 11 U.S.C. § 546 of its lien against the Property, Hardrock does not waive the benefit of, and specifically reserves its rights under 11 U.S.C. § 108(c), which extends the time for foreclosing its Liens until the later of the time provided by the state law or thirty (30) days after notice of the termination of expiration of the stay under 11 U.S.C. §§ 362, 922, 1201, or 1301, as the case may be.

DATED: January 2, 2023          Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:    /s/ Arthur C. Neiwirth
ARTHUR C. NEIWIRTH, ESQ.
FBN: 0289061

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this _2nd_ day of January 2023.

Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:    /s/ Arthur C. Neiwirth
ARTHUR C. NEIWIRTH, ESQ.
FBN: 0289061
aneiwirth@qpwblaw.com

# SERVICE LIST

**By CM/ECF**

Jordi Guso, Esq., jguso@bergersingerman.com

Michael Jordan Niles, Esq., nmile@bergersingerman.com

Andrew Sorkin, Esq., andrewsorkin@lw.com

Jeramy D. Webb, Esq. jeramy.webb@ropesgray.com

Heidi A. Feinman, Esq. Heidi.A.Feinman@usdoj.gov

U.S. Trustee, Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

J. Steven Wilkes, Esq. steven.wilkes@usdoj.gov

Leyza F. Blanco, Esq. lblanco@sequorlaw.com

Juan J. Mendoza, Esq. jmendoza@sequorlaw.com

**All other parties noted on the Clerk's CM/ECF service list**

**By First Class Mail**:

Vital Pharmaceuticals, Inc.
d/b/a Bang Energy
d/b/a VPX Sports
d/b/a VPS/Redline
d/b/a Redline
d/b/a Quash Life Lift
1600 N. Park Drive
Weston, FL  33326

Noticing/Claims Agent Stretto
410 Exchange, Ste 100
Irvine, CA  92602

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL  32257-8221