UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No.: 22-17842-PDR |
| **VITAL PHARMACEUTICALS, INC.** *et al.* | Jointly administered |
| Debtor_____/ | Chapter 11 |

**OBJECTION OF HARDROCK CONCRETE PLACEMENT CO., INC., TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) APPROVING POSTPETITION FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

**HARDROCK CONCRETE PLACEMENT CO., INC., (hereinafter "Hardrock")** files this objection (the "Objection") to the "*Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, Scheduling a Final Hearing, and (VII) Granting Related Relief*" (the "DIP Motion", Doc. No. 24). In furtherance thereof states the following:

1. This Court granted the DIP Motion on an interim basis pursuant to Section IV of the "*Court's Guidelines for Motions Seeking Authority to Use Cash Collateral and Motions Seeking Approval of Postpetition Financing.*"

2. Hardrock recorded and holds a mechanics' lien valued at more than $669,195.67 arising out of the construction of one of Debtor's can manufacturing plants in Phoenix, Arizona ("Property"). Hardrock recorded the lien on March 22, 2022. at Instrument No. 2022-0257254. Hardrock is filing a Notice of Lien Perfection and Preservation in conjunction with this Objection.

Despite having recorded a mechanics' lien against their property and being named as a co-defendant in litigation (and being represented on the record by counsel) with at least two of the Debtors, Debtors did not provide Hardrock or its legal counsel notice of the DIP Motion.

3. Hardrock objects to the DIP Motion and the relief requested therein as it inappropriately subordinates Hardrock's lien to the requested and delineated post-petition financing. In addition, the purported and proposed adequate protection appears to be illusory and fails to compensate Hardrock for the loss of value resulting from the proposed post-petition financing.

4. Hardrock incorporates by reference Faith Technologies, Inc.'s (FTI) Objection for the reasons set forth in Faith Technologies, Inc.'s ("FTI") Objection to the DIP Motion (Doc. 256), as if set forth fully herein.

5. Supporting documentation of Hardrock's lien and claim is included in its Proof of Claim filed December 16, 2022, same is incorporated herein as if set forth fully herein.

6. Hardrock reserves the right to present such further argument and evidence as the Court shall allow.

7. Hardrock requests that the Court require that the Debtor insure adequate protection for Arizona Mechanics lienholders such as Hardrock and reject the proposed post-petition financing.

WHEREFORE, Hardrock respectfully requests entry of an Order (a) sustaining this Objection, (b) denying the DIP Motion, (c) alternatively, carving out the Property from the DIP Loan collateral so that Debtors, the Prepetition Lenders and the Arizona Mechanics' lienholders

such as Hardrock, HACI and FTI may rely on their pre-bankruptcy priority, and (d) granting such other and further relief as this Court deems appropriate under the circumstances.

Dated: January 2_, 2023

Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ Arthur C. Neiwirth
ARTHUR C. NEIWIRTH, ESQ.
FBN: 0289061
aneiwirth@qpwblaw.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this  2nd  day of January, 2023.

Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ Arthur C. Neiwirth
ARTHUR C. NEIWIRTH, ESQ.
FBN: 0289061
aneiwirth@qpwblaw.com

**SERVICE LIST**

**By CM/ECF Receipt**

Jordi Guso, Esq., jguso@bergersingerman.com

Michael Jordan Niles, Esq., nmile@bergersingerman.com

Andrew Sorkin, Esq., andrewsorkin@lw.com

Jeramy D. Webb, Esq. jeramy.webb@ropesgray.com

Heidi A. Feinman, Esq. Heidi.A.Feinman@usdoj.gov

U.S. Trustee, Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

J. Steven Wilkes, Esq. steven.wilkes@usdoj.gov

Leyza F. Blanco, Esq. lblanco@sequorlaw.com

Juan J. Mendoza, Esq. jmendoza@sequorlaw.com

Fernando J. Menendez, Esq. fmenendez@sequorlaw.com

Arthur C Neiwirth, Esq. aneiwirthcourt@qpwblaw.com

Justin D. Plean, Esq. justin.plean@qpwblaw.com

**All other parties noted on the Clerk's CM/ECF service list**

**By First Class Mail**:

Vital Pharmaceuticals, Inc.
d/b/a Bang Energy
d/b/a VPX Sports
d/b/a VPS/Redline
d/b/a Redline
d/b/a Quash Life Lift
1600 N. Park Drive
Weston, FL  33326

Noticing/Claims Agent Stretto
410 Exchange, Ste 100
Irvine, CA  92602

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL  32257-8221