UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**RENEWED CROSS-NOTICE OF RULE 2004 EXAMINATION**

Orange Bang, Inc. ("Orange Bang") serves this *Renewed Cross-Notice of Rule 2004 Examination*. Orange Bang will participate in the examination of Kathleen Cole, individually, under oath on February 2, 2023, at 9:00 a.m. EST by virtual deposition via the Zoom link identified in ECF No. 595. The examination may continue from day to day until completed.

The examination is pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bank. P. 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Dated:  January 3, 2023

        **FENDER, BOLLING AND PAIVA, P.A.**

        */s/ G. Steven Fender*
        G. Steven Fender, Esq.
        Fla. Bar No. 060992
        P.O. Box 1545
        Ft. Lauderdale, FL 33302
        T: (407) 810-2458
        steven.fender@fender-law.com

        -and-

        **KTBS LAW LLP**[2]
        Thomas E. Patterson, Esq. (pro hac vice)
        Nir Maoz (pro hac vice)
        1801 Century Park East
        Twenty Sixth Floor
        Los Angeles, CA 90067
        T: (310) 407-4000
        F: (310) 407-9090
        tpatterson@ktbslaw.com
        nmaoz@ktbslaw.com

        *Counsel to Orange Bang, Inc.*

---

[2] G. Steven Fender hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF 269]; (ii) Nir Maoz, November 8, 2022 [ECF 270].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on January 3, 2023.

                                          Respectfully submitted,

                                          */s/ G. Steven Fender*
                                          G. Steven Fender, Esq.
                                          Fla. Bar No. 060992
                                          P.O. Box 1545
                                          Ft. Lauderdale, FL 33302
                                          T: (407) 810-2458
                                          steven.fender@fender-law.com