# Debtors' Exhibit 18

# NOTICE OF REVOLVING BORROWING

<u>Date</u>: August 18, 2022

Truist Bank
Agency Services
303 Peachtree St., N.E., 25th Fl.
Atlanta, Georgia  30308
*Attn*:   Agency Services Manager
Phone:  (404) 221–2001

To Whom It May Concern:

Reference is hereby made to that certain Amended and Restated Revolving Credit and Term Loan Agreement, dated as of August 14, 2020 (as amended, restated, amended and restated, supplemented, increased, extended, refinanced, renewed, replaced, and/or otherwise modified in writing from time to time, the "*Credit Agreement*"), by and among Vital Pharmaceuticals, Inc., a Florida corporation (the "*Borrower*"), the Guarantors from time to time party thereto, the Lenders from time to time party thereto, and Truist Bank, as Administrative Agent, Swingline Lender, and Issuing Bank. Capitalized terms used herein but not otherwise defined herein shall have the meanings provided for such terms in the Credit Agreement. This notice constitutes a Notice of Revolving Borrowing.

The Borrower hereby requests a Borrowing of Revolving Loans pursuant to Section 2.2 of the Credit Agreement, and, in connection therewith, the Borrower specifies the following information with respect to the Borrowing of Revolving Loans requested hereby:

(A)   Aggregate principal amount of Borrowing of Revolving Loans:

$8,000,000.00.

(B)   Date of Borrowing of Revolving Loans (which is a Business Day):

August 19, 2022.

(C)   Type of Revolving Loans comprising such Borrowing of Revolving Loans:

Base Rate Loans.

(D)   Location and number of Borrower's account to which proceeds of such Borrowing of Revolving Loans are to be disbursed:

*Location:* **Truist Bank**
*Account Number:* **0000247619089**
*Routing Number:* **263191387**

The Borrower hereby represents and warrants that each of the conditions set forth in Section 3.2 of the Credit Agreement has been satisfied on, and as of, the date of such Borrowing (other than any requirement or representation in the Credit Agreement relating solely to the occurrence and continued existence of the Acknowledged Events of Default (as defined in that certain Fourth Forbearance and Fifth Amendment to Amended and Restated Revolving Credit and Term Loan Agreement, dated August 8, 2022).  The Borrower further hereby represents and warrants  that no Forbearance Termination Event has occurred or would occur from the honoring of the request set forth herein as contemplated under Section 5(c) of the Fourth Forbearance and Fifth Amendment to Amended and Restated Revolving Credit and Term Loan Agreement, dated August 8, 2022.

IN WITNESS WHEREOF, the Borrower has caused this Notice of Revolving Borrowing to be duly executed and delivered by its duly authorized officer as of the date first written above, intending to create an instrument under seal.

BORROWER:  VITAL PHARMACEUTICALS, INC.,
a Florida corporation

By: _____(Seal)
Name: John H. Owoc
Title: President, Chief Scientific Officer & Chief Executive Officer

[*Signature Page Ends*]

Signature Page to Notice of Revolving Borrowing (Vital Pharmaceuticals, Inc.)