# **Debtors' Exhibit 20**

# STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM

Florida Secured Transaction Registry

**FILED**

2019 Feb 15 09:11 PM

\*\*\*\*\*\* 201907814327 \*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ALEXANDRA KATICH; 7202922027
Email ALEXANDRA.KATICH@LEWISBRISBOIS.COM

**B. SEND ACKNOWLEDGEMENT TO:**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VITAL PHARMACEUTICALS, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One | | | | |
| 1600 NORTH PARK DRIVE | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | WESTON | FL | 33326 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SHERIDAN REAL ESTATE INVESTMENT A, LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | | | | |
| 1600 NORTH PARK DRIVE | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | WESTON | FL | 33326 | US |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BRANCH BANKING AND TRUST COMPANY (BB&T) | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One | | | | |
| 200 WEST SECOND STREET | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | WINSTON-SALEM | NC | 27101 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment

**5. ALTERNATE DESIGNATION (if applicable)**    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
                                                 ☐ AG LIEN        ☐ NON-UCC FILING          ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

## COLLATERAL INFORMATION

This **FINANCING STATEMENT** covers the following collateral: all now owned and hereafter acquired and wherever located personal property of Debtors identified below, each capitalized term as defined in Article 9 of the Florida Uniform Commercial Code ("UCC"): (i) Accounts, including all contract rights, and all health-care-insurance receivables. (ii) Inventory, including all returned inventory. (iii) Equipment, including all Accessions thereto, and all manufacturers' warranties, parts and tools therefore. (iv) Investment Property. (v) Instruments, including all promissory notes and certificated certificates of deposit. (vi) Deposit Accounts with Secured Party. (vii) Chattel Paper (whether tangible or electronic). (viii) Goods, including all Fixtures and timber to be cut. (ix) Farm Products, including all crops grown, growing or to be grown, livestock (born and unborn), supplies used or produced in a farming operation, and products of crops and livestock. (x) As-Extracted Collateral from every county and state. (xi) All Letter-of-Credit Rights. (xii) Documents of Title. (xiii) Commercial Tort Claims. (xiv) Money, including currency and/or rare coins delivered to and in possession of the Secured Party. (xv) Software. (xvi) Manufactured Homes. (xvii) Vehicles. (xviii) General intangibles, including all Payment Intangibles, copyrights, trademarks, patents, tradenames, tax refunds, company records (paper and electronic), rights under equipment leases, warranties, software licenses. (xix) Supporting Obligations. (xx) To the extent not listed above as original collateral, all proceeds (cash and non-cash) and products of the foregoing. This Financing Statement is intended to cover "all assets" of the Debtors.

| STATE OF FLORIDA UNIFORM COMMERCIAL CODE | Florida Secured Transaction Registry |
|---|---|
| FINANCING STATEMENT AMENDMENT FORM | |

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
ALEXANDRA KATICH; 7202922027
Email ALEXANDRA.KATICH@LEWISBRISBOIS.COM

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2020 Jan 23 01:42 AM

****** 202000692077 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 201907814327

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**
2a. ORGANIZATION'S NAME
VITAL PHARMACEUTICALS, INC.
2b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**
3a. ORGANIZATION'S NAME
BRANCH BANKING AND TRUST COMPANY (BB&T)
3b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** ☐ Full or ☐ Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☑ **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☑ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☑ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.
☑ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** - INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names
8a. ORGANIZATION'S NAME

8b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**9. CHANGED (NEW) OR ADDED INFORMATION:** - INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names
9a. ORGANIZATION'S NAME
SHERIDAN REAL ESTATE INVESTMENT B, LLC
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

9c. MAILING ADDRESS Line One
1600 N. PARK DRIVE
MAILING ADDRESS Line Two
CITY: WESTON   STATE: FL   POSTAL CODE: 33326   COUNTRY: US

This space not available.

