**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC.[1] | Case No.: 22-17842-PDR |
| | (Jointly Administered) |
| _____ Debtor(s) _____ / | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to Section 342(a) of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§101, et seq., and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Christopher R. Kaup and Jason A. Weber, of the law firm Tiffany & Bosco, P.A., hereby make their appearance as counsel for creditor, **Nexus Steel, LLC, an Arizona Limited Liability Company**, and hereby request notice of all matters which may come before the Court concerning the Debtors, and further requests that such notices be addressed to:

Jason A. Weber
Tiffany & Bosco, P.A.
1000 Corporate Drive, Suite 150
Fort Lauderdale, Florida 33334
jaw@tblaw.com
-and-
Christopher R. Kaup (*Pro Hac Vice*)
Tiffany & Bosco, P.A.
2525 East Camelback Road, Floor 7
Phoenix, Arizona  85016-4237
crk@tblaw.com

This request includes notices and papers referred to in Bankruptcy Rules 2002 and 9007, and also includes, without limitation, notices of any orders, applications, complaints, demands,

---

[1] Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, (6501);  (vi) Rainbow Unicorn Bev LLC  (2254);  and (vii) Vital  Pharmaceuticals  International Sales, Inc. (8019).

1

hearings, motions, petitions, pleadings or requests, and any other document brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise.

RESPECTFULLY SUBMITTED this 3rd day of January, 2023.

**TIFFANY & BOSCO, P.A.**

By: /s/ *Christopher R. Kaup*
    Christopher R. Kaup (*pro hac vice*),
    Arizona Bar No. 0014820
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona  85016
    crk@tblaw.com

    -and-

    Jason A. Weber
    1000 Corporate Drive, Suite 150
    Fort Lauderdale, Florida 33334
    jaw@tblaw.com
    *Attorneys for creditor, Nexus Steel, LLC, an*
    *Arizona Limited Liability Company*

## CERTIFICATE OF SERVICE

I, Hereby Certify that a true and correct copy of the foregoing was served on this 3rd day of January, 2023, via the Court's CM/ECF system thereby serving all registered users.

By: /s/ *Christopher R. Kaup, (pro hac vice)*