UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC, *et al.*,

Case No. 22-17842-PDR
Chapter 11

Debtors.
_____/

**RENEWED CROSS-NOTICE OF RULE 2004 EXAMINATION [ECF NO. 595]**

Creditor, The American Bottling Company, serves this *Renewed Cross-Notice of Rule 2004 Examination*. The American Bottling Company will participate in the examination of Kathleen Cole, individually, under oath on February 2, 2023, at 9:00 a.m. EST by virtual deposition via the Zoom link identified in [ECF No. 595]. The examination may continue from day to day until completed.

The examination is pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bank. P. 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: January 4, 2023

    FURR COHEN
    *Attorneys for American Bottling Company*
    2255 Glades Road, Suite 419A
    Boca Raton, Florida 33431
    (561) 395-0500; (561) 338-7532 - facsimile

    By: */s/ Marc P. Barmat*
        Marc P. Barmat, Esq.

Florida Bar No.: 22365
Email: mbarmat@furrcohen.com

-and-

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3170
Facsimile: (214) 571-2900
Email: RFalconer@gibsondunn.com

By: /s/ Russell H. Falconer
Russell H. Falconer
Texas Bar No. 24069695

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case on January 4, 2023.

By: */s/ Marc P. Barmat*
Marc P. Barmat, Esq.

2