UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' AND CREDITORS MONSTER ENERGY COMPANY AND ORANGE BANG, INC.'S JOINT AGREED MOTION TO APPROVE AGREEMENT REGARDING ROYALTY THAT ACCRUES POSTPETITION**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for notice with respect to the hearing to consider approval of the *Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition* (the "Royalty Motion") [ECF No. 603] filed by the Debtors and Monster Energy Company ("Monster") contemporaneously herewith, so that the Royalty Motion may be heard at the hearing currently scheduled for January 10, 2023 at 1:30 p.m. (the "Hearing"). In support of this Motion, the Debtors respectfully state as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11840827-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

**Relief Requested**

8. Bankruptcy Rule 2002(a)(3) requires twenty one (21) days' notice for the hearing on approval of a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d). See Fed. R. Bankr. P. 2002(a)(3).

9. By the Royalty Motion, the Debtors seek authority to implement an interim arrangement among the Debtors, Monster, and Orange Bang Inc. for the Debtors to fund an escrow account for certain royalties accruing postpetition (the "Term Sheet"). The Debtors have determined that implementation of the Term Sheet is in the best interests of the Debtors' estates in

order to avoid the costs and risks associated with litigating such issues during the Appeal (as such term is defined in the Royalty Motion). The Term Sheet provides that the initial funding date shall occur within three business days of entry of a final order on the *Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief* [ECF No. 24] (the "DIP Motion"), which is currently set for hearing on January 10, 2023 at 1:30 p.m.

10. In light of the foregoing, the Debtors submit that consideration of the Royalty Motion at the Hearing is appropriate and in the best interests of the Debtors, their estates, creditors, and other parties in interest so that the relief requested in the Royalty Motion can be approved and consummated as soon as possible and upon the approval of the DIP Motion.

11. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing to consider the Royalty Motion.

12. Prior to filing, the Debtors provided a draft of the Royalty Motion to counsel for the Committee and the DIP Agent.

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **Exhibit "A"**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the Royalty Motion; and (iii) granting such other and further relief as the Court deems

3

11840827-1

just and proper.

Dated: January 4, 2023  
       Miami, Florida

Respectfully submitted,

/s/ Jordi Guso

George A. Davis (admitted *pro hac vice*)  
Tianjiao ("TJ") Li (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Email: george.davis@lw.com  
       tj.li@lw.com  
       brian.rosen@lw.com  
       jon.weichselbaum@lw.com

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone: (305) 755-9500  
Email: jguso@bergersingerman.com  
       mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004  
Telephone: (202) 637-2200  
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email: whit.morley@lw.com

*Co-Counsel for the Debtors*

11840827-1

## **EXHIBIT "A"**

## **(Proposed Order)**

11840827-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' AND CREDITORS MONSTER ENERGY COMPANY AND ORANGE BANG, INC.'S JOINT AGREED MOTION TO APPROVE AGREEMENT REGARDING ROYALTY THAT ACCRUES POSTPETITION**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Notice of Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11841010-1

*Postpetition* (the "Motion") [ECF No. _____]. The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

    **ORDER** that:

    1.    The Motion is **GRANTED**.

    2.    The time period prescribed by Fed. R. Bankr. P. 2002(a)(3), for the hearing to consider the *Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition* [ECF No. 603] (the "Royalty Motion") is shortened, and the Court will conduct the hearing to consider the Royalty Motion on **January 10, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

    3.    Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

    4.    All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11841010-1