Carolyn R. Tatkin (#010437)
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ  85254
tatkin@radixlaw.com
(602) 606-9300
*Attorneys for CM Builders, Inc.*
*dba Integrated Masonry*

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| VITAL PHARMACEUTICALS, INC.,[1] | ) | Case No. 22-17842-PDR |
| Et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
**FOR CM BUILDERS, INC. DBA INTEGRATED MASONRY**

Pursuant to Local Rule 2090-1(C) Carolyn R. Tatkin of Radix Law, hereby give notice that she is appearing as counsel of record for **CM Builders, Inc. dba Integrated Masonry** in this matter, and request that the undersigned attorney be

---

[1] The address of the debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i). Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- 1 -

1371461.1

placed on the mailing matrix in this case, and that all notices and other pleadings required to be served on **CM Builders, Inc. dba Integrated Masonry** in this case be served on counsel at the address set forth below:

>Carolyn R. Tatkin
>Radix Law
>15205 N. Kierland Blvd., Suite 200
>Scottsdale, AZ  85254
>tatkin@radixlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

RESPECTFULLY submitted this 4th day of January, 2023.

**RADIX LAW**

 /s/ Carolyn R. Tatkin
Carolyn R. Tatkin (#010437)
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ  85254
tatkin@radixlaw.com
(602) 606-9300
*Attorneys for CM Builders, Inc.*
*dba Integrated Masonry*

1371461.1

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing document was provided to all counsel of record automatically via the Court's electronic filing system, thereby serving all registered users.

                                             /s/ *Carolyn R. Tatkin*