UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                            Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]       Case No.: 22-17842

    Debtors.                                                        (Joint Administration Pending)
_____/

### *EX-PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Justin D. Plean ("Movant"), of the law firm of Quintairos, Prieto, Wood & Boyer, P.A., a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* K. Scott Reynolds ("Visiting Attorney") of the law firm of Satterlee Gibbs PLLC, an attorney admitted to practice and currently in good standing in the State of Arizona, the United States District Court for the District of Arizona, the State of New York and qualified to practice in this court, who proposes to act as counsel for the Secured Interested Party, Hardrock Concrete Placement Co., Inc. ("Hardrock") in the Debtors' jointly administered cases, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of Hardrock.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in

---

[1] The Debtors consist of (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.

this court to act as local counsel for Hardrock, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of Hardrock.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for Hardrock in the Debtors' jointly administered cases and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of Hardrock. I understand that I am required to participate in the preparation and the presentation of Hardrock and any such adversary proceedings and to accept service of all papers served in such cases and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the Debtors' cases noted above on behalf of Hardrock and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of Hardrock. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for Hardrock in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A.**

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro*

*hac vice* in these cases and in any adversary proceedings in these cases on behalf of Hardrock and indicating Movant as local counsel for Hardrock, and for such other and further relief as may be just.

Dated: January 5, 2023
Quintairos, Prieto, Wood & Boyer, P.A.
*Proposed Local Counsel for Hardrock*
1475 Centrepark Blvd., Suite 130
West Palm Beach, Florida 33401
Telephone: (954) 523-7008
Facsimile: (954) 523-7009

By: */s/ Justin Plean*
   Justin D. Plean, Esq.
   Florida Bar No. 113887
   Justin.plean@qpwblaw.com

## **EXHIBIT A**

### **(Affidavit of Proposed Visiting Attorney)**

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, K. Scott Reynolds, am a member in good standing of the bar of the States of Arizona and New York. I am a member in good standing of the bar of the United States District Court for the District of Arizona, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Hardrock Concrete Placement Co., Inc. ("Hardrock"). I designate Justin D. Plean and Arthur Neiwirth ("Local Counsel"), whom are qualified to practice in this court, as local counsel for Hardrock. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of Hardrock, and accept service of all papers served in such cases and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of

members of the Florida Bar.

Dated: January 3, 2023 SATTERLEE GIBBS PLLC
3133 W. Frye Road
Suite 101
Phoenix, AZ 85226
Telephone: (602) 290-8605

By: /s/ *K. Scott Reynolds*
    *K. Scott Reynolds*
    AZ Bar No. 013652
    scott@sgazlaw.com

**EXHIBIT B**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,           Case No.: 22-17842 (PDR)

    Debtors.                                                              (Joint Administration Pending)
_____/

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [Doc. No. ___]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that K. Scott Reynolds ("Visiting Attorney") may appear before this Court *pro hac vice* as counsel for Hardrock Concrete Placement Co., Inc. ("Hardrock") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Hardrock, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with

full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served:

>Justin D. Plean, Esq.
>Florida Bar No. 113887
>Quintairos, Prieto, Wood & Boyer, P.A.
>*Proposed Local Counsel for Hardrock*
>1475 Centrepark Blvd., Suite 130
>West Palm Beach, Florida 33401
>Phone No. (561) 686-1880
>E-mail: Justin.plean@qpwblaw.com
>
>Arthur C. Neiwirth, Esq.
>Florida Bar No. 289061
>Quintairos, Prieto, Wood & Boyer, P.A.
>*Proposed Local Counsel for Hardrock*
>2400 E. Commercial Blvd., Suite 520
>Ft. Lauderdale, Florida 33308
>Phone No. (954) 523-7008
>E-mail: aneiwirth@qpwblaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of Hardrock. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for Hardrock in all such proceedings

# # #

Submitted by:

        Justin D. Plean, Esq.
        Florida Bar No. 113887
        Quintairos, Prieto, Wood & Boyer, P.A.
        *Proposed Local Counsel for Hardrock*
        1475 Centrepark Blvd., Suite 130
        West Palm Beach, Florida 33401
        Phone No. (561) 686-1880
        E-mail: Justin.plean@qpwblaw.com

*(Justin D. Plean is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*

1