IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re :

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.[1]

_____/

**Chapter 11**

**Case No. 22-17842**

**(Jointly Administered)**

### NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance on behalf of Ball Metal Beverage Container Corp. d/b/a Ball Metal ("Ball"), and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following:

> Ian M. Ross
> **SIDLEY AUSTIN LLP**
> 1001 Brickell Bay Avenue
> Suite 900
> Miami, FL 33131
> Tel.: (305) 391-5100
> Fax: (305) 391-5101
> E-mail: iross@sidley.com
> pvilla@sidley.com

This request encompasses all notices, copies and pleadings referred to, whether express or implied, in the (i) United States Bankruptcy Code, 11 U.S.C. § 101 et seq., and (ii) Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

this Court in these cases, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) of Ball's right to have any case, controversy, or proceeding related to these cases resolved by binding arbitration pursuant to its agreement with Vital Pharmaceuticals, Inc., (2) to have final orders in non-core matters entered only after de novo review by the District Court, or (3) to have the District Court withdraw the reference in any matter to which Ball is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 6th day of January, 2023.

**SIDLEY AUSTIN LLP**
1001 Brickell Bay Avenue
Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

*/s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
iross@sidley.com

*Counsel for Ball Metal Beverage Container Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve the foregoing by transmission of a Notice of Electronic Filing generated by CM/ECF upon all counsel of record.

*/s/ Ian M. Ross*
Ian M. Ross