UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,            Case No.: 22-17842-PDR

    Debtors.[1]                                                     (Jointly Administered)
_____/

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**

[ ] Plaintiff           [ ] Defendant           [ X ] Debtors           [ ] Others

**Date of Hearing/Trial**:  Tuesday, January 10, 2023 at 1:30 p.m.
**Type of Hearing/Trial**:  Evidentiary Hearing on DIP Motion

**SUBMITTED BY:**     Andrew D. Sorkin, Esq.
                                LATHAM & WATKINS LLP
                                555 Eleventh Street, NW, Ste 1000
                                Tel. (202) 637-2200
                                Washington, D.C. 20004-1304
                                andrew.sorkin@lw.com
—and—
                                Jordi Guso, Esq.
                                Florida Bar No. 0863580
                                BERGER SINGERMAN LLP
                                1450 Brickell Avenue, Ste. 1900
                                Miami, FL 33131
                                Tel. (305) 755-9500
                                jguso@bergersingerman.com

*[Remainder of Page Left Intentionally Blank]*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | *Debtors' Emergency Motion for Interim and Final Order (1) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 24] filed on October 10, 2022 | | | |
| 2. | *Declaration of Homer Parkhill in Support of DIP Financing* [Docket No. 25] filed on October 10, 2022 | | | |
| 3. | *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 26] filed on October 10, 2022 | | | |
| 4. | *Supplemental Declaration of Homer Parkhill in Support of DIP Financing* [Docket No. 388] filed on November 21, 2022 | | | |
| 5. | *Debtors' Omnibus Reply to Objections to Debtors' Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 515] filed on December 2, 2022 | | | |
| 6. | *Amended Second Supplemental Declaration of Homer Parkhill in Support of DIP Financing* [Docket No. 563] filed on December 21, 2022 | | | |
| 7. | *Amended Declaration of John C. DiDonato in Support of DIP Financing* [Docket No. 617] filed on January 6, 2023 | | | |
| 8. | Transcript of October 13, 2022 First Day Hearing | | | |
| 9. | Transcript of November 9, 2022 Hearing | | | |
| 10. | Superpriority Secured Debtor-in-Possession Credit Agreement dated as of October 26, 2022 | | | |
| 11. | Approved DIP Budget [Docket No. 120, Ex. A] | | | |
| 12. | November 12, 2022 Updated DIP Budget | | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 13. | Third Forbearance Agreement and Fourth Amendment to Amended and Restated Revolving Credit and Term Loan Agreement dated as of June 30, 2022 | | | |
| 14. | Fourth Forbearance Agreement and Fifth Amendment to Amended and Restated Revolving Credit and Term Loan Agreement dated as of August 8, 2022 | | | |
| 15. | Fifth Forbearance Agreement dated as of September 15, 2022 | | | |
| 16. | Notice of Revolving Borrowing dated as of June 30, 2022 | | | |
| 17. | Notice of Revolving Borrowing dated as of August 5, 2022 | | | |
| 18. | Notice of Revolving Borrowing dated as of August 18, 2022 | | | |
| 19. | Notice of Revolving Borrowing dated as of September 14, 2022 | | | |
| 20. | Prepetition Facility Uniform Commercial Code Financing Statement Forms | | | |
| 21. | December 14, 20202 Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing | | | |
| 22. | March 14, 2022 Deposit Account Control Agreement | | | |
| 23. | April 28, 2022 Account Control Agreement | | | |
| 24. | January 6, 2023 Updated DIP Budget | | | |
| 25. | Any exhibit introduced by any other party | | | |
| 26. | Rebuttal or impeachment exhibits as necessary | | | |