# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., et al.

Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

Jointly Administered

## AGREED EX-PARTE MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO LIQUIDATE PREPETITION CLAIM

Jasmin Williams ("Movant"), by and through her undersigned local counsel and pursuant to Local Rule 90132-1(C)(1), files this Agreed Ex-Parte Motion to Continue Hearing on her Motion for Relief from the Automatic Stay to Liquidate Prepetition Claim (the "Stay Relief Motion") [ECF No. 546], as follows:

1. The hearing on the Stay Relief Motion is currently scheduled for January 11, 2023 at 1:30 p.m. [ECF No. 549].

2. Undesigned has a conflict and requires the hearing to be continued.

3. The Court has other hearings in this case scheduled for January 19, 2023 at 2:00 p.m.

4. Counsel for the Debtor agrees to the relief requested herein.

**WHEREFORE**, Jasmin Williams, respectfully requests the entry of an order continuing the hearing on the Stay Relief Motion to January 19, 2023 at 2:00 p.m. and providing any further relief deemed appropriate under the circumstances.

Dated this 10th day of January, 2023.

        **LAW OFFICE OF MARK S. ROHER, P.A.**
        1806 N. Flamingo Road, Suite 300
        Pembroke Pines, Florida 33028
        Email: mroher@markroherlaw.com
        Telephone: (954) 353-2200

By:   */s/ Mark S. Roher*
       Mark S. Roher
       Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2023, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

        */s/ Mark S. Roher*
        Mark S. Roher

Anne Aaronson on behalf of Creditor Crown Cork & Seal USA, Inc.
aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

John A Anthony on behalf of Creditor Nevada Beverage Co
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com

Anthony J Aragona, III on behalf of Creditor Mitsubishi HC Capital America, Inc.
aja@devaronalaw.com

Marc P Barmat on behalf of Creditor The American Bottling Company
mbarmat@furrcohen.com,
rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

2

Paul J. Battista, Esq on behalf of Interested Party Jack H. Owoc
pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com;imalcolm@gjb.law;hburke@gjb-law.com

Eyal Berger, Esq. on behalf of Creditor Monster Energy Company
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Leyza F. Blanco, Esq. on behalf of Creditor Committee Creditor Committee
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Ronald D Bruckmann on behalf of Creditor Ardagh Metal Packaging USA Corp.
rbruckmann@shumaker.com, celgin@shumaker.com

Kyler K Burgi on behalf of Creditor EVOX FL Pembroke 20351 LLC
kyler.burgi@dgslaw.com

Kevin Michael Capuzzi on behalf of Creditor Trinity Logistics, Inc.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Stellar Group, Inc.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Creditor Stellar Group, Inc.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

David H Conaway, Esq on behalf of Creditor Ardagh Metal Packaging USA Corp.
dconaway@slk-law.com

Ralph W. Confreda, Jr on behalf of Creditor Balboa Capital Corporation
rconfreda@mcglinchey.com, alozada@mcglinchey.com

Philip W Crawford on behalf of Creditor EFL Global
pcrawford@gibbonslaw.com

Philip W Crawford on behalf of Creditor EFL Global Logistics Canada, Ltd.
pcrawford@gibbonslaw.com

Matthew G Davis on behalf of Creditor HACI Mechanical Contractors, Inc.
mdavis@pdtlegal.com, jdorta@pdtlegal.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
ron.emanuel@emzwlaw.com,
martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Brendan S Everman on behalf of Creditor Arista Music
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Arista Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Capitol Records, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor LaFace Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor PolyGram Publishing, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Records Label, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Songs of Universal, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment US Latin LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor UMG Recordings, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music - Z Tunes LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music Corp.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music-MGB NA LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Musica, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Volcano Entertainment III LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Zomba Recording LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

G Steven Fender on behalf of Creditor Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Keith W. Fendrick on behalf of Creditor Refresco Beverages US Inc
keith.fendrick@hklaw.com,
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor XPO LOGISTICS, LLC
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Joseph D Frank on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Robert C Furr, Esq on behalf of Creditor The American Bottling Company
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

David L Gay, Esq. on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Michael I Goldberg, Esq on behalf of Creditor Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S. Golden, Esq. on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing

egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq. on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Jordi Guso, Esq. on behalf of Debtor Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Aaron L Hammer on behalf of Creditor Marc Kesten
ahammer@hmblaw.com, ecfnotices@hmblaw.com

Andrea S. Hartley on behalf of Creditor Monster Energy Company
andrea.hartley@akerman.com, janet.salinas@akerman.com

Ross R Hartog on behalf of Creditor Faith Technologies Incorporated
rhartog@mrthlaw.com,
ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Daniel Harvath on behalf of Creditor Brendan Abbott
dharvath@harvathlawgroup.com

Daniel Harvath on behalf of Creditor Peter Fischer
dharvath@harvathlawgroup.com

Christopher R Kaup on behalf of Creditor Nexus Steel, LLC
crk@tblaw.com, mburns@tblaw.com

Craig I Kelley on behalf of Creditor Carolina Canners, Inc.
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley on behalf of Creditor Southeast Cold Fill, LLC
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Scott D Knapp on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Harris J. Koroglu on behalf of Creditor Truist Bank
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

Matthew F Kye on behalf of Creditor Mitsubishi HC Capital America, Inc.
mkye@kyelaw.com

Dennis J LeVine, Esq on behalf of Creditor LMR TRUCKING, INC.

Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Peter H Levitt, Esq on behalf of Creditor Truist Bank
plevitt@shutts-law.com, sboisvert@shutts.com

Corali Lopez-Castro, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
clc@kttlaw.com, rcp@kttlaw.com

Nir Maoz on behalf of Creditor Orange Bang, Inc.
nmaoz@ktbslaw.com

Jerry M Markowitz on behalf of Creditor Faith Technologies Incorporated
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

David B Marks on behalf of Creditor Monster Energy Company
brett.marks@akerman.com, charlene.cerda@akerman.com

Brigette G McGrath on behalf of Interested Party ORBIS RPM, LLC
bmcgrath@askllp.com, mudem@askllp.com

Juan J Mendoza on behalf of Creditor Committee Creditor Committee
jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com

Fernando J Menendez on behalf of Creditor Committee Creditor Committee
fmenendez@sequorlaw.com, jdiaz@sequorlaw.com

Megan W Murray on behalf of Creditor Chestnut Hill Technologies, Inc.
mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co, INC
aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co., Inc.
aneiwirthcourt@qpwblaw.com

Michael Jordan Niles on behalf of Debtor Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Creditor Brendan Abbott
joe@packlaw.com

Joseph A Pack on behalf of Creditor Peter Fischer
joe@packlaw.com

Jimmy D. Parrish on behalf of Creditor 1600FLL LLC
jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Justin D Plean on behalf of Creditor Hardrock Concrete Placement Co, INC
justin.plean@qpwblaw.com

Hamid R. Rafatjoo on behalf of Creditor ALDA 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor CI421 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor MFP 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Aliette D Rodz on behalf of Creditor Truist Bank
arodz@shutts.com

Mark S. Roher, Esq. on behalf of Creditor Jasmin Williams
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dairy Farmers of America, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Doehler USA, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dohler Dahlenburg G.m.b.H

<shelomith@ecf.inforuptcy.com>

romeroe@bryancave.com, zeke.romero30@gmail.com

Steven R Safra on behalf of Creditor Cole, Scott & Kissane, P.A.
Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

David Samole, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Michael D. Seese, Esq. on behalf of Creditor Driscoll, LLP
mseese@seeselaw.com, sseward@seeselaw.com

Zach B Shelomith on behalf of Creditor All Brands Distribution, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Steven J. Solomon, Esq. on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Andrew Sorkin on behalf of Debtor Vital Pharmaceuticals, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Annie Yang Stoops on behalf of Creditor Premium Beverage Company
annie.stoops@afslaw.com

Carolyn Tatkin on behalf of Creditor CM Builders, Inc. dba Integrated Masonry
tatkin@radixlaw.com

Frank Terzo, Esq. on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

Christopher R Thompson on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Thomas W. Tierney on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin

11

ttierney@rosswayswan.com, kkelly@rosswayswan.com

Michael W Ullman, Esq on behalf of Creditor The Hamilton Group (Delaware), Inc.
michael.ullman@uulaw.net,
jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Jeramy D Webb on behalf of Debtor Vital Pharmaceuticals, Inc.
jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com

Jason A. Weber, Esq. on behalf of Creditor Nexus Steel, LLC
jaw@tblaw.com, Nboffill@tblaw.com

Aaron A Wernick on behalf of Interested Party Gekay Sales + Service Co., Inc.
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov