

ORDERED in the Southern District of Florida on January 10, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., et al.

    Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

Jointly Administered

**ORDER GRANTING
AGREED EX-PARTE MOTION TO CONTINUE HEARING ON MOTION FOR
RELIEF FROM AUTOMATIC STAY TO LIQUIDATE PREPETITION CLAIM**

THIS MATTER came before the Court without hearing on the Agreed Ex-Parte Motion to Continue Hearing on the Motion for Relief from the Automatic Stay to Liquidate Prepetition Claim (the "Motion") [ECF No. 628] filed by Jasmin Williams. The Court having reviewed the Motion and noting the Debtor's agreement to the relief requested therein, it is

**ORDERED** as follows:

1.    The Motion is GRANTED.

1

2.      The hearing on Movant's Motion for Relief from the Automatic Stay to Liquidate Prepetition Claim [ECF No. 546] shall be conducted on **January 19, 2023 at 2:00 p.m.** **at the U.S. Courthouse, 299 E. Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301**.

3.      Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

4.      The movant, or movant's counsel if represented by an attorney, must:

   (a)  serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b)  file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5.      PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

6.      PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities.

Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear

by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

###

Submitted by:
Mark S. Roher, Esq.
*Counsel for Movant*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email: mroher@markroherlaw.com

[*Attorney Roher shall serve a copy of this Order upon all interested parties and to file a Certificate of Service with the Court*.]