

**ORDERED in the Southern District of Florida on January 10, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,          Case No.: 22-17842 (PDR)

      Debtors.                                (Joint Administration Pending)
_____/

## <u>ORDER ADMITTING ATTORNEY *PRO HAC VICE*</u>

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [Doc. No. 613]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that K. Scott Reynolds ("<u>Visiting Attorney</u>") may appear before this Court *pro hac vice* as counsel for Hardrock Concrete Placement Co., Inc. ("Hardrock") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Hardrock,

subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served:

> Justin D. Plean, Esq.
> Florida Bar No. 113887
> Quintairos, Prieto, Wood & Boyer, P.A.
> *Proposed Local Counsel for Hardrock*
> 1475 Centrepark Blvd., Suite 130
> West Palm Beach, Florida 33401
> Phone No. (561) 686-1880
> E-mail: Justin.plean@qpwblaw.com
>
> Arthur C. Neiwirth, Esq.
> Florida Bar No. 289061
> Quintairos, Prieto, Wood & Boyer, P.A.
> *Proposed Local Counsel for Hardrock*
> 2400 E. Commercial Blvd., Suite 520
> Ft. Lauderdale, Florida 33308
> Phone No. (954) 523-7008
> E-mail: aneiwirth@qpwblaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of Hardrock. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for Hardrock in all such proceedings

#   #   #

Submitted by:

> Justin D. Plean, Esq.
> Florida Bar No. 113887
> Quintairos, Prieto, Wood & Boyer, P.A.
> *Proposed Local Counsel for Hardrock*
> 1475 Centrepark Blvd., Suite 130
> West Palm Beach, Florida 33401
> Phone No. (561) 686-1880
> E-mail: Justin.plean@qpwblaw.com

*(Justin D. Plean is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*