**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., et al.

     Debtor.

_____/

Case No.  22-17842-PDR

Chapter 11

Jointly Administered

**<u>CERTIFICATE OF SERVICE</u>**

     Jasmin Williams ("Creditor"), by and through her undersigned counsel certifies that a true and correct copy of Order Granting Agreed Ex-Parte Motion To Continue Hearing On Motion For Relief From Automatic Stay To Liquidate Prepetition Claim [ECF No.629] was served by CM/ECF on all parties listed below January 10, 2023.

     Dated this 10th day of January 2023.

          **LAW OFFICE OF MARK S. ROHER, P.A.**
          1806 N. Flamingo Road, Suite 300
          Pembroke Pines, Florida 33028
          Email:  mroher@markroherlaw.com
          Telephone:  (954) 353-2200

          By:    */s/ Mark S. Roher*
                Mark S. Roher
                Florida Bar No. 178098

Anne Aaronson on behalf of Creditor Crown Cork & Seal USA, Inc.
aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

John A Anthony on behalf of Creditor Nevada Beverage Co
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyan
dpartners.com

Anthony J Aragona, III on behalf of Creditor Mitsubishi HC Capital America, Inc.
aja@devaronalaw.com

Marc P Barmat on behalf of Creditor The American Bottling Company
mbarmat@furrcohen.com,
rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Paul J. Battista, Esq on behalf of Interested Party Jack H. Owoc
pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-
law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-
law.com;imalcolm@gjb.law;hburke@gjb-law.com

Eyal Berger, Esq. on behalf of Creditor Monster Energy Company
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Leyza F. Blanco, Esq. on behalf of Creditor Committee Creditor Committee
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Ronald D Bruckmann on behalf of Creditor Ardagh Metal Packaging USA Corp.
rbruckmann@shumaker.com, celgin@shumaker.com

Kyler K Burgi on behalf of Creditor EVOX FL Pembroke 20351 LLC
kyler.burgi@dgslaw.com

Kevin Michael Capuzzi on behalf of Creditor Trinity Logistics, Inc.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Stellar Group, Inc.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Creditor Stellar Group, Inc.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

David H Conaway, Esq on behalf of Creditor Ardagh Metal Packaging USA Corp.
dconaway@slk-law.com

Ralph W. Confreda, Jr on behalf of Creditor Balboa Capital Corporation
rconfreda@mcglinchey.com, alozada@mcglinchey.com

Philip W Crawford on behalf of Creditor EFL Global
pcrawford@gibbonslaw.com

Philip W Crawford on behalf of Creditor EFL Global Logistics Canada, Ltd.
pcrawford@gibbonslaw.com

Matthew G Davis on behalf of Creditor HACI Mechanical Contractors, Inc.
mdavis@pdtlegal.com, jdorta@pdtlegal.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S.
Bank Equipment Finance
ron.emanuel@emzwlaw.com,
martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Brendan S Everman on behalf of Creditor Arista Music
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Arista Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Capitol Records, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor LaFace Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor PolyGram Publishing, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Records Label, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Songs of Universal, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment US Latin LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor UMG Recordings, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music - Z Tunes LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music Corp.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music-MGB NA LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Musica, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Volcano Entertainment III LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Zomba Recording LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

G Steven Fender on behalf of Creditor Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Keith W. Fendrick on behalf of Creditor Refresco Beverages US Inc
keith.fendrick@hklaw.com,
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor XPO LOGISTICS, LLC
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Joseph D Frank on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
jfrank@fgllp.com,

mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Robert C Furr, Esq on behalf of Creditor The American Bottling Company
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

David L Gay, Esq. on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Michael I Goldberg, Esq on behalf of Creditor Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S. Golden, Esq. on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq. on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Jordi Guso, Esq. on behalf of Debtor Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Real Estate Investment, LLC
jguso@bergersingerman.com,

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Aaron L Hammer on behalf of Creditor Marc Kesten
ahammer@hmblaw.com, ecfnotices@hmblaw.com

Andrea S. Hartley on behalf of Creditor Monster Energy Company
andrea.hartley@akerman.com, janet.salinas@akerman.com

Ross R Hartog on behalf of Creditor Faith Technologies Incorporated
rhartog@mrthlaw.com,
ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Daniel Harvath on behalf of Creditor Brendan Abbott
dharvath@harvathlawgroup.com

Daniel Harvath on behalf of Creditor Peter Fischer
dharvath@harvathlawgroup.com

Craig I Kelley on behalf of Creditor Carolina Canners, Inc.
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley on behalf of Creditor Southeast Cold Fill, LLC
craig@kelleylawoffice.com,

cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Scott D Knapp on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Harris J. Koroglu on behalf of Creditor Truist Bank
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

Matthew F Kye on behalf of Creditor Mitsubishi HC Capital America, Inc.
mkye@kyelaw.com

Dennis J LeVine, Esq on behalf of Creditor LMR TRUCKING, INC.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Peter H Levitt, Esq on behalf of Creditor Truist Bank
plevitt@shutts-law.com, sboisvert@shutts.com

Corali Lopez-Castro, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
clc@kttlaw.com, rcp@kttlaw.com

Nir Maoz on behalf of Creditor Orange Bang, Inc.
nmaoz@ktbslaw.com

Jerry M Markowitz on behalf of Creditor Faith Technologies Incorporated
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

David B Marks on behalf of Creditor Monster Energy Company
brett.marks@akerman.com, charlene.cerda@akerman.com

Brigette G McGrath on behalf of Interested Party ORBIS RPM, LLC
bmcgrath@askllp.com, mudem@askllp.com

Juan J Mendoza on behalf of Creditor Committee Creditor Committee
jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com

Fernando J Menendez on behalf of Creditor Committee Creditor Committee
fmenendez@sequorlaw.com, jdiaz@sequorlaw.com

8

Megan W Murray on behalf of Creditor Chestnut Hill Technologies, Inc.
mmurray@underwoodmurray.com,
dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co, INC
aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co., Inc.
aneiwirthcourt@qpwblaw.com

Michael Jordan Niles on behalf of Debtor Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Creditor Brendan Abbott
joe@packlaw.com

Joseph A Pack on behalf of Creditor Peter Fischer
joe@packlaw.com

Jimmy D. Parrish on behalf of Creditor 1600FLL LLC
jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Justin D Plean on behalf of Creditor Hardrock Concrete Placement Co, INC
justin.plean@qpwblaw.com

Hamid R. Rafatjoo on behalf of Creditor ALDA 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor CI421 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor MFP 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Aliette D Rodz on behalf of Creditor Truist Bank
arodz@shutts.com

Mark S. Roher, Esq. on behalf of Creditor Jasmin Williams
mroher@markroherlaw.com,
ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dairy Farmers of America, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Doehler USA, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dohler Dahlenburg G.m.b.H
romeroe@bryancave.com, zeke.romero30@gmail.com

Steven R Safra on behalf of Creditor Cole, Scott & Kissane, P.A.
Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

David Samole, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and
subsidiaries
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Michael D. Seese, Esq. on behalf of Creditor Driscoll, LLP
mseese@seeselaw.com, sseward@seeselaw.com

Zach B Shelomith on behalf of Creditor All Brands Distribution, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Steven J. Solomon, Esq. on behalf of Creditor Steven J. Solomon Fiesta Warehousing &
Distribution
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-
Baliu@gray-robinson.com

Andrew Sorkin on behalf of Debtor Vital Pharmaceuticals, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-
2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Annie Yang Stoops on behalf of Creditor Premium Beverage Company
annie.stoops@afslaw.com

Frank Terzo, Esq. on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP

frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

Christopher R Thompson on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Thomas W. Tierney on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin
ttierney@rosswayswan.com, kkelly@rosswayswan.com

Michael W Ullman, Esq on behalf of Creditor The Hamilton Group (Delaware), Inc.
michael.ullman@uulaw.net,
jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Jeramy D Webb on behalf of Debtor Vital Pharmaceuticals, Inc.
jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com

Jason A. Weber, Esq. on behalf of Creditor Nexus Steel, LLC
jaw@tblaw.com, Nboffill@tblaw.com

Aaron A Wernick on behalf of Interested Party Gekay Sales + Service Co., Inc.
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov