**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

_____/

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Final Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief** (Docket No. 638)

- **Order Granting Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition [ECF No. 603]** (Docket No. 639)

- **Order Granting Debtors' Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts** (Docket No. 640)

Furthermore, on January 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Final Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief** (Docket No. 638)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on January 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on TOMCO2 Systems Company, Attn: Deborah L. Nelson at dnelson@twcryo.com:

- **Order Granting Debtors' Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts** (Docket No. 640)

Dated: January 12, 2023

       _/s/ Serina Tran_
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| 7-Eleven Inc. | Attn: Legal Department | 3200 Hackberry Rd | | Irving | TX | 75063-0131 |
| AK Office of the Attorney General | Attn: Legal Department | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 |
| AL Office of the Attorney General | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 |
| Americredit Financial Services Inc | Attn: Legal Department | 801 Cherry St. #3500 | | Fort Worth | TX | 76102 |
| Americredit Financial Services Inc | Attn: Legal Department | PO Box 78143 | | Phoenix | AZ | 85062-8143 |
| AR Office of the Attorney General | Attn: Legal Department | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Ardagh Metal Beverage USA Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave Suite 175 | | Chicago | IL | 60631-3515 |
| AZ Office of the Attorney General | Attn: Legal Department | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Ball Metal Beverage Container Corp | Attn: Legal Department | 10 Longs Peak Dr | | Broomfield | CO | 80021 |
| Belvac Production Machinery Inc. | Attn: Legal Department | 237 Graves Mill Rd | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | Attn: Legal Department | 5655 Paysphere Cir | | Chicago | IL | 60674 |
| BFG Corporation | Attn: Legal Department | 7211 N. McKinley Road | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | 51 Northeast 24th Street Suite 108 | Joseph A. Pack Jessey J. Krehl | Miami | FL | 33137 |
| CA Office of the Attorney General | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Canon Financial Services Inc. | Attn: Legal Department | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 |
| Centurylink Communications LLC | Level 3 Communications CenturyLink | 100 Centurylink Dr | | Monroe | LA | 71203 |
| CO Office of the Attorney General | Attn: Legal Department | 1300 Broadway, 10th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 |
| Crown Cork & Seal USA Inc | Christine J. Horn | 770 Township Line Rd | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | Attn: Legal Department | 2971 Center Port Circle | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | Attn: Legal Department | PO Box 641173 | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease LLC | Attn: Legal Department | 48 Pine Road | | Brentwood | NH | 03833 |
| CT Office of the Attorney General | Attn: Legal Department | 55 Elm St | | Hartford | CT | 06106 |
| DeLage Landen Financial Services | Attn: Legal Department | PO Box 41602 | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix Inc. | Leslie Maish | 314 W Michigan St | | Indianapolis | IN | 46202-3204 |
| Doehler USA Inc. | Paul Graham | 400 High Point Rd SE Suite 100 | | Cartersville | GA | 30120-6610 |
| FL Office of the Attorney General | State of Florida | The Capitol Pl 01 | | Tallahassee | FL | 32399 |
| Florida Department of Revenue | Attn: Legal Department | PO Box 6668 | | Tallahassee | FL | 32314 |
| Florida Office of the Attorney General | Attn: Legal Department | The Capitol Pl-01 | | Tallahassee | FL | 32399-1050 |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | Geneva | IL | 60134 |
| GA Office of the Attorney General | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Graphic Packaging International | Kara D'Amato | PO Box 404170 | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Service Corp | Attn: Legal Department | PO Box 660831 | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Preciado Elizabeth | PO Box 102922 | | Pasadena | CA | 91189-2922 |
| HI Dept of the Attorney General | Attn: Legal Department | 425 Queen Street | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | Attn: Legal Department | 21925 Network Place | | Chicago | IL | 60673-1219 |
| ID Office of the Attorney General | Attn: Legal Department | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| IL Office of the Attorney General | Attn: Legal Department | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Attn: Legal Department | 302 W Washington St 5th Fl | Indiana Government Center South | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | Ogden | UT | 84409 |
| Inventus LLC Legility | Jo Anna Williams | PO Box 130114 | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | Attn: Legal Department | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 |
| KS Office of the Attorney General | Attn: Legal Department | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| KY Office of the Attorney General | Attn: Legal Department | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 |
| LA Office of the Attorney General | Attn: Legal Department | 1885 N. Third St | | Baton Rouge | LA | 70802 |
| MA Office of the Attorney General | Attn: Legal Department | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 |
| MD Office of the Attorney General | Attn: Legal Department | 200 St. Paul Pl | | Baltimore | MD | 21202 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| ME Office of the Attorney General | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 |
| MI Depart of the Attorney General | Attn: Legal Department | 525 W Ottawa St | G. Mennen Williams Building, 7th Fl | Lansing | MI | 48933 |
| Missouri Attorney General's Office | Attn: Legal Department | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 |
| MN Office of the Attorney General | Attn: Legal Department | 445 Minnesota St Suite 1400 | | St. Paul | MN | 55101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | 523 W 6th St, Ste 400 | Attn: John C Hueston | Los Angeles | CA | 90014 |
| MS Office of the Attorney General | Attn: Legal Department | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| MT Office of the Attorney General | Attn: Legal Department | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| NC Attorney General's Office | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 |
| ND Office of the Attorney General | Attn: Legal Department | 600 E Blvd Ave Dept 125 | State Capitol | Bismarck | ND | 58505 |
| NE Office of the Attorney General | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough | Attn: Legal Department | 1320 Main St Fl 17 | | Columbia | SC | 29201-3268 |
| NH Office of the Attorney General | Attn: Legal Department | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 |
| NJ Office of the Attorney General | Attn: Legal Department | 25 Market St 8th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 |
| NM Office of the Attorney General | Attn: Legal Department | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| NV Office of the Attorney General | Attn: Legal Department | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 |
| NY Office of the Attorney General | Attn: Legal Department | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General DC | Attn: Legal Department | 441 4th St NW Suite 1100 | | Washington | DC | 20001 |
| Ohio Attorney General's Office | Attn: Legal Department | 30 E Broad St 14th Fl | State Office Tower | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | Oklahoma City | OK | 73126 |
| Orange Bang Inc. | c/o Knobbe Martens Olson & Bear | 2040 Main St 14th Floor | Attn: Steven J. Nataupsky | Irvine | CA | 92614 |
| Oregon Department Of Justice | Attn: Legal Department | 1162 Court St NE | | Salem | OR | 97301 |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 |
| Pepsico | Eric Hansen | 15 Melanie Ln | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | Clovis | NM | 88101 |
| Priority-1 Inc | Attn: Legal Department | 1800 E Roosevelt Rd | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | Attn: Legal Department | 4705 S 129th East Ave | | Tulsa | OK | 74134-7005 |
| RI Office of the Attorney General | Attn: Legal Department | 150 S Main St | | Providence | RI | 02903 |
| SC Office of the Attorney General | Attn: Legal Department | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 |
| SD Office of the Attorney General | Attn: Legal Department | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 |
| SDFL Attorneys Office | Attn: Legal Department | 99 NE 4th St | | Miami | FL | 33128 |
| SDFL US Trustee | Attn: J. Steven Wilkes | 51 SW 1st Ave | | Miami | FL | 33130 |
| Securities & Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | 200 Vesey St, Ste 400 | NY Regional Office Brookfield Pl | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | Atlanta | GA | 30326-1382 |
| Sony | c/o Pryor Cashman LLP | 255 Alhambra Circle 8th Floor | James Sammataro Brendan Everman | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | 7 Times Square 40th Floor | Seth L David R Stephanie C Sameer A | New York | NY | 10036-6569 |
| Speedway LLC | Chris Johnson | PO Box 7600 | | Springfield | OH | 45501-7600 |
| Stellar Group Inc. | Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| TFG-Leasing Fund III LLC | Attn: Legal Department | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | 300 Delaware Avenue, Ste 1410 | Attn: Joseph S. Naylor | Wilmington | DI | 19801 |
| The Huntington National Bank | Attn: Legal Department | 7 Easton Oval | | Columbus | OH | 43219 |
| The Huntington National Bank | Attn: Legal Department | PO Box 9 | | Buffalo | NY | 14240 |
| TN Office of the Attorney General | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 |
| Total Quality Logistics LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | Atlanta | GA | 30308 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | Jacksonville | FL | 32202 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Truist Bank | Attn: Legal Department | 10500 Little Patuxent Pkwy | Ste 450 | Columbia | MD | 21046 |
| Truist Bank | c/o Moore & Van Allen | Steve Gruendel & Luis Lluberas | 100 N Tryon St | Charlotte | NC | 28202-4003 |
| TX Office of the Attorney General | Attn: Legal Department | 300 W. 15Th St | | Austin | TX | 78701 |
| U.S. Bank Equipment Finance | Attn: Legal Department | 1310 Madrid Street | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | 255 Alhambra Circle 8th Floor | James G. Sammataro Brendan Everman | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | 7 Times Square 40th Floor | Attn Seth Lieberman Sameer Alifarag | New York | NY | 10036-6569 |
| US Attorney's Office DE | Attn: David C. Weiss | 1313 N. Market Street, Suite 400 | Hercules Building | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | Attn: Legal Department | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| VA Office of the Attorney General | Attn: Legal Department | 202 N. Ninth St. | | Richmond | VA | 23219 |
| Varni Brothers Corporation | Ray Morales Tony Varni Mike Varni | 400 Hosmer Ave | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | Attn: Legal Department | 109 State St. | | Montpelier | VT | 05609 |
| WA Office of the Attorney General | Attn: Legal Department | 1125 Washington St SE | | Olympia | WA | 98501 |
| Webb & Gerritsen | Attn: Legal Department | 1308 Poplar Dr | | Waukesha | WI | 53188 |
| Webbank | Attn: Legal Department | 6440 S. Wasatch Blvd. | Suite 300 | Salt Lake City | UT | 84121 |
| Wild Flavors Inc. | Mike Schneider | 1261 Pacific Ave | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | Attn: Legal Department | 114 E State Capitol | | Madison | WI | 53702 |
| WV Office of the Attorney General | Attn: Legal Department | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| WY Office of the Attorney General | Attn: Legal Department | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| XPO Global Forwarding Inc | Attn: Legal Department | 13777 Ballantyne Corporate Place | Suite 400 | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | jross@sidley.com<br>iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>cliff.waddington@crowncork.com<br>nick.osborne@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |

In re: Vital Pharmaceuticals, Inc., et al.<br>Case No. 22-17842 (PDR)

Page 1 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>romeroe@bryancave.com<br>zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com<br>fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com<br>dkariotis@wernicklaw.com<br>mlaverriere@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com<br>ccrumrine@burr.com<br>mlucca-cruz@burr.com<br>egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com<br>sales@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | c/o Genovese Joblove & Battista, PA | Attn: Paul J. Battista, Esq. & Glenn D. Moses, Esq. | pbattista@gjblaw.com<br>gmoses@gjblaw.com<br>gjbecf@gjb-law.com<br>cscavone@gjb-law.com<br>gjbecf@ecf.courtdrive.com<br>vlambdin@gjb-law.com<br>jsardina@gjb-law.com<br>imalcolm@gjb.law<br>hburke@gjb-law.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com<br>wbecf@brockandscott.com |

In re: Vital Pharmaceuticals, Inc., et al.<br>Case No. 22-17842 (PDR)

Page 2 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com<br>eyal.berger@akerman.com<br>charlene.cerda@akerman.com<br>brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com<br>frank.terzo@nelsonmullins.com<br>tlewis@broadandcassel.com<br>francis.santelices@nelsonmullins.com<br>serviceftl@broadandcassel.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com<br>echafetz@lowenstein.com<br>jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com<br>jmendoza@sequorlaw.com<br>fmenendez@sequorlaw.com<br>jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | matt.blum@wmg.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com<br>simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com<br>tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com<br>mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |

In re: Vital Pharmaceuticals, Inc., et al.<br>Case No. 22-17842 (PDR)

Page 3 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com<br>das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com<br>kkelly@rosswayswan.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com<br>annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com<br>andrea.olson@hklaw.com |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com<br>cguzman@carltonfields.com<br>miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com<br>drose@pryorcashman.com<br>schery@pryorcashman.com<br>salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com<br>celler@kelleylawoffice.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com<br>cindy.carhartt@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Jeramy D. Webb, Esq. | jeramy.webb@lw.com<br>new-york-ma-2860@ecf.pacerpro.com<br>jeramy-webb-1209@ecf.pacerpro.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 5 of 5

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Fabco Metal Products  LLC | Attn: Legal Department | 1490 Frances Dr | | Daytona Beach | FL | 32124 |
| Fabco Metal Products  LLC | c/o Gordon Rees Scully Mansukhani | 100 SE 2nd Street | Attn: Andrew R. Schindler | Miami | FL | 33131 |
| Faith Technologies  Inc. | Attn: Legal Department | 201 Main St | PO Box 260 | Menasha | WI | 54952 |
| Faith Technologies  Inc. | c/o Markowitz Ringel Trusty Hartog | 9130 S Dadeland Blvd Suite 1800 | Attn: Jerry M. Markowitz | Miami | FL | 33156 |
| Faith Technologies Incorporated | c/o Lewis Roca Rothgerber Christie | 201 E Washington St #1200 | Attn: Robert M. Charles  Jr. | Phoenix | AZ | 85004 |
| HACI Mechanical Contractors Inc. | c/o Paskert Divers Thompson | 100 N Tampa St Suite 3700 | Attn: M. Davis and A. Merritt | Tampa | FL | 33602 |
| Hardrock Concrete Placement Co  INC | c/o Quintairos Prieto Wood Boyer PA | 1475 Centrepark Blvd Suite 130 | Attn: Justin Plean  Esq. | West Palm Beach | FL | 33401 |
| Hardrock Concrete Placement Co Inc | Quintairos Prieto Wood & Boyer PA | 2400 East Commercial Blvd Suite 520 | Attn: Arthur C. Neiwirth | Ft. Lauderdale | FL | 33308 |
| Hardrock Concrete Placement Co. | Attn: Legal Department | 4839 W Brill St | | Phoenix | AZ | 85043 |
| Hardrock Concrete Placement Co. | Quintairos Prieto Wood & Boyer | 1475 Centrepark Blvd | Attn: Justin Plean | West Palm Beach | FL | 33401 |
| Heavy Equipment Movers Installation | Attn: Legal Department | 126 Industrial Dr | | Maysville | GA | 30558 |
| Integrated Masonry | Attn: Legal Department | 3241 E Shea Blvd | Suite 613 | Phoenix | AZ | 85028 |
| Integrated Masonry | c/o Radix Law | 15205 N. Kierland Blvd. Suite 200 | Attn: Carolyn R. Tatkin | Scottsdale | AZ | 85254 |
| ISEC  Inc. | Attn: Legal Department | 6000 Greenwood Plaza Blvd | Suite 200 | Greenwood Village | CO | 80111 |
| Nexus Steel  LLC | Attn: Robert Martens | 214 S Hamilton Pl | | Gilbert | AZ | 85233 |
| Nexus Steel  LLC | c/o Tiffany & Bosco  P.A. | 2525 E Camelback Rd | Attn: Christopher R. Kaup | Phoenix | AZ | 85016-4237 |
| Nexus Steel  LLC v. VPX JHO et al. | Nexus Steel  LLC | 214 S Hamilton Pl | | Gilbert | AZ | 85233 |
| Stellar Group Inc. | c/o Agentis PLLC | 55 Alhambra Plaza Suite 800 | Attn: R. Charbonneau & J. Cloyd | Coral Gables | FL | 33134 |
| Stellar Group Inc. | Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| Trench Shore Rentals | Attn: Legal Department | 320 S 19th Ave | | Phoenix | AZ | 85009 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| Fabco Metal Products, LLC | c/o Gordon Rees Scully Mansukhani, LLP | Attn: Andrew R. Schindler | aschindler@grsm.com |
| Faith Technologies Incorporated | Attn: Ken Baumgart | | ken.baumgart@faithtechinc.com<br>ron.rheinheimer@faithtechinc.com |
| Faith Technologies, Inc. | c/o Markowitz Ringel Trusty & Hartog P.A. | Attn: Jerry M. Markowitz | jmarkowitz@mrthlaw.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Hardrock Concrete Placement Co., Inc | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Justin Plean | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Nexus Steel, LLC | Attn: Robert Martens | | rob.martens@nexussteel.net |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| KJ Can (Singapore) Pte., Ltd. | c/o Geylang East Industrial Estate | 1014 Geylang East Avenue 3 #06-234 | Singapore | | 389729 | Singapore |
| LinkSquares Inc. | Attn: Vishal Sunak, CEO | 60 State St Suite 1800 | Boston | MA | 02109-1800 | |
| TOMCO2 Systems Company | Attn: Deborah L Nelson | 1609 W County Road 42, Suite 393 | Burnsville | MN | 55306 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)