UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:  Case No.: 22-17842-PDR
 Chapter 11
VITAL PHARMACEUTICALS, INC.,
d/b/a Bang Energy
d/b/a/ VPX Sports (Jointly Administered)
d/b/a VPX Redline d/b/a Redline
d/b/a Quash Life Lift

      Debtor.
_____/

**CERTIFICATE OF SERVICE AND CERTIFICATE
OF COMPLIANCE WITH LOCAL RULE 9073-1 (D)**

COMES NOW, Creditor, U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK EQUIPMENT FINANCE, (hereinafter referred to as "U.S. BANK" or "Creditor"), by and through its undersigned counsel, hereby certifies that it furnished a true and correct copy, of that certain Notice of Hearing [Doc 650] on the Verified Motion for Relief from the Automatic Stay, or in the Alternative, for Adequate Protection [Doc 642], by U.S. Mail to the Parties below not designated to receive service via the CM/ECF system, and that a true and correct copy was filed via CM/ECF system in the United States Bankruptcy Court, Southern District of Florida, and that a true and correct was furnished to the parties listed below in the manner indicated.

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to

-1-

practice in this Court, as set forth in Local Rule 2090-1(A).

Dated this 17th day of January, 2023.

**EMANUEL & ZWIEBEL, PLLC**

*/s/ Ronald M. Emanuel*
Ronald M. Emanuel, Esq.
Fla. Bar No.: 746932
ron.emanuel@emzwlaw.com
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324
Telephone: (954) 472-7500
*Attorneys for Creditor, U.S. Bank National Association*

**Via CM/ECF**

Jordi Guso, Esq.
Andrew Sorkin, Esq.
Jeramy D. Webb, Esq.
J. Steven Wilkes, Office of the United States Region 21, USDOJ
United States Trustee
Claims Agent – Stretto
Creditor Committee – c/o Clint E. Pyle and Leyza F. Blanco, Esq. and Juan J. Mendoza, Esq. and Fernando J. Menendez, Esq.

All Rule 1007-2 parties on the attached matrix designated to receive notice via CM/ECF.

**Via U.S. Mail**

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326

All Rule 1007-2 parties on the attached matrix not designated to receive notice via CM/ECF.