# Mailing Information for Case 22-17842-PDR

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**    aja@devaronalaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Paul J. Battista**    pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**    dharvath@harvathlawgroup.com
- **Christopher R Kaup**    crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Matthew F Kye**    mkye@kyelaw.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**    plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **Nir Maoz**    nmaoz@ktbslaw.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath**    bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**    muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**    joe@packlaw.com
- **Jimmy D. Parrish**    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**    justin.plean@qpwblaw.com
- **Hamid R. Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**    arodz@shutts.com
- **Mark S. Roher**    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Ian M. Ross**    iross@sidley.com
- **Steven R Safra**    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **David Samole**    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**    mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**    annie.stoops@afslaw.com

- **Carolyn Tatkin**     tatkin@radixlaw.com
- **Frank Terzo**     frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**     crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**     ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**     michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jeramy D Webb**     jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com
- **Jason A. Weber**     jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**     awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**     steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**     stuart.wilson-patton@ag.tn.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**ACAR Leasing Ltd d/b/a GM Financial Leasing**
POB 183853
Arlington, TX 76096

**AMEX TRS Co., Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**AmeriCredit Financial Services, Inc. dba GM Financial**
P O Box 183853
Arlington, TX 76096

**Andrew P Beilfuss**
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

**Matthew G Bouslog**
3161 Michelson Drive
Irvine, CA 92612-4412

**Yelizaveta L Burton**
1271 Avenue of the Americas
New York, NY 10020

**Carrollton-Farmers Branch ISO**
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

**Rudy J Cerone**
12th Floor 601 Poydras Street
New Orleans, LA 70130

**Eric Chafetz**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Robert Charles Jr**
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

**Stephanie P Chery**
7 Times Square
New York, NY 10036

**Jeffrey Cohen**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Committee**
,

**John D'Amico**
787 Seventh Avenue
New York, NY 10019

**Dallas County**
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

**George A Davis**
1271 Avenue of the Americas
New York, NY 10020

**John C Didonato**
550 W Van Buren St
Chicago, IL 60607

**William J Easley**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

**Russell H Falconer**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

**Robert J Feinstein, Esq.**
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

**Joseph D Frank**
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

**Laurence M Frazen**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

**Nicole Fulfree**
One Lowenstein Drive
Roseland, NJ 07068

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

**Stephen E. Gruendel**
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

**Jarret P Hitchings**
301 S. College Street, # 2150
Charlotte, NC 28202

**Teddy M Kapur**
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

**Christopher R Kaup**
2525 East Camelback Road
Phoenix, AZ 85016-4229

**Ira D Kharasch**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Jeremy C Kleinman**
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

**David M Levine**
1200 Brickell Ave # 750
Miami, FL 33131

**Tianjiao Li**
1271 Avenue of the Americas
New York, NY 10020

**Luis M Lluberas**
100 North Tryson St # 47
Charlotte, NC 28202-4003

**Erica Mannix**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Mark Margulies**
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

**John Whitney McVay Morley**
330 North Wabash Avenue #2800
Chicago, IL 60611

**Elizabeth A Morris**
1271 Avenue of the Americas
New York, NY 10020

**Hugh Murtagh**
1271 Avenue of the Americas
New York, NY 10020

**Richard M Pachulski**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Homer Parkhill**
1251 Avenue of the Americas
New York, NY 10020

**Amy C Quartarolo**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

**Jordana Renert**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**K. Scott Reynolds**
3133 W. Frye Road #101
Phoenix, AZ 85226

**Cole Richins**
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

**David C Rose**
7 Times Square
New York, NY 10036

**Brian S Rosen**
1271 Avenue of the Americas
New York, NY 10020

**Lindsay Sklar**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Andrew Sorkin**
555 Eleventh St NW #1000
Washington, DC 20004-1304

**States Logistics Services, Inc.**
5650 Dolly Avenue
Buena Park, CA 90621

**Stretto**
410 Exchange, Ste. 100
Irvine, CA 92602

**Jeramy D Webb**
330 North Wabash Avenue #2800
Chicago, IL 60611

**Jonathan J Weichselbaum**
1271 Avenue of the Americas

New York, NY 10020

**Brent C Williams**
500 West Madison St # 300
Chcago, IL 60661

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.