UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                        Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                     Case No.: 22-17842-PDR

    Debtors.                                          (Jointly Administered)
_____/

# AMENDED[2] DECLARATION OF MARK MARGULIES IN SUPPORT OF DEBTORS' APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF GRANT THORNTON LLP, AS FINANCIAL ADVISORS TO THE DEBTORS, EFFECTIVE AS OF DECEMBER 17, 2022

I, Mark Margulies, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Managing Partner of the South Florida offices of Grant Thornton LLP ("Grant Thornton"). Grant Thornton is a nationally recognized tax, audit, and financial advisory firm with particular experience in providing audit services to large and mid-size public and private companies. Grant Thornton maintains approximately 50 offices nationwide in Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, Kansas, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Texas, Utah, Virginia, Washington, D.C., Wisconsin, and internationally. I am based in Grant Thornton's Fort Lauderdale office located at 1301 International Parkway, Suite 300, Ft. Lauderdale, FL 33323.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Amended to include an additional disclosure as reflected in paragraph 3a.

2.      I am authorized to and hereby submit this declaration (the "Declaration") on behalf of Grant Thornton LLP, pursuant to sections §§ 105, 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of the *Debtors' Application for Approval of the Employment of Grant Thornton LLP as Financial Advisors to the Debtors, Effective as of December 17, 2022* (the "Application") filed by the Debtors.[3]  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify competently thereto.[4]

3.      To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, other than in connection with these chapter 11 cases, neither I, nor Grant Thornton, nor any of its partners, principals, employees, agents or affiliates, have any connection with the Debtors, their creditors, the United States Trustee, or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth below:

    a.      I am the first cousin of The Honorable Peter D. Russin, the Bankruptcy Judge assigned to these chapter 11 cases.

    b.      Grant Thornton is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these chapter 11 cases.

    c.      From time to time, Grant Thornton has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases. As described below, Grant Thornton has undertaken a detailed search to determine, and to disclose, whether it is providing or

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.
[4] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Grant Thornton and are based on information provided by them.

11872254-1

has provided, services to any significant creditor, equity security holder, insider or other party-in-interest in such unrelated matters.

       d.    Grant Thornton provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases. Those unrelated matters involve numerous attorneys, financial advisors and creditors, some of which may be claimants or parties with actual or potential interests in these chapter 11 cases, or may represent such parties.

       e.    Grant Thornton's personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, Grant Thornton may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other interested parties in these chapter 11 cases.

4.    Grant Thornton searched its client database to determine whether Grant Thornton had any relationships with the following (collectively, the "Interested Parties"):

    a.    the Debtors;

    b.    the Debtors' officers, directors and equity holders, as provided to Grant Thornton by the Debtors;

    c.    the Debtors' secured creditors, as provided to Grant Thornton by the Debtors; and

    d.    the Debtors' consolidated 30 largest unsecured creditors, as provided to Grant Thornton by the Debtors;

5.    Based on that search, Grant Thornton represents that, to the best of its knowledge, Grant Thornton knows of no fact or situation that would represent a conflict of interest for Grant Thornton with regard to the Debtors. Grant Thornton, however, wishes to disclose the list of checks and any relationships from the Interested Parties List on **Schedule 1**, attached hereto.

6. Grant Thornton submits that it holds no adverse interest as to the matters for which it has been employed by the Debtors. Grant Thornton submits that there are no simultaneous or prospective engagements existing, including that on behalf of the Debtors, which would constitute a conflict or adverse interest as to the matters for which it has been employed by the Debtors, nor would Grant Thornton staff such part-time temporary staff on any future matter that would constitute a conflict or adverse interest to these matters.

7. Grant Thornton previously provided certain services to the Debtors prepetition. As of the filing of the Debtors' bankruptcy petitions, the Debtors owed Grant Thornton $128,570.00 in fees and costs. However, Grant Thornton has agreed to waive its prepetition claim against the Debtors if authorized to provide post-petition services for the Debtors.

8. Grant Thornton includes advisors and crisis managers who provide services and advice specifically in the areas of restructuring and distressed debt. As a result, Grant Thornton has represented and may in the future represent certain Interested Parties in matters wholly unrelated to these chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders.

9. Grant Thornton is a "disinterested person" as that term is defined in section 101(14), given that, to the best of my information and belief, Grant Thornton:

    a. is not a creditor, an equity security holder, or an insider of the Debtors;

    b. is not and was not, within two years before the commencement of these chapter 11 cases, a director, officer or employee of the Debtors; and

    c. does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

11872254-1

10. Despite the efforts described above to identify and disclose Grant Thornton's connections with parties in interest in these chapter 11 cases, Grant Thornton is unable to state with certainty that every client relationship or other connection has been disclosed. In that regard, if Grant Thornton discovers additional information that requires disclosure, Grant Thornton will file a supplemental disclosure with the Court.

11. Grant Thornton reserves the right to supplement this Declaration in the event that Grant Thornton discovers any facts bearing on matters described in this Declaration regarding Grant Thornton's employment by the Debtors.

12. No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by Grant Thornton nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Grant Thornton has no agreement with any other entity to share with such entity any compensation received by Grant Thornton in connection with these chapter 11 case, except among employees of Grant Thornton.

13. Grant Thornton intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Grant Thornton.  Grant Thornton has agreed to discount its hourly rates for these engagements, which discounted rates are set forth as follows for the Tax Consulting, Tax Compliance and Debt Restructuring services, the rates are

| **Professional** | **Discounted Hourly Rates** |
|---|---|
| Partner | $785 |

| | |
|---|---|
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

For the Transaction Advisory services, the discounted hourly rates are:

| **Professional** | **Discounted Hourly Rates** |
|---|---|
| Partner/Principal | $907 |
| Managing Director | $831 |
| Director | $746 |
| Senior Manager | $670 |
| Manager | $608 |
| Senior Associate | $428 |
| Associate | $347 |
| India - Manager | $404 |
| India – Senior Associate | $209 |

14. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. The discounted hourly rate of Mark Margulies, whowill be principally responsible for the tax services to be performed on behalf of the Debtors is $785. The Debtors believe that the fee structure is reasonable, market-based, and designed to compensate Grant Thornton fairly for its work.

11872254-1

15. Any additional services beyond the scope of the services set forth above and in the Engagement Documents will be subject to the approval of the Court after notice and a hearing.

16. In addition, as set forth in the Application, Grant Thornton will bill for out-of-pocket expenses in connection with the matters contemplated by this engagement, including, but not limited, to the legal expenses for counsel, time, and expenses associated with administering the engagement and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

17. This concludes my Declaration.

## 28 U.S.C 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2023

_____

MARK MARGULIES

11872254-1

## **Schedule 1**

Conflict Check Entities

11872254-1

**Debtors**
Bang Energy Canada, Inc.
JHO Intellectual Property Holdings, LLC
JHO Real Estate Investment, LLC
Quash Seltzer, LLC
Rainbow Unicorn Bev LLC
Vital Pharmaceuticals International Sales, Inc.
Vital Pharmaceuticals, Inc. – Client Relationship

**Secured Creditors**
Agcountry Farm Credit Services, FLCA
Citizens Bank, N.A.
CoBank, ACB
Comerica Bank
Compeer Financial, PCA
Farm Credit Bank of Texas
Federal Agricultural Mortgage Corporation
Greenstone Farm Credit Services, FLCA
HSBC Bank USA, N.A.
Huntington National Bank
Synovus Bank
Truist Bank
United Community Bank d/b/a Seaside Bank and Trust

**Current and Former Officers and Directors of Debtors and Affiliates**
Greg Robbins
Frank Massabki
Rich Caruso
Kathleen Cole
Eric Hillman
Gregg Metzger
Gene Bukovi
Eugene Bukovi
Guillermo Escalante
Steven Panagos

**Significant Equity holders**
John H. Owoc – Client relationship

**Unsecured Creditors (30 Largest Claims)**
7-Eleven, Inc.
Ardagh Metal Beverage USA, Inc.
Ball Metal Beverage Container Corp.
Bevcorp LLC
Crown Cork & Seal USA, Inc.
Dairy Farmers of America, Inc.
Direct Connect Logistix, Inc.
Doehler USA, Inc.
Fona International, Inc.
Graphic Packaging International
Green Wave Ingredients (GWI)

9

11872254-1

Inventus, LLC/Legility
Monster Energy Company
Nelson Mullins Broad and Cassel f/k/a Nelson Mullins Riley & Scarborough LLP
Orange Bang, Inc.
Pepsico – Client Relationship
Premier Distributing Company
Priority-1, Inc.
QuikTrip Corporation
Speedway LLC
Stellar Group, Inc.
Target Corporation
The American Bottling Company
Total Quality Logistics LLC
Trinity Logistics, Inc.
Varni Brothers Corporation
Webb & Gerritsen
Wild Flavors, Inc.
XPO Global Forwarding, Inc.

Other
Bank of America – Client Relationship
PayPal – Client Relationship
Quarles & Brady – Client Relationship