UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING
SCHEDULED FOR JANUARY 19, 2023, TO CONSIDER APPLICATIONS
TO RETAIN SPECIAL COUNSEL**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), move the Court, on an *ex parte* basis, for the entry of an agreed order continuing the hearing scheduled for January 19, 2023, at 2:00 p.m., to consider (i) the *Debtors' Application for Order Authorizing the Employment of Andrew P. Beilfuss and the Law Firm of Quarles & Brady LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 511] (the "Q&B Application") filed on December 14, 2022; (ii) the *Debtors' Application for Approval of the Employment of Daniel L. Geyser and the Law Firm of Haynes and Boone, LLP, as Special Counsel to the Debtors, Effective as of November 3, 2022* [ECF No. 565] (the "H&B Application") filed on December 21, 2022; (iii) the *Debtors' Application for Approval of the Employment of Richard D. Faulkner and the Law*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11873333-1

*Firm of Faulkner ADR Law, PLLC, as Special Counsel to the Debtors, Effective as of November 1, 2022* [ECF No. 566] (the "Faulkner Application") filed on December 21, 2022. In support of this motion, the Debtors state:

## Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

## Relief Requested

7. On December 14, 2022, the Debtors filed the Q&B Application, seeking the approval of the employment of Quarles & Brady LLP, as special counsel to the Debtors, to represent (a) Vital Pharmaceuticals, Inc. ("VPX") in the California District Court Action (as defined in the Q&B Application, (b) VPX and JHO Intellectual Property Holdings, LLC ("JHO") in the OBI Appeal (as defined in the Q&B Application); (c) VPX and Jack Owoc in the Warner Litigation (as defined in the Q&B Application); (d) VPX and JHO in the PHD Marketing Appeal

2

(as defined in the Q&B Application); and (e) VPX in the W&G Appeal (as defined in the Q&B Application).

8. On December 21, 2022, the Debtors filed the H&B Application, seeking the approval of the employment of Haynes and Boone, LLP, as special counsel to the Debtors, to represent VPX and JHO in the OBI Appeal (as defined in the H&B Application, and, to the extent necessary, in any future proceedings relating to that appeal in the Supreme Court of the United States.

9. On December 21, 2022, the Debtors filed the Faulkner Application, seeking the approval of the employment of Faulkner ADR Law, PLLC, as special counsel to the Debtors, to represent VPX and JHO in connection with the OBI Appeal and the AAA Action (as such terms are defined in the Faulkner Application).

10. The hearing to consider the Q&B Application, H&B Application and Faulkner Application is scheduled for January 19, 2023 at 2:00 p.m.

11. On January 17, 2023, the Committee filed its *Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Pending Applications to Retain Special Counsel* [ECF No. 651] (the "Committee's Objection"), thereby objecting to the Q&B Application, H&B Application and the Faulkner Application, as well as to a fourth application [ECF No. 633] filed by the Debtors seeking the approval of the employment of Sanchez Fischer Levine, LLP, as special counsel to the Debtors, which application is presently scheduled for hearing on February 9, 2023.

12. Counsel for the Debtors and the Committee have engaged in discussions in an effort to resolve the Committee's objection to the special counsel retention applications prior to the January 19, 2023, hearing. However, the Debtors and the Committee have not yet resolved their disputes.

13. Given the pendency of the discussions, the Debtors request the Court to continue the January 19, 2023, hearing to consider the Q&B Application, H&B Application and Faulkner Application, to January 26, 2023 at 2:00 p.m., when the Court is scheduled to consider other matters in these cases.

14. This is the Debtors' second request for a continuance of the hearing to consider the Q&B Application, and the first request to continue the hearing on the H&B Application and Faulkner Application, and no party will be prejudiced by the granting of this Motion.

15. The Committee's counsel has advised that the Committee consents to the continuance requested herein. In addition, as required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors consent to the requested continuance.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the January 19, 2023, hearing to consider the (a) Q&B Application; (b) H&B Application; and (c) Faulkner Application to January 26, 2023, at 2:00 p.m., and (iii) granting such other and further relief as the Court deems just and proper.

Dated: January 18, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      tj.li@lw.com
      brian.rosen@lw.com
      jon.weichselbaum@lw.com

– and –

Respectfully submitted,

*/s/ Michael J. Niles*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

11873333-1

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

*Co-Counsel for the Debtors*

11873333-1

# **EXHIBIT A**

## **(Proposed Agreed Order)**

11873333-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**AGREED *EX PARTE* ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR JANUARY 19, 2023, TO CONSIDER APPLICATIONS TO RETAIN SPECIAL COUNSEL**

**THIS MATTER** having come before the Court without a hearing upon the *Debtors' Agreed Ex Parte Motion to Continue Hearing Scheduled for January 19, 2023, to Consider Applications to Retain Special Counsel* [ECF No. ___] (the "Motion") filed on January 18, 2023, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted the Committee's and Debtors' consents to the relief requested in the Motion, and finding

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11873354-1

good cause for the granting of the Motion.  It is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The hearing to consider the (i) *Debtors' Application for Order Authorizing the Employment of Andrew P. Beilfuss and the Law Firm of Quarles & Brady LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 511]; (ii) *Debtors' Application for Approval of the Employment of Daniel L. Geyser and the Law Firm of Haynes and Boone, LLP, as Special Counsel to the Debtors, Effective as of November 3, 2022* [ECF No. 565]; (iii) *Debtors' Application for Approval of the Employment of Richard D. Faulkner and the Law Firm of Faulkner ADR Law, PLLC, as Special Counsel to the Debtors, Effective as of November 1, 2022* [ECF No. 566] is continued from January 19, 2023 at 2:00 p.m. to **January 26, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2

5.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11873354-1