

**ORDERED in the Southern District of Florida on January 19, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., et al.

    Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

Jointly Administered

**ORDER GRANTING**
**AGREED EX-PARTE MOTION TO CONTINUE HEARING ON MOTION FOR**
**RELIEF FROM AUTOMATIC STAY TO LIQUIDATE PREPETITION CLAIM**

THIS MATTER came before the Court without hearing on the Agreed Ex-Parte Motion to Continue Hearing on the Motion for Relief from the Automatic Stay to Liquidate Prepetition Claim (the "Motion") [ECF No. 653] filed by Jasmin Williams. The Court having reviewed the Motion and noting the Debtor's agreement to the relief requested therein, it is

**ORDERED** as follows:

1.    The Motion is GRANTED.

1

2. The hearing on Movant's Motion for Relief from the Automatic Stay to Liquidate Prepetition Claim [ECF No. 546] is continued to **February 9, 2023, at 1:30 p.m.**

3. **The hearing will be conducted at the United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301**.

4. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5. The movant, or movant's counsel if represented by an attorney, must:

(a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

(b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

6. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

7. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities.

Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted

to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

###

Submitted by:
Mark S. Roher, Esq.
*Counsel for Movant*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email:  mroher@markroherlaw.com

[*Attorney Roher shall serve a copy of this Order upon all interested parties and to file a Certificate of Service with the Court*.]