United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 17, 2023 | Form ID: CGFCRD3C | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Jonathan J Weichselbaum, 1271 Avenue of the Americas, New York, NY 10020-1300 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com |
| Andrew Sorkin | on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 6 |
| Date Rcvd: Jan 17, 2023 | Form ID: CGFCRD3C | Total Noticed: 1 |

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Brendan S Everman
    on behalf of Creditor Zomba Recording LLC beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Musica  Inc. beverman@stroock.com,
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com,
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music Corp. beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com,
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com,
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Capitol Records  LLC beverman@stroock.com,
    ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

Carolyn Tatkin
    on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
    on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, mburns@tblaw.com

| | |
|---|---|
| Christopher R Thompson | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Christopher R Thompson | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Corali Lopez-Castro, Esq | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com |
| Craig I Kelley | on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Daniel Harvath | on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com |
| Daniel Harvath | on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com |
| David Samole, Esq | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| David B Marks | on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com |
| David H Conaway, Esq | on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com |
| David L Gay, Esq. | on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| Dennis J LeVine, Esq | on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| Edward M Fitzgerald, Esq | on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Eric S. Golden, Esq. | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eric S. Golden, Esq. | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eyal Berger, Esq. | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Fernando J Menendez | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Hamid R. Rafatjoo | on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | |

Case 22-17842-PDR    Doc 661    Filed 01/19/23    Page 4 of 8

| District/off: 113C-0 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: CGFCRD3C | Total Noticed: 1 |

|   |   |
|---|---|
|   | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Harris J. Koroglu | |
|   | on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com |
| Heidi A Feinman | |
|   | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Ian M. Ross | |
|   | on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com |
| J. Steven Wilkes | |
|   | on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov |
| Jason A. Weber, Esq. | |
|   | on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jeramy D Webb | |
|   | on behalf of Debtor Vital Pharmaceuticals Inc. jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com |
| Jerry M Markowitz | |
|   | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jesse R Cloyd | |
|   | on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Jimmy D. Parrish | |
|   | on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com |
| John A Anthony | |
|   | on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com |
| Jordi Guso, Esq. | |
|   | on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
|   | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, |

| | |
|---|---|
| | fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Joseph A Pack | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Keith W. Fendrick | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kevin Michael Capuzzi | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Marc P Barmat | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com |
| Mark S. Roher, Esq. | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Matthew F Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Matthew G Davis | on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com |

| District/off: 113C-0 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: CGFCRD3C | Total Noticed: 1 |

Michael D. Seese, Esq.
    on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq
    on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles
    on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Michael W Ullman, Esq
    on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net,
    jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nir Maoz
    on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq
    on behalf of Interested Party Jack H. Owoc pjbattista@venable.com
    cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com

Peter H Levitt, Esq
    on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com

Philip W Crawford
    on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com

Philip W Crawford
    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Ralph W. Confreda, Jr
    on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com

Robert C Furr, Esq
    on behalf of Creditor The American Bottling Company ltitus@furrcohen.com
    atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.
    on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com,
    nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D Bruckmann
    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com

Ronald M Emanuel, Esq
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com
    martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Ross R Hartog
    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com
    ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

Scott D Knapp
    on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
    on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.
    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com
    Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Stuart F Wilson-Patton
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
    on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 123

Form CGFCRD3C (06/11/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–17842–PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65–0668430

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Expedited Application to Employ Grant Thornton LLP as Financial Advisors to the Debtors, Effective as of December 17, 2022 (Expedited Hearing Requested on January 19, 2023 at 2:00 p.m.) [Affidavit Attached] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (643)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** January 19, 2023
   **Time:** 02:00 PM
   **Location:** U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated:** 1/17/23                                                                                            **CLERK OF COURT**

By: <u>Melva Weldon</u>
Courtroom Deputy