# EXHIBIT B

**SATISFACTION/CANCELLATION/RELEASE/TERMINATION OF SECURITY INSTRUMENT ASSIGNMENT OF LEASES AND RENTS**

Know all men by these present:

That Truist Bank FKA BRANCH BANKING AND TRUST COMPANY does hereby acknowledge that the indebtedness secured by a certain Assignment of Leases and Rents made by JHO REAL ESTATE INVESTMENT LLC dated 09/20/2019 and recorded among the land records of Maricopa, Arizona in Book N/A, at Page N/A, Instrument # 20190753166 has been paid and discharged, that Truist Bank FKA BRANCH BANKING AND TRUST COMPANY was, at the time of termination, the holder of the Note and Assignment of Leases and Rents, and that the lien of the Assignment of Leases and Rents is hereby terminated.

Parcel I.D.#: 4073378-9-5-5--

ADDRESS: 1635 S 43RD AVE, PHOENIX, AZ 85009

In witness whereof, the holder of said Assignment of Leases and Rents has caused the instrument to be executed in its behalf by (its agent) Vicky Watts Vice President, this 11/14/2020 .

*/s/ Brenda B Nobles*
Brenda B Nobles, Witness

Truist Bank FKA BRANCH BANKING AND TRUST COMPANY

*/s/ Lisa Ward*
Lisa Ward, Witness

By: */s/ Vicky Watts*
Vicky Watts, Vice President

State of North Carolina, County of COLUMBUS, to wit:

The foregoing instrument was acknowledged before me, Faye S Suggs, this 14th day of November , 2020 , by Vicky Watts, Vice President of Truist Bank FKA BRANCH BANKING AND TRUST COMPANY the holder of the Assignment of Leases and Rents referred to above and the he/she executed the aforegoing Release of Assignment of Leases and Rents for the purposed therein contained and that the facts set forth therein are true.

Witness my hand and Notarial Seal.

```
FAYE S SUGGS
Electronic Notary Public
Columbus Co., North Carolina
My Commission Expires Jul. 28, 2021
```

Notary Commission No.:
19951870015

*/s/ Faye S Suggs*
Faye S Suggs, Electronic Notary Public

Prepared By and Return to: Lisa Ward
Truist Bank, PO Box 1290, Whiteville, NC 28472-9962
9700309261 00001