# EXHIBIT E

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
8/1/2022 2:47:41 PM
Filing ID 14637125

1  JOHN L. CONDREY (SBN: 026220)
   **GORDON REES SCULLY MANSUKHANI, LLP**
2  Two North Central Avenue Suite 2200
   Phoenix, AZ 85004
3  Telephone: (602) 794-2474
   Facsimile: (602) 265-4716
4  jcondrey@grsm.com

5  Attorneys for
   Fabco Metal Products, LLC
6

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                        **MARICOPA COUNTY**

9

10  NEXUS STEEL, LLC, an Arizona          )   **CASE NO.  CV2022-008873**
    limited liability company,            )
11                                        )
                          Plaintiff,      )
12                                        )   **FABCO METAL PRODUCTS, LLC**
        vs.                               )   **COUNTERCLAIM AND CROSS-**
13                                        )   **CLAIMS**
    JHO REAL ESTATE INVESTMENT,           )
14  LLC., a Florida limited liability     )
    company, VITAL                        )
15  PHARMACEUTICALS, INC., a Florida      )
    corporation, d/b/a BANG, LLC, a       )
16  Florida limited liability company,    )
    FABCO METAL PRODUCTS, LLC., a         )
17  Florida limited liability company,    )
    BELVAC PRODUCTION                     )
18  MACHINERY, INC., a Virginia           )
    corporation, TRUIST BANK, a North     )
19  Carolina company, ISEC, INC., a       )
    Colorado corporation, HEAVY           )
20  EQUIPMENT MOVERS &                    )
    INSTALLATION, LLC, a Delaware         )
21  limited liability company, HARDROCK   )
    CONCRETE PLACEMENT CO. INC.,          )
22  an Arizona corporation, STELLAR       )
    GROUP, INC., a Florida corporation,   )
23  FAITH TECHNOLOGIES INC., a            )
    Wisconsin corporation, INTEGRATED     )
24  MASONRY, an Arizona company,          )
    HACI MECHANICAL                       )
25  CONTRACTORS, INC., an Arizona         )
    corporation, TRENCH SHORE             )
26  RENTALS, an Arizona corporation,      )
    THE MARICOPA COUNTY                   )
27  TREASURER'S OFFICE, BLACK &           )
    WHITE CORPORATIONS 1-10,              )
28                                        )
                          Defendants.     )

                            -1-

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

Now comes Fabco Metal Products, LLC ("Fabco") and sets forth its Counterclaim against Nexus Steel, LLC's ("Nexus") and Cross-Claims Against JHO Real Estate Investment, LLC ("JHO"), Vital Pharmaceuticals, Inc. ("Vital") d/b/a Bang, LLC, Belvac Production Machinery, Inc. ("Belvac"), Truist Bank ("Truist"), ISEC, Inc. ("ISEC"), Heavy Equipment Movers & Installation, Inc. ("HEMI"), Hardrock Concrete Placement Co., Inc. ("Hardrock"), Stellar Group, Inc. ("Stellar"), Faith Technologies, Inc. ("Faith"), Integrated Masonry ("Integrated"), HACI Mechanical Contractors, Inc. ("HACI"), Trench Shore Rentals ("Trench"), and the Maricopa County Treasurer's Office ("Maricopa County Treasurer"), and states as follows:

## FACTS COMMON TO ALL COUNTS

1.      Fabco is a Florida limited liability company and provided structural and miscellaneous steel for the Project that is the subject of the Real Property located at 1635 South 43rd Avenue, Phoenix, Arizona 85009, APN 105-14-001Q ("Property") in Maricopa County, Arizona.

2.      Nexus is an Arizona limited liability company and provided structural and miscellaneous steel erection for the Project that is the subject of the Property in Maricopa County, Arizona.

3.      Upon information and belief, JHO is a Florida corporation, which owns and operates the Property in Maricopa County, Arizona.

4.      Upon information and belief, Vital is a Florida corporation, which operates an energy drink bottling facility at the Property, in Maricopa County, State of Arizona.

5.      Upon information and belief, Belvac is a Virginia corporation, which recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

6.      Upon information and belief, Truist is a North Carolina bank, which recorded a Deed of Trust on the subject Property, in Maricopa County, Arizona.

7.      Upon information and belief, ISEC is a Colorado corporation, which recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

8.      Upon information and belief, HEMI is a Delaware limited liability company,

-2-

1    which recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

2         9.    Upon information and belief, Hardrock is an Arizona corporation, which

3    recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

4         10.    Upon information and belief, Stellar is a Florida corporation, which recorded

5    a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

6         11.    Upon information and belief, Faith is a Wisconsin corporation, which

7    recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

8         12.    Upon information and belief, Integrated is an Arizona company, which

9    recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

10         13.    Upon information and belief, HACI is an Arizona corporation, which

11    recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona

12         14.    Upon information and belief, Trench is an Arizona corporation, which

13    recorded a Mechanic's Lien on the subject Property, in Maricopa County, Arizona.

14         15.    Upon information and belief, Maricopa County Treasurer recorded a tax lien

15    on the subject Property, in Maricopa County, Arizona.

16         16.    On or about January 8, 2021, Fabco entered into a Steel Fabricator

17    Agreement with Stellar structural and miscellaneous steel for the Project that is the subject

18    of the Property.  A true and correct copy of Fabco's Steel Fabricator Agreement with

19    Stellar is attached hereto as **Exhibit A**.

20         17.    In accordance with the Steel Fabricator Agreement, Stellar agreed to pay

21    Fabco the sum of $3,434,097.31 for Fabco's work performed on the Project.

22         18.    In accordance with the Steel Fabricator Agreement, Fabco fabricated and

23    delivered structural and miscellaneous steel for the Project between June of 2021 and

24    March of 2022.

25         19.    In accordance with the Steel Fabricator Agreement, Fabco submitted eleven

26    payment applications for the work it performed on the Project between June of 2021 and

27    March of 2022.  True and correct copies of Fabco's payment applications are attached

28    hereto as **Group Exhibit B**.

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

-3-

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

20. In or around October of 2021, the Owner ceased issuing payments on the Project, and as a result, Stellar ceased issuing payments to Fabco on the Project.

21. In or around March of 2022, work on the Project was suspended in its entirety due to the Owner's failure to issue payments.

22. To date, Fabco is approximately 75% complete with its scope of work on the Project.

23. To date, Fabco has only been paid for its first four payment applications.

24. To date, Fabco is owed $2,160,783.76 for work it has performed on the Project.

25. In accordance with A.R.S. § 33-992.01, Fabco timely provided its 20-Day Preliminary Notice, a true and correct copy of which is attached hereto as **Exhibit C**.

26. On or about April 25, 2022, pursuant to A.R.S. § 33-981 *et. seq.*, Fabco timely recorded and provided proper notice of its Notice and Claim of Mechanics' and Materialmen's Lien against the Property in the Office of the County Recorder of Maricopa County, Arizona. A true and correct copy of Fabco's recorded Lien is attached hereto as **Exhibit D**.

## COUNT I – LIEN FORECLOSURE
### (All Defendants)

27. Fabco restates and realleges Paragraphs 1 through 26 as if fully set forth herein.

28. Fabco has performed all acts necessary to secure a valid and enforceable Mechanics' Lien on the Property.

29. Fabco's Mechanics' Lien shares equal priority with any other Mechanics' liens asserted against the Property.

30. Fabco is entitled to have this Court determine and declare the rights, priority, and title of all lien claimants, and other parties' claiming an interest in the Property, and to have an order that Fabco's lien be foreclosed on the Property, which is to be sold to satisfy all liens against it, in the order of their priority, treating all of the Mechanics' Liens

-4-

as being in parity and to have the sales proceeds distributed accordingly.

31.    In accordance with A.R.S.§33-995(E) and 33-998(B), Fabco is entitled to recover its reasonable attorneys' fees and costs incurred herein.

## COUNT II – BREACH OF CONTRACT

### (Stellar Group, Inc.)

32.    Fabco restates and realleges Paragraphs 1 through 26 as if fully set forth herein.

33.    Fabco and Stellar entered into a contract in which Fabco agreed to provide structural and miscellaneous steel for the Project in exchange for payment by Stellar in the original contract amount of $3,434,097.31.  (*See* **Ex. A**).

34.    Fabco has fully performed its obligations under the Steel Fabricator Agreement and has satisfied all conditions precedent thereunder.

35.    Stellar has breached the Steel Fabricator Agreement by failing to compensate Fabco for the work it performed on the Project.

36.    To date, Fabco has been damaged in the amount of $2,160,783.76 as a result of Stellar's breach of the Steel Fabricator Agreement.

37.    Fabco is also entitled to its attorneys' fees resulting from Stellar's breach of the Contract pursuant to A.R.S. § 12-341.01.

## COUNT III – UNJUST ENRICHMENT

### (JHO Real Estate Investments, Inc. and Vital Pharmaceuticals)

38.    Fabco restates and realleges Paragraphs 1 through 26 as if fully set forth herein.

39.    Fabco provided structural and miscellaneous steel for the Project, which benefitted the subject Property by the reasonable value of the materials and services provided, and has enriched JHO and Vital.

40.    To date, Fabco has not been paid $2,160,783.76 for the materials and services providing and enrichment to JHO and Vital for the subject Property, resulting in an impoverishment to Fabco.

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

-5-

41. To the extent that JHO and/or Vital have not paid Stellar in full for the material and services provided by Fabco, they have been enriched.

42. It is inequitable and unjust for JHO and/or Vital to retain the benefit of the enrichment from the material and services provided by Fabco without paying Fabco for the same.

43. Fabco is therefore entitled to receive payment from JHO and/or Vital in the amount, to date, of $2,160,783.76 for the materials and services providing an enrichment to JHO and Vital for the subject Property.

**WHEREFORE**, Defendant/Counterclaimant/Cross-Claimant Fabco Metal Products, LLC respectfully requests that this Court award judgment as follows:

    a.    That judgment is entered in Fabco's favor;

    b.    For attorneys' fees;

    c.    For costs of suit incurred herein; and

    d.    For such further relief as the court may deem proper.

Dated this 1st day of August 2022.

GORDON REES SCULLY
MANSUKHANI, LLP

By: _John L.Condrey_____
     John L. Condrey
     *Attorneys for Defendant Fabco*
     *Products, LLC*

Original of the foregoing filed
with the Court this 1st day of
August, 2022, and copy e-served
the same date, to:

Richard C. Gramlich
TIFFANY & BOSCO
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
T: 602.255.6000
F: 602.255.0103
Email: rcg@tblaw.com
*Attorneys for Nexus Steel, LLC*

Kimberley M. Davison_____

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

-6-

# EXHIBIT A

# EXHIBIT A

# SUBCONTRACT
## Stellar Group, Inc.
2900 Hartley Road
Jacksonville, FL 32257

| | | |
|---|---|---|
| **Subcontractor:** | Fabco Metal Products, LLC<br>1490 Frances Drive<br>Daytona Beach Florida 32124 | **Project Name and Location:** Bang Energy - Phoenix Can Manufacturing<br>1635 South 43rd Avenue<br>Phoenix Arizona 85009 |
| **Attention:** | Tom Emert | **Attention:** Brian Edberg |
| **Phone:** | (352) 373-3578 | **Mobile:** (904) 349-0640 |
| **Fax:** | (386) 258-3402 | **E-Mail:** bedberg@stellar.net |
| **E-Mail:** | temert@fabcometal.com | |

| Date<br>12/16/2020 | SC #<br>23006976-SUB-05 | Project #<br>23006976 | Contract Type<br>Lump Sum | FOB<br>Jobsite | Schedule<br>Per Superintendent |
|---|---|---|---|---|---|
| **Scope of Work: Structural Steel** | | | | | |

This Subcontract is made by and between Stellar Group, Incorporated, d/b/a Stellar, hereinafter referred to as Contractor, and the Subcontractor named above, at Jacksonville, Florida. In consideration of the mutual promises and undertakings set forth herein, Contractor and Subcontractor hereby agree to the terms and conditions set forth herein, including the Terms and Conditions attached hereto. Subcontractor agrees to perform and complete the following Work:

**A. Work:** Subcontractor agrees to perform and complete the scope of work generally as described in Exhibit A attached hereto and incorporated herein.

**B. Construction Progress Schedule:** Subcontractor agrees to complete the Work in strict accordance with the Construction Progress Schedule attached hereto as Exhibit B and incorporated herein.

**C. Contractor's Safety Requirements:** Subcontractor agrees to conform to Contractor's Request for Documentation, Bid Considerations, and Jobsite Safety Rules attached hereto as Exhibit C and incorporated herein.

**ALL FOR THE LUMP SUM OF**      **$3,434,097.31**

All licenses, permits, fees, taxes and insurance with Contractor named as additional insured included)

**Attachments:**

Exhibit-F-General Requirements.pdf, Exhibit-E---Stellar-Guide-for-Subcontractors-Usage-in-Procore.pdf, Exhibit-D-PHX VPX-Stellar DBIA_530___535_Cost_Plus_GMP 2020-07-28_Executed.pdf, 23006976 - Subcontract Attachments.pdf, Exhibit-C-JSP-Bang-Energy-Phoenix.pdf, Exhibit-H-Specifications dated 11.11.2020.pdf, 23006976 - Arizona Form 5005.pdf, 23006976 - Arizona Form 5000.pdf, Exhibit-B-06976-Bang PHX Can Manufacturing Schedule_PRELIMINARY.pdf, Exhibit-A-23006976-SUB-05-Structural Steel.pdf, Structural Steel Submittal Log 12.16.2020.pdf, Exhibit-G-Drawing Log dated 11.24.2020.pdf, 23006976 - Subcontract Attachments.pdf

**FOR ACCOUNTING PURPOSES ONLY:**

| Cost Code | | Distributed Value |
|---|---|---|
| 05-0501 - | 1760 | $117,903.75 |
| 05-0506 - | 1760 | $9,904.32 |
| 05-0506 - | 1760 | $70,959.24 |
| 05-0501 - | 1760 | $1,769,196.41 |
| 05-0505 - | 1760 | $130,340.91 |
| 05-0503 - | 1760 | $524,661.70 |
| 05-0506 - | 1760 | $591,250.98 |
| 05-0506 - | 1760 | $219,880.00 |
| | **Total:** | **$3,434,097.31** |

**THIS SUBCONTRACT INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ATTACHED HERETO AND INCORPORATED HEREIN.**

IN WITNESS WHEREOF, the Subcontractor and Contractor have executed this Subcontract on the date set forth above.

**FABCO METAL PRODUCTS, LLC**
Subcontractor

Signed and Dated: _Shane King_ 1/8/21

By: ~~Tom Emert~~ PRESIDENT
~~VP of Sales~~

**STELLAR GROUP, INCORPORATED**
Contractor

Signed and Dated: _____

By: Jonah Petoskey
Senior Project Manager

## SUBCONTRACT
### Stellar Group, Inc.

**SC #:**        23006976-SUB-05                                                                 **Date:**        12/16/2020

**Subcontractor:**    Fabco Metal Products, LLC                                                  **Page:**        2 of 6

## GENERAL NOTES

1.        Subcontractor and any Sub-Subcontractors must possess and, at the time of execution of this Agreement, furnish a copy of a valid state Contractors license for the state where the Project is located and for the scope of Work described herein. This Subcontractor must certify and warrant and furnish proof that it is currently registered to do business and remit state sales and use tax in the state where the Project is located. Contractor reserves the right to Withhold payment until this Subcontractor furnishes such proof. It is the Subcontractors responsibility to obtain and keep in force proper licensing in accordance with the laws and statutes of the state where the Project is located and to otherwise comply with all applicable federal, state and local laws, ordinances and regulations. Any Sub-Subcontractor must also comply with these provisions, and Subcontractor shall expressly incorporate these provisions into any agreement in which the Subcontractor subcontracts with another to perform any portion of the Work described herein.

2.        Immediately upon execution of this Subcontract, Subcontractor shall furnish to the Contractor all certificates of insurance in accordance with Paragraph Six Insurance Requirements of the Terms and Conditions. Subcontractor must submit all certificates of insurance prior to performing any on this Project.

3.        Subcontractor agrees to diligently pursue the Work and to meet the requirements set forth in the Construction Progress Schedule. In the event the Subcontractor delays the progress of the Work, he shall bear all costs of overtime, expediting and all special freight or other charges required to bring its progress to the level required. This Subcontractor may also be subject to damages or claims by the Contractor or other subcontractors brought about by Subcontractors negligence or its failure to adhere to the Construction Progress Schedule for any reason. Failure to comply with the Construction Progress Schedule may result in default under Paragraph Seven Default and Remedies of the Terms and Conditions.

4.        Work hours shall be established by the Contractor and shall be followed by the Subcontractor. The Subcontractor must work during regular hours and will not be permitted to work at night and/or on weekends. All overtime work must be approved by the Project Superintendent. A representative of Contractor must be on site at all times work is being performed.

5.        Subcontractor shall fully comply with the applicable employment verification procedures for all of its employees. Subcontractor certifies and warrants to Contractor that it maintains a I-9 compliance program for the express purpose of verifying lawful employment authorization to work in the United States for all of Subcontractors employees. The Subcontractor represents that it will follow all I-9 verification, reverification and updating procedures required by the Immigration Reform and Control Act of 1986 for all of Subcontractors employees on the Project. The Subcontractor further represents that it maintains a designated I-9 compliance officer who oversees the Subcontractors I-9 compliance procedures.

6.        Subcontractor shall cooperate fully the instructions and directions of the Project Superintendent and shall coordinate its Work the work of other subcontractors.

7.        Subcontractor shall perform all Work in a neat and professional manner and shall take great care not to damage any work already in place.

8.        The Subcontractor shall furnish shop drawings and submittal data to the Contractor no later than weeks after receipt of this Subcontract. Subcontractor shall submit six copies plus the number to be returned to Subcontractor.

9.        The Subcontractor shall furnish all layout and engineering in connection with its Work.

10.        The Subcontractor shall clean-up all debris from its work on a daily basis. If, in the opinion of the Contractor, clean-up is not satisfactory, the Contractor, alter giving reasonable notice to the Subcontractor, may clean up the premises at the cost and expense of the subcontractor and deduct such expense from payments due to the Subcontractor.

11.        Subcontractor certifies and warrants That he is aware of all federal, state and local safety requirements and regulations pertaining to the Work, and Subcontractor shall perform its Work in strict compliance with such requirements and regulations. Subcontractor shall also comply with Contractors' safety regulations.

12.        Subcontractor shall furnish Material Safety Data Sheets to the Contractor for material used in the Work and shall have same in its possession at the jobsite. Subcontractor shall pay any fines imposed for lack of the proper Material Safety Data Sheets.

13.        Subcontractor shall comply with the code requirements of any governmental or regulatory body having Jurisdiction over the Work. Subcontractor shall bring to the attention of the Contractor any discrepancy between the code requirements and the drawings or specifications

14.        Subcontractor shall be responsible for scheduling, deliveries and receiving of all materials and supplies required for the Work, The Contractor accepts no responsibility for unloading deliveries or the condition or quantity of any materials delivered in the Subcontractor's absence.

15.        It is the Subcontractor's responsibility to store and protect its materials, tools and equipment. Contractor shall not be liable in the event that Subcontractors materials, tools or equipment are lost, stolen or damaged.

16.        Subcontractor agrees to maintain as built documents and data applicable to the Work. Subcontractor shall provide these documents to (he Contractor prior to release of retainage.

17.        Payments shall be made in accordance with Paragraph Eight, Payment, of the Terms and Conditions attached to the Subcontract.

18.        Prior to submittal of the first Requisition for Payment, Subcontractor shall submit a detailed Schedule of Values acceptable to the Contractor, for the purpose of approving work-in-place and/or materials suitably stored on site.

19.        Prior to the final Requisition for Payment being processed, the Subcontractor shall submit to the Contractor, final lien waivers. final warranty, as-built drawings. copies of inspections and/or permits, three (3) hard copies and one (1) PDF copy of equipment operation and maintenance manuals and any other criteria required by the contract documents.

20.        Subcontractor must use the Contractors ·Subcontractor Requisition for Payment' form for all payment requisitions, and the form must bear the Subcontractors original signature, notarized.

21.        With every requisition for payment, Subcontractor must submit a validly executed Lien Waiver and, In the event that there is a payment bond on the project, a Waiver of Right to Claim Against the Bond, as a condition precedent to payment.

22.        The Subcontractor shall execute IRS document W-9 and return it to the Contractor with the executed Subcontract. Contractors receipt of the executed W-9 Is a condition precedent to payment.

23.        Subcontractor hereby acknowledges that it has received contract drawings and specifications for the Work.

24.        Modifications or alterations to this Subcontract are not valid without prior written approval of the Contractor.

25.        Prior to execution of any extra or change in the work, Subcontractor must submit a claim for Change in the Work end a Project Manager. or other Project Executive, must issue a Subcontractor Modification in accordance with Paragraph Three Changes in the Work of the Terms and Conditions. Contractor shall not compensate Subcontractor for such Work if the Subcontractors claim was not timely or the Contractor did not approve the claim and issue a Subcontractor Modification. The Superintendent does not have authority to modify the Subcontract or to approve extra work or claims for Change in the Work.

26.        Subcontractor shall not assign, in whole or in part assign or sublet this Subcontract or the proceeds due or to become due under this Subcontract Without the prior, express and written consent of the Contractor.

27.        Subcontractor shall maintain accurate as-built drawings during construction, and upon request, Subcontractor shall submit the drawings to the Contractor for periodic review. Failure to maintain accurate as-built drawings during construction may result in default under Paragraph Seven Default and Remedies of the Terms and Conditions. Not later than Substantial Completion, the Subcontractor shall deliver one clean set of marked-up drawings to the Contractor for inclusion in the close-out documents with the Owner.

28.        For each day the Subcontractor is on the jobsite, the Subcontractor shall submit a "Subcontractor's Daily Report" form, available at the Contractor's field office, to the Contractors Superintendent by 10:00 a.m. the following morning. Subcontractor's compliance with this provision is a condition precedent to payment.

29.        Subcontractor shall pay all taxes, assessments and premiums under the federal Social Security Act, any applicable unemployment insurance, workers compensation, disability benefits, sates tax, use tax, business tax, personal property tax laws, or other applicable laws now or later in effect payable by reason of or in connection with any part of the Work. In the event that Subcontractor fails to comply with these laws and Contractor becomes liable for such taxes, assessment or premiums, Subcontractor shall indemnify and hold harmless the Contractor and/or the Owner from and against such liability that Contractor and/or the Owner may incur as a result of such failure.

30.        Subcontractor is responsible for having an approved Subcontractor prequalification package on file prior to the issuance of a Subcontract.

# SUBCONTRACT
## Stellar Group, Inc.

**SC #:** 23006976-SUB-05

**Subcontractor:** Fabco Metal Products, LLC

**Date:** 12/16/2020

**Page:** 3 of 6

## TERMS AND CONDITIONS

1.     GENERAL CONTRACT. Contractor has entered or will enter into a General Contract with the Owner for the Project described on the first page of this Subcontract. Contractor has made or will make copies of the General Contract available to the Subcontractor (with dollar amounts redacted). The Project, including Subcontractor's Work, is to be constructed in accordance with the terms and conditions of the General Contract, including drawings and specifications and general, supplemental and special conditions and other Contract Documents described therein. Subcontractor hereby assumes the same conditions and responsibilities with respect to the performance under this Subcontract that the Contractor assumes toward the Owner with respect to its performance under the General Contract. If the General Contract varies or conflicts with any provision of this Subcontract, including any modification hereof, this Subcontract shall govern.

2.     SCOPE OF WORK. Subcontractor shall provide and pay for all labor, materials, services, tools, equipment and other things necessary to fully perform the Work set forth on the first page hereof, in cooperation with the other trades, in a good and workmanlike manner, and to the satisfaction and acceptance of Contractor and Owner or Owner's representative, which shall be final. Subcontractor has examined the premises and ascertained existing site conditions (including sub-surface conditions) and the nature and location of the Work thereon, All Work affected or governed by such site conditions or Work and services required for the thorough and satisfactory execution and completion of the work, whether indicated and specified or not, and regardless of quantity estimated, shall constitute a part of this Subcontract and be performed by Subcontractor without additional charge. Subcontractor expressly waives the right to make any claim arising out of minor variations in the actual condition of the premises from those conditions shown on the drawings and specifications.

3.     CHANGES IN THE WORK. Whenever the Contractor requests extra work, acceleration of work, compression of work or other changes requiring additional payments (collectively referred to herein as a 'Change in the Work') verbally or in writing directly or indirectly, Subcontractor shall present a written claim for compensation to the Contractor for such Change in the Work within ten (10) days of such request, Subcontractor hereby waives any claim for compensation not presented within ten (10) calendar days of the Change in the Work request. No dispute as to adjustment in the contract price due to Change in the Work shall excuse Subcontractor from proceeding within the original scope of Work or Change in the Work.

Subcontractor shall furnish a complete, itemized breakdown in sufficient detail to permit an analysis of all labor, material and equipment for any Change in the Work implemented at the direction of the Contractor and timely claimed in writing by Subcontractor.

In the event a Change in the Work affects the current Construction Progress Schedule, Subcontractor must include the claim for Change in the Work any request for time extension and justifications therefor.

It shall be a condition precedent to Subcontractors recovery of any compensation or damages for a Change in the Work of any type or any extension of time, whether requested (directly or indirectly, verbally or in writing) or caused by Contractor or others, that Subcontractor shall have made a specific written claim for such Change in the Work extension, compensations or damages within ten (10) days of the request or event giving rise to such Change in Work or extension of time.

Claims for any such Change in the Work, extension, compensation or damages received after ten (10) days are hereby waived by the Subcontractor and shall not be considered by the Contractor.

4.     PERFORMANCE. Subcontractor acknowledges that TIME IS OF THE ESSENCE with respect to Contractors completing the Project pursuant to the General Contract, and that such completion is substantially dependent upon Subcontractor's performance of this Subcontract on or before the dates set forth in the Construction Progress Schedule and/or elsewhere herein. TIME IS OF THE ESSENCE IN THIS SUBCONTRACT. Subcontractor shall turn the Work over to the Contractor in good condition and free and clear of all claims and liens, and shall, at its expense, indemnify Contractor and defend all suits and pay all claims arising from its actions and omissions or those of its vendors, sub-subcontractors or second-tier subcontractors in its performance of this Subcontract. Subcontractor shall pay the cost of any bond necessary to remove any mechanic's lien from the Project arising out of the Work of Subcontractor. Subcontractor covenants, agrees and warrants that he shall not employ any labor which may interfere with labor harmony at the job site or with the introduction and storage of materials and execution of work by other subcontractors. If Subcontractor breaches this covenant and such breach causes a stoppage or slowdown of Work at the jobsite, Subcontractor shall be liable for damages suffered by Contractor caused by such delay in completing the Project, including any liquidated damages in the General Contract imposed on Contractor for failing to complete the Project on the completion date set forth therein. This job shall be run Merit Shop. Subcontractor shall comply with all laws, ordinances and regulations relating to the manner of doing the Work or to the supplying of material, including, without limitation, laws, ordinances, rules, regulations and orders for the safety of persons and property, and Subcontractor shall provide safe working conditions for its employees and all other persons on the jobsite at all times. If Subcontractor discovers any errors, omissions or discrepancies in the drawings or specifications, the General Contract this Subcontract, Subcontractor shall immediately notify Contractor in writing. Any Work affected by such discoveries which Subcontractor performs prior to notifying Contractor and obtaining Contractors authorization to proceed shall be performed at Subcontractors risk. Subcontractor acknowledges that it may be performing the Work in the same area where other subcontractors, Contractor or Owner may be working, and the performance of work by the others may temporarily affect the Subcontractors Work. Subcontractor agrees to fully cooperate with the others to ensure an expeditious completion of the interfaces. If Subcontractors Work depends on the proper execution of work by others, then prior to the execution of its Work, Subcontractor shall inspect such work and submit a written report to the Contractor describing any defects. Subcontractors failure to inspect and report any defects prior to commencing its Work constitutes acceptance of such work by Subcontractor.

5.     INDEMNITY. (a) Indemnity. (1) General Indemnification for Damages to Persons or Property. To the fullest extent permitted by law, Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses and expenses arising from injury to or destruction of tangible property (other than the work itself), including loss of use resulting therefrom or accident, bodily injury, sickness, disease or death, or damage whatsoever to any person, firm or corporation, caused in whole or in part by any act, omission, negligence or default of the Owner or its officers, directors, agents, or employees; the Contractor or its officers, directors, agents, or employees; the Subcontractor or its officers, directors, agents, or employees; or any of the Subcontractors contractors, subcontractors, sub-subcontractors, materialmen, suppliers, servants, agents, or licensees of any tier or their respective employees.

Subcontractors indemnification of Contractor and/or Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon.

If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractor's expense by counsel satisfactory to Contractor and/or Owner.

In compliance with Florida Statute § 725.06, the indemnity obligation described in 5(a)(1) is limited to the greater of $1,000,000 or two times the total General Liability (including Umbrella Liability Policy) insurance limit required in Paragraph SIX, "+"insurance below, which amount the Parties agree bears a reasonable commercial relationship to the Subcontract and the risks associated with Subcontractor's performance thereunder.—··

The indemnity obligation described herein is intended to be consistent with the scope of indemnity obligations authorized by Florida Statute § 725.06, the provisions of which are incorporated herein by reference.

In the event any portion of the indemnity obligations described in the Contract is determined to· be inconsistent with Florida Statute § 725.06, the provisions of Florida Statute § 725.06 shall control, it being the intention of the parties that Subcontractor shall indemnify Owner and Contractor, their officers, directors, agents, or employees to the fullest extent authorized by Florida law.

Additionally, the parties agree that the indemnity provisions herein are hereby incorporated into the project specifications or project bid documents, if any,

# SUBCONTRACT
## Stellar Group, Inc.

| | | | |
|---|---|---|---|
| **SC #:** | 23006976-SUB-05 | **Date:** | 12/16/2020 |
| **Subcontractor:** | Fabco Metal Products, LLC | **Page:** | 4 of 6 |

(2) Indemnification for Economic Damages-Subcontractor's Labor Force. To the fullest extent permitted by law, the Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses, premiums, fines and any other expenses arising from Subcontractor's, Subcontractor's contractor's, subcontractor's, sub-subcontractor's, or of any tier or their respective employee's or any other statutory employee of Contractor as defined in Florida Statutes, S 440.02, violation of any provision of Chapter 440, Florida Statutes (a/k/a 'Workers Compensation Law).

Subcontractors indemnification of Contractor and Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon. If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractor's expense by counsel satisfactory to Contractor and/or Owner.

(3) Indemnification for Damages Associated with Performance of the Contract Work. To the fullest extent permitted by law, Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses and expenses arising from the conduct, management, or performance of the Work or the performance by Subcontractor under the terms of this Subcontract, including, but not limited to, any and all 3. claims arising from any condition of the Work due to any act, omission, negligence, breach or default on the part of Subcontractor in the performance of any obligation on its part to be performed pursuant to this Subcontract or liens relating to Subcontractors Work, regardless of who performs the Work, supplies materials, or asserts such lien.

Subcontractors indemnity of Contractor and Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon. If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractors expense by counsel satisfactory to Contractor and/or Owner.

6.      INSURANCE REQUIREMENTS. At Subcontractor's own expense and prior to commencing the Work, Subcontractor shall procure all insurance coverage as required hereunder and furnish Contractor with certificates of insurance, and copies of additional insured endorsements, executed by an authorized representative from an insurer duty licensed to transact business at the location of the jobsite.

Subcontractor shall maintain the required insurance coverage and provide current evidence of such coverage to the Contractor until the warranty period of the Subcontractors Work expires.

The insurance coverage as set forth below shall be issued from companies satisfactory to the Contractor and with an AM Best rating of not less than A- VII.

Securing and maintaining the insurance required hereunder is a condition precedent to payment, Furthermore, Subcontractor's failure to comply with the terms of this provision or its subparts shall constitute a default under Paragraph Seven Default and Remedies of the Terms and Conditions and, at Contractors option, Contractor may terminate this Subcontract for cause and/or purchase said insurance at Subcontractors expense.

(a) Commercial General and Umbrella Liability Insurance. If the estimated value of the Subcontract, including prospective change orders or modifications, is less than $2,000,000, the Subcontractor shall maintain commercial general liability (CGI) and, if necessary, umbrella insurance with a per project limit of not less than $2,000,000 each occurrence, subject to a general aggregate of not less than $2,000,000. If the estimated value of the Subcontract, including change orders or modifications, exceeds $2,000,000, the Subcontractor shall maintain commercial general liability (CGL) and, if necessary, umbrella insurance with a per project limit of not less than the total estimated value of the Subcontract per occurrence, subject to a general aggregate of not less than said total. If at any time a Change in the Work causes the total value of the Subcontract to exceed the Subcontractors current commercial general liability (CGL) per project limit and/or umbrella insurance per project limit, the Subcontractor must obtain the proper coverage as required herein and provide evidence of such coverage to the Contractor. The general aggregate limit shall apply separately to this Subcontract. The CGI- insurance shall be written on ISO occurrence form CG 00 01 (or a substitute form providing equivalent coverage). The coverage shall include liability arising from premises, operations, independent contractors, products-completed operations, personal injury & advertising injury, and liability assumed under an insured contract, including the tort liability of another assumed in a contract. The Subcontractor's CGL policy shall include Contractor as an additional insured for both ongoing and completed operations. The additional insured endorsements shall be written on ISO additional insured endorsement CG 20 10 07 04 (for ongoing operations) and CG 20 37 07 04 (for completed operations) (or substitute endorsements providing equivalent coverage) and attached to Subcontractors CGL, and to the commercial umbrella, if any. Subcontractor shall maintain ongoing CGL coverage for the products-completed operations hazard, including liability assumed under an insured contract, and the required additional insured coverage for the maximum period of time Subcontractor may be held legally liable for its work following substantial completion of the Work. Subcontractor shall maintain this coverage on ISO occurrence form CG 00 01 (or a substitute form providing equivalent coverage). Subcontractors CGL insurance shall apply as primary insurance with respect to any other insurance or self-insurance programs afforded to Contractor, and no endorsement or modification of the CGL shall make the coverage excess over other available insurance.

(b) Automobile and Umbrella Insurance. Subcontractor shall maintain automobile liability insurance and, if necessary, umbrella liability insurance with a limit of not less than $1,000,000 each accident. Such insurance shall cover liability arising out of 'any auto', including owned, hired, and non-owned autos. Coverage shall be written on ISO form CA 00 01, or a substitute form providing equivalent liability coverage. Stellar shall be added as an additional insured to the auto and umbrella policy.

(c) Workers Compensation Insurance. Subcontractor shall maintain worker's compensation and employer's liability insurance. The worker's compensation coverage shall provide the statutory maximum limit of liability.

The employer's liability limits shall not be less than $1,000,000 each accident for bodily injury by accident or $1.000,000 each employee for bodily injury by disease.

(d) Pollution Liability Insurance. Pollution Liability Insurance is required with a limit of no less than $1,000,000 This coverage must include damage caused by pollutants, which is any solid, liquid, gaseous or thermal irritant including mold and fungus, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. This coverage must include completed operations. Any exception to this requirement will be determined by Stellar according to Exhibit A Scope of Work.

(e) Professional Liability Insurance. If Subcontractors scope of services includes design work or other professional services, then Subcontractor shall maintain insurance coverage for Subcontractors errors, omissions and other wrongful acts arising out of the professional services performed by Subcontractor. The limit of liability shall not be less than $1,000,000.

(f) Waiver of Subrogation. Subcontractor waives all rights against Contractor and its agents, officers, directors and employees for recovery of damages to the extent that any of the policies of Insurance maintained pursuant to this Subcontract covers these damages.

(g) Sub-subcontractors Insurance. Subcontractor shall cause each Sub-subcontractor employed by Subcontractor to purchase and maintain insurance of the type specified in this agreement. When requested by Contractor, Subcontractor shall furnish to Contractor copies of certificates of insurance evidencing coverage for each Sub-subcontractor.

(h) No Representation of Coverage Adequacy. By requiring the insurance as set out in this Subcontract, Contractor does not represent that such coverage and limits will be adequate to protect Subcontractor, and Subcontractor acknowledges that its liability under the indemnities provided to the Contractor and/or Owner pursuant to this Subcontract is not limited to such coverage and limits.

7.      DEFAULT AND REMEDIES. (a) Should Subcontractor at any time fail to prosecute and complete the Work in accordance with the Construction Progress Schedule, as herein provided or as directed by Contractor; or fail to diligently and continuously perform its Work; or if, in the opinion of Contractor, the Work of Subcontractor cannot be completed in the time period required; or if Contractor Is notified of Subcontractors failure to pay for any material or labor used on the Project; or in the event of a

## SUBCONTRACT
### Stellar Group, Inc.

**SC #:**        23006976-SUB-05                                                                                         **Date:**      12/16/2020

**Subcontractor:**   Fabco Metal Products, LLC                                                                            **Page:**      5 of 6

strike or stoppage of Work resulting from a dispute involving or affecting the labor employed by Subcontractor or its sub-subcontractors; or if Subcontractor fails to perform any of the requirements of this Subcontract; then such event shall constitute a default hereunder and Contractor shall notify Subcontractor to correct such default and shall specify in such notice the action to be taken and the date by which the default shall be corrected (the "Notice of Default").

(b) If a default occurs and Subcontractor has not corrected the default on or before the date specified in the notice to the Subcontractor, Contractor may exercise any or all of the following remedies:

Contractor may immediately take any action necessary to correct such default, including without limitation the right to provide labor, overtime and materials, and may deduct the cost of correcting such default from any payment due or to become due to Subcontractor or recover such cost from Subcontractor if no sums are due or become due to Subcontractor.

The Contractor may terminate this Subcontract, take possession of Subcontractors materials, tools and equipment used in performing the Work, and employ another subcontractor or use the employees of Contractor to finish the remaining Work to be performed hereunder.

Contractor may deduct the costs of completing the remaining Work from the unpaid Subcontract Price and if the cost of completing the remaining Work exceeds the unpaid Subcontract Price, Subcontractor shall pay Contractor such excess cost, including, without limitation, overhead and attorneys' fees; and

The Contractor may exercise any remedy at law or in equity available as a result of Subcontractors default or non-performance under this Subcontract.

Contractor, in any such event, may also refrain from making any further payments to Subcontractor until the entire Project shall be fully finished and accepted by Owner at which time, if the unpaid balance of the amount to be paid under this Subcontract shall exceed the sum of the expense incurred by the Contractor in finishing the Work and the damage sustained by Contractor as a result of Subcontractors default, then such excess shall be paid by Contractor to Subcontractor, but if the sum of such expenses and damages shall exceed such unpaid balance, Subcontractor shall promptly pay the difference to the Contractor.

(c) Upon any default, Subcontractor shall pay to Contractor its attorneys' fees and court costs incurred in enforcing this Subcontract or seeking any remedies hereunder. Subcontractor shall pay all such fees and costs, whether or not suit is filed and in connection with any appeal and in connection with any bankruptcy or other insolvency proceeding.

(d) If Contractor does not terminate Subcontractors right to proceed, Subcontractor shall continue with the Work.

(e) If Owner is damaged by reason of any breach by Subcontractor of this Subcontract, then Subcontractor shall pay Owner such damages, together with all costs of collection including court costs and attorneys' fees.

(f) Subcontractor hereby knowingly and voluntarily waives all claims for damages due to delays, disruptions, constructive acceleration of work and similar economic losses and agrees that its sole and exclusive remedy for any such claims shall be an extension of the contract time provided that Subcontractor makes a written claim for such extension within ten (10) days of the event giving rise to the claim.

(g) Proposed Setoff Clause - If at any time Subcontractor is indebted to Contractor under any other subcontract or for any other reason, Contract shall have the right to set off such indebtedness against any payments earned under this Subcontract. Additionally, if Subcontractor defaults on any other subcontract on this Project for any reason, such default shall also constitute a default under this Subcontract.

(h) Proposed Bankruptcy/Insolvency Clause - If Subcontractor should file for bankruptcy protection, otherwise become insolvent, or encounter financial difficulties which impair the ability of Subcontractor to perform its obligations under this Subcontract fully and efficiently, then Contractor may, upon written notice, terminate Subcontractors performance under this Subcontract for cause, and Subcontractor shall pay to Contractor the amount of loss or damage sustained by Contractor as a result of the termination.

8.      PAYMENT. (a) Subcontractor shall, prior to submission of its first requisition for payment, give Contractor the name, address and telephone number of every material supplier and sub-subcontractor furnishing materials and/or labor to Subcontractor for the Work covered herein.

If Contractor receives the Subcontractor's requisition for payment and all required lien waivers by the 22nd day of the month, Contractor shall process the requisition for payment by the 25th day of the following month or 5 days after receipt of payment from the Owner, whichever is greater. The amount of each such payment is always subject to the approval of Contractor. Subcontractor, at Contractors request, shall provide evidence that that the unpaid balance of the Subcontract Price, exclusive of Retainage, is at all times sufficient to complete Subcontractors remaining Work hereunder. All monthly payments are subject to a ten (10) percent Retainage. Contractor shall disburse Subcontractor's Retainage within sixty (60) days following completion and acceptance by the Owner of the entire Project of which Subcontractors Work is a part, however, Contractors receipt of the Retainage from Owner is an absolute condition precedent to disbursement of the Subcontractors Retainage.

Subcontractor shall submit all requisitions for payments on the Contractors "Subcontractor Requisition for Payment" form. The form must bear the original, notarized signature of an authorized agent of the Subcontractor. With each requisition for payment, Subcontractor must also submit a valid lien and/or bond waiver(s), on the Contractors form(s), from Subcontractor and each of its sub-subcontractors and suppliers. The waiver(s) must bear the original, notarized signature of an authorized agent of the entity waiving its bond and/or lien rights, and must cover the time period and the amount of all materials, labor and Work reflected in such requisition (including final lien and/or bond waivers with the final requisition for payment). Furthermore, if requested, Subcontractor shall submit evidence satisfactory to Contractor that all payroll; bills for materials and equipment; sales, use and business taxes; and all known indebtedness connected with Subcontractor's Work have been satisfied.

(b) Subcontractor shall defend and discharge any liens or claims arising from its performance or failure to perform under this Subcontract and shall indemnify and hold the Contractor and the Owner harmless from any losses, damages, costs, expenses and attorneys' fees relating to or resulting from mechanics' liens, equitable liens or payment bond claims arising by, through, or under Subcontractor.

Subcontractor shall make payment to sub-subcontractors and suppliers in an amount equal to the percentage of completion allowed to the Subcontractor on account of its Work. Subcontractor agrees that it shall only use sums received for its performance of this Subcontract for labor, services and material provided hereunder and shall not use such sums to satisfy Subcontractors obligations on other contracts.

Subcontractor agrees that Contractor may pay Subcontractor's material suppliers or Sub-Subcontractors with Subcontractor-by joint checks at any time. Furthermore, Contractor may make direct payments to Subcontractor's material suppliers or Sub-Subcontractors, provided that Contractor has given Subcontractor seven (7) days prior written notice of intent to make such payment(s) and the amount of such payment(s).

(c) Notwithstanding anything to the contrary appearing herein or in any of the Contract Documents, (including but not limited to the General Contract between Owner and Contractor) either implicitly or explicitly, Subcontractor is not entitled to receive any progress payment or final payment prior to Contractors actual receipt of that payment from Owner, Subcontractor agrees that Contractors actual receipt of full payment from the Owner is a condition precedent to Contractor's obligation to pay Subcontractor and to the bringing of any action by Subcontractor against Contractor (and its surety, if any) relating to Contractors failure to make payment. Subcontractor further agrees that its full performance of this Subcontract shall not constitute an exception to the condition set forth in this paragraph. Subcontractor agrees that this provision also constitutes a condition precedent to any claim against any payment bond in effect on the Project.

9.      SHOP DRAWINGS. Subcontractor shall review Shop Drawings for compliance with the Subcontract Documents and approve and submit to the Contractor all Shop Drawings required by the Subcontract Documents. Subcontractor shall submit Shop Drawings with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of Owner, Contractor or other subcontractors. Contractors review of the Subcontractor's submittals shall not (a) relieve Subcontractor of its obligations

# SUBCONTRACT
## Stellar Group, Inc.

| | | | |
|---|---|---|---|
| **SC #:** | 23006976-SUB-05 | **Date:** | 12/16/2020 |
| **Subcontractor:** | Fabco Metal Products, LLC | **Page:** | 6 of 6 |

or release Subcontractor for any liability under the Subcontract Documents or any section hereof, (b) constitute Owners or Contractor's approval of Subcontractors safety precautions, construction means, methods, techniques, sequences or procedures, or (c) represent Contractor's determination of accuracy and completeness of details of the Work such as dimensions or qualities, or Contractors substantiation of instructions for installation or performance of equipment or systems, all of which remain the responsibility of Subcontractor as required by the Subcontract Documents.

10.    WARRANTY. Subcontractor warrants to the Contractor that all materials and equipment furnished under the Subcontract will be new unless otherwise specified and that all Work will be of good quality, free from faults and defects and in conformance with the Contract Documents. All Work not so conforming to these standards shall be considered defective. If required by the Contractor, the Subcontractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment incorporated in the Project. Subcontractor shall warrant all materials and workmanship furnished or performed hereunder to be free of defects for a period of one year from date of acceptance by Owner of the entire Project unless otherwise specified herein and shall, at its expense, promptly replace, repair or correct any such defective materials or workmanship appearing within warranty period as set forth herein. Subcontractor shall submit and assign all factory warranties on equipment and materials installed by him and, at the option of Contractor, shall initiate an assignment to Contractor and/or assigns a service agreement with a local service agency covering all equipment, workmanship and materials so installed. The warranty provided in this paragraph and elsewhere in the Contract Documents is in addition to and not in limitation of any other warranty or remedy provided by law or required by the Contract Documents.

11.    IMMIGRATION LAWS COMPLIANCE. Subcontractor must fully comply with all employment verification procedures, including without limitation, complying with all I-9 verification, reverification and updating procedures as required by the Immigration Reform and Control Act of 1986, for all of its employees. Subcontractor certifies and warrants to Contractor that it maintains an I-9 compliance program for the express purpose of verifying lawful employment authorization to work in the United States for all of its employees. The Subcontractor further represents that it maintains a designated I-9 compliance officer who oversees the Subcontractors I-9 compliance procedures.

12.    MISCELLANEOUS. Subcontractor shall remove from the premises, as directed by Contractor, all rubbish and surplus material which may accumulate from the prosecution of its Work.

Should Subcontractor fail to do so, Contractor may, at its option, remove same and deduct the cost of such removal from any amounts owed to Subcontractor and if the cost of such removal exceeds the unpaid Subcontract Price, Subcontractor shall pay Contractor such excess cost.

Notwithstanding anything contained herein to the contrary, Contractor may, without cause, terminate this Subcontract at any time upon written notice to the Subcontractor.

The Subcontractor shall not be entitled to anticipate a profit or damages for any termination by Contractor for its convenience.

This Subcontract contains the entire agreement between Contractor and Subcontractor.

All prior negotiations, representations and agreements with respect to this Subcontract not specifically incorporated herein are hereby cancelled.

Owners substantial performance of the General Contract is a condition of Contractors obligation under this Subcontract.

If Owner becomes bankrupt or otherwise defaults in its payments to Contractor under the General Contract, and/or terminates the General Contract with or without cause, then, upon written notice thereof to Subcontractor, Contractor may terminate this Subcontract and will thereupon, subject to the conditions of paragraph 8(c) of this Subcontract, be liable to Subcontractor only for cost of Work actually performed by Subcontractor at the time of said notice (subject to the provisions of paragraph 8(c) hereof) and for no further compensation or damage.

Subcontractor shall protect its finished Work against damage by other trades and shall be liable for damage caused by him to the Work of others.

Subcontractor shall pay the cost of replacement or repair to the Work of other trades damaged by him or occasioned by the correction of its defective Work and should Subcontractor fail to do so, Contractor may, at its option, correct such defective Work and deduct the cost thereof from any amounts owed to Subcontractor and if the cost of such correction exceeds the unpaid Subcontract Price, Subcontractor shall pay to Contractor such excess cost.

Subcontractor is responsible for determining the location of and for any damage caused by him to any underground objects, including but not limited to sewer, water, gas, electric or telephone lines, cables, pipes and tunnels.

Subcontractor shall obtain and pay for all taxes, permits, licenses and official inspections made necessary by its Work and comply with all laws, ordinances and regulations relating thereto.

Subcontractor expressly understands and agrees that its only remedy for delays in the Work shall be for an extension of time for the number of days by which he has been delayed, as determined by Contractor and/or Owner, and that Subcontractor shall not be entitled to any recovery for losses, expenses or damages relating to such delays, however caused; provided, however, that no allowance for additional time shall be made for any cause unless a request for an extension is presented in writing to Contractor within ten (10) days after occurrence of the event giving rise to the delay.

Any claim not so presented within ten (10) days shall be deemed waived by the Subcontractor and shall not be considered.

It may be necessary for the Owner to occupy a portion of the Work which Subcontractor has either partially or fully completed prior to final inspection or acceptance by the Owner.

Such occupancy shall not relieve the Subcontractor of its guarantee of Work or modify the warranty period described above.

The parties to this Subcontract agree that execution of this Subcontract was in Jacksonville, Duval County, Florida.

The laws of the State of Florida shall govern the construction, interpretation, enforcement and all other matters relating to this Subcontract and any amendments or modifications, and jurisdiction and venue for any litigation arising under this Subcontract lies exclusively with the appropriate court in Duval County, Florida to the exclusion of any other jurisdiction or venue.

Subcontractor waives the right to trial by jury on any issues relating to this Subcontract.

| | |
|---|---|
| **FABCO METAL PRODUCTS, LLC** | **STELLAR GROUP, INCORPORATED** |
| Subcontractor | Contractor |
| Signed and Dated: _____ 1/8/21 | Signed and Dated: _____ |
| By: ~~Tom Emard~~   SHANE KINTER | By: Jonah Petoskey |
| ~~VP of Sales~~   PRESIDENT | Senior Project Manager |

Reviewed by Sales - TE 1-6-21
Bob Ralston PM 1/7/21

# Exhibit A
# Structural Steel

Attachment Fabco Metal Products, LLC Subcontract # 23006976-SUB-05 dated 12/16/2020

1. **Scope of Work**

   1.1   The undersigned Subcontractor, having become thoroughly familiar with the project documents provided and the local conditions affecting the performance and cost of the work, hereby agrees to provide all labor, materials, tools, equipment, freight, supervision, applicable taxes, insurance, services, permits, and miscellaneous incidentals as required to complete in every respect the work as described herein, in strict accordance with the Exhibits, General Notes, and Terms and Conditions of the Subcontract, the additional Subcontract support documents listed below, and all applicable federal, state, and local requirements.

   1.2   Henceforth, the word "provide" shall mean furnish and deliver.

   1.3   Henceforth, the phrase "as indicated" shall mean as indicated in the project documents.

   1.4   The Work to be performed under this Subcontract includes (but is not limited to) the following work:

        1.4.1.   Furnish Miscellaneous Steel as indicated, including but not limited to:

            1.4.1.1.   Column Anchor Bolts and Base Plates

            1.4.1.2.   Bollards (Including Bollard Horizontal Rails)

            1.4.1.3.   Dock Leveler Frames and Embeds

            1.4.1.4.   Trench Angles and Embeds

            1.4.1.5.   Vibration Pad Embeds

            ~~1.4.1.6.   Armor Joints~~  excluded per proposal

            1.4.1.7.   Sump Pit Angles and Embeds

        1.4.2.   Provide Structural Steel as indicated, including but not limited to:

            1.4.2.1.   Stairs, Handrails and Guardrails (Exterior -- Galvanized)

            1.4.2.2.   Complete Equipment Platform Systems

            1.4.2.3.   Cooling Tower Framing (Galvanized)

            1.4.2.4.   Utility Piping Framing

            1.4.2.5.   Mechanical Louver Opening Columns

            1.4.2.6.   Overhead Door Structural Steel Frames

            1.4.2.7.   Concrete Ceiling Lid Angles to Existing Tilt Up Panels

            1.4.2.8.   Trench Grating and Trench Steel Supports (Galvanized, Stainless Steel and Fiberglass.)

            1.4.2.9.   Structural Steel Columns and Beams

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 2 of 6

1.4.3.   All freight is included in pricing, and delivery is to be FOB jobsite.

1.4.4.   Drill and epoxy anchor bolts as needed for structural steel installation.

1.4.5.   Provide all columns, beams, channels, angle supports, bent plates, wall shear plates, bars, tubing, pipe, embeds, anchor bolts as necessary and indicated.

1.4.6.   Provide all detailing as indicated for a complete installation of the steel scope.

1.4.7.   All steel exposed to the external environments is to be hot dipped galvanized.

1.4.8.   All interior exposed steel is to be shop painted with structural steel primer.

1.4.9.   Any cuts or welds on galvanized steel are to be painting with cold galvanize after completion.

1.4.10. All weld and burn marks on prime painted steel are to be touched up with spray paint primer.

1.4.11. Receive and unload all deliveries of structural steel.

1.4.12. Install all handrail as indicated, to include core drilling at all concrete ramps and stairs.

1.4.13. All anchor bolt sets will have one leveling nut set to elevation and identified as such by others.

1.4.14. Verify all anchor bolt layout prior to steel erection and communicate any deviation to the contractor prior to steel erection. An inspection shall be made at the pre-steel meeting approximately four weeks prior to start of erection.

1.4.15. Provide hard copies of welding certifications for all field welders.

1.4.16. Provide, install and remove an OSHA approved fall protection system for steel erection.

1.4.17. Remove all mud/debris from steel prior to erection.

1.4.18. All steel erected shall be safely temporarily braced per OSHA requirements until all components are installed and connected.

1.4.19. Joist reinforcement and rooftop equipment frames are by others and excluded.

**2.   Change Orders & Extra Work**

2.1   Maximum aggregate mark-up of overhead and profit for all change order work performed under this Subcontract shall be as follows:

2.1.1.   Overhead & Profit – 10%

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 3 of 6

3.    Contract Documents

    3.1    "Exhibit B" - Project Schedule dated 11/30/2020

    3.2    "Exhibit C" – Job Specific Safety Plan

    3.3    "Exhibit D" – DBA Contract dated 07/28/2020

    3.4    "Exhibit E" – Stellar Guide for Subcontractors Usage in Procore

    3.5    "Exhibit F" – General Requirements

    3.6    "Exhibit G" – Facility Access and Site Utilization Plans

    3.7    "Exhibit H" – Drawing Log dated 11/24/2020

    3.8    "Exhibit I" – Specifications dated 11/11/2020

4.    Personnel Labor Rates

| Item | Description | Hourly Rate |
|------|-------------|-------------|
| Labor | | ST |
| 1 | Project Manager | $85.00 |
| 2 | Superintendent | $93.00 |
| 3 | Erector | $85.00 |
| 4 | Laborer | $80.00 |

5.    Miscellaneous

    5.1    All project collaboration, correspondence, communication, and documentation will be conducted using Procore. A "How To" guide for Subcontractors has been included within this Subcontractor for interaction with Stellar in the Procore system. As a condition of this Subcontract, Procore shall be used throughout the duration of the project for the following items including but not limited to:

        5.1.1.    RFI's

        5.1.2.    Observations

        5.1.3.    Drawings

        5.1.4.    Commitments and Payment Requisitions

        5.1.5.    Submittals

        5.1.6.    Punch List

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 4 of 6

      5.1.7.  Specifications

      5.1.8.  Daily Log Entry

      5.1.9.  All other documents and documentation pertaining to the project

5.2    The hours of operation for the project shall be five (5) days per week, forty (40) hours per week, eight (8) hours per day. The site shall be available for work from the hours of 6:30 a.m. to 6:30 p.m., Monday through Friday. This work shall be based upon the above listed hours. Different work schedules must be approved by the Stellar Project Manager and Superintendent.

5.3    Provide all training for new equipment and systems installed under this scope of work. Prior to scheduled training session, a written agenda shall be issued for review. A sign in sheet shall be submitted after completion of training. One (1) hard copy of operation and maintenance manuals shall be available during the training session.

5.4    This scope of work will require multiple mobilizations as defined in the construction schedule. All costs for additional mobilizations as shown in the project schedule are specifically included in this subcontract unless noted otherwise.

5.5    Protection of all existing work is included.

5.6    Subcontractor shall store materials on elevated platforms, under cover and in a dry location, to prevent their deterioration or damage due to moisture, temperature changes, contaminants or other causes.

5.7    Make necessary repairs, in a manner acceptable to and approved by Contractor and Owner, including complete removal and replacement, as determined by the contractor of any work adjudged to be defective or nor conforming to the requirements of this Agreement, the Project Specifications, or standards of good and proper workmanship.

5.8    All deliveries will be scheduled with the Project Superintendent forty-eight (48) hours in advance. The Project Superintendent will approve all deliveries to the site in advance. Unannounced or unscheduled deliveries are subject to being turned away at the expense of the company for which the delivery was intended for both shipping costs and schedule delays.

5.9    Jobsite cleanliness and housekeeping is included in this scope of work. As noted in the General Notes of the Subcontract Agreement, the cost and expense to the subcontractor shall be defined as follows:

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 5 of 6

5.9.1. Should the jobsite housekeeping performance be found to be unacceptable, one written warning will be issued to correct the state of jobsite cleanliness for the areas in which this subcontractor is working. If the cleanliness deficiency is not immediately corrected, Stellar will take action to correct the situation at a charge of $2,500.00 per day for violation of the jobsite housekeeping and cleanliness standard. If this subcontractor is found to be a repeat violator of this policy, Stellar may terminate the contract and pursue legal avenues for compensating any losses associated with the completion of the work.

5.10    Responsibility for unloading of materials, tools, or equipment is included in this scope of work unless specifically excluded herein. Should Stellar be asked to unload any deliveries, it shall be done at a cost of $2,500.00 per day and Stellar will require a written release of liability for any damages from the company requesting this service. Deliveries which cannot be unloaded by this method or which do not have personnel onsite to handle their own shipments may be turned away at their expense for both shipping costs and schedule delays.

5.11    This project is a renovation to an existing, functioning facility in full operation. Subcontractor shall take all required steps and shall do all things necessary to ensure that neither the Owner nor his operations are interfered with, disrupted, or disturbed in any way.

5.12    Subcontractor shall strictly limit his activities to the limits of the construction area. All parking, unloading and receiving, storage, fabrication, and other similar activities shall be confined to designated areas away from the existing facility. The existing facilities roadways and parking areas shall not be used by Subcontractor for these activities or for any others, except for where specifically identified by the Stellar Superintendent.

5.13    Subcontractor's employees shall not enter any portion of the existing facility, except as required to install the work of the project. Subcontractor's employees shall not be permitted to use the existing facility's toilet rooms, lunchroom, or break areas.

5.14    Subcontractor shall notify the project superintendent a minimum of two (2) weeks prior to any activities that may impact the Owner's operations. This work shall be coordinated to minimize the impact to the Owner and may be required to be performed during off hours and/or on extended and/or continuous shifts. Premium costs for this work shall not be subject to a modification of the subcontract.

5.15    All eating, drinking (other than water), smoking, and other tobacco use shall occur outside of the existing building in an area designated by the project superintendent. All trash shall

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 6 of 6

be placed into the dumpsters provided by the Contactor and shall not be left inside or outside of the building.

5.16    Subcontractor shall use only electrically operated equipment or fuel-based equipment provided with air scrubbers, for work inside the existing facility unless specifically instructed otherwise. Welding activities shall be limited to essential tasks such as welding of utility piping and held to a minimum indoors. All welding activities must be properly protected and properly ventilated.

SUBCONTRACTOR ACKNOWLEDGES RECEIPT OF ALL CONTRACT DOCUMENTS NOTED ABOVE IN SECTION 3.

Fabco Metal Products, LLC.
Subcontractor

By: _____
Tom Emert, Vice President Sales
SHANE KING.    PRESIDENT

STELLAR GROUP, INCORPORATED
Contractor

By: _____
    Jonah Petoskey, Sr. Project Manager

# EXHIBIT B

# EXHIBIT B

## SUBCONTRACTOR'S REQUISITION FOR PAYMENT
(See Reverse Side For Instructions)

TO:
FROM:    Fabco Metal Products LLC
         Subcontractor

         1490 Frances Drive
         Address

         Daytona Beach              FL    32124
         City                       State  Zip

Job #  23006976          Subcontract # 23006976 02

Requisition #   1    Date    12/15/2020

Job Name    Bang Energy Phoenix Can Manufacturing

Location    Phoenix Arizona

| | | |
|---|---|---|
| Original Subcontract Amount | $ | 3,434,097.31 |
| Total Amount of Modifications | $ | 0.00 |
| Current Subcontract Amount | $ | 3,434,097.31 |

100    % Complete as of    12/30/2020          $         198,767.31
                           DATE

Less    10.00%    Retainage                     $  (      19,876.73    )

Less Net Amount of Previous Requisitions        $  (      0.00        )

Net Amount Due This Requisition                 $         178,890.58

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials  provided within this requisition period.

| | | |
|---|---|---|
| Sub-Subcontractor/Supplier | | Value $    - |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value $    - |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |
| Sub-Subcontractor/Supplier | | Value |

| FOR STELLAR USE ONLY - DO NOT WRITE IN THIS SPACE | | | | |
|---|---|---|---|---|
| JOB # | APPROVED BY | VENDOR# | GROSS AMT | POSTED |
| CODE # | DATE | INVOICE # | RETAINAGE | JOURNAL DATE |

The undersigned certifies that all charges for labor, materials, services and of every other nature in connection with this requisition in the amount of previous monthly requisitions have been paid in full, and that there remains no charge by any Subcontractor, vendor, or individual furnishing labor or material in connection with this subcontract to date for which a lien could be filed, arising out of or relating to said work.

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular item indicated.

Witness the following signature and seal this    14    day of    December    20 20

FIRM:    Fabco Metal Products LLC              BY:

                                               TITLE: President
                    (SEAL)

(Services, labor and material furnished)

Subscribed and sworn to before me, A Notary Public for the State of    16    day of    December    20 20

My commission expires    7/28/2022

                                               Notary Public

                                               JERRY W. CROWDER
                                               Commission # GG 205650
                                               Expires    July 28, 2022
                                               Bonded Thru Troy Fain Insurance 800-385-7019

Proprietary Information -- This Document Contains Proprietary Information of The Stellar Group, Inc. and may not be Used or Disclosed to Others Except with the Written Permission of Stellar.

| FORM 13.4.F.2 | REV. 07/20/09 |
|---|---|

# SCHEDULE OF VALUES

Fabco Metal Products LLC

PROJECT: Banq Energy PHX, Phoenix, AZ                    Fabco Job# 20042

PAGE: ONE OF ONE

Pay App: 1
Date: 12/14/2020
Through: 12/31/2020

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED NOT IN (D or E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G/C) | BALANCE To FINISH (C - G) | RETAINAGE |
| 1 | Engineering and Shop Drawings (Material) | $117,903.75 | | $117,903.75 | | $117,903.75 | 100% | $0.00 | $11,790.38 |
| 2 | Anchor Bolts (Material) | $9,904.32 | | $9,904.32 | | $9,904.32 | 100% | $0.00 | $990.43 |
| 3 | Embeds (steel, ss) (Material) | $70,959.24 | | $70,959.24 | | $70,959.24 | 100% | $0.00 | $7,095.92 |
| 4 | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | | | | $0.00 | 0% | $1,769,196.41 | $0.00 |
| 5 | Gratings (steel, ss, fiberglass) (Material) | $130,340.91 | | | | $0.00 | 0% | $130,340.91 | $0.00 |
| 6 | Structural Steel Erection (Labor) | $524,661.70 | | | | $0.00 | 0% | $524,661.70 | $0.00 |
| 7 | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | | | | $0.00 | 0% | $591,250.98 | $0.00 |
| 8 | Miscellaneous Steel Erection (Labor) | $219,880.00 | | | | $0.00 | 0% | $219,880.00 | $0.00 |
| | TOTAL | $3,434,097.31 | $0.00 | $198,767.31 | $0.00 | $198,767.31 | 5.79% | $3,235,330.00 | $19,876.73 |

# PARTIAL RELEASE AND WAIVER OF LIEN

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, _FABCO METAL PRODUCTS LLC_____ (company name), by its duly authorized agent, for and in consideration of payment in the amount of $__178,890.58_____, the receipt of which is hereby acknowledged, does hereby waive, release and relinquish any and all claims and demands including any lien or right to claim a lien for labor and materials furnished through _____12/25_____, 2020___ on the following described property:

**VPX Phoenix Can Manufacturing**
**1635 South 43rd Avenue**
**Phoenix, Arizona**
**Project # 23006976**

This Partial Release and Waiver of Lien constitutes a full and complete discharge, release and waiver of any right to further payment and any mechanic's or materialmen's lien or right to lien for any and all work and labor done and performed or any and all materials or both, furnished to The Stellar    Group    for    improvement    of    the    above    described    property    through ___12/25_____, 20_20__.

The undersigned hereby represents and warrants that all labor and/or materials furnished or used on the above described property for which this Partial Release and Waiver of Lien is executed through _____12/25_____, 20_20__ have been paid in full.

The undersigned recognizes and agrees this Partial Release and Waiver of Lien is given to induce The Stellar Group to make the payment described above and The Stellar Group will rely on the Partial Release and Waiver of Lien in making payment described above.

IN WITNESS THEREOF, the undersigned has caused this Partial Release and Waiver of Lien to be duly executed this __16__ day of _December_____, 20_20_.

_____Fabco Metal Products LLC_____
COMPANY NAME

BY: _SHANE KING_____ *(Signature)*

ITS: _PRESIDENT_____ *(Print Name)*

*(Title)*

Witness:

Witness: _____
Signature                                    Signature

_____           _____
Printed Name                                 Printed Name

SWORN TO AND SUBSCRIBED before me this _16_ day of _December__, 20_20_.

Notary Public: _____
State of _FL_
My Commission Expires: _7/28/2022_

Personally Known (X)  Produced Identification ( )  Type of ID:_____



JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

APPLICATION AND CERTIFICATE FOR PAYMENT

*DOCUMENT SUMMARY SHEET*

Page 1 of 4

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

PROJECT:
Bang Energy – Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 2
INVOICE NO: 02
PERIOD: 01/01/21 - 01/31/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet
is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 0.00 |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,434,097.31 |
| 4. | Total completed and stored to date | $ 223,767.31 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $ 22,376.73 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 22,376.73 |
| 6. | Total earned less retainage | $ 201,390.58 |
| | (Line 4 less Line 5 Total) | |
| 7. | Less previous certificates for payment | $ 178,890.58 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due: | $ 22,500.00 |
| 9. | Balance to finish, including retainage | $ 3,232,706.73 |
| | (Line 3 less Line 6) | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should
be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned
will protect the said parties and defend any suit a action brought against them by reason of any lien or
other form of claim or action arising out of said subcontract and hold them harmless and indemnified
therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby
acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in
favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that
the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES
RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all
such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date: 1/27/2021

State of _____
County of _____
Subscribed and sworn to before
me this 27 day of January 2021

Notary Public: _____
My commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 0.00 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 0.00 | $ 0.00 |
| Net change by change orders: | $ 0.00 | |

# CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

Page 2 of 4

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 2
APPLICATION DATE: 01/21/2021
PERIOD: 01/01/21 - 01/31/21
ARCHITECTS/ENGINEERS PROJECT NO:

## Contract Lines

| A ITEM NO. | COST CODE | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00% | $ 1,769,196.41 | $ 0.00 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00% | $ 130,340.91 | $ 0.00 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00% | $ 524,661.70 | $ 0.00 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 0.00 | $ 0.00 | $ 25,000.00 | $ 25,000.00 | 4.23% | $ 566,250.98 | $ 2,500.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00% | $ 219,880.00 | $ 0.00 |
| | | **TOTALS:** | $ 3,434,097.31 | $ 198,767.31 | $ 25,000.00 | $ 0.00 | $ 223,767.31 | 6.52% | $ 3,210,330.00 | $ 22,376.73 |

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **TOTALS:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | NaN% | $ 0.00 | $ 0.00 |

## Grand Totals

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **GRAND TOTALS:** | $ 3,434,097.31 | $ 198,767.31 | $ 25,000.00 | $ 0.00 | $ 223,767.31 | 6.52% | $ 3,210,330.00 | $ 22,376.73 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**

DOCUMENT DETAIL SHEET - APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

Sub-Subcontractor/Supplier _____    Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

*DOCUMENT SUMMARY SHEET*

Page 1 of 6

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**PROJECT:**
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

**APPLICATION NO:** 3
INVOICE NO:
PERIOD: 02/01/21 - 02/28/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT DATE: 1/8/2021

SUBCONTRACT FOR: Structural Steel
**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,545,701.20 |
| 4. | Total completed and stored to date | $ 1,587,669.66 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $ 132,188.27 |
| | b. 10.00% of stored material: | $ 26,578.70 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 158,766.97 |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | $ 1,428,902.69 |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | $ 201,390.58 |
| 8. | Current payment due: | $ 1,227,512.11 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 2,116,798.51 |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date: 2/25/21

State of: _____
County of: _____
Subscribed and sworn to before me this 25 day of February 2021

Notary Public: _____
My commission expires 7/25/2022

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month: | $ 111,603.89 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

JERRY W. CROWDER
Commission # GG 305650
Expires July 26, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

**CONTINUATION SHEET**

*DOCUMENT DETAIL SHEET*

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 3
APPLICATION DATE: 02/24/2021
PERIOD 02/01/21 - 02/28/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 0.00 | $ 655,268.00 | $ 265,787.00 | $ 921,055.00 | 52.06% | $ 848,141.41 | $ 92,105.50 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 0.00 | $ 130,340.91 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0503 - Structural Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00% | $ 524,661.70 | $ 0.00 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 25,000.00 | $ 210,500.00 | $ 0.00 | $ 235,500.00 | 39.83% | $ 355,750.98 | $ 23,550.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 0.00 | $ 50,000.00 | $ 0.00 | $ 50,000.00 | 22.74% | $ 169,880.00 | $ 5,000.00 |
| | **TOTALS:** | | $ 3,434,097.31 | $ 223,767.31 | $ 1,046,108.91 | $ 265,787.00 | $ 1,535,663.22 | 44.72% | $ 1,898,434.09 | $ 153,566.32 |

*DOCUMENT DETAIL SHEET*

CONTINUATION SHEET

**Whole Change Order Packages**

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | **CCO # 23006976-SUB-05A Project Changes Through 2/15/2021** | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 0.00 | $ 8,776.11 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 0.00 | $ 5,500.00 | $ 0.00 | $ 5,500.00 | 30.14% | $ 12,746.38 | $ 550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 0.00 | $ 7,167.31 | $ 0.00 | $ 7,167.31 | 30.00% | $ 16,723.71 | $ 716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 0.00 | $ 8,311.86 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 0.00 | $ 10,042.46 | $ 0.00 | $ 10,042.46 | 25.00% | $ 30,127.36 | $ 1,004.25 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 0.00 | $ 1,177.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | $10,320.56 | $0.00 | $10,320.56 | $0.00 | $10,320.56 | 100.00% | $0.00 | $1,032.06 |
| 10 | CCO # 2300697G-SUB-05B CE #036 – Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $711.14 | $0.00 | $711.14 | $0.00 | $711.14 | 100.00% | $0.00 | $71.11 |
| | TOTALS: | $111,603.89 | $0.00 | $52,006.44 | $0.00 | $52,006.44 | 46.60% | $59,597.45 | $5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $3,545,701.20 | $223,767.31 | $1,098,115.35 | $265,787.00 | $1,587,669.66 | 44.78% | $1,958,031.54 | $158,766.97 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Page 1 of 6

DOCUMENT SUMMARY SHEET

APPLICATION AND CERTIFICATE FOR PAYMENT

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Francas Drive
Daytona Beach, Florida 32124

PROJECT:
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 4
INVOICE NO:
PERIOD: 09/01/21 - 09/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet
is attached.

| | | | |
|---|---|---|---|
| 1. | Original Contract Sum | | $ 3,434,097.31 |
| 2. | Net change by change orders | | $ 111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | | $ 3,545,701.20 |
| 4. | Total completed and stored to date | | $ 1,640,135.83 |
| | (Column G on detail sheet) | | |
| 5. | Retainage: | | |
| | a. 10.00% of completed work: | $ 164,013.59 | |
| | b. 0.00% of stored material: | $ 0.00 | |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | | $ 164,013.59 |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | | $ 1,476,122.24 |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | | $ 1,428,902.69 |
| 8. | Current payment due: | | $ 47,219.55 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | | $ 2,069,578.96 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____   Date: 9/20/21

State of: _____

County of: _____
Subscribed and sworn to before
me this ____ day of _September___ 2021

Notary Public _____  7/26/2022
My commission Expires:

JERRY W. CROWDER
Commission # GG 265650
Expires July 26, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

**CONTINUATION SHEET**

DOCUMENT DETAIL SHEET

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 4
APPLICATION DATE: 09/21/2021
PERIOD: 09/01/21 - 09/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Page 2 of 6

Contract Lines

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | COST CODE | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 921,055.00 | $ 0.00 | $ 0.00 | $ 921,055.00 | 52.06% | $ 848,141.41 | $ 92,105.50 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 0.00 | $ 52,466.17 | $ 0.00 | $ 52,466.17 | 10.00% | $ 472,195.53 | $ 5,246.62 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 235,500.00 | $ 0.00 | $ 0.00 | $ 235,500.00 | 39.83% | $ 355,750.98 | $ 23,550.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 22.74% | $ 169,880.00 | $ 5,000.00 |
| | TOTALS: | $ 3,434,097.31 | $ 1,535,663.22 | $ 52,466.17 | $ 0.00 | $ 1,588,129.39 | 46.25% | $ 1,845,967.92 | $ 158,812.94 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CCO # 2300697G-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 5,500.00 | $ 0.00 | $ 0.00 | $ 5,500.00 | 30.14% | $ 12,746.38 | $ 550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021, Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 7,167.31 | $ 0.00 | $ 0.00 | $ 7,167.31 | 30.00% | $ 16,723.71 | $ 716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 10,042.46 | $ 0.00 | $ 0.00 | $ 10,042.46 | 25.00% | $ 30,127.36 | $ 1,004.25 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

No

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

Page 5 of 6

| A<br>ITEM NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED VALUE | D<br>WORK COMPLETED<br>FROM PREVIOUS APPLICATION (D + E) | E<br>THIS PERIOD | F<br>MATERIALS PRESENTLY STORED (NOT IN D OR E) | G<br>TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H<br>% (G / C) | BALANCE TO FINISH (C - G) | I<br>RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9.7 | to bottom of each (4) 8" thick embeds.<br><br>05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the existing tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | **TOTALS:** | $ 111,603.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A<br>ITEM NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED VALUE | D<br>WORK COMPLETED<br>FROM PREVIOUS APPLICATION (D + E) | E<br>THIS PERIOD | F<br>MATERIALS PRESENTLY STORED (NOT IN D OR E) | G<br>TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H<br>% (G / C) | BALANCE TO FINISH (C - G) | I<br>RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **GRAND TOTALS:** | $ 3,545,701.20 | $ 1,587,669.66 | $ 52,466.17 | $ 0.00 | $ 1,640,135.83 | 46.26% | $ 1,905,565.37 | $ 164,013.59 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**PROJECT:**
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

**APPLICATION NO: 5**
INVOICE NO:
PERIOD: 09/26/21 - 10/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

**DISTRIBUTION TO:**

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

**SUBCONTRACT DATE:** 1/8/2021

SUBCONTRACT FOR: Structural Steel
**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet
is attached.

| | | |
|---|---|---|
| 1. Original Contract Sum | | $ 3,434,097.31 |
| 2. Net change by change orders | | $ 111,603.89 |
| 3. Contract sum to date (line 1 ± 2) | | $ 3,545,701.20 |
| 4. Total completed and stored to date (Column G on detail sheet) | | $ 2,221,068.61 |
| 5. Retainages: | | |
| a. 10.00% of completed work: | $ 222,106.87 | |
| b. 0.00% of stored material: | $ 0.00 | |
| Total retainage (Line 5a + 5b or total in column 1 of detail sheet) | | $ 222,106.87 |
| 6. Total earned less retainage (Line 4 less Line 5 Total) | | $ 1,998,961.74 |
| 7. Less previous certificates for payment (Line 6 from prior certificate) | | $ 1,476,122.24 |
| 8. Current payment due: | | $ 522,839.50 |
| 9. Balance to finish, including retainage (Line 3 less Line 6) | | $ 1,546,739.46 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date: 10/15/21

State of: Florida
County of: _____

Subscribed and sworn to before me this 15 day of October 2021

Notary Public: _____
My commission expires: 7/26/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

Contract Lines

*DOCUMENT DETAIL SHEET*

APPLICATION NUMBER: 5
APPLICATION DATE: 10/20/2021
PERIOD: 09/26/21 - 10/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Page 2 of 6

| A | B | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | $0.00 | $11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | $921,055.00 | $423,534.27 | $0.00 | $1,344,589.27 | 76.00% | $424,607.14 | $134,458.93 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $524,661.70 | $52,466.17 | $157,398.51 | $0.00 | $209,864.68 | 40.00% | $314,797.02 | $20,986.47 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $235,500.00 | $0.00 | $0.00 | $235,500.00 | 39.83% | $355,750.98 | $23,550.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,880.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | 22.74% | $169,880.00 | $5,000.00 |
| | | TOTALS: | $3,434,097.31 | $1,588,129.39 | $580,932.78 | $0.00 | $2,169,062.17 | 63.16% | $1,265,035.14 | $216,906.22 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
**Whole Change Order Packages**

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 5,500.00 | $ 0.00 | $ 0.00 | $ 5,500.00 | 30.14% | $ 12,746.38 | $ 550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 01.08.2021. 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 7,167.31 | $ 0.00 | $ 0.00 | $ 7,167.31 | 30.00% | $ 16,723.71 | $ 716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 10,042.46 | $ 0.00 | $ 0.00 | $ 10,042.46 | 25.00% | $ 30,127.36 | $ 1,004.25 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | I BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | | | | | | | | |
| 9.7 | | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 2306976-SUB-05B  CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | TOTALS: | $ 111,603.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | I BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTALS: | $ 3,545,701.20 | $ 1,640,135.83 | $ 580,932.78 | $ 0.00 | $ 2,221,068.61 | 62.64% | $ 1,324,632.59 | $ 222,106.87 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 6

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

**PROJECT:**
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

**SUBCONTRACT DATE:** 1/8 /2021

**APPLICATION NO:** 6
INVOICE NO:
PERIOD: 10/26/21 - 11/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 | |
| 2. | Net change by change orders | $ 111,603.89 | |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,545,701.20 | |
| 4. | Total completed and stored to date (Column G on detail sheet) | $ 2,573,688.45 | |
| 5. | Retainage: | | |
| | a. 10.00% of completed work: | $ 257,368.85 | |
| | b. 0.00% of stored material: | $ 0.00 | |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 257,368.85 | |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | $ 2,316,319.60 | |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | $ 1,998,961.74 | |
| 8. | Current payment due: | $ 317,357.86 | |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 1,229,381.60 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | | $ 0.00 |
| Total approved this Month: | $ 111,603.89 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By:

State of: _____   Date: 11/15/21
County of: Volusia
Subscribed and sworn to before me this 15 day of November 2021

Notary Public:
My commission expires: 7/28/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 6
APPLICATION DATE: 11/21/2021
PERIOD: 10/26/21 - 11/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | $0.00 | $11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | $1,344,589.27 | $247,687.50 | $0.00 | $1,592,276.77 | 90.00% | $176,919.64 | $159,227.68 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $524,661.70 | $209,864.68 | $104,932.34 | $0.00 | $314,797.02 | 60.00% | $209,864.68 | $31,479.70 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $235,500.00 | $0.00 | $0.00 | $235,500.00 | 39.83% | $355,750.98 | $23,550.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,880.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 | 22.74% | $169,880.00 | $5,000.00 |
| | TOTALS: | | $3,434,097.31 | $2,169,062.17 | $352,619.84 | $0.00 | $2,521,682.01 | 73.43% | $912,415.30 | $252,168.20 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
**Whole Change Order Packages**

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| A<br>ITEM NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED VALUE | D<br>WORK COMPLETED<br>FROM PREVIOUS APPLICATION (D + E) | E<br>THIS PERIOD | F<br>MATERIALS PRESENTLY STORED (NOT IN D OR E) | G<br>TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H<br>% (G / C) | BALANCE TO FINISH (C - G) | I<br>RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CCO #23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $18,246.38 | $5,500.00 | $0.00 | $0.00 | $5,500.00 | 30.14% | $12,746.38 | $550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $23,891.02 | $7,167.31 | $0.00 | $0.00 | $7,167.31 | 30.00% | $16,723.71 | $716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $10,042.46 | $0.00 | $0.00 | $10,042.46 | 25.00% | $30,127.36 | $1,004.25 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 6

| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at linker Rebuild. Added channel cross members at platforms. | | | | | | | | |
| 9.7 | | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | TOTALS: | $ 111,603.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $ 3,545,701.20 | $ 2,221,068.61 | $ 352,619.84 | $ 0.00 | $ 2,573,688.45 | 72.59% | $ 972,012.75 | $ 257,368.85 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

Sub-Subcontractor/Supplier  _____  Value  _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 6

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

**PROJECT:**
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 7
INVOICE NO:
PERIOD: 11/26/21 - 12/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $3,434,097.31 |
| 2. | Net change by change orders | $111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $3,545,701.20 |
| 4. | Total completed and stored to date | $2,948,557.94 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $294,855.80 |
| | b. 0.00% of stored material: | $0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $294,855.80 |
| 6. | Total earned less retainage | $2,653,702.14 |
| | (Line 4 less Line 5 Total) | |
| 7. | Less previous certificates for payment | $2,316,319.60 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due | $337,382.54 |
| 9. | Balance to finish, including retainage | $891,999.06 |
| | (Line 3 less Line 6) | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC
By:
State of: _____
County of: _____
Subscribed and sworn to before
me this 17 day of December 2,21.

Date: 12/11/21

Notary Public:
My commission expires: ___



JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $111,603.89 | $0.00 |
| Total approved this Month: | $0.00 | $0.00 |
| Totals: | $111,603.89 | $0.00 |
| Net change by change orders: | $111,603.89 | |

CONTINUATION SHEET

DOCUMENT *DETAIL SHEET*

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 7
APPLICATION DATE: 12/21/2021
PERIOD: 11/26/21 - 12/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,592,276.77 | $ 176,919.64 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 176,919.64 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 314,797.02 | $ 78,699.26 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 39,349.63 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 235,500.00 | $ 119,250.59 | $ 0.00 | $ 354,750.59 | 60.00% | $ 236,500.39 | $ 35,475.06 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 22.74% | $ 169,880.00 | $ 5,000.00 |
| | TOTALS: | | $ 3,434,097.31 | $ 2,521,682.01 | $ 374,869.49 | $ 0.00 | $ 2,896,551.50 | 84.35% | $ 537,545.81 | $ 289,655.15 |

CONTINUATION SHEET
Whole Change Order Packages

DOCUMENT DETAIL SHEET

Page 3 of 6

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.10.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 5,500.00 | $ 0.00 | $ 0.00 | $ 5,500.00 | 30.14% | $ 12,746.38 | $ 550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 7,167.31 | $ 0.00 | $ 0.00 | $ 7,167.31 | 30.00% | $ 16,723.71 | $ 716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B09-drawings ENERGY-PHX-B09-WA07 dated 01/13/2021. | $ 40,169.82 | $ 10,042.46 | $ 0.00 | $ 0.00 | $ 10,042.46 | 25.00% | $ 30,127.36 | $ 1,004.25 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 6

| A | B | C | D | E | F | G | H | I | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at hiker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the lift up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | TOTALS: | $ 111,603.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | I | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | $ 3,545,701.20 | $ 2,573,688.45 | $ 374,869.49 | $ 0.00 | $ 2,948,557.94 | 83.16% | $ 597,143.26 | $ 294,855.80 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

*DOCUMENT SUMMARY SHEET*

Page 1 of 6

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

**PROJECT:**
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

**SUBCONTRACT DATE:** 1/8 /2021

APPLICATION NO: 8
INVOICE NO:
PERIOD: 12/26/21 - 01/25/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,545,701.20 |
| 4. | Total completed and stored to date | $ 3,127,629.29 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $ 312,762.94 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column 1 of detail sheet) | $ 312,762.94 |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | $ 2,814,866.35 |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | $ 2,653,702.14 |
| 8. | Current payment due | $ 161,164.21 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 730,834.85 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as approved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC
By: _____   Date: 1/7/2022
State of: Florida
County of: Volusia
Subscribed and sworn to before me this 17 day of January 2022

Notary Public: _____
My commission expires: 7/28/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 8
APPLICATION DATE: 01/21/2022
PERIOD: 12/26/21 - 01/25/22
ARCHITECT'S/ENGINEERS PROJECT NO:

Contract Lines

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | COST CODE / DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel — Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel — Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel — Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel — Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 176,919.64 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails — Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0503 - Steel Erection — Structural Steel Erection (Labor) | $ 524,661.70 | $ 393,496.28 | $ 0.00 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 39,349.63 |
| 7 | 05-0506 - Miscellaneous Steel — Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 354,750.59 | $ 141,900.23 | $ 0.00 | $ 496,650.82 | 84.00% | $ 94,600.16 | $ 49,665.08 |
| 8 | 05-0506 - Miscellaneous Steel — Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 26,958.00 | $ 0.00 | $ 76,958.00 | 35.00% | $ 142,922.00 | $ 7,695.80 |
| | TOTALS: | $ 3,434,097.31 | $ 2,896,551.50 | $ 168,858.23 | $ 0.00 | $ 3,065,409.73 | 89.26% | $ 368,687.58 | $ 306,540.97 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
**Whole Change Order Packages**

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | | | | | | | | |
| 9.1 | | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | | | | | | | | |
| 9.2 | | $ 18,246.38 | $ 5,500.00 | $ 1,798.55 | $ 0.00 | $ 7,298.55 | 40.00% | $ 10,947.83 | $ 729.86 |
| | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | | | | | | | | |
| 9.3 | | $ 23,891.02 | $ 7,167.31 | $ 2,389.10 | $ 0.00 | $ 9,556.41 | 40.00% | $ 14,334.61 | $ 955.64 |
| | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | | | | | | | | |
| 9.4 | | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 10,042.46 | $ 6,025.47 | $ 0.00 | $ 16,067.93 | 40.00% | $ 24,101.89 | $ 1,606.80 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | to bottom of each (4) 8" thick embeds. | | | | | | | | |
| 9.7 | 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at linker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | TOTALS: | $ 111,603.89 | $ 52,006.44 | $ 10,213.12 | $ 0.00 | $ 62,219.56 | 55.75% | $ 49,384.33 | $ 6,221.97 |

Grand Totals

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | GRAND TOTALS: | $ 3,545,701.20 | $ 2,948,557.94 | $ 179,071.35 | $ 0.00 | $ 3,127,629.29 | 88.21% | $ 418,071.91 | $ 312,762.94 |

DOCUMENT DETAIL SHEET: APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 8

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

PROJECT:
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

APPLICATION NO: 9
INVOICE NO:
PERIOD: 03/01/22 - 03/31/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT DATE: 1/8/2021

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

1.  Original Contract Sum                                                $ 3,434,097.31
2.  Net change by change orders                                         $ 630,129.89
3.  Contract sum to date (line 1 ± 2)                                   $ 4,064,227.20
4.  Total completed and stored to date                                  $ 3,672,342.59
    (Column G on detail sheet)
5.  Retainage:
    a. 10.00% of completed work:              $ 367,234.27
    b. 0.00% of stored material:                      $ 0.00
    Total retainage (Line 5a + 5b or total in column I of detail
    sheet)                                                              $ 367,234.27
6.  Total earned less retainage                                         $ 3,305,108.32
    (Line 4 less Line 5 Total)
7.  Less previous certificates for payment                              $ 2,814,866.35
    (Line 6 from prior certificate)
8.  Current payment due:                                                $ 490,241.97
9.  Balance to finish, including retainage                              $ 759,118.88
    (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 518,526.00 | $ 0.00 |
| Totals: | $ 630,129.89 | $ 0.00 |
| Net change by change orders: | $ 630,129.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless end indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC
By:
State of:
County of:
Subscribed and sworn to before
me this          21          day of     March     2022

Date: 3/21/2022

Notary Public:
My commission expires     7/28/2022

JERRY W. CROWDER
Commission # GG 206650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 8

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 9
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECTS/ENGINEERS PROJECT NO.

Contract Lines

| A | B | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | $0.00 | $11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | $1,769,196.41 | $0.00 | $0.00 | $1,769,196.41 | 100.00% | $0.00 | $176,919.64 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $524,661.70 | $393,496.28 | $0.00 | $0.00 | $393,496.28 | 75.00% | $131,165.42 | $39,349.63 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $496,650.82 | $35,475.06 | $0.00 | $532,125.88 | 90.00% | $59,125.10 | $53,212.59 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,880.00 | $76,958.00 | $10,994.00 | $0.00 | $87,952.00 | 40.00% | $131,928.00 | $8,795.20 |
| | | TOTALS: | $3,434,097.31 | $3,065,409.73 | $46,469.06 | $0.00 | $3,111,878.79 | 90.62% | $322,218.52 | $311,187.88 |

*DOCUMENT DETAIL SHEET*

CONTINUATION SHEET

Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 8

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 7,298.55 | $ 6,386.24 | $ 0.00 | $ 13,684.79 | 75.00% | $ 4,561.59 | $ 1,368.48 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 9,556.41 | $ 8,361.86 | $ 0.00 | $ 17,918.27 | 75.00% | $ 5,972.75 | $ 1,791.83 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 16,067.93 | $ 14,059.44 | $ 0.00 | $ 30,127.37 | 75.00% | $ 10,042.45 | $ 3,012.74 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 8

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | | | | | | | | |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| 11 | CCO # 23006976-SUB-05C CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the delay reflected in the updated schedule dated May 29, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. Provide detail for any additional costs associated with the delay if any. If you have any equipment in fabrication or storage, provide schedule or cost impacts associated with the equipment delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $ 271,026.00 | $ 0.00 | $ 271,026.00 | $ 0.00 | $ 271,026.00 | 100.00% | $ 0.00 | $ 27,102.60 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 6 of 8

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule. | | | | | | | | |
| 12 | CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| 12.1 | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $ 1,797.00 | $ 0.00 | $ 1,797.00 | $ 0.00 | $ 1,797.00 | 100.00% | $ 0.00 | $ 179.70 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $ 163,631.00 | $ 0.00 | $ 114,541.70 | $ 0.00 | $ 114,541.70 | 70.00% | $ 49,089.30 | $ 11,454.17 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $ 3,795.00 | $ 0.00 | $ 3,795.00 | $ 0.00 | $ 3,795.00 | 100.00% | $ 0.00 | $ 379.50 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform, Added Stair with rail, Added Ledger Angles | $ 15,955.00 | $ 0.00 | $ 15,955.00 | $ 0.00 | $ 15,955.00 | 100.00% | $ 0.00 | $ 1,595.50 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $ 62,322.00 | $ 0.00 | $ 62,322.00 | $ 0.00 | $ 62,322.00 | 100.00% | $ 0.00 | $ 6,232.20 |
| | TOTALS: | $ 630,129.89 | $ 62,219.56 | $ 498,244.24 | $ 0.00 | $ 560,463.80 | 88.94% | $ 69,666.09 | $ 56,046.39 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Grand Totals

Page 7 of 8

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $ 4,064,227.20 | $ 3,127,629.29 | $ 544,713.30 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 | $ 367,234.27 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

PROJECT:
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 10
INVOICE NO:
PERIOD: 03/01/22 – 03/31/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract, Continuation Sheet
is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 630,129.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 4,064,227.20 |
| 4. | Total completed and stored to date | $ 3,672,342.59 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 1.53% of completed work: | $ 56,046.39 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail | |
| | sheet) | $ 56,046.39 |
| 6. | Total earned less retainage | |
| | (Line 4 less Line 5 Total) | $ 3,616,296.20 |
| 7. | Less previous certificates for payment | |
| | (Line 6 from prior certificate) | $ 3,305,108.32 |
| 8. | Current payment due | $ 311,187.88 |
| 9. | Balance to finish, including retainage | |
| | (Line 3 less Line 6) | $ 447,931.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 630,129.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 630,129.89 | $ 0.00 |
| Net change by change orders: | $ 630,129.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should
be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned
will protect the said parties and defend any suit a action brought against them by reason of any lien or
other form of claim or action arising out of said subcontract and hold them harmless and indemnified
therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby
acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in
favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that
the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES
RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all
such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By _____

State of: FL
County of: Volusia

Date: 3/21/2022

Subscribed and sworn to before
me this 21 day of March 2022

Notary Public: _____
My commission expires: 7/28/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

Page 2 of 8

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 10
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 0.00 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 0.00 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 0.00 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 0.00 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 0.00 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 393,496.28 | $ 0.00 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 0.00 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 532,125.88 | $ 0.00 | $ 0.00 | $ 532,125.88 | 90.00% | $ 59,125.10 | $ 0.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 87,952.00 | $ 0.00 | $ 0.00 | $ 87,952.00 | 40.00% | $ 131,928.00 | $ 0.00 |
| | | TOTALS: | $ 3,434,097.31 | $ 3,111,878.79 | $ 0.00 | $ 0.00 | $ 3,111,878.79 | 90.62% | $ 322,218.52 | $ 0.00 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 8

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021<br><br>05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | | | | | | | | |
| 9.1 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.16.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $18,246.38 | $13,684.79 | $0.00 | $0.00 | $13,684.79 | 75.00% | $4,561.59 | $1,368.48 |
| 9.3 | 05-0506 Changes to Misc. steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. | $23,891.02 | $17,918.27 | $0.00 | $0.00 | $17,918.27 | 75.00% | $5,972.75 | $1,791.83 |
| 9.4 | Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY+PHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $30,127.37 | $0.00 | $0.00 | $30,127.37 | 75.00% | $10,042.45 | $3,012.74 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| 11 | CCO # 23006976-SUB-05C CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the delay reflected in the updated schedule dated May 29, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. If not please provide additional details. Provide detail for any additional costs associated with the delay if any. If you have any equipment in fabrication or storage, provide schedule or cost impacts associated with the equipment delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $ 271,026.00 | $ 271,026.00 | $ 0.00 | $ 0.00 | $ 271,026.00 | 100.00% | $ 0.00 | $ 27,102.60 |

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 12 | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule.<br><br>CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| 12.1 | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $1,797.00 | $1,797.00 | $0.00 | $0.00 | $1,797.00 | 100.00% | $0.00 | $179.70 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $163,631.00 | $114,541.70 | $0.00 | $0.00 | $114,541.70 | 70.00% | $49,089.30 | $11,454.17 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $3,795.00 | $3,795.00 | $0.00 | $0.00 | $3,795.00 | 100.00% | $0.00 | $379.50 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform, Added Stair with rail, Added Ledger Angles | $15,955.00 | $15,955.00 | $0.00 | $0.00 | $15,955.00 | 100.00% | $0.00 | $1,595.50 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $62,322.00 | $62,322.00 | $0.00 | $0.00 | $62,322.00 | 100.00% | $0.00 | $6,232.20 |
| | TOTALS: | $630,129.89 | $560,463.80 | $0.00 | $0.00 | $560,463.80 | 88.94% | $69,666.09 | $56,046.39 |

DOCUMENT DETAIL SHEET

CONTINUATION SHEET

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $ 4,064,227.20 | $ 3,672,342.59 | $ 0.00 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 | $ 56,046.39 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 8

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

PROJECT:
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1 /8 /2021

APPLICATION NO: 11
INVOICE NO:
PERIOD: 03/01/22 - 03/31/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 630,129.89 |
| 3. | Contract sum to date (line 1 + 2) | $ 4,064,227.20 |
| 4. | Total completed and stored to date | $ 3,672,342.59 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 0.00% of completed work. | $ 0.00 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 0.00 |
| 6. | Total earned less retainage | $ 3,672,342.59 |
| | (Line 4 less Line 5 Total) | |
| 7. | Less previous certificates for payment | $ 3,616,296.20 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due. | $ 56,046.39 |
| 9. | Balance to finish, including retainage | $ 391,884.61 |
| | (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 630,129.89 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| Totals: | $ 630,129.89 | $ 0.00 |
| Net change by change orders: | $ 630,129.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC
By:
State of: Florida
County of: Volusia

Subscribed and sworn to before me this    21    day of   March   2022

Date:   3/21/22

Notary Public:
My commission expires:   7/28/2022

JERRY W. CROWDER
Commission # GG 206650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

CONTINUATION SHEET

*DOCUMENT DETAIL SHEET*

Page 2 of 8

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 11
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 0.00 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 0.00 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 0.00 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 0.00 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 0.00 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 393,496.28 | $ 0.00 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 0.00 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 532,125.88 | $ 0.00 | $ 0.00 | $ 532,125.88 | 90.00% | $ 59,125.10 | $ 0.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 87,952.00 | $ 0.00 | $ 0.00 | $ 87,952.00 | 40.00% | $ 131,928.00 | $ 0.00 |
| | | TOTALS: | $ 3,434,097.31 | $ 3,111,878.79 | $ 0.00 | $ 0.00 | $ 3,111,878.79 | 90.62% | $ 322,218.52 | $ 0.00 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| A | B | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $ 8,776.11 | $ 8,776.11 | $ 0.00 | $ 0.00 | $ 8,776.11 | 100.00% | $ 0.00 | $ 0.00 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $ 18,246.38 | $ 13,684.79 | $ 0.00 | $ 0.00 | $ 13,684.79 | 75.00% | $ 4,561.59 | $ 0.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $ 23,891.02 | $ 17,918.27 | $ 0.00 | $ 0.00 | $ 17,918.27 | 75.00% | $ 5,972.75 | $ 0.00 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $ 8,311.86 | $ 8,311.86 | $ 0.00 | $ 0.00 | $ 8,311.86 | 100.00% | $ 0.00 | $ 0.00 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $ 40,169.82 | $ 30,127.37 | $ 0.00 | $ 0.00 | $ 30,127.37 | 75.00% | $ 10,042.45 | $ 0.00 |
| 9.6 | 05-0501 Cupper Foundation Embeds - Added 1 Nelson Stud | $ 1,177.00 | $ 1,177.00 | $ 0.00 | $ 0.00 | $ 1,177.00 | 100.00% | $ 0.00 | $ 0.00 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 8

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 0.00 |
| 10 | CCO # 2300697G-SUB-05B  CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 0.00 |
| 11 | CCO # 2300697G-SUB-05C  CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the delay reflected in the updated schedule dated May 29, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. If not please provide additional details. Provide detail for any additional costs associated with the delay if any. If you have any equipment in fabrication or storage, provide schedule or cost impacts associated with the equipment delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $ 271,026.00 | $ 271,026.00 | $ 0.00 | $ 0.00 | $ 271,026.56 | 100.00% | $ 0.00 | $ 0.00 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | | I |
| | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule. | | | | | | | | |
| 12 | CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| 12.1 | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $ 1,797.00 | $ 1,797.00 | $ 0.00 | $ 0.00 | $ 1,797.00 | 100.00% | $ 0.00 | $ 0.00 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $ 163,631.00 | $ 114,541.70 | $ 0.00 | $ 0.00 | $ 114,541.70 | 70.00% | $49,089.30 | $ 0.00 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $ 3,795.00 | $ 3,795.00 | $ 0.00 | $ 0.00 | $ 3,795.00 | 100.00% | $ 0.00 | $ 0.00 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform, Added Stair with rail, Added Ledger Angles | $ 15,955.00 | $ 15,955.00 | $ 0.00 | $ 0.00 | $ 15,955.00 | 100.00% | $ 0.00 | $ 0.00 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $ 62,322.00 | $ 62,322.00 | $ 0.00 | $ 0.00 | $ 62,322.00 | 100.00% | $ 0.00 | $ 0.00 |
| | TOTALS: | $ 630,129.89 | $ 560,463.80 | $ 0.00 | $ 0.00 | $ 560,463.80 | 88.94% | $ 69,666.09 | $ 0.00 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 7 of 8

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $ 4,064,227.20 | $ 3,672,342.59 | $ 0.00 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 | $ 0.00 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

# EXHIBIT C

# EXHIBIT C

20220358988

ARIZONA PRELIMINARY TWENTY DAY LIEN NOTICE    **Exhibit C**
PURSUANT TO A.R.S. SECTION 33-992
IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 33-992.01, THIS IS NOT A LIEN.  THIS IS NOT A
REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR

The name and address of the owner or reputed owner are:
JHO REAL ESTATE INVESTMENT, LLC
1600 N PARK DR
FORT LAUDERDALE, FL 33326

JHO REAL ESTATE INVESTMENT, LLC
C/O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC.
DBA BANG ENERGY
C/O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

The name and address of the original contractor are:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

STELLAR GROUP, INCORPORATED
C/O CORPORATION SERVICE COMPANY
8825 N 23RD AVENUE
SUITE 100
PHOENIX, AZ 85021

The name and address of any lender or reputed lender and or
assigns are:
UNABLE TO DETERMINE. A REQUEST IS INCLUDED
HEREIN PER A.R.S. 33-992.01.

The name and address of the person with whom the claimant
has contracted are:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

The name and address of any surety company/agent are:
UNABLE TO DETERMINE. A REQUEST IS INCLUDED
HEREIN PER A.R.S. 33-992.01.

*We request a copy of the bond, if applicable*

Date:  JUNE 14, 2021 (Notice #N171066)
This preliminary lien notice has been completed (Name and
Address of Claimant):

For:
FABCO METAL PRODUCTS LLC
1490 FRANCES DRIVE
DAYTONA BEACH, FL 32124

By:
Michelle Gerred, Esq., #031678
PO Box 24101
Cleveland, OH 44124
(as limited agent for FABCO METAL PRODUCTS LLC)



You are hereby notified that the Claimant has furnished or will
furnish labor, professional services, materials, machinery,
fixtures or tools of the following general description:

MATERIALS AND LABOR, STRUCTURAL STEEL &
ERECTION

In the construction, alteration or repair of the building,
structure or improvement located at:

BANG ENERGY
1635 S 43RD AVE
PHOENIX, AZ 85009

And situated upon that certain lot(s) or parcel(s) of land in
MARICOPA County, Arizona, described as follows:

1635 S 43RD AVE
PHOENIX, AZ 85009

An estimate of the total price of the labor, professional
services, materials, machinery, fixtures or tools furnished or to
be furnished is:

$3,434,097.31

20220358988

NOTICE TO PROPERTY OWNER

If bills are not paid in full for the labor, professional services, materials, machinery, fixtures or tools furnished, or to be furnished, a mechanic's lien leading to the loss, through court foreclosure proceedings, of all or part of your property being improved may be placed against the property. You may wish to protect yourself against this consequence by either:

1) Requiring your contractor to furnish a conditional waiver and release pursuant to Arizona Revised Statutes section 33-1008, subsection D, paragraphs 1 and 3 signed by the person or firm giving you this notice before you make payment to your contractor.

2) Requiring your contractor to furnish an unconditional waiver and release pursuant to Arizona Revised Statutes section 33-1008, subsection D, paragraphs 2 and 4, signed by the person or firm giving you this notice after you make payment to your contractor.

3) Using any other method or device that is appropriate under the circumstances.

Within ten days of the receipt of this preliminary twenty day notice the owner or other interested party is required to furnish all information necessary to correct any inaccuracies in the notice pursuant to Arizona Revised Statutes section 33-992.01, subsection I or lose as a defense any inaccuracy of that information.

Within ten days of the receipt of this preliminary twenty day notice if any payment bond has been recorded in compliance with Arizona Revised Statutes section 33-1003, the owner must provide a copy of the payment bond including the name and address of the surety company and bonding agent providing the payment bond to the person who has given the preliminary twenty day notice. In the event that the owner or other interested party fails to provide the bond information within that ten day period, the claimant shall retain lien rights to the extent precluded or prejudiced from asserting a claim against the bond as a result of not timely receiving the bond information.

DATED.          JUNE 14, 2021

FABCO METAL PRODUCTS LLC

By: _Michelle Gerred_____

Michelle Gerred, Esq., #031678
(as limited agent for FABCO METAL PRODUCTS LLC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACKNOWLEDGEMENT OF RECEIPT OF PRELIMINARY TWENTY-DAY NOTICE</u>

This acknowledges receipt on ___ / ___ / ___ (date) of a copy of the preliminary twenty-day notice at
_____ (address). Date: ___/___/___ (date this acknowledgment was executed)

_ _ _ _ _____
Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Please note: Arizona Revised Statutes, Section 33-992.02, provides that the acknowledgment be returned to the person or firm sending the Preliminary Twenty Day Notice (Michelle Gerred, Esq.) within thirty days of receipt thereof.

(Our Ref. N171066 20.042)



20220358988

AFFIDAVIT AND PROOF OF MAILING OF PRELIMINARY TWENTY DAY NOTICE

**BY MAIL**

STATE OF OHIO                )
                             ) ss.
COUNTY OF CUYAHOGA           )

      Colleen Kirk, being first duly sworn upon his/her oath, deposes and says:

1.      I make this affidavit on my personal knowledge of the facts herein set forth.

2.      On June 14, 2021, pursuant to A.R.S. 33-992.01, I mailed a copy of the Arizona Preliminary Twenty Day Notice to:

Owner or Reputed Owner
JHO REAL ESTATE INVESTMENT, LLC
1600 N PARK DR
FORT LAUDERDALE, FL 33326

JHO REAL ESTATE INVESTMENT, LLC
C/O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC.
DBA BANG ENERGY
C/O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

by certified mail, return receipt requested. A copy of the certified mail receipt is attached hereto as part of Exhibit C and incorporated herein by reference.

3.      I also mailed this same Notice by certified mail, return receipt requested, to the following entities:

Person with Whom Claimant has Contracted:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

Project Original Contractor or Reputed Contractor
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL   32257

STELLAR GROUP, INCORPORATED
C/O CORPORATION SERVICE COMPANY
8825 N 23RD AVENUE, SUITE 100
PHOENIX, AZ 85021

20220358988

by certified mail, return receipt requested.  A copy of the certified mail receipt is attached hereto as part of Exhibit C and incorporated herein by reference.

Dated this _9th_ day of _April_ , _2022_

_Colleen Kirk_ _____
By: Colleen Kirk

SUBSCRIBED AND SWORN to before me this 19th day of April 2022 by Colleen Kirk.

My Commission Expires:

_May 27, 2024_

(Ref. N171066)

_____
Notary Public

TARA SCHILLING
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
May 27, 2024

NOTARIAL SEAL
STATE OF OHIO

20220358988



NCS[AZ(N171066OW]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 52



JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066TE]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 76

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Clare Wilson
noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066GC]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 69

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson
noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066A2]B0
729 Miner Road
Cleveland OH 44143



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 90



STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Clare Wilson
noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988



NCS[AZ(N171066A1]B0
729 Miner Road
Cleveland OH 44143

**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0016 1571 83

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more
information.  If you have any additional questions, please email Clare Wilson
noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

# EXHIBIT D

# EXHIBIT D

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220358988  04/25/2022  08:47
ELECTRONIC RECORDING

1650899695027-74-1-1--
ramosj

Recorded at the request of:
FABCO METAL PRODUCTS LLC
c/o Michelle Gerred, Esq., #031678
P.O. Box 24101
Cleveland, OH 44124
Ref: N171066 20.042

Please return this instrument to the above.

---

## NOTICE AND CLAIM OF MECHANICS' AND MATERIALMEN'S LIEN

1.    The party on whose behalf this lien is filed and served ("Claimant"):

FABCO METAL PRODUCTS LLC
1490 FRANCES DRIVE
DAYTONA BEACH, FL 32124

2.    The legal description of the lands and improvements to be charged with a lien:

a.    Address of location of property:

BANG ENERGY - WAREHOUSE/DIST FACILITY
1635 S 43RD AVE
PHOENIX, AZ 85009

b.    Legal description of property:

See Exhibit A attached hereto.

c.    Tax Parcel Number:          105-14-001-Q

3.    The name of the owner(s) or reputed owner(s) of the property concerned ("Owner"):

JHO REAL ESTATE INVESTMENT, LLC
1600 N PARK DR
FORT LAUDERDALE, FL 33326

JHO REAL ESTATE INVESTMENT, LLC
C/O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC. DBA BANG ENERGY
C/O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC. DBA BANG ENERGY
1600 N PARK DR
SUITE 200
FORT LAUDERDALE, FL 33326

Verification of:
<u>MR. SHANE KING - PRESIDENT</u>

Dated: _____

STATE OF _Florida_ )
                              )ss.
COUNTY OF _Volusia_ )

The foregoing Notice and Claim of Mechanics' and Materialmen's Lien was subscribed and sworn to before me, the undersigned notary public, this _6th_ day of _APRIL_____, _2022_ by MR. SHANE KING, PRESIDENT, who stated under oath that he/she has personal knowledge of the facts contained in the lien, that he/she had read the lien and that the facts contained therein are true and correct.

_____
Notary Public

My Commission Expires:

DIANE B. VAUGHN
Commission # GG 982849
Expires August 29, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

4.    The name of the person by whom the lienor was employed or to whom he furnished materials:

STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

5.    The lender or reputed lender(s).

Unknown

6.    A statement of the terms, time given and conditions of the contract, if it is oral, or a copy of the contract, if it is written:

Please see Exhibit B attached hereto.

7.    A statement of the lienor's demand, after deducting just credits and offsets (reasonable value of labor/materials provided):

$2,160,783.76, plus interest at the highest percent allowed pursuant to A.R.S. 44-1201, and reasonable attorney fees pursuant to A.R.S. 33-998(B)

8.    A statement of the date of completion of the building, structure or improvement, or any alteration or repair of such building, structure or improvement.

To claimant's knowledge date of Completion has not been received or recorded.

9.    A statement of the date the preliminary twenty-day notice required by section 33-992.01 was given.  A copy of such preliminary twenty day notice and the proof of mailing required by section 33-992.02 shall be attached as Exhibit C.

Date notice given:  06/14/2021

10.    A statement of the labor and/or materials provided:

STRUCTURAL STEEL & ERECTION (MATERIALS AND LABOR)

**WHEREFORE,** Claimant demands a lien on the subject real property and the leasehold interest and all improvements thereof in the amount of the claim and claims the benefit of the laws of the State of Arizona relating to the liens of labor, materialmen, mechanics, and others; and in order to fix this lien, has made this Notice and Claim of Lien in two or more duplicate copies; causing one thereof to be recorded in the Office of the County Recorder of MARICOPA County and causing the others to be served upon the Owner(s) or Reputed Owner(s) if they can be found in said County.

FABCO METAL PRODUCTS LLC, Lien Claimant

By: _____
MR. SHANE KING, PRESIDENT

## EXHIBIT A

## LEGAL DESCRIPTION

That portion of the Northwest quarter of Section 15, Township 1 North, Range 2 East of the Gila and Salt River Meridian, Maricopa County, Arizona, described as follows:

Beginning at the Northwest corner of the North half of the Southwest quarter of said Northwest quarter;

Thence South (assumed bearing for purposes of this description) along the West line of said section, a distance of 660.00 feet to a line that is parallel with and distant 1968.46 feet Southerly measured at right angles from the North line of said section;

Thence South 89 degrees 50 minutes East, along said parallel line, a distance of 1307.28 feet to a line that is parallel with and distant 10.00 feet Westerly, measured at right angle, from the East line of said Southwest quarter, last said parallel line being also the center line of an existing drill track;

Thence North 00 degrees 01 minutes West, along last said parallel line, a distance of 1095.68 feet to a point of CUSP;

Thence Southwesterly along a tangent curve concave Northwesterly having a radius of 642.43 feet, through a central angle of 05 degrees 43 minutes 29 seconds, an arc distance of 64.19 feet;

Thence South 05 degrees 42 minutes 29 seconds West, tangent to said curve, a distance 26.38 feet;

Thence Southwesterly and Westerly along a tangent curve to the right having a radius 382.24 feet, through a central angle of 84 degrees 27 minutes 31 seconds, an arc distance of 563.45 feet to a point of tangency in a line that is parallel with and distant 1308.46 feet Southerly, measured at right angles, from said North line;

Thence North 89 degrees 50 minutes West, along last said parallel line, a distance of 919.70 feet to the point of beginning.

EXCEPTING THEREFROM that portion of said property lying below a depth of 500.00 feet measured vertically from the contour of the surface thereof;

Provided, however, that said grantor, its successors and assigns, shall not have the right for any and all purposes to enter upon, into or through the surface of the portion of said property lying above 500.00 feet, measured vertically from the contour of the surface of said property, as reserved in Deed recorded in Docket 9581, Page 180 and also recorded in Docket 9590, Page 873; and

EXCEPT all rights retained by Southern Pacific Company, a Delaware corporation in Warranty Deed recorded in Docket 3976, Page 407 of official records of Maricopa County, Arizona.

# Exhibit B

**SUBCONTRACT**
**Stellar Group, Inc.**
2900 Hartley Road
Jacksonville, FL 32257

| | |
|---|---|
| **Subcontractor:** Fabco Metal Products, LLC<br>1490 Frances Drive<br>Daytona Beach Florida 32124 | **Project Name and Location:** Bang Energy - Phoenix Can Manufacturing<br>1635 South 43rd Avenue<br>Phoenix Arizona 85009 |
| **Attention:** Tom Emert | **Attention:** Brian Edberg |
| **Phone:** (352) 373-3578 | **Mobile:** (904) 349-0640 |
| **Fax:** (386) 258-3402 | **E-Mail:** bedberg@stellar.net |
| **E-Mail:** temert@fabcometal.com | |

| Date<br>12/16/2020 | SC #<br>23006976-SUB-05 | Project #<br>23006976 | Contract Type<br>Lump Sum | FOB<br>Jobsite | Schedule<br>Per Superintendent |
|---|---|---|---|---|---|
| **Scope of Work: Structural Steel** | | | | | |

This Subcontract is made by and between Stellar Group, Incorporated, d/b/a Stellar, hereinafter referred to as Contractor, and the Subcontractor named above, at Jacksonville, Florida. In consideration of the mutual promises and undertakings set forth herein, Contractor and Subcontractor hereby agree to the terms and conditions set forth herein, including the Terms and Conditions attached hereto. Subcontractor agrees to perform and complete the following Work:

**A. Work:** Subcontractor agrees to perform and complete the scope of work generally as described in Exhibit A attached hereto and incorporated herein.

**B. Construction Progress Schedule:** Subcontractor agrees to complete the Work in strict accordance with the Construction Progress Schedule attached hereto as Exhibit B and incorporated herein.

**C. Contractor's Safety Requirements:** Subcontractor agrees to conform to Contractor's Request for Documentation, Bid Considerations, and Jobsite Safety Rules attached hereto as Exhibit C and incorporated herein.

**ALL FOR THE LUMP SUM OF**                                                                                   **$3,434,097.31**
All licenses, permits, fees, taxes and insurance with Contractor named as additional insured included)

**Attachments:**
Exhibit-E-General Requirements.pdf, Exhibit-F—Stellar Guide for Subcontractor Usage in Progress.pdf, Exhibit D-PHX VPX-Stellar DBIA_530___835_Cost_Plus_GMP 2020-07-28_Executed.pdf, 23006976 - Subcontract Attachments.pdf, Exhibit-C-USP Bang Energy-Phoenix.pdf, Exhibit-H Specifications dated 11.11.2020.pdf, 23006976-Arizona Form 5005.pdf, 23006976 - Arizona Form 5000.pdf, Exhibit A 23006976-Bang PHX Can Manufacturing Schedule_PRELIMINARY.pdf, Exhibit A 23006976-SUB-05 Structural Steel.pdf, Structural Steel Submittal Log 12.16.2020.pdf, Exhibit G-Drawing Log dated 11.24.2020.pdf, 23006976 _Subcontract Attachments.pdf

**FOR ACCOUNTING PURPOSES ONLY:**

| Cost Code | | Distributed Value |
|---|---|---|
| 05-0501 | - 1760 | $117,903.75 |
| 05-0506 | - 1760 | $9,904.32 |
| 05-0506 | - 1760 | $70,959.24 |
| 05-0501 | - 1760 | $1,769,196.41 |
| 05-0505 | - 1760 | $130,340.91 |
| 05-0503 | - 1760 | $524,661.70 |
| 05-0506 | - 1760 | $591,250.98 |
| 05-0506 | - 1760 | $219,880.00 |
| | **Total:** | **$3,434,097.31** |

**THIS SUBCONTRACT INCLUDES AND IS SUBJECT TO THE TERMS AND CONDITIONS ATTACHED HERETO AND INCORPORATED HEREIN.**

IN WITNESS WHEREOF, the Subcontractor and Contractor have executed this Subcontract on the date set forth above.

**FABCO METAL PRODUCTS, LLC**
Subcontractor

Signed and Dated: _____ 1/8/21
                         SHANE KING

By: ~~Tom Emert~~   PRESIDENT
~~VP of Sales~~

**STELLAR GROUP, INCORPORATED**
Contractor

Signed and Dated: _____

By: Jonah Petoskey
Senior Project Manager

2022835888

## SUBCONTRACT
### Stellar Group, Inc.

**SC #:**  23006976-SUB-05    **Date:**  12/16/2020

**Subcontractor:**  Fabco Metal Products, LLC    **Page:**  2 of 6

## GENERAL NOTES

1. Subcontractor and any Sub-Subcontractors must possess and, at the time of execution of this Agreement, furnish a copy of a valid state Contractors license for the state where the Project is located and for the scope of Work described herein. This Subcontractor must certify and warrant and furnish proof that it is currently registered to do business and remit state sales and use tax in the state where the Project is located. Contractor reserves the right to Withhold payment until this Subcontractor furnishes such proof. It is the Subcontractors responsibility to obtain and keep in force proper licensing in Accordance with the laws and statutes of the state where the Project is located and to otherwise comply with all applicable federal, state and local laws, ordinances and regulations. Any Sub-Subcontractor must also comply with these provisions, and Subcontractor shall expressly incorporate these provisions into any agreement in which the Subcontractor subcontracts with another to perform any portion of the Work described herein.

2. Immediately upon execution of this Subcontract, Subcontractor shall furnish to the Contractor all certificates of insurance in accordance with Paragraph Six Insurance Requirements of the Terms and Conditions. Subcontractor must submit all certificates of insurance prior to performing any on this Project.

3. Subcontractor agrees to diligently pursue the Work and to meet the requirements set forth in the Construction Progress Schedule. In the event the Subcontractor delays the progress of the Work, he shall bear all costs of overtime, expediting and all special freight or other charges required to bring its progress to the level required. This Subcontractor may also be subject to damages or claims by the Contractor or other subcontractors brought about by Subcontractors negligence or its failure to adhere to the Construction Progress Schedule for any reason. Failure to comply with the Construction Progress Schedule may result in default under Paragraph Seven Default and Remedies of the Terms and Conditions.

4. Work hours shall be established by the Contractor and shall be followed by the Subcontractor. The Subcontractor must work during regular hours and will not be permitted to work at night and/or on weekends. All overtime work must be approved by the Project Superintendent. A representative of Contractor must be on site at all times work is being performed.

5. Subcontractor shall fully comply with the applicable employment verification procedures for all of its employees. Subcontractor certifies and warrants to Contractor that it maintains a I-9 compliance program for the express purpose of verifying lawful employment authorization to work in the United States for all of Subcontractors employees. The Subcontractor represents that it will follow all I-9 verification, reverification and updating procedures required by the Immigration Reform and Control Act of 1986 for all of Subcontractors employees on the Project. The Subcontractor further represents that it maintains a designated I-9 compliance officer who oversees the Subcontractors I-9 compliance procedures.

6. Subcontractor shall cooperate fully the instructions and directions of the Project Superintendent and shall coordinate its Work the work of other subcontractors.

7. Subcontractor shall perform all Work in a neat and professional manner and shall take great care not to damage any work already in place.

8. The Subcontractor shall furnish shop drawings and submittal data to the Contractor no later than weeks after receipt of this Subcontract. Subcontractor shall submit six copies plus the number to be returned to Subcontractor.

9. The Subcontractor shall furnish all layout and engineering in connection with its Work.

10. The Subcontractor shall clean-up all debris from its work on a daily basis. If, in the opinion of the Contractor, clean-up is not satisfactory, the Contractor, after giving reasonable notice to the Subcontractor, may clean up the premises at the cost and expense of the subcontractor and deduct such expense from payments due to the Subcontractor.

11. Subcontractor certifies and warrants That he is aware of all federal, state and local safety requirements and regulations pertaining to the Work, and Subcontractor shall perform its Work in strict compliance with such requirements and regulations. Subcontractor shall also comply with Contractors' safety regulations.

12. Subcontractor shall furnish Material Safety Data Sheets to the Contractor for material used in the Work and shall have same in its possession at the jobsite. Subcontractor shall pay any fines imposed for lack of the proper Material Safety Data Sheets.

13. Subcontractor shall comply with the code requirements of any governmental or regulatory body having jurisdiction over the Work. Subcontractor shall bring to the attention of the Contractor any discrepancy between the code requirements and the drawings or specifications

14. Subcontractor shall be responsible for scheduling, deliveries and receiving of all materials and supplies required for the Work. The Contractor accepts no responsibility for unloading deliveries or the condition or quantity of any materials delivered in the Subcontractor's absence.

15. It is the Subcontractor's responsibility to store and protect its materials, tools and equipment. Contractor shall not be liable in the event that Subcontractors materials, tools or equipment are lost, stolen or damaged.

16. Subcontractor agrees to maintain as built documents and data applicable to the Work. Subcontractor shall provide these documents to the Contractor prior to release of retainage.

17. Payments shall be made in accordance with Paragraph Eight, Payment, of the Terms and Conditions attached to the Subcontract.

18. Prior to submittal of the first Requisition for Payment, Subcontractor shall submit a detailed Schedule of Values acceptable to the Contractor, for the purpose of approving work-in-place and/or materials suitably stored on site.

19. Prior to the final Requisition for Payment being processed, the Subcontractor shall submit to the Contractor, final lien waivers, final warranty, as-built drawings, copies of inspections and/or permits, three (3) hard copies and one (1) PDF copy of equipment operation and maintenance manuals and any other criteria required by the contract documents.

20. Subcontractor must use the Contractors ·Subcontractor Requisition for Payment' form for all payment requisitions, and the form must bear the Subcontractors original signature, notarized.

21. With every requisition for payment, Subcontractor must submit a validly executed Lien Waiver and, in the event that there is a payment bond on the project, a Waiver of Right to Claim Against the Bond, as a condition precedent to payment.

22. The Subcontractor shall execute IRS document W-9 and return it to the Contractor with the executed Subcontract. Contractors receipt of the executed W-9 is a condition precedent to payment.

23. Subcontractor hereby acknowledges that it has received contract drawings and specifications for the Work.

24. Modifications or alterations to this Subcontract are not valid without prior written approval of the Contractor.

25. Prior to execution of any extra or change in the work, Subcontractor must submit a claim for Change in the Work end a Project Manager. or other Project Executive, must issue a Subcontract Modification in accordance with Paragraph Three Changes in the Work of the Terms and Conditions. Contractor shall not compensate Subcontractor for such Work if the Subcontractors claim was not timely or the Contractor did not approve the claim and issue a Subcontract Modification. The Superintendent does not have authority to modify the Subcontract or to approve extra work or claims for Change in the Work.

26. Subcontractor shall not assign, in whole or in part assign or sublet this Subcontract or the proceeds due or to become due under this Subcontract Without the prior, express and written consent of the Contractor.

27. Subcontractor shall maintain accurate as-built drawings during construction, and upon request, Subcontractor shall submit the drawings to the Contractor for periodic review. Failure to maintain accurate as-built drawings during construction may result in default under Paragraph Seven Default and Remedies of the Terms and Conditions. Not later than Substantial Completion, the Subcontractor shall deliver one clean set of marked-up drawings to the Contractor for inclusion in the close-out documents with the Owner.

28. For each day the Subcontractor is on the jobsite, the Subcontractor shall submit a "Subcontractor's Daily Report" form, available at the Contractor's field office, to the Contractors Superintendent by 10:00 a.m. the following morning. Subcontractor's compliance with this provision is a condition precedent to payment.

29. Subcontractor shall pay all taxes, assessments and premiums under the federal Social Security Act, any applicable unemployment insurance, workers compensation, disability benefits, sales tax, use tax, business tax, personal property tax laws, or other applicable laws now or later In effect payable by reason of or in connection with any part of the Work. In the event that Subcontractor fails to comply with these laws and Contractor becomes liable for such taxes, assessment or premiums, Subcontractor shall indemnify and hold harmless the Contractor and/or the Owner from and against such liability that Contractor and/or the Owner may incur as a result of such failure.

30. Subcontractor is responsible for having an approved Subcontractor prequalification package on file prior to the issuance of a Subcontract.

# SUBCONTRACT
**Stellar Group, Inc.**

SC #:     23006976-SUB-05                 **Date:**     12/16/2020

**Subcontractor:**   Fabco Metal Products, LLC           **Page:**     3 of 6

## TERMS AND CONDITIONS

1.     GENERAL CONTRACT. Contractor has entered or will enter into a General Contract with the Owner for the Project described on the first page of this Subcontract. Contractor has made or will make copies of the General Contract available to the Subcontractor (with dollar amounts redacted). The Project, including Subcontractor's Work, is to be constructed in accordance with the terms and conditions of the General Contract, including drawings and specifications and general, supplemental and special conditions and other Contract Documents described therein. Subcontractor hereby assumes the same conditions and responsibilities with respect to the performance under this Subcontract that the Contractor assumes toward the Owner with respect to its performance under the General Contract. If the General Contract varies or conflicts with any provision of this Subcontract, including any modification hereof, this Subcontract shall govern.

2.     SCOPE OF WORK. Subcontractor shall provide and pay for all labor, materials, services, tools, equipment and other things necessary to fully perform the Work set forth on the first page hereof, in cooperation with the other trades, in a good and workmanlike manner, and to the satisfaction and acceptance of Contractor and Owner or Owner's representative, which shall be final. Subcontractor has examined the premises and ascertained existing site conditions (including sub-surface conditions) and the nature and location of the Work thereon. All Work affected or governed by such site conditions or Work and services required for the thorough and satisfactory execution and completion of the work, whether indicated and specified or not, and regardless of quantity estimated, shall constitute a part of this Subcontract and be performed by Subcontractor without additional charge. Subcontractor expressly waives the right to make any claim arising out of minor variations in the actual condition of the premises from those conditions shown on the drawings and specifications.

3.     CHANGES IN THE WORK. Whenever the Contractor requests extra work, acceleration of work, compression of work or other changes requiring additional payments (collectively referred to herein as a 'Change in the Work') verbally or in writing directly or indirectly, Subcontractor shall present a written claim for compensation to the Contractor for such Change in the Work within ten (10) days of such request. Subcontractor hereby waives any claim for compensation not presented within ten (10) calendar days of the Change in the Work request. No dispute as to adjustment in the contract price due to Change in the Work shall excuse Subcontractor from proceeding within the original scope of Work or Change in the Work.

Subcontractor shall furnish a complete, itemized breakdown in sufficient detail to permit an analysis of all labor, material and equipment for any Change in the Work implemented at the direction of the Contractor and timely claimed in writing by Subcontractor.

In the event a Change in the Work affects the current Construction Progress Schedule, Subcontractor must include the claim for Change in the Work any request for time extension and justifications therefor.

It shall be a condition precedent to Subcontractors recovery of any compensation or damages for a Change in the Work of any type or any extension of time, whether requested (directly or indirectly, verbally or in writing) or caused by Contractor or others, that Subcontractor shall have made a specific written claim for such Change in the Work extension, compensations or damages within ten (10) days of the request or event giving rise to such Change in the Work or extension of time.

Claims for any such Change in the Work, extension, compensation or damages received after ten (10) days are hereby waived by the Subcontractor and shall not be considered by the Contractor.

4.     PERFORMANCE. Subcontractor acknowledges that TIME IS OF THE ESSENCE with respect to Contractors completing the Project pursuant to the General Contract, and that such completion is substantially dependent upon Subcontractor's performance of this Subcontract on or before the dates set forth in the Construction Progress Schedule and/or elsewhere herein. TIME IS OF THE ESSENCE IN THIS SUBCONTRACT. Subcontractor shall turn the Work over to the Contractor in good condition and free and clear of all claims and liens, and shall, at its expense, indemnify Contractor and defend all suits and pay all claims arising from its actions and omissions or those of its vendors, sub-subcontractors or second-tier subcontractors in its performance of this Subcontract. Subcontractor shall pay the cost of any bond necessary to remove any mechanic's lien from the Project arising out of the Work of Subcontractor. Subcontractor covenants, agrees and warrants that he shall not employ any labor which may interfere with labor harmony at the job site or with the introduction and storage of materials and execution of work by other subcontractors. If Subcontractor breaches this covenant and such breach causes a stoppage or slowdown of Work at the jobsite, Subcontractor shall be liable for damages suffered by Contractor caused by such delay in completing the Project, including any liquidated damages in the General Contract imposed on Contractor for failing to complete the Project on the completion date set forth therein. This job shall be run Merit Shop. Subcontractor shall comply with all laws, ordinances and regulations relating to the manner of doing the Work or to the supplying of material, including, without limitation, laws, ordinances, rules, regulations and orders for the safety of persons and property, and Subcontractor shall provide safe working conditions for its employees and all other persons on the jobsite at all times. If Subcontractor discovers any errors, omissions or discrepancies in the drawings or specifications, the General Contractor this Subcontract, Subcontractor shall immediately notify Contractor in writing. Any Work affected by such discoveries which Subcontractor performs prior to notifying Contractor and obtaining Contractors authorization to proceed shall be performed at Subcontractors risk. Subcontractor acknowledges that it may be performing the Work in the same area where other subcontractors, Contractor or Owner may be working, and the performance of work by the others may temporarily affect the Subcontractors Work. Subcontractor agrees to fully cooperate with the others to ensure an expeditious completion of the interfaces. If Subcontractor's Work depends on the proper execution of work by others, then prior to the execution of its Work, Subcontractor shall inspect such work and submit a written report to the Contractor describing any defects. Subcontractors failure to inspect and report any defects prior to commencing its Work constitutes acceptance of such work by Subcontractor.

5.     INDEMNITY. (a) Indemnity. (1) General Indemnification for Damages to Persons or Property. To the fullest extent permitted by law, Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses and expenses arising from injury to or destruction of tangible property (other than the work itself), including loss of use resulting therefrom or accident, bodily injury, sickness, disease or death, or damage whatsoever to any person, firm or corporation, caused in whole or in part by any act, omission, negligence or default of the Owner or its officers, directors, agents, or employees; the Contractor or its officers, directors, agents, or employees; the Subcontractor or its officers, directors, agents, or employees; or any of the Subcontractors contractors, subcontractors, sub-subcontractors, materialmen, suppliers, servants, agents, or licensees of any tier or their respective employees.

Subcontractors indemnification of Contractor and/or Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon.

If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractor's expense by counsel satisfactory to Contractor and/or Owner.

In compliance with Florida Statute § 725.06, the indemnity obligation described in 5(a)(1) is limited to the greater of $1,000,000 or two times the total General Liability (including Umbrella Liability Policy) insurance limit required in Paragraph SIX, "Insurance below, which amount the Parties agree bears a reasonable commercial relationship to the Subcontract and the risks associated with Subcontractor's performance thereunder.

The indemnity obligation described herein is intended to be consistent with the scope of indemnity obligations authorized by Florida Statute § 725.06, the provisions of which are incorporated herein by reference.

In the event any portion of the indemnity obligations described in the Contract is determined to be inconsistent with Florida Statute § 725.06, the provisions of Florida Statute § 725.06 shall control, it being the intention of the parties that Subcontractor shall indemnify Owner and Contractor, their officers, directors, agents, or employees to the fullest extent authorized by Florida law.

Additionally, the parties agree that the indemnity provisions herein are hereby incorporated into the project specifications or project bid documents, if any,

20220358986

## SUBCONTRACT
### Stellar Group, Inc.

| | | | |
|---|---|---|---|
| **SC #:** | 23006976-SUB-05 | **Date:** | 12/16/2020 |
| **Subcontractor:** | Fabco Metal Products, LLC | **Page:** | 4 of 6 |

(2) Indemnification for Economic Damages-Subcontractor's Labor Force. To the fullest extent permitted by law, the Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses, premiums, fines and any other expenses arising from Subcontractor's, Subcontractor's contractor's, subcontractor's, or of any tier or their respective employee's or any other statutory employee of Contractor as defined in Florida Statutes, S 440.02, violation of any provision of Chapter 440, Florida Statutes (a/k/a Workers Compensation Law).

Subcontractors indemnification of Contractor and/or Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon. If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractor's expense by counsel satisfactory to Contractor and/or Owner.

(3) Indemnification for Damages Associated with Performance of the Contract Work. To the fullest extent permitted by law, Subcontractor shall defend, indemnify and hold harmless the Owner, its officers, directors, agents, and employees; and the Contractor, its officers, directors, agents, and employees; from and against claims, demands, payments, damages, losses and expenses arising from the conduct, management, or performance of the Work or the performance by Subcontractor under the terms of this Subcontract, including, but not limited to, any and all 3. claims arising from any condition of the Work due to any act, omission, negligence, breach or default on the part of Subcontractor in the performance of any obligation on its part to be performed pursuant to this Subcontract or liens relating to Subcontractors Work, regardless of who performs the Work, supplies materials, or asserts such lien.

Subcontractors indemnity of Contractor and Owner shall include all costs, reasonable attorneys' fees, expenses, interest and liabilities incurred in or about any such claim, action or proceeding brought thereon. If by reason of such claims any party brings any claim, action or proceeding against Contractor and/or Owner, Subcontractor, if requested and upon notice from Contractor, shall defend the Contractor and/or Owner against such claim, action or proceeding at Subcontractors expense by counsel satisfactory to Contractor and/or Owner.

6.      INSURANCE REQUIREMENTS. At Subcontractor's own expense and prior to commencing the Work, Subcontractor shall procure all insurance coverage as required hereunder and furnish Contractor with certificates of insurance, and copies of additional insured endorsements, executed by an authorized representative from an insurer duly licensed to transact business at the location of the jobsite.

Subcontractor shall maintain the required insurance coverage and provide current evidence of such coverage to the Contractor until the warranty period of the Subcontractors Work expires.

The insurance coverage as set forth below shall be issued from companies satisfactory to the Contractor and with an AM Best rating of not less than A- VII.

Securing and maintaining the insurance required hereunder is a condition precedent to payment. Furthermore, Subcontractor's failure to comply with the terms of this provision or its subparts shall constitute a default under Paragraph Seven Default and Remedies of the Terms and Conditions and, at Contractors option, Contractor may terminate this Subcontract for cause and/or purchase said insurance at Subcontractors expense.

(a) Commercial General and Umbrella Liability Insurance. If the estimated value of the Subcontract, including prospective change orders or modifications, is less than $2,000,000, the Subcontractor shall maintain commercial general liability (CGI) and, if necessary, umbrella insurance with a per project limit of not less than $2,000,000 each occurrence, subject to a general aggregate of not less than $2,000,000. If the estimated value of the Subcontract, including charge orders or modifications, exceeds $2,000,000, the Subcontractor shall maintain commercial general liability (CGL) and, if necessary, umbrella insurance with a per project limit of not less than the total estimated value of the Subcontract per occurrence, subject to a general aggregate of not less than said total. If at any time a Change in the Work causes the total value of the Subcontract to exceed the Subcontractors current commercial general liability (CGL) per project limit and/or umbrella insurance per project limit, the Subcontractor must obtain the proper coverage as required herein and provide evidence of such coverage to the Contractor. The general aggregate limit shall apply separately to this Subcontract. The CGL insurance shall be written on ISO occurrence form CG 00 01 (or a substitute form providing equivalent coverage). The coverage shall include liability arising from premises, operations, independent contractors, products-completed operations, personal injury & advertising injury, and liability assumed under an insured contract, including the tort liability of another assumed in a contract. The Subcontractor's CGL policy shall include Contractor as an additional insured for both ongoing and completed operations. The additional insured endorsements shall be written on ISO additional insured endorsement CG 20 10 07 04 (for ongoing operations) and CG 20 37 07 04 (for completed operations) (or substitute endorsements providing equivalent coverage) and attached to Subcontractors CGL, and to the commercial umbrella, if any. Subcontractor shall maintain ongoing CGL coverage for the products-completed operations hazard, including liability assumed under an insured contract, and the required additional insured coverage for the maximum period of time Subcontractor may be held legally liable for its work following substantial completion of the Work. Subcontractor shall maintain this coverage on ISO occurrence form CG 00 01 (or a substitute form providing equivalent coverage). Subcontractors CGL insurance shall apply as primary insurance with respect to any other insurance or self-insurance programs afforded to Contractor, and no endorsement or modification of the CGL shall make the coverage excess over other available insurance.

(b) Automobile and Umbrella Insurance. Subcontractor shall maintain automobile liability insurance and, if necessary, umbrella liability insurance with a limit of not less than $1,000,000 each accident. Such insurance shall cover liability arising out of 'any auto', including owned, hired, and non-owned autos. Coverage shall be written on ISO form CA 00 01, or a substitute form providing equivalent liability coverage. Stellar shall be added as an additional insured to the auto and umbrella policy.

(c) Workers Compensation Insurance. Subcontractor shall maintain worker's compensation and employer's liability insurance. The worker's compensation coverage shall provide the statutory maximum limit of liability.

The employer's liability limits shall not be less than $1,000,000 each accident for bodily injury by accident or $1,000,000 each employee for bodily injury by disease.

(d) Pollution Liability Insurance. Pollution Liability Insurance is required with a limit of no less than $1,000,000 This coverage must include damage caused by pollutants, which is any solid, liquid, gaseous or thermal irritant including mold and fungus, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. This coverage must include completed operations. Any exception to this requirement will be determined by Stellar according to Exhibit A Scope of Work.

(e) Professional Liability Insurance. If Subcontractors scope of services includes design work or other professional services, then Subcontractor shall maintain insurance coverage for Subcontractors errors, omissions and other wrongful acts arising out of the professional services performed by Subcontractor. The limit of liability shall not be less than $1,000,000.

(f) Waiver of Subrogation. Subcontractor waives all rights against Contractor and its agents, officers, directors and employees for recovery of damages to the extent that any of the policies of insurance maintained pursuant to this Subcontract covers these damages.

(g) Sub-subcontractors Insurance. Subcontractor shall cause each Sub-subcontractor employed by Subcontractor to purchase and maintain insurance of the type specified in this agreement. When requested by Contractor, Subcontractor shall furnish to Contractor copies of certificates of insurance evidencing coverage for each Sub-subcontractor.

(h) No Representation of Coverage Adequacy. By requiring the insurance as set out in this Subcontract, Contractor does not represent that such coverage and limits will be adequate to protect Subcontractor, and Subcontractor acknowledges that it is solely liable under the indemnities provided to the Contractor and/or Owner pursuant to this Subcontract is not limited to such coverage and limits.

7.      DEFAULT AND REMEDIES. (a) Should Subcontractor at any time fail to prosecute and complete the Work in accordance with the Construction Progress Schedule, as herein provided or as directed by Contractor; or fail to diligently and continuously perform its Work; or if, in the opinion of Contractor, the Work of Subcontractor cannot be completed in the time period required; or if Contractor is notified of Subcontractors failure to pay for any material or labor used on the Project; or in the event of a

# SUBCONTRACT
## Stellar Group, Inc.

| | | | |
|---|---|---|---|
| **SC #:** | 23006976-SUB-05 | **Date:** | 12/16/2020 |
| **Subcontractor:** | Fabco Metal Products, LLC | **Page:** | 5 of 6 |

strike or stoppage of Work resulting from a dispute involving or affecting the labor employed by Subcontractor or its sub-subcontractors; or if Subcontractor fails to perform any of the requirements of this Subcontract; then such event shall constitute a default hereunder and Contractor shall notify Subcontractor to correct such default and shall specify in such notice the action to be taken and the date by which the default shall be corrected (the "Notice of Default").

(b) If a default occurs and Subcontractor has not corrected the default on or before the date specified in the notice to the Subcontractor, Contractor may exercise any or all of the following remedies:

Contractor may immediately take any action necessary to correct such default, including without limitation the right to provide labor, overtime and materials, and may deduct the cost of correcting such default from any payment due or to become due to Subcontractor or recover such cost from Subcontractor if no sums are due or become due to Subcontractor.

The Contractor may terminate this Subcontract, take possession of Subcontractors materials, tools and equipment used in performing the Work, and employ another subcontractor or use the employees of Contractor to finish the remaining Work to be performed hereunder.

Contractor may deduct the costs of completing the remaining Work from the unpaid Subcontract Price and if the cost of completing the remaining Work exceeds the unpaid Subcontract Price, Subcontractor shall pay Contractor such excess cost, including, without limitation, overhead and attorneys' fees; and

The Contractor may exercise any remedy at law or in equity available as a result of Subcontractors default or non-performance under this Subcontract.

Contractor, in any such event, may also refrain from making any further payments to Subcontractor until the entire Project shall be fully finished and accepted by Owner at which time, if the unpaid balance of the amount to be paid under this Subcontract shall exceed the sum of the expense incurred by the Contractor in finishing the Work and the damage sustained by Contractor as a result of Subcontractors default, then such excess shall be paid by Contractor to Subcontractor, but if the sum of such expenses and damages shall exceed such unpaid balance, Subcontractor shall promptly pay the difference to the Contractor

(c) Upon any default, Subcontractor shall pay to Contractor its attorneys' fees and court costs incurred in enforcing this Subcontract or seeking any remedies hereunder. Subcontractor shall pay all such fees and costs, whether or not suit is filed and in connection with any appeal and in connection with any bankruptcy or other insolvency proceeding.

(d) If Contractor does not terminate Subcontractors right to proceed, Subcontractor shall continue with the Work.

(e) If Owner is damaged by reason of any breach by Subcontractor of this Subcontract, then Subcontractor shall pay Owner such damages, together with all costs of collection including court costs and attorneys' fees.

(f) Subcontractor hereby knowingly and voluntarily waives all claims for damages due to delays, disruptions, constructive acceleration of work and similar economic losses and agrees that its sole and exclusive remedy for any such claim shall be an extension of the contract time provided that Subcontractor makes a written claim for such extension within ten (10) days of the event giving rise to the claim.

(g) Proposed Setoff Clause - If at any time Subcontractor is indebted to Contractor under any other subcontract or for any other reason, Contract shall have the right to set off such indebtedness against any payments earned under this Subcontract. Additionally, if Subcontractor defaults on any other subcontract on this Project for any reason, such default shall also constitute a default under this Subcontract.

(h) Proposed Bankruptcy/Insolvency Clause - If Subcontractor should file for bankruptcy protection, otherwise become insolvent, or encounter financial difficulties which impair the ability of Subcontractor to perform its obligations under this Subcontract fully and efficiently, then Contractor may, upon written notice, terminate Subcontractors performance under this Subcontract for cause, and Subcontractor shall pay to Contractor the amount of loss or damage sustained by Contractor as a result of the termination.

8.    PAYMENT. (a) Subcontractor shall, prior to submission of its first requisition for payment, give Contractor the name, address and telephone number of every material supplier and sub-subcontractor furnishing materials and/or labor to Subcontractor for the Work covered herein.

If Contractor receives the Subcontractor's requisition for payment and all required lien waivers by the 22nd day of the month, Contractor shall process the requisition for payment by the 25th day of the following month or 5 days after receipt of payment from the Owner, whichever is greater. The amount of each such payment is always subject to the approval of Contractor. Subcontractor, at Contractors request, shall provide evidence that that the unpaid balance of the Subcontract Price, exclusive of Retainage, is at all times sufficient to complete Subcontractors remaining Work hereunder. All monthly payments are subject to a ten (10) percent Retainage. Contractor shall disburse Subcontractor's Retainage within sixty (60) days following completion and acceptance by the Owner of the entire Project of which Subcontractors Work is a part, however, Contractors receipt of the Retainage from Owner is an absolute condition precedent to disbursement of Subcontractors Retainage.

Subcontractor shall submit all requisitions for payments on the Contractors "Subcontractor Requisition for Payment" form. The form must bear the original, notarized signature of an authorized agent of the Subcontractor. With each requisition for payment, Subcontractor must also submit a valid lien and/or bond waiver(s), on the Contractors form(s), from Subcontractor and each of its sub-subcontractors and suppliers. The waiver(s) must bear the original, notarized signature of an authorized agent of the entity waiving its bond and/or lien rights, and must cover the time period and the amount of all materials, labor and Work reflected in such requisition (including final lien and/or bond waivers with the final requisition for payment). Furthermore, if requested, Subcontractor shall submit evidence satisfactory to Contractor that all payroll; bills for materials and equipment; sales, use and business taxes; and all known indebtedness connected with Subcontractor's Work have been satisfied.

(b) Subcontractor shall defend and discharge any liens or claims arising from its performance or failure to perform under this Subcontract and shall indemnify and hold the Contractor and the Owner harmless from any losses, damages, costs, expenses and attorneys' fees relating to or resulting from mechanics' liens, equitable liens or payment bond claims arising by, through, or under Subcontractor.

Subcontractor shall make payment to sub-subcontractors and suppliers in an amount equal to the percentage of completion allowed to the Subcontractor on account of its Work. Subcontractor agrees that it shall only use sums received for its performance of this Subcontract for labor, services and material provided hereunder and shall not use such sums to satisfy Subcontractors obligations on other contracts.

Subcontractor agrees that Contractor may pay Subcontractor's material suppliers or Sub-Subcontractors with Subcontractor-by joint checks at any time. Furthermore, Contractor may make direct payments to material suppliers or Sub-Subcontractors, provided that Contractor has given Subcontractor seven (7) days prior written notice of intent to make such payment(s) and the amount of such payment(s).

(c) Notwithstanding anything to the contrary appearing herein or in any of the Contract Documents, (including but not limited to the General Contract between Owner and Contractor) either implicitly or explicitly, Subcontractor is not entitled to receive any progress payment or final payment prior to Contractors actual receipt of that payment from Owner, Subcontractor agrees that Contractors actual receipt of full payment from the Owner is a condition precedent to Contractor's obligation to pay Subcontractor the bringing of any action by Subcontractor against Contractor (and its surety, if any) relating to Contractors failure to make payment. Subcontractor further agrees that its full performance of this Subcontract shall not constitute an exception to the condition set forth in this paragraph. Subcontractor agrees that this provision also constitutes a condition precedent to any claim against any payment bond in effect on the Project.

9.    SHOP DRAWINGS. Subcontractor shall review Shop Drawings for compliance with the Subcontract Documents and approve and submit to the Contractor all Shop Drawings required by the Subcontract Documents. Subcontractor shall submit Shop Drawings with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of Owner, Contractor or other subcontractors. Contractors review of the Subcontractor's submittals shall not (a) relieve Subcontractor of its obligations

# SUBCONTRACT
## Stellar Group, Inc.

**SC #:**   23006976-SUB-05                                     **Date:**   12/16/2020

**Subcontractor:**   Fabco Metal Products, LLC                 **Page:**   6 of 6

or release Subcontractor for any liability under the Subcontract Documents or any section hereof, (b) constitute Owners or Contractor's approval of Subcontractors safety precautions, construction means, methods, techniques, sequences or procedures, or (c) represent Contractor's determination of accuracy and completeness of details of the Work such as dimensions or qualities, or Contractors substantiation of instructions for installation or performance of equipment or systems, all of which remain the responsibility of Subcontractor as required by the Subcontract Documents.

10.     WARRANTY. Subcontractor warrants to the Contractor that all materials and equipment furnished under the Subcontract will be new unless otherwise specified and that all Work will be of good quality, free from faults and defects and in conformance with the Contract Documents. All Work not so conforming to these standards shall be considered defective. If required by the Contractor, the Subcontractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment incorporated in the Project. Subcontractor shall warrant all materials and workmanship furnished or performed hereunder to be free of defects for a period of one year from date of acceptance by Owner of the entire Project unless otherwise specified herein and shall, at its expense, promptly replace, repair or correct any such defective materials or workmanship appearing within warranty period as set forth herein. Subcontractor shall submit and assign all factory warranties on equipment and materials installed by him and, at the option of Contractor, shall initiate an assignment to Contractor and/or assigns a service agreement with a local service agency covering all equipment, workmanship and materials so installed. The warranty provided in this paragraph and elsewhere in the Contract Documents is in addition to and not in limitation of any other warranty or remedy provided by law or required by the Contract Documents

11.     IMMIGRATION LAWS COMPLIANCE. Subcontractor must fully comply with all employment verification procedures, including without limitation, complying with all I-9 verification, reverification and updating procedures as required by the Immigration Reform and Control Act of 1986, for all of its employees. Subcontractor certifies and warrants to Contractor that it maintains an I-9 compliance program for the express purpose of verifying lawful employment authorization to work in the United States for all of its employees. The Subcontractor further represents that it maintains a designated I-9 compliance officer who oversees the Subcontractors I-9 compliance procedures.

12.     MISCELLANEOUS. Subcontractor shall remove from the premises, as directed by Contractor, all rubbish and surplus material which may accumulate from the prosecution of its Work.

Should Subcontractor fail to do so, Contractor may, at its option, remove same and deduct the cost of such removal from any amounts owed to Subcontractor and if the cost of such removal exceeds the unpaid Subcontract Price, Subcontractor shall pay Contractor such excess cost.

Notwithstanding anything contained herein to the contrary, Contractor may, without cause, terminate this Subcontract at any time upon written notice to the Subcontractor.

The Subcontractor shall not be entitled to anticipate a profit or damages for any termination by Contractor for its convenience.

This Subcontract contains the entire agreement between Contractor and Subcontractor.

All prior negotiations, representations and agreements with respect to this Subcontract not specifically incorporated herein are hereby cancelled.

Owners substantial performance of the General Contract is a condition of Contractors obligation under this Subcontract.

If Owner becomes bankrupt or otherwise defaults in its payments to Contractor under the General Contract, and/or terminates the General Contract with or without cause, then, upon written notice thereof to Subcontractor, Contractor may terminate this Subcontract and will thereupon, subject to the conditions of paragraph 8(c) of this Subcontract, be liable to Subcontractor only for cost of Work actually performed by Subcontractor at the time of said notice (subject to the provisions of paragraph 8(c) hereof) and for no further compensation or damage.

Subcontractor shall protect its finished Work against damage by other trades and shall be liable for damage caused by him to the Work of others.

Subcontractor shall pay the cost of replacement or repair to the Work of other trades damaged by him or occasioned by the correction of its defective Work and should Subcontractor fail to do so, Contractor may, at its option, correct such defective Work and deduct the cost thereof from any amounts owed to Subcontractor and if the cost of such correction exceeds the unpaid Subcontract Price, Subcontractor shall pay to Contractor such excess cost.

Subcontractor is responsible for determining the location of and for any damage caused by him to any underground objects, including but not limited to sewer, water, gas, electric or telephone lines, cables, pipes and tunnels.

Subcontractor shall obtain and pay for all taxes, permits, licenses and official inspections made necessary by its Work and comply with all laws, ordinances and regulations relating thereto.

Subcontractor expressly understands and agrees that its only remedy for delays in the Work shall be for an extension of time for the number of days by which he has been delayed, as determined by Contractor and/or Owner, and that Subcontractor shall not be entitled to any recovery for losses, expenses or damages relating to such delays, however caused; provided, however, that no allowance for additional time shall be made for any cause unless a request for an extension is presented in writing to Contractor within ten (10) days after occurrence of the event giving rise to the delay.

Any claim not so presented within ten (10) days shall be deemed waived by the Subcontractor and shall not be considered.

It may be necessary for the Owner to occupy a portion of the Work which Subcontractor has either partially or fully completed prior to final inspection or acceptance by the Owner.

Such occupancy shall not relieve the Subcontractor of its guarantee of Work or modify the warranty period described above.

The parties to this Subcontract agree that execution of this Subcontract was in Jacksonville, Duval County, Florida.

The laws of the State of Florida shall govern the construction, interpretation, enforcement and all other matters relating to this Subcontract and any amendments or modifications, and jurisdiction and venue for any litigation arising under this Subcontract lies exclusively with the appropriate court in Duval County, Florida to the exclusion of any other jurisdiction or venue.

Subcontractor waives the right to trial by jury on any issues relating to this Subcontract.

**FABCO METAL PRODUCTS, LLC**                           **STELLAR GROUP, INCORPORATED**
Subcontractor                                           Contractor

Signed and Dated:                                       Signed and Dated: _____

By: Tom Emeh                   Shane Kime               By: Jonah Petoskey
VP of Sales                    President                Senior Project Manager

20220358988

Reviewed by Sales - TE 1-6-21
Bob Ralston PM 1/7/21

# Exhibit A
# Structural Steel

---

**Attachment Fabco Metal Products, LLC Subcontract # 23006976-SUB-05 dated 12/16/2020**

---

1.  **Scope of Work**

    1.1    The undersigned Subcontractor, having become thoroughly familiar with the project documents provided and the local conditions affecting the performance and cost of the work, hereby agrees to provide all labor, materials, tools, equipment, freight, supervision, applicable taxes, insurance, services, permits, and miscellaneous incidentals as required to complete in every respect the work as described herein, in strict accordance with the Exhibits, General Notes, and Terms and Conditions of the Subcontract, the additional Subcontract support documents listed below, and all applicable federal, state, and local requirements.

    1.2    Henceforth, the word "provide" shall mean furnish and deliver.

    1.3    Henceforth, the phrase "as indicated" shall mean as indicated in the project documents.

    1.4    The Work to be performed under this Subcontract includes (but is not limited to) the following work:

       1.4.1.    Furnish Miscellaneous Steel as indicated, including but not limited to:

          1.4.1.1.    Column Anchor Bolts and Base Plates

          1.4.1.2.    Bollards (Including Bollard Horizontal Rails)

          1.4.1.3.    Dock Leveler Frames and Embeds

          1.4.1.4.    Trench Angles and Embeds

          1.4.1.5.    Vibration Pad Embeds

          ~~1.4.1.6.    Armor Joints~~  excluded per proposal

          1.4.1.7.    Sump Pit Angles and Embeds

       1.4.2.    Provide Structural Steel as indicated, including but not limited to:

          1.4.2.1.    Stairs, Handrails and Guardrails (Exterior – Galvanized)

          1.4.2.2.    Complete Equipment Platform Systems

          1.4.2.3.    Cooling Tower Framing (Galvanized)

          1.4.2.4.    Utility Piping Framing

          1.4.2.5.    Mechanical Louver Opening Columns

          1.4.2.6.    Overhead Door Structural Steel Frames

          1.4.2.7.    Concrete Ceiling Lid Angles to Existing Tilt Up Panels

          1.4.2.8.    Trench Grating and Trench Steel Supports (Galvanized, Stainless Steel and Fiberglass.)

          1.4.2.9.    Structural Steel Columns and Beams

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.                                    Date: 12/16/2020
SC#: 23006976-SUB-05                                          Page: 2 of 6

    1.4.3.  All freight is included in pricing, and delivery is to be FOB jobsite.

    1.4.4.  Drill and epoxy anchor bolts as needed for structural steel installation.

    1.4.5.  Provide all columns, beams, channels, angle supports, bent plates, wall shear plates, bars, tubing, pipe, embeds, anchor bolts as necessary and indicated.

    1.4.6.  Provide all detailing as indicated for a complete installation of the steel scope.

    1.4.7.  All steel exposed to the external environments is to be hot dipped galvanized.

    1.4.8.  All interior exposed steel is to be shop painted with structural steel primer.

    1.4.9.  Any cuts or welds on galvanized steel are to be painting with cold galvanize after completion.

    1.4.10. All weld and burn marks on prime painted steel are to be touched up with spray paint primer.

    1.4.11. Receive and unload all deliveries of structural steel.

    1.4.12. Install all handrail as indicated, to include core drilling at all concrete ramps and stairs.

    1.4.13. All anchor bolt sets will have one leveling nut set to elevation and identified as such by others.

    1.4.14. Verify all anchor bolt layout prior to steel erection and communicate any deviation to the contractor prior to steel erection. An inspection shall be made at the pre-steel meeting approximately four weeks prior to start of erection.

    1.4.15. Provide hard copies of welding certifications for all field welders.

    1.4.16. Provide, install and remove an OSHA approved fall protection system for steel erection.

    1.4.17. Remove all mud/debris from steel prior to erection.

    1.4.18. All steel erected shall be safely temporarily braced per OSHA requirements until all components are installed and connected.

    1.4.19. Joist reinforcement and rooftop equipment frames are by others and excluded.

2.    **Change Orders & Extra Work**

  2.1    Maximum aggregate mark-up of overhead and profit for all change order work performed under this Subcontract shall be as follows:

    2.1.1.  Overhead & Profit – 10%

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.                                    Date:  12/16/2020
SC#: 23006976-SUB-05                                         Page: 3 of 6

3.      Contract Documents

        3.1      "Exhibit B" - Project Schedule dated 11/30/2020

        3.2      "Exhibit C" – Job Specific Safety Plan

        3.3      "Exhibit D" – DBA Contract dated 07/28/2020

        3.4      "Exhibit E" – Stellar Guide for Subcontractors Usage in Procore

        3.5      "Exhibit F" – General Requirements

        3.6      "Exhibit G" – Facility Access and Site Utilization Plans

        3.7      "Exhibit H" – Drawing Log dated 11/24/2020

        3.8      "Exhibit I" – Specifications dated 11/11/2020

4.      Personnel Labor Rates

| Item | Description | Hourly Rate |
|------|-------------|-------------|
| Labor |            | ST          |
| 1    | Project Manager | $85.00  |
| 2    | Superintendent  | $93.00  |
| 3    | Erector         | $85.00  |
| 4    | Laborer         | $80.00  |

5.      Miscellaneous

        5.1      All project collaboration, correspondence, communication, and documentation will be
                 conducted using Procore. A "How To" guide for Subcontractors has been included within this
                 Subcontractor for interaction with Stellar in the Procore system.  As a condition of this
                 Subcontract, Procore shall be used throughout the duration of the project for the following
                 items including but not limited to:

                 5.1.1.  RFI's

                 5.1.2.  Observations

                 5.1.3.  Drawings

                 5.1.4.  Commitments and Payment Requisitions

                 5.1.5.  Submittals

                 5.1.6.  Punch List

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.                                        Date: 12/16/2020
SC#: 23006976-SUB-05                                             Page: 4 of 6

5.1.7.  Specifications

5.1.8.  Daily Log Entry

5.1.9.  All other documents and documentation pertaining to the project

5.2     The hours of operation for the project shall be five (5) days per week, forty (40) hours per week, eight (8) hours per day.  The site shall be available for work from the hours of 6:30 a.m. to 6:30 p.m., Monday through Friday.  This work shall be based upon the above listed hours. Different work schedules must be approved by the Stellar Project Manager and Superintendent.

5.3     Provide all training for new equipment and systems installed under this scope of work.  Prior to scheduled training session, a written agenda shall be issued for review.  A sign in sheet shall be submitted after completion of training.   One (1) hard copy of operation and maintenance manuals shall be available during the training session.

5.4     This scope of work will require multiple mobilizations as defined in the construction schedule. All costs for additional mobilizations as shown in the project schedule are specifically included in this subcontract unless noted otherwise.

5.5     Protection of all existing work is included.

5.6     Subcontractor shall store materials on elevated platforms, under cover and in a dry location, to prevent their deterioration or damage due to moisture, temperature changes, contaminants or other causes.

5.7     Make necessary repairs, in a manner acceptable to and approved by Contractor and Owner, including complete removal and replacement, as determined by the contractor of any work adjudged to be defective or nor conforming to the requirements of this Agreement, the Project Specifications, or standards of good and proper workmanship.

5.8     All deliveries will be scheduled with the Project Superintendent forty-eight (48) hours in advance.  The Project Superintendent will approve all deliveries to the site in advance. Unannounced or unscheduled deliveries are subject to being turned away at the expense of the company for which the delivery was intended for both shipping costs and schedule delays.

5.9     Jobsite cleanliness and housekeeping is included in this scope of work.  As noted in the General Notes of the Subcontract Agreement, the cost and expense to the subcontractor shall be defined as follows:

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.
SC#: 23006976-SUB-05

Date: 12/16/2020
Page: 5 of 6

5.9.1.  Should the jobsite housekeeping performance be found to be unacceptable, one written warning will be issued to correct the state of jobsite cleanliness for the areas in which this subcontractor is working. If the cleanliness deficiency is not immediately corrected, Stellar will take action to correct the situation at a charge of $2,500.00 per day for violation of the jobsite housekeeping and cleanliness standard. If this subcontractor is found to be a repeat violator of this policy, Stellar may terminate the contract and pursue legal avenues for compensating any losses associated with the completion of the work.

5.10    Responsibility for unloading of materials, tools, or equipment is included in this scope of work unless specifically excluded herein. Should Stellar be asked to unload any deliveries, it shall be done at a cost of $2,500.00 per day and Stellar will require a written release of liability for any damages from the company requesting this service. Deliveries which cannot be unloaded by this method or which do not have personnel onsite to handle their own shipments may be turned away at their expense for both shipping costs and schedule delays.

5.11    This project is a renovation to an existing, functioning facility in full operation. Subcontractor shall take all required steps and shall do all things necessary to ensure that neither the Owner nor his operations are interfered with, disrupted, or disturbed in any way.

5.12    Subcontractor shall strictly limit his activities to the limits of the construction area. All parking, unloading and receiving, storage, fabrication, and other similar activities shall be confined to designated areas away from the existing facility. The existing facilities roadways and parking areas shall not be used by Subcontractor for these activities or for any others, except for where specifically identified by the Stellar Superintendent.

5.13    Subcontractor's employees shall not enter any portion of the existing facility, except as required to install the work of the project. Subcontractor's employees shall not be permitted to use the existing facility's toilet rooms, lunchroom, or break areas.

5.14    Subcontractor shall notify the project superintendent a minimum of two (2) weeks prior to any activities that may impact the Owner's operations. This work shall be coordinated to minimize the impact to the Owner and may be required to be performed during off hours and/or on extended and/or continuous shifts. Premium costs for this work shall not be subject to a modification of the subcontract.

5.15    All eating, drinking (other than water), smoking, and other tobacco use shall occur outside of the existing building in an area designated by the project superintendent. All trash shall

SUBCONTRACT CONTINUATION

Fabco Metal Products, LLC.                                    Date: 12/16/2020
SC#: 23006976-SUB-05                                         Page: 6 of 6

be placed into the dumpsters provided by the Contactor and shall not be left inside or outside of the building.

5.16    Subcontractor shall use only electrically operated equipment or fuel-based equipment provided with air scrubbers, for work inside the existing facility unless specifically instructed otherwise.  Welding activities shall be limited to essential tasks such as welding of utility piping and held to a minimum indoors.  All welding activities must be properly protected and properly ventilated.

SUBCONTRACTOR ACKNOWLEDGES RECEIPT OF ALL CONTRACT DOCUMENTS NOTED ABOVE IN SECTION 3.

Fabco Metal Products, LLC.                      STELLAR GROUP, INCORPORATED
Subcontractor                                   Contractor

By: _____                  By: _____
    ~~Tom Emert, Vice President Sales~~             Jonah Petoskey, Sr. Project Manager
    SHANE KING.  PRESIDENT

# SUBCONTRACT MODIFICATION
## Stellar Group, Inc.
### 2900 Hartley Road
### Jacksonville, FL 32257

| | | | |
|---|---|---|---|
| **Subcontractor:** | Fabco Metal Products, LLC<br>1490 Frances Drive<br>Daytona Beach Florida 32124 | **Project Name and Location:** | Bang Energy - Phoenix Can Manufacturing<br>1635 South 43rd Avenue<br>Phoenix Arizona 85009 |
| Attention: | Bob Ralston | Attention: | Chuck Harrison |
| Phone: | (386) 252-3730 | Phone: | (904) 383-0163 |
| Fax: | | E-Mail: | charrison@stellar.net |
| E-Mail: | bralston@fabcometal.com | | |

| Date<br>3/8/2022 | SC #<br>23006976-SUB-05G | Project #<br>23006976 | Contract Type<br>Lump Sum | FOB<br>Jobsite | Schedule<br>Per Superintendent |
|---|---|---|---|---|---|

This Subcontract is made by and between Stellar Group, Incorporated, d/b/a Stellar, hereinafter referred to as "Contractor," and the Subcontractor named above, at Jacksonville, Florida. In consideration of the mutual promises and undertakings set forth herein, Contractor and Subcontractor hereby agree to the terms and conditions set forth herein, including the Terms and Conditions attached hereto. Subcontractor agrees to perform and complete the following Work:

Subcontract agrees to modify Subcontract No.: 23006976-SUB-05

| Item | Description | Net Amount |
|---|---|---|
| 1 | Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform, Added Stair with rail, Added Ledger Angles | $15,955.00 |

**Attachments:**

COR 28-DR2-14.pdf

**FOR ACCOUNTING PURPOSES ONLY:**

| Cost Codes | Net Amount |
|---|---|
| 05-0501  -  1760 | $15,955.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS MODIFICATION** | **$15,955.00** |
| (All licenses, taxes, permits, fees and insurance with Stellar named as additional insured included) | |

| | |
|---|---|
| ORIGINAL SUBCONTRACT | $3,434,097.31 |
| PREVIOUS MODIFICATION(S) | $551,852.89 |
| THIS MODIFICATION | $15,955.00 |
| REVISED SUBCONTRACT | $4,001,905.20 |

**This subcontract includes and is subject to the terms and conditions previously attached to the original subcontract.**

IN WITNESS WHEREOF, the Subcontractor and Contractor have executed this Subcontract on the date set forth above.

| **FABCO METAL PRODUCTS, LLC** | **STELLAR GROUP, INC.** |
|---|---|
| Subcontractor | Contractor |
| Bob Ralston | |
| By: Bob Ralston | By: Gregory Ortego |
| Project Manager | Project Manager |

20220358988

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

PROJECT:
Barg Energy - Phoenix Can Manufacturing
1525 South 43rd Avenue
Phoenix, Arizona 85009

APPLICATION NO: 5
INVOICE NO:
PERIOD: 09/26/21 - 10/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT DATE: 1/8/2021

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,545,701.20 |
| 4. | Total completed and stored to date | $ 2,221,063.81 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $ 222,106.87 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 222,106.87 |
| 6. | Total earned less retainage | $ 1,998,961.74 |
| | (Line 4 less Line 5 Total) | |
| 7. | Less previous certificates for payment | $ 1,476,122.24 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due: | $ 522,839.50 |
| 9. | Balance to finish, including retainage | $ 1,546,739.46 |
| | (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved previous months by Owner | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,603.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner or their building or premises, the undersigned will protect the said parties and defend any suit or action brought against them; by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefore.

In consideration of the sum of $ .00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date ___10/25/21___

State of: _____
County of: _____
Subscribed and sworn to before
me this ___15___ day of ___October___ ___2021___

Notary Public: _____
My commission expires: _____

CONTINUATION SHEET

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

DOCUMENT DETAIL SHEET

Page 2 of 6

APPLICATION NUMBER: 5
APPLICATION DATE: 10/20/2021
PERIOD: 09/26/21 - 10/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A ITEM NO. | B COST CODE | DESCRIPTION OF WORK | C SCHEDULED VALUE | WORK COMPLETED | | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G/C) | BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | | $11,790.38 |
| 2 | 05-0502 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $990.43 |
| 3 | 05-0502 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | $921,055.00 | $423,534.27 | $0.00 | $1,344,589.27 | 76.00% | $424,607.14 | $134,458.93 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $524,661.70 | $52,466.17 | $157,398.51 | $0.00 | $209,864.68 | 40.00% | $314,797.02 | $20,986.47 |
| 7 | 05-0502 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $235,500.00 | $0.00 | $0.00 | $235,500.00 | 39.83% | $355,750.98 | $23,550.00 |
| 8 | 05-0502 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,890.00 | $50,000.00 | $0.00 | $0.00 | $60,000.00 | 22.74% | $169,890.00 | $6,000.00 |
| | | TOTALS: | $3,434,097.31 | $1,588,129.39 | $586,932.78 | $0.00 | $2,169,062.17 | 63.16% | $1,265,035.14 | $216,906.22 |

20220358988

DOCUMENT DETAIL SHEET

CONTINUATION SHEET

Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | ICCO # 23006976-SUB-I05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to 700 LF of armor joint embeds, 210 LF of armor joint notched plates and 230 HD bolts for armor joint notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0506 Changes to Structural based on building and process design development and owner review comments from drawing set dated 11.12.2020. Including but not limited to 40 LF of additional bulk fastener storage with two pieces of channel and any pipes/bollards. | $18,246.38 | $5,500.00 | $0.00 | $0.00 | $5,500.00 | 30.14% | $12,746.38 | $550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $23,891.02 | $7,167.31 | $0.00 | $0.00 | $7,167.31 | 30.00% | $16,723.71 | $716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020 including but not limited to revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERG-APHX-B09-WA05-WA07 dated 01/13/2021. | $40,169.82 | $10,042.46 | $0.00 | $0.00 | $10,042.46 | 25.00% | $30,127.36 | $1,004.25 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

Page 5 of 6

DOCUMENT DETAIL SHEET

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | |
| | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support 30SY framing at Inker Rebuild, Added channel cross members at platforms. | | | | | | | |
| 9.7 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | 05-0506 Installed a steel support frame fastened to the Birch panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | | | | | | | |
| 10.1 | | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| TOTALS: | | $ 111,863.69 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.50% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | |
| GRAND TOTALS: | | $ 3,545,701.20 | $ 1,640,135.83 | $ 580,932.78 | $ 0.00 | $ 2,221,068.61 | 62.64% | $ 1,324,632.59 | $ 222,106.87 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 6

**TO CONTRACTOR:**
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

**PROJECT:**
Ball Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

**APPLICATION NO:** 6
**INVOICE NO:** 6
PERIOD: 10/26/21 - 11/25/21
**PROJECT NO:** 23006976
**CONTRACT DATE:** 01/08/2021

**DISTRIBUTION TO:**

**FROM SUBCONTRACTOR:**
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

**SUBCONTRACT DATE:** 1/8/2021

SUBCONTRACT FOR: Structural Steel
**SUBCONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $3,434,097.31 |
| 2. | Net change by change orders | $111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $3,545,701.20 |
| 4. | Total completed and stored to date | $2,573,688.45 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work: | $257,368.85 |
| | b. 0.00% of stored material. | $0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $257,368.85 |
| 6. | Total earned less retainage | $2,316,319.60 |
| | (Line 4 less Line 5 Total) | |
| 7. | Less previous certificates for payment | $1,998,961.74 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due: | $317,357.86 |
| 9. | Balance to finish, including retainage | $1,229,381.60 |
| | (Line 3 less Line 6) | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit or action brought against them by reason of any lien or other form of claim or action arising out of claim arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular.

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____ Date: 11/5/21

State of: _____
County of: Volusia

Subscribed and sworn to before me this 15 day of November 2021

Notary Public: _____
My commission expires: 7/26/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 26, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

---

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $111,603.89 | $0.00 |
| Total approved this Month: | $0.00 | $0.00 |
| Totals: | $111,603.89 | $0.00 |
| Net change by change orders: | $111,603.89 | |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 6
APPLICATION DATE: 11/21/2021
PERIOD: 10/26/21 - 11/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | C | D | E | F | G | H | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,344,589.27 | $ 247,687.50 | $ 0.00 | $ 1,592,276.77 | 90.00% | $ 176,919.64 | $ 159,227.68 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 209,864.68 | $ 104,932.34 | $ 0.00 | $ 314,797.02 | 60.00% | $ 209,864.68 | $ 31,479.70 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 235,500.00 | $ 0.00 | $ 0.00 | $ 235,500.00 | 39.83% | $ 355,750.98 | $ 23,550.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 22.74% | $ 169,880.00 | $ 5,000.00 |
| | | TOTALS: | $ 3,434,097.31 | $ 2,169,062.17 | $ 352,619.84 | $ 0.00 | $ 2,521,682.01 | 73.43% | $ 912,415.30 | $ 252,168.20 |

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**
Whole Change Order Packages

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | | | D | E | F | G | H | | |
| 9. | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor join notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $18,246.38 | $5,500.00 | $0.00 | $0.00 | $5,500.00 | 30.14% | $12,746.38 | $550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $23,891.02 | $7,167.31 | $0.00 | $0.00 | $7,167.31 | 30.00% | $16,723.71 | $716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Exit at Wash Water Sump Pit per IPS drawings EN-GY-FHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $10,042.46 | $0.00 | $0.00 | $10,042.46 | 25.00% | $30,127.36 | $1,004.25 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 6

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | RETAINAGE |
| | to bottom of each (4) 6" thick embeds. | | | | | | | | |
| 9.7 | 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 2306076-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 installed a steel support frame fastened to the lift up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $711.14 | $711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | **TOTALS:** | $ 111,603.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | RETAINAGE |
| | **GRAND TOTALS:** | $ 3,545,701.20 | $ 2,221,068.61 | $ 352,619.84 | $ 0.00 | $ 2,573,688.45 | 72.59% | $ 972,012.75 | $ 257,368.85 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

Sub-Subcontractor/Supplier ______________________ Value ______________

20220358988

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 6

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

PROJECT:
Bang Energy – Phoenix Can Manufacturing
1625 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 7
INVOICE NO:
PERIOD: 11/26/21 - 12/25/21
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract, Continuation Sheet
is attached

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 111,603.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 3,545,701.20 |
| 4. | Total completed and stored to date | $ 2,948,557.34 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a. 10.00% of completed work. | $ 294,855.80 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | $ 294,855.80 |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | $ 2,653,702.14 |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | $ 2,316,319.60 |
| 8. | Current payment due: | $ 337,382.54 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 891,999.06 |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit or action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $ ___ paid, the undersigned (in hand paid) receipt whereof is hereby acknowledged, and other benefits accruing the undersigned does hereby waive, release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for a such services rendered, work done and material furnished and not only for the particular ...

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date: 12/14/21

State of: FL
County of: Volusia
Subscribed and sworn to before
me this 14 day of December 2021.

Notary Public: _____

My commission expires: 7/28/2022

JERRY W. CROWDER
Commission # GG 206650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 111,603.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders | $ 111,603.89 | |

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column 1 on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 7
APPLICATION DATE: 12/21/2021
PERIOD: 11/26/21 - 12/25/21
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | COST CODE | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 35-0501 - Structural Steel — Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel — Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 990.43 |
| 3 | 05-0506 - Miscellaneous Steel — Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 7,095.92 |
| 4 | 05-0501 - Structural Steel — Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,592,276.77 | $ 176,919.64 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 176,919.64 |
| 5 | 05-0506 - Signs, Sidewalks, Lad'ders concrete — Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 13,034.09 |
| 6 | 05-0502 - Steel Erector — Structural Steel Erection (Labor) | $ 524,661.70 | $ 314,797.02 | $ 78,699.26 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 39,349.63 |
| 7 | 05-0506 - Miscellaneous Steel — Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.59 | $ 235,500.00 | $ 119,250.59 | $ 0.00 | $ 354,750.59 | 60.00% | $ 236,500.39 | $ 35,475.06 |
| 8 | 05-0506 - Miscellaneous Steel — Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 22.74% | $ 169,880.00 | $ 5,000.00 |
| | TOTALS: | $ 3,434,097.31 | $ 2,521,682.01 | $ 374,869.49 | $ 0.00 | $ 2,896,551.50 | 84.35% | $ 537,545.81 | $ 289,655.15 |

20220358988

*DOCUMENT DETAIL SHEET*

**CONTINUATION SHEET**

**Whole Change Order Packages**

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 6

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D - E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint notched plates and 200 HIIt bolts for armor port notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $18,246.38 | $5,500.00 | $0.00 | $0.00 | $5,500.00 | 30.14% | $12,746.38 | $550.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 1.06.2021. Including but not limited to 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $23,891.02 | $7,167.31 | $0.00 | $0.00 | $7,167.31 | 30.00% | $16,723.71 | $716.73 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 2.18.2020, including but not limited to revised concrete lin angle details. Continues steel embeds at coaling overhead door. Hand support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Metric Sump Per IPS drawing ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $10,042.45 | $0.00 | $0.00 | $10,042.46 | 25.00% | $30,127.36 | $1,004.25 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 6

| A | B | C | D | E | F | G | H | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | to bottom of each (4) 8" thick embeds. | | | | | | | | |
| 9.7 | 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inker Rebuild Added channel cross members at platforms. | $ 10,326.56 | $ 10,326.56 | $ 0.00 | $ 0.00 | $ 10,326.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-056 CE #035 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall to the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| | **TOTALS:** | $ 111,503.89 | $ 52,006.44 | $ 0.00 | $ 0.00 | $ 52,006.44 | 46.60% | $ 59,597.45 | $ 5,200.65 |

Grand Totals

| A | B | C | D | E | F | G | H | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | **GRAND TOTALS:** | $ 3,545,701.20 | $ 2,573,888.45 | $ 374,369.49 | $ 0.00 | $ 2,948,557.94 | 83.16% | $ 597,143.26 | $ 294,855.80 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

20220358988

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

20220358988

Page 1 of 6

# APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

PROJECT:
Brang Energy - Phoenix Can Manufacturing
1025 South 43rd Avenue
Phoenix, Arizona 85009

APPLICATION NO: 8
INVOICE NO:
PERIOD: 12/26/21 - 01/25/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT DATE: 1/8/2021

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1 | Original Contract Sum | $ 3,434,097.31 |
| | Net change by change orders | $ 111,603.89 |
| | Contract Sum to date (line 1 ± 2) | $ 3,545,701.20 |
| | Total completed and stored to date | $ 3,127,629.29 |
| | Retainage | |
| a. | 10.0% of completed work | $ 312,762.94 |
| b. | 0.0% of stored material | $ 0.00 |
| | Total retainage (line 5a + 5b or total in column I of detail) | $ 312,762.94 |
| | Total earned less retainage | $ 2,814,866.35 |
| | Less previous certificates for payment | $ 2,653,702.14 |
| | Current payment due | $ 161,164.21 |
| | Balance to finish, including retainage (line 3 less Line 6) | $ 730,834.85 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 111,603.89 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| Totals: | $ 111,603.89 | $ 0.00 |
| Net change by change orders: | $ 111,803.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim shall be brought against The Stellar Companies, Inc., the Owner or the building or premises, the undersigned will protect the said parties and defend any such action brought against them by reason of any lien or other form of claim arising out of said subcontractor and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive, release and quitclaim in favor of The Stellar Companies, Inc. and/or Owner, any and all claims or causes of action which the undersigned may have or is a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and applies to such sum as rendered, work done and material furnished and any claims being particular.

SUBCONTRACTOR: Fabco Metal Products, LLC
By: _____
Title: _____
Subscribed and sworn to before me this 17 day of January, 2022

Notary Public: _____
My commission expires: 7-28-2022

Date 1/17/2022

JERRY W. CROWDER
Commission # GG 205650
Expires July 28, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 6

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 8
APPLICATION DATE: 01/21/2022
PERIOD: 12/26/21 - 01/25/22
ARCHITECTS/ENGINEERS PROJECT NO.

Contract Lines

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | |
| ITEM NO. | COST CODE / DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | % (G / C) | | RETAINAGE |
| 1 | 05-0501 - Structural Steel / Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | | $ 11,790.38 |
| 2 | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | | $ 990.43 |
| 3 | Embeds (steel,ss) (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | | $ 7,095.92 |
| | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 1,769,196.41 | 100.00% | | $ 176,919.64 |
| | 05-0505 - Stairs / Catwalks / Ladders / Handrails / Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | | $ 13,034.09 |
| | 05-0503 - Steel Erection / Structural Steel Erection (Labor) | $ 524,661.70 | $ 393,496.28 | $ 0.00 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,165.42 | $ 39,349.63 |
| | 05-0506 - Miscellaneous Steel / Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 354,750.59 | $ 141,900.23 | $ 0.00 | $ 496,650.82 | 84.00% | $ 94,600.16 | $ 49,665.08 |
| | 05-0506 - Miscellaneous Steel / Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 50,000.00 | $ 26,958.00 | $ 0.00 | $ 76,958.00 | 35.00% | $ 142,922.00 | $ 7,695.80 |
| | TOTALS | $ 3,434,097.31 | $ 2,896,551.50 | $ 168,858.23 | $ 0.00 | $ 3,065,409.73 | 89.26% | $ 368,687.58 | $ 306,540.97 |

20220358988

DOCUMENT DETAIL SHEET

CONTINUATION SHEET
Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | | |
| | | | | | | $7,298.55 | | | |
| | | | $7,167.31 | | $0.00 | $9,556.41 | | | |
| | | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | | $0.00 | |
| 9.5 | | $40,169.82 | $10,042.46 | $6,025.47 | $0.00 | $16,067.93 | | $24,101.89 | |
| 9.6 | | | | | | | | | |

**CONTINUATION SHEET**

*DOCUMENT DETAIL SHEET*

Page 5 of 6

| ITEM NO. | B — DESCRIPTION OF WORK | C — SCHEDULED VALUE | D — WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E — WORK COMPLETED THIS PERIOD | F — MATERIALS PRESENTLY STORED (NOT IN D OR E) | G — TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H — % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | to bottom of each (4) 8" thick embeds. | | | | | | | | |
| | 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021 Including but not limited to: steel channel to support door framing at Inker Rebuild Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | | $ 0.00 | |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| | 05-0506 Installed a steel support frame fastened to the [illegible] panel wall [illegible] the existing [illegible] at CL1 through [illegible] elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | | $ 0.00 | |
| | **TOTALS:** | $ 111,603.89 | $ 52,006.44 | $ [illegible] | $ 0.00 | $ 62,219.56 | 55.75% | $ [illegible] | |

**Grand Totals**

| ITEM NO. | B — DESCRIPTION OF WORK | C — SCHEDULED VALUE | D — WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E — WORK COMPLETED THIS PERIOD | F — MATERIALS PRESENTLY STORED (NOT IN D OR E) | G — TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H — % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **GRAND TOTALS:** | $ 3,545,701.20 | $ 2,948,557.94 | $ 179,071.35 | $ 0.00 | $ 3,127,629.29 | 88.21% | $ 418,071.91 | |

DOCUMENT DETAIL SHEET-APPLICATION AND CERTIFICATE FOR PAYMENT

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

PROJECT:
Bang Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO. 9
INVOICE NO.
PERIOD: 03/01/22 - 03/31/22
PROJECT NO. 23006976
CONTRACT DATE: 1/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| Original Contract Sum | | $3,434,097.31 |
| Net change by change orders | | $630,129.89 |
| Contract sum to date (line 1 + 2) | | $4,064,227.20 |
| Total completed and stored to date | | $3,672,342.59 |
| (Column G on detail sheet) | | |
| Retainage: | | |
| a. 10.00% of completed work: | $367,234.27 | |
| b. 0.00% of stored material: | $0.00 | |
| Total retainage (Line 5a + 5b or total in column I of detail sheet) | | $367,234.27 |
| 6. Total earned less retainage | | $3,305,108.32 |
| (Line 4 less Line 5 Total) | | |
| 7. Less previous certificates for payment | | $2,814,866.35 |
| (Line 6 from prior certificate) | | |
| 8. Current payment due: | | $490,241.97 |
| 9. Balance to finish, including retainage | | $759,118.88 |
| (Line 3 less Line 6) | | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or other building or premises, the undersigned will protect the said parties and defend any such a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive release and quitclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all rights that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC
By: _____   Date: 3/21/2022
County of: Volusia
State of:
Subscribed and sworn to before me this 21 day of March 2022

_____
Notary Public:
My commission expires 7/25/2022

CHANGE ORDER SUMMARY

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $11,603.89 | $0.00 |
| Total approved this Month | $518,526.00 | $0.00 |
| Totals: | $630,129.89 | $0.00 |
| Net change by change orders: | $630,129.89 | |

20220358988

# CONTINUATION SHEET

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I for Contracts where variable retainage for line items apply.

Contract Lines

DOCUMENT DETAIL SHEET

Page 2 of 8

APPLICATION NUMBER: 9
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECT'S/ENGINEERS PROJECT NO:

| A | B | | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | 05-0500 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | $0.00 | $11,790.38 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $990.43 |
| 3 | 05-0505 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $7,095.92 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication Material | $1,769,196.41 | $1,769,196.41 | $0.00 | $0.00 | $1,769,196.41 | 100.00% | $0.00 | $176,919.64 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $13,034.09 |
| 6 | 05-0501 - Steel | Structural Steel Erection (Labor) | $524,661.70 | $393,493.28 | $0.00 | $0.00 | $393,496.28 | 75.00% | $131,165.42 | $39,349.63 |
| 7 | 05-0505 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $496,650.82 | $35,475.06 | $0.00 | $532,125.88 | 90.00% | $59,125.10 | $53,212.59 |
| 8 | 05-0505 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,880.00 | $76,958.00 | $10,994.00 | $0.00 | $87,952.00 | 40.00% | $131,928.00 | $8,795.20 |
| | | TOTALS | $3,434,097.31 | $3,065,408.73 | $46,469.06 | $0.00 | $3,111,878.79 | 90.62% | $322,218.52 | $311,187.68 |

20220358988

Page 3 of 8

DOCUMENT DETAIL SHEET

CONTINUATION SHEET
Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 8

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 9 | CCO # 23006976-SUB-09A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11-24-2020, including but not limited to: 700 LF for armor joint embeds, 110 LF of armor joint notched plates and 200 H-B bolts for armor joint notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12-22-2020 to 12-14-2020, including but not limited to: 40 LF of postrail at bulk loadout storage with two gates of channel and six pipe bollards. | $18,246.38 | $7,298.55 | $6,386.24 | $0.00 | $13,684.79 | 75.00% | $4,561.59 | $1,368.48 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12-14-2020 to 01-08-2021, including but not limited to: 250 LF of exterior galv. guardrails, Remover angle/anchors at misc louver locations. | $23,891.02 | $9,556.41 | $8,361.86 | $0.00 | $17,918.27 | 75.00% | $5,972.75 | $1,791.83 |
| 9.4 | 05-0506 Changes to Misc. steel based on building and process design development and owner review comments from drawing set dated 01-18-2020 including but not limited to: revised concrete tie angle details, Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.85 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Per per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $16,067.93 | $14,059.44 | $0.00 | $30,127.37 | 75.00% | $10,042.45 | $3,012.74 |
| 9.6 | 05-0501 Copper Foundation Embeds - Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 8

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G / C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 9.7 | to bottom of each (4) 8" thick timbers. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020. G1-05-0501 includes, but not limited to, steel channel to support door framing at riser. Added channel cross members at platforms | $10,320.56 | $10,320.56 | $0.00 | $0.00 | $10,320.56 | 100.00% | $0.00 | $1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #035 - Existing Fire Riser Steel Support Frame for Concrete Four | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the lift up canal wall for the existing fire riser at GL 10 south elevation in order to demo the slab below that the fire riser support was bearing on. | $711.14 | $711.14 | $0.00 | $0.30 | $711.14 | 100.00% | $0.00 | $71.11 |
| 11 | CCO # 23006976-SUB-05C CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 - Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the dates reflected in the updated schedule dated May 25, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. If not, please provide additional details. Provide detail on any additional costs associated with the delay if any. If you have any equipment in fabrication or storage provide schedule or cost impacts associated with the equipment, delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $271,026.00 | $0.00 | $271,026.00 | $0.00 | $271,026.00 | 100.00% | $0.00 | $27,102.60 |

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 6 of 8

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G/C) | BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 12 | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule | | | | | | | | |
| | CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $1,797.00 | $0.00 | $1,797.00 | $0.00 | $1,797.00 | 100.00% | $0.00 | $179.70 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $163,631.00 | $0.00 | $114,541.70 | $0.00 | $114,541.70 | 70.00% | $49,089.30 | $11,454.17 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $3,795.00 | $0.00 | $3,795.00 | $0.00 | $3,795.00 | 100.00% | $0.00 | $379.50 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform, Added Steel with Full Added Ledger Angles | $15,955.00 | $0.00 | $15,955.00 | $0.00 | $15,955.00 | 100.00% | $0.00 | $1,595.50 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $62,322.00 | $0.00 | $62,322.00 | $0.00 | $62,322.00 | 100.00% | $0.00 | $6,232.20 |
| | TOTALS | $630,129.86 | $62,219.96 | $498,244.24 | $0.00 | $560,463.80 | 88.94% | $69,666.09 | $56,046.39 |

20220358988

CONTINUATION SHEET

Grand Totals

DOCUMENT DETAIL SHEET

Page 7 of 8

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C - G) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | RETAINAGE |
| GRAND TOTALS: | | $ 4,064,227.20 | $ 3,127,629.29 | $ 544,713.30 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 |
| | | | | | | | | $ 367,234.27 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

20220358988

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

20220358988

Page 1 of 8

# APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

PROJECT:
Bamo Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

DISTRIBUTION TO:

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1100 Frances Drive
Daytona Beach, Florida 32124

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO: 10
INVOICE NO:
PERIOD: 03/01/22 - 03/31/22
PROJECT NO: 23100976
CONTRACT DATE: 01/08/2021

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 630,129.89 |
| 3. | Contract sum to date (line 1 + 2) | $ 4,064,227.20 |
| 4. | Total completed and stored to date | $ 3,672,342.59 |
| | (Column G on detail sheet) | |
| 5. | Retainage: | |
| | a 1.53% of completed work: | $ 56,046.39 |
| | b 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column I of detail sheet) | |
| 6. | Total earned less retainage | $ 56,046.39 |
| | (Line 4 less Line 5 Total) | $ 3,616,296.20 |
| 7. | Less previous certificates for payment | $ 3,305,108.32 |
| | (Line 6 from prior certificate) | |
| 8. | Current payment due: | $ 311,187.88 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 447,931.00 |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner of their building or premises, the undersigned will protect the said parties and defend any suit action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefrom.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other rebates accruing, the undersigned does hereby waive, release and quit-claim in favor of The Stellar Companies, Inc. and/or owner, or owners of said premises as improved, all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and for all such services rendered, work done and material furnished and not only for the particular.

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____     Date: __3/21/2022__

County of: _____
Subscribed and sworn to before
me this ___21___ day of __March__ 2022

_____

Notary Public:
My commission expires: __7/28/2022__

## CHANGE ORDER SUMMARY

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 630,129.89 | $ 0.00 |
| Total approved this Month: | $ 0.00 | $ 0.00 |
| Totals: | $ 630,129.89 | $ 0.00 |
| Net change by change orders: | $ 630,129.89 | |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 8

Contractor's SUMMARY SHEET APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

Contract Lines

APPLICATION NUMBER: 10
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECTS/ENGINEERS PROJECT NO.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | |
| ITEM NO. | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $ 117,903.75 | $ 117,903.75 | $ 0.00 | $ 0.00 | $ 117,903.75 | 100.00% | $ 0.00 | $ 0.00 |
| 2 | 05-0506 - Miscellaneous Steel | Anchor Bolts (Material) | $ 9,904.32 | $ 9,904.32 | $ 0.00 | $ 0.00 | $ 9,904.32 | 100.00% | $ 0.00 | $ 0.00 |
| 3 | 05-0506 - Miscellaneous Steel | Embeds (Material) | $ 70,959.24 | $ 70,959.24 | $ 0.00 | $ 0.00 | $ 70,959.24 | 100.00% | $ 0.00 | $ 0.00 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $ 1,769,196.41 | $ 1,769,196.41 | $ 0.00 | $ 0.00 | $ 1,769,196.41 | 100.00% | $ 0.00 | $ 0.00 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $ 130,340.91 | $ 130,340.91 | $ 0.00 | $ 0.00 | $ 130,340.91 | 100.00% | $ 0.00 | $ 0.00 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $ 524,661.70 | $ 393,496.28 | $ 0.00 | $ 0.00 | $ 393,496.28 | 75.00% | $ 131,185.42 | $ 0.00 |
| 7 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $ 591,250.98 | $ 532,125.88 | $ 0.00 | $ 0.00 | $ 532,125.88 | 90.00% | $ 59,125.10 | $ 0.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $ 219,880.00 | $ 87,952.00 | $ 0.00 | $ 0.00 | $ 87,952.00 | 40.00% | $ 131,928.00 | $ 0.00 |
| | | TOTALS: | $ 3,434,097.31 | $ 3,111,878.79 | $ 0.00 | $ 0.00 | $ 3,111,878.79 | 90.62% | $ 322,218.52 | $ 0.00 |

20220358988

Page 3 of 8

DOCUMENT DETAIL SHEET

CONTINUATION SHEET
Whole Change Order Packages

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 8

| ITEM NO. (A) | DESCRIPTION OF WORK (B) | SCHEDULED VALUE (C) | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) (F) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) (G) | % (G/C) (H) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | FROM PREVIOUS APPLICATION (D + E) (D) | THIS PERIOD (E) | | | | | |
| 9 | CCO # 23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $877.61 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.02.2020 to 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $18,246.38 | $13,684.79 | $0.00 | $0.00 | $13,684.79 | 75.00% | $4,561.59 | $1,368.48 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 01.09.2021. Including but not limited to: 260 LF of exterior galv. guardrails. Removed angle/anchors at new louver locations. | $23,890.02 | $17,918.27 | $0.00 | $0.00 | $17,918.27 | 75.00% | $5,972.75 | $1,791.83 |
| 9.4 | 05-0506 Changes to Misc steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $831.19 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per iPS drawings ENERGY-PHX-B08-WA005-WA07 dated 01/13/2021 | $40,169.82 | $30,127.37 | $0.00 | $0.00 | $30,127.37 | 75.00% | $10,042.45 | $3,012.74 |
| 9.6 | 05-0501 Copper Foundation Embeds – Added 1 Nelson Stud | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $1,177.00 | 100.00% | $0.00 | $117.70 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021, including but not limited to: steel channel to support door framing at linker Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 1,032.06 |
| 10 | CCO # 23006976-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Four 05-0506 Installed a steel support frame fastened to the lift up panel wall for the existing fire riser at GL 19 south elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 71.11 |
| 11 | CCO # 23006976-SUB-05C CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the delay reflected in the updated schedule dated May 29, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. If not please provide additional details. Provide detail for any additional costs associated with the delay. If you have any equipment in fabrication or storage, provide schedule or cost impacts associated with the equipment delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $ 271,026.00 | $ 271,026.00 | $ 0.00 | $ 0.00 | $ 271,026.00 | 100.00% | $ 0.00 | $ 27,102.60 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 6 of 8

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule | | | | | | | | |
| 12 | CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| 12.1 | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $ 1,797.00 | $ 1,797.00 | $ 0.00 | | $ 1,797.00 | 100.00% | $ 0.00 | $ 179.70 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $ 163,631.00 | $ 114,541.70 | $ 0.00 | $ 0.00 | $ 114,541.70 | 70.00% | $ 49,089.30 | $ 11,454.17 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $ 3,795.00 | $ 3,795.00 | $ 0.00 | $ 0.00 | $ 3,795.00 | 100.00% | $ 0.00 | $ 379.50 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Beams, Removed Framing for Platform Across Stair with rail, Added Ledger Angles | $ 15,955.00 | $ 15,955.00 | $ 0.00 | $ 0.00 | $ 15,955.00 | 100.00% | $ 0.00 | $ 1,595.50 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $ 62,322.00 | $ 62,322.00 | $ 0.00 | $ 0.00 | $ 62,322.00 | 100.00% | $ 0.00 | $ 6,232.20 |
| | TOTALS | $ 630,129.99 | $ 560,463.80 | $ 0.00 | $ 0.00 | $ 560,463.80 | 88.94% | $ 69,666.00 | $ 56,046.39 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 7 of 8

Grand Totals

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | GRAND TOTALS: | $ 4,064,227.20 | $ 3,672,342.59 | $ 0.00 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 | $ 56,046.39 |

DOCUMENT DETAIL SHEET - APPLICATION AND CERTIFICATE FOR PAYMENT

20220358988

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

APPLICATION AND CERTIFICATE FOR PAYMENT

DOCUMENT SUMMARY SHEET

Page 1 of 8

TO CONTRACTOR:
Stellar
2900 Hartley Road
Jacksonville, Florida 32257

FROM SUBCONTRACTOR:
Fabco Metal Products, LLC
1490 Frances Drive
Daytona Beach, Florida 32124

PROJECT:
Barg Energy - Phoenix Can Manufacturing
1635 South 43rd Avenue
Phoenix, Arizona 85009

SUBCONTRACT DATE: 1/8/2021

APPLICATION NO. 11
INVOICE NO:
PERIOD: 03/01/22 - 03/31/22
PROJECT NO: 23006976
CONTRACT DATE: 01/08/2021

DISTRIBUTION TO:

SUBCONTRACT FOR: Structural Steel
SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. | Original Contract Sum | $ 3,434,097.31 |
| 2. | Net change by change orders | $ 630,129.89 |
| 3. | Contract sum to date (line 1 ± 2) | $ 4,064,227.20 |
| 4. | Total completed and stored to date (Column G on detail sheet) | $ 3,672,342.59 |
| 5. | Retainage: | |
| | a. 0.00% of completed work: | $ 0.00 |
| | b. 0.00% of stored material: | $ 0.00 |
| | Total retainage (Line 5a + 5b or total in column 1 of detail sheet) | $ 0.00 |
| 6. | Total earned less retainage (Line 4 less Line 5 Total) | $ 3,672,342.59 |
| 7. | Less previous certificates for payment (Line 6 from prior certificate) | $ 3,616,296.20 |
| 8. | Current payment due: | $ 56,046.39 |
| 9. | Balance to finish, including retainage (Line 3 less Line 6) | $ 391,884.61 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner: | $ 630,129.89 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| Totals: | $ 630,129.89 | $ 0.00 |
| Net change by change orders: | $ 630,129.89 | |

The undersigned hereby further declares and agrees that in the event that any lien or other claim should be brought against The Stellar Companies, Inc., the Owner, or their building or premises, the undersigned will protect the said parties and defend any suit a action brought against them by reason of any lien or other form of claim or action arising out of said subcontract and hold them harmless and indemnified therefor.

In consideration of the sum of $1.00 to the undersigned in hand paid, receipt whereof is hereby acknowledged, and other benefits accruing, the undersigned does hereby waive 'release and outclaim in favor of The Stellar Companies, Inc. and/or owner or owners of said premises as improved all right that the undersigned may have to a lien upon the land and improvements above described.

IT IS UNDERSTOOD AND AGREED THAT THIS WAIVER AND RELEASE IS FOR ALL SERVICES RENDERED, WORK DONE AND MATERIAL FURNISHED PRIOR TO THE DATE HEREOF and is for all such services rendered, work done and material furnished and not only for the particular

SUBCONTRACTOR: Fabco Metal Products, LLC

By: _____    Date: 3/21/22

State of: Florida
County of: Volusia
Subscribed and sworn to before me this 21 day of March 2022

_____    7/28/2022

Notary Public:
My commission expires: _____

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 2 of 8

Document SUMMARY SHEET, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
Use Column I on Contracts where variable retainage for line items apply.

APPLICATION NUMBER: 11
APPLICATION DATE: 03/23/2022
PERIOD: 03/01/22 - 03/31/22
ARCHITECTS/ENGINEERS PROJECT NO:

Contract Lines

| A | B | | C | D | E | F | G | H | I | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO | COST CODE | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | 05-0501 - Structural Steel | Engineering and Shop Drawings (Material) | $117,903.75 | $117,903.75 | $0.00 | $0.00 | $117,903.75 | 100.00% | $0.00 | $0.00 |
| 2 | 05-0503 - Miscellaneous Steel | Anchor Bolts (Material) | $9,904.32 | $9,904.32 | $0.00 | $0.00 | $9,904.32 | 100.00% | $0.00 | $0.00 |
| 3 | 05-0505 - Miscellaneous Steel | Embeds (steel,ss) (Material) | $70,959.24 | $70,959.24 | $0.00 | $0.00 | $70,959.24 | 100.00% | $0.00 | $0.00 |
| 4 | 05-0501 - Structural Steel | Structural Steel Material/Fabrication (Material) | $1,769,196.41 | $1,769,196.41 | $0.00 | $0.00 | $1,769,196.41 | 100.00% | $0.00 | $0.00 |
| 5 | 05-0505 - Stairs / Catwalks / Ladders / Handrails | Grating (steel, ss, fiberglass) (Material) | $130,340.91 | $130,340.91 | $0.00 | $0.00 | $130,340.91 | 100.00% | $0.00 | $0.00 |
| 6 | 05-0503 - Steel Erection | Structural Steel Erection (Labor) | $524,661.70 | $393,496.28 | $0.00 | $0.00 | $393,496.28 | 75.00% | $131,165.42 | $0.00 |
| 7 | 05-0505 - Miscellaneous Steel | Miscellaneous Steel Material/Fabrication (Material) | $591,250.98 | $532,125.88 | $0.00 | $0.00 | $532,125.88 | 90.00% | $59,125.10 | $0.00 |
| 8 | 05-0506 - Miscellaneous Steel | Miscellaneous Steel Erection (Labor) | $219,880.00 | $87,952.00 | $0.00 | $0.00 | $87,952.00 | 40.00% | $131,928.00 | $0.00 |
| | | TOTALS: | $3,434,097.31 | $3,111,878.79 | $0.00 | $0.00 | $3,111,878.79 | 90.62% | $322,218.52 | $0.00 |

Page 3 of 8

DOCUMENT DETAIL SHEET

CONTINUATION SHEET

Whole Change Order Packages

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 4 of 8

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | C | D | E | F | G | H | | I |
| 9 | CCO #23006976-SUB-05A Project Changes Through 2/15/2021 | | | | | | | | |
| 9.1 | 05-0506 Changes to steel based on building and process design development and owner review comments through revisions dated 11.24.2020. Including but not limited to: 700 LF for armor joint embeds, 210 LF of armor joint notched plates and 200 Hilti bolts for armor joint notched plate install. | $8,776.11 | $8,776.11 | $0.00 | $0.00 | $8,776.11 | 100.00% | $0.00 | $0.00 |
| 9.2 | 05-0505 Changes to Guardrails based on building and process design development and owner review comments from drawing set dated 12.10.2020. Including but not limited to: 40 LF of guardrail at bulk lacquer storage with two pieces of channel and six pipes/bollards. | $18,246.39 | $13,684.79 | $0.00 | $0.00 | $13,684.79 | 75.00% | $4,561.59 | $0.00 |
| 9.3 | 05-0506 Changes to Misc. Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: 260 LF of exterior galv guardrails. Removed angle/anchors at new louver locations. | $23,891.02 | $17,918.27 | $0.00 | $0.00 | $17,918.27 | 75.00% | $5,972.75 | $0.00 |
| 9.4 | 05-0506 Changes to Misc. steel based on building and process design development and owner review comments from drawing set dated 01.18.2020. Including but not limited to: revised concrete lid angle details. Omitted steel erection of deleted overhead door steel support frame. Material was already ordered before changes were published. | $8,311.86 | $8,311.86 | $0.00 | $0.00 | $8,311.86 | 100.00% | $0.00 | $0.00 |
| 9.5 | 05-0506 Furnish Stainless Steel Liner at Washer Sump Pit per IPS drawings ENERGY-PHX-B08-WA05-WA07 dated 01/13/2021. | $40,169.82 | $30,127.37 | $0.00 | $0.00 | $30,127.37 | 75.00% | $10,042.45 | $0.00 |
| 9.6 | 05-0501 Cupper Foundation Embeds – Added 1 Nelson Stud | $1,177.00 | $1,177.09 | $0.00 | $0.00 | $1,177.09 | 100.00% | | $0.00 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 5 of 8

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| A | B | C | D | E | F | G | H | I | |
| 9.7 | to bottom of each (4) 8" thick embeds. 05-0501 Changes to Structural Steel based on building and process design development and owner review comments from drawing set dated 12.11.2020 to 01.08.2021. Including but not limited to: steel channel to support door framing at Inner Rebuild. Added channel cross members at platforms. | $ 10,320.56 | $ 10,320.56 | $ 0.00 | $ 0.00 | $ 10,320.56 | 100.00% | $ 0.00 | $ 0.00 |
| 10 | CCO # 2300697G-SUB-05B CE #036 - Existing Fire Riser Steel Support Frame for Concrete Pour | | | | | | | | |
| 10.1 | 05-0506 Installed a steel support frame fastened to the tilt up panel wall for the existing fire riser at GL 19 South elevation in order to demo the slab below that the fire riser support was bearing on. | $ 711.14 | $ 711.14 | $ 0.00 | $ 0.00 | $ 711.14 | 100.00% | $ 0.00 | $ 0.00 |
| 11 | CCO # 2300697G-SUB-05C CE #046 - Bang PHX - Project Hold Until September 2021 Start | | | | | | | | |
| 11.1 | 05-0501 Please review the revised schedule attached and provide details as list below. Provide detail for all impacts associated with the delay reflected in the updated schedule dated May 29, 2020. Confirm that you can meet the commitment required under your existing contract terms based on the revised schedule. If not please provide additional details. Provide detail for any additional costs associated with the delay if any. If you have any equipment in fabrication or storage, provide schedule or cost impacts associated with the equipment delivery or storage. Provide detail for any current cost you have that has not been billed and a date for when the costs will be billed. If you have any items onsite that need to be removed provide | $ 271,026.00 | $ 271,026.00 | $ 0.00 | $ 0.00 | $ 271,026.00 | 100.00% | $ 0.00 | $ 0.00 |

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 6 of 8

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | | | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 12 | details of what needs to be removed and when it will be removed. Provide any other information that may be of concern regarding the revised project schedule. CCO # 23006976-SUB-05D CE #035 - Washer Sump Pit Ladder and Grating Dimensions | | | | | | | | |
| 12.1 | 05-0506 RFI #40 - Modified washer pit ladder dimensions and washer pit grating dimensions to purchase new material for these areas. | $1,797.00 | $1,797.00 | $0.00 | $0.00 | $1,797.00 | 100.00% | $0.00 | $0.00 |
| 13 | CCO # 23006976-SUB-05E CE #052 - Drawing Revisions #16 - Construction Issue Set - 09/13/2021 | | | | | | | | |
| 13.1 | 05-0506 Structural Steel and Misc. Metals | $163,631.00 | $114,541.70 | $0.00 | $0.00 | $114,541.70 | 70.00% | $49,089.30 | $0.00 |
| 14 | CCO # 23006976-SUB-05F CE #097 - Steel Erection - Field Changes and Adjustments to Columns and Beams | | | | | | | | |
| 14.1 | 05-0506 Field Changes and Steel Corrections | $3,795.00 | $3,795.00 | $0.00 | $0.00 | $3,795.00 | 100.00% | $0.00 | $0.00 |
| 15 | CCO # 23006976-SUB-05G CE #054 - Drawing Revisions #17 - Revised As Noted Structural and Architectural - 10/06/21 | | | | | | | | |
| 15.1 | 05-0501 Changed Beam Sizes, Added Anchor Bolts, Added Bearing, Removed Framing for Platform, Added Stair with rail, Added Ledger Angles | $15,955.00 | $15,955.00 | $0.00 | $0.00 | $15,955.00 | 100.00% | $0.00 | $0.00 |
| 16 | CCO # 23006976-SUB-05H CE #098 - Re-Prep and Re-Prime Sequence 1 Steel Onsite (Phase 1 & 2) | | | | | | | | |
| 16.1 | 05-0501 Re-Prep and Re-Prime Painting of Seq. 1 Structural Steel | $62,322.00 | $62,322.00 | $0.00 | $0.00 | $62,322.00 | 100.00% | $0.00 | $0.00 |
| | TOTALS: | $630,129.89 | $560,463.80 | $0.00 | $0.00 | $560,463.80 | 88.94% | $69,666.09 | $0.00 |

20220358988

CONTINUATION SHEET

DOCUMENT DETAIL SHEET

Page 7 of 8

**Grand Totals**

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | **GRAND TOTALS:** | $ 4,064,227.20 | $ 3,672,342.59 | $ 0.00 | $ 0.00 | $ 3,672,342.59 | 90.36% | $ 391,884.61 | $ 0.00 |

DOCUMENT DETAIL SHEET- APPLICATION AND CERTIFICATE FOR PAYMENT

20220358988

List each sub-subcontractor or vendor who provided labor and/or materials to the project which makes up any part of this requisition and the gross value of such labor and/or materials provided within this requisition period.

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

Sub-Subcontractor/Supplier _____ Value _____

ARIZONA PRELIMINARY TWENTY DAY LIEN NOTICE        Exhibit C
PURSUANT TO A.R.S. SECTION 33-992
**IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 33-992.01, THIS IS NOT A LIEN. THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR**

The name and address of the owner or reputed owner are:
JHO REAL ESTATE INVESTMENT, LLC
1600 N PARK DR
FORT LAUDERDALE, FL 33326

JHO REAL ESTATE INVESTMENT, LLC
C/O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC.
DBA BANG ENERGY
C/O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

The name and address of the original contractor are:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

STELLAR GROUP, INCORPORATED
C/O CORPORATION SERVICE COMPANY
8825 N 23RD AVENUE
SUITE 100
PHOENIX, AZ 85021

The name and address of any lender or reputed lender and or assigns are:
UNABLE TO DETERMINE. A REQUEST IS INCLUDED HEREIN PER A.R.S. 33-992.01.

The name and address of the person with whom the claimant has contracted are:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

The name and address of any surety company/agent are:
UNABLE TO DETERMINE. A REQUEST IS INCLUDED HEREIN PER A.R.S. 33-992.01.

*We request a copy of the bond, if applicable.*

Date:  JUNE 14, 2021 (Notice #N171066)
This preliminary lien notice has been completed (Name and Address of Claimant):

For:
FABCO METAL PRODUCTS LLC
1490 FRANCES DRIVE
DAYTONA BEACH, FL 32124

By:
Michelle Gerred, Esq., #031678
PO Box 24101
Cleveland, OH 44124
(as limited agent for FABCO METAL PRODUCTS LLC)



You are hereby notified that the Claimant has furnished or will furnish labor, professional services, materials, machinery, fixtures or tools of the following general description:

MATERIALS AND LABOR, STRUCTURAL STEEL & ERECTION

In the construction, alteration or repair of the building, structure or improvement located at:

BANG ENERGY
1635 S 43RD AVE
PHOENIX, AZ 85009

And situated upon that certain lot(s) or parcel(s) of land in MARICOPA County, Arizona, described as follows:

1635 S 43RD AVE
PHOENIX, AZ 85009

An estimate of the total price of the labor, professional services, materials, machinery, fixtures or tools furnished or to be furnished is:

$3,434,097.31

NOTICE TO PROPERTY OWNER

If bills are not paid in full for the labor, professional services, materials, machinery, fixtures or tools furnished, or to be furnished, a mechanic's lien leading to the loss, through court foreclosure proceedings, of all or part of your property being improved may be placed against the property. You may wish to protect yourself against this consequence by either:

1) Requiring your contractor to furnish a conditional waiver and release pursuant to Arizona Revised Statutes section 33-1008, subsection D, paragraphs 1 and 3 signed by the person or firm giving you this notice before you make payment to your contractor.

2) Requiring your contractor to furnish an unconditional waiver and release pursuant to Arizona Revised Statutes section 33-1008, subsection D, paragraphs 2 and 4, signed by the person or firm giving you this notice after you make payment to your contractor.

3) Using any other method or device that is appropriate under the circumstances.

Within ten days of the receipt of this preliminary twenty day notice the owner or other interested party is required to furnish all information necessary to correct any inaccuracies in the notice pursuant to Arizona Revised Statutes section 33-992.01, subsection I or lose as a defense any inaccuracy of that information.

Within ten days of the receipt of this preliminary twenty day notice if any payment bond has been recorded in compliance with Arizona Revised Statutes section 33-1003, the owner must provide a copy of the payment bond including the name and address of the surety company and bonding agent providing the payment bond to the person who has given the preliminary twenty day notice. In the event that the owner or other interested party fails to provide the bond information within that ten day period, the claimant shall retain lien rights to the extent precluded or prejudiced from asserting a claim against the bond as a result of not timely receiving the bond information.

DATED.          JUNE 14, 2021

FABCO METAL PRODUCTS LLC

By: _____
Michelle Gerred, Esq., #031678
(as limited agent for FABCO METAL PRODUCTS LLC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACKNOWLEDGEMENT OF RECEIPT OF PRELIMINARY TWENTY-DAY NOTICE

This acknowledges receipt on ___ / ___ / ___ (date) of a copy of the preliminary twenty-day notice at
_____ (address). Date: ___/___/___ (date this
acknowledgment was executed)

_____
Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Please note: Arizona Revised Statutes, Section 33-992.02, provides that the acknowledgment be returned to the person or firm sending the Preliminary Twenty Day Notice (Michelle Gerred, Esq.) within thirty days of receipt thereof.

(Our Ref. N171066 20.042)



AFFIDAVIT AND PROOF OF MAILING OF PRELIMINARY TWENTY DAY NOTICE

**BY MAIL**

STATE OF OHIO          )
                             ) ss.
COUNTY OF CUYAHOGA    )

        Colleen Kirk, being first duly sworn upon his/her oath, deposes and says:

1.       I make this affidavit on my personal knowledge of the facts herein set forth.

2.       On June 14, 2021, pursuant to A.R.S. 33-992.01, I mailed a copy of the Arizona Preliminary Twenty Day Notice to:

Owner or Reputed Owner
JHO REAL ESTATE INVESTMENT, LLC
1600 N PARK DR
FORT LAUDERDALE, FL 33326

JHO REAL ESTATE INVESTMENT, LLC
C/O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

VITAL PHARMACEUTICALS, INC.
DBA BANG ENERGY
C/O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
SCOTTSDALE, AZ 85251

by certified mail, return receipt requested.  A copy of the certified mail receipt is attached hereto as part of Exhibit C and incorporated herein by reference.

3.       I also mailed this same Notice by certified mail, return receipt requested, to the following entities:

Person with Whom Claimant has Contracted:
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL 32257

Project Original Contractor or Reputed Contractor
STELLAR GROUP, INCORPORATED
2900 HARTLEY RD
JACKSONVILLE, FL   32257

STELLAR GROUP, INCORPORATED
C/O CORPORATION SERVICE COMPANY
8825 N 23RD AVENUE, SUITE 100
PHOENIX, AZ 85021

20220358988

by certified mail, return receipt requested.  A copy of the certified mail receipt is attached hereto as part of Exhibit C and incorporated herein by reference.

Dated this _9TH_ day of _April_ , _2022_

_Colleen Kirk_

By: Colleen Kirk

SUBSCRIBED AND SWORN to before me this _19th_ day of _April_ _2022_ by Colleen Kirk.

_____
Notary Public

My Commission Expires:

_May 27, 2024_

(Ref. N17 066)

NOTARIAL SEAL
STATE OF OHIO

TARA SCHILLING
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
May 27, 2024

20220358988





NCS[AZ[N171066OW]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 52

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021



NCS[AZ{N171066TE]B0
729 Miner Road
Cleveland OH 44143

USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 76



Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066GC]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 69

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066A2]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 90



STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021

20220358988

NCS[AZ(N171066A1]B0
729 Miner Road
Cleveland OH 44143



USPS CERTIFIED MAIL

9214 8901 5273 7200 0016 1571 83

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

# ATTENTION

Why are you receiving this notice?  Please visit http://www.ncscredit.com/notice for more information.  If you have any additional questions, please email Clare Wilson noticeprem@ncscredit.com

## Distribution List

JHO REAL ESTATE INVESTMENT LLC
1600 N PARK DR
Fort Lauderdale FL 33326

STELLAR GROUP INCORPORATED
2900 Hartley Rd
Jacksonville FL 32257

Vital Pharmaceuticals Inc. dba BANG ENERGY
C\O CORPORATE CREATIONS NETWORK INC.
3260 N HAYDEN ROAD #210
Scottsdale AZ 85251

JHO REAL ESTATE INVESTMENT LLC
C\O CORPORATE CREATIONS NETWORK INC.
3260 N. HAYDEN ROAD #210
Scottsdale AZ 85251

STELLAR GROUP INCORPORATED
C\O CORPORATION SERVICE COMPANY
8825 N 23rd Avenue Suite 100
Phoenix AZ 85021