# EXHIBIT F

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
8/8/2022 5:01:23 PM
Filing ID 14669795

Christopher J. Berry, Esq. – #015385
**BERRY LAW GROUP, PLLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Telephone: (602) 462-1141
Facsimile: (602) 462-1151
cberry@berrylawgroup.com
admin@berrylawgroup.com
*Attorneys for Defendant Truist Bank*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NEXUS STEEL, LLC, an Arizona limited liability company, | CV2022-008873 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JHO REAL ESTATE INVESTMENT, LLC, a Florida limited liability company, VITAL PHARMACEUTICALS, INC., a Florida corporation, d/b/a BANK, LLC, a Florida limited liability company, FABCO METAL PRODUCTS, LLC, a Florida limited liability company, BELVAC PRODUCTION MACHINERY, INC., a Virginia corporation, TRUIST BANK, a North Carolina company, ISEC, INC., Colorado corporation, HEAVY EQUIPMENT MOVERS & INSTALLATION, LLC, a Delaware limited liability company, HARDROCK CONCRETE PLACEMENT CO. INC., an Arizona corporation, STELLAR GROUP, INC., a Florida corporation, FAITH TECHNOLOGIES, INC., a Wisconsin corporation, INTEGRATED MASONRY, an Arizona company, HACI MECHANICAL CONTRACTORS, INC., an Arizona corporation, TRENCH SHORE RENTALS, an Arizona corporation, THE MARICOPA COUNTY TREASURER'S OFFICE, BLACK & WHITE CORPORATIONS 1-10, | |
| Defendants. | |

-1-

1  Notice if hereby given that Christopher J. Berry of the law firm of Berry Law
2  Group, PLLC appears as attorney of record on behalf of Truist Bank.
3  DATED this 8th day of August, 2022.

**BERRY LAW GROUP, PLLC**

By:   /s/ Christopher J. Berry
      Christopher J. Berry, Esq.
      ***Attorneys for Defendant Truist Bank***

**COPY** of the foregoing E-filed
this 8th day of August, 2022.

**COPY** of the foregoing E-served
this 8th day of August, 2022.

Richard C. Gramlich, Esq.
TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
reg@tblaw.com
*Attorneys for Plaintiff*


 /s/ Maria Elena Garcia

-2-