# EXHIBIT 'L'

119754304.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM [ECF NO. __]**

**THIS MATTER** came before the Court upon FTI's Motion to for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum [ECF No. ___] (the "Motion") filed on _____. The Court having reviewed the file and the Motion, and any responses thereto, and any oral argument presented, the Court finds good cause for entry of the following order:

**IT IS ORDERED:**

1. The Motion is granted.

2. The automatic stay imposed in this case by Bankruptcy Code § 362(a) is terminated to allow the parties to proceed with prosecuting the action pending in the superior court of Arizona in Maricopa County, Case No. CV2022-008873 (the "Arizona Action") until final judgment and appeal including, but not limited to post-trial briefing, obtaining judgment on all counts, liquidating all claims asserted, determination of the validity, priority and extent of liens, and adjudication of equitable relief.

119754304.1

3. The stay relief granted herein does not extend to actions by any party to enforce any such final judgment or other relief granted in the Arizona Action and all parties' rights to pursue further stay relief or object to such relief are preserved.

4. The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and is not effective to the extent applicable to the relief set forth herein.

# # #

Submitted by:

Jerry M. Markowitz, Esq.
Markowitz, Ringel, Trusty & Hartog, PA
Local Counsel for Faith Technologies, Inc.
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida  33156
Telephone:  (305) 670-5000
Email:  jmarkowitz@mrthlaw.com

Attorney Markowitz shall serve a copy of this Order to all interested parties and file a Certificate of Service.

119754304.1