

**ORDERED in the Southern District of Florida on January 24, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**AGREED ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE JANUARY 26, 2023 FINAL EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN <u>ADMINISTRATIVE CLAIM</u>**

**THIS MATTER** came before the Court upon the *Debtors' Agreed Ex Parte Motion to Continue January 26, 2023 Final Evidentiary Hearing on Motion for Relief From the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11882556-1

[ECF No. 668] (the "Motion") filed on January 23, 2023, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that Ardagh Metal Packaging USA Corp. ("Ardagh") consents to the relief requested in the Motion, and finding good cause to continue the January 26, 2023, final evidentiary hearing to consider the Stay Relief Motion. It is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The final evidentiary hearing to consider the Stay Relief Motion [ECF No. 330] filed by Ardagh, presently scheduled for January 26, 2023 at 2:00 p.m., is **CONTINUED**.

3. The Court will conduct the final evidentiary hearing to consider the Stay Relief Motion on **February 23, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

4. The deadline for the filing of responses or objections to the Stay Relief Motion shall be 4:30 p.m. on the second business day prior to the final evidentiary hearing set forth above, in accordance with Local Rule 5005-1(F)(1).

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11882556-1