IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 23, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Office of the Attorney General of the District Of Columbia at 441 4th St NW Suite 1100, Washington, DC 20001:

- **Notice of Hearing re Expedited Application to Employ Grant Thornton LLP as Financial Advisors to the Debtors, Effective as of December 17, 2022 (Expedited Hearing Requested on January 19, 2023 at 2:00 p.m.) [Affidavit Attached] (643)** (Docket No. 648)

Dated: January 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Serina Tran*
　　　　　　　　　　　　　　　　　　　　　　　　Serina Tran
　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 855-493-7375
　　　　　　　　　　　　　　　　　　　　　　　　Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).