```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
```

IN RE:
Vital Pharmaceuticals, Inc.,        Case no. 22-17842-PDR
       Debtor(s).         /         Chapter 11 Case

SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL'
            REQUEST FOR BANKRUPTCY NOTICE

Pursuant to Bankruptcy Rule 2002(i), Santander Consumer USA Inc. dba Chrysler Capital, a creditor, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (rules 2002[a],[b] and [c]), whether sent by the Court, the debtor(s) or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

                Gerard M. Kouri, Jr., Esq.
                GERARD M. KOURI, JR., P.A.
                   Counsel for Santander
         5311 King Arthur Avenue, Davie, FL. 33331
         Telephone (954) 862-1731, Fax (954) 862 1732

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY** CERTIFY that on January 25, 2023, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, J. Steven Wilkes, Esq., & Heidi A Feinman, Esq., attorneys for US trustee, Jordi Guso, Esq., Michael Jordan Niles, Esq., Andrew Sorkin, Esq., & Jeramy D Webb, Esq., attorneys for debtor & all other parties scheduled to receive notice in the case; and mailed to Vital Pharmaceuticals, Inc., debtor, 1600 N. Park Dr., Weston, FL 33326.

           GERARD M. KOURI, JR., P.A.
           Counsel for Santander
           5311 King Arthur Avenue
           Davie, FL 33331
           Tel: (954) 862-1731, Fax (954) 862 1732
                       */s/ Gerard M. Kouri, Jr.*
       By: _____
           GERARD M. KOURI, JR., ESQ./FBN 375969