United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 22-17842-PDR
Vital Pharmaceuticals, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 7
Date Rcvd: Jan 26, 2023     Form ID: pdf004     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jarret P Hitchings, 301 S. College Street, # 2150, Charlotte, NC 28202-6000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com |
| Andrew Sorkin | on behalf of Debtor Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

| | |
|---|---|
| Anne Aaronson | on behalf of Creditor Crown Cork & Seal USA Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Annie Yang Stoops | on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com |
| Anthony J Aragona, III | on behalf of Creditor Mitsubishi HC Capital America Inc. aja@devaronalaw.com |
| Arthur C. Neiwirth, Esq. | on behalf of Creditor Hardrock Concrete Placement Co INC aneiwirthcourt@qpwblaw.com |
| Arthur C. Neiwirth, Esq. | on behalf of Creditor Hardrock Concrete Placement Co. Inc. aneiwirthcourt@qpwblaw.com |
| Brendan S Everman | on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Musica Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Music beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Records Label LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor UMG Recordings Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Capitol Records LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brigette G McGrath | on behalf of Interested Party ORBIS RPM LLC bmcgrath@askllp.com, mudem@askllp.com |
| Carolyn Tatkin | on behalf of Creditor CM Builders Inc. dba Integrated Masonry tatkin@radixlaw.com |
| Christopher R Kaup | on behalf of Creditor Nexus Steel LLC crk@tblaw.com, mburns@tblaw.com |

Christopher R Thompson

    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson

    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Corali Lopez-Castro, Esq

    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com

Craig I Kelley

    on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley

    on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Daniel Harvath

    on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath

    on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq

    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks

    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq

    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.

    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq

    on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Edward M Fitzgerald, Esq

    on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S. Golden, Esq.

    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.

    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.

    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero

    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com

Ezequiel Joseph Romero

    on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero

    on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Fernando J Menendez

    on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com

Frank Terzo, Esq.

    on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

G Steven Fender

    on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Gerard M Kouri Jr., Esq

    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo

    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo

| | |
|---|---|
| | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R. Rafatjoo | |
| | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Harris J. Koroglu | |
| | on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com |
| Heidi A Feinman | |
| | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Ian M. Ross | |
| | on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com |
| J. Steven Wilkes | |
| | on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov |
| Jason A. Weber, Esq. | |
| | on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jeramy D Webb | |
| | on behalf of Debtor Vital Pharmaceuticals Inc. jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com |
| Jerry M Markowitz | |
| | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jesse R Cloyd | |
| | on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Jimmy D. Parrish | |
| | on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com |
| John A Anthony | |
| | on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |

District/off: 113C-0                              User: admin                                        Page 5 of 7
Date Rcvd: Jan 26, 2023                          Form ID: pdf004                                    Total Noticed: 1

Jordi Guso, Esq.
    on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph A Pack
    on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack
    on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph D Frank
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com,
    mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza
    on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com

Justin D Plean
    on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com

Keith W. Fendrick
    on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com
    andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kevin Michael Capuzzi
    on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I
    on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kyler K Burgi
    on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.
    on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com

Marc P Barmat
    on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com
    rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark S. Roher, Esq.
    on behalf of Creditor Jasmin Williams mroher@markroherlaw.com
    ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Matthew F Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Matthew G Davis
    on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Megan W Murray

Case 22-17842-PDR    Doc 708    Filed 01/28/23    Page 6 of 9

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 6 of 7 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf004 | Total Noticed: 1 |

on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com

Michael D. Seese, Esq.

    on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq

    on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles

    on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

Michael W Ullman, Esq

    on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nir Maoz

    on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com

Office of the US Trustee

    USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq

    on behalf of Interested Party Jack H. Owoc pjbattista@venable.com cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com

Peter H Levitt, Esq

    on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com

Philip W Crawford

    on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com

Philip W Crawford

    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Ralph W. Confreda, Jr

    on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com

Robert C Furr, Esq

    on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.

    on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D. P. Bruckmann

    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com

Ronald M Emanuel, Esq

    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Ross R Hartog

    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Scott Andron

    on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

Scott D Knapp

    on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra

    on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.

    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Stuart F Wilson-Patton

    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams

    on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney

    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com

Zach B Shelomith

    on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

District/off: 113C-0            User: admin            Page 7 of 7
Date Rcvd: Jan 26, 2023            Form ID: pdf004            Total Noticed: 1
TOTAL: 124



**ORDERED in the Southern District of Florida on January 25, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 679]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Arielle B. Adler ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for the Official Committee of Unsecured Creditors ("Client") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF

in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Leyza F. Blanco, Esq.
> SEQUOR LAW, P.A.
> 1111 Brickell Ave., Ste. 1250
> Miami, FL 33131
> Telephone: (305) 372-8282
> Email: lblanco@sequorlaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Ave., Ste. 1250
Miami, FL 33131
Telephone: (305) 372-8282
lblanco@sequorlaw.com

*(Leyza F. Blanco is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a confirming certificate of service.)*