UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

**VITAL PHARMACEUTICALS, INC.,**
*et al.*

Debtor.

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## JOINDER IN MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM [DOC 670]

**COMES NOW, HARDROCK CONCRETE PLACEMENT CO., INC.**, (hereinafter "**HARDROCK**"), by and through its undersigned counsel and files this Joinder to the Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum filed on behalf of Faith Technologies Incorporated (hereinafter "FTI") and Nexus Steel, LLC (hereinafter "Nexus") (together "Movants") and in furtherance thereof states:

1. Hardrock worked on the same project as Movants, Faith Technologies Incorporated and Nexus Steel, LLC.

2. The Real Property is located at: 1635 South 43rd Avenue, Phoenix, Arizona 85009, and APN-105-14-001Q.

3. Hardrock filed its Proof of Claim in the Vital Pharmaceuticals, Inc. proceeding on December 16, 2022, (Certification of filing of Proof of Claim, together with attachments attached as Exhibit "A") and Hardrock filed its Proof of Claim in the JHO Real Estate

1

Case No.: 22-17842-PDR

Investment Case on December 16, 2022 (Certification of Filing of Proof of Claim, together with attachments attached hereto as Exhibit "B").

4. On November 12, 2020 Hardrock, as a concrete subcontractor and Stellar as general contractor, entered into a written agreement ("Agreement") for labor, material and services to be provided by Hardrock to a project known as the Bang Phoenix Can Manufacturing Project #23006976 (the "Project"), located at the Arizona Property.

5. On November 18, 2020, and in accordance with A.R.S. § 33-992.01, Hardrock timely provided its 20-Day Preliminary Notice.

6. Commencing on or about November 16, 2020, and continuing thereafter, Hardrock furnished labor and materials and performed concrete construction work on the Arizona Property in accordance with the terms of the Agreement, change orders and other instructions from Stellar or its authorized agents. Hardrock substantially performed its work under the Concrete Subcontract. Without justification or excuse, Stellar has failed and refused to pay Hardrock $669,195.67 due and owing under the Concrete Subcontract.

7. Copies of the relevant Contracts, Agreements and Notices, supporting the claims of Hardrock, and compliance with Arizona Law for of the Lien on real property are attached within the Proof of Claim filed and referenced above.

8. On or about November 18, 2020, Hardrock served a Preliminary 20-Day Notice concerning the amounts due and owing under the Concrete Subcontract, as required by A.R.S. 33-992.01, a true and correct copy of which is attached to Hardrock's pleading in the Arizona Action and a true and correct copy of which is attached to Hardrock's Proofs of Claim, Exhibit "A" and Exhibit "B".

Case No.: 22-17842-PDR

9. On or about March 22, 2022, Hardrock recorded a valid Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools relating to the amounts due and owing under the Concrete Subcontract (the "Hardrock Liens"). The Hardrock's lien was timely recorded with the Maricopa County Recorder's Office on March 22, 2022, recorder number 2022-0257254 (True and correct copy of the Hardrock Lien attached to Hardrock's pleading in the Arizona Action and to the Proofs of Claim filed and attached as Exhibit "A" and Exhibit "B").

10. On or about August 10, 2022, Hardrock commenced a judicial foreclosure in the Arizona Action. Concurrent with the filing of its pleading in the Arizona Action, Hardrock has recorded a Notice of Lis Pendens on the Arizona Property (Instrument No. 2022-0633035). (Copy included in the Proofs of Claim attached hereto as Exhibit "A" and Exhibit "B").

**WHEREFORE,** Hardrock Concrete Placement Co., Inc. requests that this Court grant Relief from the Automatic Stay, terminating the Automatic Stay to allow the parties, Hardrock and the other state court litigation parties to prosecute to judgment the other action in the Superior Court of Arizona in Maricopa County, Case No. CV2022-008873 (the "Arizona Action") and permit the State Court to determine the validity, priority and extent of the mechanic liens and claims, and for such further relief as maybe appropriate.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**2400 East Commercial Blvd., Suite 520, Fort Lauderdale, Florida 33308**

Case No.: 22-17842-PDR

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: January 30, 2023.

      Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ Arthur C. Neiwirth
      ARTHUR C. NEIWIRTH, ESQ.
      FBN: 0289061
      aneiwirth@qpwblaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**2400 East Commercial Blvd., Suite 520, Fort Lauderdale, Florida 33308**

Case No.: 22-17842-PDR

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on the service list as noted this 30th day of January, 2023.

    Quintairos, Prieto, Wood & Boyer, P.A.
    Local Counsel Attorneys for
    **HARDROCK CONCRETE PLACEMENT CO., INC.**
    2400 East Commercial Blvd., Suite 520
    Ft. Lauderdale, FL 33308
    Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ *Arthur C. Neiwirth*
    ARTHUR C. NEIWIRTH, ESQ.
    FBN: 0289061
    aneiwirth@qpwblaw.com

Satterlee Gibbs PLLC
Arizona Counsel for
**HARDROCK CONCRETE PLACEMENT CO., INC.**

By:   /s/*Scott Reynolds*
    SCOTT REYNOLDS, ESQ.
    *Admitted Pro hac Vice*
    3133 W. Frye Road,, Suite 101
    Chandler, Arizona 85226

### SERVICE LIST

**By CM/ECF Receipt**

Jordi Guso, Esq., jguso@bergersingerman.com
Michael Jordan Niles, Esq., nmile@bergersingerman.com
Andrew Sorkin, Esq., andrewsorkin@lw.com
Jeramy D. Webb, Esq. jeramy.webb@ropesgray.com
Heidi A. Feinman, Esq. Heidi.A.Feinman@usdoj.gov
U.S. Trustee, Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
J. Steven Wilkes, Esq. steven.wilkes@usdoj.gov
Leyza F. Blanco, Esq. lblanco@sequorlaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**2400 East Commercial Blvd., Suite 520, Fort Lauderdale, Florida 33308**

Case No.: 22-17842-PDR

Juan J. Mendoza, Esq. jmendoza@sequorlaw.com
Fernando J. Menendez, Esq.  fmenendez@sequorlaw.com
Arthur C Neiwirth, Esq. aneiwirthcourt@qpwblaw.com
Justin D. Plean, Esq. justin.plean@qpwblaw.com

**All other parties noted on the Clerk's CM/ECF service list**

**By First Class Mail**:

Vital Pharmaceuticals, Inc.
d/b/a Bang Energy
d/b/a VPX Sports
d/b/a VPS/Redline
d/b/a Redline
d/b/a Quash Life Lift
1600 N. Park Drive
Weston, FL  33326

Noticing/Claims Agent Stretto
410 Exchange, Ste 100
Irvine, CA  92602

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL  32257-8221

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
**2400 East Commercial Blvd., Suite 520, Fort Lauderdale, Florida 33308**