## DECLARATION

I, Joshua Duncan, hereby declare under penalty of perjury as follows:

1. I am the Controller for Hardrock Concrete Placement Co., Inc. ("Hardrock") and am authorized to make this Declaration on behalf of Hardrock. I make the following statements based upon my personal knowledge and Hardrock's business records for which I am responsible.

2. This Declaration accompanies a Joinder to Motion for Relief from Stay filed by Faith Technologies Incorporated and Nexus Steel, LLC [DOC 670] concerning Case No. CV2022-08873, Superior Court of Arizona, Maricopa County.

3. Attached to the Joinder is a copy of Hardrock's Proofs of Claim which include true and correct copies of Hardrock's Notice of Claim of Lien for Labor, Materials, Machinery, Fixtures and/or Tools recorded with the Maricopa County Recorder's Office on March 22, 2022, recorder number 2022-0257254.

4. On behalf of Hardrock, I attest that the amount of the indebtedness owned to Hardrock and the nature and extent of default set forth in the Proofs of Claim and Joinder are information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records were kept in the course of the regularly conducted activity and were made by the regularly conducted activity as a regular practice.

5. All of the documents attached to the Joinder as an exhibit are true and accurate copies of the original documents.

I make the foregoing statements under penalty of perjury under the laws of the United States.

Executed this ___30___ day of January, 2023, in Phoenix, Arizona.

By: _____

Title: ___CONTROLLER___