UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROTHSCHILD & CO US INC. AS INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file the attached *Second Supplemental Declaration of Homer Parkhill in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date*.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| | |
|---|---|
| Dated: January 31, 2023<br>　　　　Miami, Florida | Respectfully submitted, |
| | /s/ Jordi Guso |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:　(212) 906-1200<br>Email:　george.davis@lw.com<br>　　　　tj.li@lw.com<br>　　　　brian.rosen@lw.com<br>　　　　jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:　(305) 755-9500<br>Email:　jguso@bergersingerman.com<br>　　　　mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:　(202) 637-2200
Email:　andrew.sorkin@lw.com

– and –

Jeramy D. Webb (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:　jeramy.webb@lw.com
　　　　whit.morley@lw.com

　　　　　　　　　　　　　　*Co-Counsel for the Debtors*

11899343-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF ROTHSCHILD & CO US INC. AS
INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION
DATE**

I, Homer Parkhill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Co-Head of Restructuring and Partner of Rothschild & Co US Inc. ("**Rothschild & Co**"), an investment banking firm with its principal office at 1251 Avenue of the Americas, New York, New York 10020. This second supplemental declaration (the "**Second Supplemental Declaration**") is being submitted to supplement my initial declaration (the "**Initial Declaration**") attached as Exhibit B to *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* (the "**Application**"), and my supplemental declaration filed on November 11, 2022, (the "**Supplemental Declaration**", and together with the Initial Declaration, the "**Prior**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11899458-1

**Declarations**").[2] I submit this Second Supplemental Declaration to provide additional disclosures in accordance with Bankruptcy Rule 2014(a).

2.      Except as otherwise stated in this Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by Rothschild & Co with respect to the matters set forth herein.[3]

## ROTHSCHILD & CO'S DISINTERESTEDNESS

**A.      Redburn**

3.      In late 2022, the Rothschild & Co Corporate Group acquired a controlling interest in Redburn (Europe) Limited (together with its affiliates, "**Redburn**").  Redburn is an equity capital markets research firm that also conducts sales and trading activities with respect to large cap stocks in Europe and the United States and provides underwriting services.  Redburn has offices in Boston, London, New York, Madrid and Paris.  No employees of Redburn will work on this Chapter 11 Case.

4.      Redburn's principal activities of research, sales and trading are referred to as being on the "public side" of the "private/public information barrier".  The Rothschild & Co Corporate Group has instituted policies and procedures to ensure that any Redburn professionals in those areas are not given any non-public information about the Global Advisory Business, except in limited controlled circumstances with prior approval by the applicable Legal & Compliance Departments.  In addition, consistent with applicable regulations and market practices, the Rothschild & Co Corporate Group has established policies and procedures regarding

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] Certain information set forth herein relates to matters (i) contained in Rothschild & Co's books and records or (ii) within the knowledge of Rothschild & Co's employees, and is based on information provided by such employees to me.

communications between investment bankers in the Global Advisory Business and Redburn research analysts. The Rothschild & Co Corporate Group has also implemented a control room to monitor and maintain the information barriers between Redburn and the other businesses of the Rothschild & Co Corporate Group, including the Global Advisory Business. These policies and procedures are subject to regulatory oversight and audit by local governmental authorities around the globe (including, as applicable, the SEC and FINRA, in the United States, and the ACPR, in France), as well as internal compliance monitoring and internal audits.

5.      Information barriers are in place between the Rothschild & Co employees rendering services to the Debtors, on the one hand, and Redburn employees, on the other. Such information barriers consist of physical and electronic barriers that restrict the flow of information, including confidential information, the application of which is achieved through the occupation of separate office spaces for the respective employees of Rothschild & Co and Redburn, limiting access to shared drives to only authorized personnel and the existence of policies against discussing confidential information with unauthorized personnel. These policies and barriers ensure, among other things, that no confidential information held by the Rothschild & Co employees rendering services to the Debtors is available to employees of Redburn. Professionals from Rothschild & Co on one side of the barrier have no non-public knowledge regarding, or control or discretion over, the decisions being made by professionals on the other side of the wall and vice versa.

**B.      Connections Disclosures**

6.      In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Rothschild & Co undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, Rothschild & Co obtained from the Debtors or their representatives the

11899458-1

names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"), and such parties were listed on Schedule A to the Initial Declaration and Schedule 1 to the Supplemental Declaration.

7. Subsequent to the preparation of the Prior Declarations, the Debtors or their representatives provided Rothschild & Co with a list of additional Potential Parties in Interest, which is attached hereto as **Schedule 1**.

8. As of the date hereof, to the best of my knowledge, based on the process described in the Initial Declaration, none of Rothschild & Co, I or any other employee of Rothschild & Co, holds or represents any interest adverse to the Debtors or their estates or has any connection with the Potential Parties in Interest, except (i) as set forth in **Schedule 2** attached hereto and (ii) as otherwise set forth herein or in the Prior Declarations.

9. The Rothschild & Co Legal and Compliance Department sent an email questionnaire to its counterparts in the Redburn Legal and Compliance Department. The questionnaire asked the Redburn Legal and Compliance Department to review a list of (i) the names of the Debtors, (ii) Truist, and (iii) the following parties involved in litigation with the Debtors: Monster Beverage Corporation, PepsiCo, Inc., Keurig Dr Pepper, Dairy Farmers of America, Inc., Southeast Cold Fill and The American Bottling Company (the "**Litigation Parties**"), and (ii) to indicate whether Redburn (a) had any current or pending connection, or within the last 3 years had any connection, to any of those entities or (b) had any investments in any of those entities. No affirmative responses were received from this questionnaire.[4]

---

[4] In the ordinary course of its business, Redburn publishes research on many public companies worldwide. Redburn is not typically paid for its research by the public companies that it covers, and Redburn has not been paid for its research by any of the Debtors, Truist or the Litigation Parties within the last 3 years.

11899458-1

10. Based on the business separation and compliance information barriers referred to above, I do not believe that any indirect connections to Potential Parties in Interest that Rothschild & Co may have through Redburn would constitute a conflict of interest that would disqualify Rothschild & Co from providing the services described in the Engagement Letter.

11. To the extent that Rothschild & Co discovers any additional facts bearing in a material respect on its disinterestedness during the period of Rothschild & Co's retention in connection with this Chapter 11 Case, Rothschild & Co will supplement the information contained in the Application and this Declaration to disclose such facts as required by Bankruptcy Rule 2014(a).

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 31, 2023
      New York, New York

                                            */s/ Homer Parkhill*
                                            Homer Parkhill
                                            Co-Head of Restructuring, Partner
                                            Rothschild & Co US Inc.

11899458-1

**Schedule 1 to the Second Supplemental Declaration**

Additional Potential Parties in Interest

**Corrected**
- Brendan Abbott (fixed name to include second "t" in Abbott)
- Nevada Beverage Co. (just added Co.; likely fine on this name as-is)

**New**
- LMR TRUCKING
- Gekay Sales + Service Co., Inc.
- Carrollton-Farmers Branch ISO
- ORBIS RPM, LLC
- SLBS Limited Partnership d/b/a Summit Distributing
- Dohler Dahlenburg G.m.b.H, Doehler USA, Inc.
- Lincoln Partners Advisors LLC
- EFL Global
- EVOX FL Pembroke 20351 LLC

## Schedule 2 to the Second Supplemental Declaration

Relationships with Potential Parties in Interest

Source: Interested Party List 12/22/22

## Vital Pharmaceuticals, LLC
### ("Vital Pharmaceuticals")

| Party in Interest[1] | Entity having a connection with (i) Rothschild & Co US or (ii) an Affiliated Entity | Nature of Connection[2] |
|---|---|---|
| Döhler Dahlenburg G.m.b.H; Doehler USA, Inc. | Döhler Ventures GmbH | Former GA Affiliate client on matters unrelated to Vital Pharmaceuticals. |

---

[1] Rothschild & Co US has limited its search to the Parties in Interest provided by Vital Pharmaceuticals. Affiliates, subsidiaries or parent companies of Parties in Interest have not been searched unless specifically noted.

[2] A "**GA Affiliate**" is an entity in the Global Advisory Business other than Rothschild & Co US.