MUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**MONSTER ENERGY COMPANY'S RESPONSE TO THE DEBTORS'
EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE
EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND
SOLICIT ACCEPTANCES THEREOF AND (II) GRANTING RELATED RELIEF**

Monster Energy Company ("Monster"), by and through undersigned counsel, hereby files this response to the *Debtors' Expedited Motion for Entry of an Order (I) Extending the Exclusivity Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* [ECF No. 672] (the "Motion")[2], which seeks to extend by 120 days, the (i) the Debtors' exclusive period to file a chapter 11 plan (the "Exclusive Filing Period"), and (ii) the Debtors' exclusive period to solicit votes on such plan.

Monster files this response to the Motion and respectfully states as follows:

1. The Motion seeks to extend the Exclusive Filing Period by 120 days through and including June 7, 2023, which would occur after the May 17, 2023 anticipated closing of the Debtors' sale Transaction of its assets and the May 24, 2023 maturity date in the DIP Credit Agreement (the "DIP Maturity Date").

2. Monster has the largest scheduled claim, at over $292 million, and has filed proofs

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of claim in amounts not less than $389,739,257.

3. Monster and other creditors do not have information that indicates whether the Transaction Process will be successful. If unsuccessful, creditors' claims will be in jeopardy, and creditors' interests will be unfairly prejudiced if they are forced to wait until after the DIP Maturity Date to file a plan.

4. Accordingly, as the largest unsecured creditor, Monster hereby reserves the right to petition the Court to terminate the Exclusive Periods.

Dated: January 31, 2023

**AKERMAN LLP**
/s/ *Michael I. Goldberg*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**[3]
Richard M. Pachulski (pro hac vice)
Ira D. Kharasch (pro hac vice)
Robert J. Feinstein (pro hac vice)
Teddy M. Kapur (pro hac vice)
Steven W. Golden (pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 /F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

---

[3] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on January 31, 2023.

By: /s/ *Michael I. Goldberg*

3