UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.[1]

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

### ORANGE BANG, INC'S RESPONSE TO THE DEBTORS' EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF AND (II) GRANTING RELATED RELIEF

Orange Bang, Inc. ("Orange Bang") by and through undersigned counsel, hereby files this response to the *Debtors' Expedited Motion for Entry of an Order (I) Extending the Exclusivity Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* [ECF No. 672] (the "Motion"),[2] which seeks to extend by 120 days, the (i) the Debtors' exclusive period to file a chapter 11 plan (the "Exclusive Filing Period"), and (ii) the Debtors' exclusive period to solicit votes on such plan.

The Motion seeks to extend the Exclusive Filing Period by 120 days through and including June 7, 2023, which would occur after the May 17, 2023 anticipated closing of the Debtors' sale Transaction of its assets and the May 24, 2023 maturity date in the DIP Credit Agreement (the "DIP Maturity Date").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion

Orange Bang hopes that the Transaction Process will be successful. If unsuccessful or if other circumstances change, creditors' interests may be in jeopardy and they may be unfairly prejudiced if they are unable to propose their own plan. Accordingly, Orange Bang reserves the right to petition the Court to terminate the Exclusive Periods.

Dated: January 31, 2023

**FENDER, BOLLING AND PAIVA, P.A.**

<u>/s/ G. Steven Fender</u>
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

-and-

**KTBS LAW LLP**[3]
Thomas E. Patterson, Esq. (pro hac vice)
Nir Maoz (pro hac vice)
1801 Century Park East
Twenty Sixth Floor
Los Angeles, CA 90067
T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com

*Counsel to Orange Bang, Inc.*

---

[3] G. Steven Fender hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF 269]; (ii) Nir Maoz, November 8, 2022 [ECF 270].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on January 31, 2023.

Respectfully submitted,

*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com