

**ORDERED in the Southern District of Florida on February 2, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

                                                    Case No.  22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                Chapter 11

                        Debtor.

_____/

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

       This matter came before the court without a hearing on the *Ex-Parte* Motion to Appear *Pro Hac Vice* [ECF No. 734]. The court having reviewed the motion and good cause appearing, it is

       **ORDERED** that Andrew Bean ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for The American Bottling Company, a Creditor in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of the Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Marc P. Barmat
> Furr and Cohen, P.A.
> 2255 Glades Road, Suite 419A
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile: (561) 338-7532
> Email: mbarmat@furrcohen.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Creditor in all such proceedings.

###

**Submitted by:**

Marc P. Barmat, Esq.
Furr and Cohen, P.A.
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, Florida33431
Telephone: 561-395-0500; Fax: 561-338-7532
E-mail: mbarmat@furrcohen.com

2

**COPIES TO:**

Andrew Bean

Marc P. Barmat, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding and shall file a certificate of service thereof.