UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.

      Debtor

_____/

Chapter 11 Proceeding
Case No.:     22-17842-PDR

**HACI MECHANICAL CONTRACTORS, INC.'S NOTICE OF JOINDER IN
FAITH TECHNOLOGIES INCORPORATED AND NEXUS STEEL, LLC'S
JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM**

HACI MECHANICAL CONTRACTORS, INC., by and through undersigned counsel, hereby notifies the parties of its joinder in, and adoption of, Faith Technologies Incorporated and Nexus Steel, LLC's Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum (D.E. 670) and requests the relief sought therein.

DATED February 2, 2023.

Respectfully submitted,

*/s/ Matthew G. Davis*
MATTHEW G. DAVIS, ESQ.
Florida Bar No. 58464
Email: mdavis@pdtlegal.com
A. ALSTON MERRITT, ESQ.
Florida Bar No. 1010102
amerritt@pdtlegal.com
PASKERT DIVERS THOMPSON
100 N. Tampa Street, Suite 3700
Tampa, Florida 33602
813-229-3500 – telephone
813-229-3502 – facsimile
*Counsel for HACI Mechanical Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed in this bankruptcy case on February 2, 2023.

/s/ Matthew G. Davis
Attorney