**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et. al.,

        Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11

**CM BUILDERS, INC. d/b/a INTEGRATED MASONRY'S**
**JOINDER TO THE "JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM" [ECF NO. 670]**

CM Builders, Inc. d/b/a Integrated Masonry, gives notice of joining the *Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum* [ECF #670], filed with this Court on January 23, 2023, in the above captioned case.

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing Joinder was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case and/or by U.S. Mail as listed on the attached Service Lists on February 2, 2023.

Dated: February 2, 2023	Respectfully submitted,

        **RADIX LAW**.
        *Counsel to CM Builders, Inc. d/b/a Integrated Masonry*
        15205 N. Kierland Blvd., Suite 200
        Scottsdale, AZ  85254
        Tel:  (602) 606-9300

        By: *s/Carolyn R. Tatkin*[1]
           CAROLYN R. TATKIN
           Email: tatkin@radixlaw.com

        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
        *Local Counsel to CM Builders, Inc. d/b/a*
        *Integrated Masonry*
        9130 S. Dadeland Blvd., Suite 1800
        Miami, Florida  33156
        Tel:  (305) 670-5000 / Fax:  (305) 670-5011

        By: *s/Jerry M. Markowitz*
           JERRY M. MARKOWITZ
           Florida Bar No. 182420
           Email: jmarkowitz@mrthlaw.com

---

[1] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to the Court's *Order Admitting Attorney Pro Hac Vice* [ECF #712], dated January 30, 2023.

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**   aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**   tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**   janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**   aja@devaronalaw.com
- **Marc P Barmat**   mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Paul J. Battista**   pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**   rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**   kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**   kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**   rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**   jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**   dconaway@slk-law.com
- **Ralph W. Confreda**   rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**   pcrawford@gibbonslaw.com
- **Matthew G Davis**   mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**   ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**   beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**     steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**     keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**     edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**     jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**     ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**     dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**     michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**     egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**     jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**     ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**     andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**     rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**     dharvath@harvathlawgroup.com
- **Christopher R Kaup**     crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**     craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**     scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**     hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**     gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**     mkye@kyelaw.com
- **Dennis J LeVine**     Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**     plevitt@shutts-law.com, sboisvert@shutts.com

- **Corali Lopez-Castro**  clc@kttlaw.com, rcp@kttlaw.com
- **Nir Maoz**  nmaoz@ktbslaw.com
- **Jerry M Markowitz**  jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath**  bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**  jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**  fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**  mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**  muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**  aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**  mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**  joe@packlaw.com
- **Jimmy D. Parrish**  jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**  justin.plean@qpwblaw.com
- **Hamid R. Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**  arodz@shutts.com
- **Mark S. Roher**  mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **Ian M. Ross**  iross@sidley.com
- **Steven R Safra**  Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **David Samole**  das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**  mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**  steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**  andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**  annie.stoops@afslaw.com

- **Carolyn Tatkin**   tatkin@radixlaw.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**   ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jeramy D Webb**   jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**   steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov

**SERVICE LIST – BY U.S. MAIL TO:**

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave #1900
Miami, FL 33131
-and-
Andrew D. Sorkin
George A. Davis
Tianjiao ("TJ") Li
Brian S. Rosen

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Jeremy D. Webb LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

Amy C. Quartarolo
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attorneys for Vital Pharmaceuticals, Inc. and JHO Real Estate Investment, LLC

Jason A. Weber
Tiffany & Bosco, P.A.
1000 Corporate Drive, Suite 150
Fort Lauderdale, Florida 33334

Christopher R. Kaup
Tiffany & Bosco, P.A.
2525 East Camelback Road, Floor 7
Phoenix, Arizona 85016-4237
Attorneys for Nexus Steel, LLC
FABCO Metal Products, LLC

Belvac Production Machinery, Inc.
237 Graves Mill Road
Lynchburg, VA 24502

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, AZ 85004
*Attorneys for ISEC, Inc.*

Heavy Equipment Movers & Installation, LLC
126 Industrial Drive
Maysville, GA 3055

Heavy Equipment Movers
8825 North 23rd Avenue, #100
Phoenix, AZ 85021

K. Scott Reynolds, Suite 101
3133 West Frye Road #101
Phoenix, AZ 85226

Arthur C. Neiwirth
Quintairos, Prieto, Wood & Boyer, PA
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308

Justin Plean, Esq.
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Attorneys for Hardrock Concrete Placement Co., Inc.

Robert P. Charbonneau
Jesse R. Cloyd
AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Attorneys for Stellar Group, Inc.

Carolyn R. Tatkin
Radix Law
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
Attorneys for CM Builders, Inc. dba Integrated Masonry

Matthew G. Davis, Esq.
Alston A. Merritt, Esq.
Paskert Divers Thompson
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Attorneys for HACI Mechanical Contractors, Inc.

Trench Shore Rentals
17200 N. Perimeter Drive, #102
Scottsdale, AZ 85255

Peter H. Levitt
Harris J. Koroglu
Aliette D. Rodz
SHUTTS & BOWEN LLP
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131

Luis M. Lluberas
Steven E. Gruendel
Cole Richins
Moore & Van Allen PLLC
100 North Tryon Street, Suite 47
Charlotte, North Carolina 28202-4003
Attorneys for Truist Bank

Branch Banking and Trust Company
8825 North 23rd Avenue, #100
Phoenix, AZ 85021