UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,            Case No.  22-17842-PDR
                                                               Chapter 11

           Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served on the parties listed below, in the manner and dates indicated:

**[ECF NO. 734]** *Ex Parte Motion to Appear Pro Hac Vice;*

**[ECF NO. 737]** *Order Admitting Attorney Pro Hac Vice.*

Dated: February 3, 2023                      Furr and Cohen, P.A.
                                                 2255 Glades Road, Suite 419A
                                                 Boca Raton, FL 33431
                                                 Telephone: (561) 395-0500
                                                 Facsimile: (561) 338-7532

                              By:  */s/ Marc P. Barmat*
                                                 Marc P. Barmat
                                                 Florida Bar No. 0022365
                                                 Email: mbarmat@furrcohen.com

**[ECF NO. 734] SERVED VIA CM/ECF ON FEBRUARY 1, 2023, AND [ECF NO. 737] SERVED VIA CM/ECF ON FEBRUARY 2, 2023, TO ALL PARTIES REGISTERED WITH CM/ECF TO RECEIVE ELECTRONIC NOTICES:**

**Mailing Information for Case 22-17842-PDR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**  aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**  tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**  sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**  janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**  aja@devaronalaw.com
- **Marc P Barmat**  mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Paul J. Battista**  pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com
- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**  lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**  rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**  kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**  kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**  rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**  jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**  dconaway@slk-law.com
- **Ralph W. Confreda**  rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**  pcrawford@gibbonslaw.com
- **Matthew G Davis**  mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**  ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**  beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**  steven.fender@fender-law.com, simone@fenderbollingpaiva.com

- **Keith W. Fendrick** keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald** edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank** jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr** ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay** dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg** michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden** egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso** jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer** ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley** andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog** rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath** dharvath@harvathlawgroup.com
- **Christopher R Kaup** crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley** craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp** scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu** hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.** gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye** mkye@kyelaw.com
- **Dennis J LeVine** Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt** plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro** clc@kttlaw.com, rcp@kttlaw.com
- **Nir Maoz** nmaoz@ktbslaw.com
- **Jerry M Markowitz** jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath** bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza** jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez** fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray** mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig** muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth** aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles** mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com

- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**   joe@packlaw.com
- **Jimmy D. Parrish**   jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**   justin.plean@qpwblaw.com
- **Hamid R. Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**   arodz@shutts.com
- **Mark S. Roher**   mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Ian M. Ross**   iross@sidley.com
- **Steven R Safra**   Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **David Samole**   das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**   mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**   steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**   andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**   annie.stoops@afslaw.com
- **Carolyn Tatkin**   tatkin@radixlaw.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**   ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jeramy D Webb**   jeramy.webb@ropesgray.com, new-york-ma-2860@ecf.pacerpro.com;jeramy-webb-1209@ecf.pacerpro.com
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**   steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov

**[ECF NO. 734 AND 737] SERVED VIA U.S. MAIL ON FEBRUARY 3, 2023, ON THE PARTIES LISTED BELOW AND, ON THE COURT'S, OFFICIAL MAILING MATRIX:**

**Manual Notice List**

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853

Arlington, TX 76096

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arielle B Adler
One Lowenstein Drive
Roseland,, NJ 07068

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096

Andrew Bean
2001 Ross Avenue # 2100
Dallas, TX 75201

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

Carrollton-Farmers Branch ISO
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Robert Charles Jr
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

Stephanie P Chery
7 Times Square
New York, NY 10036

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Committee
,

John D'Amico
787 Seventh Avenue
New York, NY 10019

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4229

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman

1327 W Washington Blvd #5 G-H
Chicago, IL 60607

David M Levine
1200 Brickell Ave # 750
Miami, FL 33131

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Allison L Libeu
620 Newport Center Drive, # 1300
Newport Beach, CA 92660

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Mark Margulies
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Jordana Renert
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

K. Scott Reynolds
3133 W. Frye Road #101
Phoenix, AZ 85226

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

David C Rose
7 Times Square
New York, NY 10036

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Lindsay Sklar
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Carolyn Tatkin, Esq
15205 N Kiedrland Blvd Suite 200
Scottsdale, AZ 85254

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

Brent C Williams
500 West Madison St # 300
Chicago, IL 60661

Attached Official Court Matrix Case No. 22-17842-PDR

```
Label Matrix for local noticing            ACAR Leasing Ltd d/b/a GM Financial Leasing   ACAR Leasing Ltd., Inc. d/b/a GM Financial L
113C-0                                     POB 183853                                    c/o Christopher R. Thompson, Esq.
Case 22-17842-PDR                          Arlington, TX 76096-3853                      Burr & Forman LLP
Southern District of Florida                                                             200 S. Orange Ave., Suite 800
Fort Lauderdale                                                                          Orlando, FL 32801-6404
Fri Feb  3 09:21:35 EST 2023

ALDA 4747 W. Buckeye LLC                   AMEX TRS Co., Inc.                            All Brands Distribution, LLC
c/o Hamid R. Rafatjoo                      c/o Becket and Lee LLP                        c/o Zach B. Shelomith, Esq.
Raines Feldman LLP                         PO Box 3001                                   2699 Stirling Rd # C401
1800 Avenue of the Stars                   Malvern, PA 19355-0701                        Fort Lauderdale, FL 33312-6598
12th Floor
Los Angeles, CA 90067-4201

Ally Bank, c/o AIS Portfolio Services, LLC AmeriCredit Financial Services, Inc. dba GM   Americredit Financial Services, Inc. d/b/a G
4515 N Santa Fe Ave. Dept. APS             P O Box 183853                                c/o Christopher R. Thompson
Oklahoma City, OK 73118-7901               Arlington, TX 76096-3853                      Burr & Forman LLP
                                                                                         200 S. Orange Ave, Suite 800
                                                                                         Orlando, FL 32801-6404


Ardagh Metal Packaging USA Corp.           Bang Energy Canada, Inc.                      Broward County
c/o Shumaker, Loop & Kendrick, LLP         1600 N. Park Dr.                              c/o Records, Taxes & Treasury
101 S. Tryon Street, Suite 2200            Weston, FL 33326-3278                         Attn:  Bankruptcy Section
Charlotte, NC 28280-0027                                                                 115 S. Andrews Ave. A-100
                                                                                         Ft. Lauderdale, FL 33301-1888

CI421 4747 W. Buckeye LLC                  CM Builders, Inc. dba Integrated Masonry      Carolina Canners, Inc.
c/o Hamid R. Rafatjoo                      c/o Carolyn R. Tatkin                         c/o Kelley, Fulton, Kaplan & Eller PL
Raines Feldman LLP                         Radix Law                                     1665 Palm Beach Lakes Blvd.
1800 Avenue of the Stars                   15205 N. Kierland Blvd., Suite 200            Suite 1000
12th Floor                                 Scottsdale, AZ 85254-8170                     West Palm Beach, FL 33401-2109
Los Angeles, CA 90067-4201

Carrollton-Farmers Branch ISO              Cole, Scott & Kissane, P.A.                   Creditor Committee
c/o Linda D. Reece                         9150 S. Dadeland Blvd #1440                   c/o Clint E. Pyle
1919 S. Shiloh Rd., Suite 640, LB 40       Miami, FL 33156-7855                          Temporary Chairperson
Garland, TX 75042-8234                                                                   2900 Hartley Road
                                                                                         Jacksonville, FL 32257-8221

Dallas County                              Dohler Dahlenburg G.m.b.H                     EASTGROUP Properties, L.P.
Linebarger Goggan Blair & Sampson, LLP                                                   c/o Thomas L. Abrams
c/o John K. Turner                                                                       633 S. Andrews Ave., #500
2777 N. Stemmons Frwy Ste 1000                                                           Fort Lauderdale, FL 33301-2858
Dallas, Tx 75207-2328


EFL Global Logistics Canada, Ltd.          Faith Technologies Incorporated               Gekay Sales + Service Co., Inc.
                                           c/o Jerry Markowitz                           c/o Aaron A. Wernick, Esq.
                                           Markowitz Ringel Trusty & Hartog PA           2255 Glades Road, Suite 324A
                                           9130 S. Dadeland Blvd.                        Boca Raton, FL 33431-8571
                                           Suite 1800
                                           Miami, FL 33156-7858

JHO Intellectual Property Holdings, LLC    JHO Real Estate Investment, LLC               MFP 4747 W. Buckeye LLC
1600 N. Park Dr.                           1600 N. Park Dr.                              c/o Hamid R. Rafatjoo
Weston, FL 33326-3278                      Weston, FL 33326-3278                         Raines Feldman LLP
                                                                                         1800 Avenue of the Stars
                                                                                         12th Floor
                                                                                         Los Angeles, CA 90067-4201

Maricopa County Treasurer                  Mitsubishi HC Capital America, Inc.           Nelson Mullins Riley & Scarborough, LLP
301 West Jefferson, Suite 100              c/o Kye Law Group, P.C.                       100 SE 3rd AVE, Suite 2700
Phoenix, AZ 85003-2199                     201 Old Country Road                          Fort Lauderdale, FL 33394-0017
                                           Suite 120
                                           Melville, NY 11747-2725
```

| | | |
|---|---|---|
| Nevada Beverage Co<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Nexus Steel, LLC<br>Tiffany & Bosco, PA<br>1000 Corporate Dr<br>Suite 150<br>Suite 150<br>Ft. Lauderdale, FL 33334-3655 | Orange Bang, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Steven Fender, Esq.<br>Ft. Lauderdale, FL 33302 United States 33302- |
| Pettit Kohn Ingrassia Lutz & Dolin<br>11622 El Camino Real<br>Suite 300<br>San Diego, CA  92130-2051 | Quash Seltzer, LLC<br>20311 Sheridan Street<br>Fort Lauderdale, FL 33332-2313 | Rainbow Unicorn Bev LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| Refresco Beverages US Inc<br>c/o W. Keith Fendrick, Holland & Knight<br>100 N. Tampa Street<br>Suite 4100<br>Tampa, FL 33602-3642 | SLBS Limited Partnership d/b/a Summit Distri<br>c/o David Gay<br>Carlton Fields<br>700 NW 1st Avenue, Suite 1200<br>Suite 1200<br>Miami, FL 33136-4118 | Santander Consumer USA Inc. dba Chrysler Cap<br>c/o Gerard M. Kouri, Jr. P.A.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 |
| Sony Music Entertainment<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 | Southeast Cold Fill, LLC<br>c/o Kelley, Fulton, Kaplan & Eller, P.L.<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621-1872 |
| Stellar Group, Inc.<br>c/o Robert P. Charbonneau<br>55 Alhambra Plaza<br>Suite 800<br>Coral Gables, FL 33134-5254 | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| The American Bottling Company<br>c/o Furr and Cohen, P.A.<br>2255 Glades Rd., Ste 419A<br>Boca Raton, FL 33431-7379 | The Hamilton Group (Delaware), Inc.<br>Ullman & Ullman, P.A.<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Truist Bank<br>c/o Peter H. Levitt, Esq.<br>Shutts & Bowen, 200 S. Biscayne Blvd.<br>Miami, FL 33131-2310 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Rd. Bldg B, Ste 100<br>Plantation, FL 33324-4045 | U.S. Bank National Association d/b/a U.S. Ba<br>c/o Ronald M. Emanuel, Esq.<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | UMG Recordings, Inc.<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 |
| Vital Pharmaceuticals International Sales, I<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | XPO LOGISTICS, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Ave., Suite 2600<br>Orlando, FL 32801-3453 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | XPO LOGISTICS FREIGHT<br>Attn: Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 |
| Allison L Libeu<br>620 Newport Center Drive, # 1300<br>Newport Beach, CA 92660-8013 | Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-3104 | Andrew Bean<br>2001 Ross Avenue # 2100<br>Dallas, TX 75201-2923 |

| | | |
|---|---|---|
| Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1327 | Andrew Sorkin<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1327 | Andrew P Beilfuss<br>411 East Wisconsin Ave # 2400<br>Milwaukee, WI 53202-4428 |
| Arielle B Adler<br>One Lowenstein Drive<br>Roseland,, NJ 07068-1740 | Brendan Abbott<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 | Brent C Williams<br>500 West Madison St # 300<br>Chcago, IL 60661-4546 |
| Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Carolyn Tatkin, Esq<br>15205 N Kiedrland Blvd Suite 200<br>Scottsdale, AZ 85254-8170 | Christopher R Kaup<br>2525 East Camelback Road<br>Phoenix, AZ 85016-4219 |
| Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4000 | David C Rose<br>7 Times Square<br>New York, NY 10036-6524 | David M Levine<br>1200 Brickell Ave # 750<br>Miami, FL 33131-3255 |
| Elizabeth A Morris<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Eric Chafetz<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Erica Mannix<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| George A Davis<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Hugh Murtagh<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Ira D Kharasch<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Jarret P Hitchings<br>301 S. College Street, # 2150<br>Charlotte, NC 28202-6000 | Jasmin Williams<br>Law Office of Mark S. Roher, P.A.<br>1806 N. Flamingo Road, Suite 300<br>Pembroke Pines, FL 33028-1032 |
| Jeffrey Cohen<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Jeramy D Webb<br>191 North Wacker Ave., Ste. 32nd FL<br>Chicago, IL 60606-1879 | Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 |
| (p)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | John D'Amico<br>787 Seventh Avenue<br>New York, NY 10019-6018 | John C Didonato<br>550 W Van Buren St<br>Chicago, IL 60607-3827 |
| John Whitney McVay Morley<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Jordana Renert<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |

| | | |
|---|---|---|
| Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | (p)JOSEPH D FRANK<br>ATTN FRANKGECKER LLP<br>1327 W WASHINGTON<br>SUITE 5 G-H<br>CHICAGO IL 60607-1912 | K. Scott Reynolds<br>3133 W. Frye Road #101<br>Phoenix, AZ 85226-5132 |
| Laurence M Frazen<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Lindsay Sklar<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Luis M Lluberas<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4000 |
| Mark Margulies<br>Grant Thornton LLP<br>1301 International Parkway # 300<br>Ft. Lauderdale, FL 33323-2874 | Matthew G Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | Michael Jordan Niles<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301-7643 |
| Nicole Fulfree<br>One Lowenstein Drive<br>Roseland, NJ 07068-1740 | Peter Fischer<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 | Richard M Pachulski<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 |
| Robert Charles Jr<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1666 | Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Rudy J Cerone<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 |
| Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 | Stephanie P Chery<br>7 Times Square<br>New York, NY 10036-6524 | Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 |
| Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 | Steven J. Solomon Fiesta Warehousing & Distr<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Suite 3200<br>Miami, FL 33131-2191 | Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 |
| Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jeremy C Kleinman<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | Joseph D Frank<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1600FLL LLC | (u)Arista Music | (u)Arista Records LLC |
| (u)Balboa Capital Corporation<br>McGLINCHEY STAFFORD<br>1 East Broward Boulevard,<br>Suite 1400<br>Fort Lauderdale, United States | (u)Ball Metal Beverage Container Corp. | (u)CM Builders, Inc., d/b/a Integrated Masonr |
| (u)Capitol Records, LLC | (u)Chestnut Hill Technologies, Inc. | (u)Committee |
| (u)Crown Cork & Seal USA, Inc. | (u)Dairy Farmers of America, Inc. | (u)Doehler USA, Inc. |
| (u)Driscoll, LLP | (u)EFL Global | (u)EVOX FL Pembroke 20351 LLC |
| (u)HACI Mechanical Contractors, Inc. | (u)Hardrock Concrete Placement Co, INC | (u)LMR TRUCKING, INC. |
| (u)LaFace Records LLC | (u)Monster Energy Company | (u)ORBIS RPM, LLC |
| (u)PepsiCo, Inc. together with its affiliates | (u)PolyGram Publishing, Inc. | (u)Premium Beverage Company |
| (u)Records Label, LLC | (u)Songs of Universal, Inc. | (u)Sony Music Entertainment US Latin LLC |

| | | |
|---|---|---|
| (u)Trinity Logistics, Inc. | (u)Universal Music - Z Tunes LLC | (u)Universal Music Corp. |
| (u)Universal Music-MGB NA LLC | (u)Universal Musica, Inc. | (u)Volcano Entertainment III LLC |
| (u)Zomba Recording LLC | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (u)Jack H. Owoc | (u)Marc Kesten | End of Label Matrix<br>Mailable recipients   113<br>Bypassed recipients    38<br>Total                 151 |