**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as <u>**Exhibit B**</u>, and via electronic mail on the service list attached hereto as <u>**Exhibit C**</u>:

- **Order Granting Debtors' Motion Pursuant to Section 503(b)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received by the Debtors in the Ordinary Course Within Twenty Days Prior to the Petition Date** (Docket No. 715)

- **Notice of Deadline for Filing Section 503(b)(9) Claim Requests** (attached hereto as <u>**Exhibit A**</u>)

Dated: February 3, 2023

    */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **<u>Exhibit A</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF DEADLINE FOR FILING
SECTION 503(b)(9) CLAIM REQUESTS**

 **PLEASE TAKE NOTICE** that on October 10, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

 **PLEASE TAKE FURTHER NOTICE** that, on January 31, 2023, the Court, having jurisdiction over the Debtors' chapter 11 cases, entered an order (the "Section 503(b)(9) Bar Date Order"): (i) establishing **March 17, 2023 (the "Section 503(b)(9) Bar Date**") as the deadline for each person or entity, including, without limitation, individuals, partnerships, corporations, joint ventures and trusts to file a request for payment for an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code (a "Section 503(b)(9) Claim Request") against any of the Debtors that arose prior to the Petition Date.

 **A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER TO FILE A SECTION 503(b)(9) CLAIM REQUEST.**

 **If you have any questions with respect to this notice (the "Section 503(b)(9) Bar Date Notice**"), you may contact the Debtors' claims agent, Stretto, Inc. (the "**Claims Agent**") by:

 **Telephone: (855) 493-7375
 Online inquiry: TeamVitalPharma@stretto.com**

**1.     WHO MUST FILE A SECTION 503(b)(9) CLAIM REQUEST AND HOW TO
        FILE A SECTION 503(b)(9) CLAIM REQUEST**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

All parties who seek to assert an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "Section 503(b)(9) Claim") against a Debtor for goods provided to such Debtor in the ordinary course of business within 20 days prior to the Petition Date (each a "Section 503(b)(9) Claimant") must submit a Section 503(b)(9) Claim Request, a copy of which is attached hereto.

Section 503(b)(9) Claim Requests must set forth with specificity: (i) the amount of the Section 503(b)(9) Claim; (ii) the particular Debtor against which the Section 503(b)(9) Claim is asserted; and (iii) the value of the goods the Section 503(b)(9) Claimant contends the Debtor received in the ordinary course of business within twenty (20) days before the Petition Date. Further, the Section 503(b)(9) Claim request should include or attach documentation: (a) identifying the particular invoices for which any such Section 503(b)(9) Claim is being asserted; (b) evidencing the delivery and/or shipment date of the goods; and (c) evidencing any prior demand to reclaim goods sold to the Debtor under Section 546(c) of the Bankruptcy Code. Any Section 503(b)(9) Claim Request must include a certification that the goods with respect to which the Section 503(b)(9) Claim is being filed were sold in the ordinary course of business. Finally, Section 503(b)(9) Claim Requests must be: (i) signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (ii) in the English language; and (iii) denominated in United States currency.

For any Section 503(b)(9) Claim Request to be validly and properly filed, a Section 503(b)(9) Claimant must either:

(a) deliver a signed original hardcopy of the Section 503(b)(9) Claim Request to the Claims Agent, in person or by courier service, hand delivery or mail, at the following address:

Vital Pharmaceuticals, Inc., *et al.* Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Or (b) electronically submit the Section 503(b)(9) Claim Request to the Claims Agent at the following web address https://claims.stretto.com/case-203-vitalpharmaceuticals/login

Any Section 503(b)(9) Claim Request must actually be received by the Claims Agent on the Section 503(b)(9) Bar Date.

**FACSIMILE, E-MAIL, TELECOPY OR ELECTRONIC SUBMISSIONS OTHER THAN AS DESCRIBED ABOVE WILL <u>NOT</u> BE ACCEPTED.**

Any holder of a Section 503(b)(9) Claim against more than one Debtor must file a separate Section 503(b)(9) Claim Request against each Debtor and all holders of claims must identify on their Section 503(b)(9) Claim Request the specific Debtor against which the Section 503(b)(9) Claim is asserted.

If you physically submit a Section 503(b)(9) Claim Request and wish to receive a file-stamped receipt copy by return mail, you must include with your Section 503(b)(9) Claim Request an additional copy of your Section 503(b)(9) Claim Request and a self-addressed, postage-paid envelope.

11884766-1

**2.    CONSEQUENCES OF FAILURE TO FILE A SECTION 503(b)(9) CLAIM
REQUEST BY THE SECTION 503(b)(9) BAR DATE:**

**Any holder of a claim who received notice of the Section 503(b)(9) Bar Date (whether such
notice was actually or constructively received) and is required, but fails, to file a Section
503(b)(9) Claim Request in accordance with the Section 503(b)(9) Bar Date Order on or
before the Section 503(b)(9) Bar Date may, upon an order sustaining the objection filed by
the Debtors as applicable: (i) be forever barred, estopped, and enjoined from asserting such
claim against such Debtor (or filing a Section 503(b)(9) Claim Request with respect thereto),
and such Debtor and its property may upon confirmation of a chapter 11 plan be forever
discharged from all such indebtedness or liability with respect to such claim, and (ii) such
holder may not be permitted to vote to accept or reject any chapter 11 plan filed in these
chapter 11 cases, participate in any distribution from the Debtors on account of such claim
or receive further notices regarding such claim; provided, however, that a claimant shall be
able to vote upon, and receive distributions under, any plan of reorganization or liquidation
in this case to the extent, and in such amount, of any undisputed, non-contingent and
liquidated claims identified in the Schedules on behalf of such claimant or any filed and
allowed general unsecured claim.**

**3.    EFFECT OF SUBSEQUENT NOTICE**

        If the Debtors determine after the mailing date of this Section 503(b)(9) Bar Date Notice
that an additional party or parties should appropriately receive the Section 503(b)(9) Bar Date
Notice, the date by which a Section 503(b)(9) Claim must be filed by such party or parties shall be
the later of (i) the Section 503(b)(9) Bar Date or (ii) the first business day that is forty-five (45)
days from the mailing date of an amended notice to such additional party or parties.

Dated: January 31, 2023                                    Respectfully submitted,
        Miami, Florida

                                                           /s/ Jordi Guso
George A. Davis (admitted *pro hac vice*)                  Jordi Guso
Tianjiao ("TJ") Li (admitted *pro hac vice*)               Florida Bar No. 863580
Brian S. Rosen (admitted *pro hac vice*)                   Michael J. Niles
Jonathan J. Weichselbaum (admitted *pro hac vice*)         Florida Bar No. 107203
**LATHAM & WATKINS LLP**                                   **BERGER SINGERMAN LLP**
1271 Avenue of the Americas                                1450 Brickell Avenue, Suite 1900
New York, NY 10020                                         Miami, FL 33131
Telephone: (212) 906-1200                                  Telephone:  (305) 755-9500
Email: george.davis@lw.com                                 Email:  jguso@bergersingerman.com
        tj.li@lw.com                                                mniles@bergersingerman.com
        brian.rosen@lw.com
        jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200
Email:   andrew.sorkin@lw.com


– and –


Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com


*Co-Counsel for Debtors-in-Possession*

4

### Section 503(b)(9) Claim Request

| Address for Submission of 503(b)(9) Claim Request | In re Vital Pharmaceuticals, Inc., *et al.* |
|---|---|
| Vital Pharmaceuticals, Inc., et al. Claims Processing<br>c/o Stretto Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | Chapter 11 Case No. 22-17842 (PDR)<br>(Jointly Administered) |

**Debtor against which claim is asserted (check *only* one):**

☐ Vital Pharmaceuticals, Inc.                          ☐ Bang Energy Canada, Inc.
☐ JHO Intellectual Property Holdings, LLC        ☐ JHO Real Estate Investment, LLC
☐ Quash Seltzer, LLC.                                     Rainbow Unicom Bev LLC
☐ Vital Pharmaceuticals International Sales, Inc.

**NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases [ECF No. 715], a claim for administrative expense under 11 U.S.C. § 503(b)(9) (the "Section 503(b)(9) Claim Request") must be delivered on or before <u>March 17, 2023</u> to the Claims Agent. This Section 503(b)(9) Claim Request shall be deemed filed when actually received by the Claims Agent and may be submitted (a) in person or by courier service, hand delivery or mail to the above-referenced address, or (b) electronically at the following web address https://claims.stretto.com/case-203-vitalpharmaceuticals/login. Facsimile, e-mail, telecopy or electronic submissions other than as described above will <u>not</u> be accepted.**

| Name and address of Creditor (and name and address where notices should be sent if different from Creditor): | ☐ Check if you are aware that anyone else has filed a Section 503(b)(9) Claim Request relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check if you have never received any notices from the bankruptcy court in this case. |
|---|---|
| Telephone number: | |
| **ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** _____ | Check here if this claim:   ☐ Replaces       ☐ Amends<br>a previously filed claim, dated: _____ |

**1. BASIS FOR CLAIM:** Goods sold in the ordinary course of business and received by debtor within 20 days prior to the commencement of the case.

**2. DATE(S) DEBT WAS INCURRED:**

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM (IN US DOLLARS): $_____**

**4. BRIEF DESCRIPTION OF CLAIM:**

**5. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, shipping documents, bills of lading, packing slips, receiving dock acceptances, itemized statements of running accounts, or contracts. Also, provide a copy of any prior demand to reclaim goods sold to the debtor under Section 546(b) of the Bankruptcy Code. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain why. If the documents are voluminous, attach a summary and identify from whom the debtor may obtain a copy of the documents.

**6. DATE-STAMPED COPY:** To receive acknowledgement of the filing of a paper copy of a Section 503(b)(9) Claim Request, enclose a stamped, self-addressed envelope and a date-stamped copy of your Section 503(b)(9) Claim Request, excluding supporting documents, will be mailed to you.

**7. ORDINARY COURSE CERTIFICATION:** By signing this Section 503(b)(9) Claim Request, you are certifying that the goods for which payment is sought hereby were sold to the Debtor in the ordinary course of business as required by 11 U.S.C. § 503(b)(9).

11884766-1

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** _____
                              **MM/DD/YYYY**


_____
                          **Signature**

**Print the name of the person who is completing and signing this claim:**

**Name:** _____

**Title:** _____

**Company:** _____

**Address:** _____

**Contact phone:** _____    **Email:** _____

11884766-1

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | Irving | TX | 75063-0131 | |
| Aesus Packaging Systems Inc. | Attn: Nicola Virgilio and Samantha Lewis | 188 Oneida | | Pointe-Claire | QC | H9R 1A8 | Canada |
| Agilent Technologies, Inc. | Attn: Sudhanshu Lal | 4187 Collections Center Dr | | Chicago | IL | 60693 | |
| Alabama Office of the Attorney General | | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Alaska Office of the Attorney General | | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St. #3500 | | Fort Worth | TX | 76102 | |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | Phoenix | AZ | 85062-8143 | |
| Andersen Material Handling | Attn: Kevin J. Godin | 30575 Anderson Ct | | Wixom | MI | 48393 | |
| Arbon Equipment Corporation - Southeast | | 7060 W State Rd 84 | | Davie | FL | 33317 | |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave | Suite 175 | Chicago | IL | 60631-3515 | |
| Arizona Instrumentation and Components | | 9274 W Quail Track Dr | | Peoria | AZ | 85383-5150 | |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| Arkansas Office of the Attorney General | | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | Broomfield | CO | 80021 | |
| Belvac Production Machinery, Inc. | Attn: Zach Cheatham | 237 Graves Mill Rd | | Lynchburg | VA | 24502-4203 | |
| Bevcorp LLC | | 5655 Paysphere Cir | | Chicago | IL | 60674 | |
| BFG Corporation | | 7211 N. McKinley Road | | Lake Forest | IL | 60045 | |
| Border States Industries Inc. Border States Electrical Suppl | | NW 7235 Po Box 1450 | | Minneapolis | MN | 55485-1450 | |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | 51 Northeast 24th Street, Suite 108 | Miami | FL | 33137 | |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Canon Financial Services, Inc. | | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 | |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | Monroe | LA | 71203 | |
| Cherokee Chemical Co, Inc [CCI Chemical] | Schell Nuelle LLP | 269 West Bonita | | Claremont | CA | 91711 | |
| Cherokee Chemical Co, Inc [CCI Chemical] | | 3540 E 26th Street | | Vernon | CA | 90058 | |
| Cherokee Chemical Co., Inc dba C.C.I. Chemical | | 3540 E 26th St | | Vernon | CA | 90058-4103 | |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Fl | Denver | CO | 80203 | |
| Combi Packaging Systems LLC. | | PO Box 35878 | | Canton | OH | 44735-5878 | |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | 770 Township Line Rd | | Yardley | PA | 19067-4219 | |
| Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | 770 Township Line Rd | | Yardley | PA | 19067 | |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | 1500 Market St, Suite 3500E | Philadelphia | PA | 19102 | |
| Crown Equipment Corporation | | 2971 Center Port Circle | | Pompano Beach | FL | 33064 | |
| Crown Equipment Corporation | | PO Box 641173 | | Cincinnati | OH | 45264-1173 | |
| Crown Lift Trucks | | 2971 Center Port Cir | | Pompano Beach | FL | 33064 | |
| Cryo-Lease, LLC | | 48 Pine Road | | Brentwood | NH | 03833 | |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | Philadelphia | PA | 19101-1602 | |
| Dependable Packaging Solutions | | 2 South AyNE Blvd Suite 2250 | | Miami | FL | 33131-1815 | |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 130 S Meridian St | | Indianapolis | IN | 46225-1046 | |
| Doehler USA, Inc. | Paul Graham | 400 High Point Rd SE Suite 100 | | Cartersville | GA | 30120-6610 | |
| Domino Amjet, Inc | | 3809 Collection Center Dr | | Chicago | IL | 60693 | |
| ECOLAB, Inc.-NY | | PO Box 21755 | | New York | NY | 10087 | |
| Ferrum Packaging Inc | | 2125 Center Ave Suite 507 | | Fort Lee | NJ | 07024-5874 | |
| Fire Systems, Inc. | | 4700 Highlands Pkwy Se | | Smyrna | GA | 30082-7221 | |
| Firmenich Incorporated | | PO Box 7247 - 8502 | | Philadelphia | PA | 19170-0001 | |
| Flavor Materials International | | PO Box 352 | | North Syracuse | NY | 13212 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 4



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Florida Department of Revenue | | PO Box 6668 | | Tallahassee | FL | 32314 | |
| Florida Office of Attorney General | | The Capitol Pl-01 | | Tallahassee | FL | 32399-1050 | |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | Tallahassee | FL | 32399 | |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | Geneva | IL | 60134 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Global Industrial Equipment | Attn: Karen Zalky | 29833 Network Place | | Chicago | IL | 60673-1298 | |
| Grainger | | 2131 SW 2nd St Bldg 8 | | Pompano Beach | FL | 33069-3100 | |
| Grainger | | PO Box 419267 | | Kansas City | MO | 64141-6267 | |
| Graphic Packaging International | Kara D'Amato | PO Box 404170 | | Atlanta | GA | 30384-4170 | |
| Graphic Packaging International, LLC | c/o Shumaker, Loop & Kendrick, LLP | Attn: David Conaway | 101 S Tryon Street, Suite 2200 | Charlotte | NC | 28280 | |
| Graphic Packaging International, LLC | | PO Box 404170 | | Atlanta | GA | 30384-4170 | |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | Dallas | TX | 75266-0831 | |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | PO Box 102922 | | Pasadena | CA | 91189-2922 | |
| Hawaii Department of the Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 | |
| Hitachi Capital America Corp. | | 21925 Network Place | | Chicago | IL | 60673-1219 | |
| IBT West, LLC | John Kelly | 4203 W Adams Street | | Phoenix | AZ | 85009 | |
| Idaho Office of the Attorney General | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 60601 | |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 | |
| Inovar Packaging Florida | Attn: Zack Hall | 909 South Cambridge Ave | | Elmhurst | IL | 60126 | |
| Inovar Packaging Florida, LLC | | 10470 Miller Rd | | Dallas | TX | 75238 | |
| Inovar Packaging Florida, LLC | Jarvis Garcia | 4061 SW 47th Ave | | Davie | FL | 33314-4023 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | Ogden | UT | 84409 | |
| Inventus, LLC Legility | Jo Anna Williams | PO Box 130114 | | Dallas | TX | 75313-0114 | |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| Kansas Office of the Attorney General | | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| Ketone Labs | | 2157 S Lincoln St | | Salt Lake City | UT | 84106-2306 | |
| Ketone Labs, LLC | Attn: Michael Perry | 901 Sam Rayburn Hwy | | Melissa | TX | 75454 | |
| Kimball Midwest | | 4800 Roberts Rd | | Columbus | OH | 43228-9791 | |
| Krones, Inc. | | 29065 Network Pl | | Chicago | IL | 60673-1290 | |
| Krones, Inc. | c/o Foley & Lardner LLP | Attn: Matthew D. Lee | 150 East Gilman Street, Suite 5000 | Madison | WI | 53703 | |
| Krones, Inc. | Doris Mayer | PO Box 321801 | | Franklin | WI | 53132 | |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| Maine Office of the Attorney General | | 6 State House Station | | Augusta | ME | 04333 | |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 | |
| Metrohm USA, Inc | | PO Box # 405562 | | Atlanta | GA | 30384 | |
| Michigan Department of the Attorney General | | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | Lansing | MI | 48933 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St, Suite 400 | Los Angeles | CA | 90014 | |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| Naumann Hobbs | | 4335 E Wood St | | Phoenix | AZ | 85040-2045 | |
| Naumann Hobbs Material Handling Corp II Inc [Southwest Battery] | Attn: David M. Michlich | 4335 E Wood St | | Phoenix | AZ | 85040 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 4

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Nebraska Office of the Attorney General | | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St Fl 17 | | Columbia | SC | 29201-3268 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | | Albany | NY | 12224 | |
| North Carolina Attorney General's Office | | 114 W Edenton St | | Raleigh | NC | 27603 | |
| North Dakota Office of the Attorney General | | State Capitol, 600 E Boulevard Ave Dept. 125 | | Bismarck | ND | 58505 | |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW Suite 1100 | | Washington | DC | 20001 | |
| Office of the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | Miami | FL | 33130 | |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St 14th Fl | Columbus | OH | 43215 | |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | Oklahoma City | OK | 73126 | |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | 2040 Main St, 14th Floor | Irvine | CA | 92614 | |
| Oregon Department Of Justice | | 1162 Court St NE | | Salem | OR | 97301 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| PepsiCo | Attn: Eric Hansen | 15 Melanie Ln | | East Hanover | NJ | 07936 | |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | Clovis | NM | 88101 | |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | 1800 E Roosevelt Rd | | Little Rock | AR | 72206-2516 | |
| QuikTrip Corporation | | 4705 S 129th East Ave | | Tulsa | OK | 74134-7005 | |
| Radwell International, Inc. | Attn: Irene Sosa | PO Box 419343 | | Boston | MA | 02241-9343 | |
| Rhode Island Office of the Attorney General | | 150 S Main St | | Providence | RI | 02903 | |
| Rival Graphix | | 310 Whitfield Ave | | Sarasota | FL | 34243 | |
| Securities & Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission | Attn: Regional Director | New York Regional Office Brookfield Place | 200 Vesey St, Suite 400 | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | Atlanta | GA | 30326-1382 | |
| Sigma,Aldrich, Inc [MilliporeSigma] | | Lockbox 535182 | 1669 Phoenix Pwy, Ste 210 | Atlanta | GA | 30349 | |
| Sigma,Aldrich, Inc [MilliporeSigma] | Attn: Toni Turner | 3050 Spruce St | | St Louis | MO | 63103 | |
| Solar Green Biotechnologies, Inc. Wuxi Cima Science Co. | | 111 Mccoy St | | Milford | DE | 19963-2309 | |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle, 8th Floor | Miami | FL | 33134 | |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | 7 Times Square, 40th Floor | New York | NY | 10036-6569 | |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | Miami | FL | 33128 | |
| Speedway LLC | Chris Johnson | PO Box 7600 | | Springfield | OH | 45501-7600 | |
| Staples Business Advantage | | PO Box 105748 | | Atlanta | GA | 30348-5748 | |
| Statco Engineering & Fabricators, Inc | c/o Pro Mach, Inc | 50 E Rivercenter Blvd | Suite 1800 | Covington | KY | 41011 | |
| Statco Engineering & Fabricators, Inc. | | 7595 Reynolds Cir | | Huntingtn Bch | CA | 92647-6787 | |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 | |
| SupplyOne Miami | | 3505 NW 112th St | | Miami | FL | 33167-3312 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 4

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Takasago International Corp (USA) | Attn: Joseph Mortara | 4 Volvo Dr | | Rockleigh | NJ | 07647 | |
| Takasago International Corp (USA) | c/o MUFG Union Bank N.A. PO | 1251 Ave of Americas | | New York | NY | 10020 | |
| Takasago International Corporation | | PO Box 502111 | | Philadelphia | PA | 19175-2111 | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | Nashville | TN | 37243 | |
| Texas Office of the Attorney General | | 300 W. 15Th St | | Austin | TX | 78701 | |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 | |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Avenue, Suite 1410 | Wilmington | DI | 19801 | |
| The Huntington National Bank | | 7 Easton Oval | | Columbus | OH | 43219 | |
| The Huntington National Bank | | PO Box 9 | | Buffalo | NY | 14240 | |
| Thomas Scientific Holdings, LLC | | 1654 High Hill Rd | | Swedesboro | NJ | 08085-1780 | |
| Total Quality Logistics, LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 | |
| Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 | |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | Columbia | MD | 21046 | |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE, 25th Floor | Atlanta | GA | 30308 | |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | Jacksonville | FL | 32202 | |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St, Suite 4700 | Charlotte | NC | 28202-4003 | |
| U.S. Bank Equipment Finance | | 1310 Madrid Street | | Marshall | MN | 56258 | |
| Uline | | 12575 Uline Dr | | Pleasant Prairie | WI | 53158 | |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle, 8th Floor | Miami | FL | 33134 | |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | 7 Times Square, 40th Floor | New York | NY | 10036-6569 | |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building, Suite 400 | 1313 N. Market Street, Suite 400 | Wilmington | DE | 19801 | |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | 400 Hosmer Ave | | Modesto | CA | 95351-3920 | |
| Vermont Attorney General's Office | | 109 State St. | | Montpelier | VT | 05609 | |
| Virginia Office of the Attorney General | | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| VIRUN The Hamilton Group (Delaware) | | PO Box 352 | | North Syracuse | NY | 13212 | |
| VWR International | | PO Box 640169 | | Pittsburgh | PA | 15264-0169 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | Olympia | WA | 98501 | |
| Webb & Gerritsen | | 1308 Poplar Dr | | Waukesha | WI | 53188 | |
| Webbank | | 6440 S. Wasatch Blvd. | Suite 300 | Salt Lake City | UT | 84121 | |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| Wild Flavors, Inc. | | 75 Remittance Drive, Ste 91046 | | Chicago | IL | 60675-1046 | |
| Wild Flavors, Inc. | Mike Schneider | 1261 Pacific Ave | | Erlanger | KY | 41018 | |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | Madison | WI | 53702 | |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | Charlotte | NC | 28277 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 4

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| Aesus Packaging Systems Inc. | Attn: Nicola Virgilio and Samantha Lewis | | nvirgilio@aesus.com<br>slewis@aesus.com |
| Aesus Packaging Systems Inc | | | srahmani@aesus.com |
| Agilent Technologies, Inc. | Attn: Sudhanshu Lal | | sudhanshu.lal@agilent.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Andersen Material Handling | Attn: Kevin J. Godin | | kgodin@andersenmh.com |
| Arbon Equipment Corporation - Southeast | | | jmaldonado@ritehite.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Cherokee Chemical Co, Inc [CCI Chemical] | Schell Nuelle LLP | | troy@schellnuelle.com |
| Cherokee Chemical Co, Inc [CCI Chemical] | | | ar@ccichemical.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 6



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| CM Builders, Inc., d/b/a Integrated Masonry | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. | jmarkowitz@mrthlaw.com ycandia@mrthlaw.com rrubio@mrthlaw.com mrthbkc@gmail.com gruiz@mrthlaw.com markowitzjr73991@notify.bestcase.com jmarkowitz@ecf.courtdrive.com |
| Combi Packaging Systems LLC. | | | accounting@combi.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com jake.soumis@crowncork.com cliff.waddington@crowncork.com nick.osborne@crowncork.com |
| Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | | ron.cenderelli@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com lmfrazen@bclplaw.com will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com romeroe@bryancave.com zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fire Systems, Inc. | | | jhetrick@firesystems.net |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com dkariotis@wernicklaw.com |
| Global Industrial Equipment | Attn: Karen Zalky | | kzalky@globalindustrial.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com ccrumrine@burr.com mlucca-cruz@burr.com egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Graphic Packaging International, LLC | c/o Shumaker, Loop & Kendrick, LLP | Attn: David Conaway | dconaway@shumaker.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| IBT West, LLC | John Kelly | | john@magnum.us.com |
| Inovar Packaging Florida | Attn: Zack Hall | | zhall@inovarpkg.com |
| Inovar Packaging Florida, LLC | Jarvis Garcia | | jgarcia@inovarpkg.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | c/o Genovese Joblove & Battista, PA | Attn: Paul J. Battista, Esq. & Glenn D. Moses, Esq. | pbattista@gjblaw.com<br>gmoses@gjblaw.com<br>cscavone@gjb-law.com<br>gjbecf@ecf.courtdrive.com<br>jsardina@gjb-law.com<br>imalcolm@gjb.law<br>hburke@gjb-law.com |
| Ketone Labs | | | tomwilliams@ketonelabs.com |
| Ketone Labs, LLC | Attn: Michael Perry | | mperry@lacorenutra.com |
| Kimball Midwest | | | craig.windor@kimballmidwest.com |
| Krones, Inc. | c/o Foley & Lardner LLP | Attn: Matthew D. Lee | mdlee@foley.com |
| Krones, Inc. | Doris Mayer | | doris.mayer@kronesusa.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis R. Levine, Esq. | dennis.levine@brockandscott.com<br>wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com<br>eyal.berger@akerman.com<br>charlene.cerda@akerman.com<br>brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Naumann Hobbs Material Handling Corp II Inc [Southwest Battery] | Attn: David M. Michlich | | david.michlich@nhmh.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com<br>frank.terzo@nelsonmullins.com<br>tlewis@broadandcassel.com<br>francis.santelices@nelsonmullins.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |

In re: Vital Pharmaceuticals, Inc., et al.<br>Case No. 22-17842 (PDR)

Page 3 of 6



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com<br>echafetz@lowenstein.com<br>jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com<br>jmendoza@sequorlaw.com<br>fmenendez@sequorlaw.com<br>jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | matt.blum@wmg.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com<br>simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com<br>tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com<br>mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com<br>das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com<br>kkelly@rosswayswan.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com<br>annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Radwell International, Inc. | Attn: Irene Sosa | | isosa@radwell.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com<br>andrea.olson@hklaw.com |
| Rival Graphix | | | sales@rivalgraphix.com |
| Santander Consumer USA Inc. dba Chrysler Capital | c/o Gerard M. Kouri, Jr., P.A. | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com<br>gmkouri@bellsouth.net |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Sigma,Aldrich, Inc [MilliporeSigma] | Attn: Toni Turner | | toni.turner@milliporesigma.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 6



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com<br>cguzman@carltonfields.com<br>miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com<br>drose@pryorcashman.com<br>schery@pryorcashman.com<br>salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>kelleycr75945@notify.bestcase.com<br>celler@kelleylawoffice.com |
| Statco Engineering & Fabricators, Inc | c/o Pro Mach, Inc | | andy.wallace@promachbuilt.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |
| Takasago International Corp (USA) | Attn: Joseph Mortara | | jmortara@takasago.com |
| Takasago International Corporation | | | tflcsd@takasago.com |
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| Thomas Scientific Holdings, LLC | | | ar@thomassci.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 5 of 6

 STRETTO

**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com |
| Uline | | | accounts.receivable@uline.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Jeramy D. Webb, Esq. | new-york-ma-2860@ecf.pacerpro.com<br>jeramy-webb-1209@ecf.pacerpro.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| Wild Flavors, Inc. | | | tim.mcmillin@adm.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |