UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                       Case No.: 22-17842-PDR

Debtors.                                                                          (Jointly Administered)

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned counsel, pursuant to Local Rule 2091-1(C), hereby files this *Notice of Substitution of Counsel* (the "Notice") in relation to Jeramy Webb, Esq.'s representation with Latham & Watkins LLP. Jeramy Webb is no longer employed by Latham & Watkins LLP and requests that the Clerk of Court remove Jeramy Webb from all cases in this District in which Latham & Watkins LLP appears, and substitute Andrew D. Sorkin, currently employed by Latham & Watkins LLP, in his place.

1.  Pursuant to Local Rule 2091-1(C), an attorney with the same firm as an attorney initially employed by a client pursuant to Local Rule 2014-1, may substitute as counsel for that client by filing a Notice in each affected case or proceeding containing a statement that the client has consented to the substitution, and serving the notice on all interest parties.

2.  Latham & Watkins LLP has been engaged in legal representation in this action.

3.  Latham & Watkins LLP's client in this action consents to substitutions of counsel within the same law firm.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

LF-43 (12/01/20)

4.      The filing of this Notice serves as notice to all interested parties of such substitution.

WHEREFORE, the undersigned respectfully requests that the Clerk of Court add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

Dated: February 6, 2022

**LATHAM & WATKINS LLP**
*Co-Counsel for Debtors*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

By:    */s/ Andrew D. Sorkin*
        Andrew D. Sorkin
        Andrew.sorkin@lw.com

LF-43 (12/01/20)