**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| **VITAL PHARMACEUTICALS, INC.,** et al., | Case No. 22-17842-PDR |
| | **(Jointly Administered)** |
| Debtors. | |
| _____/ | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Paul J. Battista, Esq., Glenn D. Moses, Esq. and the law firm of Venable LLP (who were formerly with Genovese Joblove & Battista, P.A.), pursuant to Local Rule 2091-1(A), hereby withdraw their appearance on behalf of Jack H. Owoc. All future correspondence and pleadings for Jack H. Owoc should be served at: Jack H. Owoc, 1600 N. Park Drive Weston, FL 33326 and CEO@bangenergy.com.

Respectfully submitted

**VENABLE LLP**
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By: /s/ *Paul J. Battista*
Paul J. Battista, Esq.
Florida Bar No. 884162
pjbattista@venable.com
Glenn D. Moses, Esq.
Florida Bar No. 174556
gmoses@venable.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Appearance has been served on this 6th day of February, 2023 upon (i) all parties-in-interest registered to receive electronic notice via CM/ECF Notification, and (ii) by First Class mail on Jack H. Owoc, 1600 N. Park Drive Weston, FL 33326 and via email at CEO@bangenergy.com.

By: /s/ *Paul J. Batista, Esq.*