# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

### RENEWED CROSS-NOTICE OF 2004 EXAMINATION OF KATHLEEN COLE

Sony Music Entertainment and UMG Recordings, Inc., by and through undersigned counsel, will participate in the examination of Kathleen Cole on February 16, 2023 at 12:00 p.m. EST via the Zoom link identified in the *Notice of Rule 2004 Examination* [Dkt. No. 739] filed by Monster Energy Company.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

Respectfully submitted this 6th day of February, 2023.

**PRYOR CASHMAN LLP**

By: */s/ Brendan Everman*
    James G. Sammataro
    Florida Bar No. 520292
    Brendan Everman
    Florida Bar No. 68702
    255 Alhambra Circle, 8th Floor
    Miami, Florida 33134
    Telephone: (212) 421-4100
    Facsimile: (212) 326-0806
    Email: jsammataro@pryorcashman.com
           beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

    Seth H. Lieberman (*pro hac vice*)
    David C. Rose (*pro hac vice*)
    Stephanie P. Chery (*pro hac vice*)
    Sameer M. Alifarag (*pro hac vice*)
    7 Times Square, 40th Floor
    New York, NY 10036-6596
    Telephone: (212) 421-4100
    Facsimile: (212) 326-0806
    Email: slieberman@pryorcashman.com
           drose@pryorcashman.com
           schery@pryorcashman.com
           salifarag@pryorcashman.com

*COUNSEL TO SONY AND UMG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system, and via first-class U.S. Mail, postage prepaid, to Kathleen Cole, 54548 Jack Dr., Macomb, MI 48042.

                */s/ Brendan Everman*
                Brendan Everman