UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| | (Jointly Administered) |
| Debtors.[1] | |
| _____/ | |

**PREPETITION AGENT'S AND DIP AGENT'S JOINDER TO**
*DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM* **[ECF NO. 755]**

Truist Bank, in its capacities as Prepetition Agent, on behalf of the Prepetition Lenders, and DIP Agent, on behalf of the DIP Lenders (collectively with the Prepetition Lenders, the "Lenders") hereby joins (the "Joinder") the *Debtors' Objection to Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum* [ECF No. 755] (the "Objection"), filed with this Court on February 6, 2023, in the above captioned case.

For the reasons cited in the Objection, the Lenders respectfully join in the relief requested therein. Lenders reserve their right to modify or supplement this Joinder as necessary and appropriate.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

CHAR2\2777696v1

Dated: February 6, 2023

Luis M. Lluberas (admitted Pro Hac Vice)
Stephen E. Gruendel (admitted Pro Hac Vice)
Cole Richins (admitted Pro Hac Vice)
**MOORE & VAN ALLEN PLLC[2]**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:    (704) 331-1000
Facsimile:    (704) 378-1989
E-mail: luislluberas@mvalaw.com
           stevegruendel@mvalaw.com
           colerichins@mvalaw.com

Respectfully submitted,

*/s/ Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597
Peter H. Levitt
Florida Bar No. 650978
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131
Telephone:    (305) 415-9447
Facsimile:    (305) 415-9847
E-mail: hkoroglu@shutts.com
           plevitt@shutts.com

*Counsel for Truist Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joinder was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case on February 6, 2023.

*/s/ Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597

---

[2] The undesigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Luis M. Lluberas, October 10, 2022 [Docket No. 38]; (ii) Stephen E. Gruendel, October 10, 2022 [Docket No. 39]; and (iii) Cole B. Richins, October 10, 2022 [Docket No. 40].

CHAR2\2777696v1