UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Debtors' Objection to Motion for Relief From Automatic Stay to Continue Action in Non-Bankruptcy Forum* [Docket No. 755] (the "Debtors' Objection") in objection to the *Joint Motion for Relief from Automatic Stay to Continue Action in Non-Bankruptcy Forum* [Docket No. 670] (the "Motion") filed by Faith Technologies Incorporated ("FTI") and Nexus Steel, LLC ("Nexus") and joined by Hardrock Concrete Placement Co., Inc. ("Hardrock") [Docket No. 711], HACI Mechanical Contractors, Inc. ("HACI") [Docket No. 738], and Integrated Masonry ("Integrated" and together with FTI, Nexus, Hardrock, and HACI, "Movants") [Docket No. 741]. In support of this Joinder, the Committee respectfully states as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

1.  The Committee respectfully joins in the Debtors' Objection. The issues underlying the Arizona Action – the validity, priority, and extent of the M&M Claimants' liens – may ultimately be mooted by the ongoing capital raise/sale process. If not, these issues should be decided in the Bankruptcy Court, where representatives of parties in interest in the Chapter 11 Cases, including other general unsecured creditors, can participate in their resolution. Further, the Committee understands that the Debtors and the M&M Claimants, including the Movants, negotiated certain provisions in the Final DIP Order regarding the M&M Claimants' liens and challenges in an effort to avoid the filing of a stay relief motion by the M&M Claimants. Accordingly, allowing the Movants to prosecute the Arizona Action now will unnecessarily drain estate resources at the expense of all creditors.

2.  For these reasons and the reasons cited in the Debtors' Objection, the Committee respectfully requests that the Court deny the Motion. The Committee reserves its right to modify or supplement this Joinder as necessary and appropriate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on February 7, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Dated: February 7, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
    -and-

Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: /s/ *Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*