

**ORDERED in the Southern District of Florida on February 10, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY TO
LIQUIDATE PREPETITION CLAIM**

**THIS MATTER** came before the Court on February 9, 2023 at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Motion for Relief From Automatic Stay to Liquidate Prepetition Claim* (the "Motion") [ECF No. 546] filed by Jasmin Williams. The Court, having considered the Motion, the *Debtors' Objection to Motion for Relief From Automatic Stay to Liquidate Prepetition Claim* [ECF No. 623], the *Supplement to Motion for Relief From Automatic Stay to*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11922223-1

2

*Liquidate Prepetition Claim [ECF No. 546]* [ECF No. 768], and the argument of counsel, and being otherwise fully advised in the premises, does thereupon

**ORDER** that the Motion is **DENIED** without prejudice for the reasons announced on the record.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

11922223-1