# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

### AMENDED CROSS-NOTICE OF 2004 EXAMINATION OF KATHLEEN COLE

Sony Music Entertainment and UMG Recordings, Inc., by and through undersigned counsel, will participate in the examination of Kathleen Cole (the "Examinee") on February 28, 2023 at 9:30 a.m. EST via the Zoom link identified in the *Amended Notice of Rule 2004 Examination* [Dkt. No. 787] filed by Monster Energy Company.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

Respectfully submitted this 13th day of February, 2023.

          **PRYOR CASHMAN LLP**

          By: */s/ Brendan Everman*
              James G. Sammataro
              Florida Bar No. 520292
              Brendan Everman
              Florida Bar No. 68702
              255 Alhambra Circle, 8th Floor
              Miami, Florida 33134
              Telephone: (212) 421-4100
              Facsimile: (212) 326-0806
              Email: jsammataro@pryorcashman.com
                        beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

          Seth H. Lieberman (*pro hac vice*)
          David C. Rose (*pro hac vice*)
          Stephanie P. Chery (*pro hac vice*)
          Sameer M. Alifarag (*pro hac vice*)
          7 Times Square, 40th Floor
          New York, NY 10036-6596
          Telephone: (212) 421-4100
          Facsimile: (212) 326-0806
          Email: slieberman@pryorcashman.com
                  drose@pryorcashman.com
                  schery@pryorcashman.com
                  salifarag@pryorcashman.com

*COUNSEL TO SONY AND UMG*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 13th day of February, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

              */s/ Brendan Everman*
              Brendan Everman