UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC.
d/b/a BANG ENERGY d/b/a VPX
SPORTS d/b/a VPX/REDLINE d/b/a
REDLINE d/b/a QUASH LIFE LIFT,

DEBTOR.
_____/

CHAPTER 11

CASE NO.: 22-17842-PDR

JOINTLY ADMINISTERED

### CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1 (D)

COMES NOW, Creditor, U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE ("U.S. BANK"), by and through its undersigned counsel, hereby certifies that it furnished a true and correct copy, of that certain *Agreed Order Granting Adequate Protection* [Doc 772] on *Verified Motion for Relief from Automatic Stay or in the Alternative Adequate Protection* [Doc 642], by U.S. Mail to the Parties below not designated to receive service via the CM/ECF system, and that a true and correct was furnished to the parties listed below in the manner indicated.

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court, as set forth in Local Rule 2090-1(A).

**EMANUEL & ZWIEBEL, PLLC**
Attorneys for Creditor:
*U.S. Bank National Association, et al.*
7900 Peters Rd, Suite B-100
Plantation, Florida 33324
Telephone: (954) 475-7500
Primary: ron.emanuel@emzwlaw.com
Secondary: martha.rivera@emzwlaw.com
eService: eservice@emzwlaw.com

By:      *Ronald M. Emanuel*
   RONALD M. EMANUEL, ESQUIRE
   FLA. BAR NO.:746932

*Notice of Appearance and Request for Notice*
*Case No.: 22-17842-PDR*

**VIA CM/ECF SYSTEM ON 2/14/2023 TO:**

**BERGER SINGERMAN LLP**
**JORDI GUSO, ESQ.**
jguso@bergersingerman.com
**MICHAEL JORDAN NILES, ESQ.**
mniles@bergersingerman.com
Attorneys for Debtor

**LATHAM & WATKINS LLP**
**ANDREW SORKIN, ESQ.**
andrew.sorkin@lw.com
**JERAMY D. WEBB, ESQ.**
jeramy.webb@lw.com
Attorneys for Debtor

**OFFICE OF THE U.S. TRUSTEE**
U.S. Trustee
51 SW 1st Ave., Suite 1204
Miami, Florida 33130
Email:  USTPRegion21.MM.ECF@usdoj.gov

**OFFICE OF THE UNITED STATES REGION 21**
**J. STEVEN WILKES, ESQ.**
U.S. Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602
Email:   steven.wilkes@usdoj.gov

**Rule 1007-2 Parties in Interest designated to receive electronic notice.**

**VIA U.S. MAIL, POSTAGE PREPAID ON 2/10/2023 TO:**

**VITAL PHARMACEUTICALS, INC.**
D/B/A BANG ENERGY D/B/A VPX
SPORTS D/B/A VPX/REDLINE D/B/A
REDLINE D/B/A QUASH LIFE LIFT
Debtor
1600 N. Park Drive
Weston, Florida 33326

**All Parties on the attached Manual Notice List.**

Dated this 14th day of February, 2023.

/s/ Ronald M. Emanuel
Ronald M. Emanuel, Esq.
**EMANUEL & ZWIEBEL, PLLC**
7900 Peters Road, Building B, Suite 100
Plantation, Florida 33324
Telephone: (954) 472-7500
ron.emanuel@emzwlaw.com
Fla. Bar No.: 746932
*Attorneys for Creditor, U.S. BANK*