

**ORDERED in the Southern District of Florida on February 14, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER APPROVING DEBTORS' APPLICATION FOR ORDER
AUTHORIZING THE EMPLOYMENT OF DAVID M. LEVINE AND THE
LAW FIRM OF SANCHEZ FISCHER LEVINE, LLP AS SPECIAL COUNSEL
TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

**THIS MATTER** came before the Court on February 9, 2023 at 1:30 p.m., in Fort

Lauderdale, Florida, upon the *Debtors' Application For Order Authorizing the Employment of David*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*M. Levine and the Law Firm of Sanchez Fischer Levine, LLP as Special Counsel to the Debtors, Effective as of the Petition Date* (the "Application") [ECF No. 633].  The Court, having considered the record, including the (i) Application, (ii) Engagement Agreement[2] attached to the Application as Exhibit "A;" (iii) *Declaration of David M. Levine, on Behalf of Sanchez Fischer Levine, LLP, as Proposed Special Counsel to the Debtors*, attached to the Application as Exhibit "B;" (iv) *Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Pending Applications to Retain Special Counsel* [ECF No. 651]; (v) *Monster Energy Company's Response to the Debtors' Pending Application to Retain Sanchez Fischer Levine, LLP as Special Counsel* [ECF No. 729]; and (vi) *Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Application for Order Authorizing the Employment of David M. Levine and Sanchez, Fischer Levine, LLP as Special Counsel to the Debtors* [ECF No. 766]; finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) Sanchez Fischer Levine, LLP does not hold or represent any interest adverse to the Debtors' estates on any matter in which Sanchez Fischer Levine, LLP is to be engaged; and, (d) Sanchez Fischer Levine, LLP's employment as special counsel to the Debtors pursuant to 11 U.S.C. §327(e) is in the best interests of the Debtors, the bankruptcy estates, and all parties-in-interest.  Accordingly, it is

   **ORDERED** as follows**:**

1. The Application is **APPROVED** on the terms set forth in this Order.

2. All objections not withdrawn or resolved prior to the hearing are overruled.

3. The employment of Sanchez Fischer Levine, LLP, as special counsel to the Debtors, pursuant to the terms set forth in the Engagement Agreement attached to the Application as Exhibit

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Application.

"A", as amended by the Application and this Order, is **APPROVED**, pursuant to 11 U.S.C. § 327(e).

  4.  Sanchez Fischer Levine, LLP shall abide by and be compensated pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503], and shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors.

  5.  The Debtors and Sanchez Fischer Levine, LLP shall agree to a reasonable litigation budget reflecting the scope of Sanchez Fischer Levine, LLP's services to be performed post-petition contained within the "Legal Expenses" line item in the Approved Budget attached to the final order approving DIP financing [Docket No. 638] (the "DIP Order").

  6.  Sanchez Fischer Levine, LLP shall use good faith and commercially reasonable efforts to avoid duplication of services with any of the Debtors' other professionals.

  7.  Nothing in this Order or the retention of Sanchez Fischer Levine, LLP shall (i) waive or release any claims or causes of action the Debtors or their estates may have against Sanchez Fischer Levine, LLP, whether prepetition or post-petition, or (ii) allow or admit to the allowance of any prepetition or postpetition amounts allegedly due and owing to Sanchez Fischer Levine, LLP, and such claims, causes of action, and defenses shall be expressly preserved.

  8.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

4