

**ORDERED in the Southern District of Florida on February 14, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

### ORDER CONTINUING HEARING TO CONSIDER APPLICATIONS TO RETAIN SPECIAL COUNSEL

**THIS MATTER** having come before the Court on February 9, 2023, at 1:30 p.m., in Fort Lauderdale, Florida, upon the (i) *Debtors' Application for Order Authorizing the Employment of Andrew P. Beilfuss and the Law Firm of Quarles & Brady LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 511] (the "Quarles & Brady Retention Application"); (ii) *Debtors' Application for Approval of the Employment of Daniel L. Geyser and the Law Firm*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

of Haynes and Boone, LLP, as Special Counsel to the Debtors, Effective as of November 3, 2022 [ECF No. 565] (the "Haynes and Boone Retention Application"); and (iii) *Debtors' Application for Approval of the Employment of Richard D. Faulkner and the Law Firm of Faulkner ADR Law, PLLC, as Special Counsel to the Debtors, Effective as of November 1, 2022* [ECF No. 566] (the "Faulkner ADR Retention Application", and, together with the Quarles & Brady Retention Application and the Haynes and Boone Retention Application, collectively, the "Special Counsel Retention Applications") filed by the above-captioned debtors-in-possession.  The Court, having considered the Special Counsel Retention Applications, the *Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Pending Applications to Retain Special Counsel* [ECF No. 651] (the "Committee's Objection"), the *Debtors' Omnibus Reply to Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Pending Applications to Retain Special Counsel* [ECF No. 765] ("Debtors' Reply"), and the Debtors' request to continue the hearing to consider the Special Counsel Retention Applications, does

**ORDER** that the hearing to consider the (i) Quarles and Brady Retention Application, solely as it relates to the proposed retention to represent the Debtors in connection with the OBI Appeal (as defined in the Quarles and Brady Retention Application), (ii) Haynes and Boone Retention Application, (iii) Faulkner ADR Retention Application, (iv) the Committee's Objection, and (v) Debtors' Reply is continued to **February 23, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.  The Committee reserves and preserves all rights with respect to the above-listed matters.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*