## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                  Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,            Chapter 11
et. al.,

           Debtors.

_____/

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

      1.     I, Jerry M. Markowitz ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Paul M. Alexander, Esq. ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Northern, Middle and Southern Districts of Georgia, and qualified to practice in this court, who proposes to act as counsel for Lease Plan U.S.A., LLC ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

      2.     I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel.  I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

26258536v2}

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

3.      I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4.      The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

5.      The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order (in a form substantially similar to the proposed order attached hereto as Exhibit "B") of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of this motion was served on all counsel of record and interested parties identified in the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on February 15, 2023.

Dated: February 15, 2023

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
*Local Counsel to Lease Plan U.S.A., LLC*
9130 S. Dadeland Blvd., Suite 1800
Miami, FL 33156
Telephone: (305) 670-5000
Facsimile: (305) 670-5011

By: */s/ Jerry M. Markowitz*
      Jerry M. Markowitz
      Fla. Bar No.: 182420
      jmarkowitz@mrthlaw.com

# EXHIBIT 'A'

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                             Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                     Chapter 11
et. al.,

           Debtors.
_____/

## <u>DECLARATION OF PROPOSED VISITING ATTORNEY</u>

I, <u>Paul M. Alexander</u>, am a member in good standing of the State Bar of Georgia.  I am a member in good standing of the bar of the United States District Courts for the Northern, Middle and Southern Districts of Georgia, but am not admitted to the bar of the United States District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Lease Plan U.S.A., LLC ("Client").  I designate <u>Jerry M. Markowitz, Markowitz, Ringel, Trusty & Hartog, P.A.</u> ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client.  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

26258536v2}

## **28 U.S.C. 1746 Declaration**

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 13, 2023.

> Paul M. Alexander, Esq.
> Miller & Martin PLLC
> 1180 W. Peachtree Street, NW, Suite 2100
> Atlanta, GA 30309
> Tel: (404) 962-6449
> Fax: (404) 962-6312
> E-mail: Paul.Alexander@millermartin.com
> Georgia Bar No.:  009003
>
> By:  */s/ Paul M. Alexander*
>      Paul M. Alexander

# EXHIBIT 'B'

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                                        Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                      Chapter 11

et. al.,

                    Debtors.

_____/

## <u>ORDER ADMITTING ATTORNEY *PRO HAC VICE*</u>

THIS MATTER came before the Court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [ECF No. _____] (the "Motion"). The Court, having reviewed the Motion and finding cause to grant the Motion, **ORDERS** as follows:

1.      The Motion is **GRANTED**.

2.      Paul M. Alexander, Esq. (the "Visiting Attorney") may appear before this court *pro hac vice* as counsel for Lease Plan U.S.A., LLC (the "Client") in the case listed above, and in any adversary proceedings therein, subject to the local rules of this Court. The Visiting Attorney shall

1

include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this Court.

3.     The Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting the Visiting Attorney *pro hac vice*.

4.     The following attorney (the "Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Jerry M. Markowitz, Esq.
**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
Florida Bar No.: 182420
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel: (305) 670-5000 / Fax: (305) 670-5011
*Local Counsel for Lease Plan U.S.A., LLC*

5.     The Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

Submitted By:
Jerry M. Markowitz, Esq.
*Local Counsel to Lease Plan U.S.A., LLC*
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
T: (305) 670-5000

Copies To:
Jerry M. Markowitz, Esq. *(Attorney Markowitz is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

2

## Service List

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**    aja@devaronalaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov

- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**    dharvath@harvathlawgroup.com
- **Christopher R Kaup**    crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**    mkye@kyelaw.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**    plevitt@shutts-law.com, sboisvert@shutts.com

- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **Nir Maoz**    nmaoz@ktbslaw.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath**    bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**    muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**    joe@packlaw.com
- **Jimmy D. Parrish**    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**    justin.plean@qpwblaw.com
- **Hamid R. Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**    arodz@shutts.com
- **Mark S. Roher**    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Ian M. Ross**    iross@sidley.com
- **Steven R Safra**    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **David Samole**    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**    mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

- **Annie Yang Stoops**    annie.stoops@afslaw.com
- **Carolyn Tatkin**    tatkin@radixlaw.com
- **Frank Terzo**    frank.terzo@nelsonmullins.com,
  francis.santelices@nelsonmullins.com
- **Christopher R Thompson**    crthompson@burr.com, mlucca-
  cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**    ttierney@rosswayswan.com,
  kkelly@rosswayswan.com
- **Michael W Ullman**    michael.ullman@uulaw.net,
  jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.n
  et;laura.lytle@uulaw.net
- **Jason A. Weber**    jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**    awernick@wernicklaw.com,
  awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw
  .com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**    steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov