# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                         Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                 Chapter 11
et. al.,

      Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Jerry M. Markowitz, of the law firm of Markowitz, Ringel, Trusty, & Hartog, P.A., hereby files his appearance as local counsel on behalf of Lease Plan USA, LLC, creditor, in the above referenced case. Markowitz, Ringel, Trusty & Hartog, P.A. requests that all pleadings in this matter be served upon the following:

Jerry M. Markowitz, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Local Counsel for Lease Plan USA, LLC*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156-7849
Telephone: (305) 670-5000
Facsimile: (305) 670-5011
Email: jmarkowitz@mrthlaw.com

Dated:  February 15, 2023        Respectfully submitted,

                                                  **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
                                                  *Local Counsel to Lease Plan USA, LLC*
                                                  9130 S. Dadeland Blvd., Suite 1800
                                                  Miami, Florida  33156
                                                  Tel:  (305) 670-5000 / Fax:  (305) 670-5011

                                                  By: *s/Jerry M. Markowitz*
                                                      JERRY M. MARKOWITZ
                                                       Florida Bar No. 182420
                                                       Email: jmarkowitz@mrthlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Service, was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case on February 15, 2023, and listed on the attached Service List.

By: *s/Jerry M. Markowitz*
JERRY M. MARKOWITZ, ESQ.

## Service List

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**    aja@devaronalaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov

- **G Steven Fender**  steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**  keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**  edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**  dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**  michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**  egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**  ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**  andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**  rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**  dharvath@harvathlawgroup.com
- **Christopher R Kaup**  crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**  craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**  scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**  hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**  gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**  mkye@kyelaw.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**  plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**  clc@kttlaw.com, rcp@kttlaw.com

- **Nir Maoz**   nmaoz@ktbslaw.com
- **Jerry M Markowitz**   jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath**   bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**   jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**   fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**   mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**   muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**   aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**   mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**   joe@packlaw.com
- **Jimmy D. Parrish**   jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**   justin.plean@qpwblaw.com
- **Hamid R. Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Aliette D Rodz**   arodz@shutts.com
- **Mark S. Roher**   mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Ian M. Ross**   iross@sidley.com
- **Steven R Safra**   Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **David Samole**   das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**   mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**   steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**   andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**   annie.stoops@afslaw.com
- **Carolyn Tatkin**   tatkin@radixlaw.com

- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**   ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**   steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov