# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS., et al., | Chapter 11 Cases |
| Debtors | (Jointly administered) |

## REQUEST TO CLARIFY BIDDING PROCEDURES

KJ Can (Singapore) Pte. Ltd. ("**KJ Can**"), by and through undersigned counsel, files this request for clarification regarding above-captioned Debtors' *Motion to Approve (A) Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially all off the Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing The Debtors to Provide Bid Protections, and (III) Granting Related Relief* [Docket No. 707] (the "**Motion**"), and respectfully states the following:

1. KJ Can is a creditor in these bankruptcy proceedings and has no objection to the Debtors' efforts to maximize the value of their assets for the benefit of the estates.

2. KJ Can is also itself interested in submitting a Bid[1] for a limited subset of assets located in Phoenix, Arizona. KJ Can, however, is concerned that its potential Bid

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

may be disqualified under the proposed Bidding Procedures simply because the Bid will be for less than substantially all of the Debtors' assets and will not be supported by a Good Faith Deposit in the proposed amount of $50 million.

3. The Bidding Procedures are unclear on whether the Debtors will accept a Bid for less than substantially all of their assets. For example, Section E(i) of the Bidding Procedures requests that each bidder "must state the Bid includes an offer by such bidder to purchase *some or all* of the Assets." (emphasis added). This language at least indicates that a Bid for less than all of the Debtors' assets is acceptable and may be deemed to be a Qualified Bid. However, the Motion provides that each Bid must be "all or substantially all" of the Debtors' assets. *See* Motion, p. 8, ¶14(ii). The internal inconsistency should be resolved and the Bidding Procedures should be amended to clarify that Bids for less than substantially all of the Debtors' assets may be submitted.

4. Additionally, Section E(iv) of the Bidding Procedures requires that each Bid be accompanied by a Good Faith Deposit in the amount of $50 million. A deposit of that amount makes no sense for any bidder, such as KJ Can, interested in submitting a Bid for only a limited subset of the Debtors' assets. The Bidding Procedures should be amended to require a Good Faith Deposit in a reasonable amount that is commensurate with the assets identified in the Bid.

5. The Debtors do not presently have a Stalking Horse Bidder and there is no assurance that the Motion will generate a transaction concerning substantially all of the Debtors' assets. Accordingly, there is no downside to allowing interested bidders to submit Bids for limited subsets of the Debtors' assets. For these reasons, KJ Can

respectfully submits that the Bidding Procedures should be clarified to accommodate Bids for less than substantially all of the Debtors' assets.

Date: February 15, 2023

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Amanda E. Preston*
Amanda E. Preston, FL Bar No. 123652
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (202) 457-6315
Email: amanda.preston@squirepb.com

Mark A. Salzberg, FL Bar No. 965741
2550 M Street, N.W.
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: mark.salzberg@squirepb.com

***Counsel for KJ Can (Singapore) Pte. Ltd.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Amanda E. Preston*_____
Amanda E. Preston
