UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

    Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 9010-1(A) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida and Bankruptcy Code section 1109(b), hereby appears as counsel for KJ CAN (SINGAPORE) PTE. LTD. ("***KJ CAN***") and respectfully requests that all notices, pleadings, motions, orders and other documents filed and/or served in this proceeding be served upon him at the following address:

Mark A. Salzberg (Florida Bar No. 965741)
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email:  mark.salzberg@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the counsel identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned counsel consents to service via electronic mail.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Papers* does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of KJ CAN for such purpose.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notice and Service of Papers* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of KJ CAN, including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Florida (the "***District Court***"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which KJ CAN is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until KJ

- 3 -

CAN expressly states otherwise, KJ CAN does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to the litigation of any non-core matter or any core matter constituting what is commonly referred to as a "*Stern* claim."

| | |
|---|---|
| Date: February 16, 2023 | **SQUIRE PATTON BOGGS (US) LLP** |

*/s/ Mark A. Salzberg*
Mark A. Salzberg, FL Bar No. 965741
2550 M Street, N.W.
Washington, DC  20037
Telephone:  202-457-6000
Facsimile:   202-457-6315
Email:  mark.salzberg@squirepb.com

**Counsel for KJ Can (Singapore) Pte. Ltd**

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                   */s/ Mark A. Salzberg*
                                                   Mark A. Salzberg

- 4 -