UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

**VITAL PHARMACEUTICALS, INC.,**
*et al.*

    Debtor.

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE FOR HARDROCK CONCRETE PLACEMENT CO., INC.

Pursuant to Local Rule 2090-1(C) and this Court's Order Admitting Attorney Pro Hac Vice (Doc. 631), K. Scott Reynolds of Satterlee Gibbs, PLLC, hereby gives notice that he is appearing as counsel of record for Hardrock Concrete Placement Co., Inc. in this matter, and requests that the undersigned attorney be placed on the mailing matrix in this case, and that all notices and other pleadings required to be served on Hardrock Concrete Placement Co. Inc. be served electronically on counsel at the address set forth below:

K. Scott Reynolds
Satterlee Gibbs
3133 W. Frye Rd., Suite 101
Chandler, Arizona 85226
scott@sgazlaw.com

1

Case No.: 22-17842-PDR

Dated: February 16, 2023.

        Satterlee Gibbs PLLC
        Arizona Counsel for
        **HARDROCK CONCRETE PLACEMENT CO., INC.**

        By:   /s/ *K. Scott Reynolds*
             K. SCOTT REYNOLDS, ESQ.
             *Admitted Pro hac Vice*
             3133 W. Frye Road,, Suite 101
             Chandler, Arizona 85226
             scott@sgazlaw.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing document was provided to all counsel of record automatically via the Court's electronic filing system, thereby serving all registered users.

        By: /s/ *Scott Reynolds*