UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### *EX-PARTE* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTORS' MOTION TO QUASH AND FOR PROTECTIVE ORDER AS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RULE 2004 NOTICES

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby files this *ex-parte* motion to reschedule hearing (the "Motion") on *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] (the "Motion to Quash") and respectfully states as follows:

1. On February 10, 2023, the Debtors filed the Motion to Quash.

2. On February 13, 2023, this Court issued a *Notice of Hearing* [Docket No. 788] on the Motion to Quash, scheduling the hearing for March 9, 2023 at 2:00 p.m. (the "Hearing").

3. On February 15, 2023, undersigned counsel attended a hearing on an unrelated matter in these Chapter 11 Cases before this Court and requested that the Court reschedule the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Hearing on an earlier date of February 23, 2023 at 2:00 p.m. (the "New Hearing Date"), a date on which matters in these Chapter 11 Cases were already scheduled to be heard.  No parties objected to the Committee's request to reschedule the Hearing to the New Hearing Date.

**WHEREFORE**, the Committee respectfully requests that the Hearing be rescheduled to the New Hearing Date, and for any further relief this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on February 16, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Dated:  February 16, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
       -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By:  */s/ Leyza F. Blanco*
      Leyza F. Blanco
      Florida Bar No.: 104639

Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*