

ORDERED in the Southern District of Florida on February 16, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., | Chapter 11 |
| et. al., | |
|     Debtors. | |
| _____/ | |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

THIS MATTER came before the Court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [ECF No. 801] (the "Motion"). The Court, having reviewed the Motion and finding cause to grant the Motion, **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. Paul M. Alexander, Esq. (the "Visiting Attorney") may appear before this court *pro hac vice* as counsel for Lease Plan U.S.A., LLC (the "Client") in the case listed above, and in any adversary proceedings therein, subject to the local rules of this Court. The Visiting Attorney shall

1

include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this Court.

3. The Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting the Visiting Attorney *pro hac vice*.

4. The following attorney (the "Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Jerry M. Markowitz, Esq.
**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
Florida Bar No.: 182420
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel: (305) 670-5000 / Fax: (305) 670-5011
*Local Counsel for Lease Plan U.S.A., LLC*

5. The Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

Submitted By:
Jerry M. Markowitz, Esq.
*Local Counsel to Lease Plan U.S.A., LLC*
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
T: (305) 670-5000

Copies To:
Jerry M. Markowitz, Esq. *(Attorney Markowitz is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*