

**ORDERED in the Southern District of Florida on February 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION (I) AUTHORIZING ALL PARTIES TO REDACT THE NAMES OF CERTAIN CONFIDENTIAL PARTIES IN INTEREST RELATED TO THE POTENTIAL SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (II) GRANTING RELATED RELIEF**

**THIS MATTER** was before this Court without a hearing in Fort Lauderdale, Florida, upon the *Debtors' Ex Parte Motion for Entry of an Order (I) Authorizing All Parties to Redact the Names of Certain Confidential Parties in Interest Related to the Potential Sale of Substantially All of the Debtors' Assets and (II) Granting Related Relief* [ECF No. 812] (the "Motion")[2] filed by

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"). The Motion seeks entry of an order (this "<u>Order</u>") (i) authorizing all parties to redact the names of the Confidential Parties related to the potential sale of all or substantially all of the Debtors' assets and (ii) granting related relief, all as more fully set forth in the Motion. The Court finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and (v) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, and (vi) good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. All parties are authorized, pursuant to sections 105(a) and 107(b)(1) of the Bankruptcy Code to file the Redacted Documents in a form redacted as to the identities, including names and identifiable information, of the Confidential Parties.

3. The unredacted versions of the Redacted Documents shall not be made available to any party—other than those specified in paragraph 5 of this Order—without the Debtors' consent, may not be filed on the public docket, and shall remain redacted until further order of the Court.

4. Any party filing any Redacted Documents is authorized to cause the unredacted versions of the Redacted Documents to be served on and made available, on a confidential basis, to: (i) the Court; (ii) the U.S. Trustee; (iii) the Debtors; (iv) the Committee's professionals; and (iv) any other party as may be ordered by the Court or agreed to in writing by the Debtors, as applicable, in each case under appropriate confidentiality agreements reasonably satisfactory to

the Debtors, that preserve the confidentiality of the names of the Confidential Parties (and any information derived therefrom).

5. For the avoidance of doubt, this Order is without prejudice to the rights of the U.S. Trustee or any party in interest to seek to unredact the Redacted Documents, or any part thereof.

6. The Confidential Parties and any party authorized to receive the unredacted versions of the Redacted Documents shall be authorized and directed to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

7. Absent further order of the Court, any party who receives the names of the Confidential Parties in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity, including in response to a request under the Freedom of Information Act.

8. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:   jguso@bergersingerman.com
            mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*