UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No.: 22-17842-PDR

    Debtors.                                              (Jointly Administered)
_____/

**DEBTORS' NOTICE OF ABANDONMENT OF REMAINING INVENTORY**

    Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, give notice of the proposed abandonment of the Debtors' remaining packaging and finished goods inventory and property (collectively, the "Remaining Inventory") located at 5020 Stout Drive, San Antonio, TX 78219 (the "Premises").[2] The Remaining Inventory primarily consists of approximately 17,000 pallets of beverage cans and can ends. The Remaining Inventory is of inconsequential value to the Debtors' estates and the economic benefits of removing, storing, and relabeling the Remaining Inventory will be exceeded by the attendant costs thereof.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Contemporaneous with the filing of this Notice, the Debtors are filing *Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts* requesting authorization to reject that certain *Warehousing Agreement* entered into with Fiesta Warehousing and Distribution for the Premises.

11931384-2

The Debtors propose to abandon the Remaining Inventory as the Debtors no longer need the Remaining Inventory, and the Remaining Inventory is burdensome and of inconsequential value and benefit to the Debtors' estates.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[3]**

Dated: February 17, 2023
         Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
         tj.li@lw.com
         brian.rosen@lw.com
         jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
         mniles@bergersingerman.com

---

[3] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, February 17, 2023, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

11931384-2

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for Debtors*