UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing [ECF #819] (the "Notice"), to consider the Joint Motion for Relief from Stay to Continue Acting in Non-Bankruptcy Forum, was served on all counsel of record and interested parties identified in the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on February 17, 2023.

I FURTHER CERTIFY that the foregoing referenced Notice was served in accordance with the Affidavit of Mailing attached hereto by the offices of Lewis Roca Rothgerber Christie, LLP, on February 17, 2023.

Dated: February 17, 2023

                MARKOWITZ RINGEL TRUSTY &
                HARTOG P.A.
                *Local Counsel for Faith Technologies Incorporated*
                9130 South Dadeland Boulevard, Suite 1800
                Miami, FL 33156
                T: (305) 670-5000
                F: (305) 670-5011

                By: /s/ Jerry M. Markowitz
                      Jerry M. Markowitz
                      Florida Bar No. 182420
                      Ross R. Hartog
                      Florida Bar No. 272370

                -and-

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
   Robert M. Charles, Jr.
   Arizona Bar No. 007359
   201 E Washington St #1200
   Phoenix, AZ 85004,
   T: (520) 629.4427
   F: (602) 262-5747
   rcharles@lewisroca.com
  *Attorney for Faith Technologies Inc.*
 -and-

TIFFANY & BOSCO, P.A.

By: */s/ Christopher R. Kaup*
   Christopher R. Kaup (*pro hac vice*),
   Arizona Bar No. 0014820
   Seventh Floor Camelback Esplanade II
   2525 East Camelback Road
   Phoenix, Arizona 85016
   crk@tblaw.com

   -and-

   Jason A. Weber (Florida Bar No. 0051681)
   1000 Corporate Drive, Suite 150
   Fort Lauderdale, Florida 33334
   jaw@tblaw.com
   *Attorneys for creditor, Nexus Steel, LLC, an Arizona Limited Liability Company*

# Service List

**Via CM/ECF Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**     aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**     tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**     sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**     janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- **Anthony J Aragona**     aja@devaronalaw.com
- **Marc P Barmat**     mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**     lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**     rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**     kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**     rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**     jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**     dconaway@slk-law.com
- **Ralph W. Confreda**     rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**     pcrawford@gibbonslaw.com
- **Matthew G Davis**     mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Ronald M Emanuel**     ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**     beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**     steven.fender@fender-law.com, simone@fenderbollingpaiva.com

- **Keith W. Fendrick**  keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**  edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**  dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**  michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**  egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**  ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**  andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**  rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**  dharvath@harvathlawgroup.com
- **Christopher R Kaup**  crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**  craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**  scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**  hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**  gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**  mkye@kyelaw.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**  plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**  clc@kttlaw.com, rcp@kttlaw.com
- **Nir Maoz**  nmaoz@ktbslaw.com
- **Jerry M Markowitz**  jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrt

- hlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Brigette G McGrath**  bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**  jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**  fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**  mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**  muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**  aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**  mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**  joe@packlaw.com
- **Jimmy D. Parrish**  jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**  justin.plean@qpwblaw.com
- **Amanda E Preston**  amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Hamid R. Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Kenneth Scott Reynolds**  scott@sgazlaw.com
- **Aliette D Rodz**  arodz@shutts.com
- **Mark S. Roher**  mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**  arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**  iross@sidley.com
- **Steven R Safra**  Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**  mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole**  das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**  mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**  steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

- **Andrew Sorkin**    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**    annie.stoops@afslaw.com
- **Carolyn Tatkin**    tatkin@radixlaw.com
- **Frank Terzo**    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**    ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**    jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**    awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- **J. Steven Wilkes**    steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF MAILING

I, Renee Creswell, depose and say that I am employed by Lewis Roca Rothgerber Christie LLP, attorneys for Faith Technologies Incorporated ("FTI") in the above-captioned case.

On February 17, 2023, at my direction and under my supervision, employees of Lewis Roca Rothgerber Christie LLP caused the Notice of Hearing [ECF #819] to be served via first-class mail on the Mail Service List attached hereto.

Dated: February 17, 2023        LEWIS ROCA ROTHGERBER CHRISTIE    LLP

　　　　　　　　　　　　　　　　　　　　　　 */s/ Renee Creswell*
　　　　　　　　　　　　　　　　　　　　　　Renee Creswell
　　　　　　　　　　　　　　　　　　　　　　One South Church Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　　　　Tucson, AZ 85701-1611
　　　　　　　　　　　　　　　　　　　　　　T: (520) 629.4472
　　　　　　　　　　　　　　　　　　　　　　rcreswellcharles@lewisroca.com

-7-

## MAIL SERVICE LIST

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave #1900
Miami, FL 33131
-and-
Andrew D. Sorkin
George A. Davis
Tianjiao ("TJ") Li
Brian S. Rosen
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
-and-
Jeramy D. Webb LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
-and-
Amy C. Quartarolo
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Attorneys for Vital Pharmaceuticals, Inc. and JHO Real Estate Investment, LLC

Jason A. Weber
Tiffany & Bosco, P.A.
1000 Corporate Drive, Suite 150
Fort Lauderdale, Florida 33334
-and
Christopher R. Kaup
Tiffany & Bosco, P.A.
2525 East Camelback Road, Floor 7
Phoenix, Arizona 85016-4237
Attorneys for Nexus Steel, LLC
FABCO Metal Products, LLC

Belvac Production Machinery, Inc.
237 Graves Mill Road
Lynchburg, VA 24502

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, AZ 85004
*Attorneys for ISEC, Inc.*

Heavy Equipment Movers & Installation, LLC
126 Industrial Drive
Maysville, GA 3055

Heavy Equipment Movers
8825 North 23rd Avenue, #100
Phoenix, AZ 85021

K. Scott Reynolds, Suite 101
3133 West Frye Road #101
Phoenix, AZ 85226
-and-
Arthur C. Neiwirth
Quintairos, Prieto, Wood & Boyer, PA
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
-and-
Justin Plean, Esq.
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Attorneys for Hardrock Concrete Placement Co., Inc.

Robert P. Charbonneau
Jesse R. Cloyd
AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Attorneys for Stellar Group, Inc.

Carolyn R. Tatkin
Radix Law
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
Attorneys for CM Builders, Inc. dba Integrated Masonry

Matthew G. Davis, Esq.
Alston A. Merritt, Esq.
Paskert Divers Thompson
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Attorneys for HACI Mechanical Contractors, Inc.

Trench Shore Rentals
17200 N. Perimeter Drive, #102
Scottsdale, AZ 85255

Peter H. Levitt
Harris J. Koroglu
Aliette D. Rodz
SHUTTS & BOWEN LLP
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131
Telephone: (305) 415-9447
-and-
Luis M. Lluberas
Steven E. Gruendel
Cole Richins
Moore & Van Allen PLLC
100 North Tryon Street, Suite 47
Charlotte, North Carolina 28202-4003
Attorneys for Truist Bank

Branch Banking and Trust Company
8825 North 23rd Avenue, #100
Phoenix, AZ 85021