UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF NOVEMBER 2, 2022**

Jeffrey Cohen, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C. I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York.

2. I submit this supplemental declaration ("Supplemental Declaration") in further support of the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of November 2, 2022* [Docket No. 358] (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

39106/2
02/21/2023 **207482310**.**2**

possession (collectively, the "Debtors") and to supplement the disclosures set forth in the Cohen Declaration attached as Exhibit B to the Application (the "Initial Cohen Declaration").[2]

3. All facts set forth in this Supplemental Declaration are based upon my personal knowledge, information supplied to me by other Lowenstein Sandler professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to Lowenstein Sandler, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. Since the Application was filed, Lowenstein Sandler has continued to review its connections to parties in interest in the Chapter 11 Cases as described in paragraph 10 of the Initial Declaration. Specifically, Lowenstein Sandler searched its electronic database for connections to the parties listed on **Schedule 1** attached hereto (the "Supplemental Potential Parties in Interest List"), which are parties that were not included in the initial list of parties in interest appended to the Initial Declaration.

5. Attached hereto as **Schedule 2** is a list of parties that Lowenstein Sandler may currently represent or may have represented in the past on matters wholly unrelated to the Chapter 11 Cases. Through the information generated by the electronic database search, and through follow-up inquiries with the relevant Lowenstein Sandler attorneys as necessary, it was determined that the representation of the supplemental potential parties in interest disclosed on **Schedule 2** hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates. In addition, the representations at issue were entirely unrelated to the Chapter 11 Cases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application and/or the Initial Cohen Declaration.

-3-

6. Except as disclosed on Schedule 2 attached hereto, neither I, Lowenstein Sandler, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with any other potential parties in interest.

7. To the best of my knowledge, after diligent inquiry, I believe that Lowenstein Sandler is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and does not represent or hold an interest adverse to the interests of the Debtors or their estates in connection with these Chapter 11 Cases.

8. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: February 21, 2023
      New York, New York

                                                   */s/ Jeffrey Cohen*
                                                   Jeffrey Cohen

## SCHEDULE 1

## SUPPLEMENTAL POTENTIAL PARTIES IN INTEREST LIST

1. **Potential Bidders**

   [Parties Confidential]

2. **Other Parties**

| | |
|---|---|
| AMEX TRS Co., Inc. | Dallas County |
| CM Builders, Inc. dba Integrated Masonry | Faith Technologies, Inc. |

**SCHEDULE 2**

| Entity | Relationship to Debtors | Relationship to Lowenstein Sandler |
|---|---|---|
| [Confidential] | Potential Bidder | Former client |
| [Confidential] | Potential Bidder | Current client |
| [Confidential] | Potential Bidder | Current client |