

**ORDERED in the Southern District of Florida on February 22, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### AGREED ORDER GRANTING THE *EX-PARTE* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTORS' MOTION TO QUASH AND FOR PROTECTIVE ORDER AS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RULE 2004 NOTICES

**THIS CASE** came before the Court upon the Official Committee of Unsecured Creditors'

(the "Committee") *Ex-Parte Motion of the Official Committee of Unsecured Creditors to

Reschedule Hearing on Debtors' Motion to Quash and for Protective Order as to Official*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 814] (the "Motion"). The Court, having considered the Motion, having reviewed the record in these cases, and being advised that the parties agree to the relief requested, it is

  **ORDERED** that:

  1.  The Motion to Reschedule is **GRANTED**.

  2.  The hearing on *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] is rescheduled to February 23, 2023 at 2:00 p.m. at the U.S. Courthouse, 299 East Broward Blvd., Courtroom 301, Ft. Lauderdale, FL 33301.

###

Submitted by:

Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*