UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**SECOND AGREED *EX-PARTE* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESCHEDULE HEARING ON DEBTORS' MOTION TO QUASH AND FOR PROTECTIVE ORDER AS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RULE 2004 NOTICES**

*(Rescheduled Hearing Requested on March 2 or 3, 2023 or next earliest available date subject to Court's availability)*

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby files this Second *ex-parte* motion to reschedule hearing (the "Motion") on *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] (the "Motion to Quash") and respectfully states as follows:

1. On February 10, 2023, the Debtors filed the Motion to Quash.

2. On February 13, 2023, this Court issued a *Notice of Hearing* [Docket No. 788] on the Motion to Quash, scheduling the hearing for March 9, 2023 at 2:00 p.m.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

3. On February 15, 2023, undersigned counsel attended a hearing on an unrelated matter in these Chapter 11 Cases before this Court and requested that the Court reschedule the hearing on the Motion to Quash on an earlier date of February 23, 2023 at 2:00 p.m., a date on which matters in these Chapter 11 Cases were already scheduled to be heard. No parties objected to the Committee's request to reschedule the hearing to the Second Hearing Date.

4. On February 16, 2023, the Committee filed the *Ex-Parte Motion of the Official Committee of Unsecured Creditors to Reschedule the Hearing on Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 814] (the "Motion to Reschedule").

5. On February 22, 2023, the Court entered the Order granting the Committee's Motion to Reschedule and scheduled the Motion to Quash for hearing on February 23, 2023.

6. By this Motion, the Committee requests the Court to reschedule the hearing on the Motion to Quash from February 23, 2023 to **March 2 or 3, 2023, or the next soonest available date** on a time-sensitive basis (the "New Hearing Date"). The Committee seeks an evidentiary hearing on the New Hearing Date whereby declarant Brent C. Williams will provide material testimony to supplement the statements contained and relied on by the Committee in the *Declaration of Brent C. Williams in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 817].

7. Debtors' counsel has advised that the Debtors consent to the relief sought herein.

**WHEREFORE**, the Committee respectfully requests that the hearing on the Motion to Quash be rescheduled to the New Hearing Date, and for any further relief this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on February 22, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Dated:  February 22, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
         -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By:  */s/ Leyza F. Blanco*
       Leyza F. Blanco
       Florida Bar No.: 104639
       Juan J. Mendoza
       Florida Bar No.: 113587
       1111 Brickell Avenue, Suite 1250
       Miami, FL 33131
       Telephone: (305) 372-8282
       Facsimile: (305) 372-8202
       Email: lblanco@sequorlaw.com
       Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*