UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' *EX-PARTE* MOTION TO AMEND ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF (I) UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH EASTGROUP PROPERTIES, L.P. AND (II) EXECUTORY CONTRACT WITH PORTLAND BOTTLING COMPANY**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby move the Court (the "Motion"), without a hearing, for the entry of an order authorizing the Debtors to amend the *Order Granting Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties, L.P. and (II) Executory Contract With Portland Bottling Company* [ECF No. 848] (the "Rejection Order"). In support of the Motion, the Debtors state as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11953870-1

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## Background

2.	On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.	The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.	For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the First Day Declaration.

5.	On February 23, 2023, the Court entered the Rejection Order, which granted the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing Rejection of (I) Unexpired Non-Residential Real Property Lease With EastGroup Properties, L.P. and (II) Executory Contract with Portland Bottling Company* [ECF No. 709] (the "Rejection Motion"), following a hearing held on February 23, 2023.  As set forth in the Rejection Order, the Debtors' rejection of the EastGroup Lease (as defined in the Rejection Motion) was approved, effective as of March 3, 2023, and the rejection of the Portland Bottling Agreement (as defined in the Rejection Motion) was approved, effective as of January 30, 2023.

## Relief Requested

6.	By this Motion, the Debtors request the Court amend the Rejection Order to (i) include an additional sentence at the end of paragraph 2 of the Rejection Order directing the Debtors to deliver possession of the property, including keys and access codes to EastGroup Properties, L.P. on March 3, 2023, and (ii) to define March 3, 2023, as the rejection date with respect to the EastGroup Lease.  The additional language was proposed by EastGroup Properties, L.P., was agreed to by the Debtors, but was inadvertently omitted from the Rejection Order when submitted to the Court.

7. A redline reflecting changes to the Rejection Order is attached hereto as **<u>Exhibit "A"</u>**.

8. EastGroup Properties, L.P. consents to the relief requested herein, and to the entry of an amended Rejection Order in the form attached hereto as **<u>Exhibit "B"</u>**.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **<u>Exhibit "C"</u>** (i) granting this Motion; (ii) authorizing the Debtors to amend the Rejection Order; and (iii) granting the Debtors such other and further relief to which they are entitled.

Dated: February 24, 2023
       Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel to Debtors*

# EXHIBIT "A"

**(Redline of Rejection Order)**

11953870-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]           Case No.: 22-17842-PDR

　　　　　Debtors.                                   (Jointly Administered)
_____/

**AMENDED[2] ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF (I) UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH EASTGROUP PROPERTIES, L.P. AND (II) EXECUTORY CONTRACT WITH PORTLAND BOTTLING COMPANY**

**THIS MATTER** came before the Court on February 23, 2023 at 2:00 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties,*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] This amended order is entered pursuant to the *Order Granting Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties, L.P. and (II) Executory Contract With Portland Bottling Company* [ECF No.　　].

11877733-2

*L.P. and (ii) Executory Contract with Portland Bottling Company* (the "Motion") [ECF No. 709] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks authority to reject the (i) EastGroup Lease[23] with EastGroup Properties, L.P.; and (ii) Portland Bottling Agreement with Portland Bottling Company. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

    **ORDERED** that:

    1.    The Motion is **GRANTED** as provided herein.

    2.    The Debtors' rejection of the EastGroup Lease is **APPROVED**, effective as of March 3, 2023 (the "Rejection Date"), pursuant to 11 U.S.C. § 365(a). The Debtors shall deliver possession of the property, including keys and access codes to EastGroup Properties, L.P. on the Rejection Date.

    3.    The Debtors' rejection of the Portland Bottling Agreement is **APPROVED**, effective as of January 30, 2023, pursuant to 11 U.S.C. § 365(a).

    4.    **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT.**

---

[23] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

11877733-2                      2

5. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

# EXHIBIT "B"

**(Proposed form of Amended Rejection Order)**

11953870-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                        Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

  Debtors.                                                                          (Jointly Administered)
_____/

**AMENDED[2] ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF (I) UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH EASTGROUP PROPERTIES, L.P. AND (II) EXECUTORY CONTRACT WITH PORTLAND BOTTLING COMPANY**

**THIS MATTER** came before the Court on February 23, 2023 at 2:00 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] This amended order is entered pursuant to the *Order Granting Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties, L.P. and (II) Executory Contract With Portland Bottling Company* [ECF No. ___].

11877733-2

*Properties, L.P. and (ii) Executory Contract with Portland Bottling Company* (the "Motion") [ECF No. 709] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks authority to reject the (i) EastGroup Lease[3] with EastGroup Properties, L.P.; and (ii) Portland Bottling Agreement with Portland Bottling Company. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the EastGroup Lease is **APPROVED**, effective as of March 3, 2023 (the "Rejection Date"), pursuant to 11 U.S.C. § 365(a). The Debtors shall deliver possession of the property, including keys and access codes to EastGroup Properties, L.P. on the Rejection Date.

3. The Debtors' rejection of the Portland Bottling Agreement is **APPROVED**, effective as of January 30, 2023, pursuant to 11 U.S.C. § 365(a).

4. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT.**

---

[3] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

11877733-2                                    2

5.       The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11877733-2

3

**EXHIBIT "C"**

**(Proposed Order)**

11953870-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                         Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]              Case No.: 22-17842-PDR

      Debtors.                                                                        (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO AMEND ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF (I) UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH EASTGROUP PROPERTIES, L.P. AND (II) EXECUTORY CONTRACT WITH PORTLAND BOTTLING COMPANY**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease With EastGroup Properties, L.P.*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*and (II) Executory Contract With Portland Bottling Company* (the "Motion") [ECF No. ___].  The Court, having considered the Motion, finding that EastGroup Properties, L.P. consents to the relief requested in the Motion, and finding good cause for the granting thereof, does

    **ORDER** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Debtors are authorized to submit an amended Rejection Order[2] in the form attached to the Motion as Exhibit B.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.