

**ORDERED in the Southern District of Florida on February 27, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**AMENDED[2] ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF (I) UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH EASTGROUP PROPERTIES, L.P. AND (II) EXECUTORY CONTRACT WITH PORTLAND BOTTLING COMPANY**

**THIS MATTER** came before the Court on February 23, 2023 at 2:00 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] This amended order is entered pursuant to the *Order Granting Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties, L.P. and (II) Executory Contract With Portland Bottling Company* [ECF No. 851].

*Properties, L.P. and (ii) Executory Contract with Portland Bottling Company* (the "Motion") [ECF No. 709] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks authority to reject the (i) EastGroup Lease[3] with EastGroup Properties, L.P.; and (ii) Portland Bottling Agreement with Portland Bottling Company. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the EastGroup Lease is **APPROVED**, effective as of March 3, 2023 (the "Rejection Date"), pursuant to 11 U.S.C. § 365(a). The Debtors shall deliver possession of the property, including keys and access codes to EastGroup Properties, L.P. on the Rejection Date.

3. The Debtors' rejection of the Portland Bottling Agreement is **APPROVED**, effective as of January 30, 2023, pursuant to 11 U.S.C. § 365(a).

4. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT.**

---

[3] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

      5.      The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3