**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 24, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Approving Debtors' Amended Application for Approval of the Employment of (I) Daniel L. Geyser and the Law Firm of Haynes and Boone, LLP; and (II) Richard D. Faulkner and the Law Firm of Faulkner ADR Law, PLLC, as Special Counsel to the Debtors, Effective as of November 3, 2022** (Docket No. 849)

Dated: February 27, 2023

        /s/ Serina Tran
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **<u>Exhibit A</u>**

Case 22-17842-PDR Doc 861 Filed 02/27/23 Page 2 of 10





## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | Irving | TX | 75063-0131 |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | Arlington | TX | 76096 |
| Alabama Office of the Attorney General | | 501 Washington Ave | | Montgomery | AL | 36104 |
| Alaska Office of the Attorney General | | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St. #3500 | | Fort Worth | TX | 76102 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | Phoenix | AZ | 85062-8143 |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | Arlington | TX | 76096 |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave | Suite 175 | Chicago | IL | 60631-3515 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Arkansas Office of the Attorney General | | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | Broomfield | CO | 80021 |
| Belvac Production Machinery, Inc. | Attn: Zach Cheatham | 237 Graves Mill Rd | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | | 5655 Paysphere Cir | | Chicago | IL | 60674 |
| BFG Corporation | | 7211 N. McKinley Road | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | 51 Northeast 24th Street, Suite 108 | Miami | FL | 33137 |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Canon Financial Services, Inc. | | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | Monroe | LA | 71203 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Fl | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | 770 Township Line Rd | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | | 2971 Center Port Circle | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | | PO Box 641173 | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease, LLC | | 48 Pine Road | | Brentwood | NH | 03833 |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 130 S Meridian St | | Indianapolis | IN | 46225-1046 |
| Doehler USA, Inc. | Paul Graham | 400 High Point Rd SE Suite 100 | | Cartersville | GA | 30120-6610 |
| Florida Department of Revenue | | PO Box 6668 | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol Pl-01 | | Tallahassee | FL | 32399-1050 |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | Tallahassee | FL | 32399 |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | Geneva | IL | 60134 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Graphic Packaging International | Kara D'Amato | PO Box 404170 | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | PO Box 102922 | | Pasadena | CA | 91189-2922 |
| Hawaii Department of the Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | | 21925 Network Place | | Chicago | IL | 60673-1219 |
| Idaho Office of the Attorney General | | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | Ogden | UT | 84409 |
| Inventus, LLC Legility | Jo Anna Williams | PO Box 130114 | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | Baton Rouge | LA | 70802 |
| Maine Office of the Attorney General | | 6 State House Station | | Augusta | ME | 04333 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | Lansing | MI | 48933 |
| Minnesota Office of the Attorney General | | 445 Minnesota St Suite 1400 | | St. Paul | MN | 55101 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St, Suite 400 | Los Angeles | CA | 90014 |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St Fl 17 | | Columbia | SC | 29201-3268 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 |
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St. | Concord | NH | 03301 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Fl, West Wing | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | Raleigh | NC | 27603 |
| North Dakota Office of the Attorney General | | State Capitol, 600 E Boulevard Ave Dept. 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW Suite 1100 | | Washington | DC | 20001 |
| Office of the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | Miami | FL | 33130 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St 14th Fl | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | Oklahoma City | OK | 73126 |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | 2040 Main St, 14th Floor | Irvine | CA | 92614 |
| Oregon Department Of Justice | | 1162 Court St NE | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 |
| PepsiCo | Attn: Eric Hansen | 15 Melanie Ln | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | Clovis | NM | 88101 |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | 1800 E Roosevelt Rd | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | | 4705 S 129th East Ave | | Tulsa | OK | 74134-7005 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | Providence | RI | 02903 |
| Securities & Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | New York Regional Office Brookfield Place | 200 Vesey St, Suite 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | Atlanta | GA | 30326-1382 |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle, 8th Floor | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | 7 Times Square, 40th Floor | New York | NY | 10036-6569 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | Miami | FL | 33128 |
| Speedway LLC | Chris Johnson | PO Box 7600 | | Springfield | OH | 45501-7600 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W. 15Th St | | Austin | TX | 78701 |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Avenue, Suite 1410 | Wilmington | DI | 19801 |
| The Huntington National Bank | | 7 Easton Oval | | Columbus | OH | 43219 |
| The Huntington National Bank | | PO Box 9 | | Buffalo | NY | 14240 |
| Total Quality Logistics, LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | Columbia | MD | 21046 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE, 25th Floor | Atlanta | GA | 30308 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | Jacksonville | FL | 32202 |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St, Suite 4700 | Charlotte | NC | 28202-4003 |
| U.S. Bank Equipment Finance | | 1310 Madrid Street | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle, 8th Floor | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | 7 Times Square, 40th Floor | New York | NY | 10036-6569 |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building, Suite 400 | 1313 N. Market Street, Suite 400 | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | 400 Hosmer Ave | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | | 109 State St. | | Montpelier | VT | 05609 |
| Virginia Office of the Attorney General | | 202 N. Ninth St. | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | Olympia | WA | 98501 |
| Webb & Gerritsen | | 1308 Poplar Dr | | Waukesha | WI | 53188 |
| Webbank | | 6440 S. Wasatch Blvd. | Suite 300 | Salt Lake City | UT | 84121 |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| Wild Flavors, Inc. | Mike Schneider | 1261 Pacific Ave | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3

# **<u>Exhibit B</u>**



Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| CM Builders, Inc., d/b/a Integrated Masonry | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. | jmarkowitz@mrthlaw.com<br>ycandia@mrthlaw.com<br>rrubio@mrthlaw.com<br>mrthbkc@gmail.com<br>gruiz@mrthlaw.com<br>jmarkowitz@ecf.courtdrive.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>nick.osborne@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>romeroe@bryancave.com<br>zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 4



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com  fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com  dkariotis@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com  ccrumrine@burr.com  mlucca-cruz@burr.com  egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com  amerritt@pdtlegal.com  jdorta@pdtlegal.com  dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Satterlee Gibbs PLLC | Attn: K. Scott Reynolds | scott@sgazlaw.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | c/o Latham, Luna, Eden & Beaudine, LLP | Attn: Justin M. Luna, Esq. | jluna@lathamluna.com  bknotice1@lathamluna.com  lvanderweide@lathamluna.com |
| John H. Owoc | | | ceo@bangenergy.com |
| KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| Lease Plan USA, LLC | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq., Alan R. Rosenberg, Esq. | jmarkowitz@mrthlaw.com  arosenberg@mrthlaw.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com  wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com  ndelman@hmblaw.com  ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com  eyal.berger@akerman.com  charlene.cerda@akerman.com  brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com  frank.terzo@nelsonmullins.com  tlewis@broadandcassel.com  francis.santelices@nelsonmullins.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com  echafetz@lowenstein.com  jrenert@lowenstein.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com jmendoza@sequorlaw.com fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | matt.blum@wmg.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com mmatlock@fgllp.com csmith@fgllp.com csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com andrea.olson@hklaw.com |
| Santander Consumer USA Inc. dba Chrysler Capital | c/o Gerard M. Kouri, Jr., P.A. | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com gmkouri@bellsouth.net |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com cguzman@carltonfields.com miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com drose@pryorcashman.com schery@pryorcashman.com salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com craig@kelleylawoffice.com cassandra@kelleylawoffice.com dana@kelleylawoffice.com debbie@kelleylawoffice.com scott@kelleylawoffice.com celler@kelleylawoffice.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Whit Morley, Esq. | new-york-ma-2860@ecf.pacerpro.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 4