UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC. AND SIDEL BLOWING AND SERVICES SAS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for the hearing to consider *Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Settlement Motion") [ECF No. 862] filed by the Debtors contemporaneously herewith, so that the Settlement Motion may be heard on March 9, 2023 at 2:00 p.m., when other matters in this case are scheduled. In support of this Motion, the Debtors respectfully state as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11905162-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

**Relief Requested**

8. Bankruptcy Rule 2002(a)(3) requires twenty one (21) days' notice for the hearing on approval of a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d). See Fed. R. Bankr. P. 2002(a)(3).

9. By the Settlement Motion, the Debtors seek authority to (a) settle their disputes with Sidel Blowing and Services SAS ("Sidel"), with respect to amounts due and owing to Sidel pursuant to a Purchase Agreement (as defined in the Settlement Motion) entered into, pre-petition, between Vital Pharmaceuticals, Inc. ("Bang"), for certain equipment (the

2

"Equipment") purchased by Bang from Sidel; and (b) return the Applicable Equipment (as defined in the Settlement Motion) back to Sidel for One Million Seven Hundred Fifty-Five Thousand Seven Hundred Euros (€1,755,700), which sum is equal to approximately $1,852,981.53 as of February 24, 2023, pursuant to an *Agreement for Takeback of Equipment* dated February 23, 2023 (the "Agreement"), attached to the Settlement Motion as Exhibit A.

      a.      The Applicable Equipment that will be returned to Sidel pursuant to the Agreement is presently located at the Debtors' distribution center in Lithia Springs, Georgia, which property is leased by the Debtors and has been purchased by a third-party, with a closing scheduled for March 16, 2023. As set forth in the Settlement Motion, the Applicable Equipment must be removed from the Lithia Springs, Georgia location prior to the closing, and Sidel has agreed to remove the Applicable Equipment at no cost to the Debtors. As set forth in the Settlement Motion, Sidel has agreed to agrees to protect, indemnify, defend and hold Bang and its bankruptcy estate harmless from and against, and reimburse Bang for any and all losses, costs, claims, settlements, damages, expenses (including legal and other professional fees and expenses) for any damage or destruction to the Lithia Springs, Georgia facility arising from, or caused by, Sidel's removal and/or transport of the Applicable Equipment.

10.     In light of the foregoing, the Debtors submit that consideration of the Settlement Motion on an expedited basis, and the shortening of the time periods prescribed by Fed. R. Bankr. P. 2002(a)(3) is appropriate and in the best interests of the Debtors, their estates, creditors, and other parties in interest so that the relief requested in the Settlement Motion can be approved, and the Applicable Equipment can be removed by Sidel from the Lithia Springs, Georgia property, prior to the closing on the sale of the Lithia Springs, Georgia property to a third-party. In addition, a condition of the Agreement is that Sidel will work in good faith to coordinate the shipment of the Applicable Equipment no later than March 10, 2023.

11905162-1

11. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing to consider the Settlement Motion.

12. As set forth in the Settlement Motion, prior to the filing of the Settlement Motion, the Debtors conferred with counsel to the Committee regarding the relief requested therein, and received the consent of the Committee to the settlement with and return of the Applicable Equipment to Sidel.

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **Exhibit "A"**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the Settlement Motion; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: February 27, 2023
       Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      tj.li@lw.com
      brian.rosen@lw.com
      jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Respectfully submitted,

*/s/ Michael J. Niles*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

11905162-1

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel for the Debtors*

# EXHIBIT "A"

# (Proposed Order)

11905162-1

Case 22-17842-PDR Doc 863 Filed 02/27/23 Page 6 of 8

EXHIBIT "A"

(Proposed Order)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC. AND SIDEL BLOWING AND SERVICES SAS**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion") [ECF No. ___].

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11905879-1

The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. 862] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **March 9, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

11905879-1