

ORDERED in the Southern District of Florida on February 28, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC. AND SIDEL BLOWING AND SERVICES SAS**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion") [ECF No. 863].

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11905879-1

The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. 862] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **March 9, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

11905879-1