# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re:<br><br>Vital Pharmaceuticals, Inc., et al. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 22-17842<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Twin City Security
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known): 2420226
Schedule Amount: USD$33,908.26

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (303) 803-4164
Last four digits of Acct.#   N/A

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Name and Current Address of Transferor:

Twin City Security
105 Garfield St S Suite 100
Cambridge, MN 55008-1767

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross
Transferee/Transferee's Agent

Date: February 28, 2023

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of Florida
Attention: Clerk

AND TO: Vital Pharmaceuticals, Inc., et al. Case Number: 22-17842 (the "Debtor")
(Jointly administered under Vital Pharmaceuticals, Inc., et al. Case Number: 22-17842)

Claim # N/A

**Twin City Security,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$33,908.26** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 DAY OF February, 2023.

**ASSIGNOR: Twin City Security**

*Daniel James Redd*
(Signature)

Daniel James Redd
(Print Name)

Vice President
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Case 22-17842-PDR   Doc 876   Filed 02/28/23   Page 3 of 4

Case 22-17842-PDR   Doc 323   Filed 11/11/22   Page 94 of 143
SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Date Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.2242 | TOMRA North America | | | | | | | | Various | Trade AP - Other | | | | No | $6,341.54 |
| 3.2243 | Toms Liquor Store 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $75.73 |
| 3.2244 | Tony Deli Market | | | | | | | | Various | Customer Unused Credits | | | | No | $10.00 |
| 3.2245 | TONY'S MEAT MARKET | | | | | | | | Various | Customer Unused Credits | | | | No | $0.02 |
| 3.2246 | Tony's Neighborhood Food Store DFW3122 | | | | | | | | Various | Customer Unused Credits | | | | No | $141.00 |
| 3.2247 | Top Discount Beverage | | | | | | | | Various | Customer Unused Credits | | | | No | $0.50 |
| 3.2248 | Top Mart DFW5713 | | | | | | | | Various | Customer Unused Credits | | | | No | $1.29 |
| 3.2249 | TOPANGA CREEK GEN STORE | | | | | | | | Various | Customer Unused Credits | | | | No | $319.10 |
| 3.2250 | TOPANGA OIL | | | | | | | | Various | Customer Unused Credits | | | | No | $74.83 |
| 3.2251 | Topform SP. Z O.O. | | | | | | | | Various | Customer Credits | | | | No | $3,252.00 |
| 3.2252 | Toshiba America Business Solutions Inc | | PO Box 402709 | | Atlanta | GA | 30384-2709 | | Various | Trade AP - Operating | | | | No | $205.50 |
| 3.2253 | Total Filtration Services, Inc | | 2521 Commercial Dr | | Auburn Hills | MI | 48326-2413 | | Various | Customer Unused Credits | | | | No | $357.65 |
| 3.2254 | Total Nutrition Corp | | | | | | | | Various | Customer Unused Credits | | | | No | $504.99 |
| 3.2255 | Total Quality Logistics, LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 | | Various | Trade AP - Freight | | | | No | $482,900.83 |
| 3.2256 | Town & Country Market | | | | | | | | Various | Customer Unused Credits | | | | No | $102.45 |
| 3.2257 | Town of Medley | | 7777 NW 72 Ave | | Medley | FL | 33166 | | Various | Trade AP - Utility | | | | No | $663.47 |
| 3.2258 | Town Pump Inc | | 600 S Main | | Butte | MT | 59701 | | Various | Trade AP - Other | | | | No | $5,542.29 |
| 3.2259 | Town Star (GPM Investments) | | | | | | | | Various | Customer Unused Credits | | | | No | $107.90 |
| 3.2260 | TOWNE CENTRE MART | | | | | | | | Various | Customer Unused Credits | | | | No | $64.75 |
| 3.2261 | Toyota Material Handling Systems Atlanta Fork Lifts, Inc | | 3111 E Ponce De Leon Ave | | Scottdale | GA | 30079 | | Various | Trade AP - Repair or Maintenance | | | | No | $26,004.51 |
| 3.2262 | Trade Show Customer | | | | | | | | Various | Customer Unused Credits | | | | No | $580.00 |
| 3.2263 | Trane US, Inc | | PO Box 406469 | | Atlanta | GA | 30384-6469 | | Various | Trade AP - Other | | | | No | $14,936.36 |
| 3.2264 | Transam 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $0.10 |
| 3.2265 | Transamerica Employee Benefits | | | | | | | | Various | Trade AP - Employee Benefits | | | | No | $10,592.22 |
| 3.2266 | Transcat, Inc. Pippettes.com, A Transcat Company | | 77 Main St | | Hopkinton | MA | 01748 | | Various | Trade AP - Repair or Maintenance | | | | No | $86.67 |
| 3.2267 | Trans-Market, LLC | | 8915 Maslin Dr | | Tampa | FL | 33637 | | Various | Trade AP - Operating | | | | No | $8,645.10 |
| 3.2268 | Transportation Management Solutions | | | | | | | | Various | Trade AP - Other | | | | No | $50,727.00 |
| 3.2269 | Travel Centers of America | | | | | | | | Various | Customer Unused Credits | | | | No | $248.74 |
| 3.2270 | TRAVEL SHOP | | | | | | | | Various | Customer Unused Credits | | | | No | $0.60 |
| 3.2271 | Tres Amigos 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $0.03 |
| 3.2272 | TRH Fitness and Nutrition | | | | | | | | Various | Customer Unused Credits | | | | No | $0.50 |
| 3.2273 | Tri State Trade Association | | 3220 Players Club Pkwy Suite 1 | | Memphis | TN | 38125 | | Various | Trade AP - Operating | | | | No | $1,469.75 |
| 3.2274 | TRIANGLE DFW10590 | | | | | | | | Various | Customer Unused Credits | | | | No | $0.01 |
| 3.2275 | Triangle Food Mart | | | | | | | | Various | Customer Unused Credits | | | | No | $49.50 |
| 3.2276 | Tribal Kava INC | | | | | | | | Various | Customer Unused Credits | | | | No | $0.64 |
| 3.2277 | TriconBraun | | | | | | | | Various | Trade AP - Other | | | | No | $21,392.30 |
| 3.2278 | Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 | | Various | Trade AP - Freight | | | | No | $5,595,584.89 |
| 3.2279 | Truck Stop 75 | | | | | | | | Various | Customer Unused Credits | | | | No | $179.50 |
| 3.2280 | TSS South, LLC | | 15 Dana Way | | Ludlow | MA | 01056-9203 | | Various | Trade AP - Repair or Maintenance | | | | No | $211,876.00 |
| 3.2281 | TTE Laboratories, Inc. | | 77 Main St | | Hopkinton | MA | 01748-3118 | | Various | Trade AP - Supplier | x | | | No | $54.01 |
| 3.2282 | Tucker Hill Air Plumbing & Electric | | 1553 W Elna Rae St Suite 101 | | Tempe | AZ | 85281-5222 | | Various | Trade AP - Repair or Maintenance | | | | No | $670.35 |
| 3.2283 | Tulip Express | | | | | | | | Various | Customer Unused Credits | | | | No | $1,043.20 |
| 3.2284 | Turnpike Marathon 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $0.01 |
| 3.2285 | Tushi Petroleum Inc | | | | | | | | Various | Customer Unused Credits | | | | No | $15.38 |
| 3.2286 | TUSTIN FUEL & MARKET | | | | | | | | Various | Customer Unused Credits | | | | No | $0.71 |
| 3.2287 | Twin City Security | | 105 Garfield St S Suite 100 | | Cambridge | MN | 55008-1767 | | Various | Professional Services | | | | No | $33,908.26 |
| 3.2288 | Two Thousand Food Store | | | | | | | | Various | Customer Unused Credits | | | | No | $2.55 |
| 3.2289 | U.S. Bank National Association | | 1310 Madrid St Suite 100 | | Marshall | MN | 56258-4001 | | Various | Trade AP - Equipment or Real Property Lease | | | | No | $5,699.70 |
| 3.2290 | Uline | | 12575 Uline Dr | | Pleasant Prairie | WI | 53158 | | Various | Trade AP - Other | | | | No | $31,693.42 |
| 3.2291 | Ulmerton Citgo | | | | | | | | Various | Customer Unused Credits | | | | No | $0.01 |
| 3.2292 | Ultimate Sports Nutrition – Burleson | | | | | | | | Various | Customer Unused Credits | | | | No | $0.64 |
| 3.2293 | Umalilla Food Mart | | | | | | | | Various | Customer Unused Credits | | | | No | $7.20 |
| 3.2294 | UMG Recordings | c/o Brendan Stuart Everman(Stroock Stroock & Lavan LLP) | 200 S Biscayne Blvd | | Miami | FL | 33131 | | Various | Litigation | x | x | x | No | Undetermined |
| 3.2295 | UMT Food Inc | | | | | | | | Various | Customer Unused Credits | | | | No | $0.01 |
| 3.2296 | UNCLE NICK'S LIQUOR 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $42.45 |
| 3.2297 | Unified Strategies Group, Inc | | 1000 Village Dr Suite 200 | | Greensburg | PA | 15601 | | Various | Trade AP - Other | | | | No | $730.00 |
| 3.2298 | UNION 76 7 | | | | | | | | Various | Customer Unused Credits | | | | No | $0.02 |
| 3.2299 | United Data Technologies, Inc. | | PO Box 850001 | | Orlando | FL | 32885-0627 | | Various | Trade AP - Operating | | | | No | $2,550.00 |
| 3.2300 | United Mart | | | | | | | | Various | Customer Unused Credits | | | | No | $266.53 |
| 3.2301 | United Pacific (ARPO LLC) | | | | | | | | Various | Customer Unused Credits | | | | No | $1,072.13 |
| 3.2302 | United Supermarkets | | | | | | | | Various | Customer Unused Credits | | | | No | $435.68 |
| 3.2303 | United Supermarkets, LLC | | PO Box 6840 | | Lubbock | TX | 79493 | | Various | Trade AP - Other | | | | No | $1,592.50 |
| 3.2304 | Universal Industrial Supply Inc. | | PO Box 706336 | | Cincinnati | OH | 45270-6336 | | Various | Trade AP - Other | | | | No | $20.97 |
| 3.2305 | Universal Pallets | | 4492 Commerce Dr Sw | | Atlanta | GA | 30336 | | Various | Trade AP - Other | | | | No | $5,813.60 |
| 3.2306 | UNIVERSAL STOP | | | | | | | | Various | Customer Unused Credits | | | | No | $1.32 |
| 3.2307 | UNIVERSITY 76 2 | | | | | | | | Various | Customer Unused Credits | | | | No | $33.00 |
| 3.2308 | University Car Care INC | | | | | | | | Various | Customer Unused Credits | | | | No | $22.68 |
| 3.2309 | University Chevron | | | | | | | | Various | Customer Unused Credits | | | | No | $147.00 |
| 3.2310 | University Fitness | | | | | | | | Various | Customer Unused Credits | | | | No | $0.01 |
| 3.2311 | UNIVERSITY MOBIL HALLMARK PKWY | | | | | | | | Various | Customer Unused Credits | | | | No | $42.10 |
| 3.2312 | University Village Market | | | | | | | | Various | Customer Unused Credits | | | | No | $149.40 |
| 3.2313 | UNOCAL 76 9 | | | | | | | | Various | Customer Unused Credits | | | | No | $40.84 |
| 3.2314 | Updike Distribution | | 435 South 59th Ave Suite 100 | | Phoenix | AZ | 85043 | | Various | Trade AP - Freight | | | | No | $210.55 |
| 3.2315 | Upsala Grocery | | | | | | | | Various | Customer Unused Credits | | | | No | $24.12 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 32 of 34

# Claim Summary

**Creditor Name** Twin City Security
**Creditor Address** 105 Garfield St S Suite 100
Cambridge, MN 55008-1767
**Debtor Name** Vital Pharmaceuticals, Inc.
**Debtor Case No.** 22-17842
**Claim No.**
**Date Filed**
**Schedule No.** 2420226

### Schedule Amount

**General Unsecured** $33,908.26
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Filed Claim Amount

**General Unsecured** $0.00
**Priority** $0.00
**Secured** $0.00
**Admin Priority** $0.00

### Current Claim Amount

**General Unsecured** $33,908.26
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2023 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602