UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. / | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN (I) DEBTOR, VITAL PHARMACEUTICALS, INC.; AND (II) CROWN CORK & SEAL USA, INC. AND CROWN METAL PACKAGING CANADA LP**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for the hearing to consider *Debtors' Expedited Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Crown Cork & Seal USA, Inc. and Crown Metal Packaging Canada LP* (the "Settlement Motion") [ECF No. 878] filed by the Debtors contemporaneously herewith, so that the Settlement Motion may be heard on March 9, 2023 at 2:00 p.m., when other matters in this case are scheduled. In support of this Motion, the Debtors respectfully state as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11968354-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

**Relief Requested**

8. Bankruptcy Rule 2002(a)(3) requires twenty-one (21) days' notice for the hearing on approval of a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d). See Fed. R. Bankr. P. 2002(a)(3).

9. By the Settlement Motion, the Debtors seek authority to settle disputes between Vital Pharmaceuticals, Inc. ("VPX") and Crown Cork & Seal USA, Inc. and Crown Metal Packaging Canada LP (collectively, "Crown"), with respect to negotiated payment terms relating to products supplied and services provided by Crown to VPX (collectively, the "Parties") pursuant

2

to the terms of a letter agreement entered into between the Parties dated February 24, 2023 (the "<u>Agreement</u>"), attached to the Settlement Motion as Exhibit A.

10. The Agreement was heavily negotiated and provides VPX with favorable terms, including 30-day payment terms and significant credit with Crown. The Agreement requires VPX to make four (4) payments of $178,442.30 each on the 1st and 15th of the month, starting on Wednesday, March 1, 2023, and continuing through April 15, 2023. The negotiations to reach an amicable resolution took longer than anticipated, (as evidenced by the first payment due date) and accordingly, the Debtors request an expedited hearing on the Settlement Motion so that the Debtors can comply with the terms of the Agreement.

11. In light of the foregoing, the Debtors submit that consideration of the Settlement Motion on an expedited basis, and the shortening of the time period prescribed by Fed. R. Bankr. P. 2002(a)(3) is appropriate and in the best interests of the Debtors, their estates, creditors, and other parties in interest so that the relief requested in the Settlement Motion can be approved and the payments required pursuant to the Agreement can be made by VPX to Crown.

12. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing to consider the Settlement Motion.

13. As set forth in the Settlement Motion, prior to the filing of the Settlement Motion, the Debtors conferred with counsel to the Committee regarding the relief requested therein and received the consent of the Committee to the settlement with Crown.

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **<u>Exhibit "A"</u>**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the Settlement Motion; and (iii) granting such other and further relief as the Court deems

3

just and proper.

| | |
|---|---|
| Dated: March 1, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
            tj.li@lw.com
            brian.rosen@lw.com
            jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:  jguso@bergersingerman.com
            mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –


Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

4

11968354-1

# **EXHIBIT "A"**

## **(Proposed Order)**

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al*.,[1]

    Debtors.

_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN (I) DEBTOR, VITAL PHARMACEUTICALS, INC.; AND (II) CROWN CORK & SEAL USA, INC. AND CROWN METAL <u>PACKAGING CANADA LP</u>**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Crown Cork & Seal USA, Inc. and Crown Metal*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Packaging Canada LP* (the "Motion") [ECF No. ___].  The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Expedited Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Crown Cork & Seal USA, Inc. and Crown Metal Packaging Canada LP* [ECF No. 878] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **March 9, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2