UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for creditors, Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc. (the "Creditors"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

**Dain de Souza, Esq.**
**Bast Amron LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 786-206-8740
E-mail: ddesouza@bastamron.com

- and -

**Robert A. Weber, Esq.**
**Chipman Brown Cicero & Cole, LLP**
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@ChipmanBrown.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

00747438.DOCX 5

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtors or the property of the Debtors.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 2nd day of March, 2023 as follows

via electronic transmission to:

- Anne Aaronson     aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams     tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron     sandron@broward.org, swulfekuhle@broward.org
- John A Anthony     janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- Anthony J Aragona     aja@devaronalaw.com
- Marc P Barmat     mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Leyza F. Blanco     lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann     rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi     kyler.burgi@dgslaw.com
- Kevin Michael Capuzzi     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau     rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Jesse R Cloyd     jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway     dconaway@slk-law.com
- Ralph W. Confreda     rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford     pcrawford@gibbonslaw.com
- Matthew G Davis     mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Ronald M Emanuel     ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Brendan S Everman     beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman     Heidi.A.Feinman@usdoj.gov
- G Steven Fender     steven.fender@fender-law.com, simone@fenderbollingpaiva.com

- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Ross R Hartog    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Justin M Luna    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Megan W Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Joseph A Pack     joe@packlaw.com
- Jimmy D. Parrish     jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean     justin.plean@qpwblaw.com
- Amanda E Preston     amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- Hamid R. Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds     scott@sgazlaw.com
- Aliette D Rodz     arodz@shutts.com
- Mark S. Roher     mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero     romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg     arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross     iross@sidley.com
- Steven R Safra     Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg     mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole     das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Michael D. Seese     mseese@seeselaw.com, sseward@seeselaw.com
- Zach B Shelomith     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Steven J. Solomon     steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin     andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Annie Yang Stoops     annie.stoops@afslaw.com
- Carolyn Tatkin     tatkin@radixlaw.com
- Frank Terzo     frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson     crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney     ttierney@rosswayswan.com, kkelly@rosswayswan.com
- Michael W Ullman     michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber     jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick     awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- J. Steven Wilkes     steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton     stuart.wilson-patton@ag.tn.gov

Respectfully submitted,

**BAST AMRON LLP**
*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By: */s/ Dain de Souza*
    Dain de Souza, Esq. (FBN 93708)
    Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (*pro hac vice* forthcoming)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*