UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

### *EX PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Dain de Souza ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Robert A. Weber ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the States of Delaware and Maryland and the United States District Court for the District of Delaware, and qualified to practice in this court, who proposes to act as counsel for creditors, Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc. (collectively, "Circle K") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Circle K.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for Circle K, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

any adversary proceedings in which the Visiting Attorney appears on behalf of Circle K.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for Circle K in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of Circle K. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of Circle K and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of Circle K. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for Circle K in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Circle K and indicating Movant as local counsel for Circle K, and for such other and further relief as may be just.

Dated: March 2, 2023

        Respectfully submitted,

        **BAST AMRON LLP**
        *Counsel for Circle K Procurement and Brands, Ltd.*
        *& Circle K Stores, Inc.*
        One Southeast Third Avenue
        Suite 2410
        Miami, Florida 33131
        Telephone: (305) 379-7904
        Facsimile: (305) 379-7905
        Email: ddesouza@bastamron.com
        Email: jleggett@bastamron.com

        By: */s/ Dain de Souza*
            Dain de Souza, Esq. (FBN 93708)
            Jaime B. Leggett, Esq. (FBN 1016485)

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[2] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Robert A. Weber, am a member in good standing of the bar of the States of Delaware and Maryland. I am a member in good standing of the bar of the United States District Court for the District of Delaware, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of creditors Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc. ("Circle K"). I designate Dain de Souza of Bast Amron LLP ("Local Counsel"), who is qualified to practice in this Court, as local counsel for Circle K. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary

---

[2] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

proceedings in which I appear on behalf of Circle K, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 2, 2023

        */s/ Robert A. Weber*
Robert A. Weber, Esq.
Chipman Brown Cicero & Cole LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@ChipmanBrown.com