UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF ADDITIONAL KERP PARTICIPANTS

**PLEASE TAKE NOTICE THAT**, on December 2, 2022, the Court entered the *Order Granting Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* [Docket No. 464] (the "Order"),[2] authorizing the above-captioned debtors and debtors-in-possession (the "Debtors") to establish and implement a key employee retention plan (the "KERP") for certain non-insider employees (collectively, the "Original KERP Participants"), and granting administrative expense status to the retention payments paid thereunder;

**PLEASE TAKE FURTHER NOTICE THAT**, in light of certain resignations from the Debtors' workforce, the Debtors seek to (i) modify the list of Original KERP Participants to make retention payments to certain additional non-insider employees across the Debtors' sales, manufacturing plant, supply chain, warehouse, human resources, marketing, finance, IT, creative, operations, research and development, and legal departments (the "Additional KERP

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the *Debtor's Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* [Docket No. 341] (the "Motion"), as applicable.

11971575-1

Participants") and (ii) increase certain payments for certain of the Original KERP Participants the "Original KERP Increases");[3]

**PLEASE TAKE FURTHER NOTICE THAT** the Additional KERP Participants and Original KERP Increases shall be obtained solely from unused funds under the KERP as approved by the Order, and, in no event shall the aggregate cost of the KERP, including any payments made to the Additional KERP Participants or on account of Original KERP Increases, exceed $2,766,835.79, as approved by the Order[4];

**PLEASE TAKE FURTHER NOTICE THAT** retention payments to the Additional KERP Participants shall be subject to the terms of the KERP set forth in the Motion and approved by the Order, except that each Additional KERP Participant shall be paid (i) 25% of their aggregate KERP Payment promptly following the expiration of the Objection Deadline (as defined below); (ii) 25% of their aggregate KERP Payment on March 31, 2023; and (iii) on the earlier of (x) the effective date of a plan of reorganization or (y) the closing of a sale transaction, each Additional KERP Participant shall be paid the remaining balance of their respective KERP Payment;

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the retention payments to the Additional KERP Participants must be filed and served on the undersigned counsel to the Debtors no later than **March 16, 2023 at 4:00 p.m. ET** (the "Objection Deadline"), and, to the extent any objections are filed and served by the Objection Deadline, the Debtors shall not be entitled to pay the Additional KERP Participants absent Court order.  Absent any objections filed

---

[3] None of the Additional KERP Participants are related to Jack Owoc, the founder and chief executive officer of the Debtors.  Moreover, the Debtors informed counsel to the United States Trustee, the Official Committee of Unsecured Creditors, and Truist Bank, in its capacities as Prepetition Agent, on behalf of the Prepetition Lenders, and DIP Agent, on behalf of the DIP Lenders (each as defined in the DIP Motion [Docket No. 24], and such parties do not object to the Additional KERP Participants.

[4] The Debtors believe that they are entitled to make retention payments to additional non-insider employees not included in the list of Original KERP Participants in accordance with paragraph 3 of the Order, and are filing this notice out of an abundance of caution and to provide parties in interest with an opportunity to object.

and served by the Objection Deadline, the Debtors shall be authorized to make retention payments to the Additional KERP Participants in accordance with this notice and the Order; and

**PLEASE TAKE FURTHER NOTICE THAT** that the Debtors reserve their rights to seek additional relief for authority to make additional retention payments to the Debtors' employees.

| | |
|---|---|
| Dated:   March 2, 2023<br>             Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso*<br>Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email: jguso@bergersingerman.com<br>             mniles@bergersingerman.com |

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
             tj.li@lw.com
             brian.rosen@lw.com
             jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for Debtors*

11971575-1