

**ORDERED in the Southern District of Florida on March 3, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

    Debtors.                                          (Jointly Administered)

_____/

**ORDER DENYING DEBTORS' MOTION TO QUASH AND FOR
PROTECTIVE ORDER AS TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' RULE 2004 NOTICES**

**THIS MATTER** came before the Court on March 2, 2023 at 2:30 p.m. (the "Evidentiary

Hearing") in Fort Lauderdale, Florida, upon the *Debtors' Motion to Quash and for Protective Order*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] (the "Motion")[2]. The Court, having considered the Motion, the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 815], the *Declaration of Brent C. Williams in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 817], the *Amended Objection of Monster Energy Company to Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 855], and the *Reply in Support of Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 874], the argument of counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors and counsel for Monster Energy Company, and the testimony of Brent C. Williams, and for the reasons stated on the record at the Evidentiary Hearing, it is

      **ORDERED** that**:**

      1.      The Motion is **DENIED** without prejudice.

      2.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

-3-

lblanco@sequorlaw.com
Telephone:      (305) 372-8282
Facsimile:      (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*