

**ORDERED in the Southern District of Florida on March 3, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO REDACT CONFIDENTIAL INFORMATION FROM THEIR ASSUMPTION NOTICE AND (II) GRANTING RELATED RELIEF**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Entry of an Order (I) Authorizing Debtors to Redact Confidential Information from Their Assumption Notice and (II) Granting Related Relief* [ECF No. 881] (the "Motion")[2] filed by the above-

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

captioned debtors and debtors-in-possession (the "Debtors"). The Motion seeks entry of an order (this "Order") (i) authorizing the Debtors to redact certain information from the Debtors' Assumption Notice, including the names, addresses and amounts paid to Influencers and (ii) granting related relief, all as more fully set forth in the Motion. The Court finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; (v) notice of the Motion and the hearing were appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, the First Day Declaration, the Bidding Procedures Motion, and the statements made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors are authorized to redact from their Assumption Notice the Influencer information specified in the Motion.

3. The Debtors shall provide copies of the unredacted Assumption Notice to the U.S. Trustee and counsel for the Committee on a "For Professional Eyes Only" basis.

4. This relief is without prejudice to the right of any creditor to request a copy of the unredacted Assumption Notice, or any objection of the Debtors to any such request. Any dispute pertaining to or arising from any such request shall be adjudicated by the Court following notice

and a hearing. Until adjudicated by the Court, the Debtors shall have no obligation to provide the unredacted Assumption Notice to any other creditor or party in interest.

     5.     The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*