

**ORDERED in the Southern District of Florida on March 3, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on the *ex parte* Motion to Appear *Pro Hac Vice* [ECF No. 887]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Robert A. Weber, Esq. ("Visiting Attorney") may appear before this court *pro hac vice* as proposed counsel for creditors, Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc. (collectively, "Circle K") in this case and in each adversary proceeding in

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

00747436.DOCX 2

this case where Visiting Attorney appears on behalf of the Circle K subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Dain de Souza, Esq.
> BAST AMRON LLP
> One Southeast Third Avenue, Suite 2410
> Miami, Florida 33131
> Telephone: 305.379.7904
> Facsimile: 786.206.8740
> Email: ddesouza@bastamron.com
> Florida Bar No. 93708

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of Circle K. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:**
Dain de Souza, Esq.
Bast Amron LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Email: ddesouza@bastamron.com

**COPIES TO:** Dain de Souza, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.