## Affidavit of Proposed Visiting Attorney

I, David M. Barlow, am a member in good standing of the bar of the State of Arizona. I am a member in good standing of the bar of the United States District Court for the District of Arizona, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Nexus Steel, LLC ("Client"). I designate Jason A. Weber ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 3, 2023.

TIFFANY & BOSCO, P.A.

By: _____
David M. Barlow, Esq. (Arizona Bar No. 035812)
Christopher R. Kaup, Esq. (Arizona Bar No. 014820)
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4229
602.255.6000
dmb@tblaw.com
crk@tblaw.com