UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DECLARATION OF JOHN C. DIDONATO, CHIEF TRANSFORMATION OFFICER, IN SUPPORT OF DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC., AND SIDEL BLOWING AND SERVICES SAS**

Under 28 U.S.C. § 1746, John C. DiDonato hereby declares as follows under the penalty of perjury:

1. I am the Chief Transformation Officer of Vital Pharmaceuticals, Inc. ("VPX") and the other debtors and debtors in possession (together with VPX, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"). I am authorized by each of the Debtors to submit this declaration (the "Declaration") on behalf of the Debtors.

2. I submit this Declaration in support of the relief requested in the *Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion").[1]

3. The CTO team negotiated with Sidel Blowing and Services SAS ("Sidel") resulting in the preparation of the *Agreement for Takeback of Equipment* (the "Agreement") dated February 23, 2023, which is the subject of the Motion.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

11968218-2

4.       The Motion seeks approval of a settlement, which includes, among other things, (i) the takeback of the Applicable Equipment, (ii) the return of a portion of the Equipment Fee in the amount of One Million Seven Hundred Fifty-Five Thousand Seven Hundred Euros (€1,755,700), which sum is equal to approximately $1,852,981.53 as of February 24, 2023; and (iii) a release from any actual or alleged remaining payments or other monetary obligations or claims due to Sidel by VPX under the Purchase Agreement entered into between the Parties pre-petition, including the Installation Fee in the amount of $767,816.20.

5.       As set forth in the Motion, under my direction and control, the Debtors have determined that the Applicable Equipment, which is presently located at the manufacturing facility owned by the Debtors' non-debtor affiliate, JHO GA-1 Investment, LLC, in Lithia Springs, Georgia, is no longer needed in the operation of the Debtors' business. Additionally, as further set forth in the Motion, the Debtors are under contract to sell the Lithia Springs premises which transaction is set to close in March 2023.

6.       As set forth in the Motion, Sidel has agreed to remove the Applicable Equipment, at its sole cost and expense and agrees to protect, indemnify, defend and hold the Debtors and its bankruptcy estate harmless from and against, and reimburse the Debtors for any and all losses, costs, claims, settlements, damages, expenses (including legal and other professional fees and expenses) for any damage or destruction to the Lithia Springs, Georgia facility arising from, or caused by, Sidel's removal and/or transport of the Applicable Equipment.

7.       The Debtors have determined, in an exercise of the Debtors' sound business judgment, that the terms of the Agreement are fair and reasonable and that the best interests of the Debtors' estates and creditors will be served by the Debtors resolving their disputes with Sidel on

the terms memorialized in the Agreement. The terms of the Agreement are the product of good faith, arm's-length negotiations between the Parties.

8. The Agreement resolves the Parties' disputes in an efficient and consensual manner that will avoid costly and time-consuming litigation that would detract from the value of the estates and the recovery of creditors. Moreover, the proposed consensual resolution of this dispute will free the Debtors to devote additional time and effort to the numerous other critical issues confronting the Debtors in these Chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 6, 2023

/s/ *John C. DiDonato*
John C. DiDonato
Chief Transformation Officer