**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA FORT LAUDERDALE
DIVISION**

In re:                                                                         Chapter 11 Cases
VITAL PHARMACEUTICALS, INC.[1]                      Case No.: 22-17842-PDR

                                                                                    (Jointly Administered)

_____Debtor(s)_____/

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Order Granting Ex Parte Motion To Appear Pro Hac Vice (ECF # 903) was served on all counsel of record or pro se parties identified on the attached Mailing Matrix via the Court's CM/ECF notification and to those parties who are registered CM/ECF participants in this case, on this 6th day of March, 2023.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

DATED this 6th day of March, 2023

                                                                        Respectfully submitted,

                                                                        /s/Jason A. Weber_____
                                                                        Jason A Weber FBN 0051681
                                                                        Attorney for Creditor

Jason A. Weber
Tiffany & Bosco, P.A.
1000 Corporate Drive
Suite 150
Ft. Lauderdale, FL 33334
Telephone: 954.828.1100 / Fax
JAW@tblaw.com

---

[1] Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii); JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-17842-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Mar  6 15:48:06 EST 2023 | ACAR Leasing Ltd d/b/a GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd., Inc. d/b/a GM Financial L<br>c/o Christopher R. Thompson, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 |
| ALDA 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | All Brands Distribution, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 |
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Americredit Financial Services, Inc. d/b/a G<br>c/o Christopher R. Thompson<br>Burr & Forman LLP<br>200 S. Orange Ave, Suite 800<br>Orlando, FL 32801-6404 |
| Ardagh Metal Packaging USA Corp.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC 28280-0027 | Bang Energy Canada, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 |
| CI421 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | CM Builders, Inc. dba Integrated Masonry<br>c/o Carolyn R. Tatkin<br>Radix Law<br>15205 N. Kierland Blvd., Suite 200<br>Scottsdale, AZ 85254-8170 | CRG Financial LLC<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624-1313 |
| Carolina Canners, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Carrollton-Farmers Branch ISO<br>c/o Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland, TX 75042-8234 | Cole, Scott & Kissane, P.A.<br>9150 S. Dadeland Blvd #1440<br>Miami, FL 33156-7855 |
| Creditor Committee<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, Tx 75207-2328 | Dohler Dahlenburg G.m.b.H |
| EASTGROUP Properties, L.P.<br>c/o Thomas L. Abrams<br>633 S. Andrews Ave., #500<br>Fort Lauderdale, FL 33301-2858 | EFL Global Logistics Canada, Ltd. | Faith Technologies Incorporated<br>c/o Jerry Markowitz<br>Markowitz Ringel Trusty & Hartog PA<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, FL 33156-7858 |
| Gekay Sales + Service Co., Inc.<br>c/o Aaron A. Wernick, Esq.<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431-8571 | JHO Intellectual Property Holdings, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | JHO Real Estate Investment, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| KJ Can (Singapore) Pte. Ltd. | MFP 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Maricopa County Treasurer<br>301 West Jefferson, Suite 100<br>Phoenix, AZ 85003-2199 |

| | | |
|---|---|---|
| Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Monster Energy Company<br>c/o Michael I. Goldberg<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301-4442 | Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd AVE, Suite 2700<br>Fort Lauderdale, FL 33394-0017 |
| Nevada Beverage Co<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Nexus Steel, LLC<br>Tiffany & Bosco, PA<br>1000 Corporate Dr<br>Suite 150<br>Suite 150<br>Ft. Lauderdale, FL 33334-3655 | Orange Bang, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Steven Fender, Esq.<br>Ft. Lauderdale, FL 33302 United States 33302- |
| Pettit Kohn Ingrassia Lutz & Dolin<br>11622 El Camino Real<br>Suite 300<br>San Diego, CA  92130-2051 | Quash Seltzer, LLC<br>20311 Sheridan Street<br>Fort Lauderdale, FL 33332-2313 | Rainbow Unicorn Bev LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| Refresco Beverages US Inc<br>c/o W. Keith Fendrick, Holland & Knight<br>100 N. Tampa Street<br>Suite 4100<br>Tampa, FL 33602-3642 | SLBS Limited Partnership d/b/a Summit Distri<br>c/o David Gay<br>Carlton Fields<br>700 NW 1st Avenue, Suite 1200<br>Suite 1200<br>Miami, FL 33136-4118 | Santander Consumer USA Inc. dba Chrysler Cap<br>c/o Gerard M. Kouri, Jr. P.A.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 |
| Sony Music Entertainment<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 | Southeast Cold Fill, LLC<br>c/o Kelley, Fulton, Kaplan & Eller, P.L.<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621-1872 |
| Stellar Group, Inc.<br>c/o Robert P. Charbonneau<br>55 Alhambra Plaza<br>Suite 800<br>Coral Gables, FL 33134-5254 | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| The American Bottling Company<br>c/o Furr and Cohen, P.A.<br>2255 Glades Rd., Ste 419A<br>Boca Raton, FL 33431-7379 | The Hamilton Group (Delaware), Inc.<br>Ullman & Ullman, P.A.<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Truist Bank<br>c/o Peter H. Levitt, Esq.<br>Shutts & Bowen, 200 S. Biscayne Blvd.<br>Miami, FL 33131-2310 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Rd. Bldg B, Ste 100<br>Plantation, FL 33324-4045 | U.S. Bank National Association d/b/a U.S. Ba<br>c/o Ronald M. Emanuel, Esq.<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | UMG Recordings, Inc.<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 |
| Vital Pharmaceuticals International Sales, I<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | XPO LOGISTICS, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Ave., Suite 2600<br>Orlando, FL 32801-3453 |
| 365 Mechanical, LLC<br>1817 S Horne, Suite #10<br>Mesa, AZ 852046526 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |

| | | |
|---|---|---|
| TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Twin City Security<br>105 Garfield St S, STE 100<br>Cambridge, MN 55008-1767 | XPO LOGISTICS FREIGHT<br>Attn: Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 |
| Allison L Libeu<br>620 Newport Center Drive, # 1300<br>Newport Beach, CA 92660-8013 | Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-3104 | Andrew Bean<br>2001 Ross Avenue # 2100<br>Dallas, TX 75201-2923 |
| Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1327 | Andrew Sorkin<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1327 | Andrew P Beilfuss<br>411 East Wisconsin Ave # 2400<br>Milwaukee, WI 53202-4428 |
| Arielle B Adler<br>One Lowenstein Drive<br>Roseland,, NJ 07068-1740 | Brendan Abbott<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 | Brent C Williams<br>500 West Madison St # 300<br>Chcago, IL 60661-4546 |
| Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Carolyn Tatkin, Esq<br>15205 N Kiedrland Blvd Suite 200<br>Scottsdale, AZ 85254-8170 | Christopher R Kaup<br>2525 East Camelback Road<br>Phoenix, AZ 85016-4219 |
| Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4000 | Daniel L Geyser<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219-7672 | David Levine<br>Sanchez Fischer Levine, LLP<br>1200 Brickell Avenue<br>Suite 750<br>Miami, FL 33131-3255 |
| David C Rose<br>7 Times Square<br>New York, NY 10036-6524 | David M Barlow<br>2525 East Camelback Rd<br>Phoenix, AZ 85016-4219 | David M Levine<br>1200 Brickell Ave # 750<br>Miami, FL 33131-3255 |
| Elizabeth A Morris<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Eric Chafetz<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Erica Mannix<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| George A Davis<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Hugh Murtagh<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Ira D Kharasch<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Jack H. Owoc<br>1600 N. Park Drive<br>Weston, FL 33326-3278 | Jarret P Hitchings<br>301 S. College Street, # 2150<br>Charlotte, NC 28202-6000 |

| | | |
|---|---|---|
| Jasmin Williams<br>Law Office of Mark S. Roher, P.A.<br>1806 N. Flamingo Road, Suite 300<br>Pembroke Pines, FL 33028-1032 | Jeffrey Cohen<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 |
| (p)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | John D'Amico<br>787 Seventh Avenue<br>New York, NY 10019-6018 | John C Didonato<br>550 W Van Buren St<br>Chicago, IL 60607-3827 |
| John Whitney McVay Morley<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Jordana Renert<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | (p)JOSEPH D FRANK<br>ATTN FRANKGECKER LLP<br>1327 W WASHINGTON<br>SUITE 5 G-H<br>CHICAGO IL 60607-1912 | K. Scott Reynolds<br>3133 W. Frye Road #101<br>Phoenix, AZ 85226-5132 |
| Laurence M Frazen<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Lindsay Sklar<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Luis M Lluberas<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4000 |
| Mark Margulies<br>Grant Thornton LLP<br>1301 International Parkway # 300<br>Ft. Lauderdale, FL 33323-2874 | Matthew G Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | Michael Jordan Niles<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301-7643 |
| Nicole Fulfree<br>One Lowenstein Drive<br>Roseland, NJ 07068-1740 | Paul M Alexander<br>1180 W. Peachtree Street, NW, Suite 2100<br>Atlanta, GA 30309-3495 | Peter Fischer<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 |
| Rachel Maimin<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Richard M Pachulski<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Robert Charles Jr<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1666 |
| Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Rudy J Cerone<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 | Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 |
| Stephanie P Chery<br>7 Times Square<br>New York, NY 10036-6524 | Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 | Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 |

| | | |
|---|---|---|
| Steven J. Solomon Fiesta Warehousing & Distr<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Suite 3200<br>Miami, FL 33131-2191 | Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 | Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jeremy C Kleinman<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | Joseph D Frank<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1600FLL LLC | (u)Arista Music | (u)Arista Records LLC |
| (u)Balboa Capital Corporation<br>McGLINCHEY STAFFORD<br>1 East Broward Boulevard,<br>Suite 1400<br>Fort Lauderdale, United States | (u)Ball Metal Beverage Container Corp. | (u)CM Builders, Inc., d/b/a Integrated Masonr |
| (u)Capitol Records, LLC | (u)Chestnut Hill Technologies, Inc. | (u)Circle K Procurement and Brands, Ltd. |
| (u)Circle K Stores, Inc. | (u)Committee | (u)Crown Cork & Seal USA, Inc. |
| (u)Dairy Farmers of America, Inc. | (u)Doehler USA, Inc. | (u)Driscoll, LLP |

| | | |
|---|---|---|
| (u)EFL Global | (u)EVOX FL Pembroke 20351 LLC | (u)HACI Mechanical Contractors, Inc. |
| (u)Hardrock Concrete Placement Co, INC | (u)LMR TRUCKING, INC. | (u)LaFace Records LLC |
| (u)Lease Plan USA, LLC | (u)ORBIS RPM, LLC | (u)PepsiCo, Inc. together with its affiliates |
| (u)PolyGram Publishing, Inc. | (u)Premium Beverage Company | (u)Records Label, LLC |
| (u)Songs of Universal, Inc. | (u)Sony Music Entertainment US Latin LLC | (u)TR Capital Management LLC US |
| (u)Trinity Logistics, Inc. | (u)Universal Music - Z Tunes LLC | (u)Universal Music Corp. |
| (u)Universal Music-MGB NA LLC | (u)Universal Musica, Inc. | (u)Volcano Entertainment III LLC |
| (u)Zomba Recording LLC | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (d)CRG Financial LLC<br>84 Herbert Ave. Building B Suite 202<br>Closter, NJ 07624-1313 | (u)Marc Kesten | (u)Richard D Faulkner |

**End of Label Matrix**
Mailable recipients    124
Bypassed recipients     42
Total                  166