UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

**VITAL PHARMACEUTICALS, INC.,**
*et al.*

    Debtor.

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## JOINDER TO "REPLY IN SUPPORT OF JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM" (ECF #906)

**COMES NOW, HARDROCK CONCRETE PLACEMENT CO., INC.,** by and through its undersigned counsel and files this Joinder to the "Reply In Support of Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum" filed on behalf of Faith Technologies Incorporated and Nexus Steel, LLC with this court on March 7, 2023. (ECF #906)

Dated: March 7, 2023.

                                             Satterlee Gibbs PLLC
                                             Counsel for
                                             **HARDROCK CONCRETE PLACEMENT CO., INC.**

                         By:   /s/ *K. Scott Reynolds*_____
                                          K. SCOTT REYNOLDS, ESQ.
                                          *Admitted Pro hac Vice*
                                          3133 W. Frye Road,, Suite 101
                                          Chandler, Arizona 85226
                                          scott@sgazlaw.com

1

Case No.: 22-17842-PDR

Quintairos, Prieto, Wood & Boyer, P.A.
Local Attorneys for
**HARDROCK CONCRETE PLACEMENT CO., INC.**
2400 East Commercial Blvd., Suite 520
Ft. Lauderdale, FL 33308
Tel: (954) 523-7008 Fax: (954) 523-7009

By:   /s/ Arthur C. Neiwirth
        ARTHUR C. NEIWIRTH, ESQ.
        FBN: 0289061
        aneiwirth@qpwblaw.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing document was provided to all counsel of record automatically via the Court's electronic filing system, thereby serving all registered users.

By:  /s/ *Scott Reynolds*

2