UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | |

**CROSS-NOTICE OF 2004 EXAMINATION OF JACK OWOC AND
REQUEST FOR COPIES OF DOCUMENTS PRODUCED**

Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 cases of the above-referenced debtors (the "Debtors" or "Company"), by undersigned counsel, will participate in the examination of the above captioned Jack Owoc under oath, at the following date, time and location:

| EXAMINEE | DATE AND TIME | LOCATION |
|---|---|---|
| Jack Owoc | March 15, 2023 at 9:00 a.m. EST | Zoom Video Conference to be Provided by Monster Energy Company's Counsel |

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken under oath and recorded before a court reporter. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary. The examination is being taken for purposes of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

The Committee also hereby requests complete copies of all documents received by Monster Energy in response to its subpoena directed to Jack Owoc.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on March 7, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date: March 7, 2023

Respectfully submitted,
**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
1251 Avenue of the Americas
New York, NY 10020
jcohen@lowenstein.com
echafetz@lowenstein.com
jrenert@lowenstein.com
Telephone:    (212) 262-6700
Facsimile:    (212) 262-7402

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

By:    */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639
    Juan J. Mendoza
    Florida Bar No.: 113587