UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11 Proceeding
                                                    Case No.:    22-17842-PDR
VITAL PHARMACEUTICALS, INC.

    Debtor
_____/

**HACI MECHANICAL CONTRACTORS, INC.'S NOTICE OF JOINDER IN
FAITH TECHNOLOGIES INCORPORATED AND NEXUS STEEL, LLC'S
REPLY IN SUPPORT OF JOINT MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM**

HACI MECHANICAL CONTRACTORS, INC., by and through undersigned counsel, hereby notifies the parties of its joinder in, and adoption of, Faith Technologies Incorporated and Nexus Steel, LLC's Reply in support of Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum (D.E. 906) and requests the relief sought therein.

DATED March 8, 2023.

                                                                                            Respectfully submitted,

                                                                                     */s/ Matthew G. Davis*
                                                                                     MATTHEW G. DAVIS, ESQ.
                                                                                     Florida Bar No. 58464
                                                                                     Email: mdavis@pdtlegal.com
                                                                                     A. ALSTON MERRITT, ESQ.
                                                                                     Florida Bar No. 1010102
                                                                                     amerritt@pdtlegal.com
                                                                                     PASKERT DIVERS THOMPSON
                                                                                     100 N. Tampa Street, Suite 3700
                                                                                     Tampa, Florida 33602
                                                                                     813-229-3500 – telephone
                                                                                     813-229-3502 – facsimile
                                                                                     *Counsel for HACI Mechanical Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed in this bankruptcy case on March 8, 2023.

/s/ Matthew G. Davis
Attorney