- 6 -

**Exhibit "B"**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [Docket No. 918 ]. The Court having reviewed the motion and good cause appearing, it is

ORDERED that Maura P. McIntyre ("Visiting Attorney") may appear before this court pro hac vice as counsel for Sidel Blowing and Services SAS ("Client") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of

- 1 -

CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Amanda E. Preston, FL Bar No. 123652  
2000 South Biscayne Blvd., Suite 3400  
Miami, FL 33131  
Telephone: (305) 577-7000  
Facsimile: (305) 577-7001  
Email: amanda.preston@squirepb.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:

Amanda E. Preston, FL Bar No. 123652kell  
2000 South Biscayne Blvd., Suite 3400  
Miami, FL 33131  
Telephone: (305) 577-7000  
Facsimile: (305) 577-7001  
Email: amanda.preston@squirepb.com

(*Amanda E. Preston is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a confirming certificate of service.*)