**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No. 22-17842 (PDR)

    Debtors.                                        (Jointly Administered)

_____/

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 7, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 875]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 876]**

Dated: March 8, 2023                          */s/ Serina Tran*
                                               Serina Tran
                                               STRETTO
                                               410 Exchange, Suite 100
                                               Irvine, CA 92602
                                               Telephone: 855-493-7375
                                               Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| TRC Master Fund LLC [as Assignee of Twin City Security] | Attn: Terrel Ross | PO Box 633 | Woodmere | NY | 11598 |
| Twin City Security | | 105 Garfield St S Suite 100 | Cambridge | MN | 55008-1767 |
| Twin City Security | Attn: Accounting | 105 S. Garfield St., #100 | Cambridge | MN | 55008 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)