UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROTHSCHILD & CO US INC. AS INVESTMENT BANKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Homer Parkhill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Co-Head of Restructuring and Partner of Rothschild & Co US Inc. ("**Rothschild & Co**"), an investment banking firm with its principal office at 1251 Avenue of the Americas, New York, New York 10020. This third supplemental declaration (the "**Third Supplemental Declaration**") is being submitted to supplement my initial declaration (the "**Initial Declaration**") attached as Exhibit B to *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* (the "**Application**"), my supplemental declaration filed on November 11, 2022 (the "**First Supplemental Declaration**") and my supplemental declaration filed on January 31, 2023 (the "**Second Supplemental Declaration**" and together with the Initial Declaration and the First

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Supplemental Declaration, the "**Prior Declarations**").[2] I submit this Third Supplemental Declaration to provide additional disclosures in accordance with Bankruptcy Rule 2014(a).

2.  Except as otherwise stated in this Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by Rothschild & Co with respect to the matters set forth herein.[3]

## ROTHSCHILD & CO'S DISINTERESTEDNESS

**A.  Connections Disclosures**

3.  In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Rothschild & Co undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, Rothschild & Co obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"), and such parties were listed on Schedule A to the Initial Declaration, Schedule 1 to the First Supplemental Declaration and Schedule 1 to the Second Supplemental Declaration.

4.  Subsequent to the preparation of the Prior Declarations, the Debtors or their representatives provided Rothschild & Co with a list of additional Potential Parties in Interest, which is attached hereto as **Schedule 1**.

5.  As of the date hereof, to the best of my knowledge, based on the process described in the Initial Declaration, none of Rothschild & Co, I or any other employee of Rothschild & Co, holds or represents any interest adverse to the Debtors or their estates or has

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] Certain information set forth herein relates to matters (i) contained in Rothschild & Co's books and records or (ii) within the knowledge of Rothschild & Co's employees, and is based on information provided by such employees to me.

any connection with the Potential Parties in Interest, except (i) as set forth in **Schedule 2** attached hereto and (ii) as otherwise set forth herein or in the Prior Declarations.

6. To the extent that Rothschild & Co discovers any additional facts bearing in a material respect on its disinterestedness during the period of Rothschild & Co's retention in connection with this Chapter 11 Case, Rothschild & Co will supplement the information contained in the Application and this Declaration to disclose such facts as required by Bankruptcy Rule 2014(a).

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 8, 2023
       New York, New York

                                                */s/ Homer Parkhill*
                                                Homer Parkhill
                                                Co-Head of Restructuring, Partner
                                                Rothschild & Co US Inc.

**Schedule 1 to the Third Supplemental Disclosure**

Additional Potential Parties in Interest

Potential Bidders:

      [Redacted]

Additional Parties:

1. CM Builders, Inc. dba Integrated Masonry
2. Dallas County
3. AMEX TRS Co., Inc.

**Schedule 2 to the Third Supplemental Disclosure**

Relationships with Potential Parties in Interest

Source: Interested Party List 01/24/2023

**Vital Pharmaceuticals, LLC**
**("Vital Pharmaceuticals")**



| Party in Interest[1] | Entity having a connection with (i) Rothschild & Co US or (ii) an Affiliated Entity | Nature of Connection[2] |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ shares of ▮▮▮ at a market value of ▮▮▮ are under management by Rothschild & Co Asset Management US Inc.<br><br>Former GA Affiliate client on matters unrelated to Vital Pharmaceuticals.<br><br>Rothschild & Co US is currently advising and formerly advised ad hoc creditors committees on matters unrelated to Vital Pharmaceuticals where ▮▮▮ is and was a member.<br><br>GA Affiliate formerly advised ad hoc creditors committees on matters unrelated to Vital Pharmaceuticals where ▮▮▮ was a member. |
| ▮▮▮ | ▮▮▮ | Former Rothschild & Co US client on a matter unrelated to Vital Pharmaceuticals.<br><br>GA Affiliate is and was involved in transactions unrelated to Vital Pharmaceuticals where ▮▮▮ is and was a participant. |

---

[1]    Rothschild & Co US has limited its search to the Parties in Interest provided by Vital Pharmaceuticals. Affiliates, subsidiaries or parent companies of Parties in Interest have not been searched unless specifically noted.

[2]    A "**GA Affiliate**" is an entity in the Global Advisory Business other than Rothschild & Co US.

| | | |
|---|---|---|
| ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ | Rothschild & Co US was involved in a transaction unrelated to Vital Pharmaceuticals where ▇▇▇▇ ▇▇▇▇▇ was a participant. |
| ▇▇▇▇▇▇▇ ▇▇▇ | ▇▇▇▇▇▇▇ | Rothschild & Co US was involved in a transaction unrelated to Vital Pharmaceuticals where ▇▇ ▇▇▇▇▇▇▇ was a participant. |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | Former GA Affiliate client on matters unrelated to Vital Pharmaceuticals.<br><br>GA Affiliate was involved in a transaction unrelated to Vital Pharmaceuticals where ▇▇ ▇▇▇▇▇▇▇▇ was a participant. |
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Former GA Affiliate client on a matter unrelated to Vital Pharmaceuticals.<br><br>GA Affiliate was involved in a transaction unrelated to Vital Pharmaceuticals where ▇▇▇▇▇ ▇▇▇▇▇ was a participant. |