UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DECLARATION OF JOHN C. DIDONATO, CHIEF TRANSFORMATION
OFFICER, IN SUPPORT OF DEBTORS' MOTION FOR AUTHORIZATION TO
ENTER INTO AN EXCESS INSURANCE POLICY WITH XL SPECIALTY
INSURANCE COMPANY**

Under 28 U.S.C. § 1746, John C. DiDonato hereby declares as follows under penalty of

perjury:

1.      My name is John C. DiDonato.  I am over the age of eighteen and am competent to

testify.  I have personal knowledge of the matters set forth herein.

2.      I am the Chief Transformation Officer and Interim Chief Executive Officer of Vital

Pharmaceuticals, Inc. ("VPX") and the other debtors and debtors in possession (collectively with

VPX, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases").  I am authorized by

each of the Debtors to submit this declaration (the "Declaration") on behalf of the Debtors.

3.      I submit this Declaration in support of the relief requested in the *Debtors' Motion*

*for Authorization to Enter into an Excess Insurance Policy with XL Specialty Insurance Company*

[ECF No. 935] (the "Motion").[1]

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

11987564-2

4.      The Motion seeks authority to obtain excess Side A liability D&O Coverage from XL Specialty Insurance Company in the amount of $5 million of coverage pursuant to the quote attached the Motion as **Exhibit "A"**.

5.      The proposed XL Specialty Policy, in conjunction with the Debtors' other D&O policies, would provide a total of $10 million of coverage to the Debtors' remaining Directors, more closely aligning the Debtors' D&O coverage with that of similarly sized companies.

6.      The premium associated with the XL Specialty Insurance Company's Excess Side A Liability coverage through May 31, 2023, is $70,000.00, plus a 2% surcharge paid to the state of Florida for a total amount of $71,400.

7.      The Debtors have compelling business reasons for seeking to increase the D&O Side A coverage provided by the XL Specialty Policy:

(a)      First, pursuant to their organizational documents, the Debtors have agreed to indemnify their directors and managers to the fullest extent permitted under applicable law.

(b)      Similarly, the contracts between the Debtors and myself and the Debtors and each Director obligate the Debtors to indemnify and hold each harmless for any claim or expense arising from his service to the Debtors.

(c)      Third, the Debtors currently have insufficient insurance coverage for their officers and directors given the size and complexity of their business. The median D&O coverage for a company with similar assets to the Debtors is closer to $15,000,000.

8.      The additional XL Specialty Policy will more closely align the Debtors' insurance coverage with those maintained by similar sized businesses.

9.      The Debtors have the liquidity to pay the additional premium and will not constrained by the additional expense.

2

11987564-2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: March 14, 2023

/s/ *John C. DiDonato*
John C. DiDonato
Chief Transformation Officer

11987564-2