UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,                                    Chapter 11 Case

               Debtors.                                                                         Case No.: 22-17842-PDR
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PAPERS

     PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Creditor, Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd., pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Jean-Claude Mazzola, Esq.
> Mazzola Lindstrom LLP
> 1350 Avenue of the Americas
> Second Floor
> New York, New York 10019
> Email: jeanclaude@mazzolalindstrom.com

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the estate.

Dated: March 15, 2023

                                        **MAZZOLA LINDSTROM LLP**

                                        _____
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
*Attorney for claimants Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd's*
(646) 216-8585
(646) 250-6666
jeanclaude@mazzolalindstrom.com

      Attorney Mazzola is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.