UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,  Chapter 11 Case

        Debtors.  Case No.: 22-17842-PDR
_____/

**Motion for Enlargement of Time to File Proof of Claim**

Creditor CSPC Innovation Pharmaceutical Co., Ltd.'s respectfully moves the court for an enlargement of time to file proofs of claim under USCS Bankruptcy R. 9006(b)(1) due to delays in conveying information.

1. As stated in the declaration of attorney Jean-Claude Mazzola, the firm of Mazzola Lindstrom was assigned by China Export & Credit Insurance Corporation (hereinafter, "Sinosure") to represent the above-named policy-holder

2. Bankruptcy courts have the discretion, of course, to enlarge the time to file proofs of claim, "on motion made after the expiration of the specified period . . .where the failure to act was the result of excusable neglect." USCS Bankruptcy R. 9006(b)(1).

3. The Supreme Court has held that "excusable neglect" under Rule 9006(b)(1) "encompass[es] situations in which the failure to comply with a filing deadline is attributable to negligence." *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394 (1993). Factors to consider when evaluating whether a late-filed proof of claim is excusable are "the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Id*. at 395.

4.     Here, debtor Vital Pharmaceuticals will not be harmed or injured by the filing of CSPC Innovation Pharmaceutical Co., Ltd.'s proof of claim at this time any more than had it been filed timely. The proof of claim was filed nine days after the deadline, during a holiday season in which many employees were out of the office. Additionally, Mazzola Lindstrom did not learn of this bankruptcy proceeding due to multiple layers of communication with their clients in China and acted in good faith by filing the proofs as soon as possible.

5.     Therefore, the court should enlarge the time to file the proof of claim and consider the proof of claim to have been timely filed.

Dated: February 24, 2023
        New York, New York

**MAZZOLA LINDSTROM LLP**

_____
By: Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
*Attorney for claimants Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd's*
(646) 216-8585
(646) 250-6666
jeanclaude@mazzolalindstrom.com