UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,            Chapter 11 Case

        Debtors.                                               Case No.: 22-17842-PDR
_____/

**Declaration Of Jean-Claude Mazzola**

Jean-Claude Mazzola, being duly sworn, and hereby deposes and states as follows:

1. Mazzola Lindstrom LLP is retained by China Export & Credit Insurance Corporation to represent its policy-holders Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd.'s who have claims against the debtor for nonpayment of trade invoices. Due to the multiple layers of communication, there were delays conveying information regarding this proceeding to our office.

2. Upon our office's investigation, we discovered that the filing date for the proofs of claim had passed.  Due to the Christmas holiday, our office consequently filed the proofs of claim as soon as possible.  Attached hereto as Exhibit A are copies of the proofs of claim filed on December 28, 2022.

3. Additionally, our office contacted counsel for debtor Jordi Guso and Leyza Blanco.  Both counsel graciously assent to this motion.  Attached hereto as Exhibit B is an email chain between Jordi Guso, Leyza Blanco, and my associate documenting the debtor and the committee's assent.

4. Due to the delays in communication with clients in China and timing of the late filing around Christmas, as well as delay due to the transfer of claims, it would be in the best interests of justice that the court grant an enlargement of time for CSPC Innovation Pharmaceutical Co., Ltd. to file the proof of claim under USCS Bankruptcy R. 9006(b)(1). Here, as provided in *Pioneer Inv*.

*Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394 (1993), there has been an excusable neglect caused by delayed communication with clients half a world away and a major holiday. The debtor will not be harmed or injured by the filing of the proof of claim and the power of attorney at this time any more than it would have been injured or damaged had the proof of claim and power of attorney been filed timely.

Dated: February 24, 2023
New York, New York

                                **MAZZOLA LINDSTROM LLP**

                                _____
                                By: Jean-Claude Mazzola
                                1350 Avenue of the Americas, 2nd Floor
                                New York, New York 10019
                                *Attorney for claimants Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd's*
                                (646) 216-8585
                                (646) 250-6666
                                jeanclaude@mazzolalindstrom.com