## Assignment of Rights

**From:** Shanghai Freemen Lifescience Co., Ltd.
2500 Xiupu Road
Building 19
Pudong, Shanghai 201315, CHINA

**To:** Shanghai Freemen Americas, LLC
2035 RT 27
Suite 3005
Edison, New Jersey 08817, USA

WHEREAS, Vital Pharmaceuticals, Inc. contracted to purchase certain goods from both Shanghai Freemen Lifescience Co., Ltd. and Shanghai Freemen Americas, LLC; and

WHEREAS, Shanghai Freemen Americas, LLC is a subsidiary of Shanghai Freemen Lifescience Co., Ltd.; and

WHEREAS, Vital Pharmaceuticals, Inc. defaulted on its obligations to pay moneys due to both entities – to wit, Shanghai Freemen Lifescience Co., Ltd. and Shanghai Freemen Americas, LLC; and

WHEREAS, Vital Pharmaceuticals, Inc. filed for Bankruptcy Court protection, in a matter entitled *In re: Vital Pharmaceuticals, Inc. et al*, on October 10, 2022, docket #22-17842-PDR; and

WHEREAS, Shanghai Freemen Americas, LLC timely filed as a claimant to the estate in bankruptcy of Vital Pharmaceuticals, Inc.;

**Now Therefor, this Instrument Witnesseth:**

1. Shanghai Freemen Lifescience Co., Ltd. hereby assigns its rights to recover any moneys owed it – specifically, $609,924.00 – to Shanghai Freemen Americas, LLC.

2. Shanghai Freemen Americas, LLC accepts the assignment of such rights.

Shanghai Freemen Lifescience Co., Ltd.
By: _____
Name: Xinchun Zhang [General manager]
Dated: Shanghai, China
February 17, 2023

Shanghai Freemen Americas, LLC
By: _____
Name: Hanks Li [General manager]
Dated: Edison, New Jersey
February 17, 2023