| | |
|---|---|
| **From:** | Jordi Guso |
| **To:** | Michaela Kamemoto |
| **Cc:** | Leyza Blanco; Jean-Claude Mazzola; Sarah Chan; Lucas Calderon; Juan J. Mendoza; Jennifer Diaz |
| **Subject:** | Re: Vital Pharmaceuticals, Inc., et al. |
| **Date:** | Thursday, January 5, 2023 12:26:35 PM |
| **Attachments:** | image002.png |
| | image002.png |

My thanks to you

Jordi Guso
Berger Singerman LLP
305-714-4375

> On Jan 5, 2023, at 12:21 PM, Michaela Kamemoto <michaela@mazzolalindstrom.com> wrote:

[External E-mail]

Hello Jordi,

Thank you for the quick response. Have a wonderful day.



**Michaela Kamemoto**
Attorney
Mazzola Lindstrom LLP

1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
O: (646) 216-8300 x115 | michaela@mazzolalindstrom.com

---

**From:** Jordi Guso <JGuso@bergersingerman.com>
**Sent:** Thursday, January 5, 2023 12:15 PM
**To:** Michaela Kamemoto <michaela@mazzolalindstrom.com>
**Cc:** Leyza Blanco <lblanco@sequorlaw.com>; Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>; Juan J. Mendoza <jmendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>
**Subject:** Re: Vital Pharmaceuticals, Inc., et al.

We join the committee with no objection to deeming the claim timely filed but preserving all other objections.

Thank you.

Jordi Guso

Berger Singerman LLP
305-714-4375

On Jan 5, 2023, at 12:12 PM, Michaela Kamemoto <michaela@mazzolalindstrom.com> wrote:

**[External E-mail]**

Hello Jordi,

Just following up on my last email. I'm assuming that your client does not consent?



Michaela Kamemoto
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
O: (646) 216-8300 x115|
michaela@mazzolalindstrom.com

**From:** Michaela Kamemoto
**Sent:** Thursday, December 29, 2022 8:07 PM
**To:** Jordi Guso <JGuso@bergersingerman.com>; Leyza Blanco <lblanco@sequorlaw.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>; Juan J. Mendoza <j.mendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>
**Subject:** RE: Vital Pharmaceuticals, Inc., et al.

Good evening Jordi,

Both of our clients are located in China and are China Export and Credit Insurance Corporation ("Sinosure") policy holders.  Our office was tasked by Sinosure to represent their policy holder's interests. Due to the multiple layers of communication, there were delays conveying information to our office.

Michaela Kamemoto
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York,



NY 10019  
O: (646) 216-8300 x115|  
michaela@mazzolalindstrom.com

---

**From:** Jordi Guso <JGuso@bergersingerman.com>  
**Sent:** Wednesday, December 28, 2022 5:31 PM  
**To:** Michaela Kamemoto <michaela@mazzolalindstrom.com>; Leyza Blanco <lblanco@sequorlaw.com>  
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>; Juan J. Mendoza <jmendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>  
**Subject:** RE: Vital Pharmaceuticals, Inc., et al.

Michaela –

Can you kindly provide some color regarding why the claim was not timely filed?

Thank you.



Jordi Guso  
D: (305)714-4375 | M: (305)213-2002  
bergersingerman.com

---

**From:** Michaela Kamemoto <michaela@mazzolalindstrom.com>  
**Sent:** Wednesday, December 28, 2022 4:52 PM  
**To:** Leyza Blanco <lblanco@sequorlaw.com>; Jordi Guso <JGuso@bergersingerman.com>  
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>; Juan J. Mendoza <jmendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>  
**Subject:** RE: Vital Pharmaceuticals, Inc., et al.

**[External E-mail]**

Hello Leyza,

Thank you very much!  Have a good evening.



Michaela Kamemoto
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
O: (646) 216-8300 x115|
michaela@mazzolalindstrom.com

---

**From:** Leyza Blanco <lblanco@sequorlaw.com>
**Sent:** Wednesday, December 28, 2022 4:23 PM
**To:** Michaela Kamemoto <michaela@mazzolalindstrom.com>; jguso@bergersingerman.com
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>; Juan J. Mendoza <jmendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>
**Subject:** RE: Vital Pharmaceuticals, Inc., et al.

Hi Michaela:

The Committee consents to an order regarding allowance of the claims as timely filed but reserve rights as to all other objections.  You may so represent in your motion.

Please be aware that our consent does not substitute for the need for an order nor do we speak for any other party or individual creditor in this regard.

Best regards,
Leyza

## Leyza Blanco

### Sequor Law

**work**    (+1) 305-372-8282  Ext. 300
**email**   lblanco@sequorlaw.com

**From:** Michaela Kamemoto <michaela@mazzolalindstrom.com>
**Sent:** Wednesday, December 28, 2022 3:48 PM
**To:** Leyza Blanco <lblanco@sequorlaw.com>; jguso@bergersingerman.com
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Sarah Chan <sarah@mazzolalindstrom.com>; Lucas Calderon <lucas@mazzolalindstrom.com>
**Subject:** Vital Pharmaceuticals, Inc., et al.

Hello Leyza and Jordi,

I hope this email finds you both well. Please note that our office has filed Proofs of Claim on Stretto today (copies attached).

I was informed by Leyza yesterday that our clients will need Vital Pharmaceutical and the Creditor Committee's consent to accept the late claims. Please let our office know if both consent to the late claims, or if our clients will need to file motions.

Thank you, and we look forward to hearing from the two of you soon. Happy New Year!

P.S. Please cc our firm's partner, Jean-Claude ("JC") Mazzola, in all future correspondence. Thank you!



### Michaela Kamemoto
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
O: (646) 216-8300 x115 |
michaela@mazzolalindstrom.com

---

**From:** Leyza Blanco <lblanco@sequorlaw.com>
**Sent:** Tuesday, December 27, 2022 10:34 AM
**To:** Michaela Kamemoto <michaela@mazzolalindstrom.com>
**Subject:** Vital Pharmaceuticals, Inc., et al.


https://cases.stretto.com/file-a-claim/

**Leyza Blanco**

**Shareholder**

1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

**work**  (+1) 305-372-8282  Ext. 300
**email**  lblanco@sequorlaw.com
**web**  www.sequorlaw.com



**Statement of Confidentiality**

The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sequor Law, P.A. for damage arising in any way from its use.