UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

    Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

## AMENDED EX PARTE MOTION TO APPEAR PRO HAC VICE

I, Amanda E. Preston ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit pro hac vice Maura P. McIntyre ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the Bars of the State of Ohio and Pennsylvania and the United States District Court for the Western District of Pennsylvania, and qualified to practice in this court, who proposes to act as counsel for Sidel Blowing and Services SAS ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client. I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

- 2 -

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in the cases noted above and in any adversary proceedings in the cases in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the cases above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of the Client and in any adversary proceedings in those cases in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests entry of an order, in the form attached hereto as **Exhibit "B"**, authorizing the Visiting Attorney to appear pro hac vice in these cases and in any adversary proceedings in these cases on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

- 3 -

Date: March 15, 2023        **SQUIRE PATTON BOGGS (US) LLP**

*/s/ Amanda E. Preston*
Amanda E. Preston, FL Bar No. 123652
2000 South Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: amanda.preston@squirepb.com

***Counsel for Sidel Blowing and Services SAS***