- 4 -

**Exhibit "A"**

**(Affidavit of Proposed Visiting Attorney)**

## Affidavit of Proposed Visiting Attorney

I, Maura P. McIntyre, am a member in good standing of the bar of the States of Ohio and Pennsylvania. I am a member in good standing of the United States District Court for the Western District of Pennsylvania. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in these cases and in any adversary proceedings in these cases on behalf of Sidel Blowing and Services SAS ("Client"). I designate Amanda E. Preston ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 15, 2023

                                             */s/ Maura P. McIntyre*
                                             Maura P. McIntyre, OH Bar No. 98484
                                             Squire Patton Boggs (US) LLP
                                             1000 Key Tower, 127 Public Square
                                             Cleveland, Oh 44114
                                             Telephone: (216) 479-8500
                                             Facsimile: (216) 479-8780
                                             Email: maura.mcintyre@squirepb.com