UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,   Chapter 11 Case

    Debtors.   Case No.: 22-17842-PDR

_____/

## [PROPOSED] ORDER GRANTING MOTION
## FOR ENLARGEMENT OF TIME TO FILE PROOFS OF CLAIM

Upon consideration of Creditor CSPC Innovation Pharmaceutical Co., Ltd.'s ("the Creditor") Motion for Enlargement of Time to File Proof of Claim ("Motion") (Dkt. 943) pursuant to Fed. R. Bankr. P. 9006(b), and any opposition thereto, and it appearing that good cause has been set forth as to why the court should enlarge the time for the Creditors to file proofs of claim, it is by the United States Bankruptcy Court for the Southern District of Florida, hereby:

**ORDERED, ADJUDGED, AND DECREED:**

1. The Motion for Enlargement of Time to file Proof of Claim is GRANTED; and

2. That the proof of claim attached to the Declaration of Jean-Claude Mazzola as Exhibit A shall be treated as timely filed.

Dated:_____   _____
                                                                            United States District Court Judge
                                                                            Southern District of Florida, Bankruptcy