UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et. al.,

Debtors.
_____/

Chapter 11

Case No. 22-17842-PDR

(Jointly Administered)

## MOTION TO APPEAR PRO HAC VICE

I, Aaron A. Wernick ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, request that this Court admit *pro hac vice* Walter Benzija (the "Visiting Attorney"), an attorney admitted to practice and currently in good standing in the Bars of the States of New York and New Jersey and the United States District Courts for US District Court for the S.D.N.Y., the US District Court for the E.D.N.Y., the US District Court of New Jersey, and Second Circuit Court of Appeals, and is otherwise qualified to practice in this Court, who proposes to act as counsel for Kathleen Cole (the "Client") in the cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the Local Rules of this Court require a member in good standing of the Bar of the United States District Court for the Southern District of Florida, and qualified to practice in this Court, to act as local counsel for such Client, unless the Court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

{00334868.1 / 1446-001 }

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court and agree to act as local counsel for the above-referenced Client in this case and in any such adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this Court approving the same, I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Client, and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: March 15, 2023                     Wernick Law, PLLC
                                          *Counsel for Kathleen Cole*
                                          2255 Glades Road, Suite 324A
                                          Boca Raton, Florida 33431
                                          (561) 961-0922
                                          By: */s/Aaron A. Wernick*
                                          Aaron A. Wernick, Esq.
                                          Florida Bar No. 14059

awernick@wernicklaw.com

LF-44  (rev. 12/01/16)

Page 3 of  8

{00334868.1 / 1446-001 }

**Exhibit 'A"**
**(Affidavit of Proposed Visiting Attorney)**

## Affidavit of Proposed Visiting Attorney

I, Walter Benzija, am a member in good standing of the bars of the Bars of the States of New York and New Jersey and the United States District Courts for the Southern District of New York , the  Eastern District of New York , the District of New Jersey, and the United States Court of Appeals for the Second Circuit , but am not admitted to the bar of the United States District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in this case on behalf of Kathleen Cole ("Client"). I designate Aaron A. Wernick ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of such Client and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 15, 2023	Walter Benzija, Esq.
	Halpern Battaglia Benzija, LLP
	40 Wall Street, 37th Floor
	New York, New York 10005
	T: (212) 765-9100 - F:  (212) 765-0964
	E-mail: wbenzija@halperinlaw.net
	New York Bar No. 2723492
	 By: *Walter Benzija*
	        Walter Benzija, Esq.

**Exhibit "B"**
**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et. al.,

Debtors.
_____/

Chapter 11
Case No. 22-17842-PDR

(Jointly Administered)

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No.____ The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Walter Benzija ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Kathleen Cole ("Client") in these cases and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Aaron A. Wernick, Esq.
> Wernick Law, PLLC
> 2255 Glades Road, Suite 324A
> Boca Raton, Florida 33431
> Telephone: (561) 961-0922
> E-mail: awernick@wernicklaw.com
> Florida Bar No. 14059

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2)

LF-44 (rev. 12/01/16) {00834808.1 / 0446-001 }    Page 3 of 3

in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
Telephone: (561) 961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, is directed to serve a copy of this order on the Visiting Attorney, United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding and shall file a certificate of service thereof.*