**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

    Debtor.

_____/

Case No. 22-17842-PDR

Chapter 11

## NOTICE OF WITHDRAWAL OF AMENDED EX PARTE MOTION TO APPEAR PRO HAC VICE [DOCKET ENTRY 944]

I, Amanda E. Preston ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, hereby withdraw the *Amended Ex Parte Motion to Appear Pro Hac Vice* [Docket Entry 944] and state as follows:

1. Maura P. McIntyre's *Motion to Appear Pro Hac Vice* was filed on March 8, 2023 [Docket Entry 918].

2. On March 9, 2023, the Court set this matter for an in-person hearing due to the fact the Application was not filed *Ex Parte*.

3. On March 15, 2023, at the Court's direction, Movant filed the *Amended Ex Parte Motion to Appear Pro Hac Vice* [Docket Entry 944] so that Ms. McIntyre's application could be granted without an in-person hearing.

4. The Courtroom Deputy, Melva Weldon, advised today after the Amended Motion was filed that the Order granting Ms. McIntyre's Pro Hac Vice Motion was granted on March 9, 2023, at Docket Entry 925. Ms. McIntyre's name was not on the docket entry and because the

- 1 -

- 2 -

hearing had been set at Docket Entry 924, Movant and Ms. McIntyre did not realize that the Order had been entered.

      5.   As a result, Movant hereby withdraws the *Amended Ex Parte Motion to Appear Pro Hac Vice* [Docket Entry 944].

Date: March 15, 2023        **SQUIRE PATTON BOGGS (US) LLP**

*/s/ Amanda E. Preston*
Amanda E. Preston, FL Bar No. 123652
2000 South Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: amanda.preston@squirepb.com

**Counsel for Sidel Blowing and Services SAS**