# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

## CROSS-NOTICE OF 2004 EXAMINATION OF JOHN H. OWOC

Sony Music Entertainment and UMG Recordings, Inc., by and through undersigned counsel, will participate in the examination of John H. Owoc (the "Examinee") on April 7, 2023 at 9:00 a.m. (EST) via Zoom video conference at a link to be provided by counsel.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

[*signature page follows*]

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

Respectfully submitted this 16th day of March, 2023.

        **PRYOR CASHMAN LLP**

        By: */s/ Brendan Everman*
            James G. Sammataro
            Florida Bar No. 520292
            Brendan Everman
            Florida Bar No. 68702
            255 Alhambra Circle, 8th Floor
            Miami, Florida 33134
            Telephone: (212) 421-4100
            Facsimile: (212) 326-0806
            Email: jsammataro@pryorcashman.com
                     beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

        Seth H. Lieberman (*pro hac vice*)
        David C. Rose (*pro hac vice*)
        Stephanie P. Chery (*pro hac vice*)
        Sameer M. Alifarag (*pro hac vice*)
        7 Times Square, 40th Floor
        New York, NY 10036-6596
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        Email: slieberman@pryorcashman.com
                drose@pryorcashman.com
                schery@pryorcashman.com
                salifarag@pryorcashman.com

***COUNSEL TO SONY MUSIC ENTERTAINMENT AND UMG RECORDINGS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of March, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system, and via first-class U.S. Mail, postage prepaid, to John H. Owoc, 16720 Stratford Ct., Southwest Ranches, FL 33331.

 */s/ Brendan Everman*
Brendan Everman