Ex. A - Articles of Incorporation



**P96000040071**

FILED
96 MAY -7 PM 3:33
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

CSC networks
PRENTICE HALL
LEGAL & FINANCIAL SERVICES

```
ACCOUNT NO. :  072100000032

   REFERENCE :  945188   82509A

AUTHORIZATION :

   COST LIMIT :  $ PREPAID
```

ORDER DATE : May 7, 1996

ORDER TIME : 2:11 PM

ORDER NO.  : 945188

CUSTOMER NO: 82509A

CUSTOMER: Vincent J. Owoc, Esq.
          VINCENT OWOC, ESQ

          Suite 203
          4801 S. University Drive
          Davie, FL  33328

            DOMESTIC FILING

    NAME:    VITAL PHARMACEUTICALS, INC.


            EFFECTIVE DATE:

XX____   ARTICLES OF INCORPORATION
_____    CERTIFICATE OF LIMITED PARTNERSHIP

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____    CERTIFIED COPY
XX____   PLAIN STAMPED COPY
_____    CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Daniel W Leggett
                     EXAMINER'S INITIALS: ____



# ARTICLES OF INCORPORATION

## OF

## VITAL PHARMACEUTICALS, INC.


FILED
96 MAY -7 PM 3: 3?
SECRI
TALLAHASSEE, FLORIDA

The undersigned, desiring to form a corporation under the provisions of the Laws of the State of Florida, hereby makes, adopts, subscribes and acknowledges before a Notary Public, and files with the Secretary of State of the State of Florida, the following Articles of Incorporation for such corporation:

### ARTICLE ONE

### Name

The name of the corporation is Vital Pharmaceuticals, Inc.

### ARTICLE TWO

### Mailing Address and Principal Office

The mailing address and principal office of the corporation is 6573 Stirling Rd., Ft. Lauderdale, Florida 33314.

### ARTICLE THREE

### Purpose

The corporation is organized for the purpose of transacting any and all lawful business.

### ARTICLE FOUR

### Capitalization

The aggregate number of shares which the corporation is authorized to issue is 1000 shares of Common Stock. Such shares shall be of a single class, and shall have a par value of $1.00 per share, subject to Shareholders Agreement dated March 19, 1996.

-1-

## ARTICLE FIVE

### Pre-emptive Rights

Every shareholder, upon the sale for cash of any new stock of this corporation of the same kind, class or series as that which he already holds, shall have the right to purchase his or her pro rata share thereof (as nearly as may be done without issuance of fractional shares) at the price at which it is offered to others, subject to Shareholders Agreement dated March 19, 1996 between shareholders.

## ARTICLE SIX

### Registered Office and Agent

The street address of the initial registered office of the corporation is 6573 Stirling Rd., Ft. Lauderdale, Florida 33314, and the name of its initial registered agent a. that address is JOHN H. OWOC. Notwithstanding the above, this corporation may move the principal office to any other address.

## ARTICLE SEVEN

### Incorporator

The name and address of the incorporator is:
JOHN H. OWOC, 6573 Stirling Rd., Ft. Lauderdale, Florida 33314.

## ARTICLE EIGHT

### Directors

The initial board of directors of the corporation shall consist of one director and such director shall hold office for the first year of the corporation's existence, or until his or her successor has been duly elected and qualified, or until his or her death. The number of directors may be either increased or decreased by the bylaws of the corporation but shall never be less than one. The name and address of the director is: JOHN H.OWOC, 6573 Stirling Rd., Ft. Lauderdale, Florida 33314.

## ARTICLE NINE

### Indemnification

The corporation shall indemnify any officer, director, employee or agent, or any former officer, director, employee or agent, to the full extent permitted by law.

## ARTICLE TEN

### By-laws

The shareholders of the corporation shall have the power to adopt, alter, amend or repeal the by-laws of the corporation.

## ARTICLE ELEVEN

### Amendment

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned incorporator has executed these Articles of Incorporartion this 19 day of March, 1996.

JOHN H. OWOC

**STATE OF FLORIDA
COUNTY OF BROWARD**

**BEFORE ME**, the undersigned authority, personally appeared, **JOHN H. OWOC**, who has produced his Florida Driver's License as identification, or who is personally known to me and who, after being by me first duly cautioned and sworn, deposes and says under oath that he is the party to the foregoing Articles of Incorporation and he executed such articles voluntarily, and that the facts therein are true.

**WITNESS** my hand and seal at Broward County, Florida, the day and date first above set forth.

My commission expires:

_____
Notary Public, State of Florida

VINCENT J. OWOC
MY COMMISSION # CC 394926
EXPIRES: August 10, 1998
Bonded Thru Notary Public Underwriters

-4-

### CERTIFICATE OF DESIGNATION
### REGISTERED AGENT/REGISTERED OFFICE

Pursuant to the provisions of sections 607.0501 or 617.0501, Florida Statutes, the undersigned corporation, organized under the laws of the State of Florida, submits the following statement in designating the registered office/registered agent, in the State of Florida.

96 MAY -7 PM 3:33
FILED
TALLAHASSEE, FLORIDA

1. The name of the corporation is: **VITAL PHARMACEUTICALS, INC.**

2. The name and address of the registered agent and office is:

   **JOHN H. OWOC**
   (NAME)

   **6572 Stirling Rd.**
   (P.O. BOX NOT ACCEPTABLE)

   **Ft. Lauderdale, Florida 33314**
   (CITY/STATE/ZIP)

HAVING BEEN NAMED AS REGISTERED AGENT AND TO ACCEPT SERVICE OF PROCESS FOR THE ABOVE STATED CORPORATION AT THE PLACE DESIGNATED IN THIS CERTIFICATE, I HEREBY ACCEPT THE APPOINTMENT AS REGISTERED AGENT AND AGREE TO ACT IN THIS CAPACITY. I FURTHER AGREE TO COMPLY WITH THE PROVISIONS OF ALL STATUTES RELATING TO THE PROPER AND COMPLETE PERFORMANCE OF MY DUTIES, AND I AM FAMILIAR WITH AND ACCEPT THE OBLIGATIONS OF MY POSITION AS REGISTERED AGENT.

SIGNATURE _[signed]_

DATE 5/5/96