<u>Ex. B - Declaration with Invoices</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |

**DECLARATION OF WALTER BENZIJA IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM**

Pursuant to 28 U.S.C. § 1746, Walter Benzija hereby declares:

1. I am a member of the law firm of Halperin Battaglia Benzija, LLP ("**HBB**"), which maintains offices for the practice of law at 40 Wall Street - 37th Floor, New York, New York 10005. I am familiar with the matters set forth herein, and make this declaration in support of the *Motion of Kathleen Cole for Allowance and Payment of Administrative Expense Claim and for Related Relief* (the "<u>Motion</u>").

2. In or about December 2022, Kathleen Cole ("<u>Ms. Cole</u>") retained HBB to represent her in the above-captioned cases.

3. Since HBB's retention, lawyers from that firm have provided legal services to Ms. Cole, and have rendered monthly invoices to Ms. Cole to reflect the services provided.

4. Attached hereto are true and correct copies of HBB's monthly invoices delivered to Ms. Cole for the months of December 2022, January 2023, and February 2023 ("<u>HBB's Invoices</u>"), redacted to protect privileged information.

*I declare under the penalties of perjury that the foregoing is true and correct.*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Executed on March 16, 2023, New York, New York

>	*/s/Walter Benzija*
>	Walter Benzija, Esq.

2

<u>Exhibits to Declaration</u>

**<u>HBB INVOICES</u>**

# Halperin Battaglia Benzija, LLP

40 Wall Street
37th Floor
New York, NY 10005

212-765-9100 T        212-765-0964 F

**Tax I.D. No.: 20-1472068**

Ms. Kathleen Cole
<span style="background-color:black;color:white">Privileged</span>

December 31, 2022

Client Ref. #: 1446-001
**Invoice #:  49530**

In Reference To:    Vital Pharmaceuticals, Inc, et al.

For the period of:                          to    December 31, 2022

Professional Services

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2022 | SAZ | Emails with W. Benzija regarding [Privileged]. | | 0.10<br>575.00/hr | 57.50 |
| 12/20/2022 | SAZ | Review subpoena from Monster Energy on K. Cole and related communications; Brief review of 2004 rules and possible objections; Zoom Meeting with K. Cole, W. Benzija and A. Halperin regarding [Privileged]; Telephone call with W. Benzija regarding [Privileged]. | | 2.10<br>575.00/hr | 1,207.50 |
|  | WB | Preparation for call with client, A. Halperin and S. Ziluck; Call with client regarding [Privileged]; Follow up regarding same. | | 2.50<br>650.00/hr | 1,625.00 |
|  | ADH | Zoom with client to [Privileged] | | 1.40<br>695.00/hr | 973.00 |
| 12/21/2022 | WB | Confer with S. Ziluck regarding [Privileged]; Review email to opposing counsel and follow up regarding same; Review bankruptcy docket, cross notices of 2004 and developments. | | 1.50<br>650.00/hr | 975.00 |
|  | SAZ | Office conference with W. Benzija regarding [Privileged] 2004 notices served on K. Cole and email to Monster's counsel; Review same; Emails with Monster's counsel regarding need to adjourn document production and deposition date; Email to K. Cole regarding [Privileged]. | | 0.50<br>575.00/hr | 287.50 |

Vital Pharmaceuticals, Inc, et al.            Page   2

Invoice #: 49530

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2022 | SAZ | Review emails between K. Cole and W. Benzija regarding `Privileged`, email from debtor's counsel regarding privilege and other issues; Telephone call with W. Benzija regarding `Privileged`; Email from C. Mackle regarding scheduling. | 0.40 575.00/hr | 230.00 |
| | WB | Review emails regarding `Privileged`; Emails with debtor counsel regarding privilege issue; Confer with S. Ziluck regarding same; Emails regarding scheduling and consider same. | 1.60 650.00/hr | 1,040.00 |
| 12/23/2022 | SAZ | Emails with K. Cole and W. Benzija regarding `Privileged` `Privileged` Brief review of same; Telephone call with W. Benzija regarding `Privileged`; Email to C. Mackle regarding same. | 0.80 575.00/hr | 460.00 |
| | WB | Review and respond to emails from debtor's counsel; Review client emails regarding `Privileged`; Confer with with S. Ziluck regarding `Privileged`; `Privileged` | 2.30 650.00/hr | 1,495.00 |
| 12/27/2022 | WB | `Privileged` | 1.20 650.00/hr | 780.00 |
| 12/29/2022 | SAZ | Emails with C. Mackle regarding scheduling of K. Cole deposition; Emails with W. Benzija regarding `Privileged` | 0.10 575.00/hr | 57.50 |
| | WB | `Privileged` `Privileged` | 0.40 650.00/hr | 260.00 |

           For professional services rendered            $9,448.00

Accounts receivable transactions



Privileged

**Balance due**            **$8,148.00**

# Halperin Battaglia Benzija, LLP

40 Wall Street
37th Floor
New York, NY 10005

212-765-9100 T       212-765-0964 F

**Tax I.D. No.: 20-1472068**

Ms. Kathleen Cole
Privileged

January 31, 2023

Client Ref. #: 1446-001
**Invoice #:  49612**

In Reference To:   Vital Pharmaceuticals, Inc, et al.
For the period of:  January 1, 2023       to      January 31, 2023

Professional Services

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2023 | SAZ | Emails with C. Mackle, K. Cole, and W. Benzija regarding scheduling of deposition Privileged Privileged | | 0.20 580.00/hr | 116.00 |
|  | WB | Follow up with debtor's counsel regarding scheduling, potential privilege issues. | | 0.30 675.00/hr | 202.50 |
| 1/4/2023 | WB | Call with Committee counsel regarding joining in 2004 notice; Confer with S. Ziluck regarding Privileged. | | 0.80 675.00/hr | 540.00 |
| 1/5/2023 | WB | Review new cross notice of 2004; Privileged | | 0.30 675.00/hr | 202.50 |
| 1/6/2023 | WB | Review emails regarding Privileged; Consult with S. Ziluck regarding Privileged | | 0.50 675.00/hr | 337.50 |
| 1/9/2023 | WB | Attention to deposition scheduling; Privileged; Emails with Committee counsel. | | 1.10 675.00/hr | 742.50 |
|  | SAZ | Emails with W. Benzija regarding issues Privileged; Emails with K. Cole regarding Privileged | | 0.20 580.00/hr | 116.00 |
| 1/10/2023 | WB | Privileged Conduct telephonic meeting with client and S. Ziluck; Follow up with debtor's counsel; Privileged | | 1.60 675.00/hr | 1,080.00 |

Vital Pharmaceuticals, Inc, et al.                                                Page 2

Invoice #: 49612

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/10/2023 | SAZ | Zoom meeting with K. Cole and W. Benzija regarding [Privileged]. Confer with W. Benzija regarding [Privileged]; Review draft email to Latham regarding document production; Email from K. Cole regarding [Privileged]; [Privileged] | 1.30 580.00/hr | 754.00 |
| 1/11/2023 | WB | Preparation for call with Committee and conduct same; [Privileged] Begin review of responsive documents. | 1.40 675.00/hr | 945.00 |
| | SAZ | Telephone call with W. Benzija regarding [Privileged] [Privileged] | 0.20 580.00/hr | 116.00 |
| 1/12/2023 | WB | [Privileged] | 0.60 675.00/hr | 405.00 |
| 1/13/2023 | WB | Follow up regarding [Privileged] Review emails regarding [Privileged] [Privileged] | 1.50 675.00/hr | 1,012.50 |
| | SAZ | Emails with K. Cole and W. Benzija regarding [Privileged] | 0.10 580.00/hr | 58.00 |
| 1/17/2023 | SAZ | Finish reviewing first set of documents from K. Cole; Emails with W. Benzija regarding [Privileged]; Begin review of new documents. | 2.20 580.00/hr | 1,276.00 |
| | WB | Review of responsive documents; Email S. Ziluck regarding [Privileged] | 2.00 675.00/hr | 1,350.00 |
| | CAM | Preparation and organization of documents for S. Ziluck use and review. | 0.80 95.00/hr | 76.00 |
| 1/18/2023 | WB | Attention to document production; Consult with S. Ziluck and email client regarding [Privileged] | 2.50 675.00/hr | 1,687.50 |
| | SAZ | Continue client document review; Confer with W. Benzija regarding [Privileged] Emails with K. Cole regarding [Privileged] | 2.60 580.00/hr | 1,508.00 |
| 1/19/2023 | WB | Follow up review for document production; [Privileged] [Privileged] Email debtor's counsel. | 1.50 675.00/hr | 1,012.50 |

Vital Pharmaceuticals, Inc, et al.                                                                                                Page     3

Invoice #:  49612

|            |     |                                                                                                                                                                                                                                      | Hrs/Rate         | Amount   |
|------------|-----|----|----|----|
| 1/19/2023  | SAZ | Finish review of client documents; Prepare client documents to send to Debtors' counsel; Emails with A. Quartarolo regarding same; Confer with W. Benzija regarding [Privileged]                                                     | 2.70 580.00/hr   | 1,566.00 |
| 1/20/2023  | WB  | Consult regarding Latham lawyer questions regarding production; [Privileged]                                                                                                                                                         | 0.50 675.00/hr   | 337.50   |
|            | SAZ | Emails with Debtors' counsel regarding issues related to text message document; Confer with W. Benzija regarding [Privileged]; Emails and telephone call with K. Cole regarding [Privileged]                                         | 0.50 580.00/hr   | 290.00   |
| 1/23/2023  | SAZ | Prepare email to Debtors' counsel regarding text message document; Confer with W. Benzija regarding [Privileged]                                                                                                                     | 0.40 580.00/hr   | 232.00   |
|            | WB  | Follow up regarding production and preparation for 2004.                                                                                                                                                                             | 0.80 675.00/hr   | 540.00   |
| 1/24/2023  | WB  | Follow up with S. Ziluck regarding [Privileged] [Privileged] Review new notice of 2004 filed by creditor.                                                                                                                            | 0.50 675.00/hr   | 337.50   |
|            | SAZ | Emails with A. Quartarolo regarding follow-up on debtors' review of documents; Confer with W. Benzija regarding [Privileged]                                                                                                         | 0.20 580.00/hr   | 116.00   |
| 1/25/2023  | SAZ | Email to A. Quartarolo regarding follow-up on status of privilege and confidentiality review; Emails and calls with Monster counsel regarding issues related to K. Cole deposition; [Privileged]                                     | 1.10 580.00/hr   | 638.00   |
|            | WB  | Conferences with S. Ziluck regarding [Privileged]; Review and comment on email regarding [Privileged]; Email counsel for debtor's regarding review of documents; Follow up with client and S. Ziluck regarding [Privileged]          | 1.20 675.00/hr   | 810.00   |
| 1/26/2023  | SAZ | Emails with R. Feinstein regarding K. Cole deposition; Review all 2004 notices; Emails with all 2004 noticing parties regarding adjournment of K. Cole deposition; Email to K. Cole regarding [Privileged]                           | 0.70 580.00/hr   | 406.00   |
|            | WB  | Consult with S. Ziluck regarding [Privileged]; Email to participants laying out framework and limitations; [Privileged]                                                                                                              | 1.30 675.00/hr   | 877.50   |

Vital Pharmaceuticals, Inc, et al.                                                              Page     4

Invoice #:  49612

|            |     |                                                                                                                                                                                                                                                                                                             | Hrs/Rate           | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
|            |     | Schedule and prepare for call with debtor's counsel regarding documents.                                                                                                                                                                                                                                    |                    |            |
| 1/27/2023  | SAZ | Telephone call with A. Quartarolo and W. Benzija regarding discussion of Debtors' issues with document production; Telephone call with W. Benzija regarding [Privileged] Telephone call from A. Quartarolo regarding additional document and related issues; Telephone call with W. Benzija regarding [Privileged]; Email to K. Cole regarding [Privileged] | 1.20<br>580.00/hr  | 696.00     |
|            | WB  | Call with S. Ziluck and debtor's counsel regarding production; [Privileged] Review email from debtors regarding protective order and responses; Email S. Ziluck regarding [Privileged]                                                                                                                       | 1.80<br>675.00/hr  | 1,215.00   |
| 1/30/2023  | WB  | [Privileged] Review draft order; Conduct call with parties and confer with S. Ziluck regarding [Privileged]; Review comment on revised requests.                                                                                                                                                            | 2.60<br>675.00/hr  | 1,755.00   |
|            | SAZ | Brief review of draft protective order; Participate in call with Debtors' counsel and 2004 parties' counsel regarding issues related to K. Cole production of documents; Confer with W. Benzija regarding [Privileged]                                                                                      | 0.70<br>580.00/hr  | 406.00     |
| 1/31/2023  | SAZ | Office conference with W. Benzija regarding [Privileged] Emails with K. Cole regarding [Privileged]                                                                                                                                                                                                          | 0.40<br>580.00/hr  | 232.00     |
|            | WB  | Follow up with client regarding [Privileged] Review files regarding [Privileged]                                                                                                                                                                                                                             | 0.50<br>675.00/hr  | 337.50     |

For professional services rendered                                                                                                                                                              $24,329.50

**Privileged**

Vital Pharmaceuticals, Inc, et al.                                                                                             Page    5
Invoice #:  49612

|  | Amount |
|---|---|
| **Balance due** | **$19,329.50** |

# Halperin Battaglia Benzija, LLP

40 Wall Street
37th Floor
New York, NY 10005

212-765-9100 T        212-765-0964 F

**Tax I.D. No.: 20-1472068**

Ms. Kathleen Cole

**Privileged**

February 28, 2023

Client Ref. #: 1446-001
**Invoice #: 49684**

In Reference To:   Vital Pharmaceuticals, Inc, et al.

For the period of:   February 1, 2023    to    February 28, 2023

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2023 | SAZ | Emails from Creditors Committee counsel and Monster counsel regarding comments to protective order; Brief review of same; Office conference with W. Benzija regarding **Privileged** | 0.30<br>580.00/hr | 174.00 |
|  | WB | Review comments to confidentiality order from CC and monster counsel. | 0.90<br>675.00/hr | 607.50 |
| 2/2/2023 | SAZ | Confer with W. Benzija regarding **Privileged** | 0.10<br>580.00/hr | 58.00 |
|  | WB | Review emails from parties regarding revised document production standards and comments to confidentility order; Confer with S. Ziluck regarding **Privileged** | 0.80<br>675.00/hr | 540.00 |
| 2/3/2023 | WB | **Privileged** | 0.30<br>675.00/hr | 202.50 |
| 2/4/2023 | SAZ | Email from Debtors' counsel to 2004 parties regarding comments on draft protective order and status of narrowing of document requests; Emails with W. Benzija regarding **Privileged** | 0.10<br>580.00/hr | 58.00 |
| 2/6/2023 | SAZ | Emails with W. Benzija regarding **Privileged** ; Email to K. Cole regarding **Privileged** . Email to Debtors' counsel and 2004 parties regarding failure to | 0.50<br>580.00/hr | 290.00 |

Vital Pharmaceuticals, Inc, et al.                                                                                           Page    2

Invoice #:  49684

|        |     |                                                                                                                                                                                                                                                                                                               | Hrs/Rate         |   Amount |
|--------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
|        |     | finalize protective order and agree on scope of discovery demands.                                                                                                                                                                                                                                            |                  |          |
| 2/6/2023 | WB  | Confer with S. Ziluck regarding [Privileged]; Review and edit email to group; Emails to client and S. Ziluck regarding [Privileged]                                                                                                                                                                           | 0.90<br>675.00/hr | 607.50   |
| 2/7/2023 | WB  | Review emails regarding continuing issues with document requests and confidentiality order; Emails with client regarding [Privileged]                                                                                                                                                                         | 0.60<br>675.00/hr | 405.00   |
|        | SAZ | Email from R. Feinstein regarding Monster's position on the protective order and narrowing of document requests; Emails with W. Benzija regarding [Privileged]; Email to A. Quartarolo regarding same; Email from A. Quartarolo regarding Debtors' position on protective order and scope of document requests. | 0.40<br>580.00/hr | 232.00   |
| 2/8/2023 | WB  | Monitor emails amongst debtor and creditor parties regarding resolution of open issues; Call with client and S. Ziluck regarding [Privileged]                                                                                                                                                                 | 1.10<br>675.00/hr | 742.50   |
|        | SAZ | Telephone call with K. Cole and W. Benzija regarding [Privileged] Office conference with W. Benzija regarding [Privileged]; Emails between counsel to Debtors and 2004 parties regarding protective order and scope of discovery requests; Review Debtors' motion regarding protective order and scope of discovery. | 0.70<br>580.00/hr | 406.00   |
| 2/9/2023 | WB  | Review motion filed by debtors related to discovery requests; Emails with client regarding [Privileged]; Review and confer with S. Ziluck regarding [Privileged]                                                                                                                                              | 1.40<br>675.00/hr | 945.00   |
|        | SAZ | Emails R. Feinstein regarding need to adjourn deposition; Emails with K. Cole regarding [Privileged]; Confer with W. Benzija regarding [Privileged]                                                                                                                                                           | 0.40<br>580.00/hr | 232.00   |
| 2/10/2023 | WB | Review emails to and from 2004 parties; Confer with S. Ziluck regarding [Privileged]; Email client regarding [Privileged]                                                                                                                                                                                     | 0.80<br>675.00/hr | 540.00   |

Vital Pharmaceuticals, Inc, et al.                                                                                                  Page     3

Invoice #:  49684

|            |     |                                                                                                                                                                                                                                    | Hrs/Rate         | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 2/10/2023  | SAZ | Emails with R. Feinstein regarding new date for deposition; Emails with all 2004 parties regarding same; Emails with K. Cole regarding [Privileged]; Confer with W. Benzija regarding [Privileged]                                 | 0.60<br>580.00/hr | 348.00   |
| 2/11/2023  | WB  | Review email from debtor's counsel regarding new document request wording; Email and telephone call with S. Ziluck regarding [Privileged]; Review email to Latam; Email client regarding [Privileged].                             | 0.70<br>675.00/hr | 472.50   |
|            | SAZ | Emails and telephone call with A. Quartarolo regarding discussion of proposed narrowed document requests posed by 2004 parties and related issues; Emails and telephone call with W. Benzija regarding [Privileged] Emails with K. Cole and W. Benzija regarding [Privileged]. | 1.00<br>580.00/hr | 580.00   |
| 2/13/2023  | WB  | Review Monster reply to debtor's motion; Review client email regarding [Privileged]                                                                                                                                                | 1.10<br>675.00/hr | 742.50   |
|            | SAZ | Emails with K. Cole and W. Benzija regarding [Privileged]; Review Monster's opposition to Debtor's Motion for Protective Order.                                                                                                    | 0.30<br>580.00/hr | 174.00   |
| 2/14/2023  | WB  | Follow up regarding [Privileged] [Privileged] Call with client regarding [Privileged]; Confer with S. Ziluck regarding [Privileged]                                                                                                | 1.50<br>675.00/hr | 1,012.50 |
|            | SAZ | Telephone call with W. Benzija regarding [Privileged]                                                                                                                                                                              | 0.30<br>580.00/hr | 174.00   |
| 2/15/2023  | WB  | Confer with S. Ziluck regarding [Privileged]; Follow up with client and review of potential production in light of new standards.                                                                                                  | 1.20<br>675.00/hr | 810.00   |
|            | SAZ | Emails and telephone call with A. Quartarolo regarding hearing and court request for our consent on revised proposed document requests; Confer with W. Benzija regarding [Privileged]; Emails with K. Cole regarding [Privilege].  | 1.10<br>580.00/hr | 638.00   |
| 2/16/2023  | WB  | Review of finalized protective order and counsel emails and comments to same; Confer via email with S. Ziluck regarding [Privileged]; [Privileged]                                                                                 | 2.30<br>675.00/hr | 1,552.50 |

Vital Pharmaceuticals, Inc, et al.                                                                                                  Page     4

Invoice #:  49684

|            |     |                                                                                                                                                                                                                                                                                                                                         |     Hrs/Rate      |   Amount |
|------------|-----|-----|-----|-----|
|            |     | **Privileged**                                                                                                                                                                                                                                                                                                                          |                   |          |
| 2/16/2023  | SAZ | Emails with Debtors' counsel and counsel to 2004 parties regarding draft protective order on K. Cole document production and clarification concerning scope of same; Confer with W. Benzija regarding **Privileged**; Review Monster's comments to same; Emails with K. Cole regarding **Privileged**; Review documents regarding identification of documents to produce given new scope of requests. | 2.40<br>580.00/hr | 1,392.00 |
| 2/17/2023  | WB  | Telephone call with S. Ziluck regarding **Privileged**; Review of same; Review emails from 2004 parties and latest filings.                                                                                                                                                                                                             | 1.50<br>675.00/hr | 1,012.50 |
|            | SAZ | Final review of documents for production to Debtors; Telephone call with W. Benzija regarding **Privileged**; Emails and telephone call with A. Quartarolo regarding same; Emails with K. Cole regarding **Privileged**.                                                                                                                | 1.40<br>580.00/hr |   812.00 |
| 2/18/2023  | SAZ | Telephone call with K. Cole regarding **Privileged**.                                                                                                                                                                                                                                                                                   | 0.50<br>580.00/hr |   290.00 |
| 2/20/2023  | WB  | Review and respond to emails regarding **Privileged**.                                                                                                                                                                                                                                                                                  | 1.20<br>675.00/hr |   810.00 |
|            | SAZ | Telephone call with K. Cole regarding **Privileged**; Emails with A. Quartarolo regarding same.                                                                                                                                                                                                                                         | 1.00<br>580.00/hr |   580.00 |
| 2/21/2023  | SAZ | Emails with A. Quartarolo regarding designation of documents for production and related issues; Draft response to 2004 notice and cross-notices; Review all documents to prepare for production regarding bate stamping, confidentiality designations and redactions; Emails with W. Benzija regarding **Privileged**; Emails with 2004 counsel regarding same. | 2.70<br>580.00/hr | 1,566.00 |
|            | WB  | Consult with S. Ziluck regarding **Privileged**; Review final production; **Privileged**.                                                                                                                                                                                                                                               | 1.80<br>675.00/hr | 1,215.00 |
| 2/22/2023  | WB  | Confer with S. Ziluck regarding **Privileged**; Follow up emails regarding **Privileged**.                                                                                                                                                                                                                                              | 0.80<br>675.00/hr |   540.00 |

Vital Pharmaceuticals, Inc, et al.                                                                                                  Page     5

Invoice #:  49684

|            |     |                                                                                                                                                                         | Hrs/Rate          | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 2/22/2023  | SAZ | Emails from 2004 parties with issues accessing documents; Emails with R. Feinstein regarding issues related to scope of document production; Confer with W. Benzija regarding [Privileged] | 0.70 580.00/hr    | 406.00     |
| 2/23/2023  | WB  | Confer with S. Ziluck regarding [Privileged]                                                                                                                            | 0.40 675.00/hr    | 270.00     |
| 2/24/2023  | SAZ | Review documents to prepare for deposition preparation; Zoom meeting with K. Cole and W. Benzija regarding [Privileged] Confer with W. Benzija regarding [Privileged]   | 2.00 580.00/hr    | 1,160.00   |
|            | WB  | Preparation for 2004 exam with client and S. Ziluck.                                                                                                                    | 2.20 675.00/hr    | 1,485.00   |
| 2/25/2023  | SAZ | Telephone call with A. Quartarolo regarding issues related to privilege and confidentiality at deposition; Emails with K. Cole regarding [Privileged]                   | 0.40 580.00/hr    | 232.00     |
| 2/27/2023  | WB  | Preparation for 2004 exam; Consult with S. Ziluck regarding [Privileged]                                                                                                | 0.90 675.00/hr    | 607.50     |
| 2/28/2023  | WB  | Observe and confer with S. Ziluck and client during 2004 examination; Confer with S. Ziluck and client [Privileged]                                                     | 6.50 675.00/hr    | NO CHARGE  |
|            | SAZ | Meetings with K. Cole regarding [Privileged] [Privileged]; Confer with K. Cole and W. Benzija regarding [Privileged]; Attend deposition of K. Cole.                     | 7.00 580.00/hr    | 4,060.00   |

For professional services rendered                                                                                                            $28,982.00

[Privileged]

**Balance due**                                                                                                                               **$25,982.00**