Exhibit "C"
Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                      Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.[1]                                                 Case No. 22-17842 (PDR)

                                                            (Jointly Administered)

_____/

**ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF KATHLEEN COLE**

Upon consideration of the *Motion of Kathleen Cole for Allowance and Payment of Administrative Expense Claim and for Related Relief* (the "Motion") [ECF ___]; the Court having determined that granting the relief requested in the Motion is appropriate; it appearing that due and adequate notice of the Motion has been given, and that no other further notice is necessary; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{00334836.2 / 1446-001 }

1. The Motion is granted to the extent set forth herein.

2. Kathleen Cole ("Ms. Cole") is allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of _____.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### 

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561) 961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service.*

{00334836.2 / 1446-001}  2