

**ORDERED in the Southern District of Florida on March 17, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' THIRD OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF EXECUTORY CONTRACTS**

**THIS MATTER** came before the Court on March 16, 2023, at 2:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts* (the "Motion") [ECF No. 824] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks authority to

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11923977-3

reject the (i) Constellium Contract[2] with Constellium Muscle Shoals LLC; (ii) Novelis Contract with Novelis Corporation; and (iii) Fiesta Contract with Fiesta.  The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors.  Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary.  Accordingly, based on the entire record of the hearing on the Motion and the *Limited Objection to Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts* [ECF No. 885] filed by Fiesta Warehousing and Distribution, Co., it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the Constellium Contract is **APPROVED**, effective as of February 17, 2023, pursuant to 11 U.S.C. § 365(a).

3. The Debtors' rejection of the Novelis Contract is **APPROVED**, effective as of February 17, 2023, pursuant to 11 U.S.C. § 365(a).

4. The Debtors' rejection of the Fiesta Contract is **APPROVED**, effective as of the date of this Order, pursuant to 11 U.S.C. § 365(a).

5. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT.**

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

11923977-3

**THE FOREGOING DEADLINE IS INAPPLICABLE TO THE ASSERTION OF ANY CLAIM FOR UNPAID ADMINISTRATIVE EXPENSES ARISING UNDER to 11 U.S.C. § 503(a) AND (b); INSTEAD, THE ASSERTION OF ANY ADMINISTRATIVE EXPENSE SHALL BE GOVERNED BY ANY ADMINISTRATIVE BAR ORDER WHICH THIS COURT MAY ENTER.**

6. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11923977-3