**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al., | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

## NOTICE OF APPEARANCE

Nicole Grimal Helmstetter, Esq., of the law firm of Buchanan Ingersoll & Rooney, PC, files this Notice of Appearance as counsel for Creditor, Premier Distributing Company, and requests service of all pleadings, notices, motions and orders.

Date: March 17, 2023

    Respectfully submitted,

    By: */s/ Nicole Grimal Helmstetter*
        Nicole Grimal Helmstetter
        Florida Bar No: 86937
        nicole.helmstetter@bipc.com
        **BUCHANAN INGERSOLL & ROONEY PC**
        2 South Biscayne Blvd., Suite 1500
        Miami, Florida 33131
        Tel: (305) 347-4080
        Fax: (305) 347-4089

        *Counsel for Creditor, Premier Distributing Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on March 17, 2023, thereby serving all registered ECF users in the case.

    By: */s/ Nicole Grimal Helmstetter*
        Nicole Grimal Helmstetter