UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC | CASE NO: 22-17842<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 952 |

On 3/21/2023, I did cause a copy of the following documents, described below,

Motion of Kathleen Cole for Allowance and Payment of Administrative Expense Claim  ECF Docket Reference No. 952  960

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2023

/s/ Aaron A. Wernick
Aaron A. Wernick  14059

Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431
561 613 8306
cworkinger@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC | CASE NO: 22-17842<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 952 |

On 3/21/2023, a copy of the following documents, described below,

Motion of Kathleen Cole for Allowance and Payment of Administrative Expense Claim  ECF Docket Reference No. 952  960

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick
Wernick Law, PLLC
2255 Glades Road, Ste 324A
Boca Raton, FL  33431

USPS FIRST CLASS MAILING CERTIFICATE
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-17842<br>SOUTHERN DISTRICT OF FLORIDA<br>TUE MAR 21 13-16-4 PST 2023 | (U)1600FLL LLC | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>POB 183853<br>ARLINGTON  TX 76096-3853 |
| ACAR LEASING LTD  INC DBA GM FINANCIAL L<br>CO CHRISTOPHER R THOMPSON  ESQ<br>BURR  FORMAN LLP<br>200 S ORANGE AVE  SUITE 800<br>ORLANDO  FL 32801-6404 | ALDA 4747 W BUCKEYE LLC<br>CO HAMID R RAFATJOO<br>RAINES FELDMAN LLP<br>1800 AVENUE OF THE STARS<br>12TH FLOOR<br>LOS ANGELES  CA 90067-4201 | AMEX TRS CO  INC<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| ALL BRANDS DISTRIBUTION  LLC<br>CO ZACH B SHELOMITH  ESQ<br>2699 STIRLING RD  C401<br>FORT LAUDERDALE  FL 33312-6598 | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMERICREDIT FINANCIAL SERVICES  INC DE GM<br>P O BOX 183853<br>ARLINGTON  TX 76096-3853 |
| AMERICREDIT FINANCIAL SERVICES  INC DBA G<br>CO CHRISTOPHER R THOMPSON<br>BURR  FORMAN LLP<br>200 S ORANGE AVE  SUITE 800<br>ORLANDO  FL 32801-6404 | ARDAGH METAL PACKAGING USA CORP<br>CO SHUMAKER  LOOP  KENDRICK  LLP<br>101 S TRYON STREET  SUITE 2200<br>CHARLOTTE  NC 28280-0027 | EXCLUDE<br>(U)ARISTA MUSIC |
| EXCLUDE<br>(U)ARISTA RECORDS LLC | EXCLUDE<br>(U)BALBOA CAPITAL CORPORATION<br>MCGLINCHEY STAFFORD<br>1 EAST BROWARD BOULEVARD<br>SUITE 1400<br>FORT LAUDERDALE  UNITED STATES | EXCLUDE<br>(U)BALL METAL BEVERAGE CONTAINER CORP |
| BANG ENERGY CANADA  INC<br>1600 N PARK DR<br>WESTON  FL 33326-3278 | BROWARD COUNTY<br>CO RECORDS  TAXES  TREASURY<br>ATTN  BANKRUPTCY SECTION<br>115 S ANDREWS AVE A-100<br>FT LAUDERDALE  FL 33301-1888 | CI421 4747 W BUCKEYE LLC<br>CO HAMID R RAFATJOO<br>RAINES FELDMAN LLP<br>1800 AVENUE OF THE STARS<br>12TH FLOOR<br>LOS ANGELES  CA 90067-4201 |
| CM BUILDERS  INC DBA INTEGRATED MASONRY<br>CO CAROLYN R TATKIN<br>RADIX LAW<br>15205 N KIERLAND BLVD  SUITE 200<br>SCOTTSDALE  AZ 85254-8170 | EXCLUDE<br>(U)CM BUILDERS  INC  DBA INTEGRATED MASONRY | CRG FINANCIAL LLC<br>84 HERBERT AVE<br>BUILDING B - SUITE 202<br>CLOSTER  NJ 07624-1313 |
| EXCLUDE<br>(U)CSPC INNOVATION PHARMACEUTICAL CO LTD | EXCLUDE<br>(U)CAPITOL RECORDS  LLC | CAROLINA CANNERS  INC<br>CO KELLEY  FULTON  KAPLAN  ELLER PL<br>1665 PALM BEACH LAKES BLVD<br>SUITE 1000<br>WEST PALM BEACH  FL 33401-2109 |
| CARROLLTONFARMERS BRANCH ISO<br>CO LINDA D REECE<br>1919 S SHILOH RD  SUITE 640  LB 40<br>GARLAND  TX 75042-8234 | EXCLUDE<br>(U)CHESTNUT HILL TECHNOLOGIES  INC | EXCLUDE<br>(U)CIRCLE K PROCUREMENT AND BRANDS  LT |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U)CIRCLE K STORES   INC~~

COLE   SCOTT   KISSANE   PA
9150 S DADELAND BLVD 1440
MIAMI   FL 33156-7855

~~EXCLUDE~~
~~(U)COMMITTEE~~

CREDITOR COMMITTEE
CO CLINT E PYLE
TEMPORARY CHAIRPERSON
2900 HARTLEY ROAD
JACKSONVILLE   FL 32257-8221

~~EXCLUDE~~
~~(U)CROWN CORK   SEAL USA   INC~~

~~EXCLUDE~~
~~(U)DAIRY FARMERS OF AMERICA   INC~~

DALLAS COUNTY
LINEBARGER GOGGAN BLAIR   SAMPSON   LLP
CO JOHN K TURNER
2777 N STEMMONS FRWY STE 1000
DALLAS   TX 75207-2328

~~EXCLUDE~~
~~(U)DOEHLER USA   INC~~

UNDELIVERABLE
DOHLER DAHLENBURG GMBH

~~EXCLUDE~~
~~(U)DRISCOLL   LLP~~

EASTGROUP PROPERTIES   LP
CO THOMAS L ABRAMS
633 S ANDREWS AVE   500
FORT LAUDERDALE   FL 33301-2858

~~EXCLUDE~~
~~(U)EFL GLOBAL~~

UNDELIVERABLE
EFL GLOBAL LOGISTICS CANADA   LTD

~~EXCLUDE~~
~~(U)EVOX FL PEMBROKE 20351 LLC~~

FAITH TECHNOLOGIES INCORPORATED
CO JERRY MARKOWITZ
MARKOWITZ RINGEL TRUSTY   HARTOG PA
9130 S DADELAND BLVD
SUITE 1800
MIAMI   FL 33156-7858

GEKAY SALES   SERVICE CO   INC
CO AARON A WERNICK   ESQ
2255 GLADES ROAD   SUITE 324A
BOCA RATON   FL 33431-8571

~~EXCLUDE~~
~~(U)HACI MECHANICAL CONTRACTORS   INC~~

~~EXCLUDE~~
~~(U)HARDROCK CONCRETE PLACEMENT CO   INC~~

JHO INTELLECTUAL PROPERTY HOLDINGS   LLC
1600 N PARK DR
WESTON   FL 33326-3278

JHO REAL ESTATE INVESTMENT   LLC
1600 N PARK DR
WESTON   FL 33326-3278

UNDELIVERABLE
KJ CAN (SINGAPORE) PTE LTD

~~EXCLUDE~~
~~(U)LMR TRUCKING   INC~~

~~EXCLUDE~~
~~(U)LAFACE RECORDS LLC~~

~~EXCLUDE~~
~~(U)LEASE PLAN USA   LLC~~

MFP 4747 W BUCKEYE LLC
CO HAMID R RAFATJOO
RAINES FELDMAN LLP
1800 AVENUE OF THE STARS
12TH FLOOR
LOS ANGELES   CA 90067-4201

MARICOPA COUNTY TREASURER
301 WEST JEFFERSON   SUITE 100
PHOENIX   AZ 85003-2199

MITSUBISHI HC CAPITAL AMERICA   INC
CO KYE LAW GROUP   PC
201 OLD COUNTRY ROAD
SUITE 120
MELVILLE   NY 11747-2725

Case 22-17842-PDR    Doc 990    Filed 03/21/23    Page 5 of 9

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY<br>CO MICHAEL I GOLDBERG<br>201 EAST LAS OLAS BOULEVARD SUITE 1800<br>FORT LAUDERDALE FL 33301-4442 | NELSON MULLINS RILEY SCARBOROUGH LLP<br>100 SE 3RD AVE SUITE 2700<br>FORT LAUDERDALE FL 33394-0017 | NEVADA BEVERAGE CO<br>CO JOHN A ANTHONY ESQ<br>ANTHONY PARTNERS LLC 100 SOUTH ASHL<br>100 SOUTH ASHLEY DRIVE SUITE 1600<br>TAMPA FL 33602-5318 |
| NEXUS STEEL LLC<br>TIFFANY BOSCO PA<br>1000 CORPORATE DR<br>SUITE 150<br>SUITE 150<br>FT LAUDERDALE FL 33334-3655 | EXCLUDE<br>(U)ORBIS RPM LLC | ORANGE BANG INC<br>CO FENDER BOLLING AND PAIVA PA<br>PO BOX 1545<br>STEVEN FENDER ESQ<br>FT LAUDERDALE FL 33302 UNITED STATES<br>33302-1545 |
| EXCLUDE<br>(U)PEPSICO INC TOGETHER WITH ITS AFFILIATES A | PETTIT KOHN INGRASSIA LUTZ DOLIN<br>11622 EL CAMINO REAL<br>SUITE 300<br>SAN DIEGO CA 92130-2051 | EXCLUDE<br>(U)POLYGRAM PUBLISHING INC |
| EXCLUDE<br>(U)PREMIER DISTRIBUTING COMPANY | EXCLUDE<br>(U)PREMIUM BEVERAGE COMPANY | QUASH SELTZER LLC<br>20311 SHERIDAN STREET<br>FORT LAUDERDALE FL 33332-2313 |
| RAINBOW UNICORN BEV LLC<br>1600 N PARK DR<br>WESTON FL 33326-3278 | EXCLUDE<br>(U)RECORDS LABEL LLC | REFRESCO BEVERAGES US INC<br>CO W KEITH FENDRICK HOLLAND KNIGHT<br>100 N TAMPA STREET<br>SUITE 4100<br>TAMPA FL 33602-3642 |
| SLBS LIMITED PARTNERSHIP DBA SUMMIT DISTRI<br>CO DAVID GAY<br>CARLTON FIELDS<br>700 NW 1ST AVENUE SUITE 1200<br>SUITE 1200<br>MIAMI FL 33136-4118 | SANTANDER CONSUMER USA INC DBA CHRYSLER CAP<br>CO GERARD M KOURI JR PA<br>5311 KING ARTHUR AVENUE<br>DAVIE FL 33331-3340 | EXCLUDE<br>(U)SHANGHAI FREEMAN LIFESCIENCES COMPANY |
| EXCLUDE<br>(U)SIDEL BLOWING AND SERVICES SAS | EXCLUDE<br>(U)SONGS OF UNIVERSAL INC | SONY MUSIC ENTERTAINMENT<br>PRYOR CASHMAN LLP<br>255 ALHAMBRA CIRCLE 8TH FLOOR<br>MIAMI FL 33134-7411 |
| EXCLUDE<br>(U)SONY MUSIC ENTERTAINMENT US LATIN LLC | SOUTHEAST COLD FILL LLC<br>CO KELLEY FULTON KAPLAN ELLER PL<br>1665 PALM BEACH LAKES BLVD STE 1000<br>WEST PALM BEACH FL 33401-2109 | STATES LOGISTICS SERVICES INC<br>5650 DOLLY AVENUE<br>BUENA PARK CA 90621-1872 |
| STELLAR GROUP INC<br>CO ROBERT P CHARBONNEAU<br>55 ALHAMBRA PLAZA<br>SUITE 800<br>CORAL GABLES FL 33134-5254 | STRETTO<br>410 EXCHANGE STE 100<br>IRVINE CA 92602-1331 | TN DEPT OF REVENUE<br>COTN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 |

Case 22-17842-PDR    Doc 990    Filed 03/21/23    Page 6 of 9

USPS FIRST CLASS MAILING ADDRESSES:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~(U)TR CAPITAL MANAGEMENT LLC~~<br>~~US~~ | THE AMERICAN BOTTLING COMPANY<br>CO FURR AND COHEN  PA<br>2255 GLADES RD  STE 419A<br>BOCA RATON  FL 33431-7379 | THE HAMILTON GROUP (DELAWARE)  INC<br>ULLMAN  ULLMAN  PA<br>2500 NORTH MILITARY TRAIL<br>SUITE 100<br>BOCA RATON  FL 33431-6342 |
| ~~EXCLUDE~~<br>~~(U)TRINITY LOGISTICS  INC~~ | TRUIST BANK<br>CO PETER H LEVITT  ESQ<br>SHUTTS  BOWEN  200 S BISCAYNE BLVD<br>MIAMI  FL 33131-2310 | US BANK NATIONAL ASSOCIATION DBA US BA<br>CO EMANUEL  ZWIEBEL  PLLC<br>7900 PETERS RD BLDG B  STE 100<br>PLANTATION  FL 33324-4045 |
| US BANK NATIONAL ASSOCIATION DBA US BA<br>CO RONALD M EMANUEL  ESQ<br>EMANUEL  ZWIEBEL  PLLC<br>7900 PETERS ROAD<br>BUILDING B  SUITE 100<br>PLANTATION  FL 33324-4045 | UMG RECORDINGS  INC<br>PRYOR CASHMAN LLP<br>255 ALHAMBRA CIRCLE  8TH FLOOR<br>MIAMI  FL 33134-7411 | ~~EXCLUDE~~<br>~~(U)UNIVERSAL MUSIC  Z TUNES LLC~~ |
| ~~EXCLUDE~~<br>~~(U)UNIVERSAL MUSIC CORP~~ | ~~EXCLUDE~~<br>~~(U)UNIVERSAL MUSICMGB NA LLC~~ | ~~EXCLUDE~~<br>~~(U)UNIVERSAL MUSICA  INC~~ |
| VITAL PHARMACEUTICALS INTERNATIONAL<br>SALES  I<br>1600 N PARK DR<br>WESTON  FL 33326-3278 | DEBTOR<br>VITAL PHARMACEUTICALS  INC<br>1600 N PARK DR<br>WESTON  FL 33326-3278 | ~~EXCLUDE~~<br>~~(U)VOLCANO ENTERTAINMENT III LLC~~ |
| XPO LOGISTICS  LLC<br>CO EDWARD M FITZGERALD  ESQ<br>HOLLAND  KNIGHT LLP<br>200 S ORANGE AVE  SUITE 2600<br>ORLANDO  FL 32801-3453 | ~~EXCLUDE~~<br>~~(U)ZOMBA RECORDING LLC~~ | 365 MECHANICAL  LLC<br>1817 S HORNE  SUITE 10<br>MESA  AZ 852046526 |
| ~~EXCLUDE~~<br>~~(D)AMEX TRS CO  INC~~<br>~~CO BECKET AND LEE LLP~~<br>~~PO BOX 3001~~<br>~~MALVERN  PA 19355-0701~~ | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | ~~EXCLUDE~~<br>~~(D)CRG FINANCIAL LLC~~<br>~~84 HERBERT AVE BUILDING B SUITE 202~~<br>~~CLOSTER  NJ 07624-1313~~ |
| ~~EXCLUDE~~<br>~~OFFICE OF THE US TRUSTEE~~<br>~~51 SW 1ST AVE~~<br>~~SUITE 1204~~<br>~~MIAMI  FL 33130-1614~~ | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS  TX 75356-0284 | TRC MASTER FUND LLC<br>PO BOX 633<br>WOODMERE  NY 11598-0633 |
| TWIN CITY SECURITY<br>105 GARFIELD ST S  STE 100<br>CAMBRIDGE  MN 55008-1767 | XPO LOGISTICS FREIGHT<br>ATTN BANKRUPTCY DEPT<br>9151 BOULEVARD 26 BLDG A<br>NORTH RICHLAND HILLS  TX 76180-5600 | ALLISON L LIBEU<br>620 NEWPORT CENTER DRIVE  1300<br>NEWPORT BEACH  CA 92660-8013 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

AMY C QUARTAROLO
355 SOUTH GRAND AVENUE   SUITE 100
LOS ANGELES   CA 90071-3104

ANDREW BEAN
2001 ROSS AVENUE   2100
DALLAS   TX 75201-2923

ANDREW SORKIN
555 ELEVENTH ST NW 1000
WASHINGTON   DC 20004-1327

ANDREW SORKIN
555 ELEVENTH STREET   NW
SUITE 1000
WASHINGTON   DC 20004-1327

ANDREW P BEILFUSS
411 EAST WISCONSIN AVE   2400
MILWAUKEE   WI 53202-4428

ARIELLE B ADLER
ONE LOWENSTEIN DRIVE
ROSELAND   NJ 07068-1740

BRENDAN ABBOTT
CO DANIEL HARVATH
75 W LOCKWOOD
SUITE 1
WEBSTER GROVES   MO 63119-2946

BRENT C WILLIAMS
500 WEST MADISON ST   300
CHCAGO   IL 60661-4546

BRIAN S ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

CAROLYN TATKIN   ESQ
15205 N KIEDRLAND BLVD SUITE 200
SCOTTSDALE   AZ 85254-8170

CHRISTOPHER R KAUP
2525 EAST CAMELBACK ROAD
PHOENIX   AZ 85016-4219

COLE RICHINS
100 NORTH TRYON STREET   SUITE 47
CHARLOTTE   NC 28202-4000

DANIEL L GEYSER
2323 VICTORY AVENUE   SUITE 700
DALLAS   TX 75219-7672

DAVID LEVINE
SANCHEZ FISCHER LEVINE   LLP
1200 BRICKELL AVENUE
SUITE 750
MIAMI   FL 33131-3255

DAVID C ROSE
7 TIMES SQUARE
NEW YORK   NY 10036-6524

DAVID M BARLOW
2525 EAST CAMELBACK RD
PHOENIX   AZ 85016-4219

DAVID M LEVINE
1200 BRICKELL AVE   750
MIAMI   FL 33131-3255

ELIZABETH A MORRIS
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

ERIC CHAFETZ
1251 AVENUE OF THE AMERICAS   17TH FLOOR
NEW YORK   NY 10020-1104

ERICA MANNIX
1251 AVENUE OF THE AMERICAS   17TH FLOOR
NEW YORK   NY 10020-1104

GEORGE A DAVIS
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

HOMER PARKHILL
1251 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1104

HUGH MURTAGH
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

IRA D KHARASCH
10100 SANTA MONICA BLVD   13TH FLOOR
LOS ANGELES   CA 90067-4003

JACK H OWOC
1600 N PARK DRIVE
WESTON   FL 33326-3278

JARRET P HITCHINGS
301 S COLLEGE STREET    2150
CHARLOTTE   NC 28202-6000

JASMIN WILLIAMS
LAW OFFICE OF MARK S ROHER   PA
1806 N FLAMINGO ROAD   SUITE 300
PEMBROKE PINES   FL 33028-1032

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JEFFREY COHEN<br>1251 AVENUE OF THE AMERICAS   17TH FLOOR<br>NEW YORK   NY  10020-1104 | JERAMY D WEBB<br>330 NORTH WABASH AVENUE 2800<br>CHICAGO   IL  60611-3695 | (P)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 |
| JOHN DAMICO<br>787 SEVENTH AVENUE<br>NEW YORK   NY  10019-6018 | JOHN C DIDONATO<br>550 W VAN BUREN ST<br>CHICAGO   IL  60607-3827 | JOHN WHITNEY MCVAY MORLEY<br>330 NORTH WABASH AVENUE 2800<br>CHICAGO   IL  60611-3695 |
| JONATHAN J WEICHSELBAUM<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK   NY  10020-1300 | JORDANA RENERT<br>1251 AVENUE OF THE AMERICAS   17TH FLOOR<br>NEW YORK   NY  10020-1104 | JORDI GUSO ESQ<br>1450 BRICKELL AVE 1900<br>MIAMI   FL  33131-3453 |
| (P)JOSEPH D   FRANK<br>ATTN FRANKGECKER LLP<br>1327 W WASHINGTON<br>SUITE 5 G-H<br>CHICAGO IL 60607-1912 | K SCOTT REYNOLDS<br>3133 W FRYE ROAD 101<br>PHOENIX   AZ  85226-5132 | ~~EXCLUDE~~<br>~~(U)KATHLEEN COLE~~ |
| LAURENCE M FRAZEN<br>ONE KANSAS CITY PLACE<br>1200 MAIN STREET   SUITE 3800<br>KANSAS CITY   MO  64105-2339 | LINDSAY SKLAR<br>1251 AVENUE OF THE AMERICAS   17TH FLOOR<br>NEW YORK   NY  10020-1104 | LUIS M LLUBERAS<br>100 NORTH TRYSON ST   47<br>CHARLOTTE   NC  28202-4000 |
| ~~EXCLUDE~~<br>~~(U)MARC KESTEN~~ | MARK MARGULIES<br>GRANT THORNTON LLP<br>1301 INTERNATIONAL PARKWAY   300<br>FT LAUDERDALE   FL  33323-2874 | MATTHEW MURRAY<br>40 WALL STREET   37TH FLOOR<br>NEW YORK   NY  10005-1381 |
| MATTHEW G BOUSLOG<br>3161 MICHELSON DRIVE<br>IRVINE   CA  92612-4400 | MAURA P MCINTYRE<br>1000 KEY TOWER   127 PUBLIC SQUARE<br>CLEVELAND   OH  44114 | MICHAEL JORDAN NILES<br>313 N MONROE STREET SUITE 301<br>TALLAHASSEE   FL  32301-7643 |
| NICOLE FULFREE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND   NJ  07068-1740 | PAUL M ALEXANDER<br>1180 W PEACHTREE STREET   NW   SUITE 2100<br>ATLANTA   GA  30309-3495 | PETER FISCHER<br>CO DANIEL HARVATH<br>75 W LOCKWOOD<br>SUITE 1<br>WEBSTER GROVES   MO  63119-2946 |
| RACHEL MAIMIN<br>1251 AVENUE OF THE AMERICAS   17TH FLOOR<br>NEW YORK   NY  10020-1104 | ~~EXCLUDE~~<br>~~(U)RICHARD D FAULKNER~~ | RICHARD M PACHULSKI<br>10100 SANTA MONICA BLVD   13TH FLOOR<br>LOS ANGELES   CA  90067-4003 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT CHARLES JR<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ONE SOUTH CHURCH AVENUE   SUITE 2000<br>TUCSON   AZ 85701-1666 | ROBERT J FEINSTEIN   ESQ<br>PACHULSKI STANG ZIEHL   JONES<br>780 THIRD AVENUE   34TH FLOOR<br>NEW YORK   NY 10017-2024 | RUDY J CERONE<br>12TH FLOOR 601 POYDRAS STREET<br>NEW ORLEANS   LA 70130 |
| RUSSELL H FALCONER<br>2001 ROSS AVENUE   SUITE 2100<br>DALLAS   TX 75201-2923 | STEPHANIE P CHERY<br>7 TIMES SQUARE<br>NEW YORK   NY 10036-6524 | STEPHEN E GRUENDEL<br>100 N TRYON ST SUITE 4700<br>CHARLOTTE   NC 28202-4003 |
| STEVEN W GOLDEN<br>PACHULSKI STANG ZIEHL   JONES LLP<br>780 THIRD AVENUE<br>34TH FLOOR<br>NEW YORK   NY 10017-2024 | STEVEN J SOLOMON FIESTA WAREHOUSING DISTR<br>GRAYROBINSON   PA<br>333 SE 2ND AVENUE<br>SUITE 3200<br>SUITE 3200<br>MIAMI   FL 33131-2191 | TEDDY M KAPUR<br>10100 SANTA MONICA BLVD 13 FLOOR<br>LOS ANGELES   CA 90067-4003 |
| TIANJIAO LI<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK   NY 10020-1300 | WALTER BENZIJA<br>40 WALL STREET   37TH FLOOR<br>NEW YORK   NY 10005-1381 | WILLIAM J EASLEY<br>ONE KANSAS CITY PLACE<br>1200 MAIN STREET   SUITE 3800<br>KANSAS CITY   MO 64105-2339 |
| YELIZAVETA L BURTON<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK   NY 10020-1300 | | |