```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA
IN RE:
Vital Pharmaceuticals, Inc.,      Case no. 22-17842-PDR
        Debtor(s).        /       Chapter 11 Case
```

**SANTANDER CONSUMER USA, INC.'S RESPONSE TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO (DE 893) & ORDER (1) APPROVING BIDDING PROCEDURES, (II) AUTHORIZING THE DEBTORS TO PROVIDE BID PROTECTION AND (III) GRANTING RELATED RELIEF (DE 854)**

Santander Consumer USA, Inc. dba Chrysler Capital ("Creditor") responds to *Notice Of (I) Executory Contracts And Unexpired Leases That May Be Assumed And Assigned In Connection With A Sale Of The Debtors' Assets And (II) The Proposed Cure Amounts With Respect Thereto* (DE 893) & *Order (1) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protection and (III) Granting Related Relief* (DE 854) as follows:

1. On October 26, 2018, debtor executed contracts pertaining to the purchase of six 2018 Jeep Wranglers. Creditor has a lien on all the vehicles. Copies of the contracts and proofs of title are attached to Santander Consumer USA, Inc.'s Motion for Relief (DE 743). The Retail Installment Sale Contracts are neither executory nor unexpired leases.

2. The outstanding balance owed on the **2018 Jeep Wrangler VIN: 1C4HJXDG8JW190077** is **$12,328.28,** as of January 19, 2023, excluding attorney fees and costs.

3. The payoff balance owed on the **2018 Jeep Wrangler VIN: 1C4HJXDG9JW134228** is **$11,857.77,** as of January 4, 2023, excluding attorney fees and costs.

4. The payoff balance owed on the **2018 Jeep Wrangler VIN: 1C4HJXDG6JW190076** is **$12,328.28,** as of January 4, 2023, excluding attorney fees and costs.

5. The payoff balance owed on the **2018 Jeep Wrangler VIN: 1C4HJXDG4JW190075** is **$12,328.28,** as of January 4, 2023, excluding attorney fees and costs.

6. The payoff balance owed on the **2018 Jeep Wrangler VIN: 1C4HJXDG7JW134227** is **$12,062.92,** as of January 4, 2023, excluding attorney fees and costs.

7. The outstanding balance owed on the **2018 Jeep Wrangler VIN: 1C4BJWDG4JL896433** is **$10,693.41,** as of January 4, 2023, excluding attorney fees and costs.

8. Creditor does not oppose the sale of the vehicles provided that they are paid in full subject to payoff estoppel information provided by the creditor.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on March 22, 2023, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, J. Steven Wilkes, Esq., & Heidi A Feinman, Esq., attorneys for US trustee, Jordi Guso, Esq., Michael Jordan Niles, Esq., Andrew Sorkin, Esq., & Jeramy D Webb, Esq., attorneys for debtor, Leyza F. Blanco, Esq., Juan J Mendoza, & Fernando J Menendez, Esq., attorneys for the Creditor Committee & all other parties scheduled to receive notice in the case; and mailed to Vital Pharmaceuticals, Inc., debtor, 1600 N. Park Dr., Weston, FL 33326.

                GERARD M. KOURI, JR., P.A.
                Attorneys for Santander
                5311 King Arthur Ave, Davie, FL 33331
                Tel (954) 862-1731; Fax  (954) 862-1732
                */s/ Gerard M. Kouri, Jr.*
       By:_____
                GERARD M. KOURI, JR., ESQ./FBN 375969