UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

_____/

**DEBTORS' *EX-PARTE* MOTION TO AMEND ORDER GRANTING DEBTORS'
EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL
PHARMACEUTICALS, INC. AND SIDEL BLOWING AND SERVICES SAS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby move the Court (the "Motion"), without a hearing, for the entry of an order authorizing the Debtors to amend the *Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. 989] (the "Sidel Order"). In support of the Motion, the Debtors state as follows:

**Jurisdiction**

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Background**

2.    On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12015820-1

3.      The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the First Day Declaration.

5.      On March 21, 2023, the Court entered the Sidel Order, which granted the *Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. 862] (the "Sidel Motion"), following a hearing held on March 9, 2023.   As set forth in the Sidel Order, the agreement between Vital Pharmaceuticals, Inc. d/b/a Bang Energy ("Bang") and Sidel, attached to the Sidel Motion as Exhibit A, was approved and Bang and Sidel was authorized to pay the Settlement Amount (as defined in the Sidel Motion) to Bang.

## Relief Requested

6.      By this Motion, the Debtors request the Court amend the Sidel Order to include additional language in paragraph 4 regarding the Settlement Amount (as defined in the Sidel Motion) remaining in the Debtors' estates and being used in the operation of the Debtors' business and not turned over to the Debtors' pre-petition secured lenders and or DIP Lenders. The additional language was proposed by the Official Committee of Unsecured Creditors (the "Committee") and agreed to by the Debtors, but was inadvertently omitted from the Sidel Order when submitted to the Court.

7.      A redline reflecting changes to the Sidel Order is attached hereto as **Exhibit "A"**.

8.      The Committee consents to the relief requested herein, and to the entry of an amended Sidel Order in the form attached hereto as **Exhibit "B"**.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit "C"** (i) granting this Motion; (ii) authorizing the Debtors to amend the Sidel Order; and (iii) granting the Debtors such other and further relief to which they are

12015820-1                                        2

entitled.

Dated: March 22, 2023                                    Respectfully submitted,
        Miami, Florida

                                                        */s/ Jordi Guso*
George A. Davis (admitted *pro hac vice*)               Jordi Guso
Tianjiao ("TJ") Li (admitted *pro hac vice*)            Florida Bar No. 863580
Brian S. Rosen (admitted *pro hac vice*)                Michael J. Niles
Jonathan J. Weichselbaum (admitted *pro hac vice*)      Florida Bar No. 107203
**LATHAM & WATKINS LLP**                                **BERGER SINGERMAN LLP**
1271 Avenue of the Americas                             1450 Brickell Avenue, Suite 1900
New York, NY 10020                                      Miami, FL 33131
Telephone:   (212) 906-1200                             Telephone:   (305) 755-9500
Email:   george.davis@lw.com                            Email:   jguso@bergersingerman.com
         tj.li@lw.com                                            mniles@bergersingerman.com
         brian.rosen@lw.com
         jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel to Debtors*

12015820-1                               3

## EXHIBIT "A"

## (Redline of Sidel Order)

12015820-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**AMENDED[2] ORDER GRANTING DEBTORS' EXPEDITED MOTION TO APPROVE
COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC.
AND SIDEL BLOWING AND SERVICES SAS**

**THIS MATTER** having come before the Court on March 9, 2023, at 2:00 p.m., in Fort

Lauderdale, Florida, the *Debtors' Motion to Approve Compromise Between Debtor, Vital*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] This amended order is entered pursuant to the *Order Granting Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. _____].

11927674-6

*Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion") [ECF No. 862] filed by

the Debtors~2~³. The Court, having considered the Motion and the *Declaration of John C. DiDonato,*

*Chief Transformation Officer, in Support of Debtors' Expedited Motion to Approve Compromise*

*Between Debtor, Vital Pharmaceuticals, Inc., and Sidel Blowing and Services SAS* [ECF No. 901],

finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and

1334; (ii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), and that this Court may enter a

final order consistent with Article III of the Constitution; (iii) venue is proper before this Court

under 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests

of the Debtors, their estates, their creditors, and other parties in interest; (v) notice of the Motion

and the hearing were appropriate under the circumstances and pursuant to the *Order Granting*

*Debtors' Ex Parte Motion For Order Shortening Time for Hearing On Debtors' Motion to*

*Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Sidel Blowing and*

*Services SAS* [ECF. No. 873], no other notice need be provided; and (vi) upon review of the record

before the Court, including the legal and factual bases set forth in the Motion and the statements

made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the

Motion, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED**.

2.      The Agreement attached to the Motion as Exhibit A is **APPROVED** in its entirety,

and each and every provision of the Agreement is incorporated herein as if fully set forth in this

Order.

---

~2~³ Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

3.      Proper, timely, adequate, and sufficient notice of the Motion was provided and no other or further notice of the Motion or of the entry of this Order is required.

4.      The Parties to the Agreement are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Agreement.  Sidel shall pay the Settlement Amount to ~~Bang which it may use~~ the Debtors, which amount shall remain in the estates and be used in the operation of its business and not turned over to the Debtors' pre-petition secured lenders and/or DIP Lenders.

5.      This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).  Notwithstanding an applicability of Bankruptcy Rule 6004(h), the Court expressly finds that there is no just reason for delay in the implementation of this Order, and expressly directs entry of judgment as set forth herein.  This Order shall be effective immediately upon entry, and the Parties are authorized to consummate the terms and conditions set forth in the Agreement immediately upon entry of this Order.

6.      The Parties are directed to comply with the terms of the Agreement, and the Court reserves jurisdiction to enforce the terms and conditions of the Agreement.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11927674-6

**EXHIBIT "B"**

**(Proposed form of Amended Sidel Order)**

12015820-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                   Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                Case No.: 22-17842-PDR

         Debtors.                                        (Jointly Administered)
_____/

**AMENDED[2] ORDER GRANTING DEBTORS' EXPEDITED MOTION TO APPROVE
COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC.
AND SIDEL BLOWING AND SERVICES SAS**

**THIS MATTER** having come before the Court on March 9, 2023, at 2:00 p.m., in Fort

Lauderdale, Florida, the *Debtors' Motion to Approve Compromise Between Debtor, Vital*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] This amended order is entered pursuant to the *Order Granting Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. _____].

11927674-6

*Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion") [ECF No. 862] filed by

the Debtors[3].  The Court, having considered the Motion and the *Declaration of John C. DiDonato,*

*Chief Transformation Officer, in Support of Debtors' Expedited Motion to Approve Compromise*

*Between Debtor, Vital Pharmaceuticals, Inc., and Sidel Blowing and Services SAS* [ECF No. 901],

finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and

1334; (ii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), and that this Court may enter a

final order consistent with Article III of the Constitution; (iii) venue is proper before this Court

under 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests

of the Debtors, their estates, their creditors, and other parties in interest; (v) notice of the Motion

and the hearing were appropriate under the circumstances and pursuant to the *Order Granting*

*Debtors' Ex Parte Motion For Order Shortening Time for Hearing On Debtors' Motion to*

*Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Sidel Blowing and*

*Services SAS* [ECF. No. 873], no other notice need be provided; and (vi) upon review of the record

before the Court, including the legal and factual bases set forth in the Motion and the statements

made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the

Motion, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

2.    The Agreement attached to the Motion as Exhibit A is **APPROVED** in its entirety,

and each and every provision of the Agreement is incorporated herein as if fully set forth in this

Order.

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

11927674-6

3.       Proper, timely, adequate, and sufficient notice of the Motion was provided and no other or further notice of the Motion or of the entry of this Order is required.

4.       The Parties to the Agreement are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Agreement.  Sidel shall pay the Settlement Amount to the Debtors, which amount shall remain in the estates and be used in the operation of its business and not turned over to the Debtors' pre-petition secured lenders and/or DIP Lenders.

5.       This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).  Notwithstanding an applicability of Bankruptcy Rule 6004(h), the Court expressly finds that there is no just reason for delay in the implementation of this Order, and expressly directs entry of judgment as set forth herein.  This Order shall be effective immediately upon entry, and the Parties are authorized to consummate the terms and conditions set forth in the Agreement immediately upon entry of this Order.

6.       The Parties are directed to comply with the terms of the Agreement, and the Court reserves jurisdiction to enforce the terms and conditions of the Agreement.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

11927674-6

# EXHIBIT "C"

# (Proposed Order)

12015820-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                        Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]        Case No.: 22-17842-PDR

        Debtors.                                    (Jointly Administered)

_____/

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION TO AMEND ORDER
GRANTING DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE
BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC. AND
<u>SIDEL BLOWING AND SERVICES SAS</u>**

      **THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to Amend*

*Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital*

*Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "<u>Motion</u>") [ECF No. 850].  The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12015872-1

Court, having considered the Motion, finding that the Committee[2] consents to the relief requested

in the Motion, and finding good cause for the granting thereof, does

    **ORDER** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Debtors are authorized to submit an amended Sidel Order in the form attached

to the Motion as Exhibit B.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

12015872-1