# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

## AMENDED CROSS-NOTICE OF 2004 EXAMINATION OF JOHN H. OWOC

Sony Music Entertainment and UMG Recordings, Inc., by and through undersigned counsel, will participate in the examination of John H. Owoc (the "Examinee") on April 24, 2023 at 9:30 a.m. (EST), at the offices of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

Respectfully submitted this 22nd day of March, 2023.

**PRYOR CASHMAN LLP**

By: */s/ Brendan Everman*
    James G. Sammataro
    Florida Bar No. 520292
    Brendan Everman
    Florida Bar No. 68702
    255 Alhambra Circle, 8th Floor
    Miami, Florida 33134
    Telephone: (212) 421-4100
    Facsimile:  (212) 326-0806
    Email:  jsammataro@pryorcashman.com
           beverman@pryorcashman.com

- and -

**PRYOR CASHMAN LLP**

    Seth H. Lieberman (*pro hac vice*)
    David C. Rose (*pro hac vice*)
    Stephanie P. Chery (*pro hac vice*)
    Sameer M. Alifarag (*pro hac vice*)
    7 Times Square, 40th Floor
    New York, NY 10036-6596
    Telephone: (212) 421-4100
    Facsimile: (212) 326-0806
    Email:  slieberman@pryorcashman.com
           drose@pryorcashman.com
           schery@pryorcashman.com
           salifarag@pryorcashman.com

***COUNSEL TO SONY MUSIC ENTERTAINMENT AND UMG RECORDINGS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system, and via first-class U.S. Mail, postage prepaid, to John H. Owoc, 16720 Stratford Ct., Southwest Ranches, FL 33331.

 /s/ Brendan Everman
Brendan Everman