UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In Re:

VITAL PHARMACEUTICALS, INC., et al     CHAPTER 11

                                           Case No.: 22-17842-PDR

      Debtor.

_____/     (Joint Administration)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Notice is given that the undersigned counsel for the Creditor, VS Carbonics, Inc., hereby enters its appearance as counsel of record in this matter and designates the following email addresses for the purpose of receiving service and notices in this case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

         **DGIM Law, PLLC**
         Isaac Marcushamer, Esq.
         Primary email: isaac@dgimlaw.com
         Monique D. Hayes, Esq.
         Primary Email: monique@dgimlaw.com
         Secondary Email: colleen@dgimlaw.com
         2875 NE 191st Street, Suite 705
         Aventura, FL 33180
         Phone: (305) 763-8708

Respectfully submitted on March 22, 2023.

**DGIM Law, PLLC**
*Counsel for the VS Carbonics, Inc.*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Isaac Marcushamer*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this March 22, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/s/ Isaac Marcushamer
Isaac Marcushamer