# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**In re:**

**VITAL PHARMACEUTICALS, INC.,**
**et al.,**

    **Debtor.**

_____/

Case No: 22-17842-PDR

Chapter 11

## NOTICE OF WITHDRAWAL OF APPERANCE

**PLEASE TAKE NOTICE** that Justin M. Luna, and the law firm of Latham, Luna, Eden & Beaudine, LLP (collectively, "Latham Luna"), pursuant to Local Rule 2091-1(A), hereby withdraw their appearance on behalf of Jack H. Owoc. All future correspondence and pleadings for Jack H. Owoc should be served at Jack H. Owoc, 1600 N. Park Drive Weston, Florida 33326 and jackowoc.ceo@gmail.com .

**RESPECTFULLY SUBMITTED** this 23rd day of March 2023.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
bknotice@lathluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the forgoing Notice of Withdrawal of appearance has been served this 23rd day of March, 2023 upon (i) all parties-in-interest registered to received electronica notice via CM/ECF Notification, and (ii) by First Class mail on Jack H. Owoc, 1600 N. Park Drive, Weston, Florida 33326 and via email at jackowoc.ceo@gmail.com .

/s/ Justin M. Luna
Justin M. Luna, Esq.