UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-17842<br><br>(Jointly Administered) |

**CROSS-NOTICE OF 2004 EXAMINATION OF THE DEBTORS
AND DEBTORS-IN-POSSESSION**

Warner Media Group[2], by and through undersigned counsel, will participate in the examination of the above-captioned debtors and debtors-in-possession (the "Examinee") on **April 6, 2023 at 9:00 a.m. (EST)** via Zoom video conference at a link to be provided by counsel. The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time.

The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

[2] As used herein "Warner Media Group" refers to Atlantic Recording Corporation, Atlantic Records Group LLC, Warner Records Inc., Asylum Worldwide LLC, Bad Boy Records LLC, Rhino Entertainment Company, Rhino Entertainment LLC, Warner Music Latina Inc., Gene Autry's Western Music Publishing Co., Unichappell Music Inc., W Chappell Music Corp., Warner Chappell Music, Inc., Warner-Tamerlane Publishing Corp., Spinnin Records B.V. and Warner Music International Services Limited.

Dated: March 23, 2023              Respectfully submitted,
                                                   SIDLEY AUSTIN LLP

*/s/Ian Ross*
Ian Ross
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
Email: IRoss@sidley.com

*Attorneys for Warner Media Group*

## CERTIFICATE OF SERVICE

    I, Ian Ross, hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who receive notice by electronic mail through the Court's CM/ECF system on March 23, 2023.

                                                                     */s/Ian Ross*
                                                                      Signature