**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:  CASE NO.: 22-17842 PDR
  Chapter 11
VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/

**SOUTHEAST COLD FILL, LLC's OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

    Creditor, Southeast Cold Fill, LLC ("Southeast"), hereby files this objection to the Debtor, Vital Pharmaceuticals, Inc.'s, Notice of (I) Executory Contract and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed cure Amounts with Respect Thereto [ECF #893] (the "Notice") and states:

BACKGROUND

    1.    Southeast is a creditor of Debtor, Vital Pharmaceuticals, Inc. ("VPX"), having been a party to a Contract Manufacturing Agreement (the "Agreement") with VPX dated January 9, 2019, providing for terms under which Southeast produced and canned product for VPX.

    2.    Prior to VPX's Voluntary Petition on October 10, 2022, Southeast filed a civil action against VPX, which was removed to the United States District Court for the District of South Carolina (Case No. 4:20-cv-00776-SAL) on February 19, 2020, seeking damages for breach of contract, fraud , and violation of the South Carolina Unfair Trade Practices Act from VPX in relation to its wrongful termination of the Agreement and other wrongdoing in regard to the performance of the Agreement (the "Civil Action").

    4.    In the Civil Action, VPX took the position in pleadings filed with the District Court and in correspondence VPX sent to Southeast that the Agreement was properly terminated by VPX.

1

In particular, in a letter from Marc J. Kesten, General Counsel for VPX, dated November 25, 2019, VPX unequivocally stated "[w]e therefore invoke our right to terminate the Agreement pursuant to Section 13.1." A true and correct copy of this letter is attached hereto as Exhibit "A".

5. Southeast filed a proof of claim in this bankruptcy case on November 11, 2022 (Claim No. 134) in the amount of $309,652,418.47 related to the damages Southeast has sustained because of VPX's wrongful termination of the Agreement and other wrongful acts including fraud in connection with Agreement.

6. Because of VPX's asserted termination of the Agreement, no product has been delivered pursuant to the Agreement since approximately September 16, 2019.

7. It is beyond dispute that VPX has unequivocally taken the position that it terminated the Agreement pre-petition and there was substantial litigation on that issue ongoing in the Civil Action pending before the District Court in South Carolina.

8. Given this background, and in particular VPX's asserted termination of the Agreement, VPX is now estopped from asserting that the Agreement constitutes an executory contract that may be assumed by a yet undisclosed buyer.

LEGAL ARGUMENT

A. The Agreement is Not Executory

9. A contract or lease no longer in existence is not executory and cannot be assumed. *In re Stewart Foods, Inc.*, 64 F.3d 141 (4th Cir. 1995) ("a debtor-in-possession does not have the option of rejecting or assuming non-executory contracts and remains bound by the debtor's obligations under those contracts after the bankruptcy filing."); *In re Thompson*, 186 B.R. 301, 307 (Bankr. N.D. Ga. 1995) (contract terminated prepetition "cannot be revived solely by virtue of a bankruptcy petition. Filing for bankruptcy relief does not confer new rights on a debtor in regard to <u>terminated</u> agreements and a debtor is not permitted to cure his defaults and/or assume such agreements."); *In re*

*Coast Cities Truck Sales, Inc.*, 147 B.R. 674, 677 (D.N.J. 1992); *In re Interco Inc.*, 135 B.R. 634 (Bankr. E.D. Mo. 1992) (abandoned contract not executory); *In re B & K Hydraulic Co.*, 106 B.R. 131 (E.D. Mich. 1989) (life insurance policy which lapsed under its own terms postpetition was not assumable by trustee); *In re Iriss*, 630 F.2d 1370 (10th Cir. 1980) (contract terminated before filing cannot be assumed or rejected); *Ross v. Metro. Dade County*, 142 B.R. 1013 (S.D. Fla. 1992) (discussing test for whether contract is terminated for § 365 purposes).

B.   The Asserted Cure Amount is Grossly Inaccurate

10.   Southeast also takes issue with VPX's assertion that the cure amount under the Agreement is $0.00. Pursuant to Section 365(b), VPX must cure pre- and post-petition defaults or provide adequate assurance of prompt cure. Courts define "cure" as "taking care of the triggering event and returning to pre-default conditions." *In re Johnson*, 184 B.R. 570, 574 (Bankr. D. Minn. 1995). In other words, "a cure returns the parties to the status quo ante by paying all arrearages on the debt and reinstating the debt's original payment terms." *Id.*; *see In re Embers 86th Street, Inc.*, 184 B.R. 892 (Bankr. S.D.N.Y. 1995) ("[a]dequate assurance of a prompt cure requires that there be a firm commitment to make all payments and at least a reasonably demonstrable capability to do so"); *In re Diamond Mfg. Co., Inc.*, 164 B.R. 189, 197-99 (Bankr. S.D. Ga. 1994) (when bankruptcy court approves assumption of contract it necessarily finds that no uncured default exists); *In re Washington Capital Aviation & Leasing*, 156 B.R. 167, 173 (Bankr. E.D. Va. 1993) (discussing general requirements for cure); *NCL Corp. v. Lone Star Bldg. Ctrs.*, 144 B.R. 170 (S.D. Fla. 1992) (when bankruptcy court approves assumption of contract it necessarily finds that no uncured default exists).

11.   Furthermore, VPX must compensate Southeast for pecuniary loss caused by defaults (or provide adequate assurance of compensation), which may include interest on the amount of the default and attorney's fees and expenses if provided for in the contract or by law. See 11 U.S.C. §

365(b)(1)(B); *In re Ryan's Subs, Inc.,* 165 B.R. 465, 467-69 (Bankr. W.D. Mo. 1994); *In re Eagle Business Mfg., Inc.*, 148 B.R. 481 (Bankr. S.D. Tex. 1992).

12. There are substantial and unresolved claims by Southeast that VPX is in default under the Agreement with asserted damages in the hundreds of millions of dollars. (Proof of Claim # 134). Absent resolution of those defaults and payment of the damages sustained by VPX in relation to those defaults, VPX may not assume the Agreement.

## CONCLUSION

13. The Agreement may not be assumed and assigned by VPX as the Agreement is not executory in that it was assertedly terminated and then abandoned by VPX. Furthermore, the cure amount has been grossly misstated by VPX in that VPX is liable for hundreds of millions of dollars in damages to Southeast in relation to its wrongful termination of the Agreement and such damages must be paid to Southeast in order for "cure" to take place as required by Section 365 (b).

WHEREFORE, Southeast respectfully requests this Court sustain it objection to the Notice, deny VPX's asserted ability to assume and assign the Agreement, and grant such other relief as this Court deems just and appropriate.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF or U.S. mail to the parties below this 24th day of March, 2023.

        KELLEY, FULTON, KAPLAN & ELLER, P.L.
        Attorneys for Southeast
        1665 Palm Beach Lakes Blvd.
        The Forum - Suite 1000
        West Palm Beach, Florida 33401
        Tel: (561) 491-1200
        Fax: (561) 684-3773
        bankruptcy@kelleylawoffice.com

        By: /s/ C. Craig Eller
            Craig Eller, Esquire
            FL Bar No. 767816

**Mailing Information for Case 22-17842-PDR**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**    aja@devaronalaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**    ddesouza@bastamron.com, jmiranda@bastamron.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**    dharvath@harvathlawgroup.com
- **Nicole Grimal Helmstetter**    nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com
- **Christopher R Kaup**    crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**    mkye@kyelaw.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**    plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **Justin M Luna**    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz**    nmaoz@ktbslaw.com
- **Isaac M Marcushamer**    isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola**    Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath**    bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**    muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**    joe@packlaw.com
- **Jimmy D. Parrish**    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

- **Justin D Plean**     justin.plean@qpwblaw.com
- **Amanda E Preston**     amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**     rabinowitz@mm-pa.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Kenneth Scott Reynolds**     scott@sgazlaw.com
- **Aliette D Rodz**     arodz@shutts.com
- **Mark S. Roher**     mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**     romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**     arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**     iross@sidley.com
- **Steven R Safra**     Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**     mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole**     das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**     mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Steven J. Solomon**     steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- **Andrew Sorkin**     andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**     annie.stoops@afslaw.com
- **Carolyn Tatkin**     tatkin@radixlaw.com
- **Frank Terzo**     frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**     crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**     ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**     michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**     jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**     awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes**     steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**     stuart.wilson-patton@ag.tn.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACAR Leasing Ltd d/b/a GM Financial Leasing**
POB 183853
Arlington, TX 76096

**AMEX TRS Co., Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Arielle B Adler**
One Lowenstein Drive
Roseland,, NJ 07068

**Paul M Alexander**
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, GA 30309

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**AmeriCredit Financial Services, Inc. dba GM Financial**
P O Box 183853
Arlington, TX 76096

**David M Barlow**
2525 East Camelback Rd
Phoenix, AZ 85016-4229

**Andrew Bean**
2001 Ross Avenue # 2100
Dallas, TX 75201

**Andrew P Beilfuss**
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

**Walter Benzija**
40 Wall Street, 37th Floor
New York, NY 10005

**Matthew G Bouslog**
3161 Michelson Drive
Irvine, CA 92612-4412

**Yelizaveta L Burton**
1271 Avenue of the Americas

New York, NY 10020

**CRG Financial LLC**
84 Herbert Ave.
Building B - Suite 202
Closter, NJ 07624

**Carrollton-Farmers Branch ISO**
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

**Rudy J Cerone**
12th Floor 601 Poydras Street
New Orleans, LA 70130

**Eric Chafetz**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Robert Charles Jr**
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

**Stephanie P Chery**
7 Times Square
New York, NY 10036

**Jeffrey Cohen**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**John D'Amico**
787 Seventh Avenue
New York, NY 10019

**Dallas County**
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

**George A Davis**
1271 Avenue of the Americas
New York, NY 10020

**John C Didonato**
550 W Van Buren St
Chicago, IL 60607

**William J Easley**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

**Russell H Falconer**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

**Richard D Faulkner**
,

**Robert J Feinstein, Esq.**
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

**Joseph D Frank**
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

**Laurence M Frazen**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

**Nicole Fulfree**
One Lowenstein Drive
Roseland, NJ 07068

**Daniel L Geyser**
2323 Victory Avenue, Suite 700
Dallas, TX 75219

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

**Stephen E. Gruendel**
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

**Jarret P Hitchings**
301 S. College Street, # 2150
Charlotte, NC 28202

**Teddy M Kapur**
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

**Christopher R Kaup**
2525 East Camelback Road
Phoenix, AZ 85016-4229

**Ira D Kharasch**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Jeremy C Kleinman**
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

**David Levine**
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

**Tianjiao Li**
1271 Avenue of the Americas
New York, NY 10020

**Allison L Libeu**
620 Newport Center Drive, # 1300
Newport Beach, CA 92660

**Luis M Lluberas**
100 North Tryson St # 47
Charlotte, NC 28202-4003

**Rachel Maimin**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Erica Mannix**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Mark Margulies**
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

**Maura P McIntyre**
1000 Key Tower, 127 Public Square
Cleveland, OH 44114

**John Whitney McVay Morley**
330 North Wabash Avenue #2800
Chicago, IL 60611

**Elizabeth A Morris**
1271 Avenue of the Americas
New York, NY 10020

**Matthew Murray**
40 Wall Street, 37th Floor
New York, NY 10005

**Hugh Murtagh**
1271 Avenue of the Americas
New York, NY 10020

**Richard M Pachulski**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Homer Parkhill**
1251 Avenue of the Americas
New York, NY 10020

**Amy C Quartarolo**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

**Jordana Renert**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**K. Scott Reynolds**
3133 W. Frye Road #101
Phoenix, AZ 85226

**Cole Richins**
100 North Tryon Street, Suite 47

Charlotte, NC 28202-4003

**David C Rose**
7 Times Square
New York, NY 10036

**Brian S Rosen**
1271 Avenue of the Americas
New York, NY 10020

**Lindsay Sklar**
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

**Andrew Sorkin**
555 Eleventh St NW #1000
Washington, DC 20004-1304

**States Logistics Services, Inc.**
5650 Dolly Avenue
Buena Park, CA 90621

**Stretto**
410 Exchange, Ste. 100
Irvine, CA 92602

**Carolyn Tatkin, Esq**
15205 N Kiedrland Blvd Suite 200
Scottsdale, AZ 85254

**Jeramy D Webb**
330 North Wabash Avenue #2800
Chicago, IL 60611

**Jonathan J Weichselbaum**
1271 Avenue of the Americas
New York, NY 10020

**Brent C Williams**
500 West Madison St # 300
Chcago, IL 60661