# EXHIBIT A

**EXHIBIT A**

   

*Marc J. Kesten*
*General Counsel*
*Email: Marc.Kesten@vpxsports.com*
*Tel: (954) 641-0570 (ext. 293)*

November 25, 2019

**SENT BY FEDEX – TKG #777073929444**
**EMAIL – jeff.stevens@carolinacanners.com**

Mr. Jeff Stevens
Chief Executive Officer
NoSo Holdings LLC
300 U.S. Highway 1 South
Cheraw, SC 29520

Re:     **Notice of Breach and Thirty-Day Cure Period**

Dear Mr. Stevens:

We call to your attention the Contract Manufacturing Agreement (the "Agreement") dated January 9, 2019, between Vital Pharmaceuticals, Inc. ("Bang Energy"), and NoSo Holdings, LLC ("NoSo"), and specifically Sections 5.1, 5.5, and 13.1 thereof.

Bang Energy is aware, based on our observations and your own reporting (most recently the dissolved oxygen data provided in each "Carolina Canners Beverage Run Summary" from September 11, 2019 up through September 16, 2019), that NoSo has consistently produced Bang Energy products that are out-of-specification and not compliant with the Agreement. Your efforts, if any, to correct your deficiencies have been unavailing and totally unsatisfactory. We therefore invoke our right to terminate the Agreement pursuant to Section 13.1.

That same Section provides NoSo with a thirty-day period to resolve, finally and definitively, the conditions that have led to your breach of the Agreement, to wit, demonstrating that all of your facilities are able to produce all Bang Energy products within specification, without exception. This cure period now begins with your receipt of this letter.



**VITAL PHARMACEUTICALS, INC.**
1600 North Park Drive, Weston, FL 33326
Tel. (954) 641-0570 • Fax (954) 389-6254
WWW.VPXSPORTS.COM



Jeff Stevens
November 25, 2019
Page 2 of 2


NoSo's present breaches of the Agreement are causing ongoing injury to Bang Energy, which Bang Energy does not waive and fully reserves the right to mitigate as it sees fit. Bang Energy further does not waive and fully reserves all rights and remedies it may pursue to be made whole for the injuries already suffered or yet to be suffered as a result of NoSo's breaches.

Sincerely,

Marc J. Kesten
General Counsel

cc:    Gene Bukovi, EVP Sales