

**ORDERED in the Southern District of Florida on March 23, 2023.**



  **Peter D. Russin, Judge**
  **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION TO AMEND ORDER GRANTING DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN DEBTOR, VITAL PHARMACEUTICALS, INC. AND SIDEL BLOWING AND SERVICES SAS**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to Amend Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* (the "Motion") [ECF No. 1001]. The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12015872-1

Court, having considered the Motion, finding that the Committee[2] consents to the relief requested in the Motion, and finding good cause for the granting thereof, does

    **ORDER** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Debtors are authorized to submit an amended Sidel Order in the form attached to the Motion as Exhibit B.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.