

**ORDERED in the Southern District of Florida on March 24, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION FOR AUTHORIZATION TO ENTER INTO AN EXCESS INSURANCE POLICY WITH XL SPECIALTY INSURANCE COMPANY**

**THIS MATTER** having come before the Court on March 23, 2023, at 1:30 p.m., in Fort Lauderdale, Florida, the *Debtors' Motion for Authorization to Enter into an Excess Insurance Policy with XL Specialty Insurance Company* (the "Motion") [ECF No. 935] filed by the Debtors[2]. The Court finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

11987586-1

§§ 157 and 1334; (ii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; (v) notice of the Motion and the hearing were appropriate under the circumstances; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, the *Declaration of John C. DiDonato, Chief Transformation Officer, in Support of Debtors' Motion For Authorization to Enter into an Excess Insurance Policy with XL Specialty Insurance Company* [ECF No. 936] and the statements made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to enter into that certain additional excess insurance policy with XL Specialty Insurance Company, pursuant to the quote attached to the Motion as **Exhibit "A"**.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

11987586-1