UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]            Case No.: 22-17842-PDR

    Debtors.                                                    (Jointly Administered)
_____/

## DEBTORS' NOTICE OF ABANDONMENT OF REMAINING INVENTORY

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, give notice of the proposed abandonment of:

1. The Debtors' remaining packaging and finished goods inventory and property (collectively, the "Fiesta Remaining Inventory") located at 302 N. Tayman Street, San Antonio, TX 78226 (the "Fiesta Premises").[2] The Remaining Inventory primarily consists of approximately 1,100 pallets of beverage cans and can ends. The Remaining Inventory is of inconsequential value to the Debtors' estates and the economic benefits of removing, storing, and relabeling the Remaining Inventory will be exceeded by the attendant costs thereof.

2. The Debtors' remaining packaging and finished goods inventory and property (collectively, the "KFI Remaining Inventory" together with the Fiesta Remaining Inventory, the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Contemporaneous with the filing of this Notice, the Debtors are filing *Debtors' Fifth Motion for Entry of an Order Authorizing the Rejection of Executory Contract With (I) Fiesta Warehousing and Distribution and (II) Krier Foods, Inc.* requesting authorization to reject that certain *VPX Sports Rate Proposal* entered into with Fiesta Warehousing and Distribution and that certain Co-packing Agreement with Krier Foods, Inc.

11949177-1

"Remaining Inventory") located at 551 Krier Lane, Random Lake, Wisconsin 53075, or such other facility related to KFI (the "KFI Premises"). The KFI Remaining Inventory primarily consists of approximately 112,000 cases of the Debtors' beverage inventory that were repackaged as variety packages for potential sale but are no longer viable. The KFI Remaining Inventory is of inconsequential value to the Debtors' estates and the economic benefits of removing, storing, and relabeling the KFI Remaining Inventory will be exceeded by the attendant costs thereof.

The Debtors propose to abandon the Remaining Inventory as the Debtors no longer need the Remaining Inventory, and the Remaining Inventory is burdensome and of inconsequential value and benefit to the Debtors' estates.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[3]**

| | |
|---|---|
| Dated:  March 24, 2023<br>            Miami, Florida | Respectfully submitted,<br><br>/s/ Michael J. Niles |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>            tj.li@lw.com<br>            brian.rosen@lw.com<br>            jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>            mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)

---

[3] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, March 24, 2023, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com


*Co-Counsel for Debtors*

3

11949177-1