**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**DECLARATION IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL GREG ROBBINS, EUGENE BUKOVI, FRITZ TILUS, KRISTA OWOC, AND RYAN OWOC TO COMPLY WITH 2004 NOTICES**

Rachel Maimin, pursuant to 28 U.S.C. § 1746, certifies as follows:

1.      I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C.  I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York.

2.      I submit this declaration ("Declaration") in support of the *Motion of the Official Committee of Unsecured Creditors to Compel Greg Robbins, Eugene Bukovi, Fritz Tilus, Krista Owoc, and Ryan Owoc to Comply with 2004 Notices* (the "Motion") of the Official Committee of

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").[2]

3.      On January 27, 2023, Debtors' counsel stated in an email that "I am authorized to accept [the 2004 Notice] on behalf of Krista Owoc, all objections reserved." A true and accurate copy of this email is attached hereto as **Exhibit A**.

4.      On February 8, 2023, Debtors' counsel stated in an email that "I am authorized to accept [the 2004 Notice] on behalf of Gene Bukovi, all objections reserved." A true and accurate copy of this email is attached hereto as **Exhibit B**.

5.      On February 9, 2023, Debtors' counsel stated in an email that "I am also authorized to accept [the 2004 Notice] on behalf of Greg Robbins, all objections reserved." A true and accurate copy of this email is attached hereto as **Exhibit C**.

6.      On February 13, 2023, the Committee's process server, Litigation Process Servers, LLC, confirmed by *Return of Service* (the "Tilus ROS") that he completed service of the 2004 Notice on Fritz Tilus on that date. A true and accurate copy of the Tilus ROS is attached hereto as **Exhibit D**.

7.      On February 27, 2023, the Committee's process server, Litigation Process Servers, LLC, confirmed by *Return of Service* (the "Ryan Owoc ROS") that he completed service of the 2004 Notice on Ryan Owoc on that date. A true and accurate copy of the Ryan Owoc ROS is attached hereto as **Exhibit E**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

8.      Debtors' counsel has expressly stated to Committee counsel on multiple occasions, and confirmed over phone calls, that it does not represent any of the third parties to the 2004 Notices, including Mr. Bukovi, Mr. Robbins, Mr. Fritz, Ryan Owoc, and Krista Owoc (collectively, the "Third Parties").

9.      As of March 20, 2023, Mr. Bukovi, Mr. Robbins, and Mr. Fritz had failed to respond to their respective 2004 Notices—all of which contained document production deadlines that had elapsed.

10.     To address this delinquency, and in an attempt to meet and confer, on March 20, 2023, I emailed to Debtors' counsel and sent letters via overnight FedEx to Eugene Bukovi, Greg Robbins, and Fritz Tilus advising each of his obligation to comply with the 2004 Notices.  A true and accurate copy of the email is attached hereto as **Exhibit F**.  The Committee requested that, because they are not represented by counsel, Mr. Bukovi, Mr. Robbins, and Mr. Tilus each respond directly to Committee counsel by March 22, 2023 at 5:00 p.m. EST indicating that he either (i) is not in possession of any responsive materials or (ii) is in possession of responsive materials and identify a date certain by which he will be producing the requested documents.  The Committee further advised that if no response was received, the Committee would move for an order compelling compliance with the 2004 Notices.

11.     That same day, Debtors' counsel responded by email that "[w]e will pass these along and work with you to get the confirmation you are looking for."  A true and accurate copy of this email is attached hereto as **Exhibit G**.

12.     On March 22, 2023, Debtors' counsel emailed that, among other things, it is "working with [Mr. Bukovi, Mr. Robbins, and Mr. Fritz] to facilitate a response to your letters and

let you know whether they have documents to produce or not." A true and accurate copy of this email is attached hereto as **Exhibit H**.

13. That same day, Debtors' counsel emailed Committee counsel attaching "Greg Robbins' responsive documents" that included a resume, an offer letter, and an employee agreement. A true and accurate copy of this email is attached hereto as **Exhibit H**. The email also indicated that Mr. Robbins "confirmed he does not have any other responsive documents or communication" and "no responsive text messages."

14. As of March 22, 2023, Krista Owoc and Ryan Owoc had failed to respond to their respective 2004 Notices—both of which contained document production deadlines that had elapsed.

15. To address this delinquency, and in an attempt to meet and confer, on March 22, 2023, I emailed to Debtors' counsel and sent letters via overnight FedEx to Krista Owoc and Ryan Owoc advising each of their obligation to comply with the 2004 Notices, including to produce all responsive Documents and Communications. True and correct copies of the letters are attached hereto as **Exhibit I**. The Committee requested that, because they are unrepresented, Krista Owoc and Ryan Owoc respond directly to Committee counsel by March 24, 2023 at 5:00 p.m. EST indicating that they either (i) are not in possession of any responsive materials or (ii) are in possession of responsive materials and produce the requested documents. The Committee further advised that if no response was received, the Committee would move for an order compelling compliance with the 2004 Notices.

16. That same day, Debtors' counsel responded by email that "[w]e will pass these along." A true and accurate copy of this email is attached hereto as **Exhibit J**.

17.     On March 23, 2023, I emailed Debtors' counsel regarding the Committee's duty to meet and confer with the third parties subject to the 2004 Notices.  I stated that:

> [A]s you know, under the local rules we are required to confer with the individuals or their attorneys prior to moving to compel.  *See* Local Rule 7026-1(F).  Since you do not represent Mr. Tilus, Mr. Bukovi, or Mr. Robbins, your representations on their behalf do not satisfy the requirements for a meet and confer under the local rules.  We will need to hear from the individuals directly, either via certification or email.  I've attached a certification which the individuals can execute and send back to me.  Alternatively, they can send an email to me directly stating that they are in the process of collecting the responsive documents in their personal possession (including texts) and that those documents will be produced by a date certain, or that they do not have any responsive documents (or in the case of Mr. Robbins that he has no further documents).

The email also stated that if the Committee does not receive correspondence directly from the Third Parties by 5:00 p.m. on March 24, 2023, then the Committee will be forced to file a motion to compel as to the non-responsive individuals.  A true and accurate copy of this email is attached hereto as **<u>Exhibit K</u>**.

18.     On March 24, 2023, Debtors' counsel emailed Committee counsel that, among other things, "[a]s a heads up we will be producing some documents on behalf of Krista Owoc and Ryan Owoc responsive to your requests.  We are working on gathering those documents and will produce them to you as soon as possible."  A true and accurate copy of this email is attached hereto as **<u>Exhibit L</u>**.

19.     As of 5:00 p.m. ET on March 24, 2023, none of the Third Parties, or their counsel (if any), had contacted Committee counsel directly.

20.     Despite the Committee's good-faith efforts to resolve the Third Parties' non-compliance with 2004 Notices, the Committee and the Third Parties have been unable to reach a resolution.

21.     I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information and belief.


Dated: March 25, 2023

New York, New York

                                        _/s/ Rachel Maimin_____
                                        Rachel Maimin

-6-

# **EXHIBIT A**

| | |
|---|---|
| **From:** | Amy.Quartarolo@lw.com |
| **Sent:** | Monday, January 30, 2023 1:38 PM |
| **To:** | Maimin, Rachel |
| **Cc:** | Cohen, Jeffrey; Chafetz, Eric; Fulfree, Nicole; Mannix, Erica; Julceus, Markiana; Adler, Arielle B.; lblanco@sequorlaw.com; Elizabeth.Morris@lw.com; Joe.Teresi@lw.com |
| **Subject:** | RE: Debtors' Employees |

Rachel –

I am authorized to accept on behalf of Krista Owoc, all objections reserved.  I'll let you know once I hear back as to any others.

Thanks

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Friday, January 27, 2023 6:52 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; lblanco@sequorlaw.com
**Subject:** RE: Debtors' Employees

Of course, and much appreciated as always. Obviously if they have counsel, we will send directly to them, or we can just serve.


**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Friday, January 27, 2023 9:49 AM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; lblanco@sequorlaw.com
**Subject:** RE: Debtors' Employees

Thank you.  As you know, we do not have advance authorization to accept service, but I will try and run this down today and get back to you.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
http://www.lw.com

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Date:** Friday, Jan 27, 2023 at 6:46 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>, Fulfree, Nicole <NFulfree@lowenstein.com>, Mannix, Erica <EMannix@lowenstein.com>, Julceus, Markiana <MJulceus@lowenstein.com>, Adler, Arielle B. <AAdler@lowenstein.com>, lblanco@sequorlaw.com <lblanco@sequorlaw.com>
**Subject:** RE: Debtors' Employees

Amy--As discussed, please find attached the unredacted subs.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



---

**From:** Maimin, Rachel RMaimin@lowenstein.com
**Sent:** Thursday, January 26, 2023 8:43 PM
**To:** Amy.Quartarolo@lw.com
**Cc:** Cohen, Jeffrey JCohen@lowenstein.com; Chafetz, Eric EChafetz@lowenstein.com; Fulfree, Nicole NFulfree@lowenstein.com; Mannix, Erica EMannix@lowenstein.com; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; lblanco@sequorlaw.com
**Subject:** Debtors' Employees

Amy,
Will the Debtors accept service by email of the attached for the following individuals who we understand are employees:
- Meg Owoc
- Zachary Owoc
- Ryan Owoc
- Krista Owoc

We will send along the unredacted versions as well (the redacted info was provided by debtors).
Also, would you happen to know if Jon Owoc (Jack's son), who has also done business with the company, is represented? We need to serve him with some papers as well.
Thanks,
Rachel

# EXHIBIT B

**From:** Amy.Quartarolo@lw.com
**Sent:** Wednesday, February 8, 2023 8:34 PM
**To:** Maimin, Rachel; Elizabeth.Morris@lw.com
**Cc:** Cohen, Jeffrey; Chafetz, Eric; Fulfree, Nicole; Mannix, Erica; Julceus, Markiana; Adler, Arielle B.
**Subject:** RE: Subpoenas

Rachel –

I am authorized to accept on behalf of Gene Bukovi, all objections reserved.

I'll let you know once I hear back from any of the others.

---

**From:** Quartarolo, Amy (LA)
**Sent:** Wednesday, February 8, 2023 10:57 AM
**To:** 'Maimin, Rachel' <RMaimin@lowenstein.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** RE: Subpoenas

We've reached out to these 4 individuals and will get back to you as soon as possible.

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Wednesday, February 8, 2023 7:08 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** Subpoenas

Amy/Liz,
Please see the attached subpoenas, for which we hope you will accept service on behalf of the recipients. We are in the process of serving them the regular way, but we understand that it is possible that one or more of these people are employed at VPX right now, so we can bypass that ideally. Please let us know.
Thanks very much.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 

1

# **EXHIBIT C**

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, February 9, 2023 10:36 AM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>
**Subject:** RE: Subpoenas

I am also authorized to accept on behalf of Greg Robbins, all objections reserved.

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Thursday, February 9, 2023 4:50 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Subject:** Re: Subpoenas

Thank you.

Sent from my iPhone

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



On Feb 8, 2023, at 8:34 PM, Amy.Quartarolo@lw.com wrote:

Rachel –

I am authorized to accept on behalf of Gene Bukovi, all objections reserved.

I'll let you know once I hear back from any of the others.

---

**From:** Quartarolo, Amy (LA)
**Sent:** Wednesday, February 8, 2023 10:57 AM
**To:** 'Maimin, Rachel' <RMaimin@lowenstein.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** RE: Subpoenas

We've reached out to these 4 individuals and will get back to you as soon as possible.

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Wednesday, February 8, 2023 7:08 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Fulfree, Nicole <NFulfree@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** Subpoenas

Amy/Liz,
Please see the attached subpoenas, for which we hope you will accept service on behalf of the recipients. We are in the process of serving them the regular way, but we understand that it is possible that one or more of these people are employed at VPX right now, so we can bypass that ideally. Please let us know.
Thanks very much.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

# EXHIBIT D

## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-17842 (PDR)

IN RE::
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor,1250
Miami, FL 33131

Received by Litigation Process Servers, LLC on the 7th day of February, 2023 at 12:54 pm to be served on **Fritz Tilus, 5424 Gate Lake Road, Tamarac, FL 33319**.

I, ROBERT LITTLE, do hereby affirm that on the **13th day of February, 2023** at **7:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION and NOTICE OF VIDEOTAPED RULE 2004 EXAMINATION DUCES TECUM** with the date and hour of service endorsed thereon by me, to: **Fritz Tilus** at the address of: **5424 Gate Lake Road, Tamarac, FL 33319**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. *Our staff, agents, and servers complied with company guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.*

**ROBERT LITTLE**
Process Server #1406

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2023000386

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# **EXHIBIT E**

## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-17842 (PDR)

IN RE::
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor,1250
Miami, FL 33131

Received by Litigation Process Servers, LLC on the 31st day of January, 2023 at 5:09 pm to be served on
**Ryan Owoc, 7501 Cleveland Street, Hollywood, FL 33024**.

I, ROBERT LITTLE, do hereby affirm that on the **27th day of February, 2023** at **6:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION and NOTICE OF VIDEOTAPED RULE 2004 EXAMINATION DUCES TECUM** with the date and hour of service endorsed thereon by me, to: **Ryan Owoc** at the address of: **7501 Cleveland Street, Hollywood, FL 33024**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. *Our staff, agents, and servers complied with company guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.*

**ROBERT LITTLE**
Process Server #1406

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2023000309

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# EXHIBIT F

| | |
|---|---|
| **From:** | Maimin, Rachel |
| **Sent:** | Monday, March 20, 2023 4:28 PM |
| **To:** | Amy.Quartarolo@lw.com; Elizabeth.Morris@lw.com |
| **Cc:** | Mannix, Erica; Julceus, Markiana; Adler, Arielle B.; Chafetz, Eric |
| **Subject:** | company employees |
| **Attachments:** | VPX - Robbins Letter re Failure to Comply with Ex 1.pdf; VPX - Bukovi Letter re Failure to Comply with Ex 1.pdf; VPX - Tilus Letter re Failure to Comply with Ex 1.pdf |

Amy/Liz,

As we noted over the weekend, we have not received any documents in response to the Rule 2004 Subpoenas to any of the Debtors' employees. We understand that the Debtors are collecting documents responsive to our Fourth Requests and that your position is that these individuals likely do not have documents responsive to their respective Rule 2004 Subpoenas in their personal possession.  Nonetheless, we need to certain.  To that end, we have prepared the attached letters to these individuals asking them to produce any documents in their personal possession or, alternatively, confirm that they do not have responsive documents in their personal possession, including text messages, which we know have been used before for company business.  Could you please pass these along to the addressed recipients?   We are also mailing hard copies directly to them, but wanted to provide you with the opportunity to pass them along since all of these individuals are (to our knowledge) existing company employees and you accepted service on behalf of two of them.

Thanks,
Rachel

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



# EXHIBIT G

| | |
|---|---|
| **From:** | Amy.Quartarolo@lw.com |
| **Sent:** | Monday, March 20, 2023 7:39 PM |
| **To:** | Maimin, Rachel; Elizabeth.Morris@lw.com |
| **Cc:** | Mannix, Erica; Julceus, Markiana; Adler, Arielle B.; Chafetz, Eric |
| **Subject:** | RE: company employees |

We will pass these along and work with you to get the confirmation you are looking for.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
http://www.lw.com

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Date:** Monday, Mar 20, 2023 at 3:28 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Mannix, Erica <EMannix@lowenstein.com>, Julceus, Markiana <MJulceus@lowenstein.com>, Adler, Arielle B.
<AAdler@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>
**Subject:** company employees

Amy/Liz,

As we noted over the weekend, we have not received any documents in response to the Rule 2004 Subpoenas to any of
the Debtors' employees. We understand that the Debtors are collecting documents responsive to our Fourth Requests
and that your position is that these individuals likely do not have documents responsive to their respective Rule 2004
Subpoenas in their personal possession.  Nonetheless, we need to certain.  To that end, we have prepared the attached
letters to these individuals asking them to produce any documents in their personal possession or, alternatively, confirm
that they do not have responsive documents in their personal possession, including text messages, which we know have
been used before for company business.  Could you please pass these along to the addressed recipients?   We are also
mailing hard copies directly to them, but wanted to provide you with the opportunity to pass them along since all of
these individuals are (to our knowledge) existing company employees and you accepted service on behalf of two of
them.

Thanks,
Rachel

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876

# EXHIBIT H

| | |
|---|---|
| **From:** | Elizabeth.Morris@lw.com |
| **Sent:** | Wednesday, March 22, 2023 8:17 PM |
| **To:** | Adler, Arielle B.; Julceus, Markiana |
| **Cc:** | Maimin, Rachel; Amy.Quartarolo@lw.com; Joe.Teresi@lw.com |
| **Subject:** | RE: VPX - Responses to 2004 Document Requests |
| **Attachments:** | Greg R Robbins - Resume.pdf; Offer Letter-Greg R. Robbins- Senior VP of Finance.docx; Employment Agreement-Greg R. Robbins- Senior VP of Finance.docx |

Following up on the below, attached are Greg Robbins' responsive documents.  He confirmed he does not have any other responsive documents or communications.

Thank you,

**Elizabeth A. Morris**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2976

---

**From:** Morris, Elizabeth (NY)
**Sent:** Wednesday, March 22, 2023 5:27 PM
**To:** 'Adler, Arielle B.' <AAdler@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>; Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Teresi, Joe (LA) <Joe.Teresi@lw.com>
**Subject:** VPX - Responses to 2004 Document Requests

Arielle, Markiana,

Thanks for the call today.  As indicated on the phone, we are working with the individuals to facilitate a response to your letters and let you know whether they have documents to produce or not.  Gene is traveling this week and likely won't be able to provide confirmation until Friday at the earliest.  It is our understanding that Fritz has no responsive documents or communications and will provide the certification.  We will of course pass that along to you as soon as we receive it.  Greg Robbins believes he has a current resume that he will send to us to produce to you, perhaps a copy of his offer letter, he is checking whether he has any responsive text messages, and otherwise has no responsive documents or communications.  We will provide confirmation on those documents from him as soon as possible.

As also discussed on our call, because these individuals are working to get you documents or confirm they have no documents as quickly as possible, we don't think motions to compel are necessary and will not serve to get you the information any sooner.  We will continue to pass information along to you as soon as we have it.

Thank you,

**Elizabeth A. Morris**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.2976
Email: elizabeth.morris@lw.com

# **<u>EXHIBIT I</u>**



**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 419-5876
**F**: (973) 597-2400
**E**: rmaimin@lowenstein.com

March 22, 2023

**VIA OVERNIGHT MAIL**

Krista Owoc
11807 SW 47th Ct
Fort Lauderdale, FL 33330

Re:     **Failure to Comply with 2004 Subpoena**
          -------------------------------------------------------------------
          **In re Vital Pharmaceuticals, Inc., et al. (the "Debtors"), Case No. 22-17842 (PDR)**
          **(Bankr. S.D. Fla.) (the "Chapter 11 Cases")**

Dear Ms. Owoc:

We write on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases, regarding the *Notice of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoena for Rule 2004 Examination* (together, the "2004 Subpoena") filed on January 26, 2023 [Docket No. 688] and served on you through Debtors' counsel on January 30, 2023.  A copy of the 2004 Subpoena is attached hereto as **Exhibit 1**.  On March 20, 2023, the Committee filed an amended 2004 Subpoena [Dkt. 979] (the "Amended 2004 Subpoena") to reflect an updated deposition date examination of April 3, 2023—a copy of which is attached hereto as **Exhibit 2**.

The 2004 Subpoena requires you to produce all responsive Documents and Communications[1], including, but not limited to, text messages and instant messages, in your possession listed on *Exhibit A* to the 2004 Subpoena (the "Production") by the later of: (i) February 11, 2023 at 5:00 p.m. EST; or (ii) 14 days after you were served with the 2004 Subpoena.[2]  More than 14 days have passed since you were served with the 2004 Subpoena (and the Court denied the Motion to Quash) and **we have not received your Production**.  Absent prompt Production of the requested documents, we will be forced to seek assistance from the Court as discussed below.

Please respond to this letter **by March 24, 2023 at 5:00 p.m. EST** indicating either that: (i) you are not in possession of any responsive materials and attach a signed certification stating same; or (ii) you are in possession of responsive materials and provide your Production.  Additionally,

---

[1]  "Documents" and "Communications" shall have their meanings as set forth in the 2004 Subpoena.

[2]  On February 10, 2023, the Debtors' filed the *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] (the "Motion to Quash") related to, among other things, the 2004 Subpoena served upon you.  The 2004 Subpoena was stayed by the filing of the Motion to Quash, however, on March 3, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Court") denied the Motion to Quash expressly requiring you to comply with the 2004 Subpoena [Docket No. 890].

---

NEW YORK      PALO ALTO      NEW JERSEY      UTAH      WASHINGTON, D.C.          Lowenstein Sandler LLP

Page 2

please confirm your availability for a deposition on April 3, 2023.  Your response to this letter should be sent directly to me at rmaimin@lowenstein.com.  If no response is received by March 24, 2023 at 5:00 p.m. EST, then the Committee will file a motion with the Court seeking an order compelling you to comply with the 2004 Subpoena.

We are hopeful that you will resolve your outstanding Production without the need for Court involvement.

Very truly yours,

*/s/ Rachel Maimin*
Rachel Maimin


Enclosures:    2004 Subpoena (**Exhibit 1**)
                        Amended 2004 Subpoena (**Exhibit 2**)



## **CERTIFICATION**

I, _____, certify under the penalty of perjury that I performed a thorough search of documents in my personal possession, including my personal e-mail and cellular telephone for documents responsive to the affixed subpoena.  No responsive documents were found.


_____                          _____
Date                                             Signature



**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 419-5876
**F**: (973) 597-2400
**E**: rmaimin@lowenstein.com

March 22, 2023

**VIA OVERNIGHT MAIL**

Ryan Owoc
7501 Cleveland Street
Hollywood, FL 33024

Re:     **Failure to Comply with 2004 Subpoena**
-----------------------------------------------------------------
        **In re Vital Pharmaceuticals, Inc., et al. (the "Debtors"), Case No. 22-17842 (PDR)
        (Bankr. S.D. Fla.) (the "Chapter 11 Cases")**

Dear Mr. Owoc:

We write on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases, regarding the *Notice of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoena for Rule 2004 Examination* (together, the "2004 Subpoena") filed on January 26, 2023 [Docket No. 692] and served on you through Debtors' counsel on February 27, 2023. A copy of the 2004 Subpoena is attached hereto as **Exhibit 1**. On March 20, 2023, the Committee filed an amended 2004 Subpoena [Dkt. 980] (the "Amended 2004 Subpoena") to reflect an updated deposition date examination of April 4, 2023—a copy of which is attached hereto as **Exhibit 2**.

The 2004 Subpoena requires you to produce all responsive Documents and Communications[1], including, but not limited to, text messages and instant messages, in your possession listed on *Exhibit A* to the 2004 Subpoena (the "Production") by the later of: (i) February 11, 2023 at 5:00 p.m. EST; or (ii) 14 days after you were served with the 2004 Subpoena.[2] More than 14 days have passed since you were served with the 2004 Subpoena (and the Court denied the Motion to Quash) and **we have not received your Production**. Absent prompt Production of the requested documents, we will be forced to seek assistance from the Court as discussed below.

Please respond to this letter **by March 24, 2023 at 5:00 p.m. EST** indicating either that: (i) you are not in possession of any responsive materials and attach a signed certification stating same; or (ii) you are in possession of responsive materials and provide your Production. Additionally,

---

[1]  "Documents" and "Communications" shall have their meanings as set forth in the 2004 Subpoena.

[2]  On February 10, 2023, the Debtors' filed the *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [Docket No. 786] (the "Motion to Quash") related to, among other things, the 2004 Subpoena served upon you. The 2004 Subpoena was stayed by the filing of the Motion to Quash, however, on March 3, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Court") denied the Motion to Quash expressly requiring you to comply with the 2004 Subpoena [Docket No. 890].

---

Page 2

please confirm your availability for a deposition on April 4, 2023. Your response to this letter should be sent directly to me at rmaimin@lowenstein.com. If no response is received by March 24, 2023 at 5:00 p.m. EST, then the Committee will file a motion with the Court seeking an order compelling you to comply with the 2004 Subpoena.

We are hopeful that you will resolve your outstanding Production without the need for Court involvement.

Very truly yours,

*/s/ Rachel Maimin*
Rachel Maimin


Enclosures:    2004 Subpoena (**Exhibit 1**)
                    Amended 2004 Subpoena (**Exhibit 2**)



## **CERTIFICATION**

I, _____, certify under the penalty of perjury that I performed a thorough search of documents in my personal possession, including my personal e-mail and cellular telephone for documents responsive to the affixed subpoena.  No responsive documents were found.


_____                    _____
Date                                           Signature

# EXHIBIT J

| | |
|---|---|
| **From:** | Elizabeth.Morris@lw.com |
| **Sent:** | Wednesday, March 22, 2023 9:13 PM |
| **To:** | Maimin, Rachel; Amy.Quartarolo@lw.com |
| **Cc:** | Mannix, Erica; Julceus, Markiana; Adler, Arielle B. |
| **Subject:** | RE: Letters |

Thanks Rachel.  We will pass these along.

**Elizabeth A. Morris**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2976

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Wednesday, March 22, 2023 5:18 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** Letters

Amy and Liz,

Like the letters from Monday, could you please pass these along to the addressed recipients?  We are also mailing hard copies directly to them, but wanted to provide you with the opportunity to pass them along since all of these individuals are (to our knowledge) existing company employees.

Thanks,
Rachel

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



# **<u>EXHIBIT K</u>**

| | |
|---|---|
| **From:** | Maimin, Rachel |
| **Sent:** | Thursday, March 23, 2023 3:18 PM |
| **To:** | Amy.Quartarolo@lw.com; Elizabeth.Morris@lw.com |
| **Cc:** | Mannix, Erica; Julceus, Markiana; Adler, Arielle B. |
| **Subject:** | Docs |
| **Attachments:** | CERTIFICATION.DOCX |

Amy and Elizabeth –

Thank you sending along Gene Robbins's documents and informing us of the status of Eugene Bukovi and Frtiz Tilus' responses. However, as you know, under the local rules we are required to confer with the individuals or their attorneys prior to moving to compel. *See* Local Rule 7026-1(F). Since you do not represent Mr. Tilus, Mr. Bukovi, or Mr. Robbins, your representations on their behalf do not satisfy the requirements for a meet and confer under the local rules. We will need to hear from the individuals directly, either via certification or email. I've attached a certification which the individuals can execute and send back to me. Alternatively, they can send an email to me directly stating that they are in the process of collecting the responsive documents in their personal possession (including texts) and that those documents will be produced by a date certain, or that they do not have any responsive documents (or in the case of Mr. Robbins that he has no further documents).

As you know, we also sent letters to Krista and Ryan Owoc, yesterday. The deadline for their response is tomorrow at 5pm. To the extent you speak to them about their outstanding productions, please inform them that we will also need a response directly from them as stated in our letters.

If we do not receive correspondence directly from all of these individuals before 5pm tomorrow, we will be forced to file a motion to compel. We need to hear from these people directly and in writing.

Additionally, as a courtesy, we are letting you know that we intend to file a Rule 2004 Notice seeking 30(b)(6) testimony from the Debtors. The Notice will seek documents that were also contained in our informal requests. We understand you are working on collecting the communications responsive to our requests and have every expectation that we will come to an agreement on search terms with no need to litigate, but in light of the tight schedule for depositions, we have to file the Notice so that we can preserve the right to seek court intervention in a timely fashion, if needed.

Thanks,

Rachel

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 

1

# **<u>EXHIBIT L</u>**

| | |
|---|---|
| **From:** | Elizabeth.Morris@lw.com |
| **Sent:** | Friday, March 24, 2023 12:38 PM |
| **To:** | Maimin, Rachel; Amy.Quartarolo@lw.com |
| **Cc:** | Mannix, Erica; Julceus, Markiana; Adler, Arielle B. |
| **Subject:** | RE: Docs |

Rachel,

As a heads up we will producing some documents on behalf of Krista Owoc and Ryan Owoc responsive to your requests.  We are working on gathering those documents and will produce them to you as soon as possible.  We have also spoken with both of them regarding the deposition dates.  Krista is not available on April 3.  She is traveling this week through April 10, but can be available April 11-14.  Ryan is not available April 4 (or any time that week) and is working to get us some dates later in April that work for him.

Thank you,

**Elizabeth A. Morris**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2976

---

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Thursday, March 23, 2023 3:18 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com>
**Cc:** Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Subject:** Docs

Amy and Elizabeth –

Thank you sending along Gene Robbins's documents and informing us of the status of Eugene Bukovi and Frtiz Tilus' responses.  However, as you know, under the local rules we are required to confer with the individuals or their attorneys prior to moving to compel.  *See* Local Rule 7026-1(F).  Since you do not represent Mr. Tilus, Mr. Bukovi, or Mr. Robbins, your representations on their behalf do not satisfy the requirements for a meet and confer under the local rules.  We will need to hear from the individuals directly, either via certification or email.  I've attached a certification which the individuals can execute and send back to me.  Alternatively, they can send an email to me directly stating that they are in the process of collecting the responsive documents in their personal possession (including texts) and that those documents will be produced by a date certain, or that they do not have any responsive documents (or in the case of Mr. Robbins that he has no further documents).

As you know, we also sent letters to Krista and Ryan Owoc, yesterday. The deadline for their response is tomorrow at 5pm.  To the extent you speak to them about their outstanding productions, please inform them that we will also need a response directly from them as stated in our letters.

If we do not receive correspondence directly from all of these individuals before 5pm tomorrow, we will be forced to file a motion to compel. We need to hear from these people directly and in writing.

Additionally, as a courtesy, we are letting you know that we intend to file a Rule 2004 Notice seeking 30(b)(6) testimony from the Debtors.  The Notice will seek documents that were also contained in our informal requests.  We understand you are working on collecting the communications responsive to our requests and have every expectation that we will come to an agreement on search terms with no need to litigate, but in light of the tight schedule for depositions, we have to file the Notice so that we can preserve the right to seek court intervention in a timely fashion, if needed.

Thanks,

Rachel


**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.