UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,    Jointly Administered
                                          Case No. 22-17842-PDR
    Debtors.                              Chapter 11
_____/

**RXO CAPACITY SOLUTIONS, LLC, LIMITED OBJECTION TO THE
PROPOSED CURE AMOUNT FOR ASSUMPTION OF EXECUTORY CONTRACT**

RXO Capacity Solutions, LLC ("**RXO**"), by and through its undersigned counsel, files this limited objection to the assumption and assignment of that certain Contract (as defined below), and, in support thereof, states:

1. On January 21, 2019, XPO Logistics, LLC ("**XPO**") and Vital Pharmaceuticals, Inc. ("**Debtor**") entered into that certain Credit Application and Agreement (the "**Credit Agreement**") whereby XPO agreed to extend credit to Debtor in connection with its motor carrier transportation and logistics services.

2. Pursuant to the Credit Agreement, the motor carrier transportation and logistics services provided by XPO to Debtor were governed by certain Customer Standard Terms and Conditions (the "**Customer Standard Terms and Conditions**") (the Credit Agreement and Customer Standard Terms and Conditions are collectively referred to herein as the "**Contract**").

3. On October 10, 2022, Debtor filed a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code (the "**Petition Date**").

4. On October 31, 2022, XPO spun-off and separated its motor carrier brokerage business and formed RXO. A certificate of merger evidencing the formation and spin-off of RXO from XPO is attached hereto as Exhibit A. Additional documents detailing the spin-off

are voluminous and will be made available upon request to the undersigned counsel and will be submitted in advance of any hearing on this Objection if necessary.

5.   As a result of the spin-off, RXO is XPO's successor to the Contract, and RXO has been continuing to provide motor carrier transportation and logistics services to Debtor pursuant to the terms of the Contract since the spin-off and during the pendency of this bankruptcy case.

6.   On December 14, 2022, RXO filed its Proof of Claim (Claim Number 318) for the amounts due under the Contract as of the Petition Date in the amount of $1,940,016.10.[1]

7.   On February 24, 2023, this Court entered its *Order Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* (the "**Bidding Procedures Order**") (Doc. No. 854).

8.   Pursuant to the Bidding Procedures Order, on March 3, 2023, Debtor filed the N*otice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto (*the "**Notice**"*)* (Doc. No. 893).

9.   The Notice identifies certain executory contracts that may be assumed or assigned; the counterparty to such contract; and, the Debtors' asserted cure amount for such contract.

10.   In Exhibit A of the Notice, the Debtor identifies XPO Global Forwarding, Inc.[2] as a contract counterparty, identifies the executory contract as "invoices for transportation services, dated August 12, 2020," and provides a cure amount of $1,949,393.36.

---

[1] RXO is a member of the Official Unsecured Creditors' Committee formed for this bankruptcy case.

[2] XPO Global Forwarding, Inc. (now named RXO Freight Forwarding, Inc. post-spin activity) is an affiliate of XPO Logistics, LLC that also has and/or has had a business relationship with Debtor. However, the relevant debt associated with Claim Number 318 is owed to RXO and not XPO Global Forwarding, Inc. or RXO Freight Forwarding, Inc.

2

11. Through simple oversight or otherwise, the Notice fails to recognize RXO's spin-off from XPO, fails to recognize that the Contract is now with RXO, and fails to assign the correct cure amount for the Contract - as evidenced by RXO's proof of claim - to RXO.

12. Accordingly, RXO objects to the Notice and the assumption and assignment of the Contract on the grounds that the Notice improperly identifies XPO Global Forwarding, Inc. as the Contract counter-party, does not accurately define the Contract between RXO and Debtor, and does not provide the correct cure amount of $1,940,016.10.

### RESERVATION OF RIGHTS

13. RXO expressly reserves and preserves any and all rights to object to the assumption and assignment of the Contract.

WHEREFORE, RXO respectfully requests that this Court enter an order conditioning the assumption and/or assignment of the Contract with RXO on the payment of the correct cure amount of $1,940,016.10 to RXO, and any such other and further relief as this Court deems just and proper.

**HOLLAND & KNIGHT LLP**

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald, Esq.
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
E-mail: edward.fitzgerald@hklaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2023, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

/s/ Edward M. Fitzgerald
Edward M. Fitzgerald, Esq.