"EXHIBIT A"



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"XPO ESCROW SUB, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "RXO, INC." UNDER THE NAME OF "RXO, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF OCTOBER, A.D. 2022, AT 10:09 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF OCTOBER, A.D. 2022 AT 11:58 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

6780259  8100M
SR# 20223896568

Authentication: 204739700
Date: 10-31-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:09 AM 10/31/2022
FILED 10:09 AM 10/31/2022
SR 20223896568 - File Number 6780259

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF
# DOMESTIC LIMITED LIABILITY COMPANY
# INTO A
# DOMESTIC CORPORATION

Pursuant to Title 8, Section 264(c) of the Delaware General Corporation Law and Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned corporation executed the following Certificate of Merger:

**FIRST**: The name of the surviving corporation is **RXO, Inc.**, a Delaware corporation, and the name of the limited liability company being merged into this surviving corporation is **XPO Escrow Sub, LLC**, a Delaware limited liability company.

**SECOND**: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by the surviving corporation and the merging limited liability company.

**THIRD**: The name of the surviving corporation is RXO, Inc.

**FOURTH**: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**FIFTH**: The merger is to become effective at 11:58 p.m. Eastern Time on October 31, 2022.

**SIXTH**: The executed Agreement and Plan of Merger, dated October 28, 2022, is on file at a place of business of the surviving corporation at c/o RXO, Inc., 11215 N. Community House Road, Charlotte, NC 28277.

**SEVENTH**: A copy of the Agreement of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of the constituent corporation or any member of the constituent limited liability company.

**IN WITNESS WHEREOF**, the surviving corporation has caused this certificate to be signed by an authorized officer this 31st day of October, 2022.

RXO, Inc.

By: _____
Jeffrey Firestone,
Chief Legal Officer and Secretary