UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

Chapter 11 Cases

Case No. 22-17842 (PDR)

(Jointly Administered)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following:

1. **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL GREG ROBBINS, EUGENE BUKOVI, FRITZ TILUS, KRISTA OWOC, AND RYAN OWOC TO COMPLY WITH 2004 NOTICES [DE 1029];**

2. **DECLARATION IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL GREG ROBBINS, EUGENE BUKOVI, FRITZ TILUS, KRISTA OWOC, AND RYAN OWOC TO COMPLY WITH 2004 NOTICES [DE 1030]; and**

3. **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL GREG ROBBINS, EUGENE BUKOVI, FRITZ TILUS, KRISTA OWOC, AND RYAN OWOC TO COMPLY WITH 2004 NOTICES [DE 1034];**

was served on March 27, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and via US mail to the persons on the below service list on.

Date:   March 27, 2023

Respectfully submitted,
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:   (305) 372-8282
Facsimile:   (305) 372-8202

By:   */s/ Leyza F. Blanco*
       Leyza F. Blanco
       Florida Bar No.: 104639
       Juan J. Mendoza
       Florida Bar No.: 113587

**Manual Service list:**

| | |
|---|---|
| Greg Robbins<br>1901 North Ocean Boulevard, Apt. 2C<br>Fort Lauderdale, Florida 33305 | Eugene Bukovi<br>836 Lavender Circle<br>Weston, Florida 33327 |
| Ryan Owoc<br>7501 Cleveland Street<br>Hollywood, FL 33024 | Krista Owoc<br>11807 SW 47th Ct<br>Fort Lauderdale, FL 33330 |
| Fritz Tilus<br>5424 Gate Lake Road<br>Tamarac, Florida 33319 | |