UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al., | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

_____

**LIMITED OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND
UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION
WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE
AMOUNTS WITH RESPECT THERETO**

Archer Daniels Midland Company ("ADM Co."), ADM Wild Europe GmbH & Co. KG

("ADM Europe") and Wild Flavors Inc. ("Wild Flavors" and together with ADM Co. and ADM

Europe, collectively, "ADM") object to the Debtors' Notice of (I) Executory Contracts and

Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors'

Assets and (II) the Proposed Cure Amounts with Respect Thereto (the "First Notice") (ECF No.

893) and Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be

Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed

Cure Amounts with Respect Thereto (the "Supplemental Notice" and together with the First,

Notice, collectively, the "Notice") (ECF No. 995). In support of its Objection, ADM states as

follows:

**BACKGROUND**

1.      On October 10, 2022, the Debtors filed voluntary petitions under Chapter 11 of the

Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases.

2.      On October 10, 2022, the Debtors filed their Emergency Motion for (A) the

Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and

Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business (the "Foreign Vendor Motion") (ECF No. 12).

3.       The Foreign Vendor Motion identified ADM Europe as a foreign vendor and stated that the total prepetition amount owed to ADM Europe was $135,132.00. Foreign Vendor Motion at 13. The Foreign Vendor Motion was granted by an Order entered on October 14, 2022 (ECF No. 111).

4.       On March 3, 2023, the Debtors filed the First Notice. The First Notice purports to advise ADM of the Debtors' intent to assume and assign various agreements between the Debtors and ADM (the "Designated Agreements"). The Notice further purports to give notice to ADM of the aggregate amount that must be paid to cure all pre-petition defaults under the Designated Agreements.

5.       On March 21, 2023, the Debtors filed the Supplemental Notice. The Supplemental Notice contains revisions to the First Notice, but similarly purports to advise ADM of the Debtors' intent to assume and assign the Designated Agreements and to give notice to ADM of the aggregate amount that must be paid to cure all pre-petition defaults under the Designated Agreements. The Designated Agreements and cure amounts listed in the Supplemental Notice are as follows:

| No. | Counterparty Name | Description | Cure Amount |
|-----|-------------------|-------------|-------------|
| 71 | ADM Co. | Invoices for Shipment of Flavors, dated July 8, 2022 | $161,988.72 |
| 72 | ADM Europe | Material/Packaging Agreement | $464.40 |
| 3972 | Wild Flavors | Invoices for Flavors sold | $714,836.30 |

## OBJECTION AND RESERVATION OF RIGHTS

6.      ADM objects to the assumption and assignment of the Designated Agreements on the grounds that the proposed cure amounts do not provide for the full payment of all pre-petition amounts due and owing.

7.      Pursuant to § 365 of the Code, as a condition of the Debtors' assumption of executory contracts with ADM, ADM is entitled to be paid all pre-petition amounts due and owing in full in order to restore pre-default conditions and bring all contracts back in compliance with their terms. 11 U.S.C. § 365(b); *See also In re Wireless Data, Inc.*, 547 F.3d 484, 489 (2d Cir. 2008).

8.      As the United States Court of Appeals for the Second Circuit explained:

> If the debtor is in default on the contract, it will not be allowed to assume the contract unless, at the time of the assumption it, inter alia, (a) cures, or provides adequate assurance that it will promptly cure, the default. . . . Congress's intent in imposing these conditions on the ability of the debtor to assume the contract was "to insure that the contracting parties receive the full benefit of their bargain if they are forced to continue performance."

*In re Ionosphere Clubs, Inc*., 85 F.3d 992, 999 (2d Cir. 1996) (internal citations omitted).

9.      The correct cure amounts due as of the Petition Date are as follows:

   a.      No. 71 - ADM Co.: $202,640.23. *See* Claim No. 319.

   b.      No. 72 - ADM Europe: $135,132.00. Foreign Vendor Motion at 13.

   c.      No. 3943 - Wild Flavors: $915,171.79. *See* Claim No. 319.

10.      Unless and until the Debtors cure the pre-petition balances owed to ADM in full, the Debtors cannot assume and assign the Designated Agreements.

11.    In addition, as the case proceeds, ADM continues to provide post-petition services and goods to the Debtors' estates, and additional amounts become due under the Designated Agreements.  Accordingly, the amount due ADM as of the closing date of any sale may change.

12.    ADM reserves the right to supplement this Objection on any grounds, including but not limited to lack of adequate assurance pursuant to 11 U.S.C. § 365(f)(2)(B), failure to cure any post-petition defaults prior to assumption pursuant to 11 U.S.C.§ 365(b)(1)(A) and compensation for damage for any defaults prior to assumption pursuant to 11 U.S.C. § 365(b)(1)(B).

WHEREFORE, ADM respectfully requests that an Order be entered conditioning the assumption and assignment of the Designated Agreements on the correct cure amounts and providing such other and further relief as is just and proper.

SHRAIBERG PAGE P.A.

/s/ *Bradley S. Shraiberg*
Bradley S. Shraiberg
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0801 Direct
(561) 998-0047 Fax

STINSON LLP

Paul Hoffmann (MO # 31922)
Michael Pappas
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2746
Telephone: (816) 691-3278
Facsimile: (816) 691-3495
Paul.Hoffmann@stinson.com
Michael.Pappas@stinson.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 27, 2023 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

<u>   /s/ Bradley S. Shraiberg                              </u>
Counsel for ADM