UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

Case No: 22-17842-PDR
Chapter 11

    Debtor.
_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS**

**JOHN H. OWOC, MEGAN OWOC and ELITE ISLAND, LLC**, ("Parties in Interest") file this Motion for Extension of Time to Respond to the 2004 Examination of the Unsecured Creditors' Committee as it pertains to document request production, and in support thereof state as follows:

1. On March 17, 2023, Megan Owoc was served with the Official Committee of Unsecured Creditors ("Committee") *Amended and Supplemental Notice of Videotaped Rule 2004 Examination Duces Tecum* (Doc. No. 967), to appear for examination on April 14, 2023, with the accompanying request for production of documents.

2. On March 17, 2023, Elite Island, LLC was served with the Official Committee of Unsecured Creditors *Amended and Supplemental Notice of Videotaped Rule 2004 Examination Duces Tecum* (Doc. No. 968), to appear for examination on April. 17, 2023, with the accompanying request for production of documents.

3. On March 20, 2023, John H. Owoc was served with the Official Committee of Unsecured Creditors *Amended and Supplemental Notice of Videotaped Rule 2004 Examination Duces Tecum* (Doc. No. 981), for deposition to take place on April 24, 2023.

2.  Counsel for John J. Owoc recently withdrew as counsel and the Parties In Interest are in the process of obtaining new counsel. Prior to withdrawal, counsel for the Committee and Mr. Owoc agreed to a rolling production of documents and formal responses and documents due by March 27, 2023.

3.  The Parties In Interest were working on gathering the documents but need additional time to obtain counsel and additional time for new counsel to review the documents to file a response and provide the relevant documents. Notably in the last month, the Parties In Interest have had their world turned upside down. They were terminated from the company they founded. They were served with an adversary lawsuit, all while Mr. Owoc was working diligently to close a real estate transaction that netted the Debtor's estate over $900,000.00.

4.  The Parties In Interest are requesting a brief extension to April 10, 2023, one week prior to the first scheduled 2004 Examination, to produce the requested documents and responses while to bring replacement counsel, if any, up to speed to protect their rights.

5.  The Parties In Interest certify that this motion is brought in good faith and not being filed for the purposes of delay and is not intended to hinder or prejudice the Debtor. Prior counsel for Mr. Owoc (on his behalf) conferred with counsel for the committee who did not consent to the relief requested herein

WHEREFORE, **JOHN H. OWOC**, **MEGAN OWOC and ELITE ISLAND, LLC**, respectfully request this Court grant a brief extension until April 10, 2023 for the Parties In Interest to provide the relevant documents and serve their responses to the 2004 Examination requests and request all such further relief this court deems just and proper.

Dated: March 27, 2023

/s/ Justin M. Luna
Justin M. Luna, Esq.

Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Primary E-Mail:   jluna@lathamluna.com
Secondary E-Mail: bknotice1@lathamluna.com
*Filed on behalf of John H. Owoc, Megan Owoc, and Elite Island, LLC. pro se Parties In Interest, to facilitate filing, and not as counsel of record*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**VITAL PHARMACEUTICALS, INC.,**
et al.,

      Debtor.
_____/

Case No: 22-17842-PDR
Chapter 11

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 27th day of March., 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will give notice of electronic filing to all counsel of record; and via electronic communication and/or U.S. First Class Mail to: John H. Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331, jackowoc.cewo@gmail.com; Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331; and Elite Island, LLC, 1600 N. Park Drive, Weston, FL 33326.

                                              /s/ Justin M. Luna
                                              Justin M. Luna, Esq.