IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

Chapter 11 Case

Case No. 22-17842 (PDR)

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Motion to Sell Free and Clear of Liens (Excess Vehicles) Pursuant to 11 U.S.C. 363(f). [$188 Fee Amount] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (405)** (Docket No. 407)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Direct Connect Logistix, Inc., Attn: Leslie Maish at 130 S Meridian St, Indianapolis, IN 46225-1046, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Joint Motion to Compromise Controversy with Monster Energy Company and Orange Bang, Inc. Regarding Royalty That Accrues Postpetition (Hearing Requested on January 10, 2023 at 1:30 p.m.) (603)** (Docket No. 607)

- **Order Granting Debtors' Ex Parte Motion for Order Shortening Time for Notice of Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition** (Docket No. 608)

- **Agreed Order Granting Debtors' Agreed Ex Parte Motion to Continue Hearing Scheduled for January 11, 2023 to Consider Debtors' Application for Order Authorizing the Employment of Andrew P. Beilfuss and the Law Firm of Quarles & Brady LLP as Special Counsel to the Debtors, Effective as of the Petition Date [ECF No. 511]** (Docket No. 635)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Application to Employ David M. Levine and the Law Firm of Sanchez Fischer Levine, LLP as Special Counsel to the Debtors, Effective as of the Petition Date [Affidavit Attached] (633)** (Docket No. 649)

- **Agreed Ex Parte Order Granting Debtors' Agreed Ex Parte Motion to Continue Hearing Scheduled for January 19, 2023, to Consider Applications to Retain Special Counsel** (Docket No. 657)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on VPX vs. Leading Edge Expositions et al. (2022), Leading Edge Expositions, LLC Cannabis World Congress & Busi at 246 Dorchester Rd, River Edge, NJ 07661-1227, pursuant to USPS forwarding instructions:

- **Order Granting Debtors' Expedited Motion for the Entry of an Order (I) Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief** (Docket No. 616)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Debtors' Expedited Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and Granting Related Relief (Expedited Hearing Requested on or Before February 7, 2023) (671)** (Docket No. 673)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Securities & Exchange Commission, Attn: Regional Director at 5000 T Rex Ave, Ste 300, Boca Raton, FL 33431-4491, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Debtors' Expedited Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and Granting Related Relief (Expedited Hearing Requested on or Before February 7, 2023) (671)** (Docket No. 673)

- **Notice of Hearing re Expedited Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Solicit Acceptances Thereof and Granting Related Relief (Expedited Hearing Requested on or Before February 7, 2023) (672)** (Docket No. 674)

- **Agreed Order Granting Debtors' Agreed Ex Parte Motion to Continue January 26, 2023 Final Evidentiary Hearing on Motion for Relief from the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim** (Docket No. 676)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Order Granting Debtors' Expedited Motion for the Entry of an Order (I) Extending the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 745)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Novelis Corporation, Attn: Spooner Ward, VP at 3550 Peachtree Rd NE, Atlanta, GA 30326-1203, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Third Motion to Reject Executory Contract (Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts) (824)** (Docket No. 832)

- **Re-Notice of Hearing re Third Motion to Reject Executory Contract (Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts) (824)** (Docket No. 919)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Trench Shore Rentals at 17200 N Perimeter Dr, Ste 102, Scottsdale, AZ 85255-7435, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Dated: March 27, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abraham Flores | | 2865 Demeter Pl | | Jurupa Valley | CA | 92509-2114 |
| Alex Rivera | | 1128 NW 21st Ave | | Cape Coral | FL | 33993-5914 |
| Amir Elsaeidy | | 861 Bringham Ave | Apt 4 | Los Angeles | CA | 90049-4725 |
| Day Pitney LLP Real Estate Trust | | 4855 Technology Way | Ste 530 | Boca Raton | FL | 33431-3350 |
| Jabard Torain | | 4580 Kellybrook Dr | | Concord | NC | 28025-7054 |
| Jay Nagy | | 2100 PGA Blvd | Apt 522 | N Palm Beach | FL | 33408-2790 |
| Laderick Black | Atten: Erina Mesa | 195 W David St | Apt 507 | Dallas | TX | 75208-4438 |
| Lisa Patel | | 777 N Ashley Dr | Unit 2508 | Tampa | FL | 33602-4380 |
| Neuman Law, PA | | 1001 W Yamato Rd | Ste 401 | Boca Raton | FL | 33431-4445 |
| PBC - Pepsi Co. Seattle | | 520 8th St SW | | Auburn | WA | 98001-5918 |
| Sandi Demski Sandi | | 8296 Alderman Rd | | Jacksonville | FL | 32211-6213 |
| Shayn Patrick Lewis | | 4687 Banwell Pl | | Alanson | MI | 49706-9794 |
| Sommer M Hafiz | | 1315 Harding Pl | Apt 304 | Charlotte | NC | 28204-3539 |
| Tayler Holder LLC | | 3747 County Road 405 | | Alvarado | TX | 76009-3032 |
| Walter Boyd | | 2201 Rockbrook Dr | Apt 1424 | Lewisville | TX | 75067-3824 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**

Case 22-17842-PDR   Doc 1042   Filed 03/27/23   Page 6 of 9



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Centerpoint (Dogwood) | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| Dogwood Holdings, L.P. | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| Duke Realty | c/o Duke Realty Corporation | Attn: Florida Market, Vice President, Regional Asset Manager | 300 S Orange Ave Ste 1100 | Orlando | FL | 32801-3375 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **<u>Exhibit C</u>**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Centerpoint (Dogwood) | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| Dogwood Holdings, L.P. | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1