UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF RACHEL MAIMIN, ESQ.

Rachel Maimin, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C. I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York.

2. I submit this declaration ("Declaration") in support of the Official Committee of Unsecured Creditors' (the "Committee") Objection[2] to the *Motion for Extension of Time to Respond to 2004 Examination Request for Production of Documents* [Docket No. 1041] (the "Motion") filed by John H. ("Jack") Owoc, Megan Owoc, and Elite Island, LLC ("Elite Island",

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection being concurrently filed herewith.

-1-

and together with Jack and Megan Owoc, the "Owocs"), and (ii) a cross-motion seeking to have this Court order the Owocs to comply with the 2004 Notices[3] (the "Cross-Motion").

3. Between November 2022 and January 27, 2023, the Committee served four sets of informal requests for information on the Debtors. Because many documents requested were not produced, the Committee issued Rule 2004 notices and subpoenas to various third parties seeking Documents and Communications that the Committee needs in order to properly and effectively investigate the viability of estate claims and causes of action.

4. On January 30, 2023, Paul Battista, Esq., Jack Owoc's former counsel, accepted service of the 2004 Notices via email on behalf of Jack and Megan Owoc. A true and accurate copy of this email is attached hereto as **Exhibit A**.

5. On January 31, 2023, the Committee's process server, Litigation Process Servers, LLC, confirmed by *Return of Service* (the "Elite Island 2004 Notice ROS") that he completed service of the 2004 Notice on Elite Island on that date. A true and accurate copy of the Elite Island 2004 Notice ROS is attached hereto as **Exhibit B**.

6. On February 6, 2023, Mr. Battista filed a *Notice of Withdrawal of Appearance* for Mr. Battista, Glenn D. Moses, Esq., and Venable LLP's withdrawal of their appearance on behalf of Jack Owoc. [Docket No. 754].

7. On February 7, 2023, after Mr. Battista resigned as Jack's counsel, I emailed and sent a letter via overnight FedEx to Jack Owoc (the "February 7 Letter") that, among other things, reminded Jack of: (i) the February 11, 2023 production deadline; (ii) his deposition scheduled for

---

[3] "2004 Notices" refers to the *Notices of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoenas for Rule 2004 Examination*, together with the Amended 2004 Notices (defined below), served on the Owocs.

March 13, 2023; and (iii) his duty to preserve all documents related to the Chapter 11 Cases and the 2004 Notice. A true and accurate copy of this email is attached hereto as **Exhibit C**. The February 7 Letter further advised that Mr. Battista's withdrawal as counsel does not excuse a delay or a failure to comply with the 2004 Notice and requested that Jack advise the Committee if a new lawyer agrees to represent him. A true and accurate copy of this letter is attached hereto as **Exhibit D**.

8. On March 6, 2023, Committee counsel emailed Jack Owoc's new counsel, Justin M. Luna, Esq., to offer a courtesy extension production deadline for Documents and Communications of no later than March 13, 2023 (the "First Extension"), and deposition dates of March 15, 2023 for Megan Owoc and March 28, 2023 for Jack Owoc. Committee counsel also asked Mr. Luna if he represents Elite Island and, if so (and assuming that Jack would appear for Elite Island at the deposition), proposed a deposition for that entity on March 29, 2023. In response, Mr. Luna requested a call and indicated that "[t]his timeline is a bit aggressive for my schedule." A true and accurate copy of this email is attached hereto as **Exhibit E**.

9. On March 7, 2023, Committee counsel had a call with Mr. Luna and Debtors' counsel where, among other things, Mr. Luna indicated he was representing both Jack and Megan Owoc and was not able to confirm if he was representing Elite Island. On the call, Committee counsel agreed to a further extension for Jack and Megan Owoc's production deadlines for responsive Documents and Communications to March 20, 2023 (the "Second Extension").

10. On March 10, 2023, Committee counsel emailed Mr. Luna confirming, among other things, the agreed-upon deadline of March 20, 2023 pursuant to the Second Extension. In response, Mr. Luna emailed Committee counsel stating that Jack and Megan Owoc's employment

were just terminated and the agreed-upon timeline was "no longer tenable and additional time of a few weeks will be needed." True and accurate copies of these emails are attached hereto as **Exhibit F**.

11. On March 12, 2023, Mr. Luna emailed Committee counsel proposing, among other things, that Jack and Megan Owoc would produce non-objectionable responsive Documents and Communications by March 27, 2023. In response, on March 13, 2023, Committee counsel agreed to the extended production deadline of March 27, 2023 (the "Third Extension") only if Jack and Megan Owoc would begin a rolling production of Documents and Communications that week. True and accurate copies of these emails are attached hereto as **Exhibit G**.

12. On March 15, 2023, Mr. Luna emailed Committee counsel confirming that he "will accept service of the Elite Island subpoena" whereby the Committee agreed to extend the production deadline as to Elite Island from March 8 to March 27, 2023, the same deadline as Jack and Megan Owoc under the Third Extension. A true and accurate copy of this email is attached hereto as **Exhibit H**.

13. On March 17 and 20, 2023, Committee counsel filed and served upon Mr. Luna via email the amended 2004 Notices for Megan Owoc [Docket No. 967], Elite Island [Docket No. 968], and Jack Owoc [Docket No. 981] that were updated to reflect agreed upon deposition dates and to request additional Documents and Communications from Jack Owoc with an April 3, 2023 production deadline as to the new requests. True and accurate copies of these emails are attached hereto as **Exhibit I**.

14. As of March 20, 2023, the Owocs failed to comply with the agreed-upon terms of the Third Extension to begin production on a rolling basis starting the week prior and no Documents or Communications had been produced.

15. On March 22, 2023, Committee counsel emailed Mr. Luna asking whether Documents and Communications would be produced on a rolling basis before the March 27 deadline or whether the Committee would receive a bulk production on that date. Mr. Luna responded that "[a]s soon as I have documents to produce, I will send them over. As of today, I don't have any." True and accurate copies of these emails are attached hereto as **Exhibit J**.

16. On March 24, 2023, Committee counsel emailed Jack Owoc's new counsel, Jay Geller, Esq. of the Law Office of Jay S. Geller and Jeremy Fischer, Esq. of Drummond Woodsum, and provided new counsel with the agreed-upon production deadlines and deposition dates under the Third Extension. Committee counsel also explained that while prior courtesy extensions had been given, the Committee would not agree to any further extensions. After an introductory Zoom call with new counsel, Committee counsel was informed by email that Mr. Geller and Mr. Fischer's respective firms would "not be entering their appearances in these Chapter 11 Cases or related adversary proceedings on behalf of Mr. Owoc, and no longer represent Mr. Owoc." True and accurate copies of these emails are attached hereto as **Exhibit K**.

17. On March 25, 2023, Committee counsel emailed Jack Owoc and sent letters via overnight FedEx to each of the Owocs reminding them of the production deadline of March 27, 2023 and requested a response to the letters by March 28, 2023 at 5:00 p.m. ET, otherwise the Committee indicated it would seek judicial intervention. True and accurate copies of these letters are attached hereto as **Exhibit L**.

18. On March 27, 2023, Mr. Luna, despite having withdrawn as counsel, emailed Committee counsel (i) acknowledging his "firm has withdrawn from representing the Owocs and Elite Island" yet (ii) still seeking "a request from my clients of an additional 21 days on the document and responses to the 2004 exams." That same day, Committee counsel responded denying the extension request and informed Mr. Luna that the Committee has "previously extended the courtesy of multiple extensions" but that has "reached the limit we can given the fixed deposition schedule". True and accurate copies of these letters are attached hereto as **Exhibit M**.

19. Despite the Committee's good-faith efforts to resolve the Owocs' non-compliance with 2004 Notices, and as demonstrated by the filing of the Motion, the Committee and the Owocs have been unable to reach a resolution.

20. I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information and belief.


Dated: March 28, 2023
      New York, New York

                                                              */s/ Rachel Maimin*
                                                             Rachel Maimin