# **EXHIBIT A**

| | |
|---|---|
| **From:** | Battista, Paul J. <PJBattista@Venable.com> |
| **Sent:** | Monday, January 30, 2023 5:25 PM |
| **To:** | Maimin, Rachel |
| **Cc:** | Cohen, Jeffrey; Chafetz, Eric; Fulfree, Nicole; Mannix, Erica; Adler, Arielle B.; Julceus, Markiana; lblanco@sequorlaw.com; Amy.Quartarolo@lw.com |
| **Subject:** | RE: Jack Owoc |

Thank you Rachel. I will accept service for Jack and Meg with a full reservation of rights to seek protection (other than based on lack of service).

Thx

Paul

Paul J. Battista, Esquire.
Venable LLP
100 S.E. Second Street, 44th Floor
Miami, FL 33131
T. 305-372-2457
M. 305-812-8030
Pjbattista@venable.com

---

**From:** "Maimin, Rachel" <RMaimin@lowenstein.com>
**Sent:** Jan 30, 2023 5:05 PM
**To:** "Battista, Paul J." <PJBattista@Venable.com>
**Cc:** "Cohen, Jeffrey" <JCohen@lowenstein.com>; "Chafetz, Eric" <EChafetz@lowenstein.com>; "Fulfree, Nicole" <NFulfree@lowenstein.com>; "Mannix, Erica" <EMannix@lowenstein.com>; "Adler, Arielle B." <AAdler@lowenstein.com>; "Julceus, Markiana" <MJulceus@lowenstein.com>; lblanco@sequorlaw.com; Amy.Quartarolo@lw.com
**Subject:** RE: Jack Owoc

**Caution: External Email**

Paul, please let us know today re: service. We'll just go ahead and serve him if we don't hear from you to avoid further delay, as service doesn't usually take much time to decide. Thanks very much.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP