# **EXHIBIT B**

## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-17842 (PDR)

IN RE::
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor, 1250
Miami, FL 33131


JDA2023000275

Received by Litigation Process Servers, LLC on the 30th day of January, 2023 at 11:05 am to be served on **Elite Island, LLC, c/o CORPORATE CREATIONS NETWORK INC., 801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408.**

I, ENIL CERRANO, do hereby affirm that on the **31st day of January, 2023 at 1:50 pm, I:**

served a **CORPORATE - LLC** by delivering a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION and NOTICE OF VIDEOTAPED RULE 2004 EXAMINATION DUCES TECUM** with the date and hour of service endorsed thereon by me, to: **Krystle Parker** as **Admin Asst For Corporate Creations Network, Inc.**, at the address of: **801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408** and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 34, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true pursuant to Florida Statute 92.525(2).

ENIL CERRANO
2083

Litigation Process Servers, LLC
8306 Mills Drive
Suite 599
Miami, FL 33183
(305) 340-3100

Our Job Serial Number: JDA-2023000275

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k