# **EXHIBIT C**

| | |
|---|---|
| **From:** | Maimin, Rachel <RMaimin@lowenstein.com> |
| **Sent:** | Tuesday, February 7, 2023 9:34 AM |
| **To:** | ceo@bangenergy.com |
| **Cc:** | Battista, Paul J.; Amy.Quartarolo@lw.com; Cohen, Jeffrey; Chafetz, Eric; Fulfree, Nicole |
| **Subject:** | VPX |
| **Attachments:** | letter to J. Owoc 2.7.23.PDF |

Mr. Owoc,

Please see the attached.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.