# **EXHIBIT D**



**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: 212.419.5876
**F**: 212.262.7402
**E**: rmaimin@lowenstein.com

February 7, 2023

**BY EMAIL AND FEDERAL EXPRESS**

Jack H. Owoc
1600 N. Park Drive
Weston, FL 33326

**Re:**  **Jack Owoc**

Dear Mr. Owoc:

We write on behalf of our client, the Official Committee of Unsecured Creditors in the Chapter 11 Cases (the "Committee"), after reviewing Paul J. Battista, Esq.'s filing withdrawing from representing you, to remind you of the following legal obligations you personally continue to bear, among others:

- You are required to produce a complete set of responsive documents on February 11, 2023 pursuant to our Notice dated January 26, 2023, accepted by email service to Mr. Battista on January 30, 2023, and to appear for a deposition by the Committee on March 13, 2023.

- You are required to preserve, and not destroy or hide, any and all documents related to the Chapter 11 Cases, which includes—at a minimum—all documents related to the Debtors, their assets, and your ownership of these assets, including but not limited to transactions involving these assets. We will not hesitate to seek sanctions or other remedies if any spoliation of evidence comes to light.

Having retained over twenty law firms on behalf of the Debtors between 2019 and 2021 alone, you are clearly familiar with the process of locating counsel. However you choose to proceed, though, the fact that Mr. Battista has withdrawn shall not be an excuse for delay or a failure to adhere to the law.

John H. Owoc, Esq.
February 7, 2023
Page 2

Please advise us promptly if a new lawyer agrees to represent you so that we may direct correspondence to that firm going forward.

Very truly yours,

By: _____
Rachel Maimin

cc: Paul J. Battista, Esq.
    Amy Quartarolo, Esq.

