# **EXHIBIT E**

| | |
|---|---|
| **From:** | Justin Luna <jluna@lathamluna.com> |
| **Sent:** | Monday, March 6, 2023 2:32 PM |
| **To:** | Julceus, Markiana |
| **Cc:** | Maimin, Rachel; Chafetz, Eric; Elizabeth.Morris@lw.com; Amy.Quartarolo@lw.com; Mannix, Erica |
| **Subject:** | Re: In re Vital Pharmaceuticals (22-17842) - Depositions of Jack and Meg Owoc |

Can we get on a call tomorrow or Wednesday. This timeline is a bit aggressive for my schedule. Thank you.

Justin M. Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
(407) 481-5804
jluna@lathamluna.com
@orlbankruptcy
Board Certified Business Bankruptcy Attorney

> On Mar 6, 2023, at 2:21 PM, Julceus, Markiana <MJulceus@lowenstein.com> wrote:
>
> Justin,
>
> I hope this email finds you well! Following the Court's order denying the motion to quash, the Committee is preparing a schedule for the depositions in this matter. Please let us know when we can expect to receive your clients' document production in response to the subpoenas. We would propose no later than **March 13, 2023** – a week from today. If the document production is made by that date, we would then propose that the deposition of Meg Owoc occur on **March 15, 2023** and that the deposition of Jack Owoc occur on **March 28, 2023.** Please let us know if that will work for you and your clients.
>
> Additionally, do you represent Elite Island LLC, as well? If so, (and assuming that Jack will be appearing for the Elite Island deposition), we would propose that deposition occur the day after Jack's on **March 29, 2023**.
>
> We're happy to hop on a call to discuss the dates and other logistics. We've also reached out to Debtors' counsel (copied) and are waiting on their response to the proposed schedule as a whole.
>
> Best,
>
> Markiana
>
> **Markiana Julceus**
> she, her, hers
> Associate
> Lowenstein Sandler LLP