# **EXHIBIT F**

| | |
|---|---|
| **From:** | Justin Luna <jluna@lathamluna.com> |
| **Sent:** | Friday, March 10, 2023 3:04 PM |
| **To:** | Mannix, Erica |
| **Cc:** | Maimin, Rachel; Renert, Jordana; Chafetz, Eric; Julceus, Markiana |
| **Subject:** | Re: VPX - Jack and Meg Owoc 2004 Notices |

All, Meg and Jack were just terminated by the board. This has and will send significant immediate shockwaves for their families. This timeline is no longer tenable and additional time of a few weeks will be needed. I'm certain you all understand as they make sense of what just happened.

Justin M. Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
(407) 481-5804
jluna@lathamluna.com
@orlbankruptcy
Board Certified Business Bankruptcy Attorney

> On Mar 10, 2023, at 2:57 PM, Mannix, Erica <EMannix@lowenstein.com> wrote:
>
> Good afternoon Justin,
>
> Following up on our call earlier this week. As discussed, our understanding is that you will be producing documents on behalf of Meg Owoc and Jack Owoc on a rolling basis with a deadline of March 20, 2023. Could you please confirm as soon as possible whether you are representing Elite Island LLC? The deadline for document production for that entity was this week. If you do not represent Elite Island LLC, we will need to file a Motion to Compel on Monday. We also intend to re-notice the deposition for Elite Island for April 17, 2023 at 9:30 a.m. ET, our tentative date.
>
> Could you please confirm at your earliest convenience if the tentative dates below work for Meg and Jack's depositions? We also need to file Re-Notices on these 2004 examinations.
>   1. Meg Owoc – March 24, 2023 at 9:30 a.m. ET
>   2. Jack Owoc – April 18, 2023 at 9:30 a.m. ET
>
>
> **Erica G. Mannix**
> Associate
> Lowenstein Sandler LLP
>
> T: (973) 422-6538
> M: (732) 674-1495
>
>  

1