# **EXHIBIT G**

| | |
|---|---|
| **From:** | Mannix, Erica |
| **Sent:** | Monday, March 13, 2023 10:55 AM |
| **To:** | Justin Luna |
| **Cc:** | Maimin, Rachel; Renert, Jordana; Chafetz, Eric; Julceus, Markiana; Benjamin Taylor; Miranda Davis |
| **Subject:** | RE: VPX - Jack and Meg Owoc 2004 Notices |
| **Attachments:** | Return of Service Elite Island.pdf |

Good morning Justin,

Thank you for the response. The 2004 Notices require three total days – one day for each of Meg, Jack and Elite Island LLC. While we will schedule the separate day for Elite Island LLC, it is possible that we won't need that entire time.

Elite Island LLC was served by our process server on January 31, 2023, attached is the affidavit of service. As such document production was due last week. We were asking if you represent Elite Island LLC so that we could consensually agree upon document production and the deposition date for that entity. If you are not representing Elite Island LLC, we will need to file a motion to compel the production.

Please provide us with two location options for the depositions that work for your clients. We propose the following dates for the three depositions:
1. Meg Owoc – April 14, 2023
2. Elite Island LLC – April 17, 2023
3. Jack Owoc – April 18, 2023

Let us know if this schedule works as soon as possible. Meg and Jack's production of documents was initially due last week, though we agreed with you to extend those deadlines to March 20, 2023. If you can begin a rolling production of the documents starting this week, we can extend the deadline for their productions to March 27, 2023—with no further extensions.

We have not heard from Monster about whether it intends to file a cross-notice, but we expect that it might. You may want to coordinate whatever date we agree upon for Jack's deposition with Monster as well, as it also has an outstanding Rule 2004 Notice to Jack.

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 

1



**From:** Justin Luna <jluna@lathamluna.com>
**Sent:** Sunday, March 12, 2023 7:59 PM
**To:** Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>; Renert, Jordana <JRenert@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Benjamin Taylor <Btaylor@lathamluna.com>; Miranda Davis <mdavis@lathamluna.com>
**Subject:** Re: VPX - Jack and Meg Owoc 2004 Notices

Erica, my understand is that you need a total of 2 days for Meg, Elite and Jack. I am working on accepting service for Elite but won't know that until Monday.

To that end, my folks would be available April 13-14th at a mutually agreeable location or via Zoom (we are not agreeable to the Debtors or the committee's counsel's office).

If this timeline works, we would have non-objectionable responsive documents by March 27th.

Please let me know if this works on your end and also let me know if you have heard from Monster as to their intention to cross-notice or not at this time.

Thanks and enjoy the remainder of your Sunday.

Justin M. Luna
***Board Certified Business Bankruptcy Specialist***



201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 (direct)
jluna@lathamluna.com
www.lathamluna.com
@orlbankruptcy

---

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Date:** Friday, March 10, 2023 at 4:45 PM
**To:** Justin Luna <jluna@lathamluna.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>, Renert, Jordana <JRenert@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>, Julceus, Markiana <MJulceus@lowenstein.com>, Benjamin Taylor <Btaylor@lathamluna.com>, Andrea Taylor <ataylor@lathamluna.com>
**Subject:** RE: VPX - Jack and Meg Owoc 2004 Notices

Justin,

This email is to provide you more color as to the Committee's timeline. As we discussed earlier this week, the Debtors declined to carve out the sale of claims and/or causes of action that the Committee is investigating. As a result, if a buyer decides to bid on the claims during the sale process, the Committee would need to have completed its

investigation in order to: (1) properly value the claims that are being sold; and (2) object to any bid on those claims to the extent the bid is undervalue.  We do not yet have the transcript from the hearing on the Motion to Quash, but this was set forth very clearly on the record.  In denying the Motion to Quash, the Judge made clear that the Committee needs to do its job in investigating these claims for this exact purpose.  Once we receive the transcript, I will be sure to pass it along as promised.

The Bidding Procedures Order (attached) originally had a deadline of **March 31, 2023** to object to the sale of claims and/or causes of action, meaning all document production and depositions would need to be completed prior to March 31st.  The Committee, in an effort to provide both the Debtors and the third parties subject to subpoenas with more time to respond and be deposed, negotiated an extension of that deadline with the Debtors to **mid-April.**  Thus, our flexibility on the tentative dates sent to you earlier is limited.

We look forward to hearing from you on proposed dates after the weekend.  When you speak to your clients this weekend, could you please ask about Elite Island LLC and whether you will be representing that entity?

Thank you,
Erica


**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 



---

**From:** Justin Luna <jluna@lathamluna.com>
**Sent:** Friday, March 10, 2023 4:16 PM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>
**Cc:** Mannix, Erica <EMannix@lowenstein.com>; Renert, Jordana <JRenert@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Benjamin Taylor <Btaylor@lathamluna.com>; Andrea Taylor <ataylor@lathamluna.com>
**Subject:** Re: VPX - Jack and Meg Owoc 2004 Notices

Like I said I just need new dates from my folks. If you need me to get an emergency protective order motion to preserve I will but there has clearly been a change in circumstances. Will send by this weekend.

Justin M. Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
(407) 481-5804
jluna@lathamluna.com
@orlbankruptcy
Board Certified Business Bankruptcy Attorney