# **EXHIBIT H**

| | |
|---|---|
| **From:** | Justin Luna <jluna@lathamluna.com> |
| **Sent:** | Wednesday, March 15, 2023 10:10 AM |
| **To:** | Mannix, Erica |
| **Cc:** | Maimin, Rachel; Renert, Jordana; Chafetz, Eric; Julceus, Markiana; Benjamin Taylor; Miranda Davis |
| **Subject:** | RE: VPX - Jack and Meg Owoc 2004 Notices |

Confirming this works:

1. Meg Owoc – April 14, 2023
2. Elite Island LLC – April 17, 2023
3. Jack Owoc – April 21, 2023

Please advise. I will accept service of the Elite Island subpoena.

 Justin M. Luna, Esq.
*Board Certified Business Bankruptcy Specialist*



201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 Direct
jluna@lathamluna.com
www.lathamluna.com
Twitter : @orlbankruptcy



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Sent:** Wednesday, March 15, 2023 8:58 AM
**To:** Justin Luna <jluna@lathamluna.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>; Renert, Jordana <JRenert@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Benjamin Taylor <Btaylor@lathamluna.com>; Miranda Davis <mdavis@lathamluna.com>
**Subject:** RE: VPX - Jack and Meg Owoc 2004 Notices

Justin,

Following up on my email from Monday. Please advise.

1