# EXHIBIT I

| | |
|---|---|
| **From:** | Mannix, Erica |
| **Sent:** | Friday, March 17, 2023 7:20 PM |
| **To:** | jluna@lathamluna.com; Benjamin Taylor; Miranda Davis |
| **Cc:** | Cohen, Jeffrey; Chafetz, Eric; Maimin, Rachel; Renert, Jordana; Julceus, Markiana; Leyza Blanco; Juan J. Mendoza; Jennifer Diaz |
| **Subject:** | VPX - Service of Filed Amended Rule 2004 Notices |
| **Attachments:** | [DE967] Meg Owoc - Amended Rule 2004 Notice.pdf; [DE968] Elite Island - Amended Subpoena with Ex. A.pdf; VPX - Protective Order [Dkt. 823].pdf |

Good evening Justin,

Attached please find the Amended Rule 2004 Notices for Megan Owoc and Elite Island LLC that were filed today.  Also attached is the Protective Order [Dkt. 823] that we are required to serve along with the 2004 Notices.

We intend to file the Amended Rule 2004 Notice for Jack Owoc on Monday.  I hope you have a nice weekend!

Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 



1

| | |
|---|---|
| **From:** | Mannix, Erica |
| **Sent:** | Monday, March 20, 2023 5:02 PM |
| **To:** | jluna@lathamluna.com |
| **Cc:** | Maimin, Rachel; Chafetz, Eric; Renert, Jordana; Julceus, Markiana; Van Driesen, Lauren; Leyza Blanco; Juan J. Mendoza; Jennifer Diaz |
| **Subject:** | VPX - Filed Amended and Supplemental Rule 2004 Notice |
| **Attachments:** | [DE 981] John H. Owoc - Amended and Supplemental 2004 Notice and Subpoena.pdf; John H. Owoc - Amended and Supplemental 2004 Notice and Subpoena (UNREDACTED).pdf; VPX - Protective Order [Dkt. 823].pdf |

Justin,

Attached please find the Amended and Supplemental 2004 Notice and Subpoena for Jack Owoc that was filed today, along with the unredacted version of the subpoena.  Please note that there is a new request for production of additional documents due fourteen days from today **on April 3, 2023**.  Also attached is the Protective Order [Dkt. 823] that we are required to serve along with the 2004 Notices.

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495



