# **EXHIBIT J**

| | |
|---|---|
| **From:** | Justin Luna <jluna@lathamluna.com> |
| **Sent:** | Wednesday, March 22, 2023 2:29 PM |
| **To:** | Julceus, Markiana; Mannix, Erica |
| **Cc:** | Maimin, Rachel; Renert, Jordana; Chafetz, Eric; Benjamin Taylor; Miranda Davis; Cohen, Jeffrey |
| **Subject:** | Re: VPX - Jack and Meg Owoc 2004 Notices |

As soon as I have documents to produce, I will send them over. As of today, I don't have any. Thanks for sending the transcript.

Justin M. Luna
*Board Certified Business Bankruptcy Specialist*



201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 (direct)
jluna@lathamluna.com
www.lathamluna.com
@orlbankruptcy

**From:** Julceus, Markiana <MJulceus@lowenstein.com>
**Date:** Wednesday, March 22, 2023 at 2:07 PM
**To:** Justin Luna <jluna@lathamluna.com>, Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>, Renert, Jordana <JRenert@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>, Benjamin Taylor <Btaylor@lathamluna.com>, Miranda Davis <mdavis@lathamluna.com>, Cohen, Jeffrey <JCohen@lowenstein.com>
**Subject:** RE: VPX - Jack and Meg Owoc 2004 Notices

Justin –

We understand that you're working to collect documents on behalf of Meg, Jack, and Elite Island. For planning purposes, could you let us know whether you intend to produce documents on a rolling basis before March 27th or whether we should anticipate that we will be receiving the bulk of the documents on that date? Also, could you please confirm that you will be collecting any responsive text messages your clients, in addition to emails and other documents?

Also, we recently received the transcript from the motion to quash hearing. As previously promised, attached is a copy.

Best,

Markiana

**Markiana Julceus**
she, her, hers

1