# **EXHIBIT K**

| | |
|---|---|
| **From:** | Jeremy R. Fischer <JFischer@dwmlaw.com> |
| **Sent:** | Friday, March 24, 2023 9:51 PM |
| **To:** | Mannix, Erica; Kellie W. Fisher; Jay Geller (jgeller@jaysgellerlaw.com) |
| **Cc:** | Cohen, Jeffrey; Maimin, Rachel; Chafetz, Eric; Adler, Arielle B.; Julceus, Markiana |
| **Subject:** | RE: Jack Owoc |

All –

Drummond Woodsum and the Law Office of Jay S. Geller will not be entering their appearances in the chapter 11 case or related adversary proceedings on behalf of Mr. Owoc, and no longer represent Mr. Owoc.

Jeremy

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Sent:** Friday, March 24, 2023 2:32 PM
**To:** Jeremy R. Fischer <JFischer@dwmlaw.com>; Kellie W. Fisher <KFisher@dwmlaw.com>; Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com>
**Cc:** Cohen, Jeffrey <JCohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>
**Subject:** RE: Jack Owoc

Jeremy and team,

Please see the attached unredacted copy of the 2004 to Jack. Also attached is the transcript of the March 2 hearing on the Motion to Quash.

Thank you,
Erica


**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 


**From:** Jeremy R. Fischer <JFischer@dwmlaw.com>
**Sent:** Friday, March 24, 2023 12:57 PM
**To:** Mannix, Erica <EMannix@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Cohen, Jeffrey

1

\<JCohen@lowenstein.com\>; Chafetz, Eric <EChafetz@lowenstein.com\>; Julceus, Markiana <MJulceus@lowenstein.com\>; Adler, Arielle B. <AAdler@lowenstein.com\>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com\>; Kellie W. Fisher <KFisher@dwmlaw.com\>
**Subject:** RE: Jack Owoc

yes

**From:** Mannix, Erica <EMannix@lowenstein.com\>
**Sent:** Friday, March 24, 2023 12:56 PM
**To:** Jeremy R. Fischer <JFischer@dwmlaw.com\>; Maimin, Rachel <RMaimin@lowenstein.com\>; Cohen, Jeffrey <JCohen@lowenstein.com\>; Chafetz, Eric <EChafetz@lowenstein.com\>; Julceus, Markiana <MJulceus@lowenstein.com\>; Adler, Arielle B. <AAdler@lowenstein.com\>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com\>; Kellie W. Fisher <KFisher@dwmlaw.com\>
**Subject:** RE: Jack Owoc

Jeremy,

Does 2:15pm this afternoon work for you? If so, I will send around the Zoom invitation.

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 


**From:** Jeremy R. Fischer <JFischer@dwmlaw.com\>
**Sent:** Friday, March 24, 2023 12:39 PM
**To:** Maimin, Rachel <RMaimin@lowenstein.com\>; Cohen, Jeffrey <JCohen@lowenstein.com\>; Chafetz, Eric <EChafetz@lowenstein.com\>; Mannix, Erica <EMannix@lowenstein.com\>; Julceus, Markiana <MJulceus@lowenstein.com\>; Adler, Arielle B. <AAdler@lowenstein.com\>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com\>; Kellie W. Fisher <KFisher@dwmlaw.com\>
**Subject:** RE: Jack Owoc

I can make 4 pm work, but given the deadlines, earlier in the afternoon may be better to provide us a runway to try to make progress.

**From:** Maimin, Rachel <RMaimin@lowenstein.com\>
**Sent:** Friday, March 24, 2023 12:17 PM
**To:** Jeremy R. Fischer <JFischer@dwmlaw.com\>; Cohen, Jeffrey <JCohen@lowenstein.com\>; Chafetz, Eric <EChafetz@lowenstein.com\>; Mannix, Erica <EMannix@lowenstein.com\>; Julceus, Markiana

<MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com>; Kellie W. Fisher <KFisher@dwmlaw.com>
**Subject:** RE: Jack Owoc

We can speak from 4-420 and will send zoom.

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



**From:** Jeremy R. Fischer <JFischer@dwmlaw.com>
**Sent:** Friday, March 24, 2023 11:37 AM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com>; Kellie W. Fisher <KFisher@dwmlaw.com>
**Subject:** RE: Jack Owoc

I'm generally free 1230-430. Working full time trying to get up to speed.

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Friday, March 24, 2023 10:42 AM
**To:** Jeremy R. Fischer <JFischer@dwmlaw.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com>; Kellie W. Fisher <KFisher@dwmlaw.com>
**Subject:** RE: Jack Owoc

Sure. What time did you have in mind?

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



3

**From:** Jeremy R. Fischer <JFischer@dwmlaw.com>
**Sent:** Friday, March 24, 2023 10:40 AM
**To:** Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>
**Cc:** Jay Geller (jgeller@jaysgellerlaw.com) <jgeller@jaysgellerlaw.com>; Kellie W. Fisher <KFisher@dwmlaw.com>
**Subject:** FW: Jack Owoc

I'm co-counsel with Jay Geller to Jack Owoc. Can your team talk today about the discovery and case background?

Jeremy

Begin forwarded message:

> **From:** "Maimin, Rachel" <RMaimin@lowenstein.com>
> **Date:** March 24, 2023 at 8:31:42 AM EDT
> **To:** Jay Geller <jgeller@jaysgellerlaw.com>
> **Cc:** "Julceus, Markiana" <MJulceus@lowenstein.com>, "Adler, Arielle B." <AAdler@lowenstein.com>, "Mannix, Erica" <EMannix@lowenstein.com>, "Chafetz, Eric" <EChafetz@lowenstein.com>, Amy.Quartarolo@lw.com, Elizabeth.Morris@lw.com, "Cohen, Jeffrey" <JCohen@lowenstein.com>
> **Subject: Jack Owoc**
>
> Jay,
>
> We understand that you are being retained to represent Mr. Owoc. It is nice to meet you by email. We represent the committee of unsecured creditors. Since there have been multiple changes of counsel in this case on behalf of Mr. Owoc, I want to ensure there is clarity with respect to Mr. Owoc's obligations.
>
> On March 20, 2023, the committee filed and served an amended and supplemental 2004 subpoena on Mr. Owoc (Dkt. 981). The subpoena reflects the agreed-upon examination date of April 24, 2023 and seeks certain documents, for which the final production deadline is March 31, 2023.
>
> As you are aware, Mr. Owoc's latest change of counsel does not obviate his responsibility to comply with the subpoena and the production and deposition dates. Specifically, the subpoena requires production of all responsive material, including text messages and instant messages, listed on Exhibit A to the subpoena, no later than March 27, 2023 and on Exhibit B to the subpoena, no later than March 31, 2023.
>
> While we understand a certain amount of "catching up" is necessary when new counsel comes in, the compressed timeline in this case for depositions--which the Court ruled was necessary and appropriate in denying debtors' motion to quash our subpoenas--leaves no room for delay. We'd be pleased to chat with you and give you some background if it would be of assistance (although the issues are not complex), but we wanted to ensure you were aware of the dates, which will not change.
>
> Finally, can you please advise if you are going to be representing Meg Owoc? They previously had the same lawyer. If so, the dates for her document production and deposition are also already set, as reflected on the docket, and are also not subject to change.
>
> Thanks,

Rachel

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](here) to report this email as spam.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.