# **EXHIBIT L**

Case 22-17842-PDR    Doc 1056-12    Filed 03/28/23    Page 1 of 7



| | Rachel Maimin<br>Partner | 1251 Avenue of the Americas<br>New York, New York 10020 |
|---|---|---|
| | | **T**: (212) 419-5876<br>**F**: (973) 597-2400<br>**E**: rmaimin@lowenstein.com |

March 25, 2023

**VIA OVERNIGHT MAIL AND EMAIL**

John H. Owoc
1600 N. Park Drive
Weston, Florida 3326
jackowoc.ceo@gmail.com

Re:   Rule 2004 Subpoena
      ----------------------------------------------------------------------
      In re Vital Pharmaceuticals, Inc., et al. (the "Debtors"), Case No. 22-17842 (PDR) (Bankr. S.D. Fla.) (the "Chapter 11 Cases")

Dear Mr. Owoc:

We write on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases, regarding the *Notice of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoena for Rule 2004 Examination* (together, the "2004 Subpoena") filed on January 26, 2023 [Docket No. 684] and served on you through former counsel, Mr. Paul J. Battista, Esq.  The 2004 Subpoena was then subsequently provided to your attorney, Justin M. Luna—who has since withdrawn as counsel.  Prior to Mr. Luna's withdrawal, the Committee and Mr. Luna agreed upon March 27, 2023 (extended from February 11, 2023 – the production deadline in the 2004 Subpoena) as the deadline for the production of documents responsive to the 2004 Subpoena and agreed on April 24, 2023 as the date for your deposition.  It is the Committee's understanding that although you recently retained Drummond Woodsum and the Law Office of Jay S. Geller as substitute counsel, they no longer represent you and do not intend to file an appearance in the Chapter 11 Cases.  Accordingly, the Committee is writing to you directly, rather than through counsel.

On March 20, 2023, the Committee filed an amended and supplemental Rule 2004 Subpoena [Docket No. 981] (the "Amended 2004 Subpoena"), which was served on you through counsel on that same date.  The Amended 2004 Subpoena reflects the agreed-upon examination date of April 24, 2023 and seeks certain additional documents as Exhibit B, for which the production deadline is April 3, 2023.  A copy of the Amended 2004 Subpoena is attached hereto as **Exhibit 1**.

Please be advised your obligation to comply with the Amended 2004 Subpoena is not obviated by either Mr. Luna's withdrawal or the withdrawal of your most recent counsel.  The Amended 2004 Subpoena requires you to produce all responsive Documents and Communications[1], including, but

---

[1] "Documents" and "Communications" shall have their meanings as set forth in the 2004 Subpoena.

Page 2

not limited to, text messages and instant messages, in your possession listed on Exhibit A to the Amended 2004 Subpoena, **no later than March 27, 2023** and on Exhibit B to the Amended 2004 Subpoena, **no later than April 3, 2023**.  If you anticipate that you will not be able to provide responsive documents on **Monday, March 27, 2023,** as previously agreed-upon, or sit for your deposition on the agreed-upon date, please respond to this letter **at your earliest convenience**.

If the Committee does not receive a response to this letter prior to **Tuesday, March 28, 2023 at 5 p.m. ET,** we will be forced to seek judicial intervention.

Very truly yours,

*/s/ Rachel Maimin*
Rachel Maimin


Enclosures:     Amended 2004 Subpoena (**Exhibit 1**)





**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 419-5876
**F**: (973) 597-2400
**E**: rmaimin@lowenstein.com

March 25, 2023

**VIA OVERNIGHT MAIL AND EMAIL**

Megan E. Owoc
16720 Stratford Ct,
Southwest Ranches, FL 33331

**Re:     Rule 2004 Subpoena**
-------------------------------------------------------------------
**In re Vital Pharmaceuticals, Inc., et al. (the "Debtors"), Case No. 22-17842 (PDR) (Bankr. S.D. Fla.) (the "Chapter 11 Cases")**

Dear Mrs. Owoc:

We write on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases, regarding the *Notice of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoena for Rule 2004 Examination* (together, the "2004 Subpoena") filed on January 26, 2023 [Docket No. 686] and served on you through former counsel, Mr. Paul J. Battista, Esq. The 2004 Subpoena was then subsequently provided to your attorney, Justin M. Luna—who has since withdrawn as counsel. Prior to Mr. Luna's withdrawal, the Committee and Mr. Luna and agreed upon March 27, 2023 (extended from February 11, 2023 – the production deadline in the 2004 Subpoena) as the deadline for the production of documents responsive to the 2004 Subpoena and agreed on April 14, 2023 as the date for your deposition.

On March 20, 2023, the Committee filed an amended and supplemental 2004 Subpoena [Docket No. 967] (the "Amended 2004 Subpoena"), which was served on you through counsel on that same date. The Amended 2004 Subpoena reflects the agreed-upon examination date of April 14, 2023. A copy of the Amended 2004 Subpoena is attached hereto as **Exhibit 1**.

Please be advised your obligation to comply with the Amended 2004 Subpoena is not obviated by Mr. Luna's withdrawal. The 2004 Subpoena requires you to produce all responsive Documents and Communications[1], including, but not limited to, text messages and instant messages, in your possession listed on Exhibit A to the Amended 2004 Subpoena, **no later than March 27, 2023**. If you anticipate that you will not be able to provide responsive documents on **Monday, March 27, 2023,** as previously agreed-upon, or sit for your deposition on the agreed-upon date, please respond to this letter **at your earliest convenience**.

---

[1] "Documents" and "Communications" shall have their meanings as set forth in the 2004 Subpoena.

Page 2

If the Committee does not receive a response to this letter prior to **Tuesday, March 28, 2023 at 5 p.m. ET,** we will be forced to seek judicial intervention.

Very truly yours,

*/s/ Rachel Maimin*
Rachel Maimin


Enclosures:    Amended 2004 Subpoena (**Exhibit 1**)

CC John H. Owoc (via email)





**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (212) 419-5876
**F**: (973) 597-2400
**E**: rmaimin@lowenstein.com

March 25, 2023

**VIA OVERNIGHT MAIL AND EMAIL**

Elite Island, LLC
C/O Corporate Creations Network Inc.
801 Us Highway 1
North Palm Beach, Fl 33408

Re: Rule 2004 Subpoena
-----------------------------------------------------------------------
In re Vital Pharmaceuticals, Inc., et al. (the "Debtors"), Case No. 22-17842 (PDR) (Bankr. S.D. Fla.) (the "Chapter 11 Cases")

Dear Mr. Owoc:

We write to you, in your capacity as the manager of Elite Island, LLC ("Elite Island") on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases, regarding the *Notice of Videotaped Rule 2004 Examination Duces Tecum* and *Subpoena for Rule 2004 Examination* (together, the "2004 Subpoena") filed on January 26, 2023 [Docket No. 689] and served on Elite Island on January 31, 2023. The 2004 Subpoena was then subsequently provided to your attorney, Justin M. Luna—who has since withdrawn as counsel. Prior to Mr. Luna's withdrawal, the Committee and Mr. Luna agreed upon March 27, 2023 (extended from February 11, 2023 – the production deadline in the 2004 Subpoena) as the deadline for the production of documents responsive to the 2004 Subpoena and agreed on a date for your deposition.

On March 17, 2023, the Committee filed an amended and supplemental Rule 2004 Subpoena [Docket No. 968] (the "Amended 2004 Subpoena"), which was served on you through counsel (then - Mr. Luna) on that same date. The Amended 2004 Subpoena reflects the agreed-upon examination date of April 17, 2023. A copy of the Amended 2004 Subpoena is attached hereto as **Exhibit 1**.

Please be advised your obligation to comply with the Amended 2004 Subpoena is not obviated by Mr. Luna's withdrawal. The Amended 2004 Subpoena requires Elite Island to produce all responsive Documents and Communications[1], including, but not limited to, text messages and instant messages, in its possession listed on Exhibit A to the Amended 2004 Subpoena, **no later than March 27, 2023**. If you anticipate that Elite Island will not be able to provide responsive

---

[1] "Documents" and "Communications" shall have their meanings as set forth in the 2004 Subpoena.

Page 2

documents on **Monday, March 27, 2023,** as previously agreed-upon, or sit for Elite Island's deposition on the agreed-upon date, please respond to this letter **at your earliest convenience**.

If the Committee does not receive a response to this letter prior to **Tuesday, March 28, 2023 at 5 p.m. ET,** we will be forced to seek judicial intervention.

Very truly yours,

*/s/ Rachel Maimin___*
Rachel Maimin


Enclosures:   Amended 2004 Subpoena (**Exhibit 1**)

CC: John H. Owoc (via email)

