# **<u>EXHIBIT M</u>**

| | |
|---|---|
| **From:** | Maimin, Rachel |
| **Sent:** | Monday, March 27, 2023 10:25 AM |
| **To:** | Justin Luna |
| **Cc:** | Mannix, Erica; Andrea Taylor; Benjamin Taylor; Chafetz, Eric; Renert, Jordana; Julceus, Markiana; Van Driesen, Lauren; Leyza Blanco; Juan J. Mendoza; Jennifer Diaz |
| **Subject:** | Re: VPX - Filed Amended and Supplemental Rule 2004 Notice |

Justin,
Thank you for your email. As you know, we have previously extended the courtesy of multiple extensions. But we've reached the limit we can given the fixed deposition schedule, as we have communicated in writing to your former client as recently as this weekend. If Mr. Owoc wants yet more additional time, he will have to seek relief from the Court.
Rachel

Sent from my iPhone


**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



> On Mar 27, 2023, at 9:54 AM, Justin Luna <jluna@lathamluna.com> wrote:
>
>
> All, trust everyone had a nice weekend.  As you likely know, our firm has withdrawn from representing the Owocs and Elite Island in the main case and will be doing such in the adversary in short order.
>
> I am writing to seek a request from my clients of an additional 21 days on the document and responses to the 2004 exams.  With the exams set for the 17th at the earliest, there is plenty of time for everyone to digest if received at least a week prior and to allow new counsel to get up to speed and advise them properly.  Again, my clients are not seeking to change the deposition times that were agreed to, but simply need time to produce the documents.
>
> Please let me know the committee's position on this as I have said I would file a motion for extension for them if we were not able to come to terms here.
>
> Thanks for your understanding.
>
> Justin M. Luna
> ***Board Certified Business Bankruptcy Specialist***
> <image001.png>

1

201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 (direct)
jluna@lathamluna.com
www.lathamluna.com
@orlbankruptcy

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Date:** Monday, March 20, 2023 at 5:02 PM
**To:** Justin Luna <jluna@lathamluna.com>
**Cc:** Maimin, Rachel <RMaimin@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>, Renert, Jordana <JRenert@lowenstein.com>, Julceus, Markiana <MJulceus@lowenstein.com>, Van Driesen, Lauren <LVanDriesen@lowenstein.com>, Leyza Blanco <lblanco@sequorlaw.com>, Juan J. Mendoza <jmendoza@sequorlaw.com>, Jennifer Diaz <jdiaz@sequorlaw.com>
**Subject:** VPX - Filed Amended and Supplemental Rule 2004 Notice

Justin,

Attached please find the Amended and Supplemental 2004 Notice and Subpoena for Jack Owoc that was filed today, along with the unredacted version of the subpoena. Please note that there is a new request for production of additional documents due fourteen days from today **on April 3, 2023**. Also attached is the Protective Order [Dkt. 823] that we are required to serve along with the 2004 Notices.

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

<image754663.jpg>    <image828522.jpg>

<image474873.png>

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.