# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 27, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS** (Docket No. 1036)

- **Notice of Hearing re Omnibus Motion to Reject Executory Contract Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts with (I) Fiesta Warehousing and Distribution; and (II) Krier Foods, Inc. Filed by Debtor Vital Pharmaceuticals, Inc. (Niles, Michael) (1026)** (Docket No. 1038)

Furthermore, March 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Amended Order Granting Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS** (Docket No. 1036)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, March 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Notice of Hearing re Omnibus Motion to Reject Executory Contract Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts with (I) Fiesta Warehousing and Distribution; and (II) Krier Foods, Inc. Filed by Debtor Vital Pharmaceuticals, Inc. (Niles, Michael) (1026)** (Docket No. 1038)

Dated: March 29, 2023    　　　　　　　　　　　　 　/s/ *Ana M. Galvan*
　　　　　　　　　　　　　　　　　　　　　　　　Ana M. Galvan
　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 855-493-7375
　　　　　　　　　　　　　　　　　　　　　　　　Email: TeamVitalPharma@stretto.com

# **Exhibit A**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | | Irving | TX | 75063-0131 |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | | Arlington | TX | 76096 |
| Alabama Office of the Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | | Anchorage | AK | 99501 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | | Phoenix | AZ | 85062-8143 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St | Suite 3500 | | Fort Worth | TX | 76102 |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | | Arlington | TX | 76096 |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave | Suite 175 | | Chicago | IL | 60631-3515 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | | Broomfield | CO | 80021 |
| Belvac Production Machinery, Inc. | Attn: Zach Cheatham | 237 Graves Mill Rd | | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | | 5655 Paysphere Cir | | | Chicago | IL | 60674 |
| BFG Corporation | | 7211 N. McKinley Road | | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack & Jessey J. Krehl | 51 NE 24th St | Suite 108 | Miami | FL | 33137 |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| Canon Financial Services, Inc. | | 14904 Collections Center Dr | | | Chicago | IL | 60693-0149 |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | | Monroe | LA | 71203 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn & Jake Soumis | 770 Township Line Rd | | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | | 2971 Center Port Circle | | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | | PO Box 641173 | | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease, LLC | | 48 Pine Road | | | Brentwood | NH | 03833 |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 130 S Meridian St | | | Indianapolis | IN | 46225-1046 |
| Doehler USA, Inc. | Attn: Paul Graham | 400 High Point Rd SE | Suite 100 | | Cartersville | GA | 30120-6610 |
| Florida Department of Revenue | | PO Box 6668 | | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol Pl-01 | | | Tallahassee | FL | 32399-1050 |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | | Tallahassee | FL | 32399 |
| Fona International Inc. | Attn: Michelle Stehouwer | 1900 Averill Rd | | | Geneva | IL | 60134 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | PO Box 102922 | | | Pasadena | CA | 91189-2922 |
| Hawaii Department of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | | 21925 Network Place | | | Chicago | IL | 60673-1219 |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Attn: Ogden Service Center | PO Box 409101 | | | Ogden | UT | 84409 |
| Inventus, LLC Legility | Attn: Jo Anna Williams | PO Box 130114 | | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place | 20th Floor | | Boston | MA | 02108 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St | Suite 400 | Los Angeles | CA | 90014 |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St Fl 17 | | | Columbia | SC | 29201-3268 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St | | Concord | NH | 03301 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 |
| Office of the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | | Miami | FL | 33130 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | | Oklahoma City | OK | 73126 |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J. Nataupsky | 2040 Main St | 14th Floor | Irvine | CA | 92614 |
| Oregon Department Of Justice | | 1162 Court St NE | | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Floor | | | Harrisburg | PA | 17120 |
| PepsiCo | Attn: Eric Hansen | 15 Melanie Ln | | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Attn: Julie Ryan | 1017 Santa Fe | | | Clovis | NM | 88101 |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | 1800 E Roosevelt Rd | | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | | 4705 S 129th East Ave | | | Tulsa | OK | 74134-7005 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| Securities & Exchange Commission | Attn: Regional Director | New York Regional Office Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | | Atlanta | GA | 30326-1382 |
| Securities & Exchange Commission | | 100 F Street NE | | | Washington | DC | 20549 |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, & Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 Ste 1 | | | Pierre | SD | 57501 |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | | Miami | FL | 33128 |
| Speedway LLC | Attn: Chris Johnson | PO Box 7600 | | | Springfield | OH | 45501-7600 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | | Jacksonville | FL | 32257-8221 |
| Target Corporation | | | | | | | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W. 15Th St | | | Austin | TX | 78701 |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Ave | Suite 1410 | Wilmington | DI | 19801 |
| The Huntington National Bank | | 7 Easton Oval | | | Columbus | OH | 43219 |
| The Huntington National Bank | | PO Box 9 | | | Buffalo | NY | 14240 |
| Total Quality Logistics, LLC TQL | Attn: Nicholas Montenarello | PO Box 634558 | | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Attn: Laura Dukes | 50 Fallon Ave | | | Seaford | DE | 19973-1578 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | | Jacksonville | FL | 32202 |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | | Columbia | MD | 21046 |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St | Suite 4700 | Charlotte | NC | 28202-4003 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | 25th Floor | Atlanta | GA | 30308 |
| U.S. Bank Equipment Finance | | 1310 Madrid Street | | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building | 1313 N Market St | Suite 400 | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St | Suite 230 | Salt Lake City | UT | 84114 |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, & Mike Varni | 400 Hosmer Ave | | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | | 109 State St | | | Montpelier | VT | 05609 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 |
| Webb & Gerritsen | | 1308 Poplar Dr | | | Waukesha | WI | 53188 |
| Webbank | | 6440 S. Wasatch Blvd | Suite 300 | | Salt Lake City | UT | 84121 |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Room E-26 | | Charleston | WV | 25305 |
| Wild Flavors, Inc. | Mike Schneider | 1261 Pacific Ave | | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack & Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. & C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Chipman Brown Cicero & Cole, LLP | Attn: Robert A. Weber, Esq. | weber@chipmanbrown.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Bast Amron LLP | Attn: Dain De Souza, Esq. & Jamie B. Leggett, Esq. | ddesouza@bastamron.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| CM Builders, Inc., d/b/a Integrated Masonry | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. | jmarkowitz@mrthlaw.com<br>ycandia@mrthlaw.com<br>rrubio@mrthlaw.com<br>mrthbkc@gmail.com<br>gruiz@mrthlaw.com<br>jmarkowitz@ecf.courtdrive.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Crown Cork & Seal USA, Inc | Attn: Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>nick.osborne@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>romeroe@bryancave.com<br>zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Attn: Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com<br>fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Faith Technologies Incorporated | c/o Markowitz Ringel Trusty & Hartog, PA | Attn: Ross R. Hartog, Esq. | rhartog@mrthlaw.com<br>ecfnotices@mrthlaw.com<br>gruiz@mrthlaw.com<br>mrthbkc@gmail.com<br>lgener@mrthlaw.com<br>ycandia@mrthlaw.com<br>rhartog@ecf.courtdrive.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com<br>dkariotis@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq. & Eric S. Golden, Esq. | crthompson@burr.com<br>ccrumrine@burr.com<br>mlucca-cruz@burr.com<br>egolden@burr.com |
| Graphic Packaging International | Attn: Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | | epreciado@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq. & Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Satterlee Gibbs PLLC | Attn: K. Scott Reynolds | scott@sgazlaw.com |
| Inventus, LLC Legility | Attn: Jo Anna Williams | | joanna.williams@consilio.com |



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Jack H. Owoc | | | jackowoc.ceo@gmail.com |
| Jack Owoc and Megan E. Owoc | | | jackowoc.ceo@gmail.com |
| John H. Owoc | | | ceo@bangenergy.com |
| Kathleen Cole | c/o Wernick Law, PLLC | Attn: Aaron A. Wernick, Esq. | awernick@wernicklaw.com |
| KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzaberg | mark.salzberg@squirepb.com |
| Lease Plan USA, LLC | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. & Alan R. Rosenberg, Esq. | jmarkowitz@mrthlaw.com<br>arosenberg@mrthlaw.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com<br>wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com<br>eyal.berger@akerman.com<br>charlene.cerda@akerman.com<br>brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com<br>frank.terzo@nelsonmullins.com<br>tlewis@broadandcassel.com<br>francis.santelices@nelsonmullins.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath & Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com<br>echafetz@lowenstein.com<br>jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com<br>jmendoza@sequorlaw.com<br>fmenendez@sequorlaw.com<br>jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | matt.blum@wmg.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com<br>simone@fenderbollingpaiva.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank & Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com mmatlock@fgllp.com csmith@fgllp.com csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Premier Distributing Company | Attn: Julie Ryan | | julie.ryan@premierdistributing.com |
| Premier Distributing Company | c/o Buchanan Ingersoll & Rooney PC | Attn: Nicole Grimal Helmstetter | nicole.helmstetter@bipc.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com andrea.olson@hklaw.com |
| Santander Consumer USA Inc. dba Chrysler Capital | c/o Gerard M. Kouri, Jr., P.A. | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com gmkouri@bellsouth.net |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd. | c/o Mazzola Lindstrom LLP | Attn: Jean-Claude Mazzola, Esq. | jeanclaude@mazzolalindstrom.com |
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com cguzman@carltonfields.com miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro & Brendan Everman | jsammataro@pryorcashman.com beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com drose@pryorcashman.com schery@pryorcashman.com salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com craig@kelleylawoffice.com cassandra@kelleylawoffice.com dana@kelleylawoffice.com debbie@kelleylawoffice.com scott@kelleylawoffice.com celler@kelleylawoffice.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro & Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman & Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Whit Morley, Esq. | new-york-ma-2860@ecf.pacerpro.com |
| VS Carbonics, Inc. | c/o DGIM Law, PLLC | Attn: Isaac Marcushamer, Esq., & Monique D. Hayes, Esq. | isaac@dgimlaw.com<br>monique@dgimlaw.com<br>colleen@dgimlaw.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Peter R. Morrison, Esq. | c/o Squire Patton Boggs | 1000 Key Tower | 127 Public Square | Cleveland | OH | 44144 | |
| Sidel Blowing & Services | | CS 6627 Octeville Sur Mer | | Le Havre Cedex | | 76059 | France |
| Sidel Blowing & Services SAS | | 1201 W Peachtree St NW Suite 3150 | | Atlanta | GA | 30309 | |
| Sidel Blowing & Services SAS | Attn: Raphael Clairin and Andreas Baessler | Avenue de le Patrouille de France | | Octeville-sur-Mer | | 76930 | France |
| Sidel Blowing & Services SAS | c/o Squire Patton Boggs (US) LLP | One Atlantic Center | 1201 W Peachtree St NW Suite 3150 | Atlanta | GA | 30309 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Peter R. Morrison, Esq. | c/o Squire Patton Boggs | peter.morrison@squirepb.com |
| Sidel Blowing & Services SAS | Attn: Raphael Clairin & Andreas Baessler | andreas.baessler@sidel.com<br>brackets@sidel.com<br>raphael.clairin@sidel.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Erin P. Severini | c/o Frost Brown Todd LLP | 301 E 4th St | Suite 3300 | Cincinnati | OH | 45202 |
| Fiesta Warehousing & Distribution Co. | c/o Scopelitis Garvin Light Hanson & Feary | Attn: Caroline D. Miller, Esq. | 30 W Monroe St, Suite 1600 | Chicago | IL | 60603 |
| Fiesta Warehousing & Distribution Co. | Attn: Meredith Wright, Vice President | 1000 Hawkins Blvd | | El Paso | TX | 79915 |
| Fiesta Warehousing and Distribution Co. | Attn.: President | 302 N Tayman | | San Antonio | TX | 78226 |
| Krier Foods, Inc. | Attn: John Rassel, President | 551 Krier Lane | | Random Lake | WI | 53075 |
| Steven J. Solomon, Esq. | c/o Gray Robinson | 333 SE 2nd Ave | Suite 3200 | Miami | FL | 33131 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **Exhibit F**



**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Fiesta Warehousing & Distribution Co. | c/o Scopelitis Garvin Light Hanson & Feary | Attn: Caroline D. Miller, Esq. | cmilner@scopelitis.com |
| Fiesta Warehousing & Distribution Co. | Attn: Meredith Wright, Vice President | | steven.solomon@gray-robinson.com<br>mjwright@brokerslogistics.com |
| Krier Foods, Inc. | Attn: John Rassel, President | | john@krierfoods.com |
| Steven J. Solomon, Esq. | c/o Gray Robinson | | steven.solomon@gray-robinson.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1