**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                           Chapter 11

Vital Pharmaceuticals, Inc., et al.,                              Case No.  22-17842-PDR

           Debtor.                                                       Jointly Administered

_____/

## NOTICE OF APPEARANCE

Please take notice the undersigned, pursuant to Fed. R. Bankr. P. 9010(b), hereby gives notice of their appearance in this matter as Counsel for Creditors, THE KROGER CO. and its affiliate, 84.51 LLC, and requests all notices given or required to be given in this case ("**Case**"), and all papers, pleadings, motions, and applications served or required to be served in the Case, be directed and served upon the undersigned as follows:

Michael R. Dal Lago, Esq.
Dal Lago Law
999 Vanderbilt Beach Road, Suite 200
Naples, Florida 34108
Telephone: (239) 571-6877
mike@dallagolaw.com
kim@dallagolaw.com
fvazquez@dallagolaw.com

Please take further notice that the foregoing request includes any and all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or any other paper filed in the Case, whether formal or informal, written, oral, by hand-delivery, mail, telephone, facsimile, email, or otherwise.

2

DATED:  March 29, 2023                                  Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone:  (239) 571-6877

By:  */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email:  mike@dallagolaw.com

*Proposed Counsel for Creditors*
*The Kroger Co. and 84.51 LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service this 29th day of March 2023.

By:  */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 0102185

*Proposed Counsel for Creditors*
*The Kroger Co. and 84.51 LLC*