**Vital Pharmaceuticals International Sales, Inc.**
Balance Sheet as of February 28, 2023

|  |  | Feb-23 |
|---|---:|---:|
| **ASSETS** |  |  |
| OTHER ASSETS: |  |  |
|     Related party receivable |  | 288,071 |
|     **Total other assets** | $ | **288,071** |
|  |  |  |
|     **TOTAL ASSETS** | $ | **288,071** |
|  |  |  |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** |  |  |
|     **TOTAL LIABILITIES** | $ | **-** |
|  |  |  |
| STOCKHOLDERS EQUITY: |  |  |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding |  | 2,500 |
|     Retained earnings |  | 285,571 |
|     **Total stockholder's equity** | $ | **288,071** |
|  |  |  |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ | **288,071** |