UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

### DEBTORS' *EX-PARTE* MOTION TO CANCEL HEARING TO CONSIDER THE DEBTORS' PROPOSED STALKING HORSE BIDDER

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby move the Court (the "Motion"), without a hearing, for the entry of an order cancelling the April 5, 2023 hearing to consider the Debtors' proposed Stalking Horse Bidder. In support of the Motion, the Debtors state as follows:

1. On February 24, 2023, the Court entered an *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 854] (the "Bidding Procedures Order").

2. The Bidding Procedures Order required, *inter alia*, the Debtors to file a Stalking Horse Selection Motion[2] not later than March 24, 2023.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms shall retain the same meaning as defined in the Bidding Procedures Order.

12033703-1

3. The Bidding Procedures Order also set a hearing on April 5, 2023 for the Court to consider the relief requested in the Stalking Horse Order. [ECF No. 854, ¶¶ 12–13].

4. Although several parties continue to undertake due diligence on the Debtors and their assets, as of the date of this Motion, the Debtors have not selected a Stalking Horse Bidder.

5. Accordingly, the Debtors believe it is appropriate to cancel the April 5, 2023 hearing.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit "A"** (i) granting this Motion; (ii) cancelling the April 5, 2023 hearing; and (iii) granting the Debtors such other and further relief to which they are entitled.

Dated: March 29, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      Hugh.murtagh@lw.com
      tj.li@lw.com
      brian.rosen@lw.com
      jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
Erin M. Hoskins
Florida Bar No. 1003283
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com
      ehoskins@bergersingerman.com

12033703-1

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

Email:   whit.morley@lw.com

*Co-Counsel for Debtors*

12033703-1

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]         Case No.: 22-17842-PDR

    Debtors.                                                                              (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO CANCEL HEARING TO CONSIDER THE DEBTORS' PROPOSED STALKING HORSE BIDDER**

**THIS MATTER** came before the Court without a hearing upon the *Debtors' Ex-Parte Motion to Cancel Hearing to Consider the Debtors' Proposed Stalking Horse Bidder* (the "Motion") [ECF No. __]. The Court, having considered the Motion and finding good cause for the granting thereof, **ORDERS** as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12033716-1

1. The Motion is **GRANTED**.

2. The April 5, 2023 hearing to consider the Debtors' Proposed Stalking Horse Bidder is **CANCELLED**.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
Erin M. Hoskins, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com
Email:  ehoskins@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12033716-1