UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al*.,[1]<br><br>     Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following:

1. **OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND CROSS MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES [DE 1055 AND 1057];**

2. **DECLARATION OF RACHEL MAIMIN, ESQ. IN SUPPORT OF OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND CROSS MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES [DE 1056];**

3. **NOTICE OF HEARING SCHEDULING OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS [DE 1058]; and**

4. **NOTICE OF HEARING SCHEDULING CROSS MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES [DE 1059]**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

was served on March 29, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system, via electronic mail to Jack Owoc (jackowoc.ceo@gmail.com) and c/o Justin Luna, Esq. (jluna@lathamluna.com) and via Federal Express Priority Overnight to Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331 and Elite Island LLC, c/o Corporate Creations Network, Inc., 801 U.S. Highway 1, North Palm Beach, FL 33408, delivery confirmations attached as **Composite Exhibit "A**."

Date:   March 30, 2023

Respectfully submitted,
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:     (305) 372-8202

By:   */s/ Leyza F. Blanco*
         Leyza F. Blanco
         Florida Bar No.: 104639
         Juan J. Mendoza
         Florida Bar No.: 113587

*EXHIBIT A*



March 30, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771697742382

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.EGAN | **Delivery Location:** | 16720 STRATFORD CT |
| **Service type:** | FedEx First Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Southwest Ranches, FL, 33331 |
| | | **Delivery date:** | Mar 30, 2023 08:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771697742382 | **Ship Date:** | Mar 29, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Megan Owoc,
16720 Stratford Court
Southwest Ranches, FL, US, 33331

**Shipper:**
Jennifer Diaz, Sequor Law
1111 Brickell Avenue
Suite 1250
MIAMI, FL, US, 33131

| **Reference** | 80060.1001 |
|---|---|

Thank you for choosing FedEx



March 30, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771697797621

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | FedEx Location |
| **Signed for by:** | J. SAINTILEEN | **Delivery Location:** | 7840 CENTRAL INDUSTRIAL DRIVE |
| **Service type:** | FedEx First Overnight | | |
| **Special Handling:** | Deliver Weekday | | RIVIERA BEACH, FL, 33404 |
| | | **Delivery date:** | Mar 30, 2023 09:02 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771697797621 | **Ship Date:** | Mar 29, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Elite Island, LLC, Corporate Creations Network, Inc.
801 U.S. Highway 1
North Palm Beach, FL, US, 33408

**Shipper:**
Jennifer Diaz, Sequor Law
1111 Brickell Avenue
Suite 1250
MIAMI, FL, US, 33131

**Reference**          80060.1001



Thank you for choosing FedEx