# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et. al.,

        Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11

(Jointly Administered)

## LIMITED OBJECTION TO NOTICES OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO

LPUSA, LLC, d/b/a Network ("Lease Plan"), formerly Lease Plan, U.S.A., LLC, successor by conversion to Lease Plan, U.S.A., Inc., by and through its undersigned counsel, objects, on a limited basis (the "Objection"), to the Debtors' *Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 893] (the "First Notice"), and *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 995] (the "Supplemental Notice" and together with the First, Notice, the "Notices"). In support of the Objection, Lease Plan states:

### I.   BACKGROUND

1. On October 10, 2022 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code, commencing the above-captioned bankruptcy cases.

2. Prior to the Petition Date, the Debtors and Lease Plan entered into a Vehicle Management Services Agreement dated February 4, 2019, a Vehicle Management Services

Program Set Up/Schedule of Fees dated February 4, 2019, and an Amendment to the Vehicle Management Services Agreement dated June 9, 2019 (together with any and all related amendments, schedules, and exhibits collectively, the "Services Agreement").

3. As required by the *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 854](the "Bid Procedures Order"), the Notices purport to identify contracts that may be assumed or assigned in connection with the sale of the Debtors' assets, the counterparty to each contract, and the asserted cure amounts for each contract.

4. The Notices identify Network LeasePlan U.S.A., Inc., *i.e.*, Lease Plan, as having a "Product/Service Agreement" with the Debtor, and list a cure amount of $159,786.12. *See* First Notice, Exhibit A, #2782; Supplemental Notice, Exhibit A, #2803.

5. The correct arrearage cure amount, as of March 1, 2023, however, is not less than $160,033.62 (exclusive of interest, attorneys' fees, and late charges) – $247.50 higher than that listed on the Notices.

## II. OBJECTION AND RESERVATION OF RIGHTS

6. Pursuant to § 365 of the Code, as a condition of the Debtors' assumption of any executory contracts with Lease Plan, Lease Plan is entitled to be paid all amounts due and owing in full, to restore pre-default conditions, and bring all contracts back in compliance with their terms. 11 U.S.C. § 365(b).

7. As previously stated, the correct cure amount for the Services Agreement, as of March 1, 2023, is not less than $160,033.62 (exclusive of interest, attorneys' fees, and late charges), *i.e.*, $247.50 higher than that listed on the Notices.

8. Accordingly, Lease Plan objects to assumption and assignment of the Services Agreement to the extent the proposed cure amount does not provide for the full payment of all amounts due and owing under the Services Agreement.

9. Furthermore, Lease Plan continues to provide post-petition services and accommodations to the Debtors' and, as a result, additional amounts may become due under the Services Agreement. Accordingly, the amount due to Lease Plan as of the closing date on any sale may change.

10. Lease Plan reserves all rights to seek relief and to supplement and amend this Objection on any grounds, including, but not limited to, lack of adequate assurance of future performance pursuant to 11 U.S.C. § 365(f)(2)(B), failure to cure any post-petition defaults prior to assumption pursuant to 11 U.S.C.§ 365(b)(1)(A), and compensation for damage for any defaults prior to assumption pursuant to 11 U.S.C. § 365(b)(1)(B).

**WHEREFORE**, Lease Plan respectfully requests the entry of an Order: (a) sustaining the objection; (b) conditioning the assumption and assignment of the Services Agreement on the payment of all amounts due and owing to Lease Plan under the Services Agreement; and (c) and providing such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of this motion were served on all counsel of record identified in the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on March 30, 2023.

Dated: March 30, 2023

        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
        9130 S. Dadeland Blvd., Suite 1800
        Miami, FL 33156
        Telephone: (305) 670-5000
        Facsimile: (305) 670-5011

        By: */s/ Alan R. Rosenberg*
            Jerry M. Markowitz
            Fla. Bar No.: 182420
            jmarkowitz@mrthlaw.com
            Alan R. Rosenberg
            Fla. Bar. No. 92004
            arosenberg@mrthlaw.com

        -and-

        **MILLER & MARTIN PLLC**
        1180 W. Peachtree Street, NW, Suite 2100
        Atlanta, Georgia
        Telephone: (404) 962-6449
        Facsimile: (404) 962-6312

        By: */s/ Paul M. Alexander*[1]
            Paul M. Alexander, Esq.
            Email: Paul.Alexander@millermartin.com
            George Bar No.: 009003

        Attorneys for Lease Plan U.S.A., LLC

---

[1] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to court order dated February 16, 2023 [ECF No. 816].

**Service List - Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**   aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**   tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**   janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**   aja@devaronalaw.com
- **Marc P Barmat**   mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Leyza F. Blanco**   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**   rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**   kyler.burgi@dgslaw.com
- **Kevin Michael Capuzzi**   kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Robert P. Charbonneau**   rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**   jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **David H Conaway**   dconaway@slk-law.com
- **Ralph W. Confreda**   rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**   pcrawford@gibbonslaw.com
- **Michael R Dal Lago**   mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com
- **Matthew G Davis**   mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**   ddesouza@bastamron.com, jmiranda@bastamron.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**    dharvath@harvathlawgroup.com

- **Nicole Grimal Helmstetter**    nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com
- **Christopher R Kaup**    crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**    mkye@kyelaw.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Peter H Levitt**    plevitt@shutts-law.com, sboisvert@shutts.com
- **Corali Lopez-Castro**    clc@kttlaw.com, rcp@kttlaw.com
- **Justin M Luna**    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz**    nmaoz@ktbslaw.com
- **Isaac M Marcushamer**    isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola**    Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath**    bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Megan W Murray**    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- **Klaus Peter Muthig**    muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com

- **Michael Jordan Niles**     mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**     joe@packlaw.com
- **Jimmy D. Parrish**     jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Justin D Plean**     justin.plean@qpwblaw.com
- **Amanda E Preston**     amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**     rabinowitz@mm-pa.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Kenneth Scott Reynolds**     scott@sgazlaw.com
- **Aliette D Rodz**     arodz@shutts.com
- **Mark S. Roher**     mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**     romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**     arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**     iross@sidley.com
- **Steven R Safra**     Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**     mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole**     das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Michael D. Seese**     mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Steven J. Solomon**     steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

- **Andrew Sorkin**  andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Annie Yang Stoops**  annie.stoops@afslaw.com
- **Carolyn Tatkin**  tatkin@radixlaw.com
- **Frank Terzo**  frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**  crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**  ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**  michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**  jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**  awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes**  steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**  stuart.wilson-patton@ag.tn.gov