

**ORDERED in the Southern District of Florida on March 30, 2023.**



        **Peter D. Russin, Judge**
        **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER (I) DENYING THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND (I) GRANTING THE CROSS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH <u>2004 NOTICES</u>**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

-2-

**THIS MATTER** came before the Court on *Motion for Extension of Time to Respond to 2004 Examination Request for Production of Documents* [Docket No. 1041] (the "Motion") filed by John H. ("Jack") Owoc, Megan Owoc, and Elite Island, LLC ("Elite Island") and on the Official Committee of Unsecured Creditors' (the "Committee") *Objection of the Official Committee of Unsecured Creditors to the Motion for Extension of Time to Respond to 2004 Examination Request for Production of Documents and Cross Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply with 2004 Notices* [Docket No. 1055] (the "Objection"), and on the Committee's *Objection of the Official Committee of Unsecured Creditors to the Motion for Extension of Time to Respond to 2004 Examination Request for Production of Documents and Cross Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply with 2004 Notices* [Docket No. 1057] (the "Cross-Motion"). The Court, having considered the Motion, the Objection, the Cross-Motion, the *Declaration of Rachel Maimin, Esq.* [Docket No. 1056], and having found good cause for the relief set forth herein, and for the reasons set forth on the record at the hearing on the Motion and Cross-Motion on March 30, 2023, it is

**ORDERED** that**:**

1. The Motion is **DENIED** with prejudice.

2. The Cross-Motion is **GRANTED**.

3. Jack Owoc shall produce the subpoenaed Documents and Communications in the 2004 Notice [Docket No. 684 and 981] no later than 4:30 p.m. ET on March 31, 2023.

4. Megan Owoc shall produce the subpoenaed Documents and Communications in the 2004 Notice [Docket No. 686 and 967] no later than 4:30 p.m. ET on March 31, 2023.

5. Elite Island shall produce the subpoenaed Documents and Communications in the

2004 Notice [Docket No. 689 and 968] no later than 4:30 p.m. ET on March 31, 2023.

      6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:   (305) 372-8282
Facsimile:   (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*