**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the following:

**ORDER (1) DENYING THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND (II) GRANTING THE CROSS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL JOHN H. OWOC, MEGAN OWOC AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES [DE 1075 AND 1076]**, DATED MARCH 30, 2023

was served on March 30, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system, via electronic mail to Jack Owoc (jackowoc.ceo@gmail.com) and c/o Justin Luna, Esq. (jluna@lathamluna.com) and via Federal Express Priority Overnight to Jack and Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331 and Elite Island, LLC c/o Jack Owoc, Manager, 16720 Stratford Court, Southwest Ranches, FL 33331 and Elite Island LLC, c/o Corporate Creations Network, Inc., 801 U.S. Highway 1, North Palm Beach, FL 33408.

| | |
|---|---|
| Date:   March 30, 2023 | Respectfully submitted,<br>SEQUOR LAW |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:     (305) 372-8202

By:   */s/ Leyza F. Blanco*
      Leyza F. Blanco
      Florida Bar No.: 104639
      Juan J. Mendoza
      Florida Bar No.: 113587