UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | |

**RE-NOTICE OF VIDEOTAPED RULE 2004 EXAMINATION *DUCES TECUM***

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of the above-referenced debtors (the "Debtors" or "Company"), requests that Krista Owoc, the EMEA Sales Account Executive of the Debtors, produce the documents, electronically stored information, or objects described on the attached subpoena, who must permit inspection, copying, testing, or sampling of the materials **on or before February 11, 2023** at **5:00 p.m. EST** at the offices of **Sequor Law, P.A., Attn: Leyza F. Blanco 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131**.

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, the Committee in the above-captioned chapter 11 cases of the Debtors, will examine Krista Owoc, under oath **on April 13, 2023 at 9:30 a.m. EST**. The examination will be conducted in-person at the offices of **Sequor Law, P.A Leyza F. Blanco 1111 Brickell Avenue, Suite 1250, Miami,**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**Florida 33131** and will be recorded by sound, sound-and-visual, or stenographic means. The examination may continue from day to day until complete.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

|  |  |
|---|---|
| Date: March 30, 2023 | **LOWENSTEIN SANDLER LLP** |
|  | Jeffrey L. Cohen, Esq. |
|  | Eric Chafetz, Esq. |
|  | Jordana L. Renert, Esq. |
|  | Lindsay H. Sklar, Esq. |
|  | 1251 Avenue of the Americas |
|  | New York, New York 10020 |
|  | Telephone: (212) 262-6700 |
|  | Facsimile: (212) 262-7402 |
|  | Email: jcohen@lowenstein.com |
|  | Email: echafetz@lowenstein.com |
|  | Email: jrenert@lowenstein.com |
|  | Email: lsklar@lowenstein.com |
|  | -and- |
|  | Nicole Fulfree, Esq. |
|  | Erica G. Mannix, Esq. |
|  | One Lowenstein Drive |
|  | Roseland, New Jersey 07068 |
|  | Telephone: (973) 597-2502 |
|  | Facsimile: (973) 597-2400 |
|  | Email: nfulfree@lowenstein.com |
|  | Email: emannix@lowenstein.com |
|  |  |
|  | **SEQUOR LAW, P.A.** |
|  |  |
|  | By: */s/ Leyza F. Blanco* |
|  |       Leyza F. Blanco |
|  |       Florida Bar No.: 104639 |
|  |       Juan J. Mendoza |
|  |       Florida Bar No.: 113587 |
|  |       1111 Brickell Avenue, Suite 1250 |

Miami, FL 33131  
Telephone: (305) 372-8282  
Facsimile: (305) 372-8202  
Email: lblanco@sequorlaw.com  
Email: jmendoza@sequorlaw.com  

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on March 30, 2023, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic noticing in this case and via U.S. first-class mail, postage fully pre-paid, to Krista Owoc, 11807 SW 47th Ct, Fort Lauderdale, FL 33330.

*/s/ Leyza F. Blanco*
Leyza F. Blanco