**UNITED STATES BANKRUPTCY COURT**
**FORT LAUDERDALE DISTRICT OF FLORIDA**

In Re:

VITAL PHARMACEUTICALS, INC., *et al.*,       Case No. 22-17842-PDR
                                                   Chapter 11
    Debtors,                                      (Jointly Administered)
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PLEADINGS AND OTHER PAPERS**

The undersigned hereby files this Notice of Appearance as counsel for Creditor, Creditors, Intrastate Distributing and C.K.S. Packaging, Inc. ("Creditor") and hereby requests that copies of all future pleadings and notices be sent to the undersigned:

Joe M. Grant, Esquire
Lorium PLLC
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone No.: (561) 361-1000
Email: jgrant@loriumlaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleadings, claim or suit is intended or shall be deemed a waiver of any right: (I) to have final orders in non-core matters entered only after de novo review by Untied States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Creditor expressly reserves hereby.

        Respectfully submitted,

        **LORIUM PLLC**
*Counsel for Creditors, Intrastate Distributing and C.K.S. Packaging, Inc.*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By:   /s/ Joe M. Grant
      JOE M. GRANT
      Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of March, 2023, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.