**Fill in this information to identify the case:**

Debtor: Vital Pharmaceuticals, Inc.

United States Bankruptcy Court for the District of: Southern District of Florida

Case number: 22-17842

---

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

C.K.S. Packaging, Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

See Additional/Expanded Creditor Address(es) page:

C.K.S. Packaging, Inc.
Jackson Walker LLP Attn: Bru...
1401 McKinney Street, Suite 1...
Houston, TX 77010
USA
**P:** 713-752-4204
**F:** 713-308-4155
**E:** bruzinsky@jw.com

Where should payments to the creditor be sent? (if different)

C.K.S. Packaging, Inc.
Preston Delaschmit, General ...
350 Great Southwest Parkway,...
Atlanta, GA 30336
USA
**P:** 404-699-9438
**E:** preston.delashmit@ckspackaging.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

---

Official Form 410

1195811282232881441000 01

Page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**

   ☐ No

   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8747

7. **How much is a claim?** $ 27,533.78    Does this amount include interest or other charges?

   ☐ No

   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Goods sold

9. **Is all or part of the claim secured?**

   ☐ No

   ☑ Yes. The claim is secured by a lien on property

   **Nature of property**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

   ☐ Motor vehicle.

   ☑ Other. Describe: Claim secured by any right of setoff. See attached

   **Basis for perfection:** Any right of setoff. See attachment.

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** _____

   **Amount of the claim that is secured:** _____

   **Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** _____

   **Annual Interest Rate (when case was filed)** _____ %

   ☐ Fixed

   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. **Is this claim subject to a right of setoff?**

    ☐ No

    ☑ Yes. Identify the property: Only if right of recoupment not recognized.

| | | |
|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No |
| | | ☐ Yes. Check one:           Amount entitled to priority |
| | A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4)    _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    11/28/2022 at 02:21 pm PT
                              MM / DD / YYYY HH : MM

/s/Preston Delashmit
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Preston | Delashmit |
| | First Name   Middle Name | Last Name |
| Title | General Counsel | |
| Company | C.K.S. Packaging, Inc. | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | |
| Address | 350 Great Southwest Pkwy, SW | |
| | Number   Street | |
| | Atlanta    GA    30336 | |
| | City    State    ZIP Code | |
| Contact phone | | |
| Email | preston.delashmit@ckspackaging.com | |



**Additional/Expanded Creditor Address(es):**

**Primary Address (Expanded)**
C.K.S. Packaging, Inc.
Jackson Walker LLP Attn: Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010
USA
Phone: 713-752-4204
Fax: 713-308-4155
bruzinsky@jw.com

**Distribution Address (Expanded)**
C.K.S. Packaging, Inc.
Preston Delaschmit, General Counsel
350 Great Southwest Parkway, SW
Atlanta, GA 30336
USA
Phone: 404-699-9438
preston.delashmit@ckspackaging.com

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                                                                         Page 4

## SUMMARY OF C.K.S. PACKAGING, INC.'S CLAIM
## VITAL PHARMACEUTICALS, INC.

| Invoice Date | Invoice No. | Description | Amount |
|---|---|---|---|
| 7/28/2022 | INV-322740 | Order SO-328544 | 29,114.88 |
| 8/1/2022 | INV-323452 | Order SO-328545 | 31,183.82 |
| 8/3/2022 | INV-324059 | Order SO-328546 | 31,183.22 |
| 8/5/2022 | INV-324947 | Order SO-328548 | 31,183.22 |
| 8/17/2022 | INV-327740 | Order SO-332881 | 31,665.76 |
| 8/26/2022 | INV-330341 | Order SO-332883 | 32,068.21 |
| 8/30/2022 | INV-330419 | Order SO-332882 | 31,635.86 |
| 9/2/2022 | INV-332072 | Order SO-332884 | 29,792.02 |
| 9/9/2022 | INV-333674 | Order SO-332885 | 29,784.40 |
| TOTAL | | | $275,337.75 |

Total as of Petition Date - - $27,533.78 ($275,337.75 minus critical vendor payment received of $247,803.97), plus post-petition interests, costs, and attorney's fees to the extent allowable under applicable law.

**Note:** C.K.S. Packaging, Inc. owes the Debtor credits for 2022 totaling $26,776.06, and credits for 2021 totaling $35,777.90. Additionally, the Debtor previously made overpayments to C.K.S. Packaging, Inc. of $1,777.78 and $4.00. C.K.S. Packaging, Inc. claims a right of recoupment to the extent of such credits and overpayments. Alternatively, and only in the event such asserted right of recoupment is not allowed, C.K.S. Packaging, Inc. claims a right of setoff in the full amount of this proof of claim, and a secured claim to the extent of any such right of setoff.

C.K.S. Packaging Inc. expressly reserves all of its rights and remedies.

34535193v.1 159973/00004