**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, [1] | : |
| | :    Case No. 22-17842-PDR |
| Debtors. | :    (Jointly Administered) |
| | : |

**AMERICAN EXPRESS NATIONAL BANK AND AMEX TRS CO. INC.'S**
**JOINT LIMITED OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES THAT MAY BE ASSUMEDAND ASSIGNED IN**
**CONNECTION WITH A SALE OF THE DEBTORS'ASSETS AND (II) THE**
**PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

American Express National Bank ("ANB") and AMEX TRS CO. Inc. ("AMEX"), by and

through its counsel, hereby submits its Limited Objection to the Notice of (I) Executory

Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale

of the Debtors' Assets and (II) the Proposed Cure Amounts with respect thereto (the "Cure

Notice") and represents as follows:

1.      On October 10, 2022 (the "Petition Date"), the Debtors filed voluntary petitions

for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.      On October 28, 2022 and November 4, 2022, ANB timely filed its claims

representing Vital Pharmaceuticals, Inc.'s indebtedness to ANB as follows:

Claim No. 40 in the amount of $84.99
Claim No. 64 in the amount of $68,387.80.

3.      As reflected by Claim Nos. 40 and 64, the actual amount required to cure any and

all pre-petition defaults with ANB is $68,472.79 (the "ANB Pre-Petition Amounts").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

4.      Furthermore, Vital Pharmaceuticals, Inc. continued to utilize its account ending

6007 with ANB after the Petition Date incurring post-petition charges and fees for various goods

and services totaling $1,193.29 (the "ANB Post-Petition Amount")(together with the ANB Pre-

Petition Amounts, the "ANB Cure Amount").  A copy of Vital Pharmaceuticals, Inc.'s account

statement reflecting the ANB Post-Petition Amount is attached hereto as Exhibit A.

5.      On November 8, 2022, November 14, 2022, and November 15, 2022 AMEX

timely filed its claims representing Vital Pharmaceuticals, Inc.'s indebtedness to AMEX as

follows:

> Claim No. 68 in the amount of $122,439.17
> Claim No. 69 in the amount of $17,246.14
> Claim No. 104 in the amount of $92,831.74
> Claim No. 107 in the amount of $53,040.80 [2]

6.      As reflected by Claim Nos. 68, 69, 104, and 107, the actual amount required to

cure any and all pre-petition defaults to AMEX is $285,557.85 (the "AMEX Pre-Petition

Amounts").

7.      Vital Pharmaceuticals, Inc. also continued to utilize its accounts with AMEX after

the Petition Date incurring post-petition charges and fees for various goods and services as

follows:

> Account ending 1009 in the amount of $231,477.49
> Account ending 1008 in the amount of $9,337.54
> Account ending 1007 in the amount of $3,895.86
> Account ending 2001 in the amount of $4,477.20

totaling $249,188.09 (the "AMEX Post-Petition Amounts")(collectively with the AMEX Pre-

Petition Amounts, the "AMEX Cure Amount").  Copies of Vital Pharmaceuticals, Inc.'s account

statements reflecting the AMEX Post-Petition Amounts are attached hereto as Exhibit B.

8.      On March 3, 2023, the Debtors filed the Cure Notice which included assumption

of various ANB and AMEX accounts and the Debtors' calculation of the alleged proposed cure

amount due to ANB and AMEX as $470,720.76 (the "Proposed Cure Amount").

9. On March 21, 2023, the Debtors filed Supplemental Notice Of (I) Executory

Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale

of the Debtors' Assets and (II) The Proposed Cure Amounts with Respect Thereto which also

references assumption of the ANB and AMEX accounts for the Proposed Cure Amount.

10. ANB and AMEX object to the Proposed Cure Amount as it does not accurately

reflect the amount due to ANB and AMEX and fails to cure such amount.  The ANB Cure

Amount and the AMEX Cure Amount total $604,412.02.

11. Furthermore, any contract alleged between the Debtors and ANB or AMEX for

use of a revolving credit card program is not assumable under the Bankruptcy Code.

12. In the event that the Debtors or any future purchaser intends to assume the credit

card accounts with ANB, the ANB Cure Amount must be remitted.

13. In the event that the Debtors or any future purchaser intends to assume the credit

card accounts with AMEX, the AMEX Cure Amount must be remitted.

WHEREFORE, American Express National Bank and AMEX TRS Co. Inc. request that

the Debtors amend the cure amount to $604,412.02 to accurately reflect the ANB Cure Amount

and the AMEX Cure Amount, and for any such further relief as the Court may deem appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court
for the Southern District of Florida and that I am in compliance with the additional qualifications
to practice in this court set forth in Local Rule 2090-1(A).

SANDLER & SANDLER
By M.L. Sandler, P.A.

---

[2] Claim No. 107 amended and superseded AMEX's previously filed claim recorded by the Claims Agent as Claim No. 81.

*Counsel for American Express National*
*Bank and AMEX TRS Co. Inc.*
3400 SW 27th Avenue Suite 1705
Miami, FL  33133
T: 305-379-6655
E: martin@sandler-sandler.com
 */s/ Martin L. Sandler_____*
Martin L. Sandler
Florida Bar No. 00 70370

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was, this 31st day of March,

2023, served by electronic notification CM/CLE upon the Objection Recipients:

i. the Debtors, c/o Vital Pharmaceuticals, Inc., 1600 N. Park Drive, Weston, FL 33326 (Attn: Greg Robbins (Greg.Robbins@bangenergy.com) and Gregg Metzger (Gregg.Metzger@bangenergy.com));

ii. co-counsel for the Debtors:

(a) Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)); and

(b) Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso (JGuso@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com));

iii. the Agent, Truist Bank 10500 Little Patuxent Parkway Ste 450, Columbia, MD 21046, Mail Code 420  20 01 00 (Attn: Jade Silver (jade.silver@truist.com));

iv. co-counsel to the Agent:

(a) Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202-4003 (Attn: Luis Lluberas (luislluberas@mvalaw.com), Steve Gruendel (stevegruendel@mvalaw.com), and Cole Richins (colerichins@mvalaw.com)); and

(b) Shutts & Bowen LLP, 200 South Biscayne Blvd., Ste 4100, Miami, FL 33131 (Attn: Aliette D. Rodz (ARodz@shutts.com), Peter Levitt (plevitt@shutts.com), Harris J. Koroglu (hkoroglu@shutts.com), and Martha M. Ferral (MFerral@shutts.com));

v. the Office of the United States Trustee, 51 SW First Avenue, Room 1204, Miami, Florida 33130; and

vi. co-counsel to the Committee:

    (a) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Jeffrey Cohen (jcohen@lowenstein.com), Eric Chafetz (echafetz@lowenstein.com), and Lindsay Sklar (lsklar@lowenstein.com)) and Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068, Attn: Erica Mannix (emannix@lowenstein.com)); and

    (b) Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, FL 33131 (Attn: Leyza Blanco (lblanco@sequorlaw.com) and Fernando Menendez (fmenendez@sequorlaw.com)).

 

SANDLER & SANDLER
By M.L. Sandler, P.A.
*Counsel for American Express National Bank and AMEX TRS Co. Inc.*
3390 Mary Street, Suite 116
Miami, FL  33133
T: 305-379-6655/F: 786-472-7077
E: martin@sandler-sandler.com
 */s/ Martin L. Sandler*_____
Martin L. Sandler
Florida Bar No. 00 70370