p. 1/5

**Business Centurion® Card**
VITAL PHARMACEUTICAL
JOHN H OWOC
Closing Date 11/02/22    Next Closing Date 12/02/22
Account Ending ████6007

| Customer Care: | 1-800-297-3333 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$69,581.09** |
| **Minimum Payment Due** | **$49,992.00** |
| Includes the past due amount of $40,939.31 | |
| **Payment Due Date** | **11/27/22** |

**Membership Rewards® Points**
Available and Pending as of 09/30/22

**858,614**

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $47,642 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

ⓘ Your account is cancelled.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

▽ Your monthly AutoPay has been cancelled. Please make any payments using the payment coupon provided.

→ For information on your Pay Over Time feature and limit, see **page 4**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $40,740.31 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$8,852.69 |
| Fees | | +$0.00 |
| New Balance | = | $49,593.00 |
| **Pay Over Time Portion** | | |
| Previous Balance | | $19,921.24 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$66.85 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $19,988.09 |
| Minimum Due | | $399.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$60,661.55** |
| Payments/Credits | -$0.00 |
| New Charges | +$8,919.54 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$69,581.09** |
| **Minimum Payment Due** | **$49,992.00** |

| Pay Over Time Limit | $20,000.00 |
|---|---|
| **Available Pay Over Time Limit** | **$11.91** |
| Days in Billing Period: | 31 |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ████5007

Enter 15 digit account # on all payments.
Make check payable to American Express.

JOHN H OWOC
VITAL PHARMACEUTICAL
1600 N PARK DR
WESTON FL 33326-3278

| | |
|---|---|
| | Payment Due Date |
| | **11/27/22** |
| | New Balance |
| | **$69,581.09** |
| | Minimum Payment Due |
| | **$49,992.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____.__
**Amount Enclosed**

Exhibit A



**Business Centurion® Card**
VITAL PHARMACEUTICAL
JOHN H OWOC
Closing Date 11/02/22

p. 3/5

Account Ending 6007



| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | 1-800-297-3333 |
| Lost or Stolen Card | 1-954-503-8905 |
| Express Cash | 1-800-297-3333 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-800-297-3333** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-3333**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$8,852.69** | **$66.85** | **$8,919.54** |

### Detail

♦ - denotes Pay Over Time activity

**JOHN H OWOC**
Card Ending 6007

| | | | | Amount |
|---|---|---|---|---|
| 10/02/22 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | $16.53 ♦ |
| 10/03/22 | UPWORK*-518761394REF<br>EMPLOYMENT AGENCY | SANTA CLARA | | $2,504.25 |
| 10/03/22 | WEB*REGISTERWEBSITE<br>800-899-9723 | 800-899-9723 | FL | $9.98 ♦ |
| 10/04/22 | GODADDY.COM<br>000000000000000002385284 | 480-505-8855 | AZ | $20.17 ♦ |
| 10/05/22 | ADOBE CREATIVE CLOUD Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $52.99 |
| 10/06/22 | GODADDY.COM<br>GODADDY.COM<br>.COM Domain Name Renewal - 1 Year (recur<br>.NET Domain Name Renewal - 1 Year (recur | 480-505-8855 | AZ | $42.34 |
| 10/07/22 | UPWORK*-519511972REF<br>EMPLOYMENT AGENCY | SANTA CLARA | | $5,040.00 |
| 10/08/22 | AOL SERVICE<br>COMPUTER NETWORK/INFO | 800-827-6364 | VA | $39.99 |
| 10/10/22 | GODADDY.COM<br>000000000000000002385284 | 480-505-8855 | AZ | $20.17 ♦ |
| 10/11/22 | TST* SEASPICE MIAMI 00051285<br>RESTAURANT | MIAMI | FL | $401.20 |
| 10/11/22 | TST* SEASPICE MIAMI 00051285<br>RESTAURANT | MIAMI | FL | $21.76 |
| 10/13/22 | SHIPSTATION<br>SHIPPING SVC | 512-485-4282 | TX | $95.00 |
| 10/13/22 | GODADDY.COM<br>GODADDY.COM<br>.COM Domain Name Renewal - 1 Year (recur | 480-505-8855 | AZ | $20.17 |
| 10/14/22 | MASTROS OC FT LAUDERDA 1264<br>110007 33308<br>RESTAURANT | FORT LAUDERDA | FL | $634.99 |

Continued on reverse

Exhibit A

JOHN H OWOC                        Account Ending ▮6007                              p. 4/5

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $5,000.00 |
| Total Interest in 2022 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 17.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time

### There is a no pre-set spending limit on your Card
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $20,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $11.91 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:   ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

Exhibit A