UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[8] | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing *Limited Objection of the Chubb Companies to (1) Debtors' Motion For An Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) The Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests, Encumbrances, and (F) The Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II)) Authorizing The Debtors to Provide Bid Protections, and (III) Granting Related Relief, (2) the Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) The Proposed Cure Amounts With Respect Thereto, and the Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and*

---

[8] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Assigned in Connection With a Sale of The Debtors' Assets And (II) The Proposed Cure Amounts With Respect Thereto* was served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties on the attached service list, unless otherwise noted.

Dated: March 31, 2023

s/ *Phillip M. Hudson III, Esq.*
Signature of Attorney for Serving Party

Phillip B. Hudson III, Esq.
Print Name

201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
Address

305-960-2352
Telephone

518743
Fla. Bar No

18

**SERVICE LIST**

**Via U.S. Mail**

**The U.S. Trustee**
51 SW First Avenue, Room 1204
Miami, Florida 33130

**Via Email**

**The Debtors**
Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins and Gregg Metzger
Email: Greg.Robbins@bangenergy.com
Email: Gregg.Metzger@bangenergy.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin
Email: andrew.sorkin@lw.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton and Jonathan Weichselbaum
Email: liza.burton@lw.com
Email: jon.weichselbaum@lw.com

**Co-counsel for the Debtors**
Berger Singerman LLP
1450 Brickell Avenue, Unit 1900
Miami, FL 33131
Attn: Jordi Guso and Michael Niles
Email: JGuso@bergersingerman.com
Email: mniles@bergersingerman.com

**The Agent**
Truist Bank
10500 Little Patuxent Parkway Suite 450
Columbia, MD 21046
Mail Code 420-20-01-00

19

Attn: Jade Silver
Email: jade.silver@truist.com

**Co-counsel to the Agent**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas, Steve Gruendel, and Cole Richins
Email: luislluberas@mvalaw.com
Email: stevegruendel@mvalaw.com
Email: colerichins@mvalaw.com

**Co-counsel to the Agent**
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Attn: Aliette D. Rodz, Peter Levitt, Harris J. Koroglu, and Martha M. Ferral
Email: ARodz@shutts.com
Email: plevitt@shutts.com
Email: hkoroglu@shutts.com
Email: MFerral@shutts.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP,
1251 Avenue of the Americas,
New York, NY 10020
Attn: Jeffrey Cohen, Eric Chafetz, and Lindsay Sklar
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: lsklar@lowenstein.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix
Email: emannix@lowenstein.com

**Co-counsel to the Committee**
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco and Fernando Menendez
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com