

**ORDERED in the Southern District of Florida on March 30, 2023.**



              **Peter D. Russin, Judge**
              **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO CANCEL HEARING TO CONSIDER THE DEBTORS' PROPOSED STALKING HORSE BIDDER**

**THIS MATTER** came before the Court without a hearing upon the *Debtors' Ex-Parte Motion to Cancel Hearing to Consider the Debtors' Proposed Stalking Horse Bidder* (the "Motion") [ECF No. 1071]. The Court, having considered the Motion and finding good cause for the granting thereof, **ORDERS** as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1. The Motion is **GRANTED**.

2. The April 5, 2023 hearing to consider the Debtors' Proposed Stalking Horse Bidder is **CANCELLED**.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
Erin M. Hoskins, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com
Email:  ehoskins@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*