IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., et al[1] | CASE NO. 22-17842-PDR |
| *DBA* BANG ENERGY | CHAPTER 11 |
| *DBA* VPX SPORTS | (Jointly Administered) |
| *DBA* VPX/REDLINE | |
| *DBA* REDLINE | |
| *DBA* QUASH LIFE LIFT | |

Debtors.
_____/

## LIMITED OBJECTION TO NOTICE OF PROPOSED SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

Ally Bank ("Ally"), files its Limited Objection to the Debtor's *Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* ("Notice") (ECF. No. 856) and states:

1. On October 10, 2022, the Debtors filed for relief under Chapter 11 of the United States Code.

2. Ally is the lienholder on the titles to sixty-one (61) motor vehicles currently owned by the Debtors.

3. On February 27, 2023, the Debtors filed the Notice, which, *inter alia*, provided notice of the Debtors intent to sell substantially all the Debtor's assets free and clear of all liens at auction, as well as the consequences of failing to timely assert a sale objection.

4. Ally has no objection to the proposed sale of the vehicles at auction, subject to the liens on all the Vehicles being satisfied in full by the proceeds of the sale.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

5.      The vehicle identification numbers, descriptions and corresponding payoff amounts for each vehicle are identified in the summary of accounts attached hereto as Exhibit "A."

**WHEREFORE**, Ally Bank respectfully requests the Court enter an order allowing the sale to go forward subject to the liens on the vehicles and granting such other relief that the Court may deem just and proper.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Ally Bank

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail this 31st day of March 2023.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Vital Pharmaceuticals, Inc.
Attn: Greg Robbins and Greg Metzger
1600 N. Park Drive
Weston, FL 33326

Truist Bank
Mail Code 420-20-01-00
10500 Little Patuxent Parkway
Ste 450
Columbia, MD 21046

Latham & Watkins LLP
Attn: Liza Burton
Jonathan Weischselbaum
1271 Avenue of the Americas
New York, NY 10020

Moore & Van Allen PLLC
Attn: Luis Lluberas, Steve Gruendel &
Cole Richins
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

Lowenstein Sandler LLP
Attn: Jeffrey Cohen, Eric Chafetz &
Lindsay Sklar
One Lowenstein Drive
Roseland, NJ 07068
1251 Avenue of the Americas
New York, NY 10020

Lowenstein Sandler LLP
Attn: Erica Mannix
One Lowenstein Drive
Roseland, NJ 07068

**VIA CM/ECF NOTICE**
Latham & Watkins LLP
Andrew Sorkin
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Shutts & Bowen LLP
Aliette D. Rodz
Peter Levitt
Harris J. Koroglu
Martha M. Ferral
200 South Biscayne Blvd., Ste 4100
Miami, FL 33131

Sequor Law, P.A.
Leyza Blanco
Fernando Menendez
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, Florida 33130