# Summary of Accounts

| VIN | Year | Make_Model | Delinquent (days) | Principal Balance | Interest Balance | Late charges | Total Current Payoff | Arrears |
|---|---|---|---|---|---|---|---|---|
| 54DCDW1B2GS812267 | 2016 | CHEVROLET | 116 | $9,425.65 | $334.98 | | **$9,760.63** | $5,291.34 |
| 54DCDW1B5GS813381 | 2016 | CHEVROLET CAMARO-V6 Convertible 2D | 116 | $9,425.65 | $334.98 | | **$9,760.63** | $5,291.34 |
| 54DCDW1B6GS813311 | 2016 | CHEVROLET | 116 | $9,422.89 | $334.88 | | **$9,757.77** | $5,291.34 |
| 54DCDW1B7GS813382 | 2016 | CHEVROLET | 116 | $9,491.62 | $337.32 | | **$9,828.94** | $5,291.34 |
| 1C4HJXDG2JW190074 | 2018 | Jeep Wrangler Utility 4D Sport 4WD 3.6L | 116 | $8,565.39 | $278.21 | | **$8,843.60** | $4,857.12 |
| 54DCDW1B6KS808814 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B6KS807078 | 2019 | CHEVROLET SILVERADO 1500 | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| JALEEW164L7301622 | 2020 | CHEVROLET | 110 | $39,205.38 | $1,143.16 | | **$40,348.54** | $9,274.56 |
| 54DCDW1B3KS808835 | 2019 | CHEVROLET | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 54DCDW1B5KS809341 | 2019 | Chevrolet | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 54DCDW1B9KS809083 | 2019 | CHEVROLET COMMERCIAL Low Cab Forward 4500 Regular Cab | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B0KS808176 | 2019 | CHEVROLE | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 54DCDW1B4KS808195 | 2019 | CHEVROLET AVEO SED 4D | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B2KS808194 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B4KS807080 | 2019 | CHEVROLET | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 54DCDW1B1KS808834 | 2019 | CHEVROLET | 110 | $29,875.77 | $915.57 | | **$30,791.34** | $7,068.54 |
| 54DCDW1B0KS807075 | 2019 | Chevrolet Silverado 1500 Limited Crew Cab High Country 4WD | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B3KS809340 | 2019 | CHEVROLET AVEO SED 4D | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B5KS808173 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 1FDNF6DEXHDB02354 | 2017 | FORD ASPIRE HBK 2D | 107 | $9,157.02 | $202.88 | | **$9,359.90** | $9,255.60 |
| 1C4HJXDN3LW223522 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 1C4HJXDN7LW223524 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 1C4HJXDN2LW223530 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 54DCDW1B1GS813314 | 2016 | Chevrolet C-4500 Truck | 105 | $8,594.18 | $287.37 | | **$8,881.55** | $5,291.34 |
| 1C4BJWDG3JL849118 | 2018 | JEEP Wrangler JK Utility 4D Unlimited Spor | 104 | $8,612.58 | $264.06 | | **$8,876.64** | $4,445.40 |
| 1FDNF6DCXHDB02952 | 2017 | FORD C-Max Hatchback 5D Energi I4 Hy | 132 | $8,654.99 | $265.91 | $62.52 | **$8,983.42** | $8,752.31 |
| 1FDNF7DC5KDF00518 | 2019 | FORD ASPIRE HBK 2D | 128 | $55,782.52 | $1,852.87 | $97.04 | **$57,732.43** | $13,585.53 |
| 54DCDW1BXGS813313 | 2016 | CHEVROLET | 119 | $9,436.49 | $340.32 | | **$9,776.81** | $5,291.34 |
| 1C4HJXDN1LW223535 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,616.32 | $725.08 | | **$25,341.40** | $5,263.56 |
| 1C4HJXDN6LW223529 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,616.32 | $725.08 | | **$25,341.40** | $5,263.56 |
| 1C4HJXDN4LW223528 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,616.32 | $725.08 | | **$25,341.40** | $5,263.56 |
| 1C4HJXDN9LW223525 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,616.32 | $725.08 | | **$25,341.40** | $5,263.56 |
| 1C4HJXDN3LW223536 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,616.32 | $725.08 | | **$25,341.40** | $5,263.56 |
| 1C4HJXDN2LW223527 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,621.16 | $725.22 | | **$25,346.38** | $5,263.56 |
| 1C4HJXDN6LW223532 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 119 | $24,617.77 | $725.12 | | **$25,342.89** | $5,263.56 |
| 54DCDW1B8GS813200 | 2016 | CHEVROLET | 116 | $9,425.65 | $334.98 | | **$9,760.63** | $5,291.34 |
| 54DCDW1B6GS812269 | 2016 | CHEVROLET | 116 | $9,425.65 | $334.98 | | **$9,760.63** | $5,291.34 |
| 1C4BJWDG8HL745721 | 2017 | JEEP Wrangler Utility 4D Unlimited Spor | 116 | $7,823.75 | $241.06 | | **$8,064.81** | $4,883.18 |
| 54DCDW1B9GS813383 | 2016 | CHEVROLE C1500 | 116 | $9,425.65 | $334.98 | | **$9,760.63** | $5,291.34 |
| 1C4BJWDG4HL709167 | 2017 | JEEP Wrangler Utility 4D Unlimited Spor | 116 | $7,960.87 | $245.29 | | **$8,206.16** | $4,459.86 |
| 1C4BJWDG2HL720314 | 2017 | JEEP Wrangler Utility 4D Unlimited Spor | 116 | $7,996.49 | $234.25 | | **$8,230.74** | $4,468.02 |
| 54DCDW1B3KS809080 | 2019 | 2017 Chevrolet Traverse:1LT | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B7KS807753 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B2KS807756 | 2019 | CHEVROLET SILVERADO 1500 | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B3KS809337 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B0KS808193 | 2019 | 2019 Chevrolet 4500 | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B9KS808175 | 2019 | 2019 Chevrolet 4500 | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B7KS809017 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B6KS809039 | 2019 | 2016 Nissan NV200 | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B6KS808151 | 2019 | 2020 Chevrolet Commercial Silverado Med Duty 5500HD | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B5KS808786 | 2019 | CHEVROLET AVEO SED 4D LS | 110 | $29,879.76 | $871.24 | | **$30,751.00** | $7,068.54 |
| 54DCDW1B7KS808837 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B5KS809338 | 2019 | CHEVROLET | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 54DCDW1B8KS808152 | 2019 | CHEVROLET | 110 | $29,875.77 | $871.13 | | **$30,746.90** | $7,068.54 |
| 54DCDW1B8KS807079 | 2019 | CHEVROLET SILVERADO 1500 | 110 | $29,880.29 | $871.26 | | **$30,751.55** | $7,068.54 |
| 1C4HJXDN8LW223533 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 107 | $24,620.38 | $680.21 | | **$25,300.59** | $5,262.06 |
| 1C4HJXDN0LW223526 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 1C4HJXDN5LW223523 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 1C4HJXDNXLW223534 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | 106 | $24,621.68 | $675.95 | | **$25,297.63** | $5,262.06 |
| 54DCDW1B5GS813199 | 2016 | CHEVROLET | 105 | $8,594.18 | $287.37 | | **$8,881.55** | $5,291.34 |
| 1C4BJWDG3JL867442 | 2018 | JEEP Wrangler JK Utility 4D Unlimited Spor | 104 | $8,612.58 | $264.06 | | **$8,876.64** | $4,445.40 |