IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., et al[1]  
*DBA* BANG ENERGY  
*DBA* VPX SPORTS  
*DBA* VPX/REDLINE  
*DBA* REDLINE  
*DBA* QUASH LIFE LIFT

CASE NO. 22-17842-PDR  
CHAPTER 11  
(Jointly Administered)

                Debtors.
_____/

### OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO

    Ally Bank ("Ally") files its Objection to Debtors' *Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* (ECF No. 893) and *Debtor's Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* (ECF No. 995) (collectively, the "Notice") and states:

    1.    On October 10, 2022, the Debtors filed for relief under Chapter 11 of the United States Code.

    2.    Ally is the lienholder on the titles to sixty-one (61) motor vehicles currently owned by the Debtors.

    3.    The Notice identifies Ally in lines 196 and 197 of Exhibit A attached to the Notice.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

4. Line 196 refers to a "Retail Installment Sale Contract – Simple Finance Charge (with Arbitration Provision)" however, the Notice does not provide any specific details identifying the vehicle and loan associated with the contract. Additionally, the description provided indicates that the contract is not an executory contract or a lease and therefore not subject to assumption under section 365 of the Bankruptcy Code. Accordingly, Ally objects to proposed assumption of the contract set forth in Line 196 of the Notice.

5. Line 197 refers to a Confidentiality Agreement dated June 20, 2017. Ally has reviewed its records and cannot locate an agreement matching the description provided. Accordingly, Ally objects to the proposed assumption of the agreement set forth in Line 197 on a limited basis to the proposed assumption of the stated agreement, subject to further information being provided and reviewed.

**WHEREFORE**, Ally Bank respectfully requests the Court enter an order sustaining this Objection and granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Ally Bank

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail this 31st day of March 2023.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Vital Pharmaceuticals, Inc.
Attn: Greg Robbins and Greg Metzger
1600 N. Park Drive
Weston, FL 33326

Truist Bank
Mail Code 420-20-01-00
10500 Little Patuxent Parkway
Ste 450
Columbia, MD 21046

Latham & Watkins LLP
Attn: Liza Burton
Jonathan Weischselbaum
1271 Avenue of the Americas
New York, NY 10020

Moore & Van Allen PLLC
Attn: Luis Lluberas, Steve Gruendel &
Cole Richins
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

Lowenstein Sandler LLP
Attn: Jeffrey Cohen, Eric Chafetz &
Lindsay Sklar
One Lowenstein Drive
Roseland, NJ 07068
1251 Avenue of the Americas
New York, NY 10020

Lowenstein Sandler LLP
Attn: Erica Mannix
One Lowenstein Drive
Roseland, NJ 07068

**VIA CM/ECF NOTICE**
Latham & Watkins LLP
Andrew Sorkin
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Shutts & Bowen LLP
Aliette D. Rodz
Peter Levitt
Harris J. Koroglu
Martha M. Ferral
200 South Biscayne Blvd., Ste 4100
Miami, FL 33131

Sequor Law, P.A.
Leyza Blanco
Fernando Menendez
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, Florida 33130