IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., et al[1]  CASE NO. 22-17842-PDR
*DBA* BANG ENERGY  CHAPTER 11
*DBA* VPX SPORTS  (Jointly Administered)
*DBA* VPX/REDLINE
*DBA* REDLINE
*DBA* QUASH LIFE LIFT

Debtors.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the *Limited Objection to Debtors' Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* (ECF No. 1089) and *Objection to Debtors' Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* and *Debtor's Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* (ECF No. 1090) were also served by CM/ECF notice to the parties below this 31st day of March 2023.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E: bk@stewartlegalgroup.com
> Counsel for Ally Bank

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**VIA CM/ECF NOTICE**
Jordi Guso, Esq.
1450 Brickell Ave #1900
Miami, FL 33131

Michael Jordan Niles
313 N. Monroe Street Suite 301
Tallahassee, FL 32301