**EXHIBIT D**



5519 W. Idlewild Avenue
Tampa, Florida 33634
813.313.1800 (P)
813.881.1870 (F)

June 22, 2017

Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, FL 33326

                Re:     VPX – Date Coding / Shelf-Life Indemnification

Dear Dr. Li:

      This letter serves to further clarify the expectations of Cott Beverages Inc. ("Cott") with respect to the direction being provided by Vital Pharmaceuticals, Inc. ("VPX") relative to the date coding and shelf life designations of the VPX "Bang Energy" products manufactured by Cott at the direction of VPX (the "Products") in accordance with the Co-Packing Agreement between Cott and VPX (the "Agreement").

      Under Section 4(b) of the Agreement, VPX is responsible for the supply of the written formulae for the Products, including instructions for packaging and date coding of the Products to be manufactured by Cott. VPX has now requested that Cott date code the Products with a shelf life of 15 months, when the previous instruction provided for date coding of 12 months.

      VPX represents and acknowledges that it is well-informed that extending the recommended shelf life for their Products from 12 to 15 months may impact certain taste factors, nutritional attributes and/or decrease the quality of the Products themselves. Moreover, Cott has notified VPX that Cott's can manufacturer's recommended warranty for the containers themselves is 12 months. Accordingly, and notwithstanding anything to the contrary in the Agreement, Cott does not, and cannot, make any representations or warranties, expressed or implied, relative to the quality of the finished Products with this extended shelf life designation, nor can it make any representations relative to the stability and/or use of the beverage can containers if Products are made available for purchase and use beyond the can manufacturer's recommended warranty.

      Nonetheless, VPX is directing Cott to date code the Products to reflect a 15 month shelf life. Further, VPX agrees to be held fully responsible for, and indemnify Cott in the event of any claims that arise relative to, the quality or functional attributes of the Products and/or any claims that might arise in relation to the stability or quality of the beverage containers that may arise beyond the can manufacturer's recommended shelf life of 12 months.

      For further clarity, and for appropriate consideration, the receipt and sufficiency of which are hereby acknowledged, VPX agrees that in the event of any allegation, claim, action or lawsuit brought by any third party against Cott, its parent, subsidiary or affiliated companies, employees, suppliers,

distributors or co-packers (the "Cott Indemnified Parties") that relates to the sale or use of the VPX-branded Products by VPX or a third party beyond the recommended beverage container shelf life, VPX will defend, indemnify and hold harmless the Cott Indemnified Parties from and against any and all damages, losses, costs and expenses whatsoever (including court costs and reasonable attorney's fees). In the event that a Claim is brought against any of the Cott Indemnified Parties, then Cott shall promptly notify VPX in writing of such Claim.

If any settlement of a Claim would incur any cost to a Cott Indemnified Party, then VPX may not settle, through license or otherwise, any such Claim without first obtaining the written consent of the affected Cott Indemnified Party. In the event that any Cott Indemnified Party must retain counsel to represent itself as a result of VPX's breach of any term of this agreement, then VPX shall reimburse that party for such reasonable legal fees within thirty (30) days of receiving an invoice for same. VPX shall continue to maintain general commercial liability and product liability insurance and/or financial solvency sufficient to meet its responsibilities hereunder and in accordance with the terms of the Agreement.

Please countersign below to confirm our mutual understanding of the foregoing terms. Thank you for your cooperation, and we look forward with working with VPX Beverages into the future.

Sincerely,

Gary Thompson
VP, Co-Pack Sales

Approved as to legal form
[illegible signature]
Cott Legal Dept

**Cott Date Coding / Shelf Life Indemnity**
Acknowledged and Accepted by an Authorized Representative
On behalf of VPX Beverages

By: _____
Name: John H. Owoc
Title: CEO
Date: June 27, 2017