# Exhibit 1

FILED
11-09-2021
Clerk of Circuit Court
Waukesha County
2019CV001049

DATE SIGNED: November 9, 2021

Electronically signed by Michael O. Bohren
Circuit Court Judge

STATE OF WISCONSIN      CIRCUIT COURT      WAUKESHA COUNTY

---

WEBB & GERRITSEN, INC.,

      Plaintiff,

    -vs-

                                    Case No. 19-CV-1049
                                    Classification Code: 30303

VITAL PHARMACEUTICALS, INC.,

       Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE
### PRIOR COURT ORDERS PURSUANT TO WIS. STAT. § 804.12(2)

---

This matter having come before the Court on November 8, 2021, for hearing on Plaintiff's motion for enforcement of the Court's prior discovery orders pursuant to WIS. STAT. § 804.12(2); with the Plaintiff appearing through its counsel, the Law Firm of Conway, Olejniczak & Jerry, S.C., by Attorneys David H. Weber and Laina P. Stuebner; and the Defendant having appeared through its counsel, Mathiesen, Wickert & Lehrer, S.C., by Attorney Matthew T. Fricker; the Court having considered the arguments and submissions of the parties and for the reasons set forth on the record, IT IS HEREBY ORDERED:

1. Plaintiff's motion for enforcement of the Court's prior discovery orders pursuant to Wis. Stat. § 804.12(2) is granted. Defendant's answer denying liability is struck and default judgment is hereby entered in favor of the Plaintiff. Trial shall proceed on the issue of damages alone.

2. As it relates to the Defendant's request for clarification regarding admissibility of evidence concerning Plaintiff's alleged poor WFDL dealer performance, the Court is excluding evidence concerning alleged poor performance as a justification for termination for the reasons discussed by the parties and the Court on the record. Notwithstanding, Defendant may submit evidence directed to showing that Plaintiff would not be able to perform at the level needed to justify its claimed damages.