# **Exhibit 2**

STATE OF WISCONSIN    CIRCUIT COURT    WAUKESHA COUNTY

WEBB & GERRITSEN, INC.
        Plaintiffs,

VS.    CASE NO. 2019CV001049

**FILED**

VITAL PHARMACEUTICALS, INC.
        Defendants.

NOV 1 1 2021

CIRCUIT COURT
WAUKESHA COUNTY, WI

## SPECIAL VERDICT

We, the jury, as and for our Special Verdict, answer the submitted questions as follows:

QUESTION 1: Question 1: Did a dealership exist between Webb & Gerritsen, Inc. and Vital Pharmaceuticals, Inc.

The Court answered this question, "Yes."

QUESTION 2: Did Vital Pharmaceuticals, Inc. terminate the dealership agreement with Webb & Gerritsen, Inc.?

The Court answered this question, "Yes."

QUESTION 3: Was the dealership agreement between Webb & Gerritsen, Inc. and Vital Pharmaceuticals, Inc. terminated by Vital Pharmaceuticals, Inc. for good cause?

The Court answered this question, "No."

QUESTION 4: Did Vital Pharmaceuticals, Inc. fail to provide adequate notice to Webb & Gerritsen, Inc. of the termination?

The Court answered this question, "Yes."

QUESTION 5: What sum of money will compensate Webb & Gerritsen, Inc. for the termination of the dealership agreement by Vital Pharmaceuticals, Inc. net of any sums due to Vital Pharmaceuticals, Inc. on its counterclaim?

ANSWER: $ 2,445,098.$\frac{10}{}$

Dated this 11th day of November, 2021

_____
Foreperson

| Dissenting Juror(s): | As to Question No(s): |
| --- | --- |
| _Kristin Quinn_ | 5 |
| _Mikal Lilly_ | 5 |