# **Exhibit 3**

FILED
02-08-2022
Clerk of Circuit Court
Waukesha County
2019CV001049

DATE SIGNED: February 7, 2022

Electronically signed by Michael O. Bohren
Circuit Court Judge

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |

WEBB & GERRITSEN, INC.,

    Plaintiff,

-vs-                                      Case No. 19-CV-1049
                                                   Classification Code: 30303

VITAL PHARMACEUTICALS, INC.,

    Defendant.

## ORDER FOR JUDGMENT AND JUDGMENT

This matter having come before the Court for hearing on February 3, 2022, as well as a continued hearing on February 7, 2022, on the parties' respective motions and filings after verdict; the Plaintiff having appeared by its counsel, David H. Weber and Laina P. Stuebner, and the Defendant having appeared by its counsel, Matthew T. Fricker and Griffin S. Gross; the Court having considered all files, records, and proceedings, and having heard the oral argument of counsel;

**IT IS HEREBY ORDERED:**

(1) The Defendant's motions after verdict are denied for the reasons set forth in the record;

(2) The Court orders that Judgment on the Verdict shall be and hereby is entered in the amount of $2,445,098.10;

(3) The Court is staying enforcement and perfection of the Judgment until February 24, 2022, including reserving the issue of reasonable actual attorney fees under WIS. STAT. CH. 135.

## JUDGMENT

Plaintiff shall have Judgment from and against the Defendant in the amount of $2,445,098.10.

**This is a final Judgment for purposes of appeal.**