# **<u>Exhibit 5</u>**

## Payment Details



**VITAL PHARMACEUTICALS INC - 1218046081**

**PAYMENT ID: 12902**

| | | |
|---|---|---|
| ACH Company | VITAL PHARMACEUT | |
| ACH Company ID | | |
| From Account | VITAL PHARMACEUTICALS INC | |
| From Account ID | | |
| Payment Type | ACH - Cash Disbursement (CR) | |
| Same Day | No | |
| Value Date | 03/23/2022 | |
| Batch Status | Released | |
| Entry Method | Freeform | |
| Batch Description | CASH DISB | |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 03/22/2022 02:06:35 PM | ADMIN1 | 1218046081 |
| MODIFIED | 03/22/2022 01:19:03 PM | NSEGARRA | 1218046081 |
| ENTERED | 03/22/2022 01:15:48 PM | NSEGARRA | 1218046081 |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| Waukesha County Clerk | | 2,897,098.10 | | | Checking | Entered | 79931634 | 053101120000001 |
| Addenda: | Webb & Gerritsen court order | | | | | | | |

**Batch Totals**

2,897,098.10    Credits - 1    Prenotes - 0
0.00            (Debits) - 0