UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 22-17842-PDR<br>Hon. Peter D. Russin<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I certified that a true copy of the foregoing *Limited Objection of Webb & Gerritsen, Inc. to Sale of Substantially All of the Debtors' Assets* [Dkt. No. 1094] was served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail on the attached service list.

Dated:  March 31, 2023            Respectfully submitted,

                        FOLEY & LARDNER LLP

                        By: /s/ Mark J. Wolfson
                        Mark J. Wolfson (FL Bar No. 0352756)
                        *Counsel to Webb & Gerritsen, Inc.*
                        100 North Tampa Street
                        Suite 2700
                        Tampa, Florida 33609
                        (813) 225-4119
                        mwolfson@foley.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**SERVICE LIST**

**The Debtors**
Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins and Gregg Metzger
Email: Greg.Robbins@bangenergy.com
Email: Gregg.Metzger@bangenergy.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin
Email: andrew.sorkin@lw.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton and Jonathan Weichselbaum
Email: liza.burton@lw.com
Email: jon.weichselbaum@lw.com

**Co-counsel for the Debtors**
Berger Singerman LLP
1450 Brickell Avenue, Unit 1900
Miami, FL 33131
Attn: Jordi Guso and Michael Niles
Email: JGuso@bergersingerman.com
Email: mniles@bergersingerman.com

**The Agent**
Truist Bank
10500 Little Patuxent Parkway Suite 450
Columbia, MD 21046
Mail Code 420-20-01-00
Attn: Jade Silver
Email: jade.silver@truist.com

**Co-counsel to the Agent**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas, Steve Gruendel, and Cole Richins
Email: luislluberas@mvalaw.com

Email: stevegruendel@mvalaw.com
Email: colerichins@mvalaw.com

**Co-counsel to the Agent**
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Attn: Aliette D. Rodz, Peter Levitt, Harris J. Koroglu, and Martha M. Ferral
Email: ARodz@shutts.com
Email: plevitt@shutts.com
Email: hkoroglu@shutts.com
Email: MFerral@shutts.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP,
1251 Avenue of the Americas,
New York, NY 10020
Attn: Jeffrey Cohen, Eric Chafetz, and Lindsay Sklar
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: lsklar@lowenstein.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix
Email: emannix@lowenstein.com

**Co-counsel to the Committee**
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco and Fernando Menendez
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com

**The U.S. Trustee**
51 SW First Avenue, Room 1204
Miami, Florida 33130
Attn: Steve Wilkes and Heidi A. Feinman
Email: steven.wilkes@usdoj.gov
Email: heidi.a.feinman@usdoj.gov

4877-2513-4170.1