UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al.,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**RESERVATION OF RIGHTS OF CIRCLE K PROCUREMENT AND BRANDS, LTD. AND CIRCLE K STORES INC. REGARDING THE DEBTORS' CURE NOTICES**

Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through counsel, file this reservation of rights and limited response ("**Reservation of Rights**") to the Debtors' (a) *Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned In Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [Docket No. 893] and (b) *Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [Docket No. 995] (collectively, the "**Cure Notices**").[2] In support, Circle K states as follows:

**RESERVATION OF RIGHTS AND LIMITED RESPONSE**

1. The Debtors and Circle K are parties to multiple agreements (the "**Agreements**"). In connection, Circle K has reached out to the Debtors regarding certain of its objections with

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Cure Notices.

respect to the Cure Notices, including its objections with respect to the potential failure to correctly identify all such Agreements and to identify the correct cure amounts for the listed Agreements.

2. In furtherance of these discussions, the Debtors have agreed to extend Circle K's deadline to object to the Cure Notices (the "**Extension**") pursuant to, and in accordance with, the *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [Docket No. 854] (the "**Bidding Procedures Order**").[3]

3. In order to facilitate the ongoing discussions between the parties while preserving its rights, Circle K submits this Reservation of Rights regarding the Cure Notices as a protective measure and may further supplement or amend this Reservation of Rights prior to any hearing on these matters as may be necessary or appropriate. Circle K reserves its right to supplement this Reservation of Rights and object to the Cure Notices, including in accordance with the extended objection deadline provided pursuant to the Bidding Procedures Order.

## CONCLUSION

**WHEREFORE**, Circle K respectfully (i) reserves its rights in accordance with the foregoing and (ii) requests that the Court grant Circle K such other and further relief as this Court deems just and proper.

Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: ddesouza@bastamron.com

By: */s/ Dain de Souza*
      Dain de Souza, Esq. (FBN 93708)

---

[3] For avoidance of doubt, Circle K's deadline has been extended from March 31, 2023 through and including at least April 14, 2023, subject to any further agreed-upon enlargement.

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (Admitted *Pro Hac Vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 31st day of March, 2023 as follows

via electronic transmission to:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- Anthony J Aragona    aja@devaronalaw.com
- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi    kyler.burgi@dgslaw.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Dain De Souza    ddesouza@bastamron.com, jmiranda@bastamron.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Brendan S Everman    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Ross R Hartog    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Nicole Grimal Helmstetter    nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Justin M Luna    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com
- Isaac M Marcushamer    isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com, markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Jean-Claude Mazzola    Jeanclaude@mazzolalindstrom.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Megan W Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean    justin.plean@qpwblaw.com
- Amanda E Preston    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- Veronica M Rabinowitz    rabinowitz@mm-pa.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds    scott@sgazlaw.com
- Aliette D Rodz    arodz@shutts.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross    iross@sidley.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg    mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Annie Yang Stoops    annie.stoops@afslaw.com

- Carolyn Tatkin      tatkin@radixlaw.com
- Frank Terzo      frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson      crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney      ttierney@rosswayswan.com, kkelly@rosswayswan.com
- Michael W Ullman      michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber      jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick      awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com
- J. Steven Wilkes      steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton      stuart.wilson-patton@ag.tn.govStuart F Wilson-Patton      stuart.wilson-patton@ag.tn.gov

Via U.S. Mail to:

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arielle B Adler
One Lowenstein Drive
Roseland,, NJ 07068

Paul M Alexander
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, GA 30309

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096

David M Barlow
2525 East Camelback Rd
Phoenix, AZ 85016-4229

Andrew Bean
2001 Ross Avenue # 2100
Dallas, TX 75201

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

Walter Benzija
40 Wall Street, 37th Floor
New York, NY 10005

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

CRG Financial LLC
84 Herbert Ave.
Building B - Suite 202
Closter, NJ 07624

Carrollton-Farmers Branch ISO
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Robert Charles Jr
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

Stephanie P Chery
7 Times Square
New York, NY 10036

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

John D'Amico
787 Seventh Avenue
New York, NY 10019

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068

Daniel L Geyser
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4229

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

David Levine
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Allison L Libeu
620 Newport Center Drive, # 1300
Newport Beach, CA 92660

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

Rachel Maimin
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Mark Margulies
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

Maura P McIntyre
1000 Key Tower, 127 Public Square
Cleveland, OH 44114

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Matthew Murray
40 Wall Street, 37th Floor
New York, NY 10005

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020

Jack H. Owoc
1600 N. Park Drive
Weston, FL 33326

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

| | |
|---|---|
| Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020 | Lindsay Sklar<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 |
| Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071 | Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1304 |
| Jordana Renert<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621 |
| K. Scott Reynolds<br>3133 W. Frye Road #101<br>Phoenix, AZ 85226 | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 |
| Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4003 | Carolyn Tatkin, Esq<br>15205 N Kiedrland Blvd Suite 200<br>Scottsdale, AZ 85254 |
| David C Rose<br>7 Times Square<br>New York, NY 10036 | Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611 |
| Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020 |
| | Brent C Williams<br>500 West Madison St # 300<br>Chicago, IL 60661 |

By: */s/ Dain de Souza*
         Dain de Souza, Esq.