UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ARDAGH METAL PACKAGING USA CORP.'S OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

Creditors Ardagh Metal Packaging USA Corp. and Ardagh Group Brazil (collectively, "Ardagh"), file this objection (the "Objection") to the *Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF #893] and the *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF #995] (collectively, the "Notice") filed by the Debtors, and in support states as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## BACKGROUND

1. The Notice contains the following entries associated with Ardagh:

| No. | Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|---|
| 366 | Ardagh Group Brazil | BR Road 101 Km 112 s/n Bahia 48.010-970 Brazil | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated July 27, 2020 | $0.00 |
| 367 | Ardagh Metal Beverage USA Inc | 8770 West Bryn Mawr Ave. Chicago IL 60631 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 27, 2021 | $0.00 |
| 368 | Ardagh Metal Beverage USA, Inc. | 8770 W BRYN MAWR AVE STE 175 / CHICAGO IL 60631-3515 / US | Quash Seltzer LLC | Invoices for Delivery of Cans, Refused Cans, Dunnage, and Associated Legal Fees, dated November 30, 2021 | $5,580,826.21 |

2. Ardagh is not aware of any remaining obligations for the Debtors to perform under any Confidentiality and Non-Disclosure Agreements dated July 27, 2020 or August 27, 2021 (collectively, the "Confidentiality Agreements").

3. Moreover, the entry described as "Invoices for Delivery of Cans, Refused Cans, Dunnage, and Associated Legal Fees, dated November 30, 2021" (collectively, the "Ardagh Damages"), which are more accurately reflected in Ardagh's Claim Nos. 358 and 359 filed against Vital Pharmaceuticals, Inc. and Quash Seltzer, LLC, asserts an incorrect cure amount. *See* Ardagh Proof of Claim Nos. 358 and 359 (the "Ardagh POCs").

## OBJECTION

4. Ardagh objects to the assumption of the Confidentiality Agreements on the grounds that they are not executory contracts subject to assumption under Section 365 of the Bankruptcy Code. *See In re Columbia Gas Sys. Inc.*, 50 F.3d 233, 239 (3d Cir. 1995) *citing Sharon Steel Corp. v. National Fuel Gas Distrib. Corp.*, 872 F.2d 36, 39 (3d Cir. 1989) ("[An executory contract is] a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing performance of the other.").

5. Ardagh also objects to the $5,580,826.21 cure amount asserted in connection with the Ardagh Damages. As set forth in Ardagh's POCs filed on December 16, 2022, which are

incorporated by reference herein, amounts owing to Ardagh as of the October 22, 2022 Petition Date total $11,394,078.77.

## RESERVATION OF RIGHTS

6. Ardagh reserves all rights to supplement, modify or amend this Objection as necessary to, among other things (i) object to the assumption and assignment of any other executory contract between Ardagh and the Debtors included on any supplemental or amended Notice; (ii) object to the proposed cure amounts thereunder; (iii) object to any other relief sought by the Debtors with respect to any agreement to which Ardagh and any of the Debtors are party. Nothing set forth herein shall constitute a waiver, discharge or disallowance of any and all rights, claims, causes of action and defenses that Ardagh has asserted, or may assert, with respect to any claims, including administrative claims, against the Debtors.

**WHEREFORE**, Ardagh respectfully requests that the Court enter an order (i) denying the assumption of the Confidentiality Agreements or any executory contracts between Ardagh and the Debtors, including but not limited to any agreements related to the Ardagh Damages, unless the correct cure amount is paid; and (ii) granting such other and further relief as may be just and proper.

Dated: March 31, 2023             Respectfully submitted,

*/s/ Ronald Bruckmann*
David H. Conaway (NC Bar #10648)
*Pending Admission Pro Hac Vice*
Ronald D.P. Bruckmann (FL Bar # 84912)
SHUMAKER, LOOP & KENDRICK, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280
Telephone:  704.375.0057
dconaway@shumaker.com
rbruckmann@shumaker.com

*Attorneys for Ardagh Metal Packaging USA Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2023 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

>  /s/ Ronald Bruckmann
>  *Counsel for Graphic Packaging International, LLC*