UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

### GRAPHIC PACKAGING INTERNATIONAL, LLC'S OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO

Creditor Graphic Packaging International, LLC ("GPI"), files this objection (the "Objection") to the *Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF #893] and the *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF #995] (collectively, the "Notice") filed by the Debtors, and in support states as follows:

### BACKGROUND

1. The Notice contains the following two entries associated with GPI:

| No. | Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|---|
| 1662 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Agreement for the Sale of Equipment, dated August 19, 2019 | $456,550.43 |
| 1663 | Graphic Packaging International, LLC | 1500 Riveredge Parkway Suite 100 Atlanta GA 30328 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 16, 2019 | $0.00 |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2.     GPI is not aware of any remaining obligations under the August 19, 2019 Agreement for the Sale of Equipment (the "2019 Equipment Agreement"), pursuant to which GPI previously sold the following equipment to Vital Pharmaceuticals, Inc.:

| Equipment | Estimated Ready to Shipment (RTS) Date |
|---|---|
| RH QF2100G3 6/12 3oz Shot machine, with Turner Divider | December 9, 2019* |
| LH QF2100G3 6/12 3oz Shot machine, with Turner Divider | February 6, 2020 |
| RH QF2100G3 6/12 3oz Shot machine, with Turner Divider | February 7, 2020 |
| RH QF2100G3 4/ 16 oz Bang machine, with Turner Divider | February 27, 2020 |
| LH QF2100G3 4/ 16 oz Bang machine, with Turner Divider | February 28, 2020 |

3.     Moreover, GPI is not aware of any remaining obligations for the Debtors to perform under any Confidentiality and Non-Disclosure Agreement, dated July 16, 2019 (the "2019 Confidentiality Agreement").

**OBJECTION**

4.     GPI objects to the assumption of the 2019 Equipment Agreement and the 2019 Confidentiality Agreement on the grounds that such agreements are not executory contracts subject to assumption under Section 365 of the Bankruptcy Code.  *See In re Columbia Gas Sys. Inc.*, 50 F.3d 233, 239 (3d Cir. 1995) *citing Sharon Steel Corp. v. National Fuel Gas Distrib. Corp.*, 872 F.2d 36, 39 (3d Cir. 1989) ("[An executory contract is] a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing performance of the other.").

5.     GPI also objects to the $456,550.43 cure amount.  As set forth in GPI's Proof of Claim No. 561 filed on December 19, 2022, which is incorporated by reference herein, amounts owing to GPI as of the October 22, 2022 Petition Date pursuant to invoices, purchase orders, and an October 18, 2021 Agreement for the Sale of Equipment (the "2021 Equipment Agreement") total $5,001,968.00.

**RESERVATION OF RIGHTS**

6. GPI reserves all rights to supplement, modify or amend this Objection as necessary to, among other things (i) object to the assumption and assignment of any other executory contract between GPI and the Debtors included on any supplemental or amended Notice; (ii) object to the proposed cure amounts thereunder; (iii) object to any other relief sought by the Debtors with respect to any agreement to which GPI and any of the Debtors are party. Nothing set forth herein shall constitute a waiver, discharge or disallowance of any and all rights, claims, causes of action and defenses that GPI has asserted, or may assert, with respect to any claims, including administrative claims, against the Debtors.

**WHEREFORE**, GPI respectfully requests that the Court enter an order (i) denying the assumption of the 2019 Equipment Agreement, the 2019 Confidentiality Agreement, and any executory contracts between GPI and the Debtors, including but not limited to the 2021 Equipment Agreement unless the correct cure amount is paid; and (ii) granting such other and further relief as may be just and proper.

Dated: March 31, 2023             Respectfully submitted,

/s/ Ronald Bruckmann
David H. Conaway (NC Bar #10648)
*Pending Admission Pro Hac Vice*
Ronald D.P. Bruckmann (FL Bar # 84912)
SHUMAKER, LOOP & KENDRICK, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: 704.375.0057
dconaway@shumaker.com
rbruckmann@shumaker.com

*Attorneys for Graphic Packaging International, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2023 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

*/s/ Ronald Bruckmann*
*Counsel for Graphic Packaging International, LLC*