UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                            Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

      Debtors.                                              (Jointly Administered)

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Melissa A. Campbell, Esquire of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby appears as counsel of record on behalf of FONA International, Inc., in the above-captioned case. Such counsel hereby enters her appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, inter alia, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned:

Melissa A. Campbell, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
mcampbell@bakerdonelson.com
mpetrovich@bakerdonelson.com
bkcts@bakerdonelson.com

---

[1] The Debtors are: (i) Vital Pharmaceuticals, Inc., Case No. 22-17842; (ii)Bang Energy Canada, Inc., Case No. 22-17844; (iii) JHO Intellectual Property Holdings, LLC, Case No. 22-17845; (iv) JHO Real Estate Investment, LLC, Case No. 22-17847; (v) Quash Seltzer, LLC, Case No. 22-17848; (vi) Rainbow Unicorn Bev LLC, Case No. 22-17849; and (vii) Vital Pharmaceutical Sales, Inc., Case No. 22-17850.

Further, the undersigned consents to service of papers and notices via electronic mail, facsimile, or other electronic means at the fax number or electronic mail address shown above.

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

This Notice of Appearance of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of FONA International, Inc.'s rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceedings related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: March 31, 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Counsel for FONA International, Inc.

By: /s/ *Melissa A. Campbell*
    Melissa A. Campbell
    Florida Bar No. 0032090
    *mcampbell@bakerdonelson.com*
    *mpetrovich@bakerdonelson.com*
    *bkcts@bakerdonelson.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2023, a true and correct copy of the foregoing

was furnished electronically and/or via first class U.S. Mail upon:

JORDI GUSO
1450 BRICKELL AVENUE #1900
MIAMI, FL 33131
jguso@bergersingerman.com
*Attorney for Debtor(s)*

MICHAEL JORDAN NILES
313 N. MONROE STREET, SUITE 301
TALLAHASSEE, FL 32301
mniles@bergersingerman.com
*Attorney for Debtor(s)*

ANDREW SORKIN
555 ELEVENTH STREET, NW
SUITE 1000
WASHINGTON, DC 20004-1304
andrew.sorkin.@lw.com
*Attorney for Debtor(s)*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE., SUITE 1204
MIAMI, FL 33130
Heidi.A.Feinman@usdoj.gov
steven.wilkes@usdoj.gov
*U.S. Trustee*

/s/ *Melissa A. Campbell*
Melissa A. Campbell