UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| _____Debtors._____ / | (Jointly Administered) |

**STELLAR GROUP, INC'S LIMITED OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

Stellar Group, Inc. ("Stellar"), by and through undersigned counsel, files this limited objection to Debtors' *Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* ("Notice of Assumption") [ECF No. 893] and Debtor's *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 995] ("Supplemental Notice of Assumption") (collectively, the "Notices") and, in support, states as follows:

**RELEVANT BACKGROUND**

**A.  The Bankruptcy Case**

1. On October 10, 2022, the Debtors[1] commenced these cases under Chapter 11 of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Notices.



**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 3313· T. 305.722.2002 · www.agentislaw.com**

2. On December 16, 2022, Stellar filed a proof of claim (Claim No. 483), in the Vital Pharmaceuticals, Inc. bankruptcy case, for a secured claim in the amount of $7,722,974.37 and an unsecured claim in the amount of $12,492,779.26.

3. On December 16, 2022, Stellar filed a proof of claim (Claim No. 500), in the JHO Real Estate Investment, LLC bankruptcy case, for a secured claim in the amount of $7,722,974.37 and an unsecured claim in the amount of $12,492,779.26.

4. On March 3, 2023, the Debtors filed the Notice of Assumption.

5. On March 21, 2023, the Debtors filed the Supplemental Notice of Assumption.

6. The Notices provide notice that the Debtor intends to assume and assign the contract (the "Contract") that exists between the Debtors and Stellar, which the Notices describe as "Form of Agreement of Phoenix Can Manufacturing Plant, dated July 28, 2020." *See* Notice p. 110; Supplemental Notice p. 112.

7. In the event the Contract with Stellar is assumed and assigned, the Notices propose a cure amount of $18,880,536.77.

**B. The Arizona Project**

8. On or about July 28, 2020, Stellar, as design-builder, and debtor Vital Pharmaceuticals, Inc. ("Vital") as owner, entered into that certain *Standard Form of Agreement Between Owner and Design Builder*, pursuant to which Stellar agreed to serve as design builder on a construction project known as "Phoenix Can Manufacturing."

9. The Project is located on real property located at 1635 South 43rd Avenue, Phoenix, Arizona 85009 (the "Arizona Property").

10. The Property is owned by debtor, JHO Real Estate Investment, LLC ("JHO").



11. In or about October or November 2021, Vital missed payments under the Contract. Stellar continued to provide labor, materials and equipment to the Project despite Vital's failure to pay Stellar.

12. On March 23, 2022, Stellar timely recorded a Notice and Claim of Mechanic's and Materialman's Lien against the Real Property, in the Maricopa County Recorder's Office, Arizona, at Documents No. 2022-0259808 (the "Mechanic's Lien").

13. As of the filing of the Mechanic's Lien, Stellar had furnished $18,168,578.50 in labor, materials, fixtures, and tools for the Project for incorporation into the Arizona Property for which it had not been paid.

C. **The Broward County, Florida Project.**

14. On or about February 3, 2021, Stellar, as design builder, began work on a construction project located at 20311 Sheridan Street, Pembroke Pines, Florida 33332 (the "Florida Property"), owned by Vital.

15. As of the date of the bankruptcy filing, Stellar furnished approximately $200,000.00 in labor, materials, fixtures, and tools for the construction project at the Florida Property for which it had not been paid.

16. Stellar has certain mechanic's lien rights against the Florida Property.

**LIMITED OBJECTION**

17. Stellar objects to the assumption and assignment of the Contract on the grounds that the proposed cure amount does not provide for the full payment of all prepetition amounts due and owing to Stellar.

18. Pursuant to section 365 of the Bankruptcy Code, as a condition of the Debtors' assumption of executory contracts with Stellar, Stellar is entitled to be paid all pre-petition

3



amounts due and owing in full in order to restore pre-default conditions and bring all contracts back in compliance with their terms.  *See* 11 U.S.C. § 365(b); *see also In re Ionosphere Clubs, Inc.*, 85 F.3d 992, 999 (2d Cir. 1996) (explaining that "[i]f the debtor is in default on the contract, it will not be allowed to assume the contract unless, at the time of the assumption it, inter alia, (a) cures, or provides adequate assurance that it will promptly cure, the default. . . . to insure that the contracting parties receive the full benefit of their bargain if they are forced to continue performance.") (internal citations and quotation omitted).

19. As set forth in the proofs of claim, Stellar is owed at least $20,215,753.63 as of the Petition Date.

20. Accordingly, Stellar objects to the Notices and requests that the Court enter an order requiring that, in the event the Contract is assumed, the Debtors must pay Stellar in full all amounts due and owing as of the Petition Date.

**WHEREFORE,** the Stellar Group, Inc. respectfully requests that the Court enter an Order denying the assumption and assignment of contracts between the Debtors and Stellar, unless the correct cure amount is paid, and granting such further relief that the Court deems just and proper.

        AGENTIS PLLC
*Counsel for Stellar Group, Inc.*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: */s/ Robert P. Charbonneau*
    Robert P. Charbonneau
    Florida Bar No: 968234
    rpc@agentislaw.com
    Jesse R. Cloyd
    Florida Bar No: 58388
    jrc@agentislaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on March 31, 2023.

By: */s/ Robert P. Charbonneau*
    Robert P. Charbonneau
    Florida Bar No: 968234
    rpc@agentislaw.com