UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No.: 22-17842-PDR

      Debtors.                                            (Jointly Administered)

_____/

**FONA INTERNATIONAL, INC.'S LIMITED OBJECTION TO NOTICE OF (I)
EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED
AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND
(II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**
(Related Docket No. 893)

FONA International, Inc. and its affiliates including, but not limited to, FONA

International LLC and FONA International Canada ULC (collectively, "***FONA***"), by and

through its counsel, hereby submits its Limited Objection to the Notice of (I) Executory

Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale

of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto (Dkt. No. 893)

and states as follows:

      1.      On October 10, 2022, (the "***Petition Date***"), the Debtors filed voluntary petitions

for relief under Chapter 11 of the Bankruptcy Code (the "***Petition Date***").

      2.      On March 3, 2023, the Debtors filed a Notice of (I) Executory Contracts and

Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the

Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto (Dkt. No. 893) (the

---

[1] The Debtors are: (i) Vital Pharmaceuticals, Inc., Case No. 22-17842; (ii)Bang Energy Canada, Inc., Case No. 22-17844; (iii) JHO Intellectual Property Holdings, LLC, Case No. 22-17845; (iv) JHO Real Estate Investment, LLC, Case No. 22-17847; (v) Quash Seltzer, LLC, Case No. 22-17848; (vi) Rainbow Unicorn Bev LLC, Case No. 22-17849; and (vii) Vital Pharmaceutical Sales, Inc., Case No. 22-17850.

"Cure Notice") which, *inter alia*, identified executory contracts that the Debtor(s) may assume

and the proposed cure amount(s) associated therewith.

3.        In the Cure Notice, Vital Pharmaceuticals, Inc. indicates that it may assume two

agreements with FONA:

| Counterparty Name | Debtor | Description | Proposed Cure Amount |
|---|---|---|---|
| FONA International Inc. | Vital Pharmaceuticals, Inc. | Flavor Exclusivity Letter, Dated October 5, 2017 | $868,369.18 |
| FONA International Inc. | Vital Pharmaceuticals, Inc. | Mutual Confidentiality Agreement, Dated February 12, 2019 | $0 |

Cure Notice, pp. 50-51.[2]

4.        FONA objects to the Proposed Cure Amount stated by the Debtors with respect

to the potential assumption of the Flavor Exclusivity Letter Dated October 5, 2017 (the

"***Agreement***") as it does not accurately reflect the amount due to FONA from Vital

Pharmaceuticals, Inc.   According to FONA's records, as of March 1, 2023, the actual amount

required to cure Vital Pharmaceuticals, Inc.'s defaults to FONA (exclusive of interest, attorneys'

fees, and late charges) is **$897,897.18** (the "***Correct Cure Amount***"), $29,588.00 more than the

amount listed in the Cure Notice.

5.        A summary of the invoices and amounts due reflecting the Correct Cure Amount

is attached hereto as **Exhibit A**.

6.        FONA continues to provide, post-petition, products to the Debtors and, as a result,

additional amounts may become due from the Debtors pursuant to the Agreement.  Accordingly,

the amount due to FONA as of the closing date on any sale may change.

---

[2] On March 21, 2023, the Debtors filed a Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto (Dkt. No. 995) which identified the same executory contracts and proposed cure amounts.  (Dkt. No. 995, p. 52).

7.      FONA reserves all rights to seek relief and to supplement and amend this Limited

Objection on any grounds, including, but not limited to, lack of adequate assurance of future

performance pursuant to 11 U.S.C. § 365(f)(2)(B), failure to cure any post-petition defaults prior

to assumption pursuant to 11 U.S.C. § 365(b)(1)(A), and compensation for any damage for any

defaults prior to assumption pursuant to 11 U.S.C. § 365(b)(1)(B).

<u>RESERVATION OF RIGHTS</u>

Nothing in this Limited Objection is intended to be, or should be construed as, a waiver

by FONA or any rights under the Agreement, the Bankruptcy Code, or applicable law.  FONA

expressly reserves all such rights, including, without limitation, the right to: (a) supplement

and/or amend this Limited Objection and to assert any additional objections with respect to the

cure amount and any proposed assignment of the Agreement on any and all grounds; (b) amend

the Correct Cure Amount; (c) assert any nonmonetary defaults under the Agreement; (d) object

to any proposed assignee's adequate assurance of future performance; and (e) assert any further

objections as it deems necessary or appropriate.

WHEREFORE, FONA respectfully requests that the Court enter an order; (a) sustaining

this Objection; (b) affirmatively requiring the Debtors or the Prospective Bidder to pay all

amounts owing to FONA under the Agreement through the effective date of any assignment of

the agreement; (c) affirmatively requiring the assignee to comply with each and every term,

condition and obligation set forth in the Agreement; and (d) granting FONA such other relief as

the Court may deem appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and that I am in compliance with the additional qualifications

to practice in this Court as set forth in Local Rule 2090-1(A).

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: (407) 422-6600
Facsimile: (407) 841-0325

*Counsel for FONA International, Inc.*

By: /s/ *Melissa A. Campbell*
      Melissa A. Campbell
      Florida Bar No. 0032090
      *mcampbell@bakerdonelson.com*
       *achentnik@bakerdonelson.com*
       *bkcts@bakerdonelson.com*

  and

  J. David Folds
  Daniel J. Carrigan
  901 K Street NW, Suite 900
  Washington, DC 20001
  Tel: 202.508.3400
  Facsimile: 202.508.3402
  dcarrigan@bakerdonelson.com
  dfolds@bakerdonelson.com

4

## Certificate of Service

I hereby certify that true and correct copies of this Limited Objection were served via electronic transmission on all CM/ECF registered users for this case and via first class mail on the parties listed below.

*/s/ Melissa A. Campbell*

Melissa A. Campbell

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins Gregg Metzger

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton
Jonathan Weichselbaum

Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Attn: Jordi Guso
Michael Niles

Truist Bank
10500 Little Patuxent Parkway Ste 450
Columbia, MD 21046
Attn: Jade Silver

Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas
Steve Gruendel
Cole Richins

Shutts & Bowen LLP
200 South Biscayne Blvd., Ste 4100
Miami, FL 33131
Attn: Aliette D. Rodz
Peter Levitt
Harris J. Koroglu
Martha M. Ferral

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, Florida 33130

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Jeffrey Cohen
Eric Chafetz
Lindsay Sklar

Sequor Law, P.A.,
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco
Fernando Menendez

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix