# EXHIBIT A

| Voucher | Transaction type | Date | Due date | Invoice | Reference | Bill ID | Sequence number | Status | Remittance number | Amount in transaction currency | Balance | Currency | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UINV1080735 | Sales order | 6/20/2022 | 8/4/2022 | UI-0680735 | 0 | | 0 | None | | 3,427.64 | 3,427.64 | USD | |
| UINV1080736 | Sales order | 6/20/2022 | 8/4/2022 | UI-0680736 | 0 | | 0 | None | | 30,188.73 | 30,188.73 | USD | |
| UINV1080737 | Sales order | 6/20/2022 | 8/4/2022 | UI-0680737 | 0 | | 0 | None | | 4,197.19 | 4,197.19 | USD | |
| UINV1080852 | Sales order | 6/24/2022 | 8/8/2022 | UI-0680852 | 0 | | 0 | None | | 4,952.97 | 4,952.97 | USD | |
| UINV1080853 | Sales order | 6/24/2022 | 8/8/2022 | UI-0680853 | 0 | | 0 | None | | 2,821.41 | 2,821.41 | USD | |
| UINV1080854 | Sales order | 6/24/2022 | 8/8/2022 | UI-0680854 | 0 | | 0 | None | | 21,150.19 | 21,150.19 | USD | |
| UINV1080918 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680918 | 0 | | 0 | None | | 2,929.07 | 2,929.07 | USD | |
| UINV1080921 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680921 | 0 | | 0 | None | | 4,874.66 | 4,874.66 | USD | |
| UINV1080923 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680923 | 0 | | 0 | None | | 17,981.86 | 17,981.86 | USD | |
| UINV1080924 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680924 | 0 | | 0 | None | | 70,257.66 | 70,257.66 | USD | |
| UINV1080925 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680925 | 0 | | 0 | None | | 91,355.08 | 91,355.08 | USD | |
| UINV1080930 | Sales order | 6/27/2022 | 8/11/2022 | UI-0680930 | 0 | | 0 | None | | 5,396.13 | 5,396.13 | USD | |
| UINV1081008 | Sales order | 6/29/2022 | 8/13/2022 | UI-0681008 | 0 | | 0 | None | | 2,756.90 | 2,756.90 | USD | |
| UINV1081011 | Sales order | 6/29/2022 | 8/13/2022 | UI-0681011 | 0 | | 0 | None | | 16,349.23 | 16,349.23 | USD | |
| UINV1081109 | Sales order | 6/30/2022 | 8/14/2022 | UI-0681109 | 0 | | 0 | None | | 3,902.14 | 3,902.14 | USD | |
| UINV1081110 | Sales order | 6/30/2022 | 8/14/2022 | UI-0681110 | 0 | | 0 | None | | 11,980.24 | 11,980.24 | USD | |
| UINV1081348 | Sales order | 7/11/2022 | 8/25/2022 | UI-0681348 | 0 | | 0 | None | | 5,089.70 | 5,089.70 | USD | |
| UINV1081349 | Sales order | 7/11/2022 | 8/25/2022 | UI-0681349 | 0 | | 0 | None | | 17,322.73 | 17,322.73 | USD | |
| UINV1081353 | Sales order | 7/11/2022 | 8/25/2022 | UI-0681353 | 0 | | 0 | None | | 11,011.77 | 11,011.77 | USD | |
| UINV1081423 | Sales order | 7/13/2022 | 8/27/2022 | UI-0681423 | 0 | | 0 | None | | 13,525.09 | 13,525.09 | USD | |
| UINV1081685 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681685 | 0 | | 0 | None | | 14,209.73 | 14,209.73 | USD | |
| UINV1081686 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681686 | 0 | | 0 | None | | 12,058.16 | 12,058.16 | USD | |
| UINV1081687 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681687 | 0 | | 0 | None | | 8,619.16 | 8,619.16 | USD | |
| UINV1081688 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681688 | 0 | | 0 | None | | 21,324.05 | 21,324.05 | USD | |
| UINV1081689 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681689 | 0 | | 0 | None | | 20,964.50 | 20,964.50 | USD | |
| UINV1081697 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681697 | 0 | | 0 | None | | 7,330.25 | 7,330.25 | USD | |
| UINV1081698 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681698 | 0 | | 0 | None | | 3,207.53 | 3,207.53 | USD | |
| UINV1081703 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681703 | 0 | | 0 | None | | 6,027.41 | 6,027.41 | USD | |
| UINV1081704 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681704 | 0 | | 0 | None | | 10,114.18 | 10,114.18 | USD | |
| UINV1081705 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681705 | 0 | | 0 | None | | 1,264.40 | 1,264.40 | USD | |
| UINV1081709 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681709 | 0 | | 0 | None | | 2,452.51 | 2,452.51 | USD | |
| UINV1081710 | Sales order | 7/22/2022 | 9/5/2022 | UI-0681710 | 0 | | 0 | None | | 10,955.29 | 10,955.29 | USD | |
| UINV1082042 | Sales order | 7/29/2022 | 9/12/2022 | UI-0682042 | 0 | | 0 | None | | 93,263.87 | 93,263.87 | USD | |
| UINV1082043 | Sales order | 7/29/2022 | 9/12/2022 | UI-0682043 | 0 | | 0 | None | | 5,072.92 | 5,072.92 | USD | |
| UINV1082045 | Sales order | 7/29/2022 | 9/12/2022 | UI-0682045 | 0 | | 0 | None | | 20,291.36 | 20,291.36 | USD | |
| UINV1082046 | Sales order | 7/29/2022 | 9/12/2022 | UI-0682046 | 0 | | 0 | None | | 3,411.79 | 3,411.79 | USD | |
| UINV1082048 | Sales order | 7/29/2022 | 9/12/2022 | UI-0682048 | 0 | | 0 | None | | 2,057.06 | 2,057.06 | USD | |
| UINV1082169 | Sales order | 8/5/2022 | 9/19/2022 | UI-0682169 | 0 | | 0 | None | | 1,049.26 | 1,049.26 | USD | |
| UINV1082173 | Sales order | 8/5/2022 | 9/19/2022 | UI-0682173 | 0 | | 0 | None | | 4,210.87 | 4,210.87 | USD | |
| UINV1082335 | Sales order | 8/11/2022 | 9/25/2022 | UI-0682335 | 0 | | 0 | None | | 3,729.76 | 3,729.76 | USD | |
| US-20001465 | Sales order | 8/24/2022 | 10/8/2022 | UC-0701465 | 0 | | 0 | None | | -1,306.77 | -1,306.77 | USD | Credit memo to be added |
| UINV1082729 | Sales order | 8/24/2022 | 10/8/2022 | UI-0682729 | 0 | | 0 | None | | 1,533.39 | 1,533.39 | USD | |
| UINV1082809 | Sales order | 8/29/2022 | 10/13/2022 | UI-0682809 | 0 | | 0 | None | | 39,701.83 | 39,701.83 | USD | |
| UINV1082818 | Sales order | 8/29/2022 | 10/13/2022 | UI-0682818 | 0 | | 0 | None | | 13,516.94 | 13,516.94 | USD | |
| UINV1082920 | Sales order | 8/31/2022 | 10/15/2022 | UI-0682920 | 0 | | 0 | None | | 12,142.48 | 12,142.48 | USD | |
| UINV1082924 | Sales order | 8/31/2022 | 10/15/2022 | UI-0682934 | 0 | | 0 | None | | 21,561.70 | 21,561.70 | USD | |
| UINV1082952 | Sales order | 8/31/2022 | 10/15/2022 | UI-0682952 | 0 | | 0 | None | | 4,076.71 | 4,076.71 | USD | |
| UINV1082960 | Sales order | 8/31/2022 | 10/15/2022 | UI-0682960 | 0 | | 0 | None | | 2,380.38 | 2,380.38 | USD | |
| UINV1083046 | Sales order | 8/31/2022 | 10/15/2022 | UI-0683046 | 0 | | 0 | None | | 15,178.10 | 15,178.10 | USD | |
| UINV1083402 | Sales order | 9/20/2022 | 11/4/2022 | UI-0683402 | 0 | | 0 | None | | 32,291.17 | 32,291.17 | USD | |
| UINV1083403 | Sales order | 9/20/2022 | 11/4/2022 | UI-0683403 | 0 | | 0 | None | | 42,630.78 | 42,630.78 | USD | |
| UINV1083404 | Sales order | 9/20/2022 | 11/4/2022 | UI-0683404 | 0 | | 0 | None | | 76,536.52 | 76,536.52 | USD | |
| UINV1083412 | Sales order | 9/20/2022 | 11/4/2022 | UI-0683412 | 0 | | 0 | None | | 4,901.98 | 4,901.98 | USD | |
| UINV1083689 | Sales order | 9/29/2022 | 11/13/2022 | UI-0683689 | 0 | | 0 | None | | 4,876.77 | 4,876.77 | USD | |
| UINV1083744 | Sales order | 9/30/2022 | 11/14/2022 | UI-0683744 | 0 | | 0 | None | | 7,685.74 | 7,685.74 | USD | |
| Total | | | | | | | | | | 870,792.17 | 870,792.17 | | |

| Voucher | Transaction type | Date | Due date | Invoice | Reference | Bill ID | Sequence number | Status | Remittance number | Amount in transaction currency | Balance | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UINV1068687 | Sales order | 5/24/2021 | 7/8/2021 | UI-0668687 | 0 | | 0 | None | | 1,456.83 | 1,456.83 | USD |
| UINV1071079 | Sales order | 8/11/2021 | 9/25/2021 | UI-0671079 | 0 | | 0 | None | | 3,105.50 | 3,105.50 | USD |
| | | | | | | | | | | | 4,562.33 | |

| Voucher | Transaction type | Date | Due date | Invoice | Reference | Bill ID | Sequence number | Status | Remittance number | Amount in transaction currency | Balance | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UINV1074454 | Sales order | 12/2/2021 | 1/16/2022 | UI-0674454 | 0 | | 0 | None | | 1,237.85 | 1,237.85 | USD |
| UINV1082911 | Sales order | 8/30/2022 | 10/14/2022 | UI-0682911 | 0 | | 0 | None | | 2,995.28 | 2,995.28 | USD |
| UINV1082934 | Sales order | 8/31/2022 | 10/15/2022 | UI-0682934 | 0 | | 0 | None | | 18,309.55 | 18,309.55 | USD |
| | | | | | | | | | | | 22,542.68 | |

897,897.18



**FONA International LLC**

1900 Averill Road
Geneva, IL 60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UC-0701465 | 08/24/2022 | 098110 |

**INVOICE**

UO-233614

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | FONA INTERNATIONAL<br>1900 AVERILL ROAD<br>GENEVA,IL  60134<br>USA |
|---|---|---|---|



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| | 20268 | FX FRT PRY | | ▮ | | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Will Wucher | | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #:  RAW260<br>Quantity : -47.640 Batch number : Q168051 | -47.64 Kg | -47.64 Kg | ▮ | ▮ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682809 | 08/29/2022 | 098110 |

INVOICE

UO-233257

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20848 | FX FRT PRY | N/A | ███ | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 08/26/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 79.400 Batch number : Q140147 | 79.4 Kg | 79.4 Kg | ███ | ███ | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 190.560 Batch number : Q139095 | 190.56 Kg | 190.56 Kg | | ███ | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 111.160 Batch number : Q123020 | 111.16 Kg | 111.16 Kg | | ███ | |
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 285.840 Batch number : Q139098 | 285.84 Kg | 285.84 Kg | ███ | ███ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0682809 | 08/29/2022 | 098110 |

**INVOICE**

UO-233257

WORK ORDER NO.    B.O.

| SOLD TO | SHIP TO |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20848 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Shereen Grant | 08/26/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 190.560 Batch number : Q139109 | 190.56 Kg | 190.56 Kg | | | |
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #: RAW1287<br>Quantity : 95.280 Batch number : Q194027<br>Quantity : 381.120 Batch number : Q194027 | 476.4 Kg | 476.4 Kg | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | 1 EACH | 1 EACH | | | |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 3 | UI-0682809 | 08/29/2022 | 098110 |

**INVOICE**

UO-233257

WORK ORDER NO. | B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA |



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20848 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 08/26/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682920 | 08/31/2022 | 098110 |

**INVOICE**

UO-232477

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/29/22 | 20468 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Gavin McGrail | 08/29/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #: RAW1287<br>Quantity : 15.880 Batch number : Q194027<br>Quantity : 111.160 Batch number : Q194027<br>Quantity : 127.040 Batch number : Q194027 | ▮ Kg | ▮ Kg | ▮ | ▮ | |



**TOTAL**    **12,142.48 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682934 | 08/31/2022 | A10655 |

INVOICE

UO-233072

WORK ORDER NO.      B.O.



| | | | |
|---|---|---|---|
| **S O L D T O** | VPX SPORTS-NETHERLANDS<br>BANG ENERGY BV<br>RIJKSWEG ZUID 27<br>6131 AL SITTARD<br>NLD | **S H I P T O** | KONINGS DRINKS BREDA<br>TETERINGSEDIJK 227 4817 ME<br>BREDA<br>NLD |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/23/22 | 20601 | ExpeditorA | DDP | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| | 08/23/22 | | Klaus | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 826.4058U-WD1-15.88KG | CHOCOLATE TYPE FLAVOR, NAT<br>Customer Item #: RAW1307<br>Quantity : 381.120 Batch number : Q208184<br>Quantity : 174.680 Batch number : Q208184 | Kg | Kg | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |

**TOTAL    18,309.55 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682934 | 08/31/2022 | A10655 |

INVOICE

UO-233072

WORK ORDER NO.    B.O.



| S O L D  T O | | S H I P  T O |
|---|---|---|
| VPX SPORTS-NETHERLANDS<br>BANG ENERGY BV<br>RIJKSWEG ZUID 27<br>6131 AL SITTARD<br>NLD | | KONINGS DRINKS BREDA<br>TETERINGSEDIJK 227 4817 ME<br>BREDA<br>NLD |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/23/22 | 20601 | ExpeditorA | DDP | ▇ | ▇ | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| | 08/23/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 826.4058U-WD1-15.88KG | CHOCOLATE TYPE FLAVOR, NAT<br>Customer Item #: RAW1307<br>Quantity : 381.120 Batch number : Q208184<br>Quantity : 174.680 Batch number : Q208184 | 555.8 Kg | 555.8 Kg | ▇ | ▇ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | 1 EACH | 1 EACH | ▇ | ▇ | |

**TOTAL    18,309.55 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682952 | 08/31/2022 | 098110 |

**INVOICE**

UO-233553

WORK ORDER NO.        B.O.

| S O L D  T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P  T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/29/22 | 20914 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Gavin McGrail | 08/29/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 862.0091U-PP1-15.88KGM | LEMON EXTRACT, NAT WONF<br>Customer Item #: RAW604<br>Quantity : 111.160 Batch number : Q137144<br>Quantity : 15.880 Batch number : Q137144 | ▮ Kg | ▮ Kg | ▮ | ▮ | |



**TOTAL     4,076.71 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683046 | 08/31/2022 | 098110 |

**INVOICE**

UO-232569

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/29/22 | 20537 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 09/01/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #: RAW1287<br>Quantity : 317.600 Batch number : Q194027 | ███ Kg | ███ Kg | ███ | ███ | |



**TOTAL    15,178.10 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683402 | 09/20/2022 | 098110 |

**INVOICE**          UO-232600

WORK ORDER NO.          B.O.

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/07/22 | 20589 | FX FRT PRY | N/A | ▇ | ▇ | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 09/12/22 | | Klug | | ▇ |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #:  RAW1287<br>Quantity : 269.960 Batch number : Q201154<br>Quantity : 31.760 Batch number : Q201154<br>Quantity : 381.120 Batch number : Q201154 | ▇ Kg | ▇ Kg | ▇ | ▇ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | 1 EACH | 1 EACH | ▇ | ▇ | |



**TOTAL     32,291.17 USD**

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*
*Swift Code: HATRUS44*
*ABA: 071000288*
*Account#: 2538346*
*Account: FONA International Inc.*

*FONA International Inc. FEIN: 36-3490019*



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683403 | 09/20/2022 | 098110 |

**INVOICE**

UO-232800

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/07/22 | 20679 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Gavin McGrail | 09/12/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item # : RAW1287<br>Quantity : 381.120 Batch number : Q201154<br>Quantity : 142.920 Batch number : Q201154<br>Quantity : 381.120 Batch number : Q201154 | ███ Kg | ███ Kg | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |

**TOTAL**   **42,630.78 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0683404 | 09/20/2022 | 098110 |

INVOICE          UO-232801

WORK ORDER NO.     B.O.

| S O L D T O | | S H I P T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/08/22 | 20680 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Gavin McGrail | 09/09/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #:  RAW1287<br>Quantity : 381.120 Batch number : Q216017<br>Quantity : 206.440 Batch number : Q194027<br>Quantity : 63.520 Batch number : Q201154<br>Quantity : 381.120 Batch number : Q201154<br>Quantity : 142.920 Batch number : Q201154<br>Quantity : 381.120 Batch number : Q201154<br>Quantity : 95.280 Batch number : Q216017 | ▮ Kg | ▮ Kg | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |

**TOTAL     76,536.52 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683412 | 09/20/2022 | 098110 |

**INVOICE**

UO-233554

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/07/22 | 20915 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Gavin McGrail | 09/07/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #: RAW1007<br>Quantity : 190.560 Batch number : Q223068 | ▮ Kg | ▮ Kg | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    4,901.98 USD**

**Remit To:**
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

**Wire Instructions:**
*BMO Harris Bank*
*Swift Code: HATRUS44*
*ABA: 071000288*
*Account#: 2538346*
*Account: FONA International Inc.*

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683689 | 09/29/2022 | 098110 |

INVOICE

UO-234384

WORK ORDER NO.    B.O.



| | | | |
|---|---|---|---|
| **S O L D  T O** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P  T O** | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/28/22 | 21072 | FX FRT PRY | N/A | ▉ | ▉ | ▉ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Dixi Ortega | 10/14/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW260<br>Quantity : 47.640 Batch number : Q250105 | ▉ | | ▉ | ▉ | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 31.760 Batch number : Q139095 | ▉ | | ▉ | ▉ | |
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT<br>Customer Item #: RAW1021<br>Quantity : 79.400 Batch number : Q250120 | ▉ | | ▉ | ▉ | |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 31.760 Batch number : Q140147 | ▉ | | ▉ | ▉ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0683689 | 09/29/2022 | 098110 |

**INVOICE**

UO-234384

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D  T O | S H I P  T O |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL  33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/28/22 | 21072 | FX FRT PRY | N/A | ▆ | ▆ | ▆ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Dixi Ortega | 10/14/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▆ | ▆ | ▆ | ▆ | |
| | | | | ▆ | ▆ | |
| | | | | **TOTAL** | **4,876.77 USD** | |
| | | | | ▆ | ▆ | |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0683744 | 09/30/2022 | 098110 |

**INVOICE**

UO-234750

| WORK ORDER NO. | B.O. |
|---|---|

**S O L D T O**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**S H I P T O**
VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL   33326 USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/29/22 | 21075 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Dixi Ortega | 09/29/22 | | Mullinix | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 95.280 Batch number : Q123020 | 95.28 Kg | 95.28 Kg | ▮ | ▮ | |
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #: RAW1007<br>Quantity : 63.520 Batch number : Q263077 | 63.52 Kg | 63.52 Kg | ▮ | ▮ | |
| 929.0569U-PP1-15.88KG | WATERMELON FLAVOR, NAT WONF<br>Customer Item #: RAW1252<br>Quantity : 31.760 Batch number : Q263078 | 31.76 Kg | 31.76 Kg | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | 1 EACH | 1 EACH | ▮ | ▮ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0683744 | 09/30/2022 | 098110 |

INVOICE

WORK ORDER NO.: UO-234750   B.O.

| S O L D  T O | S H I P  T O |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 09/29/22 | 21075 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Dixi Ortega | 09/29/22 | | Mullinix | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | **TOTAL** | | 7,685.74 USD | |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0674454 | 12/02/2021 | A10655 |

**INVOICE**

UO-223660

WORK ORDER NO.          B.O.

| S O L D  T O | | S H I P  T O | |
|---|---|---|---|
| VPX SPORTS-NETHERLANDS | | BANG ENERGY | |
| BANG ENERGY BV | | BANG ENERGY BV | |
| RIJKSWEG ZUID 27 | | COPACKER DIECK & CO DE | |
| 6131 AL SITTARD | | AMTSGERICHT MÖNCHENGLADBACH HRA 5591 | |
| NLD | | D-41836 HÜCKELHOVEN | |
| | | NLD | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 12/01/21 | 16625 | CPU | . | ▇ | | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| | 12/01/21 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 929.0553U-WD1-15.88KG | WATERMELON FLAVOR, NAT & ART<br>Customer Item #: RAW1243<br>Quantity : 79.400 Batch number : P307020 | 79.4  Kg | 79.4  Kg | ▇ | ▇ | |
| | | | | ▇ | ▇ | |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
Swift Code: HATRUS44
ABA: 071000288
Account#: 2538346
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20601

Bang Energy BV
Rijksweg Zuid 27

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL 60694-1333
VERENIGDE STATEN

| | |
|---|---|
| **Purchase Order ID:** | 20601 |
| **Created On:** | |
| **Contact Person:** | Silas Santos |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Silas.Santos@bangenergy.com |

**Ship-to Address:**
Konings Drinks Breda
Konings Drinks Breda
Teteringsedijk 227 4817 ME
 BREDA
NETHERLANDS

**Bill-to Address:**
Bang Energy BV
Rijksweg Zuid 27
6131 AL  SITTARD
NETHERLANDS

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Silas Santos

**Remark:** Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1307 | Chocolate Type Nat Flavor 826.4058U | ▮ kg | Sep 15, 2022 | ▮ USD per 1 kg | ▮ USD |

**Total Value:** 16,735.60 USD

**Payment Terms:** ▮ days from Invoice Date, End of month





# Purchase Order:20355

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20355 |
| **Created On:** | Jun 24, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to NET 45 Days. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ████ kg | Aug 30, 2022 | ████ USD per  1 kg | ████ USD |

**Total Value:**  19,564.16 USD

**Payment Terms:**  ████ from Invoice Date, End of month



# Purchase Order:20355

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20468

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20468 |
| **Created On:** | Jul 5, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮  Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ▮▮ kg | Sep 1, 2022 | ▮▮ USD per  1 kg | ▮▮▮▮ USD |

**Total Value:**  11,542.85 USD

**Payment Terms:** ▮▮▮▮  from Invoice Date, End of month



# Purchase Order:20468

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F. O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20524

Bang Energy BV
Rijksweg Zuid 27

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
VERENIGDE STATEN

| | |
|---|---|
| **Purchase Order ID:** | 20524 |
| **Created On:** | |
| **Contact Person:** | Silas Santos |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Silas.Santos@bangenergy.com |

**Ship-to Address:**
Konings Drinks Breda
Konings Drinks Breda
Teteringsedijk 227 4817 ME
  BREDA
NETHERLANDS

**Bill-to Address:**
Bang Energy BV
Rijksweg Zuid 27
6131 AL  SITTARD
NETHERLANDS

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Silas Santos

**Remark:** Fona updated our Terms on 05/22/19 to ▇▇▇▇ Days. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW746 | Raspberry Flavor #906.2016 | ▇ kg | Aug 3, 2022 | ▇ USD per 1 kg | ▇ USD |
| 2 | RAW466 | FONA Lime Extract Nat #865.0037 | ▇ kg | Aug 3, 2022 | ▇ USD per 1 kg | ▇ USD |

**Total Value:** 3,320.82 USD

**Payment Terms:** ▇▇▇ from Invoice Date, End of month





# Purchase Order:20589

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20589 |
| **Created On:** | Jul 14, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ██ kg | Sep 7, 2022 | ██ USD per 1 kg | ██ USD |

**Total Value:** 31,021.42 USD

**Payment Terms:** ██████ from Invoice Date, End of month



# Purchase Order:20589

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title**. Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.

VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



Purchase Order Change:20594

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20594 |
| **Changed On:** | Jul 15, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-07-29 |
| **Cancel Shipping Date:** | 2022-07-29 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████. Per Elina Sanchez email



# Purchase Order Change:20594

Page: 2/3

| Legend: | | ☐: New Item | | ✐: Changed Item | | ☐: Deleted Item | |
|---|---|---|---|---|---|---|---|

| Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |
| 3 | RAW1021 | Tripleberry Type Flavor, Nat 807.1319U | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |
| 4 | RAW215 | FONA Grape Flavor #856.0085 | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |
| 5 | RAW311 | FONA Peach Flavor 889.0069 | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |
| 6 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |
| 7 | RAW746 | Raspberry Flavor #906.2016 | ▉ kg | Aug 3, 2022 | ▉ USD per 1 kg | ▉ USD |

Total Value:  13,172.93 USD

**Payment Terms:**  ▉ from Invoice Date, End of month



# Purchase Order Change:20594

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20679

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20679 |
| **Created On:** | Jul 20, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ███ kg | Sep 7, 2022 | ███ USD per  1 kg | ███ USD |

**Total Value:**  41,718.82 USD

**Payment Terms:**  ██████ from Invoice Date, End of month



# Purchase Order:20679

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title**. Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20680

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20680 |
| **Created On:** | Jul 20, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮▮ Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ▮▮▮ kg | Sep 14, 2022 | ▮▮▮ USD per  1 kg | ▮▮▮ USD |

**Total Value:**  75,699.14 USD

**Payment Terms:**  ▮▮▮▮▮ from Invoice Date, End of month



# Purchase Order:20680

## PURCHASE ORDER TERMS AND CONDITIONS

**1.  General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title**. Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20848

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20848 |
| **Created On:** | |
| **Contact Person:** | Shereen Grant |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | shereen.grant@bangenergy.com |
| **Start Shipping Date:** | 2022-08-22 |
| **Cancel Shipping Date:** | 2022-08-26 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
CoPacker Refresco-Wilson US
4843 International Blvd.
Wilson NC  27893

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shereen Grant

**Remark:**  Fona updated our Terms on 05/22/19 to ▇▇▇▇▇▇  Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW215 | FONA Grape Flavor #856.0085 | ▇ kg | Aug 29, 2022 | ▇ USD per  1 kg | ▇ USD |
| 3 | RAW345 | FONA Black Cherry 825.0205 Liquid | ▇ kg | Aug 29, 2022 | ▇ USD per  1 kg | ▇ USD |
| 4 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ▇ kg | Aug 29, 2022 | ▇ USD per  1 kg | ▇ USD |
| 5 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ▇ kg | Aug 29, 2022 | ▇ USD per  1 kg | ▇ USD |
| 6 | RAW746 | Raspberry Flavor #906.2016 | ▇ kg | Aug 29, 2022 | ▇ USD per  1 kg | ▇ USD |





## Purchase Order:20848

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 7 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ▇ kg | Aug 29, 2022 | ▇ USD per 1 kg | ▇ USD |
| 8 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ▇ kg | Aug 29, 2022 | ▇ USD per 1 kg | ▇ USD |

**Total Value:** 85,748.65 USD

**Payment Terms:** ▇ from Invoice Date, End of month





# Purchase Order:20848

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.





# Purchase Order:20914

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20914 |
| **Created On:** | Aug 11, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮▮ Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW604 | FONA Lemon Extract Nat. WONF #862.0091U | ▮▮▮ kg | Aug 11, 2022 | ▮▮▮ USD per 1 kg | ▮▮▮ USD |

**Total Value:**  4,076.71 USD

**Payment Terms:**▮▮▮▮▮ from Invoice Date, End of month



# Purchase Order:20914

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:20915

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20915 |
| **Created On:** | Aug 11, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ▇▇▇▇▇▇▇ Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1007 | Strawberry Flavor, Nat. WONF 915.0505U | ▇ kg | Aug 11, 2022 | ▇ USD per 1 kg | ▇ USD |

**Total Value:**  4,083.31 USD

**Payment Terms:**  ▇▇▇▇ from Invoice Date, End of month



# Purchase Order:20915

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



Purchase Order Change:21000

**Page:** 1/3

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 21000 |
| **Changed On:** | Aug 24, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-08-26 |
| **Cancel Shipping Date:** | 2022-08-26 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email



# Purchase Order Change:21000

**Page:** 2/3

**Legend:** ⬛ : New Item      ⬛ : Changed Item      ⬛ : Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW971 | Champagne Type Flavor Nat. 936.3539U | ⬛ kg | Aug 31, 2022 | ⬛ USD per  1 kg | ⬛ USD |

**Total Value:**  1,150.25 USD

**Payment Terms:** ⬛ from Invoice Date, End of month



# Purchase Order Change:21000

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



Purchase Order Change:21072

**Page:** 1/3

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 21072 |
| **Changed On:** | Sep 7, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-10-12 |
| **Cancel Shipping Date:** | 2022-10-14 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████ Per Elina Sanchez email



# Purchase Order Change:21072

**Page:** 2/3

Legend: ▣: New Item    ▨: Changed Item    ▥: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW260 | FONA Fruit Punch Flavor #852.0054 | ▇ kg | Oct 19, 2022 | ▇ USD per 1 kg | ▇ USD |
| ▨ | 3 | RAW345 | FONA Black Cherry 825.0205 Liquid | ▇ kg | Oct 19, 2022 | ▇ USD per 1 kg | ▇ USD |
| | 4 | RAW1021 | Tripleberry Type Flavor, Nat 807.1319U | ▇ kg | Oct 19, 2022 | ▇ USD per 1 kg | ▇ USD |
| | 5 | RAW215 | FONA Grape Flavor #856.0085 | ▇ kg | Oct 19, 2022 | ▇ USD per 1 kg | ▇ USD |

**Total Value:**  3,455.18 USD

**Payment Terms:** ▇ from Invoice Date, End of month



# Purchase Order Change:21072

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



Purchase Order Change:21075

**Page:** 1/3

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 21075 |
| **Changed On:** | Sep 1, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-09-05 |
| **Cancel Shipping Date:** | 2022-09-07 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ████████. Per Elina Sanchez email



# Purchase Order Change:21075

**Page:** 2/3

**Legend:**    ⬛: New Item     ⬛: Changed Item     ⬛: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ⬛ kg | Sep 8, 2022 | ⬛ USD per 1 kg | ⬛ USD |
| | 3 | RAW1007 | Strawberry Flavor, Nat. WONF 915.0505U | ⬛ kg | Sep 8, 2022 | ⬛ USD per 1 kg | ⬛ USD |
| | 4 | RAW1252 | Watermelon Nat Flavor WONF 929.0569U | ⬛ kg | Sep 8, 2022 | ⬛ USD per 1 kg | ⬛ USD |

**Total Value:**  6,914.79 USD

**Payment Terms:** ⬛ from Invoice Date, End of month



# Purchase Order Change:21075

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| Invoice | Customer account | Name | Date | Due date | Currency | Invoice amount | Interest | Payments | Amount not settled |
|---|---|---|---|---|---|---|---|---|---|
| UI-0668687 | A10666 | VPX SPORTS-CANADA | 5/24/2021 | 7/8/2021 | USD | 1,456.83 | 0.00 | 0.00 | 1,456.83 |
| UI-0671079 | A10666 | VPX SPORTS-CANADA | 8/11/2021 | 9/25/2021 | USD | 3,105.50 | 0.00 | 0.00 | 3,105.50 |
| UI-0674454 | A10655 | VPX SPORTS-NETHERLANDS | 12/2/2021 | 1/16/2022 | USD | 1,237.85 | 0.00 | 0.00 | 1,237.85 |
| UI-0680735 | 098110 | VPX SPORTS | 6/20/2022 | 8/4/2022 | USD | 3,427.64 | 0.00 | 0.00 | 3,427.64 |
| UI-0680736 | 098110 | VPX SPORTS | 6/20/2022 | 8/4/2022 | USD | 30,188.73 | 0.00 | 0.00 | 30,188.73 |
| UI-0680737 | 098110 | VPX SPORTS | 6/20/2022 | 8/4/2022 | USD | 4,197.19 | 0.00 | 0.00 | 4,197.19 |
| UI-0680852 | 098110 | VPX SPORTS | 6/24/2022 | 8/8/2022 | USD | 4,952.97 | 0.00 | 0.00 | 4,952.97 |
| UI-0680853 | 098110 | VPX SPORTS | 6/24/2022 | 8/8/2022 | USD | 2,821.41 | 0.00 | 0.00 | 2,821.41 |
| UI-0680854 | 098110 | VPX SPORTS | 6/24/2022 | 8/8/2022 | USD | 21,150.19 | 0.00 | 0.00 | 21,150.19 |
| UI-0680918 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 2,929.07 | 0.00 | 0.00 | 2,929.07 |
| UI-0680921 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 4,874.66 | 0.00 | 0.00 | 4,874.66 |
| UI-0680923 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 17,981.86 | 0.00 | 0.00 | 17,981.86 |
| UI-0680924 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 70,257.66 | 0.00 | 0.00 | 70,257.66 |
| UI-0680925 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 91,355.08 | 0.00 | 0.00 | 91,355.08 |
| UI-0680930 | 098110 | VPX SPORTS | 6/27/2022 | 8/11/2022 | USD | 5,396.13 | 0.00 | 0.00 | 5,396.13 |
| UI-0681008 | 098110 | VPX SPORTS | 6/29/2022 | 8/13/2022 | USD | 2,756.90 | 0.00 | 0.00 | 2,756.90 |
| UI-0681011 | 098110 | VPX SPORTS | 6/29/2022 | 8/13/2022 | USD | 16,349.23 | 0.00 | 0.00 | 16,349.23 |
| UI-0681109 | 098110 | VPX SPORTS | 6/30/2022 | 8/14/2022 | USD | 3,902.14 | 0.00 | 0.00 | 3,902.14 |
| UI-0681110 | 098110 | VPX SPORTS | 6/30/2022 | 8/14/2022 | USD | 11,980.24 | 0.00 | 0.00 | 11,980.24 |
| UI-0681348 | 098110 | VPX SPORTS | 7/11/2022 | 8/25/2022 | USD | 5,089.70 | 0.00 | 0.00 | 5,089.70 |
| UI-0681349 | 098110 | VPX SPORTS | 7/11/2022 | 8/25/2022 | USD | 17,322.73 | 0.00 | 0.00 | 17,322.73 |
| UI-0681353 | 098110 | VPX SPORTS | 7/11/2022 | 8/25/2022 | USD | 11,011.77 | 0.00 | 0.00 | 11,011.77 |
| UI-0681423 | 098110 | VPX SPORTS | 7/13/2022 | 8/27/2022 | USD | 13,525.09 | 0.00 | 0.00 | 13,525.09 |
| UI-0681685 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 14,209.73 | 0.00 | 0.00 | 14,209.73 |
| UI-0681686 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 12,058.16 | 0.00 | 0.00 | 12,058.16 |
| UI-0681687 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 8,619.16 | 0.00 | 0.00 | 8,619.16 |
| UI-0681688 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 21,324.05 | 0.00 | 0.00 | 21,324.05 |
| UI-0681689 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 20,964.50 | 0.00 | 0.00 | 20,964.50 |
| UI-0681697 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 7,330.25 | 0.00 | 0.00 | 7,330.25 |
| UI-0681698 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 3,207.53 | 0.00 | 0.00 | 3,207.53 |
| UI-0681703 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 6,027.41 | 0.00 | 0.00 | 6,027.41 |
| UI-0681704 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 10,114.18 | 0.00 | 0.00 | 10,114.18 |
| UI-0681705 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 1,264.40 | 0.00 | 0.00 | 1,264.40 |
| UI-0681709 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 2,452.51 | 0.00 | 0.00 | 2,452.51 |
| UI-0681710 | 098110 | VPX SPORTS | 7/22/2022 | 9/5/2022 | USD | 10,955.29 | 0.00 | 0.00 | 10,955.29 |
| UI-0682042 | 098110 | VPX SPORTS | 7/29/2022 | 9/12/2022 | USD | 93,263.87 | 0.00 | 0.00 | 93,263.87 |
| UI-0682043 | 098110 | VPX SPORTS | 7/29/2022 | 9/12/2022 | USD | 5,072.92 | 0.00 | 0.00 | 5,072.92 |
| UI-0682045 | 098110 | VPX SPORTS | 7/29/2022 | 9/12/2022 | USD | 20,291.36 | 0.00 | 0.00 | 20,291.36 |
| UI-0682046 | 098110 | VPX SPORTS | 7/29/2022 | 9/12/2022 | USD | 3,411.79 | 0.00 | 0.00 | 3,411.79 |
| UI-0682048 | 098110 | VPX SPORTS | 7/29/2022 | 9/12/2022 | USD | 2,057.06 | 0.00 | 0.00 | 2,057.06 |
| UI-0682169 | 098110 | VPX SPORTS | 8/5/2022 | 9/19/2022 | USD | 1,049.26 | 0.00 | 0.00 | 1,049.26 |
| UI-0682173 | 098110 | VPX SPORTS | 8/5/2022 | 9/19/2022 | USD | 4,210.87 | 0.00 | 0.00 | 4,210.87 |
| UI-0682335 | 098110 | VPX SPORTS | 8/11/2022 | 9/25/2022 | USD | 3,729.76 | 0.00 | 0.00 | 3,729.76 |
| UI-0682729 | 098110 | VPX SPORTS | 8/24/2022 | 10/8/2022 | USD | 1,533.39 | 0.00 | 0.00 | 1,533.39 |
| UI-0682809 | 098110 | VPX SPORTS | 8/29/2022 | 10/13/2022 | USD | 39,701.83 | 0.00 | 0.00 | 39,701.83 |
| UI-0682818 | 098110 | VPX SPORTS | 8/29/2022 | 10/13/2022 | USD | 13,516.94 | 0.00 | 0.00 | 13,516.94 |
| UI-0682911 | A10655 | VPX SPORTS-NETHERLANDS | 8/30/2022 | 10/14/2022 | USD | 2,995.28 | 0.00 | 0.00 | 2,995.28 |
| UI-0682920 | 098110 | VPX SPORTS | 8/31/2022 | 10/15/2022 | USD | 12,142.48 | 0.00 | 0.00 | 12,142.48 |
| UI-0682924 | 098110 | VPX SPORTS | 8/31/2022 | 10/15/2022 | USD | 21,561.70 | 0.00 | 0.00 | 21,561.70 |
| UI-0682952 | 098110 | VPX SPORTS | 8/31/2022 | 10/15/2022 | USD | 4,076.71 | 0.00 | 0.00 | 4,076.71 |
| UI-0682960 | 098110 | VPX SPORTS | 8/31/2022 | 10/15/2022 | USD | 2,380.38 | 0.00 | 0.00 | 2,380.38 |
| UI-0683046 | 098110 | VPX SPORTS | 8/31/2022 | 10/15/2022 | USD | 15,178.10 | 0.00 | 0.00 | 15,178.10 |
| UI-0682934 | A10655 | VPX SPORTS-NETHERLANDS | 8/31/2022 | 10/15/2022 | USD | 18,309.55 | 0.00 | 0.00 | 18,309.55 |
| UI-0683402 | 098110 | VPX SPORTS | 9/20/2022 | 11/4/2022 | USD | 32,291.17 | 0.00 | 0.00 | 32,291.17 |
| UI-0683403 | 098110 | VPX SPORTS | 9/20/2022 | 11/4/2022 | USD | 42,630.78 | 0.00 | 0.00 | 42,630.78 |
| UI-0683404 | 098110 | VPX SPORTS | 9/20/2022 | 11/4/2022 | USD | 76,536.52 | 0.00 | 0.00 | 76,536.52 |
| UI-0683412 | 098110 | VPX SPORTS | 9/20/2022 | 11/4/2022 | USD | 4,901.98 | 0.00 | 0.00 | 4,901.98 |
| UI-0683689 | 098110 | VPX SPORTS | 9/29/2022 | 11/13/2022 | USD | 4,876.77 | 0.00 | 0.00 | 4,876.77 |
| UI-0683744 | 098110 | VPX SPORTS | 9/30/2022 | 11/14/2022 | USD | 7,685.74 | 0.00 | 0.00 | 7,685.74 |
| | | | | | | **899,203.95** | | | |



# Purchase Order:20537

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20537 |
| **Created On:** | Jul 11, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ██ kg | Sep 7, 2022 | ██ USD per  1 kg | ██ USD |

**Total Value:**  14,428.57 USD

**Payment Terms:**  ████ from Invoice Date, End of month



# Purchase Order:20537

**Page:**  2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1.  General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title**. Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



# Purchase Order:16625

Bang Energy BV
Rijksweg Zuid 27

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
VERENIGDE STATEN

| | |
|---|---|
| **Purchase Order ID:** | 16625 |
| **Created On:** | |
| **Contact Person:** | Shen Lin |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Shen.Lin@bangenergy.com |

**Ship-to Address:**
Bang Energy BV
CoPacker Dico Drinks (Formerly Dieck) DE
Porschestraße  4
D-41836 HÜCKELHOVEN

**Bill-to Address:**
Bang Energy BV
Rijksweg Zuid 27
6131 AL  SITTARD
NETHERLANDS

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shen Lin

**Remark:**  Fona updated our Terms on 05/22/19 to NET 45 Days. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW746 | Raspberry Flavor #906.2016 | ██ kg | Nov 12, 2021 | ██ USD per 1 kg | ██ USD |
| 3 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | 127.04 kg | Nov 12, 2021 | ██ USD per 1 kg | ██ USD |
| 4 | RAW1243 | Watermelon Flavor Nat & Art 929.0553U | 142.92 kg | Nov 12, 2021 | ██ USD per 1 kg | █ USD |

**Total Value:**  8,838.02 USD

**Payment Terms:** ████ from Invoice Date, End of month



**THIS SHIPPING ORDER**    Must be legibly filled in, in link, in indelible Pencil, or in Carbon, and retained by the Agent.    Shipment No:   US-088744

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 8/29/2022 | ORDER NO. UO-232477 |
|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd<br>Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 16<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III<br>OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>94.1 F<br><br>Customer Item #: RAW1287<br><br>929.0603U-PP1-15.88KG    Batch#: Q194027, Q194027,<br>                   Q194027, Q194027 | ▓ Lb NET | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: ▓ Lb NET |
|---|---|
| # of Pallets _____ 1 | TOTAL PACKAGES: 16 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

ORDER NO: UO-232477

LOCATION: RA

PO NO: 20468

Broker:



**480436296-4**

FedEx. Freight

fxf33230q/6  5LC
× 5330 8/29/22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>     The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | TOTAL CHARGES $<br><br>Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022

Shipper, Per   *Raul Castro*

→ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



**DATE AND TIME PRINTED**

| 8/25/2022 | 7:16:13 AM |

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-232477 | 098110 |

S O L D  T O

VPX SPORTS
1600 N. PARK DRIVE
WESTON, FL 33326
USA

S H I P  T O

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX, AZ 85009
USA

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/13/2022 | 20468 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Gavin McGrail | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1287 | | | | | | | |
| | Batch#: Q194027 Qty: 560.24 | | | | | | | |

32A - ①
315A - ⑧
F15B - ⑦

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

$12,142.48  USD

TOTAL ORDER
VALUE

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

**Shipment No:**  US-088747

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **ORDER NO.** | |
| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 8/29/2022 | UO-232569 | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. It on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: |
|---|---|
| 1100 N Raddant Rd Batavia, IL 60510 **FONA INTERNATIONAL** EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|
| | | |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 20 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F <br> Customer Item #: RAW1287 <br> 929.0603U-PP1-15.88KG    Batch#: Q194027 | Lb NET | | | |

| | |
|---|---|
| Total Weight (lbs.) _____ | TOTAL WEIGHT: ___ Lb NET |
| # of Pallets ____1____ | TOTAL PACKAGES: 20 |
| Please report problems TO: | ORDER NO: UO-232569 |
| Instructions: | LOCATION: RA |
| We need to have Fed-Ex reach out PHX_Warehouse_Scheduling@bangenergy.com to Receiving Hours: M-F (24/5)* Hours subject to change Warehouse Supervisor: Gus Terrazas 954-649-5388 Delivery Appointment is Required Contact Email: PHX_Warehouse_Scheduling@bangenergy.com Warehouse Supervisor: Gus Terrazas 954-649-5388 We need to have Fed-Ex reach out PHX_Warehouse_Scheduling@bangenergy.com to Receiving Hours: M-F (24/5)* Hours subject to change Warehouse Supervisor: Gus Terrazas 954-649-5388 Delivery Appointment is Required Contact Email: PHX_Warehouse_Scheduling@bangenergy.com Warehouse Supervisor: Gus Terrazas 954-649-5388 | PO NO: 20537 |

Broker:

**FedEx** Freight

**480436295-3**

Fxf3323046  SLL X5330

8/9/22

| | | | |
|---|---|---|---|
| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint is lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-088646 |
|---|---|---|---|---|

| | | | | ORDER NO. | |
|---|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 9/7/2022 | UO-232600 | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|
| **FONA** INTERNATIONAL | | | Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX, AZ 85009 USA |
| EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | | | |

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 43 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F | ▮ Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW1287 | | | | |
| | | 929.0603U-PP1-15.88KG    Batch#: Q201154, Q201154, Q201154 | | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: ▮ Lb NET |
|---|---|
| # of Pallets    2 | TOTAL PACKAGES: 43 |
| Please report problems TO: | ORDER NO: UO-232600 |
| Instructions: | LOCATION: RA |
| We need to have Fed-Ex reach out PHX_Warehouse_Scheduling@bangenergy.com to Receiving Hours:  M-F (24/5)* Hours subject to change Warehouse Supervisor:  Gus Terrazas 954-649-5388 Delivery Appointment is Required Contact Email: PHX_Warehouse_Scheduling@bangenergy.com Warehouse Supervisor:  Gus Terrazas 954-649-5388 We need to have Fed-Ex reach out PHX_Warehouse_Scheduling@bangenergy.com to Receiving Hours:  M-F (24/5)* Hours subject to change Warehouse Supervisor:  Gus Terrazas 954-649-5388 Delivery Appointment is Required Contact Email: PHX_Warehouse_Scheduling@bangenergy.com Warehouse Supervisor:  Gus Terrazas 954-649-5388 | PO NO: 20589 |
| Broker: | |

FedEx Freight

**480434539-4**

X5430 1516637 SLC 972L

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Signature of Consignee) | TOTAL CHARGES $ |
|---|---|---|---|
| | | | Freight charges are PREPAID unless marked collect.    ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 07 - 2022

Shipper, Per    *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



**DATE AND TIME PRINTED**

| 8/25/2022 | 7:16:47 AM |
|---|---|

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 1 | UO-232600 | 098110 |

| S O L D T O | VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL 33326<br>USA | S H I P T O | Vital Pharmaceuticals, Inc.<br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |
|---|---|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/15/2022 | 20589 | FX FRT PRY | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Summer Wyatt | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1287 | | | | | | | |
| | Q194027 | | | | | | | |
| | Q 201154 | | | | | | | |
| | Batch#: Q196068 Qty: 1,505.66 | | | | | | | |

*(handwritten annotations: 43, 14A – 595, 24C – 840, F15B – 70, 2B:S, TENS, 5/29, etc.)*

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| | |
|---|---|
| | $31,472.10 USD |

TOTAL ORDER VALUE

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-088651

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 8/29/2022 | UO-232725 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as Indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd<br>Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc.<br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 70 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F | ▮ Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW694 | | | | |
| | | 809.0336U-PP1-<br>15.88KGM | Batch#: Q139098, Q139098, Q139098 | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: ▮ Lb NET |
| # of Pallets 3 | TOTAL PACKAGES: 70 |
| Please report problems TO: | ORDER NO: UO-232725 |
| Instructions: | LOCATION: RA |

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 20355

Broker:



**480434504-4**

FedEx Freight

fxf 33230 6 5CC
3/9/2 X 5330

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br>$         per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>_____<br>(Signature of Consignee) | **TOTAL CHARGES $**<br>Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022                          Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**DATE AND TIME PRINTED**

| | |
|---|---|
| 8/25/2022 | 7:23:14 AM |



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-232725 | 098110 |

| S O L D T O | VPX SPORTS 1600 N. PARK DRIVE WESTON,FL 33326 USA | S H I P T O | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|---|---|



| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/19/2022 | 20355 | FX FRT PRY | ███ | | | ███ |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Gavin McGrail | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART | | | ███ | | Kg | ███ | ███ |
| | Customer Item No: RAW694 | | | | 70 | | | |

6/27

Batch#: ~~Q200133~~ Qty: 2,451.07

Q139098

33C
316C  319B
~~318913~~

3 B,9

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**
.

| | |
|---|---|
| $19,564.16 | USD |

TOTAL ORDER
VALUE

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

| THIS SHIPPING ORDER | Must be legibly filled in, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-088829 |
|---|---|---|---|---|---|---|

**ORDER NO.**

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▬▬ | Seal NO. | DATE 9/7/2022 | UO-232800 |
|---|---|---|---|---|

RECEIVEED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br><br>**FONA** INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br><br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 57<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F<br><br>Customer Item #: RAW1287<br><br>929.0603U-PP1-15.88KG   Batch#: Q201154, Q201154, Q201154 | ▬▬ Lb NET | | | |

| Total Weight (lbs.) ▬▬ | TOTAL WEIGHT: ▬▬ Lb NET |
|---|---|
| # of Pallets _____ 2 _____ | TOTAL PACKAGES: 57 |
| Please report problems TO: | ORDER NO: UO-232800 |

LOCATION: RA

PO NO: 20679

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:

FedEx Freight

**480434536-1**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | TOTAL CHARGES $ _____<br><br>Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 07 - 2022                    Shipper, Per  *Raul Castro*

→ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



| | DATE AND TIME PRINTED | |
|---|---|---|
| | 8/25/2022 | 7:23:27 AM |

FONA International Inc.
1900 Averll Road
Geneva, IL 60134
630.578.8400

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 1 | UO-232800 | 098110 |

S O L D   T O
VPX SPORTS
1600 N. PARK DRIVE
WESTON, FL 33326
USA

S H I P   T O
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX, AZ 85009
USA

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/20/2022 | 20679 | FX FRT PRY | ███████ | | | ███████ |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Gavin McGrail | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF | | | 0.00 | ███ | Kg | | |
| | Customer Item No: RAW1287 | | | | 57 | | | |
| | Batch#: Q201154 Qty: 1,995.87 | | | | | | | |

8/29

11B – 840
112B- 840
F158
E11B – 315

2619

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| | | |
|---|---|---|
| | $41,718.82 | USD |

TOTAL ORDER
VALUE

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

| THIS SHIPPING ORDER | | Must be legibly filled in, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | | US-088964 |

| | | | | | ORDER NO. | |

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 9/7/2022 | ORDER NO. UO-232801 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION:
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 104 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F | ▇ Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW1287 | | | | |
| | | 929.0603U-PP1-15.88KG    Batch#: Q201154, Q201154, Q201154, Q201154, Q216017, Q216017, Q194027 | | | | |

| Total Weight (lbs.) ▇ | TOTAL WEIGHT: ▇ NET |
| # of Pallets ___4___ | TOTAL PACKAGES: 104 |
| Please report problems TO: | ORDER NO: UO-232801 |
| Instructions: | LOCATION: RA |

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 20680

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

**FedEx.** Freight

**480434553-4**

Broker:

9-8-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $ _____ per _____ | (Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 07 - 2022

Shipper, Per *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-232801 | 098110 |

**DATE AND TIME PRINTED**

9/7/2022          1:03:30 PM

S  **VPX SPORTS**
O  1600 N. PARK DRIVE
L  WESTON,FL 33326
D  USA
T
O

S  Vital Pharmaceuticals, Inc.
H  Plant VPX-Phoenix US
I  1635 S 43rd Ave
P  PHOENIX,AZ 85009
   USA
T
O

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/20/2022 | 20680 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | | Salesperson |
|---|---|---|---|---|
| Gavin McGrail | 9/7/2022 | DAWN WEBER | | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF | _____ | _____ | 0.00 | | Kg | | |
| | Customer Item No: RAW1287 | | | | | | | |
| | Batch#: Qty: 3,641.60 | | | | | | | |

*(handwritten notations: 8/29 1g~, 3/17 1g~, Q 20 11 5 4, Q 216 017, Q 194027, 8/3 1g~, 104, 4x24=96 +8 104, 4 Big)*

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

$75,028.55    USD

**TOTAL ORDER
VALUE**

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | **Shipment No:** US-088576 |
|---|---|---|---|---|

| | | | | | ORDER NO. |
|---|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: ████ | Seal NO. | DATE 8/25/2022 | UO-233257 | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br><br>**FONA** INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br>4843 International Blvd.<br>Wilson,NC 27893<br>USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART<br>60.1 F<br><br>Customer Item #: RAW215<br>856.0085U-PP1-     Batch#: Q140147<br>15.88KGM | ███ Lb NET | | | |
| 12<br><br>EACH(S) | | BLACK CHERRY FLAVOR, ART<br><br>Customer Item #: RAW345<br>825.0025U-PP1-     Batch#: Q139095<br>15.88KGM | ███ Lb NET | | | |
| 7<br><br>EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br>915.0215U-PP1-     Batch#: Q123020<br>15.88KGM | ███ Lb NET | | | |
| 18<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>55.9 F<br><br>Customer Item #: RAW694<br>809.0336U-PP1-     Batch#: Q139098<br>15.88KGM | ███ Lb NET | | | |
| 12<br><br>EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br>906.2016U-PP1-     Batch#: Q139109<br>15.88KGM | ███ Lb NET | | | |
| 30<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>94.1 F<br><br>Customer Item #: RAW1287<br>929.0603U-PP1-15.88KG    Batch#: Q194027, Q194027 | ███ Lb NET | | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br>$           per | Subject to Section 7 of Conditions of applicable bill of lading, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect.     Check here if charges are collect. [ ] |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 25 - 2022          Shipper, Per _Raul Castro_          -> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

15 16637   SLL   8262L

**THIS SHIPPING ORDER** — Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088576

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 8/25/2022 | ORDER NO. UO-233257 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510<br><br>**FONA INTERNATIONAL**<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br>4843 International Blvd.<br>Wilson, NC  27893<br>USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| Total Weight (lbs.) ▮▮▮ | | | TOTAL WEIGHT: ▮▮ lb NET | | | |
| # of Pallets **4** | | | TOTAL PACKAGES: 84 | | | |
| Please report problems TO: | | | ORDER NO: UO-233257 | | | |
| Instructions: | | | LOCATION: RA | | | |
| | | | PO NO: 20848 | | | |
| Broker: | | | | | | |



480436279-1  FedEx Freight

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>_____ (Signature of Consignee) | TOTAL CHARGES $ _____<br><br>Freight charges are PREPAID unless marked collect. ☐   Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 25 - 2022

Shipper, Per   *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.





**FONA International Inc.**
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | DATE AND TIME PRINTED | |
|---|---|---|
| | 8/25/2022 | 7:58:06 AM |

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 2 | UO-233257 | 098110 |

S O L D   T O
VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL 33326
USA

S H I P   T O
Vital Pharmaceuticals, Inc.
4843 International Blvd.
Wilson,NC 27893
USA

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/3/2022 | 20848 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Shereen Grant | 8/25/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | Jose | | | | Kg | | |
| | Customer Item No: RAW215 | | | | 5 | | | |
| | Follow FIFO | | | | | | | |
| 7/25 | Batch #: Q215032 Qty: | | | | | | | |
| | Q140147 - B0202C | | | | | | | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART | Jose | | | | Kg | | |
| | Customer Item No: RAW345 | | | | 12 | | | |
| | Follow FIFO | | | | | | | |
| 6/29 | Batch #: Q215054 Qty: | | | | | | | |
| | Q139095 - B0301B | | | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART | Jose | | | | Kg | | |
| | Customer Item No: RAW479 | | | | 7 | | | |
| | Follow FIFO | | | | | | | |
| 5/20 | Batch #: Q215057 Qty: | | | | | | | |
| | Q123020- B0325B | | | | | | | |



| | | DATE AND TIME PRINTED | |
|---|---|---|---|
| | | 8/25/2022 | 7:58:06 AM |

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 2 of 2 | UO-233257 | 098110 |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW694 | | | | 18 | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q215062 Qty: 630.27 | | | | | | | |
| | Q139098 - B0303C | | | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW746 | | | | 12 | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q215066 Qty: 420.18 | | | | | | | |
| | Q139109 - B0307C | | | | | | | |
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1287 | | | | 30 | | | |
| | Batch#: Q216017 Qty: 1,050.46 | | | | | | | |
| | Q194027 - B0302A, B0315A, B0322C, F0105B | | | | | | | |

*6/27*
*10 mo*

*6/30*

*8/3*

*210*     *840*     *4 Big*

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| $38,835.65 | USD |
|---|---|

TOTAL ORDER VALUE

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | **Shipment No:** US-088465 |
|---|---|---|---|

| | | | **ORDER NO.** |
|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 8/22/2022 | UO-233546 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 **FONA INTERNATIONAL** EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | | DESTINATION: VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL 33326 USA |
|---|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 19 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F Customer Item #: RAW694 809.0336U-PP1- 15.88KGM    Batch#: Q139098 | ▮ Lb NET | | | |
| 13 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III TRIPLEBERRY TYPE FLAVOR, NAT 75.0 F Customer Item #: RAW1021 807.1319U-PP1-15.88KG    Batch#: Q223050 | ▮ Lb NET | | | |
| 3 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F Customer Item #: RAW215 856.0085U-PP1- 15.88KGM    Batch#: Q140147 | ▮ Lb NET | | | |
| 2 EACH(S) | | PEACH FLAVOR, NAT WONF Customer Item #: RAW311 889.0069U-PP1-15.88KG    Batch#: Q223053 | ▮ Lb NET | | | |
| 2 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART Customer Item #: RAW479 915.0215U-PP1- 15.88KGM    Batch#: Q123020 | ▮ Lb NET | | | |
| 2 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART Customer Item #: RAW746 906.2016U-PP1- 15.88KGM    Batch#: Q139109 | ▮ Lb NET | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.   ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 22 - 2022          Shipper, Per    *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No:  US-088465

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE | 8/22/2022 | UO-233546 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service is to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd | DESTINATION: | VPX SPORTS |
|---|---|---|
| Batavia, IL 60510 | | 1600 NORTH PARK DRIVE |
| | | WESTON, FL  33326 USA |

EMERGENCY RESPONSE PHONE NO:  CHEMTREC  (800) 424-9300

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|

Total Weight (lbs.) ___

\# of Pallets ___ 2

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: ▉ Lb NET

TOTAL PACKAGES: 41

ORDER NO: UO-233546

LOCATION: RA

PO NO: 20594



FedEx Freight

480436331-4

X76 8G 15-(L63) SLL 8-6 2L

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.

Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 22 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shiping Order and must sign the Original Bill of Lading.

DO NOT STAPLE
Refer TO DAWN'S
EMAIL



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 2 | UO-233546 | 098110 |

| S O L D T O | VPX SPORTS 1600 N. PARK DRIVE WESTON,FL 33326 USA |  | S H I P T O | VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL 33326 USA |
|---|---|---|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/11/2022 | 20594 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Will Wucher | 8/22/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW694 | | | | | | | |
| | Follow FIFO | | | | (19) | | | |
| | Batch#: Q139098 Qty: 665.29 | | | | | | | |
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1021 | | | | (13) | | | |
| | Batch#: Q223050 Qty: 455.20 | | | | | | | |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | | | | | Kg | | |
| | Customer Item No: RAW215 | | | | (3) | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q140147 Qty: 105.04 | | | | | | | |

6/27
10 mo
312C

8/15
ly
108/3

7/25
ly
200C

DATE AND TIME PRINTED

8/18/2022          7:27:13 AM

**FONA INTERNATIONAL**

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 2 of 2 | UO-233546 | 098110 |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 889.0069U-PP1-15.88KG | PEACH FLAVOR, NAT WONF | | | | | Kg | | |
| | Customer Item No: RAW311 | | | | | | | |
| | Batch#: Q223053 Qty: 70.03 | | | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW479 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q123020 Qty: 70.03 | | | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW746 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q139109 Qty: 70.03 | | | | | | | |



-----------------------------------------------------------------------------------------------------------------------

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| $12,783.40 | USD |
|---|---|

TOTAL ORDER
VALUE

**THIS SHIPPING ORDER** Must be legibly filled In, in Iink, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088673

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 8/29/2022 | ORDER NO. UO-233553 |
|---|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. It on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. |
|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 8 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LEMON EXTRACT, NAT WONF 80.1 F | ⬛Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW604 | | | | |
| | | 862.0091U-PP1-    Batch#: Q137144, Q137144 15.88KGM | | | | |

| Total Weight (lbs.) ⬛ | TOTAL WEIGHT: 280.12 Lb NET |
|---|---|
| # of Pallets    1 | TOTAL PACKAGES: 8 |

Please report problems TO:

ORDER NO: UO-233553

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 20914

Broker:



**480436297-5**

FedEx. Freight

fxf 332304/6  3LC
x5330  8/29/22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges." | TOTAL CHARGES $ |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $            per | (Signature of Consignee) | Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022

Shipper, Per    *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

DATE AND TIME PRINTED

8/25/2022          7:36:19 AM



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

INTERNATIONAL

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-233553 | 098110 |

| S O L D  T O | VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON, FL 33326<br>USA |
|---|---|

| S H I P  T O | Vital Pharmaceuticals, Inc.<br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX, AZ 85009<br>USA |
|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/11/2022 | 20914 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Gavin McGrail | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 862.0091U-PP1-<br>15.88KGM | LEMON EXTRACT, NAT WONF | | | | | Kg | 0.00 | 0.00 |
| | Customer Item No: RAW604 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q137144 Qty: 315A | | | | | | | |
| | Batch#: Q137144 Qty: 23A | | | | | | | |

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| | |
|---|---|
| $0.00 | USD |

TOTAL ORDER
VALUE

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | Shipment No: | US-088313 |
|---|---|---|---|

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | ▮ | Seal NO. | DATE 9/7/2022 | UO-233554 |
|---|---|---|---|---|---|

RECEEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF  Customer Item #: RAW1007  915.0505U-PP1-15.88KG   Batch#: Q223068 | ▮ Lb NET | | | |

Total Weight (lbs.) ▮

\# of Pallets _____1_____

TOTAL WEIGHT: ▮ Lb NET

TOTAL PACKAGES: 12

ORDER NO: UO-233554

LOCATION: RA

PO NO: 20915

Please report problems To:

Instructions:
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

FedEx Freight

679366963-2

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  $_____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ (Signature of Consignee) | TOTAL CHARGES $  Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 07 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



| DATE AND TIME PRINTED | |
|---|---|
| 8/15/2022 | 7:17:38 AM |

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 1 | UO-233554 | 098110 |

S O L D   T O
VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P   T O
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/11/2022 | 20915 | FX FRT PRY | ▮▮▮ | | | ▮▮▮ |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Gavin McGrail | 8/17/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF | | | | ▮▮▮ | Kg | ▮▮▮ | ▮▮▮ |
| | Customer Item No: RAW1007 | | | | | | | |
| | Batch#: Q223068 Qty: ▮▮▮ | | | | | | | |

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

| $4,586.78 | USD |
|---|---|

TOTAL ORDER
VALUE

| **THIS SHIPPING ORDER** | Must be legibly filled In, in Iink, in Indelible Pencil, or in Carbon, and retained by the Agent. | | | | | Shipment No: | US-088681 |
|---|---|---|---|---|---|---|---|

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 8/29/2022 | UO-233952 |
|---|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL  33326 USA |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC  (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3 EACH(S) | | CHAMPAGNE TYPE FLAVOR, NAT | Lb NET | | | |
| | | Customer Item #: RAW971 | | | | |
| | | 936.3539U-PP1-15.88KG    Batch#: Q236140 | | | | |

Total Weight (lbs.) _____

\# of Pallets _____ 1

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: 105.05 Lb NET

TOTAL PACKAGES: 3

ORDER NO: UO-233952

LOCATION: RA

PO NO: 21000

X5428 SLC
0/44/26/90
8-29-22

**FedEx.** Freight

**480435616-3**

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.   ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022                    Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

*Jay*

**DATE AND TIME PRINTED**

| | |
|---|---|
| 8/25/2022 | 7:40:02 AM |



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 1 | UO-233952 | 098110 |

| S<br>O<br>L<br>D<br><br>T<br>O | VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S<br>H<br>I<br>P<br><br>T<br>O | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |
|---|---|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/24/2022 | 21000 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Dixi Ortega | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 936.3539U-PP1-15.88KG | CHAMPAGNE TYPE FLAVOR, NAT | | | 0.00 | | Kg | | |
| | Customer Item No: RAW971 | | | | 3 | | | |
| | Batch#: Q236140 Qty: ▮ | | | | | | | |

*8/26*

*I 38*
*107A*

*1 hr*

--------------------------------------------------------------------

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| | |
|---|---|
| $2,191.92 | USD |

TOTAL ORDER
VALUE

| THIS SHIPPING ORDER | Must be legibly filled In, in Iink, in Indelibie Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-089697 |
|---|---|---|---|---|

|  |  | | ORDER NO. | |
|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 9/28/2022 | UO-234384 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and stated as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd | DESTINATION: VPX SPORTS |
|---|---|
| Batavia, IL 60510 | 1600 NORTH PARK DRIVE |
| FONA INTERNATIONAL | WESTON, FL  33326 USA |
| EMERGENCY RESPONSE PHONE NO:  CHEMTREC  (800) 424-9300 | |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II FRUIT PUNCH FLAVOR, NAT WONF 72.9 F | Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW260 | | | | |
| | | 852.0054U-PP1-15.88KG      Batch#: Q250105 | | | | |
| 2 | | BLACK CHERRY FLAVOR, ART | Lb NET | | | |
| EACH(S) | | Customer Item #: RAW345 | | | | |
| | | 825.0205U-PP1-15.88KGM      Batch#: Q139095 | | | | |
| 5 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III TRIPLEBERRY TYPE FLAVOR, NAT 75.0 F | Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW1021 | | | | |
| | | 807.1319U-PP1-15.88KG      Batch#: Q250120 | | | | |
| 2 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F | Lb NET | | | |
| PAIL(S) | | Customer Item #: RAW215 | | | | |
| | | 856.0085U-PP1-15.88KGM      Batch#: Q140147 | | | | |

FedEx Freight

**480436007-2**

de, #US-089690, 9/28/22, X5428

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery | TOTAL CHARGES $ | |
|---|---|---|---|---|
| Shipper's imprint in lieu of bill of lading not a part of bill of lading covered by the Interstate Commerce Commission. | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____ | of this shipment without payment of freight and all other lawful charges.  _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 28 - 2022

Shipper, Per  *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | Shipment No: | US-089697 |
|---|---|---|---|

|  |  |  |  | ORDER NO. |  |
|---|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 9/28/2022 | UO-234384 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510<br><br>F☼NA<br>INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL  33326 USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | VEHICLE NUMBER |
|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| Total Weight (lbs.) _____ | | | TOTAL WEIGHT: ▉ Lb NET | | | |
| # of Pallets ___1___ | | | TOTAL PACKAGES: 12 | | | |
| Please report problems TO: | | | ORDER NO: UO-234384 | | | |
| Instructions: | | | LOCATION: RA | | | |
| | | | PO NO: 21072 | | | |
| Broker: | | | | | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment la to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly described,classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 28 - 2022                    Shipper, Per  *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

DATE AND TIME PRINTED

9/26/2022          7:11:46 AM



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 2 | UO-234384 | 098110 |

S  **VPX SPORTS**
O  1600 N. PARK DRIVE
L  WESTON,FL  33326
D  USA

T
O

S  **VPX SPORTS**
H  1600 NORTH PARK DRIVE
I  WESTON, FL  33326 USA
P

T
O

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 9/7/2022 | 21072 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Dixi Ortega | 9/28/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF | | | | | Kg | | |
| | Customer Item No: RAW260 | | | | 3 | | | |
| | Batch#: Q250105 Qty: | | | | | | | |
| | Batch#: Q250105 Qty: | 374 | | | | | | |
| | Batch#: Q250105 Qty: | | | | | | | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART | | | | | Kg | | |
| | Customer Item No: RAW345 | | | | 2 | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q139095 Qty: | 224 | | | | | | |
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1021 | | | | 5 | | | |
| | Batch#: Q250120 Qty: | | | | | | | |
| | 324A | | | | | | | |



| DATE AND TIME PRINTED | |
| --- | --- |
| 9/26/2022 | 7:11:46 AM |

**FONA International Inc.**
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
| --- | --- | --- | --- |
| | 2 of 2 | UO-234384 | 098110 |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | | | | | Kg | | |
| | Customer Item No: RAW215 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q140147 Qty: | 113 A | | | | | | |

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| $4,559.47 | USD |
| --- | --- |

TOTAL ORDER
VALUE

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-089694

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 9/29/2022 | ORDER NO. UO-234750 |
|---|---|---|---|---|

RECEEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL 33326 USA |
|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 6 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br><br>915.0215U-PP1-15.88KGM    Batch#: Q123020 | ▮ Lb NET | | | |
| 4 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF<br><br>Customer Item #: RAW1007<br><br>915.0505U-PP1-15.88KG    Batch#: Q263077 | ▮Lb NET | | | |
| 2 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II WATERMELON FLAVOR, NAT WONF 69.1 F<br><br>Customer Item #: RAW1252<br><br>929.0569U-PP1-15.88KG    Batch#: Q263078 | ▮ Lb NET | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: 420.18 Lb NET |
|---|---|
| # of Pallets  1 | TOTAL PACKAGES: 12 |
| Please report problems TO: | ORDER NO: UO-234750 |
| Instructions: | LOCATION: RA |
| | PO NO: 21075 |

Broker:

**FedEx Freight**

**480436107-4**

9.29.22
1611 50+   SL

X7739

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$          per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | TOTAL CHARGES $<br><br>Freight charges are PREPAID unless marked collect.  ☐  Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are In proper condition for transportation according to the applicable regulations of the Department Of Transportation.

September - 29 - 2022          Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| | DATE AND TIME PRINTED | |
|---|---|---|
| | 9/27/2022 | 7:18:58 AM |



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 2 | UO-234750 | 098110 |

| S O L D  T O | |
|---|---|
| VPX SPORTS | |
| 1600 N. PARK DRIVE | |
| WESTON,FL 33326 | |
| USA | |

| S H I P  T O | |
|---|---|
| VPX SPORTS | |
| 1600 NORTH PARK DRIVE | |
| WESTON, FL 33326 USA | |

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 9/20/2022 | 21075 | FX FRT PRY | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Dixi Ortega | 9/29/2022 | DAWN WEBER | Mullinix |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART | | | | | Kg | | |
| | Customer Item No: RAW479 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q123020 Qty: | | | | | | | |
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF | | | | | Kg | | |
| | Customer Item No: RAW1007 | | | | | | | |
| | Batch#: Q263077 Qty: | | | | | | | |
| 929.0569U-PP1-15.88KG | WATERMELON FLAVOR, NAT WONF | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1252 | | | | | | | |
| | Batch#: Q263078 Qty: | | | | | | | |

*(handwritten annotations: 9/20, 1/6, 325B, 9/24, 1/6, 17A, 9/26, 1/6, T20)*

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| $7,404.53 | USD |
|---|---|

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: US-087506 |
|---|---|---|---|

ORDER NO.

| CARRIER: EXPEDITOR AIR | DELIVERY TERMS: | | Seal NO. | DATE | 8/1/2022 | UO-232518 |
|---|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consignee, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Konings Drinks Breda Teteringsedijk 227 4817 ME BREDA NLD |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 6 DRUM(S) | | RASPBERRY TYPE FLAVOR, NAT & ART Customer Item #: RAW746 906.2016U-WD1-15.88KG    Batch#: Q194218 | ▮ Lb NET | | | |
| 2 DRUM(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F Customer Item #: RAW466 865.0037U-WD1-15.88KG    Batch#: Q194221 | ▮ Lb NET | | | |

Total Weight (lbs.) ▮

# of Pallets    2

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: ▮ NET

TOTAL PACKAGES: 8

ORDER NO: UO-232518

LOCATION: RA

PO NO: 20524

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 01 - 2022

Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**SHIPPER'S DECLARATION FOR DANGEROUS GOODS** 

| Shipper | Air Waybill No. |
|---|---|
| FONA INTERNATIONAL, INC.<br>1900 AVERILL RD.<br>GENEVA, 60134<br>USA | Page **1** of **1** Pages<br><br>Shipper's Reference No. UO-232518<br>(optional) |

| Consignee |
|---|
| KONINGS DRINKS BREDA<br>TETERINGSEDIJK 227<br>4817 ME BREDA<br>NETHERLANDS |

*Two completed and signed copies of this Declaration must be handed to the operator.*

**WARNING**

Failure to comply in all respects with the applicable Dangerous Goods Regulations may be in breach of the applicable law, subject to legal penalties.

**TRANSPORT DETAILS**

| This shipment is within the limitations prescribed for:<br><br>(delete non-applicable ) | Airport of Departure (optional): |
|---|---|
| PASSENGER AND CARGO AIRCRAFT XXXX / CARGO AIRCRAFT ONLY | |

Airport of Destination (optional):

Shipment type: *(delete non-applicable)*

| NON-RADIOACTIVE | XRADIOACTIVEXX |
|---|---|

**NATURE AND QUANTITY OF DANGEROUS GOODS**

| Dangerous Goods Identification | | | | | | |
|---|---|---|---|---|---|---|
| UN or ID No. | Proper Shipping Name | Class or Division (subsidiary hazard) | Packing Group | Quantity and Type of Packing | Packing Inst. | Authorization |
| UN1197 | EXTRACTS, FLAVOURING, LIQUID | 3 | III | 2 PLASTIC DRUMS NON-REMOVABLE HEAD X ▮<br><br>OVERPACK USED X 1<br><br>QUANTITY PER OVERPACK - ▮ | 364 | |

Additional Handling Information

PER ICAO / IATA REGULATIONS. CHEMTREC CONTRACT # CCN8554
24-HOUR EMERGENCY CONTACT NAME: CHEMTREC
24-HOUR EMERGENCY CONTACT PHONE: +1-703-527-3887

| I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. I declare that all of the applicable air transport requirements have been met. | Name of Signatory<br>Carina Solis / Warehouse Coordinator<br>Date  8/9/22      BATAVIA, IL.<br><br>Signature *carina solis*<br>*(See warning above)* |
|---|---|

# Expeditors

**PICKUP ORDER**

| | |
|---|---|
| **Pickup#** F047741074 | **Destination:** AMSTERDAM, NETHERLANDS |
| **Shpmnt#** | **Origin:** CHICAGO, IL, UNITED STATES |
| **AWB/BL#** | |
| | **Booked info:** |
| **Owner:** JOHND   **Last Upd:** JOHND | |

| | |
|---|---|
| **Shipper:** | **Pickup Location:** |
| G0740055<br>Fona International Inc<br>1900 Averill Road<br>Geneva IL 60134<br>UNITED STATES | FONA INTERNATIONAL, INC.<br>1100 RADDANT ROAD<br>BATAVIA IL 60510<br>UNITED STATES |
| **Shpr Reference:**<br>UO-232518 | **Phone Number:** 630-578-8551 |
| | **Contact:** BRENT BARTEMEYER |
| **Consignee:** | **Called EI at:** 08:43   **Date** 08/10/22 |
| G4099998<br>Konings Drinks Breda<br>Teteringsedijk 227<br>4817 ME Breda<br>NETHERLANDS | **Ready by Time:** 13:00   **Date** 08/10/22 |
| | **Close Time:** 16:00   **Date** 08/10/22 |
| **Cnsg Reference:**<br>20524 | **Warehouse Location:** |
| **Type of Goods:** | **Deliver Pickup To:**<br>Expeditors - ORD |
| **Description:** | 849 Thomas Drive<br>Bensenville IL 60106 |
| **Pieces:** 2   **Weight:** ▊ L | **Phone:** 6305953770 |
| **Hazrd Pcs:** 1   **Cubes:** ▊ CF | **Pickup Carrier:** R & M Freight Inc.<br>**Phone Number:** 847-616-1080 |
| | **Contact:** Street Dispatch |
| **Value:** | **Dispatched Time:** 08:43   **Date** 08/10/22 |
| **Ins Value:** | **Back by Time:** 22:22   **Date** 08/10/22 |

**Dimension info:** DIMS (INS): 1SKD@30X30X16;1SKD@30X30X16
NOTES: any problems please call Jacqueline Gordon at the following numbers
M: 331-228-9093 | O: 630-578-8555 | E: Jacqueline_Gordon@McCormick.com



# Expeditors

**PICKUP ORDER**

| | |
|---|---|
| **Pickup#** F047762216 | **Destination:** AMSTERDAM, NETHERLANDS |
| **Shpmnt#** | **Origin:** CHICAGO, IL, UNITED STATES |
| **AWB/BL#** | |

**Booked info:**

**Owner:** DANABUN   **Last Upd:** DANABUN

**Shipper:**
G0740055
Fona International Inc
1900 Averill Road
Geneva IL 60134
UNITED STATES

**Pickup Location:**
FONA INTERNATIONAL, INC.
1100 RADDANT ROAD
BATAVIA IL 60510
UNITED STATES

**Shpr Reference:**

**Phone Number:** 630-578-8551

**Contact:** BRENT BARTEMEYER

**Consignee:**
G4099998
Konings Drinks Breda
Teteringsedijk 227
4817 ME Breda
NETHERLANDS

**Called El at:** 09:48   **Date** 08/23/22

**Ready by Time:** 09:48   **Date** 08/23/22

**Close Time:** 16:00   **Date** 08/23/22

**Cnsg Reference:**

**Warehouse Location:**

**Deliver Pickup To:**
Expeditors - ORD
849 Thomas Drive
Bensenville IL 60106

**Type of Goods:** GEN

**Description:**

**Phone:** 6305953770

| | | | |
|---|---|---|---|
| **Pieces:** | 2 | **Weight:** | ▉ L |
| **Hazrd Pcs:** | 0 | **Cubes:** | |

**Pickup Carrier:** R & M Freight Inc.
**Phone Number:** 847-616-1080

**Contact:** Street Dispatch

**Dispatched Time:** 09:48   **Date** 08/23/22

**Value:**

**Ins Value:**

**Back by Time:** 23:00   **Date** 08/23/22

**Dimension info:**

MBcejul 8-23-2?





**THIS SHIPPING ORDER** — Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088480

| | | | | | ORDER NO. |
|---|---|---|---|---|---|
| CARRIER: ExpeditorA | DELIVERY TERMS: | | Seal NO. | DATE 8/23/2022 | UO-233072 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading, The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN:   1100 N Raddant Rd
Batavia, IL 60510

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION:   Konings Drinks Breda
Teteringsedijk 227 4817 ME
BREDA
NLD

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 35 EACH(S) | | CHOCOLATE TYPE FLAVOR, NAT<br><br>Customer Item #: RAW1307<br>826.4058U-WD1-   Batch#: Q208184, Q208184<br>15.88KG | Lb NET | | | |

Total Weight (lbs.) _____

# of Pallets ____ 2 ____

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: ____ Lb NET

TOTAL PACKAGES: 35

ORDER NO: UO-233072

LOCATION: RA

PO NO: 20601

---

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 23 - 2022          Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-233072 | A10655 |

S  VPX SPORTS-NETHERLANDS
O  Bang Energy BV
L  Rljksweg Zuid 27
D  6131 AL SITTARD
    NLD
T
O

S  Konings Drinks Breda
H  Teteringsedijk 227 4817 ME
I   BREDA
P  NLD
T
O

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/27/2022 | 20601 | ExpeditorA | ███ | ███ | ████ | ███ |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Silas Santos | 8/23/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 826.4058U-WD1-15.88KG | CHOCOLATE TYPE FLAVOR, NAT | | | 0.00 | 35 | Kg | 0.00 | 0.00 |
| | Customer Item No: RAW1307 | | | | | | | |
| | IO-22-14441; 280.5498 | | | | | | | |
| | Batch#: Q208184 Qty: 1,225.53 | | | | | | | |

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

$0.00   USD

TOTAL ORDER
VALUE

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
This form contains only the information necessary for the motor carrier to deliver, rate, and invoice the shipment described below.
The shipper and/or the consignee are client(s) of C.H. Robinson Worldwide, Inc., (CHRW) a third party logistics service and payer of the freight bill. All agreements between the carrier and CHRW are contained in a signed contract agreement.

**Shipper: Ship Date** 01-Dec-21

FONA International, Inc
1100 N Raddant Rd
Batavia, IL 60510
United States
Brian Szalony   6305788598

| Carrier: | USF Holland LLC |
|---|---|
| Pro #: | |
| Load #: | 378082248 |
| Ship ID: | |
| PU #: | |

**Consignee: Due Date**

C. H. Robinson Warehouse (H894)
333 Howard Ave
DOCK DOORS 47/48
Des Plaines, IL 60018
United States
Warehouse Clerks   8477181213

**All Freight charges PPD/3RD party bill to:**
CHRLTL
14800 Charlson Road
Suite 2100
Eden Prairie, MN 55347
A CHRW Company

**PPD-3RD PARTY**

| Agent or Cashier: Per _____ (The signature here acknowledges only the amount prepaid) | Received: $ _____ to apply in prepayment of the charges on the property described hereon. | Charges Advanced: $ _____ |
|---|---|---|

| Type/ Reference | SKU/UPC | Description | QTY/ UOM | Weight | Category/ Temp | NMFC/ Class |
|---|---|---|---|---|---|---|
| | | EXTRACTS, FLAVOURING - UN1197/ Class 3 | 5 | LB | | 70 |
| | | | **5** | LB | | |

**Shipper Special Instructions:**
RE: PO 16625 & 16781 & 16787 RAW746, RAW867 & RAw1243 UO-223259 & UO-223660
Production PO 16599 &16408 & 16417

**Consignee Special Instructions:**

**Comments:**

# HAZMAT/ UN 1197/ Class 3 PG III

The Shipper certifies that the above named materials are properly classified, described, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper Signature X _____     Date: _____     Trailer# _____

Consignee Signature X _____     Date: _____     Seal# _____

Driver Signature X _____     Date: 12-1-21     Seal# _____
    Permanent post-office address of shipper.     * MARK WITH "X" TO DESIGNATE MATERIAL AS
    DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

| THIS SHIPPING ORDER | | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | | US-078285 |

**ORDER NO.**

| CARRIER: CPU | DELIVERY TERMS: | | Seal NO. | DATE | 11/18/2021 | UO-223660 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd | DESTINATION: | Bang Energy |
| | Batavia, IL 60510 | | Bang Energy BV |

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

CoPacker Dieck & Co DE
Amtsgericht Mönchengladbach HRA 5591
D-41836 HÜCKELHOVEN
NLD

| DELIVERING CARRIER | | ROUTE | | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III WATERMELON FLAVOR, NAT & ART 95.9 F | ▮b NET | | | |
| EACH | | Customer Item #: RAW1243 | | | | |
| | | 929.0553U-WD1-     Batch#: P307020 15.88KG | | | | |

Total Weight (lbs.) ▮

# of Pallets   2

Please report problems TO:

Instructions:

TOTAL WEIGHT: ▮b NET

TOTAL PACKAGES: 5

ORDER NO: UO-223660

LOCATION: RA

PO NO: 16625

Broker:

*5 pallets*
*1 Hazmet*
*Food*

*12-1-21*

10/01/21
SHIPPER BOL 320

**607-130495-9**

Holland™

Carrier tariffs are incorporated herein (copies available upon request). Carrier tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

*To Tal woht.*
*1860 LBS*

1 of 2/

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Signature of Consignee) | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. ☒ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

November - 18 - 2021           Shipper, Per  *Keith Casazza*

→ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | | Shipment No: | US-078338 |
|---|---|---|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| **CARRIER:** CPU | **DELIVERY TERMS:** | | Seal NO. | **DATE** . | 11/18/2021 | UO-223259 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **ORIGIN:** 1100 N Raddant Rd | **DESTINATION:** | Bang Energy |
|---|---|---|
| Batavia, IL 60510 **FONA** INTERNATIONAL EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | | Bang Energy BV CoPacker Dieck & Co DE Amtsgericht Mönchengladbach HRA 5591 D-41836 HÜCKELHOVEN NLD |

| **DELIVERING CARRIER** | | **ROUTE** | | **VEHICLE NUMBER** |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 4 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br>906.2016U-WD1-    Batch#: P298029<br>15.88KG | ▓ b NET | | | |
| 8 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF<br><br>Customer Item #: RAW867<br>825.2133U-WD1-    Batch#: P298030<br>15.88KG | ▓ b NET | | | |
| 4 PAILS | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III WATERMELON FLAVOR, NAT & ART 95.9 F<br><br>Customer Item #: RAW1243<br>929.0553U-WD1-    Batch#: P298031<br>15.88KG | ▓ b NET | | | |

| Total Weight (lbs.) ▓ | **TOTAL WEIGHT:** ▓ b NET |
|---|---|
| # of Pallets _____ | **TOTAL PACKAGES:** 16 |
| Please report problems TO: | ORDER NO: UO-223259 |
| Instructions: | LOCATION: RA |
| | PO NO: 16625 |
| Broker: | |

2 of ~~2~~ 4

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
   The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.     Check here if charges are collect. ☒

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

November - 18 - 2021

*Keith Casazza*

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-078200 |
|---|---|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| CARRIER: CPU | DELIVERY TERMS: | | Seal NO. | DATE 11/18/2021 | UO-223568 | |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as Indicatled below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: | Deick & Co DE |
|---|---|---|
| **FONA** INTERNATIONAL | | Erfrischungsgetranke oHG porschestrabe 4 HUCKELHOVEN D-41836 GERMANY |
| EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | | NLD NLD |

| DELIVERING CARRIER | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 2 EACH | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F Customer Item #: RAW466 865.0037U-WD1-    Batch#: P305052 15.88KG | Lb NET | | | |
| 8 EACH | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II KEY LIME PIE TYPE FLAVOR, NAT 59.0 F Customer Item #: RAW1076 865.0411U-WD1-    Batch#: P305054 15.88KG | 280.12 Lb NET | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: _____ NET |
|---|---|
| # of Pallets ___2___ | TOTAL PACKAGES: 10 |
| Please report problems TO: | ORDER NO: UO-223568 |
| Instructions: | LOCATION: PO NO: 16787 |
| Broker: | |

3 of 4

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

November - 18 - 2021          Shipper, Per  *Keith Casazza*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

**Shipment No:** US-078638

CPU          Collect

**ORDER NO.**

CARRIER: ~~ExpeditorA~~  | DELIVERY TERMS: | | Seal NO. | DATE 11/22/2021 | UO-223658

RECEIIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicate motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**ORIGIN:** 1100 N Raddant Rd
Batavia, IL 60510

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

**DESTINATION:** Deick & Co DE
Erfrischungsgetranke oHG
porschestrabe 4
HUCKELHOVEN D-41836 GERMANY

NLD
NLD

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 14 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III WATERMELON FLAVOR, NAT & ART 95.9 F | ▇ NET | | | |
| EACH | | Customer Item #: RAW1243 | | | | |
| | | 929.0553U-WD1-    Batch#: P307020 15.88KG | | | | |

Total Weight (lbs.) _____▇_____

# of Pallets    1

Please report problems TO:

Instructions:

**TOTAL WEIGHT:** ▇ Lb NET

**TOTAL PACKAGES:** 14

**ORDER NO:** UO-223658

**LOCATION:** RA

**PO NO:** 16781

Broker:

4 of 4

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per_____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignee) | **TOTAL CHARGES $**
Freight charges are PREPAID unless marked collect.   ☒ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

November - 22 - 2021

Shipper, Per   *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                                                    ⋮

**DELIVERED**

# Monday

9/12/2022 at 2:10 pm

Signed for by: J FARRIS

↓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

↓  Shipment is 1 of 2 pieces

**TRACKING ID**

4804345394 ✎ ☆

FROM
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/7/2022 3:35 PM

**IN TRANSIT**
PHOENIX, AZ
9/12/2022 2:10 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
9/12/2022 11:12 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
9/12/2022 at 2:10 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                                        **SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                                              ⌃

(https://www.fedex.com/en-
us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
9/7/22

**DELIVERY DATE**
9/12/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
4804345394 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
9/7/22

**DELIVERY DATE**
9/12/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts                                                                            ^

 Shipment overview

**TRACKING NUMBER**    4804345394

**MASTER TRACKING NUMBER**    4804345394

**SHIP DATE** ⑦   9/7/22

**ACTUAL DELIVERY**   9/12/22 at 2:10 pm

Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-
us/home.html)

## 🛍 Package details

**WEIGHT**     1,705 lbs / 773.37 kgs

**TOTAL NUMBER OF HANDLING UNITS**     2

**TOTAL PIECES**     2

**TOTAL SHIPMENT WEIGHT**     1,705 lbs / 773.37 kgs

↑ Back to to

---

## Travel history     ⌃

Ascending     ⌄

**TIME ZONE**     ⌄
Local Scan Time

### Wednesday, 9/7/2022

- 3:35 PM
  **Picked up**
  BATAVIA, IL

- 9:28 PM
  **In transit**
  EAST MOLINE, IL

### Thursday, 9/8/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 12:45 PM
  **In transit**
  WICHITA, KS

- 12:34 PM
  **Delivery option requested**
  Appointment Date Sep 12, 2022 and Time 03:00 PM Set
  PHOENIX, AZ

**(https://www.fedex.com/en-us/home.html)**

- 1:02 AM
  **In transit**
  STRATFORD, TX

- 6:35 AM
  **In transit**
  ALBUQUERQUE, NM

- 11:45 AM
  **In transit**
  FLAGSTAFF, AZ

- 5:30 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 10:12 PM
  **In transit**
  PHOENIX, AZ

Monday, 9/12/2022

- 7:27 AM
  **At local facility**
  PHOENIX, AZ

- 11:12 AM
  **Out for delivery**
  PHOENIX, AZ

- 2:10 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 2:10 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

Detailed Tracking

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

FedEx® Tracking

**DELIVERED**

# Monday

9/12/2022 at 2:10 pm

Signed for by: J FARRIS

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

⬇  Shipment is 1 of 2 pieces

**TRACKING ID**

4804345361  ✎ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/7/2022 3:36 PM

**IN TRANSIT**
PHOENIX, AZ
9/12/2022 2:10 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
9/12/2022 11:12 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
9/12/2022 at 2:10 PM

*Destination Terminal*
**PHOENIX, AZ**

⬇  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                    ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
9/7/22

**DELIVERY DATE**
9/12/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

**TRACKING ID**
4804345361 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
9/7/22

**DELIVERY DATE**
9/12/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

Shipment facts                                                              ⌃

 Shipment overview

**TRACKING NUMBER**    4804345361

**MASTER TRACKING NUMBER**    4804345361

**SHIP DATE** ⑦    9/7/22

**ACTUAL DELIVERY**    9/12/22 at 2:10 pm

🚚 Services

**SERVICE**    FedEx Freight Priority



(https://www.fedex.com/en-us/home.html)

## 🛍 Package details

**WEIGHT**  2,240 lbs / 1,016.05 kgs

**TOTAL NUMBER OF HANDLING UNITS**  2

**TOTAL PIECES**  2

**TOTAL SHIPMENT WEIGHT**  2,240 lbs / 1,016.05 kgs

↑ Back to to

---

Travel history                                               ⌄

Ascending                                                    ⌄

**TIME ZONE**
Local Scan Time                                              ⌄



### Wednesday, 9/7/2022

- 3:36 PM
  **Picked up**
  BATAVIA, IL

- 9:28 PM
  **In transit**
  EAST MOLINE, IL

### Thursday, 9/8/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 12:45 PM
  **In transit**
  WICHITA, KS

- 12:34 PM
  **Delivery option requested**
  Appointment Date Sep 12, 2022 and Time 03:00 PM Set
  PHOENIX, AZ

(https://www.fedex.com/en-us/home.html)

- 1:00 AM
  **In transit**
  STRATFORD, TX

- 6:39 AM
  **In transit**
  ALBUQUERQUE, NM

- 10:53 AM
  **In transit**
  FLAGSTAFF, AZ

- 5:32 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 10:23 PM
  **In transit**
  PHOENIX, AZ


Monday, 9/12/2022

- 7:27 AM
  **At local facility**
  PHOENIX, AZ

- 11:12 AM
  **Out for delivery**
  PHOENIX, AZ

- 2:10 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 2:10 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)   𝑓 (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Tuesday

9/13/2022 at 11:08 am

Signed for by: A FERNADE

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

⬇ Shipment is 1 of 4 pieces

**TRACKING ID**

4804345534 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/8/2022 3:52 PM

**IN TRANSIT**
PHOENIX, AZ
9/13/2022 11:08 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
9/13/2022 7:25 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
9/13/2022 at 11:08 AM

*Destination Terminal*
**PHOENIX, AZ**

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

4 Piece Shipment    ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
9/8/22

**DELIVERY DATE**
9/13/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

**TRACKING ID**
277764956600

**STATUS**

 **Delivered**

**SHIP DATE**
9/8/22

**DELIVERY DATE**
9/13/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---



(https://www.fedex.com/en-us/home.html)

**STATUS**

✅ **Delivered**

**SHIP DATE**
9/8/22

**DELIVERY DATE**
9/13/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
4804345534 (master)

**STATUS**

✅ **Delivered**

**SHIP DATE**
9/8/22

**DELIVERY DATE**
9/13/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

## Shipment facts   ︿

 Shipment overview

**TRACKING NUMBER**   4804345534

**MASTER TRACKING NUMBER**   4804345534

**SHIP DATE** ⑦   9/8/22

**ACTUAL DELIVERY**   9/13/22 at 11:08 am

 Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-us/home.html)

## 🛍 Package details

**WEIGHT**          3,780 lbs / 1,714.58 kgs

**TOTAL NUMBER OF HANDLING UNITS**     4

**TOTAL PIECES**     104

**TOTAL SHIPMENT WEIGHT**     4,080 lbs / 1,850.66 kgs

↑ Back to to

## Travel history          ⌃

Ascending          ⌄

**TIME ZONE**          ⌄
Local Scan Time

### Thursday, 9/8/2022

- 3:52 PM
  **Picked up**
  BATAVIA, IL

- 9:18 PM
  **In transit**
  EAST MOLINE, IL

### Friday, 9/9/2022

- 6:59 AM
  **In transit**
  BETHANY, MO

- 11:54 AM
  **In transit**
  WICHITA, KS

### Saturday, 9/10/2022

- 1:20 AM
  **In transit**
  STRATFORD, TX

(https://www.fedex.com/en-
us/home.html)

- 5:42 AM
  **In transit**
  ALBUQUERQUE, NM

- 10:10 AM
  **In transit**
  FLAGSTAFF, AZ

- 11:22 AM
  **Delivery option requested**
  **Appointment Date Sep 13, 2022 and Time 02:00 PM Set**
  PHOENIX, AZ

- 6:06 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 9:48 PM
  **In transit**
  PHOENIX, AZ

Tuesday, 9/13/2022

- 3:14 AM
  **At local facility**
  PHOENIX, AZ

- 7:25 AM
  **Out for delivery**
  PHOENIX, AZ

- 11:08 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 11:08 AM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)



(https://www.fedex.com/en-us/home.html)

🌐 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html) f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex) 📷 (https://www.instagram.com/fedex/) in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex) 📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)  |  Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)  |  Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

# FedEx® Tracking

⋮

**DELIVERED**

# Monday

9/12/2022 at 2:10 pm

Signed for by: J FARRIS

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793669632 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/7/2022 3:28 PM

**IN TRANSIT**
PHOENIX, AZ
9/12/2022 2:10 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
9/12/2022 11:12 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
9/12/2022 at 2:10 PM

*Destination Terminal*
**PHOENIX, AZ**

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts                                                    ⌃

 Shipment overview

**(https://www.fedex.com/en-us/home.html)**

**SHIP DATE** ⓘ   9/7/22

**ACTUAL DELIVERY**   9/12/22 at 2:10 pm

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

Travel history                                                            ⌃

Ascending                                                                 ⌄

**TIME ZONE**                                                             ⌄
Local Scan Time

Wednesday, 9/7/2022

- 3:28 PM
  **Picked up**
  BATAVIA, IL

- 9:28 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:00 AM
  **In transit**
  BETHANY, MO

- 12:45 PM
  **In transit**
  WICHITA, KS

- 12:34 PM
  **Delivery option requested**
  **Appointment Date Sep 12, 2022 and Time 03:00 PM Set**
  PHOENIX, AZ


Friday, 9/9/2022

- 1:00 AM
  **In transit**
  STRATFORD, TX

- 6:39 AM
  **In transit**
  ALBUQUERQUE, NM

- 10:53 AM
  **In transit**
  FLAGSTAFF, AZ

- 5:32 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 10:23 PM
  **In transit**
  PHOENIX, AZ


Monday, 9/12/2022

- 7:27 AM
  **At local facility**
  PHOENIX, AZ

- 11:12 AM
  **Out for delivery**
  PHOENIX, AZ

- 2:10 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 2:10 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)    (Https://www.facebook.com/FedEx/)    (Https://twitter.com/fedex)    (https://www.instagram.com/fedex/)    (https://www.linkedin.com/company/fedex)    (https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Tuesday

10/11/2022 at 1:26 pm

Signed for by: GERMAN

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

4804360072  ✎ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/28/2022 3:00 PM

**IN TRANSIT**
HOLLYWOOD, FL
10/7/2022 12:59 PM

**OUT FOR DELIVERY**

**DELIVERED**
WESTON, FL US

*Delivered*
10/11/2022 at 1:26 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   9/28/22

**ACTUAL DELIVERY**   10/11/22 at 1:26 pm

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🔒 Package details

**WEIGHT**   495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   12

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

## Travel history   ⌃

Ascending   ⌄

**TIME ZONE**
Local Scan Time   ⌄

Wednesday, 9/28/2022

- 3:00 PM
  **Picked up**
  BATAVIA, IL

- 7:20 PM
  **Shipment exception**
  **Hazardous material or incompatible item**
  AURORA, IL

- 7:20 PM
  **Shipment exception**
  **Hazardous material or incompatible item**
  AURORA, IL

Thursday, 9/29/2022

- 9:30 PM
  **In transit**
  CHICAGO HEIGHTS, IL

(https://www.fedex.com/en-us/home.html)

- 5:00 AM
  **Shipment exception**
  **Weather - Delay in transit**
  CHICAGO HEIGHTS, IL

- 6:41 AM
  **Shipment exception**
  **Weather - Delay in transit**
  CHICAGO HEIGHTS, IL

- 10:43 AM
  **In transit**
  CHICAGO, IL

- 6:00 PM
  **In transit**
  MIAMI, FL

Friday, 10/7/2022

- 12:59 PM
  **Shipment exception**
  **Weather - Delay in transit**
  HOLLYWOOD, FL

Tuesday, 10/11/2022

- 10:27 AM
  **At local facility**
  HOLLYWOOD, FL

- 1:26 PM
  **Delivered**
  WESTON, FL

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

Change Country/Territory (https://www.fedex.com/location-home)

**FOLLOW FEDEX**   (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

⋮

**DELIVERED**

# Monday

10/10/2022 at 1:41 pm

Signed for by: J WALKER

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

4804361074  ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
9/29/2022 4:20 PM

**IN TRANSIT**
HOLLYWOOD, FL
10/10/2022 1:41 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
10/10/2022 10:18 AM

**DELIVERED**
WESTON, FL US

*Delivered*
10/10/2022 at 1:41 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| **YOUR EMAIL** | **SUBMIT** |

**MORE OPTIONS**

Shipment facts          ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   9/29/22

**ACTUAL DELIVERY**   10/10/22 at 1:41 pm

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🔒 Package details

**WEIGHT**   490 lbs / 222.26 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   12

**TOTAL SHIPMENT WEIGHT**   490 lbs / 222.26 kgs

↑ Back to to

Travel history   ⌃

Ascending   ⌄

**TIME ZONE**
Local Scan Time   ⌄

Thursday, 9/29/2022

- 4:20 PM
  **Picked up**
  BATAVIA, IL

- 9:30 PM
  **In transit**
  CHICAGO HEIGHTS, IL

(https://www.fedex.com/en-
us/home.html)

- 12:40 AM
  **Shipment exception**
  **Weather - Delay in transit**
  CHICAGO HEIGHTS, IL

- 5:06 AM
  **Shipment exception**
  **Weather - Delay in transit**
  CHICAGO HEIGHTS, IL

- 6:41 AM
  **Shipment exception**
  **Weather - Delay in transit**
  CHICAGO HEIGHTS, IL

- 10:43 AM
  **In transit**
  CHICAGO, IL

- 6:00 PM
  **In transit**
  MIAMI, FL

Friday, 10/7/2022

- 1:02 PM
  **Shipment exception**
  **Weather - Delay in transit**
  HOLLYWOOD, FL

Monday, 10/10/2022

- 5:50 AM
  **At local facility**
  HOLLYWOD, FL

- 10:18 AM
  **Out for delivery**
  HOLLYWOOD, FL

- 1:14 PM
  **At delivery**
  **Arrived at customer location for delivery**
  HOLLYWOOD, FL

- 1:41 PM
  **At delivery**
  **Arrived at customer location for delivery**
  HOLLYWOOD, FL

- 1:41 PM
  **Delivered**
  WESTON, FL

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**   ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)   |   Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)   |   Privacy & Security (https://www.fedex.com/en-us/trust-center.html)