**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re : | **Chapter 11** |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | **Case No. 22-17842** |
| Debtors.[2] | **(Jointly Administered)** |
| _____/ | |

## BALL METAL BEVERAGE CONTAINER CORP.'S OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO

Ball Metal Beverage Container Corp. d/b/a Ball Metal ("Ball"), files this objection (the "Objection") to the Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto [ECF #893] and the Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto [ECF #995] (collectively, the "Notice") filed by the Debtors, and in support states as follows:

### BACKGROUND

1. The Notice contains the following entry associated with Ball:

| 444 | Ball Metal Beverage Container Corp | 10 Longs Peak Dr Broomfield CO 80021 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $3,976,569.26 |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] A complete listing of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/vitalpharmaceuticals. The Debtors' primary mailing address is 1600 North Park Drive, Weston, Florida 33326.

2. As set forth in its Proof of Claim No. 541, as amended by Claim No. 670, attached hereto as **Exhibit A** (the "Proof of Claim"), Ball and Vital Pharmaceuticals, Inc. ("Vital") are in a pending arbitration before the American Arbitration Association relating in part to the termination of the "Materials / Packaging Agreement" (the "Agreement") referenced in the entry above. Accordingly, Ball is not aware of any remaining obligations under the Agreement, or any remaining obligations for the Debtors to perform under the Agreement (other than Vital's nonpayment of the amounts reflected in the Proof of Claim).

## OBJECTION

3. Ball objects to the assumption of the Agreement on the grounds that it is not an executory contract subject to assumption under Section 365 of the Bankruptcy Code. *See In re Columbia Gas Sys. Inc.*, 50 F.3d 233, 239 (3d Cir. 1995) ("[An executory contract is] a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing performance of the other.") (citation omitted).

4. Ball also objects to the $3,976,569.26 cure amount. As set forth in Ball's Proof of Claim, which is incorporated by reference herein, amounts owing to Ball as of the Petition Date pursuant to unpaid invoices total $15,618,036.45.

## RESERVATION OF RIGHTS

5. Ball reserves all rights to supplement, modify or amend this Objection as necessary to, among other things (i) object to the assumption and assignment of any other executory contract between Ball and the Debtors included on any supplemental or amended Notice; (ii) object to the proposed cure amounts thereunder; (iii) object to any other relief sought by the Debtors with respect to any agreement to which Ball and any of the Debtors are party. Nothing set forth herein

shall constitute a waiver, discharge or disallowance of any and all rights, claims, causes of action and defenses that Ball has asserted, or may assert, with respect to any claims, including administrative claims, against the Debtors. Moreover, neither this objection nor any later appearance, pleading, claim, or suit shall waive any right (1) of Ball's right to have any case, controversy, or proceeding related to these cases resolved by binding arbitration pursuant to its agreement with Vital Pharmaceuticals, Inc., (2) to have final orders in non-core matters entered only after de novo review by the District Court, or (3) to have the District Court withdraw the reference in any matter to which Ball is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this 31st day of March, 2023.

**SIDLEY AUSTIN LLP**
1001 Brickell Bay Avenue
Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101

*/s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
iross@sidley.com

*Counsel for Ball Metal Beverage Container Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve the foregoing by transmission of a Notice of Electronic Filing generated by CM/ECF upon all counsel of record.

/s/ Ian M. Ross
Ian M. Ross