*EXHIBIT 3*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**EXPEDITED MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH THE COURT'S MARCH 31, 2023 ORDER [ECF 1076] AND FOR SANCTIONS**

**THIS MATTER** came before the Court on the Official Committee of Unsecured Creditors' (the "Committee") *Expedited Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply with the Court's March 30, 2023 Order* [Docket No. ___ ] (the "Motion") filed by John H. ("Jack") Owoc, Megan Owoc, and Elite Island, LLC ("Elite Island" and together with Jack and Megan Owoc, the "Third Parties"). The Court, having considered the Motion, and having found good cause for the relief set forth herein, it is

**ORDERED** that**:**

1. The Motion is **GRANTED**.

2. The Third Parties are in contempt of this Court's March 30, 2023 *Order (I) Denying the Motion for Extension of Time to Respond to 2004 Examination Request for Production of Documents and (II) Granting the Cross Motion of the Official Committee Of Unsecured Creditors to*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply With 2004 Notices* (the "Discovery Order") [ECF No. 1076].

3. The Third Parties are ordered to pay all reasonable attorneys' fees and expenses incurred by the Committee and its counsel in connection with the Cross-Motion and Motion.

4. Jack Owoc shall produce the subpoenaed Documents and Communications in the 2004 Notice [Docket No. 684 and 981] immediately following receipt of this order.

5. Megan Owoc shall produce the subpoenaed Documents and Communications in the 2004 Notice [Docket No. 686 and 967] immediately following receipt of this order.

6. Elite Island shall produce the subpoenaed Documents and Communications in the 2004 Notice [Docket No. 689 and 968] immediately following receipt of this order.

7. The Third Parties are each ordered to pay a daily fine of _____ until they are no longer in contempt and are fully compliant with the Discovery Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:   (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*