**Vital Pharmaceuticals, Inc.**
Statement of Cash Receipts and Disbursements
For the Period 02/01/2023 through 02/28/2023

|  | Feb-23 Amount ($) |
|---|---:|
| **Receipts** | |
| Customer | $ 24,200,439 |
| Other | 212,000 |
| Intercompany Receipts | 29,167 |
| **Total Operating Receipts** | **$ 24,441,606** |
| | |
| **Disbursements** | |
| Material costs | $ (3,661,294) |
| Co-Packers | (880,572) |
| Freight & handling | (2,436,610) |
| Employee related disbursements | (7,915,235) |
| Trade promotion | (772,825) |
| Facility/Office expenses | (4,653,335) |
| Marketing | (721,154) |
| Legal expenses | (79,314) |
| Others | (374,269) |
| OBI royalty reserve/payment | (3,606,748) |
| **Total Operating Disbursements** | **$ (25,101,357)** |
| | |
| Operating cash flow | (659,751) |
| | |
| **Professional Fees & Employee Retention** | |
| Professional Fees | $ (3,720,634) |
| **Total Professional Fees & Employee Retention** | **$ (3,720,634)** |
| | |
| **Debt Service** | |
| Adequate protection payments | $ (1,824,877) |
| Interest/Fees on DIP | $ (2,735,587) |
| DIP Loan repaid | (500,000) |
| **Total Debt Service** | **$ (5,060,464)** |
| | |
| **Net Cash Flow / (Deficit)** | **$ (9,440,849)** |
| | |
| **Cash Balance** | |
| Beginning Cash Balance | 16,703,488 |
| Net Cash Flow / (Deficit) | (9,440,849) |
| Ending Cash Balance | 7,262,639 |