**Vital Pharmaceuticals, Inc.**
Balance Sheet
As of February 28, 2023

|  | Feb-23 |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | $ 7,262,639 |
| Accounts receivable, net | 23,086,440 |
| Inventories, net | 49,363,720 |
| Prepaids and other current assets | 25,624,414 |
| Total current assets | $ 105,337,212 |
| PROPERTY AND EQUIPMENT, Net | 264,912,291 |
| RIGHT OF USE ASSETS | 29,572,068 |
| OTHER ASSETS: | |
| Deposits | 5,335,768 |
| Related party receivable | 237,799,602 |
| Intangible assets, net | 905,871 |
| Others | 3,171,449 |
| Total other assets | $ 247,212,690 |
| **TOTAL ASSETS** | $ 647,034,262 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
| Accounts payable | 10,903,614 |
| Accrued liabilities | 17,134,497 |
| Related party payables | 620,027 |
| Notes payable, current portion | 258,000,000 |
| Total current liabilities | $ 286,658,138 |
| LIABILITES SUBJECT TO COMPROMISE | 901,744,987 |
| **TOTAL LIABILITIES** | $ 1,188,403,125 |
| STOCKHOLDERS EQUITY: | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 1,000 |
| Additional paid-in capital | 1,837,899 |
| Retained earnings | (543,207,762) |
| Total stockholder's equity | $ (541,368,862) |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 647,034,262 |