**Vital Pharmaceuticals, Inc.**
Income Statement
For the Period 02/01/2023 through 02/28/2023

|  | | Amount ($) |
|---|---|---:|
| **Gross Revenue** | $ | 22,944,408 |
| **Sales returns and discounts** | | (1,751,094) |
| **Total Net Sales** | $ | 21,193,314 |
| **Total Cost of Goods Sold** | | (11,134,739) |
| **Gross profit** | $ | 10,058,575 |
| **Expenses** | | |
|     Total employee costs | | 6,506,637 |
|     Freight and handling | | 2,469,956 |
|     Facilities costs | | 3,285,607 |
|     Direct Marketing | | 923,451 |
|     Advertising and promotion | | 1,211,262 |
|     Office and supplies | | 1,572,146 |
|     Bad Debts | | (38,876) |
| **Total Expenses** | $ | 15,930,182 |
| **Operating Income** | | (5,871,607) |
| Depreciation, non-manufacturing | | 2,114,124 |
| **EBIT** | $ | (7,985,731) |
| **Other Income (Expense)** | | |
|     Gain/Loss from Realized Exchange Rate Differences | | (8,441) |
|     Gain/(Loss) from Scrapping of Assets | | 106,349 |
|     Unusual item - ball Can | | 11,625 |
|     Other Unordinary Income/Expenditure | | (3,623,965) |
| **Total other income (expense)** | $ | (3,514,432) |
| **Interest Income (Expense)** | | |
|     Interest expense | | (4,687,286) |
|     Interest income | | 4,177 |
| Total interest income (expense) | $ | (4,683,109) |
| **Pre-Tax Income** | $ | (16,183,271) |
| Taxes income/(expenses) | | 59,923 |
| **Net Income** | $ | **(16,123,348)** |