**Vital Pharmaceuticals, Inc.**
Accounts Receivable Aging, net of reserve
As of February 28, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 17,805,868 |
| 1 - 30 days | 3,040,756 |
| 31 - 60 days | 1,140,501 |
| 61 - 90 days | 547,611 |
| >90 days | 6,379,635 |
| **Total** | **$ 28,914,371** |
| A/R Credit Memo Reserve | (5,827,932) |
| **Accounts receivable (total net of allowance)** | **$ 23,086,440** |

**Vital Pharmaceuticals, Inc.**
Post-petition Accounts Payable Aging Summary
As of February 28, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 6,432,738 |
| 1 - 30 days | (1,715,629) |
| 31 - 60 days | 4,597,608 |
| 61 - 90 days | 649,006 |
| >90 days | 939,890 |
| **Total** | **$ 10,903,614** |