**Vital Pharmaceuticals, Inc.**
Schedule of Payments to Professionals
For the Period 02/01/2023 through 02/28/2023

| Payment To | Role of Professional | Approved in current month | Payment |
|---|---|---|---|
| Latham & Watkins | Debtor Counsel (Lead) | - | 1,570,474 |
| Rothschild & Co. | Debtor Investment Banker | - | 240,750 |
| Berger Singerman | Debtor Counsel (Local) | - | 201,816 |
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 816,915 |
| Lincoln Partners | Credit Committee FA | - | 393,647 |
| Sequor Law | Credit Committee Counsel (Local) | - | 104,460 |
| FTI Consulting | Lender Financial advisor | - | 70,394 |
| Moore & Van Allen PLLC | Secured Lender Counsel (Lead) | - | 60,149 |
| Shutts & Bowen LLP | Secured Lender Counsel (Local) | - | 11,780 |
| U.S. Dept. of Justice | US Trustee Program fee | - | 250,250 |
| **Total** | | $ - | $ 3,720,635 |