**Vital Pharmaceuticals, Inc.**
Schedule of Payment to Insiders
For the Period 02/01/2023 through 02/28/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment ($) |
|---|---|---|---|---|
| 2/24/2023 | SEKO WORLDWIDE LLC | Freight & handling | Non-Debtor Affiliate | 5,564 |
| 2/23/2023 | Kian Joo Canpack Sdn Bhd | Co-Packers | Non-Debtor Affiliate | 9,597 |
| 2/15/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 53,511 |
| 2/8/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 114,442 |
| 2/17/2023 | ADM Wild Europe GmbH & Co. KG | Material costs | Non-Debtor Affiliate | 10,487 |
| 2/8/2023 | ADM Wild Europe GmbH & Co. KG | Material costs | Non-Debtor Affiliate | 1,827 |
| 2/2/2023 | Crown Cork & Seal USA, Inc | Material costs | Non-Debtor Affiliate | 74,888 |
| 2/28/2023 | Wild Flavors, Inc. | Material costs | Non-Debtor Affiliate | 565 |
| 2/14/2023 | Mitchel Lincoln Packaging Ltd | Material costs | Non-Debtor Affiliate | 9,835 |
| 2/1/2023 | Refresco Canada Inc | Co-Packers | Non-Debtor Affiliate | 89,621 |
| 2/3/2023 | Canada Revenue Agengy | Others | Non-Debtor Affiliate | 78,542 |
| 2/3/2023 | Benjamin Ferro Barrenechea | Facility/Office expenses | Non-Debtor Affiliate | 10,000 |
| 2/3/2023 | Rivadeneyra Trevinio y de Campo SC | Legal expenses | Non-Debtor Affiliate | 3,454 |
| 2/8/2023 | Servicio Humano 3F del Centro, SA DE CV | Legal expenses | Non-Debtor Affiliate | 477 |
| 2/8/2023 | 3F Global Consultores, SC | Facility/Office expenses | Non-Debtor Affiliate | 607 |
| 2/6/2023 | Hinson Business Park Association | Facility/Office expenses | Debtor affiliate | 481 |
| 2/16/2023 | Krier Foods, Inc. | Freight & handling | Debtor affiliate | 928 |
| 2/3/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 44,734 |
| 2/9/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 95,232 |
| 2/22/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 5,398 |
| 2/7/2023 | Alcohol and Tobacco Tax and Trade TTB | Others | Debtor affiliate | 61,526 |
| 2/2/2023 | Brigard & Urrutia Abogados S.A.S | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 174 |
| 2/8/2023 | Patent & Law Firm YUS, LLC | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 520 |
| 2/9/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 603 |
| 2/10/2023 | TMF PERU S.R.L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 2,962 |
| 2/3/2023 | TMF PERU S.R.L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 14,123 |
| 2/10/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 757 |
| 2/21/2023 | Rivadeneyra Trevinio y de Campo SC | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 3,601 |
| 2/21/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 302 |
| 2/21/2023 | Estudio Olaechea S. Civil De R. L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 190 |
| 2/23/2023 | Estudio Olaechea S. Civil De R. L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 496 |
| 2/24/2023 | Brigard & Urrutia Abogados S.A.S | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,480 |
| 2/24/2023 | IPnavigent Associates, Inc | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 700 |
| 2/13/2023 | Owoc, Megan | Employee Expense Reimbursement | Relative of an Officer | 715 |
| 2/28/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 315 |
| 2/7/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 245 |
| 2/10/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 288 |
| 2/16/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 289 |
| 2/1/2023 | Owoc, Krista Marie | Employee Expense Reimbursement | Relative of an Officer | 800 |
| 2/7/2023 | Bukovi, Eugene | Employee Expense Reimbursement | Officer of affiliate | 430 |
| 2/10/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 11,723 |
| 2/10/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 3,837 |
| 2/10/2023 | Owoc, John H | Payroll (bi-weekly payment) | Officer | 68,867 |
| 2/10/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 2/10/2023 | Owoc, Megan | Payroll (bi-weekly payment) | Relative of an Officer | 7,885 |
| 2/10/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,231 |
| 2/10/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 534 |
| 2/24/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 11,723 |
| 2/24/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 3,837 |
| 2/24/2023 | Owoc, John H | Payroll (bi-weekly payment) | Officer | 68,867 |
| 2/24/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 2/24/2023 | Owoc, Megan | Payroll (bi-weekly payment) | Relative of an Officer | 7,885 |
| 2/24/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,231 |
| 2/24/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 1,050 |