**Vital Pharmaceuticals, Inc.**
**Payments on Pre-Petition Debts**
For the Period 02/01/2023 through 02/28/2023

| Date | Supplier | Supplier Category | Debtor | Amount |
|---|---|---|---|---|
| 2/24/2023 | ███ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 137,904 |
| 2/24/2023 | ███ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 99,346 |
| 2/24/2023 | ███ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 48,252 |
| 2/27/2023 | ███ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 4,019 |
| 2/7/2023 | Employee Expenses | Employee expenses | Vital Pharmaceuticals, Inc. | 4,629 |
| 2/8/2023 | Mutual of Omaha | Employee expenses | Vital Pharmaceuticals, Inc. | 82 |
| 2/2/2023 | Lane IP Limited | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 10,247 |
| 2/23/2023 | Route DBA SOS | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 51 |
| 2/23/2023 | Spoor & Fisher | Legal expenses | Vital Pharmaceuticals, Inc. | 1,320 |
| **Total Payments for Pre-Petition Debts** | | | $ | **305,851** |