**Vital Pharmaceuticals, Inc.**
Schedule of Assets Sold
For the Period 02/01/2023 through 02/28/2023

| Sold to | Asset Description | Sale Price ($) | Payoff amount ($) | Date of Sale |
|---|---|---:|---:|---|
| Bill's Distributing | 2020 ISUZU NPRHD Vin# 54DC4W1D4LS208604 | $ 91,000 | $ 42,911 | 02/10/2023 |
| Jo's Globe Distributing | 2020 ISUZU NPRHD Vin# 54DC4W1D1LS208852 | 65,000 | 42,911 | 02/22/2023 |
| Southern Distributing | 2018 Chev Vin #: 54DCDW1BXJS802206 | 56,000 | 8,066 | 02/07/2023 |
|  |  | $ 212,000 | $ 93,888 |  |