**Vital Pharmaceuticals, Inc.**
Schedule of Postpetition Borrowing
For the Period 02/01/2023 through 02/28/2023

| Drawdown Date | Lender | Loan Type | Category | Amount ($) |
|---|---|---|---|---:|
| Beginning balance as on 01/01/2023 | | | | $ 7,000,000 |
| January 10, 2022 | Truist Bank | DIP Financing | Drawdown | $ 235,000,000 |
| January 10, 2022 | Truist Bank | DIP Financing | Drawdown | 9,000,000 |
| January 23, 2022 | Truist Bank | DIP Financing | Drawdown | 9,000,000 |
| January 30, 2022 | Truist Bank | DIP Financing | Repayment | (1,500,000) |
| February 13, 2023 | Truist Bank | DIP Financing | Repayment | (500,000) |
| **Total** | | | | **$ 258,000,000** |