**Vital Pharmaceuticals, Inc.**
Summary Schedule of Outstanding Postpetition Tax Return Filing Liabilities
For the Period 02/01/2023 through 02/28/2023

| Disbursement Date | Payee | Type of Payment | Amount Due $ |
|---|---|---|---|
| tbd | CalRecycle | California container tax / fee for January 2023 | $ 24,861 |
| 3/30/2023 | Broward County | Personal Property Tax - 1600 N Park Drive | 22,758 |
| 3/30/2023 | Broward County | Personal Property Tax - 1951 N Commerce | 21,290 |
| 3/30/2023 | Broward County | Personal Property Tax - 20311 Sheridan St | 81,918 |
|  |  |  | $ 150,826 |