```
999-99-99-99 40386  0 C 001 30   50 004
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600 N PARK DR
WESTON FL 33326-3278
```

## Your account statement
For 02/28/2023

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

### ■ COMMERCIAL INTEREST CHECKING XXXXXXXX7174

**Account summary**

| | |
|---|---|
| Your previous balance as of 01/31/2023 | $11,291,783.90 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 29,241,428.90 |
| Deposits, credits and interest | + 22,729,593.32 |
| Your new balance as of 02/28/2023 | = $4,779,948.32 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $466.92 |
| 2023 interest paid year-to-date | $1,188.87 |
| Interest rate | 0.10% |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/01 | Payment    ATT PAYL Vital Pharmaceuticals | 411.85 |
| 02/01 | Payment    ATT PAYL Vital Pharmaceuticals | 458.01 |
| 02/01 | DIR DEP    OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,155.95 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00002416 | 202,277.46 |
| 02/01 | PC INTL USD WIRE WIRE REF# 20230201-00031853 | 938.09 |
| 02/01 | PC INTL USD WIRE WIRE REF# 20230201-00031850 | 1,200.00 |
| 02/01 | PC INTL USD WIRE WIRE REF# 20230201-00031852 | 3,146.46 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00031844 | 16,080.00 |
| 02/01 | PC INTL USD WIRE WIRE REF# 20230201-00031851 | 1,327.00 |
| 02/01 | PC BOOK WIRE TRANSFER WIRE REF# 20230201-00031914 CDT ACCT: XXXXXXXXX8264 | 92.00 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00031913 | 1,073.15 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00031917 | 3,510.78 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00032059 | 8,411.14 |
| 02/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230201-00032060 | 99,353.16 |
| 02/01 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230201-00031918 | 89,621.04 |
| 02/01 | ACH SETTLEMENT | 64,867.34 |
| 02/02 | Payment    ATT PAYM Vital Pharmaceutical | 50.46 |
| 02/02 | PAYMENT    1489 EXTRA SPACE 5454 | 98.00 |
| 02/02 | PAYMENT    1489 EXTRA SPACE 5524 | 98.00 |
| 02/02 | PAYMENT    8528 Extra Space 9565 | 98.20 |
| 02/02 | ACH CORP DEBIT BILL PAY    FRONTIER COMMUNI VITAL PHARMACEUTICALS CUSTOMER ID 17082356301 | 126.73 |
| 02/02 | Payment    ATT PAYM VITAL PHARMACEUTICAL | 276.92 |
| 02/02 | PAYMENT    1489 EXTRA SPACE 5468 | 368.20 |
| 02/02 | PAYMENT    1489 EXTRA SPACE 5510 | 424.20 |
| 02/02 | PAYMENT    8528 Extra Space 9613 | 435.20 |
| 02/02 | 0121D    Green Mountain E 3743 VITAL PHARMACEUTICALS, | 1,197.14 |
| 02/02 | Payment    ATT PAYM Vital Pharmaceuticals | 2,299.89 |
| 02/02 | TELEPHONE PAYMENT Product    Modern Storage M | 302.25 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▇▇▇▇▇▇7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230202-00026753 | 201,816.21 |
| 02/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230202-00026772 | 240,750.24 |
| 02/02 | PC INTL USD WIRE WIRE REF# 20230202-00026807 | 13,032.68 |
| 02/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230202-00026804 | 1,570,473.68 |
| 02/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230202-00026850 | 152,602.04 |
| 02/02 | PC INTL USD WIRE WIRE REF# 20230202-00027048 | 3,944.38 |
| 02/02 | PC INTL USD WIRE WIRE REF# 20230202-00027047 | 70,944.02 |
| 02/02 | ACH SETTLEMENT | 242,780.36 |
| 02/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 6700701229 | 40.04 |
| 02/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701158116 | 93.01 |
| 02/03 | RENTAL     Public Storage I 4305 VITAL PHARMACEUTICAL | 251.00 |
| 02/03 | RENTAL     Public Storage I 4306 VITAL PHARMACEUTICAL | 324.00 |
| 02/03 | PAYMENT    JEA Utilities 2869 VITAL PHARMACEUTICALS | 748.15 |
| 02/03 | INTERNET PAYMENT UTILITY    LU PARKWATER 7686413 | 436.56 |
| 02/03 | ACH CORP DEBIT WEB PAY    LADWP Vital Pharmaceuticals CUSTOMER ID 9278578377 | 807.08 |
| 02/03 | INTERNET PAYMENT UTILITY    LU PARKWATER 7686413 | 855.08 |
| 02/03 | ACH CORP DEBIT WEB PAY    LADWP Vital Pharmaceuticals CUSTOMER ID 5380492101 | 1,173.08 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00024401 | 1.50 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00025587 | 1.50 |
| 02/03 | SUREPAY-S1 SRP 8007 VITAL PHARMACEUTICALS | 1,376.83 |
| 02/03 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 3,408.49 |
| 02/03 | SUREPAY-S1 SRP 8009 VITAL PHARMACEUTICALS | 7,189.70 |
| 02/03 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230203-00028522 | 870.48 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028513 | 2,998.50 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028519 | 3,457.44 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028514 | 6,512.00 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028515 | 6,904.00 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028516 | 10,000.00 |
| 02/03 | PC INTL USD WIRE WIRE REF# 20230203-00028524 | 14,123.84 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028517 | 17,041.20 |
| 02/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230203-00028671 | 816,912.02 |
| 02/03 | ACH SETTLEMENT | 416,545.68 |
| 02/06 | SPECTRUM   SPECTRUM 4297 VITAL PHARMACEUTICAL | 120.08 |
| 02/06 | INTERNET PAYMENT BILLPAY    CITY OF ONTARIO CITY  OF ONTARI | 408.95 |
| 02/06 | INTERNET PAYMENT DRAFT     DOMINION ENERGY 7210120452909 | 3,001.04 |
| 02/06 | INTERNET PAYMENT DRAFT     DOMINION ENERGY 7210120452863 | 3,522.72 |
| 02/06 | PC NON-REPETITIVE WIRE WIRE REF# 20230206-00013538 | 32,498.50 |
| 02/06 | PC NON-REPETITIVE WIRE WIRE REF# 20230206-00025501 | 63,650.99 |
| 02/06 | SUREPAY-S1 SRP 8001 VITAL PHARMACEUTICALS | 27,992.46 |
| 02/06 | PC NON-REPETITIVE WIRE WIRE REF# 20230206-00026699 | 35,000.00 |
| 02/06 | ACH SETTLEMENT | 304,284.84 |
| 02/07 | INTERNET PAYMENT SOFTWARE   CONNECTWISE, LLC 1341562 | 1,458.00 |
| 02/07 | Payment   ATT PAYQ Vital Pharmaceuticals | 2,146.32 |
| 02/07 | INTERNET PAYMENT BILL PAYMT SO CAL EDISON CO 700753947395 | 2,219.43 |
| 02/07 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4726028 | 2,591.74 |
| 02/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230207-00012517 | 9,918.64 |
| 02/07 | PC BOOK WIRE TRANSFER WIRE REF# 20230207-00021662 CDT ACCT:  XXXXXXXXX0783 | 33,450.42 |
| 02/08 | DIRECT PMT CITY OF PEMBROKE 4609 CORE 5 INDUSTRIAL PART | 164.68 |
| 02/08 | DIRECT PMT CITY OF PEMBROKE 4517 SHERIDAN REAL ESTATE I | 179.58 |
| 02/08 | DIRECT PMT CITY OF PEMBROKE 9036 VITAL PHARMACEUTICAL | 1,364.08 |
| 02/08 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 19,731.01 |
| 02/08 | ACH CORP DEBIT WEB PAY    LADWP Vital Pharmaceuticals CUSTOMER ID 5380492101 | 6,907.71 |
| 02/08 | OUTGOING WIRE TRANSFER WIRE REF# 20230208-00015115 | 2,375,379.88 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025258 | 7,152.59 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025292 | 1,827.00 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025291 | 36,438.70 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025325 | 504.00 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025322 | 50,695.94 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025343 | 1,316.25 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025341 | 5,539.00 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025350 | 1,974.63 |

*continued*



Page 3 of 7     02/28/23
FL         7174

Case 22-17842-PDR    Doc 1114-11    Filed 03/31/23    Page 3 of 7

■ COMMERCIAL INTEREST CHECKING          7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025358 | 10,493.94 |
| 02/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230208-00025387 | 37,400.00 |
| 02/08 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230208-00025399 | 85.43 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025406 | 477.49 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025419 | 606.98 |
| 02/08 | PC INTL USD WIRE WIRE REF# 20230208-00025388 CDT ACCT: XXXXXXXXX4466 | 520.08 |
| 02/08 | ACH SETTLEMENT | 39,810.00 |
| 02/09 | OUTGOING WIRE TRANSFER WIRE REF# 20230209-00006321 | 879,729.81 |
| 02/09 | OUTGOING WIRE TRANSFER WIRE REF# 20230209-00007124 | 20,696.05 |
| 02/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230209-00010094 | 576,000.00 |
| 02/09 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230208-00025182 | 114,442.45 |
| 02/09 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230209-00023812 | 608.11 |
| 02/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230209-00023840 | 109,808.89 |
| 02/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230209-00023870 | 80,029.90 |
| 02/09 | PC INTL USD WIRE WIRE REF# 20230209-00024237 | 892.11 |
| 02/09 | SUREPAY-S1 SRP 8008 VITAL PHARMACEUTICALS | 27,021.62 |
| 02/09 | ACH SETTLEMENT | 418,405.62 |
| 02/10 | 260498649  COMCAST 8495600 4947 VITAL *PHARMACEUTICAL | 301.25 |
| 02/10 | ACH CORP DEBIT QUENCH USA QUENCH USA, INC. VITAL PHARMACEUTICALS CUSTOMER ID M64195476337 | 1,883.22 |
| 02/10 | ACH CORP DEBIT GRPW PREM  UNITED G000BNP4 - Vital Pharm CUSTOMER ID 2302090862132 | 46,552.77 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00026893 | 2,191.08 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00026888 | 65,000.00 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00026940 | 8,421.70 |
| 02/10 | PC INTL USD WIRE WIRE REF# 20230210-00026975 | 733.00 |
| 02/10 | PC INTL USD WIRE WIRE REF# 20230210-00026973 | 2,961.56 |
| 02/10 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230210-00027017 | 756.98 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00027011 | 15,747.31 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00027056 | 23,657.02 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00027104 | 125,255.15 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00027140 | 38,739.42 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00027185 | 42,910.80 |
| 02/10 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 16,264.05 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00029375 | 137,484.60 |
| 02/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230210-00030030 | 200,000.00 |
| 02/10 | ACH SETTLEMENT | 5,791.00 |
| 02/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 32.63 |
| 02/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 888.64 |
| 02/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 4,142.64 |
| 02/13 | Payment   ATT PAYW VITAL PHARMACEUTICALS | 144.45 |
| 02/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230213-00010268 CDT ACCT: XXXXXXXXX0783 | 500,000.00 |
| 02/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230213-00025148 CDT ACCT: XXXXXXXXX0783 | 94,991.39 |
| 02/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230213-00025149 CDT ACCT: XXXXXXXXX0783 | 2,640,595.97 |
| 02/13 | PC NON-REPETITIVE WIRE WIRE REF# 20230213-00025731 | 104,460.07 |
| 02/13 | ACH SETTLEMENT | 815,929.21 |
| 02/14 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019732 | 596.37 |
| 02/14 | PAYMENT   7459 Extra Space 0771 | 165.08 |
| 02/14 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4789787 | 386.00 |
| 02/14 | ACH CORP DEBIT PAYMENT    Greystone Power VitalPharmaceuticals CUSTOMER ID 990000253735763 | 585.57 |
| 02/14 | SALE     DISCOUNT FORKLIF XXXX JOHN OMEARA | 1,658.14 |
| 02/14 | ACH CORP DEBIT WEB PAY    LADWP Vital Pharmaceuticals CUSTOMER ID 9278578377 | 1,679.23 |
| 02/14 | ACH CORP DEBIT PAYMENT    Greystone Power VitalPharmaceuticals CUSTOMER ID 990000253735762 | 9,988.80 |
| 02/14 | ACH CORP DEBIT PAYMENT    Greystone Power VitalPharmaceuticals CUSTOMER ID 990000253735765 | 10,476.65 |
| 02/14 | ACH CORP DEBIT PAYMENT    Greystone Power VitalPharmaceuticals CUSTOMER ID 990000253735764 | 13,480.61 |
| 02/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230214-00024771 | 82,385.42 |
| 02/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230214-00024763 | 3,599,593.20 |
| 02/14 | ACH SETTLEMENT | 8,065.28 |

*continued*

0037330

■ PAGE 3 OF 7

■ COMMERCIAL INTEREST CHECKING ▒▒▒▒▒▒▒7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/15 | 021323EK   PNP BILLPAYMENT 8821 VITAL PHARMACEUTICALS | 63.87 |
| 02/15 | MORNINGSTA MORNINGSTAR STOR 8554 STEVE KRIZ | 298.80 |
| 02/15 | RECURRING INTERNET PAYMENT BILL PAY   DUKEENERGY 910135848232 | 1,765.38 |
| 02/15 | INTERNET PAYMENT ELEC PYMT  FPL DIRECT DEBIT 9067657065 WEBI | 17,608.69 |
| 02/15 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000096720604 | 259.51 |
| 02/15 | TELEPHONE PAYMENT BILL PAY   DUKEENERGY 910135960588 | 747.19 |
| 02/15 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000096689446 | 2,570.23 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025320 | 90,468.91 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025434 | 18,144.47 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025554 | 37,395.50 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025640 | 74,167.61 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025592 | 76,111.92 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025641 | 159,212.91 |
| 02/15 | PC INTL USD WIRE WIRE REF# 20230215-00025770 | 10,158.88 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025813 | 4,865.00 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00025812 | 7,154.61 |
| 02/15 | PC INTL USD WIRE WIRE REF# 20230215-00025862 | 2,742.00 |
| 02/15 | PC INTL USD WIRE WIRE REF# 20230215-00025953 | 221.94 |
| 02/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230215-00026018 | 621,231.44 |
| 02/15 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230215-00026518 | 303.13 |
| 02/15 | PC INTL USD WIRE WIRE REF# 20230215-00025954 | 952.00 |
| 02/15 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230215-00025557 | 53,511.46 |
| 02/15 | ACH SETTLEMENT | 77,765.37 |
| 02/16 | Payment   ATT PAYA Vital Pharmaceuticals | 266.67 |
| 02/16 | ACH CORP DEBIT TRASH PYMT ATHENS SERVICES VPX CUSTOMER ID 2M00054602 | 382.82 |
| 02/16 | Payment   ATT PAYA Vital Pharmaceuticals | 467.42 |
| 02/16 | Payment   ATT PAYA Vital Pharmaceuticals | 2,278.49 |
| 02/16 | VZ BillPay VERIZON 9639 X | 5,708.34 |
| 02/16 | VZ BillPay VERIZON 6478 X | 17,349.10 |
| 02/16 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002448 | 77,836.11 |
| 02/16 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002447 | 82,426.44 |
| 02/16 | INTERNET PAYMENT 13847183   ATHENS SERVICES 888-336-6100 | 741.24 |
| 02/16 | INTERNET PAYMENT UTILITYBIL TECO/PEOPLE GAS 211026802390 | 1,508.66 |
| 02/16 | PC INTL USD WIRE WIRE REF# 20230216-00002335 | 103.59 |
| 02/16 | PC INTL USD WIRE WIRE REF# 20230216-00002361 | 247.00 |
| 02/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230216-00024988 | 145,651.50 |
| 02/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230216-00025189 | 20,488.85 |
| 02/16 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230216-00026201 | 521.78 |
| 02/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230216-00026478 | 42,910.90 |
| 02/16 | ACH SETTLEMENT | 465,798.42 |
| 02/17 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701213766 | 968.95 |
| 02/17 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 0008948697 | 3,222.14 |
| 02/17 | VZ BillPay VERIZON 7250 X | 4,978.28 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00001300 | 23,990.40 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00030618 | 91,297.08 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00030584 | 140,278.04 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00030586 | 360,715.02 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00030639 | 104,761.19 |
| 02/17 | PC INTL USD WIRE WIRE REF# 20230217-00030839 | 32,625.00 |
| 02/17 | PC INTL USD WIRE WIRE REF# 20230217-00030994 | 10,000.00 |
| 02/17 | PC INTL USD WIRE WIRE REF# 20230217-00030995 | 10,487.40 |
| 02/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230217-00031021 | 8,567.37 |
| 02/17 | ACH SETTLEMENT | 74,685.82 |
| 02/21 | INTERNET PAYMENT BILL PYMNT ACHMA VISB 9209007 | 32,550.58 |
| 02/21 | 271191160  COMCAST 8535100 3512 VITAL *PHARMACEUTICAL | 174.20 |
| 02/21 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000093154704 | 1,142.19 |
| 02/21 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000093154760 | 1,806.22 |
| 02/21 | SUNRISE   CITY OF SUNRISE 3438 VITAL PHARMACEUTICALS | 3,032.96 |
| 02/21 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000093149446 | 3,581.63 |
| 02/21 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097400712 | 110.58 |
| 02/21 | Payment   ATT PAYE cleonice glanert | 118.14 |
| 02/21 | INTERNET PAYMENT BILLPAY   AUSTELL GAS SYST AUSTELL GAS SYS | 2,227.39 |

*continued*


■ COMMERCIAL INTEREST CHECKING          7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/21 | PC INTL USD WIRE WIRE REF# 20230221-00032728 | 5,714.00 |
| 02/21 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230221-00033622 | 302.15 |
| 02/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230221-00034112 | 500.00 |
| 02/21 | PC INTL USD WIRE WIRE REF# 20230221-00034262 | 189.54 |
| 02/21 | ACH SETTLEMENT | 282,686.98 |
| 02/21 | SERVICE CHARGES - PRIOR PERIOD | 3,614.82 |
| 02/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014526925 | 25.00 |
| 02/22 | PAYMENT   7059 Extra Space 5626 | 108.00 |
| 02/22 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 306951003594 | 167.80 |
| 02/22 | INTERNET PAYMENT ELEC PYMT  FPL DIRECT DEBIT 1095513170 WEBI | 353.47 |
| 02/22 | INTERNET PAYMENT 5616888912 WASTE PRO WEST P 1964232012 | 515.26 |
| 02/22 | INTERNET PAYMENT ELEC PYMT  FPL DIRECT DEBIT 9070013173 WEBI | 854.03 |
| 02/22 | INTERNET PAYMENT ELEC PYMT  FPL DIRECT DEBIT 7508316135 WEBI | 3,059.14 |
| 02/22 | TELEPHONE PAYMENT UTILITY   DDCWSA 0028755 | 3,866.48 |
| 02/22 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000099105800 | 1,806.22 |
| 02/22 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4815197 | 3,682.71 |
| 02/22 | OUTGOING WIRE TRANSFER WIRE REF# 20230222-00014040 | 1,991,305.75 |
| 02/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230222-00028124 | 95,089.16 |
| 02/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230222-00028125 | 130,159.38 |
| 02/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230222-00028178 | 1,101.52 |
| 02/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230222-00028180 | 1,437.14 |
| 02/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230222-00028179 | 24,613.90 |
| 02/22 | ACH SETTLEMENT | 1,600.00 |
| 02/22 | ACH SETTLEMENT | 25,622.78 |
| 02/23 | Payment   ATT PAYH Vital pharmaceuticals | 637.27 |
| 02/23 | 0121D     Green Mountain E 2469 VITAL PHARMACEUTICALS, | 645.87 |
| 02/23 | INTERNET PAYMENT PAYMENT   City of Pembroke 26056 | 12,580.39 |
| 02/23 | Payment   ATT PAYH Vital Pharmaceutical | 54,437.97 |
| 02/23 | PAYMENT   Greystone Power 7922 VitalPharmaceuticals | 1,274.03 |
| 02/23 | PAYMENT   Greystone Power 7849 VitalPharmaceuticals | 22,779.72 |
| 02/23 | PAYMENT   Greystone Power 7937 VitalPharmaceuticals | 27,216.26 |
| 02/23 | PAYMENT   Greystone Power 7927 VitalPharmaceuticals | 27,391.79 |
| 02/23 | OUTGOING WIRE TRANSFER WIRE REF# 20230223-00006430 | 687,849.21 |
| 02/23 | OUTGOING WIRE TRANSFER WIRE REF# 20230223-00007521 | 17,904.76 |
| 02/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230223-00008267 | 22,800.00 |
| 02/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230223-00028098 | 113,346.45 |
| 02/23 | PC BOOK WIRE TRANSFER WIRE REF# 20230223-00028097 CDT ACCT:  XXXXXXXXX0783 | 146,938.73 |
| 02/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230223-00028125 | 108,256.20 |
| 02/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230223-00028321 | 27,024.20 |
| 02/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230223-00028459 | 5,518.09 |
| 02/23 | PC INTL USD WIRE WIRE REF# 20230223-00028565 | 495.60 |
| 02/23 | PC INTL USD WIRE WIRE REF# 20230223-00028564 | 900.00 |
| 02/23 | ACH SETTLEMENT | 5,564.36 |
| 02/23 | ACH SETTLEMENT | 6,905.98 |
| 02/23 | ACH SETTLEMENT | 19,616.86 |
| 02/23 | ACH SETTLEMENT | 560,243.88 |
| 02/24 | ACH CORP DEBIT QUENCH USA QUENCH USA, INC. VITAL PHARMACEUTICALS CUSTOMER ID M64217788152 | 470.80 |
| 02/24 | PC INTL USD WIRE WIRE REF# 20230224-00002336 | 1,595.36 |
| 02/24 | PC INTL USD WIRE WIRE REF# 20230224-00002335 | 9,597.20 |
| 02/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230224-00028029 | 0.20 |
| 02/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230224-00033165 | 288,651.11 |
| 02/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230224-00033196 | 49,698.51 |
| 02/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230224-00033318 | 5,161.09 |
| 02/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230224-00033390 | 50,539.66 |
| 02/24 | ACH SETTLEMENT | 189,165.87 |
| 02/27 | PAYMENT   0739 EXTRA SPACE 3306 | 654.76 |
| 02/27 | INTERNET PAYMENT BANK DRAFT COX COMM PHX 436259363401001 | 10,955.40 |

*continued*

■ COMMERCIAL INTEREST CHECKING ███████7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/27 | PURCHASE   CUBESMART448 XXXX PHARMACEUTICAL | 267.50 |
| 02/27 | INTERNET PAYMENT CRR INCORP CR & R INCORPORA 9500271870 | 502.61 |
| 02/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230227-00018539 | 5,000.00 |
| 02/27 | PC BOOK WIRE TRANSFER WIRE REF# 20230227-00030645 CDT ACCT:  XXXXXXXXX0783 | 30,916.67 |
| 02/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230227-00030646 | 110,428.88 |
| 02/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230227-00031303 | 13,499.52 |
| 02/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230227-00031302 | 549,219.60 |
| 02/27 | ACH SETTLEMENT | 65,541.94 |
| 02/28 | ACH CORP DEBIT INSURANCE Nationwide Ins Vital Pharmaceuticals CUSTOMER ID 300000000018106 | 1,166.04 |
| 02/28 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002215 | 71,890.19 |
| 02/28 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4850958 | 384.14 |
| 02/28 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0007Vital Pharmaceut CUSTOMER ID 583976998229 | 122,799.54 |
| 02/28 | PC BOOK WIRE TRANSFER WIRE REF# 20230228-00037037 CDT ACCT:  XXXXXXXXX0783 | 1,613,570.77 |
| 02/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230228-00037656 | 70,394.33 |
| 02/28 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230228-00037906 | 5,518.15 |
| 02/28 | PC BOOK WIRE TRANSFER WIRE REF# 20230228-00037901 CDT ACCT:  XXXXXXXXX7220 | 11,779.80 |
| 02/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230228-00038610 | 60,149.32 |
| 02/28 | ACH SETTLEMENT | 136,001.03 |
| Total other withdrawals, debits and service charges | | = $29,241,428.90 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/01 | INCOMING WIRE TRANSFER WIRE REF# 20230201-00009278 | 19,980.00 |
| 02/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 567,945.05 |
| 02/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 322,045.58 |
| 02/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 746,306.63 |
| 02/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,602,466.25 |
| 02/07 | WIRE REF# 20230207-00001448 | 12,977.68 |
| 02/07 | ACH Pmt   Southern Distrib Vital Pharmaceuticals  CUSTOMER ID 11010331244 | 56,000.00 |
| 02/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 914,489.70 |
| 02/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,525,922.87 |
| 02/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 732,695.07 |
| 02/10 | ACH RETURN | 9,835.15 |
| 02/10 | INCOMING WIRE TRANSFER WIRE REF# 20230210-00009066 | 91,000.00 |
| 02/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 991,211.16 |
| 02/13 | ACH RETURN | 5,001.36 |
| 02/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 752,975.12 |
| 02/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 605,484.03 |
| 02/15 | ACH RETURN | 7,309.68 |
| 02/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,469,862.83 |
| 02/15 | INCOMING WIRE TRANSFER WIRE REF# 20230215-00027390 | 1,500,000.00 |
| 02/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 557,787.26 |
| 02/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,170,121.18 |
| 02/21 | INCOMING WIRE TRANSFER WIRE REF# 20230221-00034039 | 29,166.94 |
| 02/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 771,776.62 |
| 02/22 | INCOMING WIRE TRANSFER WIRE REF# 20230222-00017013 | 65,000.00 |
| 02/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 594,625.85 |
| 02/22 | INCOMING WIRE TRANSFER WIRE REF# 20230222-00014438 | 3,300,000.00 |
| 02/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,415,653.33 |
| 02/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 885,580.27 |
| 02/27 | WIRE REF# 20230227-00031821 | 842.00 |
| 02/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 439,347.96 |
| 02/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,565,716.83 |
| 02/28 | INTEREST PAYMENT | 466.92 |
| Total deposits, credits and interest | | = $22,729,593.32 |


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am  8pm EST Monday-Friday and 8am  5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| **How to Reconcile Your Account** | | **Outstanding Checks and Other Debits (Section A)** | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC