

```
999-99-99-99 40386  0 C 001 30 S  66 002
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278
```

# Your account statement
For 02/28/2023

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **COMMERCIAL INTEREST CHECKING** ▉▉▉▉▉▉9089

**Account summary**

| | |
|---|---|
| Your previous balance as of 01/31/2023 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 17,633,954.90 |
| Deposits, credits and interest | + 17,633,954.90 |
| Your new balance as of 02/28/2023 | = $0.00 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.00 |
| 2023 interest paid year-to-date | $0.00 |
| Interest rate | 0.10% |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 567,945.05 |
| 02/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 322,045.58 |
| 02/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 746,306.63 |
| 02/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,602,466.25 |
| 02/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 914,489.70 |
| 02/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,525,922.87 |
| 02/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 732,695.07 |
| 02/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 991,211.16 |
| 02/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 752,975.12 |
| 02/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 605,484.03 |
| 02/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,469,862.83 |
| 02/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 557,787.26 |
| 02/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,170,121.18 |
| 02/21 | SERVICE CHARGES - PRIOR PERIOD | 1,941.31 |
| 02/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 771,776.62 |
| 02/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 594,625.85 |
| 02/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,415,653.33 |
| 02/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 885,580.27 |
| 02/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 439,347.96 |
| 02/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014527174 | 1,565,716.83 |
| **Total other withdrawals, debits and service charges** | | **= $17,633,954.90** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/01 | AchBatch   Central Distribu Bang Vital Pharma | 0.00 |
| 02/01 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 37,767.88 |
| 02/01 | Receivable Legacy Distribut Vital Pharmaceuticals,  CUSTOMER ID 025UKFJHGLESFD4 | 41,489.28 |
| 02/01 | Receivable Legacy Distribut Vital Pharmaceuticals,  CUSTOMER ID 025RPTSWTRESFD5 | 42,641.76 |
| 02/01 | LOCKBOX DEPOSIT   628727 | 67,185.93 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮▮▮9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/01 | AP PAYMENT DOLLAR TREE MANA 0016VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 109,697.11 |
| 02/01 | REMOTE DEPOSIT | 131,778.82 |
| 02/01 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS CUSTOMER ID 310562 | 137,384.27 |
| 02/02 | PAYMENT PERF. FOOD GROUP 0001VITAL PHARMACEUT CUSTOMER ID | 1,280.00 |
| 02/02 | REMOTE DEPOSIT | 5,731.50 |
| 02/02 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 14,512.06 |
| 02/02 | REMOTE DEPOSIT | 15,942.64 |
| 02/02 | INCOMING WIRE TRANSFER WIRE REF# 20230202-00025818 | 16,224.00 |
| 02/02 | REMOTE DEPOSIT | 20,431.68 |
| 02/02 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 872886 | 31,186.11 |
| 02/02 | payment TURNER BEVERAGE Vital Pharmaceutical CUSTOMER ID | 38,321.65 |
| 02/02 | REMOTE DEPOSIT | 75,655.17 |
| 02/02 | LOCKBOX DEPOSIT 628727 | 102,760.77 |
| 02/03 | REMOTE DEPOSIT | 3,253.35 |
| 02/03 | Inv-144439 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 3,503.85 |
| 02/03 | PY020223 Capitol Beverage ITAL VITAL PHARMACEUTICALS | 5,679.83 |
| 02/03 | REMOTE DEPOSIT | 13,552.00 |
| 02/03 | INCOMING WIRE TRANSFER WIRE REF# 20230203-00003460 | 13,626.00 |
| 02/03 | CASHCD DANIELLJACOB0457 VITAL PHARMACEUTICALS, CUSTOMER ID VITAL PHARMACEU | 14,021.84 |
| 02/03 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 17,958.93 |
| 02/03 | Inv-144412 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 28,298.83 |
| 02/03 | LOCKBOX DEPOSIT 628727 | 29,065.68 |
| 02/03 | PY02/01/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 34,574.40 |
| 02/03 | CORP PAY HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 38,632.90 |
| 02/03 | INCOMING WIRE TRANSFER WIRE REF# 20230203-00019539 | 68,436.02 |
| 02/03 | PY02/02/23 MITCHELL REX DIS Vital Pharmaceuticals, CUSTOMER ID 007000893 | 76,100.04 |
| 02/03 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS CUSTOMER ID 310562 | 79,112.00 |
| 02/03 | PAYABLES HOFFMAN BEVERAGE BANG ENERGY CUSTOMER ID VPX101 | 80,425.08 |
| 02/03 | REMOTE DEPOSIT | 82,847.23 |
| 02/03 | INCOMING WIRE TRANSFER WIRE REF# 20230203-00005234 | 157,218.65 |
| 02/06 | AchBatch Central Distribu Bang Vital Pharma | 0.00 |
| 02/06 | REMOTE DEPOSIT | 2,319.95 |
| 02/06 | PAYMENTS WILSON MCGINLEY VITAL PHARMACEUTICALS CUSTOMER ID | 11,524.80 |
| 02/06 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 14,385.10 |
| 02/06 | LOCKBOX DEPOSIT 628727 | 35,559.78 |
| 02/06 | PAYMENTS WALGREENCO VPX REDLINE CUSTOMER ID 2001023305 | 39,163.09 |
| 02/06 | PY02/03/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 39,217.76 |
| 02/06 | PAYABLES ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 43,218.00 |
| 02/06 | AP EXPENSE DE CRESCENTE DIS 7950 VITAL PHARMACEUTICALS | 70,706.69 |
| 02/06 | PAYABLES NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 82,978.56 |
| 02/06 | INCOMING WIRE TRANSFER WIRE REF# 20230206-00024309 | 100,299.73 |
| 02/06 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS CUSTOMER ID 310562 | 113,759.75 |
| 02/06 | PAYABLES Silver Eagle Dis 0000VITAL PHARMACEUT CUSTOMER ID V13915 | 507,859.52 |
| 02/06 | PAYMENT GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 541,473.52 |
| 02/07 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 2,292.38 |
| 02/07 | PI-197973 WCM MORATO GROUP VITAL PHARMACEUTICAL CUSTOMER ID | 4,914.00 |
| 02/07 | ACH Pmt LEWISCO HOLDINGS Vital Pharmaceuticals CUSTOMER ID 11010368932 | 12,936.00 |
| 02/07 | PAYMENTS WALGREENCO VPX REDLINE CUSTOMER ID 2001029354 | 27,710.64 |
| 02/07 | PAYMENT GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 46,867.52 |
| 02/07 | PAYABLES Silver Eagle Dis 0000VITAL PHARMACEUT CUSTOMER ID V13915 | 125,812.40 |
| 02/07 | LOCKBOX DEPOSIT 628727 | 693,956.76 |
| 02/08 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 5,570.32 |
| 02/08 | AchBatch Central Distribu Bang Vital Pharma CUSTOMER ID 153888 | 32,063.19 |
| 02/08 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025XXAHVMDF0FPW | 84,515.20 |
| 02/08 | REMOTE DEPOSIT | 678,426.56 |
| 02/08 | LOCKBOX DEPOSIT 628727 | 725,347.60 |
| 02/09 | REMOTE DEPOSIT | 2,159.88 |
| 02/09 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 7,490.42 |
| 02/09 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 19,609.71 |
| 02/09 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025FETLCMJF1VQV | 200,339.44 |
| 02/09 | AP PAYMENT DOLLAR TREE MANA 0026VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 202,719.59 |
| 02/09 | REMOTE DEPOSIT | 300,376.03 |

*continued*



■ COMMERCIAL INTEREST CHECKING             9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/10 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 5,758.73 |
| 02/10 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11010658036 | 12,936.00 |
| 02/10 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001060435 | 14,221.53 |
| 02/10 | PY02/08/23 JOHN LENORE & CO VITAL PHARMACUETICALS,  CUSTOMER ID 000003209 | 20,404.16 |
| 02/10 | ACH        BILLS DISTRIBUTI XVPX VPX | 23,691.57 |
| 02/10 | CORP PAY   BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 24,405.99 |
| 02/10 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS,  CUSTOMER ID 4450 | 35,150.64 |
| 02/10 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 36,102.83 |
| 02/10 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 51,497.25 |
| 02/10 | LOCKBOX DEPOSIT   628727 | 78,524.87 |
| 02/10 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 116,687.46 |
| 02/10 | INCOMING WIRE TRANSFER WIRE REF# 20230210-00014060 | 163,892.12 |
| 02/10 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 195,345.36 |
| 02/10 | CREDITS    UB DIST AP2723 0130 VITAL PHARMACEUTICALS | 212,592.65 |
| 02/13 | PY02/10/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 1,728.72 |
| 02/13 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 12,200.08 |
| 02/13 | ACH Pmt    H. COX & SON, IN Vital Pharmaceuticals, CUSTOMER ID 11010768618 | 21,972.36 |
| 02/13 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 27,432.57 |
| 02/13 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001066742 | 31,246.79 |
| 02/13 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11010507316 | 38,992.24 |
| 02/13 | INCOMING WIRE TRANSFER WIRE REF# 20230213-00016201 | 79,521.12 |
| 02/13 | INCOMING WIRE TRANSFER WIRE REF# 20230213-00022178 | 102,939.20 |
| 02/13 | LOCKBOX DEPOSIT   628727 | 133,039.13 |
| 02/13 | AP PAYMENT DOLLAR TREE MANA 0039VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 303,902.91 |
| 02/14 | REMOTE DEPOSIT | 11,900.89 |
| 02/14 | REMOTE DEPOSIT | 33,298.58 |
| 02/14 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS,  CUSTOMER ID 4450 | 62,041.84 |
| 02/14 | AP PAYMENT DOLLAR TREE MANA 0018VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 139,537.34 |
| 02/14 | LOCKBOX DEPOSIT   628727 | 358,705.38 |
| 02/15 | REMOTE DEPOSIT | 1,172.50 |
| 02/15 | REMOTE DEPOSIT | 14,795.36 |
| 02/15 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 21,939.11 |
| 02/15 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 634107198 | 25,712.50 |
| 02/15 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000661478 | 30,492.00 |
| 02/15 | INCOMING WIRE TRANSFER WIRE REF# 20230215-00026197 | 53,779.13 |
| 02/15 | AP EXPENSE HEIDELBERG TOL 4587 VITAL PHARMACEUTICALS | 61,465.60 |
| 02/15 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 110,830.16 |
| 02/15 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 127,349.04 |
| 02/15 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11011025655 | 142,296.00 |
| 02/15 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID        310562 | 183,592.04 |
| 02/15 | LOCKBOX DEPOSIT   628727 | 696,439.39 |
| 02/16 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000661686 | 15,246.00 |
| 02/16 | Bang ACH 2 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 18,402.05 |
| 02/16 | INCOMING WIRE TRANSFER WIRE REF# 20230216-00009508 | 20,000.00 |
| 02/16 | INCOMING WIRE TRANSFER WIRE REF# 20230216-00009514 | 21,489.28 |
| 02/16 | STJ        WIL FISCHER DIS VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 36,495.20 |
| 02/16 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 38,704.78 |
| 02/16 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11011143499 | 38,808.00 |
| 02/16 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11011081850 | 38,993.01 |
| 02/16 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 40,144.72 |
| 02/16 | KCK        WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 57,047.76 |
| 02/16 | SGF        WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 57,431.92 |
| 02/16 | PAYABLE    MITCHELL BEVERAG 0893 Vital Pharmaceuticals, | 80,794.18 |
| 02/16 | LOCKBOX DEPOSIT   628727 | 94,230.36 |
| 02/17 | REMOTE DEPOSIT | 1,324.70 |
| 02/17 | AP EXPENSE OHIO VALLEY 4587 VITAL PHARMACEUTICALS | 3,649.52 |
| 02/17 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11011149115 | 13,829.76 |
| 02/17 | CREDITS    UB DIST AP2723 0130 VITAL PHARMACEUTICALS | 33,410.81 |
| 02/17 | INCOMING WIRE TRANSFER WIRE REF# 20230217-00025617 | 37,970.02 |

continued

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮▮▮9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/17 | PY02/15/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 47,384.48 |
| 02/17 | REMOTE DEPOSIT | 49,995.92 |
| 02/17 | PAYABLES ODOM EAST LLC VITAL PHARMACUETICALS, CUSTOMER ID 114780 | 83,170.64 |
| 02/17 | INCOMING WIRE TRANSFER WIRE REF# 20230217-00029503 | 86,469.13 |
| 02/17 | LOCKBOX DEPOSIT 628727 | 95,739.75 |
| 02/17 | CORP PAY HENSLEY AND CO VITAL PHARMACUETICALS, CUSTOMER ID | 154,432.32 |
| 02/17 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 244,327.41 |
| 02/17 | REMOTE DEPOSIT | 318,416.72 |
| 02/21 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 12,216.96 |
| 02/21 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 15,071.88 |
| 02/21 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 15,647.39 |
| 02/21 | PY02/17/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 35,072.85 |
| 02/21 | REMOTE DEPOSIT | 38,154.71 |
| 02/21 | ACH Pmt PURE BEVERAGE CO Vital Pharmaceuticals CUSTOMER ID 11011081532 | 41,489.28 |
| 02/21 | ACH Pmt PURE BEVERAGE CO Vital Pharmaceuticals CUSTOMER ID 11011386125 | 45,868.08 |
| 02/21 | INCOMING WIRE TRANSFER WIRE REF# 20230221-00028259 | 147,840.00 |
| 02/21 | PAYABLES Silver Eagle Dis 0000VITAL PHARMACEUT CUSTOMER ID V13915 | 185,422.46 |
| 02/21 | LOCKBOX DEPOSIT 628727 | 236,934.32 |
| 02/22 | REMOTE DEPOSIT | 192.50 |
| 02/22 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 3,422.87 |
| 02/22 | REMOTE DEPOSIT | 6,063.00 |
| 02/22 | CASH DISB BudDistBrew47 Vital Pharmaceuticals CUSTOMER ID Bang Energy | 6,914.88 |
| 02/22 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 8,643.60 |
| 02/22 | AP EXPENSE Intermountain Di 6920 VITAL PHARMACEUTICALS | 22,164.10 |
| 02/22 | LOCKBOX DEPOSIT 628727 | 23,960.06 |
| 02/22 | SENDER FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 635221932 | 25,712.50 |
| 02/22 | AchBatch Central Distribu Bang Vital Pharma CUSTOMER ID 167150 | 27,119.61 |
| 02/22 | VPX-BANG Beal Distributin VITAL PHARMACEUTICALS CUSTOMER ID | 27,717.95 |
| 02/22 | AP EXPENSE OHIO VALLEY 4587 VITAL PHARMACEUTICALS | 27,851.60 |
| 02/22 | CASHCD SERENA A KIRCH01 VITAL PHARMACEUTICALS CUSTOMER ID | 29,176.95 |
| 02/22 | CASH DISB SUP BEV 1706 Vital Pharmaceuticals CUSTOMER ID 1468 | 29,993.03 |
| 02/22 | INCOMING WIRE TRANSFER WIRE REF# 20230222-00024017 | 30,775.76 |
| 02/22 | ACH BILLS DISTRIBUTI XVPX VPX | 35,150.64 |
| 02/22 | ACH ITEM SOUND BEVERAGE D Vital Pharmaceuticals CUSTOMER ID Bang | 36,933.30 |
| 02/22 | AP EXPENSE HEIDELBERG DAY 4587 VITAL PHARMACEUTICALS | 87,262.95 |
| 02/22 | LOCKBOX DEPOSIT 628727 | 165,570.55 |
| 02/23 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 1,728.72 |
| 02/23 | REMOTE DEPOSIT | 3,333.64 |
| 02/23 | ACH Pmt PURE BEVERAGE CO Vital Pharmaceuticals CUSTOMER ID 11011611864 | 31,501.12 |
| 02/23 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 37,455.60 |
| 02/23 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 67,938.39 |
| 02/23 | LOCKBOX DEPOSIT 628727 | 91,858.64 |
| 02/23 | AP PAYMENT DOLLAR TREE MANA 0016VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 124,846.45 |
| 02/23 | LOCKBOX DEPOSIT 628727 | 1,056,990.77 |
| 02/24 | LOCKBOX DEPOSIT 628727 | 815.13 |
| 02/24 | 022223 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 1,000.00 |
| 02/24 | AP EXPENSE OHIO VALLEY 4587 VITAL PHARMACEUTICALS | 2,112.88 |
| 02/24 | REMOTE DEPOSIT | 7,051.79 |
| 02/24 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS CUSTOMER ID 2000663036 | 15,246.00 |
| 02/24 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT CUSTOMER ID ALL -000022607 | 18,325.44 |
| 02/24 | INCOMING WIRE TRANSFER WIRE REF# 20230224-00027944 | 30,618.00 |
| 02/24 | INCOMING WIRE TRANSFER WIRE REF# 20230224-00005159 | 34,215.06 |
| 02/24 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 41,074.39 |
| 02/24 | AP EXPENSE HEIDELBERG DAY 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 02/24 | PAYABLES ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 41,489.28 |
| 02/24 | CORP PAY BUDBUSCH MOB VITAL PHARMACEUTICALS, CUSTOMER ID | 61,009.00 |
| 02/24 | CREDITS UB DIST AP2723 0130 VITAL PHARMACEUTICALS | 69,300.00 |
| 02/24 | PAYABLES NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 78,560.72 |
| 02/24 | REMOTE DEPOSIT | 443,273.30 |
| 02/27 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025OEOAVHQFKMBO | 683.84 |
| 02/27 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS CUSTOMER ID 2000663255 | 13,552.00 |
| 02/27 | INCOMING WIRE TRANSFER WIRE REF# 20230227-00018596 | 13,760.05 |

*continued*


■ COMMERCIAL INTEREST CHECKING         9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/27 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 35,562.25 |
| 02/27 | PY02/24/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 35,747.73 |
| 02/27 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 36,082.58 |
| 02/27 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 43,187.23 |
| 02/27 | PAYMENT   IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 71,837.92 |
| 02/27 | INCOMING WIRE TRANSFER WIRE REF# 20230227-00011239 | 73,920.00 |
| 02/27 | LOCKBOX DEPOSIT   628727 | 115,014.36 |
| 02/28 | REMOTE DEPOSIT | 35.00 |
| 02/28 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11011964981 | 3,388.84 |
| 02/28 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11012092067 | 12,936.00 |
| 02/28 | PAYMENTS   WILSON MCGINLEY VITAL PHARMACEUTICALS  CUSTOMER ID | 17,286.86 |
| 02/28 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 31,294.77 |
| 02/28 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11011965811 | 35,342.72 |
| 02/28 | INCOMING WIRE TRANSFER WIRE REF# 20230228-00006105 | 46,675.44 |
| 02/28 | LOCKBOX DEPOSIT   628727 | 1,418,757.20 |

Total deposits, credits and interest                                              = $17,633,954.90



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| | | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC