

| Merchant Account ID: ▮▮▮▮▮▮▮▮GG5J | PayPal ID: accounts.payable@bangenergy.com | 2/1/23 - 2/28/23 |

## Statement for February 2023

Vital Pharmaceuticals. Inc.
1600 North Park Drive
33326 Weston

## Balance Summary (2/1/23 - 2/28/23)

|     | Available beginning | Available ending | Withheld beginning | Withheld ending |
|-----|---------------------|------------------|--------------------|-----------------|
| USD | -26.94              | 55.92            | 0.00               | 0.00            |
| EUR | 0.00                | 0.00             | 0.00               | 0.00            |



| Merchant Account ID: ▓▓▓▓▓▓▓▓GG5J | PayPal ID: accounts.payable@bangenergy.com | 2/1/23 - 2/28/23 |
|---|---|---|

## Activity Summary (2/1/23 - 2/28/23)

|  | USD |
|---|---:|
| **Beginning Available Balance** | -26.94 |
| Payments received | 14.98 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 0.00 |
| Fees | 14.00 |
| Chargeback | 53.88 |
| **Ending Available Balance** | 55.92 |



| Merchant Account ID: ███████GG5J | PayPal ID: accounts.payable@bangenergy.com | 2/1/23 - 2/28/23 |
|---|---|---|

## Payments received

| Description | USD |
|---|---:|
| Subscription Payment | 14.98 |
| Total | 14.98 |

## Fees

| Description | USD |
|---|---:|
| Fee Credits | 15.00 |
| Payment Fee | -1.00 |
| Total | 14.00 |

## Chargeback

| Description | USD |
|---|---:|
| Chargeback Activity | 53.88 |
| Total | 53.88 |



| Merchant Account ID: ▮▮▮▮▮▮GG5J | PayPal ID: accounts.payable@bangenergy.com | | | 2/1/23 - 2/28/23 | |

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 2/28/23 | Fee Reversal<br>ID: 87N469131C935064D | | 15.00 | 0.00 | 15.00 |
| 2/28/23 | Chargeback Reversal<br>ID: 2BN6432642018781B | | 53.88 | 0.00 | 53.88 |
| 2/28/23 | Subscription Payment<br>ID: 83E38685CH0576546 | Joseph R▮▮▮▮▮▮<br>▮▮▮▮▮▮@yahoo.com | 14.98 | -1.00 | 13.98 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).