# Corporate Business Account Statement



Page 1 of 2
Account Number: ████9699

**For the period  02/01/2023 to 02/28/2023**

VITAL PHARMACEUTICALS INC #████7842
CREDIT CARD ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures: 0
Tax ID Number: ████8430

📞 For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 313,050.53 | 55,462.08 | 4,713.34 | 363,799.27 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 6 | 55,462.08 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 6 | 55,462.08 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 4 | 4,713.34 |
| Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 0 | .00 |
| Total | 4 | 4,713.34 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 321,710.96 | 02/09 | 316,997.62 | 02/23 | 355,460.39 |
| 02/02 | 321,607.61 | 02/10 | 320,523.66 | 02/28 | 363,799.27 |
| 02/03 | 319,125.62 | 02/16 | 345,275.00 | | |

## Deposits and Other Credits

### ACH Credits

6 transactions for a total of $55,462.08

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 4,864.26 | Corporate ACH Bill.Com<br>Clearsale Llc 016Srqfsi2J4Ij9 | 00023031912995708 |
| 02/01 | 3,796.17 | Corporate ACH Bill.Com<br>Clearsale Llc 016Qndwds2J4Ij4 | 00023031912995706 |
| 02/10 | 3,526.04 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023041902961909 |
| 02/16 | 24,751.34 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023047909866281 |
| 02/23 | 10,185.39 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023054908922118 |
| 02/28 | 8,338.88 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023059902208500 |

# Corporate Business Account Statement

| VITAL PHARMACEUTICALS INC #▮7842 | For the period | 02/01/2023 to 02/28/2023 |
|---|---|---|
| CREDIT CARD ACCOUNT | Account number: | ▮9699 |
| | Page 2 of 2 | |

## Checks and Other Debits

### ACH Debits — 4 transactions for a total of $4,713.34

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/02 | 60.00 | ACH Web Sq230202 Square Inc T35Q3Zc6Mk0Weaw | 00023033908945594 |
| 02/02 | 43.35 | Corporate ACH Billing Authnet Gateway 127078448 | 00023032905418992 |
| 02/03 | 2,481.99 | Corporate ACH Cred Fees<br>5/3 Bankcard Sys Chain 0F1975 | 00023034903013946 |
| 02/09 | 2,128.00 | Corporate ACH Mps Billng Fifth Third ACH 0F1975 | 00023039907193589 |

Member FDIC                    Equal Housing Lender