# Corporate Business Account Statement

 **PNC BANK**

Page 1 of 13
Account Number: █████ 9672

**For the period   02/01/2023 to 02/28/2023**

VITAL PHARMACEUTICALS INC #████7842
OPERATING ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:   0
Tax ID Number: █████8430

☎ For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 3,014,515.71 | 8,063,198.20 | 8,982,505.35 | 2,095,208.56 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 11 | 655,095.05 |
| ACH Credits | 101 | 4,108,103.15 |
| Funds Transfers In | 1 | 3,300,000.00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 113 | 8,063,198.20 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 51 | 452,613.22 |
| Returned Items | 0 | .00 |
| ACH Debits | 147 | 3,556,151.18 |
| Funds Transfers Out | 36 | 4,969,753.37 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 1 | 3,987.58 |
| Total | 235 | 8,982,505.35 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 2,866,845.99 | 02/10 | 3,236,794.17 | 02/21 | 5,861,548.70 |
| 02/02 | 3,024,705.77 | 02/13 | 3,181,565.70 | 02/22 | 2,704,509.33 |
| 02/03 | 2,569,482.89 | 02/14 | 3,544,554.38 | 02/23 | 2,611,458.77 |
| 02/06 | 2,657,826.32 | 02/15 | 2,114,532.14 | 02/24 | 2,641,375.22 |
| 02/07 | 2,929,229.01 | 02/16 | 2,125,749.43 | 02/27 | 2,545,378.52 |
| 02/08 | 3,015,443.93 | 02/17 | 2,136,459.83 | 02/28 | 2,095,208.56 |
| 02/09 | 3,003,238.67 | | | | |

## Deposits and Other Credits

### National Lockbox         11 transactions for a total of $655,095.05

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 65,691.36 | Whls Lbx Dep 740930 | 098437923 |
| 02/02 | 32,659.20 | Whls Lbx Dep 740930 | 098654097 |
| 02/03 | 95,230.21 | Whls Lbx Dep 740930 | 098903475 |
| 02/07 | 35,150.64 | Whls Lbx Dep 740930 | 099583563 |
| 02/09 | 201,304.41 | Whls Lbx Dep 740930 | 097079085 |
| 02/10 | 7,136.68 | Whls Lbx Dep 740930 | 097343649 |

National Lockbox continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #    7842  
OPERATING ACCOUNT

For the period   02/01/2023  to  02/28/2023  
Account number:        9672  
Page 2 of 13

## Deposits and Other Credits - continued

### National Lockbox — continued
**11 transactions for a total of $655,095.05**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/13 | 35,686.98 | Whls Lbx Dep 740930 | 097753074 |
| 02/14 | 5,186.16 | Whls Lbx Dep 740930 | 098064854 |
| 02/21 | 117,618.62 | Whls Lbx Dep 740930 | 099425485 |
| 02/22 | 12,447.79 | Whls Lbx Dep 740930 | 099731060 |
| 02/27 | 46,983.00 | Whls Lbx Dep 740930 | 097752201 |

### ACH Credits
**101 transactions for a total of $4,108,103.15**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 47,113.81 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023031912581353 |
| 02/01 | 16,814.28 | Corporate ACH Transfer Shopify St-K9Z7G7Q2M2G4 | 00023031912624083 |
| 02/02 | 139,515.34 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023032907273460 |
| 02/02 | 58,978.49 | Corporate ACH Payment McLane Pmd 8500039040 | 00023032905223750 |
| 02/02 | 17,406.13 | Corporate ACH Transfer Shopify St-Y6F9W5T5G4D2 | 00023032907332828 |
| 02/02 | 893.71 | Corporate ACH Payments<br>Shoppayinst Afrm Wg6Ta9L70Rn3Z5K | 00023032904584890 |
| 02/03 | 194,369.60 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023033911595348 |
| 02/03 | 20,128.30 | Corporate ACH Transfer Shopify St-B5Q2V2F9T9S4 | 00023033911671637 |
| 02/03 | 19,913.60 | Corporate ACH Payment McLane Pmd 8500039135 | 00023033910352837 |
| 02/03 | 750.64 | Corporate ACH Payments<br>Shoppayinst Afrm Vmh4Yuluxm173Oc | 00023033909777923 |
| 02/06 | 234,677.21 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023034905498754 |
| 02/06 | 38,707.20 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008036002 | 00023034904486799 |
| 02/06 | 27,427.34 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023034906354942 |
| 02/06 | 21,826.77 | Corporate ACH Py02/03/23 Tri-Eagle Sales 00Vita | 00023033911963342 |
| 02/06 | 7,487.20 | Corporate ACH Payment McLane Pmd 8500039184 | 00023034904419391 |
| 02/06 | 826.66 | Corporate ACH Payments<br>Shoppayinst Afrm Qmqdj32Bulhmi68 | 00023034903634427 |
| 02/06 | 30.72 | Corporate ACH Savesconus<br>DFAS-Cleveland Q104U1F1Saves | 00023034906354932 |
| 02/06 | 17,988.61 | Corporate ACH Transfer Shopify St-C5Q9G5F1U0X3 | 00023037907141880 |
| 02/07 | 309,100.67 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023037910768261 |
| 02/07 | 54,147.53 | Corporate ACH Transfer Shopify St-Z8E5Y9V8A1N7 | 00023037910817969 |

ACH Credits continued on next page

# Corporate Business Account Statement

| VITAL PHARMACEUTICALS INC #7842 | For the period 02/01/2023 to 02/28/2023 |
|---|---|
| OPERATING ACCOUNT | Account number: 9672 |
| | Page 3 of 13 |

## Deposits and Other Credits - continued

### ACH Credits - continued

101 transactions for a total of $4,108,103.15

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/07 | 13,140.36 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023037910283493 |
| 02/07 | 1,229.54 | Corporate ACH Payments<br>Shoppayinst Afrm Mqgcon6Gdbugia5 | 00023037908451275 |
| 02/07 | 1,110.83 | Corporate ACH Payments<br>Shoppayinst Afrm Edk1Pzhed573Kf5 | 00023037910023898 |
| 02/07 | 1,032.47 | Corporate ACH Payments<br>Shoppayinst Afrm Zw8W7T8Aj8Kfahu | 00023037908451252 |
| 02/08 | 51,596.26 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023038904661312 |
| 02/08 | 23,071.82 | Corporate ACH Transfer Shopify St-S7C7S7L6N3Q1 | 00023038904706847 |
| 02/08 | 15,558.48 | Corporate ACH A2A Trnsfr<br>Glacier Family O Zip Inc | 00023038904819170 |
| 02/08 | 12,042.65 | Corporate ACH Payment McLane Pmd 8500039319 | 00023038903458444 |
| 02/08 | 3,392.00 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023038904283926 |
| 02/08 | 1,525.86 | Corporate ACH Payments<br>Shoppayinst Afrm V0Unsnsc7Kx1Ypv | 00023038902902346 |
| 02/09 | 138,241.29 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023039908295990 |
| 02/09 | 17,693.68 | Corporate ACH Transfer Shopify St-H9R2U8Z0G4I0 | 00023039908344449 |
| 02/09 | 13,837.60 | Corporate ACH Payment McLane Pmd 8500039375 | 00023039906651296 |
| 02/09 | 587.61 | Corporate ACH Payments<br>Shoppayinst Afrm 18Ndzawg4Jducht | 00023039906156970 |
| 02/10 | 205,766.85 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023040911820024 |
| 02/10 | 17,026.04 | Corporate ACH Transfer Shopify St-S5S8H0C2A9W1 | 00023040911828724 |
| 02/10 | 2,561.41 | Corporate ACH Payments<br>Shoppayinst Afrm Xb7P0G278U0Vqcx | 00023040911012875 |
| 02/10 | 1,724.80 | Corporate ACH Payment McLane Pmd 8500039430 | 00023040910564364 |
| 02/10 | 739.80 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023040911259361 |
| 02/13 | 331,248.16 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023041905092422 |
| 02/13 | 17,636.80 | Corporate ACH Payment McLane Pmd 8500039534 | 00023041904165552 |
| 02/13 | 9,676.80 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008038274 | 00023041904213783 |
| 02/13 | 686.99 | Corporate ACH Payments<br>Shoppayinst Afrm Xlsewk09Jqehxpr | 00023041903513510 |
| 02/13 | 15,883.15 | Corporate ACH Transfer Shopify St-L7X0N2H5U4D2 | 00023044906536544 |

ACH Credits continued on next page

# Corporate Business Account Statement

| | |
|---|---|
| VITAL PHARMACEUTICALS INC #▮7842<br>OPERATING ACCOUNT | For the period   02/01/2023 to 02/28/2023<br>Account number:   ▮9672<br>Page 4 of 13 |

## Deposits and Other Credits - continued

### ACH Credits  - continued

101 transactions for a total of $4,108,103.15

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/14 | 317,739.73 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023044910135415 |
| 02/14 | 72,041.16 | Corporate ACH Transfer Shopify St-W9Y9Z1A3E7A1 | 00023044910178069 |
| 02/14 | 1,546.41 | Corporate ACH Payments<br>Shoppayinst Afrm 5SW5Nk6979Cce7R | 00023044907823479 |
| 02/14 | 805.21 | Corporate ACH Payments<br>Shoppayinst Afrm 299Gpcfijl1Jf3S | 00023044907823453 |
| 02/14 | 672.66 | Corporate ACH Payments<br>Shoppayinst Afrm Pk9Jg7M2Evytwr9 | 00023044907823439 |
| 02/15 | 53,787.37 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023045904164065 |
| 02/15 | 29,772.40 | Corporate ACH ACH Pymt Mk Distributors 02Vitalp | 00023045904307800 |
| 02/15 | 7,948.59 | Corporate ACH Transfer Shopify St-R6F2K6G5W2C1 | 00023045904204737 |
| 02/15 | 1,694.04 | Corporate ACH Payment McLane Pmd 8500039623 | 00023045903282525 |
| 02/15 | 494.68 | Corporate ACH Payments<br>Shoppayinst Afrm Hod6Qkgkqnflonb | 00023045902147693 |
| 02/16 | 141,781.34 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023046908566062 |
| 02/16 | 9,107.90 | Corporate ACH Transfer Shopify St-C4D0E8L4D5X2 | 00023046908622287 |
| 02/16 | 2,822.40 | Corporate ACH Payment McLane Pmd 8500039736 | 00023046906506665 |
| 02/16 | 452.51 | Corporate ACH Payments<br>Shoppayinst Afrm 8Kd1Kjft6Utw0X2 | 00023046905920586 |
| 02/17 | 21,867.75 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023047912491232 |
| 02/17 | 10,504.00 | Corporate ACH Payment McLane Pmd 8500039781 | 00023047911151662 |
| 02/17 | 10,266.09 | Corporate ACH Transfer Shopify St-Q5T1L7B5F4N3 | 00023047912588093 |
| 02/17 | 594.81 | Corporate ACH Payments<br>Shoppayinst Afrm 39A342V12U96Jc0 | 00023047910537506 |
| 02/17 | 283.07 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023047911942472 |
| 02/21 | 288,651.02 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023048906306290 |
| 02/21 | 17,089.60 | Corporate ACH Payment McLane Pmd 8500039880 | 00023048905105653 |
| 02/21 | 664.87 | Corporate ACH Payments<br>Shoppayinst Afrm 879Bg0Ve26Hhixk | 00023048904714555 |
| 02/21 | 188,650.36 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023052908547948 |
| 02/21 | 11,099.86 | Corporate ACH Transfer Shopify St-V2T9T0B3X9I0 | 00023052908524577 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #▮▮▮7842  
OPERATING ACCOUNT

For the period   02/01/2023 to 02/28/2023  
Account number: ▮▮▮▮▮▮9672  
Page 5 of 13

## Deposits and Other Credits - continued

### ACH Credits - continued

101 transactions for a total of $4,108,103.15

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/21 | .19 | Corporate ACH Acctverify<br>Route DBA Sos St-U9L1D5W3D5A9 | 00023052908726223 |
| 02/21 | .11 | Corporate ACH Acctverify<br>Route DBA Sos St-E9S9V4K3T2P4 | 00023052908726224 |
| 02/22 | 72,909.38 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023052913385297 |
| 02/22 | 55,386.48 | Corporate ACH Transfer Shopify St-X2T5H5Q1R9K8 | 00023052913422602 |
| 02/22 | 38,183.18 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023052912858472 |
| 02/22 | 33,229.84 | Corporate ACH A2A Trnsfr<br>Glacier Family O Zip Inc | 00023052913620372 |
| 02/22 | 1,935.36 | Corporate ACH Savesconus<br>DFAS-Cleveland Q104U1F1Saves | 00023052912858525 |
| 02/22 | 829.35 | Corporate ACH Payments<br>Shoppayinst Afrm R4Xztwz56I2Pjgv | 00023052911347623 |
| 02/22 | 775.38 | Corporate ACH Payments<br>Shoppayinst Afrm A74Hhrcul9SD279 | 00023052907957951 |
| 02/22 | 706.73 | Corporate ACH Payments<br>Shoppayinst Afrm 4Ti36M8Gmh5Hcki | 00023052907957990 |
| 02/22 | 658.88 | Corporate ACH Payment McLane Pmd 8500039934 | 00023052911386264 |
| 02/22 | 180.95 | Corporate ACH Payments<br>Shoppayinst Afrm 2Tww73Helap8J5L | 00023052907957968 |
| 02/23 | 12,030.98 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023053907295900 |
| 02/23 | 9,061.71 | Corporate ACH Transfer Shopify St-J2H0I6H0T9T1 | 00023053907689924 |
| 02/23 | 6,937.30 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023053907682178 |
| 02/23 | 172.58 | Corporate ACH Payment McLane Pmd 8500040007 | 00023053905839727 |
| 02/23 | 120.90 | Corporate ACH Payments<br>Shoppayinst Afrm Ebsbul481Rtrxrx | 00023053905923999 |
| 02/24 | 57,889.54 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023054911718094 |
| 02/24 | 9,607.22 | Corporate ACH Transfer Shopify St-Z7G7O0L2W7R3 | 00023054911795788 |
| 02/24 | 8,519.20 | Corporate ACH Payment McLane Pmd 8500040051 | 00023054910460531 |
| 02/24 | 3,867.64 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023054911181353 |
| 02/24 | 283.15 | Corporate ACH Payments<br>Shoppayinst Afrm 25Endxyb0Ij3Oy0 | 00023054912114392 |
| 02/27 | 45,987.09 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023055905208568 |
| 02/27 | 23,487.20 | Corporate ACH Payment McLane Pmd 8500040162 | 00023055904067785 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #      7842  
OPERATING ACCOUNT

For the period  02/01/2023  to  02/28/2023  
Account number:        9672  
Page 6 of 13

## Deposits and Other Credits - continued

### ACH Credits - continued

101 transactions for a total of $4,108,103.15

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/27 | 726.31 | Corporate ACH Payments<br>Shoppayinst Afrm Ia7Bmusn0Zl22R4 | 00023055903536934 |
| 02/27 | 127.36 | Corporate ACH Savesconus<br>DFAS-Cleveland NE60U1F1Saves | 00023055905983797 |
| 02/27 | 10,538.06 | Corporate ACH Transfer Shopify St-O2P9X5P7U2S4 | 00023058906695162 |
| 02/28 | 353,545.46 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023058910872675 |
| 02/28 | 34,225.35 | Corporate ACH Transfer Shopify St-W5C4F6U2H4E4 | 00023058910937747 |
| 02/28 | 645.02 | Corporate ACH Payments<br>Shoppayinst Afrm 4Oywvpftfnu61F9 | 00023058907956005 |
| 02/28 | 609.87 | Corporate ACH Payments<br>Shoppayinst Afrm 17S9Jfamp2Ipurj | 00023058908173478 |
| 02/28 | 263.91 | Corporate ACH Payments<br>Shoppayinst Afrm Atgqth4Sxgyva0V | 00023058907956034 |
| 02/28 | 9,208.58 | Returned ACH CR Return Vital Pharma | 00023059906935305 |

### Funds Transfer In

1 transaction for a total of $3,300,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/21 | 3,300,000.00 | Wire Transfer In Na2Lh1916Kmc0Azz | WNA2LH1916KMC0AZZ |

## Checks and Other Debits

### Checks and Substitute Checks

51 transactions for a total of $452,613.22

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02 | 26054 | 65.94 | 075765599 | 02/15 | 26083 | 4,043.74 | 073679104 | 02/22 | 26102 | 626.35 | 072351704 |
| 02/02 | 26067 | 195.93 | 076093130 | 02/15 | 26084 | 3,646.70 | 073679091 | 02/22 | 26103 | 1,755.16 | 072351707 |
| 02/02 | 26074 | 982.73 | 076225081 | 02/15 | 26085 | 4,204.22 | 073679090 | 02/22 | 26182 | 1,782.00 | 072701911 |
| 02/06 | 26051 | 1,182.00 | 071208921 | 02/15 | 26090 | 191.00 | 073793752 | 02/23 | 26034 | 1,645.80 | 073120581 |
| 02/07 | 26075 | 484.58 | 072274744 | 02/16 | 26079 | 279.72 | 074143962 | 02/23 | 26177 | 15,732.01 | 073565015 |
| 02/07 | 26071 | 842.75 | 073393855 | 02/16 | 26089 | 654.20 | 074148834 | 02/23 | 26095 | 23,653.94 | 073763129 |
| 02/08 | 26073 | 4,257.05 | 073757611 | 02/16 | 26091 | 80.25 | 074725318 | 02/27 | 26094 | 481.38 | 075485806 |
| 02/08 | 26076 | 5,534.27 | 074322635 | 02/16 | 26080 | 4,204.22 | 074820472 | 02/27 | 26168 | 464.65 | 076095719 |
| 02/08 | 26050 | 680.00 | 074540707 | 02/16 | 26081 | 4,204.22 | 074820473 | 02/27 | 26171 | 668.98 | 076106747 |
| 02/13 | 26072 | 2,310.00 | 070287647 | 02/21 | 26092 | 4,743.28 | 070264216 | 02/27 | 26170 | 714.93 | 077072526 |
| 02/13 | 26088 | 305.12 | 070663304 | 02/21 | 26077 | 171.41 | 071397105 | 02/27 | 26176 | 52.20 | 077036232 |
| 02/13 | 26059 | 323,372.00 | 071019405 | 02/21 | 26096 | 2,723.15 | 071326435 | 02/27 | 26093 | 2,775.26 | 077332320 |
| 02/13 | 26087 | 1,429.86 | 071114360 | 02/21 | 26098 | 2,295.00 | 071536036 | 02/27 | 26165 | 2,500.00 | 077525627 |
| 02/13 | 26086 | 818.40 | 071444942 | 02/21 | 26099 | 690.48 | 071522485 | 02/27 | 26175 | 865.43 | 077716014 |
| 02/14 | 26078 | 350.00 | 072414328 | 02/22 | 26052 | 3,067.59 | 072305348 | 02/28 | 25977 | 7,500.00 | 077792980 |
| 02/14 | 26017 | 1,791.90 | 072620809 | 02/22 | 26100 | 453.68 | 072351706 | 02/28 | 26167 | 1,466.39 | 009078772 |
| 02/15 | 26082 | 4,113.78 | 073679105 | 02/22 | 26101 | 427.07 | 072351705 | 02/28 | 26174 | 5,132.50 | 071069681 |

### ACH Debits

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 27,039.17 | ACH Settlement Payments Vital Pharma | 00023032908734497 |
| 02/01 | 250,250.00 | Corporate ACH Payment Quarterly Fee 0000 | 00023031913553624 |
| 02/02 | 3,000.00 | ACH Settlement Payments Vital Pharma | 00023033912776838 |
| 02/02 | 85,971.69 | ACH Web Debit Federal Express Epa68492437 | 00023032905388737 |
| 02/02 | 607.63 | Corporate ACH Monch Prop<br>Monch Properties 72b0d528f31 | 00023032907707242 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #░░░7842  
OPERATING ACCOUNT

For the period   02/01/2023 to 02/28/2023  
Account number: ░░░░░░9672  
Page 7 of 13

## Checks and Other Debits - continued

### ACH Debits - continued

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/02 | 403.39 | Corporate ACH Monch Prop<br>Monch Properties 57a0b9e4c07 | 00023032907707243 |
| 02/02 | 256.08 | ACH Web Debit Federal Express Epa68495723 | 00023032905388734 |
| 02/02 | 109.70 | Corporate ACH Personal M<br>Personal Mini St fc1db119555 | 00023032904540022 |
| 02/03 | 612,100.00 | ACH Settlement Payments Vital Pharma | 00023034906609442 |
| 02/03 | 62,500.00 | ACH Settlement Payments Vital Pharma | 00023034906609441 |
| 02/03 | 2,216.00 | ACH Settlement Payments Vital Pharma | 00023034906609443 |
| 02/03 | 4,777.30 | ACH Web Internet<br>Robert Half, Inc 043000095025606 | 00023033807947860 |
| 02/03 | 4,263.20 | ACH Web Internet<br>Robert Half, Inc 043000095025622 | 00023033807947862 |
| 02/03 | 3,978.00 | ACH Web Internet<br>Robert Half, Inc 043000094969066 | 00023033807367561 |
| 02/03 | 3,358.61 | ACH Web Internet<br>Robert Half, Inc 043000095025598 | 00023033807947859 |
| 02/03 | 1,833.37 | ACH Web Internet<br>Robert Half, Inc 043000095025638 | 00023033807947864 |
| 02/03 | 1,644.40 | ACH Web Internet<br>Robert Half, Inc 043000094936120 | 00023033808241093 |
| 02/03 | 1,605.73 | ACH Web Internet<br>Robert Half, Inc 043000094968978 | 00023033807367550 |
| 02/03 | 1,563.81 | ACH Web Internet<br>Robert Half, Inc 043000094975026 | 00023033807659775 |
| 02/03 | 558.00 | ACH Web 7609382868 Big Mine Self St | 00023033910306242 |
| 02/03 | 252.00 | ACH Debit Rental<br>Public Storage I 000000040355087 | 00023033911660771 |
| 02/03 | 242.00 | ACH Debit Rental<br>Public Storage I 000000040354663 | 00023033911660709 |
| 02/03 | 168.07 | ACH Web Debit Federal Express Epa68501500 | 00023033910372449 |
| 02/03 | 13.15 | Corporate ACH Echeckpay Readyrefresh 6700461436 | 00023033911555604 |
| 02/03 | 3.89 | Corporate ACH Echeckpay Readyrefresh 0127493468 | 00023033911555621 |
| 02/06 | 8,200.00 | ACH Settlement Payments Vital Pharma | 00023037911814127 |
| 02/06 | 184,438.73 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230336419 | 00023034903635586 |
| 02/06 | 357.55 | ACH Web Cable Advanced Cable 7949626 | 00023034905888330 |
| 02/07 | 53,329.01 | ACH Settlement Payments Vital Pharma | 00023038905494151 |
| 02/07 | 47,715.64 | ACH Settlement Payments Vital Pharma | 00023038905494149 |
| 02/07 | 10,100.00 | ACH Settlement Payments Vital Pharma | 00023038905494153 |
| 02/07 | 7,000.00 | ACH Settlement Payments Vital Pharma | 00023038905494152 |
| 02/07 | 600.00 | ACH Settlement Payments Vital Pharma | 00023038905494150 |
| 02/07 | 1,231.49 | Corporate ACH Cloud_plat Google US003Swo1L | 00023037908479407 |

ACH Debits continued on next page

# Corporate Business Account Statement

| | |
|---|---|
| VITAL PHARMACEUTICALS INC #▮▮7842<br>OPERATING ACCOUNT | For the period  02/01/2023 to 02/28/2023<br>Account number:  ▮▮9672<br>Page 8 of 13 |

## Checks and Other Debits - continued

### ACH Debits - continued

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/07 | 3,378.23 | ACH Web Paymentrec Verizon U0217126 | 00023037908395834 |
| 02/07 | 3,124.80 | Corporate ACH Web Pay<br>Comcast Business 934558726 | 00023037911269821 |
| 02/07 | 1,484.22 | ACH Web Rsibillpay<br>Republicservices 306951003595 | 00023037909189860 |
| 02/07 | 905.03 | ACH Web Rsibillpay<br>Republicservices 306950020443 | 00023037909189858 |
| 02/07 | 279.27 | ACH Web Paymt Life Storage 000000000057949 | 00023037910922193 |
| 02/07 | 277.00 | ACH Web Paymt Life Storage 000000000058942 | 00023037909190522 |
| 02/07 | 92.30 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023037909189850 |
| 02/08 | 3,210.00 | ACH Settlement Payments Vital Pharma | 00023039909437517 |
| 02/08 | 4,610.00 | ACH Debit Bank Draft<br>Cox Comm Phx 436259286001001 | 00023038902862245 |
| 02/08 | 180.83 | ACH Debit  Bankdraft<br>Cox Comm Las 476099531303001 | 00023038902862232 |
| 02/09 | 47,133.46 | ACH Settlement Payments Vital Pharma | 00023040912765998 |
| 02/09 | 45,792.45 | ACH Settlement Payments Vital Pharma | 00023040912766000 |
| 02/09 | 5,300.00 | ACH Settlement Payments Vital Pharma | 00023040912766002 |
| 02/09 | 2,087.52 | ACH Settlement Payments Vital Pharma | 00023040912765999 |
| 02/09 | 163.54 | ACH Settlement Payments Vital Pharma | 00023040912766001 |
| 02/09 | 100,000.00 | Corporate ACH Mq *Spende Mq 4393471 | 00023040909493445 |
| 02/09 | 96,124.51 | ACH Web Debit Federal Express Epa68549698 | 00023039906805615 |
| 02/09 | 26,680.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 011-0323948-001 | 00023039908189343 |
| 02/09 | 17,349.10 | ACH Web Paymentrec Verizon U0216478 | 00023039906134863 |
| 02/09 | 16,240.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 005-0323948-002 | 00023039908189341 |
| 02/09 | 14,262.30 | ACH Web Debit Federal Express Epa68549697 | 00023039906805614 |
| 02/09 | 5,708.34 | ACH Web Paymentrec Verizon U0219639 | 00023039906134862 |
| 02/09 | 4,978.28 | ACH Web Paymentrec Verizon U0217250 | 00023039906134860 |
| 02/09 | 1,815.04 | Corporate ACH Echeckpay Readyrefresh 6701213763 | 00023039908270497 |
| 02/09 | 235.31 | ACH Web Debit Federal Express Epa68552985 | 00023039906805612 |
| 02/10 | 1,400.08 | ACH Settlement Payments Vital Pharma | 00023041906060874 |
| 02/13 | 4,454.85 | ACH Web Internet<br>Robert Half, Inc 043000099226298 | 00023041807772671 |
| 02/13 | 1,827.20 | ACH Web Internet<br>Robert Half, Inc 043000099195880 | 00023041808061552 |
| 02/13 | 131,178.21 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230406533 | 00023041903520892 |

ACH Debits continued on next page

# Corporate Business Account Statement

| | |
|---|---|
| VITAL PHARMACEUTICALS INC #‐‐‐7842<br>OPERATING ACCOUNT | For the period   02/01/2023 to 02/28/2023<br>Account number:           9672<br>Page 9 of 13 |

## Checks and Other Debits - continued

### ACH Debits - continued

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/13 | 175.88 | ACH Debit Achpayment Viasat Inc A51992532 | 00023044906753315 |
| 02/13 | 175.83 | ACH Debit Achpayment Viasat Inc A51992531 | 00023044906753317 |
| 02/14 | 3,387.71 | ACH Settlement Payments Vital Pharma | 00023045905057583 |
| 02/14 | 714.60 | ACH Settlement Payments Vital Pharma | 00023045905057584 |
| 02/14 | 730.76 | ACH Web Internet<br>Waste Management 043000094959096 | 00023044810823041 |
| 02/14 | 653.61 | ACH Web Internet<br>Waste Management 043000094967926 | 00023044810603432 |
| 02/14 | 21,357.84 | Corporate ACH Funding<br>Avalara Act 6022 Feid:1175448 | 00023044910056622 |
| 02/14 | 5,998.78 | Corporate ACH Payments<br>Verizon Wireless 034225987700001 | 00023044907722972 |
| 02/14 | 17.45 | ACH Debit Billing Lee Co Utilities 1252328 | 00023044907590515 |
| 02/15 | 1,901.39 | ACH Settlement Payments Vital Pharma | 00023046909697895 |
| 02/15 | 1,353.66 | ACH Settlement Payments Vital Pharma | 00023046909697896 |
| 02/15 | 2,516.56 | ACH Web Internet<br>Waste Management 043000096684134 | 00023045801575309 |
| 02/15 | 1,748.27 | ACH Web Internet<br>Waste Management 043000096720406 | 00023045802068979 |
| 02/16 | 38,948.80 | ACH Settlement Payments Vital Pharma | 00023047914031931 |
| 02/16 | 26,540.27 | ACH Settlement Payments Vital Pharma | 00023047914031932 |
| 02/16 | 400.18 | Corporate ACH Web Pay Lease Direct 78756183 | 00023046008374894 |
| 02/16 | 66,587.41 | ACH Web Debit Federal Express Epa68606598 | 00023046906691572 |
| 02/16 | 1,047.59 | ACH Web Debit Federal Express Epa68599888 | 00023046906691575 |
| 02/17 | 4,450.00 | ACH Settlement Payments Vital Pharma | 00023048907309393 |
| 02/17 | 5,586.71 | ACH Web Internet<br>Robert Half, Inc 043000091403396 | 00023047804779918 |
| 02/17 | 4,979.70 | ACH Web Internet<br>Robert Half, Inc 043000091520104 | 00023047805063750 |
| 02/17 | 4,680.00 | ACH Web Internet<br>Robert Half, Inc 043000091520094 | 00023047805063749 |
| 02/17 | 4,263.20 | ACH Web Internet<br>Robert Half, Inc 043000091520110 | 00023047805063751 |
| 02/17 | 1,845.02 | ACH Web Internet<br>Robert Half, Inc 043000091520204 | 00023047805063764 |
| 02/17 | 1,644.40 | ACH Web Internet<br>Robert Half, Inc 043000091528332 | 00023047804228942 |
| 02/17 | 1,593.70 | ACH Web Internet<br>Robert Half, Inc 043000091403330 | 00023047804779907 |
| 02/17 | 1,273.61 | ACH Web Internet<br>Robert Half, Inc 043000091528460 | 00023047804228958 |

ACH Debits continued on next page

# Corporate Business Account Statement

| | |
|---|---|
| VITAL PHARMACEUTICALS INC #▇▇7842<br>OPERATING ACCOUNT | For the period   02/01/2023 to 02/28/2023<br>Account number:   ▇▇▇▇▇9672<br>Page 10 of 13 |

## Checks and Other Debits - continued

### ACH Debits - continued

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/17 | 1,076.71 | ACH Web Internet<br>Robert Half, Inc 043000091426554 | 00023047804501902 |
| 02/17 | 338.12 | ACH Web Internet<br>Waste Management 043000091123460 | 00023047804739185 |
| 02/17 | 1,027.86 | ACH Web Debit Federal Express Epa68609995 | 00023047911300368 |
| 02/17 | 46.29 | ACH Web Debit Federal Express Epa68608279 | 00023047911300372 |
| 02/21 | 919.32 | ACH Web Internet<br>Waste Management 043000097402000 | 00023052808862675 |
| 02/21 | 511.84 | ACH Web Internet<br>Waste Management 043000097590636 | 00023052807134443 |
| 02/21 | 272.92 | ACH Web Internet<br>Waste Management 043000097594678 | 00023052807134938 |
| 02/21 | 262.01 | ACH Web Internet<br>Waste Management 043000097405314 | 00023052808279857 |
| 02/21 | 178,442.04 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230477643 | 00023048904715684 |
| 02/21 | 3,647.77 | Corporate ACH Shopify.Co<br>Shopify.Com/C St-C3K1L9S1X2O6 | 00023052908685213 |
| 02/21 | 405.60 | Corporate ACH 8004559645<br>Sticky.Io Inc Ac 0480000537 | 00023052908599503 |
| 02/21 | .30 | Corporate ACH Acctverify<br>Route DBA Sos St-K9X4K6H8I6V3 | 00023052908755456 |
| 02/22 | 30,726.86 | ACH Settlement Payments Vital Pharma | 00023053908824952 |
| 02/22 | 4,321.20 | ACH Settlement Payments Vital Pharma | 00023053908824948 |
| 02/22 | 3,852.00 | ACH Settlement Payments Vital Pharma | 00023053908824949 |
| 02/22 | 1,609.18 | ACH Settlement Payments Vital Pharma | 00023053908824951 |
| 02/22 | 982.77 | ACH Settlement Payments Vital Pharma | 00023053908824950 |
| 02/22 | 7,656.35 | ACH Web Internet<br>Waste Management 043000099099890 | 00023052809622349 |
| 02/22 | 5,438.31 | ACH Web Internet<br>Waste Management 043000099105856 | 00023052809623099 |
| 02/22 | 5,091.43 | ACH Web Internet<br>Waste Management 043000099118632 | 00023052810147839 |
| 02/22 | 2,981.32 | ACH Web Internet<br>Waste Management 043000099161504 | 00023052809884966 |
| 02/22 | 2,156.62 | Corporate ACH Payment<br>Southwest Gas B2304943669193 | 00023053904569379 |
| 02/22 | 617.50 | ACH Web Rsibillpay<br>Republicservices 306950020443 | 00023052911312857 |
| 02/22 | 531.15 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023052911312872 |
| 02/22 | 177.32 | ACH Web Rsibillpay<br>Republicservices 306200970330 | 00023052911312869 |
| 02/22 | 28.83 | ACH Web Rsibillpay<br>Republicservices 306200910735 | 00023052911312863 |

ACH Debits continued on next page

# Corporate Business Account Statement

| VITAL PHARMACEUTICALS INC #7842 | |
|---|---|
| OPERATING ACCOUNT | |

For the period 02/01/2023 to 02/28/2023
Account number: 9672
Page 11 of 13

## Checks and Other Debits - continued

**ACH Debits** - continued      147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/23 | 1,974.85 | ACH Settlement Payments Vital Pharma | 00023054912681753 |
| 02/23 | 1,665.72 | ACH Settlement Payments Vital Pharma | 00023054912681752 |
| 02/23 | 62,065.32 | ACH Web Debit Federal Express Epa68663116 | 00023053906013485 |
| 02/23 | 2,646.78 | Corporate ACH Route DBA<br>Route DBA Sos St-E1D3T6C3B7O1 | 00023053907689994 |
| 02/23 | 1,853.67 | Corporate ACH Route DBA<br>Route DBA Sos St-B8H6O5T0Y9J2 | 00023053907627137 |
| 02/23 | 1,786.63 | Corporate ACH Route DBA<br>Route DBA Sos St-Q8S1L3A8V4Y4 | 00023053907627136 |
| 02/23 | 1,741.26 | Corporate ACH Route DBA<br>Route DBA Sos St-V6P0M1U9L0F1 | 00023053907689887 |
| 02/23 | 1,411.40 | Corporate ACH Route DBA<br>Route DBA Sos St-A0P6H9U2Z2Y6 | 00023053907690059 |
| 02/23 | 1,329.80 | Corporate ACH Route DBA<br>Route DBA Sos St-V2D1K2M3A6B3 | 00023053907690060 |
| 02/23 | 1,019.40 | Corporate ACH Route DBA<br>Route DBA Sos St-V7Z8R8E3Q2D7 | 00023053907627138 |
| 02/23 | 990.89 | Corporate ACH Route DBA<br>Route DBA Sos St-J0X6K6T7H1B7 | 00023053907627140 |
| 02/23 | 846.14 | Corporate ACH Route DBA<br>Route DBA Sos St-I1U0S5H9Y7R3 | 00023053907690416 |
| 02/23 | 741.46 | Corporate ACH Route DBA<br>Route DBA Sos St-L2J7E7X2X6B4 | 00023053907627139 |
| 02/23 | 197.81 | ACH Web Debit Federal Express Epa68657849 | 00023053906013486 |
| 02/23 | 71.15 | Corporate ACH Route DBA<br>Route DBA Sos St-Y1K7I9M5O5T6 | 00023053907627135 |
| 02/24 | 20,000.00 | ACH Settlement Payments Vital Pharma | 00023055906208642 |
| 02/24 | 12,600.00 | ACH Settlement Payments Vital Pharma | 00023055906208644 |
| 02/24 | 9,208.58 | ACH Settlement Payments Vital Pharma | 00023055906208647 |
| 02/24 | 3,375.26 | ACH Settlement Payments Vital Pharma | 00023055906208643 |
| 02/24 | 2,890.18 | ACH Settlement Payments Vital Pharma | 00023055906208646 |
| 02/24 | 900.00 | ACH Settlement Payments Vital Pharma | 00023055906208645 |
| 02/24 | 788.98 | ACH Web Debit Federal Express Epa68667142 | 00023054910476063 |
| 02/24 | 252.52 | ACH Web Paymt Life Storage 000000000068808 | 00023054910365639 |
| 02/24 | 234.78 | ACH Web Debit Federal Express Epa68667896 | 00023054910476061 |
| 02/27 | 3,210.00 | ACH Settlement Payments Vital Pharma | 00023058912026367 |
| 02/27 | 1,359.91 | ACH Settlement Payments Vital Pharma | 00023058912026368 |
| 02/27 | 35,516.59 | Corporate ACH Receive Penske Truck 466346 | 00023055006559308 |
| 02/27 | 175,236.39 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230546466 | 00023055903551081 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #▆▆7842  
OPERATING ACCOUNT

For the period   02/01/2023 to 02/28/2023  
Account number: ▆▆▆▆9672  
Page 12 of 13

## Checks and Other Debits - continued

### ACH Debits - continued

147 transactions for a total of $3,556,151.18

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/28 | 712,133.40 | ACH Settlement Payments Vital Pharma | 00023059906936842 |
| 02/28 | 18,448.28 | ACH Settlement Payments Vital Pharma | 00023059906936843 |
| 02/28 | 100,000.00 | Corporate ACH Mq *Spende Mq 1580053 | 00023059902105140 |

### Funds Transfers Out

36 transactions for a total of $4,969,753.37

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 02/03 | 81,083.89 | Int'L Wire Out 2323L4811Qlj7Yux | W2323L4811QLJ7YUX |
| 02/03 | 3,453.81 | Wire Transfer Out 2323L4811Qlk48L2 | W2323L4811QLK48L2 |
| 02/06 | 4,000.00 | Wire Transfer Out 2326L5040G6L7Fo1 | W2326L5040G6L7FO1 |
| 02/06 | 4,000.00 | Int'L Wire Out 2326L5040Jrl5Fo3 | W2326L5040JRL5FO3 |
| 02/06 | 8,000.00 | Wire Transfer Out 2326L50413Nl71O7 | W2326L50413NL71O7 |
| 02/06 | 5,000.00 | Int'L Wire Out 2326L5040Dbl71NY | W2326L5040DBL71NY |
| 02/06 | 3,800.00 | Int'L Wire Out 2326L5040Nak19H5 | W2326L5040NAK19H5 |
| 02/06 | 3,000.00 | Wire Transfer Out 2326L50410Gj55Zv | W2326L50410GJ55ZV |
| 02/06 | 2,500.00 | Wire Transfer Out 2326L504126J5Azy | W2326L504126J5AZY |
| 02/06 | 2,500.00 | Wire Transfer Out 2326L504151L25Oc | W2326L504151L25OC |
| 02/06 | 2,200.00 | Wire Transfer Out 2326L5041D1K19Hk | W2326L5041D1K19HK |
| 02/06 | 1,800.00 | Wire Transfer Out 2326L5041F2K66Hn | W2326L5041F2K66HN |
| 02/06 | 4,000.00 | Wire Transfer Out 2326L50414Vl7Foa | W2326L50414VL7FOA |
| 02/06 | 2,500.00 | Wire Transfer Out 2326L5041Mtj6007 | W2326L5041MTJ6007 |
| 02/06 | 2,500.00 | Int'L Wire Out 2326L5042Crk19I6 | W2326L5042CRK19I6 |
| 02/06 | 2,300.00 | Wire Transfer Out 2326L5041B9L5Fof | W2326L5041B9L5FOF |
| 02/06 | 1,700.00 | Int'L Wire Out 2326L5041G7K40Hp | W2326L5041G7K40HP |
| 02/06 | 1,600.00 | Wire Transfer Out 2326L5041Ogj5A0C | W2326L5041OGJ5A0C |
| 02/06 | 1,500.00 | Wire Transfer Out 2326L5041L3K2Uht | W2326L5041L3K2UHT |
| 02/06 | 1,000.00 | Wire Transfer Out 2326L5041Qwl71Os | W2326L5041QWL71OS |
| 02/06 | 800.00 | Wire Transfer Out 2326L504259L5Fp1 | W2326L504259L5FP1 |
| 02/06 | 500.00 | Int'L Wire Out 2326L5042Csk66I8 | W2326L5042CSK66I8 |
| 02/06 | 400.00 | Wire Transfer Out 2326L5042Juk2Uih | W2326L5042JUK2UIH |
| 02/06 | 350.00 | Int'L Wire Out 2326L5042Hqk40Ie | W2326L5042HQK40IE |
| 02/06 | 700.00 | Wire Transfer Out 2326L5042Hrj3L0P | W2326L5042HRJ3L0P |
| 02/06 | 3,000.00 | Int'L Wire Out 2326L5040P1K7Ih7 | W2326L5040P1K7IH7 |
| 02/06 | 1,200.00 | Wire Transfer Out 2326L5041Pil73Oq | W2326L5041PIL73OQ |
| 02/06 | 800.00 | Wire Transfer Out 2326L50427Ek0Gi1 | W2326L50427EK0GI1 |
| 02/06 | 1,000.00 | Wire Transfer Out 2326L50421Fl7Fov | W2326L50421FL7FOV |
| 02/06 | 3,800.00 | Int'L Wire Out 2326L5040R6K2Uh9 | W2326L5040R6K2UH9 |
| 02/07 | 12,665.03 | Int'L Wire Out 2327M1739Hfj362G | W2327M1739HFJ362G |
| 02/08 | 1,000.00 | Int'L Wire Out 2326L504239L25Oz | W2326L504239L25OZ |
| 02/08 | 1,500.00 | Wire Transfer Out 2326L5041N5J550A | W2326L5041N5J550A |
| 02/15 | 1,500,000.00 | Wire Transfer Out 232Fl4544L5V6Rpz | W232FL4544L5V6RPZ |
| 02/21 | 3,600.64 | Wire Transfer Out 232Lm1550Fcw1Cet | W232LM1550FCW1CET |
| 02/22 | 3,300,000.00 | Wire Transfer Out 232Mh21477Nx65Aq | W232MH21477NX65AQ |

# Corporate Business Account Statement

| VITAL PHARMACEUTICALS INC #▮▮▮7842 | For the period | 02/01/2023 to 02/28/2023 |
| OPERATING ACCOUNT | Account number: | ▮▮▮▮▮▮9672 |
|  | Page 13 of 13 | |

## Checks and Other Debits - continued

### Other Debits

1 transaction for a total of $3,987.58

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/28 | 3,987.58 | Corporate Account Analysis Charge | 0000000000000009280 |