**Quash Seltzer LLC**
Statement of Cash Receipts and Disbursements
For the Period 02/01/2023 through 02/28/2023

|  | | Amount ($) |
|---|---|---:|
| **Receipts** | | |
| Customer Receipts | $ | 10,458 |
| **Total Operating Receipts** | $ | **10,458** |
| | | |
| **Disbursements** | | |
| Facility/Office expenses | $ | (2,760) |
| **Total Operating Disbursements** | $ | **(2,760)** |
| | | |
| Operating cash flow | $ | 7,698 |
| | | |
| **Inter Company Payments** | | |
| Inter Company Payments | $ | (29,167) |
| **Total Inter Company Payments** | $ | **(29,167)** |
| | | |
| **Net Cash Flow / (Deficit)** | $ | **(21,469)** |
| | | |
| **Cash Balance** | | |
| Beginning Cash Balance | | 28,969 |
| Ending Cash Balance | $ | 7,500 |