**Quash Seltzer LLC**
Balance Sheet
As of 02/28/2023

|  | Feb-23 |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | 7,500 |
| Accounts receivable, net | 69,208 |
| Inventories, net | 4,433,189 |
| Prepaids and other current assets | 36 |
| Total current assets | $ 4,509,933 |
| | |
| TOTAL ASSETS | $ 4,509,933 |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| | |
| CURRENT LIABILITIES: | |
| Accounts payable | 102,690 |
| Accrued liabilities | 119,813 |
| Total current liabilities | $ 222,503 |
| | |
| LONG-TERM DEBT: | |
| Related party payables | 875,640 |
| Total long-term debt | $ 875,640 |
| | |
| LIABILITES SUBJECT TO COMPROMISE | 77,415,262 |
| TOTAL LIABILITIES | $ 78,513,404 |
| | |
| STOCKHOLDERS EQUITY: | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - |
| Additional paid-in capital | - |
| Retained earnings | (74,003,471) |
| Total stockholder's equity | $ (74,003,471) |
| | |
| TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY | $ 4,509,933 |