**Quash Seltzer LLC**
Income Statement
For the Period 02/01/2023 through 02/28/2023

|  | Feb-23 Amount ($) |
|---|---:|
| **Gross Revenue** | $ - |
|  |  |
| **Sales returns and discounts** | (17,858) |
| **Total Net Sales** | $ (17,858) |
|  |  |
| **Total Cost of Goods Sold** | 518,444 |
|  |  |
| **Gross profit** | $ 500,586 |
|  |  |
| **Expenses** |  |
| Freight and handling | $ 13,826 |
| Facilities costs | 140,132 |
| Office and supplies | 2,760 |
| Bad Debts | (33,735) |
| **Total Expenses** | $ 122,984 |
|  |  |
| **Net Income** | $ 377,602 |