**Quash Seltzer LLC**
Accounts Receivable Aging
As of 02/28/2023

|  | Total Amount |
|---|---|
| Not Due Amount | $ - |
| 1 - 30 days | - |
| 31 - 60 days | - |
| 61 - 90 days | - |
| >90 days | 69,208 |
| **Accounts receivable (total net of allowance)** | **$ 69,208** |

**Quash Seltzer LLC**
Post-petition Accounts Payable Aging Summary
As of 02/28/2023

|  | Total Amount |
|---|---|
| Not Due Amount | $ 102,602 |
| 1 - 30 days | - |
| 31 - 60 days | - |
| 61 - 90 days | - |
| >90 days | 88 |
| **Total** | $ **102,690** |