**Quash Seltzer LLC**
Schedule of Payment to Insiders
For the Period 02/01/2023 through 02/28/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment |
|---|---|---|---|---|
| 2/21/2023 | Vital Pharmaceuticals, Inc. | Payment to Debtor affiliate Vital Pharmaceuticals, Inc. | Debtor affiliate | $ 29,167 |