*EXHIBIT 2*

## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-17842 (PDR)

vs.

Debtor:
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor,1250
Miami, FL 33131

Received by Litigation Process Servers, LLC on the 30th day of March, 2023 at 4:48 pm to be served on **JACK and MEGAN OWOC, 16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

I, PAUL VEGA, do hereby affirm that on the **30th day of March, 2023** at **8:29 pm, I:**

**POSTED** by attaching a true copy of the **ORDER (I) DENYING THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND (I) GRANTING THE CROSS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

**Additional Information pertaining to this Service:**
3/30/2023  8:29 pm  The residence is gated with no access. There was no answer to the calls through the electronic callbox with what looks to be a camera which is outsidel. Tthe doorbell was rang several times with no answer. Papers were posted on the doors to the parking area. As this server was about to leave a white Escalade with FL tag LHZ A43 pulled in. I spoke to a Hispanic female who spoke Spanish. She stated that  she does not reside at the property and was only dropping off the children, She refused to provide her name. She did not exit the vehicle. She  looked petite with long black hair about 110 lbs. She rapidly locked the gate not allowing entrance.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. ***Our staff, agents, and servers complied with company guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.**

**PAUL VEGA**
Special Process Server #579

**Litigation Process Servers, LLC**
8306 Mills Drive, Suite 599
Miami, FL 33183
(305) 340-3100

Our Job Serial Number: JDA-2023000935

## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-17842 (PDR)

vs.

Debtor:
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor,1250
Miami, FL 33131

Received by Litigation Process Servers, LLC on the 30th day of March, 2023 at 4:48 pm to be served on **Elite Island, LLC c/o Jack Owoc, Manager, 16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

I, PAUL VEGA, do hereby affirm that on the **30th day of March, 2023** at **9:29 pm, I:**

**POSTED** by attaching a true copy of the **ORDER (I) DENYING THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND (I) GRANTING THE CROSS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

**Additional Information pertaining to this Service:**
3/30/2023 8:29 pm The residence is gated with no access. There was no answer to the calls through the electronic callbox with what looks to be a camera which is outsidel. Tthe doorbell was rang several times with no answer. Papers were posted on the doors to the parking area. As this server was about to leave a white Escalade with FL tag LHZ A43 pulled in. I spoke to a Hispanic female who spoke Spanish. She stated that she does not reside at the property and was only dropping off the children, She refused to provide her name. She did not exit the vehicle. She looked petite with long black hair about 110 lbs. She rapidly locked the gate not allowing entrance.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. *Our staff, agents, and servers complied with company guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.*

**PAUL VEGA**
Special Process Server #579

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2023000936









# RETURN OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN District of Florida**

Case Number: 22-17842 (PDR)

vs.

Debtor:
**Vital Pharmaceuticals, Inc.**

For:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Bay Drive, 12th Floor,1250
Miami, FL 33131

Received by Litigation Process Servers, LLC on the 30th day of March, 2023 at 4:48 pm to be served on **JACK and MEGAN OWOC, 16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

I, PAUL VEGA, do hereby affirm that on the **30th day of March, 2023** at **8:29 pm, I:**

**POSTED** by attaching a true copy of the **ORDER (I) DENYING THE MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION REQUEST FOR PRODUCTION OF DOCUMENTS AND (I) GRANTING THE CROSS MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH 2004 NOTICES** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **16720 STRATFORD CT, SOUTHWEST RANCHES, FL 33331**.

**Additional Information pertaining to this Service:**
3/30/2023 8:29 pm The residence is gated with no access. There was no answer to the calls through the electronic callbox with what looks to be a camera which is outsidel. Tthe doorbell was rang several times with no answer. Papers were posted on the doors to the parking area. As this server was about to leave a white Escalade with FL tag LHZ A43 pulled in. I spoke to a Hispanic female who spoke Spanish. She stated that she does not reside at the property and was only dropping off the children, She refused to provide her name. She did not exit the vehicle. She looked petite with long black hair about 110 lbs. She rapidly locked the gate not allowing entrance.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. ***Our staff, agents, and servers complied with company guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.***

**PAUL VEGA**
Special Process Server #579

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2023000935







