UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**FONA INTERNATIONAL, INC.'S AMENDED/SUPPLEMENTED EXHIBIT A TO LIMITED OBJECTION TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**
(Related Docket Nos. 893, 1106)

FONA International, Inc. and its affiliates including, but not limited to, FONA International LLC and FONA International Canada ULC (collectively, "***FONA***"), by and through its counsel, hereby submits its Amended/Supplemented Exhibit A to Limited Objection to the Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto (Dkt. No. 893):

1

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**
        200 South Orange Avenue, Suite 2900
        Post Office Box 1549
        Orlando, Florida 32802-1549
        Telephone: (407) 422-6600
        Facsimile: (407) 841-0325

        *Counsel for FONA International, Inc.*

        By: /s/ *Melissa A. Campbell*
            Melissa A. Campbell
            Florida Bar No. 0032090
            *mcampbell@bakerdonelson.com*
            *achentnik@bakerdonelson.com*
            *bkcts@bakerdonelson.com*

        and

        J. David Folds
        Daniel J. Carrigan
        901 K Street NW, Suite 900
        Washington, DC 20001
        Tel: 202.508.3400
        Facsimile: 202.508.3402
        dcarrigan@bakerdonelson.com
        dfolds@bakerdonelson.com

**Certificate of Service**

I hereby certify that true and correct copies of this Amended/Supplemented Exhibit A were served via electronic transmission on all CM/ECF registered users for this case and via first class mail on the parties listed below.

                                                     */s/ Melissa A. Campbell*
                                              Melissa A. Campbell

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins Gregg Metzger

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton
Jonathan Weichselbaum

Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Attn: Jordi Guso
Michael Niles

Truist Bank
10500 Little Patuxent Parkway Ste 450
Columbia, MD 21046
Attn: Jade Silver

Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas
Steve Gruendel
Cole Richins

Shutts & Bowen LLP
200 South Biscayne Blvd., Ste 4100
Miami, FL 33131
Attn: Aliette D. Rodz
Peter Levitt
Harris J. Koroglu
Martha M. Ferral

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, Florida 33130

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Jeffrey Cohen
Eric Chafetz
Lindsay Sklar

Sequor Law, P.A.,
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco
Fernando Menendez

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix