AMENDED/SUPPLEMENTED

# EXHIBIT A



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0668687 | 05/24/2021 | A10666 |

INVOICE

UO-216523

| WORK ORDER NO. | B.O. |
|----------------|------|

**S O L D T O**
VPX SPORTS-CANADA
100 KING STREET,
WEST SUITE 5600
TORONTO,ONM5X 1C9
CAN

**S H I P T O**
BANG CANADA ULC
COPACKER POINT CLAIRE CANADA
333 AVRO AVE. PONITE-CLAIRE
QUEBEC QC H9R 5W3
QC
CAN

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|--------------|--------------------|----------|-----------|----------------|-----|-------|
| 05/21/21 | 13495 | CPU | | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|-------|----------------|----------|-------------|--|----------|
| Jose  Beltran | 05/21/21 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|----------|-------------|------------------|------------------|------------|-----------|-----|
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 31.760 Batch number : P012066 | ▮ Kg | ▮ Kg | ▮ | ▮ | |
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 31.760 Batch number : P057123<br>Quantity : 15.880 Batch number : P005143 | ▮ Kg | ▮ Kg | ▮ | ▮ | |



**TOTAL**     **1,456.83 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:13495

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
UNITED STATES

| | |
|---|---|
| **Purchase Order ID:** | 13495 |
| **Created On:** | |
| **Contact Person:** | Jose Beltran |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Jose.Beltran@bangenergy.com |
| **Supplier ID:** | 1000061 |

**Ship-to Address:**
Bang Canada ULC
CoPacker Refresco Pointe Claire CA
333 Avro Ave.
POINT CLAIRE QC  H9R 5W3
CANADA

**Bill-to Address:**
Bang Energy Canada ULC
100 King Street West Suite 5600
TORONTO ON  M5X 1C9
CANADA

**Remark:** Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/ UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | RAW345 | FONA Black Cherry 825.0205U Liquid | ██ kg | May 28, 2021 | ██ USD per 1 kg | ██ USD | ██ USD | ██ USD |
| 3 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ██ kg | May 28, 2021 | ██ USD per 1 kg | 838.46 USD | ██ USD | ██ USD |

| | |
|---|---|
| **Total Net Amount:** | 1,456.83 USD |
| **GST** | 0.00 USD |
| **QST** | 0.00 USD |
| **Total Value** | 1,456.83 USD |

**Incoterms:** EXW (Ex works);
**Payment Terms:** ████ from Invoice Date, End of month

Test Copy

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

**YRC** FREIGHT

**SCAC: RDWY**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**638-527004-6**

| Date: | 05/21/2021 | B/L number: | | |
|---|---|---|---|---|
| Shipper number: | | | Trailer number: | |

PRO Number:

Consignee name and address:
**BANG CANADA ULC**

Shipper name:
**FONA INTERNATIONAL INC.**

**Attn: COPACKER POINTE CLAIRE CA**

Address:
**1100 N RADDANT RD**

**333 AVRO AVE POINTECLAIRE**

| City: | State: | ZIP code: |
|---|---|---|
| **BATAVIA** | **IL** | **60510** |

| Destination City | State: | ZIP Code: |
|---|---|---|
| **POINTE CLAIRE** | **PQ** | **H9R5W3** |

| Origin city *(if different than before):* | State: | ZIP code: |
|---|---|---|

Phone Number:
**(514) 428-1000**

Invoicee:
**VPX SPORTS**

| Customer number: | Store number: | Department: |
|---|---|---|

Address:
**1600 N PARK DR**

P.O. Number:

| City: | State: | ZIP code: |
|---|---|---|
| **WESTON** | **FL** | **33326** |

Special instructions:

| Contact Name: | | Contact Phone: |
|---|---|---|

**Standard**

[X] Standard

**Faster Standard**

☐ Accelerated

**Standard Guaranteed**

☐ Guaranteed Standard Service by 5 p.m. or end of business day

☐ Guaranteed Multiday Window   Between: ___/___/___ & ___/___/___

**Expedited Guaranteed**

☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business day

☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: _____ & _____

☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service points*

Quote I.D.:   50261026

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | | | | | COD amount: $ | Customer check OK for COD amount? | | Yes ☐ No ☐ | | |
|---|---|---|---|---|---|---|---|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | | | | **RAW MATERIAL PO13495** | | 70 | ▮ | 30 | 30 | 24 |
| | | | | | **Broker:LIVINGSTON** | | | | | | |
| | | | | | **INTERNATIONAL** | | | | | | |
| | | | | | **405 THE WEST MALL, SUITE 400** | | | | | | |
| | | | | | **Attn:** | | | | | | |
| | | | | | **TORONTO, ON M9C5K7  ph:(416)** | | | | | | |
| 1 | | | | | **PAGE TOTAL** | | | | | | |

| EMERGENCY CONTACT | | | | | Shipment charges are prepaid | Total charges: |
|---|---|---|---|---|---|---|
| Phone: | | Name: | | Contract #: | unless marked collect: Collect ☐ | $ |

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: | Carrier: | Trailer # | Date: | Trailer loaded by: | ☐ Shipper   ☐ Driver |
|---|---|---|---|---|---|
| **FONA INTERNATIONAL INC.** | **YRC FREIGHT** | 843514 | 5/21/21 | Freight counted by: | ☐ Driver: pallets said to contain |

| Shipper signature: | YRC Freight employee signature: | HM received: | | |
|---|---|---|---|---|
| | | 1 Ship | ☐ Shipper   ☐ Driver: Loose pieces | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

**Date:** 05/21/2021     ## SUPPLEMENT TO THE WEB BILL OF LADING

**Pro Number:** 638-527004-6

**Bill of Lading Number:**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | STORE # | DEPT # | # PKGS | WEIGHT (lbs) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### CARRIER INSTRUCTIONS

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT (lbs) | HM (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | 626-2800 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | | | 210 | | **GRAND TOTAL** | | |

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | Shipment No: US-072194 |
|---|---|---|

| | | | | | ORDER NO. |
|---|---|---|---|---|---|

| CARRIER: CPU | DELIVERY TERMS: COLLECT | Seal NO. | DATE 5/21/2021 | UO-216523 |
|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: | Bang Canada ULC |
|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

CoPacker Point Claire Canada
333 Avro Ave. Ponite-Claire
QUEBEC QC H9R 5W3
QC
CAN

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 2 EACH(S) | | BLACK CHERRY FLAVOR, ART<br><br>Customer Item #: RAW345<br>825.0205U-PP1-   Batch#: P012066<br>15.88KGM | ▮ ET | | | |
| 3 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br>809.0336U-PP1-   Batch#: P005143, P057123<br>15.88KGM | ▮ ET | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: ▮ NET |
|---|---|
| # of Pallets  ✓ | TOTAL PACKAGES: 5 |
| Please report problems TO: | ORDER NO: UO-216523 |
| Instructions: | LOCATION: |
| | PO NO: 13495 |
| Broker: | |



| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$_____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect.   Check here if charges are collect. ▨ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

May - 21 - 2021                Shipper, Per   Brian J. Galony

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0671079 | 08/11/2021 | A10666 |

INVOICE

UO-219683

| WORK ORDER NO. | B.O. |
|---|---|



S O L D T O:

VPX SPORTS-CANADA
100 KING STREET,
WEST SUITE 5600
TORONTO,ONM5X 1C9
CAN

S H I P T O:

BANG CANADA ULC
COPACKER POINT CLAIRE CANADA
333 AVRO AVE. PONITE-CLAIRE
QUEBEC QC H9R 5W3
QC
CAN

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/04/21 | 15036 | CPU | EXW | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Jose  Beltran | 08/04/21 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 825.2133U-PP1-15.88KGM | CHERRY LEMON FLAVOR NAT. WONF<br>Customer Item #:  RAW867<br>Quantity : 79.400 Batch number : P172009 | Kg | Kg | | | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #:  RAW345<br>Quantity : 47.640 Batch number : P172035 | | | | | |
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #:  RAW694<br>Quantity : 31.760 Batch number : P172004 | Kg | Kg | | | |

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*

*Account: FONA International Inc.*

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0671079 | 08/11/2021 | A10666 |

**INVOICE**

UO-219683

| WORK ORDER NO. | B.O. |
|---|---|



S O L D   T O

VPX SPORTS-CANADA
100 KING STREET,
WEST SUITE 5600
TORONTO,ONM5X 1C9
CAN

S H I P   T O

BANG CANADA ULC
COPACKER POINT CLAIRE CANADA
333 AVRO AVE. PONITE-CLAIRE
QUEBEC QC H9R 5W3
QC
CAN

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/04/21 | 15036 | CPU | EXW | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Jose  Beltran | 08/04/21 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | | | | TOTAL | 3,105.50 USD | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order Change:15036

**Page:** 1/2

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
UNITED STATES

| | |
|---|---|
| **Purchase Order ID:** | 15036 |
| **Changed On:** | Jul 15, 2021 |
| **Contact Person:** | Jose Beltran |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Jose.Beltran@bangenergy.com |
| **Supplier ID:** | 1000061 |

**Ship-to Address:**
Bang Canada ULC
CoPacker Refresco Pointe Claire CA
333 Avro Ave.
POINT CLAIRE QC  H9R 5W3
CANADA

**Bill-to Address:**
Bang Energy Canada ULC
100 King Street West Suite 5600
TORONTO ON  M5X 1C9
CANADA

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email



# Purchase Order Change:15036

**Page:** 2/2

**Legend:** ⬜: New Item   ⬜: Changed Item   ⬜: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ■ kg | Aug 13, 2021 | ■ USD per 1 kg | ■ USD |
| ⬜ | 3 | RAW345 | FONA Black Cherry 825.0205 Liquid | ■ kg | Aug 13, 2021 | ■ USD per 1 kg | 927.55 USD |

**Total Value:** 2,546.52 USD

**Incoterms:** EXW (Ex works); we will pick up
**Payment Terms:** ■ from Invoice Date, End of month

| THIS SHIPPING ORDER | | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | Shipment No: | US-074854 |
|---|---|---|---|---|---|---|

| | | | ORDER NO. | |
|---|---|---|---|---|

| CARRIER: CPU | DELIVERY TERMS: COLLECT | Seal NO. | DATE | 8/4/2021 | UO-219683 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicatied below when said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and its assigns.

| ORIGIN: | | DESTINATION: | Bang Canada ULC |
|---|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: Bang Canada ULC
CoPacker Point Claire Canada
333 Avro Ave. Ponite-Claire
QUEBEC QC H9R 5W3
QC
CAN

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF<br><br>Customer Item #: RAW867<br>825.2133U-PP1-         Batch#: P172009<br>15.88KGM | ███ NET | | | |
| 3 EACH(S) | | BLACK CHERRY FLAVOR, ART<br><br>Customer Item #: RAW345<br>825.0205U-PP1-         Batch#: P172035<br>15.88KGM | ███ NET | | | |
| 2 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br>809.0336U-PP1-         Batch#: P172004<br>15.88KGM | ███ NET | | | |

Total Weight (lbs.) _____ ███

# of Pallets _____ 1

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: ███ Lb NET

TOTAL PACKAGES: 10

ORDER NO: UO-219683
LOCATION:
PO NO: 15036

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500
06/29/20    444-906077-4    YRC
SHIPPER BOL 304
YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

(scribbled signature) 8/5/21

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect. ☒    Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 04 - 2021

Shipper, Per                    *Brian Szalony*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680735 | 06/20/2022 | 098110 |

**INVOICE**

UO-230549

WORK ORDER NO.        B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/16/22 | 19685 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Summer  Wyatt | 06/17/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 190.560 Batch number : Q091032 | ▮Kg | ▮Kg | ▮ | ▮.77 | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL     3,427.64 USD**

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*

*Account: FONA International Inc.*

*FONA International Inc. FEIN: 36-3490019*



# Purchase Order:19685

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19685 |
| **Created On:** | May 12, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ███████████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW215 | FONA Grape Flavor #856.0085 | ███ kg | Jun 22, 2022 | ███ per 1 kg | ███ USD |

**Total Value:** 3,052.77 USD

**Payment Terms:** ██████ from Invoice Date, End of month



# Purchase Order:19685

**Page:** 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-086235 |
|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| **CARRIER:** FX FRT PRY | **DELIVERY TERMS:** PPDADD | Seal NO. | **DATE** 6/17/2022 | UO-230549 | | |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicatie motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **ORIGIN:** 1100 N Raddant Rd | **DESTINATION:** |
|---|---|
| Batavia, IL 60510 | Vital Pharmaceuticals, Inc. |
| FONA INTERNATIONAL | Plant VPX-Phoenix US |
| | 1635 S 43rd Ave |
| | PHOENIX,AZ 85009 |
| EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | USA |

| **DELIVERING CARRIER** | | **ROUTE** | | **VEHICLE NUMBER** |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F | ▆ b NET | | | |
| PAIL(S) | | Customer Item #: RAW215 | | | | |
| | | 856.0085U-PP1-     Batch#: Q091032 15.88KGM | | | | |

| Total Weight (lbs.) ____▆____ | **TOTAL WEIGHT:** ▆ b NET |
|---|---|
| # of Pallets ____1____ | **TOTAL PACKAGES:** 12 |
| Please report problems TO: | **ORDER NO:** UO-230549 |
| Instructions: | **LOCATION:** RA |

Instructions:
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

**PO NO:** 19685



FedEx Freight

679365828-1

Broker:

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $____ per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.     (Signature of Consignee) | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | | | Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 17 - 2022          Shipper, Per   *Zulai Rivera*          -> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)      Sign Up or Log In

FedEx® Tracking                                                                        ⋮

**DELIVERED**

# Tuesday
6/21/2022 at 1:52 pm

Signed for by: J FARRIS

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793658281 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/16/2022 2:24 PM

**IN TRANSIT**
PHOENIX, AZ
6/21/2022 1:52 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/21/2022 7:38 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/21/2022 at 1:52 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    **SUBMIT**

**MORE OPTIONS**

Shipment facts                                                            ⌃

🗒 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   6/16/22

**ACTUAL DELIVERY**   6/21/22 at 1:52 pm

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🛍 Package details

**WEIGHT**   420 lbs / 190.51 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

Travel history   ⌃

Ascending   ⌄

**TIME ZONE**   ⌄
Local Scan Time

Thursday, 6/16/2022

- 2:24 PM
  **Picked up**
  BATAVIA, IL

- 4:34 PM
  **Shipment exception**
  **Shipment weight corrected**
  AURORA, IL

- 7:31 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:52 AM
  **In transit**
  **BETHANY, MO**

- 12:50 PM
  **In transit**
  **WICHITA, KS**

Saturday, 6/18/2022

- 2:00 AM
  **In transit**
  **STRATFORD, TX**

Monday, 6/20/2022

- 6:15 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 10:27 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 6:11 PM
  **In transit**
  **PHOENIX, AZ**

Tuesday, 6/21/2022

- 6:22 AM
  **At local facility**
  **PHOENIX, AZ**

- 7:38 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 9:29 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 1:52 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 1:52 PM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-
us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**   (https://www.fedex.com/en-us/email.html)    (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)    (https://www.instagram.com/fedex/)    (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)          Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)          Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0680736 | 06/20/2022 | 098110 |

**INVOICE**

UO-230551

WORK ORDER NO.        B.O.



| S O L D   T O | | S H I P   T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS <br> 1600 N. PARK DRIVE <br> WESTON,FL  33326 <br> USA | | VITAL PHARMACEUTICALS, INC. <br> PLANT VPX-PHOENIX US <br> 1635 S 43RD AVE <br> PHOENIX,AZ  85009 <br> USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/16/22 | 19684 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/16/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART <br> Customer Item #: RAW345 <br> Quantity : 571.680 Batch number : Q123016 <br> Quantity : 571.680 Batch number : Q123016 <br> Quantity : 317.600 Batch number : Q123016 | ▮ | | ▮ | | |
| X-SHIPPING | X-SHIPPING <br> Customer Item #: <br> Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |

**TOTAL   30,188.73 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19684

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19684 |
| **Created On:** | May 12, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to █████ Days. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW345 | FONA Black Cherry 825.0205 Liquid | ███ kg | Jun 21, 2022 | ███ per 1 kg | ███ USD |

**Total Value:**  28,444.89 USD

**Payment Terms:**  ███ from Invoice Date, End of month



# Purchase Order:19684

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No:     US-086259 |
|---|---|---|---|

| | | | ORDER NO. |
|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: PPDADD | Seal NO. | DATE 6/16/2022 | UO-230551 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 92 | | BLACK CHERRY FLAVOR, ART | ▇ Lb NET | | | |
| EACH(S) | | Customer Item #: RAW345 | | | | |
| | | 825.0205U-PP1-         Batch#: Q123016, Q123016, 15.88KGM          Q123016 | | | | |

| Total Weight (lbs.) _____▇_____ | TOTAL WEIGHT:     ▇ Lb NET |
|---|---|
| # of Pallets _____3_____ | TOTAL PACKAGES: 92 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

ORDER NO: UO-230551

LOCATION: RA

PO NO: 19684

FedEx Freight

584068032-2

Broker:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per_____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

| TOTAL CHARGES $ | |
|---|---|
| Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 16 - 2022                 Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

FedEx® Tracking          ⋮

**DELIVERED**

# Tuesday

6/21/2022 at 1:52 pm

Signed for by: J FARRIS

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓   Shipment is 1 of 3 pieces

**TRACKING ID**

5840680322 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/16/2022 2:30 PM

**IN TRANSIT**
PHOENIX, AZ
6/21/2022 1:52 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/21/2022 7:38 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/21/2022 at 1:52 PM

*Destination Terminal*
**PHOENIX, AZ**

↓  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

3 Piece Shipment          ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
6/16/22

**DELIVERY DATE**
6/21/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
274438004648

**STATUS**

 **Delivered**

**SHIP DATE**
6/16/22

**DELIVERY DATE**
6/21/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ



(https://www.fedex.com/en-us/home.html)

**STATUS**

 Delivered

**SHIP DATE**
6/16/22

**DELIVERY DATE**
6/21/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts ⌃

📦 Shipment overview

**TRACKING NUMBER**   5840680322

**MASTER TRACKING NUMBER**   5840680322

**SHIP DATE** ⑦   6/16/22

**ACTUAL DELIVERY**   6/21/22 at 1:52 pm

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   3,605 lbs / 1,635.2 kgs

**TOTAL NUMBER OF HANDLING UNITS**   3

**TOTAL PIECES**   3

**TOTAL SHIPMENT WEIGHT**   3,605 lbs / 1,635.2 kgs

↑ Back to to

Travel history ⌃

Ascending ⌄

(https://www.fedex.com/en-
us/home.html)

Thursday, 6/16/2022

- 2:30 PM
  **Picked up**
  BATAVIA, IL

- 7:31 PM
  **In transit**
  EAST MOLINE, IL

Friday, 6/17/2022

- 7:32 AM
  **In transit**
  BETHANY, MO

- 12:50 PM
  **In transit**
  WICHITA, KS

Saturday, 6/18/2022

- 2:00 AM
  **In transit**
  STRATFORD, TX

Monday, 6/20/2022

- 6:15 AM
  **In transit**
  ALBUQUERQUE, NM

- 10:27 AM
  **In transit**
  FLAGSTAFF, AZ

- 6:11 PM
  **In transit**
  PHOENIX, AZ

**(https://www.fedex.com/en-us/home.html)**

- 6:22 AM
  **At local facility**
  PHOENIX, AZ

- 7:38 AM
  **Out for delivery**
  PHOENIX, AZ

- 9:29 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 1:52 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 1:52 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680737 | 06/20/2022 | 098110 |

INVOICE

UO-230585

WORK ORDER NO. | B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/14/22 | 19756 | FX FRT PRY | N/A | ▇ | ▇ | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/14/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #: RAW1007<br>Quantity : 126.984 Batch number : Q138086<br>Quantity : 31.816 Batch number : Q138086 | ▇ | ▇ | ▇ | ▇ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▇ | ▇ | ▇ | ▇ | |



**TOTAL   4,197.19 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19756

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19756 |
| **Created On:** | May 16, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to █████████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1007 | Strawberry Flavor, Nat. WONF 915.0505U | █████ kg | Jul 18, 2022 | ██████ per  1 kg | ██████ USD |

**Total Value:**  5,046.66 USD

**Payment Terms:** ██████ from Invoice Date, End of month



# Purchase Order:19756

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-086102

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▉ | Seal NO. | DATE 6/14/2022 | ORDER NO. UO-230585 |
|---|---|---|---|---|

RECEIVEED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 10 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF | ▉ Lb NET | | | |
| | | Customer Item #: RAW1007 | | | | |
| | | 915.0505U-PP1-15.88KG    Batch#: Q138086, Q138086 | | | | |

| Total Weight (lbs.) ____▉____ | TOTAL WEIGHT: ▉ Lb NET |
|---|---|
| # of Pallets ____1____ | TOTAL PACKAGES: 10 |

Please report problems TO:

ORDER NO: UO-230585
LOCATION: RA
PO NO: 19756

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

*handwritten: 25146626114n 546 7736*

**FedEx Freight**

**584067526-0**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ____ per ____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 14 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Friday

6/17/2022 at 2:00 pm

Signed for by: A FLORES

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

5840675260 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/14/2022 2:07 PM

**IN TRANSIT**
PHOENIX, AZ
6/17/2022 2:00 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/17/2022 7:04 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/17/2022 at 2:00 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**    | **SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⑦   6/14/22

**ACTUAL DELIVERY**   6/17/22 at 2:00 pm

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   415 lbs / 188.24 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   10

**TOTAL SHIPMENT WEIGHT**   415 lbs / 188.24 kgs

↑ Back to to

Travel history ⌃

Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

Tuesday, 6/14/2022

- 2:07 PM
  **Picked up**
  BATAVIA, IL

- 9:23 PM
  **In transit**
  EAST MOLINE, IL

Wednesday, 6/15/2022

- 7:58 AM
  **In transit**
  BETHANY, MO

- 1:10 PM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:22 AM
  **In transit**
  **STRATFORD, TX**

- 7:10 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 12:57 PM
  **In transit**
  **FLAGSTAFF, AZ**

- 7:29 PM
  **In transit**
  **PHOENIX, AZ**

Friday, 6/17/2022

- 4:27 AM
  **At local facility**
  **PHOENIX, AZ**

- 7:04 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 12:56 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 2:00 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- ⊘ 2:00 PM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)



(https://www.fedex.com/en-us/home.html)

Change Country/Territory(https://www.fedex.com/?location=home)

FOLLOW FEDEX  ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)  | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)  | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680852 | 06/24/2022 | 098110 |

INVOICE

UO-230610

WORK ORDER NO.    B.O.



| | |
|---|---|
| **S O L D T O** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P T O** | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/20/22 | 19771 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/21/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 852.0009U-PP1-15.88KGM | RED PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW651<br>Quantity : 158.800 Batch number : Q070043<br>Quantity : 47.640 Batch number : Q070043 | ███ | ███ | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |

**TOTAL**    **4,952.97 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
████████
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19771

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19771 |
| **Created On:** | May 17, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:** 1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW651 | Red Punch Flavor, NAT 852.0009U | ███ kg | Jun 24, 2022 | ███ per 1 kg | ███ |

**Total Value:**  4,923.59 USD

**Payment Terms:**  ███ from Invoice Date, End of month



# Purchase Order:19771

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-086350 |
|---|---|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: ███ | Seal No. | DATE | 6/21/2022 | UO-230610 | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br><br>**FONA** INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br><br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 13<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III RED PUNCH FLAVOR, NAT WONF 78.1 F<br><br>Customer Item #: RAW651<br><br>852.0009U-PP1-    Batch#: Q070043, Q070043<br>15.88KGM | ███ Lb NET | | | |

| Total Weight (lbs.) ___ ███ ___ | | TOTAL WEIGHT: ███ lb NET |
|---|---|---|
| # of Pallets | | TOTAL PACKAGES: 13 |
| Please report problems TO: | | ORDER NO: UO-230610 |
| Instructions: | | LOCATION: RA |
| We need to have Fed-Ex reach out<br>PHX_Warehouse_Scheduling@bangenergy.com<br>to Receiving Hours: M-F (24/5)* Hours subject to change<br>Warehouse Supervisor: Gus Terrazas<br>954-649-5388<br>Delivery Appointment is Required<br>Contact Email: PHX_Warehouse_Scheduling@bangenergy.com<br>Warehouse Supervisor: Gus Terrazas<br>954-649-5388<br>We need to have Fed-Ex reach out<br>PHX_Warehouse_Scheduling@bangenergy.com<br>to Receiving Hours: M-F (24/5)* Hours subject to change<br>Warehouse Supervisor: Gus Terrazas<br>954-649-5388<br>Delivery Appointment is Required<br>Contact Email: PHX_Warehouse_Scheduling@bangenergy.com<br>Warehouse Supervisor: Gus Terrazas<br>954-649-5388 | | PO NO: 19771<br><br><br><br><br><br>2 of 2 |
| Broker: | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$          per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |
|---|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 21 - 2022                    Shipper, Per  *Raul Castro*                    -> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680853 | 06/24/2022 | 098110 |

INVOICE

UO-230623

WORK ORDER NO.        B.O.

**S O L D T O**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**S H I P T O**
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/20/22 | 19784 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| Summer  Wyatt | 06/21/22 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 865.006-PP1-15.88KGM | LIME EXTRACT, NAT<br>Customer Item #: RAW641<br>Quantity : 111.160 Batch number : Q018187 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |

**TOTAL    2,821.41 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19784

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19784 |
| **Created On:** | May 17, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW641 | FONA Nat Lime Extract 865.006 | ████ | Jun 24, 2022 | ████████ | ████ USD |

**Total Value:**  2,731.20 USD

**Payment Terms:**  ██████ from Invoice Date, End of month



# Purchase Order:19784

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled in, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:  US-086351

| CARRIER: FX FRT PRY | DELIVERY TERMS: | ████ | Seal NO. | DATE 6/21/2022 | ORDER NO. UO-230623 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. |
|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F | ████b NET | | | |
| PAIL(S) | | Customer Item #: RAW641 | | | | |
| | | 865.006-PP1-15.88KGM      Batch#: Q018187 | | | | |

Total Weight (lbs.) ____ ████ ____

# of Pallets ____ 1 ____

TOTAL WEIGHT: ████b NET

TOTAL PACKAGES: 7

Please report problems TO:

ORDER NO: UO-230623

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 19784

1 of 2

Broker:

*FedEx.* Freight

## 844393533-4

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ____ por ____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 21 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking

**DELIVERED**

# Thursday

6/23/2022 at 12:46 pm

Signed for by: R FRANCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

8443935334 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/20/2022 3:13 PM

**IN TRANSIT**
PHOENIX, AZ
6/23/2022 12:46 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/23/2022 12:46 PM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/23/2022 at 12:46 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ    6/20/22

**ACTUAL DELIVERY**    6/23/22 at 12:46 pm

🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

🔒 Package details

**WEIGHT**    795 lbs / 360.61 kgs

**TOTAL NUMBER OF HANDLING UNITS**    1

**TOTAL PIECES**    20

**TOTAL SHIPMENT WEIGHT**    800 lbs / 362.87 kgs

↑ Back to to

Travel history    ⌃

Ascending    ⌄

**TIME ZONE**
Local Scan Time    ⌄

Monday, 6/20/2022

- 3:13 PM
  **Picked up**
  BATAVIA, IL

- 6:54 PM
  **Shipment exception**
  **Shipment weight corrected**
  AURORA, IL

- 9:25 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:37 AM
  In transit
  BETHANY, MO

- 9:32 AM
  In transit
  BETHANY, MO

- 1:34 PM
  In transit
  WICHITA, KS

Wednesday, 6/22/2022

- 1:14 AM
  In transit
  STRATFORD, TX

- 6:54 AM
  In transit
  ALBUQUERQUE, NM

- 11:20 AM
  In transit
  FLAGSTAFF, AZ

- 12:38 PM
  Delivery option requested
  Appointment Date Jun 23, 2022 and Time 03:00 PM Set
  PHOENIX, AZ

- 7:33 PM
  In transit
  LITCHFIELD PARK, AZ

Thursday, 6/23/2022

- 12:25 AM
  In transit
  PHOENIX, AZ

- 6:23 AM
  At local facility
  PHOENIX, AZ

- 12:26 PM
  Out for delivery
  PHOENIX, AZ

- 12:46 PM
  Out for delivery
  PHOENIX, AZ

- 12:46 PM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 12:46 PM
  Delivered
  PHOENIX, AZ

(https://www.fedex.com/en-us/home.html)

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)     Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)     Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680854 | 06/24/2022 | 098110 |

INVOICE

UO-230629

WORK ORDER NO.    B.O.

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS | | VITAL PHARMACEUTICALS, INC | |
| 1600 N. PARK DRIVE | | 400 HOSMER AVE | |
| WESTON,FL  33326 | | MODESTO,CA  95351 | |
| USA | | USA | |



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/21/22 | 19810 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| Shereen Grant | 06/22/22 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 31.760 Batch number : Q139038<br>Quantity : 63.520 Batch number : Q091032 | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 127.040 Batch number : Q123020 | | | | | |
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 222.320 Batch number : Q137127 | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 127.040 Batch number : Q094024 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0680854 | 06/24/2022 | 098110 |

**INVOICE**

UO-230629

WORK ORDER NO. | B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC<br>400 HOSMER AVE<br>MODESTO,CA  95351<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/21/22 | 19810 | FX FRT PRY | N/A | ▬ | ▬ | ▬ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 06/22/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 825.2133U-PP1-15.88KGM | CHERRY LEMON FLAVOR NAT. WONF<br>Customer Item #: RAW867<br>Quantity : 460.520 Batch number : Q096223 | ▬ | ▬ | ▬ | ▬ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▬ | ▬ | ▬ | ▬ | |
| | | ▬ | ▬ | ▬ | ▬ | |
| | | | | **TOTAL** | **21,150.19 USD** | |
| | | ▬ | | | ▬ | |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19810

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19810 |
| **Created On:** | May 18, 2022 |
| **Contact Person:** | Shereen Grant |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | shereen.grant@bangenergy.com |
| **Start Shipping Date:** | 2022-06-20 |
| **Cancel Shipping Date:** | 2022-06-24 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
VBC Bottling Co
400 Hosmer Av
Modesto CA  95351

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shereen Grant

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW215 | FONA Grape Flavor #856.0085 | ███ kg | Jun 27, 2022 | ███ per 1 kg | 1,526.39 USD |
| 3 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ███ kg | Jun 27, 2022 | 18.51 USD per 1 kg | 2,351.51 USD |
| 4 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ███ kg | Jun 27, 2022 | 17.60 USD per 1 kg | 3,912.83 USD |
| 5 | RAW746 | Raspberry Flavor #906.2016 | ███ kg | Jun 27, 2022 | 20.98 USD per 1 kg | 2,665.30 USD |
| 6 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ███ kg | Jun 27, 2022 | 20.39 USD per 1 kg | 9,390.00 USD |



# Purchase Order:19810

**Page:** 2/2

**Total Value:** 19,846.03 USD

**Payment Terms:** ▓▓▓▓ from Invoice Date, End of month

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-086385 |

**CARRIER:** FX FRT PRY   **DELIVERY TERMS:** ▉   Seal NO.   **DATE** 6/22/2022   **ORDER NO.** UO-230629

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apperent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicatio motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**ORIGIN:** 1100 N Raddant Rd
Batavia, IL 60510

FONA
INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

**DESTINATION:** Vital Pharmaceuticals, Inc
400 Hosmer Ave
MODESTO,CA 95351
USA

**DELIVERING CARRIER**   **ROUTE**   **VEHICLE NUMBER**

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 6 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F<br><br>Customer Item #: RAW215<br><br>856.0085U-PP1- 15.88KGM    Batch#: Q091032, Q139038 | ▉ Lb NET | | | |
| 8 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br><br>915.0215U-PP1- 15.88KGM    Batch#: Q123020 | ▉ Lb NET | | | |
| 14 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br><br>809.0336U-PP1- 15.88KGM    Batch#: Q137127 | ▉ Lb NET | | | |
| 8 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br><br>906.2016U-PP1- 15.88KGM    Batch#: Q094024 | ▉ Lb NET | | | |
| 29 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF<br><br>Customer Item #: RAW867<br><br>825.2133U-PP1- 15.88KGM    Batch#: Q096223 | ▉ Lb NET | | | |

6-21-22
/30√
5√

FedEx.
Freight

**584067383-4**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. ☐    Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 22 - 2022          Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-086385 |
|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 6/22/2022 | UO-230629 | |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) In Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc 400 Hosmer Ave MODESTO,CA 95351 USA |
|---|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| Total Weight (lbs.) _____ | | | TOTAL WEIGHT: ____ Lb NET | | | |
| # of Pallets ____ 2 | | | TOTAL PACKAGES: 65 | | | |
| Please report problems TO: | | | ORDER NO: UO-230629 | | | |
| Instructions: | | | LOCATION: RA | | | |
| | | | PO NO: 19810 | | | |
| Broker: | | | | | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ____ per ____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 22 - 2022                    Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking    ⋮

**DELIVERED**

# Tuesday

6/28/2022 at 11:51 am

Signed for by: SALVADOR R

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓   Shipment is 1 of 2 pieces

**TRACKING ID**

5840673834 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/21/2022 3:06 PM

**IN TRANSIT**
MODESTO, CA
6/28/2022 11:51 AM

**OUT FOR DELIVERY**
MODESTO, CA
6/28/2022 11:06 AM

**DELIVERED**
MODESTO, CA US

*Delivered*
6/28/2022 at 11:51 AM

*Destination Terminal*
**MODESTO, CA**

↓  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                    ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
6/21/22

**DELIVERY DATE**
6/28/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
MODESTO CA

**TRACKING ID**
5840673834 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
6/21/22

**DELIVERY DATE**
6/28/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
MODESTO CA

Shipment facts                                              ⌃

 Shipment overview

**TRACKING NUMBER**    5840673834

**MASTER TRACKING NUMBER**    5840673834

**SHIP DATE** ⓘ    6/21/22

**ACTUAL DELIVERY**    6/28/22 at 11:51 am

Services

**SERVICE**    FedEx Freight Priority

(https://www.fedex.com/en-us/home.html)

## 🛍 Package details

**WEIGHT**    2,545 lbs / 1,154.39 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    65

**TOTAL SHIPMENT WEIGHT**    2,545 lbs / 1,154.39 kgs

↑ Back to to

## Travel history ⌃

Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

### Tuesday, 6/21/2022

- 3:06 PM
  **Picked up**
  BATAVIA, IL

- 9:30 PM
  **In transit**
  EAST MOLINE, IL

### Wednesday, 6/22/2022

- 9:30 AM
  **In transit**
  OMAHA, NE

- 1:51 PM
  **In transit**
  OGALLALA, NE

- 7:45 PM
  **In transit**
  SINCLAIR, WY

### Thursday, 6/23/2022

- 4:30 AM
  **In transit**
  SALT LAKE CITY, UT

(https://www.fedex.com/en-
us/home.html)

- 8:46 AM
  **In transit**
  CARLIN, NV

- 11:33 AM
  **In transit**
  SPARKS, NV

- 8:35 PM
  **In transit**
  W SACRAMENTO, CA

- 11:11 PM
  **In transit**
  W SACRAMENTO, CA

Tuesday, 6/28/2022

- 4:46 AM
  **In transit**
  MODESTO, CA

- 10:20 AM
  **At local facility**
  MODESTO, CA

- 11:04 AM
  **Out for delivery**
  MODESTO, CA

- 11:06 AM
  **Out for delivery**
  MODESTO, CA

- 11:51 AM
  **At delivery**
  **Arrived at customer location for delivery**
  MODESTO, CA

- 11:51 AM
  **Delivered**
  MODESTO, CA

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)



(https://www.fedex.com/en-us/home.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL 60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680918 | 06/27/2022 | 098110 |

**INVOICE**

WORK ORDER NO.: UO-230603   B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL 33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ 85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/24/22 | 19747 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer Wyatt | 06/24/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 865.0411U-PP1-15.88KG | KEY LIME PIE TYPE FLAVOR, NAT<br>Customer Item #: RAW1076<br>Quantity : 95.280 Batch number : Q145080<br>Quantity : 15.880 Batch number : Q145080 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL     2,929.07 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19747

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19747 |
| **Created On:** | May 16, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1076 | Key Lime Pie Type, Natural 865.0411 | ███ kg | Jun 29, 2022 | ███ 1 kg | ███ |

**Total Value:**  2,929.07 USD

**Payment Terms:**  ███████ Invoice Date, End of month



# Purchase Order:19747

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | Must be legibly filled in, in link, in indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-086467 |
|---|---|---|---|---|

| | | | | ORDER NO. | |
|---|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: █████ | Seal NO. | DATE 6/24/2022 | UO-230603 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 **FONA INTERNATIONAL** EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II KEY LIME PIE TYPE FLAVOR, NAT 59.0 F Customer Item #: RAW1076 865.0411U-PP1-15.88KG    Batch#: Q145080, Q145080 | ████ lb NET | | | |

| Total Weight (lbs.) _____ ████ | TOTAL WEIGHT: ████ Lb NET |
|---|---|
| # of Pallets ____ 1 | TOTAL PACKAGES: 7 |

Please report problems TO:

ORDER NO: UO-230603

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 19747

Broker:

**679365892-2**

FedEx Freight



| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Wednesday

6/29/2022 at 12:06 pm

Signed for by: R FRANCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793658922  ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/24/2022 12:34 PM

**IN TRANSIT**
PHOENIX, AZ
6/29/2022 12:06 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/29/2022 10:54 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/29/2022 at 12:06 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** (?)    6/24/22

**ACTUAL DELIVERY**    6/29/22 at 12:06 pm

## 🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

## 🛍 Package details

**WEIGHT**    290 lbs / 131.54 kgs

**TOTAL NUMBER OF HANDLING UNITS**    1

**TOTAL PIECES**    7

**TOTAL SHIPMENT WEIGHT**    290 lbs / 131.54 kgs

↑ Back to to

### Travel history    ⌃

Ascending    ⌄

**TIME ZONE**    ⌄
Local Scan Time

Friday, 6/24/2022

- 12:34 PM
  **Picked up**
  BATAVIA, IL

- 9:18 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-
us/home.html)

- 6:00 AM
  **In transit**
  BETHANY, MO

- 10:51 AM
  **In transit**
  WICHITA, KS

- 11:36 AM
  **Delivery option requested**
  **Appointment Date Jun 29, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

  Tuesday, 6/28/2022

- 1:22 AM
  **In transit**
  STRATFORD, TX

- 6:00 AM
  **In transit**
  ALBUQUERQUE, NM

- 11:07 AM
  **In transit**
  FLAGSTAFF, AZ

- 6:22 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 10:44 PM
  **In transit**
  PHOENIX, AZ

  Wednesday, 6/29/2022

- 4:32 AM
  **At local facility**
  PHOENIX, AZ

- 10:54 AM
  **Out for delivery**
  PHOENIX, AZ

- 12:06 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- ⊘ 12:06 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

**(https://www.fedex.com/en-us/home.html)**

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** 

(https://www.fedex.com/en-us/email.html)    (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)    (https://www.instagram.com/fedex/)    (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680921 | 06/27/2022 | 098110 |

**INVOICE**

UO-230655

| | WORK ORDER NO. | B.O. |



| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/24/22 | 19834 | FX FRT PRY | N/A | ▉ | ▉ | ▉ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/01/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 79.400 Batch number : Q139038<br>Quantity : 206.440 Batch number : Q139038 | ▉ | ▉ | ▉ | ▉ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▉ | ▉ | ▉ | ▉ | |

**TOTAL    4,874.66 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▉

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19834

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19834 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW215 | FONA Grape Flavor #856.0085 | ███ kg | Jul 6, 2022 | ████ 1 kg | ████ USD |

**Total Value:**  4,579.16 USD

**Payment Terms:**████ from Invoice Date, End of month



# Purchase Order:19834

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.**Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.**The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled in, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-086470

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE | 6/24/2022 | UO-230655 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd |
|---|---|

Batavia, IL 60510

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION:    Vital Pharmaceuticals, Inc.

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 18 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F | ▮ NET | | | |
| PAIL(S) | | Customer Item #: RAW215 | | | | |
| | | 856.0085U-PP1-    Batch#: Q139038, Q139038 15.88KGM | | | | |

Total Weight (lbs.) ▮

# of Pallets    1

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

TOTAL WEIGHT: ▮ Lb NET

TOTAL PACKAGES: 18

ORDER NO: UO-230655
LOCATION: RA
PO NO: 19834

**FedEx Freight**

**584067371-6**

Broker:

4452073  c6/2/22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  $    per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  (Signature of Consignee) | TOTAL CHARGES $  Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

FedEx® Tracking                                                                    ⋮

---

**DELIVERED**

# Wednesday

6/29/2022 at 11:23 am

Signed for by: R FRANCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

5840673716 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/24/2022 12:36 PM

**IN TRANSIT**
PHOENIX, AZ
6/29/2022 11:23 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/29/2022 11:05 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/29/2022 at 11:23 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**
                                                                    **SUBMIT**

**MORE OPTIONS**

---

Shipment facts                                                              ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ    6/24/22

**ACTUAL DELIVERY**    6/29/22 at 11:23 am

## 🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

## 🔒 Package details

**WEIGHT**    720 lbs / 326.59 kgs

**TOTAL NUMBER OF HANDLING UNITS**    1

**TOTAL PIECES**    18

**TOTAL SHIPMENT WEIGHT**    720 lbs / 326.59 kgs

↑ Back to to

Travel history                                                                    ⌃

Ascending                                                                          ⌄

**TIME ZONE**                                                                      ⌄
Local Scan Time

Friday, 6/24/2022

- 12:36 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-
us/home.html)

- 6:00 AM
  **In transit**
  BETHANY, MO

- 10:51 AM
  **In transit**
  WICHITA, KS

- 11:36 AM
  **Delivery option requested**
  **Appointment Date Jun 29, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

  Tuesday, 6/28/2022

- 2:16 AM
  **In transit**
  STRATFORD, TX

- 7:26 AM
  **In transit**
  ALBUQUERQUE, NM

- 12:08 PM
  **In transit**
  FLAGSTAFF, AZ

- 6:25 PM
  **In transit**
  PHOENIX, AZ

  Wednesday, 6/29/2022

- 5:47 AM
  **At local facility**
  PHOENIX, AZ

- 11:05 AM
  **Out for delivery**
  PHOENIX, AZ

- 11:23 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- ⊘ 11:23 AM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

(https://www.fedex.com/en-
us/home.html)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** 

(https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680923 | 06/27/2022 | 098110 |

**INVOICE**

UO-230661

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/24/22 | 19833 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Summer  Wyatt | 06/30/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #: RAW1007<br>Quantity : 762.240 Batch number : Q138086<br>Quantity : 63.520 Batch number : Q138086 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |



**TOTAL   17,981.86 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19833

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

---

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19833 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1007 | Strawberry Flavor, Nat. WONF 915.0505U | ████ | Jul 5, 2022 | ████ | ████ |

**Total Value:**  19,876.04 USD

**Payment Terms:**  ████ from Invoice Date, End of month



# Purchase Order:19833

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.**Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.**The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**    Must be legibly filled In, in Iink, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-086472

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE | 6/24/2022 | ORDER NO. UO-230661 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd<br>Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 52 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF<br><br>Customer Item #: RAW1007<br><br>915.0505U-PP1-15.88KG    Batch#: Q138086, Q138086, Q138086 | Lb NET | | | |

| Total Weight (lbs.) | | TOTAL WEIGHT: | NET |
| # of Pallets   2 | | TOTAL PACKAGES: 52 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

ORDER NO: UO-230661

LOCATION: RA

PO NO: 19833

FedEx Freight

**584067369-4**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE–Where the rate is dependant on value, shippers are required to state specifically in writing any agreed or declared value of the property. | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery | TOTAL CHARGES $ |
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | of this shipment without payment of freight and all other lawful charges.<br>_____<br>(Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                          ⋮

**DELIVERED**

# Wednesday

6/29/2022 at 11:23 am

Signed for by: R FRANCO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

↓   Shipment is 1 of 2 pieces

**TRACKING ID**

5840673694 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/24/2022 12:37 PM

**IN TRANSIT**
PHOENIX, AZ
6/29/2022 11:23 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/29/2022 11:05 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/29/2022 at 11:23 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                        ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
6/24/22

**DELIVERY DATE**
6/29/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
5840673694 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
6/24/22

**DELIVERY DATE**
6/29/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts                                              ⌃

 Shipment overview

**TRACKING NUMBER**    5840673694

**MASTER TRACKING NUMBER**    5840673694

**SHIP DATE** ⓘ   6/24/22

**ACTUAL DELIVERY**   6/29/22 at 11:23 am

Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-
us/home.html)

## Package details

**WEIGHT**      2,050 lbs / 929.86 kgs

**TOTAL NUMBER OF HANDLING UNITS**      2

**TOTAL PIECES**      52

**TOTAL SHIPMENT WEIGHT**      2,050 lbs / 929.86 kgs

↑ Back to to

## Travel history      ⌃

Ascending      ⌄

**TIME ZONE**      ⌄
Local Scan Time

### Friday, 6/24/2022

- 12:37 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

### Monday, 6/27/2022

- 6:00 AM
  **In transit**
  BETHANY, MO

- 10:51 AM
  **In transit**
  WICHITA, KS

- 11:36 AM
  **Delivery option requested**
  Appointment Date Jun 29, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

(https://www.fedex.com/en-us/home.html)

- 2:10 AM
  **In transit**
  **STRATFORD, TX**

- 7:26 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 12:08 PM
  **In transit**
  **FLAGSTAFF, AZ**

- 6:25 PM
  **In transit**
  **PHOENIX, AZ**

  Wednesday, 6/29/2022

- 5:47 AM
  **At local facility**
  **PHOENIX, AZ**

- 11:05 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:23 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 11:23 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)       Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)       Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680924 | 06/27/2022 | 098110 |

**INVOICE**

UO-230680

WORK ORDER NO.        B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/23/22 | 19870 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/28/22 | | Klug | | ▮ |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #:  RAW1287<br>Quantity : 762.240 Batch number : Q159007<br>Quantity : 762.240 Batch number : Q159007 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    70,257.66 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▮
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19870

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19870 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ████ kg | Jul 1, 2022 | ████ per 1 kg | ████ USD |

**Total Value:**  67,077.12 USD

**Payment Terms:** ████ from Invoice Date, End of month



# Purchase Order:19870

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.**Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.**The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:   US-086473

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 6/24/2022 | ORDER NO. UO-230680 |
|---|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time Interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br><br>FONA INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 96<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F<br><br>Customer Item #: RAW1287<br>929.0603U-PP1-15.88KG   Batch#: Q159007, Q159007 | ▮▮ Lb NET | | | |

Total Weight (lbs.) ▮▮▮▮

# of Pallets   **4**

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:

TOTAL WEIGHT: ▮▮ Lb NET

TOTAL PACKAGES: 96

ORDER NO: UO-230680

LOCATION: RA

PO NO: 19870

FedEx Freight

**584067381-2**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7SSSS5⊓ X⊓⊓3⊃ SLC

6·23·2022

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | TOTAL CHARGES $ _____<br><br>Freight charges are PREPAID unless marked collect.   Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)        Sign Up or Log In

## FedEx® Tracking                                                    ⋮

**DELIVERED**

# Tuesday

6/28/2022 at 11:13 am

Signed for by: RUBEN FRANCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓  Shipment is 1 of 2 pieces

**TRACKING ID**

5840673812 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/23/2022 3:43 PM

**IN TRANSIT**
PHOENIX, AZ
6/28/2022 11:13 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/28/2022 7:18 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/28/2022 at 11:13 AM

*Destination Terminal*
**PHOENIX, AZ**

↓  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                      ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
6/23/22

**DELIVERY DATE**
6/28/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

**TRACKING ID**
5840673812 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
6/23/22

**DELIVERY DATE**
6/28/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

Shipment facts                                                                ⌃

 Shipment overview

**TRACKING NUMBER**   5840673812

**MASTER TRACKING NUMBER**   5840673812

**SHIP DATE** ⓘ   6/23/22

**ACTUAL DELIVERY**   6/28/22 at 11:13 am

🚚 Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-us/home.html)

## 🛍 Package details

**WEIGHT**    3,790 lbs / 1,719.12 kgs

**TOTAL NUMBER OF HANDLING UNITS**    4

**TOTAL PIECES**    96

**TOTAL SHIPMENT WEIGHT**    3,790 lbs / 1,719.12 kgs

↑ Back to to

## Travel history    ⌃

Ascending    ⌄

**TIME ZONE**
Local Scan Time    ⌄

### Thursday, 6/23/2022

- 3:43 PM
  **Picked up**
  BATAVIA, IL

- 9:40 PM
  **In transit**
  EAST MOLINE, IL

### Friday, 6/24/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 11:56 AM
  **In transit**
  WICHITA, KS

- 12:50 PM
  **Delivery option requested**
  **Appointment Date Jun 28, 2022 and Time 02:00 PM Set**
  PHOENIX, AZ

### Saturday, 6/25/2022

- 1:42 AM
  **In transit**
  STRATFORD, TX

(https://www.fedex.com/en-us/home.html)

- 8:10 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 10:25 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 7:33 PM
  **In transit**
  **LITCHFIELD PARK, AZ**

  Tuesday, 6/28/2022

- 1:04 AM
  **In transit**
  **PHOENIX, AZ**

- 3:59 AM
  **At local facility**
  **PHOENIX, AZ**

- 7:18 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:13 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 11:13 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680925 | 06/27/2022 | 098110 |

**INVOICE**

UO-230683

| WORK ORDER NO. | B.O. |
|---|---|



**S O L D T O**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**S H I P T O**
VITAL PHARMACEUTICALS, INC.
4843 INTERNATIONAL BLVD.
WILSON,NC  27893
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/23/22 | 19724 | FX FRT PRY | N/A | ▉ | ▉ | ▉ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 06/23/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 111.160 Batch number : Q139038 | ▉ | ▉ | | ▉ | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 269.960 Batch number : Q123016 | ▉ | ▉ | ▉ | ▉ | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 158.800 Batch number : Q070071 | ▉ | ▉ | ▉ | ▉ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▉
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0680925 | 06/27/2022 | 098110 |

**INVOICE**

UO-230683

WORK ORDER NO.        B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/23/22 | 19724 | FX FRT PRY | N/A | ▪ | ▪ | ▪ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Shereen Grant | 06/23/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 317.600 Batch number : Q091045<br>Quantity : 95.280 Batch number : Q091045<br>Quantity : 127.040 Batch number : Q091045<br>Quantity : 63.520 Batch number : P356154 | ▪ | ▪ | ▪ | ▪ | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 285.840 Batch number : Q094024 | ▪ | ▪ | ▪ | ▪ | |
| 825.2133U-PP1-15.88KGM | CHERRY LEMON FLAVOR NAT. WONF<br>Customer Item #: RAW867<br>Quantity : 555.800 Batch number : Q096223 | ▪ | ▪ | ▪ | ▪ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 3 | UI-0680925 | 06/27/2022 | 098110 |

**INVOICE**

UO-230683

WORK ORDER NO.   B.O.



**S O L D T O**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**S H I P T O**
VITAL PHARMACEUTICALS, INC.
4843 INTERNATIONAL BLVD.
WILSON,NC  27893
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/23/22 | 19724 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 06/23/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #: RAW1287<br>Quantity : 762.240 Batch number : Q159007<br>Quantity : 365.240 Batch number : Q159007 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |

**TOTAL   91,355.08 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19724

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19724 |
| **Created On:** | |
| **Contact Person:** | Shereen Grant |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | shereen.grant@bangenergy.com |
| **Start Shipping Date:** | 2022-06-20 |
| **Cancel Shipping Date:** | 2022-06-24 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
CoPacker Refresco-Wilson US
4843 International Blvd.
Wilson NC  27893

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shereen Grant

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW215 | FONA Grape Flavor #856.0085 | ███ kg | Jun 27, 2022 | ███ per 1 kg | ███ USD |
| 3 | RAW345 | FONA Black Cherry 825.0205 Liquid | ███ kg | Jun 27, 2022 | ███ per 1 kg | ███ USD |
| 4 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ███ kg | Jun 27, 2022 | ███ per 1 kg | ███ USD |
| 5 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ███ kg | Jun 27, 2022 | ███ per 1 kg | ███ USD |
| 6 | RAW746 | Raspberry Flavor #906.2016 | ███ kg | Jun 27, 2022 | ███ per 1 kg | ███ USD |





# Purchase Order:19724

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|---------------------|------------------|
| 7 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ▓ kg | Jun 27, 2022 | ▓ per 1 kg | ▓ |
| 8 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ▓ kg | Jun 27, 2022 | ▓ 1 kg | ▓ |

**Total Value:**   87,523.31 USD

**Payment Terms:** ▓ from Invoice Date, End of month





# Purchase Order:19724

Page:  3/3

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-086426

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 6/23/2022 | ORDER NO. UO-230683 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br><br>**FONA** INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br>4843 International Blvd.<br>Wilson,NC 27893<br>USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 71<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F<br><br>Customer Item #: RAW1287<br><br>929.0603U-PP1-15.88KG    Batch#: | ▮ Lb NET | | | |

| Total Weight (lbs.) ___ ▮ | TOTAL WEIGHT: ▮ Lb NET |
|---|---|
| # of Pallets ___ 7 | TOTAL PACKAGES: 196 |
| Please report problems TO: | ORDER NO: UO-230683 |
| Instructions: | LOCATION: RA |
| | PO NO: 19724 |

Broker:

**679365881-5**  FedEx. Freight

7885537 V7730 SLC
6-23-2022

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.    ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 23 - 2022

Shipper, Per    *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-086426

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 6/23/2022 | ORDER NO. UO-230683 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. 4843 International Blvd. Wilson,NC 27893 USA |
|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F Customer Item #: RAW215 856.0085U-PP1-15.88KGM    Batch#: | ▮ Lb NET | | | |
| 17 EACH(S) | | BLACK CHERRY FLAVOR, ART Customer Item #: RAW345 825.0205U-PP1-15.88KGM    Batch#: | ▮ Lb NET | | | |
| 10 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART Customer Item #: RAW479 915.0215U-PP1-15.88KGM    Batch#: | ▮ Lb NET | | | |
| 38 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F Customer Item #: RAW694 809.0336U-PP1-15.88KGM    Batch#: , P356154 | ▮ Lb NET | | | |
| 18 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART Customer Item #: RAW746 906.2016U-PP1-15.88KGM    Batch#: | ▮ Lb NET | | | |
| 35 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF Customer Item #: RAW867 825.2133U-PP1-15.88KGM    Batch#: | ▮ Lb NET | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.    ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 23 - 2022

Shipper, Per *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking

**SCHEDULED DELIVERY DATE**

Your shipment was cancelled by the sender. A delivery date will no longer be provided.

**DELIVERY STATUS**

Cancelled

↓ Shipment is 1 of 7 pieces

**TRACKING ID**

6793658815 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/23/2022 3:42 PM

**IN TRANSIT**
Shipment cancelled by sender
GREENVILLE, NC
6/25/2022 5:17 AM

**OUT FOR DELIVERY**

**TO**
WILSON, NC US

*Scheduled Delivery Date*
Cancelled

*Destination Terminal*
**WILSON, NC**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

### Alerts (1)    ∧

ⓘ    FedEx notified to void this shipment

(https://www.fedex.com/en-us/home.html)

## 7 Piece Shipment

**TRACKING ID**
274715868800

**STATUS**

 Cancelled

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

**TRACKING ID**
274715868810

**STATUS**

 Cancelled

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Cancelled**

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

---

**TRACKING ID**
274715868832

**STATUS**

 **Cancelled**

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

---

**TRACKING ID**
274715868843

**STATUS**

 **Cancelled**

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

---

(https://www.fedex.com/en-
us/home.html)

**STATUS**

 **Cancelled**

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

**TRACKING ID**
6793658815 (master)

**STATUS**

 **Cancelled**

**SHIP DATE**
6/23/22

**DELIVERY DATE**

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WILSON NC

## Shipment facts                                                    ∧

 Shipment overview

**TRACKING NUMBER**   6793658815

**MASTER TRACKING NUMBER**   6793658815

**SHIP DATE** ⊙   6/23/22

**SCHEDULED DELIVERY**   Pending

Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

(https://www.fedex.com/en-us/home.html)

**TOTAL NUMBER OF HANDLING UNITS**  7

**TOTAL PIECES**  7

**TOTAL SHIPMENT WEIGHT**  7,700 lbs / 3,492.66 kgs

↑ Back to to

## Travel history ⌃

Ascending ⌄

**TIME ZONE** ⌄
Local Scan Time

Thursday, 6/23/2022

- 3:42 PM
  **Picked up**
  BATAVIA, IL

- 9:31 PM
  **In transit**
  INDIANAPOLIS, IN

- 10:21 PM
  **In transit**
  INDIANAPOLIS, IN

Friday, 6/24/2022

- 7:20 AM
  **In transit**
  HUNTINGTON, WV

- 12:52 PM
  **In transit**
  GREENSBORO, NC

Saturday, 6/25/2022

- 1:39 AM
  **In transit**
  SOUTH CHESTERFIELD, VA

- 5:17 AM
  **In transit**
  GREENVILLE, NC


(https://www.fedex.com/en-us/home.html)

9:16 AM
**At local facility**
**GREENVILLE, NC**

 9:06 AM
**Shipment cancelled by sender**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**



Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html)    (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)    (https://www.instagram.com/fedex/)    (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0680930 | 06/27/2022 | 098110 |

**INVOICE**

UO-230888

WORK ORDER NO.    B.O.

| | | | |
|---|---|---|---|
| **S O L D  T O** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P  T O** | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/24/22 | 19857 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/24/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 865.0411U-PP1-15.88KG | KEY LIME PIE TYPE FLAVOR, NAT<br>Customer Item #: RAW1076<br>Quantity : 190.560 Batch number : Q145080 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |



**TOTAL**    **5,396.13 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

■

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19857

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19857 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ███████ Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1076 | Key Lime Pie Type, Natural 865.0411 | ███ kg | Aug 4, 2022 | ███ per 1 kg | ███ USD |

**Total Value:** 35,567.23 USD

**Payment Terms:** ███ from Invoice Date, End of month



## Purchase Order:19857

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-086476 |
|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 6/24/2022 | ORDER NO. UO-230888 |
|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. |
|---|---|
| **FONA** INTERNATIONAL EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II KEY LIME PIE TYPE FLAVOR, NAT 59.0 F | ▮ NET | | | |
| PAIL(S) | | Customer Item #: RAW1076 | | | | |
| | | 865.0411U-PP1-15.88KG    Batch#: Q145080 | | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: ▮ b NET |
|---|---|
| # of Pallets ___1___ | TOTAL PACKAGES: 12 |

Please report problems TO:

ORDER NO: UO-230888

LOCATION: RA

PO NO: 19857

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

**FedEx** Freight

**679365882-6**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Wednesday

6/29/2022 at 11:23 am

Signed for by: R FRANCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793658826 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/24/2022 12:36 PM

**IN TRANSIT**
PHOENIX, AZ
6/29/2022 11:23 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/29/2022 11:05 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/29/2022 at 11:23 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ∧

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ    6/24/22

**ACTUAL DELIVERY**    6/29/22 at 11:23 am

## 🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

## 🛍 Package details

**WEIGHT**    495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**    1

**TOTAL PIECES**    12

**TOTAL SHIPMENT WEIGHT**    495 lbs / 224.53 kgs

↑ Back to to

## Travel history    ⌃

Ascending    ⌄

**TIME ZONE**    ⌄
Local Scan Time

Friday, 6/24/2022

- 12:36 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:00 AM
  **In transit**
  **BETHANY, MO**

- 10:51 AM
  **In transit**
  **WICHITA, KS**

- 11:36 AM
  **Delivery option requested**
  **Appointment Date Jun 29, 2022 and Time 01:00 PM Set**
  **PHOENIX, AZ**

  Tuesday, 6/28/2022

- 2:16 AM
  **In transit**
  **STRATFORD, TX**

- 7:26 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 12:08 PM
  **In transit**
  **FLAGSTAFF, AZ**

- 6:25 PM
  **In transit**
  **PHOENIX, AZ**

  Wednesday, 6/29/2022

- 5:47 AM
  **At local facility**
  **PHOENIX, AZ**

- 11:05 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:23 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- ⊘ 11:23 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

(https://www.fedex.com/en-us/home.html)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)  (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)  (https://www.instagram.com/fedex/)  (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)  (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681008 | 06/29/2022 | 098110 |

**INVOICE**

UO-230604

WORK ORDER NO.    B.O.

S
O
L
D
T
O

VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S
H
I
P
T
O

VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/27/22 | 19748 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/27/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 944.0373U-PP1-15.88KG | POMEGRANATE FLAVOR, NAT WONF<br>Customer Item #: RAW1171<br>Quantity : 79.400 Batch number : Q139025 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |

**TOTAL**    **2,756.90 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019





# Purchase Order:19748

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19748 |
| **Created On:** | May 16, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1171 | Pomegranate Nat Flavor WONF 944.0373U | ████ | Jun 30, 2022 | ████ per 1 kg | ████ USD |

**Total Value:**  2,224.79 USD

**Payment Terms:**  ████ from Invoice Date, End of month



# Purchase Order:19748

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**    Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-086523

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 6/27/2022 | UO-230604 |
|---|---|---|---|---|

RECEIVEED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. |
|---|---|
| **FONA** INTERNATIONAL | Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 |
| EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | USA |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II POMEGRANATE FLAVOR, NAT WONF 72.9 F | ▓b NET | | | |
| PAIL(S) | | Customer Item #: RAW1171 | | | | |
| | | 944.0373U-PP1-15.88KG    Batch#: Q139025 | | | | |

| Total Weight (lbs.) ▓ | | TOTAL WEIGHT: ▓b NET |
|---|---|---|
| # of Pallets 1 | | TOTAL PACKAGES: 5 |

Please report problems TO:

ORDER NO: UO-230604

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 19748

Broker:


FedEx. Freight

**679365902-5**

1190149 6·27·22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $ ___ per ___ | ___ (Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 27 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                                                    ⋮

**DELIVERED**

# Thursday

6/30/2022 at 1:47 pm

Signed for by: K FLORES

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793659025  ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/27/2022 3:48 PM

**IN TRANSIT**
PHOENIX, AZ
6/30/2022 1:47 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/30/2022 9:42 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/30/2022 at 1:47 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    | **SUBMIT** |

**MORE OPTIONS**

Shipment facts                                                                                    ︿

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ❓ 6/27/22

**ACTUAL DELIVERY** 6/30/22 at 1:47 pm

## 🚚 Services

**SERVICE** FedEx Freight Priority

**TERMS** Shipper

## 🛍 Package details

**WEIGHT** 210 lbs / 95.25 kgs

**TOTAL NUMBER OF HANDLING UNITS** 1

**TOTAL PIECES** 5

**TOTAL SHIPMENT WEIGHT** 210 lbs / 95.25 kgs

↑ Back to to

## Travel history ⌃

Ascending ⌄

**TIME ZONE** ⌄
Local Scan Time

Monday, 6/27/2022

- 3:48 PM
  **Picked up**
  BATAVIA, IL

- 9:16 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:00 AM
  In transit
  BETHANY, MO

- 12:02 PM
  In transit
  WICHITA, KS

- 10:39 AM
  Delivery option requested
  Appointment Date Jun 30, 2022 and Time 03:00 PM Set
  PHOENIX, AZ

  Wednesday, 6/29/2022

- 1:27 AM
  In transit
  STRATFORD, TX

- 6:55 AM
  In transit
  ALBUQUERQUE, NM

- 11:12 AM
  In transit
  FLAGSTAFF, AZ

- 5:52 PM
  In transit
  PHOENIX, AZ

  Thursday, 6/30/2022

- 9:15 AM
  At local facility
  PHOENIX, AZ

- 9:42 AM
  Out for delivery
  PHOENIX, AZ

- 1:47 PM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- ⊘ 1:47 PM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

(https://www.fedex.com/en-
us/home.html)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |  Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |  Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681011 | 06/29/2022 | 098110 |

**INVOICE**

UO-230527

| WORK ORDER NO. | B.O. |
|---|---|

| S O L D | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|
| T O | | T O | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/24/22 | 19649 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 06/24/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #:  RAW694<br>Quantity : 301.720 Batch number : Q137127<br>Quantity : 571.680 Batch number : Q137127 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    16,349.23 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

▮▮▮▮▮▮▮▮▮▮

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19649

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19649 |
| **Created On:** | May 11, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ███ kg | Jun 29, 2022 | ███ per 1 kg | ███ USD |

**Total Value:**  15,132.13 USD

**Payment Terms:**  ███████ from Invoice Date, End of month



# Purchase Order:19649

**Page:** 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** — Must be legibly filled In, in Iink, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-086465

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 6/24/2022 | UO-230527 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN: 1100 N Raddant Rd
Batavia, IL 60510

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: Vital Pharmaceuticals, Inc.

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 55 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F | ▇ b NET | | | |
| PAIL(S) | | Customer Item #: RAW694 | | | | |
| | | 809.0336U-PP1-    Batch#: Q137127, Q137127 15.88KGM | | | | |

Total Weight (lbs.) _____

# of Pallets _____ **2**

TOTAL WEIGHT: ▇ b NET

TOTAL PACKAGES: 55

Please report problems TO:

ORDER NO: UO-230527

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 19649

**FedEx** Freight

**584067364-6**

Broker:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect. ☐    Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 24 - 2022

Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)     Sign Up or Log In

## FedEx® Tracking

&#8942;

**DELIVERED**

# Wednesday

6/29/2022 at 11:23 am

Signed for by: R FRANCO

&#11015; Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

5840673646 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/24/2022 12:36 PM

**IN TRANSIT**
PHOENIX, AZ
6/28/2022 6:25 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
6/29/2022 11:05 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
6/29/2022 at 11:23 AM

*Destination Terminal*
**PHOENIX, AZ**

&#8595; View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts     &#8743;

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ  6/24/22

**ACTUAL DELIVERY**   6/29/22 at 11:23 am

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🛍️ Package details

**WEIGHT**   1,995 lbs / 904.92 kgs

**TOTAL NUMBER OF HANDLING UNITS**   2

**HANDLING UNIT PIECES**   55

**TOTAL PIECES**   55

**TOTAL SHIPMENT WEIGHT**   1,995 lbs / 904.92 kgs

**PACKAGING**   Other

↑ Back to to

### Travel history   ⌃

Ascending   ⌄

**TIME ZONE**   ⌄
Local Scan Time

Friday, 6/24/2022

- 12:36 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:00 AM
  In transit
  BETHANY, MO

- 10:51 AM
  In transit
  WICHITA, KS

- 11:36 AM
  Delivery option requested
  Appointment Date Jun 29, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

Tuesday, 6/28/2022

- 2:16 AM
  In transit
  STRATFORD, TX

- 7:26 AM
  In transit
  ALBUQUERQUE, NM

- 12:08 PM
  In transit
  FLAGSTAFF, AZ

- 6:25 PM
  In transit
  PHOENIX, AZ

Wednesday, 6/29/2022

- 5:47 AM
  At local facility
  PHOENIX, AZ

- 11:05 AM
  Out for delivery
  PHOENIX, AZ

- ⊘ 11:23 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)



(https://www.fedex.com/en-us/home.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)     Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)     Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL 60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681109 | 06/30/2022 | 098110 |

**INVOICE**

UO-230654

WORK ORDER NO.      B.O.

| S O L D   T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL 33326<br>USA | S H I P   T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ 85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/29/22 | 19830 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer Wyatt | 06/28/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 95.280 Batch number : Q070071<br>Quantity : 63.520 Batch number : Q123020<br>Quantity : 15.880 Batch number : Q070071<br>Quantity : 15.880 Batch number : Q070071 | ▮ | ▮ | ▮ | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |

**TOTAL    3,902.14 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▮

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**





# Purchase Order:19830

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19830 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ██████ | Jul 1, 2022 | ██████ per 1 kg | ████ USD |

**Total Value:**  12,639.37 USD

**Payment Terms:**  ███████ from Invoice Date, End of month



## Purchase Order:19830

**Page:**  2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.**Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.**The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | | Must be legibly filled In, in Iink, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-086589 |
|---|---|---|---|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE | 6/28/2022 | UO-230654 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br><br>915.0215U-PP1-      Batch#: Q070071, Q123020,<br>15.88KGM                Q070071, Q070071 | Lb NET | | | |

| Total Weight (lbs.) _____ | | TOTAL WEIGHT: ____ Lb NET |
|---|---|---|
| # of Pallets ____1____ | | TOTAL PACKAGES: 12 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

ORDER NO: UO-230654

LOCATION: RA

PO NO: 19830

**679365944-5**

**FedEx** Freight

Broker:

15/6962 6/29/22
SW X 6376

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $ _____ per _____ | _____<br>(Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 28 - 2022                    Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

## FedEx® Tracking                                                                ⋮

**DELIVERED**

# Tuesday

7/12/2022 at 11:47 am

Signed for by: KEIRAN LARKIN

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✔

**TRACKING ID**

6793659445 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/29/2022 3:46 PM

**IN TRANSIT**
PHOENIX, AZ
7/12/2022 11:47 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/12/2022 9:04 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/12/2022 at 11:47 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    | **SUBMIT** |

**MORE OPTIONS**

Shipment facts                                                          ⌃

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ   6/29/22

**ACTUAL DELIVERY**   7/12/22 at 11:47 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   12

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

Travel history   ⌄

Ascending   ⌄

**TIME ZONE**
Local Scan Time   ⌄

Wednesday, 6/29/2022

- 3:46 PM
  **Picked up**
  BATAVIA, IL

- 9:35 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:01 AM
  **In transit**
  BETHANY, MO

- 8:40 AM
  **Delivery option requested**
  **Appointment Date Jul 12, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

- 11:49 AM
  **In transit**
  WICHITA, KS

Friday, 7/1/2022

- 1:46 AM
  **In transit**
  STRATFORD, TX

- 7:00 AM
  **In transit**
  ALBUQUERQUE, NM

- 11:10 AM
  **In transit**
  FLAGSTAFF, AZ

- 6:02 PM
  **In transit**
  PHOENIX, AZ

Wednesday, 7/6/2022

- 5:25 AM
  **At local facility**
  PHOENIX, AZ

- 7:38 AM
  **Out for delivery**
  PHOENIX, AZ

- 7:43 AM
  **Out for delivery**
  PHOENIX, AZ

- 9:06 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 11:40 AM
  **Delivery exception**
  **Refused - Consignee cannot receive on delivery date**
  PHOENIX, AZ

- 11:45 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

**(https://www.fedex.com/en-us/home.html)**

- 1:13 PM
  **Delivery option requested**
  **Appointment Date Jul 12, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

Tuesday, 7/12/2022

- 9:04 AM
  **Out for delivery**
  PHOENIX, AZ

- 11:47 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 11:47 AM
  **Delivery exception**
  **Over, short, damaged cleared**
  PHOENIX, AZ

- 11:47 AM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)  (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)  (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-
us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681110 | 06/30/2022 | 098110 |

**INVOICE**

UO-230677

WORK ORDER NO.    B.O.

S O L D T O:
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P T O:
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 06/29/22 | 19876 | FX FRT PRY | N/A | ▉ | ▉ | ▉ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer Wyatt | 07/22/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 852.0009U-PP1-15.88KGM | RED PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW651<br>Quantity : 47.640 Batch number : P231015<br>Quantity : 301.720 Batch number : Q070043<br>Quantity : 142.920 Batch number : Q070043<br>Quantity : 15.880 Batch number : P231015 | ▉ | ▉ | ▉ | ▉ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▉ | ▉ | ▉ | ▉ | |

**TOTAL    11,980.24 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19876

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19876 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ▉▉▉▉▉  Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ |
|---|---|---|---|---|---|---|
| 1 | RAW651 | Red Punch Flavor, NAT 852.0009U | ▉ | Jul 27, 2022 | per 1 kg | USD |

**Total Value:**  14,392.04 USD

**Payment Terms:** ▉▉▉ from Invoice Date, End of month



# Purchase Order:19876

Page: 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**    Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:   US-086590

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE | 6/28/2022 | UO-230677 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: |
|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 32 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III RED PUNCH FLAVOR, NAT WONF 78.1 F | ███ NET | | | |
| PAIL(S) | | Customer Item #: RAW651 | | | | |
| | | 852.0009U-PP1-    Batch#: Q070043, P231015, 15.88KGM    P231015, Q070043 | | | | |

| Total Weight (lbs.) ___███___ | TOTAL WEIGHT: ███ NET |
|---|---|
| # of Pallets ___1___ | TOTAL PACKAGES: 32 |

Please report problems TO:

ORDER NO: UO-230677

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 19876

**679365950-4**   FedEx Freight



Broker:

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ___ per ___ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** |
|---|---|---|---|

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

Freight charges are PREPAID unless marked collect. ☐   Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

June - 28 - 2022

Shipper, Per   *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking 

⋮

**DELIVERED**

# Tuesday

7/12/2022 at 11:47 am

Signed for by: KEIRAN LARKIN

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793659504 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
6/29/2022 3:55 PM

**IN TRANSIT**
PHOENIX, AZ
7/12/2022 11:47 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/12/2022 9:04 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/12/2022 at 11:47 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

📦 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ  6/29/22

**ACTUAL DELIVERY**  7/12/22 at 11:47 am

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🔒 Package details

**WEIGHT**  1,255 lbs / 569.26 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  32

**TOTAL SHIPMENT WEIGHT**  1,255 lbs / 569.26 kgs

↑ Back to to

Travel history                                                                    ⌃

Ascending                                                                          ⌄

**TIME ZONE**                                                                      ⌄
Local Scan Time

Wednesday, 6/29/2022

- 3:55 PM
  **Picked up**
  BATAVIA, IL

- 9:35 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-
us/home.html)

- 7:01 AM
  **In transit**
  BETHANY, MO

- 8:40 AM
  **Delivery option requested**
  **Appointment Date Jul 12, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

- 11:49 AM
  **In transit**
  WICHITA, KS

Friday, 7/1/2022

- 1:46 AM
  **In transit**
  STRATFORD, TX

- 7:00 AM
  **In transit**
  ALBUQUERQUE, NM

- 11:10 AM
  **In transit**
  FLAGSTAFF, AZ

- 6:02 PM
  **In transit**
  PHOENIX, AZ

Wednesday, 7/6/2022

- 5:25 AM
  **At local facility**
  PHOENIX, AZ

- 7:38 AM
  **Out for delivery**
  PHOENIX, AZ

- 7:43 AM
  **Out for delivery**
  PHOENIX, AZ

- 9:06 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 11:40 AM
  **Delivery exception**
  **Refused - Consignee cannot receive on delivery date**
  PHOENIX, AZ

- 11:45 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

**(https://www.fedex.com/en-us/home.html)**

- 1:13 PM
  **Delivery option requested**
  **Appointment Date Jul 12, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

Tuesday, 7/12/2022

- 9:04 AM
  **Out for delivery**
  PHOENIX, AZ

- 11:47 AM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- 11:47 AM
  **Delivery exception**
  **Over, short, damaged cleared**
  PHOENIX, AZ

- 11:47 AM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**
 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)
🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)
▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-
us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681348 | 07/11/2022 | 098110 |

**INVOICE**     UO-230611

WORK ORDER NO.    B.O.

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/07/22 | 19775 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Summer  Wyatt | 07/07/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 865.006-PP1-15.88KGM | LIME EXTRACT, NAT<br>Customer Item #: RAW641<br>Quantity : 47.640 Batch number : Q018187<br>Quantity : 158.800 Batch number : Q053178 | ███ | ███ | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |



**TOTAL     5,089.70 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19775

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19775 |
| **Created On:** | May 17, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW641 | FONA Nat Lime Extract 865.006 | ███████ | Jul 12, 2022 | ███████ | ███████ |

**Total Value:**  5,072.23 USD

**Payment Terms:**  ███████ from Invoice Date, End of month



# Purchase Order:19775

**Page:** 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:  US-086886

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/7/2022 | UO-230611 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 13 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F | ▓ b NET | | | |
| PAIL(S) | | Customer Item #: RAW641 | | | | |
| | | 865.006-PP1-15.88KGM    Batch#: Q053178, Q018187 | | | | |

Total Weight (lbs.) ▓▓▓

# of Pallets ___1___

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

TOTAL WEIGHT: ▓ b NET

TOTAL PACKAGES: 13

ORDER NO: UO-230611

LOCATION: RA

PO NO: 19775


FedEx. Freight

**679366015-6**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | TOTAL CHARGES $ |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $ _____ per _____ | (Signature of Consignee) | Freight charges are PREPAID unless marked collect. [ ] Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 07 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)        Sign Up or Log In

## FedEx® Tracking                                                    ⋮

**DELIVERED**

# Tuesday

7/12/2022 at 11:47 am

Signed for by: KEIRAN LARKIN

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793660156  ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/7/2022 3:15 PM

**IN TRANSIT**
PHOENIX, AZ
7/12/2022 11:47 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/12/2022 9:04 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/12/2022 at 11:47 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts                                                        ⌃

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ  7/7/22

**ACTUAL DELIVERY**  7/12/22 at 11:47 am

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🔒 Package details

**WEIGHT**  530 lbs / 240.4 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  13

**TOTAL SHIPMENT WEIGHT**  530 lbs / 240.4 kgs

↑ Back to to

Travel history ⌃

Ascending ⌄

**TIME ZONE** ⌄
Local Scan Time

Thursday, 7/7/2022

- 3:15 PM
  **Picked up**
  BATAVIA, IL

- 9:43 PM
  **In transit**
  EAST MOLINE, IL

Friday, 7/8/2022

- 7:30 AM
  **In transit**
  BETHANY, MO

- 12:46 PM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:46 AM
  In transit
  STRATFORD, TX

Monday, 7/11/2022

- 6:08 AM
  In transit
  ALBUQUERQUE, NM

- 11:38 AM
  In transit
  FLAGSTAFF, AZ

- 1:15 PM
  Delivery option requested
  Appointment Date Jul 12, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 6:40 PM
  In transit
  LITCHFIELD PARK, AZ

- 10:48 PM
  In transit
  PHOENIX, AZ

Tuesday, 7/12/2022

- 9:04 AM
  Out for delivery
  PHOENIX, AZ

- 11:47 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:47 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)



(https://www.fedex.com/en-us/home.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681349 | 07/11/2022 | 098110 |

**INVOICE**

UO-230662

WORK ORDER NO.        B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/06/22 | 19836 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/06/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #:  RAW694<br>Quantity : 571.680 Batch number : Q137127<br>Quantity : 349.360 Batch number : Q137127 | ███ | ███ | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |



**TOTAL    17,322.73 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███████

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19836

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19836 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ████ | Jul 11, 2022 | ██████ | ██████ |

**Total Value:**  16,089.92 USD

**Payment Terms:**  ██████ from Invoice Date, End of month



# Purchase Order:19836

**Page:** 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**   Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:   US-086851

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 7/6/2022 | ORDER NO. UO-230662 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below and which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: |
|---|---|
| 1100 N Raddant Rd<br>Batavia, IL 60510<br>**FONA INTERNATIONAL**<br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | Vital Pharmaceuticals, Inc.<br><br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 58<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br><br>809.0336U-PP1-    Batch#: Q137127, Q137127<br>15.88KGM | ▮ b NET | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: ▮ |
|---|---|
| # of Pallets    2 | TOTAL PACKAGES: 58 |

Please report problems TO:

ORDER NO: UO-230662

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 19836

Broker:

**679365919-1**   FedEx Freight

X8613 SLC
a Rece 1261950
7-6-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint In lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $** _____<br><br>Freight charges are PREPAID unless marked collect.   ☐   Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 06 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                    ⋮

**DELIVERED**

# Monday

7/11/2022 at 2:40 pm

Signed for by: A FLORES

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓  Shipment is 1 of 2 pieces

**TRACKING ID**

6793659191   ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/6/2022 4:46 PM

**IN TRANSIT**
PHOENIX, AZ
7/11/2022 2:40 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/11/2022 11:29 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/11/2022 at 2:40 PM

*Destination Terminal*
**PHOENIX, AZ**

↓  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                    ⌃


(https://www.fedex.com/en-us/home.html)

**STATUS**

✅ **Delivered**

**SHIP DATE**
7/6/22

**DELIVERY DATE**
7/11/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
6793659191 (master)

**STATUS**

✅ **Delivered**

**SHIP DATE**
7/6/22

**DELIVERY DATE**
7/11/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts ⌃

 Shipment overview

**TRACKING NUMBER**   6793659191

**MASTER TRACKING NUMBER**   6793659191

**SHIP DATE** ⑦   7/6/22

**ACTUAL DELIVERY**   7/11/22 at 2:40 pm

 Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-
us/home.html)

## 🛍 Package details

**WEIGHT**    2,275 lbs / 1,031.92 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    58

**TOTAL SHIPMENT WEIGHT**    2,275 lbs / 1,031.92 kgs

↑ Back to to

## Travel history ⌄

Ascending ⌄

**TIME ZONE** ⌄
Local Scan Time

### Wednesday, 7/6/2022

- 4:46 PM
  **Picked up**
  BATAVIA, IL

- 9:27 PM
  **In transit**
  EAST MOLINE, IL

### Thursday, 7/7/2022

- 8:08 AM
  **In transit**
  BETHANY, MO

- 12:56 PM
  **In transit**
  WICHITA, KS

- 1:06 PM
  **Delivery option requested**
  **Appointment Date Jul 11, 2022 and Time 04:00 PM Set**
  PHOENIX, AZ

(https://www.fedex.com/en-us/home.html))

- 1:57 AM
  **In transit**
  **STRATFORD, TX**

- 10:05 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 11:17 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 6:16 PM
  **In transit**
  **LITCHFIELD PARK, AZ**

- 9:51 PM
  **In transit**
  **PHOENIX, AZ**

  Monday, 7/11/2022

- 7:01 AM
  **At local facility**
  **PHOENIX, AZ**

- 11:29 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 2:40 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 2:40 PM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



(https://www.fedex.com/en-us/home.html)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)   |   Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)   |   Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



## FONA International LLC

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681353 | 07/11/2022 | 098110 |

**INVOICE**

UO-231667

WORK ORDER NO.    B.O.



| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/06/22 | 20268 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| Shen Lin | 07/06/22 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 142.920 Batch number : Q137127 | | | | | |
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW260<br>Quantity : 47.640 Batch number : Q168051 | | | | | |
| 935.1084U-NB2-22.68KG | N-C SMORES FLAVOR, NAT<br>Customer Item #: RAW246<br>Quantity : 45.360 Batch number : Q168060 | | | | | |
| 862.0091U-PP1-15.88KGM | LEMON EXTRACT, NAT WONF<br>Customer Item #: RAW604<br>Quantity : 15.880 Batch number : Q137144 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0681353 | 07/11/2022 | 098110 |

**INVOICE**

UO-231667

WORK ORDER NO.    B.O.

| SOLD TO | SHIP TO |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL   33326<br>USA | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/06/22 | 20268 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shen Lin | 07/06/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 31.760 Batch number : Q139038 | ■ | ■ | ■ | ■ | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 31.760 Batch number : Q094024 | ■ | ■ | ■ | ■ | |
| 915.3339U-PP1-15.88KG | STRAWBERRY TYPE FLAVOR, NAT<br>Customer Item #: RAW1268<br>Quantity : 31.760 Batch number : Q168067 | ■ | ■ | ■ | ■ | |
| 865.0037U-PP1-15.88KG | LIME EXTRACT, NAT<br>Customer Item #: RAW466<br>Quantity : 31.760 Batch number : Q168074 | ■ | ■ | ■ | ■ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 3 | UI-0681353 | 07/11/2022 | 098110 |

**INVOICE**

UO-231667

WORK ORDER NO.    B.O.

**SOLD TO:**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**SHIP TO:**
VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL   33326 USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/06/22 | 20268 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shen Lin | 07/06/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |
| | | ███ | | ███ | ███ | |
| | | | | **TOTAL** | **11,011.77 USD** | |
| | | ███ | | ███ | ███ | |
| | | ███ | | ███ | ███ | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███████████
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20268

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20268 |
| **Created On:** | Jun 16, 2022 |
| **Contact Person:** | Shen Lin |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Shen.Lin@bangenergy.com |
| **Start Shipping Date:** | 2022-07-05 |
| **Cancel Shipping Date:** | 2022-07-05 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shen Lin

**Remark:** Fona updated our Terms on 05/22/19 to ▇▇▇▇▇. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | | Jul 8, 2022 | | USD |
| 3 | RAW260 | FONA Fruit Punch Flavor #852.0054 | | Jul 8, 2022 | | USD |
| 4 | RAW246 | N-C Smores Flavor, Nat 935.1084U | | Jul 8, 2022 | | USD |
| 5 | RAW604 | FONA Lemon Extract Nat. WONF #862.0091U | | Jul 8, 2022 | | USD |
| 6 | RAW215 | FONA Grape Flavor #856.0085 | | Jul 8, 2022 | | USD |



## Purchase Order:20268

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|------------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 7 | RAW746 | Raspberry Flavor #906.2016 | | Jul 8, 2022 | | USD |
| 8 | RAW1268 | Strawberry Type Nat Flavor 915.3339U | | Jul 8, 2022 | | USD |
| 9 | RAW466 | FONA Lime Extract Nat #865.0037 | | Jul 8, 2022 | | USD |

**Total Value:** 9,481.68 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order:20268

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-086870 |
|---|---|---|---|---|

|  |  | ORDER NO. | |
|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: ▓▓▓ | Seal NO. | DATE 7/6/2022 | UO-231667 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the data of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 **FONA** INTERNATIONAL EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL  33326 USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | VEHICLE NUMBER |
|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 9 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F <br> Customer Item #: RAW694 <br> 809.0336U-PP1- 15.88KGM    Batch#: Q137127 | ▓▓ NET | | | |
| 3 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II FRUIT PUNCH FLAVOR, NAT WONF 72.9 F <br> Customer Item #: RAW260 <br> 852.0054U-PP1-15.88KG    Batch#: Q168051 | ▓▓ NET | | | |
| 2 EACH(S) | | N-C SMORES FLAVOR, NAT <br> Customer Item #: RAW246 <br> 935.1084U-NB2-22.68KG    Batch#: Q168060 | ▓▓ NET | | | |
| 1 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LEMON EXTRACT, NAT WONF 80.1 F <br> Customer Item #: RAW604 <br> 862.0091U-PP1- 15.88KGM    Batch#: Q137144 | ▓▓ NET | | | |
| 2 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F <br> Customer Item #: RAW215 <br> 856.0085U-PP1- 15.88KGM    Batch#: Q139038 | ▓▓ NET | | | |
| 2 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART <br> Customer Item #: RAW746 <br> 906.2016U-PP1- 15.88KGM    Batch#: Q094024 | ▓▓ NET | | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. <br> Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding <br> $            per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. <br> (Signature of Consignee) | TOTAL CHARGES $ <br> Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |
|---|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 06 - 2022                 Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-086870

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 7/6/2022 | ORDER NO. UO-231667 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd<br>Batavia, IL 60510<br>**FONA** INTERNATIONAL<br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL  33326 USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 2<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III<br>STRAWBERRY TYPE FLAVOR, NAT<br>73.9 F<br><br>Customer Item #: RAW1268<br>915.3339U-PP1-15.88KG    Batch#: Q168067 | ▮ET | | | |
| 2<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III<br>LIME EXTRACT, NAT<br>76.3 F<br><br>Customer Item #: RAW466<br>865.0037U-PP1-15.88KG    Batch#: Q168074 | ▮NET | | | |

| Total Weight (lbs.) ▮ | TOTAL WEIGHT: ▮ |
|---|---|
| # of Pallets  1 | TOTAL PACKAGES: 23 |
| Please report problems TO: | ORDER NO: UO-231667 |
| Instructions: | LOCATION: RA |
| | PO NO: 20268 |
| Broker: | |

FedEx Freight

**679367302-5**

X8613 SLC
aka 1261950
7-6-22

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$           per

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 06 - 2022                Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)     Sign Up or Log In

FedEx® Tracking                                                                              ⋮

**DELIVERED**

# Monday
7/11/2022 at 12:46 pm

Signed for by: G TINOCO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

**TRACKING ID**

6793673025 

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/6/2022 4:43 PM

**IN TRANSIT**
HOLLYWOOD, FL
7/11/2022 12:46 PM

**OUT FOR DELIVERY**

**DELIVERED**
WESTON, FL US

*Delivered*
7/11/2022 at 12:46 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts                                                                              ∧

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⑦   7/6/22

**ACTUAL DELIVERY**   7/11/22 at 12:46 pm

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   940 lbs / 426.38 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   23

**TOTAL SHIPMENT WEIGHT**   940 lbs / 426.38 kgs

↑ Back to to

Travel history    ∧

Ascending    ∨

**TIME ZONE**    ∨
Local Scan Time

Wednesday, 7/6/2022

- 4:43 PM
  **Picked up**
  BATAVIA, IL

- 9:45 PM
  **In transit**
  INDIANAPOLIS, IN

Thursday, 7/7/2022

- 5:26 AM
  **In transit**
  NASHVILLE, TN

- 11:57 AM
  **In transit**
  CONLEY, GA

**(https://www.fedex.com/en-us/home.html)**

- 9:15 AM
  **In transit**

- 2:29 PM
  **In transit**
  **WEST PALM BEACH, FL**

- 10:54 PM
  **In transit**
  **HOLLYWOOD, FL**

  Monday, 7/11/2022

- 12:46 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **HOLLYWOOD, FL**

- ⊘ 12:46 PM
  **Delivered**
  **WESTON, FL**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

🌐  Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**   (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)



🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-
us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681423 | 07/13/2022 | 098110 |

**INVOICE**

UO-230532

WORK ORDER NO.    B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/11/22 | 19694 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/12/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 825.2133U-PP1-15.88KGM | CHERRY LEMON FLAVOR NAT. WONF<br>Customer Item #:  RAW867<br>Quantity : 571.680 Batch number : Q096223<br>Quantity : 47.640 Batch number : Q096223 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL   13,525.09 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19694

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19694 |
| **Created On:** | May 12, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮▮ Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ▮▮▮ | Jul 15, 2022 | ▮▮▮ | ▮▮▮ |

**Total Value:**   12,627.93 USD

**Payment Terms:** ▮▮▮ from Invoice Date, End of month



# Purchase Order:19694

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in Iink, in Indelible Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087019 |
|---|---|---|---|---|

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/12/2022 | UO-230532 |
|---|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) In Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 **FONA** INTERNATIONAL EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 39 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF Customer Item #: RAW867 825.2133U-PP1-  Batch#: Q096223, Q096223 15.88KGM | | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: |
|---|---|
| # of Pallets    **2** | TOTAL PACKAGES: 39 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

ORDER NO: UO-230532
LOCATION: RA
PO NO: 19694

**FedEx** Freight

**679366532-5**

Broker:

2585537 X1231S SCC
7.11.7022

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 12 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking

⋮

**DELIVERED**

# Thursday

7/14/2022 at 11:44 am

Signed for by: K LARKIN

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓   Shipment is 1 of 2 pieces

**TRACKING ID**

6793665325  ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/11/2022 3:19 PM

**IN TRANSIT**
PHOENIX, AZ
7/14/2022 11:44 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/14/2022 7:11 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/14/2022 at 11:44 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment                                                              ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
7/11/22

**DELIVERY DATE**
7/14/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

**TRACKING ID**
6793665325 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
7/11/22

**DELIVERY DATE**
7/14/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

---

Shipment facts                                                                    ⌃

 Shipment overview

**TRACKING NUMBER**    6793665325

**MASTER TRACKING NUMBER**    6793665325

**SHIP DATE** ⓘ    7/11/22

**ACTUAL DELIVERY**    7/14/22 at 11:44 am

🚚 Services

**SERVICE**    FedEx Freight Priority



(https://www.fedex.com/en-us/home.html)

## Package details

**WEIGHT**    1,540 lbs / 698.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    2

**TOTAL SHIPMENT WEIGHT**    1,540 lbs / 698.53 kgs

↑ Back to to

## Travel history  ⌃

Ascending  ⌄

**TIME ZONE**
Local Scan Time  ⌄

Monday, 7/11/2022

- 3:19 PM
  **Picked up**
  BATAVIA, IL

- 9:23 PM
  **In transit**
  EAST MOLINE, IL

Tuesday, 7/12/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 11:51 AM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:55 AM
  **In transit**
  **STRATFORD, TX**

- 7:15 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 11:37 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 1:52 PM
  **Delivery option requested**
  **Appointment Date Jul 14, 2022 and Time 01:00 PM Set**
  **PHOENIX, AZ**

- 6:15 PM
  **In transit**
  **PHOENIX, AZ**


Thursday, 7/14/2022

- 5:52 AM
  **At local facility**
  **PHOENIX, AZ**

- 7:11 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:44 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 11:44 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)



(https://www.fedex.com/en-us/home.html)

Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**   ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681685 | 07/22/2022 | 098110 |

**INVOICE**

UO-230656

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/13/22 | 19838 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/13/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 865.006-PP1-15.88KGM | LIME EXTRACT, NAT<br>Customer Item #: RAW641<br>Quantity : 381.120 Batch number : Q139090<br>Quantity : 206.440 Batch number : Q139090 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    14,209.73 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▮
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19838

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19838 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW641 | FONA Nat Lime Extract 865.006 | ███ | Jul 18, 2022 | ██████ | ██████ |

**Total Value:** 14,436.35 USD

**Payment Terms:** ██████ from Invoice Date, End of month



# Purchase Order:19838

**Page:** 2/2

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-087081 |
|---|---|---|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/13/2022 | ORDER NO. UO-230656 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 37 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F | ▉ NET | | | |
| PAIL(S) | | Customer Item #: RAW641 | | | | |
| | | 865.006-PP1-15.88KGM    Batch#: Q139090, Q139090 | | | | |

Total Weight (lbs.) ▉

# of Pallets 2

TOTAL WEIGHT: ▉ NET

TOTAL PACKAGES: 37

Please report problems TO:

ORDER NO: UO-230656

Instructions:

LOCATION: RA

PO NO: 19838

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

**FedEx.** Freight

**679367318-0**

Broker:

15.16962 Su 7/13/12
Y5429

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery | TOTAL CHARGES $ |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ per | of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect.  Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 13 - 2022                          Shipper, Per  *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                                    ⋮

**DELIVERED**

# Monday

7/18/2022 at 10:12 am

Signed for by: RUBEN FRANCO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793673180 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/13/2022 2:38 PM

**IN TRANSIT**
PHOENIX, AZ
7/18/2022 10:12 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/18/2022 7:07 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/18/2022 at 10:12 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts                                                                    ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  7/13/22

**ACTUAL DELIVERY**   7/18/22 at 10:12 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🛍 Package details

**WEIGHT**   1,480 lbs / 671.32 kgs

**TOTAL NUMBER OF HANDLING UNITS**   2

**TOTAL PIECES**   37

**TOTAL SHIPMENT WEIGHT**   1,480 lbs / 671.32 kgs

↑ Back to to

Travel history   ⌃

Ascending   ⌄

**TIME ZONE**
Local Scan Time   ⌄

Wednesday, 7/13/2022

- 2:38 PM
  **Picked up**
  BATAVIA, IL

- 9:45 PM
  **In transit**
  EAST MOLINE, IL

Thursday, 7/14/2022

- 6:57 AM
  **In transit**
  BETHANY, MO

- 11:53 AM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:14 AM
  **In transit**
  STRATFORD, TX

- 7:31 AM
  **In transit**
  ALBUQUERQUE, NM

- 9:44 AM
  **Delivery option requested**
  Appointment Date Jul 18, 2022 and Time 11:00 AM Set
  PHOENIX, AZ

- 11:08 AM
  **In transit**
  FLAGSTAFF, AZ

- 6:20 PM
  **In transit**
  LITCHFIELD PARK, AZ

- 10:20 PM
  **In transit**
  PHOENIX, AZ

  Monday, 7/18/2022

- 4:45 AM
  **At local facility**
  PHOENIX, AZ

- 7:07 AM
  **Out for delivery**
  PHOENIX, AZ

- 10:12 AM
  **At delivery**
  Arrived at customer location for delivery
  PHOENIX, AZ

- 10:12 AM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)



(https://www.fedex.com/en-us/home.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681686 | 07/22/2022 | 098110 |

**INVOICE**

UO-230659

| WORK ORDER NO. | B.O. |
|---|---|

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/14/22 | 19839 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/14/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 571.680 Batch number : Q123016<br>Quantity : 31.760 Batch number : Q123016<br>Quantity : 15.880 Batch number : Q123016 | ███ | ███ | ███ | ███ | |



**TOTAL    12,058.16 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

███████████

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19839

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19839 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 1 | RAW345 | FONA Black Cherry 825.0205 Liquid | ███████ | Jul 19, 2022 | ███████ | ███████ |

**Total Value:**  12,058.16 USD

**Payment Terms:**  ███████ from Invoice Date, End of month



# Purchase Order:19839

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | | Shipment No: | US-087138 |

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/14/2022 | ORDER NO. UO-230659 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indiceded below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination, and as to each party at any time interasted in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 39 EACH(S) | | BLACK CHERRY FLAVOR, ART | NET | | | |
| | | Customer Item #: RAW345 | | | | |
| | | 825.0205U-PP1- 15.88KGM        Batch#: Q123016, Q123016, Q123016 | | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

TOTAL WEIGHT:

TOTAL PACKAGES: 39

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

ORDER NO: UO-230659

LOCATION: RA

PO NO: 19839

Broker:

**679367344-5**

FedEx Freight

X7729  SL@
@Kaul 26/950
7-14-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignee) | **TOTAL CHARGES $**
Freight charges are PREPAID unless marked collect.   ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 14 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**
# Wednesday
7/20/2022 at 11:08 am

Signed for by: F LU

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

6793673445  ✎ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/14/2022 4:45 PM

**IN TRANSIT**
PHOENIX, AZ
7/20/2022 11:08 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/20/2022 9:33 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/20/2022 at 11:08 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**MORE OPTIONS**

| **SUBMIT** |

Shipment facts    ∧

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** (?)   7/14/22

**ACTUAL DELIVERY**   7/20/22 at 11:08 am

## Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## Package details

**WEIGHT**   1,520 lbs / 689.46 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   39

**TOTAL SHIPMENT WEIGHT**   1,520 lbs / 689.46 kgs

↑ Back to to

## Travel history                                                          ∧

Ascending                                                                  ∨

**TIME ZONE**
Local Scan Time                                                            ∨

Thursday, 7/14/2022

- 4:45 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

Friday, 7/15/2022

- 8:21 AM
  **In transit**
  BETHANY, MO

- 12:54 PM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:15 AM
  In transit
  STRATFORD, TX

Monday, 7/18/2022

- 5:58 AM
  In transit
  ALBUQUERQUE, NM

- 10:23 AM
  In transit
  FLAGSTAFF, AZ

- 5:59 PM
  In transit
  PHOENIX, AZ

Tuesday, 7/19/2022

- 11:09 AM
  Delivery option requested
  Appointment Date Jul 20, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

Wednesday, 7/20/2022

- 6:58 AM
  At local facility
  PHOENIX, AZ

- 9:31 AM
  Out for delivery
  PHOENIX, AZ

- 9:33 AM
  Out for delivery
  PHOENIX, AZ

- 11:08 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:08 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)



(https://www.fedex.com/en-us/home.html)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)       Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)       Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681687 | 07/22/2022 | 098110 |

**INVOICE**

UO-230666

WORK ORDER NO.     B.O.

S O L D   T O
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P   T O
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/18/22 | 19841 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/18/22 | | Klug | | ■ |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 862.0091U-PP1-15.88KGM | LEMON EXTRACT, NAT WONF<br>Customer Item #: RAW604<br>Quantity : 127.040 Batch number : Q019088<br>Quantity : 127.040 Batch number : Q137144 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |



**TOTAL    8,619.16 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
■
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19841

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19841 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW604 | FONA Lemon Extract Nat. WONF #862.0091U | ████ | 21, 2022 | ████████ | ████ USD |

**Total Value:**  30,575.35 USD

**Payment Terms:**  ██████ from Invoice Date, End of month



# Purchase Order:19841

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled in, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087268

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/18/2022 | UO-230666 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set form (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd<br>Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc.<br>Plant VPX-Phoenix US<br>1635 S 43rd Ave<br>PHOENIX,AZ 85009<br>USA |

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 16 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III<br>LEMON EXTRACT, NAT WONF<br>80.1 F | | | | |
| PAIL(S) | | Customer Item #: RAW604 | | | | |
| | | 862.0091U-PP1-    Batch#: Q137144, Q019088<br>15.88KGM | | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

TOTAL WEIGH_____

TOTAI PACKAGES: 16

Please report problems TO:

ORDER NO: UO-230666

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 19841

**FedEx** Freight

**679366979-4**

Broker:

*x 124/0 SLO*

*after 176/950*

*7-18-22*

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. ☐    Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 18 - 2022

Shipper, Per    *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking

⋮

**DELIVERED**

# Wednesday

7/20/2022 at 11:08 am

Signed for by: F LU

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

6793673445 ✎ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/14/2022 4:45 PM

**IN TRANSIT**
PHOENIX, AZ
7/20/2022 11:08 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/20/2022 9:33 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/20/2022 at 11:08 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ^

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   7/14/22

**ACTUAL DELIVERY**   7/20/22 at 11:08 am

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🔒 Package details

**WEIGHT**   1,520 lbs / 689.46 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   39

**TOTAL SHIPMENT WEIGHT**   1,520 lbs / 689.46 kgs

↑ Back to to

Travel history                                                              ∧

Ascending                                                                   ∨

**TIME ZONE**                                                               ∨
Local Scan Time

Thursday, 7/14/2022

- 4:45 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

Friday, 7/15/2022

- 8:21 AM
  **In transit**
  BETHANY, MO

- 12:54 PM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:15 AM
  In transit
  STRATFORD, TX

Monday, 7/18/2022

- 5:58 AM
  In transit
  ALBUQUERQUE, NM

- 10:23 AM
  In transit
  FLAGSTAFF, AZ

- 5:59 PM
  In transit
  PHOENIX, AZ

Tuesday, 7/19/2022

- 11:09 AM
  Delivery option requested
  Appointment Date Jul 20, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

Wednesday, 7/20/2022

- 6:58 AM
  At local facility
  PHOENIX, AZ

- 9:31 AM
  Out for delivery
  PHOENIX, AZ

- 9:33 AM
  Out for delivery
  PHOENIX, AZ

- 11:08 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:08 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

(https://www.fedex.com/en-
us/home.html)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681688 | 07/22/2022 | 098110 |

**INVOICE**

UO-230674

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/14/22 | 19857 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 08/01/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 865.0411U-PP1-15.88KG | KEY LIME PIE TYPE FLAVOR, NAT<br>Customer Item #: RAW1076<br>Quantity : 762.240 Batch number : Q139118 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | ▮ | |



| | | **TOTAL** | **21,324.05 USD** |
|---|---|---|---|

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19857

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19857 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ████████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|----------------------|-------------------|
| 1 | RAW1076 | Key Lime Pie Type, Natural 865.0411 | ████ | Aug 4, 2022 | ████ | ████ |

**Total Value:** 35,567.23 USD

**Payment Terms:** ████ from Invoice Date, End of month



## Purchase Order:19857

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:  US-087139

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▮ | Seal NO. | DATE 7/14/2022 | ORDER NO. UO-230674 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN: · 1100 N Raddant Rd
Batavia, IL 60510

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO:  CHEMTREC (800) 424-9300

DESTINATION:  Vital Pharmaceuticals, Inc.

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 48 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II KEY LIME PIE TYPE FLAVOR, NAT 59.0 F | ▮b NET | | | |
| PAIL(S) | | Customer Item #: RAW1076 | | | | |
| | | 865.0411U-PP1-15.88KG    Batch#: Q139118 | | | | |

Total Weight (lbs.) _____ ▮ _____

# of Pallets _____ 2 _____

TOTAL WEIGHT: ▮ ET

TOTAL PACKAGES: 48

ORDER NO: UO-230674

LOCATION: RA

PO NO: 19857

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

Broker:

FedEx Freight

**679367343-4**

X 7729 SLC
Q/car 1761950
7-14-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per_____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignee) | **TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 14 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)

Sign Up or Log In

## FedEx® Tracking

⋮

**DELIVERED**

# Wednesday

7/20/2022 at 11:08 am

Signed for by: F LU

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✔

↓ Shipment is 1 of 2 pieces

**TRACKING ID**

6793673434 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/14/2022 4:26 PM

**IN TRANSIT**
PHOENIX, AZ
7/20/2022 11:08 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/20/2022 9:33 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/20/2022 at 11:08 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
7/14/22

**DELIVERY DATE**
7/20/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
6793673434 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
7/14/22

**DELIVERY DATE**
7/20/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts     ∧

 Shipment overview

**TRACKING NUMBER**    6793673434

**MASTER TRACKING NUMBER**    6793673434

**SHIP DATE** ⓘ    7/14/22

**ACTUAL DELIVERY**    7/20/22 at 11:08 am

🚚 Services

**SERVICE**    FedEx Freight Priority


(https://www.fedex.com/en-
us/home.html)

## 🛍 Package details

**WEIGHT**    1,895 lbs / 859.56 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    48

**TOTAL SHIPMENT WEIGHT**    1,975 lbs / 895.84 kgs

↑ Back to to

## Travel history ⌃

Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

### Thursday, 7/14/2022

- 4:26 PM
  **Picked up**
  BATAVIA, IL

- 8:09 PM
  **Shipment exception**
  **Shipment weight corrected**
  AURORA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

### Friday, 7/15/2022

- 8:21 AM
  **In transit**
  BETHANY, MO

- 12:54 PM
  **In transit**
  WICHITA, KS

### Saturday, 7/16/2022

- 1:13 AM
  **In transit**
  STRATFORD, TX

(https://www.fedex.com/en-us/home.html)

- 5:56 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 10:23 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 5:59 PM
  **In transit**
  **PHOENIX, AZ**

Tuesday, 7/19/2022

- 11:09 AM
  **Delivery option requested**
  **Appointment Date Jul 20, 2022 and Time 01:00 PM Set**
  **PHOENIX, AZ**

Wednesday, 7/20/2022

- 6:58 AM
  **At local facility**
  **PHOENIX, AZ**

- 9:31 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 9:33 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:08 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 11:08 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

---

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)



(https://www.fedex.com/en-us/home.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html) f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex) 📷 (https://www.instagram.com/fedex/) in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex) 📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0681689 | 07/22/2022 | 098110 |

**INVOICE**

UO-230676

WORK ORDER NO.      B.O.

S O L D T O
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P T O
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|--------------|--------------------|----------|-----------|----------------|-----|-------|
| 07/21/22 | 19872 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|-------|----------------|----------|-------------|----------|
| Summer  Wyatt | 07/21/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|----------|-------------|------------------|------------------|-----------|-----------|-----|
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #:  RAW479<br>Quantity : 381.120 Batch number : Q139108<br>Quantity : 682.840 Batch number : Q139108 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |



**TOTAL    20,964.50 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19872

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19872 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ████ | Jul 26, 2022 | ████ | ████ |

**Total Value:** 19,693.90 USD

**Payment Terms:** ████ from Invoice Date, End of month



## Purchase Order:19872

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087367 |
|---|---|---|---|---|

**ORDER NO.**

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 7/21/2022 | UO-230676 |
|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 67 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART Customer Item #: RAW479 915.0215U-PP1-       Batch#: Q139108, Q139108 15.88KGM | | | | |

| Total Weight (lbs.) | | **TOTAL WEIGHT:** |
|---|---|---|
| # of Pallets    3 | | **TOTAL PACKAGES:** 67 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

ORDER NO: UO-230676
LOCATION: RA
PO NO: 19872

FedEx Freight

**679367011-1**

Broker:

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.       The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $                per | _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect.  ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 21 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking                                                                    ⋮

**DELIVERED**

# Tuesday

7/26/2022 at 12:18 pm

Signed for by: T JOHNSON

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

⬇  Shipment is 1 of 3 pieces

**TRACKING ID**

6793670111 🖊 ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/21/2022 2:51 PM

**IN TRANSIT**
PHOENIX, AZ
7/26/2022 12:18 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/26/2022 11:20 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/26/2022 at 12:18 PM

*Destination Terminal*
**PHOENIX, AZ**

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| **YOUR EMAIL** |  |
| --- | --- |

**MORE OPTIONS**

**SUBMIT**

3 Piece Shipment                                                                    ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
7/21/22

**DELIVERY DATE**
7/26/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

**TRACKING ID**
275854201052

**STATUS**

 **Delivered**

**SHIP DATE**
7/21/22

**DELIVERY DATE**
7/26/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ




(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
7/21/22

**DELIVERY DATE**
7/26/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
PHOENIX AZ

Shipment facts                                                    ∧

📦 Shipment overview

**TRACKING NUMBER**   6793670111

**MASTER TRACKING NUMBER**   6793670111

**SHIP DATE** ⓘ   7/21/22

**ACTUAL DELIVERY**   7/26/22 at 12:18 pm

 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   2,655 lbs / 1,204.29 kgs

**TOTAL NUMBER OF HANDLING UNITS**   3

**TOTAL PIECES**   3

**TOTAL SHIPMENT WEIGHT**   2,655 lbs / 1,204.29 kgs

↑ Back to to

Travel history                                                   ∧

Ascending                                                        ∨



(https://www.fedex.com/en-us/home.html)

Thursday, 7/21/2022

- 2:51 PM
  **Picked up**
  BATAVIA, IL

- 9:28 PM
  **In transit**
  EAST MOLINE, IL

Friday, 7/22/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 11:56 AM
  **In transit**
  WICHITA, KS

- 3:01 PM
  **Delivery option requested**
  **Appointment Date Jul 26, 2022 and Time 01:00 PM Set**
  PHOENIX, AZ

Saturday, 7/23/2022

- 1:21 AM
  **In transit**
  STRATFORD, TX

Monday, 7/25/2022

- 5:55 AM
  **In transit**
  ALBUQUERQUE, NM

- 10:21 AM
  **In transit**
  FLAGSTAFF, AZ

- 5:35 PM
  **In transit**
  PHOENIX, AZ

(https://www.fedex.com/en-
us/home.html)

- 3:07 AM
  **At local facility**
  PHOENIX, AZ

- 11:01 AM
  **At local facility**
  PHOENIX, AZ

- 11:20 AM
  **Out for delivery**
  PHOENIX, AZ

- 12:18 PM
  **At delivery**
  **Arrived at customer location for delivery**
  PHOENIX, AZ

- ⊘ 12:18 PM
  **Delivered**
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-
us/sitemap.html)        Terms of Use (https://www.fedex.com/en-us/terms-of-
use.html)        Privacy & Security (https://www.fedex.com/en-us/trust-
center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681697 | 07/22/2022 | 098110 |

**INVOICE**

UO-231658

WORK ORDER NO.    B.O.





| | |
|---|---|
| **S O L D T O** VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P T O** VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/21/22 | 20242 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Gavin McGrail | 07/29/22 | | Klug | | ■ |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 915.0505U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #: RAW1007<br>Quantity : 301.720 Batch number : Q168021 | ■ | ■ | ■ | ■ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ■ | ■ | ■ | ■ | |

**TOTAL    7,330.25 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
■
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:20242

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20242 |
| **Created On:** | Jun 15, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ▉▉▉▉▉▉ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1007 | Strawberry Flavor, Nat. WONF 915.0505U | ▉▉▉ | Aug 3, 2022 | ▉▉▉▉ | ▉▉▉▉ |

**Total Value:**  7,262.40 USD

**Payment Terms:** ▉▉▉ from Invoice Date, End of month



# Purchase Order:20242

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** — Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087428

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/22/2022 | ORDER NO. UO-231658 |
|---|---|---|---|---|---|

RECEEIVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: |
|---|---|
| 1100 N Raddant Rd Batavia, IL 60510 **FONA INTERNATIONAL** EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 19 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF Customer Item #: RAW1007 915.0505U-PP1-15.88KG    Batch#: Q168021 | NET | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

TOTAL WEIGHT: _____ NET

TOTAL PACKAGES: 19

ORDER NO: UO-231658

LOCATION: RA

PO NO: 20242

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:

**FedEx** Freight

**584065895-0**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 22 - 2022

Shipper, Per _____

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking ⋮

**DELIVERED**

# Tuesday

7/26/2022 at 12:18 pm

Signed for by: T JOHNSON

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

5840658950 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/21/2022 2:46 PM

**IN TRANSIT**
PHOENIX, AZ
7/26/2022 12:18 PM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/26/2022 11:20 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/26/2022 at 12:18 PM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts ⌃

📦 Shipment overview

**(https://www.fedex.com/en-us/home.html)**

**SHIP DATE** ⓘ  7/21/22

**ACTUAL DELIVERY**  7/26/22 at 12:18 pm

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🛍️ Package details

**WEIGHT**  760 lbs / 344.73 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  1

**TOTAL SHIPMENT WEIGHT**  760 lbs / 344.73 kgs

↑ Back to to

Travel history  ⌃

Ascending  ⌄

**TIME ZONE**  ⌄
Local Scan Time

Thursday, 7/21/2022

- 2:46 PM
  **Picked up**
  BATAVIA, IL

- 9:28 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:00 AM
  **In transit**
  **BETHANY, MO**

- 11:56 AM
  **In transit**
  **WICHITA, KS**

- 3:01 PM
  **Delivery option requested**
  **Appointment Date Jul 26, 2022 and Time 01:00 PM Set**
  **PHOENIX, AZ**

### Saturday, 7/23/2022

- 1:46 AM
  **In transit**
  **STRATFORD, TX**

### Monday, 7/25/2022

- 6:07 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 10:27 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 6:38 PM
  **In transit**
  **LITCHFIELD PARK, AZ**

- 11:25 PM
  **In transit**
  **PHOENIX, AZ**

### Tuesday, 7/26/2022

- 8:26 AM
  **At local facility**
  **PHOENIX, AZ**

- 11:01 AM
  **At local facility**
  **PHOENIX, AZ**

- 11:20 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 12:18 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 12:18 PM
  **Delivered**
  **PHOENIX, AZ**

(https://www.fedex.com/en-us/home.html)

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

 (Https://twitter.com/fedex)  ⊙ (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  ℗ (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681698 | 07/22/2022 | 098110 |

**INVOICE**

UO-231665

WORK ORDER NO.    B.O.

**SOLD TO:**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**SHIP TO:**
VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL  33326 USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/06/22 | 20267 | FX FRT PRY | N/A | ▓ | ▓ | ▓ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shen Lin | 07/06/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT<br>Customer Item #:  RAW1021<br>Quantity : 111.160 Batch number : Q168043 | ▓ | ▓ | ▓ | ▓ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▓ | ▓ | ▓ | ▓ | |



**TOTAL    3,207.53 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▓
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:20267

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20267 |
| **Created On:** | Jun 16, 2022 |
| **Contact Person:** | Shen Lin |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Shen.Lin@bangenergy.com |
| **Start Shipping Date:** | 2022-07-05 |
| **Cancel Shipping Date:** | 2022-07-05 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shen Lin

**Remark:**  Fona updated our Terms on 05/22/19 to ▇▇▇▇▇▇▇ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW1021 | Tripleberry Type Flavor, Nat 807.1319U | ▇▇▇ | Jul 8, 2022 | ▇▇▇▇▇ | ▇▇▇ |

**Total Value:**  2,975.75 USD

**Payment Terms:**  ▇▇▇  from Invoice Date, End of month



# Purchase Order:20267

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** — Must be legibly filled In, in Iink, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-086869

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/6/2022 | UO-231665 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN: 1100 N Raddant Rd, Batavia, IL 60510

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: VPX SPORTS, 1600 NORTH PARK DRIVE, WESTON, FL 33326 USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III TRIPLEBERRY TYPE FLAVOR, NAT 75.0 F Customer Item #: RAW1021 807.1319U-PP1-15.88KG   Batch#: Q168043 | | | | |

Total Weight (lbs.) _____

# of Pallets ___1___

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT: 

TOTAL PACKAGES: 7

ORDER NO: UO-231665

LOCATION: RA

PO NO: 20267

FedEx Freight

**679365927-2**

X 8613 SLC
Q flow 126/950
7-6-22

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE-Where the rate is dependant on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ___ per ___

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
(Signature of Consignee) _____

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. 

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 06 - 2022

Shipper, Per *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

## FedEx® Tracking

⋮

**DELIVERED**

# Monday

7/11/2022 at 12:46 pm

Signed for by: G TINOCO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793659272 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/6/2022 4:42 PM

**IN TRANSIT**
HOLLYWOOD, FL
7/11/2022 12:46 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
7/11/2022 10:19 AM

**DELIVERED**
WESTON, FL US

*Delivered*
7/11/2022 at 12:46 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    **SUBMIT**

**MORE OPTIONS**

Shipment facts                                                    ⌃

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

SHIP DATE ⓘ   7/6/22

ACTUAL DELIVERY   7/11/22 at 12:46 pm

🚚 Services

SERVICE   FedEx Freight Priority

TERMS   Shipper

🔖 Package details

WEIGHT   305 lbs / 138.35 kgs

TOTAL NUMBER OF HANDLING UNITS   1

TOTAL PIECES   7

TOTAL SHIPMENT WEIGHT   305 lbs / 138.35 kgs

↑ Back to to

Travel history                                                    ⌃

Ascending                                                         ⌄

TIME ZONE                                                         ⌄
Local Scan Time

Wednesday, 7/6/2022

- 4:42 PM
  **Picked up**
  BATAVIA, IL

- 8:37 PM
  **In transit**
  INDIANAPOLIS, IN

(https://www.fedex.com/en-
us/home.html)

- 2:45 AM
  **In transit**
  **BOWLING GREEN, KY**

- 8:31 AM
  **In transit**
  **CARTERSVILLE, GA**

- 6:52 PM
  **In transit**
  **VALDOSTA, GA**

Friday, 7/8/2022

- 2:48 AM
  **In transit**
  **VALDOSTA, GA**

- 7:06 PM
  **In transit**
  **ORLANDO, FL**

Saturday, 7/9/2022

- 12:23 AM
  **In transit**
  **HOLLYWOOD, FL**

Monday, 7/11/2022

- 8:50 AM
  **At local facility**
  **HOLLYWOOD, FL**

- 10:19 AM
  **Out for delivery**
  **HOLLYWOOD, FL**

- 12:46 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **HOLLYWOOD, FL**

- 12:46 PM
  **Delivered**
  **WESTON, FL**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

(https://www.fedex.com/en-us/home.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681703 | 07/22/2022 | 098110 |

**INVOICE**

UO-232309

WORK ORDER NO.    B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/19/22 | 20467 | FX FRT PRY | N/A | ▇ | ▇ | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 07/19/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 809.2575U-PP1-15.88KG | BLUEBERRY RASPBERRY TYPE FLAVOR, NAT<br>Customer Item #:  RAW1244<br>Quantity : 190.560 Batch number : Q189019 | ▇ | ▇ | ▇ | ▇ | |



**TOTAL    6,027.41 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
▇▇▇▇▇▇▇▇
Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



Purchase Order Change:20467

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20467 |
| **Changed On:** | Jul 6, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |

| | |
|---|---|
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Supplier ID:** | 1000061 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email



# Purchase Order Change:20467

**Page:** 2/3

Legend:    ⬚: New Item    ⬚: Changed Item    ⬚: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| ✎ | 1 | RAW1244 | Blueberry Raspberry Flavor 809.2575U | ███ | Jul 20, 2022 | ███ | ███ |

**Total Value:**  7,075.49 USD

**Payment Terms:**  ███ from Invoice Date, End of month



# Purchase Order Change:20467

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-087313

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/19/2022 | ORDER NO. UO-232309 |
|---|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below and carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY TYPE FLAVOR, NAT 58.3 F | | | | |
| PAIL(S) | | Customer Item #: RAW1244 | | | | |
| | | 809.2575U-PP1-15.88KG    Batch#: Q189019 | | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

TOTAL WEIGHT:

TOTAL PACKAGES: 12

Please report problems TO:

ORDER NO: UO-232309

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 20467

**679366995-6**

FedEx. Freight

Broker:

1190149  7·19·22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $            per | (Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐    Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 19 - 2022                Shipper, Per    *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking    ⋮

**DELIVERED**

# Friday

7/22/2022 at 11:50 am

Signed for by: T JACKSON

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793669956  ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/19/2022 2:53 PM

**IN TRANSIT**
PHOENIX, AZ
7/22/2022 11:50 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/22/2022 7:09 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/22/2022 at 11:50 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**MORE OPTIONS**

**SUBMIT**

Shipment facts    ︿

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ   7/19/22

**ACTUAL DELIVERY**   7/22/22 at 11:50 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   12

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

Travel history                                                            ⌃

Ascending                                                                  ⌄

**TIME ZONE**                                                              ⌄
Local Scan Time

Tuesday, 7/19/2022

• 2:53 PM
  **Picked up**
  BATAVIA, IL

• 9:19 PM
  **In transit**
  EAST MOLINE, IL

Wednesday, 7/20/2022

• 7:00 AM
  **In transit**
  BETHANY, MO

• 11:49 AM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:50 AM
  In transit
  STRATFORD, TX

- 7:08 AM
  In transit
  ALBUQUERQUE, NM

- 7:52 AM
  Delivery option requested
  Appointment Date Jul 22, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 11:39 AM
  In transit
  FLAGSTAFF, AZ

- 5:21 PM
  In transit
  LITCHFIELD PARK, AZ

- 8:45 PM
  In transit
  PHOENIX, AZ


  Friday, 7/22/2022

- 6:21 AM
  At local facility
  PHOENIX, AZ

- 7:08 AM
  Out for delivery
  PHOENIX, AZ

- 7:09 AM
  Out for delivery
  PHOENIX, AZ

- 11:50 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- ⊘ 11:50 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

(https://www.fedex.com/en-us/home.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)

Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)

Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681704 | 07/22/2022 | 098110 |

**INVOICE**

UO-232311

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/19/22 | 20466 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| Summer  Wyatt | 07/19/22 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW260<br>Quantity : 333.480 Batch number : Q189026 | ███ | ███ | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ███ | ███ | ███ | ███ | |



**TOTAL    10,114.18 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███████████
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



Purchase Order Change:20466

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20466 |
| **Changed On:** | Jul 6, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |

**E-Mail:**    Summer.Wyatt@bangenergy.com
**Supplier ID:**  1000061

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email



# Purchase Order Change:20466

**Page:** 2/3

**Legend:** □: New Item    📝: Changed Item    🗑: Deleted Item

|  | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 📝 | 2 | RAW260 | FONA Fruit Punch Flavor #852.0054 | ███ | Jul 20, 2022 | ███ | ███ |

**Total Value:** 9,887.68 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order Change:20466

Page: 3/3

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-087314

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 7/19/2022 | UO-232311 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below with said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd | DESTINATION: | Vital Pharmaceuticals, Inc. |

Batavia, IL 60510

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 21 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II FRUIT PUNCH FLAVOR, NAT WONF 72.9 F | | | | |
| PAIL(S) | | Customer Item #: RAW260 | | | | |
| | | 852.0054U-PP1-15.88KG    Batch#: Q189026 | | | | |

Total Weight (lbs.) _____

# of Pallets _____

TOTAL WEIGHT: _____ET

TOTAL PACKAGES: 21

ORDER NO: UO-232311

LOCATION: RA

PO NO: 20466

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:

**FedEx** Freight

**679366984-2**

7-19-22
12-11 for SCC
X12315

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ (Signature of Consignee) | **TOTAL CHARGES $** |
|---|---|---|---|
| | | | Freight charges are PREPAID unless marked collect.  ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 19 - 2022

Shipper, Per  *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)      Sign Up or Log In

## FedEx® Tracking                                                    ⋮

**DELIVERED**

# Friday
7/22/2022 at 11:50 am

Signed for by: T JACKSON

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

6793669842 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/19/2022 1:56 PM

**IN TRANSIT**
PHOENIX, AZ
7/22/2022 11:50 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/22/2022 7:09 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/22/2022 at 11:50 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**MORE OPTIONS**

| SUBMIT |

## Shipment facts                                                    ^

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   7/19/22

**ACTUAL DELIVERY**   7/22/22 at 11:50 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   835 lbs / 378.75 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   21

**TOTAL SHIPMENT WEIGHT**   835 lbs / 378.75 kgs

↑ Back to to

## Travel history    ⌄

Ascending    ⌄

**TIME ZONE**
Local Scan Time    ⌄

Tuesday, 7/19/2022

- 1:56 PM
  **Picked up**
  BATAVIA, IL

- 9:19 PM
  **In transit**
  EAST MOLINE, IL

Wednesday, 7/20/2022

- 7:00 AM
  **In transit**
  BETHANY, MO

- 11:49 AM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-us/home.html)

- 1:30 AM
  **In transit**
  **STRATFORD, TX**

- 7:08 AM
  **In transit**
  **ALBUQUERQUE, NM**

- 7:52 AM
  **Delivery option requested**
  **Appointment Date Jul 22, 2022 and Time 01:00 PM Set**
  **PHOENIX, AZ**

- 11:39 AM
  **In transit**
  **FLAGSTAFF, AZ**

- 5:21 PM
  **In transit**
  **LITCHFIELD PARK, AZ**

- 8:45 PM
  **In transit**
  **PHOENIX, AZ**


  Friday, 7/22/2022

- 6:21 AM
  **At local facility**
  **PHOENIX, AZ**

- 7:08 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 7:09 AM
  **Out for delivery**
  **PHOENIX, AZ**

- 11:50 AM
  **At delivery**
  **Arrived at customer location for delivery**
  **PHOENIX, AZ**

- 11:50 AM
  **Delivered**
  **PHOENIX, AZ**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

(https://www.fedex.com/en-us/home.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** 

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)     Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)     Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681705 | 07/22/2022 | 098110 |

**INVOICE**

UO-232349

WORK ORDER NO. | B.O.

| SOLD TO | SHIP TO |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL  33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/20/22 | 20487 | FX FRT PRY | N/A | ██ | ██ | ██ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Dixi Ortega | 07/21/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 865.0411U-WD1-15.88KG | KEY LIME PIE TYPE FLAVOR, NAT<br>Customer Item #: RAW1076<br>Quantity : 15.880 Batch number : Q192045 | ██ | ██ | ██ | ██ | |
| 852.0114U-NB2-22.68KG | FRUIT PUNCH POWDER FLAVOR, NAT & ART<br>Customer Item #: RAW302<br>Quantity : 45.360 Batch number : Q192068 | ██ | ██ | ██ | ██ | |

**TOTAL**  1,264.40 USD

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



Purchase Order Change:20487

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20487 |
| **Changed On:** | Jul 6, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-07-13 |
| **Cancel Shipping Date:** | 2022-07-13 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ▇▇▇▇▇▇. Per Elina Sanchez email



# Purchase Order Change:20487

**Page:** 2/3

Legend: 📑: New Item    📝: Changed Item    📋: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW1076 | Key Lime Pie Type, Natural 865.0411 | ▇ | Jul 13, 2022 | ▇ | ▇ |
| | 3 | RAW302 | FONA Fruit Punch #852.0114 | ▇ | Jul 13, 2022 | ▇ | ▇ |

**Total Value:**  1,040.30 USD

**Payment Terms:** ▇ from Invoice Date, End of month



# Purchase Order Change:20487

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.**Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.

VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.**The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087404 |
|---|---|---|---|---|

| | | ORDER NO. | |
|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: ▇ | Seal NO. | DATE 7/21/2022 | UO-232349 |
|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 **FONA INTERNATIONAL** EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL  33326 USA |
|---|---|

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 1 <br><br> EACH | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II KEY LIME PIE TYPE FLAVOR, NAT 59.0 F <br> Customer Item #: RAW1076 <br> 865.0411U-WD1-        Batch#: Q192045 <br> 15.88KG | ▇ | | | |
| 2 <br> EACH(S) | | FRUIT PUNCH POWDER FLAVOR, NAT & ART <br> Customer Item #: RAW302 <br> 852.0114U-NB2-22.68KG   Batch#: Q192068 | ▇ | | | |

| Total Weight (lbs.) ▇ | TOTAL WEIGHT ▇ |
|---|---|
| # of Pallets     1 | TOTAL PACKAGES: 3 |
| Please report problems TO: | ORDER NO: UO-232349 |
| Instructions: | LOCATION: RA |
| | PO NO: 20487 |
| Broker: | |

FedEx Freight

**679367005-2**

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

| TOTAL CHARGES $ |
|---|
| Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 21 - 2022

Shipper, Per    *Zulai Rivera*

–> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking                                                                    ⋮

**DELIVERED**

# Friday

7/22/2022 at 1:23 pm

Signed for by: J WALKER

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793670052 ✏ ⭐

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/20/2022 3:49 PM

**IN TRANSIT**
HOLLYWOOD, FL
7/22/2022 1:23 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
7/22/2022 10:21 AM

**DELIVERED**
WESTON, FL US

*Delivered*
7/22/2022 at 1:23 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

[ **SUBMIT** ]

**MORE OPTIONS**

Shipment facts                                                                       ⌃

📦 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ  7/20/22

**ACTUAL DELIVERY**   7/22/22 at 1:23 pm

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔒 Package details

**WEIGHT**   165 lbs / 74.84 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   165 lbs / 74.84 kgs

↑ Back to to

Travel history                                    ⌃

Ascending                                         ⌄

**TIME ZONE**                                     ⌄
Local Scan Time

Wednesday, 7/20/2022

- 3:49 PM
  **Picked up**
  BATAVIA, IL

- 8:33 PM
  **In transit**
  INDIANAPOLIS, IN

Thursday, 7/21/2022

- 5:23 AM
  **In transit**
  HOLLYWOOD, FL

(https://www.fedex.com/en-
us/home.html)

- 9:14 AM
  **At local facility**
  HOLLYWOOD, FL

- 10:21 AM
  **Out for delivery**
  HOLLYWOOD, FL

- 1:23 PM
  **At delivery**
  **Arrived at customer location for delivery**
  HOLLYWOOD, FL

- 1:23 PM
  **Delivered**
  WESTON, FL

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-
us/sitemap.html)      | Terms of Use (https://www.fedex.com/en-us/terms-of-
use.html)      | Privacy & Security (https://www.fedex.com/en-us/trust-
center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com

| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0681709 | 07/22/2022 | 098110 |

**INVOICE**

UO-232490

WORK ORDER NO.    B.O.

| S O L D   T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P   T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/20/22 | 20464 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Gavin McGrail | 07/19/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 808.0417U-PP1-15.88KG | BLACKBERRY BOYSENBERRY TYPE FLAVOR, NAT<br>Customer Item #:  RAW1290<br>Quantity : 47.640 Batch number : Q194194 | ███ | ███ | ███ | ███ | |



**TOTAL    2,452.51 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███████

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20464

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20464 |
| **Created On:** | Jul 5, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:**  Fona updated our Terms on 05/22/19 to ▓▓▓▓▓▓ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW1290 | Blackberry Boysenberry Flavor 808.0417U | ▓▓▓ | Jul 20, 2022 | ▓▓▓ | ▓▓▓ |

**Total Value:**  2,452.51 USD

**Payment Terms:**  ▓▓▓  from Invoice Date, End of month



# Purchase Order:20464

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F. O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | Shipment No: | US-087323 |

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/19/2022 | UO-232490 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicaded below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. It on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd | DESTINATION: | Vital Pharmaceuticals, Inc. |
| | Batavia, IL 60510 | | Plant VPX-Phoenix US |
| | | | 1635 S 43rd Ave |
| FONA INTERNATIONAL | | | PHOENIX,AZ 85009 |
| EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | | | USA |

| DELIVERING CARRIER | | ROUTE | | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLACKBERRY BOYSENBERRY TYPE FLAVOR, NAT 59.7 F | | | | |
| PAIL(S) | | Customer Item #: RAW1290 | | | | |
| | | 808.0417U-PP1-15.88KG    Batch#: Q194194 | | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: |
| # of Pallets ___1___ | TOTAL PACKAGES: 3 |

Please report problems TO:

ORDER NO: UO-232490

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

PO NO: 20464

FedEx Freight

679367000-4

Broker:

1789300 X12409 _dc    72022

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | **TOTAL CHARGES $** |
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | $ _____ per _____ | (Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐ Check here If charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 19 - 2022

Shipper, Per    *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)

Sign Up or Log In

FedEx® Tracking

⋮

**DELIVERED**

# Monday

7/25/2022 at 11:25 am

Signed for by: JACKSON

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793670004 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/20/2022 4:28 PM

**IN TRANSIT**
PHOENIX, AZ
7/25/2022 11:25 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/25/2022 8:34 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/25/2022 at 11:25 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌄

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  7/20/22

**ACTUAL DELIVERY**  7/25/22 at 11:25 am

## 🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

## 🔒 Package details

**WEIGHT**  135 lbs / 61.23 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  3

**TOTAL SHIPMENT WEIGHT**  135 lbs / 61.23 kgs

↑ Back to to

## Travel history                                                    ∧

Ascending                                                             ∨

**TIME ZONE**                                                         ∨
Local Scan Time

Wednesday, 7/20/2022

- 4:28 PM
  **Picked up**
  BATAVIA, IL

- 9:58 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:07 AM
  In transit
  BETHANY, MO

- 7:52 AM
  Delivery option requested
  Appointment Date Jul 25, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 12:54 PM
  In transit
  WICHITA, KS

Friday, 7/22/2022

- 3:35 AM
  In transit
  STRATFORD, TX

- 3:49 AM
  In transit
  STRATFORD, TX

- 8:01 AM
  In transit
  ALBUQUERQUE, NM

- 12:45 PM
  In transit
  FLAGSTAFF, AZ

- 7:30 PM
  In transit
  LITCHFIELD PARK, AZ

Saturday, 7/23/2022

- 3:00 AM
  In transit
  PHOENIX, AZ

Monday, 7/25/2022

- 6:55 AM
  At local facility
  PHOENIX, AZ

- 8:34 AM
  Out for delivery
  PHOENIX, AZ

- 11:25 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:25 AM
  Delivered
  PHOENIX, AZ

**(https://www.fedex.com/en-us/home.html)**

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)  (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)  (https://www.instagram.com/fedex/)  (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)  (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0681710 | 07/22/2022 | 098110 |

**INVOICE**

UO-232491

| WORK ORDER NO. | B.O. |
|----------------|------|

**S O L D T O**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**S H I P T O**
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|--------------|--------------------|----------|-----------|-----------------|-----|-------|
| 07/19/22 | 20465 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|-------|----------------|----------|-------------|--|----------|
| Gavin McGrail | 07/19/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|----------|-------------|------------------|------------------|------------|-----------|-----|
| 808.0413U-PP1-15.88KG | BLACKBERRY BOYSENBERRY VIOLET TYPE FLAVOR, NAT<br>Customer Item #: RAW1288<br>Quantity : 190.560 Batch number : Q194100 | ■ | ■ | ■ | ■ | |



**TOTAL    10,955.29 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
■

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



Purchase Order Change:20465

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20465 |
| **Changed On:** | Jul 11, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |

**E-Mail:**  Summer.Wyatt@bangenergy.com
**Supplier ID:**  1000061

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████. Per Elina Sanchez email



# Purchase Order Change:20465

**Page:** 2/3

**Legend:**     🆕: New Item    ✏️: Changed Item    🗑️: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| ✏️ | 2 | RAW1288 | Blackberry Boysenberry Violet 808.0413U | ███ | Jul 20, 2022 | ███ | ███ USD |

**Total Value:**   9,810.03 USD

**Payment Terms:**   ███ from Invoice Date, End of month



# Purchase Order Change:20465

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087324

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/19/2022 | ORDER NO. UO-232491 |
|---|---|---|---|---|---|---|

RECEEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 12 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLACKBERRY BOYSENBERRY VIOLET TYPE FLAVOR, NAT 58.5 F | | | | |
| PAIL(S) | | Customer Item #: RAW1288 | | | | |
| | | 808.0413U-PP1-15.88KG    Batch#: Q194100 | | | | |

| Total Weight (lbs.) | | TOTAL WEIGHT: |
|---|---|---|
| # of Pallets | 1 | TOTAL PACKAGES: 12 |

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email: PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor: Gus Terrazas
954-649-5388

ORDER NO: UO-232491
LOCATION: RA
PO NO: 20465

Broker:

**679367357-4**  FedEx Freight

1190149   7.19.22

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignee)

| TOTAL CHARGES $ |
|---|
| Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 19 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

## FedEx® Tracking    ⋮

**DELIVERED**

# Friday

7/22/2022 at 11:50 am

Signed for by: T JACKSON

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

6793673574 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/19/2022 2:54 PM

**IN TRANSIT**
PHOENIX, AZ
7/22/2022 11:50 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/22/2022 7:09 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/22/2022 at 11:50 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ   7/19/22

**ACTUAL DELIVERY**   7/22/22 at 11:50 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🔖 Package details

**WEIGHT**   495 lbs / 224.53 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   12

**TOTAL SHIPMENT WEIGHT**   495 lbs / 224.53 kgs

↑ Back to to

Travel history                                                    ⌃

Ascending                                                         ⌄

**TIME ZONE**                                                      ⌄
Local Scan Time

Tuesday, 7/19/2022

• 2:54 PM
  **Picked up**
  BATAVIA, IL

• 9:25 PM
  **In transit**
  EAST MOLINE, IL

Wednesday, 7/20/2022

• 8:27 AM
  **In transit**
  BETHANY, MO

• 1:33 PM
  **In transit**
  WICHITA, KS

(https://www.fedex.com/en-
us/home.html)

- 1:52 AM
  In transit
  STRATFORD, TX

- 7:12 AM
  In transit
  ALBUQUERQUE, NM

- 7:52 AM
  Delivery option requested
  Appointment Date Jul 22, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 11:33 AM
  In transit
  FLAGSTAFF, AZ

- 7:42 PM
  In transit
  LITCHFIELD PARK, AZ

- 11:23 PM
  In transit
  PHOENIX, AZ

  Friday, 7/22/2022

- 6:21 AM
  At local facility
  PHOENIX, AZ

- 7:08 AM
  Out for delivery
  PHOENIX, AZ

- 7:09 AM
  Out for delivery
  PHOENIX, AZ

- 11:50 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:50 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

---

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

(https://www.fedex.com/en-us/home.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)  (Https://www.facebook.com/FedEx/)
(Https://twitter.com/fedex)  (https://www.instagram.com/fedex/)  (https://www.linkedin.com/company/fedex)
(https://www.youtube.com/fedex)  (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682042 | 07/29/2022 | 098110 |

**INVOICE**

UO-230630

WORK ORDER NO.        B.O.



| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/26/22 | 19816 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE | |
|---|---|---|---|---|---|---|
| Shereen Grant | 07/26/22 | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 79.400 Batch number : Q139038<br>Quantity : 31.760 Batch number : Q140147 | | | | | |
| 825.0205U-PP1-15.88KGM | BLACK CHERRY FLAVOR, ART<br>Customer Item #: RAW345<br>Quantity : 79.400 Batch number : Q139095<br>Quantity : 285.840 Batch number : Q123016 | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 127.040 Batch number : Q123020<br>Quantity : 127.040 Batch number : Q123020 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0682042 | 07/29/2022 | 098110 |

**INVOICE**

UO-230630

WORK ORDER NO. | B.O.



| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS 1600 N. PARK DRIVE WESTON,FL  33326 USA | | VITAL PHARMACEUTICALS, INC. 4843 INTERNATIONAL BLVD. WILSON,NC  27893 USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/26/22 | 19816 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Shereen Grant | 07/26/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 809.0336U-PP1- 15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART Customer Item #: RAW694 Quantity : 269.960 Batch number : Q137127 Quantity : 31.760 Batch number : Q139098 Quantity : 206.440 Batch number : Q137127 | | | | | |
| 906.2016U-PP1- 15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART Customer Item #: RAW746 Quantity : 158.800 Batch number : Q139109 Quantity : 127.040 Batch number : Q094024 | | | | | |
| 825.2133U-PP1- 15.88KGM | CHERRY LEMON FLAVOR NAT. WONF Customer Item #: RAW867 Quantity : 555.800 Batch number : Q096223 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 3 | UI-0682042 | 07/29/2022 | 098110 |

**INVOICE**

UO-230630

WORK ORDER NO.    B.O.



| | | |
|---|---|---|
| **S O L D T O** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P T O** VITAL PHARMACEUTICALS, INC.<br>4843 INTERNATIONAL BLVD.<br>WILSON,NC  27893<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/26/22 | 19816 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Shereen Grant | 07/26/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 929.0603U-PP1-15.88KG | OPTIFY™ WATERMELON FLAVOR, NAT WONF<br>Customer Item #:  RAW1287<br>Quantity : 0.335 Batch number : Q139055<br>Quantity : 365.240 Batch number : Q139055<br>Quantity : 761.905 Batch number : Q139055 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |

**TOTAL**    **93,263.87 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19816

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19816 |
| **Created On:** | May 18, 2022 |
| **Contact Person:** | Shereen Grant |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | shereen.grant@bangenergy.com |
| **Start Shipping Date:** | 2022-07-18 |
| **Cancel Shipping Date:** | 2022-07-22 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
CoPacker Refresco-Wilson US
4843 International Blvd.
Wilson NC  27893

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shereen Grant

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW215 | FONA Grape Flavor #856.0085 | ███ | Jul 28, 2022 | ███ | ███ |
| 3 | RAW345 | FONA Black Cherry 825.0205 Liquid | ███ | Jul 28, 2022 | ███ | ███ |
| 4 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ███ | Jul 28, 2022 | ███ | ███ |
| 5 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ███ | Jul 28, 2022 | ███ | ███ |
| 6 | RAW746 | Raspberry Flavor #906.2016 | ███ | Jul 28, 2022 | ███ | ███ |



# Purchase Order:19816

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 7 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | ███ | Jul 28, 2022 | ██████ | █████ |
| 8 | RAW1287 | OPTIFYâ„¢ Watermelon Flavor 929.0603U | ███ | Jul 28, 2022 | ██████ | █████ |

**Total Value:** 89,477.44 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order:19816

**Page:** 3/3

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes**. Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087532 |
|---|---|---|---|---|

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/26/2022 | ORDER NO. UO-230630 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510<br><br>FONA INTERNATIONAL<br><br>EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300 | DESTINATION: Vital Pharmaceuticals, Inc.<br>4843 International Blvd.<br>Wilson,NC 27893<br>USA |
|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F<br><br>Customer Item #: RAW215<br><br>856.0085U-PP1-   Batch#: Q140147, Q139038<br>15.88KGM | | | | |
| 23<br><br>EACH(S) | | BLACK CHERRY FLAVOR, ART<br><br>Customer Item #: RAW345<br><br>825.0205U-PP1-   Batch#: Q139095, Q123016<br>15.88KGM | | | | |
| 16<br><br>EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br><br>915.0215U-PP1-   Batch#: Q123020, Q123020<br>15.88KGM | | | | |
| 32<br><br>PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br><br>809.0336U-PP1-   Batch#: Q137127, Q139098,<br>15.88KGM   Q137127 | | | | |
| 18<br><br>EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br><br>906.2016U-PP1-   Batch#: Q139109, Q094024<br>15.88KGM | | | | |
| 35<br><br>EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF<br><br>Customer Item #: RAW867<br><br>825.2133U-PP1-   Batch#: Q096223<br>15.88KGM | | | | |

FedEx Freight

584067386-0

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | TOTAL CHARGES $<br><br>Freight charges are PREPAID unless marked collect. ☐   Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 26 - 2022

Shipper, Per   *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER**   Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:   US-087532

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 7/26/2022 | UO-230630 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. 4843 International Blvd. Wilson,NC 27893 USA |

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 71 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III OPTIFY™ WATERMELON FLAVOR, NAT WONF 94.1 F | | | | |
| PAIL(S) | | Customer Item #: RAW1287 | | | | |
| | | 929.0603U-PP1-15.88KG   Batch#: Q139055, Q139055, Q139055, Q139055, Q139055 | | | | |

| Total Weight (lbs.) _____ | | | TOTAL WEIGHT |
| # of Pallets _____ 8 | | | TOTAL PACKAGES: 202 |
| Please report problems TO: | | | ORDER NO: UO-230630 |
| Instructions: | | | LOCATION: RA |
| | | | PO NO: 19816 |
| Broker: | | | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignee) | TOTAL CHARGES $

Freight charges are PREPAID unless marked collect.   ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 26 - 2022                    Shipper, Per   *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking                                                            ⋮

**DELIVERED**

# Thursday

7/28/2022 at 1:23 pm

Signed for by: L COPES

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

5840673860  ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/26/2022 2:49 PM

**IN TRANSIT**
GREENVILLE, NC
7/28/2022 12:08 AM

**OUT FOR DELIVERY**
GREENVILLE, NC
7/28/2022 9:14 AM

**DELIVERED**
WILSON, NC US

*Delivered*
7/28/2022 at 1:23 PM

*Destination Terminal*
**WILSON, NC**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts                                                            ⌃

📦 Shipment overview


https://www.fedex.com/fedextrack/?trknbr=5840673860&trkqual=~5840673860~FDFR

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ    7/26/22

**ACTUAL DELIVERY**    7/28/22 at 1:23 pm

🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

🔒 Package details

**WEIGHT**    7,960 lbs / 3,610.6 kgs

**TOTAL NUMBER OF HANDLING UNITS**    8

**HANDLING UNIT PIECES**    133

**TOTAL PIECES**    133

**TOTAL SHIPMENT WEIGHT**    7,960 lbs / 3,610.6 kgs

**PACKAGING**    Other

↑ Back to to

Travel history    ⌄

Ascending    ⌄

**TIME ZONE**
Local Scan Time    ⌄

Tuesday, 7/26/2022

- 2:49 PM
  **Picked up**
  BATAVIA, IL

- 2:49 PM
  **Picked up**
  BATAVIA, IL

- 9:57 PM
  **In transit**
  INDIANAPOLIS, IN

(https://www.fedex.com/en-
us/home.html)

- 8:26 AM
  **In transit**
  HUNTINGTON, WV

- 12:16 PM
  **In transit**
  GREENSBORO, NC

Thursday, 7/28/2022

- 12:08 AM
  **In transit**
  GREENVILLE, NC

- 8:48 AM
  **At local facility**
  GREENVILLE, NC

- 9:14 AM
  **Out for delivery**
  GREENVILLE, NC

- 1:23 PM
  **Delivered**
  WILSON, NC

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (Https://www.fedex.com/en-us/email.html)    (Https://www.facebook.com/FedEx/)

 (Https://twitter.com/fedex)    (Https://www.instagram.com/fedex/)    (https://www.linkedin.com/company/fedex)

 (https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682043 | 07/29/2022 | 098110 |

**INVOICE**

UO-230669

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O |
|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/25/22 | 19850 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Summer  Wyatt | 07/25/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 285.840 Batch number : Q139038 | ▮ | ▮ | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    5,072.92 USD**

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*

*Account: FONA International Inc.*

*FONA International Inc. FEIN: 36-3490019*



# Purchase Order:19850

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19850 |
| **Created On:** | May 19, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW215 | FONA Grape Flavor #856.0085 | ████ | Jul 28, 2022 | ████ | ████ |

**Total Value:**  4,579.16 USD

**Payment Terms:** ████ from Invoice Date, End of month



## Purchase Order:19850

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled In, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087470

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 7/25/2022 | UO-230669 |
|---|---|---|---|---|

RECEEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN:
1100 N Raddant Rd
Batavia, IL 60510

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION:
Vital Pharmaceuticals, Inc.

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| DELIVERING CARRIER | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 18 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F Customer Item #: RAW215 856.0085U-PP1-          Batch#: Q139038 15.88KGM | | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

Please report problems TO:

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:

TOTAL WEIGHT:

TOTAL PACKAGES: 18

ORDER NO: UO-230669

LOCATION: RA

PO NO: 19850

*FedEx Freight*

679367026-2



24 175930  ×4610  54  7-25 22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | **TOTAL CHARGES $** |
|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | | | Freight charges are PREPAID unless marked collect.   ☐ Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 25 - 2022

Shipper, Per  *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

FedEx® Tracking                                                          ⋮

---

**DELIVERED**

# Thursday

7/28/2022 at 11:54 am

Signed for by: T CHU

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793670262 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/25/2022 4:31 PM

**IN TRANSIT**
PHOENIX, AZ
7/28/2022 11:53 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/28/2022 7:30 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/28/2022 at 11:54 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    | **SUBMIT** |

**MORE OPTIONS**

---

Shipment facts                                                              ⌃

📦 Shipment overview


https://www.fedex.com/fedextrack/?trknbr=6793670262&trkqual=~6793670262~FDFR                1/4

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  7/25/22

**ACTUAL DELIVERY**  7/28/22 at 11:54 am

## 🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

## 🔒 Package details

**WEIGHT**  720 lbs / 326.59 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  18

**TOTAL SHIPMENT WEIGHT**  720 lbs / 326.59 kgs

↑ Back to to

### Travel history                                                      ⌃

Ascending                                                               ⌄

**TIME ZONE**                                                           ⌄
Local Scan Time

Monday, 7/25/2022

- 4:31 PM
  **Picked up**
  BATAVIA, IL

- 9:06 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:50 AM
  In transit
  BETHANY, MO

- 9:59 AM
  Delivery option requested
  Appointment Date Jul 28, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 1:52 PM
  In transit
  WICHITA, KS

Wednesday, 7/27/2022

- 1:19 AM
  In transit
  STRATFORD, TX

- 6:54 AM
  In transit
  ALBUQUERQUE, NM

- 11:06 AM
  In transit
  FLAGSTAFF, AZ

- 6:43 PM
  In transit
  LITCHFIELD PARK, AZ

- 10:51 PM
  In transit
  PHOENIX, AZ

Thursday, 7/28/2022

- 6:46 AM
  At local facility
  PHOENIX, AZ

- 7:30 AM
  Out for delivery
  PHOENIX, AZ

- 11:53 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:54 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)  (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)  (https://www.instagram.com/fedex/)  (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)  (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682045 | 07/29/2022 | 098110 |

**INVOICE**

UO-230701

WORK ORDER NO.          B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>400 HOSMER AV<br>MODESTO,CA  95351<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/25/22 | 19896 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Shereen Grant | 07/28/22 | | Klug | |



| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 95.280 Batch number : Q139038 | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 127.040 Batch number : Q123020 | | | | | |
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 222.320 Batch number : Q137127 | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 127.040 Batch number : Q094024 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0682045 | 07/29/2022 | 098110 |

INVOICE

UO-230701

WORK ORDER NO.    B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>400 HOSMER AV<br>MODESTO,CA  95351<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/25/22 | 19896 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Shereen Grant | 07/28/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 825.2133U-PP1-15.88KGM | CHERRY LEMON FLAVOR NAT. WONF<br>Customer Item #: RAW867<br>Quantity : 285.840 Batch number : Q096223<br>Quantity : 95.280 Batch number : Q096223<br>Quantity : 79.400 Batch number : Q096223 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | D |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:19896

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19896 |
| **Created On:** | May 20, 2022 |
| **Contact Person:** | Shereen Grant |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | shereen.grant@bangenergy.com |
| **Start Shipping Date:** | 2022-07-18 |
| **Cancel Shipping Date:** | 2022-07-22 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
VBC Bottling Co
400 Hosmer Av
Modesto CA  95351

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shereen Grant

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW215 | FONA Grape Flavor #856.0085 | | Jul 28, 2022 | | |
| 3 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | | Jul 28, 2022 | | |
| 4 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | | Jul 28, 2022 | | |
| 5 | RAW746 | Raspberry Flavor #906.2016 | | Jul 28, 2022 | | |
| 6 | RAW867 | Cherry Lemon Flavor, Nat WONF 825.2133U | | Jul 28, 2022 | | |

**Total Value:**   19,846.03 USD



# Purchase Order:19896

**Payment Terms:** ▮▮▮▮ from Invoice Date, End of month

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein: (ii) specified on the face of the accompanying Purchase Order: and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**     Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:    US-087472

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/25/2022 | UO-230701 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. 400 Hosmer Av MODESTO,CA 95351 USA |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 6 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F<br><br>Customer Item #: RAW215<br><br>856.0085U-PP1-15.88KGM    Batch#: Q139038 | | | | |
| 8 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART<br><br>Customer Item #: RAW479<br><br>915.0215U-PP1-15.88KGM    Batch#: Q123020 | | | | |
| 14 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F<br><br>Customer Item #: RAW694<br><br>809.0336U-PP1-15.88KGM    Batch#: Q137127 | | | | |
| 8 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br><br>906.2016U-PP1-15.88KGM    Batch#: Q094024 | | | | |
| 29 EACH(S) | | CHERRY LEMON FLAVOR NAT. WONF<br><br>Customer Item #: RAW867<br><br>825.2133U-PP1-15.88KGM    Batch#: Q096223, Q096223, Q096223 | | | | |

**FedEx.** Freight

**740943076-6**

⊁ 1759300 ×8610    7-25-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. ☐   Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 25 - 2022      Shipper, Per    *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | | | **Shipment No:** | US-087472 |
|---|---|---|---|---|---|---|

**ORDER NO.**

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/25/2022 | UO-230701 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicate motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA INTERNATIONAL**

400 Hosmer Av
MODESTO,CA  95351
USA

EMERGENCY RESPONSE PHONE NO: CHEMTREC  (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|

Total Weight (lbs.) _____

# of Pallets ____ 3 ____

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT:

TOTAL PACKAGES: 65

ORDER NO: UO-230701

LOCATION: RA

PO NO: 19896

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.   Check here if charges are collect. ☐

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 25 - 2022

Shipper, Per   *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)     Sign Up or Log In

FedEx® Tracking     ⋮

**DELIVERED**

# Monday

8/1/2022 at 9:02 am

Signed for by: FILIBERTO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

7409430766 ✎ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/25/2022 4:30 PM

**IN TRANSIT**
MODESTO, CA
8/1/2022 9:02 AM

**OUT FOR DELIVERY**
MODESTO, CA
8/1/2022 8:44 AM

**DELIVERED**
MODESTO, CA US

*Delivered*
8/1/2022 at 9:02 AM

*Destination Terminal*
**MODESTO, CA**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**        **SUBMIT**

**MORE OPTIONS**

Shipment facts      ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ    7/25/22

**ACTUAL DELIVERY**    8/1/22 at 9:02 am

🚚 Services

**SERVICE**    FedEx Freight Priority

**TERMS**    Shipper

🛍 Package details

**WEIGHT**    2,580 lbs / 1,170.27 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    65

**TOTAL SHIPMENT WEIGHT**    1,715 lbs / 777.91 kgs

↑ Back to to

Travel history    ⌃

Ascending    ⌄

**TIME ZONE**    ⌄
Local Scan Time

Monday, 7/25/2022

- 4:30 PM
  **Picked up**
  BATAVIA, IL

- 6:44 PM
  **Shipment exception**
  **Shipment weight corrected**
  AURORA, IL

- 9:06 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:30 AM
  **In transit**
  OMAHA, NE

- 1:01 PM
  **In transit**
  OGALLALA, NE

- 7:45 PM
  **In transit**
  SINCLAIR, WY

Wednesday, 7/27/2022

- 1:41 AM
  **In transit**
  SALT LAKE CITY, UT

- 9:08 AM
  **In transit**
  ELKO, NV

- 1:23 PM
  **In transit**
  CARLIN, NV

- 5:55 PM
  **In transit**
  ,

- 7:10 PM
  **In transit**
  SPARKS, NV

Thursday, 7/28/2022

- 2:23 AM
  **In transit**
  W SACRAMENTO, CA

Friday, 7/29/2022

- 3:17 AM
  **In transit**
  MODESTO, CA

- 10:11 AM
  **At local facility**
  MODESTO, CA

- 11:26 AM
  **Delivery option requested**
  **Appointment Date Aug 01, 2022 and Time 04:00 PM Set**
  MODESTO, CA

**(https://www.fedex.com/en-us/home.html)**

- 2:55 AM
  **At local facility**
  MODESTO, CA

- 8:44 AM
  **Out for delivery**
  MODESTO, CA

- 9:02 AM
  **At delivery**
  **Arrived at customer location for delivery**
  MODESTO, CA

⊘ 9:02 AM
  **Delivered**
  MODESTO, CA

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)     Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)     Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682046 | 07/29/2022 | 098110 |

**INVOICE**

UO-230828

WORK ORDER NO.    B.O.

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/25/22 | 19939 | FX FRT PRY | N/A | ▮ | ▮ | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Gavin McGrail | 07/26/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 915.2936U-PP1-15.88KG | STRAWBERRY FLAVOR, NAT WONF<br>Customer Item #:  RAW200<br>Quantity : 79.400 Batch number : Q144035 | ▮ | | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ | ▮ | ▮ | ▮ | |



**TOTAL    3,411.79 USD**

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*
▮▮▮

*Account: FONA International Inc.*

*FONA International Inc. FEIN: 36-3490019*



# Purchase Order:19939

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19939 |
| **Created On:** | May 23, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW200 | Strawberry Flavor, NAT WONF 915.2936 | ███ | Jul 29, 2022 | ███ | ███ |

**Total Value:**  3,123.60 USD

**Payment Terms:**  ███ from Invoice Date, End of month



# Purchase Order:19939

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER**  Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No:   US-087533

| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE 7/26/2022 | ORDER NO. UO-230828 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. |
|---|---|

FONA INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ 85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5 EACH(S) | | STRAWBERRY FLAVOR, NAT WONF  Customer Item #: RAW200  915.2936U-PP1-15.88KG   Batch#: Q144035 | | | | |

| Total Weight (lbs.) | | TOTAL WEIGHT: |
|---|---|---|
| # of Pallets   1 | | TOTAL PACKAGES: 5 |

Please report problems TO:

Instructions:

ORDER NO: UO-230828
LOCATION: RA
PO NO: 19939

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

Broker:



FedEx Freight

**584065909-0**

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  (Signature of Consignee) | **TOTAL CHARGES $**  Freight charges are PREPAID unless marked collect. ☐  Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked. and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 26 - 2022

Shipper, Per     SU   7-25-22   1759300  X8610

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Thursday

7/28/2022 at 11:54 am

Signed for by: T CHU

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

5840659090  ✏️  ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/25/2022 4:35 PM

**IN TRANSIT**
PHOENIX, AZ
7/28/2022 11:53 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/28/2022 7:30 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/28/2022 at 11:54 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                    **SUBMIT**

**MORE OPTIONS**

Shipment facts                                                          ⌃

 Shipment overview

(https://www.fedex.com/en-
us/home.html)

**SHIP DATE** ⓘ   7/25/22

**ACTUAL DELIVERY**   7/28/22 at 11:54 am

## 🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## 🔒 Package details

**WEIGHT**   210 lbs / 95.25 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   5

**TOTAL SHIPMENT WEIGHT**   210 lbs / 95.25 kgs

↑ Back to to 

## Travel history   ⌃

Ascending   ⌄

**TIME ZONE**   ⌄
Local Scan Time

Monday, 7/25/2022

- 4:35 PM
  **Picked up**
  BATAVIA, IL

- 9:06 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:30 AM
  In transit
  BETHANY, MO

- 9:59 AM
  Delivery option requested
  Appointment Date Jul 28, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 1:52 PM
  In transit
  WICHITA, KS

Wednesday, 7/27/2022

- 1:19 AM
  In transit
  STRATFORD, TX

- 6:54 AM
  In transit
  ALBUQUERQUE, NM

- 11:06 AM
  In transit
  FLAGSTAFF, AZ

- 6:43 PM
  In transit
  LITCHFIELD PARK, AZ

- 10:51 PM
  In transit
  PHOENIX, AZ

Thursday, 7/28/2022

- 6:46 AM
  At local facility
  PHOENIX, AZ

- 7:30 AM
  Out for delivery
  PHOENIX, AZ

- 11:53 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 11:54 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    |    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    |    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682048 | 07/29/2022 | 098110 |

**INVOICE**    UO-232579

WORK ORDER NO.    B.O.

| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P T O | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 07/25/22 | 20569 | FX FRT PRY | N/A | ▇ | ▇ | ▇ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Gavin McGrail | 07/25/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 809.2575U-PP1-15.88KG | BLUEBERRY RASPBERRY TYPE FLAVOR, NAT<br>Customer Item #:  RAW1244<br>Quantity : 47.640 Batch number : Q195213 | ▇ | ▇ | ▇ | ▇ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |



**TOTAL     2,057.06 USD**

*Remit To:*
*FONA International Inc.*
*P.O. Box 71333*
*Chicago, IL 60694-1333*

*Wire Instructions:*
*BMO Harris Bank*
▇

*Account: FONA International Inc.*

*FONA International Inc. FEIN: 36-3490019*



# Purchase Order:20569

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20569 |
| **Created On:** | Jul 13, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ███████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1244 | Blueberry Raspberry Flavor 809.2575U | ███ | Jul 25, 2022 | ███ | ███ |

**Total Value:**  1,768.87 USD

**Payment Terms:**  ███ from Invoice Date, End of month



# Purchase Order:20569

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title**. Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| **THIS SHIPPING ORDER** | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087511 |
|---|---|---|---|---|

| | | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| CARRIER:  FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE  7/25/2022 | | UO-232579 | |

RECEEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN:   1100 N Raddant Rd  Batavia, IL 60510 | DESTINATION:   Vital Pharmaceuticals, Inc.  Plant VPX-Phoenix US  1635 S 43rd Ave  PHOENIX,AZ  85009  USA |
|---|---|
| **FONA** INTERNATIONAL  EMERGENCY RESPONSE PHONE NO:  CHEMTREC  (800) 424-9300 | |

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3  PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY TYPE FLAVOR, NAT 58.3 F  Customer Item #: RAW1244  809.2575U-PP1-15.88KG   Batch#: Q195213 | | | | |

| Total Weight (lbs.) _____ | | TOTAL WEIGHT: |
|---|---|---|
| # of Pallets _____ 1 | | TOTAL PACKAGES: 3 |

Please report problems TO:

ORDER NO: UO-232579

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 20569

FedEx® Freight

679367023-6

Broker:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE—Where the rate is dependant on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.  ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

July - 25 - 2022

Shipper, Per   *Zulai Rivera*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Thursday

7/28/2022 at 11:54 am

Signed for by: T CHU

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

6793670236  ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/25/2022 4:31 PM

**IN TRANSIT**
PHOENIX, AZ
7/28/2022 11:53 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
7/28/2022 7:30 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
7/28/2022 at 11:54 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  7/25/22

**ACTUAL DELIVERY**  7/28/22 at 11:54 am

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🛍 Package details

**WEIGHT**  135 lbs / 61.23 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  3

**TOTAL SHIPMENT WEIGHT**  135 lbs / 61.23 kgs

↑ Back to to

Travel history   ⌃

Ascending   ⌄

**TIME ZONE**
Local Scan Time   ⌄

Monday, 7/25/2022

- 4:31 PM
  **Picked up**
  BATAVIA, IL

- 9:06 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 7:30 AM
  In transit
  BETHANY, MO

- 9:59 AM
  Delivery option requested
  Appointment Date Jul 28, 2022 and Time 01:00 PM Set
  PHOENIX, AZ

- 1:52 PM
  In transit
  WICHITA, KS

Wednesday, 7/27/2022

- 1:19 AM
  In transit
  STRATFORD, TX

- 6:54 AM
  In transit
  ALBUQUERQUE, NM

- 11:06 AM
  In transit
  FLAGSTAFF, AZ

- 6:43 PM
  In transit
  LITCHFIELD PARK, AZ

- 10:51 PM
  In transit
  PHOENIX, AZ

Thursday, 7/28/2022

- 6:46 AM
  At local facility
  PHOENIX, AZ

- 7:30 AM
  Out for delivery
  PHOENIX, AZ

- 11:53 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- ⊘ 11:54 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-
us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**   (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)      |  Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)      |  Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682169 | 08/05/2022 | 098110 |

**INVOICE**

UO-230890

WORK ORDER NO.      B.O.

| | | |
|---|---|---|
| S O L D T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VITAL PHARMACEUTICALS, INC.<br>PLANT VPX-PHOENIX US<br>1635 S 43RD AVE<br>PHOENIX,AZ  85009<br>USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/04/22 | 19977 | FX FRT PRY | N/A | ███ | ███ | ███ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Summer  Wyatt | 08/05/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TA |
|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 47.640 Batch number : Q140147 | ███ | ███ | ███ | ███ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |



**TOTAL**     **1,049.26 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
███████

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:19977

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19977 |
| **Created On:** | May 25, 2022 |
| **Contact Person:** | Gavin McGrail |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Gavin McGrail

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW215 | FONA Grape Flavor #856.0085 | ███ | Aug 10, 2022 | ███ | ███ |

**Total Value:**   763.19 USD

**Payment Terms:**███ from Invoice Date, End of month



# Purchase Order:19977

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately listed on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087925

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE | 8/5/2022 | UO-230890 |
|---|---|---|---|---|---|

RECIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3 | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F | | | | |
| PAIL(S) | | Customer Item #: RAW215 | | | | |
| | | 856.0085U-PP1- 15.88KGM | Batch#: Q140147 | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: |
|---|---|
| # of Pallets _____1 | TOTAL PACKAGES: 3 |

Please report problems TO:

ORDER NO: UO-230890

Instructions:

LOCATION: RA

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

PO NO: 19977

**FedEx.** Freight

**584067482-5**

Broker:



| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carriers or shipper's weight. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery | **TOTAL CHARGES $** | |
|---|---|---|---|---|
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect. ☐ | Check here if charges are collect. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 05 - 2022

Shipper, Per *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600



| DATE AND TIME PRINTED | |
|---|---|
| 8/3/2022 | 6:49:12 AM |

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-230890 | 098110 |

| S O L D   T O | VPX SPORTS 1600 N. PARK DRIVE WESTON,FL 33326 USA | S H I P   T O | Vital Pharmaceuticals, Inc. Plant VPX-Phoenix US 1635 S 43rd Ave PHOENIX,AZ 85009 USA |
|---|---|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 5/25/2022 | 19977 | FX FRT PRY | N/A | | ORIGIN | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Summer Wyatt | 8/5/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | | | 60.10 | | | | 763.19 |
| | Customer Item No: RAW215 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: | | | | | | | |

7/25    ✓ @ 140147

1 cy    22c

--------------------------------------------------------------------------

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| $763.19 | USD |
|---|---|

TOTAL ORDER
VALUE

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours:  M-F (24/5)* Hours subject to change
Warehouse Supervisor: Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

(https://www.fedex.com/en-us/home.html)     Sign Up or Log In

FedEx® Tracking                                                                    ⋮

**DELIVERED**

# Thursday

8/11/2022 at 10:04 am

Signed for by: T L

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

5840674825 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
8/4/2022 1:46 PM

**IN TRANSIT**
PHOENIX, AZ
8/11/2022 10:04 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
8/11/2022 9:24 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
8/11/2022 at 10:04 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                                          **SUBMIT**

**MORE OPTIONS**

Shipment facts                                                              ∧

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ   8/4/22

**ACTUAL DELIVERY**   8/11/22 at 10:04 am

🚚 Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

🛍 Package details

**WEIGHT**   140 lbs / 63.5 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   140 lbs / 63.5 kgs

↑ Back to to

Travel history                                                               ⌄

Ascending                                                                     ⌄

**TIME ZONE**
Local Scan Time                                                               ⌄

Thursday, 8/4/2022

- 1:46 PM
  **Picked up**
  BATAVIA, IL

- 9:30 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-
us/home.html)

- 8:52 AM
  In transit
  BETHANY, MO

- 10:29 AM
  Delivery option requested
  Appointment Date Aug 11, 2022 and Time 12:00 PM Set
  PHOENIX, AZ

- 1:30 PM
  In transit
  WICHITA, KS

Saturday, 8/6/2022

- 1:21 AM
  In transit
  STRATFORD, TX

Monday, 8/8/2022

- 5:13 AM
  In transit
  ALBUQUERQUE, NM

- 10:29 AM
  In transit
  FLAGSTAFF, AZ

- 6:43 PM
  In transit
  PHOENIX, AZ

Thursday, 8/11/2022

- 3:18 AM
  At local facility
  PHOENIX, AZ

- 9:24 AM
  Out for delivery
  PHOENIX, AZ

- 10:04 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- 10:04 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-
us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)    f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)    📷 (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)    📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)    Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)    Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682173 | 08/05/2022 | 098110 |

**INVOICE**

UO-232922

WORK ORDER NO.     B.O.

| | |
|---|---|
| **S O L D T O** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **S H I P T O** | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/04/22 | 19991 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Dixi Ortega | 08/05/22 | | Klug | | |



| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A |
|---|---|---|---|---|---|---|
| 826.3217U-NB2-22.68KG | CHOCOLATE FLAVOR, NAT WONF<br>Customer Item #:  RAW1008<br>Quantity : 113.400 Batch number : Q206103 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |

**TOTAL     4,210.87 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



Purchase Order Change:19991

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 19991 |
| **Changed On:** | Jul 12, 2022 |
| **Contact Person:** | Shen Lin |

| | |
|---|---|
| **E-Mail:** | Shen.Lin@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-07-19 |
| **Cancel Shipping Date:** | 2022-07-19 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ███████. Per Elina Sanchez email



# Purchase Order Change:19991

Page:  2/3

**Legend:**     🗒: New Item     🗒: Changed Item     🗒: Deleted Item

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|---|---|---|---|---|---|---|
| | 2 | RAW1008 | Chocolate Flavor, Nat. WONF 826.3217U | ▮ | Jul 26, 2022 | ▮ | ▮ USD |

**Total Value:**   4,938.00 USD

**Payment Terms:**   ▮ from Invoice Date, End of month



# Purchase Order Change:19991

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order.
VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: **Accounts.Payable@bangenergy.com**.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-087944

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 8/5/2022 | UO-232922 |

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as Indicatied below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd<br>Batavia, IL 60510 | DESTINATION: | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL  33326 USA |

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT | CLASS RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 5<br><br>EACH(S) | | CHOCOLATE FLAVOR, NAT WONF<br><br>Customer Item #: RAW1008<br><br>826.3217U-NB2-22.68KG    Batch#: Q206103 | | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: |
| # of Pallets _____ 1 | TOTAL PACKAGES: 5 |
| Please report problems TO: | ORDER NO: UO-232922 |
| Instructions: | LOCATION: RA |
| | PO NO: 19991 |
| Broker: | |

**FedEx.** Freight

**584067479-2**

X4396  15-8632  51L  843L

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>   The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$_____ per_____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect. ☐   Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 05 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



| | DATE AND TIME PRINTED | |
|---|---|---|
| | 8/3/2022 | 7:05:15 AM |



**FONA International Inc.**
1900 Averill Road
Geneva, IL 60134
630.578.8600

| Page | Sales Order | Cust. No |
|---|---|---|
| 1 of 1 | UO-232922 | 098110 |

| | |
|---|---|
| S O L D T O | VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL 33326<br>USA |

| | |
|---|---|
| S H I P T O | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL 33326 USA |

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/25/2022 | 19991 | FX FRT PRY | N/A | | ORIGIN | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Dixi Ortega | 8/5/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 826.3217U-NB2-22.68KG | CHOCOLATE FLAVOR, NAT WONF | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1008 | | | | | | | |
| | Batch#: Q206103 Qty: 250.04 | | | | | | | |

8/3

1 g

411A

----------------------------------------------------------------------------------------------------
For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| |
|---|
| $3,983.74 |

USD

TOTAL ORDER
VALUE

(https://www.fedex.com/en-us/home.html)          Sign Up or Log In

FedEx® Tracking                                                                ⋮

**DELIVERED**

# Monday

8/8/2022 at 1:56 pm

Signed for by: J WALLCER

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✔

**TRACKING ID**

5840674792 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
8/4/2022 1:39 PM

**IN TRANSIT**
HOLLYWOOD, FL
8/8/2022 1:56 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
8/8/2022 9:54 AM

**DELIVERED**
WESTON, FL US

*Delivered*
8/8/2022 at 1:56 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| **YOUR EMAIL** | **SUBMIT** |
| --- | --- |

**MORE OPTIONS**

Shipment facts                                                                ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE**    8/4/22

**ACTUAL DELIVERY**   8/8/22 at 1:56 pm

## Services

**SERVICE**   FedEx Freight Priority

**TERMS**   Shipper

## Package details

**WEIGHT**   285 lbs / 129.27 kgs

**TOTAL NUMBER OF HANDLING UNITS**   1

**TOTAL PIECES**   5

**TOTAL SHIPMENT WEIGHT**   285 lbs / 129.27 kgs

↑ Back to to

## Travel history ⌃

Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

Thursday, 8/4/2022

- 1:39 PM
  **Picked up**
  BATAVIA, IL

- 7:40 PM
  **In transit**
  DES PLAINES, IL

- 9:58 PM
  **In transit**
  INDIANAPOLIS, IN

- 11:15 PM
  **In transit**
  INDIANAPOLIS, IN

(https://www.fedex.com/en-us/home.html)

- 4:28 AM
  **In transit**
  **BOWLING GREEN, KY**

- 9:14 AM
  **In transit**
  **CARTERSVILLE, GA**

- 2:47 PM
  **In transit**
  **VALDOSTA, GA**

- 8:44 PM
  **In transit**
  **ORLANDO, FL**

Saturday, 8/6/2022

- 1:53 AM
  **In transit**
  **HOLLYWOOD, FL**

Monday, 8/8/2022

- 9:54 AM
  **Out for delivery**
  **HOLLYWOOD, FL**

- 1:56 PM
  **At delivery**
  **Arrived at customer location for delivery**
  **HOLLYWOOD, FL**

- 1:56 PM
  **Delivered**
  **WESTON, FL**

↑ Back to to

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)



**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

📹 (https://www.youtube.com/fedex)   📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)   Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)   Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682335 | 08/11/2022 | 098110 |

**INVOICE**

UO-232735

WORK ORDER NO.      B.O.

S O L D   T O
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P   T O
VITAL PHARMACEUTICALS, INC.
PLANT VPX-PHOENIX US
1635 S 43RD AVE
PHOENIX,AZ  85009
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/05/22 | 20362 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Gavin McGrail | 09/02/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 944.0373U-PP1-15.88KG | POMEGRANATE FLAVOR, NAT WONF<br>Customer Item #: RAW1171<br>Quantity : 111.160 Batch number : Q200188 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |



**TOTAL      3,729.76 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20362

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/2

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20362 |
| **Created On:** | Jun 24, 2022 |
| **Contact Person:** | Summer Wyatt |
| **Phone:** | +1 6238536166 |
| **Fax:** | |
| **E-Mail:** | Summer.Wyatt@bangenergy.com |
| **Start Shipping Date:** | |
| **Cancel Shipping Date:** | |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
Plant VPX-Phoenix US
1635 S 43rd Ave
Phoenix AZ  85009

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Summer Wyatt

**Remark:** Fona updated our Terms on 05/22/19 to ███████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1171 | Pomegranate Nat Flavor WONF 944.0373U | ███ | Sep 8, 2022 | ███ | ███ |

**Total Value:** 3,445.96 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order:20362

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087988 |
|---|---|---|---|---|

**ORDER NO.**

| CARRIER: FX FRT PRY | DELIVERY TERMS: | Seal NO. | DATE 8/8/2022 | UO-232735 |
|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Vital Pharmaceuticals, Inc. |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO:  CHEMTREC  (800) 424-9300

Plant VPX-Phoenix US
1635 S 43rd Ave
PHOENIX,AZ  85009
USA

| DELIVERING CARRIER | ROUTE | VEHICLE NUMBER |
|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 7 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II POMEGRANATE FLAVOR, NAT WONF 72.9 F Customer Item #: RAW1171 944.0373U-PP1-15.88KG    Batch#: Q200188 | ▮ | | | |

| Total Weight (lbs.) _____ ▮ _____ | TOTAL WEIGHT ▮ |
|---|---|
| # of Pallets _____ 1 _____ | TOTAL PACKAGES: 7 |

Please report problems TO:

**ORDER NO:** UO-232735
**LOCATION:** RA

Instructions:

We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388
We need to have Fed-Ex reach out
PHX_Warehouse_Scheduling@bangenergy.com
to Receiving Hours: M-F (24/5)* Hours subject to change
Warehouse Supervisor:  Gus Terrazas
954-649-5388
Delivery Appointment is Required
Contact Email:  PHX_Warehouse_Scheduling@bangenergy.com
Warehouse Supervisor:  Gus Terrazas
954-649-5388

**PO NO:** 20362

**FedEx** Freight

**584067424-3**

Broker:

X 8608    SLC

akew 1261950

8-5-22

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specificaily in writing any agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  $ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ (Signature of Consignee) | TOTAL CHARGES $  Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect. |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 08 - 2022

Shipper, Per *carina solis*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

 (https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Thursday

8/11/2022 at 10:04 am

Signed for by: T L

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

5840674243 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
8/5/2022 3:45 PM

**IN TRANSIT**
PHOENIX, AZ
8/11/2022 10:04 AM

**OUT FOR DELIVERY**
PHOENIX, AZ
8/11/2022 9:24 AM

**DELIVERED**
PHOENIX, AZ US

*Delivered*
8/11/2022 at 10:04 AM

*Destination Terminal*
**PHOENIX, AZ**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                                              **SUBMIT**

**MORE OPTIONS**

Shipment facts                                                    ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  8/5/22

**ACTUAL DELIVERY**  8/11/22 at 10:04 am

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🔒 Package details

**WEIGHT**  290 lbs / 131.54 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  7

**TOTAL SHIPMENT WEIGHT**  290 lbs / 131.54 kgs

↑ Back to to

Travel history                                              ⌃

Ascending                                                  ⌄

**TIME ZONE**
Local Scan Time                                            ⌄

Friday, 8/5/2022

- 3:45 PM
  **Picked up**
  BATAVIA, IL

- 9:27 PM
  **In transit**
  EAST MOLINE, IL

(https://www.fedex.com/en-us/home.html)

- 8:29 AM
  In transit
  BETHANY, MO

- 11:46 AM
  In transit
  WICHITA, KS

- 9:58 AM
  Delivery option requested
  Appointment Date Aug 11, 2022 and Time 12:00 PM Set
  PHOENIX, AZ

  Tuesday, 8/9/2022

- 2:21 AM
  In transit
  STRATFORD, TX

- 7:20 AM
  In transit
  ALBUQUERQUE, NM

- 11:36 AM
  In transit
  FLAGSTAFF, AZ

- 5:28 PM
  In transit
  LITCHFIELD PARK, AZ

- 10:27 PM
  In transit
  PHOENIX, AZ

  Thursday, 8/11/2022

- 3:18 AM
  At local facility
  PHOENIX, AZ

- 9:24 AM
  Out for delivery
  PHOENIX, AZ

- 10:04 AM
  At delivery
  Arrived at customer location for delivery
  PHOENIX, AZ

- ⊘ 10:04 AM
  Delivered
  PHOENIX, AZ

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

(https://www.fedex.com/en-
us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)



**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html)  |  Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)  |  Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682729 | 08/24/2022 | 098110 |

**INVOICE**

UO-233921

| WORK ORDER NO. | B.O. |
|---|---|

S O L D T O

VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

S H I P T O

VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL   33326 USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/16/22 | 20268 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Will Wucher | 08/24/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | T A X |
|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW260<br>Quantity : 47.640 Batch number : Q199017 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |



**TOTAL**     **1,533.39 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20268

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20268 |
| **Created On:** | Jun 16, 2022 |
| **Contact Person:** | Shen Lin |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Shen.Lin@bangenergy.com |
| **Start Shipping Date:** | 2022-07-05 |
| **Cancel Shipping Date:** | 2022-07-05 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shen Lin

**Remark:**  Fona updated our Terms on 05/22/19 to ▮▮▮▮▮▮. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ▮ | Jul 8, 2022 | ▮ | |
| 3 | RAW260 | FONA Fruit Punch Flavor #852.0054 | | Jul 8, 2022 | | |
| 4 | RAW246 | N-C Smores Flavor, Nat 935.1084U | | Jul 8, 2022 | | |
| 5 | RAW604 | FONA Lemon Extract Nat. WONF #862.0091U | | Jul 8, 2022 | | |
| 6 | RAW215 | FONA Grape Flavor #856.0085 | | Jul 8, 2022 | ▮ | |



# Purchase Order:20268

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|--------------------|--------------|------------------------------|---------------------|------------------|
| 7 | RAW746 | Raspberry Flavor #906.2016 | ███ | Jul 8, 2022 | ███ | ███ |
| 8 | RAW1268 | Strawberry Type Nat Flavor 915.3339U | | Jul 8, 2022 | | |
| 9 | RAW466 | FONA Lime Extract Nat #865.0037 | | Jul 8, 2022 | | |

**Total Value:**  9,481.68 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order:20268

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

08/10/2022   **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**   Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|

**VPX SPORTS**
**1600 N. Park DRIVE**
**WESTON, FL 33326**
Contact: **german.tinoco@vpxsports.com**
PH: 954-622-0587

BAR CODE SPACE

554349646-4  FedEx Freight

**SHIP TO**   Ca

**FONA INTERNATIONAL**
**1900 AVERILL ROAD**
**GENEVA, IL 60134**
**Phone: 630.578.8600**

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: |
|---|---|

Pro Number:

BAR CODE SPACE

**Special Instructions:**
**SERVICE LEVEL: PRIORITY Do not stack**

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
**Prepaid X**   Collect   3rd Party

☐ Master bill of lading with attached underlying bills of lading.

**CUSTOMER ORDER INFORMATION**

| PO 20268 | # of Packages | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| 1 Pallet of blends for Nutritional Suplements | | | 1   PLT | **RAW260** |

**Total: 16 PALLETS**   **PO 20268**

**CARRIER INFORMATION**

| Handling Unit | | Package | | | | Commodity Description | NMFC No. | Class |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | LTL Only |
| 1 | Skids | | PIECES | lbs. | | Blends (Nutritional Supplements)  **RAW260** | 074490 | 60 |
| 1 | Skids | | PIECES | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ .

**COD Amount: $** _____
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.
**Shipper Signature** _____

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| German Tinoco | ☒ By shipper | ☒ By shipper | x |
| This is to certify that the abovenamed materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By driver | ☐ By driver/pallets said to contain | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, |
| | | ☐ By driver/pieces | |

8/10/22  2681869 SLC
X10865

## German Tinoco

| | |
|---|---|
| **From:** | Diana Ocampo |
| **Sent:** | Thursday, July 14, 2022 1:39 PM |
| **To:** | German Tinoco; Alphonso Raymond; Levis Cordero; Antonio Guerrero; Anthony Calderon; Juan Carlos Ruiz; Yenelipse Torres; Elgina Cantave; Kevin Britt; Shereen Grant; Oscar Bravo; Felixdaniel Vargas; Jacobo Estrada; Dixi A. Ortega; William Bauman; Caloujery Prosper |
| **Subject:** | RE: RAW & PACKAGING MATERIAL 07-11-22 |

Good Afternoon,

RAW 260, lot Q168051, did not meet specification and is being rejected by QC.

| 7/11/2022 | #Q168051 | RAW260 | FONA FRUIT PUNCH FLAVOR #852.0054 | V97805 | GT | 7/11/2022 | 3 PAILS @ | ▮▮▮ | 12/24/2022 | Y |
|---|---|---|---|---|---|---|---|---|---|---|

Thanks,
**Diana Ocampo**
Senior Quality Supervisor
Diana.Ocampo@bangenergy.com

**BANG | VPX | REDLINE**
1600 N. Park Drive Weston, FL 33326
Phone: (954) 641-0570 x901

BangEnergy.com
**Fuel Your Destiny™**



**From:** German Tinoco
**Sent:** Monday, July 11, 2022 4:01 PM
**To:** Alphonso Raymond <Alphonso.Raymond@bangenergy.com>; Diana Ocampo <Diana.Ocampo@bangenergy.com>; Levis Cordero <Levis.Cordero@bangenergy.com>; Antonio Guerrero <Antonio.Salcedo@bangenergy.com>; Anthony Calderon <anthony.calderon@bangenergy.com>; Juan Carlos Ruiz <juan.ruiz@bangenergy.com>; Yenelipse Torres <Yenelipse.Torres@bangenergy.com>; Elgina Cantave <Elgina.Cantave@bangenergy.com>; Kevin Britt <Kevin.Britt@bangenergy.com>; Shereen Grant <shereen.grant@bangenergy.com>; Oscar Bravo <Oscar.Bravo@bangenergy.com>; Felixdaniel Vargas <Felixdaniel.Vargas@bangenergy.com>; Jacobo Estrada <Jacobo.Estrada@bangenergy.com>; Dixi A. Ortega <Dixi.Ortega@bangenergy.com>; William Bauman <William.Bauman@bangenergy.com>; Caloujery Prosper <Caloujery.Prosper@bangenergy.com>
**Subject:** RAW & PACKAGING MATERIAL 07-11-22

RAW & PACKAGING MATERIAL 07-11-22

## German Tinoco

| | |
|---|---|
| **From:** | Anthony Calderon |
| **Sent:** | Thursday, July 14, 2022 11:54 AM |
| **To:** | Antonio Guerrero; Levis Cordero; Lina Santana; Yenelipse Torres; Diana Ocampo; Oscar Bravo; Alphonso Raymond; Felixdaniel Vargas; Jacobo Estrada; German Tinoco; Kevin Britt; Devrol Palmer |
| **Subject:** | Rejected RAW-260 Lot Q168051 |

Raw-260
**Fruit Punch Flavor NAT WONF 852.0054U**
Lot No: Q168051
Date Rejected: 07/14/22
Initial/Date

Thank You,

**Anthony Calderon**
QC Chemist II
anthony.calderon@bangenergy.com

**BANG | VPX | REDLINE**
1600 N. Park Drive Weston, FL 33326
Phone: 954-641-0570

BangEnergy.com
**Fuel Your Destiny™**





**FONA International Inc.**
1100 N Raddant Rd
Batavia, IL 60510 USA
Phone: 630.578.8600
Fax: 630.578.8601

| PAGE NO | WORK ORDER NO | CUST NO |
|---------|---------------|---------|
| 1 | UO-231667 | 098110 |

## PACKING SLIP

S
O
L
D
T
O

VITAL PHARMACEUTICALS INC DBA VPX
SPORTS
1600 N. PARK DRIVE
WESTON, FL 33326
USA

S
H
I
P
T
O

VPX SPORTS

1600 N
WESTO

**679367302-5**

FedEx

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|--------------|--------------------|----------|--------|-------|
| 07/06/2022 | 20268 | FX FREIGHT PRIORITY | Prepaid and Add | NET 45 |

| BUYER | DATE REQUESTED | LOCATION |
|-------|----------------|----------|
| Shen Lin | 07/08/2022 | RA |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM WEIGHT |
|----------|-------------|------------------|------------------|-------------|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART | | | |
| | Customer Item#: RAW694 | | | |
| | Quantity : ▓ Warehouse : RA  Batch number : Q137127 | | | |
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF | | | |
| | Customer Item#: RAW260 | | | |
| | Quantity : ▓ Warehouse : RA  Batch number : Q168051 | | | |
| 935.1084U-NB2-22.68KG | N-C SMORES FLAVOR, NAT | | | |
| | Customer Item#: RAW246 | | | |
| | Quantity ▓ 60 Warehouse : RA  Batch number : Q168060 | | | |
| 862.0091U-PP1-15.88KGM | LEMON EXTRACT, NAT WONF | | | |
| | Customer Item#: RAW604 | | | |
| | Quantity ▓ Warehouse : RA  Batch number : Q137144 | | | |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | | | |
| | Customer Item#: RAW215 | | | |
| | Quantity : ▓ Warehouse : RA  Batch number : Q139038 | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART | | | |
| | Customer Item#: RAW746 | | | |



**FONA International Inc.**
1100 N Raddant Rd
Batavia, IL 60510 USA
Phone: 630.578.8600
Fax: 630.578.8601

| PAGE NO | WORK ORDER NO | CUST NO |
|---------|---------------|---------|
| 2 | UO-231667 | 098110 |

# PACKING SLIP

S
O
L
D

T
O

VITAL PHARMACEUTICALS INC DBA VPX
SPORTS
1600 N. PARK DRIVE
WESTON,FL 33326
USA

S
H
I
P

T
O

VPX SPORTS

1600 NORTH PARK DRIVE
WESTON, FL 33326 USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 07/06/2022 | 20268 | FX FREIGHT PRIORITY | Prepaid and Add | NET 45 |

| BUYER | DATE REQUESTED | LOCATION | | |
|---|---|---|---|---|
| Shen Lin | 07/08/2022 | RA | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM WEIGHT |
|---|---|---|---|---|
| | Quantity ▮ █ Warehouse : RA  Batch number : Q094024 | | | |
| 915.3339U-PP1-15.88KG | STRAWBERRY TYPE FLAVOR, NAT | | | |
| | Customer Item# : RAW1268 | | | |
| | Quantity █ Warehouse : RA  Batch number : Q168067 | | | |
| 865.0037U-PP1-15.88KG | LIME EXTRACT, NAT | | | |
| | Customer Item# : RAW466 | | | |
| | Quantity : 3█ 0 Warehouse : RA  Batch number : Q168074 | | | |

**Total Units:** 378.840    **Total Weight:** 378.840



| TECHNICAL INFORMATION |

**Certification of Analysis**   We certify that the following product meets the specifications listed below:

Date: **07/01/2022**                    Product Name: **FRUIT PUNCH FLAVOR, NAT** Product Code: **852.0054U WONF**

Customer: **VPX SPORTS**

Lot Number: **Q168051**                 Customer Address: **1600 NORTH PARK DRIVE**
                                                           **WESTON, FL   33326 USA**
MFG Date:   **06/27/2022**              Customer Item Number: **RAW260**

Exp. Date:   **12/24/2022**             PO#: **20268**

## Product Attributes

| | |
|---|---|
| Physical State | liquid |
| Flavor / Odor / Taste | fruit punch |
| Shelf Life, Months | 6 |
| Weight per gallon (LB) | 7.69 |
| Solubility | water |
| Taste Method | 0.1% in 5% sweetened water |

| ANALYSIS | RESULTS | SPECIFICATIONS | UNITS |
|---|---|---|---|
| Flavor / Odor / Taste | PASS | Comparable to Standard | |
| Color Range | PASS | pale pink to pink | |
| Color Description | pink | | |
| Refractive Index @ 20°C (AOAC 920.141) | 1.4036 | 1.3946 - 1.4046 | |
| Specific Gravity @ 25°C (AOAC 988.06) | 0.9358 | 0.9022 - 0.9422 | |

All flavor ingredients contained in this product are approved for use in a regulation of the Food and Drug Administration or are listed as being safe on the FEMA GRAS Lists. This product is food grade & only fit for human consumption after addition to food products.

*** Please note this document is computer generated and is valid without a signature

**Quality Assurance:**
Michael Burke

Manufactured by FONA International, LLC 1900 Averill Rd. Geneva, IL 60134

Technical information, samples and prototypes submitted come without warranty as to any specific use or application. Nothing submitted is to be used in any fashion to violate any patent, statute or law.

FONA International, LLC 1900 Averill Road, Geneva, IL 60134 · Phone · · ·

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Monday

7/11/2022 at 12:46 pm

Signed for by: G TINOCO

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

**TRACKING ID**

679367302-5  ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
7/6/2022 4:43 PM

**IN TRANSIT**
HOLLYWOOD, FL
7/11/2022 12:46 PM

**OUT FOR DELIVERY**

**DELIVERED**
WESTON, FL US

*Delivered*
7/11/2022 at 12:46 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

📦 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  7/6/22

**ACTUAL DELIVERY**  7/11/22 at 12:46 pm

🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

🔒 Package details

**WEIGHT**  940 lbs / 426.38 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  23

**TOTAL SHIPMENT WEIGHT**  940 lbs / 426.38 kgs

↑ Back to to

Travel history  ⌃

Ascending  ⌄

**TIME ZONE**  ⌄
Local Scan Time

Wednesday, 7/6/2022

- 4:43 PM
  **Picked up**
  BATAVIA, IL

- 9:45 PM
  **In transit**
  INDIANAPOLIS, IN

Thursday, 7/7/2022

- 5:26 AM
  **In transit**
  NASHVILLE, TN

- 11:57 AM
  **In transit**
  CONLEY, GA

(https://www.fedex.com/en-
us/home.html)

- 9:19 AM
  **In transit**

- **2:29 PM**
  **In transit**
  **WEST PALM BEACH, FL**

- **10:54 PM**
  **In transit**
  **HOLLYWOOD, FL**

  Monday, 7/11/2022

- **12:46 PM**
  **At delivery**
  **Arrived at customer location for delivery**
  **HOLLYWOOD, FL**

- **12:46 PM**
  **Delivered**
  **WESTON, FL**

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

⊕  Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  ⬡ (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex)  ⓟ (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-
us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UC-0701465 | 08/24/2022 | 098110 |

**INVOICE**

UO-233614

WORK ORDER NO.       B.O.



**SOLD TO**
VITAL PHARMACEUTICALS INC DBA VPX SPORTS
1600 N. PARK DRIVE
WESTON,FL  33326
USA

**SHIP TO**
FONA INTERNATIONAL
1900 AVERILL ROAD
GENEVA,IL  60134
USA

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| | 20268 | FX FRT PRY | | ▮ | | ▮ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | DUE DATE |
|---|---|---|---|---|---|---|
| Will Wucher | | | Klug | | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 852.0054U-PP1-15.88KG | FRUIT PUNCH FLAVOR, NAT WONF<br>Customer Item #: RAW260<br>Quantity : -47.640 Batch number : Q168051 | ▮ Kg | ▮ Kg | ▮ | ▮ | |

**TOTAL    -1,306.77 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



# Purchase Order:20268

Vital Pharmaceuticals, Inc.
1600 North Park Dr

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20268 |
| **Created On:** | Jun 16, 2022 |
| **Contact Person:** | Shen Lin |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Shen.Lin@bangenergy.com |
| **Start Shipping Date:** | 2022-07-05 |
| **Cancel Shipping Date:** | 2022-07-05 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Shen Lin

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 2 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ██ kg | Jul 8, 2022 | ██ per 1 kg | ██ USD |
| 3 | RAW260 | FONA Fruit Punch Flavor #852.0054 | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |
| 4 | RAW246 | N-C Smores Flavor, Nat 935.1084U | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |
| 5 | RAW604 | FONA Lemon Extract Nat. WONF #862.0091U | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |
| 6 | RAW215 | FONA Grape Flavor #856.0085 | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |



# Purchase Order:20268

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 7 | RAW746 | Raspberry Flavor #906.2016 | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |
| 8 | RAW1268 | Strawberry Type Nat Flavor 915.3339U | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |
| 9 | RAW466 | FONA Lime Extract Nat #865.0037 | ██ kg | Jul 8, 2022 | ██ USD per 1 kg | ██ USD |

**Total Value:**   9,481.68 USD

**Payment Terms:** ██ from Invoice Date, End of month



# Purchase Order:20268

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers: (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: Accounts.Payable@bangenergy.com.

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682818 | 08/29/2022 | 098110 |

**INVOICE**

UO-233546

WORK ORDER NO.    B.O.



| | | |
|---|---|---|
| **SOLD TO** | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | **SHIP TO** VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20594 | FX FRT PRY | N/A | ■ | ■ | ■ |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Will Wucher | 08/26/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW694<br>Quantity : 301.720 Batch number : Q139098 | | | | | |
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT<br>Customer Item #: RAW1021<br>Quantity : 206.440 Batch number : Q223050 | | | | | |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART<br>Customer Item #: RAW215<br>Quantity : 47.640 Batch number : Q140147 | | | | | |
| 889.0069U-PP1-15.88KG | PEACH FLAVOR, NAT WONF<br>Customer Item #: RAW311<br>Quantity : 31.760 Batch number : Q223053 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank
■
Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



**FONA International LLC**

1900 Averill Road
Geneva, IL   60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 2 | UI-0682818 | 08/29/2022 | 098110 |

INVOICE

UO-233546

WORK ORDER NO.        B.O.

| S O L D   T O | | S H I P   T O | |
|---|---|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA | |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20594 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Will Wucher | 08/26/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART<br>Customer Item #: RAW479<br>Quantity : 31.760 Batch number : Q123020 | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 31.760 Batch number : Q139109 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 3 | UI-0682818 | 08/29/2022 | 098110 |

**INVOICE**

UO-233546

WORK ORDER NO.        B.O.

| S O L D  T O | VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | S H I P  T O | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |
|---|---|---|---|

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/26/22 | 20594 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | DUE DATE |
|---|---|---|---|---|---|
| Will Wucher | 08/26/22 | | Klug | | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| | | | | | | D |



**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



Purchase Order Change:20594

**Page:** 1/3

Fona International Inc.
PO Box 71333
Chicago IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 20594 |
| **Changed On:** | Jul 15, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-07-29 |
| **Cancel Shipping Date:** | 2022-07-29 |

**Ship-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Bill-to Address:**
Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ██████████. Per Elina Sanchez email



# Purchase Order Change:20594

**Page:** 2/3

**Legend:** ⬜: New Item    🖉: Changed Item    🗑: Deleted Item

| Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| 2 | RAW694 | Blueberry Raspberry Flavor 809.0336U N&A | ███ | Aug 3, 2022 | ███ | ███ |
| 3 | RAW1021 | Tripleberry Type Flavor, Nat 807.1319U | ███ | Aug 3, 2022 | ███ | ███ |
| 4 | RAW215 | FONA Grape Flavor #856.0085 | ███ | Aug 3, 2022 | ███ | ███ |
| 5 | RAW311 | FONA Peach Flavor 889.0069 | ███ | Aug 3, 2022 | ███ | ███ |
| 6 | RAW479 | FONA Strawberry Flavor N&A 915.0215U/WC | ███ | Aug 3, 2022 | ███ | ███ |
| 7 | RAW746 | Raspberry Flavor #906.2016 | ███ | Aug 3, 2022 | ███ | ███ |

**Total Value:**  13,172.93 USD

**Payment Terms:** ███ from Invoice Date, End of month



# Purchase Order Change:20594

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination: (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions: and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088465

ORDER NO.

| CARRIER: FX FRT PRY | DELIVERY TERMS: | ▮ | Seal NO. | DATE 8/22/2022 | UO-233546 |
|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN: 1100 N Raddant Rd
Batavia, IL 60510

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL 33326 USA

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 19 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II BLUEBERRY RASPBERRY FLAVOR, NAT & ART 55.9 F  Customer Item #: RAW694  809.0336U-PP1-15.88KGM   Batch#: Q139098 | ▮ | | | |
| 13 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III TRIPLEBERRY TYPE FLAVOR, NAT 75.0 F  Customer Item #: RAW1021  807.1319U-PP1-15.88KG   Batch#: Q223050 | ▮ | | | |
| 3 PAIL(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG II GRAPE FLAVOR, ART 60.1 F  Customer Item #: RAW215  856.0085U-PP1-15.88KGM   Batch#: Q140147 | ▮ | | | |
| 2 EACH(S) | | PEACH FLAVOR, NAT WONF  Customer Item #: RAW311  889.0069U-PP1-15.88KG   Batch#: Q223053 | ▮ | | | |
| 2 EACH(S) | | STRAWBERRY FLAVOR, NAT & ART  Customer Item #: RAW479  915.0215U-PP1-15.88KGM   Batch#: Q123020 | ▮ | | | |
| 2 EACH(S) | | RASPBERRY TYPE FLAVOR, NAT & ART  Customer Item #: RAW746  906.2016U-PP1-15.88KGM   Batch#: Q139109 | ▮ | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect. ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 22 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**THIS SHIPPING ORDER** Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088465

ORDER NO.

CARRIER: FX FRT PRY
DELIVERY TERMS: ▉
Seal NO.
DATE 8/22/2022
UO-233546

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of the Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

ORIGIN: 1100 N Raddant Rd
Batavia, IL 60510

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

DESTINATION: VPX SPORTS
1600 NORTH PARK DRIVE
WESTON, FL  33326 USA

DELIVERING CARRIER
ROUTE
VEHICLE NUMBER

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| Total Weight (lbs.) ▉ | | | TOTAL WEIGHT: | | | |
| # of Pallets _2_ | | | TOTAL PACKAGES: 41 | | | |
| Please report problems TO: | | | ORDER NO: UO-233546 | | | |
| Instructions: | | | LOCATION: RA | | | |
| | | | PO NO: 20594 | | | |
| Broker: | | | | | | |

**FedEx** Freight

480436331-4

X36 85 15 1663) SLL 8+60L

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. | Subject to Section 7 of Conditions of applicable bill of lading, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery | **TOTAL CHARGES $** | |
| Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect. | Check here if charges are collect. ☐ |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 22 - 2022

Shipper, Per  *Raul Castro*

-> Agent must detach and retain this Shiping Order and must sign the Original Bill of Lading.

DO NOT SHIP PDR Refer TO DAWN'S EMAIL



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 2 | UO-233546 | 098110 |

DATE AND TIME PRINTED
8/18/2022     7:27:13 AM

| S O L D T O | VPX SPORTS 1600 N. PARK DRIVE WESTON,FL 33326 USA | S H I P T O | VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL  33326 USA |
|---|---|---|---|



| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/11/2022 | 20594 | FX FRT PRY | N/A | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Will Wucher | 8/22/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 809.0336U-PP1-15.88KGM | BLUEBERRY RASPBERRY FLAVOR, NAT & ART | | | 55.90 | | | | |
| | Customer Item No: RAW694 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q139098 Qty: 665.29 | | | | | | | |
| 807.1319U-PP1-15.88KG | TRIPLEBERRY TYPE FLAVOR, NAT | | | 0.00 | | | | |
| | Customer Item No: RAW1021 | | | | | | | |
| | Batch#: Q223050 Qty: 455.20 | | | | | | | |
| 856.0085U-PP1-15.88KGM | GRAPE FLAVOR, ART | | | 60.10 | | | | |
| | Customer Item No: RAW215 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q140147 Qty: 105.04 | | | | | | | |

6/27
10 mo




312C

8/15
ly


19

13



200C

7/25
ly



**DATE AND TIME PRINTED**

8/18/2022        7:27:13 AM

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 2 of 2 | UO-233546 | 098110 |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 889.0069U-PP1-15.88KG | PEACH FLAVOR, NAT WONF | | | 186.10 | | | | |
| | Customer Item No: RAW311 | | | | | | | |
| | Batch#: Q223053 Qty: 70.03 | | | | | | | |
| 915.0215U-PP1-15.88KGM | STRAWBERRY FLAVOR, NAT & ART | | | 150.10 | | | | |
| | Customer Item No: RAW479 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q123020 Qty: 70.03 | | | | | | | |
| 906.2016U-PP1-15.88KGM | RASPBERRY TYPE FLAVOR, NAT & ART | | | 179.40 | | | | |
| | Customer Item No: RAW746 | | | | | | | |
| | Follow FIFO | | | | | | | |
| | Batch#: Q139109 Qty: 70.03 | | | | | | | |

----------------------------------------------------------------------------------------------------

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

$12,783.40   USD

TOTAL ORDER
VALUE

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Tuesday

8/30/2022 at 2:53 pm

Signed for by: J SMITH

⤓ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✅

↓   Shipment is 1 of 2 pieces

**TRACKING ID**

4804363314 ✏️ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
8/26/2022 2:57 PM

**IN TRANSIT**
HOLLYWOOD, FL
8/30/2022 2:53 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
8/30/2022 10:42 AM

**DELIVERED**
WESTON, FL US

*Delivered*
8/30/2022 at 2:53 PM

*Destination Terminal*
**WESTON, FL**

↓  View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

2 Piece Shipment    ⌃

(https://www.fedex.com/en-us/home.html)

**STATUS**

 **Delivered**

**SHIP DATE**
8/26/22

**DELIVERY DATE**
8/30/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WESTON FL

**TRACKING ID**
4804363314 (master)

**STATUS**

 **Delivered**

**SHIP DATE**
8/26/22

**DELIVERY DATE**
8/30/22

**HANDLING PIECE UNITS**
0

**SHIPPER CITY, STATE**
BATAVIA IL

**RECIPIENT CITY, STATE**
WESTON FL

Shipment facts                                                                  ^

 Shipment overview

**TRACKING NUMBER**   4804363314

**MASTER TRACKING NUMBER**   4804363314

**SHIP DATE** ⓘ   8/26/22

**ACTUAL DELIVERY**   8/30/22 at 2:53 pm

Services

**SERVICE**   FedEx Freight Priority


(https://www.fedex.com/en-us/home.html)

## Package details

**WEIGHT**    1,630 lbs / 739.36 kgs

**TOTAL NUMBER OF HANDLING UNITS**    2

**TOTAL PIECES**    41

**TOTAL SHIPMENT WEIGHT**    1,630 lbs / 739.36 kgs

↑ Back to to

## Travel history    ⌄

Ascending    ⌄

**TIME ZONE**    ⌄
Local Scan Time

### Friday, 8/26/2022

- 2:57 PM
  **Picked up**
  BATAVIA, IL

- 8:28 PM
  **In transit**
  INDIANAPOLIS, IN

### Saturday, 8/27/2022

- 3:15 AM
  **In transit**
  BOWLING GREEN, KY

### Monday, 8/29/2022

- 7:30 AM
  **In transit**
  CARTERSVILLE, GA

- 12:02 PM
  **In transit**
  VALDOSTA, GA

- 9:16 PM
  **In transit**
  ORLANDO, FL

**(https://www.fedex.com/en-us/home.html)**

- 2:56 AM
  **In transit**
  HOLLYWOOD, FL

- 8:55 AM
  **At local facility**
  HOLLYWOOD, FL

- 10:34 AM
  **Out for delivery**
  HOLLYWOOD, FL

- 10:42 AM
  **Out for delivery**
  HOLLYWOOD, FL

- 2:53 PM
  **At delivery**
  **Arrived at customer location for delivery**
  HOLLYWOOD, FL

- 2:53 PM
  **Delivered**
  WESTON, FL

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  ✉ (https://www.fedex.com/en-us/email.html)  f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)  📷 (https://www.instagram.com/fedex/)  in (https://www.linkedin.com/company/fedex)

📺 (https://www.youtube.com/fedex)  📌 (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

(https://www.fedex.com/en-us/home.html)



**FONA International LLC**

1900 Averill Road
Geneva, IL 60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682911 | 08/30/2022 | A10655 |

**INVOICE**

UO-232518

WORK ORDER NO.     B.O.

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| VPX SPORTS-NETHERLANDS | | KONINGS DRINKS BREDA | |
| BANG ENERGY BV | | TETERINGSEDIJK 227 4817 ME | |
| RIJKSWEG ZUID 27 | | BREDA | |
| 6131 AL SITTARD | | NLD | |
| NLD | | | |



| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/01/22 | 20524 | ExpeditorA | DDP | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | ON | DUE DATE |
|---|---|---|---|---|---|---|---|

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 906.2016U-WD1-15.88KG | RASPBERRY TYPE FLAVOR, NAT & ART<br>Customer Item #: RAW746<br>Quantity : 95.280 Batch number : Q194218 | ▓ Kg | ▓ Kg | ▓ | ▓ | |
| 865.0037U-WD1-15.88KG | LIME EXTRACT, NAT<br>Customer Item #: RAW466<br>Quantity : 31.760 Batch number : Q194221 | ▓ Kg | ▓ Kg | ▓ | ▓ | |

**TOTAL    2,995.28 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:20524

Bang Energy BV
Rijksweg Zuid 27

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
VERENIGDE STATEN

| | |
|---|---|
| **Purchase Order ID:** | 20524 |
| **Created On:** | |
| **Contact Person:** | Silas Santos |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Silas.Santos@bangenergy.com |

**Ship-to Address:**
Konings Drinks Breda
Konings Drinks Breda
Teteringsedijk 227 4817 ME
  BREDA
NETHERLANDS

**Bill-to Address:**
Bang Energy BV
Rijksweg Zuid 27
6131 AL  SITTARD
NETHERLANDS

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Silas Santos

**Remark:**  Fona updated our Terms on 05/22/19 to ███████ . Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW746 | Raspberry Flavor #906.2016 | ███ kg | Aug 3, 2022 | ███ USD per  1 kg | ███ USD |
| 2 | RAW466 | FONA Lime Extract Nat #865.0037 | ███ kg | Aug 3, 2022 | ███ USD per  1 kg | ███ USD |

**Total Value:**  3,320.82 USD

**Payment Terms:**  ███████  from Invoice Date, End of month



| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: | US-087506 |
|---|---|---|---|---|

| | ORDER NO. |
|---|---|

| CARRIER: **EXPEDITOR AIR** | DELIVERY TERMS: | ▮ | Seal NO. | DATE | 8/1/2022 | UO-232518 |
|---|---|---|---|---|---|---|

RECEIEVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Konings Drinks Breda Teteringsedijk 227 4817 ME BREDA NLD |
|---|---|---|---|

**FONA** INTERNATIONAL

EMERGENCY RESPONSE PHONE NO:  CHEMTREC  (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 6 DRUM(S) | | RASPBERRY TYPE FLAVOR, NAT & ART<br><br>Customer Item #: RAW746<br>906.2016U-WD1-       Batch#: Q194218<br>15.88KG | ▮Lb NET | | | |
| 2 DRUM(S) | X | UN1197, EXTRACTS, FLAVOURING, LIQUID 3 PG III LIME EXTRACT, NAT 76.3 F<br><br>Customer Item #: RAW466<br>865.0037U-WD1-       Batch#: Q194221<br>15.88KG | ▮Lb NET | | | |

| Total Weight (lbs.) _____▮_____ | TOTAL WEIGHT: ▮ Lb NET |
|---|---|
| # of Pallets ____2____ | TOTAL PACKAGES:  8 |
| Please report problems TO: | ORDER NO: UO-232518 |
| Instructions: | LOCATION: RA |
| | PO NO: 20524 |
| Broker: | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$ _____ per _____ | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | **TOTAL CHARGES $**<br><br>Freight charges are PREPAID unless marked collect.   Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 01 - 2022          Shipper, Per  *carina solis*          -> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



## SHIPPER'S DECLARATION FOR DANGEROUS GOODS

| Shipper |
|---|
| FONA INTERNATIONAL, INC.<br>1900 AVERILL RD.<br>GENEVA, 60134<br>USA |

Air Waybill No.

Page **1** of **1** Pages

Shipper's Reference No. UO-232518
(optional)

| Consignee |
|---|
| KONINGS DRINKS BREDA<br>TETERINGSEDIJK 227<br>4817 ME BREDA<br>NETHERLANDS |

*Two completed and signed copies of this Declaration must be handed to the operator.*

### WARNING

**Failure to comply in all respects with the applicable Dangerous Goods Regulations may be in breach of the applicable law, subject to legal penalties.**

### TRANSPORT DETAILS

This shipment is within the limitations prescribed for:

(delete non-applicable )

| PASSENGER AND CARGO AIRCRAFT | ~~XXX~~ |
|---|---|
| | ~~CARGO AIRCRAFT ONLY~~ |

Airport of Departure (optional):

Airport of Destination (optional):

Shipment type: *(delete non-applicable)*

| NON-RADIOACTIVE | ~~RADIOACTIVE~~ |
|---|---|

## NATURE AND QUANTITY OF DANGEROUS GOODS

| Dangerous Goods Identification | | | | | | |
|---|---|---|---|---|---|---|
| UN or ID No. | Proper Shipping Name | Class or Division (subsidiary hazard) | Packing Group | Quantity and Type of Packing | Packing Inst. | Authorization |
| UN1197 | EXTRACTS, FLAVOURING, LIQUID | 3 | III | 2 PLASTIC DRUMS NON-REMOVABLE HEAD x 15.9 L<br><br>OVERPACK USED X 1<br><br>QUANTITY PER OVERPACK - 31.8 L | 364 | |

### Additional Handling Information

PER ICAO / IATA REGULATIONS. CHEMTREC CONTRACT # CCN8554
24-HOUR EMERGENCY CONTACT NAME: CHEMTREC
24-HOUR EMERGENCY CONTACT PHONE: +1-703-527-3887

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. I declare that all of the applicable air transport requirements have been met.

Name of Signatory

Carina Solis / Warehouse Coordinator

Date  8/9/22      BATAVIA, IL.

Signature  *carina solis*
*(See warning above)*

# Expeditors

## PICKUP ORDER

*** HAZARDOUS ***

08/10/22 10:28

| | | |
|---|---|---|
| **Pickup#** | F047741074 | |
| **Shpmnt#** | | |
| **AWB/BL#** | | |

**Destination:** AMSTERDAM, NETHERLANDS

**Origin:** CHICAGO, IL, UNITED STATES

**Booked info:**

**Owner:** JOHND    **Last Upd:** JOHND

**Shipper:**

G0740055
Fona International Inc
1900 Averill Road
Geneva IL 60134
UNITED STATES

**Shpr Reference:**
UO-232518

**Consignee:**

G4099998
Konings Drinks Breda
Teteringsedijk 227
4817 ME Breda
NETHERLANDS

**Cnsg Reference:**
20524

**Type of Goods:**

**Description:**

| | | | | |
|---|---|---|---|---|
| **Pieces:** | 2 | **Weight:** | 345 | L |
| **Hazrd Pcs:** | 1 | **Cubes:** | 16.67 | CF |

**Value:**

**Ins Value:**

**Pickup Location:**

FONA INTERNATIONAL, INC.
1100 RADDANT ROAD
BATAVIA IL 60510
UNITED STATES

**Phone Number:** 630-578-8551

**Contact:** BRENT BARTEMEYER

| | | | |
|---|---|---|---|
| **Called EI at:** | 08:43 | **Date** | 08/10/22 |
| **Ready by Time:** | 13:00 | **Date** | 08/10/22 |
| **Close Time:** | 16:00 | **Date** | 08/10/22 |

**Warehouse Location:**

**Deliver Pickup To:**
Expeditors - ORD
849 Thomas Drive
Bensenville IL 60106

**Phone:** 6305953770

**Pickup Carrier:** R & M Freight Inc.
**Phone Number:** 847-616-1080

**Contact:** Street Dispatch

| | | | |
|---|---|---|---|
| **Dispatched Time:** | 08:43 | **Date** | 08/10/22 |
| **Back by Time:** | 22:22 | **Date** | 08/10/22 |

**Dimension info:** DIMS (INS): 1SKD@30X30X16;1SKD@30X30X16
NOTES: any problems please call Jacqueline Gordon at the following numbers
M: 331-228-9093 | O: 630-578-8555 | E: Jacqueline_Gordon@McCormick.com






**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|---|---|---|---|
| 1 | UI-0682934 | 08/31/2022 | A10655 |

**INVOICE**

UO-233072

WORK ORDER NO.     B.O.

**SOLD TO:**
VPX SPORTS-NETHERLANDS
BANG ENERGY BV
RIJKSWEG ZUID 27
6131 AL SITTARD
NLD

**SHIP TO:**
KONINGS DRINKS BREDA
TETERINGSEDIJK 227 4817 ME
BREDA
NLD

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/23/22 | 20601 | ExpeditorA | DDP | | | |
| **BUYER** | **DATE REQUESTED** 08/23/22 | **LOCATION** | **SALESPERSON** Klus | | ON | **DUE DATE** |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 826.4058U-WD1-15.88KG | CHOCOLATE TYPE FLAVOR, NAT<br>Customer Item #: RAW1307<br>Quantity : 381.120 Batch number : Q208184<br>Quantity : 174.680 Batch number : Q208184 | ▮ Kg | ▮ Kg | ▮ | ▮ | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | ▮ EACH | ▮ EACH | ▮ | ▮ | |



**TOTAL     18,309.55 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

**Wire Instructions:**
BMO Harris Bank

Account: FONA International Inc.

**FONA International Inc. FEIN: 36-3490019**



# Purchase Order:20601

Bang Energy BV
Rijksweg Zuid 27

**Page:** 1/1

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333
VERENIGDE STATEN

| | |
|---|---|
| **Purchase Order ID:** | 20601 |
| **Created On:** | |
| **Contact Person:** | Silas Santos |
| **Phone:** | |
| **Fax:** | |
| **E-Mail:** | Silas.Santos@bangenergy.com |

**Ship-to Address:**
Konings Drinks Breda
Konings Drinks Breda
Teteringsedijk 227 4817 ME
  BREDA
NETHERLANDS

**Bill-to Address:**
Bang Energy BV
Rijksweg Zuid 27
6131 AL  SITTARD
NETHERLANDS

**Supplier ID:**1000061

Dear Sir or Madam,

Please supply the following materials or services to the specified address in accordance with the instructions below and the conditions of purchase. If you did not receive the conditions of purchases with this order please contact us.

The purchase order ID must appear on all invoices, packages, shipping papers, and correspondence referring to this order. A delivery note must accompany the goods.

Sincerely yours,
Silas Santos

**Remark:**  Fona updated our Terms on 05/22/19 to ▮▮▮▮ Days. Per Elina Sanchez email

| Item | Product ID | Product Description | Quantity/UoM | Delivery date/ Service period | Net Price/ PriceUnit | Net Value/ Limit |
|---|---|---|---|---|---|---|
| 1 | RAW1307 | Chocolate Type Nat Flavor 826.4058U | ▮ kg | Sep 15, 2022 | ▮ USD per  1 kg | ▮ USD |

**Total Value:**  16,735.60 USD

**Payment Terms:**  ▮▮▮▮ from Invoice Date, End of month



# Expeditors

**PICKUP ORDER**

| | |
|---|---|
| **Pickup#** F047762216 | |
| **Shpmnt#** | |
| **AWB/BL#** | |

**Destination:** AMSTERDAM, NETHERLANDS

**Origin:** CHICAGO, IL, UNITED STATES

**Booked info:**

**Owner:** DANABUN  **Last Upd:** DANABUN

**Shipper:**
G0740055
Fona International Inc
1900 Averill Road
Geneva IL 60134
UNITED STATES

**Shpr Reference:**

**Consignee:**
G4099998
Konings Drinks Breda
Teteringsedijk 227
4817 ME Breda
NETHERLANDS

**Cnsg Reference:**

**Type of Goods:** GEN

**Description:**

**Pieces:** 2  **Weight:** ▮ L

**Hazrd Pcs:** 0  **Cubes:**

**Value:**

**Ins Value:**

**Dimension info:**

---

**Pickup Location:**
FONA INTERNATIONAL, INC.
1100 RADDANT ROAD
BATAVIA IL 60510
UNITED STATES

**Phone Number:** 630-578-8551

**Contact:** BRENT BARTEMEYER

| | | |
|---|---|---|
| **Called El at:** | 09:48 | **Date** 08/23/22 |
| **Ready by Time:** | 09:48 | **Date** 08/23/22 |
| **Close Time:** | 16:00 | **Date** 08/23/22 |

**Warehouse Location:**

**Deliver Pickup To:**
Expeditors - ORD
849 Thomas Drive
Bensenville IL 60106

**Phone:** 6305953770

**Pickup Carrier:** R & M Freight Inc.
**Phone Number:** 847-616-1080

**Contact:** Street Dispatch

| | | | |
|---|---|---|---|
| **Dispatched Time:** | 09:48 | **Date** | 08/23/22 |
| **Back by Time:** | 23:00 | **Date** | 08/23/22 |

MBcejih  8-23-2?




| THIS SHIPPING ORDER | Must be legibly filled In, in link, in Indelibile Pencil, or in Carbon, and retained by the Agent. | | Shipment No: US-088480 |
|---|---|---|---|

| | | | | | ORDER NO. | |
|---|---|---|---|---|---|---|

| CARRIER: ExpeditorA | DELIVERY TERMS: | | Seal NO. | DATE 8/23/2022 | UO-233072 |
|---|---|---|---|---|---|

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of Issue of this Bill of Lading, The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination., and as to each party at any time interested in all or any of said property, that every services to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | Konings Drinks Breda Teteringsedijk 227 4817 ME BREDA NLD |
|---|---|---|---|

FONA
INTERNATIONAL

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |
|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 35 EACH(S) | | CHOCOLATE TYPE FLAVOR, NAT<br><br>Customer Item #: RAW1307<br>826.4058U-WD1-   Batch#: Q208184, Q208184<br>15.88KG | Lb NET | | | |

| Total Weight (lbs.) _____ | TOTAL WEIGHT: Lb NET |
|---|---|
| # of Pallets ____ 2 ____ | TOTAL PACKAGES: 35 |
| Please report problems TO: | ORDER NO: UO-233072 |
| Instructions: | LOCATION: RA |
| | PO NO: 20601 |
| Broker: | |

| *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.<br><br>Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission. | NOTE--Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property.<br>    The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding<br><br>$            per | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(Signature of Consignee) | TOTAL CHARGES $<br><br>Freight charges are PREPAID unless marked collect.    Check here if charges are collect. ☐ |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 23 - 2022                    Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.



FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

**DATE AND TIME PRINTED**

| | | |
|---|---|---|
| 8/19/2022 | | 6:51:45 AM |

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-233072 | A10655 |

| | |
|---|---|
| S O L D T O | VPX SPORTS-NETHERLANDS<br>Bang Energy BV<br>Rljksweg Zuid 27<br>6131 AL SITTARD<br>NLD |
| S H I P T O | Konings Drinks Breda<br>Teteringsedijk 227 4817 ME<br>BREDA<br>NLD |

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 7/27/2022 | 20601 | ExpeditorA | | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Silas Santos | 8/23/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 826.4058U-WD1-15.88KG | CHOCOLATE TYPE FLAVOR, NAT | | | 0.00 | | Kg | | |
| | Customer Item No: RAW1307 | | | | 35 | | | |
| | IO-22-14441; 280.5498 | | | | | | | |
| | Batch#: Q208184 Qty: 1,225.53 | | | | | | | |

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

| | |
|---|---|
| $0.00 | USD |

TOTAL ORDER
VALUE



**FONA International LLC**

1900 Averill Road
Geneva, IL  60134 USA
voice 630.578.8600
web www.fona.com



| PAGE NO. | INVOICE NO. | INVOICE DATE | CUST. NO. |
|----------|-------------|--------------|-----------|
| 1 | UI-0682960 | 08/31/2022 | 098110 |

INVOICE

UO-233952

WORK ORDER NO.    B.O.

| S O L D T O | S H I P T O |
|---|---|
| VITAL PHARMACEUTICALS INC DBA VPX SPORTS<br>1600 N. PARK DRIVE<br>WESTON,FL  33326<br>USA | VPX SPORTS<br>1600 NORTH PARK DRIVE<br>WESTON, FL   33326 USA |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | INCO TERMS | DELIVERY TERMS | FOB | TERMS |
|---|---|---|---|---|---|---|
| 08/29/22 | 21000 | FX FRT PRY | N/A | | | |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | DUE DATE |
|---|---|---|---|---|
| Dixi Ortega | 08/29/22 | | Klug | |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 936.3539U-PP1-15.88KG | CHAMPAGNE TYPE FLAVOR, NAT<br>Customer Item #:  RAW971<br>Quantity : 47.640 Batch number : Q236140 | | | | | |
| X-SHIPPING | X-SHIPPING<br>Customer Item #:<br>Quantity : 1.000 | | | | | |



**TOTAL    2,380.38 USD**

**Remit To:**
FONA International Inc.
P.O. Box 71333
Chicago, IL 60694-1333

Wire Instructions:

Account: FONA International Inc.

FONA International Inc. FEIN: 36-3490019



Purchase Order Change:21000

**Page:** 1/3

Fona International Inc.
PO Box 71333
CHICAGO IL  60694-1333

| | |
|---|---|
| **Purchase Order ID:** | 21000 |
| **Changed On:** | Aug 24, 2022 |
| **Contact Person:** | Dixi A Ortega |

| | |
|---|---|
| **E-Mail:** | dixi.ortega@bangenergy.com |
| **Supplier ID:** | 1000061 |
| **Start Shipping Date:** | 2022-08-26 |
| **Cancel Shipping Date:** | 2022-08-26 |

**Ship-to Address:**

Vital Pharmaceuticals, Inc.

1600 N Park Drive

Weston FL  33326

**Bill-to Address:**

Vital Pharmaceuticals, Inc.

1600 N Park Drive

Weston FL  33326

**Remark:**  Fona updated our Terms on 05/22/19 to ████████ Per Elina Sanchez email



# Purchase Order Change:21000

**Page:** 2/3

| | Legend: | 📑: New Item | 📝: Changed Item | 🗑: Deleted Item |

| | Item | Product ID | Product Description | Quantity/UoM | Delivery Date/ Service Period | Net Price/Price Unit | Net Value/ Limit |
|---|------|-----------|---------------------|--------------|-------------------------------|----------------------|------------------|
| | 2 | RAW971 | Champagne Type Flavor Nat. 936.3539U | ███ | Aug 31, 2022 | ██████ | ████ |

**Total Value:** 1,150.25 USD

**Payment Terms:** ███ays from Invoice Date, End of month



# Purchase Order Change:21000

## PURCHASE ORDER TERMS AND CONDITIONS

**1. General.** This Purchase Order is an offer by Vital Pharmaceuticals, Inc. or an affiliated entity of Vital Pharmaceuticals, Inc. (hereinafter referred to as "VPX" and/or "Buyer") to the seller listed on the accompanying Purchase Order ("Seller") and acceptance is limited to its provisions without additions, deletions, or other modifications.

**2. Acceptance.** This Purchase Order may be accepted by delivering the goods or services by the specified delivery date. This Purchase Order is limited to the terms and conditions: (i) specified herein; (ii) specified on the face of the accompanying Purchase Order; and (iii) if applicable, specified in Buyer's written agreement with Seller. Acceptance of all or part of the goods or services shall not (iv) waive Buyer's right to cancel or return all or any portion of the goods or services that do not conform to the Purchase Order or (v) preclude Buyer from making any claim for damages or breach of warranty. All purchases are subject to inspection and rejection by Buyer at Seller's expense for transportation both ways and all related labor and packing costs should such goods or services be found to be unacceptable for intended use.

**3. Compliance with Laws.** Seller warrants to Buyer that the goods and services shall be provided, manufactured, shipped, stored, and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders, and industry standards. Seller makes all warranties contained in the Uniform Commercial Code.

**4. Title.** Title conveyed to Buyer by Seller shall be good and merchantable and its transfer rightful. The goods and services shall be delivered free and clear of any lien, security interest, claim or encumbrance whatsoever.

**5. PO Pricing, Quantities & Delivery.** Pricing, quantities and delivery dates (as stated on the Purchase Order) for goods and services may not be changed without the prior written approval of Buyer. Pricing and quantities stated on the Purchase Order will govern payments against invoices (where a conflict or discrepancy exists). Should there be a discrepancy, Seller will immediately communicate such discrepancy or discrepancies in writing to Buyer. If agreeable, Buyer will issue an updated Purchase Order. Unless designated otherwise: (i) For Domestic Orders: all deliveries are F.O.B. Destination to the location designated on this Purchase Order and (ii) For International Orders: all deliveries are Delivered Duty Paid as defined by Incoterms from time to time. For both domestic and international orders, all risk of loss shall remain with Seller until goods and services have been received and accepted by Buyer at the applicable destination according to the terms and conditions of this Purchase Order. VPX does not accept backorder.

**6. Taxes.** Any tax, tariff or duty which is imposed upon Seller by any governmental authority and included by the Seller in the price shall be separately stated on Seller's invoice(s).

**7. Packaging and Shipping.** All shipping containers shall be packed and packaged to: (i) ensure safe arrival to final destination; (ii) comply with requirements of common carriers; (iii) meet Buyer's written instructions; and (iv) meet the requirements of all applicable laws, ordinances, rules and regulations. Each package or container shall be shipped with an itemized Bill of Lading ("BOL"), clearly marked to show this Purchase Order number. All ingredients or products intended for human consumption are required to ship with a Certificate of Analysis ("COA") and must meet VPX's Quality Assurance Standards.

**8. Invoices.** Seller shall issue a separate invoice for each separate shipment and shall reference the associated Purchase Order on the invoice. Each invoice shall include itemized product list and quantities shipped (per item). Invoices will be paid according to agreed upon terms. Delay in receipt or acceptance of goods or services, or a delay in receipt of a correct invoice will be just cause for Buyer to withhold payment without losing discount privileges. Cash discounts, if any, shall be computed as commencing with receipt of the invoice or goods or services, whichever is later. All invoices are to be emailed to: [Accounts.Payable@bangenergy.com](mailto:Accounts.Payable@bangenergy.com).

**9. Inspection.** Buyer shall have the right to inspect and test the goods or services ordered at any time, including during the manufacture and construction, or preparation phase. Defective goods or services not in compliance with Buyer's drawings, specifications or standards may at any time be rejected. Buyer at its sole option may require Seller, at Seller's expense to: (i) promptly repair or replace any or all rejected goods and/or services or (ii) refund the fees paid for any or all rejected goods and/or services.

**10. Force Majeure.** Failure of Buyer to take shipments of goods or receive services hereunder, if occasioned by fire, explosion, flood, war, accident, pandemic, interruption of or delay in transportation, labor trouble, governmental regulation, or any other circumstances of like or different character beyond Buyer's reasonable control, or if occasioned by partial or complete suspension of operations at any of Buyer's offices or other business locations, shall not subject Buyer to any liability to Seller by reason thereof, but, at Buyer's option, the total quantity covered by this Purchase Order may be reduced by the extent of omitted shipments or services, or the specified delivery period may be extended by a time equal to that during which shipments or services shall be so omitted and such shipments shall then be made or services performed during the period of extension.

**11. Entire Agreement.** This Purchase Order represents the entire understanding between Buyer and Seller, shall supersede all prior understandings and agreements relating to the subject matter hereof, and may be amended only by written agreement of the parties. In the event of a conflict between the terms and conditions of this Purchase Order and any amendment thereto, the Purchase Order shall govern and control. Notwithstanding the foregoing, the provisions of this Purchase Order will not supersede any provisions of any other previously written agreement(s) that are currently in effect between the parties that govern the provision of the goods or services that are the subject of this Purchase Order.

**12. Governing Law.** This Purchase Order shall be governed by and interpreted in accordance with the laws of the State of Florida and venue for any legal proceedings will be Broward County, Florida.

**13. Continuing Indemnity.** The terms of VPX's Continuing Indemnity Agreement apply to this Purchase Order.

**THIS SHIPPING ORDER** — Must be legibly filled In, in link, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipment No: US-088681

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARRIER: FX FRT PRY | DELIVERY TERMS: | | Seal NO. | DATE | 8/29/2022 | ORDER NO. UO-233952 | |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder, shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | 1100 N Raddant Rd Batavia, IL 60510 | DESTINATION: | VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL  33326 USA |
|---|---|---|---|

**FONA INTERNATIONAL**

EMERGENCY RESPONSE PHONE NO: CHEMTREC (800) 424-9300

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | |
|---|---|---|---|---|---|

## ** ATTENTION: Food Stuffs--Do not ship with non-food grade material **

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | V | CHARGES (CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 3 EACH(S) | | CHAMPAGNE TYPE FLAVOR, NAT  Customer Item #: RAW971  936.3539U-PP1-15.88KG    Batch#: Q236140 | | | | |

Total Weight (lbs.) _____

# of Pallets _____ 1

Please report problems TO:

Instructions:

Broker:

TOTAL WEIGHT

TOTAL PACKAGES: 3

ORDER NO: UO-233952

LOCATION: RA

PO NO: 21000

X5428 SLC
0/14/26/95
8-29-22

**FedEx. Freight**

**480435616-3**

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

Shipper's imprint in lieu of stamp; not a part of bill of lading covered by the Interstate Commerce Commission.

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing any agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect.  ☐ Check here if charges are collect.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department Of Transportation.

August - 29 - 2022

Shipper, Per

-> Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Jay

**DATE AND TIME PRINTED**

8/25/2022          7:40:02 AM

FONA International Inc.
1900 Averill Road
Geneva, IL 60134
630.578.8600

| | Page | Sales Order | Cust. No |
|---|---|---|---|
| | 1 of 1 | UO-233952 | 098110 |

| S O L D T O | VPX SPORTS 1600 N. PARK DRIVE WESTON, FL 33326 USA | S H I P T O | VPX SPORTS 1600 NORTH PARK DRIVE WESTON, FL 33326 USA |
|---|---|---|---|

| Date | Your ref. | Ship Via | Inco Terms | Delivery Terms | FOB | Payment |
|---|---|---|---|---|---|---|
| 8/24/2022 | 21000 | FX FRT PRY | N/A | | | |

| Buyer | Ship Date | Assigned To | Salesperson |
|---|---|---|---|
| Dixi Ortega | 8/29/2022 | DAWN WEBER | Klug |

| ITEM NO. | DESCRIPTION | PICKED | CHECKED | FLASH POINT | QTY ORD | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 936.3539U-PP1-15.88KG | CHAMPAGNE TYPE FLAVOR, NAT | | | 0.00 | | | | |
| | Customer Item No: RAW971 | | | | | | | |
| | Batch#: Q236140 Qty: 105.04 | | | | | | | |

8/26

3

I-38
107A

For domestic shipments, title, risk of loss, and liability transfer at the point of shipment.
For international shipments, refer to Inco Terms above.

**Special Instructions:**

$2,191.92   USD

TOTAL ORDER
VALUE

(https://www.fedex.com/en-us/home.html)    Sign Up or Log In

FedEx® Tracking    ⋮

**DELIVERED**

# Thursday
9/1/2022 at 1:13 pm

Signed for by: G TINOCO

⬇ Obtain Proof of delivery

**DELIVERY STATUS**
Delivered ✅

**TRACKING ID**
4804356163 ✏ ☆

**FROM**
BATAVIA, IL US

*Origin Terminal*
**AURORA, IL**

**PACKAGE RECEIVED BY FEDEX**
BATAVIA, IL
8/29/2022 3:29 PM

**IN TRANSIT**
HOLLYWOOD, FL
9/1/2022 1:13 PM

**OUT FOR DELIVERY**
HOLLYWOOD, FL
9/1/2022 10:24 AM

**DELIVERED**
WESTON, FL US

*Delivered*
9/1/2022 at 1:13 PM

*Destination Terminal*
**WESTON, FL**

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**    **SUBMIT**

**MORE OPTIONS**

Shipment facts    ⌃

 Shipment overview

(https://www.fedex.com/en-us/home.html)

**SHIP DATE** ⓘ  8/29/22

**ACTUAL DELIVERY**  9/1/22 at 1:13 pm

## 🚚 Services

**SERVICE**  FedEx Freight Priority

**TERMS**  Shipper

## 🛍 Package details

**WEIGHT**  135 lbs / 61.23 kgs

**TOTAL NUMBER OF HANDLING UNITS**  1

**TOTAL PIECES**  3

**TOTAL SHIPMENT WEIGHT**  135 lbs / 61.23 kgs

↑ Back to to

## Travel history ⌄

Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

### Monday, 8/29/2022

- 3:29 PM
  **Picked up**
  BATAVIA, IL

- 8:36 PM
  **In transit**
  INDIANAPOLIS, IN

### Tuesday, 8/30/2022

- 6:26 AM
  **In transit**
  HOLLYWOOD, FL

**(https://www.fedex.com/en-us/home.html)**

- 12:44 PM
  **Delivery option requested**
  **Appointment Date Sep 01, 2022 and Time 04:00 PM Set**
  WESTON, FL

**Thursday, 9/1/2022**

- 8:37 AM
  **At local facility**
  HOLLYWOOD, FL

- 10:24 AM
  **Out for delivery**
  HOLLYWOOD, FL

- 1:13 PM
  **At delivery**
  **Arrived at customer location for delivery**
  HOLLYWOOD, FL

- 1:13 PM
  **Delivered**
  WESTON, FL

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html) f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex) 📷 (https://www.instagram.com/fedex/) in (https://www.linkedin.com/company/fedex)

▶ (https://www.youtube.com/fedex) 📌 (https://www.pinterest.com/FedEx/)

(https://www.fedex.com/en-
us/home.html)