**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE: Vital Pharmaceuticals, Inc.

§     CHAPTER 11
§
§
§
DEBTOR(S)     §     CASE NO.: 22-17842-11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its secured claim on or about January 4, 2023, in the amount of $16,383.01, which claim is designated as claim number 679 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Dallas County hereby withdraws its claim 679.

**CERTIFICATE OF SERVICE**

I hereby certify that on __3rd__ day of __April__, 2023, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/John K. Turner_____
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Lisa Large Evans, Attorney
Texas Bar No. 24036379
John K. Turner, Attorney
Texas Bar No. 00788563