UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                               Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC, *et al.*,        Chapter 11

      Debtors.

_____/

**CROSS-NOTICE OF RULE 2004 EXAMINATION OF THE DEBTORS
AND DEBTORS-IN-POSSESSION**

Creditor, The American Bottling Company, serves this *Cross-Notice of Rule 2004 Examination of the Debtors and Debtors-In-Possession*. The American Bottling Company will participate in the examination of the Debtors and Debtors-In-Possession (collectively, the "Examinee") under oath on April 17, 2023, at 9:30 a.m. (EST), at the offices of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131.

The examination may continue from day to day until completed. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Dated: April 5, 2023

                                      FURR COHEN
                                      *Attorneys for American Bottling Company*
                                      2255 Glades Road, Suite 419A
                                      Boca Raton, Florida 33431
                                      (561) 395-0500; (561) 338-7532 - facsimile

                                  By: */s/ Marc P. Barmat_____*
                                        Marc P. Barmat, Esq.
                                        Florida Bar No.: 22365
                                        Email: mbarmat@furrcohen.com

-and-

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3170
Facsimile: (214) 571-2900
Email: RFalconer@gibsondunn.com

By: /s/ Russell H. Falconer
Russell H. Falconer
Texas Bar No. 24069695

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case on April 5, 2023.

By: /s/ Marc P. Barmat
Marc P. Barmat, Esq.