UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the following:

**NOTICE OF HEARING REGARDING EXPEDITED MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH THE COURT'S MARCH 30, 2023 ORDER [ECF 1076] AND FOR SANCTIONS [DE 1119]**, dated April 3, 2023

was served on April 3, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and via Federal Express Priority Overnight to Jack and Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331 and Elite Island, LLC c/o Jack Owoc, Manager, 16720 Stratford Court, Southwest Ranches, FL 33331 and Elite Island LLC, c/o Corporate Creations Network, Inc., 801 U.S. Highway 1, North Palm Beach, FL 33408.

 Date: April 5, 2023        Respectfully submitted,
                     SEQUOR LAW
                     1111 Brickell Avenue, Suite 1250
                     Miami, FL 33131
                     lblanco@sequorlaw.com
                     jmendoza@sequorlaw.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

SEQUOR LAW, P.A.

Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: _/s/ Leyza F. Blanco_
   Leyza F. Blanco
   Florida Bar No.: 104639
   Juan J. Mendoza
   Florida Bar No.: 113587

SEQUOR LAW, P.A.