UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re

VITAL PHARMACEUTICALS, INC., et al.,

　　　　Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11

(Jointly Administered)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as local counsel for Krier Foods, Inc. ("KFI") and pursuant to section 1109 of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and pursuant to Bankruptcy Rules 2002, 3017 and 9007, requests that all notices, pleadings, motions, schedules and papers served or required to be served in this case be given to and served on the undersigned at the following office address, telephone number and e-mail addresses set forth below:

Steven J. Solomon, Esq.
**GrayRobinson, P.A.**
333 S. E. 2nd Avenue, Suite 3200
Miami, FL  33131
Tel: (305) 416-6880
Fax: (305) 416-6887
E-mail: steven.solomon@gray-robinson.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, al orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise that (1)

affects or seeks to affect in any way any right or interest of any creditor or party in interest in this case, including KFI, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by KFI.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Rule 3017 of the Federal Rules of Bankruptcy Procedure, KFI requests that its attorney be provided with copies of any and all disclosure statements and plans of reorganization in these cases.

**PLEASE TAKE FURTHER NOTICE** that KFI intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of KFI to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of KFI to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) the right of KFI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which KFI is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments KFI expressly reserves.

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served on April 5, 2023, by electronic mail upon all parties and counsel identified on the CM/ECF service list maintained by the Court.

Dated: April 5, 2023

                               **GRAYROBINSON, P.A.**

                               By: _/s/ Steven J. Solomon_
                               Steven J. Solomon
                               Florida Bar No.: 931969
                               333 S.E. 2nd Avenue, Suite 3200
                               Miami, FL 33131
                               steven.solomon@gray-robinson.com
                               Telephone:    (305) 913-0367
                               Facsimile:      (305) 416-6887
                               _Local Counsel for Krier Foods, Inc._