UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL STATEMENT TO THE EXPEDITED MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH THE COURT'S MARCH 30, 2023 ORDER [ECF 1076] AND FOR SANCTIONS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Southern District of Florida Bankruptcy Local Rule (the "Local Rule") 2004-1, hereby files this supplement (this "Supplemental Statement") to the *Expedited Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply With the Court's March 30, 2023 Order [ECF 1076] and for Sanctions* [Docket No. 1118] (the "Motion").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## SUPPLEMENTAL STATEMENT[2]

1.    On March 31, 2023, the Committee filed the *Expedited Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply With the Court's March 30, 2023 Order [ECF 1076] and for Sanctions* [Docket No. 1112], which was refiled due to a filing deficiency on April 3, 2023.

2.    On April 1, 2023, Committee counsel emailed Justin Luna, counsel to John H. ("Jack") Owoc, Megan Owoc, and Elite Island, LLC ("Elite Island", and together with Jack and Megan Owoc, the "Third Parties"), to confirm that Mr. Luna provided copies of the Court's Orders and all docket entries and submissions—including the Motion—to the Third Parties.

3.    On April 5, 2023, Mr. Luna responded to Committee counsel's email, copying both Jack and Megan Owoc, stating, among other things, that:

> I wanted to represent to you all that I have conveyed the notices of hearing, the orders and motions from the main case to Jack and Meg and reached out to them, but have not heard back.

Mr. Luna's email also informed Committee counsel that he would not be attending the hearing on the Motion on April 6, 2023 at 2:30 p.m. ET and has not received a response from Jack or Megan Owoc. Attached to this Supplemental Statement is a true and accurate copy of this email exchange as **Exhibit A**.

Dated: April 5, 2023                                                **LOWENSTEIN SANDLER LLP**

                                                                              Jeffrey L. Cohen, Esq.
                                                                              Rachel Maimin, Esq.
                                                                              Eric Chafetz, Esq.
                                                                              Jordana L. Renert, Esq.
                                                                              Lindsay H. Sklar, Esq.

---

[2] Capitalized terms not defined in this Statement have the meaning ascribed to them in this Motion.

...

1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
   -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

*EXHIBIT A*

| | |
|---|---|
| **From:** | Justin Luna <jluna@lathamluna.com> |
| **Sent:** | Wednesday, April 5, 2023 10:24 AM |
| **To:** | Maimin, Rachel; Benjamin Taylor |
| **Cc:** | Leyza Blanco; Jack Owoc; Cohen, Jeffrey; Mannix, Erica; Julceus, Markiana; Adler, Arielle B.; Chafetz, Eric; Juan J. Mendoza; Jennifer Diaz; Meg Liz Owoc |
| **Subject:** | RE: Response to Subpoena Case No. 22-17842 Jack Owoc |

All, I note that a hearing on the emergency motion has ben set for Thursday in the afternoon. I wanted to represent to you all that I have conveyed the notices of hearing, the orders and motions from the main case to Jack and Meg and reached out to them, but have not heard back.

As former counsel to Jack, I would have attended the hearing tomorrow to answer any specific and relevant questions the Court may have had for me, but unfortunately, I will be on a plane out of the country during that time until the 11th and my other partners have hearings in front of Judge Robson here in the Middle District during that same time.

I have not heard back from Jack or Meg, so wouldn't have any response for the Court in any event.

Feel free to convey my comments and thoughts to the Court, but I otherwise remain available if we needed to discuss anything today.

I have also copied Mr. Owoc on this email thread as well.

Justin M. Luna, Esq.
*Board Certified Business Bankruptcy Specialist*



201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 Direct
jluna@lathamluna.com
www.lathamluna.com
Twitter : @orlbankruptcy



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

**From:** Maimin, Rachel <RMaimin@lowenstein.com>
**Sent:** Saturday, April 1, 2023 11:03 AM
**To:** Justin Luna <jluna@lathamluna.com>

1

**Cc:** Leyza Blanco <lblanco@sequorlaw.com>; Jack Owoc <jackowoc.ceo@gmail.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Adler, Arielle B. <AAdler@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>; Juan J. Mendoza <jmendoza@sequorlaw.com>; Jennifer Diaz <jdiaz@sequorlaw.com>; Meg Liz Owoc <meglizowoc@gmail.com>
**Subject:** Re: Response to Subpoena Case No. 22-17842 Jack Owoc

Sorry, to clarify, I was referring to all docket entries and submissions, not just court orders.

Sent from my iPhone


**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



> On Apr 1, 2023, at 10:52 AM, Maimin, Rachel <RMaimin@lowenstein.com> wrote:
>
> Justin, please confirm that you are providing the orders on the docket related to this case to your clients pending the hearing on your withdrawal.
>
> Sent from my iPhone
>
>> On Mar 31, 2023, at 3:17 PM, Maimin, Rachel <RMaimin@lowenstein.com> wrote:
>>
>> We are sending shortly.
>>
>> Sent from my iPhone
>>
>>> On Mar 31, 2023, at 3:16 PM, Justin Luna <jluna@lathamluna.com> wrote:
>>>
>>> I have included Jack and Meg on this email. Can you please resend unredacted 2004 exam requests to them directly.
>>>
>>> Justin M. Luna
>>> Latham, Luna, Eden & Beaudine, LLP
>>> 201 S. Orange Avenue, Suite 1400
>>> Orlando, Florida 32801
>>> (407) 481-5804
>>> jluna@lathamluna.com
>>> @orlbankruptcy
>>> Board Certified Business Bankruptcy Attorney

2