UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                  Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]               Case No.: 22-17842-PDR

Debtors.                                                (Jointly Administered)
_____/

**THIRD SUPPLEMENTAL DECLARATION OF ANDREW SORKIN,
ON BEHALF OF LATHAM & WATKINS LLP AS CO-COUNSEL
FOR DEBTORS-IN-POSSESSION**

I, Andrew Sorkin, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in, and a member in good standing of the bars of the District of Columbia and the State of New York, and there are no disciplinary proceedings pending against me.  I am over the age of eighteen, am authorized to submit this declaration, and am competent to testify on the matters contained herein.

2.      I submit this third supplemental declaration (the "Third Supplemental Declaration") in further support of the *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22] (the "Application")[2] and to supplement the disclosures set forth in the Sorkin Declaration attached as Exhibit A to the

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Application (the "Initial Declaration"), the first supplemental Sorkin declaration filed on November 9, 2022 [ECF No. 297], and the second supplemental Sorkin declaration filed on February 17, 2023 [ECF No. 820] (collectively, the "Prior Declarations").

3.      All facts set forth in this Third Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4.      Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the Firm Disclosure Procedures described in paragraphs 21 and 22 of the Initial Declaration.  Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest"), which are parties that were not included in the lists of parties in interest appended to the Prior Declarations.  This inquiry revealed that certain of the Supplemental Parties in Interest are current or former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm.  Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this Third Supplemental Declaration.

5.      In addition, L&W continued to monitor its Client Database for new information regarding entities that were previously searched in connection with the Prior Declarations and has amended its prior disclosures on Appendix 3 to this Third Supplemental Declaration.

6.      Through the information generated by these computer inquiries, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of

the parties in interest disclosed on <u>Appendix 2</u> and <u>Appendix 3</u> hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

7.      Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Prior Declarations, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2023
Washington, D.C.

/s/ Andrew D. Sorkin
Andrew D. Sorkin

## Appendix 1

**Supplemental Parties in Interest List**

## <u>Supplemental Parties in Interest List</u>

**1.  Potential Bidders**

[Parties Confidential]

**2.  Other Parties**

Lease Plan USA, LLC

**<u>Appendix 2</u>**

**Client Match List**

### Client Match List

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| [Confidential] | Potential Bidders | Current Client |
| [Confidential] | Potential Bidders | Current Client, Prior Client |
| [Confidential] | Potential Bidders | Current Client |
| [Confidential] | Potential Bidders | Current Client |
| [Confidential] | Potential Bidders | Current Client |
| Lease Plan USA, LLC | Other Parties | Prior Client |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed.  The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.

**<u>Appendix 3</u>**

**Amended Client Match List**

**Amended Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| American Express | Potential Major Unsecured Creditors | Current Client, Prior Client |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.