UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  
VITAL PHARMACEUTICALS, INC., et al.,

    Debtors.
_____/

Case Number: 22-17842-PDR  
Chapter 11

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley S. Shraiberg, Esquire of Shraiberg Page, P.A., hereby enters an appearance as counsel for Creditors, John Owoc, Megan Owoc, and Elite Island, LLC in the above-styled action and request that he receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on April 5, 2023.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**  
2385 NW Executive Center Drive, Suite 300  
Boca Raton, Florida 33431  
Telephone: 561-443-0800  
Facsimile: 561-998-0047  
Email: bss@slp.law

By: /s/ Bradley S. Shraiberg  
      Bradley S. Shraiberg  
      Fla. Bar No. 121622

{2467/000/00553231}