UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

## VERIFIED MOTION TO ALLOW LATE FILED CLAIMS AS TIMELY

Creditors Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), through counsel, move (the "**Motion**") pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 9006(b)(1) for entry of an order deeming the Claims (as defined below) as timely filed, and in support thereof states as follows:

### Summary of Requested Relief

1.      Through this Motion, Circle K seeks entry of an order deeming the proofs of claim filed on filed on March 31, 2023 by CK Stores (Claim No. 741) and CK Brands (Claim No. 742) (each, a "**Claim**" and together, the "**Claims**") timely filed, without prejudice to interested parties' rights to object to the Claims on substantive grounds.

### Background

2.      On October 10, 2022 (the "**Petition Date**"), each of the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

3.      On October 10, 2022, the Debtors filed the *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 10][2] (the "**Bar Date Motion**").

4.      On October 14, 2022, the Court entered the *Order Granting Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 114] (the "**Bar Date Order**").

5.      On October 17, 2022, the Court issued its Notice of Meeting of Creditors (the "**Notice**"), setting a claims bar date of December 19, 2022 [ECF No. 132] (the "**POC Deadline**") following entry of the Bar Date Order.

6.      Neither of the Circle K parties received the Notice. Although the operative contracts between the Circle K parties and the Debtors each contain specific addresses for the service of notices, the Notice was not sent to either of those addresses.  Instead, the Notice (addressed only to CK Stores) was sent to P.O, Box 203253, Dallas, TX 75320-3253, which is solely a payment lockbox address.  (*See* ECF No. 203.)  The Notice was not sent to CK Brands at all.  After investigation, Circle K has been unable to confirm that the Notice was actually received at the Dallas address indicated in the Debtors' certificate of service.

7.      The Debtors' filed schedules and statements of financial affairs include several references to CK Stores at the incorrect lockbox address noted above.  The Debtors listed CK Stores as a creditor with an undisputed general unsecured claim in the amount of $149,193.50.  (*See* ECF No. 323 at 71.)

8.      Relatedly, the Debtors' cure notices issued in connection with the potential assumption and assignment of contracts do not correctly identify the pertinent contracts with the

---

[2] Unless otherwise stated, all references to docket entry numbers are to the docket in the lead case, Case No. 22-17842-PDR (Bankr. S.D. Fla.).

Circle K parties or amounts due thereunder.  (*See* ECF No. 893; ECF No. 995).  Circle K has engaged with the Debtors directly to ensure that the correct contracts and applicable cure amounts are appropriately identified.  That process is ongoing, and the Debtors have agreed to extend Circle K's time to respond and object to the cure notices.

9.    CK Brands (which is based in Dublin, Ireland) transmitted correspondence to the Debtors in the period from October 2022 through January 2023 regarding potential claims relating to certain products purchased from the Debtors under a Supplier Agreement, to which the Debtors responded in January 2023.  The parties thereafter began a direct dialogue regarding the various Circle K contracts and claims and amounts owed thereunder.  In that regard, Circle K has engaged with the Debtors in good faith to resolve the issues concerning the correct identification of contracts and cure amounts and has shared with the Debtors all relevant requested information regarding Circle K's contracts and claims, which are the same as the Claims that Circle K has filed that are the subject of this Motion.  That dialogue is continuing, and the parties are working in good faith together on those issues.  Circle K files the Claims and the instant Motion out of an abundance of caution and to ensure that the continued passage of time, while the parties discuss the possibility of a consensual resolution, does not result in any prejudice to Circle K.

### **Applicable Law**

10.    Under Fed. R. Bankr. P. 9006(b)(1), the Court may allow the late filing of a proof of claim if the late filing was the result of "excusable neglect."  The Supreme Court has held that the determination of "excusable neglect" is "an equitable one, taking account of all relevant circumstances surrounding the party's omission," such as "the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant

acted in good faith." *Pioneer Inv. Services Co. v. Brunswick Associated Ltd. Partnership*, 507 U.S. 380, 395 (1993). Courts liberally construe the excusable neglect standard to avoid forfeitures by creditors. *See e.g. In re Dix*, 95 B.R. 134, 138 (B.A.P. 9th Cir. 1988) (disallowance of a late filed proof of claim forecloses a trial on merits of claim; therefore, liberal construction of excusable neglect had to be applied when determining whether to grant extensions of time for filing proofs of claim in Chapter 11 case).

11.     In *In re Rhodes, Inc.*, the bankruptcy court applied the *Pioneer* factors to allow a late-filed claim as timely in similar circumstances. In *Rhodes*, the creditor could neither definitively confirm nor deny receipt of the bar date notice. *Rhodes*, Case No. BKR. 04-78434, 2007 WL 7143074, at *3 (Bankr. N.D. Ga. Dec. 18, 2007). The court then performed an excusable neglect analysis. The court determined that:

(1) The fact that allowing the late claims would cause other holders of unsecured claims to receive smaller distributions was not sufficient to demonstrate prejudice;
(2) The debtor offered no evidence allowing the claims eight months after bar date would result in substantial delay, because there were 20 other adversary proceedings in the case that remained open at the time; and
(3) The creditor was "blissfully unaware" that it would incur losses due to the debtor's bankruptcy.

*Id.,* at 4-7. Based on these factors, plus a finding of good faith, the court found excusable neglect and granted the motion to allow a late-filed claim. *Id.,* at 7-8.

12.     Similarly, the *Pioneer* factors support allowance of Circle K's Claims as timely filed. First, the delayed filing of the Claims in no way prejudices the Debtors as no distributions have been made. In fact, the Debtors are still in the process of selling their assets, which may include assumption and assignment of numerous contracts, including the Circle K contracts. Conversely, contracts that are not assumed and assigned will likely be rejected and give rise to rejection damages claims. The claims pool thus is not fixed, and the Debtors are not in a position

to make distributions in the near future.  Moreover, as in *Rhodes*, the fact that allowance of Circle K's Claims could impact distributions to other unsecured claims is not sufficient prejudice that should cause this Court to deny the Motion.

13.     With respect to the second factor—length of delay and its potential impact on judicial proceedings, the Claims were filed recently.  The time that has passed since the bar date is minimal—less than four months, during which time the Debtors have been focused on their ongoing sale process.  There is no prejudicial impact on the Chapter 11 Cases, as Circle K has informed the Debtors of its Claims while the sale and contract assignment process is ongoing. Moreover, the time that has passed since Circle K became aware of the bar date is much less than four months, since the bar date notice was incorrectly transmitted to Circle K as described further below.  Likewise, Circle K has provided the Debtors with detailed information about its Claims and contracts directly prior to filing the Claims, so there can be no cognizable prejudice here.

14.     With respect to the third factor—reason for the delay, including whether it was within the reasonable control of the movant—Circle K never received the Notice and was unaware of the claims bar date.  Circle K, moreover, was communicating directly with the Debtors well before the expiration of the deadline and after and provided information to the Debtors regarding its Claims during this period.

15.     Finally, Circle K has acted in good faith by engaging directly with the Debtors regarding its Claims, as well as the parties' key contracts and amounts owed, the omission of those agreements from the Debtors' schedules and incorrect information contained in the cure notices, and the possible assumption and assignment of those contracts.  That dialogue continues.  Indeed, as noted, Circle K has reached agreement with the Debtors to extend the time to object to the cure notices specifically in order to facilitate a consensual resolution of all of these matters and avoid

unnecessary litigation.   Moreover, Circle K has discussed the filing of this Motion with the

Debtors, and the Debtors have agreed to the two subject claims being deemed timely filed, without

prejudice to the Debtors' rights to object to the allowance of either or both of the subject claims

on any basis, other than untimeliness.

## Requested Relief

16.     As set forth above, Circle K has established that its Claims are filed late as a result

of excusable neglect, especially in light of the liberal standard applicable under the circumstances.

Circle K therefore respectfully requests that the Court deem the Claims timely filed, without

prejudice to interested parties' rights to object to the Claims on substantive grounds.   Circle K

reserves its right to amend, modify, or supplement the Claims as necessary.

17.     A proposed order is attached hereto as **Exhibit A**.

**WHEREFORE,** Circle K respectfully requests the Court enter an order: (i) granting the

instant Motion, (ii) deeming Claims 741 and 742 to be timely filed; and (iii) granting any further

relief the Court deems appropriate.

Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By:     /s/ *Dain de Souza*
        Dain de Souza, Esq. (FBN93708)
        Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (admitted *pro hac vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd.
and Circle K Stores Inc.*

## <u>VERIFICATION</u>

**STATE OF NORTH CAROLINA)**
                           **)**
**COUNTY OF MECKLENBURG )**

      I, Randolph Brodwin, do hereby swear or affirm under penalty of perjury that I am the

authorized representative of the movants in the above captioned Motion, that I have read the

Motion and that the contents thereof are true and correct to the best of my knowledge and belief.


                                     /s/ <u>Randolph Brodwin</u>
                                      Vice President, U.S. Legal Affairs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this

as follows:

via electronic transmission on April 5, 2023 to:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- Anthony J Aragona    aja@devaronalaw.com
- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Richard J Bernard    richard.bernard@faegredrinker.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi    kyler.burgi@dgslaw.com
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;mpetrovich@bakerdonelson.com;bkcts@bakerdonelson.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Michael R Dal Lago    mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Dain De Souza    ddesouza@bastamron.com, jmiranda@bastamron.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

- Brendan S Everman    beverman@stroock.com,
  ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com,
  andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com,
  atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com,
  cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Joe M. Grant    jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com
- Jordi Guso    jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com,
  ecfnotices@hmblaw.com;dwen@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Ross R Hartog    rhartog@mrthlaw.com,
  ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Nicole Grimal Helmstetter    nicole.helmstetter@bipc.com,
  elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com
- Phillip M. Hudson III    pmhudson@duanemorris.com,
  gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Amy Leitch    amy.leitch@akerman.com,
  Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com

- Justin M Luna    jluna@lathamluna.com,
  bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com
- Isaac M Marcushamer    isaac@dgimlaw.com,
  colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com,
  ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
  markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Jean-Claude Mazzola    Jeanclaude@mazzolalindstrom.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Jacob D Morton    jacob.morton@hklaw.com
- Megan W Murray    mmurray@underwoodmurray.com,
  dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.cour
  tdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com,
  efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com
- Jimmy D. Parrish    jparrish@bakerlaw.com,
  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean    justin.plean@qpwblaw.com
- Amanda E Preston    amanda.preston@squirepb.com, amanda-e-preston-
  9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- Veronica M Rabinowitz    rabinowitz@mm-pa.com, vrabinowitz@sfl-
  law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds    scott@sgazlaw.com
- Aliette D Rodz    arodz@shutts.com
- Mark S. Roher    mroher@markroherlaw.com,
  ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com,
  gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross    iross@sidley.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg    mark.salzberg@squirepb.com,
  shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-
  2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Martin L Sandler    martin@sandler-sandler.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com

- Zach B Shelomith    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Gavin N Stewart    bk@stewartlegalgroup.com
- Annie Yang Stoops    annie.stoops@afslaw.com
- Carolyn Tatkin    tatkin@radixlaw.com
- Frank Terzo    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney    ttierney@rosswayswan.com, kkelly@rosswayswan.com
- Michael W Ullman    michael.ullman@uulaw.net,
  jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber    jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick    awernick@wernicklaw.com,
  awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com
- J. Steven Wilkes    steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton    stuart.wilson-patton@ag.tn.gov
- Mark J Wolfson    mwolfson@foley.com, crowell@foley.com

and via U.S. Mail on April 6, 2023 to all parties on the attached mailing matrix.

**BAST AMRON LLP**
*Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores Inc.*
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By:    */s/ Dain de Souza*
          Dain de Souza, Esq. (FBN93708)
          Jaime B. Leggett, Esq. (FBN 1016485)

Label Matrix for local noticing
113C-0
Case 22-17842-PDR
Southern District of Florida
Fort Lauderdale
Wed Apr  5 17:07:04 EDT 2023

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096-3853

ACAR Leasing Ltd., Inc. d/b/a GM Financial L
c/o Christopher R. Thompson, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

ADM Wild Europe GmbH & Co. KG
c/o Paul Hoffmann, Esq.
1201 Walnut, Suite 2900
Kansas City, MO 64106-2178

ALDA 4747 W. Buckeye LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

All Brands Distribution, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

Ally Bank
P.O. Box 5703
Clearwater, FL 33758-5703

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express National Bank and Amex TRS
c/o Martin l. Sandler, esq
3400 SW 27th Avenue suite 1705
Miami, fl 33133-5320

Americredit Financial Services, Inc. d/b/a G
c/o Christopher R. Thompson
Burr & Forman LLP
200 S. Orange Ave, Suite 800
Orlando, FL 32801-6404

Archer Daniels Midland Company
c/o Paul Hoffmann, Esq.
1201 Walnut, Suite 2900
Kansas City, MO 64106-2178

Ardagh Metal Packaging USA Corp.
c/o Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280-0027

Bang Energy Canada, Inc.
1600 N. Park Dr.
Weston, FL 33326-3278

Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave. A-100
Ft. Lauderdale, FL 33301-1888

CI421 4747 W. Buckeye LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

CM Builders, Inc. dba Integrated Masonry
c/o Carolyn R. Tatkin
Radix Law
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254-8170

CRG Financial LLC
84 Herbert Ave.
Building B - Suite 202
Closter, NJ 07624-1313

Carolina Canners, Inc.
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401-2109

Carrollton-Farmers Branch ISO
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042-8234

Chubb Companies
Duane Morris LLP
201 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131-2318

Cole, Scott & Kissane, P.A.
9150 S. Dadeland Blvd #1440
Miami, FL 33156-7855

Creditor Committee
c/o Clint E. Pyle
Temporary Chairperson
2900 Hartley Road
Jacksonville, FL 32257-8221

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207-2328

Dohler Dahlenburg G.m.b.H

EASTGROUP Properties, L.P.
c/o Thomas L. Abrams
633 S. Andrews Ave., #500
Fort Lauderdale, FL 33301-2858

EFL Global Logistics Canada, Ltd.

Elite Island, LLC
1600 N Park Dr.
Weston, FL 33326-3278

Faith Technologies Incorporated
c/o Jerry Markowitz
Markowitz Ringel Trusty & Hartog PA
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

Gekay Sales + Service Co., Inc.
c/o Aaron A. Wernick, Esq.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431-8571

Graphic Packaging International, LLC
c/o Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280-0027

JHO Intellectual Property Holdings, LLC
1600 N. Park Dr.
Weston, FL 33326-3278

JHO Real Estate Investment, LLC
1600 N. Park Dr.
Weston, FL 33326-3278

KJ Can (Singapore) Pte. Ltd.

Krier Foods, Inc.
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Suite 3200
Miami, FL 33131-2191

MFP 4747 W. Buckeye LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Maricopa County Treasurer
301 West Jefferson, Suite 100
Phoenix, AZ 85003-2199

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, NY 11747-2725

Monster Energy Company
c/o Michael I. Goldberg
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-4442

Nelson Mullins Riley & Scarborough, LLP
100 SE 3rd AVE, Suite 2700
Fort Lauderdale, FL 33394-0017

Nevada Beverage Co
c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Nexus Steel, LLC
Tiffany & Bosco, PA
1000 Corporate Dr
Suite 150
Suite 150
Ft. Lauderdale, FL 33334-3655

Orange Bang, Inc.
c/o Fender, Bolling and Paiva, P.A.
P.O. Box 1545
Steven Fender, Esq.
Ft. Lauderdale, FL 33302 United States 33302-1545

Pettit Kohn Ingrassia Lutz & Dolin
11622 El Camino Real
Suite 300
San Diego, CA  92130-2051

Quash Seltzer, LLC
20311 Sheridan Street
Fort Lauderdale, FL 33332-2313

RXO Capacity Solutions, LLC
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S Orange Avenue, Suite 2600
Orlando, FL 32801-3453

Rainbow Unicorn Bev LLC
1600 N. Park Dr.
Weston, FL 33326-3278

Refresco Beverages US Inc
c/o W. Keith Fendrick, Holland & Knight
100 N. Tampa Street
Suite 4100
Tampa, FL 33602-3642

SLBS Limited Partnership d/b/a Summit Distri
c/o David Gay
Carlton Fields
700 NW 1st Avenue, Suite 1200
Suite 1200
Miami, FL 33136-4118

Santander Consumer USA Inc. dba Chrysler Cap
c/o Gerard M. Kouri, Jr. P.A.
5311 King Arthur Avenue
Davie, FL 33331-3340

Sony Music Entertainment
Pryor Cashman LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134-7411

Southeast Cold Fill, LLC
c/o Kelley, Fulton, Kaplan & Eller, P.L.
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621-1872

Stellar Group, Inc.
c/o Robert P. Charbonneau
55 Alhambra Plaza
Suite 800
Coral Gables, FL 33134-5254

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602-1331

Suddath Global Logistics, LLC
815 S. Main Street
Jacksonville, FL 32207-8187

TN Dept of Revenue
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

The American Bottling Company
c/o Furr and Cohen, P.A.
2255 Glades Rd., Ste 419A
Boca Raton, FL 33431-7379

The Hamilton Group (Delaware), Inc.
Ullman & Ullman, P.A.
2500 North Military Trail
Suite 100
Boca Raton, FL 33431-6342

The Kroger Co.
104 Vine Street
Cincinnati, OH 45215

Truist Bank
c/o Peter H. Levitt, Esq.
Shutts & Bowen, 200 S. Biscayne Blvd.
Miami, FL 33131-2310

U.S. Bank National Association d/b/a U.S. Ba
c/o Emanuel & Zwiebel, PLLC
7900 Peters Rd. Bldg B, Ste 100
Plantation, FL 33324-4045

U.S. Bank National Association d/b/a U.S. Ba
c/o Ronald M. Emanuel, Esq.
Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, FL 33324-4045

UMG Recordings, Inc.
Pryor Cashman LLP
255 Alhambra Circle, 8th Floor
Miami, FL 33134-7411

Vital Pharmaceuticals International Sales, I
1600 N. Park Dr.
Weston, FL 33326-3278

Vital Pharmaceuticals, Inc.
1600 N. Park Dr.
Weston, FL 33326-3278

Webb & Gerritsen, Inc.
c/o Foley & Lardner LLP
Mark Wolfson
100 Tampa Street, Ste. 2700
Tampa, FL 33602-5810

Wild Flowers Inc.
c/o Paul Hoffmann, Esq.
1201 Walnut, Suite 2900
Kansas City, MO 64106-2178

XPO LOGISTICS, LLC
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S Orange Ave., Suite 2600
Orlando, FL 32801-3453

365 Mechanical, LLC
1817 S Horne, Suite #10
Mesa, AZ 852046526

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Twin City Security
105 Garfield St S, STE 100
Cambridge, MN 55008-1767

XPO LOGISTICS FREIGHT
Attn: Bankruptcy Dept.
9151 Boulevard 26 Bldg A
North Richland Hills, TX 76180-5600

Allison L Libeu
620 Newport Center Drive, # 1300
Newport Beach, CA 92660-8013

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-3104

Andrew Bean
2001 Ross Avenue # 2100
Dallas, TX 75201-2923

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1327

Andrew Sorkin
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1327

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202-4428

Arielle B Adler
One Lowenstein Drive
Roseland,, NJ 07068-1740

Brendan Abbott
c/o Daniel Harvath
75 W. Lockwood
Suite #1
Webster Groves, MO 63119-2946

Brent C Williams
500 West Madison St # 300
Chcago, IL 60661-4546

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020-1300

Carolyn Tatkin, Esq
15205 N Kiedrland Blvd Suite 200
Scottsdale, AZ 85254-8170

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4219

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4000

Daniel L Geyser
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7672

David Levine
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131-3255

David C Rose
7 Times Square
New York, NY 10036-6524

David M Barlow
2525 East Camelback Rd
Phoenix, AZ 85016-4219

David M Levine
1200 Brickell Ave # 750
Miami, FL 33131-3255

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020-1300

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

George A Davis
1271 Avenue of the Americas
New York, NY 10020-1300

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020-1104

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020-1300

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jack H. Owoc
1600 N. Park Drive
Weston, FL 33326-3278

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202-6000

Jasmin Williams
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road, Suite 300
Pembroke Pines, FL 33028-1032

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611-3695

(p)FRANKGECKER LLP
ATTN JOSEPH FRANK
1327 W WASHINGTON
SUITE 5G-H
CHICAGO IL 60607-1912

John D'Amico
787 Seventh Avenue
New York, NY 10019-6018

John C Didonato
550 W Van Buren St
Chicago, IL 60607-3827

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611-3695

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020-1300

Jordana Renert
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Jordi Guso Esq.
1450 Brickell Ave #1900
Miami, FL 33131-3453

(p)JOSEPH D  FRANK
ATTN FRANKGECKER LLP
1327 W WASHINGTON
SUITE 5 G-H
CHICAGO IL 60607-1912

K. Scott Reynolds
3133 W. Frye Road #101
Phoenix, AZ 85226-5132

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2339

Lindsay Sklar
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4000

Mark Margulies
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323-2874

Matthew Murray
40 Wall Street, 37th Floor
New York, NY 10005-1381

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4400

Maura P McIntyre
1000 Key Tower, 127 Public Square
Cleveland, OH 44114

Megan Owoc
16720 Stratford Court
Southwest Ranches, FL 33331-1358

Michael Jordan Niles
313 N. Monroe Street Suite 301
Tallahassee, FL 32301-7643

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068-1740

Paul M Alexander
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, GA 30309-3495

Peter Fischer
c/o Daniel Harvath
75 W. Lockwood
Suite #1
Webster Groves, MO 63119-2946

Rachel Maimin
1251 Avenue of the Americas, 17th Floor
New York, NY 10020-1104

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Robert Charles Jr
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1666

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923

Stephanie P Chery
7 Times Square
New York, NY 10036-6524

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202-4003

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Steven J. Solomon Fiesta Warehousing & Distr
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Suite 3200
Miami, FL 33131-2191

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020-1300

Walter Benzija
40 Wall Street, 37th Floor
New York, NY 10005-1381

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2339

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020-1300

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1600FLL LLC

(u)Arista Music

(u)Arista Records LLC

(u)Balboa Capital Corporation
McGLINCHEY STAFFORD
1 East Broward Boulevard,
Suite 1400
Fort Lauderdale, United States

(u)Ball Metal Beverage Container Corp.

(u)C.K.S. Packaging, Inc.

(u)CM Builders, Inc., d/b/a Integrated Masonr

(u)CSPC Innovation Pharmaceutical Co., Ltd.

(u)Capitol Records, LLC

(u)Chestnut Hill Technologies, Inc.

(u)Circle K Procurement and Brands, Ltd.

(u)Circle K Stores, Inc.

(u)Crown Cork & Seal USA, Inc.

(u)Dairy Farmers of America, Inc.

(u)Doehler USA, Inc.

(u)Driscoll, LLP

(u)Duke Secured Financing 2009-1PAC, LLC

(u)EFL Global

(u)EVOX FL Pembroke 20351 LLC

(u)FONA International, Inc.

(u)HACI Mechanical Contractors, Inc.

(u)Hardrock Concrete Placement Co, INC

(u)Intrastate Distributing

(u)Kuckelman Torline Kirkland, Inc.

(u)LMR TRUCKING, INC.

(u)LaFace Records LLC

(u)Lease Plan USA, LLC

(u)ORBIS RPM, LLC

(u)PepsiCo, Inc. together with its affiliates

(u)PolyGram Publishing, Inc.

(u)Premier Distributing Company

(u)Premium Beverage Company

(u)Prologis Targeted U.S. Logistics Fund, L.P

(u)Records Label, LLC

(u)Shanghai Freeman Lifesciences Company

(u)Sidel Blowing and Services SAS

(u)Songs of Universal, Inc.

(u)Sony Music Entertainment US Latin LLC

(u)TR Capital Management LLC
   US

(u)Trinity Logistics, Inc.

(u)Universal Music - Z Tunes LLC

(u)Universal Music Corp.

(u)Universal Music-MGB NA LLC

(u)Universal Musica, Inc.

(u)VS Carbonics, Inc.

(u)Volcano Entertainment III LLC

(u)Warner Media Group

(u)Zomba Recording LLC

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)CRG Financial LLC
84 Herbert Ave. Building B Suite 202
Closter, NJ 07624-1313

(u)Kathleen Cole

(u)Marc Kesten

(u)Richard D Faulkner

End of Label Matrix
Mailable recipients   141
Bypassed recipients    54
Total                 195

# Exhibit A

{00086679.DOCX }

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

_____/

### ORDER GRANTING VERIFIED MOTION TO ALLOW LATE FILED CLAIMS AS TIMELY

THIS MATTER came before the Court on _____ __, 2023 at ___ a/p.m. upon the *Verified Motion to Allow Late Filed Claims As Timely* (ECF No. __) (the "Motion") of Circle K Procurement and Brands, Ltd. ("CK Brands") and Circle K Stores Inc. ("CK Stores" and, together with CK Brands, "Circle K").  The Court, having reviewed the Motion and the record in this case,

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Case No. 22-17842-PDR

having heard argument of counsel, being fully advised in the premises, and finding that cause exists to grant the requested relief,

      **ORDERS** as follows:

      1.     The Motion is **GRANTED**.

      2.     The proofs of claims filed by creditors CK Stores and CK Brands, which were designated by the claims agent as Claim No. 741 and Claim No. 742, respectively (collectively, the "POCs"), are deemed timely filed.

      3.     The granting of the Motion is without prejudice to the rights of all parties-in-interest to object to the POCs on any substantive grounds, other than on grounds of untimeliness.

###

**Submitted by:**
Dain de Souza, Esq.
Bᴀsᴛ Aᴍʀᴏɴ LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

*(Attorney de Souza is hereby directed to serve a conformed copy of this Order upon all parties in interest and to file a Certificate of Service of same.)*