UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### *EX PARTE* MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR APRIL 6, 2023, AT 2:00 P.M.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby moves the Court for leave to attend the hearing scheduled for April 6, 2023, at 2:00 p.m. (the "Hearing") remotely via Zoom Video Communications ("Zoom"), and, in support thereof, respectfully states:

1. On April 3, 2023, the Committee filed the Expedited Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC (collectively, the "Third Parties") to Comply with the Court's March 30, 2023 Order [ECF 1076] and for Sanctions (the "Motion to Compel"). On the same date, a Notice of Hearing was filed scheduling a hearing on the Motion to Compel for April 6, 2023, at 2:00 p.m. *See* ECF 1119.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2.	The Committee just learned that the Third Parties retained new counsel. In fact, Notices of Appearance were just filed by Patrick R. Dorsey and Bradley S. Shraiberg on April 5, 2023 at 5:19 p.m. and 5:21 p.m., respectively. *See* ECF 1133 & 1134.

3.	Given the circumstances, the parties are discussing a joint proposal to address the motion which we hope to present for the court's consideration.

The Committee submits that the above circumstances constitute good cause to authorize lead counsel for the Committee to attend the Hearing remotely via Zoom.

WHEREFORE, the Committee respectfully requests that the Court enter an order granting it leave to attend the Hearing remotely via Zoom.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on April 5, 2023.

Dated: April 5, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Rachel Maimin, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
	-and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502

Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639
    Juan J. Mendoza
    Florida Bar No.: 113587
    1111 Brickell Avenue, Suite 1250
    Miami, FL 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202
    Email: lblanco@sequorlaw.com
    Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*