

**ORDERED in the Southern District of Florida on April 6, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING *EX PARTE* MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR APRIL 6, 2023, AT 2:00 P.M.**

**THIS MATTER** came before the Court on the *Ex Parte Motion by the Official Committee of Unsecured Creditors for Leave to Attend Remotely the Hearing Scheduled for April 6, 2023, at 2:00*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

-2-

p.m. (the "Motion") [DE 1136], filed by the Official Committee of Unsecured Creditors' (the "Committee").  The Court, having considered the Motion, and having found good cause for the relief set forth herein, hereby

**ORDERS** that**:**

1. The Motion is **GRANTED.**

2. Counsel for the Committee is authorized to attend the hearing scheduled for April 6, 2023, at 2:00 p.m. via Zoom Video Communications.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*