UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-27842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

# AMENDED CROSS-NOTICE OF RULE 2004 EXAMINATION

Orange Bang, Inc. ("Orange Bang") serves this *Amended Cross-Notice of Rule 2004 Examination*. Orange Bang will participate in the examination of Jack Owoc, individually, under oath on April 25, 2023, at 9:00 a.m. EST by virtual deposition via the Zoom link to be provided by counsel.

The examination is pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bank. P. 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Dated:  April 6, 2023　　　　　　　　　　**FENDER, BOLLING AND PAIVA, P.A.**

　　　　　　　　　　　　　　　　　　　　*/s/ G. Steven Fender*
　　　　　　　　　　　　　　　　　　　　G. Steven Fender, Esq.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 060992
　　　　　　　　　　　　　　　　　　　　P.O. Box 1545
　　　　　　　　　　　　　　　　　　　　Ft. Lauderdale, FL 33302
　　　　　　　　　　　　　　　　　　　　T: (407) 810-2458
　　　　　　　　　　　　　　　　　　　　steven.fender@fender-law.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　**KTBS LAW LLP**[2]
　　　　　　　　　　　　　　　　　　　　Thomas E. Patterson, Esq. (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Nir Maoz (pro hac vice)
　　　　　　　　　　　　　　　　　　　　1801 Century Park East
　　　　　　　　　　　　　　　　　　　　Twenty Sixth Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　T: (310) 407-4000
　　　　　　　　　　　　　　　　　　　　F: (310) 407-9090
　　　　　　　　　　　　　　　　　　　　tpatterson@ktbslaw.com
　　　　　　　　　　　　　　　　　　　　nmaoz@ktbslaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Orange Bang, Inc.*

---

[2] G. Steven Fender hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF 269]; (ii) Nir Maoz, November 8, 2022 [ECF 270].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on April 6, 2023.

    Respectfully submitted,

*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com