**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscouts.gov**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **Vital Pharmaceuticals, Inc., et al.,** | |
| | **Case No. 22-17842-PDR** |
| **Debtors.** | **(Jointly Administered)** |
| _____ / | |

**MOTION TO APPEAR PRO HAC VICE**

I, Steven J. Solomon ("Movant") of the law firm Gray Robinson, P.A., a member in good qualified to practice in this court, request that this court admit *pro hac vice* Erin Severini ("Visiting Attorney") of Frost Brown Todd LLP, an attorney admitted to practice and currently in good standing in the State of Ohio, the State of Massachusetts, the State of Kentucky, the State of New York, the United States District Courts for the Southern District of Ohio, the Southern District of New York, the Eastern District of New York, and the District of Massachusetts, and the United States Court of Appeals for the First Circuit, and qualified to practice in this court, who proposes to act as counsel for Krier Foods, LLC ("the Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of the Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for the Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of the Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of the Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as Exhibit "A."

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form of Exhibit "B" authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

[*Signature Page Follows*]

Dated: April 7, 2023

Respectfully submitted,

GRAY | ROBINSON
333 S.E. 2nd Avenue, Ste. 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: Steven.Solomon@gray-robinson.com

BY: */s/ Steven J. Solomon*
Steven J. Solomon
Florida Bar No. 931969
***Local Counsel for Krier Foods, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic mail in this case.

                                             */s/ Steven J. Solomon*
                                             Steven J. Solomon

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FT. LAUDERDALE DIVISION)**
**www.flsb.uscouts.gov**

**In re:**

 **Chapter 11**

**Vital Pharmaceuticals, Inc., et al.,**

 **Case No. 22-17842-PDR**

 **Debtors.**   **(Jointly Administered)**
_____/

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, Erin Severini, am a member in good standing of the bar of the State of Ohio, the State of Massachusetts, the State of Kentucky, and the State of New York.  I am a member in good stating of the bar of the United States District Courts for the Southern District of Ohio, the Southern District of New York, the Eastern District of New York, and the District of Massachusetts, and the United States Court of Appeals for the First Circuit, but am not admitted to the bar of the United

States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Krier Foods, LLC ("the Client"). I designate Steven J. Solomon ("Local Counsel") of GrayRobinson, P.A., who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of the Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 7, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800

By: /s/ *Erin Severini*
Erin Severini
Ohio Bar No. 0091487
Email: eseverini@fbtlaw.com

**COUNSEL FOR KRIER FOODS, LLC**

# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FT. LAUDERDALE DIVISION)**
**www.flsb.uscouts.gov**

**In re:**

                                               **Chapter 11**

**Vital Pharmaceuticals, Inc., et al.,**

                                       **Case No. 22-17842-PDR**

       **Debtors.**                                   **(Jointly Administered)**
_____/

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No. __ ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Erin Severini ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Creditor, Krier Foods, LLC ("the Client") in this case and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of the Client, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Steven J. Solomon
> Gray Robinson, P.A.
> 333 S.E. 2nd Avenue, Ste. 3200
> Miami, Florida 33131
> Telephone: (305-416-6880
> Facsimile: (305) 416-6887
> E-mail: steven.solomon@gray-robinson.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by**:

BY: */s/ Steven J. Solomon*
Steven J. Solomon
Florida Bar No. 931969
GRAY │ ROBINSON
333 S.E. 2nd Avenue, Ste. 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Steven J. Solomon* is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.