UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VITAL PHARMACEUTICALS, INC., *et al.*,   Chapter 11 Case

    Debtors.   Case No.: 22-17842-PDR
_____/

**Notice of Withdrawal of Motion**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Creditors CSPC Innovation Pharmaceutical Co., Ltd. and Shanghai Freeman Lifesciences company hereby withdraw their Motion for Enlargement of Time to File Proof of Claim in the above captioned matter.

Dated: April 7, 2023
    New York, New York

**MAZZOLA LINDSTROM LLP**

_____
By: Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
*Attorney for claimants Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd's*
(646) 216-8585
(646) 250-6666
jeanclaude@mazzolalindstrom.com