UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

## RESERVATION OF RIGHTS OF MONSTER ENERGY COMPANY TO THE FEE APPLICATION OF FISCHER SANCHEZ LEVINE, LLP

Monster Energy Company ("Monster"), by and through undersigned counsel, hereby files this reservation of rights (the "Reservation") to the *First Fee Application of Counsel, Sanchez Fischer Levine, LLP* [ECF No. 986] (the "Application") and any subsequent fee applications filed by Sanchez Fischer Levine, LLP ("SFL").

1. On January 31, 2023, Monster filed its response [ECF No. 729] ("SFL Application Response") to the above-captioned Debtors' application to retain SFL as special counsel [ECF No. 633]. In the SFL Application Response, Monster explained that the lawsuits that the Debtors' retained SFL to pursue are frivolous and not in the best interests of the estate. Monster provided notice of its intention to object to any future application for payment of SFL's fees, as among other things, a waste of estate resources.

2. Monster hereby reiterates its concerns about the litigation SFL is pursuing and reserves the right to assert appropriate objections at the time SFL submits for final approval an application for compensation and reimbursement of expenses pursuant to section 330 and 331 of

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

Dated: April 7, 2023

**AKERMAN LLP**

/s/ *Eyal Berger*
Michael I. Goldberg
Florida Bar No. 886602
Eyal Berger
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**[2]
Richard M. Pachulski (pro hac vice)
Ira D. Kharasch (pro hac vice)
Robert J. Feinstein (pro hac vice)
Teddy M. Kapur (pro hac vice)
Steven W. Golden (pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 /F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022  [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on April 7, 2023.

        Respectfully submitted,

        By: /s/ *Eyal Berger*
        Eyal Berger, Esq.
        Florida Bar No. 11069
        eyal.berger@akerman.com
        **AKERMAN LLP**
        201 East Las Olas Blvd., Suite 1800
        Fort Lauderdale, FL  33301-2999
        Tel: 954-463-2700
        Fax: 954-463-2224

DOCS_LA:348369.1 57536/00001
69808752;1