

**ORDERED in the Southern District of Florida on April 8, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**AGREED ORDER REGARDING EXPEDITED MOTION TO COMPEL**

THIS MATTER came before the Court for hearing on April 6, 2023, upon the *Expedited Motion to Compel John H. Owoc, Megan Owoc and Elite Island, LLC to Comply with the Court's March 30, 2023 Order* (the "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee"). ECF No. 1118. The Court, having reviewed the Motion and having heard the statements of counsel, upon the agreement of the Committee and John H. Owoc a/k/a Jack Owoc,

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00553376}

Megan Owoc and Elite Island, LLC (together, the "Third Parties"), and for the reasons stated on the record, which are incorporated herein by reference, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 1118] shall be held in abeyance pending further Order of the Court.

2. The Committee shall provide search terms to the Third Parties to facilitate their responses to the Rule 2004 Notices, no later than April 7, 2023.[2]

3. The Third Parties shall produce responsive materials to the 2004 Notices on a rolling basis to be completed by the following dates:

    a. Megan Owoc's production of Documents and Communications requested in the 2004 Notice [Docket Nos. 684 and 981] shall be completed by April 11, 2023.

    b. Elite Island's production of Documents and Communications requested in the 2004 Notice [Docket Nos. 689 and 968] shall be completed by April 11, 2023.

    c. Jack Owoc shall produce all text messages responsive to the 2004 Notice [Docket Nos. 684 and 981] by April 14, 2023 and produce all other responsive Documents and Communications by April 17, 2023.

4. If any of the Third Parties fail to satisfy the above-outlined deadlines in paragraph 3, the Committee may automatically renew its Motion upon advising the Court by motion (the "Renewal Motion").

---

[2] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

{2467/000/00553376}

5.  The Third Parties shall not contest any Renewal Motion.

6.  The above-outlined deadlines shall only be extended by Order of the Court after one or more of the Third Parties file a motion seeking such relief for good cause. The burden of establishing good cause shall be on the Third Party seeking the extension.

7.  The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

###

Submitted by:

Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

{2467/000/00553376}