**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC., et al.,

Chapter 11

    Debtors.                         (Jointly Administered)

_____/

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the *Order Admitting Attorney Pro Hac Vice of Erin Severini* [Doc. No. 1151] and *Order Admitting Attorney Pro Hac Vice of Kim Martin Lewis* [Doc. No. 1152] were served upon all parties registered to receive electronic notification in this case through the Court's CM/ECF filing system on April 10, 2023.

                                            Respectfully submitted,

                                            GRAYROBINSON, P.A.
                                            By:  */s/ Steven J. Solomon*
                                            Steven J. Solomon
                                            Florida Bar No.: 931969
                                            333 S.E. 2nd Avenue, Suite 3200
                                            Miami, FL 33131
                                            steven.solomon@gray-robinson.com
                                            Telephone:    (305) 913-0367
                                            Facsimile:     (305) 416-6887
                                            *Local Counsel for Krier Foods, Inc.*

# SERVICE LIST

**22-17842-PDR Notice will be electronically mailed to:**

Anne Aaronson on behalf of Creditor Crown Cork & Seal USA, Inc.
aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Thomas L Abrams on behalf of Creditor EASTGROUP Properties, L.P.
tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

John A Anthony on behalf of Creditor Nevada Beverage Co
janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Anthony J Aragona, III on behalf of Creditor Mitsubishi HC Capital America, Inc.
aja@devaronalaw.com

Marc P Barmat on behalf of Creditor The American Bottling Company
mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Eyal Berger, Esq. on behalf of Creditor Monster Energy Company
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Richard J Bernard, Esq. on behalf of Creditor Duke Secured Financing 2009-1PAC, LLC
richard.bernard@faegredrinker.com

Richard J Bernard, Esq. on behalf of Creditor Prologis Targeted U.S. Logistics Fund, L.P.
richard.bernard@faegredrinker.com

Leyza F. Blanco, Esq. on behalf of Creditor Committee Creditor Committee
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Leyza F. Blanco, Esq. on behalf of Interested Party The Official Committee of Unsecured Creditors
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Ronald D. P. Bruckmann on behalf of Creditor Ardagh Metal Packaging USA Corp.
rbruckmann@shumaker.com, celgin@shumaker.com

#50055351 v1

Ronald D. P. Bruckmann on behalf of Creditor Graphic Packaging International, LLC
rbruckmann@shumaker.com, celgin@shumaker.com

Kyler K Burgi on behalf of Creditor EVOX FL Pembroke 20351 LLC
kyler.burgi@dgslaw.com

Melissa A. Campbell on behalf of Creditor FONA International, Inc.
mcampbell@bakerdonelson.com,
achentnik@bakerdonelson.com;mpetrovich@bakerdonelson.com;bkcts@bakerdonelson.com

Kevin Michael Capuzzi on behalf of Creditor Trinity Logistics, Inc.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Stellar Group, Inc.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Creditor Stellar Group, Inc.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

David H Conaway, Esq on behalf of Creditor Ardagh Metal Packaging USA Corp.
dconaway@slk-law.com

Ralph W. Confreda, Jr on behalf of Creditor Balboa Capital Corporation
rconfreda@mcglinchey.com, alozada@mcglinchey.com

Philip W Crawford on behalf of Creditor EFL Global
pcrawford@gibbonslaw.com

Philip W Crawford on behalf of Creditor EFL Global Logistics Canada, Ltd.
pcrawford@gibbonslaw.com

Michael R Dal Lago on behalf of Creditor Kuckelman Torline Kirkland, Inc.
mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com

Michael R Dal Lago on behalf of Creditor The Kroger Co.
mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com

Matthew G Davis on behalf of Creditor HACI Mechanical Contractors, Inc.
mdavis@pdtlegal.com, jdorta@pdtlegal.com

#50055351 v1

Dain De Souza on behalf of Creditor Circle K Procurement and Brands, Ltd.
ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza on behalf of Creditor Circle K Stores, Inc.
ddesouza@bastamron.com, jmiranda@bastamron.com

Patrick R Dorsey on behalf of Interested Party Elite Island, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Interested Party Jack H. Owoc
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Interested Party Megan Owoc
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

C Craig Eller, Esq on behalf of Creditor Southeast Cold Fill, LLC
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
ron.emanuel@emzwlaw.com,
martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Brendan S Everman on behalf of Creditor Arista Music
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Arista Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Capitol Records, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor LaFace Records LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor PolyGram Publishing, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Records Label, LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

#50055351 v1

Brendan S Everman on behalf of Creditor Songs of Universal, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Sony Music Entertainment US Latin LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor UMG Recordings, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music - Z Tunes LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music Corp.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Music-MGB NA LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Universal Musica, Inc.
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Volcano Entertainment III LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman on behalf of Creditor Zomba Recording LLC
beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

G Steven Fender on behalf of Creditor Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Defendant Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Keith W. Fendrick on behalf of Creditor Refresco Beverages US Inc
keith.fendrick@hklaw.com,
andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

#50055351 v1

Edward M Fitzgerald, Esq on behalf of Creditor RXO Capacity Solutions, LLC
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq on behalf of Creditor XPO LOGISTICS, LLC
edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Joseph D Frank on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Robert C Furr, Esq on behalf of Creditor The American Bottling Company
ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

David L Gay, Esq. on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing
dgay@carltonfields.com, cguzman@carltonfields.com; efile@ecf.inforuptcy.com; miaecf@cfdom.net

Michael I Goldberg, Esq on behalf of Creditor Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Michael I Goldberg, Esq on behalf of Defendant Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Eric S. Golden, Esq. on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq. on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Joe M. Grant, Esq. on behalf of Creditor C.K.S. Packaging, Inc.
jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq. on behalf of Creditor Intrastate Distributing
jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Jordi Guso, Esq. on behalf of Debtor Bang Energy Canada, Inc.
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,

#50055351 v1

fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Debtor Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Interested Party Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

#50055351 v1

Jordi Guso, Esq. on behalf of Interested Party Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals International Sales, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Aaron L Hammer on behalf of Creditor Marc Kesten
ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com

Andrea S. Hartley on behalf of Creditor Monster Energy Company
andrea.hartley@akerman.com, janet.salinas@akerman.com

Ross R Hartog on behalf of Creditor Faith Technologies Incorporated
rhartog@mrthlaw.com,
ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

#50055351 v1

Daniel Harvath on behalf of Creditor Brendan Abbott
dharvath@harvathlawgroup.com

Daniel Harvath on behalf of Creditor Peter Fischer
dharvath@harvathlawgroup.com

Nicole Grimal Helmstetter on behalf of Creditor Premier Distributing Company
nicole.helmstetter@bipc.com,
elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com

Phillip M. Hudson III on behalf of Creditor Chubb Companies
pmhudson@duanemorris.com,
gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com

Christopher R Kaup on behalf of Creditor Nexus Steel, LLC
crk@tblaw.com, mburns@tblaw.com

Craig I Kelley on behalf of Creditor Carolina Canners, Inc.
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley on behalf of Creditor Southeast Cold Fill, LLC
craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Scott D Knapp on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Harris J. Koroglu on behalf of Creditor Truist Bank
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Matthew F Kye on behalf of Creditor Mitsubishi HC Capital America, Inc.
mkye@kyelaw.com

Dennis J LeVine, Esq on behalf of Creditor LMR TRUCKING, INC.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

#50055351 v1

Amy Leitch on behalf of Creditor Suddath Global Logistics, LLC
amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Peter H Levitt, Esq on behalf of Creditor Truist Bank
plevitt@shutts-law.com, sboisvert@shutts.com

Corali Lopez-Castro, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
clc@kttlaw.com, rcp@kttlaw.com

Justin M Luna on behalf of Defendant John H. Owoc
jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna on behalf of Defendant Megan E. Owoc
jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna on behalf of Interested Party Elite Island, LLC
jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna on behalf of Interested Party Megan Owoc
jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Nir Maoz on behalf of Creditor Orange Bang, Inc.
nmaoz@ktbslaw.com

Nir Maoz on behalf of Defendant Orange Bang, Inc.
nmaoz@ktbslaw.com

Isaac M Marcushamer, Esq. on behalf of Creditor VS Carbonics, Inc.
isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Jerry M Markowitz on behalf of Creditor CM Builders, Inc., d/b/a Integrated Masonry
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Faith Technologies Incorporated
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

#50055351 v1

Jerry M Markowitz on behalf of Creditor Lease Plan USA, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

David B Marks on behalf of Creditor Monster Energy Company
brett.marks@akerman.com, charlene.cerda@akerman.com

Jean-Claude Mazzola on behalf of Creditor CSPC Innovation Pharmaceutical Co., Ltd.
Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola on behalf of Creditor Shanghai Freeman Lifesciences Company
Jeanclaude@mazzolalindstrom.com

Brigette G McGrath on behalf of Interested Party ORBIS RPM, LLC
bmcgrath@askllp.com, mudem@askllp.com

Juan J Mendoza on behalf of Creditor Committee Creditor Committee
jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com

Fernando J Menendez on behalf of Creditor Committee Creditor Committee
fmenendez@sequorlaw.com, jdiaz@sequorlaw.com

Jacob D Morton on behalf of Creditor Refresco Beverages US Inc
jacob.morton@hklaw.com

Megan W Murray on behalf of Creditor Chestnut Hill Technologies, Inc.
mmurray@underwoodmurray.com, dstrand@underwoodmurray.com; kmilliken@underwoodmurray.com; kmilliken@ecf.courtdrive.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co, INC
aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq. on behalf of Creditor Hardrock Concrete Placement Co., Inc.
aneiwirthcourt@qpwblaw.com

Michael Jordan Niles on behalf of Debtor Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

#50055351 v1

Michael Jordan Niles on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles on behalf of Plaintiff Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack on behalf of Creditor Peter Fischer joe@packlaw.com

Jimmy D. Parrish on behalf of Creditor 1600FLL LLC
jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Justin D Plean on behalf of Creditor Hardrock Concrete Placement Co, INC
justin.plean@qpwblaw.com

Amanda E Preston on behalf of Interested Party KJ Can (Singapore) Pte. Ltd.
amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston on behalf of Interested Party Sidel Blowing and Services SAS
amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Veronica M Rabinowitz on behalf of Special Counsel David M Levine
rabinowitz@mm-pa.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Hamid R. Rafatjoo on behalf of Creditor ALDA 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor CI421 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor MFP 4747 W. Buckeye LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

#50055351 v1

Kenneth Scott Reynolds on behalf of Creditor Hardrock Concrete Placement Co, INC
scott@sgazlaw.com

Aliette D Rodz on behalf of Creditor Truist Bank arodz@shutts.com

Mark S. Roher, Esq. on behalf of Creditor Jasmin Williams
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dairy Farmers of America, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Doehler USA, Inc.
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Creditor Dohler Dahlenburg G.m.b.H
romeroe@bryancave.com, zeke.romero30@gmail.com

Alan R Rosenberg on behalf of Creditor Lease Plan USA, LLC
arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Ian M. Ross on behalf of Creditor Ball Metal Beverage Container Corp.
iross@sidley.com

Ian M. Ross on behalf of Creditor Warner Media Group iross@sidley.com

Steven R Safra on behalf of Creditor Cole, Scott & Kissane, P.A.
Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Mark Alan Salzberg on behalf of Interested Party KJ Can (Singapore) Pte. Ltd.
mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

David Samole, Esq on behalf of Creditor PepsiCo, Inc. together with its affiliates and subsidiaries
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Martin L Sandler, Esq on behalf of Creditor American Express National Bank and Amex TRS Co., Inc. martin@sandler-sandler.com

Michael D. Seese, Esq. on behalf of Creditor Driscoll, LLP
mseese@seeselaw.com, sseward@seeselaw.com

#50055351 v1

Zach B Shelomith on behalf of Creditor All Brands Distribution, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor ADM Wild Europe GmbH & Co. KG
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Archer Daniels Midland Company
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Wild Flowers Inc.
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Interested Party Elite Island, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Interested Party Jack H. Owoc
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Interested Party Megan Owoc
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Steven J. Solomon, Esq. on behalf of Creditor Krier Foods, Inc.
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com

Andrew Sorkin on behalf of Debtor Vital Pharmaceuticals, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Gavin N Stewart on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Annie Yang Stoops on behalf of Creditor Premium Beverage Company
annie.stoops@afslaw.com

Carolyn Tatkin on behalf of Creditor CM Builders, Inc. dba Integrated Masonry
tatkin@radixlaw.com

#50055351 v1

Frank Terzo, Esq. on behalf of Creditor Nelson Mullins Riley & Scarborough, LLP
frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

Christopher R Thompson on behalf of Creditor ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson on behalf of Creditor Americredit Financial Services, Inc. d/b/a GM Financial
crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Thomas W. Tierney on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin
ttierney@rosswayswan.com, kkelly@rosswayswan.com

Michael W Ullman, Esq on behalf of Creditor The Hamilton Group (Delaware), Inc.
michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Jason A. Weber, Esq. on behalf of Creditor Nexus Steel, LLC
jaw@tblaw.com, Nboffill@tblaw.com

Aaron A Wernick on behalf of Creditor Kathleen Cole
awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com

Aaron A Wernick on behalf of Interested Party Gekay Sales + Service Co., Inc.
awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

Mark J Wolfson, Esq on behalf of Creditor Webb & Gerritsen, Inc.
mwolfson@foley.com, crowell@foley.com

#50055351 v1