UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et. al.,

Debtors.
_____/

Chapter 11

Case No. 22-17842-PDR

(Jointly Administered)

**EX PARTE MOTION FOR ORDER AUTHORIZING
ATTORNEY AARON A. WERNICK TO APPEAR BY
VIDEO AT HEARING SET FOR APRIL 13, 2023, AT 2:30 P.M.**

KATHLEEN COLE, ("Ms. Cole"), by and through undersigned counsel, pursuant to FRCP 43(a), made applicable by FRBP 9017, and in accordance with this Court's "Hearings" guidelines, hereby moves this Court, on an ex parte basis, to enter an order authorizing her attorney, Aaron A. Wernick, to appear by video at the hearing set for April 13, 2023, at 2:30 p.m., and in support thereof, states as follows:

1. On April 13, 2023, there is a hearing set in this Court on Ms. Cole's *Motion for Allowance and Payment of Administrative Expense Claim and for Related Relief* [ECF 952] (the "Hearing").

2. Effective February 1, 2023, unless otherwise ordered, attorneys and *pro se* parties must attend all hearings in person.

3. Undersigned counsel recently underwent surgery and is still in the recovery process, and his mobility is significantly hampered.

4. Both the Debtor and the Creditor's Committee have consented to the relief sought in Ms. Cole's request for an administrative expense.

WHEREFORE, Ms. Cole, respectfully requests that this Court enter an order authorizing Attorney Aaron A. Wernick to appear by video at the Hearing set for April 13,

2023 at 2:30 p.m., substantially in the attached form, and granting any other and further relief as this Court deems just and proper.

>Respectfully submitted,
>
>Wernick Law, PLLC
>*Attorneys for Kathleen Cole*
>2255 Glades Road, Suite 324A
>Boca Raton, FL 33431
>(561)961-0922
>
>By: */s/ Aaron A. Wernick*
>Aaron A. Wernick, Esq.
>FL Bar No.: 14059
>awernick@wernicklaw.com

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et. al.,

Debtors.
_____/

Chapter 11
Case No. 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER AUTHORIZING ATTORNEY AARON A. WERNICK TO APPEAR BY VIDEO AT HEARING SET FOR APRIL 13, 2023 AT 2:30 P.M.**

THIS MATTER came before the Court without hearing, upon the *Ex Parte Motion for Order Authorizing Attorney Aaron A. Wernick to Appear by Video at the Hearing Set for April 13, 2023 at 2:30 p.m.* [ECF  ] (the "Motion") in the above-captioned case. The Court, having considered the Motion, hereby

**ORDERS** that:

1. The Motion is GRANTED.

2. Attorney Aaron A. Wernick is authorized to appear and testify by video at the Hearing (as described in the Motion) set for April 13, 2023 at 2:30 p.m. under the conditions set forth in the Motion.

###

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Kathleen Cole*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*