IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No. 22-17842 (PDR)

   Debtors.                                                    (Jointly Administered)
_____/

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Hearing re Motion to Sell Free and Clear of Liens (Excess Vehicles) Pursuant to 11 U.S.C. 363(f). [$188 Fee Amount] Filed by Debtor Vital Pharmaceuticals, Inc. (Guso, Jordi) (405)** (Docket No. 407)

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Novelis Corporation, Attn: Spooner Ward, VP at 3550 Peachtree Rd NE, Atlanta, GA 30326-1203, pursuant to USPS forwarding instructions:

- **Order Granting Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts** (Docket No. 962)

Dated: April 10, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Shayn Patrick Lewis | 1030 Waukazoo Ave | | Petoskey | MI | 49770-3125 |
| Walter Boyd | 3980 Old Sterlington Rd | Apt 1501 | Monroe | LA | 71203-2690 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Rogo Distributors | Attn: Clement Sayers | 180 Goodwin St | East Hartford | CT | 06108-1151 |
| Tulip Interfaces, Inc. | | 77 Middlesex Ave | Somerville | MA | 02145-1109 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1