

**ORDERED in the Southern District of Florida on April 11, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et. al.,

Debtors.
_____/

Chapter 11
Case No. 22-17842-PDR

(Jointly Administered)

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER AUTHORIZING
ATTORNEY AARON A. WERNICK TO APPEAR BY
VIDEO AT HEARING SET FOR APRIL 13, 2023 AT 2:30 P.M.**

THIS MATTER came before the Court without hearing, upon the *Ex Parte Motion for Order Authorizing Attorney Aaron A. Wernick to Appear by Video at the Hearing Set for April 13, 2023 at 2:30 p.m.* [ECF 1154] (the "Motion") in the above-captioned case. The Court, having considered the Motion, hereby

**ORDERS** that:

1. The Motion is GRANTED.

2. Attorney Aaron A. Wernick is authorized to appear and testify by video at the Hearing (as described in the Motion) set for April 13, 2023 at 2:30 p.m.

###

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Kathleen Cole*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court*