UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | |

**AMENDED[2] RE-NOTICE OF VIDEOTAPED RULE 2004
EXAMINATION *DUCES TECUM*** 

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of the above-referenced debtors (the "Debtors" or "Company"), requests that Krista Owoc, the EMEA Sales Account Executive of the Debtors, produce the documents, electronically stored information, or objects described on the attached subpoena, who must permit inspection, copying, testing, or sampling of the materials **on or before February 11, 2023** at **5:00 p.m. EST**, at the offices of **on or before February 10, 2023 at 9:30 a.m. EST, at the offices of Sequor Law, P.A., Attn: Leyza F. Blanco 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131**.

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, the Committee in the above-captioned chapter 11 cases of the Debtors, will examine Krista Owoc, under oath **on April 13, 2023 at 9:30 a.m. EST**. The examination will be via remote video

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Amended only to change from in person to remote video conference.

conference arranged by Sequor Law and will be recorded by sound, sound-and-visual, or stenographic means. The examination may continue from day to day until complete.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

Date: April 12, 2023
                **LOWENSTEIN SANDLER LLP**
                Jeffrey L. Cohen, Esq.
                Eric Chafetz, Esq.
                Jordana L. Renert, Esq.
                Lindsay H. Sklar, Esq.
                1251 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 262-6700
                Facsimile: (212) 262-7402
                Email: jcohen@lowenstein.com
                Email: echafetz@lowenstein.com
                Email: jrenert@lowenstein.com
                Email: lsklar@lowenstein.com
                -and-
                Nicole Fulfree, Esq.
                Erica G. Mannix, Esq.
                One Lowenstein Drive
                Roseland, New Jersey 07068
                Telephone: (973) 597-2502
                Facsimile: (973) 597-2400
                Email: nfulfree@lowenstein.com
                Email: emannix@lowenstein.com

                **SEQUOR LAW, P.A.**

                By: */s/ Leyza F. Blanco*
                      Leyza F. Blanco
                      Florida Bar No.: 104639
                      Juan J. Mendoza
                      Florida Bar No.: 113587
                      1111 Brickell Avenue, Suite 1250
                      Miami, FL 33131

Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 12, 2023, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic noticing in this case and via U.S. first-class mail, postage fully pre-paid, to Krista Owoc, 11807 SW 47th Ct, Fort Lauderdale, FL 33330.

*/s/ Leyza F. Blanco*
Leyza F. Blanco

**ZOOM LINK DETAILS**

Topic: Vital Pharmaceuticals - Examination of Krista Owoc
Time: Apr 13, 2023 09:30 AM Eastern Time (US and Canada)

Meeting ID: 829 6887 0152
**Passcode:** _____

***PLEASE NOTE: Please contact Jennifer Diaz, jdiaz@sequorlaw.com for the passcode which shall be provided upon receipt of executed Acknowledgement and Agreement to be Bound to Protective Order and Confidentiality Agreement, attached as Exhibit A to Docket Entry 823, Protective Order and Confidentiality Agreement.**

One tap mobile
+13052241968,,82968870152#,,,,*659737# US
+16468769923,,82968870152#,,,,*659737# US (New York)

Dial by your location
    +1 305 224 1968 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 386 347 5053 US
    +1 408 638 0968 US (San Jose)
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
Meeting ID: 829 6887 0152
Passcode: 659737
Find your local number: https://us06web.zoom.us/u/ktkEikFMJ