United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Steven J. Solomon Fiesta Warehousing & Distributio, 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 12, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com;dwen@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Aliette D Rodz
    on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
    on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
    on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
    on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
    on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com

Andrew Sorkin
    on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
    on behalf of Interested Party Megan Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Interested Party Jack H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Interested Party Elite Island  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Wild Flowers Inc. bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman
    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

District/off: 113C-0                           User: admin                                  Page 3 of 9
Date Rcvd: Apr 10, 2023                        Form ID: pdf004                              Total Noticed: 1

| | |
|---|---|
| Brendan S Everman | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Musica  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Capitol Records  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brigette G McGrath | on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com |
| C Craig Eller, Esq | on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| Carolyn Tatkin | on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com |
| Christopher R Kaup | on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, mburns@tblaw.com |
| Christopher R Thompson | on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Christopher R Thompson | on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Corali Lopez-Castro, Esq | on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com |
| Craig I Kelley | on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Dain De Souza | on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Dain De Souza | on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Daniel Harvath | on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com |
| Daniel Harvath | on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com |
| David Samole, Esq | on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Edward M Fitzgerald, Esq
    on behalf of Creditor RXO Capacity Solutions  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S. Golden, Esq.
    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
    on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com

Fernando J Menendez
    on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com

Frank Terzo, Esq.
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

G Steven Fender
    on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

G Steven Fender
    on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Gavin N Stewart
    on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com  gmkouri@bellsouth.net

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Isaac M Marcushamer, Esq.
    on behalf of Creditor VS Carbonics  Inc. isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 5 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

J. Steven Wilkes
        on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
        on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason A. Weber, Esq.
        on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
        on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
        on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz
        on behalf of Creditor CM Builders  Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
        on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
        on behalf of Creditor Lease Plan USA  LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd
        on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
        on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.
        on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.
        on behalf of Creditor C.K.S. Packaging  Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony
        on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jordi Guso, Esq.
        on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,

| | |
|---|---|
| | fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Joseph A Pack | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com  ngonzalez@sequorlaw.com |
| Justin D Plean | on behalf of Creditor Hardrock Concrete Placement Co  INC justin.plean@qpwblaw.com |
| Justin M Luna | on behalf of Interested Party Elite Island  LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | on behalf of Interested Party Megan Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | on behalf of Defendant Megan E. Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | on behalf of Defendant John H. Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | on behalf of Creditor Hardrock Concrete Placement Co  INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 7 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

        on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I
        on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kyler K Burgi
        on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.
        on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com

Leyza F. Blanco, Esq.
        on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com

Marc P Barmat
        on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark Alan Salzberg
        on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Mark J Wolfson, Esq
        on behalf of Creditor Webb & Gerritsen Inc. mwolfson@foley.com, crowell@foley.com

Mark S. Roher, Esq.
        on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Martin L Sandler, Esq
        on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com

Matthew F Kye
        on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Matthew G Davis
        on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Megan W Murray
        on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com

Melissa A. Campbell
        on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;mpetrovich@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D. Seese, Esq.
        on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq
        on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq
        on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles
        on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
        on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
        on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael R Dal Lago
        on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com

Michael R Dal Lago
        on behalf of Creditor The Kroger Co. mike@dallagolaw.com fvazquez@dallagolaw.com;kim@dallagolaw.com

Michael W Ullman, Esq
        on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nicole Grimal Helmstetter
        on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com

Nir Maoz

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 8 of 9 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | |
| | on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | |
| | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick R Dorsey | |
| | on behalf of Interested Party Megan Owoc pdorsey@slp.law dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com |
| Patrick R Dorsey | |
| | on behalf of Interested Party Elite Island LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com |
| Patrick R Dorsey | |
| | on behalf of Interested Party Jack H. Owoc pdorsey@slp.law dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com |
| Peter H Levitt, Esq | |
| | on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com |
| Philip W Crawford | |
| | on behalf of Creditor EFL Global pcrawford@gibbonslaw.com |
| Philip W Crawford | |
| | on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com |
| Phillip M. Hudson III | |
| | on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com |
| Ralph W. Confreda, Jr | |
| | on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com |
| Richard J Bernard, Esq. | |
| | on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | |
| | on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | |
| | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com |
| Robert P. Charbonneau, Esq. | |
| | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Ronald D. P. Bruckmann | |
| | on behalf of Creditor Graphic Packaging International LLC rbruckmann@shumaker.com, celgin@shumaker.com |
| Ronald D. P. Bruckmann | |
| | on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com |
| Ronald M Emanuel, Esq | |
| | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com |
| Ross R Hartog | |
| | on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com |
| Scott Andron | |
| | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | |
| | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |
| Steven R Safra | |
| | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com |
| Stuart F Wilson-Patton | |
| | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |

District/off: 113C-0                   User: admin                   Page 9 of 9
Date Rcvd: Apr 10, 2023           Form ID: pdf004          Total Noticed: 1

Thomas L Abrams
           on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
           on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com

Veronica M Rabinowitz
           on behalf of Special Counsel David M Levine rabinowitz@mm-pa.com
           vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
           on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 174



**ORDERED in the Southern District of Florida on April 8, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)
www.flsb.uscouts.gov**

In re:

                                               **Chapter 11**

**Vital Pharmaceuticals, Inc., et al.,**

                                               **Case No. 22-17842-PDR**

        **Debtors.**                                   **(Jointly Administered)**
_____/

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No. 1143 ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Erin Severini ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Creditor, Krier Foods, LLC ("the Client") in this case and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of the Client, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered

user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Steven J. Solomon
> Gray Robinson, P.A.
> 333 S.E. 2nd Avenue, Ste. 3200
> Miami, Florida 33131
> Telephone: (305-416-6880
> Facsimile: (305) 416-6887
> E-mail: steven.solomon@gray-robinson.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by**:

BY: /s/ *Steven J. Solomon*
Steven J. Solomon
Florida Bar No. 931969
GRAY │ ROBINSON
333 S.E. 2nd Avenue, Ste. 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Steven J. Solomon* is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.