**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al.,[1] | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____/ | |

**EX PARTE MOTION TO APPEAR PRO HAC VICE**

I, Michael R. Dal Lago ("**Movant**"), of the law firm Dal Lago Law, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Michael T. Crabb ("**Visiting Attorney**") of Kuckelman Torline Kirkland, an attorney admitted to practice and currently in good standing in the State of Kansas, and Missouri, United States District Court(s) for the District of Kansas, the Western District of Missouri, the Eastern District of Missouri, Central District of Illinois, Northern District of Illinois, and qualified to practice in this court, who proposes to act as counsel for Kuckelman Torline Kirkland, Inc. ("**Client**") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form of **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

# # #

Dated: April 14, 2023

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 0102185
Email: mike@dallagolaw.com

*Proposed Counsel for Creditor,*
*Kuckelman Torline Kirkland, Inc.*

-and-

Michael T. Crabb (Kansas Bar No. 24395)
KUCKELMAN TORLINE KIRKLAND
10740 Nall Avenue Suite 250
Overland Park, KS 66211
Telephone: (913)951-5651
Email: mcrabb@ktk-law.com

*Proposed Counsel for Creditor,*
*Kuckelman Torline Kirkland, Inc.*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service this 14th day of April 2023.

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 0102185

*Proposed Counsel for Creditor,*
*Kuckelman Torline Kirkland, Inc.*

# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |

_____/

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Michael T. Crabb, am a member in good standing of the bars of the State of Kansas and Missouri. I am a member in good standing of the bar of the United States District Courts for the District of Kansas, the Western District of Missouri, the Eastern District of Missouri, Central District of Illinois, Northern District of Illinois, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Kuckelman Torline Kirkland, Inc. ("**Client**"). I designate Michael R. Dal Lago ("**Local Counsel**") of Dal Lago Law, who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 14, 2023

Respectfully submitted,

**KUCKELMAN TORLINE KIRKLAND**
10740 Nall Ave Suite 250
Telephone: (913)948-8612

By: */s/ Michael T. Crabb*
Michael T. Crabb
Kansas Bar No. 24395
Email: mcrabb@ktk-law.com

*Proposed Counsel for Creditor,
Kuckelman Torline Kirkland, Inc.*

# Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____/ | |

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. __ ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Michael T. Crabb ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for Creditor, Kuckelman Torline Kirkland, Inc. ("**Client**") in this case and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Michael R. Dal Lago
> DAL LAGO LAW
> 999 Vanderbilt Beach Road
> Suite 200
> Naples, FL 34108
> Telephone: (239) 571-6877
> Florida Bar No. 0102185
> Email: mike@dallagolaw.com
> Additional emails: kim@dallagolaw.com, and
> fvazquez@dallagolaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

Submitted by:
Michael R. Dal Lago
DAL LAGO LAW
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877
Florida Bar No. 0102185
Email: mike@dallagolaw.com

Michael R. Dal Lago is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.