

ORDERED in the Southern District of Florida on April 13, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**AGREED ORDER GRANTING MOTION TO ALLOW CLAIM AS TIMELY FILED**

THIS MATTER came before the Court upon the *Motion to Allow Late Claim as Timely Filed* [ECF No. 954] (the "Motion") filed on March 16, 2023 by Ms. Jasmin Williams. The Court, having considered the Motion and having noted that the Debtors consent to the relief requested in

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

US-DOCS\138480896.10

the Motion, it is

      **ORDERED** that:

      1.     The Motion is GRANTED as set forth herein.

      2.     The proof of claim filed by Jasmin Williams [Claim No. 732] (the "Claim"), is deemed timely filed.

      3.     This Order shall not affect or otherwise impair the Debtors' rights to object to the merits of the Claim on any basis.

# # #

Submitted by:
Mark S. Roher, Esq.
LAW OFFICE OF MARK S. ROHER, P.A
*Counsel to Ms. Jasmin Williams*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Telephone: (305) 353-2200
mroher@markroherlaw.com


*(Attorney Roher is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*