# **Exhibit 6**

## Payment Details



**VITAL PHARMACEUTICALS INC - 1218046081**

**PAYMENT ID: 12902**

| | | | |
|---|---|---|---|
| ACH Company | VITAL PHARMACEUT | | |
| ACH Company ID | | | |
| From Account | VITAL PHARMACEUTICALS INC | | |
| From Account ID | | | |
| Payment Type | ACH - Cash Disbursement (CR) | | |
| Same Day | No | | |
| Value Date | 03/23/2022 | | |
| Batch Status | Released | | |
| Entry Method | Freeform | | |
| Batch Description | CASH DISB | | |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 03/22/2022 02:06:35 PM | ADMIN1 | 1218046081 |
| MODIFIED | 03/22/2022 01:19:03 PM | NSEGARRA | 1218046081 |
| ENTERED | 03/22/2022 01:15:48 PM | NSEGARRA | 1218046081 |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| Waukesha County Clerk | | 2,897,098.10 | | | Checking | Entered | 799316 34 | 053101120000001 |
| Addenda: | Webb & Gerritsen court order | | | | | | | |

| **Batch Totals** | | 2,897,098.10 | Credits - 1 | | Prenotes - 0 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0.00 | (Debits) - 0 | | | | | |