# **Exhibit 8**

FILED
03-20-2023
CLERK OF WISCONSIN
COURT OF APPEALS

OFFICE OF THE CLERK
**WISCONSIN COURT OF APPEALS**
110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688
Telephone (608) 266-1880
TTY: (800) 947-3529
Facsimile (608) 267-0640
Web Site: www.wicourts.gov

**DISTRICT II**

March 20, 2023

*To*:

Ellen Elaine Anderson
Electronic Notice

Tim Edwards
Electronic Notice

Matthew T. Fricker
Electronic Notice

James Eric Goldschmidt
Electronic Notice

Griffin Gross
Electronic Notice

Max S. Meckstroth
Electronic Notice

Thomas L. Shriner Jr.
Electronic Notice

Laina Stuebner
Electronic Notice

David H. Weber
Electronic Notice

You are hereby notified that the Court has entered the following order:

---

2022AP488 Webb & Gerritsen, Inc. v. Vital Pharmaceuticals, Inc. (L.C. # 2019CV1049)

Before Gundrum, P.J.

The appellant, by counsel, gives notice that it has filed for bankruptcy and that an automatic stay is in place. Consequently, this appeal is stayed until further order of this court. Within ninety days of the date of this order, if the appellate stay is not vacated before that time, the appellant shall file a status report addressing whether the bankruptcy filing requires this appeal to remain stayed. Therefore,

IT IS ORDERED that further proceedings in this appeal are stayed.

IT IS FURTHER ORDERED that within ninety days of the date of this order the appellant shall file the required status report.

---

*Sheila T. Reiff*
*Clerk of Court of Appeals*