UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC, *et al.*,

Case No. 22-17842-PDR
Chapter 11

Debtors.
_____/

**NOTICE OF WITHDRAWAL OF CROSS-NOTICE OF RULE 2004 EXAMINATION
OF THE DEBTORS AND DEBTORS-IN-POSSESSION [ECF NO. 1127]**

The American Bottling Company ("Creditor"), by and through undersigned counsel, withdraws the *Cross-Notice of Rule 2004 Examination of The Debtors and Debtors-In-Possession* [ECF No. 1127], filed on April 5, 2023.

Dated:  April 14, 2023

> FURR COHEN
> *Attorneys for American Bottling Company*
> 2255 Glades Road, Suite 419A
> Boca Raton, Florida 33431
> (561) 395-0500; (561) 338-7532 – facsimile
>
> By: /s/ Marc P. Barmat
>     Marc P. Barmat, Esq.
>     Florida Bar No.: 22365
>     Email: mbarmat@furrcohen.com
>
> -and-
>
> Gibson, Dunn & Crutcher LLP
> 2001 Ross Avenue, Suite 2100
> Dallas, Texas 75201
> Telephone: (214) 698-3170
> Facsimile: (214) 571-2900
> Email: RFalconer@gibsondunn.com
>
> By: /s/ Russell H. Falconer
>     Russell H. Falconer
>     Texas Bar No. 24069695

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case on April 14, 2023.

By: */s/ Marc P. Barmat*
Marc P. Barmat, Esq.