UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al.,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**OBJECTION OF CIRCLE K PROCUREMENT AND BRANDS, LTD. AND CIRCLE K STORES INC. TO THE DEBTORS' INITIAL AND AMENDED NOTICES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF THE DEBTORS AND THE <u>PROPOSED CURE AMOUNTS WITH RESPECT THERETO</u>**

Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through counsel, file this objection ("**Objection**") to the Debtors' (a) *Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned In Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [Docket No. 893] and (b) *Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [Docket No. 995].[2] In support of this Objection, Circle K states as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Cure Notices (defined herein).

**BACKGROUND**

1.      On October 10, 2022 (the "**Petition Date**"), each of the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2.      On January 27, 2023, the Debtors filed *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [Docket No. 707] (the "**Sale Motion**").

3.      On February 24, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "**Court**") entered the *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [Docket No. 854] (the "**Bidding Procedures Order**"), authorizing the Debtors to conduct an auction (the "**Auction**") to select the party to purchase substantially all of their assets (the "**Assets**") through either (a) one or more sales of the Assets (each, a "**Sale Transaction**") or (b) a transaction through a plan of reorganization.

4.      On or about March 3, 2023, the Debtors filed and served their initial *Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned In Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto*

[Docket No. 893] (the "**Initial Cure Notice**"). On March 21, 2023, the Debtors filed a *Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [Docket No. 995] (the "**Supplemental Cure Notice**" and, together with the Initial Cure Notice, the "**Cure Notices**").

5. The Debtors and Circle K are parties to multiple agreements. The Cure Notices fail to correctly identify all such agreements. Likewise, the Cure Notices fail to correctly identify the correct cure amounts for the listed agreements.

6. Bankruptcy Code section 365 requires both a proper cure of monetary defaults and adequate assurance of future performance in order for a debtor to assume and assign an executory contract. 11 U.S.C. § 365(b); *see also In re Ionosphere Clubs, Inc.*, 85 F.3d 992 (2d Cir. 1996).

7. The Initial Cure Notice references a Customer Agreement between CK Stores and Vital Pharmaceuticals, Inc. and identifies a cure amount of $614,098.70. It is unclear which agreement is intended by the reference in the Initial Cure Notice, but the cure amount stated is not correct. In the Supplemental Cure Notice, the Debtors repeat the same $614,098.70 cure amount, but instead refer to a contract entitled U.S. National Supplier and Purchase Agreement between CK Brands and Vital Pharmaceuticals, Inc. effective as of January 1, 2022 (the "**Supplier Agreement**"). CK Brands asserts that it is owed an inventory credit under the Supplier Agreement in the amount of $1,395,264.00. The details of CK Brands' inventory credit claim are set forth in its filed proof of claim, Claim No. 742, which is incorporated by reference herein as if fully set forth.

8. The Debtors and CK Stores are also parties to certain region-specific agreements (the "**Regional Agreements**"). Pursuant to the Regional Agreements, the Circle K parties

generally become entitled to certain rebates in connection with the purchase of inventory from the Debtors. Although the Regional Agreements do not appear to be referenced in the Cure Notices, the aggregate amount owed on account of such rebates totals approximately $769,060.74. The details of CK Stores' inventory credit claim are set forth in its filed proof of claim, Claim No. 741, which is incorporated by reference herein as if fully set forth.

9. Both Cure Notices also contain an additional reference to a contract with "GSP Marketing Technologies Circle K Stores, Inc." with a cure amount listed as $533.33. Circle K is researching this contract and reserves all rights.

10. Circle K and the Debtors have been working together to reach agreement regarding the correct identification of all of the key contracts governing their business relationship and the correct cure amounts due thereunder. Circle K has provided details to the Debtors supporting the cure amounts stated herein and copies of the referenced agreements, and continues to engage with the Debtors to resolve these issues. In furtherance of these discussions, the Debtors agreed to extend Circle K's deadline to object to the Cure Notices (the "**Extension**") pursuant to, and in accordance with, the Bidding Procedures Order, through and including April 14, 2023 (the "**CK Response Deadline**"). Accordingly, on March 31, 2023, Circle K filed the *Reservation of Rights of Circle K Procurement and Brands, Ltd. And Circle K Stores Inc. Regarding the Debtors' Cure Notices* [Docket No. 1100], among other things, informing the Court of the extension and expressly reserving Circle K's right file an objection by the CK Response Deadline.

11. Circle K submits this Objection to the Cure Notices in accordance with the CK Response Deadline. Circle K intends to continue to engage with the Debtors in an attempt to resolve the objections of Circle K and may further supplement or amend this Objection prior to any hearing on these matters as may be necessary or appropriate.

**RESERVATION OF RIGHTS**

12. Circle K expressly reserves all of its respective rights to supplement, modify, or amend this Objection and make such other and further objections to any assumption and assignment of any agreement between any Debtor and Circle K or any affiliate thereof until such time as a final order is entered approving all cure costs with respect to such agreement.

13. Circle K further reserves its right to supplement this Objection to the extent that Circle K is not provided with satisfactory adequate assurance of future performance. Nothing set forth herein shall constitute a waiver, discharge or disallowance of any and all rights, claims, causes of action and defenses that Circle K has asserted, or may assert, against the Debtors. In addition, nothing set forth herein shall be construed as a waiver, release, discharge or disallowance of any and all administrative claims Circle K may have against the Debtors.

**CONCLUSION**

**WHEREFORE**, Circle K respectfully requests that this Court enter an order (i) conditioning the entry of any order assuming and assigning any agreement with Circle K or any of its affiliate upon payment of the correct cure costs, plus additional amounts accruing under any such agreement, through and including the effective date of assumption and assignment, as set forth herein; and (ii) granting Circle K such other and further relief as this Court deems just and proper.

Dated: April 14, 2023

        Respectfully submitted,

        **BAST AMRON LLP**
        One Southeast Third Avenue
        Suite 2410
        Miami, Florida 33131
        Telephone: (305) 379-7904
        Facsimile: (305) 379-7905
        Email: ddesouza@bastamron.com
        Email: jleggett@bastamron.com

        By: */s/ Dain de Souza*
            Dain de Souza, Esq. (FBN 93708)
            Jaime B. Leggett, Esq. (FBN 1016485)

        and

        **CHIPMAN BROWN CICERO & COLE, LLP**
        Robert A. Weber (Admitted *Pro Hac Vice*)
        1313 N. Market Street, Suite 5400
        Wilmington, DE 19801
        Telephone: (302) 295-0196
        Email: Weber@chipmanbrown.com

        *Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 14th day of April, 2023 as follows

via electronic transmission to:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- Anthony J Aragona    aja@devaronalaw.com

- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi    kyler.burgi@dgslaw.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Dain De Souza    ddesouza@bastamron.com, jmiranda@bastamron.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Brendan S Everman    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com

- Ross R Hartog    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Nicole Grimal Helmstetter    nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Justin M Luna    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com
- Isaac M Marcushamer    isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Jean-Claude Mazzola    Jeanclaude@mazzolalindstrom.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Megan W Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean    justin.plean@qpwblaw.com
- Amanda E Preston    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

- Veronica M Rabinowitz    rabinowitz@mm-pa.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds    scott@sgazlaw.com
- Aliette D Rodz    arodz@shutts.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross    iross@sidley.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg    mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Annie Yang Stoops    annie.stoops@afslaw.com
- Carolyn Tatkin    tatkin@radixlaw.com
- Frank Terzo    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney    ttierney@rosswayswan.com, kkelly@rosswayswan.com
- Michael W Ullman    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber    jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick    awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com;cworkinger@wernicklaw.com
- J. Steven Wilkes    steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton    stuart.wilson-patton@ag.tn.govStuart F Wilson-Patton    stuart.wilson-patton@ag.tn.gov

Via U.S. Mail to:

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arielle B Adler
One Lowenstein Drive
Roseland,, NJ 07068

Paul M Alexander
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, GA 30309

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096

David M Barlow
2525 East Camelback Rd
Phoenix, AZ 85016-4229

Andrew Bean
2001 Ross Avenue # 2100
Dallas, TX 75201

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

Walter Benzija
40 Wall Street, 37th Floor
New York, NY 10005

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

CRG Financial LLC
84 Herbert Ave.
Building B - Suite 202
Closter, NJ 07624

Carrollton-Farmers Branch ISO
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Robert Charles Jr
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

Stephanie P Chery
7 Times Square
New York, NY 10036

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

John D'Amico
787 Seventh Avenue
New York, NY 10019

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068

Daniel L Geyser
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4229

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

David Levine
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Allison L Libeu
620 Newport Center Drive, # 1300
Newport Beach, CA 92660

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

Rachel Maimin
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Mark Margulies
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

Maura P McIntyre
1000 Key Tower, 127 Public Square
Cleveland, OH 44114

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Matthew Murray
40 Wall Street, 37th Floor
New York, NY 10005

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020

Jack H. Owoc
1600 N. Park Drive
Weston, FL 33326

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Jordana Renert
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

K. Scott Reynolds
3133 W. Frye Road #101
Phoenix, AZ 85226

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

David C Rose
7 Times Square
New York, NY 10036

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Lindsay Sklar
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Carolyn Tatkin, Esq
15205 N Kiedrland Blvd Suite 200
Scottsdale, AZ 85254

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

Brent C Williams
500 West Madison St # 300
Chcago, IL 60661

By: */s/ Dain de Souza*
       Dain de Souza, Esq.