UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

## CIRCLE K'S *EX PARTE* MOTION TO ALLOW ROBERT A. WEBER TO APPEAR BY ZOOM AT THE MAY 4, 2023 HEARING

Creditors Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through undersigned counsel, hereby file this *Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the May 4, 2023 Hearing* (the "**Motion**"), to permit Robert A. Weber to appear remotely via Zoom at the hearing currently scheduled for May 4, 2023 at 2:00 p.m. (Eastern) (the "**Hearing**") on Circle K's *Verified Motion To Allow Late Filed Claims As Timely* [ECF No. 1135]. In support of the Motion, Circle K respectfully represents as follows:

### I.  BACKGROUND

1.      On October 10, 2022 (the "**Petition Date**"), each of the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2.      On April 5, 2023, Circle K filed its *Verified Motion To Allow Late Filed Claims As Timely* [ECF No. 1135] (the "**Underlying Motion**"), which relates to two proofs of claims filed

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

by Circle K. As further detailed in the Underlying Motion, Circle K had discussed the filing of that Underlying Motion with the Debtors, and the Debtors agreed to the two subject claims being deemed timely filed, without prejudice to the Debtors' rights to object to the allowance of either or both of the subject claims on any basis, other than untimeliness.

3. On April 7, 2023, the Court filed its notice setting the Hearing on the Underlying Motion [ECF No. 1142].

4. Pursuant to the Court's Requirements and Procedures for Remote Attendance at Hearings, Circle K is now filing a motion to permit Mr. Weber to appear via Zoom at that Hearing.

## II. REQUESTED RELIEF AND BASIS THEREFOR

5. Pursuant to Section (c) of Your Honor's Requirements and Procedures for Remote Attendance at Hearings, an *ex parte* motion requesting leave to attend remotely for good cause must be filed not later than seven days before the hearing unless there are unforeseen circumstances.

6. Circle K submits that this Motion is being filed no later than seven days before the Hearing and good cause exists to grant the Motion. Mr. Weber resides outside of the State of Florida, and has been admitted *pro hac vice* by the Court [ECF No. 895]. Moreover, while Mr. Weber seeks to appear remotely via Zoom, Circle K's counsel in Florida, Bast Amron LLP, intends to be present in person at the Hearing.[2] Accordingly, Circle K moves, on an *ex parte* basis, for entry of an Order substantially in the form annexed hereto as **Exhibit "A"** authorizing Mr. Weber to appear at the Hearing via Zoom.

WHEREFORE, Circle K respectfully requests entry of an Order in the form annexed hereto as **Exhibit "A"** (i) authorizing Mr. Weber to appear remotely via Zoom and (ii) granting such

---

[2] As also noted above, and further described in the Underlying Motion, Circle K understands the Debtors do not oppose the relief sought by the Underlying Motion.

other and further relief as is just and proper.

Dated: April 14, 2023

        Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By:    */s/ Dain de Souza*
      Dain de Souza, Esq. (FBN93708)
      Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (admitted *pro hac vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of April, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

                                                    */s/ Dain de Souza*
                                                    Dain de Souza

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING CIRCLE K'S *EX PARTE* MOTION TO ALLOW
ROBERT A. WEBER TO APPEAR BY ZOOM
AT THE MAY 4, 2023 HEARING**

**THIS MATTER** having come before the Court, without hearing, upon *Circle K's Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the May 4, 2023 Hearing* [ECF No. ___] (the "Motion").[2] The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED** that:

1.   The Motion is **GRANTED**.

2.   Robert A. Weber is permitted to appear remotely via Zoom at the Hearing currently scheduled for May 4, 2023 at 2:00 p.m. (Eastern).

# # #

**Submitted by:**
Dain de Souza, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com


**Copies to:** *Dain de Souza, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.*