

ORDERED in the Southern District of Florida on April 14, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al.,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING CIRCLE K'S *EX PARTE* MOTION TO ALLOW
ROBERT A. WEBER TO APPEAR BY ZOOM
AT THE MAY 4, 2023 HEARING**

**THIS MATTER** having come before the Court, without hearing, upon *Circle K's Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the May 4, 2023 Hearing* [ECF No. 1173] (the "Motion").[2] The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

00753359.DOCX 1

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Robert A. Weber is permitted to appear remotely via Zoom at the Hearing currently scheduled for May 4, 2023 at 2:00 p.m. (Eastern).

# # #

**Submitted by:**
Dain de Souza, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com


**Copies to:** *Dain de Souza, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.*