**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL GREG ROBBINS, EUGENE BUKOVI, FRITZ TILUS, KRISTA OWOC, AND RYAN OWOC TO COMPLY WITH 2004 NOTICES [DOCKET NO. 1034]**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby files this notice of withdrawal of the *Motion of the Official Committee of Unsecured Creditors to Compel Greg Robbins, Eugene Bukovi, Fritz Tilus, Krista Owoc, and Ryan Owoc to Comply with 2004 Notices* [Docket No. 1034].

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on April 14, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date: April 14, 2023

Respectfully submitted,
**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
-and-

1

Nicole Fulfree, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:     (305) 372-8282
Facsimile:     (305) 372-8202

By:   */s/ Leyza F. Blanco*
      Leyza F. Blanco
      Florida Bar No.: 104639
      Juan J. Mendoza
      Florida Bar No.: 113587