UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-17842-PDR<br>Hon. Peter D. Russin<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I certified that a true copy of the foregoing *Motion of Webb & Gerritsen, Inc. to Lift Automatic Stay to Allow the Debtor's Appeal Pending in Wisconsin Court of Appeals to Proceed* [Dkt. No. 1168] and *Motion of Webb & Gerritsen, Inc. to Allow Late Filing of Proof of Claim* [Dkt. No. 1169] were served on April 14, 2023 (i) via CM/ECF on all parties requesting electronic notification in this case, (ii) via electronic mail on the attached Service List, and (ii) via U.S. Mail on the parties listed on the attached Master Service List.

Dated:  April 17, 2023

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ Mark J. Wolfson
Mark J. Wolfson (FL Bar No. 0352756)
*Counsel to Webb & Gerritsen, Inc.*
100 North Tampa Street
Suite 2700
Tampa, Florida 33609
(813) 225-4119
mwolfson@foley.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

4876-9844-6685.1

## SERVICE LIST

**The Debtors**
Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins and Gregg Metzger
Email: Greg.Robbins@bangenergy.com
Email: Gregg.Metzger@bangenergy.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin
Email: andrew.sorkin@lw.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton and Jonathan Weichselbaum
Email: liza.burton@lw.com
Email: jon.weichselbaum@lw.com

**Co-counsel for the Debtors**
Berger Singerman LLP
1450 Brickell Avenue, Unit 1900
Miami, FL 33131
Attn: Jordi Guso and Michael Niles
Email: JGuso@bergersingerman.com
Email: mniles@bergersingerman.com

**The Agent**
Truist Bank
10500 Little Patuxent Parkway Suite 450
Columbia, MD 21046
Mail Code 420-20-01-00
Attn: Jade Silver
Email: jade.silver@truist.com

**Co-counsel to the Agent**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas, Steve Gruendel, and Cole Richins
Email: luislluberas@mvalaw.com

Email: stevegruendel@mvalaw.com
Email: colerichins@mvalaw.com

**Co-counsel to the Agent**
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Attn: Aliette D. Rodz, Peter Levitt, Harris J. Koroglu, and Martha M. Ferral
Email: ARodz@shutts.com
Email: plevitt@shutts.com
Email: hkoroglu@shutts.com
Email: MFerral@shutts.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP,
1251 Avenue of the Americas,
New York, NY 10020
Attn: Jeffrey Cohen, Eric Chafetz, and Lindsay Sklar
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: lsklar@lowenstein.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix
Email: emannix@lowenstein.com

**Co-counsel to the Committee**
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco and Fernando Menendez
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com

**The U.S. Trustee**
51 SW First Avenue, Room 1204
Miami, Florida 33130
Attn: Steve Wilkes and Heidi A. Feinman
Email: steven.wilkes@usdoj.gov
Email: heidi.a.feinman@usdoj.gov

# MASTER SERVICE LIST

| | | |
|---|---|---|
| 1600FLL LLC<br>c/o Baker & Hostetler LLP<br>Attn: Jimmy D. Parrish, Esq.<br>200 S Orange Ave, Suite 2300<br>Orlando, FL 32801 | 7-Eleven, Inc.<br>3200 Hackberry Rd<br>Irving, TX 75063-0131 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington, TX 76096 |
| Alabama Office of the Attorney General<br>501 Washington Ave<br>Montgomery, AL 36104 | Alaska Office of the Attorney General<br>1031 W 4th Ave Ste 200<br>Anchorage, AK 99501 | All Brands Distribution, LLC<br>c/o LSS Law<br>Attn: Zach B. Shelomith, Esq.<br>2699 Stirling Rd, Suite C401<br>Ft. Lauderdale, FL 33312 |
| Ally Bank Department c/o AIS Portfolio Services LLC<br>Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158<br>Attn: Arvind Nath Rawal<br>4515 N Santa Fe Ave, Dept. APS<br>Oklahoma City, OK 73118 | Americredit Financial Services, Inc. d/b/a GM Financial<br>801 Cherry St. #3500<br>Fort Worth, TX 76102<br><br>Ardagh Metal Beverage USA, Inc.<br>Attn: Curt Rothlisberger<br>8770 W Bryn Mawr Ave<br>Suite 175,<br>Chicago, IL 60631-3515 | Americredit Financial Services, Inc. d/b/a GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143<br><br>Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc.<br>c/o Shumaker Loop & Kendrick LLP<br>Attn: Ronald Bruckmann, Esq.<br>& David H. Conaway, Esq.<br>101 S Tryon St, Suite 2200<br>Charlotte, NC 28280 |
| Arizona Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | Arkansas Office of the Attorney General<br>323 Center St Ste 200<br>Little Rock, AR 72201 | Balboa Capital Corporation<br>c/o McGlinchey Stafford<br>Attn: Ralph W. Confreda, Jr., Esq.<br>1 E Broward Blvd, Suite 1400<br>Fort Lauderdale, FL 33301 |
| Ball Metal Beverage Container Corp<br>10 Longs Peak Dr<br>Broomfield, CO 80021 | Ball Metal Beverage Container Corp.<br>c/o Sidley Austin LLP<br>Attn: Ian M. Ross, Esq.<br>1001 Brickell Bay Avenue, Suite 900<br>Miami, FL 33131 | Belvac Production Machinery, Inc.<br>Attn: Zach Cheatham<br>237 Graves Mill Rd<br>Lynchburg, VA 24502-4203 |
| Bevcorp LLC<br>5655 Paysphere Cir<br>Chicago, IL 60674 | BFG Corporation<br>7211 N. McKinley Road<br>Lake Forest, IL 60045 | Brendan Abbott and Peter Fischer<br>c/o Pack Law<br>Attn: Joseph A. Pack, Jessey J. Krehl<br>51 Northeast 24th Street, Suite 108,<br>Miami, FL 33137 |
| Broward County, Florida<br>c/o the Records, Taxes & Treasury Div<br>Attn: Andrew J. Meyers & Scott Andron<br>115 S Andrews Ave, Suite A100<br>Ft. Lauderdale, FL 33301-1895 | California Office of the Attorney General<br>PO Box 944255<br>Sacramento, CA 94244-2550 | Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC]<br>c/o Kelley Fulton Kaplan & Eller PL<br>Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq.<br>1665 Palm Beach Lakes Blvd, The Forum, Suite 1000<br>West Palm Beach, FL 33401 | Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder Collins & Mott LLP<br>Attn: Linda D. Reece<br>1919 S Shiloh Rd, Suite 640, LB 40<br>Garland, TX 75042 | Centurylink Communications, LLC<br>Level 3 Communications LLC CenturyLink Company<br>100 Centurylink Dr<br>Monroe, LA 71203 |

4876-9844-6685.1

Chestnut Hill Technologies, Inc.
c/o Underwood Murray, P.A.
Attn: Megan W. Murray, Esq.
100 N Tampa St, Suite 2325
Tampa, FL 33602

CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC
c/o Raines Feldman LLP
Attn: Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.
c/o Bast Amron LLP
Attn: Dain De Souza, Esq.,
Jamie B. Leggett, Esq.
One Southeast Third Avenue, Suite 2410,
Miami, FL 33131

Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.
c/o Chipman Brown Cicero & Cole, LLP
Attn: Robert A. Weber, Esq.
1313 N. Market Street, Suite 5400,
Wilmington, DE 19801

CM Builders, Inc. dba Integrated Masonry
c/o Radix Law
Attn: Carolyn R. Tatkin
15205 N. Kierland Blvd., Suite 200,
Scottsdale, AZ 85254

CM Builders, Inc., d/b/a Integrated Masonry
c/o Markowitz, Ringel, Trusty & Hartog, P.A.
Attn: Jerry M. Markowitz, Esq.
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156-7849

Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl,
Denver, CO 80203

Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Crown Cork & Seal USA, Inc
Christine J. Horn & Jake Soumis
770 Township Line Rd
Yardley, PA 19067-4219

Crown Cork & Seal USA, Inc.
c/o Dilworth Paxson LLP
Attn: Anne M. Aaronson, Esq.
1500 Market St, Suite 3500E
Philadelphia, PA 19102

Crown Equipment Corporation
2971 Center Port Circle
Pompano Beach, FL 33064

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173

Cryo-Lease, LLC
48 Pine Road
Brentwood, NH 03833

Dairy Farmers of America, Inc.
c/o Bryan Cave Leighton Paisner LLP
Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq.
1200 Main St, Suite 3800
Kansas City, MO 64105-2122

Dairy Farmers of America, Inc.
c/o Bryan Cave Leighton Paisner LLP
Attn: Ezequiel J. Romero, Esq.
200 S Biscayne Blvd, Suite 400
Miami, FL 33131

Dallas County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: John K. Turner
2777 N Stemmons Frwy Ste 1000,
Dallas, TX 75207

DeLage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Direct Connect Logistix, Inc.
Attn: Leslie Maish
980 Enchanted Way, Ste 100,
Simi Valley, CA 93065-0912

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Ezequiel J. Romero, Esq.
200 S Biscayne Blvd, Suite 400
Miami, FL 33131

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Robert J. Lystad, Esq.
One Atlantic Center, 14th Floor,
1201 W Peachtree St NW
Atlanta, GA 30309

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Jarret P. Hitchings, Esq.
One Wells Fargo Center, 301 S College St
Charlotte, NC 28202

Doehler USA, Inc.
Paul Graham
400 High Point Rd SE Suite 100
Cartersville, GA 30120-6610

EastGroup Properties, LP
c/o Gamberg & Abrams
Attn: Thomas L. Abrams, Esq.
633 S Andrews Ave, Suite 500
Fort Lauderdale, FL 33311

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Philip W. Crawford, Esq.
2054 Vista Pkwy, Suite 400
West Palm Beach, FL 33411-4309

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Kevin R. Reich
One Gateway Center,
Newark, NJ 07102-5310

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Brett S. Theisen
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

EVOX FL Pembroke 20351 LLC
c/o Davis Graham & Stubbs LLP
Attn: Kyler K. Burgi
1550 17th St, Suite 500
Denver, CO 80202

4876-9844-6685.1

| | | |
|---|---|---|
| Faith Technologies Incorporated<br>c/o Markowitz Ringel Trusty & Hartog, PA<br>Attn: Ross R. Hartog, Esq.<br>101 NE Third Ave, Suite 1210<br>Fort Lauderdale, FL 33301 | Fiesta Warehousing & Distribution, Co.<br>c/o GrayRobinson, P.A.<br>Attn: Steven J. Solomon, Esq.<br>333 SE 2nd Avenue, Suite 3200<br>Miami, FL 33131 | Fischer & Abbott Putative Classes<br>c/o Harvath Law Group LLC<br>Attn: Daniel F. Harvath, Esq.<br>75 W Lockwood Ave, Suite 1<br>Webster Groves, MO 63119 |
| Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | Florida Office of Attorney General<br>The Capitol Pl-01<br>Tallahassee, FL 32399-1050 | Florida Office of the Attorney General<br>State of Florida<br>The Capitol Pl 01<br>Tallahassee, FL 32399 |
| Fona International Inc.<br>Michelle Stehouwer<br>1900 Averill Rd<br>Geneva, IL 60134 | FONA International, Inc.<br>c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Attn: Melissa A. Campbell, Esq.<br>200 S Orange Ave, Ste 2900, PO Box 1549,<br>Orlando, FL 32802-1549 | Gekay Sales + Service Co., Inc.<br>c/o Wernick Law PLLC<br>Attn: Aaron A. Wernick, Esq.<br>2255 Glades Rd, Suite 324A<br>Boca Raton, FL 33431 |
| Georgia Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA 30334 | GM Financial Leasing<br>c/o Burr & Forman LLP<br>Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq.<br>200 S Orange Ave, Suite 800<br>Orlando, FL 32801 | Graphic Packaging International<br>Kara D'Amato<br>PO Box 404170<br>Atlanta, GA 30384-4170 |
| GreatAmerica Financial Services Corporation<br>PO Box 660831<br>Dallas, TX 75266-0831 | Green Wave Ingredients (GWI)<br>Preciado, Elizabeth<br>PO Box 102922<br>Pasadena, CA 91189-2922 | HACI Mechanical Contractors, Inc.<br>c/o Paskert Divers Thompson<br>Attn: Matthew G. Davis, Esq.,<br>Alston A. Merritt, Esq.<br>100 N Tampa St, Suite 3700<br>Tampa, FL 33602 |
| Hardrock Concrete Placement Co, INC<br>c/o Quintairos, Prieto, Wood & Boyer, PA<br>Attn: Justin Plean, Esq.<br>1475 Centrepark Blvd., Suite 130<br>West Palm Beach, FL 33401 | Hardrock Concrete Placement Co., Inc.<br>c/o Quintairos, Prieto, Wood & Boyer, P.A.<br>Attn: Arthur C. Neiwirth<br>2400 East Commercial Blvd, Suite 520<br>Ft. Lauderdale, FL 33308 | Hardrock Concrete Placement Co., Inc.<br>c/o Satterlee Gibbs PLLC<br>Attn: K. Scott Reynolds<br>3133 W. Frye Rd., Suite 101,<br>Chandler, AZ 85226 |
| Hawaii Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Hitachi Capital America Corp.<br>21925 Network Place<br>Chicago, IL 60673-1219 | Idaho Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID 83720 |
| Illinois Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph St,<br>Chicago, IL 60601 | Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W Washington St 5th Fl,<br>Indianapolis, IN 46204 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Ogden Service Center<br>PO Box 409101<br>Ogden, UT 84409 | Intrastate Distributing and<br>C.K.S. Packaging, Inc.<br>c/o Lorium PLLC<br>Attn: Joe M. Grant, Esquire<br>197 S Federal Hwy, Ste 200,<br>Boca Raton, FL 33432 | Inventus, LLC Legility<br>Jo Anna Williams<br>PO Box 130114<br>Dallas, TX 75313-0114 |

4876-9844-6685.1

| | | |
|---|---|---|
| Iowa Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109,<br>Des Moines, IA 50319 | Jack H. Owoc<br>1600 N. Park Drive<br>Weston, FL 33326 | Jack Owoc and Megan E. Owoc<br>1600 N. Park Drive<br>Weston, FL 33326 |
| John H. Owoc<br>1600 N Park Drive<br>Weston, FL 33326 | John Owoc, Megan Owoc, and Elite Island, LLC<br>c/o Shraiberg Page, P.A.<br>Attn: Patrick R. Dorsey, Bradley S. Shraiberg<br>2385 NW Executive Center Drive, Suite 300,<br>Boca Raton, FL 33431 | Kansas Office of the Attorney General<br>120 SW 10th Ave 2nd Fl<br>Topeka, KS 66612 |
| Kathleen Cole<br>c/o Wernick Law, PLLC<br>Attn: Aaron A. Wernick, Esq.<br>2255 Glades Road, Suite 324A,<br>Boca Raton, FL 33431 | Kentucky Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118,<br>Frankfort, KY 40601 | KJ Can (Singapore) Pte. Ltd.<br>c/o Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzaberg<br>2550 M Street NW,<br>Washington, DC 20037 |
| Krier Foods, Inc.<br>Attn: GrayRobinson, P.A.<br>Attn: Steven J. Solomon, Esq.<br>333 S. E. 2nd Avenue, Suite 3200,<br>Miami, FL 33131 | Kuckelman Torline Kirkland, Inc.<br>c/o Dal Lago Law<br>Attn: Michael R. Dal Lago, Esq.<br>999 Vanderbilt Beach Road, Ste 200,<br>Naples, FL 34108 | Lease Plan USA, LLC<br>c/o Markowitz, Ringel, Trusty & Hartog, P.A.<br>Attn: Jerry M. Markowitz, Esq., Alan R. Rosenberg, Esq.<br>9130 South Dadeland Boulevard, Suite 1800,<br>Miami, FL 33156-7849 |
| LMR Trucking, Inc.<br>c/o Brock & Scott, PLLC<br>Attn: Dennis J. Levine, Esq.<br>4919 Memorial Hwy, Suite 135<br>Tampa, FL 33634 | Louisiana Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA 70802 | Maine Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Marc Kesten<br>c/o Horwood Marcus & Berk Chartered<br>Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq.<br>500 W Madison St, Suite 3700<br>Chicago, IL 60661 | Maricopa County Treasurer<br>Attn: Peter Muthig<br>225 W Madison St<br>Phoenix, AZ 85003 | Maryland Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD 21202 |
| Massachusetts Office of the Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108 | Michigan Department of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W Ottawa St,<br>Lansing, MI 48933 | Minnesota Office of the Attorney General<br>445 Minnesota St Suite 1400<br>St. Paul, MN 55101 |
| Mississippi Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200,<br>Jackson, MS 39201 | Missouri Attorney General's Office<br>Supreme Court Building<br>207 W High St,<br>Jefferson City, MO 65101 | Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group PC<br>Attn: Matthew F. Kye, Esq.<br>201 Old Country Rd, Suite 120<br>Melville, NY 11747 |
| Monster Energy Company<br>c/o Hueston Hennigan LLP<br>Attn: John C Hueston<br>523 W 6th St, Suite 400,<br>Los Angeles, CA 90014 | Monster Energy Company<br>c/o Akerman LLP<br>Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq.<br>201 E Las Olas Blvd, Suite 1800<br>Ft. Lauderdale, FL 33301 | Monster Energy Company<br>c/o Akerman LLP<br>Attn: Andrea S. Hartley, Esq.<br>Three Brickell City Centre, 98 SE Seventh St, Suite 1100<br>Miami, FL 33131 |

4876-9844-6685.1

| | | |
|---|---|---|
| Montana Office of the Attorney General<br>215 N. Sanders<br>Justice Building, Third Fl,<br>Helena, MT 59601 | Nebraska Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | Nelson Mullins Riley & Scarborough LLP<br>1320 Main St Fl 17<br>Columbia, SC 29201-3268 |
| Nelson Mullins Riley & Scarborough, LLP<br>Attn: Scott D. Knapp, Esq. &<br>Frank P. Terzo, Esq.<br>100 SE 3rd Ave, Suite 2700,<br>Ft. Lauderdale, FL 33394 | Nevada Office of the Attorney General<br>Old Supreme Court Building<br>100 N Carson St,<br>Carson City, NV 89701 | New Hampshire Office of the Attorney General<br>NH Department Of Justice<br>33 Capitol St.,<br>Concord, NH 03301 |
| New Jersey Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8th Fl, West Wing,<br>Trenton, NJ 08611 | New Mexico Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building,<br>Santa Fe, NM 87501 | New York Office of the Attorney General<br>The Capitol<br>Albany, NY 12224 |
| Nexus Steel, LLC<br>c/o Tiffany & Bosco, P.A.<br>Attn: Christopher R. Kaup<br>2525 E Camelback Rd, Fl 7<br>Phoenix, AZ 85016-4237 | Nexus Steel, LLC<br>c/o Tiffany & Bosco, P.A.<br>Attn: Jason A. Weber<br>1000 Corporate Drive, Suite 150,<br>Fort Lauderdale, FL 33334 | North Carolina Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC 27603 |
| North Dakota Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave Dept. 125<br>Bismarck, ND 58505 | Office of the Attorney General of the District Of Columbia<br>441 4th St NW Suite 1100<br>Washington, DC 20001 | Office of the U.S. Trustee for the Southern District of Florida<br>51 SW 1st Ave<br>Miami, FL 33130 |
| Official Committee of Unsecured Creditors<br>c/o Stellar Group, Inc.<br>Attn: Clint E. Pyle<br>2900 Hartley Rd,<br>Jacksonville, FL 32257-8221 | Official Committee of Unsecured Creditors<br>c/o Archer Daniels Midland Co.<br>Attn: Mark H. Speiser<br>4666 Faries Parkway,<br>Decatur, IL 62526 | Official Committee of Unsecured Creditors<br>c/o Trinity Logistics, Inc.<br>Attn: Douglas Potvin<br>50 Fallon Avenue,<br>Seaford, DE 19973 |
| Official Committee of Unsecured Creditors<br>c/o Ardagh Metal Packaging USA Corp.<br>Attn: Curt Rothlisberger<br>8770 W Bryn Mawr Avenue,<br>Chicago, IL 60631 | Official Committee of Unsecured Creditors<br>c/o Crown Cork & Seal USA, Inc.<br>Attn: Ron Cenderelli<br>770 Township Line Road,<br>Yardley, PA 19067 | Official Committee of Unsecured Creditors<br>c/o QuikTrip Corporation<br>Attn: Marshall J. Wells<br>4705 S 129th East Ave,<br>Tulsa, OK 74134 |
| Official Committee of Unsecured Creditors<br>c/o XPO Logistics, L.L.C.<br>Attn: Stephanie Penninger<br>11215 North Community House Road,<br>Charlotte, NC 28277 | Official Committee of Unsecured Creditors<br>c/o Sequor Law PA<br>Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq.<br>1111 Brickell Ave, Suite 1250<br>Miami, FL 33131 | Official Committee of Unsecured Creditors<br>c/o Lowenstein Sandler LLP<br>Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq.<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 |
| Official Committee of Unsecured Creditors<br>c/o Lowenstein Sandler LLP<br>Attn: Nicole Fulfree, Esq.<br>One Lowenstein Drive,<br>Roseland, NJ 07068 | Official Committee of Unsecured Creditors<br>c/o Warner Music Group Corp.<br>Attn: Matt Blum<br>70 Music Sq W, Suite 341,<br>Nashville, TN 37203 | Official Committee of Unsecured Creditors<br>c/o PepsiCo., Inc.<br>Attn: W. Conrad Ragan<br>1100 Reynolds Blvd.,<br>Winston-Salem, NC 27105 |

4876-9844-6685.1

Official Committee of Unsecured Creditors
c/o The American Bottling Co., Inc.
Attn: Stephen Cole
6425 Hall of Fame Ln.,
Frisco, TX 75034-1954

Official Committee of Unsecured Creditors
c/o Harvath Law Group, L.L.C.
Attn: Daniel F. Harvath, Peter Fischer
75 W. Lockwood, Ste. 1,
Webster Groves, MO 63119

Ohio Attorney General's Office
State Office Tower
30 E Broad St 14th Fl,
Columbus, OH 43215

Oklahoma Tax Commission
Attn: Bankruptcy
PO Box 269056
Oklahoma City, OK 73126

Orange Bang, Inc.
c/o Knobbe Martens Olson & Bear LLP
Attn: Steven J Nataupsky
2040 Main St, 14th Floor,
Irvine, CA 92614

Orange Bang, Inc.
c/o Fender Bolling and Paiva PA
Attn: G. Steven Fender, Esq.
PO Box 1545,
Ft. Lauderdale, FL 33302

Orange Bang, Inc.
c/o KTBS Law LLP
Attn: Nir Maoz & Thomas E. Patterson
1801 Century Park East, 26th Floor
Los Angeles, CA 90067

ORBIS RPM, LLC
c/o ASK LLP
Attn: Brigette McGrath, Esq.
2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121

Oregon Department Of Justice
1162 Court St NE
Salem, OR 97301

Pennsylvania Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

PepsiCo
Attn: Eric Hansen
15 Melanie Ln
East Hanover, NJ 07936

PepsiCo, Inc.
c/o FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C. Kleinman
1327 W Washington Blvd, Suite 5G-H
Chicago, IL 60607

PepsiCo, Inc.
c/o Kozyak Tropin & Throckmorton LLP
Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq.
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

Pettit Kohn Ingrassia Lutz & Dolin
c/o Rossway Swan Tierney Barry & Oliver PL
Attn: Thomas W. Tierney, Esq.
2101 Indian River Blvd, Suite 200
Vero Beach, FL 32960

Premier Distributing Company
Julie Ryan
1017 Santa Fe
Clovis, NM 88101

Premier Distributing Company
c/o Buchanan Ingersoll & Rooney PC
Attn: Nicole Grimal Helmstetter
2 South Biscayne Blvd., Suite 1500,
Miami, FL 33131

Premium Beverage Company
c/o Arentfox Schiff LLP
Attn: Andy S. Kong, Esq. & Annie Y. Stoops
555 W Fifth St, 48th Floor
Los Angeles, CA 90013

Priority-1, Inc.
Attn: Chris Michaels, General Counsel
1800 E Roosevelt Rd
Little Rock, AR 72206-2516

QuikTrip Corporation
4705 S 129th East Ave
Tulsa, OK 74134-7005

Refresco Beverages US Inc.
[Cott Beverages Inc.]
c/o Holland & Knight LLP
Attn: William Keith Fendrick
100 N Tampa St, Suite 4100
Tampa, FL 33602

Rhode Island Office of the Attorney General
150 S Main St
Providence, RI 02903

Santander Consumer USA Inc.
dba Chrysler Capital
c/o Gerard M. Kouri, Jr., P.A.
Attn: Gerard M. Kouri, Jr., Esq.
5311 King Arthur Avenue,
Davie, FL 33331

Securities & Exchange Commission
Attn: Regional Director
5000 T Rex ave
Ste 300,
Boca Raton, FL 33431-4491

Securities & Exchange Commission
Office of Reorganization
950 E Paces Ferry Rd NE
Suite 900,
Atlanta, GA 30326-1382

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd.
c/o Mazzola Lindstrom LLP
Attn: Jean-Claude Mazzola, Esq.
1350 Avenue of the Americas, Second Floor,
New York, NY 10019

SLBS Limited Partnership d/b/a Summit Distributing
c/o Carlton Fields, PA
Attn: David L. Gay, Esq.
2 MiamiCentral 700 NW 1st Ave, Suite 1200
Miami, FL 33136

4876-9844-6685.1

Sony
c/o Pryor Cashman LLP
Attn: James G. Sammataro, Brendan Everman
255 Alhambra Circle, 8th Floor,
Miami, FL 33134

Sony
c/o Pryor Cashman LLP
Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag
7 Times Square, 40th Floor,
New York, NY 10036-6569

South Carolina Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519,
Columbia, SC 29201

South Dakota Office of the Attorney General
1302 E Highway 14 Ste 1
Pierre, SD 57501

Southeast Cold Fill, LLC
[Carolina Canners, Inc, NoSo Holdings, LLC]
c/o Kelley Fulton Kaplan & Eller PL
Attn: Craig I. Kelley, Esq.
1665 Palm Beach Lakes Blvd,
The Forum, Suite 1000
West Palm Beach, FL 33401

Southern District of Florida Attorneys Office
99 NE 4th St
Miami, FL 33128

Speedway LLC
Chris Johnson
PO Box 7600
Springfield, OH 45501-7600

States Logistics Services, Inc.
c/o Golan Christie Taglia LLP
Attn: Barbara L. Yong, Esq.
70 W Madison St, Suite 1500
Chicago, IL 60602

Stellar Group, Inc.
Attn: Derek Bickerton
2900 Hartley Rd
Jacksonville, FL 32257-8221

Stellar Group, Inc.
c/o Agentis PLLC
Attn: Robert P. Charbonneau & Jesse R. Cloyd
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134

XPO Logistics, LLC
c/o Holland & Knight LLP
Attn: Edward M. Fitzgerald, Esq.
200 S Orange Ave, Suite 2600
Orlando, FL 32802-1526

Tennessee Office of the Attorney General
301 6th Ave N
Nashville, TN 37243

Texas Office of the Attorney General
300 W. 15Th St
Austin, TX 78701

TFG-Leasing Fund III, LLC
6995 Union Park Center
Suite 400,
Cottonwood Heights, UT 84047

The American Bottling Company
c/o Swartz Campbell LLC
Attn: Joseph S. Naylor
300 Delaware Avenue, Suite 1410,
Wilmington, DI 19801

The American Bottling Company
c/o Furr and Cohen PA
Attn: Robert C. Furr, Esq. &
Marc P. Barmat, Esq.
2255 Glades Rd, Suite 419A
Boca Raton, FL 33431

The Hamilton Group (Delaware), Inc.
c/o Ullman & Ullman PA
Attn: Michael W. Ullman & Jared A. Ullman
2500 N Military Trail, Suite 100
Boca Raton, FL 33431

The Huntington National Bank
7 Easton Oval
Columbus, OH 43219

The Huntington National Bank
PO Box 9
Buffalo, NY 14240

The Kroger Co. and 84.51 LLC
c/o Dal Lago Law
Attn: Michael R. Dal Lago, Esq.
999 Vanderbilt Beach Rd, Suite 200
Naples, FL 34108

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Stuart Wilson-Patton
PO Box 20207,
Nashville, TN 37202-0207

Total Quality Logistics, LLC TQL
Nicholas Montenarello
PO Box 634558
Cincinnati, OH 45263-4558

Trinity Logistics Inc.
Laura Dukes
50 Fallon Ave
Seaford, DE 19973-1578

Trinity Logistics, Inc.
c/o Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Esq.
1313 N Market St, Suite 1201
Wilmington, DE 19801

Truist Bank
Attn: Aimee Kilgore
50 N Laura St
Jacksonville, FL 32202

Truist Bank
10500 Little Patuxent Pkwy
Ste 450,
Columbia, MD 21046

Truist Bank
c/o Moore & Van Allen
Attn: Steve Gruendel & Luis Lluberas
100 N Tryon St, Suite 4700,
Charlotte, NC 28202-4003

4876-9844-6685.1

| | | |
|---|---|---|
| Truist Bank<br>Agency Services Manager<br>Agency Services<br>303 Peachtree St NE, 25th Floor,<br>Atlanta, GA 30308 | Truist Bank<br>c/o Shutts & Bowen LLP<br>Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., &<br>Aliette D. Rodz, Esq.<br>200 S Biscayne Blvd, Suite 4100<br>Miami, FL 33131 | U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance<br>c/o Emanuel & Zwiebel, PLLC<br>Attn: Ronald M. Emanuel, Esq.<br>7900 Peters Rd, Bldg B, Suite 100<br>Plantation, FL 33324 | UMG<br>c/o Pryor Cashman LLP<br>Attn: James G. Sammataro, Brendan Everman<br>255 Alhambra Circle, 8th Floor,<br>Miami, FL 33134 | UMG<br>c/o Pryor Cashman LLP<br>Attn: Seth H. Lieberman, Sameer M. Alifarag<br>7 Times Square, 40th Floor,<br>New York, NY 10036-6569 |
| US Attorney's Office for the District of Delaware<br>Attn: David C. Weiss<br>Hercules Building, Suite 400<br>1313 N. Market Street, Suite 400,<br>Wilmington, DE 19801 | Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230,<br>Salt Lake City, UT 84114 | Varni Brothers Corporation<br>Attn: Ray Morales, Tony C. Varni, Mike Varni<br>400 Hosmer Ave<br>Modesto, CA 95351-3920 |
| Vermont Attorney General's Office<br>109 State St.<br>Montpelier, VT 05609 | Virginia Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA 23219 | Vital Pharmaceuticals, Inc., et al.<br>c/o Latham & Watkins LLP<br>Attn: Andrew D. Sorkin, Esq.<br>555 Eleventh St NW, Suite 1000<br>Washington, DC 20004 |
| Vital Pharmaceuticals, Inc., et al.<br>c/o Latham & Watkins LLP<br>Attn: Whit Morley, Esq.<br>330 N Wabash Ave, Suite 2800<br>Chicago, IL 60611 | VS Carbonics, Inc.<br>c/o DGIM Law, PLLC<br>Attn: Isaac Marcushamer, Esq.,<br>Monique D. Hayes, Esq.<br>2875 NE 191st Street, Suite 705,<br>Aventura, FL 33180 | Washington Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA 98501 |
| Webb & Gerritsen<br>1308 Poplar Dr<br>Waukesha, WI 53188 | Webbank<br>6440 S. Wasatch Blvd.<br>Suite 300,<br>Salt Lake City, UT 84121 | West Virginia Office of the Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26,<br>Charleston, WV 25305 |
| Wild Flavors, Inc.<br>Mike Schneider<br>1261 Pacific Ave<br>Erlanger, KY 41018 | Wisconsin Attorney General's Office<br>114 E State Capitol<br>Madison, WI 53702 | Wyoming Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Ave,<br>Cheyenne, WY 82002 |
| XPO Global Forwarding, Inc<br>13777 Ballantyne Corporate Place<br>Suite 400,<br>Charlotte, NC 28277 | AmeriCredit Financial Services, Inc. d/b/a GM Financial<br>Attn: Mandy Youngblood<br>PO Box 183853<br>Arlington, TX 76096 | |

4876-9844-6685.1