

ORDERED in the Southern District of Florida on April 14, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

### ORDER GRANTING MOTION OF KATHLEEN COLE FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND FOR RELATED RELIEF [ECF NO. 952]

THIS MATTER came before the Court for hearing on April 13, 2023 at 2:30 p.m. in Fort Lauderdale, FL upon the *Motion of Kathleen Cole for Allowance and Payment of Administrative Expense Claim and for Related Relief* [ECF No. 952] (the "Motion") filed on March 16, 2023.

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

The Court, having considered the Motion and having noted that the Debtors and the Official Committee of Unsecured Creditors consent to the relief requested in the Motion, it is

**ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Kathleen Cole is hereby granted an allowed chapter 11 administrative expense claim in the bankruptcy estate of Vital Pharmaceuticals, Inc. (Case No. 22-17842-PDR) pursuant to §503(b)(1)(A) of the Bankruptcy Code in the amount of $53,459.50 (the "Allowed Administrative Expense Claim").

3. The Allowed Administrative Expense Claim shall be paid at such time as the Court confirms a plan of reorganization proposed by or for the Debtors or at such time administrative claims are paid in accordance with the administration of the Debtors' estates.

4. This Order shall be binding upon (i) any liquidating trustee, plan administrator, distribution agent and/or any other responsible person appointed pursuant to any chapter 11 plan confirmed in these cases, (ii) any chapter 11 trustee appointed in these cases and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Submitted by:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Counsel for Kathleen Cole*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
Telephone: (561) 961-0922
awernick@wernicklaw.com

*(Attorney Wernick is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*