## **EXHIBIT A**

**(Proposed Order)**

US.356919196.01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC. *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered)<br><br>**Ref. D.I. __** |

## ORDER GRANTING MOTION TO ALLOW LATE-FILED CLAIM AS TIMELY

Upon the motion (the "Motion") of Faegre Drinker Biddle & Reath LLP (the "Faegre Drinker") for entry of an order deeming Faegre Drinker's Proof of Claim No. 640 (the "Claim") as timely filed; and upon consideration of the Seiler Declaration, the Court having jurisdiction to consider the Motion and the relief requested therein by operation of 28 U.S.C. §§ 1334 and 157; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2)(B) and that the Court can enter a final order consistent with Article III of the United States Constitution; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being adequate and sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, that:

1. The Motion is GRANTED as set forth herein.

2. The Claim of Faegre Drinker shall be deemed timely filed, without prejudice to the rights of all parties in interest to object to the Claim on grounds other than untimeliness.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.356919196.01

2

3. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.