# EXHIBIT E

**(Relevant Correspondence)**

## Marasco, Jaclyn C.

| | |
|---|---|
| **From:** | Marasco, Jaclyn C. |
| **Sent:** | Friday, March 31, 2023 3:12 PM |
| **To:** | jguso@bergersingerman.com; mniles@bergersingerman.com; andrew.sorkin@lw.com; george.davis@lw.com; tj.li@lw.com; brian.rosen@lw.com |
| **Cc:** | Bambrick, Ian J.; Seiler, Joseph L. |
| **Subject:** | RE: In re Vital Pharmaceuticals, Case No. 22-17842 (PDR) - Service Issue |
| **Attachments:** | Proof of Claim No. 640.pdf |

Counsel,

I write in follow-up to my prior request that Proof of Claim No. 640, filed by Faegre Drinker Biddle & Reath, LLP, be deemed timely for the reasons stated below. We appreciate that the Debtors may not yet be engaging in a claims analysis but we would prefer to address this issue now rather than in the context of an unnecessary claims objection. Please advise. Thank you.

Regards,

**Jaclyn C. Marasco**
Associate
Pronouns: she/her/hers
jaclyn.marasco@faegredrinker.com
Connect: vCard

+1 302 467 4222 direct / +1 914 844 7338 mobile

**Faegre Drinker Biddle & Reath LLP**
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Marasco, Jaclyn C.
**Sent:** Friday, December 23, 2022 11:15 AM
**To:** jguso@bergersingerman.com; mniles@bergersingerman.com; andrew.sorkin@law.com; george.davis@lw.com; tj.li@lw.com; brian.rosen@law.com
**Cc:** Bambrick, Ian J. <ian.bambrick@faegredrinker.com>; Seiler, Joseph L. <joseph.seiler@faegredrinker.com>
**Subject:** In re Vital Pharmaceuticals, Case No. 22-17842 (PDR) - Service Issue

Counsel,

Faegre Drinker is counsel to JHO Intellectual Property Holdings, LLC in connection with certain intellectual property matters, which have now been stayed. The certificate of service at Docket No. 203 indicates that Faegre Drinker was served with, among other things, an official proof of claim form at its Philadelphia office between October 19 and October 24, 2022. However, significant diligence confirms that we have not received any pleadings in this case (and certainly not the proof of claim form), other than a notice of hearing *from the bankruptcy court* at Docket No. 407. We would be willing to submit a declaration on this point.

Because we did not receive the proof of claim form, Faegre Drinker filed the attached proof of claim no. 640 in the morning of December 20 (i.e., several hours after the general bar date) as a matter of chance in connection with certain

1

internal billing procedures. We write to request that (1) the proof of claim be deemed timely (and to advise that we will be prepared to oppose any claim objection based on the foregoing) and (2) to request that any future notices be sent to my attention at Faegre Drinker Biddle & Reath, LLP, 222 Delaware Avenue, Suite 1410, Wilmington, DE 19801 and not the Philadelphia office. It is not clear why the certificate of service at Docket No. 203 includes a "DO NOT USE" notation for the Wilmington office, but please have this removed and Stretto's mailing list updated per the above.

| | | |
|---|---|---|
| Faegre Drinker Biddle & Reath LLP | | One Logan |
| Faegre Drinker Biddle & Reath LLP -1 -DO NOT USE | | 222 Delaw... |

Please let me know if it would be helpful to discuss. Thank you for your attention to this matter.

Best,

**Jaclyn C. Marasco**
Associate
Pronouns: she/her/hers
jaclyn.marasco@faegredrinker.com
Connect: vCard

+1 302 467 4222 direct / +1 914 844 7338 mobile

**Faegre Drinker Biddle & Reath LLP**
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.