IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kevin McGinnis David at 2213 N Laurel Ave, Phoenix, AZ 85007-1412, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893)

Furthermore, on or before April 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on three (3) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Dated: April 17, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Pursuant to *the Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief (Docket No. 854)*, the Debtors are authorized to file under seal that part of the service list containing information relating to the identities of potential bidders that are served with the Sale Notice.

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ADRIANA GONDRES | | 2950 SW 53RD AVE | DAVIE | FL | 33314-1943 |
| ECONOCOMM INC., D/B/A MOBILE COMMUNICATIONS | | 5218 NE 12TH AVE | OAKLAND PARK | FL | 33334-4921 |
| KEHE DISTRIBUTORS, LLC | KOHNER MANN KAILAS | 4055 DEERPARK BLVD | ELKTON | Fl | 32033-2069 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1