UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **Order Granting Circle K's *Ex Parte* Motion to Allow Robert A. Weber to Appear by Zoom at May 4, 2023 Hearing** (ECF No. 1176) was furnished on April 14. 2023 as follows:

via CM/ECF to:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- Anthony J Aragona    aja@devaronalaw.com
- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi    kyler.burgi@dgslaw.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Dain De Souza    ddesouza@bastamron.com, jmiranda@bastamron.com
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Brendan S Everman    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Ross R Hartog    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Justin M Luna    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com

- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com, markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Megan W Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean    justin.plean@qpwblaw.com
- Amanda E Preston    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds    scott@sgazlaw.com
- Aliette D Rodz    arodz@shutts.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross    iross@sidley.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg    mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Annie Yang Stoops    annie.stoops@afslaw.com
- Carolyn Tatkin    tatkin@radixlaw.com
- Frank Terzo    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney    ttierney@rosswayswan.com, kkelly@rosswayswan.com

- Michael W Ullman　michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber　jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick　awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- J. Steven Wilkes　steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton　stuart.wilson-patton@ag.tn.gov

Respectfully submitted,

**BAST AMRON LLP**
*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By: */s/ Dain de Souza*
　　Dain de Souza, Esq. (FBN 93708)
　　Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (Admitted *Pro Hac Vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*

00753748.DOCX