UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DEBTORS' EXPEDITED SUPPLEMENTAL APPLICATION FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023, AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY SERVICES TO THE DEBTORS, EFFECTIVE APRIL 11, 2023**
*(Request for Hearing on April 20, 2023 at 2:00 p.m.)*

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, pursuant to 11 U.S.C. §§ 327(a), 328, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2014-1, file this supplemental application (the "Application") seeking approval to expand the scope of Grant Thornton LLP's ("Grant Thornton") employment in these chapter 11 cases: (i) to assist the Debtors with the Internal Revenue Service ("IRS") examination for the tax years ended December 31, 2020 and December 31, 2021, pursuant to a new *Statement of Work for Tax Examination Assistance,* dated April 2, 2023 (the "Tax Audit SOW"); and (ii) provide additional transaction advisory services to the Debtors pursuant to a new *Statement of Work*, dated April 11, 2023 (the "Transaction Advisory

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Services SOW," and together with the Tax Audit SOW, the "Supplemental SOWs").  In support of this Application, the Debtors rely upon the *Supplemental Declaration of Mark Margulies in Support of Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* (the "Supplemental Margulies Declaration"), a copy of which is attached hereto as **Exhibit A**, as well as the record in these cases (including the Initial Employment Application, the Initial Margulies Declaration, the Amended Margulies Declaration and the Employment Order, all as defined below), and further respectfully states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 327(a) and 328 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014.

### Background

4.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

5.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26].

2

7.      On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

8.      On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

### Grant Thornton's Prior Employment by the Debtors

9.      On January 13, 2023, the Debtors filed *Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022* (the "Initial Employment Application") [ECF No. 643], pursuant to which the Debtors sought to retain Grant Thornton to perform certain transaction advisory services pursuant to an engagement letter dated November 16, 2020 (the "Engagement Letter"), a Statement of Work for Tax Consulting Services dated December 17, 2022 (the "Tax Consulting SOW"), a Statement of Work for Tax Compliance Services dated December 17, 2022 (the "Tax Compliance SOW"), a Statement of Work for Transaction Advisory Services dated January 3, 2023, (the "Quality of Earnings SOW") and a Statement of Work for Debt Restructuring Tax Consulting Services dated January 4, 2023 (the "Debt Restructuring SOW") entered into between the Debtors and Grant Thornton LLP.[2]

10.      Also attached to the Initial Employment Application was the Declaration of Mark Margulies (the "Initial Margulies Declaration"), which declaration was subsequently amended (the "Amended Margulies Declaration") [ECF No. 654]. These declarations were filed in support of the Initial Employment Application and as evidence that Grant Thornton does not hold or represent an interest adverse to the estates and is otherwise a "disinterested person" under 11 U.S.C. § 327.

---

[2] The Engagement Letter, Tax Consulting SOW, Tax Compliance SOW, Quality of Earnings SOW and Debt Restructuring SOW are referred to, collectively, as the "Initial Engagement Documents."

12083479-1

11.     Grant Thornton's employment, as provided in the Initial Employment Application, was approved by the Court on January 23, 2023 (the "Employment Order") [ECF No. 665].  As set forth in the Employment Order, the limitations on liability and indemnification provisions set forth in the Engagement Letter were modified as provided therein.

### Relief Requested and Basis Therefor

12.     On or about February 10, 2023, the Debtors received a letter from the Internal Revenue Service ("IRS") informing them that their 2020 and 2021 tax returns were being audited by the government (the "IRS Audit").  The Debtors seek to expand the scope of services currently being provided by Grant Thornton to include assistance with responding to the IRS Audit.  Accordingly, the Debtors and Grant Thornton have entered into, subject to Court approval, the Tax Audit SOW, a true and correct copy of which is attached hereto as **Exhibit B**.

13.     As part of the Initial Engagement Documents, the Quality of Earnings SOW was approved by the Court, which authorized Grant Thornton to provide services relating to a quality of earnings analysis requested by the Debtors.[3]  The Debtors now seek to expand the scope of services set forth in the Quality of Earnings SOW to include the additional services set forth in the Transaction Advisory Services SOW, as described in greater detail below.  Accordingly, the Debtors and Grant Thornton have entered into, subject to Court approval, the Transaction Advisory Services SOW, a true and correct copy of which is attached hereto as **Exhibit C**.

14.     As set forth in the Initial Engagement Documents, services constituting distinct projects are subject to, and will be performed under, a separate statement of work.  Because both

---

[3] As further set forth in the Quality of Earnings SOW, this analysis included reading available information, including internal financial statements and consolidating schedules, discussing that information with the Debtors' management to understand the business background, opportunities and key risk areas, understanding EBITDA addbacks/non-recurring adjustments identified by the Debtors' management and obtaining supporting documentation, reviewing documentation and gaining an understanding related to revenues and gross margin; the cost of goods sold; selling, general and administrative expenses; other income and expenses; the Debtors' cash and accounts; accounts receivable; inventory; prepaid and other expenses; property, plant and equipment; accounts payable and other liabilities; net debt and commitments and contingencies; and net working capital.

12083479-1

the IRS Audit and the additional transaction advisory services are distinct projects not otherwise covered by the Initial Engagement Documents, Grant Thornton requires new statements of work for these services.  As with the other Initial Engagement Documents, however, the Supplemental SOWs are part of, and subject to the general terms and conditions of, the Engagement Letter, including the limitation of liability and indemnification provisions as modified by the Employment Order.

15.    By this Application, the Debtors request that the Court approve the expanded terms of employment set forth in the Supplemental SOWs, including the proposed compensation arrangements described therein and discussed below.

A.    **Services and Fees Under the Tax Audit SOW**

16.    Grant Thornton's services under the Tax Audit SOW will consist of assisting the Debtors with the IRS Audit for the tax years ended December 31, 2020 and December 31, 2021. The services will include:

- Review of the examination letter issued by the IRS dated 2/10/2023 to gain insight into the areas of likely focus of the examination and discuss Grant Thornton's thoughts with the Debtors before the examination begins.

- Review of tax files in light of the apparent focus areas of the examination and discuss thoughts before the examination begins.

- Prepare for the Debtors' review and signature Form 2848, Power of Attorney and Declaration of Representative, which will authorize the Revenue Agent to share information and discuss issues with Grant Thornton.

- Assist in communicating, as requested by Debtors, with the Revenue Agent to determine the general focus of the examination from the perspective of the Revenue Agent.

- Assist in reviewing the information and document requests ("IDRs") issued by the IRS to understand, to the extent possible, the specific focus of the examination and assist the Debtors in understanding the concerns and the scope of the IDRs.

- Assist in reviewing the information and documents produced or prepared by the Debtors in response to the IDRs before documents are provided to the IRS.

5

- Assist in communicating with the Revenue Agent, at Debtors' request, in regard to providing explanations, satisfying requests for information, and providing explanations as to how the return(s) was prepared.

- Assist and advise, at Debtors' request, on appropriate responses and positions as issues arise during the examination and assist in communicating the Debtors' positions to the IRS.

- Review and advise with respect to any requests by the IRS to extend the statute of limitations for assessing taxes with respect to any taxable period.

- Such additional work related to the above services, including, without limitation, work to satisfy Grant Thornton's obligations under applicable professional standards including additional fact gathering, analysis, and late or incomplete client provided information, which Grant Thornton will discuss with the Debtors in advance if needed.

17.    Although Grant Thornton will analyze, assist, and advise the Debtors' management regarding the IRS Audit matters as set forth above, it will not commit the Debtors to the terms of a settlement or otherwise finalize the tax audit or any tax position taken, which is a management responsibility.  The services provided under the Tax Audit SOW also do not include assistance with any written protest with the applicable Appeals Office, negotiations on a closing agreement with the IRS or any resolution of the IRS Audit through the judicial process, which additional services would be subject to a subsequently agreed to statement of work.

18.    Grant Thornton's fees under the Tax Audit SOW will be based upon Grant Thornton's discounted hourly rates, as follows:

| **Professional** | **Discounted Hourly Rate** |
| --- | --- |
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

19.    Grant Thornton's services described in the Tax Audit SOW will be billed as work is incurred at the request of the Debtors at the above discounted hourly rates, which services began

6

effective March 6, 2023 to assist the Debtors on an emergency basis to engage in an initial consultation with the IRS per the February 10 audit letter and are expected to continue at least through June 2023.

**B.    Scope and Fees Under the Transaction Advisory Services SOW**

20.    Grant Thornton's services under the Transaction Advisory Services SOW generally consist of providing advisory services to the Debtors in connection with a contemplated transaction, which services include:

(a)    **Financial Due Diligence -  Additional Support**

- Preparation of redacted report and redacted excel data book
- Review and execution of access letters for multiple parties
- Calls and preparation of responses to questions from potential buyers, investors, lenders, and representations and warranties insurance providers
- Analysis of Net Working Capital adjustments and assistance with analyzing and identifying the potential Net Working Capital target
- Roll forward of the Quality of Earnings analysis to a more recent period e.g., January 2023, if needed

(b)    **Purchase Agreement Advisory**

- Provide the Debtors accounting and financial (non-legal) input on the purchase agreement, including, without limitation:
  - Purchase price and price adjustment clauses.
  - The basis of preparation of the closing statement(s).
  - Closing accounts procedures and policies.
  - The basis of preparation of any earn-out accounts and earn-out account procedures.
  - Financial and accounting representations and warranties.
  - Financial definitions, including working capital and net debt.
- Review of the accounting dispute resolution clauses in the purchase agreement.
- Provide negotiation support, including, without limitation:
  - Preparation of working capital and net debt schedules from buyer vs. seller perspective to contextualize the purchase price.
  - Proactive support in establishing the "target working capital."

- Commentary on the contentious areas of the purchase price adjustments, and preparation of potential arguments and justifications to align these in the Debtors' favor.
- Assistance in agreeing to the price adjustment principles with bidders.

21.    Grant Thornton's fees under the Transaction Advisory Services SOW will be based upon Grant Thornton's discounted hourly rates, as follows:

| Professional | Discounted Hourly Rates |
|---|---|
| Partner/Principal | $907 |
| Managing Director | $831 |
| Director | $746 |
| Manager | $608 |
| Senior Associate | $428 |
| Associate | $347 |
| India - Manager | $404 |
| India – Senior Associate | $209 |

22.    Grant Thornton's services described in the Transaction Advisory Services SOW will be billed as work is incurred at the request of the Debtors at the above discounted hourly rates, which services the Debtors have requested to begin immediately effective April 11, 2023 to assist the Debtors with addressing due diligence inquiries from third parties.

**C.    Other Terms and Conditions Under the Supplemental SOWs**

23.    In addition to the hourly rates charged by Grant Thornton for its services under the Supplemental SOWs, Grant Thornton will charge for expenses incurred related to these engagements, including, but not limited to, the legal expenses for counsel, time and expenses associated with administering the engagements and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage, and other travel plus costs associated with administrative expenses.

24.    Grant Thornton has agreed to be compensated by filing fee applications with the Court in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules,

local rules of the Court, guidelines promulgated by the United States Trustee and the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503] entered in these chapter 11 cases. The services to be provided by Grant Thornton under the Supplemental SOWs are for the benefit of Vital Pharmaceuticals, Inc., and as such, Grant Thornton will bill all compensation and expenses for such services to that estate.

25.    The fees to be paid to Grant Thornton pursuant to the Supplemental SOWs were negotiated and, as set forth in the Supplemental Margulies Declaration, are commensurate with the fees charged by Grant Thornton to perform similar tax audit and transaction advisory services.

26.    The Bankruptcy Code allows a debtor, with the Court's approval, to employ one or more professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons." 11 U.S.C. § 327(a). Except as disclosed in the Amended Margulies Declaration, neither Mark Margulies ("Margulies") nor Grant Thornton has any connection with the creditors or parties in interest or their respective attorneys. As set forth in the Amended Margulies Declaration, to the best of Margulies' knowledge, neither he nor Grant Thornton represents any interest adverse to the Debtors.

27.    As set forth in the Initial Employment Application, Grant Thornton had a pre-petition claim in the amount of $128,570.00, which it previously agreed to waive in order to continue to provide post-petition services to the Debtors pursuant to the Initial Employment Application, as approved by the Employment Order.

28.    The Amended Margulies Declaration contains a verified statement as required under Rule 2014 of the Federal Rules of Bankruptcy Procedure and demonstrating that under these circumstances, Margulies and Grant Thornton are disinterested as required by Section 327(a) of the Bankruptcy Code.

29.    The Debtors also assert that the proposed effective dates of March 6, 2023 for the Tax Audit SOW and April 11, 2023 for the Transaction Advisory Services SOW are appropriate and warranted here.

30.    With respect to the Tax Audit SOW, the Debtors received notice of the IRS Audit on or about February 10, 2023 and an initial call to discuss the IRS Audit was scheduled by the Debtors for March 31, 2023.  At the Debtors' request, and in good faith and based on the exigent circumstances needed to expeditiously engage the IRS as part of the IRS Audit, Grant Thornton prepared for and attended the March 31 meeting with the IRS pending finalizing the Tax Audit SOW and obtaining Court approval thereof.  Thus, the Debtors assert that authorizing Grant Thornton's retention effective as of March 6, 2023 is warranted and will not prejudice any creditors in these cases.

31.    Similarly, in connection with the Transaction Advisory Services SOW, the Debtors and Grant Thornton promptly filed this Application shortly after executing the Transaction Advisory Services SOW, dated April 11, 2023.  Pending approval of this Application, the Debtors have requested Grant Thornton's immediate assistance with addressing inquiries from third parties in connection with the contemplated transaction.   Thus, the Debtors assert that authorizing Grant Thornton's retention effective as of April 11, 2023 is warranted and will not prejudice any creditors in these cases.

## **Grant Thornton's Qualifications**

32.    Grant Thornton and its professionals and employees have a wealth of experience in providing tax examination and transaction advisory services to distressed organizations, including those operating as chapter 11 debtors-in-possession.  The primary engagement principals and partners for the services under the Supplemental SOWs continues to be Mark Margulies and Simon Jewkes, whose Curricula Vitae were attached to the Initial Employment Application as Exhibit  C

12083479-1

and are incorporated herein in their entirety by this reference.

33.     The Debtors submit that the employment of Grant Thornton under the terms and conditions contained in the Supplemental SOWs will benefit the Debtors' estates and their creditors.

## Limitations on Liability and Indemnification Matters

34.     The Supplemental SOWs are subject to the terms and conditions of the Engagement Letter, including, without limitation, the indemnification and limitation on liability provisions. The terms of the Engagement Letter containing the indemnification and limitation on liability provisions has previously been vetted and modified by the Employment Order, which modifications are applicable to the terms of the Supplemental SOWs.  Put simply, by this Application, the Debtors seek only to add the additional services set forth in the Supplemental SOWs to the scope of services being provided by Grant Thornton under the Engagement Letter as previously approved by the Court.

**WHEREFORE**, the Debtors respectfully request entry of an order in the form annexed hereto as **Exhibit D**: (a) approving the Debtors' supplemental employment of Grant Thornton to provide tax examination assistance to the Debtors pursuant to the terms of the Tax Audit SOW effective as of March 6, 2023, (b) approving the Debtors' supplemental employment of Grant Thornton to provide additional transaction advisory services to the Debtors pursuant to the terms of the Transaction Advisory Services SOW effective as of April 11, 2023; (c) approving the compensation of Grant Thornton as set forth herein and in the Supplemental SOWs; and (d)

granting such other and further relief as is just and proper.

Dated: April 18, 2023
     Miami, Florida

Respectfully submitted,

*/s/ Jordi Guso*               

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
       mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

**EXHIBIT A**

**(Supplemental Margulies Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**SUPPLEMENTAL DECLARATION OF MARK MARGULIES IN SUPPORT OF
DEBTORS' SUPPLEMENTAL APPLICATION FOR APPROVAL TO EMPLOY
GRANT THORNTON LLP TO PROVIDE TAX EXAMINATION ASSISTANCE,
EFFECTIVE MARCH 6, 2023, AND EXPAND THE SCOPE OF THE TRANSACTION
ADVISORY SERVICES TO THE DEBTORS, EFFECTIVE APRIL 11, 2023**

I, Mark Margulies, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true

and correct to the best of my knowledge, information and belief:

1.      I am the Managing Partner of the South Florida offices of Grant Thornton LLP

("Grant Thornton").  Grant Thornton is a nationally recognized tax, audit, and financial advisory

firm with particular experience in providing audit services to large and mid-size public and private

companies.  Grant Thornton maintains approximately 50 offices nationwide in Arizona, California,

Colorado, Connecticut, Florida, Georgia, Illinois, Kansas, Maryland, Massachusetts, Michigan,

Minnesota, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon,

Pennsylvania, South Carolina, Texas, Utah, Virginia, Washington, D.C., Wisconsin, and

internationally.   I am based in Grant Thornton's Fort Lauderdale office located at 1301

International Parkway, Suite 300, Ft. Lauderdale, FL 33323.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors'
federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc.
(5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC
(9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital
Pharmaceuticals International Sales, Inc. (8019).

2.      I am authorized to and hereby submit this declaration (the "Declaration") on behalf of Grant Thornton, pursuant to sections §§ 105, 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of the *Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* (the "Application") filed by the Debtors.[2]

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify competently thereto.

4.      Submitted as evidence in support of the Initial Employment Application was the Amended Margulies Declaration [ECF No. 654], which declaration sets forth the supporting facts and disclosures establishing that Grant Thornton does not hold or represent an interest adverse to the estates and is otherwise a "disinterested person" under 11 U.S.C. § 327.   All of the statements and information contained in the Amended Margulies Declaration is true and correct to the best of my knowledge as of the date hereof, and for brevity purposes, the Initial Margulies Declaration is incorporated herein fully by this reference.

5.      Grant Thornton is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these chapter 11 cases.

6.      Despite the efforts described in the Amended Margulies Declaration to identify and disclose Grant Thornton's connections with parties in interest in these chapter 11 cases, Grant Thornton is unable to state with certainty that every client relationship or other connection has been disclosed.   In that regard, if Grant Thornton discovers additional information that requires disclosure, I will file a supplemental disclosure with the Court.

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

7.     Grant Thornton reserves the right to supplement this Declaration in the event that Grant Thornton discovers any facts bearing on matters described in this Declaration regarding Grant Thornton's employment by the Debtors.

8.     No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by Grant Thornton nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Grant Thornton has no agreement with any other entity to share with such entity any compensation received by Grant Thornton in connection with these chapter 11 case, except among employees of Grant Thornton.

9.     Grant Thornton intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Grant Thornton.  Grant Thornton has agreed to discount its hourly rates for this engagement as follows:

- Grant Thornton's fees under the Tax Audit SOW will be based upon Grant Thornton's discounted hourly rates, as follows:

| **Professional** | **Discounted Hourly Rate** |
|---|---|
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

- Grant Thornton's fees under the Transaction Advisory Services SOW will be based upon Grant Thornton's discounted hourly rates, as follows:

| **Professional** | **Discounted Hourly Rates** |
|---|---|
| Partner/Principal | $907 |

3

| Managing Director | $831 |
|---|---|
| Director | $746 |
| Manager | $608 |
| Senior Associate | $428 |
| Associate | $347 |
| India - Manager | $404 |
| India – Senior Associate | $209 |

10.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.   I will be principally responsible for the tax audit services to be performed on behalf of the Debtor, and my discounted hourly rate is $785.

11.     These discounted rates are reasonable, market-based and designed to compensate Grant Thornton fairly for its work.  The fees to be paid to Grant Thornton pursuant to the Supplemental SOWs were negotiated with the Debtors and are commensurate with, and in fact less based on the negotiated hourly discount than, the fees charged by Grant Thornton to perform similar tax audit services for other clients.

12.     Any additional services beyond the scope of the services set forth above and in the Supplemental SOWs and other Engagement Documents will be subject to the approval of the Court after notice and a hearing.

13.     In addition, as set forth in the Application, Grant Thornton will bill for out-of- pocket expenses in connection with the matters contemplated by these engagements, including, but not limited, to the legal expenses for counsel, time and expenses associated with administering the engagement and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

14.     I also believe that the proposed effective dates of March 6, 2023 for the Tax Audit SOW and April 11, 2023 for the Transaction Advisory Services SOW are appropriate and

warranted under the circumstances of this engagement.  It is my understanding that the Debtors received notice of the IRS Audit on or about February 10, 2023 and an initial call to discuss the IRS Audit was scheduled by the Debtors for March 31, 2023.

15.     At the Debtors' request, and in good faith and based on the exigent circumstances needed to expeditiously engage the IRS as part of the IRS Audit, Grant Thornton prepared for and attended the March 31 meeting with the IRS pending finalizing the Tax Audit SOW and obtaining Court approval thereof.

16.     In connection with the Transaction Advisory Services SOW, the Application was promptly filed after executing the Transaction Advisory Services SOW, dated April 11, 2023. Pending approval of the Application, the Debtors have requested Grant Thornton's immediate assistance with addressing inquiries from third parties in connection with the contemplated transaction.

17.     This concludes my Declaration.

## 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 18, 2023.

/s/ Mark Margulies
MARK MARGULIES

5

# **EXHIBIT B**

**(Tax Audit SOW)**



1

**Vital Pharmaceuticals, Inc**
**Statement of Work for Tax Examination Assistance**
**(For Tax Consulting Engagements Not Subject to the SEC Independence Rules)**

This Statement of Work ("Statement of Work") dated April 2, 2023, becomes a part of and is subject to the terms and conditions of the Agreement dated November 16, 2020 between Vital Pharmaceuticals, Inc. ("Client," "Company," or "you") and Grant Thornton LLP ("Grant Thornton," "Firm," or "we").  Any capitalized terms that are not defined in this Statement of Work shall have the meanings in the Agreement.

The purpose of this Statement of Work is to describe the scope of services ("Services") the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

Vital Pharmaceuticals, Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceuticals, Inc.'s bankruptcy case before the United States Bankruptcy Court for the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals, Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceuticals, Inc. and Grant Thornton.

**The services we will provide**

The Services we will provide under this Statement of Work consist of assisting the Company with the Internal Revenue Service ("IRS") examination for the tax years ended December 31, 2020 and December 31, 2021.  With respect to our professional and regulatory standards, while we are pleased to analyze, assist, and advise Company management regarding examination matters, we will not commit the Company to the terms of a settlement or otherwise finalize this tax audit or any tax position taken, which is a management responsibility.  The Services will include:

- Review of the examination letter issued by the Internal Revenue Service dated 02/10/2023 to gain insight into the areas of likely focus of the examination and discuss our thoughts with you before the examination begins.
- Review of our tax files in light of the apparent focus areas of the examination and discuss our thoughts with you before the examination begins.
- Prepare for your review and signature Form 2848, Power of Attorney and Declaration of Representative, which will authorize the Revenue Agent to share information and discuss issues with us so that we may assist and advise you.
- Assist you in communicating, as you request, with the Revenue Agent to determine the general focus of the examination from the perspective of the Agent.

Statement of Work – Non-SEC Tax Consulting for IRS State Tax Examination 09/28/2022 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.



- Assist you in reviewing the information and document requests ("IDRs") issued by the IRS to understand, to the extent possible, the specific focus of the examination and assist you in understanding the concerns and the scope of the IDRs.
- Assist you by reviewing the information and documents produced or prepared by the Company in response to the IDRs before documents are provided to the IRS.
- Assist you in communicating with the Revenue Agent, as you request, in regard to providing explanations, satisfying requests for information, and providing explanations as to how the return(s) was prepared.
- Assist and advise you, as you request, on appropriate responses and positions as issues arise during the examination and assist you in communicating your positions to the IRS.
- Review and advise you with respect to any requests by the IRS to extend the statute of limitations for assessing taxes with respect to any taxable period before you agree to sign any documents extending the statute of limitations.
- Such additional work related to the above services, including, without limitation, work to satisfy our obligations under applicable professional standards including additional fact gathering, analysis, and late or incomplete client provided information, which we will discuss with you in advance if needed.

In the event that you make a decision to file a written protest with the applicable Appeals Office or to attempt to negotiate a closing agreement with the IRS and request our assistance, we will prepare another Statement of Work to outline our responsibilities and the terms and conditions that will apply to those services.

Since we cannot represent you in a Court or other public forum, in the event you make a decision to seek a resolution through the judicial process, we will prepare another Statement of Work to outline the assistance we may provide to you and/or your legal counsel and the terms and conditions that will apply to those services.

In the event that we find ourselves in a conflict position for any reason during the examination, we will bring the issue to your attention and seek a resolution as appropriate under the circumstances.

**Delivering the services**

We will discuss with you an appropriate timeline for providing the Services listed above, including an agreed upon timeframe for completion.  We will provide the Company with a request for information required to complete the Services based on the mutually agreed timeline.

U.S. federal and state tax laws are ever-changing and complex. Grant Thornton is engaged to provide only those Services expressly set forth in this Statement of Work, in accordance with applicable professional standards. Such obligation expressly does not include any obligation or responsibility to identify, suggest, model or advise on tax minimization or deferral opportunities, including but not limited to, any such matters that may arise from recently enacted legislation or regulatory guidance.

Statement of Work – Non-SEC Tax Consulting for IRS State Tax Examination 09/28/2022 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.

DocuSign Envelope ID: 3D52D375-4E6B-497A-A261-49D37595826

**Grant Thornton**

Our responsibility under this Statement of Work extends only to Services we expressly agree to provide herein. Our responsibility does not include, for example, studies, detailed research or analysis not specifically set forth in this Statement of Work. If such items arise or you request additional Services we will provide you a fee estimate and a new Statement of Work before we invest significant professional time.

All engagements undertaken by Grant Thornton are subject to evaluating and resolving any potential or actual conflict of interest or independence concerns. While the occurrence is highly unusual, matters may arise from the ordinary course of our business operations, or yours, requiring us to resolve a conflict matter and/or terminate or suspend this engagement until any conflict or independence issue is resolved.

Additionally, Grant Thornton may use third parties to provide administrative and operational support to Grant Thornton business operations. All of these third-party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

### Information collection and use authorization

Grant Thornton is committed to using technology to improve quality and efficiency in providing tax services, including reducing or eliminating duplicative requests for information from clients. The information Client provides to Grant Thornton in connection with a particular engagement may be necessary or useful in other engagements for which Client has also engaged Grant Thornton, whether tax, audit, or advisory. Client authorizes Grant Thornton to use the information Client provides to Grant Thornton to perform both tax and non-tax services in any engagement letter or Statement of Work executed with Grant Thornton.

Completion by Client of all information and data requests, electronic or otherwise, is expected to be timely, and Client agrees that the accuracy and completeness of information provided to Grant Thornton by any Client representative, to be relied on for the purpose of delivering the Services, is the responsibility of Client management.

### Use of GT Affiliate

Appropriate use of technology and resources is an important aspect of serving you. In our tax return preparation and tax consulting processes, we use the technology and resources of GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bangalore, India, to assist in providing tax services. Our affiliates' address is No.65/2, Bagmane Tridib, Block "A", 3rd and 4th Floor, Bagmane Tech Park, C.V. Raman Nagar, Bangalore – 560093.

The Firm's contract with such affiliates requires that they maintain the confidentiality of any tax return information provided to them in connection with providing tax services.

Statement of Work – Non-SEC Tax Consulting for IRS State Tax Examination 09/28/2022 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.

## Grant Thornton

Professional and regulatory standards require us to obtain your written consent prior to providing your tax return information to such affiliates. Your authorization includes only prior year(s) and current year information in the possession of Grant Thornton that is necessary for the purpose of providing the Services covered by this Statement of Work.

If you do not advise us that you wish to limit the duration of your consent, your consent is valid for one year from the date of signature or the time period necessary to complete the Services under this Statement of Work, whichever is greater. If you wish, you may limit the amount, type, or scope of tax return information disclosed by letting us know in writing.

To acknowledge your consent to the disclosure of your tax return information as set forth above, please sign this Statement of Work.

### Fees and payment terms

**Fees**

Our fees for the Services under the Statement of Work will be based on our discounted hourly rates for this type of work.

Our discounted hourly rates are as follows:

| Professional | Discounted Hourly Rate |
|---|---|
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

Our billings for the services described above will be rendered as follows:

| Descriptions | Fees |
|---|---|
| April 2023 | As work incurred |
| May 2023 | As work incurred |
| June 2023 | As work incurred |

In addition, our billings will include reasonable expenses related to this engagement including, but not limited to, the reasonable legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

We will seek to be compensated for reasonable services rendered and disbursements incurred by filing fee applications in the United States Bankruptcy Court for the Southern District of

Statement of Work – Non-SEC Tax Consulting for IRS State Tax Examination 09/28/2022 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.



Florida pursuant to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Bankruptcy Court, the guidelines promulgated by the United States Trustee, and in accordance with such orders or procedures as may be applicable for the more regular compensation of professionals in this bankruptcy case generally.

We also want you to be aware that from time to time, Grant Thornton LLP may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

**Entire agreement**
This Statement of Work represents the parties' entire understanding with respect to the Services in this document.  This Statement of Work does not modify or amend the Agreement.  In the event of a conflict between this Statement of Work, Attachment A – Standard Grant Thornton LLP Terms and Conditions, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

**Agreed and accepted**
The undersigned hereby agree to the terms and conditions as set forth above.


**VITAL PHARMACEUTICALS, INC**

By: _____    Date: _3/31/2023_____
John C. DiDonato Chief Executive Officer


**GRANT THORNTON LLP**


DocuSigned by:
_Mark A. Margulies_
—C4A6950AA3124F4...    Date: _4/5/2023 | 8:47 AM CDT_
Mark Margulies, Tax Partner


Statement of Work – Non-SEC Tax Consulting for IRS State Tax Examination 09/28/2022 C19

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.

**DocuSign**

## Certificate Of Completion

Envelope Id: 3D52D3754E6B497AA261491C37C95826                                        Status: Completed
Subject: Complete with DocuSign: Vital Pharmacaeuticals Inc_SOW Non-SEC IRS Tax Examination_partially ex...
Source Envelope:
Document Pages: 5                          Signatures: 1                          Envelope Originator:
Certificate Pages: 1                       Initials: 0                            Mike Paulosky
AutoNav: Enabled                                                                  1901 S Meyers Rd, STE 455
EnvelopeId Stamping: Enabled                                                      Oakbrook Terrace, IL  60181
Time Zone: (UTC-06:00) Central Time (US & Canada)                                 Mike.Paulosky@us.gt.com
                                                                                  IP Address: 104.63.87.162

## Record Tracking

Status: Original                           Holder: Mike Paulosky                  Location: DocuSign
        4/4/2023 9:43:03 PM                        Mike.Paulosky@us.gt.com

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Mark Margulies<br>Mark.Margulies@us.gt.com<br>Partner<br>Grant Thornton LLP<br>Security Level: Email, Account Authentication (Optional) | DocuSigned by:<br>C4A6950AA3124F4... | Sent: 4/4/2023 9:44:26 PM<br>Viewed: 4/5/2023 8:46:56 AM<br>Signed: 4/5/2023 8:47:08 AM |
| | Signature Adoption: Uploaded Signature Image<br>Using IP Address: 107.197.33.131 | |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 4/4/2023 9:44:26 PM |
| Certified Delivered | Security Checked | 4/5/2023 8:46:56 AM |
| Signing Complete | Security Checked | 4/5/2023 8:47:08 AM |
| Completed | Security Checked | 4/5/2023 8:47:08 AM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

# **EXHIBIT C**

## **(Transaction Advisory Services SOW)**



**Mergers & Acquisitions**

**Statement of Work (SOW)**

This Statement of Work ("Statement of Work") dated April 11, 2023 between Grant Thornton LLP ("Grant Thornton," "Firm," or "we") and Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Vital", "Client," "Company," or "you") becomes a part of and is subject to the terms and conditions of the Engagement Letter and related Attachment A – Standard Grant Thornton LLP Engagement Terms dated November 16, 2020 between Grant Thornton and Vital Pharmaceuticals, Inc. Any capitalized terms that are not defined in this SOW shall have the meanings set forth in the Engagement Letter and Attachment A – Standard Grant Thornton LLP Engagement Terms. The purpose of this SOW is to describe the scope of transaction advisory services ("Transaction Advisory Services" the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

## I.    TRANSACTION ADVISORY SERVICES

### A.    Objective of Our Transaction Advisory Services

We will perform certain transaction advisory procedures on the Company solely to assist you in your evaluation of the proposed transaction. Our approach and work plan is based on the procedures, analysis and budget requested by you. Our Transaction Advisory Services will be performed in accordance with the *Statement on Standards for Consulting Services* issued by the American Institute of Certified Public Accountants.

### B.    Scope of Our Transaction Advisory Work

Our Transaction Advisory Services will consist of reading financial statements and other records, making inquiries of the Company's management and analyzing the information obtained. Accordingly, the completion of our report (the "Transaction Advisory Report") will require cooperation of the Company's management.  The Transaction Advisory Services section below will indicate the specific areas that you have requested us to address during this engagement.

The scope of the Transaction Advisory Services and the work plan and the contents of our findings are solely your responsibility, and you agree that you will be responsible for determining the full scope of your transaction advisory procedures, and, if necessary, performing additional procedures, prior to concluding on the merits of the proposed transaction. Although we may assist, Company management is solely responsible for presenting our findings to the Board of Directors or others in governance roles. Consequently, we make no representation regarding the scope of the work plan either for the purposes for which our findings have been requested or any other purpose. The decision whether to consummate the transaction lies solely with you, and neither our work nor our findings shall in any way constitute a recommendation whether you should or should not consummate the transaction or on what terms.

Our Transaction Advisory Services do not constitute an audit or review of the financial statements or any part thereof, the objective of which is the expression of an opinion or limited assurance on the financial statements, or a part thereof, or verification of the accuracy of the Company's management responses to our inquiries.

Our Transaction Advisory Services should not be relied upon to disclose errors, irregularities, or illegal acts, including fraud or defalcations.

The Transaction Advisory Services do not include acquisition tax planning or consultation with respect to matters that may arise in the course of rendering our Transaction Advisory Services.  Such items may include, but are not limited to, structuring, assistance with and planning on employee share compensation plans, resolution of tax issues identified in the course of our diligence, acquisition document reviews, etc.

Our Transaction Advisory Services do not contemplate nor does Grant Thornton assume any obligation to express any opinion on, provide any advice related to, or identify from any information provided by you or obtained by us during the course of providing Transaction Advisory Services to you, whether, under the Internal Revenue Code or state or other law, any particular transaction is a Reportable Transaction or the potential consequences of non-compliance with disclosure and filing requirements pertaining to a Reportable Transaction.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Our Transaction Advisory Services do not contemplate consultation on legal structuring of a proposed acquisition or transaction.

Further, because of the importance of the information that is provided to Grant Thornton with respect to our ability to perform the Transaction Advisory Services, you hereby release the Grant Thornton Firm from any liability, damages, fees, expenses and costs (including defense costs) relating to the Transaction Advisory Services, that arise from or relate to any information (including representations by management) provided by you, or any third party, that is not complete, accurate or current.

### C.   Limited Distribution of Our Transaction Advisory Report

Our findings will be communicated to you in a Transaction Advisory Report.  The Transaction Advisory Report will be supplemented with oral commentary, which will be an integral part of the presentation. The presentation of our findings to you will constitute satisfactory completion of our work.  Our Transaction Advisory Report cannot be distributed to third parties without our prior written approval.  Third parties will be required to sign our standard release letter prior to receiving a copy of our Transaction Advisory Report (see <u>Exhibit 1-A</u>).

In addition, you agree that you will not (a) disclose information about Grant Thornton, the Transaction Advisory Services, or the Transaction Advisory Report in any filings made with the U.S. Securities and Exchange Commission ("SEC"); or (b) include the Transaction Advisory Report or any other report, opinion, or deliverable provided by Grant Thornton pursuant to this SOW in a filing made with any Regulators (as defined in Engagement Letter), including but not limited to, the SEC.

Notwithstanding the foregoing, you may share the Transaction Advisory Report with your outside legal counsel and professional advisors (collectively, "<u>Advisors</u>") without them having to sign a release letter, provided such Advisors: (a) have a legitimate need to see the Report in connection with the Services, (b) agree that the Report was not prepared for their use or reliance, (c) agree to keep the Report confidential; and (d) are not providing insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities or otherwise obtaining a financial interest in connection with any transaction.

You agree to indemnify, defend and hold harmless the Grant Thornton Firm from and against any claim arising out of sharing of the Transaction Advisory Report with your Advisors.

### D.   Conflict of Interest Disclosure

From time to time, we may encounter certain instances that in our view give rise to a potential conflict of interest between the Transaction Advisory Services we are going to perform and services that we may already be performing for an existing client.  In such cases, we shall notify you of such a conflict and seek appropriate advance written consent from all parties prior to providing Transaction Advisory Services.

Client acknowledges that Grant Thornton has been engaged by Client and its professional obligations hereunder flow to Client and not Client's equity owners.  After the completion of the Services, including after a change of control of Client, it is possible that Grant Thornton will be retained by any of the current (pre-transaction) equity owners, affiliates, officers, directors or employees of the Client (collectively, the "Related Parties") in connection with the Services contemplated herein or otherwise.  Client hereby agrees that Grant Thornton and the engagement team hereunder may be retained by any of the Related Parties in connection with the Services or any other matter (the "Future Services") and Client expressly consents to Grant Thornton sharing information learned in the course of this engagement with the Related Parties. Further, Client (i) consents to the provision of the Future Services and waives any conflict of interest arising therefrom and (ii) shall cause its affiliates to consent to and waive any conflict of interest arising from the Future Services. Client acknowledges that such consent and waiver is voluntary, that it has been carefully considered, and that it has consulted with counsel or has been advised it should do so in connection with this waiver.

### E.   Data Usage

Grant Thornton is committed to enhancing our services and quality through the use of data analytics.  Company data collected to perform our Services may be retained in an anonymized format and aggregated with anonymized data of other clients for purposes of performing data analytics. Such analytics may be used in connection with services for the Company and/or other clients.  Grant Thornton will never disclose non-anonymized Company data to other clients.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



**F.    The Transaction Advisory Services**

The Transaction Advisory Services we will provide under this SOW consist of Transaction Advisory Services relating to the proposed transaction.

The specific areas that you have requested us to address during this engagement, together with key tasks we will perform, are set forth in detail below.

<u>**Financial due diligence – Additional support**</u>

- Preparation of redacted report and redacted excel data book
- Review and execution of access letters for multiple parties
- Calls and preparation of responses to questions from potential buyers, investors, lenders, and representations and warranties insurance providers
- Analysis of Net Working Capital adjustments and assistance with analyzing and identifying the potential Net Working Capital target
- Roll forward of the Quality of Earnings analysis to a more recent period e.g. January 2023, if needed

<u>**Purchase agreement advisory**</u>

- Purchase agreement input
    - Accounting and financial (non-legal) input on the purchase agreement, focusing on:
        - Purchase price and price adjustment clauses.
        - The basis of preparation of the closing statement(s).
        - Closing accounts procedures and policies.
        - The basis of preparation of any earn-out accounts and earn-out account procedures.
        - Financial and accounting representations and warranties.
        - Financial definitions, including working capital and net debt.
    - Review of the accounting dispute resolution clauses in the SPA.
- Negotiation support
    - Preparation of working capital and net debt schedules from buyer vs. seller perspective to contextualize the purchase price.
    - Proactive support in establishing the "target working capital."
    - Commentary on the contentious areas of the purchase price adjustments, and preparation of potential arguments and justifications to align these in your favor.
    - Assistance in agreeing the price adjustment principles with bidders.

**G.    Transaction Advisory Services Timing**

We are prepared to start the Transaction Advisory Services assignment as soon as possible upon your direction and after receiving your approval of the terms in this SOW.

**H.    Access to Audit Documentation**

Our Services will include reading audit documentation, and making inquiries of the audit engagement team, related to certain of Grant Thornton's completed or in-process audit(s) of the Company's financial statements, hereinafter referred to as "access to audit documentation." Grant Thornton hereby confirms that we can meet professional standards and perform both the audit engagement and the sell side transaction advisory services with an absence



of bias and with professional care as described in more detail in Exhibit 2. The Company agrees that Grant Thornton can provide the respective professional services with the required integrity and objectivity and also waives any claim the Company might otherwise have against Grant Thornton based on our access to audit documentation as part of our Services.

## II.  GENERAL MATTERS

### A.  Additional Services Available – Change Order

It is understood that during the performance of the procedures, additional items may arise that you determine require additional investigation. While such additional investigation is not contemplated by this SOW, or our fee estimate, we will be pleased to perform any additional procedures you deem necessary and request in writing. Prior to performing any additional procedures, we will discuss the scope of the procedures with you and the related fees in a change order or in writing describing the additional work.  Any additional procedures performed are subject to all the terms and conditions of this Agreement.

### B.  Engagement of Third-Party Service Providers

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd ("GTIL"), a global organization of member firms in over 110 countries.  Member firms are neither members of one international partnership nor otherwise legal partners with one another.  There is no common ownership, control, governance, or agency relationship between member firms.  Grant Thornton may use third-party service providers, such as independent contractors, specialists, or vendors, to assist in providing our professional services. We may also use GTIL member firms, other affiliates of Grant Thornton, or other accounting firms. Such entities may be located within or outside the United States.

Grant Thornton intends to use the technology and resources of the following (additional) entities to assist us as follows:

- GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bengaluru (Bangalore), India – may assist us in providing our professional services.

Company hereby authorizes us to disclose its information to the above named entities for the purposes described above.

Additionally, Grant Thornton may use third-parties to provide administrative and operational support to Grant Thornton business operations. All of these third party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

### C.  Fees and Expenses

Fees are based on actual hours incurred and our discounted hourly billing rates shown below for the resources utilized.  We will discuss with you in advance if it appears our fees are going to be over $100,000.

| Level | Discounted rate |
|---|---|
| Partner/Principal | 907 |
| Managing Director | 831 |
| Director | 746 |
| Manager | 608 |
| Senior Associate | 428 |
| Associate | 347 |
| India - Manager | 404 |
| India - Senior Associate | 209 |

We will provide regular communication (written or verbal) on the status of our fees during the life of the engagement.  If it appears that the stated fee estimate will be exceeded, we will consult with you in writing before continuing with the engagement.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Grant Thornton will invoice Client for fees and expenses incurred in performing the Services. From time to time, Grant Thornton may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

Client is solely responsible for any applicable taxes for the Services. To the extent Grant Thornton is required to collect such taxes under applicable law, Grant Thornton shall collect such taxes from Client and remit such taxes to the proper jurisdictions.

Bills for our Services will occur monthly throughout the duration of our work.  Invoices are due upon receipt.

In addition, our billings will include reasonable expenses related to this engagement including, but not limited to, the legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances, as required.

### D.  Reference in Marketing Materials

Upon completion of the Services specified herein, you agree that Grant Thornton may make limited references, which shall be pre-approved in writing by Client prior finalization in marketing materials, stating that Grant Thornton has performed certain categories of Services for you.  Grant Thornton may not disclose the results of such Services, the fees paid or other confidential information in connection with the above.  In connection with such references, Grant Thornton may request that you provide an appropriate logo or other visual identification for use in the referenced marketing materials.

### E.  Impossibility due to Pandemic

The parties are entering into this Statement of Work at a time when a state of national emergency has been declared and the nation is responding to the Coronavirus (COVID-19) pandemic.  The parties agree that each will use all reasonable efforts to complete the engagement as specified herein, so long as each can reasonably do so while also protecting the health, welfare and safety of its professionals and the public, and abiding by emergency or regular executive orders, or changes in law mandated to address the pandemic.  Neither party shall be liable for any delay or failure in performance (excluding payment for fees and expenses incurred) due to circumstances resulting from the pandemic, government shutdown, and or quarantine which are beyond its reasonable control.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Vital Pharmaceuticals, Inc.
Statement of Work
Page 6

**F.   Entire Agreement**

This SOW represents the parties' entire understanding with respect to the Services in this document.  This SOW does not modify or amend the Agreement.  In the event of a conflict between this SOW, Attachment A – Standard Grant Thornton LLP Engagement Terms, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

**G.   Bankruptcy court approval**

Vital Pharmaceutical Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceutical Inc.'s bankruptcy case before the United States Bankruptcy Court in the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceutical Inc. and Grant Thornton.

**Agreed and Accepted**

The undersigned hereby agree to the terms and conditions of the Statement of Work as of the date first set forth above.

**GRANT THORNTON LLP**

Date:   4/12/2023

Simon Jewkes
Principal

**VITAL PHARMACEUTICALS, INC.**

Name/Title: _____ / CPO    Date: 4/12/2023

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

**Grant Thornton**

Exhibit 1-A:

Transaction Advisory Report Access Letter

[[Name of Buyer, Lender or Insurance Provider]]
Attn: [[Third Party Representative]]
[[Address]]
[[City, State, Zip]]

Dear [[Name of Third Party Representative]]:

Grant Thornton LLP ("Grant Thornton") previously performed certain limited consulting procedures at the request of [[Legal Name of Client]] ("Client") solely to assist Client in connection with its consideration of the [[Limited description of work performed]]. Work performed by Grant Thornton was in accordance with instructions provided by Client as outlined in its Statement of Work ("SOW") with Grant Thornton dated [[Date of SOW]].

[[Client or Legal Name of Buyer if another party has engaged a lender or insurance provider]] has requested Grant Thornton's permission to allow it to provide [[Insert Full Legal Name of Potential Buyer, Lender, or Insurance Provider]] ("you") with access to Grant Thornton's report dated [[Date GT's Report was issued]] (the "Report").

Please note that your access to the Report is conditioned upon Grant Thornton's prior receipt of this letter agreement. You acknowledge that the Report was prepared at the direction of Client and that the Report may not include all procedures you may deem necessary for your purposes. Had Grant Thornton been engaged to perform additional procedures, in its professional judgment, other matters might have come to Grant Thornton's attention that would have been reported to Client. Therefore, items of possible interest to you may not have been specifically addressed. Consequently, you acknowledge and agree that Grant Thornton makes no representation to you regarding the sufficiency of the procedures performed including: (1) for the purpose for which the Report was originally requested, (2) for your purpose, or (3) for any other purpose as related to the work being performed by you.

In consideration of Grant Thornton allowing you access to the Report, related work product, underlying data, and, if requested by Client, discussing the Report with you (collectively, the "Report Access"), you acknowledge and agree that Grant Thornton's engagement has been with Client, and does not extend to you. Moreover, Grant Thornton does not assume any duties or obligations to you in connection with the Report Access. Further, you acknowledge and agree that the Report Access shall be provided solely for your internal use and you shall not, in any event, circulate, quote, refer to or distribute to any other party or use for any other purpose the Report, the discussions referenced herein, or Grant Thornton's work product, whether oral or written, in whole or in part, without Grant Thornton's prior written consent, except that you may share the Report Access with (i) other parties who have entered into an access letter with Grant Thornton with respect to the Report, and (ii) your affiliates and your and their respective officers, directors, employees, agents, professional advisors and attorneys who, in each case, (a) agree to comply with the terms hereof, (b) have a legitimate need to see the Report in connection with your review thereof, and (c) with respect to professional advisors and attorneys, are not providing insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities or otherwise obtaining a financial interest in connection with any transaction (collectively, your "Representatives"). You will be responsible for any breach of this letter agreement by your Representatives as though they were a party hereto.

Notwithstanding the foregoing, you and your Representatives may disclose the Report to the extent required to be disclosed by applicable law, regulation (including the rules of an applicable securities exchange), rule, or legal, governmental or regulatory process (including, without limitation, by deposition, oral question, interrogatories, requests for information or documents, subpoena, national security letters, civil investigative demand, or similar process), , provided that you or your Representatives, as applicable, will provide Grant Thornton with advance notice of any such required disclosure to provide Grant Thornton an opportunity to seek a protective order or other similar remedy (unless such notice is prohibited by law or regulation). No notice will be required in the event such disclosure is required pursuant to any routine regulatory audit or examination that does not target or reference the Report, Grant Thornton or Client.

Neither Grant Thornton nor any of its present, future, and former partners, principals, employees, and representatives (collectively, the "Grant Thornton Firm") shall have any liability whatsoever relating to the Report Access, including without limitation any claim based upon the alleged inaccuracy or incompleteness of the Report and/or related materials

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



8

provided to you or your Representatives.  You and your Representatives agree that you and they shall not sue nor make a claim against the Grant Thornton Firm arising from the Report Access or this letter agreement.  If you or your Representatives violate this covenant not to sue, you agree to pay all costs and expenses of defending against a suit incurred by the Grant Thornton Firm, including reasonable and documented attorneys' fees, and all further costs and fees, including attorneys' fees, incurred in connection with collection.

You agree to indemnify, defend, and hold harmless the Grant Thornton Firm, including all expenses and reasonable and documented attorneys' fees as they are incurred by the Grant Thornton Firm, from and against any third party claim arising out of your or your Representatives' breach of this letter agreement.

This letter agreement shall be governed in all respects by the internal laws of the State of New York, without regard to any of its conflict of law rules that would require the application of another state's laws.  The parties agree to the exclusive jurisdiction of the state and federal courts located in or near New York City, New York.  Each party hereby waives, to the fullest extent permitted by law, any right it may have to a trial by jury in respect of any dispute or litigation arising out of this letter agreement or the Report Access.

Very truly yours,

**GRANT THORNTON LLP**

_____        _____

Simon Jewkes                                                             Date

Principal

**Acknowledged & Agreed to by :**

_____        _____

(Signature)                                                                (Date)

_____        _____

(Print Name)                                                             (Title)

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

**Grant Thornton**

9

**Transaction Advisory Services**

**Exhibit 2**
**Client Consent & Workpaper Access (sell side audit client)**

Grant Thornton LLP ("Grant Thornton," "we," or "us") previously audited, in accordance with auditing standards generally accepted in the United States of America as established by the American Institute of Certified Public Accountants, the December 31, 2020 and 2021 (consolidated) financial statements of Vital Pharmaceutical Inc. d/b/a Bang Energy (the "Company"). Grant Thornton rendered report dated May 3. 2022 on those (consolidated) financial statements and has not performed any audit procedures subsequent to that date.

**Client consent**

In addition to the aforementioned audit engagement, pursuant to the attached engagement letter, Grant Thornton's Advisory Services Practice ("ASP") is being engaged to assist in the Parent's proposed capital raise ("proposed transaction").  In connection with that engagement, Grant Thornton has determined that we can meet professional standards and perform both the audit engagement and the sell side transaction advisory services with an absence of bias and with professional care. The Company agrees that Grant Thornton can provide the respective professional services with the required integrity and objectivity and waives any claim that it might otherwise have to the contrary.

**Access to workpapers**

The Company has requested that ASP receive access to workpapers prepared in connection with the aforementioned audit.

The Company acknowledges that it (and not Grant Thornton) is solely responsible for determining the applicability of any tax advisor privilege, attorney-client privilege, or other privilege or similar rule (e.g., the work product rules) to the above-mentioned workpapers and for otherwise managing the establishment and maintenance of any such privilege or protection and for considering possible waiver thereof (and for involving legal counsel as necessary). In addition, the Company is providing permission to make available for review by ASP workpapers pertaining to tax matters. The Company is aware that these workpapers may contain information privileged under Internal Revenue Code §7525 and that the Company's consent to provide the access requested may operate as a waiver of that privilege.

The Company understands and agrees that ASP's review of the audit workpapers is undertaken solely for the purpose of assisting ASP in its duties under the engagement described above in connection with the proposed transaction. Because the review of such workpapers is undertaken solely for that purpose, the Company further agrees that it will not request ASP to (a) use the information obtained from the review for any other purpose, (b) comment, orally or in writing, to anyone about Grant Thornton's audit engagement(s), (c) copy, whether via screenshots, photographs, or other image capture devices/technologies, the workpapers for purposes of Grant Thornton's sell side transaction advisory services or to make them available to any other person or persons, (d) provide expert testimony or litigation support services or otherwise accept an engagement to comment on Grant Thornton's audit engagement, nor (e) refer or summarize the audit procedures or results thereof documented in the audit workpapers within ASP's transaction advisory report.

Further, it is expressly understood that Grant Thornton assumes no additional responsibility with respect to its aforementioned  audit or the aforementioned workpapers. With this understanding, the Company hereby authorizes the Grant Thornton audit engagement team to provide access to the workpapers and to respond fully to ASP's reasonable inquiries.

**Limitation of liability with respect to workpaper access**

The Company acknowledges its awareness of the possibility that matters in the workpapers or information disclosed during the review will affect ASP's views regarding the proposed transaction and/or its terms. The Company also acknowledges that Grant Thornton has no responsibility to the Company if access to the workpapers results in any claims against the Company or change in the proposed transaction.

In addition, in consideration for Grant Thornton allowing access to the above-mentioned workpapers, the Company agrees that it does not acquire any rights as a result of such access that they would not otherwise have had and acknowledges that Grant Thornton does not assume any duties or obligations in connection with such access that it

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

**Grant Thornton**

would not otherwise have had. It is expressly understood that Grant Thornton assumes no additional responsibility with respect to its above-mentioned audit of the Company.

Regarding Grant Thornton's cooperation and other participation in providing access to its workpapers, neither Grant Thornton, nor its present, future or former partners, principals, directors, employees, agents, or contractors will have any liability of any kind to the Company, nor have any liability to the Company for any claimed special, incidental, consequential, or exemplary damages. The foregoing shall apply regardless of the theory of relief asserted (including negligence but excluding any gross negligence of Grant Thornton) even if Grant Thornton was advised in advance of such potential damages.

Notwithstanding the foregoing, nothing hereinabove within this paragraph shall, or shall be construed to, prohibit or prevent Company from seeking forfeiture of fees claimed by Grant Thornton under this agreement, or disgorgement of fees received by Grant Thornton under this agreement, upon Company proving, in a court of competent jurisdiction, the pecuniary harm to Company proximately resulting from any such occurrence of simple negligence on Grant Thornton's part.  In no event, however, shall Grant Thornton's total liability for any such simple negligence and pecuniary harm, even if proven, exceed the total amount of fees claimed and received by it under this agreement.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

**EXHIBIT D**

**(Proposed Order)**

12083479-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]         Case No.: 22-17842-PDR

    Debtors.                                           (Jointly Administered)

_____/

**ORDER APPROVING DEBTORS' SUPPLEMENTAL APPLICATION
FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE
TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023,
AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY
<u>SERVICES TO THE DEBTORS, EFFECTIVE APRIL 11, 2023</u>**

THIS MATTER came before the Court on _____, 2023 at 2:00 p.m.,

in Fort Lauderdale, Florida, upon the *Debtors' Supplemental Application for Approval to Employ*

*Grant Thornton LLP to Provide Tax Examination Assistance to the Debtors Effective as of March*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*6, 2023* (the "Application") [ECF No. _____].  The Court, having considered the Application, the *Supplemental Declaration of Mark Margulies in Support of Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* (the "Supplemental Margulies Declaration")*,* attached to the Application as Exhibit A; the Supplemental SOWs attached to the Application as Exhibits B and C, and the record in these cases, including the Initial Employment Application [ECF No. 643], the Amended Margulies Declaration [ECF No. 654] and the Employment Order [ECF No. 665]; and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue of this case and the Application is this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and (c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being satisfied, based on the representations made in the Application, the Amended Margulies Declaration and the Supplemental Margulies Declaration, that Grant Thornton is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates; and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, the bankruptcy estates, and all parties-in-interest.  Accordingly, it is

ORDERED as follows:

1.    The Application is **APPROVED**.

2.    The Debtors are authorized, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, to employ and retain Grant Thornton to perform: (i) tax examination assistance in these chapter 11 cases, effective as of March 6, 2023, pursuant to the terms and conditions of the Tax Audit SOW; and (ii) transaction advisory

services, effective April 11, 2023, pursuant to the terms and conditions of the Transaction Advisory Services SOW.

3.    Grant Thornton shall be compensated pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503], and shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at the discounted rates set forth in the Application and the Supplemental SOWs for services rendered and costs incurred on behalf of the Debtors.

4.    The Debtors and Grant Thornton are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

All other terms and conditions set forth in the Initial Employment Order, including, without limitation, modifications to the indemnification and limitation of liability provisions in the Engagement Letter, shall be applicable to Grant Thornton's expanded scope of services under the Supplemental SOWs and shall remain in full force and effect with respect to Grant Thornton's supplemental employment as approved by this Order.

5.    To the extent there is any inconsistency between the terms and conditions set forth in the Application, the Supplemental Margulies Declaration, and this Order, the provisions of this Order shall govern.

6.    The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

7.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*