

**ORDERED in the Southern District of Florida on April 17, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., et al.,[1] | ) ) ) | Case No. 22-17842 (PDR) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING DEBTORS' AND CREDITOR SUDDATH GLOBAL LOGISTICS, LLC'S JOINT AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE ACTION IN NONBANKRUPTCY FORUM [ECF NO. 1083]**

THIS MATTER came before the Court without a hearing upon Debtors' and creditor Suddath Global Logistics, LLC's ("**Suddath**" and, together with the Debtors, "**Movants**") *Joint Agreed Motion For Stipulated Relief From Automatic Stay To Continue The Action in*

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69934452;1

*Nonbankruptcy Forum* [ECF No. 1083] (the "**Motion**").[1]  The Court having reviewed the file and the Motion, and the Movants by submitting this form of order having represented that the Motion was served on all parties, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion and being otherwise fully advised in the premises, and for good cause, it is hereby:

    **ORDERED** and **ADJUDGED**:

    1.    The Motion is **GRANTED**.

    2.    The automatic stay imposed in this case by Section 362(a) of the Bankruptcy Code is lifted solely to allow VPX and Suddath to proceed with prosecuting and/or defending the state court action, currently styled *Vital Pharmaceuticals, Inc., etc. v. Suddath Global Logistics, LLC, etc.*, Case No. CACE-21-003572, pending in the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida (the "**Broward County Action**") until final judgment, including, but not limited to, trial, pre- and post-trial briefing, obtaining a judgment on all counts, liquidating Suddath's claim, filing and prosecuting appeals, and adjudication of equitable relief. For the avoidance of doubt, the stay relief granted herein does not extend to actions by Suddath to enforce any such final judgment or other relief granted in the Broward County Action, and Suddath's rights to pursue further stay relief (and VPX's right to object to such relief) are reserved.

    3.    The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and is not effective to the extent applicable to the relief set forth herein.

###

---

[1]    All capitalized terms, unless otherwise herein defined, shall take on the meaning ascribed to them in the Motion.

69934452;1

- 2 -

**SUBMITTED BY:**

Amy M. Leitch, Esq.
**Akerman LLP**
50 North Laura Street, Suite 3100
Jacksonville, FL 33302
T: (904) 798-3700
F: (904) 798-3730
E-mail: amy.leitch@akerman.com


(Attorney Leitch is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)