## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC. *et al.*[1],<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered)<br><br>**Ref. D.I. 1184** |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2023, a true and correct copy of the *Motion to Allow Late-Filed Claim as Timely* [Docket No. 1184] was filed and served upon the following via CM/ECF notification:

George A. Davis
Tianjiao Li
Brian S. Rosen
Jonathan J. Weichselbaum
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
George.davis@lw.com
Tj.li@lw.com
Breian.rosen@lw.com
Jon.weichselbaum@lw.com

Jiordi Guso
Michael J. Niles
**BERGEN SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
jguso@bergersingerman.com
mniles@bersingerman.com

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

Jeramy D. Webb
Whit Morley
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Jeramy.webb@lw.com
Whit.morley@lw.com

**Heidi A Feinman**
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
Heidi.A.Feinman@usdoj.gov

J. Steven Wilkes
**Office of the United States Region 21**
**United States Department of Justice**
501 East Polk Street, Suite 1200
Tampa, FL 33602
steven.wilkes@usdoj.gov

*Service was also made via CM/ECF notification to all other parties that have requested notice pursuant to Bankruptcy Rule 2002.*

*[Signature Page to Follow]*

Dated: April 18, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>*/s/ Richard J. Bernard*</u>
Richard J. Bernard (No. 57266)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

-and-

Jaclyn C. Marasco
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: jaclyn.marasco@faegredrinker.com

*Counsel to Faegre Drinker Biddle & Reath LLP*