UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**RESERVATION OF RIGHTS CONCERNING THE FIRST INTERIM FEE APPLICATION OF SANCHEZ FISCHER LEVINE, LLP**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this reservation of rights to the *First Fee Application of Counsel, Sanchez Fischer Levine, LLP* ("SFL First Interim Fee Application") [Docket No. 986], and respectfully states as follows:

1. The Committee continues to seriously question whether Debtor Vital Pharmaceuticals, Inc.'s postpetition prosecution of its two affirmative actions against Monster Beverage Corporation (and certain other defendants) for which it retained Sanchez Fischer Levine, LLP ("SFL"), actually confers any benefit to the Debtors' estates. Indeed, in its Supplemental Objection (defined herein), the Committee urged the Court to deny SFL's retention, and requested

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

that the Debtors stay the litigations pending the closing of any sale transaction, once the merits of the respective actions could be evaluated by the purchaser or estate fiduciary, as applicable.[2]

2. Additionally, to the extent the SFL retention was approved, the Committee requested certain procedural safeguards be implemented to limit unnecessary postpetition litigation costs. Indeed, the Order approving SFL's retention provided that the Debtors and SFL "shall agree to a reasonable litigation budget reflecting the scope of [SFL's] services to be performed post-petition contained within the 'Legal Expenses' line item in the Approved Budget attached to [the Final DIP Order]."[3] Despite numerous requests from the Committee over the past months, both before and after entry of the Order, the Debtors have failed to provide an updated litigation budget. As a result, the Committee is unable to ascertain whether the fees SFL seeks in the SFL First Interim Fee Application are within the postpetition litigation budget.

3. For the foregoing reasons, the Committee reserves the right to object to any final request or application for compensation by SFL pursuant to 11 U.S.C. §§330 and 331 and all applicable rules.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on April 18, 2023 upon all interested parties registered to receive notice via this court's CM/ECF electronic notification system.

*[remainder of page intentionally left blank]*

---

[2] *See generally, Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Application for Order Authorizing the Employment of David M. Levine and the Law Firm of Sanchez Fischer Levine, LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [Docket No. 766] (the "Supplemental Objection").

[3] *Order Approving Debtors' Application for Order Authorizing the Employment of David M. Levine and the Law Firm of Sanchez Fischer Levine, LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [Docket No. 798].

Dated: April 18, 2023

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
     -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639
    Juan J. Mendoza
    Florida Bar No.: 113587
    1111 Brickell Avenue, Suite 1250
    Miami, FL 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202
    Email: lblanco@sequorlaw.com
    Email: jmendoza@sequorlaw.com

    *Counsel to the Official Committee of Unsecured Creditors*