## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on the 19th day of April, 2023, by electronic transmission through the Court's CM/ECF system upon all parties who have requested CM/ECF notifications.

      By: */s/ Richard J. Bernard*
            Richard J. Bernard