UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION TO RESCHEDULE HEARING TO APRIL 27, 2023, ON DEBTORS' EXPEDITED SUPPLEMENTAL APPLICATION FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023, AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY SERVICES TO THE DEBTORS, EFFECTIVE APRIL 11, 2023**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, pursuant to Local Rule 9013-1(C)(1), move the Court, on an *ex parte* basis, for the entry of an order rescheduling the hearing to April 27, 2023 at 1:30 p.m., to consider *Debtors' Expedited Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* [ECF No. 1188] (the "Supplemental Application") filed by the Debtors on April 18, 2023. In support of this motion, the Debtors state:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12086359-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

7. On January 13, 2023, the Debtors filed *Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022* (the "GT Retention Application") [ECF No. 643], seeking the expedited approval of the employment of Grant Thornton LLP, as financial advisors to the Debtors, to perform certain transaction advisory services, pursuant to an engagement letter dated November 16, 2020 (the "Engagement Letter") between the Debtors and Grant Thornton LLP, and various Statements of Work for tax consulting services (the "Tax Consulting SOW"), tax compliance services (the "Tax Compliance SOW"), transaction advisory services (the "Quality of Earnings SOW") and debt restructuring tax consulting services (the "Debt Restructuring SOW, and, together with the Engagement Letter, Tax Consulting SOW, Tax Compliance SOW, and Quality of Earnings SOW, collectively, the "Engagement Documents").

8. On January 23, 2023, the Court entered an *Order Approving Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022, as Modified Herein* [ECF No. 665], which, *inter alia*, (i) approved the GT Retention Application, (ii) authorized the Debtors to retain Grant Thornton LLP as their financial advisor effective as of December 17, 2022, pursuant to the terms and conditions of the Engagement Documents, (iii) authorized the Debtors to pay an advance fee of $25,000 to Grant Thornton LLP, and (iv) approved modified limitations on liability and indemnification provisions as set forth in the Engagement Letter.

**Relief Requested**

9. On April 18, 2023, the Debtors filed the Supplemental Application, seeking approval to expand the scope of Grant Thornton LLP's employment in these cases to assist the Debtors with the Internal Revenue Service examination for the tax years ended December 31, 2020 and December 31, 2021, pursuant to a new *Statement of Work for Tax Examination Assistance*, dated April 2, 2023 (the "Tax Audit SOW") and (ii) provide additional transaction advisory services to the Debtors pursuant to a new *Statement of Work* dated April 11, 2023 (the "Transaction Advisory Services SOW").

10. As set forth in the Supplemental Application, the Debtors received a letter from the Internal Revenue Service on or about February 10, 2023, informing the Debtors that their 2020 and 2021 tax returns were being audited by the government (the "IRS Audit"). Accordingly, the Debtors now seek to expand the scope of the services being provided by Grant Thornton LLP to the Debtors to include assistance with responding to the IRS Audit. In addition, the Debtors, through the Supplemental Application, also seek to expand the scope of services set forth in the Quality of Earnings SOW to include additional services as detailed in the Supplemental Application.

3

12086359-1

11. The hearing to consider the Supplemental Application is scheduled for May 11, 2023 at 2:00 P.M. [ECF No. 1197].

12. By this Motion, the Debtors request the Court to reschedule the hearing to consider the Supplemental Application from May 11, 2023 to April 27, 2023 at 1:30 p.m.

13. The Debtors have requested Grant Thornton LLP's immediate assistance with addressing additional inquiries from third parties in connection with the contemplated transaction. The additional services to be provided to the Debtors by Grant Thornton LLP, as contemplated by the Supplemental Application and Transaction Advisory Services SOW, include the preparation of analyses that are important to the sale process as potential bidders have requested that the analyses be performed. These additional services were not contemplated in the original Engagement Documents.

14. Accordingly, by this Motion, the Debtors respectfully request the Court to reschedule the hearing to April 27, 2023 at 1:30 p.m., to consider the Supplemental Application.

15. The undersigned counsel for the Debtors communicated with counsel for the Committee, who has no objection to the rescheduling of the hearing, as well as the United States Trustee, who takes no position as to the rescheduling of the hearing to April 27, 2023 at 1:30 p.m., to consider the Supplemental Application.

16. No party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) rescheduling the May 11, 2023 hearing to consider the Supplemental Application to April 27, 2023 at 1:30 p.m., and (iii) granting

12086359-1

such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: April 19, 2023<br>      Miami, Florida | Respectfully submitted,<br><br>/s/ Michael J. Niles |

George A. Davis (admitted *pro hac vice*)  
Tianjiao ("TJ") Li (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Email: george.davis@lw.com  
        tj.li@lw.com  
        brian.rosen@lw.com  
        jon.weichselbaum@lw.com  

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone: (305) 755-9500  
Email: jguso@bergersingerman.com  
        mniles@bergersingerman.com  

– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004  
Telephone: (202) 637-2200  
Email: andrew.sorkin@lw.com  

– and –

Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email: whit.morley@lw.com  

*Co-Counsel for the Debtors*

12086359-1

# **EXHIBIT A**

## **(Proposed Order)**

12086359-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION TO RESCHEDULE HEARING TO APRIL 27, 2023, ON DEBTORS' EXPEDITED SUPPLEMENTAL APPLICATION FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023, AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY SERVICES TO THE DEBTORS, <u>EFFECTIVE APRIL 11, 2023</u>**

**THIS MATTER** having come before the Court upon *Debtors' Ex Parte Motion to Reschedule Hearing to April 27, 2023, on Debtors' Expedited Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12086683-1

*6, 2023, and Expand Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* [ECF No. ___] (the "Motion").  The Court, having considered the Motion, having noted that the Committee[2] has no objection, and the United States Trustee takes no position as to the relief requested in the Motion, and finding good cause for the granting thereof, does

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. The hearing to consider *Debtors' Expedited Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* [ECF No. 1188] is rescheduled from May 11, 2023 at 2:00 p.m. to **April 27, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

12086683-1