UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]    Chapter 11

         Chapter 11    Case No. 22-17842-PDR

                        Hon. Peter D. Russin

                        (Jointly Administered)

     Debtors.
_____/

## MOTION TO ADMIT THOMAS L. SHRINER, JR. PRO HAC VICE

The undersigned, Thomas L. Shriner, Jr. of Foley & Lardner LLP, moves this Court for an Order authorizing him to appear and represent Webb & Gerritsen, Inc. *pro hac vice* in the above-styled bankruptcy case. In support of this motion, it is stated that:

1. I have been a member in good standing of the bars of the Supreme Court of Wisconsin since 1972; the United States Court of Appeals for the Seventh Circuit since 1972; the United States District Court for the Eastern District of Wisconsin since 1973; the United States District Court for the Western District of Wisconsin since 1977; the United States Supreme Court since 1978; the United States Court of Appeals for the Eighth Circuit since 1989; the United States Court of Appeals for the Federal Circuit since 1990; the United States District Court for the District of Colorado since 2004; and the United States Tax Court since 2008. My business address and state bar number are as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Foley & Lardner LLP  
777 East Wisconsin Avenue  
Milwaukee, WI 53202-5306  
Wisconsin Bar No. 1015208

2. I have not been denied admission to the courts of any state or federal court.

3. I have never been disbarred; I am not currently suspended from the practice of law in the State of Wisconsin or any other state, territory, or insular possession of the United States; and I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

3. I designate Mark J. Wolfson, Esq., an attorney with Foley & Lardner LLP, having an office at 100 North Tampa Street, Suite 2700, Tampa, FL 33602, who is qualified to practice in this court and who has consented to designation as local counsel.

4. I certify that I am familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

5. A proposed Order granting this Motion is being submitted to the Court contemporaneously with the filing of this Motion.

WHEREFORE, I, Thomas L. Shriner, Jr., pray for an Order from this Court granting my Motion to represent Webb & Gerritsen, Inc., *pro hac vice* in this case and for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    */s/ Thomas L. Shriner, Jr.*  
    Thomas L. Shriner, Jr.  
    FOLEY & LARDNER LLP  
    777 East Wisconsin Avenue  
    Milwaukee, WI 53202-5306  
    Telephone: 414.271.2400  
    Email: tshriner@foley.com

/s/ Mark J. Wolfson
Mark J. Wolfson, Esquire (FBN 0352756)
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: 813-225-4119
Email: mwolfson@foley.com

*Attorneys for Webb & Gerritsen, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 19 day of April, 2023 via the CM-ECF filing system which will send email notification to those registered recipients.

/s/Mark J. Wolfson
Attorney

4856-8665-3022.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,      Chapter 11

                                                         Case No. 22-17842-PDR

                                                         Hon. Peter D. Russin

                                                         (Jointly Administered)

     Debtor.

_____/

## **WRITTEN DESIGNATION AND CONSENT TO ACT**

     I, Thomas L. Shriner, Jr. of the law firm Foley & Lardner LLP, pursuant to Local Rule 2090-1(c)(2) of the United States Bankruptcy Court for the Southern District of Florida, hereby submit this Written Designation and Consent to Act in the above styled case for Webb & Gerritsen, Inc., on the part of Mark J. Wolfson, and state as follows:

     1.     Mark J. Wolfson is an attorney with the firm of Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, FL 33602-5810; telephone number (813) 225-4119; and facsimile number (813) 221-4210.

     2.     Mark J. Wolfson is a member of the Florida Bar and has been admitted to practice before this Court. Mr. Wolfson's Florida Bar number is 0352756.

     3.     Mr. Wolfson is a resident of Hillsborough County, Florida.

     4.     All notices and papers in this action may be served upon Mr. Wolfson.

4856-8665-3022.1

5. Mr. Wolfson will be responsible for the progress of this case for Webb & Gerritsen, Inc.

Dated:  April 19, 2023.

>*/s/ Thomas L. Shriner, Jr.*
>Thomas L. Shriner, Jr.
>FOLEY & LARDNER LLP
>777 East Wisconsin Avenue
>Milwaukee, WI 53202-5306
>Tel:  414.271.2400
>Email:  tshriner@foley.com

### CERTIFICATION:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

>*/s/ Mark J. Wolfson*
>Mark J. Wolfson

### CONSENT OF DESIGNEE

Dated: April 19, 2023.

>*/s/ Mark J. Wolfson*
>DESIGNEE

4856-8665-3022.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,      Chapter 11

                                                                           Case No. 22-17842-PDR

                                                                           Hon. Peter D. Russin

                                                                           (Jointly Administered)

        Debtor.

_____/

**<u>ORDER ADMITTING THOMAS L. SHRINER, JR. TO APPEAR PRO HAC VICE</u>**

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice (ECF No. _____). The Court having reviewed the motion and good cause appearing, it is

ORDERED that Thomas L. Shriner, Jr., Esq. ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Webb and Gerritsen, Inc. ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this Court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served:

4856-8665-3022.1

Mark J. Wolfson, Esquire (FBN 0352756)  
Foley & Lardner LLP  
100 North Tampa Street, Suite 2700  
Tampa, FL  33602  
Telephone: 813-225-4119  
Email: mwolfson@foley.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:

Mark J. Wolfson, Esquire  
Foley & Lardner LLP  
100 North Tampa Street, Suite 2700  
Tampa, FL  33602  
Telephone: 813-225-4119  
Email: mwolfson@foley.com

Thomas L. Shriner, Jr.  shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

4856-8665-3022.1