**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Dioz Group, Attn: Johnny Beig, Senior VP, Business Development at 8730 Wilshire Blvd PH, Beverly Hills, CA 90211, and via electronic mail at johnny@diozgroup.com:

- **Order Granting Debtors' Motion Pursuant to Section 503(b)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received by the Debtors in the Ordinary Course Within Twenty Days Prior to the Petition Date** (Docket No. 715)

- **Notice of Deadline for Filing Section 503(b)(9) Claim Requests** (attached hereto as **Exhibit A**)

Dated: April 19, 2023

                                             */s/ Serina Tran*
                                             Serina Tran
                                             STRETTO
                                             410 Exchange, Suite 100
                                             Irvine, CA 92602
                                             Telephone: 855-493-7375
                                             Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                          Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No.: 22-17842-PDR

    Debtors.                                                            (Jointly Administered)
_____/

## NOTICE OF DEADLINE FOR FILING
## SECTION 503(b)(9) CLAIM REQUESTS

**PLEASE TAKE NOTICE** that on October 10, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2023, the Court, having jurisdiction over the Debtors' chapter 11 cases, entered an order (the "Section 503(b)(9) Bar Date Order"): (i) establishing **March 17, 2023 (the "Section 503(b)(9) Bar Date**") as the deadline for each person or entity, including, without limitation, individuals, partnerships, corporations, joint ventures and trusts to file a request for payment for an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code (a "Section 503(b)(9) Claim Request") against any of the Debtors that arose prior to the Petition Date.

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER TO FILE A SECTION 503(b)(9) CLAIM REQUEST.**

**If you have any questions with respect to this notice** (the "Section 503(b)(9) Bar Date Notice"), you may contact the Debtors' claims agent, Stretto, Inc. (the "Claims Agent") by:

**Telephone: (855) 493-7375**
**Online inquiry: TeamVitalPharma@stretto.com**

1. **WHO MUST FILE A SECTION 503(b)(9) CLAIM REQUEST AND HOW TO FILE A SECTION 503(b)(9) CLAIM REQUEST**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

11884766-1

      All parties who seek to assert an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "Section 503(b)(9) Claim") against a Debtor for goods provided to such Debtor in the ordinary course of business within 20 days prior to the Petition Date (each a "Section 503(b)(9) Claimant") must submit a Section 503(b)(9) Claim Request, a copy of which is attached hereto.

      Section 503(b)(9) Claim Requests must set forth with specificity: (i) the amount of the Section 503(b)(9) Claim; (ii) the particular Debtor against which the Section 503(b)(9) Claim is asserted; and (iii) the value of the goods the Section 503(b)(9) Claimant contends the Debtor received in the ordinary course of business within twenty (20) days before the Petition Date. Further, the Section 503(b)(9) Claim request should include or attach documentation: (a) identifying the particular invoices for which any such Section 503(b)(9) Claim is being asserted; (b) evidencing the delivery and/or shipment date of the goods; and (c) evidencing any prior demand to reclaim goods sold to the Debtor under Section 546(c) of the Bankruptcy Code. Any Section 503(b)(9) Claim Request must include a certification that the goods with respect to which the Section 503(b)(9) Claim is being filed were sold in the ordinary course of business. Finally, Section 503(b)(9) Claim Requests must be: (i) signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (ii) in the English language; and (iii) denominated in United States currency.

      For any Section 503(b)(9) Claim Request to be validly and properly filed, a Section 503(b)(9) Claimant must either:

      (a) deliver a signed original hardcopy of the Section 503(b)(9) Claim Request to the Claims Agent, in person or by courier service, hand delivery or mail, at the following address:

> Vital Pharmaceuticals, Inc., *et al.* Claims Processing
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

      Or (b) electronically submit the Section 503(b)(9) Claim Request to the Claims Agent at the following web address https://claims.stretto.com/case-203-vitalpharmaceuticals/login

      Any Section 503(b)(9) Claim Request must actually be received by the Claims Agent on the Section 503(b)(9) Bar Date.

**FACSIMILE, E-MAIL, TELECOPY OR ELECTRONIC SUBMISSIONS OTHER THAN AS DESCRIBED ABOVE WILL NOT BE ACCEPTED.**

      Any holder of a Section 503(b)(9) Claim against more than one Debtor must file a separate Section 503(b)(9) Claim Request against each Debtor and all holders of claims must identify on their Section 503(b)(9) Claim Request the specific Debtor against which the Section 503(b)(9) Claim is asserted.

      If you physically submit a Section 503(b)(9) Claim Request and wish to receive a file-stamped receipt copy by return mail, you must include with your Section 503(b)(9) Claim Request an additional copy of your Section 503(b)(9) Claim Request and a self-addressed, postage-paid envelope.

**2. CONSEQUENCES OF FAILURE TO FILE A SECTION 503(b)(9) CLAIM REQUEST BY THE SECTION 503(b)(9) BAR DATE:**

**Any holder of a claim who received notice of the Section 503(b)(9) Bar Date (whether such notice was actually or constructively received) and is required, but fails, to file a Section 503(b)(9) Claim Request in accordance with the Section 503(b)(9) Bar Date Order on or before the Section 503(b)(9) Bar Date may, upon an order sustaining the objection filed by the Debtors as applicable: (i) be forever barred, estopped, and enjoined from asserting such claim against such Debtor (or filing a Section 503(b)(9) Claim Request with respect thereto), and such Debtor and its property may upon confirmation of a chapter 11 plan be forever discharged from all such indebtedness or liability with respect to such claim, and (ii) such holder may not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution from the Debtors on account of such claim or receive further notices regarding such claim; provided, however, that a claimant shall be able to vote upon, and receive distributions under, any plan of reorganization or liquidation in this case to the extent, and in such amount, of any undisputed, non-contingent and liquidated claims identified in the Schedules on behalf of such claimant or any filed and allowed general unsecured claim.**

**3. EFFECT OF SUBSEQUENT NOTICE**

If the Debtors determine after the mailing date of this Section 503(b)(9) Bar Date Notice that an additional party or parties should appropriately receive the Section 503(b)(9) Bar Date Notice, the date by which a Section 503(b)(9) Claim must be filed by such party or parties shall be the later of (i) the Section 503(b)(9) Bar Date or (ii) the first business day that is forty-five (45) days from the mailing date of an amended notice to such additional party or parties.

| | |
|---|---|
| Dated: January 31, 2023<br>      Miami, Florida | Respectfully submitted, |
| | */s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone: (212) 906-1200 | Telephone: (305) 755-9500 |
| Email: george.davis@lw.com | Email: jguso@bergersingerman.com |
|       tj.li@lw.com |       mniles@bergersingerman.com |
|       brian.rosen@lw.com | |
|       jon.weichselbaum@lw.com | |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for Debtors-in-Possession*

4

11884766-1

**Section 503(b)(9) Claim Request**

| **Address for Submission of 503(b)(9) Claim Request**<br>Vital Pharmaceuticals, Inc., et al. Claims Processing<br>c/o Stretto Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | **In re Vital Pharmaceuticals, Inc.,** *et al.*<br>Chapter 11 Case No. 22-17842 (PDR)<br>(Jointly Administered) |
|---|---|
| **Debtor against which claim is asserted (check *only* one):**<br>□ Vital Pharmaceuticals, Inc.                          □ Bang Energy Canada, Inc.<br>□ JHO Intellectual Property Holdings, LLC        □ JHO Real Estate Investment, LLC<br>□ Quash Seltzer, LLC.                                   Rainbow Unicom Bev LLC<br>□ Vital Pharmaceuticals International Sales, Inc. ||
| NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases [ECF No. 715], a claim for administrative expense under 11 U.S.C. § 503(b)(9) (the "**Section 503(b)(9) Claim Request**") must be delivered on or before **March 17, 2023** to the Claims Agent. This Section 503(b)(9) Claim Request shall be deemed filed when actually received by the Claims Agent and may be submitted (a) in person or by courier service, hand delivery or mail to the above-referenced address, or (b) electronically at the following web address https://claims.stretto.com/case-203-vitalpharmaceuticals/login. **Facsimile, e-mail, telecopy or electronic submissions other than as described above will <u>not</u> be accepted.** ||
| **Name and address of Creditor (and name and address where notices should be sent if different from Creditor):**<br><br><br><br><br><br>Telephone number: | □ Check if you are aware that anyone else has filed a Section 503(b)(9) Claim Request relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check if you have never received any notices from the bankruptcy court in this case. |
| **ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** _____ | Check here if this claim:   □ Replaces       □ Amends<br>a previously filed claim, dated: _____ |
| **1.  BASIS FOR CLAIM:** Goods sold in the ordinary course of business and received by debtor within 20 days prior to the commencement of the case. ||
| **2.  DATE(S) DEBT WAS INCURRED:** ||
| **3.  TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM (IN US DOLLARS): $_____** ||
| **4.  BRIEF DESCRIPTION OF CLAIM:** ||
| **5.  SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, shipping documents, bills of lading, packing slips, receiving dock acceptances, itemized statements of running accounts, or contracts. Also, provide a copy of any prior demand to reclaim goods sold to the debtor under Section 546(b) of the Bankruptcy Code. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain why. If the documents are voluminous, attach a summary and identify from whom the debtor may obtain a copy of the documents. ||
| **6. DATE-STAMPED COPY:** To receive acknowledgement of the filing of a paper copy of a Section 503(b)(9) Claim Request, enclose a stamped, self-addressed envelope and a date-stamped copy of your Section 503(b)(9) Claim Request, excluding supporting documents, will be mailed to you. ||
| **7. ORDINARY COURSE CERTIFICATION:** By signing this Section 503(b)(9) Claim Request, you are certifying that the goods for which payment is sought hereby were sold to the Debtor in the ordinary course of business as required by 11 U.S.C. § 503(b)(9). ||

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** _____
     **MM/DD/YYYY**


_____
          **Signature**

**Print the name of the person who is completing and signing this claim:**

**Name:**  _____

**Title:**  _____

**Company:**  _____

**Address:**  _____

**Contact phone:**  _____     **Email:**  _____

6

11884766-1