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
(name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
11a. ORGANIZATION'S NAME
BRANCH BANKING AND TRUST COMPANY (BB&T)
11b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.08/2018)    Filing Office Copy    Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT AMENDMENT FORM - ADDITIONAL PARTY**

**16. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
201907814327

**17. NAME of secured PARTY of record AUTHORIZING THIS AMENDMENT**
17a. ORGANIZATION'S NAME
BRANCH BANKING AND TRUST COMPANY (BB&T)
17b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**18. MISCELLANEOUS:**

**19. CURRENT RECORD INFORMATION** ✓ ADD or CH ☐ DEL - INSERT ONLY ONE SECURED PARTY NAME (19) - Do Not Abbreviate or Combine names

19a. ORGANIZATION'S NAME
TRUIST BANK, A NORTH CAROLINA BANKING CORPORATION

19b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

19c. MAILING ADDRESS Line One
110 E. BROWARD BLVD.

This space not available.

MAILING ADDRESS Line Two
FLOOR 21

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| FORT LAUDERDALE | FL | 33301 | US |

| STATE OF FLORIDA UNIFORM COMMERICAL CODE | Florida Secured Transaction Registry |
|---|---|
| FINANCING STATEMENT AMENDMENT FORM | **FILED** |

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
ALEXANDRA KATICH; 7202922027
Email ALEXANDRA.KATICH@LEWISBRISBOIS.COM

B. SEND ACKNOWLEDGEMENT TO:

2020 Mar 10 08:17 PM

****** 202001093452 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 201907814327

**1b.** [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

2a. ORGANIZATION'S NAME
VITAL PHARMACEUTICALS, INC.

2b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

3a. ORGANIZATION'S NAME
TRUIST BANK, A NORTH CAROLINA BANKING CORPORATION

3b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**4.** [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** [ ] **ASSIGNMENT** [ ] Full or [ ] Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** [✓] **AMENDMENT** (PARTY INFORMATION): This Amendment affects [✓] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

[ ] **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
[ ] **DELETE** name: Give record name to be deleted in item 8a or 8b.
[✓] **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** - INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names

8a. ORGANIZATION'S NAME

8b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**9. CHANGED (NEW) OR ADDED INFORMATION:** - INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names

9a. ORGANIZATION'S NAME
SHERIDAN REAL ESTATE INVESTMENT C, LLC, A FLORIDA LIMITED LIABILITY COMPANY

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

9c. MAILING ADDRESS Line One
1600 N. PARK DRIVE

MAILING ADDRESS Line Two

This space not available.

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| WESTON | FL | 33326 | US |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral [ ] deleted or [✓] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

See Attachment

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
(name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

11a. ORGANIZATION'S NAME
TRUIST BANK, A NORTH CAROLINA BANKING CORPORATION

11b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX)

**12. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-3 (REV.08/2018)     Filing Office Copy     Approved by the Secretary of State, State of Florida

## TRACT 3 LEGAL DESCRIPTION

PARCEL 1:

A PORTION ("PORTION") OF THE LAND DESCRIBED AS:

A PORTION OF PARCEL "A", "BROWARD CORRECTIONAL INSTITUTION", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 90, PAGE 12, BROWARD COUNTY RECORDS; DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID PARCEL "A"; THENCE NORTH 01°45'26" WEST, ALONG THE WEST BOUNDARY OF SAID PARCEL "A", A DISTANCE OF 1893.02 FEET; THENCE NORTH 89°53'03" EAST, A DISTANCE OF 360.14 FEET; THENCE NORTH 01°45'26" WEST, A DISTANCE OF 276.80 FEET; THENCE NORTH 89°53'03" EAST, A DISTANCE OF 880.14 FEET; THENCE SOUTH 01°45'37" EAST, A DISTANCE OF 2144.33 FEET; THENCE SOUTH 44°04'04" WEST, A DISTANCE OF 35.87 FEET; THE LAST TWO (2) DESCRIBED COURSES BEING ALONG THE EAST BOUNDARY OF SAID PARCEL "A", THENCE SOUTH 89°53'44" WEST, ALONG THE SOUTH BOUNDARY OF SAID PARCEL "A", A DISTANCE OF 1214.67 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT ANY PORTION THEREOF, CONVEYED TO SOUTH FLORIDA DISTRIBUTION CENTER BUILDING A, LLC, A DELAWARE LIMITED LIABILITY COMPANY, BY VIRTUE OF THAT CERTAIN SPECIAL WARRANTY DEED, RECORDED IN INSTRUMENT NO. 114338795, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA; BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF SAID PARCEL "A"; THENCE NORTH 01°45'26" WEST, ALONG THE WEST BOUNDARY OF SAID PARCEL "A", A DISTANCE OF 413.55 FEET; THENCE EAST, A DISTANCE OF 36.68 FEET TO THE POINT OF BEGINNING; THENCE NORTH 01°41'22" WEST, A DISTANCE OF 429.69 FEET; THENCE EAST, A DISTANCE OF 1173.23 FEET; THENCE SOUTH 01°45'37" EAST, ALONG A LINE 30.00 FEET WEST OF AS MEASURED AT RIGHT ANGLES TO AND PARALLEL WITH THE EAST BOUNDARY OF SAID PARCEL "A", A DISTANCE OF 429.70 FEET; THENCE NORTH WEST, A DISTANCE OF 1173.77 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPT ANY PORTION THEREOF, CONVEYED TO SOUTH FLORIDA DISTRIBUTION CENTER BUILDING B, LLC, A DELAWARE LIMITED LIABILITY COMPANY, BY VIRTUE OF THAT CERTAIN SPECIAL WARRANTY DEED, RECORDED IN INSTRUMENT NO. 115612315, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA; BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF SAID PARCEL A; THENCE NORTH 01°45'26" WEST, ALONG THE WEST BOUNDARY OF SAID PARCEL A, A DISTANCE OF 843.25 FEET; THENCE EAST, A DISTANCE OF 37.19 FEET TO THE POINT OF BEGINNING; THENCE NORTH 01°41'22" WEST, A DISTANCE OF 508.72 FEET; THENCE EAST, A DISTANCE OF 1172.61 FEET; THENCE SOUTH 01°45'37" EAST, ALONG A LINE 30.00 FEET WEST OF, AS MEASURED AT RIGHT ANGLES TO AND PARALLEL WITH THE EAST BOUNDARY OF SAID PARCEL A, A DISTANCE OF 508.74 FEET; THENCE WEST, A DISTANCE OF 1173.23 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN DECLARATION OF PROTECTIVE COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATIONS AND EASEMENTS FOR SOUTH FLORIDA DISTRIBUTION CENTER, WHICH CONTAINS PROVISIONS FOR A PRIVATE CHARGE OR ASSESSMENTS, RECORDED IN INSTRUMENT NO. 115616837.

Street Address: 20421 Sheridan Street, Pembroke Pines, Florida 33332

**STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM**

Florida Secured Transaction Registry

**FILED**

2020 Aug 14 04:49 PM

\*\*\*\*\*\*\* 202004255364 \*\*\*\*\*\*\*

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Julie  Allen; 704-331-3745
Email  cmartyniouk@cogencyglobal.com

B. SEND ACKNOWLEDGEMENT TO:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Vital Pharmaceuticals, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | |
| 1600 N. Park Drive | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Weston | STATE: FL / POSTAL CODE: 33326 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Truist Bank, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | |
| 303 Peachtree St., N.E., 25th Flr | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Atlanta | STATE: GA / POSTAL CODE: 30308 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

5. ALTERNATE DESIGNATION (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
   ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   FL-Central Filing Office

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERICAL CODE**
**FINANCING STATEMENT FORM**

Florida Secured Transaction Registry

# FILED

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Julie Allen; 704-331-3745
Email cmartyniouk@cogencyglobal.com

B. SEND ACKNOWLEDGEMENT TO:

2020 Aug 14 04:49 PM

****** 202004255259 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bang Energy Canada, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One | | This space not available. | |
| 1600 N. Park Drive | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Weston | FL | 33326 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | | This space not available. | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Truist Bank, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One | | This space not available. | |
| 303 Peachtree St., N.E., 25th Flr | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Atlanta | GA | 30308 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    FL-Central Filing Office

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

| STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM | Florida Secured Transaction Registry |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>Julie Allen; 704-331-3745<br>Email cmartyniouk@cogencyglobal.com | **FILED**<br>2020 Aug 14 04:49 PM<br>\*\*\*\*\*\*\* 202004255275 \*\*\*\*\*\*\* |
| B. SEND ACKNOWLEDGEMENT TO: | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME |
|---|
| JHO Intellectual Property Holdings, LLC |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 1600 N. Park Drive | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Weston | STATE: FL  POSTAL CODE: 33326 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE  POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Truist Bank, as Administrative Agent |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 303 Peachtree St., N.E., 25th Flr | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Atlanta | STATE: GA  POSTAL CODE: 30308 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

**5. ALTERNATE DESIGNATION (if applicable)**
☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR
☐ AG LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    FL-Central Filing Office

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Julie Allen; 704-331-3745
Email cmartyniouk@cogencyglobal.com

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2020 Aug 14 04:49 PM

****** 202004255291 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JHO Real Estate Investment, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One | This space not available. | | |
| 1600 N. Park Drive | | | |
| MAILING ADDRESS Line Two | CITY: Weston | STATE: FL | POSTAL CODE: 33326 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Truist Bank, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One | This space not available. | | |
| 303 Peachtree St., N.E., 25th Flr | | | |
| MAILING ADDRESS Line Two | CITY: Atlanta | STATE: GA | POSTAL CODE: 30308 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

**5. ALTERNATE DESIGNATION (if applicable)**
☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☒ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   FL-Central Filing Office

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

| STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM | Florida Secured Transaction Registry |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>Julie  Allen; 704-331-3745<br>Email  cmartyniouk@cogencyglobal.com | **FILED**<br>2020 Aug 14 04:49 PM<br>\*\*\*\*\*\*\* 202004255321 \*\*\*\*\*\*\* |
| B. SEND ACKNOWLEDGEMENT TO: | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Quash Seltzer, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | |
| 1600 N. Park Drive | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Weston | STATE: FL  POSTAL CODE: 33326 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE  POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Truist Bank, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | |
| 303 Peachtree St., N.E., 25th Flr | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Atlanta | STATE: GA  POSTAL CODE: 30308 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    FL-Central Filing Office

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| JULIE ALLEN 704-331-3745 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| JULIEALLEN@MVALAW.COM |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

MOORE & VAN ALLEN PLLC
100 NORTH TRYON STREET
SUITE 4700
CHARLOTTE, NC 28202

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 04:49 PM 08/14/2020
U.C.C. Initial Filing No: 2020 5619772

Service Request No: 20206762401

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
|---|
| VITAL PHARMACEUTICALS INTERNATIONAL SALES, INC. |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 N. PARK DRIVE | WESTON | FL | 33326 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| TRUIST BANK, AS ADMINISTRATIVE AGENT |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 303 PEACHTREE ST., N.E., 25TH FLR | ATLANTA | GA | 30308 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
All assets of the Debtor, whether now owned or hereafter acquired.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
FILED WITH: DE - SOS (410643.000314 )

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

| STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM | Florida Secured Transaction Registry |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>Corporation Service Company; 1-800-858-5294<br>Email FLSOSUCCFilingsV3@cscglobal.com | **FILED**<br><br>2022 Aug 09 07:42 AM<br><br>****** 202202573548 ****** |
| B. SEND ACKNOWLEDGEMENT TO: | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Rainbow Unicorn Bev LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One<br>1600 North Park Drive | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>Weston | STATE<br>FL | POSTAL CODE<br>33326 | COUNTRY<br>USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Truist Bank, as Administrative Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One<br>303 Peachtree St., N.E. 25th Floor | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>Atlanta | STATE<br>GA | POSTAL CODE<br>30308 | COUNTRY<br>USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, whether now owned or hereafter acquired.

5. ALTERNATE DESIGNATION (if applicable)   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
                                            ☐ AG LIEN         ☐ NON-UCC FILING        ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   410643.000439:872017-1

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida