UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]       Case No.: 22-17842-PDR

    Debtors.                                 (Jointly Administered)

_____/

**NOTICE OF FILING TEXT-SEARCHABLE VERSION OF FIRST INTERIM
APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF BERGER SINGERMAN LLP, AS LOCAL
COUNSEL TO THE DEBTORS, FOR THE PERIOD OF OCTOBER 10, 2022
THROUGH  FEBRUARY 28, 2023 [ECF NO. 991]**

BERGER SINGERMAN LLP, local counsel for the Debtors, Vital Pharmaceuticals, Inc.,

Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment,

EEC, Quash Seltzer, EEC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International

Sales, Inc., hereby files the attached text-searchable version of the *First Interim Application for*

*Allowance and Payment of Compensation and Reimbursement of Expenses of Berger Singerman*

*LLP, as Local Counsel to the Debtors, For the Period of October 10, 2022 Through February 28,*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*2023* filed on March 21, 2023 [ECF No. 991].

Dated: April 21, 2023
     Miami, Florida

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
       mniles@bergersingerman.com

*Co-Counsel for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

**SUMMARY OF FIRST INTERIM APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF BERGER SINGERMAN LLP, AS LOCAL COUNSEL TO
THE DEBTORS, FOR THE PERIOD OF OCTOBER 10, 2022 THROUGH
FEBRUARY 28, 2023**

| | | |
|---|---|---|
| 1. | Name of applicant: | Berger Singerman LLP |
| 2. | Role of applicant: | Local Counsel to the Debtors and Debtors in Possession |
| 3. | Name of Certifying Professional: | Jordi Guso |
| 4. | Date case filed: | October 10, 2022 |
| 5. | Date of Order Approving Employment | November 21, 2022, effective as of October 10, 2022 [ECF No. 379] |
| **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:** | | |
| 6. | Period for this Application: | October 10, 2022 through February 28, 2023 |
| 7. | Amount of Compensation Sought: | $647,582.50[2] |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The Applicant has been paid the sum of $413,099.20 (80% of $516,374.00) of the fees requested herein for the period October 10, 2022 through January 31, 2023, in accordance with this Court's *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503] (the "Interim Compensation Order").  The Applicant has not yet received payment on account of its fee and expense statement for the month of February 2023, as the deadline to object to the Applicant's February 2023 fee and expense statement is March 30, 2023; however, the

| 8. | Amount of Expense Reimbursement Sought | $7,393.73[3] |
|---|---|---|
| **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:** | | |
| 9. | Total Amount of Compensation Sought During Case: | N/A |
| 10. | Total Amount of Expense Reimbursement Sought During Case | N/A |
| 11. | Amount of Original Retainer(s).  Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: | $379,062.59 |
| 12. | Current Balance of Retainer(s) remaining: | $288,674.25 |
| 13. | Last monthly operating report filed (Month/Year and ECF No.) | January 2023 [ECF Nos. 865, 866, 867, 868, 869, 860 and 877] |
| 14. | If case is Chapter 11, current funds in the Chapter 11 estates | $16,732,457.00[4] |
| 15. | If case is Chapter 7, current funds held by Chapter 7 Trustee | N/A |

### History of Fees and Expenses

1.     Dates, sources, and amounts of retainers received:

| Date | Source | Amount |
|---|---|---|
| August 9, 2022 | Debtors' funds | $25,000.00 (Initial Retainer) |
| September 15, 2022 | Debtors' funds | $537,144.00 (Second Retainer) |
| **TOTAL** | | **$562,144.00** [5] |

fees incurred by the Applicant in February 2023, are included in this Application.

[3] The Applicant has been paid the sum of $5,898.33 (100% of $5,898.33) in expenses requested for the period October 10, 2022 through January 31, 2023, in accordance with the Interim Compensation Procedures Order.  The Applicant has not yet received payment on account of its fee and expense statement for the month of February 2023, as the deadline to object to the Applicant's February 2023 fee and expense statement is March 30, 2023; however, the expenses incurred by the Applicant in February 2023 are included in this Application.

[4] This figure was obtained from the reported cash balances as of January 31, 2023, from the Debtors' most recently filed monthly operating reports for the month ending January 2023 [ECF Nos. 865, 866, 867, 868, 869, 870, 877].

[5] As disclosed in the *Declaration of Jordi Guso on Behalf of Berger Singerman LLP, as Proposed Local Counsel For the Debtors-in-Possession, Effective as of the Petition Date* attached as Exhibit "A" to the *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 21], of the $562,144.00 in pre-petition retainers paid to Berger Singerman LLP, the sum of $168,727.41 was applied toward

2.      Dates, sources and amounts of third party payments received:  N/A

3.      Payments from Monthly Fee Statements:

| Time Period | Fees Requested | Expenses Requested | Date of Payment | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| October 10, 2022 – November 30, 2022 | $249,923.50 | $1,877.41 | January 6, 2023 | $199,938.80 | $1,877.41 |
| December 1, 2022 through December 31, 2022 | $111,584.50 | $1,120.74 | February 8, 2023 | $89,267.60 | $1,120.74 |
| January 1, 2023 through January 31, 2023 | $154,866.00 | $2,900.18 | March 9, 2023 | $123,892.80 | $2,900.18 |
| February 1, 2023 through February 28, 2023 | $131,208.50 | $1,495.40 | *Not Yet Paid* | $0.00 *(amount requested: $104,966.80)* | $0.00 *(amount requested: $1,495.40)* |

payment of pre-petition fees and expenses, and the sum of $14,354.00 was applied toward payment of filing fees, leaving a retainer balance of $379,062.59 in the trust account of Berger Singerman LLP as of the commencement of these Chapter 11 cases.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
BERGER SINGERMAN LLP, AS LOCAL COUNSEL TO THE DEBTORS FOR
THE PERIOD OF OCTOBER 10, 2022 THROUGH FEBRUARY 28, 2023**

BERGER SINGERMAN LLP (the "Applicant"), as local counsel for the Debtors, Vital

Pharmaceuticals, Inc. ("VPX"), Bang Energy Canada, Inc., JHO Intellectual Property Holdings,

LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and

Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors), hereby files its *First*

*Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses*

*to Berger Singerman LLP, as Local Counsel to the Debtors For the Period of October 10, 2022*

*Through February 28, 2023* (the "Application") for professional services and expenses rendered

by the Applicant during the period of October 10, 2022 through February 28, 2023 (the

"Application Period").  This Application is filed pursuant to sections 328, 330 and 503(b) of the

Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and meets all of the requirements set forth in the *Guidelines for Fee Applications for*

*Professionals in the Southern District of Florida Bankruptcy Cases*, incorporated in Local Rule

2016-1(B)(1), and *Appendix B – Guidelines for Reviewing Applications for Compensation and*

*Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11*

*Cases* (collectively, the "Guidelines").  In support of the Application, the Applicant states:

## I.    RETENTION OF THE APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11, title 11, United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

On the Petition Date, the Debtor filed *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 21], requesting approval of the employment of the Applicant as local counsel to the Debtors.  On November 21, 2022, the Court entered an *Order Approving the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP, as Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 379], approving the employment of the Applicant as local counsel to the Debtors.

The Applicant submits this Application, pursuant to sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules and the Guidelines.  The Applicant requests a first interim award of legal fees earned by the Applicant for services rendered as local counsel to the Debtors, in the amount of **$647,582.50** and reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period in the amount of **$7,393.73**.

This request is the Applicant's first interim application to the Court for compensation and reimbursement of expenses for services rendered as local counsel to the Debtors.  No understanding exists between the Applicant and any other person for the sharing of compensation sought by the Applicant, except among the partners and associates of the Applicant.

In accordance with the Guidelines, the following exhibits are annexed to this Application:

**Exhibit A:**    Customary and Comparable Compensation Disclosures With Fee Applications

**Exhibit B:**    Summary of Timekeepers Included in this Fee Application

**Exhibit C-1:**    Budget

**Exhibit C-2:**    Staffing Plan

**Exhibit D-1:**    Summary of Compensation Requested by Project Category

**Exhibit D-2:**    Summary of Expense Reimbursements Requested by Category

**Exhibit E:**    Summary Cover Sheet of Fee Application

**Exhibit F:**    Detailed Description of the Services Rendered and Expenses and Disbursements.

The Applicant has expended a total of **1,258.80** hours during the Application Period in rendering necessary and beneficial legal services to the Debtors.

Exhibit A contains a list of the Applicant's professionals and paraprofessionals who have provided services to the Debtors during the Application Period, the blended hourly rate for fees billed during the Application Period, and the blended hourly rate for fees bills or collected by the Applicant for the preceding year, excluding bankruptcy engagements.

Exhibit B contains a list of the professionals and paraprofessionals included in the Application, as well as the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional and paraprofessional.

Exhibit C-1 contains Applicant's budget and staffing plan relating to the Application Period, reflecting the estimated hours to be spent and estimated fees to be incurred during the period beginning on the Petition Date through and including December 31, 2022 (the "Budgeted Period").[6]

---

[6] The Applicant provided the Debtors with a preliminary budget and staffing plan covering the Budgeted Period.

Exhibit C-2 contains Applicant's staffing plan reflecting the number of timekeepers expected to perform work on these cases during the Budgeted Period and the average hourly rate broken down by category of timekeeper.

Exhibit D-1 contains a summary of compensation requested by project category, reflecting the number of hours budgeted, fees budgeted, hours billed, and fees sought during the Budgeted Period and Application Period, as applicable.

Exhibit D-2 contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtors, for which the Applicant seeks reimbursement in accordance with section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines.  The expenses and disbursements summarized in Exhibit D-2 include only those which the Applicant typically would invoice to its non-bankruptcy clients.

Exhibit E contains a summary cover sheet of the Application.

Exhibit F contains (i) a daily description of the services rendered and the hours expended by the various attorneys and paralegals of the Applicant who performed services in these cases; and (ii) a detailed schedule listing of the expenses and disbursements for which the Applicant seeks reimbursement.  The Applicant has prepared Exhibit F based on, among other things, contemporaneous daily time records maintained by the Applicant's attorneys and paraprofessionals who rendered services in these cases.

---

Pursuant to this Court's order [ECF No. 503], the Application Period is longer than the Budgeted Period.  As such, the Applicant provided the Debtors and their financial advisor with monthly aggregate fee estimates for the remainder of the Application Period not covered by the Budgeted Period (i.e., January and February).  These monthly fee estimates did not include fee estimates broken out by category but rather included the total fee estimate for each month beyond the Budgeted Period.

II.      **BACKGROUND OF THE CASE**

On the Petition Date, the Debtors commenced their bankruptcy cases.  On November 1, 2022, the Office of the U.S. Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") [ECF No. 245].  On November 23, 2022, the United States Trustee reconstituted the Committee [ECF No. 400].

Established in 1993 and headquartered in Weston, Florida, the Debtors are a frontrunner in sports nutrition and pioneers in the performance energy drink industry.  The Debtors produce novel and great tasting beverages without sugar, calories, carbohydrates, or artificial flavors, and with caffeine, electrolytes, and other performance ingredients.   The Debtors' leading product is Bang energy drink ("Bang"), which was launched by the Debtors in 2012 and was the fastest growing beverage in the U.S. non-alcoholic beverage sector in 2018.  Bang is the third best-selling energy drink in the United States as measured by retail sales and market share data, in each case, as of April 2022.

 The Debtors' business historically has been profitable.  From 2016 to 2019, the Debtors demonstrated significant enterprise growth and received increased customer demand for the Debtors' products.  In 2019, prior to its distribution network transition, as disclosed in detail in the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date, the Debtors achieved approximately $1.2 billion in retail sales, approximately $626 million in net revenue, and approximately $175 million in earnings before interest, taxes, depreciation, and amortization, and had a 184% compound annual growth rate from 2017 to 2019.

Since inception, the Debtors and their non-Debtor affiliates have invested approximately $437 million into various manufacturing and distribution facilities across the United States, with

plans to expand further into international markets. For example, the Debtors' Phoenix facility, where most Bang products are manufactured, has a footprint of over 394,000 square feet and can manufacture 4.8 million twelve-pack cases of Bang every month with demonstrated efficiencies, capable of producing 3,600 cans per minute.

In addition to the Phoenix facility, certain of the non-Debtor affiliates lease or own manufacturing, distribution, and storage facilities in Florida, California, Georgia, North Carolina, Texas, Arizona, and Canada, which have a combined footprint of approximately two million square feet.

Bang is available in all 50 states and internationally, and is distributed through a large network of mainstream retailers and suppliers throughout the United States, Canada, Latin America, Europe, and Australia. The Debtors' distribution network is critical to its success.

The Debtors perform substantially all research and development in its Florida laboratories. As of September 30, 2022, the product development and quality control team consisted of more than thirty employees who are dedicated to improving the current product portfolio, creating new product offerings for existing customers, and developing markets across the globe. The Debtors take pride in manufacturing and perfecting upon their own unique flavors and vigorously tests their products until they are ready for launch.

As of the Petition Date, the Debtors employed 1103 employees, of which 1013 were full time, 88 were part time and 2 were seasonal employees.

**The Prepetition Capital Structure**

As of the Petition Date, VPX, as borrower, certain subsidiaries and affiliates of VPX (collectively, with VPX, the "Prepetition Loan Parties"), as guarantors, the lenders from time to time party thereto (the "Secured Lenders"), and Truist Bank, as administrative agent (the

"Prepetition Agent" and, together with the Secured Lenders, the "Prepetition Secured Parties"), were parties to an *Amended and Restated Revolving Credit and Term Loan Agreement*, dated as of August 14, 2020, (as amended, modified, or supplemented from time to time, the "Prepetition Credit Agreement"). The Prepetition Credit Agreement provided two separate credit facilities, each maturing on August 14, 2025: (a) a revolving credit facility (the "Prepetition Revolving Credit Facility"), and (b) a term loan A (the "Prepetition Term Loan" and, together with the Prepetition Revolving Credit Facility and all other obligations arising under the Prepetition Credit Agreement, the "Prepetition Loans"). As of the Petition Date, the aggregate outstanding principal of the Prepetition Loans was approximately $344.2 million, consisting of: (a) approximately $240.0 million in outstanding principal of the Prepetition Revolving Credit Facility, and (b) approximately $104.2 million in outstanding principal of the Prepetition Term Loan.

The Debtors had been in default under the Prepetition Credit Agreement for, among other things, failure to satisfy certain financial maintenance covenants since March 2022.

**Prepetition Litigation**

As of the Petition Date, the Debtors were parties to approximately 63 disputes that were in active litigation or were the subject of threatened litigation. Certain material litigation disputes are described in the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

**Events Leading to Commencement of Chapter 11 Cases**

The Debtors commenced these cases in order to obtain "breathing room" from pending litigation, including the matters listed above, as well as consequences of pending defaults under the Prepetition Credit Agreement; obtain an essential infusion of liquidity to help stabilize the Debtors' operations at a critical juncture in the Debtors' business cycle; and pursue a

recapitalization, a replacement financing, or other transaction that will result in the payment in full of the Debtors' outstanding obligations under the Prepetition Credit Agreement and position the Debtors for success upon its emergence from chapter 11.

## III.    REQUESTS FOR FIRST DAY RELIEF

The Applicant assisted the Debtors with the preparation and filing of these Chapter 11 cases, as well as a number of "first day" pleadings (the "First Day Pleadings"), which were considered by the Court, on an emergency basis, on October 13, 2022.

Among the First Day Pleadings filed were the following:

(a)    *Debtors' Ex-Parte Motion for Joint Administration* [ECF No. 7], which was granted by Order dated October 11, 2022 [ECF No. 43].

(b)    *Debtors' Ex Parte Motion for Authorization to File Consolidated Chapter 11 Case Management Summary* [ECF No. 8], which was granted on October 11, 2022 [ECF No. 72].

(c)    *Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors* [ECF No. 9], which sought authorization for the Debtors to file a consolidated creditor matrix and to file a consolidated list of the top thirty unsecured creditors of the Debtors.  Pursuant to the Court's order dated October 14, 2023 [ECF No. 110], the Court authorized the Debtors to file and maintain a consolidated creditor matrix, and authorized the Debtors to file a consolidated list of their top thirty (30) unsecured creditors.

(d)    *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 10], which was granted on October 14, 2022 [ECF No. 114].

(e)     *Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations In Respect Thereof* [ECF No. 11], which was granted on October 14, 2022 [ECF No. 109].

(f)     *Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business* [ECF No. 12], which was granted on October 14, 2022 [ECF No. 111].

(g)     *Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors* [ECF No. 13], which was granted on October 14, 2022 [ECF No. 112].

(h)     *Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts With, Shippers and Warehousemen* [ECF No. 14], which was granted on October 14, 2022 [ECF No. 113].

(i)     *Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, But Not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief* [ECF No. 15], which was granted on October 14, 2022 [ECF No. 108].

(j)     *Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations* [ECF No. 16], which was granted on October 14, 2022 [ECF No. 116].

(k)     *Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II)*

*Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers* [ECF No. 17], which was granted on October 14, 2022 [ECF No. 117].

(l)     *Debtors' Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 18], which was granted on an interim basis on October 14, 2022 [ECF No. 118], and on a final basis on November 22, 2022 [ECF No. 394].

(m)     *Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date* [ECF No. 19], which sought authorization to retain Huron Consulting Services LLC ("Huron") to provide the services of a Chief Transformation Officer and additional personnel, effective as of the Petition Date.  Pursuant to the Court's Order dated October 14, 2022 [ECF No. 104], the Court approved, on an interim basis, the retention of Huron to provide the services of John C. DiDonato, as Chief Transformation Officer to the Debtors, effective as of the Petition Date.  Pursuant to the Court's Order dated November 22, 2022 [ECF No. 395], the Court approved, on a final basis, the retention of Huron to provide the services of John C. DiDonato, as Chief Transformation Officer to the Debtors, effective as of the Petition Date.

(n)     *Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date* [ECF No. 20], which sought authorization to retain Stretto, Inc. to provide noticing,

claims processing and solicitation services to the Debtors, effective as of the Petition Date. Pursuant to the Court's order dated October 14, 2022 [ECF No. 119], the Court approved the retention of Stretto, Inc., as notice, claims and solicitation agent to the Debtors, effective as of the Petition Date.

(o)    *Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-In-Possession, Effective as of the Petition Date* [ECF No. 21], which sought authorization to retain the Applicant as local counsel to the Debtors, effective as of the Petition Date.  Pursuant to the Court's Order dated November 21, 2022 [ECF No. 379], the Court approved the retention of the Applicant as local counsel to the Debtors, effective as of the Petition Date.

(p)    *Debtors' Emergency Application for Approval, on an Interim and a Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-In-Possession, Effective as of the Petition Date* [ECF No. 22], which sought authorization to retain Latham & Watkins LLP ("Latham & Watkins") as co-counsel to the Debtors, effective as of the Petition Date. Pursuant to the Court's Order dated November 22, 2022 [ECF No. 392], the Court approved the retention of Latham & Watkins, as co-counsel to the Debtors, effective as of the Petition Date.

(q)    *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327 and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Bankers for the Debtors, Effective as of the Petition Date* [ECF No. 23], which sought authorization to retain Rothschild & Co US, Inc. ("Rothschild") as investment banker for the Debtors, effective as of the Petition Date.  Pursuant to the Court's order dated November 22, 2022 [ECF No. 393], the Court approved the retention of Rothschild, as investment banker for the Debtors, effective as of the Petition Date.

(r)      *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [ECF No. 24] (the "DIP Financing Motion"), which was granted on an interim basis on October 14, 2023 [ECF No. 120], and on a final basis on January 12, 2023 [ECF No. 638].

## IV.    **OTHER MOTIONS, APPLICATIONS AND NOTICES FILED BY THE DEBTORS**

Following the filing of the foregoing "first-day" motions and applications, the Debtors filed various other motions, applications and notices, as listed below:

(a)      *Debtors' Emergency Omnibus Motion to Reject Unexpired Non-Residential Real Property Leases, Effective as of the Petition Date* [ECF No. 192], which was granted on October 28, 2022 [ECF No. 230], approving the Debtors' rejection of non-residential real property leases for properties located in Rogers, AR, Colorado Springs, CO and Denver CO, effective as of the Petition Date.

(b)      *Debtors' Motion for Entry of an Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment, and Request for Waiver of Local Rule 9013-1(L)(2)(b) Requirement* [ECF No. 193] (the "Utility Motion"), which was granted on October 28, 2022 [ECF No. 229].

(c)      *Debtors' Motion for Order Establishing Procedures for Monthly And Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 194], which was granted on November 22, 2022 [ECF No. 396], as amended by Order dated December 12, 2022 [ECF No. 503].

(d)      *Debtors' Notice of Abandonment of Personal Property* [ECF No. 231], with respect to personal property remaining at the Colorado Springs, CO location, which was vacated by the Debtors, pre-petition..

(e)      *Debtors' Agreed Motion for Entry of Agreed Order Authorizing Debtors to Redact Confidential Information From Their Schedules and Statement of Financial Affairs* [ECF No. 309], which was granted on November 10, 2022 [ECF No. 310].

(f)      *Debtors' and Creditor Monster Energy Company's Joint Agreed Motion for Relief From Automatic Stay to Continue Action in Nonbankruptcy Forum* [ECF No. 312],  which was granted on December 1, 2022 [ECF No. 450].

(g)      *Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* [ECF No. 341], which was granted on December 2, 2022 [ECF No. 464].

(h)      *Debtors' Ex Parte Motion for Order Shortening Time for Notice of Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan* [ECF No. 342], which was granted on November 15, 2022 [ECF No. 349].

(i)      *Debtors' Motion To Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Belvac Production Machinery, Inc. and Request to Pay Pre-Petition Claim of Storage Facility* [ECF No. 350], which was granted on December 9, 2022 [ECF No. 492].

(j)      *Debtors' Motion to Authorize and Approve the Sale of Excess Vehicles Outside of the Ordinary Course of Business*  [ECF No. 405], which was granted on December 16, 2022 [ECF No. 537].

(k)      *Debtors' Ex-Parte Motion for Authorization to Supplement Exhibit "A" to Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical*

*Vendors [ECF No. 13]* [ECF No. 493], which was granted on December 12, 2022 [ECF No. 498].

(l)     *Debtors' Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts* [ECF No. 534], which was granted on January 12, 2023 [ECF No. 640].

(m)     *Debtors' Notice of Abandonment of Equipment* [ECF No. 553], with respect to certain equipment located at the Debtors' facility in Pembroke Pines, Florida that is no longer used in the Debtors' operations.

(n)     *Debtors' Motion Pursuant to Section 503(b)(9) of the Bankruptcy Code to Establish Procedures for Submitting and Resolving Claims Related to Goods Received by the Debtors in the Ordinary Course Within Twenty Days Prior to the Petition Date* [ECF No. 558], which was granted on January 31, 2023 [ECF No. 715].

(o)     *Debtors' Expedited Motion for Entry of an Oder (I) Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief* [ECF No. 559], which was granted on January 6, 2023 [ECF No. 616].

(p)     *Debtors' Motion for Approval of Settlement Procedures and Settlement Terms For Litigation Matters* [ECF No. 571], which was granted on January 23, 2023 [ECF No. 666].

(q)     *Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition* [ECF No. 603], which was granted on January 12, 2023 [ECF No. 639].

(r)     *Debtors' Ex Parte Motion for Order Shortening Time for Notice of Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty That Accrues Postpetition* [ECF No. 604], which was granted on January 5, 2023 [ECF No. 608].

(s)      *Debtors' Expedited Motion for Entry of an Order (I) Extending the Deadline By Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [ECF No. 671], which was granted on February 3, 2023 [ECF No. 745].

(t)      *Debtors' Expedited Motion for Entry of an Order (I) Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* [ECF No. 672], which was granted on February 3, 2023 [ECF No. 744].

(u)      *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets, Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion"), which was granted on February 24, 2023 [ECF No. 854] (the "Bidding Procedures Order").

(v)      *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Lease with EastGroup Properties, L.P. and (II) Executory Contract with Portland Bottling Company* [ECF No. 709], which was granted on February 24, 2023 [ECF No. 848], as amended by ECF No. 860.

(w)      *Debtors' Expedited Motion for Protective Order Concerning Rule 2004*

*Notices Directed to Kathleen Cole* [ECF No. 773], which was resolved by Order dated February 17, 2023 [ECF No. 826].

(x)     *Debtors' Expedited Motion for Entry of Protective Order and Confidentiality Agreement* [ECF No. 775], which was granted on February 17, 2023 [ECF No. 823].

(y)     *Debtors' Motion to Quash and for Protective Order as to Official Committee of Unsecured Creditors' Rule 2004 Notices* [ECF No. 786], which was denied on March 3, 2023 [ECF No. 890].

(z)     *Debtors' Ex Parte Motion for Entry of an Order (I) Authorizing All Parties to Redact the Names of Certain Confidential Parties in Interest Related to the Potential Sale of Substantially All of the Debtors' Assets and (II) Granting Related Relief* [ECF No. 812], which was granted on February 17, 2023 [ECF No. 818].

(aa)    *Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts* [ECF No. 824], which was granted on March 17, 2023 [ECF No. 962].

(bb)    *Debtors' Notice of Abandonment of Remaining Inventory* [ECF No. 825], with respect to the remaining packaging and finished goods inventory and property located at the Debtors' San Antonio, TX location.

(cc)    *Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* [ECF No. 856].

(dd)    *Debtors' Expedited Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc., and Sidel Blowing and Services SAS* [ECF No. 862], which was approved at a hearing held on March 9, 2023.

(ee)    *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Motion to Approve Compromise Between Debtor, Vital Pharmaceuticals, Inc. and Sidel Blowing and Services SAS* [ECF No. 863], which was granted on February 28, 2023 [ECF No. 873].

## V.    RETENTION OF DEBTORS' PROFESSIONALS

In addition to the Applications seeking the approval of the employment of (i) the Applicant, as local counsel to the Debtors; (ii) Latham & Watkins as Co-Counsel to the Debtors; (iii) Huron, to provide the services of a Chief Transformation Officer for the Debtors; (iv) Stretto, Inc. as notice, claims and solicitation agent to the Debtors; and, (iv) Rothschild as Investment Banker to the Debtors, as set forth above, the Debtors filed the following additional retention applications in these cases:

(a)    *Debtors' Application for Order Authorizing the Employment of Andrew P. Beilfuss and the Law Firm of Quarles & Brady LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 511] (the "Q&B Retention Application"), seeking authorization to employ Quarles & Brady LLP ("Q&B") to represent the Debtors, as special counsel, with respect to the action pending in the District Court for the Central District of California captioned *Monster Energy Co. v. Vital Pharmaceuticals, Inc.,* Case No. 18-cv-1882 (C.D. Cal) (the "California District Court Action"), the OBI Appeal, The Warner Litigation, the PHD Marketing Appeal, and the W&G Appeal, as such terms are defined in the Q&B Retention Application. Following hearings held on February 9, 2023 and February 23, 2023, and the submission of competing orders by the Debtors and the Committee as to the retention of Q&B, the Court entered an Order approving the retention of Q&B, effective as of the Petition Date, as to the following matters (a) *Monster Energy Co. v. Vital Pharmaceuticals, Inc.*, Case No. 18-cv-1882 (C.D. Cal.);

(b) the court-ordered mediation and ongoing negotiations in the PHD Marketing Appeal; (c) the Webb & Gerritsen appeal for the limited purpose of seeking to enforce the automatic stay and obtain an extension of any ultimately-entered briefing schedule; and (d) the general counsel matters described in the Q&B Retention Application and accompanying engagement letter [ECF No. 926].

(b)       *Debtors' Application for Approval of the Employment of Daniel L. Geyser and the Law Firm of Haynes and Boone, LLP, as Special Counsel to the Debtors, Effective as of November 3, 2022* [ECF No. 565], which was amended by ECF No. 805, in order to amend the payment terms from an hourly fee arrangement to a flat fee arrangement for the work to be performed by Haynes and Boone, LLP with respect to the OBI Appeal (as defined above).  On February 24, 2023, the Court entered an Order approving the employment of Haynes and Boone, LLP, as special counsel to the Debtors, effective as of November 3, 2022 [ECF No. 849].

(c)       *Debtors' Application for Approval of the Employment of Richard D. Faulkner and the Law Firm of Faulkner ADR Law, PLLC, as Special Counsel to the Debtors, Effective as of November 1, 2022* [ECF No. 566], which was amended by ECF No. 805, in order to amend the payment terms from an hourly fee arrangement to a flat fee arrangement for the work to be performed by Faulkner ADR Law, PLLC with respect to the OBI Appeal.  On February 24, 2023, the Court entered an Order approving the employment of Faulkner ADR Law, PLLC, as special counsel to the Debtors, effective as of November 3, 2022 [ECF No. 849].

(d)       *Debtors' Application for Order Authorizing the Employment of David M. Levine and the Law Firm of Sanchez Fischer Levine, LLP as Special Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 633], seeking authorization to employ Sanchez Fischer Levine LLP, as special counsel to the Debtors, with respect to the (a) litigation matter commenced

in 2019 by Vital Pharmaceuticals, Inc. against Monster Beverage Corporation and Monster Energy Company in the United States District Court for the Southern District of Florida, Case No. 19-cv-61974-CMA, and (b) litigation matter commenced in 2022 by Vital Pharmaceuticals, Inc. against Monster Beverage Corporation and Monster Energy Company in the United States District Court for the Southern District of Florida, Case No. 22-cv-61621-RKA. On February 14, 2023, the Court entered an order approving the employment of Sanchez Fischer Levine LLP as special counsel to the Debtors, effective as of the Petition Date [ECF No. 798].

(e)     *Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022* [ECF No. 643], to serve as financial advisors to the Debtors and perform certain transaction advisory services. On January 23, 2023, the Court entered an order approving the employment of Grant Thornton LLP, as financial advisors to the Debtors, effective as of December 17, 2022 [ECF No. 665].

## VI.     STAY RELIEF MOTIONS

In addition to the matters set forth above, the following motions for relief from the automatic stay have been filed in the Debtors' cases: (a) EastGroup Properties, L.P. [ECF No. 172]; (b) Mitsubishi HC Capital America, Inc. [ECF No. 246]; (c) Ardagh Metal Packaging USA Corp. [ECF No. 330]; (d) ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing [ECF No. 369]; (e) Americredit Financial Services, Inc. d/b/a GM Financial [ECF No. 399]; (f) Jasmin Williams [ECF No. 546]; (g) U.S. Bank National Association d/b/a U.S. Bank Equipment Finance [ECF No. 642]; and (h) Santander Consumer USA, Inc. d/b/a Chrysler Capital [ECF No. 743]. Each of these motions for relief from stay have been resolved and orders have been entered, with the exception

of the motion or relief from stay filed by Ardagh Metal Packaging USA Corp. [ECF No. 330], which is set for hearing on March 23, 2023.

## VII.    THE ADVERSARY PROCEEDINGS

### A.    *Vital Pharmaceuticals, Inc., et al. v. Atlantic Recording Corporation, et al.* **Adv. No. 22-01428-PDR**

On November 14, 2022, the Debtors commenced an adversary proceeding by the filing of *Debtors' Adversary Complaint for Injunctive Relief* in the case captioned *Vital Pharmaceuticals, Inc., et al. v. Atlantic Recording Corporation, Atlantic Records Group LLC, Warner Records Inc., Asylum Worldwide LLC, Bad Boy Records LLC, Rhino Entertainment Company, Rhino Entertainment LLC, Spinnin Records B.V., Warner Music International Services Limited, Warner Music Latina Inc., Gene Autry's Western Music Publishing Co., Unichappell Music Inc., W Chappell Music Corp., Warner Chappell Music, Inc., and Warner-Tamerlane Publishing Corp.*; Adv. No. 22-01428-PDR, seeking injunctive relief against the defendants pursuant to 11 U.S.C. § 362(a).   A scheduling conference is scheduled for April 19, 2023, with respect to this adversary proceeding.

### B.    *Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC v. Orange Bang, Inc. and Monster Energy Company*, **Adv. No. 23-01031-PDR**

On February 17, 2023, the Debtors commenced a second adversary proceeding by the filing of *Debtors' Adversary Complaint for Declaratory Relief* in the case captioned *Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC v. Orange Bang, Inc. and Monster Energy Company*; Adv. No. 23-01031-PDR, seeking the entry of a declaratory judgment against the defendants, and also filed a *Motion for Summary Judgment* (the "Summary Judgment Motion") in that adversary proceeding.   Pursuant to the Court's *Order Setting Briefing Schedule and Oran Argument on Plaintiff's Motion for Summary Judgment and Incorporated Memorandum*

*of Law* [Adv. No. 23-01031-PDR, ECF No. 14], the Court set a deadline of March 17, 2023, for the defendants to file their respective responses to the Summary Judgment Motion, a deadline of March 24, 2023, for Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC to file their reply to the defendants' responses, and oral argument for March 29, 2023 to consider the Summary Judgment Motion.

In addition, the defendants filed a *Joint Motion of Monster Energy Company and Orange Bang, Inc. for Entry of an Order Pursuant to 28 U.S.C. §§ 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California* [Adv. No. 23-01032-PDR, ECF No. 17] and an *Emergency Joint Motion of Monster Energy Company and Orange Bang, Inc. for Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [Adv. No. 23-01031-PDR, ECF No. 18] (the "Motion to Stay"). Pursuant to the Court's *Order Setting Briefing Schedule and Hearing on Motion to Stay* [Adv. No. 23-01031, ECF No. 19], the Court directed Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC to respond to the Motion to Stay by March 17, 2023, authorized Orange Bang, Inc. and Monster Energy Company to file their reply to the response on or before March 20, 2023, and set a hearing for March 22, 2023 to consider the Motion to Stay.

## VIII.  MISCELLANEOUS MATTERS

In addition to the matters described above, the Applicant further assisted the Debtors with the preparation and filing of the Debtors' consolidated Chapter 11 case management report; preparation and filing of their respective schedules of assets and liabilities, assisted in the gathering and assembling of documents required by the U.S. Trustee's Guidelines, prepared for and attended the Debtors' initial debtor interview held on October 27, 2022, assisted with the preparation and

filing of the Debtors' notices of payroll and sales tax reports; assisted with the preparation and filing of the Debtors' periodic reports with respect to the value, operations and profitability of entities in which the estates have a controlling interest; prepared for and attended the Debtors' first meeting of creditors conducted on November 18, 2022; assisted with the filing of the Debtors' monthly operating reports; reviewed and responded to claim inquiries; and prepared for and attended hearings in these cases held on October 13, 2022, October 27, 2022, November 9, 2022, November 21, 2022, December 1, 2022, December 6, 2022, December 15, 2022, December 19, 2022, January 4, 2023, January 10, 2023, January 19, 2023, January 26, 2023, February 2, 2023, February 9, 2023, February 15, 2023, and February 23, 2023.

## INDEXING OF TASKS BY ACTIVITY CODES

As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines. Accordingly, each of the time entries of the attorneys and paralegals of the Applicant have been indexed into the categories listed below:

**501** **Case Administration:** Coordination and compliance activities, including preparation and attendance at first day hearings, assisting with the preparation of the Debtors' schedules and statement of financial affairs, schedules, payroll and sales tax reports, periodic reports required by Bankruptcy Rule 2015.3, United States Trustee Guidelines compliance; United States Trustee "Debtor in Possession Reports", contacts with the U.S. Trustee; general creditor inquiries.

**502** **Business Operations:** Activities that related to the operation of the Debtors' businesses, including issues pertaining to bank accounts, insurance, and other ordinary course business issues.

**503** **Meeting of Creditors:** Preparing for and attending the first meetings of creditors and other meetings with members of the Committee and counsel.

**504** **Asset Analysis and Recovery:** Issues pertaining to the analysis and recovery of assets of the estates.

**505.** **Asset Disposition/Preservation:** Issues pertaining to the sales of the Debtors' assets, including preparation of motions, orders, notices of sale, and related

tasks.

506    **Financing:** Matters under Section 361, 363 and 364.

507    **Fee/Employment Application:** Preparation of employment applications, preparation of monthly fee and expense statements, applications for compensation, consideration of the need for other professionals, and related tasks.

509    **Claims Administration and Objections:** Specific claim inquiries and analysis of claims against the estates.

512    **Executory Contracts and Unexpired Leases:** Issues pertaining to the rejection of leases and contracts, and responding to inquiries regarding same.

513    **Utilities:** Activities relating to the preparation of the Utility Motion (as defined herein), attending telephone conferences and corresponding with utility companies regarding utility deposits and adequate assurance issues.

517    **Settlement and Compromise:** Issues associated with the settlement between the Debtors and various creditors, including preparation of settlement agreements, motions and orders, and attendance at hearings to consider approval of settlements.

518    **Plan & Disclosure Statement:** Issues pertaining to the development of the Debtors' plan and disclosure statement, including the motion to extend the exclusive period within which only the Debtors may propose a plan.

527    **Litigation Consulting:** Matters involving pre-petition litigation matters to which the Debtors are a party; issues pertaining to the adversary proceedings commenced by the Debtors; and issues pertaining to contested matters and discovery propounded by various creditors and interested parties.

528    **Relief from Stay Proceeding/Adequate Protection:** Issues pertaining to the motions for relief from stay filed by various claimants, including the preparation of responses, and agreed orders resolving the stay relief motions.

## DESCRIPTION OF SERVICES

### Case Administration (Activity Code 501)

During the Application Period, the Applicant assisted and counseled the Debtors on matters concerning all aspects of the administration of these cases, and conducted numerous conferences with the Debtors' representatives, the Debtors' Chief Transformation Officer, John C. DiDonato

(the "CTO"), counsel for the Debtors' principal, and the United States Trustee regarding first day pleadings and post-filing issues.

The Applicant assisted the Debtors with the filing of the First Day Pleadings on October 10, 2022, and prepared for and attended the hearing to consider the First Day Pleadings on October 13, 2022.  The Applicant assisted with the preparation of the Debtors' consolidated Chapter 11 case management summary, schedules of assets and liabilities, statements of financial affairs, the notices of filing the Debtors' payroll and sales tax reports, and the Debtors' periodic financial reports required by Bankruptcy Rule 2015.3.   The Applicant responded to inquiries from the Office of the U.S. Trustee, assisted with the preparation of the United States Trustee's checklist and gathered and organized documents in compliance with the requirements of the United States Trustee.   The Applicant assisted with the preparation and filing of multiple motions to appear pro hac vice on behalf of the professionals of Latham & Watkins, reviewed and responded to multiple inquiries from creditors and interested parties regarding the filing and status of these cases, prepared various orders resulting from the first day hearings in these cases, and conducted discussions relating to the publishing of notice of the Debtors' chapter 11 filings.  The Applicant regularly communicated with the Debtors' noticing, claims and solicitation agent, Stretto, Inc. ("Stretto") regarding service issues in these cases, and conducted discussions relating to the status of open issues.   The Applicant assisted the Debtors with the review and filing of their monthly operating reports, prepared for and attended the Debtors' initial debtor interview conducted on October 27, 2022, conducted discussions with the Debtors' representatives, Lenders' counsel and counsel for the Committee regarding various open issues.

The Applicant conducted research regarding various issues, assisted with the preparation of notices of abandonment of remaining items of personal property from certain locations where

the Debtors conducted business, prepared a motion to extend time for the Debtors to file their schedules of assets and liabilities, and statements of financial affairs, conducted discussions regarding, and assisted with the preparation of, various orders from the multiple hearings held during the Application Period, and prepared for and attended daily work in process calls with the CTO, Latham & Watkins and Huron teams.

The Applicant responded to inquiries relating to various issues, including, but not limited to, interim compensation procedures for estate professionals, abandonment of personal property, and the filing of a motion to extend the deadline by which the Debtors may file notices of removal pursuant to Bankruptcy Rule 9027.

The Applicant expended 290.30 hours in this category and is requesting **$124,154.50** for the services rendered in this category.

### Business Operations (Activity Code 502)

During the Application Period, the Applicant focused on issues relating to the current business operations of the Debtors, including, but not limited to, issues pertaining to insurance, the Debtors' cash management system, bank accounts, financial projections and reporting, the status of the Debtors' operations, the Debtors' business plan, and issues relating to payments to critical vendors, foreign vendors and shippers pursuant to the orders entered by the Court.

 The Applicant conducted multiple discussions and corresponded with counsel for the Debtors' principal, CTO, the Debtors' representatives, Huron team, professionals at Latham & Watkins, and the United States Trustee, regarding various issues, including but not limited to, distributor agreements, retailer inventory issues, board resolutions, post-petition rent, key employee retention issues, customer programs implementation, and prepared for and attended weekly board calls and restructuring committee meetings.    The Applicant assisted with the

preparation of supplements to the Debtors' first day motions relating to the payment of warehousemen and shippers, and essential vendors.

The Applicant conducted discussions regarding corporate governance issues, amendments to the Debtors' operating agreements, and updates to the board of directors, and conducted research relating to various corporate related issues.   In addition, the Applicant assisted with the preparation of amendments to the Debtors' articles and operating agreements, prepared written consents of the corporations electing new board members, and conducted discussions relating to changes in corporate governance and director appointment.

The Applicant expended **236.10** hours in this category and is requesting **$147,101.50** for the services rendered in this category.

### Meeting of Creditors (Activity Code 503)

The Applicant conducted discussions relating to the formation of the Committee, and corresponded with the United States Trustee regarding the status of questionnaires to creditors and responses received. The Applicant conducted discussions with the Committee's proposed counsel with respect to the status of the Debtors' Chapter 11 cases, upcoming hearings, and the retention of counsel and financial advisors to the Committee.   The Applicant prepared for and attended the Debtors' first meeting of creditors held on November 18, 2022, conducted follow up discussions with the CTO and Huron team, and attended to matters pertaining to the *Motion of Monster Energy Company, The American Bottling Company, Inc., Sony Music Entertainment, UMG Recordings, Inc. and Orange Bang, Inc. for an Order Pursuant to 11 U.S.C. § 1102(a)(2) Directing the Appointment of an Official Committee of Creditors Holding Non-Trade Claims* [ECF No. 408] (the "Second Committee Motion") filed by Monster Energy Company.   The Applicant worked with the Debtors and other advisors with respect to the opposition to the Second Committee Motion

that included the preparation of a response in opposition, the gathering of exhibits and the preparation of an exhibit register, reviewing the responses in opposition to the Second Committee Motion filed by the Office of the United States Trustee, the Committee, and Truist Bank, reviewing Monster Energy Company's reply to the responses to the Second Committee Motion, and conducted discussions relating to the preparation of stipulations of fact relating to the contested Second Committee Motion.   In addition, the Applicant prepared for and attended a pre-hearing conference and a hearing on December 19, 2022, to consider the Second Committee Motion, which the Court denied.

The Applicant attended multiple telephone conferences with counsel for the Committee to discuss information requests, discovery, issues pertaining to the retention of special counsel to the Debtors as well as the Debtors' financial advisors.

The Applicant expended **39.00** hours in this category and is requesting **$23,936.00** for the services rendered in this category.

### Asset Analysis and Recovery (Activity Code 504)

The Applicant attended a telephone call relating to the return of equipment to vendor, Graphic Packaging International.

The Applicant expended a total of **.20** hours in this category and is requesting **$139.00** for the services rendered in this category.

### Asset Disposition/Preservation (Activity Code 505)

The Applicant conducted discussions relating to the sale of assets of the Debtors, and prepared a motion seeking authorization to sell approximately 84 vehicles to enhance the Debtors' liquidity and retire debt.   The Applicant corresponded with representatives of Huron relating to the sale of the vehicles, and conducted discussions with the Committee's counsel regarding same.

The Applicant participated in telephone conferences with counsel for the Lender relating to a sale of the Debtors' vehicles, reviewed insurance information relating thereto, and corresponded with counsel for the Committee regarding same.   The Applicant prepared a motion to limit notice with respect to the sale of the Debtors' vehicles, and prepared for and attended a hearing on December 15, 2022, to consider approval of the vehicle sales.

The Applicant conducted discussions with professionals at Latham & Watkins, the CTO and the Huron team with respect to the potential sale of substantially all of the Debtors' assets, including issues pertaining to buyer diligence, break-up fees, the proposed deal timeline, and non-debtor IP sale issues.   The Applicant reviewed and provided comments to the draft bidding procedures and sale motion and exhibits, conducted discussions regarding diligence requests and assisted with the filing of the Bidding Procedures Motion and exhibits.

The Applicant expended a total of **65.50** hours in this category and is requesting **$36,873.00** for the services rendered in this category.

**Financing (Activity Code 506)**

The Applicant conducted discussions with the Debtors' Lenders regarding financing, funding and budget issues.   The Applicant prepared for and attended multiple hearings held to consider the DIP Financing Motion, responded to inquiries from taxing authorities with respect to the liens of the DIP Lender, and reviewed comments of the United States Trustee and counsel to Monster Energy Company to the proposed interim and final orders approving the DIP Financing Motion.   The Applicant reviewed and analyzed multiple objections (collectively, the "DIP Objections") to the DIP Financing Motion, conducted strategy conferences with the Debtors' other advisors regarding the Debtors' reply, reviewed witness disclosures filed by the objectors, and conducted multiple conferences in an effort to resolve the DIP Objections.  The Applicant assisted

with the preparation and filing of declarations of Homer Parkhill of Rothschild in support of the DIP Financing Motion. The Applicant attended meetings with the Debtors' advisors in advance of a meeting with the Debtors' Lender, attended the Lender meeting, and conducted follow-up conferences regarding deliverables to the Lenders. The Applicant prepared for and attended an all-day final hearing to consider the DIP Financing Motion on January 10, 2023, and assisted with the preparation and submission of the order approving the DIP Financing Motion on a final basis.

The Applicant expended a total of **105.20** hours in this category and is requesting **$67,278.50** for the services rendered in this category.

### **Fee/Employment Applications (Activity Code 507)**

The Applicant assisted with the preparation and filing of retention applications on behalf of the Applicant, Latham & Watkins, Huron, Stretto, Inc., and Rothschild, as well as declarations in support of the respective retention applications, and proposed orders approving the applications. The Applicant prepared for and attended a hearing held on October 13, 2023, to consider the retention applications of Huron, and Stretto, Inc. and prepared orders continuing the hearing to consider the retention applications filed by the Applicant, Latham & Watkins, and Rothschild, as directed by the Court at the October 13, 2023 hearing. The Applicant prepared for and attended a hearing on November 21, 2022, to consider the retention applications of the Applicant, Latham & Watkins, and Rothschild, and prepared and submitted proposed orders approving those applications. The Applicant assisted with the preparation of applications, declarations and proposed orders with respect to the employment of Haynes and Boone LLP, Quarles & Brady LLP, Faulkner ADR Law PLLC, and Sanchez Fischer Levine LLP, as special counsel to the Debtors, reviewed an omnibus objection to these retention applications filed by the Committee, and prepared a response to the Committee's objection. The Applicant prepared an application,

declaration and proposed order with respect to the retention of Grant Thornton LLP as financial advisor to the Debtors, and prepared for and attended hearings on January 11, 2023, January 19, 2023, January 26, 2023, February 9, 2023, and February 23, 2023, to consider these retention applications.   The Applicant assisted with the preparation of the Debtors' motion to establish interim compensation procedures for estate professionals, attended a hearing on November 9, 2022, to consider the interim compensation procedures motion, and prepared the Applicant's monthly fee and expense statements for the period of October 10, 2022 through February 23, 2023. In addition, the Applicant reviewed, at the request of the CTO, monthly fee and expense statements of estate professionals to confirm compliance with the United States Trustee's guidelines, and prepared the instant first interim application for compensation and reimbursement of expenses.

The Applicant expended a total of **186.80** hours in this category and is requesting **$86,596.00** for the services rendered in this category.

### Claims Administration and Objections (Activity Code 509)

The Applicant responded to inquiries from creditors regarding the filing of proofs of claims, including rejection damages claims with respect to the Debtors' rejection of various executory contracts and unexpired leases.   The Applicant assisted with the preparation of a motion to establish procedures for submitting and resolving claims related to good received by the Debtors in the ordinary course within twenty days prior to the Petition Date (the "Section 503(b)(9) Motion"), conducted discussions with counsel for the Committee and the United States Trustee, reviewed comments to the draft Section 503(b)(9) Motion, and prepared for and attended a hearing on January 26, 2023, to consider approval of the Section 503(b)(9) Motion.

The Applicant expended a total of **24.00** hours in this category and is requesting **$9,335.50** for the services rendered in this category.

**Executory Contracts/Leases (Activity Code 512)**

During the Application Period, the Applicant conducted discussions with the CTO and Debtors' representatives regarding the rejection of certain executory contracts and unexpired leases, and assisted with the preparation of four omnibus motions seeking to reject certain executory contracts and unexpired leases determined by the Debtors to be unnecessary to the administration of these bankruptcy cases and burdensome to the estates. The Applicant conducted research regarding lease rejection issues, corresponded with counsel for certain lessors, and conducted discussions relating to personal property remaining at certain leased locations. In addition, the Applicant conducted discussions and assisted its co-counsel with the preparation and filing of a notice of certain executory contracts and unexpired leases that may be assumed and assigned in connection with a sale of the Debtors' assets.

The Applicant expended a total of **69.70** hours in this category and is requesting **$31,898.50** for the services rendered in this category.

**Utilities (Activity Code 513)**

The Applicant assisted the Debtors with the preparation of the Utility Motion (as defined above), reviewed and analyzed requests for adequate assurance received from certain utility providers, and conferred with the CTO and Debtors' representatives and corresponded and conducted discussions with utility providers regarding same. The Applicant prepared for and attended a hearing on October 27, 2022, to consider the Utility Motion, and prepared an order approving same.

The Applicant expended a total of **27.10** hours in this category and is requesting **$12,368.00** for the services rendered in this category.

**Settlement and Compromise (Activity Code 517)**

The Applicant assisted the Debtors with the preparation of a motion to establish settlement procedures and settlement terms for litigation matters in order to efficiently and effectively realize value for the Debtors' estates. The Applicant conducted discussions with the CTO, Debtors' representatives, and Huron to discuss potential settlements with certain creditors of the Debtors, including, but not limited to, Belvac Production Machinery, Inc., Sidel Blowing and Services SAS ("Sidel"), Crown Cork & Seal USA, Inc. and Crown Metal Packaging Canada LP ("Crown"), assisted with settlement negotiations, with the preparation of settlement agreements and motions seeking approval of same, and with the preparation of motions to shorten time with respect to the settlements with Sidel and Crown. The Applicant prepared for and attended a hearing on March 9, 2023, to consider approval of the settlements with Sidel and Crown, and prepared proposed orders approving those settlements. In addition, the Applicant has conducted discussions regarding potential settlements of disputes with other creditors of the Debtors.

The Applicant expended a total of **57.30** hours in this category and is requesting **$26,422.00** for the services rendered in this category.

**Plan and Disclosure Statement (Activity Code 518)**

During the Application Period, the Applicant conducted discussions relating to the formulation of the Debtors' plan, and corresponded with the Debtors' other advisors regarding an extension of the exclusive period within which only the Debtors may propose a plan. The Applicant assisted with the review and filing of a motion to extend exclusivity, reviewed an objection filed by Monster Energy Company, and prepared for and attended a hearing on February 2, 2023, to consider the Debtors' request for an extension of the exclusive period within which only the Debtor may file a chapter 11 plan.

The Applicant expended a total of **3.50** hours in this category and is requesting **$1,568.00** for the services rendered in this category.

**Litigation Consulting (Activity Code 527)**

During the Application Period, the Applicant corresponded with the Debtors' representatives regarding pre-petition litigation matters to which the Debtors were a party, and conducted discussions with regarding the effect of the automatic stay as to those litigation matters. The Applicant attended conference calls relating to the OBI Appeal (as defined above), litigation matters between the Debtors and Monster Energy Company, and discussed the need to retain special counsel to assist with those and other litigation matters. The Applicant conducted discussions with the Debtors' representatives and special counsel regarding upcoming deadlines and counterclaims against the Debtors in the various pending litigation matters, and reviewed numerous discovery requests, and notices scheduling Rule 2004 examinations of various individuals and entities. The Applicant assisted with the preparation and filing of an adversary complaint for injunctive relief and accompanying motion for preliminary injunction filed against Atlantic Recording Corporation, Atlantic Records Group LLC, Warner Records, Inc., Asylum Worldwide LLC, Bad Boy Records LLC, Rhino Entertainment LLC, Spinnin Records B.V., Warner Music International Services Limited, Warner Music Latina, Inc., Gene Autry's Western Music Publishing Co., Unichappell Music, Inc., W Chappell Music Corp., Warner Chappell Music, Inc., Warner-Tamerlane Publishing Corp., and an adversary complaint for declaratory judgment and accompanying motion for summary judgment against Orange Bang, Inc. and Monster Energy Company.

The Applicant expended a total of **77.80** hours in this category and is requesting **$43,091.50** for the services rendered in this category.

**Relief From Stay Proceeding/Adequate Protection (Activity Code 528)**

The Applicant reviewed multiple motions for relief from the automatic stay filed by EastGroup Properties, L.P., Mitsubishi HC Capital America, Inc., Ardagh Metal Packaging USA Corp., ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing, Americredit Financial Services, Inc. d/b/a GM Financial, Jasmin Williams, U.S. Bank National Association d/b/a U.S. Bank Equipment Finance, and Santander Consumer USA, Inc. d/b/a Chrysler Capital, assisted the Debtors with negotiating resolutions of certain stay relief motions, and prepared numerous proposed orders setting forth agreed upon resolutions.   In addition, the Debtors and Monster Energy Company filed a joint agreed motion for relief from automatic stay to permit Monster Energy Company and VPX to complete post-verdict briefing through final judgment in the California District Court Action (as defined above).

The Applicant expended a total of **76.30** hours in this category and is requesting **$36,820.50** for the services rendered in this category.

## EVALUATION OF SERVICES RENDERED

This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its representation of the Debtors for which the Applicant seeks compensation.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent.  A mere reading of the time summary annexed hereto alone cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these Chapter 11 cases.

The Applicant believes that the requested fee of **$647,582.50** for **1,258.80** hours worked during the Application Period, is reasonable considering the nature, extent, and the value of such

services, taking into account all relevant factors, including:

(a)   The time spent on such services;

(b)   The rates charged for such services;

(c)   Whether the services were necessary to the administration or, or beneficial at the time at which the services were rendered toward the completion of the case;

(d)   Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)   With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field;

(f)   Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than Chapter 11 cases.

Based on the standards set forth in Section 330 of the Bankruptcy Code, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is **$647,582.50** plus expenses of **$7,393.73.**

Alternatively, the Applicant notes that the services rendered herein were "reasonably likely to benefit" the Debtors' bankruptcy estates at the time the services were rendered.  Accordingly, under the "reasonable at the time" standard, the fees and costs sought herein should be approved. *In re Woerner,* 783 F.3d 266 (5th Cir. 2015) (collecting cases).

A.   <u>**The time spent on such services**</u>

The foregoing summary, together with the exhibits attached hereto, details the time and extent of the professional services rendered by the Applicant for the benefit of the estates during the Application Period. The total number of hours expended, **1,258.80,** reveals the extensive time devoted to this matter by the Applicant on a vast spectrum of legal issues which have arisen in these cases during Application Period.

**B.**    **The rates charged for such services**

The hourly rates charged by the Applicant as set forth in the Exhibits to this fee application range from $350.00 to $750.00 per hour for attorneys and $265.00 to $295.00 per hour for paraprofessionals, which is customary for professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

**C.**    **Whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of the case.**

In rendering services to the Debtors, the Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, commercial law, debtor-creditor rights, and secured transactions and negotiation.

**D.**    **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed.**

The Applicant has devoted substantial time in the representation of the Debtor as more fully appears on the exhibits to this Application.  The fees requested by the Applicant, $647,582.50 reflect an average hourly rate of $513.95 for 1,258.80 hours of service.  Considering the results obtained and the complexity of the issues addressed during the period covered by this Application, this rate is entirely reasonable.

**E.**    **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field.**

The Applicant is an established law firm and its members and associated working on these cases are experienced in matters of this kind and well known to this Court.  The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of bankruptcy, litigation, creditors' rights and business reorganization.

**F.** **Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11**

The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. As set forth above, the hourly rates charged by the Applicant as set forth in the exhibits to this Application range from $350.00 to $750.00 per hour for attorneys and $265.00 to $295.00 per hour for paraprofessionals, throughout the Application Period, which is customary for professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

## Statement from the Applicant

Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, the Applicant responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application Period? If so, please explain. | | No | The rate structure provided by the Applicant is appropriate and comparable to (a) the rates that the Applicant charges for non-bankruptcy representations and (b) the rates of other comparably skilled professionals. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | No | The Applicant is within Budget. |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these cases:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | Yes | | Annual hourly rate increase disclosed in retention application and declaration. |

## CONCLUSION; PRAYER FOR RELIEF

**WHEREFORE**, the Applicant respectfully requests the Court to enter an order (i) awarding, on an interim basis, the sum of **$647,582.50** as compensation for services rendered, and **$7,393.73** as reimbursement for actual and necessary expenses incurred during the course of the Applicant's representation of the Debtors during the Application Period; (ii) authorizing and

directing the Debtors to pay the Applicant the fees and expenses awarded herein; and (iii) granting

such other and further relief as the Court deems appropriate.

Dated:  March 21, 2023

BERGER SINGERMAN LLP
*Local Counsel for the Debtors and Debtors in Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:    */s/ Jordi Guso*
            Jordi Guso
            Florida Bar No. 863580
            jguso@bergersingerman.com
            Michael J. Niles
            Florida Bar No. 107203
            mniles@bergersingerman.com

## Certification

1.      I have been designated by Berger Singerman LLP ("Applicant") as the professional with responsibility in these cases for compliance with the current U.S. Department of Justice, Executive Office for United States Trustee's Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases ("Appendix B Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Appendix B Guidelines.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Appendix B Guidelines, except as specifically noted in this Certification and described in the Application.

5.      Except to the extent that fees or disbursements are prohibited or restricted by the Appendix B Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.      In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Appendix B Guidelines for photocopies and facsimile transmission).

7.      In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment,

equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for reproductions and facsimile transmission).

8.      In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.      The Debtor, the U.S. Trustee, and their respective counsel, as well as the members of the Committee and its counsel will be served with, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Appendix B Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: None

        **I HEREBY CERTIFY** that the foregoing is true and correct.

Dated:  March 21, 2023                     Respectfully submitted,

                                           BERGER SINGERMAN LLP
                                           *Counsel for the Debtors and Debtors in Possession*
                                           1450 Brickell Avenue, Ste. 1900
                                           Miami, FL  33131
                                           Telephone: (305) 755-9500
                                           Facsimile: (305) 714-4340

                                           By:   */s/ Jordi Guso*
                                                 Jordi Guso
                                                 Florida Bar No. 863580
                                                 jguso@bergersingerman.com
                                                 Michael J. Niles
                                                 Florida Bar No. 107203
                                                 mniles@bergersingerman.com

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE * | |
|---|---|---|
| | BILLED OR COLLECTED  Firm or offices for preceding year, excluding bankruptcy | BILLED  In this fee application |
| Partner | $573.00 | $661.82 |
| Of Counsel | $530.00 | $515.00 |
| Associates | $391.00 | $472.47 |
| Paralegals | $253.00 | $275.47 |
| Legal Assistants | $149.00 | $0.00 |
| All timekeepers aggregated | $495.00** | $513.95 |

* Represents approximate blended hourly rates. Berger Singerman LLP is a full-service law firm. Accordingly, Berger Singerman has excluded all bankruptcy engagements or all data from timekeepers practicing primarily in a bankruptcy group or section from its calculations, as set forth in the Guidelines. For the fiscal year ending 2022, non-bankruptcy work represented approximately 78% of the Firm's revenues. In 2021, non-bankruptcy work represented approximately 81% of the Firm's revenues, and in 2020, non-bankruptcy work represented approximately 78% of the Firm's revenues.

** Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-bankruptcy work.

Case Name: ___Vital Pharmaceuticals, Inc.___
Case Number: ___22-17842-PDR___
Applicant's Name: ___Berger Singerman LLP___
Date of Application: ___03/21/23___
Interim or Final: ___Interim___

# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Appel, Bryan S. | Associate | Business, Finance & Tax | 2016 | $2,880.00 | 6.40 | $450.00 | $450.00 | 1 |
| Appel, Bryan S. | Associate | Business, Finance & Tax | 2016 | $11,520.00 | 24.00 | $480.00 | $480.00 | 0 |
| Barron, Robert W. | Partner | Business, Finance & Tax | 1987 | $2,250.00 | 3.00 | $750.00 | $750.00 | 0 |
| Burns, Kerry L. | Paralegal | Business Reorganization | N/A | $50,800.50 | 191.70 | $265.00 | $265.00 | 1 |
| Burns, Kerry L. | Paralegal | Business Reorganization | N/A | $38,940.00 | 132.00 | $295.00 | $295.00 | 0 |
| Capuano, Samuel J. | Partner | Business Reorganization | 2011 | $3,335.00 | 5.80 | $575.00 | $575.00 | 0 |
| Carballo, Sophia | Associate | Dispute Resolution | 2022 | $105.00 | .30 | $350.00 | $350.00 | 0 |
| Cruz, Carmen | Paralegal | Business Reorganization | N/A | $583.00 | 2.20 | $265.00 | $265.00 | 0 |
| Curtis, Marianne | Partner | Dispute Resolution | 2011 | $2,357.50 | 4.10 | $575.00 | $575.00 | 0 |
| Diaz, Janette | Paralegal | Business Reorganization | N/A | $13,912.50 | 52.50 | $265.00 | $265.00 | 0 |
| Fanich, Deborah | Paralegal | Business, Finance & Tax | N/A | $472.00 | 1.60 | $295.00 | $295.00 | 0 |
| Guso, Jordi | Partner | Business Reorganization | 1990 | $174,167.00 | 250.60 | $695.00 | $695.00 | 1 |
| Guso, Jordi | Partner | Business Reorganization | 1990 | $121,875.00 | 162.50 | $750.00 | $750.00 | 0 |

---

[1] If applicable.

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Lampert, Daniel | Partner | Business, Finance & Tax | 1979 | $1,022.00 | 1.40 | $730.00 | $730.00 | 0 |
| Niles, Michael | Of Counsel | Business Reorganization | 2013 | $118,038.00 | 229.20 | $515.00 | $515.00 | 1 |
| Niles, Michael | Partner | Business Reorganization | 2013 | $105,325.00 | 191.50 | $550.00 | $550.00 | 0 |
| **Grand Total** | | | | **$647,582.50** | **1258.80** | | | |

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Berger Singerman LLP |
| Date of Application: | 03/21/23 |
| Interim or Final: | Interim |

11994624-3

# EXHIBIT C-1

**Budget**

**EXHIBIT C-1**

**BUDGET FOR BERGER SINGERMAN LLP, LOCAL COUNSEL TO THE
DEBTORS, FOR THE PERIOD OCTOBER 10, 2022 THROUGH DECEMBER 31, 2022[2]**

Date Budget Approved by Client:  October 9, 2022

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Asset Analysis and Recovery | 30 | $18,150.00 |
| Asset Dispositions | 55 | $33,275.00 |
| Avoidance Action Analysis | 10 | $6,050.00 |
| Business Operations | 100 | $60,500.00 |
| Case Administration | 150 | $90,750.00 |
| Claims Administration and Objections | 15 | $9,075.00 |
| Corporate Governance & Board Matters | 50 | $30,250.00 |
| Employee Benefits and Pensions | 20 | $12,100.00 |
| Employment and Fee Applications | 50 | $30,250.00 |
| Employment and Fee Application Objections | 25 | $15,125.00 |
| Financing and Cash Collateral | 70 | $42,350.00 |
| Leases and Contracts | 75 | $45,375.00 |

---

[2]  This budget may be amended to reflect changed circumstances or unexpected developments.   Any such amended budget will be provided to the Debtors.

[3]  The estimated fees for each project category were calculated by multiplying the estimated number of hours by $605, which is the average hourly rate of the Berger Singerman attorneys who will have principal responsibility for the representation of the Debtors during the budget period as set forth in the accompanying staffing plan.

11994624-3

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Litigation[4] | 75 | $45,375.00 |
| Meetings and Communication with Creditors | 112 | $67,600.00 |
| Non-Working Travel | 0 | $0.00 |
| Plan and Disclosure Statement | 60 | $36,300.00 |
| Automatic Stay | 70 | $42,350.00 |
| Reporting | 10 | $6,050.00 |
| Tax | 0 | $0.00 |
| Expenses | | $10,000.00 |
| **TOTAL** | **977** | **$600,925.00** |

---

[4] This budget does not account for the cost of any material litigation.

11994624-3

# EXHIBIT C-2

**Staffing Plan**

# EXHIBIT C-2

## STAFFING PLAN[1]

Date Staffing Plan Approved by Client:   October 9, 2022

| | CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| | Equity Partner/Shareholder | 2 | $650.41 |
| | Associate | 1 | $407.50 |
| | Of Counsel | 1 | $515.00 |
| | Paralegal/Paraprofessional | 2 | $280.00 |
| | Legal Assistant | 1 | $85.00 |

Case Name:          Vital Pharmaceuticals, Inc.
Case Number:       22-17842-PDR
Applicant's Name:  Berger Singerman LLP
Date of Application:  03/21/23
Interim or Final:     Interim

---

[1]    This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

11994624-3

# EXHIBIT D-1[1]

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[2] | FEES BUDGETED[2] | HOURS BILLED | FEES SOUGHT[3] |
|---|---|---|---|---|
| Case Administration | 150.00 | $90,750.00 | 290.30 | $124,154.50 |
| Business Operations | 100.00 | $60,500.00 | 236.10 | $147,101.50 |
| Meeting of Creditors/Committees | 112.00 | $67,600.00 | 39.00 | $23,936.00 |
| Asset Analysis and Recovery | 30.00 | $18,150.00 | .20 | $139.00 |
| Asset Disposition/Preservation | 55.00 | $33,275.00 | 65.50 | $36,873.00 |
| Avoidance Action Analysis | 10.00 | $6,050.00 | | |
| Financing | 70.00 | $42,350.00 | 105.20 | $67,278.50 |
| Fee/Employment Application | 50.00 | $30,250.00 | 186.80 | $86,596.00 |
| Fee/Employment Objections | 25.00 | $15,125.00 | | |
| Claims Administration and Objection | 15.00 | $9,075.00 | 24.00 | $9,335.50 |
| Corporate Governance & Board Matters | 50.00 | $30,250.00 | | |
| Employee Benefits and Pensions | 20.00 | $12,100.00 | | |
| Executory Contracts and Unexpired Leases | 75.00 | $45,375.00 | 69.70 | $31,898.50 |
| Utilities | 0.00 | $0.00 | 27.10 | $12,368.00 |
| Settlement and Compromise | 0.00 | $0.00 | 57.30 | $26,422.00 |
| Plan and Disclosure Statement | 60.00 | $36,300.00 | 3.50 | $1,568.00 |
| Litigation Consulting | 75.00 | $45,375.00 | 77.80 | $43,091.50 |
| Relief From Stay Proceeding/Adequate Protection | 70.00 | $42,350.00 | 76.30 | $36,820.50 |
| Reporting | 10.00 | $6,050.00 | | |
| **Total** | **977.00** | **$590,925.00** | **1258.80** | **$647,582.50** |

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Berger Singerman LLP |
| Date of Application: | 03/21/23 |
| Interim or Final: | Interim |

---

[1] Berger Singerman prepared, and the Debtors approved, a monthly budget reflecting the fees and costs Berger Singerman anticipated incurring in each Project Category during the period of October 10, 2022 through December 31, 2022 (the "Staffing Plan").

[2] Hours and Fees budgeted in the Staffing Plan through December 31, 2022.

[3] Fees incurred during the entire Application Period (October 10 – February 28, 2022).

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

| Expense Category | Total Expenses |
|---|---|
| Airfare (Michael J. Niles, Esq.) | $740.92 |
| Certified Copies of Charter Documents | $116.75 |
| Court Reporter Fees | $1,563.05 |
| Filing fees | $1,433.00 |
| Legal Research (Westlaw) | $35.94 |
| Other (Working meals) | $304.06 |
| Overnight Delivery (Federal Express) | $49.63 |
| PACER – Court Research | $62.60 |
| Postage | $40.30 |
| Photocopies (Reproduction Expense) | $2,709.15 |
| Photocopies (Certificate of Good Standing) | $5.00 |
| Transcripts | $114.00 |
| Travel (Auto Rental – Michael J. Niles, Esq.) | $219.33 |
| **TOTALS** | **$7,393.73** |

Case Name:          Vital Pharmaceuticals, Inc.
Case Number:       22-17842-PDR
Applicant's Name:  Berger Singerman LLP
Date of Application: 03/21/23
Interim or Final:    Interim

# EXHIBIT E

**SUMMARY COVER SHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of applicant: | Berger Singerman LLP |
| Name of client: | Debtors, Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. |
| Time period covered by this application: | October 10, 2022 – February 28, 2023 |
| Total compensation sought this period: | $647,582.50 |
| Total expenses sought this period: | $7,393.73 |
| Petition date: | October 10, 2022 |
| Retention date: | October 10, 2022 |
| Date of order approving employment | November 21, 2022 [ECF No. 379] |
| Total fee approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed fees paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all attorneys | $616.38 |
| Blended rate in this application for all timekeepers | $513.95 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $413,099.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $5,898.33 |
| Number of professionals included in this application | 12 |

11994624-3

| Name of applicant: | Berger Singerman LLP |
|---|---|
| If applicable, number of professionals in this application not included in staffing plan approved by client | 5 |
| If applicable, difference between fees budgeted and compensation sought for this period | The fees and costs incurred by the Applicant during the Application Period total approximately 73.5% of the budgeted amounts. |
| Number of professionals billing fewer than 15 hours to the case **during** this period | 7 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No. |

Case Name:          Vital Pharmaceuticals, Inc.
Case Number:        22-17842-PDR
Applicant's Name:   Berger Singerman LLP
Date of Application: 03/21/23
Interim or Final:    Interim

11994624-3

# EXHIBIT "F"

### (Detailed Invoices)

# BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

Statement as of November 30, 2022
Statement No. 260403

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

| | | |
|---|---|---|
| 31679.0001 CH. 11 BANKRUPTCY FILING | Current Fees: | 0.00 |
| | Current Expenses: | 1,877.41 |
| 31679.0501 CASE ADMINISTRATION | Current Fees: | 102,990.00 |
| | Current Expenses: | 0.00 |
| 31679.0502 BUSINESS OPERATIONS | Current Fees: | 36,419.00 |
| | Current Expenses: | 0.00 |
| 31679.0503 MEETING OF CREDITORS/COMMITTEES | Current Fees: | 9,796.50 |
| | Current Expenses: | 0.00 |
| 31679.0504 ASSET ANALYSIS AND RECOVERY | Current Fees: | 139.00 |
| | Current Expenses: | 0.00 |
| 31679.0505 ASSET DISPOSITION/PRESERVATION | Current Fees: | 10,561.00 |
| | Current Expenses: | 0.00 |
| 31679.0506 FINANCING | Current Fees: | 19,063.00 |
| | Current Expenses: | 0.00 |
| 31679.0507 FEE/EMPLOYMENT APPLICATION | Current Fees: | 17,300.00 |
| | Current Expenses: | 0.00 |
| 31679.0509 CLAIMS ADMINISTRATION AND OBJECTION | Current Fees: | 2,428.00 |
| | Current Expenses: | 0.00 |
| 31679.0512 EXECUTORY CONTRACTS AND UNEXPIRED LEASES | Current Fees: | 11,649.50 |
| | Current Expenses: | 0.00 |
| 31679.0513 UTILITIES | Current Fees: | 9,900.50 |
| | Current Expenses: | 0.00 |
| 31679.0517 SETTLEMENT AND COMPROMISE | Current Fees: | 5,762.00 |
| | Current Expenses: | 0.00 |
| 31679.0527 LITIGATION CONSULTING | Current Fees: | 15,685.50 |
| | Current Expenses: | 0.00 |
| 31679.0528 RELIEF FROM STAY PROCEEDING/ADEQUATE PROTECTION | Current Fees: | 8,229.50 |
| | Current Expenses: | 0.00 |

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

| | |
|---|---:|
| Total Current Fees: | 249,923.50 |
| Total Current Expenses: | 1,877.41 |
| Total Current Billing: | 251,800.91 |
| Credits Applied: | (0.00) |
| Previous Balance Due: | 0.00 |
| **Total Due:** | **251,800.91** |

VITAL PHARMACEUTICALS, INC., ET AL.                                                    PAGE: 3
                                                                          MATTER ID: 31679-0001

# ≡ BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
*T:* (954) 525-9900  *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                          INVOICE DATE:12/09/22
WESTION, FL  33326                                          INVOICE NO. 260403

CH. 11 BANKRUPTCY FILING                                    MATTER ID: 31679-0001

**EXPENSES**

| Date | Description | Qty | Amount |
|---|---|---|---|
| 11/17/22 | VENDOR: OUELLETTE & MAULDIN COURT REPORTERS, INC; INVOICE#: 973165; DATE: 11/17/2022 - 31679.0001 HEARING BEFORE JUDGE PETER RUSSIN, LITIGATION PACKAGE | 1.00 | 226.75 |
| | **COURT REPORTER** | | **226.75** |
| 11/01/22 | FEDERAL EXPRESS CHARGES | 1.00 | 30.13 |
| | **FEDERAL EXPRESS** | | **30.13** |
| 11/10/22 | PAYEE: E-PORTAL FILING; REQUEST#: 44841; DATE: 11/10/2022. - 31679.0001 | 1.00 | 26.00 |
| 11/14/22 | PAYEE: E-PORTAL FILING; REQUEST#: 44840; DATE: 11/14/2022. - 31679.0001 | 1.00 | 350.00 |
| 11/23/22 | PAYEE: E-PORTAL FILING; REQUEST#: 44984; DATE: 11/23/2022. - 31679.0001 FILING FEE FOR MOTION TO SELL | 1.00 | 188.00 |
| | **FILING FEE** | | **564.00** |
| 10/10/22 | VENDOR: CITY NATIONAL BANK INVOICE#: JPAVL-20221012 DATE: 10/12/2022 | 1.00 | 13.77 |
| 10/10/22 | VENDOR: CITY NATIONAL BANK INVOICE#: JPAVL-20221012 DATE: 10/12/2022 | 1.00 | 49.94 |
| 10/11/22 | VENDOR: CITY NATIONAL BANK INVOICE#: JPAVL-20221012 DATE: 10/12/2022 | 1.00 | 144.45 |
| | **MEAL** | | **208.16** |
| 11/11/22 | PACER USAGE CHARGE | 38.00 | 3.80 |
| 11/14/22 | PACER USAGE CHARGE | 59.00 | 5.90 |
| 11/17/22 | PACER USAGE CHARGE | 2.00 | 0.20 |
| 11/17/22 | PACER USAGE CHARGE | 53.00 | 5.30 |
| 11/17/22 | PACER USAGE CHARGE | 48.00 | 4.80 |

VITAL PHARMACEUTICALS, INC., ET AL.                                          PAGE: 4

MATTER ID: 31679-0001

| 11/22/22 | PACER USAGE CHARGE | 3.00 | 0.30 |
| 11/28/22 | PACER USAGE CHARGE | 26.00 | 2.60 |
| | **PACER CHARGE** | | **22.90** |
| | | | |
| 11/28/22 | 8 - $17.10 (POSTAGE) | 1.00 | 17.10 |
| 11/28/22 | 4 - $13.65 (POSTAGE) | 1.00 | 13.65 |
| 11/28/22 | 1 - $9.55  (POSTAGE) | 1.00 | 9.55 |
| | **POSTAGE** | | **40.30** |
| | | | |
| 10/10/22 | REPRODUCTIONS | 17.00 | 2.55 |
| 10/10/22 | REPRODUCTIONS | 19.00 | 2.85 |
| 10/10/22 | REPRODUCTIONS | 14.00 | 2.10 |
| 10/11/22 | REPRODUCTIONS | 26.00 | 3.90 |
| 10/11/22 | REPRODUCTIONS | 14.00 | 2.10 |
| 10/13/22 | REPRODUCTIONS | 42.00 | 6.30 |
| 10/13/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 10/13/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 10/13/22 | REPRODUCTIONS | 7.00 | 1.05 |
| 10/13/22 | REPRODUCTIONS | 26.00 | 3.90 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 10/13/22 | REPRODUCTIONS | 35.00 | 5.25 |
| 10/13/22 | REPRODUCTIONS | 31.00 | 4.65 |
| 10/13/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 10/13/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 10/13/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 10/13/22 | REPRODUCTIONS | 255.00 | 38.25 |
| 10/13/22 | REPRODUCTIONS | 55.00 | 8.25 |
| 10/13/22 | REPRODUCTIONS | 45.00 | 6.75 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 15.00 | 2.25 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 145.00 | 21.75 |
| 10/13/22 | REPRODUCTIONS | 65.00 | 9.75 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 10/13/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 10/13/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 10/13/22 | REPRODUCTIONS | 51.00 | 7.65 |
| 10/13/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 10/13/22 | REPRODUCTIONS | 11.00 | 1.65 |
| 10/13/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 10/13/22 | REPRODUCTIONS | 17.00 | 2.55 |
| 10/13/22 | REPRODUCTIONS | 8.00 | 1.20 |
| 10/13/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 10/20/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 10/20/22 | REPRODUCTIONS | 11.00 | 1.65 |
| 10/20/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 10/25/22 | REPRODUCTIONS | 7.00 | 1.05 |
| 10/26/22 | REPRODUCTIONS | 24.00 | 3.60 |
| 10/27/22 | REPRODUCTIONS | 8.00 | 1.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 5

MATTER ID: 31679-0001

| | | | |
|---|---|---:|---:|
| 10/27/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 11/01/22 | REPRODUCTIONS | 64.00 | 9.60 |
| 11/02/22 | REPRODUCTIONS | 8.00 | 1.20 |
| 11/11/22 | REPRODUCTIONS | 28.00 | 4.20 |
| 11/11/22 | REPRODUCTIONS | 11.00 | 1.65 |
| 11/20/22 | REPRODUCTIONS | 15.00 | 2.25 |
| 11/20/22 | REPRODUCTIONS | 8.00 | 1.20 |
| 11/21/22 | REPRODUCTIONS | 153.00 | 22.95 |
| 11/21/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 11/21/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 11/22/22 | REPRODUCTIONS | 26.00 | 3.90 |
| 11/22/22 | REPRODUCTIONS | 91.00 | 13.65 |
| 11/22/22 | REPRODUCTIONS | 52.00 | 7.80 |
| 11/22/22 | REPRODUCTIONS | 442.00 | 66.30 |
| 11/22/22 | REPRODUCTIONS | 195.00 | 29.25 |
| 11/22/22 | REPRODUCTIONS | 689.00 | 103.35 |
| 11/22/22 | REPRODUCTIONS | 180.00 | 27.00 |
| 11/22/22 | REPRODUCTIONS | 689.00 | 103.35 |
| 11/22/22 | REPRODUCTIONS | 15.00 | 2.25 |
| 11/28/22 | REPRODUCTIONS | 20.00 | 3.00 |
| 11/28/22 | REPRODUCTIONS | 43.00 | 6.45 |
| 11/28/22 | REPRODUCTIONS | 59.00 | 8.85 |
| 11/28/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/28/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 11/28/22 | REPRODUCTIONS | 13.00 | 1.95 |
| 11/28/22 | REPRODUCTIONS | 66.00 | 9.90 |
| 11/29/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 11/29/22 | REPRODUCTIONS | 114.00 | 17.10 |
| 11/29/22 | REPRODUCTIONS | 88.00 | 13.20 |
| 11/29/22 | REPRODUCTIONS | 29.00 | 4.35 |
| 11/29/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 11/29/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 11/29/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 11/29/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/29/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/29/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/29/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/29/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 11/30/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 11/30/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 11/30/22 | REPRODUCTIONS | 5.00 | 0.75 |
| | **REPRODUCTION** | | **652.20** |
| 10/19/22 | VENDOR: CITY NATIONAL BANK; INVOICE#: 31679.0001.101922; DATE: 10/19/2022  -  31679.0001 COPY OF TRANSCRIPT OF FIRST DAY HEARINGS | 1.00 | 114.00 |
| | **TRANSCRIPT** | | **114.00** |
| 11/06/22 | WESTLAW RESEARCH | 1.00 | 18.97 |

VITAL PHARMACEUTICALS, INC., ET AL.

**WESTLAW CHARGE**          **18.97**

SUB-TOTAL     **1,877.41**

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 7
MATTER ID: 31679-0501

# ≣ BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

CASE ADMINISTRATION

MATTER ID: 31679-0501

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/10/22 | JG | ATTEND TO FINALIZING FIRST DAY PAPERS (.7); BEGIN WORK ON HEARING OUTLINE FOR FIRST DAY HEARINGS (1.3). | 2.00 |
| 10/10/22 | KLB | ATTEND MULTIPLE CALLS WITH TEAM REGARDING CHAPTER 11 FILING (.5); REVISE FIRST DAY MOTIONS AND PROPOSED ORDERS (1.2); GATHER EXHIBITS TO FIRST DAY MOTIONS AND FORMAT SAME (1.3); REVISE DECLARATIONS IN SUPPORT OF VARIOUS FIRST DAY PAPERS AND ATTEND CALLS REGARDING OPEN ITEMS, ETC. (.9); FINALIZE PETITIONS, TOP 30 UNSECURED CREDITORS, CORPORATE OWNERSHIP STATEMENTS, AND CREDITOR MATRIX FOR FILING (1.8); E-FILE PETITIONS AND OTHER INITIAL DOCUMENTS (2.8); FORMAT AND FILE 19 FIRST DAY MOTIONS AND APPLICATIONS, CASE MANAGEMENT SUMMARY AND MOTIONS FOR PRO HAC VICE FOR LATHAM ATTORNEYS (3.0) | 11.50 |
| 10/10/22 | JD | REVIEW, REVISE, FINALIZE, FORMAT AND PREPARE PETITION PACKAGES FOR FILING (2.8); FINALIZE VARIOUS FIRST DAY MOTIONS FOR FILING (5.5) | 8.30 |
| 10/11/22 | JD | PREPARE AGENDA FOR FIRST DAY HEARINGS AND REVIEW BINDERS | 1.50 |
| 10/11/22 | MJN | ATTEND TEAM MEETING TO PREPARE FOR FIRST DAY HEARINGS WITH TEAM AND PREPARE JOHN DIDONATO FOR SAME. | 7.50 |
| 10/11/22 | JG | CALL FROM P. BATTISTA (2X) RE FIRST DAY HEARINGS (.4); CONFERENCE WITH DEBTORS' REPRESENTATIVES AND ADVISORS TO PREPARE FOR FIRST DAY HEARINGS, INCLUDING WITNESS PREPARATION (4.7). | 5.10 |
| 10/11/22 | KLB | TELEPHONE CALL TO COURTROOM DEPUTY REGARDING FIRST DAY HEARING AND DISCUSS | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 8
MATTER ID: 31679-0501

| Date | | Description | Hours |
|---|---|---|---|
| | | HEARING PREPARATION WITH M. NILES | |
| 10/11/22 | KLB | REVISE AND FINALIZE TEN PROPOSED ORDERS GRANTING MOTIONS TO APPEAR PRO HAC VICE AND FORMAT FOR SUBMISSION (.6); SUBMIT PROPOSED ORDERS (.4) | 1.00 |
| 10/11/22 | KLB | PREPARE EXHIBIT REGISTER FOR FIRST DAY HEARING AND EMAILS TO AND FROM J. GUSO (.6); UPDATE TO INCLUDE ADDITIONAL EXHIBIT (.1) | 0.70 |
| 10/11/22 | KLB | EMAILS REGARDING FIRST DAY HEARING AND REVISE ALL FIRST DAY ORDERS | 1.30 |
| 10/11/22 | KLB | MULTIPLE EMAILS TO AND FROM STRETTO REGARDING SERVICE OF FIRST DAYS AND TELEPHONE CONFERENCE WITH A. DAVERSA REGARDING SAME | 0.30 |
| 10/11/22 | KLB | EMAILS REGARDING SUGGESTIONS OF BANKRUPTCY AND UPDATE SAME (.2); EMAILS TO G. METZGER REGARDING FILING OF SUGGESTIONS OF BANKRUPTCY (.1) | 0.30 |
| 10/12/22 | JD | REVIEW, REVISE, FINALIZE AND PREPARE FOR SERVICE DEMAND LETTER TO ALL BRANDS DISTRIBUTION, LLC AND OBTAIN COPY OF SUGGESTION OF BANKRUPTCY RELATED TO SAME | 0.50 |
| 10/12/22 | JD | RESEARCH AND GATHER INFORMATION IN PREPARATION FOR FIRST DAY HEARINGS | 0.50 |
| 10/12/22 | KLB | EMAILS FROM A. VIDAL REGARDING LEASED AND OWNED LOCATIONS AND REVIEW INFORMATION IN DATA ROOM (.3); GATHER DOCUMENTATION REFLECTING LEASED AND OWNED LOCATIONS AND EMAILS TO AND FROM A. VIDAL REGARDING SAME (.1) | 0.40 |
| 10/12/22 | KLB | REVIEW EMAILS REGARDING FILING OF SUGGESTION OF BANKRUPTCY IN KANSAS LITIGATION MATTERS (.2); EMAILS TO AND FROM LITIGATION COUNSEL IN KANSAS REGARDING FILED COPY OF SUGGESTION, AND TELEPHONE CALL TO CLERK'S OFFICE IN KANSAS REGARDING SAME (.2); EMAILS TO AND FROM M. NILES REGARDING FILED SUGGESTIONS OF BANKRUPTCY AND DEMAND LETTER (.1) | 0.50 |
| 10/12/22 | KLB | INITIAL PREPARATION OF CHECKLIST FOR INITIAL DEBTOR INTERVIEW | 0.80 |
| 10/12/22 | KLB | PREPARE INITIAL DRAFT OF NOTICE OF PAYROLL AND SALES TAX REPORT (.9); EMAILS TO AND FROM A. VIDAL REGARDING DEADLINE TO FILE REPORT, DEADLINE TO FILE SCHEDULES AND EMAILS REGARDING EXTENSION OF TIME FOR SCHEDULES (.2); REVISE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES (.3); CONTINUED PREPARATION OF CHECKLIST FOR INITIAL | 1.70 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 9
MATTER ID: 31679-0501

|   |   | DEBTOR INTERVIEW (.3) |   |
|---|---|---|---|
| 10/12/22 | KLB | REVIEW EMAIL FROM J. FALZONE WITH DATES FOR NOTICE OF CHAPTER 11 BANKRUPTCY CASE AND PROOF OF CLAIM (.1); REVISE NOTICE OF CHAPTER 11 BANKRUPTCY CASE AND PROOF OF CLAIM FORM AND RECIRCULATE FOR FINAL REVIEW AND SIGN OFF BY CLERK OF THE COURT (.7) | 0.80 |
| 10/12/22 | KLB | GATHER INFORMATION REQUESTED BY M. NILES FOR FIRST DAY HEARING AND EMAILS REGARDING SAME | 0.40 |
| 10/12/22 | KLB | EMAILS TO AND FROM STRETTO TEAM REGARDING FIRST DAY SERVICE AND SERVICE CERTIFICATE REFLECTING SAME | 0.20 |
| 10/12/22 | JG | MEMOS FROM AND TO MR. WILKES RE FIRST DAY HEARINGS AND LANGUAGE OF INTERIM ORDERS (.2); CONFER WITH TEAM RE FIRST DAY PRESENTATION (.5). | 0.70 |
| 10/12/22 | MJN | PREPARE FOR FIRST DAY HEARINGS WITH HURON AND LATHAM & WATKINS TEAMS, INCLUDING PREPARATION OF EXHIBITS AND PREPARING DECLARATIONS FOR CROSS EXAMINATION. | 11.00 |
| 10/13/22 | JD | ASSIST WITH PREPARATION FOR FIRST DAY HEARINGS | 1.50 |
| 10/13/22 | JG | PREPARE FOR AND ATTEND FIRST DAY HEARINGS ON ADMINISTRATIVE MATTERS (3.5); ATTEND TO FINALIZING ORDERS AFTER COURT (1.0). | 4.50 |
| 10/13/22 | MJN | PREPARE FOR FIRST DAY HEARING (6.0); ATTEND FIRST DAY HEARINGS (3.5) | 9.50 |
| 10/13/22 | MJN | REVISE ORDERS PURSUANT TO COURT RULINGS. | 2.20 |
| 10/13/22 | KLB | REVIEW EMAIL FROM J. FALZONE, CLERK OF BANKRUPTCY COURT, REGARDING REVISED NOTICE OF CHAPTER 11 BANKRUPTCY AND PROOF OF CLAIM FORMS (.1); FINALIZE NOTICE OF CHAPTER 11 BANKRUPTCY AND PROOF OF CLAIM FORMS (.2); EMAILS TO AND FROM MILLER ADVERTISING TO OBTAIN QUOTES FOR PUBLISHING (.2); EMAILS TO AND FROM J. GUSO REGARDING PUBLISHING IN WALL STREET JOURNAL (.1) | 0.60 |
| 10/13/22 | KLB | REVISE EXHIBIT REGISTER AND GATHER ADDITIONAL EXHIBITS (.2); DISCUSSIONS WITH M. NILES REGARDING CRITICAL VENDOR EXHIBIT (.1); FORMAT EXHIBITS AND FINALIZE EXHIBIT REGISTER (5); SUBMIT EXHIBIT REGISTER TO COURT PRIOR TO FIRST DAY HEARING (.2) | 1.00 |
| 10/13/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING FIRST DAY HEARINGS AND REVIEW AND RESPOND TO | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 10
MATTER ID: 31679-0501

| | | EMAILS IN PREPARATION OF FIRST DAY HEARING | |
|---|---|---|---|
| 10/13/22 | KLB | EMAILS FROM AND TO STRETTO TEAM REGARDING FIRST DAY HEARINGS AND SERVICE OF FIRST DAY PAPERS | 0.20 |
| 10/13/22 | KLB | TELEPHONE CONFERENCE WITH M. NILES REGARDING REVISIONS AND SUBMISSION OF FIRST DAY ORDERS | 0.20 |
| 10/14/22 | KLB | REVISE PROPOSED FIRST DAY ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES AND BENEFITS AND DISCUSS SAME WITH M. NILES (.2); FINALIZE, FORMAT AND SUBMIT PROPOSED | 0.40 |
| | | ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES (.2) | |
| 10/14/22 | KLB | REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER GRANTING MOTION TO APPROVE FORM OF NOTICE AND PROOF OF CLAIM (.2); EMAILS TO AND FROM J. GUSO AND MILLER ADVERTISING REGARDING PUBLISHING OF NOTICE OF CHAPTER 11 BANKRUPTCY (.2) | 0.40 |
| 10/14/22 | KLB | FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER AUTHORIZING DEBTORS TO FILE CONSOLIDATED MATRIX AND LIST OF TOP 30 UNSECURED CREDITORS | 0.20 |
| 10/14/22 | KLB | GATHER ALL ENTERED FIRST DAY ORDERS AND CIRCULATE TO HURON AND LATHAM & WATKINS TEAMS (.6); EMAILS TO AND FROM A. DAVERSA OF STRETTO REGARDING SERVICE OF FIRST DAY ORDERS (.1) | 0.70 |
| 10/14/22 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE AND PROOF OF CLAIM AND DEADLINE FOR SAME | 0.20 |
| 10/14/22 | MJN | FINALIZE ORDERS ON FIRST DAY MOTIONS. | 1.00 |
| 10/14/22 | MJN | REVIEW COMMUNICATIONS REGARDING ADDITIONAL DISCUSSIONS WITH OUTSIDE VENDORS AND COUNSEL. | 0.30 |
| 10/14/22 | JG | CALL FROM R. FLACKS RE COMMITTEE FORMATION (.2); CONFER WITH A. SORKIN RE PRE-PETITION ASSET SALE (.3); MEMOS TO AND FROM C. DELO RE NOV. 9 SECOND DAY HEARINGS AND RETENTION APPLICATIONS (.2); REVIEW OF MEMO FROM US TRUSTEE RE IDI AND REPORTING DELIVERABLES (.2). | 0.90 |
| 10/15/22 | MJN | CORRESPONDENCE REGARDING ID AND | 0.50 |
| | | DOCUMENTS; REVIEW CURRENT DRAFTS OF CHECKLIST AND FINANCIAL DOCUMENTS. | |
| 10/17/22 | JG | MEMOS TO AND FROM A. VIDAL RE SCHEDULES AND STATEMENTS (.3); MEMO TO M. NILES RE REJECTION MOTION AND ORDINARY COURSE | 1.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 11
MATTER ID: 31679-0501

| | | | |
|---|---|---|---|
| | | PROFESSIONALS (.2); CALL WITH C. DELO AND H. PARKHILL RE FIRST MEETING OF CREDITORS AND COMMITTEE FORMATION PROCESS (.3); MEMOS FROM AND TO A. VIDAL AND HCG TEAM RE RULE 2015.3 REPORT; FINANCIAL REPORTING (.2). | |
| 10/17/22 | MJN | CORRESPOND WITH LATHAM TEAM REGARDING IDI | 0.20 |
| 10/17/22 | MJN | CORRESPOND WITH COMPANY REGARDING IMMIGRATION AND REGULATORY ISSUES | 0.50 |
| 10/17/22 | KLB | EMAILS TO AND FROM MILLER ADVERTISING REGARDING PUBLISHING OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE (.1); EMAILS TO AND FROM A. DAVERSA OF STRETTO REGARDING SERVICE OF NOTICE OF BANKRUPTCY CASE AND PROOF OF CLAIM FORM (.2) | 0.30 |
| 10/17/22 | KLB | EMAILS FROM AND TO A. VIDAL REGARDING SCHEDULES AND DEADLINE TO FILE SAME (.2); DISCUSSIONS AND EMAILS REGARDING EXTENSION OF TIME TO FILE SCHEDULES, FILING OF PERIODIC REPORTS PURSUANT TO RULE 2015.3 (.2) | 0.40 |
| 10/17/22 | KLB | CONTINUED PREPARATION OF US TRUSTEE CHECKLIST AND ATTACHMENTS FOR INITIAL DEBTOR INTERVIEW | 1.80 |
| 10/17/22 | KLB | REVIEW MULTIPLE EMAILS REGARDING PREPARATION OF SCHEDULES, AND REVIEW OF CONTRACTS TO PREPARE SCHEDULE G | 0.20 |
| 10/17/22 | KLB | EMAILS REGARDING CREDITOR INQUIRIES REGARDING RECEIPT OF FIRST DAY MOTIONS (.1); REVIEW INSURANCE CERTIFICATES AND INSURANCE MOTION AND TELEPHONE CALL FROM UNITED SPECIALTY INSURANCE (.2) | 0.30 |
| 10/17/22 | KLB | DOWNLOAD FROM US TRUSTEE'S WEBSITE VARIOUS CERTIFICATES TO BE REVIEWED AND SIGNED BY DEBTOR IN ADVANCE OF INITIAL DEBTOR INTERVIEW (.2); PREPARE CERTIFICATES AND LIMITED WAIVER (.6); EMAILS TO A. VIDAL WITH OPERATING GUIDELINES, CERTIFICATES AND UPDATED IDI CHECKLIST (.2) | 1.00 |
| 10/17/22 | KLB | EMAILS FROM AND TO C. TARRANT OF LATHAM & WATKINS REGARDING INITIAL DEBTOR INTERVIEW, SCHEDULES, ETC. | 0.20 |
| 10/18/22 | JD | DRAFT DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION FOR EACH OF THE SEVEN DEBTORS | 1.00 |
| 10/18/22 | JD | UPDATE CASE INFORMATION IN BEST CASE FOR EACH OF THE SEVEN DEBTORS AND CREATE DECLARATION UNDER PENALTY OF PERJURY IN | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 12
MATTER ID: 31679-0501

| | | CONNECTION WITH THE SCHEDULES FOR EACH | |
|---|---|---|---|
| 10/18/22 | JD | EMAILS TO AND FROM HURON IN CONNECTION WITH REVIEW OF DATABASE CONTAINING CONTRACTS AND LEASES FOR COMPILATION OF SCHEDULE G | 0.50 |
| 10/18/22 | KLB | EMAILS REGARDING PREPARATION OF PERIODIC FINANCIAL REPORTS PURSUANT TO RULE 2015.3, AND PREPARE INITIAL DRAFT OF PERIODIC FINANCIAL REPORT FOR VITAL PHARMACEUTICALS, INC. (.9); PREPARE INITIAL DRAFT OF PERIODIC FINANCIAL REPORT FOR BANG ENERGY CANADA, INC. (.6) | 1.50 |
| 10/18/22 | KLB | EMAILS FROM AND TO A. LEVIN OF MILLER ADVERTISING REGARDING PUBLISHING OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE (.1); EMAILS TO AND FROM STRETTO TEAM REGARDING SERVICE OF NOTICE (.1) | 0.20 |
| 10/18/22 | KLB | EMAILS TO AND FROM HURON TEAM REGARDING PAYMENT OF INVOICE RELATING TO PUBLISHING OF NOTICE IN MIAMI HERALD, SUN SENTINEL AND WALL STREET JOURNAL (.1); EMAILS TO MILLER ADVERTISING REGARDING SAME (.1) | 0.20 |
| 10/18/22 | KLB | EMAILS TO AND FROM A. VIDAL REGARDING OPERATING GUIDELINES, US TRUSTEE CHECKLIST, IDI DOCUMENTS AND LISTING US TRUSTEE AS A CERTIFICATE HOLDER ON INSURANCE POLICIES | 0.30 |
| 10/18/22 | JG | OPERATIONS STATUS CALL WITH CTO AND LATHAM (.6); CONFERENCE WITH B. ROSEN RE OPEN WORKSTREAMS; SECOND DAY HEARINGS (.8); MEMOS TO AND FROM E. LARSEN, ESQ. RE INAPPLICABILITY OF AUTOMATIC STAY AND SUGGESTION OF BANKRUPTCY TO VPX'S AFFIRMATIVE CLAIMS (.3). | 1.70 |
| 10/18/22 | MJN | CONFERENCE CALL WITH DEBTOR TEAM TO DISCUSS WORK IN PROGRESS. | 0.40 |
| 10/18/22 | MJN | PREPARE DEMAND LETTER TO LANDLORD REGARDING 3-DAY NOTICE. | 0.70 |
| 10/19/22 | JD | ATTEND TO ISSUES RELATED TO SECOND DAY HEARINGS; EMAILS TO AND FROM STRETTO AND HURON TEAMS RELATED TO SAME | 1.00 |
| 10/19/22 | JG | MEMO FROM AND TO F. MASSARK AND MANAGEMENT RE COMMUNICATIONS TO DISTRIBUTORS (.2); MEMO TO MR. WILKES RE EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS (.1); REVIEW AND REVISE EXTENSION MOTION AND ORDER (.1); CALL WITH G. METZGER RE DELIVERABLES FOR IDI, PENDING ISSUES (.2); MEMO FROM AND TO P. BORELLI RE STATUS OF WESTON LEASE; REMOVAL OF FURNITURE AND POTENTIAL | 0.80 |

VITAL PHARMACEUTICALS, INC., ET AL.                                         PAGE: 13
                                                                  MATTER ID: 31679-0501

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | REJECTION (.2). | |
| 10/19/22 | MJN | COORDINATE THE PREPARATION OF SECOND DAY MOTIONS. | 1.40 |
| 10/19/22 | KLB | EMAILS FROM AND TO A. VIDAL REGARDING PAYROLL AND SALES TAX REPORTS, INFORMATION NEEDED AND GATHER SAMPLES OF PRIOR FILED NOTICES FOR A. VIDAL (.3); EMAILS TO A. VIDAL WITH SAMPLE PAYROLL AND SALES TAX NOTICES (.1) | 0.40 |
| 10/19/22 | MJN | REVIEW STATUS OF OPEN ITEMS FOR SECOND DAY MOTIONS AND CORRESPOND WITH TEAM REGARDING THE SAME. | 0.40 |
| 10/19/22 | KLB | EMAILS REGARDING REQUEST FOR TRANSCRIPT OF FIRST DAY HEARINGS (.1); REVIEW DOCKET TO IDENTIFY REPORTER, CALLS TO AND FROM REPORTER TO OBTAIN QUOTE FOR COPY; PREPARE REQUEST FOR COPY OF TRANSCRIPT AND EMAILS REGARDING SAME (.5); REVIEW EMAIL WITH TRANSCRIPT AND EMAILS TO J. WEBB (.2) | 0.80 |
| 10/19/22 | KLB | REVISE MOTION TO EXTEND TIME TO FILE SCHEDULES TO INCLUDE REQUEST TO EXTEND TIME TO FILE PAYROLL AND SALES TAX REPORTS (.2); PREPARE PROPOSED ORDER GRANTING MOTION TO EXTEND TIME (.5) | 0.70 |
| 10/19/22 | KLB | REVISE AND FINALIZE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND PAYROLL AND SALES TAX REPORTS (.2); FORMAT AND EFILE MOTION (.2); REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER (.2) | 0.60 |
| 10/20/22 | KLB | ATTEND CALL WITH HURON TEAM AND M. NILES TO DISCUSS US TRUSTEE CHECKLIST REQUIREMENTS, SCHEDULES, PAYROLL AND SALES TAX REPORTS AND QUESTIONS REGARDING SAME | 1.00 |
| 10/20/22 | KLB | REVISE US TRUSTEE CHECKLIST AND ATTACHMENTS | 0.30 |
| 10/20/22 | KLB | DISCUSSIONS REGARDING REVIEW OF EXECUTORY CONTRACTS FOR PREPARATION OF SCHEDULE G AND BEGIN INITIAL REVIEW OF SAME | 0.80 |
| 10/20/22 | MJN | ATTEND VPX CTO CALL. | 0.60 |
| 10/20/22 | MJN | CONFERENCE CALL WITH HURON TEAM REGARDING IDI AND SCHEDULES. | 0.90 |
| 10/20/22 | KLB | EMAILS TO AND FROM STRETTO REGARDING CHANGES OF ADDRESSES FOR MATRIX | 0.20 |
| 10/20/22 | JD | REVIEW EXECUTORY CONTRACTS IN CONNECTION WITH PREPARATION OF SCHEDULE G | 1.00 |
| 10/21/22 | MJN | REVIEW FINAL SECOND DAY MOTIONS. | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

| 10/21/22 | MJN | ATTEND VPX STATUS CALL. | 0.50 |
| 10/21/22 | KLB | TELEPHONE CALL WITH A. VIDAL WITH QUESTIONS ON US TRUSTEE CHECKLIST, IDI DOCUMENTS (.2); FOLLOW UP EMAILS TO HURON TEAM REGARDING PAYROLL AND SALES TAX REPORTS (.2) | 0.40 |
| 10/24/22 | JG | CALL FROM A. SORKIN RE DIRECTORS' MEETING; CONFERENCE CALL WITH COMMITTEE (.2); CALL WITH A. VIDAL AND M. NILES RE INITIAL DEBTOR INTERVIEW; OUTSTANDING INFORMATION REQUESTS (.3); CONFERENCE WITH COUNSEL TO MONSTER RE CASE STATUS, APPEAL AND REQUEST FOR INFORMATION (.6); FOLLOW UP CALL WITH A. SORKIN RE LICENSE ISSUES RAISED BY MONSTER (.3). | 1.40 |
| 10/24/22 | JD | REVIEW EXECUTORY CONTRACTS IN CONNECTION WITH PREPARATION OF SCHEDULE G | 2.50 |
| 10/24/22 | KLB | EMAILS TO HURON TEAM REGARDING US TRUSTEE CHECKLIST, IDI DOCUMENTS, ETC. (.3); TELEPHONE CONFERENCES AND EMAILS TO AND FROM A. VIDAL REGARDING QUESTIONS AND DOCUMENT REQUESTS (.5); TELEPHONE CONFERENCES WITH M. NILES REGARDING CHECKLIST, REVISIONS (.2) | 1.00 |
| 10/24/22 | KLB | REVIEW MULTIPLE EMAILS FROM A. VIDAL WITH DOCUMENTS FOR UPCOMING INITIAL DEBTOR INTERVIEW (.4); DISCUSS WITH M. NILES REGARDING VARIOUS DOCUMENTS AND BEGIN PREPARING E-BINDER OF SAME (.6); GATHER AND ORGANIZE DOCUMENTS RECEIVED AND REVISE CHECKLIST (1.7); EMAILS FROM AND TO A. VIDAL AND FURTHER REVISE CHECKLIST (.5); TELEPHONE CALLS WITH A. VIDAL AND EMAIL TO SAME WITH LIST OF OUTSTANDING ITEMS (.6); FINALIZE E-BINDER AND CIRCULATE SAME TO A. VIDAL FOR FINAL SIGN OFF (.3); EMAILS TO US TRUSTEE ANALYST WITH US TRUSTEE CHECKLIST AND DOCUMENTS AND EMAILS TO HURON TEAM REGARDING SAME (.4) | 4.50 |
| 10/24/22 | MJN | WORK WITH HURON TO FINALIZE IDI REQUIREMENTS TO THE U.S. TRUSTEE | 2.70 |
| 10/24/22 | MJN | ATTEND TO CHIEF TRANSFORMATION OFFICER CALL | 0.50 |
| 10/24/22 | MJN | REVIEW AND REVISE MASTER WORK IN PROGRESS CHART; CORRESPOND WITH B. ROSEN AND J. WEBB REGARDING THE SAME. | 0.30 |
| 10/25/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 3.50 |
| 10/25/22 | JG | CONFERENCE WITH F. MASSABKI AND A. SORKIN RE MONSTER REQUEST FOR CONSENT | 0.70 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 15
MATTER ID: 31679-0501

| | | | |
|---|---|---|---|
| | | TO STAY RELIEF; PENDING INFORMATION REQUESTS (.5);  MEMO FROM AND TO I. MARCUSHAMER RE VENDOR'S REQUEST FOR ESSENTIAL VENDOR STATUS; AGREEMENT (.2). | |
| 10/25/22 | JG | CALL WITH LATHAM TEAM RE WORK IN PROCESS AND UPCOMING COURT DEADLINES (.5); MEMO FROM A. VIDAL RE REPORTING REQUIREMENTS; REQUEST FOR ACCOMMODATION FROM US TRUSTEE (.2). | 0.70 |
| 10/25/22 | KLB | EMAILS TO LATHAM ATTORNEYS REGARDING CM/ECF SERVICE LIST AND FILING OF APPEARANCES IN ORDER TO RECEIVE ELECTRONIC SERVICE OF PLEADINGS | 0.20 |
| 10/25/22 | KLB | PREPARE SIX NOTICES OF PAYROLL AND SALES TAX REPORT | 1.40 |
| 10/25/22 | KLB | CONTINUED REVIEW OF CONTRACTS FOR PREPARATION OF SCHEDULE G | 1.30 |
| 10/26/22 | JD | ATTEND TO NUMEROUS CALLS IN CONNECTION WITH RECEIPT OF NOTICE OF COMMENCEMENT | 0.70 |
| 10/26/22 | JG | MEMO FROM AND TO MR. WILKES RE ESSENTIAL VENDOR PAYMENTS (.1); REVIEW OF INFORMATION PROVIDED BY HURON TEAM RE SAME (.2); CALL FROM A. SORKIN RE MUSIC CASES AND PENDING ISSUES (.1). | 0.40 |
| 10/26/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 3.00 |
| 10/26/22 | KLB | CONTINUED REVIEW OF DATABASE OF CONTRACTS FOR PREPARATION OF SCHEDULES | 2.50 |
| 10/26/22 | KLB | EMAILS TO A. VIDAL WITH PAYROLL AND SALES TAX REPORTS AND EMAILS FROM AND TO A. VIDAL REGARDING US TRUSTEE ADDRESSES, LOCKBOX, ETC. (3); EMAILS TO STRETTO TEAM REGARDING ADDRESSES ON MATRIX (.1) | 0.40 |
| 10/26/22 | MJN | REVIEW COMPANY NDA AGREEMENT REGARDING INCLUSION ON SCHEDULE G(.4);CORRESPOND WITH TEAM REGARDING THE SAME (.3) | 0.70 |
| 10/26/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING IDI. | 0.20 |
| 10/27/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 2.20 |
| 10/27/22 | MJN | REVIEW AND REVISE ORDERS POST HEARING (.3); CORRESPOND WITH UST AND HEARING ATTENDEES | 0.50 |
| | | REGARDING PROPOSED ORDERS (.2). | |
| 10/27/22 | MJN | PREPARE FOR (.5) AND ATTEND IDI MEETING (.5) | 1.00 |
| 10/27/22 | MJN | CORRESPOND WITH J. DIDONATO AND A. GUPTA | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.                                                PAGE: 16
                                                                    MATTER ID: 31679-0501

| | | REGARDING IDI PREPARATION. | |
|---|---|---|---|
| 10/27/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING INITIAL DEBTOR INTERVIEW AND REQUEST BY A. VIDAL TO EXTEND TIME TO FILE MONTHLY OPERATING REPORTS, ETC. | 0.20 |
| 10/27/22 | KLB | CONTINUED REVIEW OF CONTRACTS IN DATA BASE FOR PREPARATION OF SCHEDULE G | 1.70 |
| 10/27/22 | KLB | ATTEND INITIAL DEBTOR INTERVIEW (.5); FOLLOW UP DISCUSSIONS WITH M. NILES REGARDING REQUESTS OF US TRUSTEE AT INITIAL DEBTOR INTERVIEW (.1) | 0.60 |
| 10/27/22 | KLB | REVIEW EMAILS FROM A. VIDAL REGARDING QUESTIONS RELATING TO PAYMENT OF WAGE CLAIMS AND WAGES OF INDEPENDENT CONTRACTORS (.1); BRIEF DISCUSSIONS WITH M. NILES (.1) | 0.20 |
| 10/28/22 | MJN | REVIEW CORRESPONDENCE REGARDING PERSONAL PROPERTY REMAINING ON LEASED PREMISES | 0.20 |
| 10/28/22 | MJN | REVIEW AND REVISE NOTICE OF ABANDONMENT (.2); CORRESPOND WITH TEAM REGARDING THE SAME (.2) | 0.40 |
| 10/28/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 2.50 |
| 10/28/22 | KLB | REVIEW EMAIL REGARDING PAYMENT TO INDEPENDENT CONTRACTORS, AND DISCUSSIONS WITH M. NILES | 0.20 |
| 10/28/22 | KLB | ATTEND CALL WITH HURON, STRETTO AND LATHAM TEAMS TO DISCUSS PREPARATION OF SCHEDULES AND QUESTIONS REGARDING SAME (.4); FOLLOW UP DISCUSSIONS WITH M. NILES (.2) | 0.60 |
| 10/28/22 | KLB | PREPARE NOTICE OF ABANDONMENT OF PERSONAL PROPERTY AND DISCUSSIONS WITH M. NILES (.6); EMAILS TO AND FROM J. GUSO AND FINALIZE, FORMAT AND E-FILE NOTICE OF ABANDONMENT (.2); EMAILS TO STRETTO TEAM REGARDING SERVICE (.1) | 0.90 |
| 10/28/22 | KLB | CONTINUED REVIEW OF CONTRACTS FOR PREPARATION OF SCHEDULE G | 0.40 |
| 10/28/22 | MJN | CONFERENCE CALL WITH HURON TEAM TO DISCUSS STATUS OF STATEMENTS AND SCHEDULES. | 1.00 |
| 10/28/22 | JD | ATTEND TO CALLS FROM VARIOUS COMPANIES IN RECEIPT OF NOTICE OF COMMENCEMENT | 0.30 |
| 10/30/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING NOTICE OF ABANDONMENT. | 0.20 |
| 10/31/22 | JD | ATTEND TO CALLS FROM COMPANIES IN RECEIPT OF NOTICE OF COMMENCEMENT | 0.70 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 17
MATTER ID: 31679-0501

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/31/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 1.50 |
| 10/31/22 | KLB | INITIAL PREPARATION OF GLOBAL NOTES TO ACCOMPANY SCHEDULES AND DISCUSSIONS WITH M. NILES REGARDING SAME (1.0); EMAILS TO AND FROM J. GUSO REGARDING COMMENTS TO GLOBAL NOTES (.2) | 1.20 |
| 10/31/22 | KLB | CONTINUED REVIEW OF CONTRACTS IN DATA BASE IN PREPARATION OF SCHEDULE G | 1.40 |
| 10/31/22 | JG | REVIEW OF MONSTER DEMAND LETTER AND CONFER WITH A. SORKIN AND A. QUARTAROLO RE SAME (.7); REVIEW OF ROTHSCHILD DAILY M&A REPORT (.1); MEMO FROM AND TO HURON TEAM RE SCHEDULES AND STATEMENTS (.1); MEMO TO VALERIA COLON RE FOREIGN VENDORS, INCLUDING LAW FIRMS (.2). | 1.10 |
| 11/01/22 | JD | REVIEW EXECUTORY CONTRACTS DATABASE IN CONNECTION WITH PREPARATION OF SCHEDULE G | 2.00 |
| 11/01/22 | JD | ATTEND TO CALLS FROM VARIOUS COMPANIES AND INDIVIDUALS IN RECEIPT OF THE NOTICE OF COMMENCEMENT | 0.70 |
| 11/01/22 | MJN | REVIEW AND REVISE WORK IN PROCESS LIST (.3); ATTEND MEETING WITH LATHAM & WATKINS REGARDING WORK IN PROCESS. (.5) | 0.80 |
| 11/01/22 | JG | REVIEW AND REVISE DRAFT LETTER TO MONSTER (.2); CALL WITH COUNSEL TO ABC RE CLAIMS ESTIMATION ISSUES (.3); | 0.50 |
| 11/02/22 | KLB | REVIEW MULTIPLE EMAILS FROM A. VIDAL REGARDING QUESTIONS ON SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (.2); DISCUSSIONS WITH M. NILES (.2) | 0.40 |
| 11/02/22 | KLB | REVISE DRAFT GLOBAL NOTES AND EMAILS TO AND FROM HURON AND STRETTO TEAMS REGARDING SAME | 0.30 |
| 11/02/22 | KLB | REVIEW EMAIL FROM A. VIDAL REGARDING QUESTIONS ON MONTHLY OPERATING REPORTS AND STATEMENT OF CAPITAL ASSETS AS REFLECTED ON REPORT (.1); DISCUSSIONS WITH M. NILES AND EMAILS TO B. GONZALEZ-LEON REGARDING SAME AND REVIEW EMAILS FROM A. VIDAL WITH FOLLOW UP RESPONSES RELATING TO INSURANCE AND TAXES (.2) | 0.30 |
| 11/02/22 | JD | ATTEND TO INQUIRIES RELATED TO CLAIMANTS IN RECEIPT OF NOTICE OF COMMENCEMENT | 0.50 |
| 11/02/22 | MJN | RESEARCH REGARDING KERP AND REVIEW KERP TERMS. | 0.40 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 18
MATTER ID: 31679-0501

| 11/02/22 | MJN | REVIEW AND RESPOND TO IDI FOLLOW UP QUESTIONS (.2); CORRESPOND WITH HURON REGARDING THE SAME (.2). | 0.40 |
|---|---|---|---|
| 11/02/22 | MJN | REVIEW AND REVISE PROPOSED ORDERS ON SECOND DAY MOTION ORDER. | 0.30 |
| 11/02/22 | JG | CALL WITH A. SORKIN RE RESPONSE TO MONSTER LETTER; PREP FOR RESTRUCTURING COMMITTEE CALL (.3); MEMO FROM AND TO A. VIDAL RE STATUS OF SCHEDULES; GLOBAL NOTES (.1) | 0.40 |
| 11/03/22 | KLB | EMAILS FROM J. GUSO REGARDING PROPOSED FINAL CASH MANAGEMENT ORDER AND PREPARE SAME (.2); EMAILS TO LATHAM TEAM WITH PROPOSED ORDERS FOR NOVEMBER 9, 202 HEARING (.1) | 0.30 |
| 11/03/22 | KLB | PREPARE DISCLOSURE OF COMPENSATION FORM FOR BERGER SINGERMAN AND EMAILS TO J. GUSO AND M. NILES | 0.80 |
| 11/03/22 | JD | ATTEND TO CLAIMANT INQUIRIES IN RECEIPT OF NOTICE OF COMMENCEMENT, UPCOMING 341 MEETING AND DEADLINE TO FILE A PROOF OF CLAIM | 1.00 |
| 11/03/22 | MJN | ATTEND CALL REGARDING COMMITTEE COUNSEL PRODUCTION REQUEST (.2); REVIEW PRODUCTION REQUEST (.3). | 0.50 |
| 11/04/22 | JD | ATTEND TO INQUIRIES RELATED TO RECEIPT OF NOTICE OF COMMENCEMENT AND UPCOMING 341 MEETING | 0.50 |
| 11/04/22 | KLB | EMAILS TO AND FROM J. GUSO AND M. NILES REGARDING UPCOMING HEARING ON VARIOUS MATTERS AND POSSIBLE CONTINUANCE OF SAME AT REQUEST OF COMMITTEE | 0.20 |
| 11/04/22 | JG | CONFERENCE WITH A. SORKIN RE COMMITTEE INFORMATION REQUEST; MONSTER DISCUSSIONS (.5);  CONFERENCE WITH P. BATTISTA RE PENDING ISSUES (.5); CTO CALL WITH MANAGEMENT TEAM RE; PROPOSED KERP (.5); REVIEW OF MEMO FROM S. WILKES RE 30 LARGEST AND SOLICITATION (.1). | 1.60 |
| 11/07/22 | MJN | CORRESPOND WITH HURON REGARDING SCHEDULES AND STATEMENTS | 0.30 |
| 11/07/22 | KLB | EMAILS FROM AND TO A. VIDAL REGARDING MATTERS SCHEDULED FOR HEARING ON NOVEMBER 9, 2022, AND GATHER COURT CALENDAR FOR SAME | 0.20 |
| 11/07/22 | KLB | EMAILS TO AND FROM J. GUSO REGARDING QUESTIONS ON SCHEDULES AND EMAILS TO A. VIDAL REGARDING SAME (.2); EMAILS TO AND FROM A. VIDAL REGARDING STATUS OF PAYROLL AND SALES TAX REPORTS, AND PERIODIC FINANCIAL REPORTS (.1); FOLLOW UP DISCUSSIONS WITH J. GUSO REGARDING | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 19
                                                                       MATTER ID: 31679-0501

|  |  | SCHEDULE E LISTINGS AND GLOBAL NOTES (.2) |  |
|---|---|---|---|
| 11/07/22 | KLB | EMAILS FROM AND DISCUSSIONS WITH J. GUSO REGARDING CONTINUATION OF NOVEMBER 9, 2022 HEARING (.1); PREPARE INITIAL DRAFT OF AGREED EX PARTE MOTION TO CONTINUE NOVEMBER 9, 2022 HEARING AND EMAILS TO J. GUSO (.7) | 0.80 |
| 11/07/22 | JG | MEMO FROM AND TO HURON RE SCHEDULES AND STATEMENT PREPARATION (.1). | 0.10 |
| 11/08/22 | MJN | ATTEND DAILY CALL WITH CTO AND  DEBTOR TEAM. | 0.40 |
| 11/08/22 | KLB | PREPARE PROPOSED AGREED EX PARTE ORDER GRANTING MOTION TO CONTINUE SECOND DAY HEARINGS, AND EMAILS TO AND FROM J. GUSO | 0.70 |
| 11/08/22 | KLB | UPDATE GLOBAL NOTES FOR SCHEDULES OF ASSETS AND LIABILITIES (.3); REVIEW EMAILS FROM A. VIDAL REGARDING QUESTIONS ON SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (.2); EMAILS REGARDING DRAFT PERIODIC REPORTS TO BE FILED BY VITAL PHARMACEUTICALS, INC. AND BANG ENERGY CANADA (.1) | 0.60 |
| 11/08/22 | KLB | REVISE NOTICES OF COMPLIANCE WITH AMENDING CREDITOR INFORMATION (LOCAL FORM 4) | 0.30 |
| 11/08/22 | KLB | EMAILS FROM J. GUSO REGARDING ATTENDANCE AT NOVEMBER 9, 2022 HEARING AND REQUEST FOR CONTINUANCE OF SECOND DAY MATTERS (.1); ARRANGE FOR J. GUSO'S ATTENDANCE AT NOVEMBER 9, 2022 HEARING VIA ZOOM AND EMAILS REGARDING SAME (.1) | 0.20 |
| 11/08/22 | JG | DAILY CTO CALL WITH MANAGEMENT RE PENDING ISSUES (.5); CONFER WITH K. COLE RE KERP AND EMPLOYEE RETENTION ISSUES (.3); CALL WITH P. BATTISTA RE NOV. 9 HEARINGS AND STATUS (.3); ATTEND TO MATTERS PERTAINING TO SECOND DAY HEARING, INCLUDING CONFERENCE WITH A. SORKIN RE COMMITTEE'S REQUEST FOR ADJOURNMENT (1.1); CONFERENCE WITH F. MASSABKI AND G. METZGER RE DISCLOSURES CONTAINED IN SCHEDULES AND SOFA'S; PROTECTION OF CONFIDENTIAL BUSINESS INFORMATION (.3); MEMO FROM AND TO COMPANY RE: DEMAND FOR TURNOVER OF FREEZERS FROM VENDOR (.1). | 2.60 |
| 11/08/22 | MJN | REVIEW AND UPDATE WORK IN PROCESS LIST (.4) | 0.40 |
| 11/09/22 | MJN | PREPARE MOTION AND ORDER TO REDACT INFLUENCER INFORMATION FROM STATEMENTS AND SCHEDULES. | 1.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 20
MATTER ID: 31679-0501

| 11/09/22 | MJN | PREPARE FOR AND ATTEND HEARING ON VARIOUS MOTIONS | 0.70 |
|---|---|---|---|
| 11/09/22 | KLB | REVIEW EMAILS REGARDING PERIODIC FINANCIAL REPORTS FOR VITAL PHARMACEUTICALS, INC. AND BANG ENERGY CANADA, INC., AND ATTACHMENTS TO SAME AND REVIEW DRAFT REPORTS | 0.30 |
| 11/09/22 | KLB | PREPARE PROPOSED ORDER GRANTING ORE TENUS MOTION TO CONTINUE HEARING ON VARIOUS MOTIONS SET FOR HEARING ON NOVEMBER 9, 2022 (.7), AND EMAILS TO J. GUSO (.1) | 0.80 |
| 11/09/22 | KLB | REVIEW DRAFT SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS IN ADVANCE OF CALL WITH HURON AND BANG ENERGY TEAMS (.7); EMAILS TO AND FROM A. VIDAL AND STRETTO TEAM REGARDING REVISIONS TO SCHEDULES (.2) | 0.90 |
| 11/09/22 | KLB | ATTEND  LENGTHY CALL WITH HURON, BANG AND LATHAM TEAMS TO DISCUSS OPEN ITEMS WITH RESPECT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | 2.60 |
| 11/09/22 | JG | MEMO TO MANAGEMENT TEAM RE PROPOSED REDACTION OF LIMITED INFORMATION ON SCHEDULES AND SOFAS BASED ON CONFIDENTIAL BUSINESS INFORMATION (.3); REVIEW OF MEMO FROM A. VIDAL RE GLOBAL NOTES AND STATUS (.2); PREPARE FOR AND ATTEND NOV. 9 HEARINGS (.8); REVIEW AND REVISE PROPOSED ORDERS AND MEMO TO A. SORKIN (.5); MEMO TO AND FROM US TRUSTEE RE FILING OF SCHEDULES AND STATEMENTS (.1);  REVIEW AND REVISE MOTION AND ORDER AUTHORIZING FILING OF SCHEDULES WITH REDACTIONS; MEMOS TO US TRUSTEE AND COMMITTEE COUNSEL RE SAME (.9); CONFERENCE WITH A. SORKIN RE RESULTS OF LENDER AND COMMITTEE DISCUSSIONS (.5); MEMOS TO AND FROM HURON RE SCHEDULES AND STATEMENTS (.2). | 3.50 |
| 11/09/22 | MJN | REVIEW AND REVISE WORK IN PROCESS CHART. | 0.40 |
| 11/09/22 | MJN | PREPARE FOR AND ATTEND CALL WITH HURON TEAM AND CLIENT REGARDING STATEMENTS AND SCHEDULES. | 1.80 |
| 11/10/22 | KLB | REVIEW EMAILS FROM A. VIDAL REGARDING QUESTIONS ON SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, GLOBAL NOTES, ETC. (.2); BRIEF DISCUSSIONS WITH M. NILES REGARDING COMMENTS AND QUESTIONS (.1) | 0.30 |
| 11/10/22 | JG | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (1.0); CALL | 1.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 21
MATTER ID: 31679-0501

| | | WITH A. GUPTA AND J. DIDONATO RE SAME (.5). | |
|---|---|---|---|
| 11/10/22 | KLB | REVISE AND FINALIZE PROPOSED ORDER CONTINUING HEARING ON PENDING MATTERS TO NOVEMBER 21, 2022 | 0.30 |
| 11/10/22 | KLB | REVISE AGREED MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO REDACT CERTAIN INFORMATION FROM SCHEDULES AND STATEMENTS (.2); REVISE PROPOSED AGREED ORDER GRANTING SAME, AND E-FILE MOTION (.2); FORMAT AND SUBMIT PROPOSED ORDER (.2); TELEPHONE CALLS TO AND FROM COURTROOM DEPUTY REGARDING MOTION AND EMAILS TO . GUSO (.2); EMAILS TO AND FROM STRETTO TEAM REGARDING SERVICE (.1) | 0.90 |
| 11/10/22 | KLB | ATTEND CALL WITH J. GUSO AND M. NILES REGARDING REVIEW OF DRAFT SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (1.0); FOLLOW UP DISCUSSIONS WITH M. NILES REGARDING REVISIONS TO SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (.3); UPDATE LIST OF OUTSTANDING ITEMS AND EMAILS TO HURON AND STRETTO TEAMS (.6); REVIEW ADDITIONAL EMAILS FROM A. VIDAL WITH QUESTIONS ON SCHEDULES AND RESPOND TO SAME (.2); EMAILS REGARDING STATUS OF PAYROLL AND SALES TAX REPORTS AND INITIAL REVIEW OF REPORTS (.3) | 2.40 |
| 11/10/22 | KLB | EMAILS FROM AND TO A. VIDAL REGARDING STATUS OF PERIODIC FINANCIAL REPORTS OF VITAL PHARMACEUTICALS AND BANG ENERGY CANADA, AND DISCUSSIONS WITH M. NILES REGARDING SAME (.3); ADDITIONAL DISCUSSIONS WITH J. GUSO AND M. NILES REGARDING STATEMENTS OF FINANCIAL AFFAIRS AND REVISIONS (.2) | 0.50 |
| 11/10/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING LISTINGS ON SCHEDULES AND REVIEW EMAILS REGARDING STATUS OF SCHEDULE G (.2); GATHER FINAL ARBITRATION AWARD IN MONSTER LITIGATION AND EMAILS TO M. NILES (.1); REVISE GLOBAL NOTES (.4) | 0.70 |
| 11/10/22 | MJN | REVIEW DEMAND LETTER FROM COMMITTEE. | 0.40 |
| 11/10/22 | MJN | ATTEND CONFERENCE CALL TO DISCUSS SCHEDULES AND SOFA. | 0.70 |
| 11/10/22 | MJN | ATTEND SECOND CONFERENCE CALL TO DISCUSS SCHEDULES. | 1.00 |
| 11/10/22 | MJN | REVIEW CURRENT DRAFT OF SCHEDULES AND PREPARE COMMENTS. | 0.80 |
| 11/10/22 | MJN | REVIEW SCHEDULES F AND G | 0.60 |
| 11/11/22 | KLB | REVIEW STATEMENTS OF FINANCIAL AFFAIRS AND EMAILS TO HURON TEAM REGARDING REVISIONS (.5); EMAILS REGARDING ENTRY OF | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

| | | ORDER AUTHORIZING REDACTION OF INFLUENCER INFORMATION (.1) | |
|---|---|---|---|
| 11/11/22 | KLB | ATTEND CALL WITH J. GUSO AND M. NILES TO REVIEW QUESTIONS OF HURON TEAM TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (.5); FOLLOW UP DISCUSSIONS WITH M. NILES REGARDING SAME AND EMAILS TO AND FROM A. VIDAL REGARDING SCHEDULES (.3); EMAILS REGARDING PERIODIC FINANCIAL REPORTING AND PAYROLL AND SALES TAX REPORTS (.3); REVISE SEVEN NOTICES OF PAYROLL AND SALES TAX REPORTS AND ORGANIZE ATTACHMENTS (.8); FORMAT PAYROLL AND SALES TAX REPORTS AND EMAILS TO HURON TEAM FOR FINAL REVIEW AND SIGN OFF (.5) | 2.40 |
| 11/11/22 | KLB | ATTEND CALL WITH J. GUSO AND M. NILES TO DISCUSS PERIODIC FINANCIAL REPORTS REQUIRED BY RULE 2015 AND REVIEW COMMENTS AND QUESTIONS OF HURON TEAM (.5); REVISE REPORTS AND COMPILE ATTACHMENTS (.5); FORMAT REPORTS AND EMAILS TO J. DIDONATO FOR REVIEW AND SIGN OFF ALONG WITH PAYROLL AND SALES TAX REPORTS (.4) | 1.40 |
| 11/11/22 | KLB | REVIEW MULTIPLE EMAILS WITH RESPECT TO FILING OF SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS AND REVISIONS TO SAME (.2); FINALIZE SEVEN SETS OF SCHEDULES AND CONVERT TO PROPER FORMAT FOR FILING (1.1); TELEPHONE CONFERENCE WITH A. DAVERSA OF STRETTO, INC. REGARDING SCHEDULES OF VITAL PHARMACEUTICALS, INC. AND REVIEW EMAILS REGARDING SAME (.2); FINALIZE SEVEN SETS OF STATEMENTS OF FINANCIAL AFFAIRS AND CONVERT TO PROPER FORMAT FOR FILING (.9); FINALIZE LISTS OF EQUITY SECURITY HOLDERS AND LOCAL FORM 4 (NOTICE OF AMENDING CREDITOR INFORMATION) AND FORMAT SAME FOR FILING (.8); E-FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, LISTS OF EQUITY SECURITY HOLDERS, DECLARATIONS REGARDING SCHEDULES AND LOCAL FORM 4 FOR ALL SEVEN DEBTORS (1.0) | 4.20 |
| 11/11/22 | MJN | CONFERENCE CALL TO DISCUSS SCHEDULES AND STATEMENTS WITH HURON AND DEBTOR TEAMS (1.6); FOLLOW UP CORRESPONDENCE REGARDING THE SAME (.4). | 2.00 |
| 11/11/22 | JG | REVIEW OF FIRST DRAFT OF VPX STATEMENT OF FINANCIAL AFFAIRS AND MEMO TO A. VIDAL RE SAME (.5); CONFERENCE WITH M. NILES AND K. BURNS RE OPEN ISSUES ON SALES TAX REPORTS (.4); CONFERENCE WITH HURON AND | 5.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

|  |  |  |  |
|---|---|---|---|
|  |  | MANAGEMENT TEAMS TO FINALIZE SCHEDULES AND STATEMENTS (2.0); CONFERENCE WITH S. CREEDON RE COMMENTS TO GLOBAL NOTES; REVIEW AND REVISE SAME (.5); REVIEW AND REVISE FINAL REPORTS (.3); REVIEW OF REPORTS RE: VALUE OF ENTITIES IN WHICH ESTATES HAVE AN INTEREST (.6); ATTEND TO FINALIZING SCHEDULES AND SOFAS (.9). |  |
| 11/11/22 | MJN | REVIEW AND REVISE STATEMENT OF FINANCIAL AFFAIRS/SCHEDULES (2); REVIEW AND COMMENT ON PERIODIC REPORTS (.5); CONFERENCE CALL WITH HURON (.5); CONFERENCE CALL WITH TEAM TO DISCUSS STATEMENT OF FINANCIAL AFFAIRS/SCHEDULES AND REPORTS (.3); FOLLOW UP CALL WITH TEAM REGARDING THE SCHEDULES (.5);  REVIEW WORK IN PROCESS (.3);  REVISE GLOBAL NOTES (.3): CORRESPOND WITH COMPANY REGARDING GRAPHICS (.2); REVIEW PUBLICATIONS OF BANKRUPTCY PROCEEDING (.2); REVIEW KERP MOTION AND EXHIBITS (.4); | 4.90 |
| 11/12/22 | JG | CONFERENCE WITH A. SORKIN RE COMMITTEE INFORMATION REQUESTS; PENDING ISSUES. | 0.50 |
| 11/14/22 | KLB | REVIEW EMAILS REGARDING FILING OF KERP MOTION AND SHORTENING OF TIME (.2); PREPARE INITIAL DRAFT OF MOTION TO SHORTEN TIME FOR HEARING ON KERP MOTION (.7); PREPARE PROPOSED ORDER SHORTENING TIME (.7) AND EMAILS TO J. GUSO (.1) | 1.70 |
| 11/14/22 | KLB | REVIEW EMAILS AND AFFIDAVIT OF PUBLICATION (.2); PREPARE NOTICE OF FILING OF FOUR AFFIDAVITS OF PUBLICATION (.5); FINALIZE NOTICE OF FILING AND COMPILE EXHIBITS TO SAME (.2); E-FILE NOTICE OF FILING AND EMAILS TO STRETTO (.2) | 1.10 |
| 11/14/22 | KLB | REVISE AND FINALIZE MOTION FOR KEY EMPLOYEE RETENTION PLAN AND REVISE AND FINALIZE PROPOSED ORDER (.4); FORMAT MOTION, E-FILE MOTION AND EMAILS TO J. GUSO REGARDING MOTION TO SHORTEN TIME (.2); REVISE AND FINALIZE MOTION TO SHORTEN TIME FOR HEARING TO CONSIDER MOTION FOR APPROVAL OF KEY EMPLOYEE RETENTION PLAN, AND E-FILE SAME (.3); REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER SHORTENING TIME (.2) | 1.10 |
| 11/14/22 | MJN | REVIEW DEMAND LETTER TO PEAK ACTIVITY (.1); INQUIRE WITH A. SORKIN REGARDING THE SAME (.3). | 0.40 |
| 11/15/22 | MJN | CONFERENCE CALL WITH LATHAM & WATKINS TEAM REGARDING STATUS OF WORK IN PROCESS ITEMS. | 1.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 24
MATTER ID: 31679-0501

| | | | |
|---|---|---|---|
| 11/15/22 | KLB | TELEPHONE CONFERENCE WITH J. GUSO AND M. NILES REGARDING OPEN ITEMS, UPCOMING 341 MEETING AND SECOND DAY HEARINGS, ETC. | 0.20 |
| 11/15/22 | KLB | EMAILS TO HURON TEAM REGARDING CORRESPONDENCE RECEIVED FROM ILLINOIS TOLLWAY RELATING TO BANKRUPTCY NOTICES RECEIVED AND REQUEST FOR ADDITIONAL INFORMATION TO IDENTIFY DEBTORS' ACCOUNTS | 0.20 |
| 11/15/22 | JG | CALL WITH. MR. WILKES RE MONSTER REQUEST; KERP MOTION (.2); MEMO FROM J. GORDON RE PHD CASE (.2); | 0.40 |
| 11/16/22 | KLB | REVIEW EMAIL FROM A. VIDAL REGARDING UPCOMING HEARINGS AND 341 MEETING AND ATTENDANCE AT SAME (.1); RESPOND TO EMAIL WITH INFORMATION REGARDING ATTENDANCE AT HEARING VIA ZOOM OR IN PERSON (.2); ARRANGE FOR J. DIDONATO AND H. PARKHILL TO ATTEND NOVEMBER 21, 2022 HEARING VIA ZOOM AND EMAILS TO SAME (.3) | 0.60 |
| 11/16/22 | KLB | REVIEW AND RESPOND TO EMAILS REGARDING AMENDMENT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF VITAL PHARMACEUTICALS, INC. | 0.20 |
| 11/16/22 | JG | MEMO FROM MR. WILKES RE CASH MANAGEMENT ORDER (.1). | 0.10 |
| 11/17/22 | JD | RESPOND TO CLAIMANT INQUIRY RELATED TO UPCOMING 341 MEETING OF CREDITORS | 0.20 |
| 11/17/22 | JG | CALL WITH LATHAM TEAM RE OPEN ISSUES; NOV. 21 HEARINGS (.5); ATTEND TO FINALIZING SECOND DAY ORDERS; MEMO TO MR. WILKES RE SAME (.4). | 0.90 |
| 11/18/22 | KLB | PREPARE NOTICE OF FILING REDLINE OF PROPOSED FINAL CASH MANAGEMENT ORDER AND DISCUSSIONS WITH M. NILES REGARDING EXHIBITS | 0.50 |
| 11/18/22 | KLB | EMAILS REGARDING PROPOSED FINAL CASH MANAGEMENT ORDER AND DISCUSSIONS WITH M. NILES (.2); FINALIZE, FORMAT AND E-FILE NOTICE OF FILING OF REDLINE OF PROPOSED FINAL CASH MANAGEMENT ORDER (.3) | 0.50 |
| 11/18/22 | MJN | REVIEW NOTICE OF FILING AND REDLINE OF CASH MANAGEMENT ORDER. | 0.30 |
| 11/18/22 | MJN | CORRESPOND WITH HURON AND COMPANY REGARDING GEKAY AND DELIVERY OF COOLERS. | 0.30 |
| 11/18/22 | JG | CALL WITH MR. WILKES RE NOV. 21 HEARINGS (.1); MEMO TO COMMITTEE COUNSEL RE PROPOSED ORDERS FOR NOV. 21 HEARING (.1). | 0.20 |
| 11/20/22 | MJN | REVIEW EXHIBIT REGISTER FOR HEARING AND | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 25
MATTER ID: 31679-0501

| | | CALENDAR FOR NOV. 21. HEARING. | |
|---|---|---|---|
| 11/20/22 | JG | PREPARE FOR NOVEMBER 21 SECOND DAY HEARINGS, INCLUDING HEARING OUTLINE AND FINAL REVISIONS TO ROTHSCHILD RETENTION (3.0); CALL WITH L. BURTON AND A. SORKIN RE HEARINGS AND PROPOSED ORDERS; CASH MANAGEMENT ISSUES (.5). | 3.50 |
| 11/21/22 | JD | REVIEW, REVISE, FINALIZE, FORMAT AND UPLOAD FINAL ORDER (A) AUTHORIZING THE DEBTORS TO CONTINUE TO (I) MAINTAIN THEIR CASH MANAGEMENT SYSTEM, (II) HONOR CERTAIN PREPETITION AND POSTPETITION OBLIGATIONS RELATED THERETO, (III) USE EXISTING BUSINESS FORMS, AND (IV) PERFORM INTERCOMPANY TRANSACTIONS, AND (B) GRANTING RELATED RELIEF | 0.30 |
| 11/21/22 | MJN | ATTEND SECOND DAY HEARINGS AND FINALIZE ORDERS FOR SUBMITTAL. | 1.70 |
| 11/21/22 | MJN | CORRESPOND WITH SEAN PARKHURST REGARDING OUTSTANDING ISSUES. | 0.50 |
| 11/22/22 | MJN | ATTEND WORK IN PROCESS CALL WITH LATHAM TEAM. | 0.50 |
| 11/22/22 | MJN | REVIEW ROTHSCHILD UPDATE | 0.30 |
| 11/22/22 | MJN | CORRESPOND WITH COUNSEL FOR GEKAY REGARDING DELIVERY OF COOLERS. | 0.20 |
| 11/22/22 | JG | CALL WITH LATHAM TEAM RE OPEN ITEMS ON WORK IN PROCESS; COMMITTEE INFORMATION REQUESTS. | 0.50 |
| 11/23/22 | MJN | RESPOND TO HURON TEAM REGARDING MONTHLY OPERATING REPORTS. | 0.40 |
| 11/28/22 | KLB | PREPARE NOTICE OF INTENT TO FILE RESPONSE TO MONSTER ENERGY'S MOTION FOR APPOINTMENT OF COMMITTEE OF NON-TRADE CREDITORS AND REQUEST FOR SCHEDULING ORDER (.6), AND EMAILS TO AND FROM J. GUSO (.1) | 0.70 |
| 11/28/22 | KLB | ATTEND TEAM CALL WITH HURON TEAM REGARDING PREPARATION OF MONTHLY OPERATING REPORTS | 0.60 |
| 11/28/22 | MJN | RESEARCH REGARDING THE KERP AND POTENTIAL ISSUES. | 1.00 |
| 11/28/22 | MJN | CONFERENCE CALL WITH HURON TO DISCUSS MONTHLY OPERATING REPORTS | 0.90 |
| 11/28/22 | JG | DRAFT AND REVISE NOTICE OF REQUEST FOR SCHEDULING ORDER IN CONNECTION WITH MOTION TO APPOINT SECOND COMMITTEE (.8); MEMOS TO AND FROM A. SORKIN AND M. COHEN RE COMMITTEE POSITION AND JOINDER (.2). | 1.00 |
| 11/29/22 | MJN | REVIEW AND UPDATE WORK IN PROCESS LIST | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 26
MATTER ID: 31679-0501

FOR CALL WITH LATHAM & WATKINS.

| | | | |
|---|---|---|---|
| 11/29/22 | JG | CALL FROM MR. WILKES RE DEC. 6 HEARING CALENDAR; PROPOSED RESPONSES. | 0.20 |
| 11/29/22 | MJN | REVIEW MOTION FOR RELIEF FROM STAY FILED BY GM FINANCIAL (.4); CORRESPOND WITH COUNSEL FOR GM FINANCIAL (.3); FOLLOW UP WITH HURON TEAM REGARDING GM FINANCIAL (.2) | 0.90 |
| 11/30/22 | MJN | REVIEW MONTHLY OPERATING REPORTS AND PROPOSED GLOBAL NOTES; CORRESPOND WITH HURON TEAM REGARDING THE SAME (.1) | 0.50 |
| 11/30/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING MONTHLY OPERATING REPORTS (.5); REVIEW MONTHLY OPERATING REPORTS AND FINALIZE FOR FILING (1.3) | 1.80 |
| 11/30/22 | KLB | EMAILS AND DISCUSSIONS REGARDING FILING OF MONTHLY OPERATING REPORTS (.2); REVIEW DRAFT REPORT AND GLOBAL NOTES (.3) | 0.50 |
| 11/30/22 | KLB | REVIEW MULTIPLE EMAILS REGARDING STATUS OF FILING OF MONTHLY OPERATING REPORTS (.3); TELEPHONE CONFERENCES AND EMAILS TO AND FROM M. NILES REGARDING REPORTS (.3); REVISE AND FINALIZE SEVEN MONTHLY OPERATING REPORTS FOR MONTH OF OCTOBER, 2022 AND COMPILE ATTACHMENTS (1.0); E-FILE SEVEN MONTHLY OPERATING REPORTS (.6) | 2.20 |

SUB-TOTAL FEES:    246.60    102,990.00

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 89.00 | HOURS | 265.00/HR | 23,585.00 |
| Janette Diaz | 38.50 | HOURS | 265.00/HR | 10,202.50 |
| Jordi Guso | 43.70 | HOURS | 695.00/HR | 30,371.50 |
| Michael J. Niles | 75.40 | HOURS | 515.00/HR | 38,831.00 |
| TOTAL | 246.60 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 27
MATTER ID: 31679-0502

# ≡ BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
*T:* (954) 525-9900   *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

BUSINESS OPERATIONS

MATTER ID: 31679-0502

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                         HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/10/22 | JG | CALL WITH COMMUNICATIONS TEAM RE STAKEHOLDER COMMUNICATIONS; RESPONSE TO MEDIA INQUIRIES ETC. (.8). | 0.80 |
| 10/11/22 | JG | CALL FROM JW TAYLOR RE ESSENTIAL VENDOR MOTION AND PAYMENT OF SHIPPER CLAIMS. | 0.20 |
| 10/13/22 | JG | PREPARE J. DIDONATO FOR ANTICIPATED TESTIMONY ON ESSENTIAL VENDOR AND FOREIGN VENDOR MOTIONS (.8); REVIEW OF UPDATED EXHIBIT (.2); PREPARE FOR AND ATTEND HEARING ON ESSENTIAL VENDOR MOTIONS (1.4). | 2.40 |
| 10/13/22 | JG | REVIEW OF PROPOSED CORRESPONDENCE TO RETAILERS; MEMOS TO AND FROM MANAGEMENT RE SAME. | 0.30 |
| 10/14/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING PROPOSED ORDERS AUTHORIZING PAYMENT OF CRITICAL VENDORS, FOREIGN VENDORS AND SHIPPERS (.2); REVISE CRITICAL VENDOR ORDER AND FORMAT AND SUBMIT SAME (.2); REVISE AND FINALIZE PROPOSED ORDER AUTHORIZING PAYMENT TO FOREIGN VENDORS AND FORMAT AND SUBMIT SAME (.4) | 0.80 |
| 10/14/22 | KLB | REVISE AND FINALIZE ORDERS AUTHORIZING PAYMENT OF PRE-PETITION TAXES AND ORDER AUTHORIZING DEBTORS TO CONTINUE TO PAY INSURANCE PREMIUMS, AND FORMAT AND SUBMIT PROPOSED ORDERS | 0.40 |
| 10/14/22 | KLB | REVISE AND FINALIZE PROPOSED INTERIM CASH MANAGEMENT ORDER AND FORMAT AND SUBMIT SAME | 0.30 |
| 10/14/22 | KLB | FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER AUTHORIZING DEBTORS TO CONTINUE WITH EXISTING PREPETITION CUSTOMER PROGRAMS | 0.20 |
| 10/14/22 | JG | CALL WITH J. DIDONATO AND P. BATTISTA RE | 2.60 |

| | | | |
|---|---|---|---|
| | | INDEPENDENT DIRECTOR ISSUES (.3); ATTEND TO FINALIZING CONSENTS AND AMENDMENTS FOR APPOINTMENT OF INDEPENDENT DIRECTORS/MANAGERS AND MEMOS TO AND FROM J. PAUL RE SAME (1.3); CALL WITH MANAGEMENT RE RE-BRANDING MATTERS AND STRATEGY RE RETAILER COMMUNICATIONS (1.0). | |
| 10/14/22 | MJN | CORRESPOND WITH COUNSEL FOR FUSION LOGISTICS (.3); FOLLOW UP WITH HURON TEAM REGARDING THE SAME (.2) | 0.50 |
| 10/14/22 | MJN | REVIEW DEMAND LETTER FROM GRAINGER REGARDING RECLAMATION (.4); RESEARCH REGARDING THE SAME (.4): CORRESPOND WITH HURON REGARDING THE SAME (.3) | 1.10 |
| 10/14/22 | JG | CALL FROM A. GUPTA RE ESSENTIAL VENDOR PROGRAM (.1); CALL FROM H. RIES RE ESSENTIAL VENDOR PAYMENTS AND RESULTS OF FIRST DAY HEARINGS (.2) | 0.30 |
| 10/17/22 | JG | MEMOS TO AND FROM G. METZGER RE: STRATEGY RE INJUNCTIVE RELIEF; VENDOR CLAIMS (.3);  CALL WITH P. BORRELLI AND J. PAUL RE FACILITY LEASE ANALYSIS AND REJECTION (.3); CALL WITH F. MASSABKI AND G. METZGER RE DISTRIBUTOR AGREEMENT ANALYSIS; POTENTIAL REJECTION (.5); MEMOS TO AND FROM TEAM RE ESSENTIAL VENDORS; ADDITIONAL CRITICAL VENDOR LISTS (.2);  CALL FROM P. BATTISTA RE INDEPENDENT DIRECTOR APPOINTMENTS (.3);  CALL FROM D. CHRISTOPOLOUS AND F. MASSABKI RE EXCLUSIVE DISTRIBUTOR AGREEMENTS; RETAILER INVENTORY ISSUES (.5) | 2.10 |
| 10/17/22 | MJN | FOLLOW UP REGARDING THE CRITICAL VENDOR AGREEMENT. | 0.30 |
| 10/17/22 | MJN | REVIEW AND RESPOND TO DEBTORS REGARDING CRITICAL VENDOR/SHIPPER ISSUES. | 0.50 |
| 10/18/22 | KLB | EMAILS FROM AND TO G. METZGER REGARDING LIST OF CRITICAL VENDORS, FOREIGN VENDORS AND SHIPPERS AUTHORIZED TO BE PAID PURSUANT TO FIRST DAY ORDERS | 0.20 |
| 10/18/22 | JG | REVIEW OF MEMO FROM INSURANCE CLAIM RELATING TO DAMAGE AT ARIZONA FACILITY; MEMO TO MAJIT  RE SAME. | 0.30 |
| 10/18/22 | MJN | CORRESPOND WITH COUNSEL AND CLIENT REGARDING GM FINANCIAL VEHICLE QUERY. | 0.40 |
| 10/19/22 | JG | OPERATIONS CALL WITH HURON AND ROTHSCHILD TEAMS (.5). | 0.50 |
| 10/20/22 | JG | CALL FROM M. WEISS, COUNSEL TO PARALLEL, RE ESSENTIAL VENDOR LIST; HELD INVENTORY (.3); CALL WITH J. DIDONATO AND A. SORKIN RE | 0.70 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 29
MATTER ID: 31679-0502

| | | | |
|---|---|---|---|
| | | BOARD RESOLUTIONS ETC. (.3); MEMO FROM D. CHRISTOPOLOUS RE DISTRIBUTOR REQUEST FOR EXTENSION OF TIME TO IMPLEMENT EXCLUSIVITY (.1). | |
| 10/20/22 | MJN | CORRESPOND WITH COUNSEL REGARDING WAREHOUSEMEN'S LIEN. | 0.30 |
| 10/21/22 | JG | CALL WITH HURON AND MANAGEMENT TEAMS RE OPERATIONS AND ESSENTIAL VENDORS (.5); MEMO FROM AND TO M. WEISS RE PARALLEL SERVICE AGREEMENT; REQUEST FOR ESSENTIAL VENDOR TREATMENT (.2). | 0.70 |
| 10/22/22 | JG | CALL WITH J. DIDONATO AND A. GUPTA RE MEETING OF RECONSTITUTED BOARD; ADOPTION OF RESOLUTIONS. | 0.50 |
| 10/24/22 | JG | CALL WITH MANAGEMENT TEAM RE: OPERATIONAL MATTERS (.5); PREPARE FOR AND ATTEND BOARD MEETING (1.5); | 2.00 |
| 10/25/22 | JG | CALL WITH HURON AND MANAGEMENT TEAM RE PENDING OPERATIONAL ISSUES (.6); | 0.60 |
| 10/25/22 | JG | CONFERENCE WITH HURON TEAM AND COMPANY LEGAL TEAM RE IMPACT OF STAY RELIEF ON MARKETING AND SALE EFFORTS; OVERALL STRATEGY WITH LITIGATION. | 1.00 |
| 10/27/22 | JG | REVIEW OF UPDATED REPORT ON STATUS OF TREATMENT OF ESSENTIAL VENDORS; MEMOS TO AND S. WILKES RE SAME (.3); MEMO TO AND FROM A. GUPTA RE REFRESCO INQUIRIES ON ESSENTIAL VENDOR PAYMENTS (.1); REVIEW OF DRAFT MEMO TO EMPLOYEES RE EFFECT OF FILING (.1). | 0.50 |
| 10/28/22 | MJN | ATTEND CONFERENCE CALL REGARDING PRESENTATION TO LENDER'S COUNSEL. | 0.80 |
| 10/28/22 | MJN | CORRESPOND WITH COUNSEL FOR WAREHOUSEMEN (.3); CORRESPOND WITH COMPANY REGARDING THE SAME (.2.) | 0.50 |
| 10/31/22 | JG | CALL FROM S. GORDON RE PEI LEASE AND COMPANY'S INTENTIONS WITH POST-PETITION RENT AND REVIEW OF LEASES (.3); MEMO TO AND FROM MANAGEMENT TEAM RE SAME (.2); REVIEW OF MEMO FROM I. MARCUSHAMER RE VS CARBONICS; REVIEW OF AGREEMENT AND FOLLOW UP WITH I. MARCUSHAMER (.3); MEMO TO MANAGEMENT TEAM RE SAME (.2); CALL RE: BOARD AND RESTRUCTURING COMMITTEE AGENDAS (.5). | 1.50 |
| 10/31/22 | JG | ATTEND DAILY CALL WITH CHIEF TRANSITION OFFICER RE STATUS (.5) | 0.50 |
| 11/01/22 | JG | DAILY CALL WITH CTO RE PENDING ISSUES AND UPCOMING BOARD MEETING (.6) | 0.60 |
| 11/02/22 | KLB | EMAILS FROM AND TO A. QUARTAROLO REGARDING D&O INSURANCE POLICY | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 30
MATTER ID: 31679-0502

| | | | |
|---|---|---|---|
| | | INFORMATION (.1); REVIEW POLICY INFORMATION RECEIVED AND CERTIFICATE OF INSURANCE AND EMAILS TO A. QUARTAROLO (.2) | |
| 11/02/22 | JD | RESEARCH AND OBTAIN INFORMATION RELATED TO D&O INSURANCE POLICIES AND CIRCULATE SAME TO TEAM | 0.50 |
| 11/03/22 | JG | PREPARE FOR AND ATTEND MEETING OF BOARD OF DIRECTORS (1.2); REVIEW OF PROPOSED POST-PETITION SERVICES AGREEMENT PROVIDED BY PARALLEL PRODUCTS; MEMO FROM AND TO M. WEISS RE SAME (.3). | 1.50 |
| 11/03/22 | JG | ATTEND DAILY CTO CALL WITH MANAGEMENT (.5); FOLLOW ON CONFERENCE WITH K. COLE RE KERP AND RELATED ISSUES (.3). | 0.80 |
| 11/03/22 | KLB | EMAILS FROM AND TO J. WEICHSELBAUM OF LATHAM AND WATKINS REGARDING PREPARATION OF MOTION FOR APPROVAL OF KEY EMPLOYEE RETENTION PROGRAM | 0.20 |
| 11/07/22 | JG | REVIEW OF AGREEMENT WITH GRAPHIC; MEMO TO R. GOODE RE SAME (.3); MEMO FROM AND TO A. GUPTA RE PAYMENT OF FOREIGN VENDOR CLAIMS (.2). | 0.50 |
| 11/07/22 | JG | DAILY CTO CALL WITH MANAGEMENT (.5) | 0.50 |
| 11/09/22 | KLB | TELEPHONE CONFERENCE WITH M. NILES REGARDING ADDITIONAL SHIPPERS AND REVIEW ORDER GRANTING MOTION FOR AUTHORITY TO PAY SHIPPERS | 0.20 |
| 11/09/22 | KLB | PREPARE MOTION FOR AUTHORIZATION TO SUPPLEMENT EXHIBIT A TO SHIPPERS MOTION TO INCLUDE TWO ADDITIONAL SHIPPERS (.7); PREPARE EXHIBIT 1 TO INCLUDE ADDITIONAL SHIPPERS AND REVIEW EMAILS REGARDING PRE-PETITION AMOUNTS OWED (.3); GATHER ADDRESSES FROM MATRIX AND UPDATE EXHIBIT (.2); PREPARE PROPOSED ORDER GRANTING MOTION FOR AUTHORITY TO SUPPLEMENT EXHIBIT TO SHIPPERS MOTION (.6) | 1.80 |
| 11/09/22 | JG | ATTEND DAILY CTO CALL RE PENDING ISSUES INCLUDING KERP AND INVESTOR ISSUES (.7); MEMO TO AND FROM COMPANY RE: VS CONTRACT AND POST-PETITION SERVICES (.2); ATTEND CTO MANAGEMENT CALL RE PENDING ISSUES (.7); PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING (1.0). | 2.60 |
| 11/09/22 | MJN | PREPARE MOTION TO SUPPLEMENT EXHIBIT A OF SHIPPER MOTION. | 0.80 |
| 11/10/22 | JG | CALL WITH P. BORELLI RE VSX SERVICE AGREEMENT (.2);  DAILY CTO CALL WITH MANAGEMENT (.7); ATTEND BOARD MEETING (1.0) | 1.90 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 31
MATTER ID: 31679-0502

| | | | |
|---|---|---|---|
| 11/10/22 | MJN | ATTEND DAILY CTO MEETING. | 0.50 |
| 11/10/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING WAREHOUSMEN/SHIPPERS (.3); CORRESPOND WITH COUNSEL REGARDING THE SAME (.3). | 0.60 |
| 11/11/22 | MJN | ATTEND DAILY CTO CALL. | 0.60 |
| 11/11/22 | JG | PREPARE FOR AND ATTEND DAILY CTO CALL WITH MANAGEMENT (.6); MEMO TO AND FROM S. RODRIGUEZ RE THREAT OF DISCONTINUED UTILITY SERVICE IN NORTH CAROLINA; RESPONSE (.2); | 0.80 |
| 11/14/22 | JG | ATTEND DAILY CTO CALL WITH. MANAGEMENT (.7); ATTEND TO FINALIZING KERP MOTION AND MOTION TO SHORTEN TIME TO CONSIDER SAME (.4). | 1.10 |
| 11/14/22 | MJN | REVIEW NOTICE FROM STATE OF HAWAII DEPARTMENT OF TAXATION. | 0.20 |
| 11/15/22 | MJN | ATTEND DAILY CONFERENCE CALL WITH THE COMPANY,  CTO AND HURON TEAM | 0.60 |
| 11/15/22 | JG | DAILY CTO CALL WITH MANAGEMENT (.8); MEMO FROM AND TO A. GUPTA RE PAYMENT OF SHIPPER CLAIMS (.1). | 0.90 |
| 11/16/22 | JG | PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING (1.0); CALL WITH A. GUPTA AND S. PARKHURST RE CUSTOMER PROGRAMS IMPLEMENTATION; RETAILER DEMANDS (.3); CONFER WITH M. NILES RE SHIPPERS' DEMAND FOR PAYMENT (.2); | 1.50 |
| 11/16/22 | MJN | CORRESPOND WITH CCCTX REGARDING ACCOUNTS RECEIVABLES. | 0.20 |
| 11/16/22 | MJN | CORRESPOND WITH COUNSEL REGARDING COOLER ISSUE. . | 0.20 |
| 11/16/22 | MJN | ATTEND DAILY CTO CALL. | 0.40 |
| 11/17/22 | MJN | ATTEND DAILY CTO MEETING. | 0.50 |
| 11/17/22 | MJN | ATTEND CONFERENCE CALL WITH LENDER GROUP. | 1.00 |
| 11/17/22 | JG | DAILY CALL WITH CTO RE PENDING ISSUES. | 0.50 |
| 11/18/22 | MJN | ATTEND DAILY CTO CALL. | 0.40 |
| 11/18/22 | MJN | REVIEW AND ADVISE ON INTERNATIONAL VENDORS AND FOREIGN VENDOR MOTION. | 0.40 |
| 11/18/22 | JG | DAILY CTO CALL WITH MANAGEMENT (.6); MEMO FROM AND TO G. ECKHOUSE RE WIPO FEE PAYMENT (.2). | 0.80 |
| 11/21/22 | JG | DAILY CTO CALL WITH MANAGEMENT (.5); CONFER WITH HURON TEAM RE VEHICLES | 1.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 32
MATTER ID: 31679-0502

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | SALES AND NEGOTIATIONS WITH ESSENTIAL VENDORS (.7); CALL FROM P. BATTISTA RE: BILBOA MATTERS (.1). | |
| 11/21/22 | MJN | ATTEND DAILY CTO CALL WITH HURON TEAM | 0.50 |
| 11/22/22 | MJN | RESEARCH AND CORRESPOND REGARDING INTERNATIONAL VENDORS. | 0.30 |
| 11/22/22 | JG | ATTEND DAILY CTO CALL WITH MANAGEMENT (.5); | 0.50 |
| 11/22/22 | JG | MEMO TO G. METZGER RE FOREIGN COUNSEL PAYMENTS (.2); | 0.20 |
| 11/23/22 | JG | ATTEND DAILY CTO CALL WITH MANAGEMENT (.5); PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING (1.5). | 2.00 |
| 11/23/22 | MJN | CORRESPOND WITH COMPANY REGARDING INTERNATIONAL VENDORS. | 0.30 |
| 11/23/22 | MJN | REVIEW CORRESPONDENCE FROM COUNSEL FOR STATES LOGISTICS AND ARDAGH REGARDING CANS AND DUNNAGE (.2); CORRESPOND WITH HURON TEAM REGARDING THE SAME (.2) | 0.40 |
| 11/28/22 | JG | ATTEND DAILY CTO CALL WITH MANAGEMENT TEAM. | 0.50 |
| 11/29/22 | JG | ATTEND DAILY CTO CALL WITH MANAGEMENT (.5); REVIEW OF REVISED KERP ORDER; MEMOS TO AND FROM L. BURTON RE: SAME AND COMMITTEE POSITION (.3); MEMO TO MR. WILKES RE PROPOSED FORM OF ORDER (.1); CALL WITH P. BORELLI AND G. METZGER RE STELLAR ISSUES AT PEMBROKE PINES (.3). | 1.20 |
| 11/29/22 | MJN | REVIEW AND REVISE CORRESPONDENCE TO ENGLAND LOGISTICS (.3); CORRESPOND WITH HURON TEAM REGARDING THE SAME (.4) | 0.70 |
| 11/30/22 | JG | CALL WITH R. CHARBONNEAU RE STELLAR COMPLETION AT PEMBROKE PINES (.3); ATTEND DAILY CTO CALL WITH MANAGEMENT (.5); PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING (2.0); CONFERENCE CALL WITH COUNSEL TO STATE LOGISTICS RE COMMENTS TO AMENDMENTS AND STIPULATION (.5); REVIEW AND REVISE PROPOSED LETTER TO DISTRIBUTORS (.2). | 3.50 |
| 11/30/22 | JG | ATTEND TO FINALIZING KERP ORDER (.1); MEMOS FROM AND TO MR. WILKES RE SAME (.1). | 0.20 |

| | | SUB-TOTAL FEES: | 58.80 | 36,419.00 |
|--|--|--|--|--|

## RATE SUMMARY

| Name | Hours | | Rate | Amount |
|------|-------|--|------|--------|
| Kerry L. Burns | 4.40 | HOURS | 265.00/HR | 1,166.00 |
| Janette Diaz | 0.50 | HOURS | 265.00/HR | 132.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Jordi Guso | 40.90 | HOURS | 695.00/HR | 28,425.50 |
| Michael J. Niles | 13.00 | HOURS | 515.00/HR | 6,695.00 |
| TOTAL | 58.80 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 34
MATTER ID: 31679-0503

**BERGER SINGERMAN**

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

MEETING OF CREDITORS/COMMITTEES

MATTER ID: 31679-0503

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

| Date | | Description | HOURS |
|---|---|---|---|
| 10/18/22 | JG | CALL FROM WITH WEITZ RE COMMITTEE FORMATION, CLIENT PARTICIPATION (.3); CALL FROM J. PACK RE SAME (.2); MEMO FROM AND TO MR. WILKES RE STATUS OF QUESTIONNAIRES AND RESPONSES (.1). | 0.60 |
| 10/26/22 | JG | CALL FROM L. BLANCO RE COMMITTEE FORMATION (.4); CALL FROM I. MARCUSHAMER RE SAME (.1). | 0.50 |
| 10/27/22 | JG | CALL WITH US TRUSTEE RE STATUS OF COMMITTEE APPOINTMENT (.1); FOLLOW UP CALL WITH A. SORKIN (.1). | 0.20 |
| 11/01/22 | JG | REVIEW NOTICE OF APPOINTMENT OF COMMITTEE; MEMO TO DEBTOR TEAMS RE SAME (.2). | 0.20 |
| 11/02/22 | JG | PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING. | 2.30 |
| 11/03/22 | JG | INTRODUCTORY CALL WITH COMMITTEE COUNSEL (1.0); REVIEW OF COMMITTEE DILIGENCE REQUEST AND UPDATE (.1). | 1.10 |
| 11/04/22 | JG | CALL FROM L. BLANCO RE COMMITTEE RETENTION (.3); REVIEW OF COMMITTEE INFORMATION REQUEST AND FOLLOW UP MEMO RE SAME (.2). | 0.50 |
| 11/05/22 | JG | CONFERENCE WITH L. BLANCO RE SECOND DAY HEARINGS; COMMITTEE INFORMATION REQUESTS ETC (.5); FOLLOW UP CALL WITH A. SORKIN RE SAME (.2). | 0.70 |
| 11/07/22 | JG | MEMOS TO AND FROM J. COHEN RE SECOND DAY HEARINGS; COMMITTEE DIP CONCERNS (.2); CALL WITH COMMITTEE COUNSEL RE PENDING ISSUES (.5); FOLLOW UP CALL WITH A. SORKIN RE COMMITTEE DISCUSSIONS (.3). | 1.00 |
| 11/09/22 | JG | REVIEW OF MEMO FROM US TRUSTEE RE MONSTER REQUEST FOR APPOINTMENT OF LITIGATION COMMITTEE; DRAFT AND REVISE | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 35
MATTER ID: 31679-0503

|  |  | MEMO TO PARTIES RE: DEBTORS' OBJECTION (.5); MEMO FROM AND TO COMMITTEE COUNSEL RE SAME (.1). |  |  |
|---|---|---|---|---|
| 11/10/22 | JG | RECEIPT AND REVIEW OF COMMITTEES' DEMAND LETTER (.2); FOLLOW UP CALL WITH A. SORKIN AND A. QUARTOROLO RE: MONSTER REFUSAL TO SHARE LETTER TO US TRUSTEE (.3) | 0.50 |  |
| 11/12/22 | JG | MEMOS FROM AND TO LATHAM AND HURON TEAMS RE RESPONSES TO COMMITTEE AND MONSTER INFORMATION REQUESTS. | 0.20 |  |
| 11/16/22 | KLB | GATHER PETITION, SCHEDULES, STATEMENTS AND OTHER DOCUMENTS AND PREPARE E-BINDER FOR UPCOMING 341 MEETING FOR ALL DEBTORS | 1.30 |  |
| 11/16/22 | JG | PREPARE FOR 341 MEETING OF CREDITORS INCLUDING<br><br>PREPARATION SESSION WITH. J. DIDONATO (1.0); | 1.00 |  |
| 11/18/22 | JG | PREPARE FOR AND ATTEND 341 MEETING OF CREDITORS (.7); FOLLOW UP CALL WITH A. GUPTA AND J. DIDONATO RE INFORMATION REQUESTS (.4); | 1.10 |  |
| 11/22/22 | JG | CALL WITH US TRUSTEE (2X) RE POTENTIAL APPOINTMENT OF SECOND COMMITTEE AND RELATED MATTERS (.8); FOLLOW UP CONFERENCE WITH A. SORKIN RE SAME AND ALTERNATIVES (.4); CALL FROM L. BLANCO RE COMMITTEE RETENTION APPLICATIONS AND HEARING THEREON (.3). | 1.50 |  |
| 11/23/22 | JG | CALL WITH US TRUSTEE RE COMMITTEE COMPOSITION (.3); FOLLOW UP CALL WITH A. SORKIN RE SAME (.1); MEMO TO CLIENT RE REPRESENTATIVES RE RECONSTITUTION OF COMMITTEE (.2). | 0.60 |  |
| 11/28/22 | JG | REVIEW OF MOTION TO APPOINT SECOND COMMITTEE AND EXHIBITS THERETO AND MEMOS TO AND FROM CLIENT REPRESENTATIVES AND LATHAM RE SAME (1.0). | 1.00 |  |

SUB-TOTAL FEES:     14.90         9,796.50

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 1.30 | HOURS | 265.00/HR | 344.50 |
| Jordi Guso | 13.60 | HOURS | 695.00/HR | 9,452.00 |
| TOTAL | 14.90 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 36
MATTER ID: 31679-0504

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

ASSET ANALYSIS AND RECOVERY

MATTER ID: 31679-0504

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                                                    HOURS

| 11/14/22 | JG | CALL WITH P. BORELLI RE GRAPHIC EQUIPMENT RETURN. | 0.20 | |
|---|---|---|---|---|
| | | SUB-TOTAL FEES: | 0.20 | 139.00 |

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Jordi Guso | 0.20 | HOURS | 695.00/HR | 139.00 |
| TOTAL | 0.20 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 37
MATTER ID: 31679-0505

## BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

ASSET DISPOSITION/PRESERVATION

MATTER ID: 31679-0505

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                     HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/07/22 | JG | CALL WITH R. YANT RE INTEREST IN GEORGIA FACILITY; MOVING FROM LOI TO CONTRACT (.3); MEMO FROM AND TO J. PAUL RE PAYMENT OF CLOSING COSTS (.1). | 0.40 |
| 11/08/22 | MJN | CONFERENCE CALL WITH DEBTOR TO DISCUSS VEHICLE SALES. | 0.40 |
| 11/09/22 | JG | REVIEW OF INFORMATION FROM S. PARKHURST RE VEHICLE SALES (.3); DRAFT AND REVISE MEMO TO TEAM RE RATIFICATION OF PRE-PETITION SALES (.7). | 1.00 |
| 11/09/22 | MJN | CONFERENCE CALL TO DISCUSS VEHICLE SALES.4; RESEARCH REGARDING THE SAME (.4) | 0.80 |
| 11/10/22 | KLB | REVIEW EMAILS RELATING TO SALE OF VEHICLES AND DISCUSSIONS WITH M. NILES REGARDING PREPARATION OF MOTION TO APPROVE SALE | 0.20 |
| 11/14/22 | KLB | REVIEW EMAILS REGARDING SALE OF VEHICLES; PREPARE INITIAL MOTION FOR SALE OF 84 VEHICLES (.5); TELEPHONE CONFERENCE WITH M. NILES REGARDING MOTION AND SALE OF VEHICLES (.1); CONTINUED PREPARATION OF MOTION FOR AUTHORITY TO SELL VEHICLES (.9). | 1.50 |
| 11/14/22 | MJN | REVIEW AND REVISE VEHICLE SALE MOTION; REVIEW EXHIBIT PROVIDED BY HURON. | 1.70 |
| 11/15/22 | MJN | CONFERENCE CALL WITH COMMITTEE REGARDING VEHICLE SALES. | 0.20 |
| 11/15/22 | MJN | REVIEW AND REVISE VEHICLE SALE MOTION. | 1.10 |
| 11/15/22 | JG | REVIEW AND REVISE MOTION TO APPROVE SALE OF VEHICLES; MEMO TO DEBTOR TEAM RE SAME (.5); CALL WITH. A. GUPTA RE COMMITTEE'S REQUEST TO SEGREGATE PROCEEDS (.2); CALL FROM J. KEUNG RE LETTER OF INTENT FOR SALE OF GEORGIA PROPERTY (.2). | 0.90 |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 38
                                                                       MATTER ID: 31679-0505

| 11/15/22 | KLB | EMAILS AND DISCUSSIONS REGARDING REVISIONS TO MOTION TO SELL VEHICLES, AND DECLARATION OF J. DIDONATO IN SUPPORT OF MOTION | 0.20 |
|---|---|---|---|
| 11/15/22 | KLB | INITIAL PREPARATION OF DECLARATION OF J. DIDONATO IN SUPPORT OF MOTION FOR AUTHORIZATION TO SELL VEHICLES OUTSIDE OF THE ORDINARY COURSE OF BUSINESS | 0.80 |
| 11/15/22 | KLB | PREPARATION OF PROPOSED ORDER GRANTING MOTION FOR AUTHORIZATION TO SELL VEHICLES (.6) AND EMAILS TO M. NILES (.1) | 0.70 |
| 11/16/22 | MJN | CONFERENCE CALL WITH HURON TEAM TO DISCUSS VEHICLE SALES AND OTHER ISSUES. | 0.40 |
| 11/16/22 | KLB | CONTINUED PREPARATION OF DECLARATION OF J. DIDONATO IN SUPPORT OF MOTION FOR AUTHORIZATION TO SELL VEHICLES (.5); EMAILS TO AND FROM M. NILES REGARDING DECLARATION AND REVIEW EMAILS REGARDING REVISIONS TO MOTION (.3) | 0.80 |
| 11/16/22 | KLB | EMAILS AND DISCUSSIONS WITH M. NILES REGARDING STATUS OF SALE MOTION, NEED FOR SERVICE UPON ALL CREDITORS AND EMAILS TO AND FROM STRETTO TEAM REGARDING SERVICE | 0.30 |
| 11/16/22 | MJN | CORRESPOND WITH HURON REGARDING VEHICLE SALE MOTION (.3); REVISE VEHICLE SALE MOTION AND EXHIBIT (.3) | 0.60 |
| 11/16/22 | MJN | REVIEW SETTLEMENT AGREEMENT WITH BRIGHTFRACTAL (.2); REVISE MOTION TO APPROVE SETTLEMENT  PROCEDURES (.4). | 0.60 |
| 11/16/22 | MJN | PREPARE DECLARATION OF J. DIDONATO FOR VEHICLE SALE MOTION (.4); FINALIZE SALE MOTION AND TRANSMIT TO COMMITTEE COUNSEL (.2) | 0.60 |
| 11/17/22 | MJN | REVIEW AND REVISE VEHICLE SALE MOTION (.4); CORRESPOND WITH HURON TEAM REGARDING THE SALE MOTION. (.3) | 0.70 |
| 11/18/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING STATUS OF MOTION TO SELL VEHICLES AND FILING OF SAME (.2); EMAILS TO F. SELLERS REGARDING STATUS OF OPEN ITEMS, FILING OF MOTION TO SELL, AND SERVICE INFORMATION (.2) | 0.40 |
| 11/18/22 | MJN | CORRESPOND WITH HURON REGARDING VEHICLE SALE MOTION (.4); CORRESPOND WITH LATHAM REGARDING REVISIONS TO THE VEHICLE SALE MOTION (.4); REVIEW AND REVISE VEHICLE SALE MOTION (.6) | 1.40 |
| 11/18/22 | MJN | CORRESPOND WITH COMMITTEE REGARDING VEHICLE SALE MOTION. | 0.30 |
| 11/18/22 | JG | MEMOS TO AND FROM A. HCG AND M. NILES RE | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 39
MATTER ID: 31679-0505

| | | | |
|---|---|---|---|
| | | VEHICLE SALE ISSUES; FINANCIAL COVENANTS IN DIP (.2); CALL WITH L. LLUBERAS RE LENDER CONSENT TO SALE (.3). | |
| 11/19/22 | MJN | REVIEW AND REVISE VEHICLE SALE MOTION (.3); CORRESPOND WITH HURON REGARDING THE MOTION (.1) | 0.40 |
| 11/21/22 | JG | REVIEW AND REVISE VEHICLE SALE PAPERS. | 0.40 |
| 11/21/22 | MJN | CONFERENCE CALL WITH HURON TEAM TO DISCUSS VEHICLE SALE MOTION (.1); REVISE SALE MOTION (.4). | 0.50 |
| 11/22/22 | MJN | CORRESPOND WITH COMMITTEE COUNSEL AND LENDER COUNSEL REGARDING VEHICLE SALE MOTION (.2); FINALIZE MOTION FOR TRANSMISSION (.3); REVISE PROPOSED ORDER BASED UPON COMMENTS FROM TRUIST (.3) | 0.80 |
| 11/22/22 | MJN | REVIEW INSURANCE INFORMATION FOR MITSUBISHI VEHICLES (.2); CORRESPOND WITH COUNSEL REGARDING MOTION FOR RELIEF FROM STAY (.1) | 0.30 |
| 11/23/22 | CC | FINALIZE AND E-FILE MOTION FOR AUTHORIZATION TO SELL VEHICLES AND SUPPORTING DECLARATION OF JOHN C. DIDONATO. | 0.50 |
| 11/23/22 | JG | CALL FROM D. PONTZ RE MOTION TO SELL VEHICLES. | 0.20 |
| 11/23/22 | MJN | CORRESPOND WITH COMMITTEE COUNSEL AND TRUIST REGARDING VEHICLE SALE MOTION (.3); FINALIZE MOTION FOR FILING (.2). | 0.50 |
| 11/23/22 | MJN | WORK ON MOTION TO LIMIT/SHORTEN NOTICE REGARDING SALE MOTION | 0.40 |
| 11/28/22 | MJN | PREPARE MOTION TO LIMIT NOTICE AND SERVICE OF VEHICLE SALE MOTION. | 0.50 |
| 11/28/22 | MJN | CORRESPOND WITH COUNSEL FOR DISTRIBUTORS REGARDING VEHICLE SALE MOTION. | 0.20 |
| 11/28/22 | MJN | CORRESPOND WITH THE COMPANY REGARDING HENSLEY BEVERAGE AND VEHICLE SALES. | 0.20 |
| 11/28/22 | JG | MEMO FROM AND TO A. SORKIN AND S. RODRIGUEZ RE VEHICLE SALES (.1); | 0.10 |
| 11/30/22 | JG | CALL WITH B. SCHARTZ RE RCCI COMMENTS TO NDA; SPAC ISSUES. | 0.30 |

SUB-TOTAL FEES:    21.80    10,561.00

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 4.90 | HOURS | 265.00/HR | 1,298.50 |
| Carmen Cruz | 0.50 | HOURS | 265.00/HR | 132.50 |
| Jordi Guso | 3.80 | HOURS | 695.00/HR | 2,641.00 |
| Michael J. Niles | 12.60 | HOURS | 515.00/HR | 6,489.00 |
| | TOTAL | 21.80 | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 40
MATTER ID: 31679-0506

## BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL 33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

FINANCING

MATTER ID: 31679-0506

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

| Date | Initials | Description | HOURS |
|------|----------|-------------|-------|
| 10/11/22 | MJN | REVIEW DIP MOTION IN PREPARATION FOR FIRST DAY HEARING HEARING. | 0.40 |
| 10/11/22 | JG | MEMO FROM AND TO BROWARD COUNTY TAX COLLECTOR RE DIP LIENS; CONFIRMATION THAT DIP LIENS WILL NOT PRIME TAX LIENS. | 0.20 |
| 10/12/22 | JG | REVIEW AND CONSIDER US TRUSTEE COMMENTS TO DIP ORDER AND FOLLOW UP CALL WITH A. SORKIN RE SAME (.6). | 0.60 |
| 10/13/22 | JG | CONFERENCE WITH MR. WILKES AND COUNSEL RE US TRUSTEE COMMENTS TO INTERIM ORDER (.5); CALL WITH COUNSEL TO MONSTER RE SAME AND RE CHALLENGE DEADLINE (.3); REVIEW OF MONSTER OBJECTION; CONFER WITH A. SORKIN RE SAME AND FOLLOW UP DISCUSSIONS WITH COUNSEL TO MONSTER (.5); PREPARE FOR AND ATTEND HEARING ON INTERIM DIP FINANCING (1.0). | 2.30 |
| 10/14/22 | BSA | REVIEW EXECUTED RESOLUTION AND PROVIDE COMMENTS | 0.50 |
| 10/14/22 | KLB | REVIEW EMAILS REGARDING SUBMISSION OF INTERIM DIP FINANCING ORDER (.1); REVISE PROPOSED ORDER TO INCLUDE ADDITIONAL LANGUAGE WITH RESPECT TO ATTENDANCE AT HEARING VIRTUALLY AND GATHER BUDGET (EX. A) (.5); FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER AND EMAILS TO AND FROM COUNSEL FOR TRUIST (.3) | 0.90 |
| 10/15/22 | BSA | REVIEW RESOLUTION SIGNATURE PAGE COMMENTS (.5); DISCUSS AUTHORIZATION OF OPERATING AGREEMENTS WITH CO-COUNSEL (.3); REVIEW AND COMMENT ON CONSENT AUTHORIZING DIP (1.2). | 2.00 |
| 10/15/22 | JG | MEMOS FROM AND TO L. LLUBERAS RE DIP LOAN CLOSING; APPROVING RESOLUTIONS, ETC.; STATUS OF APPOINTMENT OF | 0.60 |

| | | | |
|---|---|---|---|
| | | INDEPENDENT DIRECTORS. | |
| 10/15/22 | JG | MEMO FROM AND TO S. WILKES RE INTERIM DIP FINANCING ORDER. | 0.20 |
| 10/17/22 | BSA | UPDATE WRITTEN CONSENTS AND AMENDMENTS TO OPERATING AGREEMENTS TO INCORPORATE REFERENCES TO DIP AGREEMENT AND TO REFLECT 5 MANAGERS | 1.50 |
| 10/20/22 | SC | CALL WITH B. APPEL TO DISCUSS APPOINTING MANAGERS TO EACH LLC OPERATING AGREEMENT AND APPOINTING THE NEW BOARD OF DIRECTORS THROUGH THE WRITTEN CONSENT | 0.30 |
| 10/21/22 | JG | PRE-CALL WITH MANAGEMENT TEAM RE LENDER PRESENTATION (1.0); CONFERENCE WITH LENDERS RE STATUS OF OPERATIONS AND BUDGETING (1.4). | 2.40 |
| 10/24/22 | JG | CALL WITH MANAGEMENT AND ROTHSCHILD RE M&A (1.5). | 1.50 |
| 11/01/22 | JG | REVIEW OF DRAFT FINAL ORDER APPROVING DIP FINANCING; MEMO FROM A. SORKIN RE SAME. | 1.60 |
| 11/02/22 | JG | MEMOS FROM AND TO J. WEBB RE COMMENTS TO FINAL DIP FINANCING ORDER. | 0.20 |
| 11/04/22 | JG | PRE-CALL WITH HURON AND MANAGEMENT TEAM RE LENDER PRESENTATION (.5); CALL WITH LENDERS AND ADVISORS (1.1); MEMOS TO COMMITTEE COUNSEL, MONSTER AND STELLAR RE OBJECTION DEADLINE, CONTINUING FINAL HEARING (.3); FOLLOW UP MEMOS RE LENDER PRESENTATION (.2). | 2.10 |
| 11/04/22 | JG | CALL WITH A. GUPTA RE MECHANICS OF DIP FINANCING, ESCROWS (.2) | 0.20 |
| 11/07/22 | JG | REVIEW OF LIENHOLDERS' OBJECTIONS TO DIP; MEMO TO J. MARKOWITZ AND M. DAVIS RE FINAL HEARING (.3); CALL WITH L. BLANCO RE DIP CONCERNS; FINAL HEARING (.2). | 0.50 |
| 11/08/22 | JG | CALL WITH COUNSEL TO STELLAR RE FINAL DIP HEARING; ADEQUATE PROTECTION ISSUES (.4); REVIEW OF HACI OBJECTION AND MEMO TO M. DAVIS RE SAME (.5); CALL WITH LENDERS' COUNSEL RE DIP LOAN CLOSING; COMMITTEE DISCUSSIONS AND CASH NEEDS (.3); FOLLOW UP CALL WITH COMMITTEE COUNSEL RE SAME (.2); CALL WITH A. GUPTA RE CASH NEEDS (.2). | 1.60 |
| 11/09/22 | KLB | REVIEW ORDER SETTING EVIDENTIARY HEARING IN DIP MOTION AND EMAILS TO STRETTO REGARDING SERVICE | 0.20 |
| 11/09/22 | JG | REVIEW OF COMMITTEE POINTS RE OBJECTION TO DIP. | 0.20 |
| 11/10/22 | JG | CALL WITH HURON TEAM IN ADVANCE OF LENDER CALL; REVIEW OF LENDER | 1.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 42

MATTER ID: 31679-0506

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| | | PRESENTATION (.3); CALL WITH LENDERS AND ADVISORS RE STATUS OF OPERATIONS AND PENDING MATTERS (1.0) | | |
| 11/15/22 | KLB | EMAILS FROM AND TO M. NILES REGARDING TRANSCRIPT OF NOVEMBER 9, 2022 HEARING RELATING TO DIP MOTION (.1); PREPARE TRANSCRIPT REQUEST FORM AND EMAILS TO AND FROM COURT REPORTER REGARDING SAME (.4) | 0.50 | |
| 11/18/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING STATUS OF UPCOMING MATTERS, INCLUDING EXCHANGE OF WITNESS AND EXHIBIT LISTS WITH RESPECT TO EVIDENTIARY HEARING ON DIP MOTION | 0.20 | |
| 11/18/22 | MJN | CORRESPOND WITH LATHAM & WATKINS TEAM REGARDING DIP FINANCING MOTION. | 0.50 | |
| 11/21/22 | JD | REVIEW, REVISE, FORMAT AND FILE SUPPLEMENTAL DECLARATION OF HOMER PARKHILL IN SUPPORT OF DIP FINANCING | 0.30 | |
| 11/21/22 | JG | CALL WITH COUNSEL TO STELLAR RE FINAL DIP FINANCING ORDER; PROPOSED RESOLUTION OF CONCERNS. | 0.40 | |
| 11/28/22 | JG | REVIEW OF OBJECTIONS TO FINAL DIP FINANCING ORDER BY MONSTER, COMMITTEE AND LIENHOLDERS (1.1); CALL WITH LATHAM TEAM RE STRATEGY ON REPLY (.3). | 1.40 | |
| 11/29/22 | JG | CONFERENCE WITH LATHAM TEAM RE REPLY TO OBJECTIONS; DIP HEARING (1.0); REVIEW OF WITNESS DISCLOSURES BY OBJECTORS; FOLLOW UP CALL WITH A. QUARTEROLO RE SAME (.3); CONFERENCE WITH ROTHSCHILD RE EVIDENTIARY PRESENTATION; VALUATION ISSUES (1.0); CALL WITH L. BLANCO RE EVIDENTIARY PRESENTATION (.2); REVIEW OF SOUTHERN DISTRICT DIP ORDERS ON 506(C) WAIVERS AND OTHER ISSUES FRAMED BY OBJECTORS (1.2). | 3.70 | |
| 11/30/22 | JG | COMPLETE ANALYSIS OF DIP ORDERS RE: WAIVERS AND ROLL UPS; MEMO TO WITH MORLEY RE SAME (1.0); CALL WITH A. SORKIN RE COMMITTEE CORPORATE GOVERNANCE ISSUES (.3); CONFERENCE CALL WITH ROTHSCHILD RE TESTIMONY AT FINAL DIP HEARING (.5). | 1.80 | |
| 11/30/22 | DL | BEGIN REVIEW OF NDA, MEMOS RE BACKGROUND ETC | 0.40 | |
| | | SUB-TOTAL FEES: | 30.50 | 19,063.00 |

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Bryan S. Appel | 4.00 | HOURS | 450.00/HR | 1,800.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 1.80 | HOURS | 265.00/HR | 477.00 |
| Sophia Carballo | 0.30 | HOURS | 350.00/HR | 105.00 |
| Janette Diaz | 0.30 | HOURS | 265.00/HR | 79.50 |
| Jordi Guso | 22.80 | HOURS | 695.00/HR | 15,846.00 |
| Daniel Lampert | 0.40 | HOURS | 730.00/HR | 292.00 |
| Michael J. Niles | 0.90 | HOURS | 515.00/HR | 463.50 |
| TOTAL | 30.50 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                      PAGE: 44
                                                                    MATTER ID: 31679-0507

# ☰ BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
*T:* (954) 525-9900  *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                          INVOICE DATE:12/09/22
WESTION, FL  33326                                          INVOICE NO. 260403


FEE/EMPLOYMENT APPLICATION                                 MATTER ID: 31679-0507


**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                 HOURS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/10/22 | JD | FINALIZE AND FORMAT APPLICATIONS FOR EMPLOYMENT OF VARIOUS PROFESSIONALS (2.7) | 2.70 |
| 10/12/22 | JG | REVIEW OF US TRUSTEE COMMENTS TO ROTHSCHILD AND HURON RETENTION APPLICATIONS (.3); REVISE RETENTION ORDERS TO ADDRESS SAME (.7). | 1.00 |
| 10/13/22 | JG | ATTEND TO RESOLVING US TRUSTEE COMMENTS TO CHIEF TRANSFORMATION OFFICER AND INVESTMENT BANKER RETENTION APPLICATIONS (.6); PREPARE FOR AND ATTEND HEARING ON INTERIM RETENTION OF PROFESSIONALS (.9). | 1.50 |
| 10/13/22 | KLB | REVISE INTERIM ORDER AUTHORIZING HURON'S RETENTION AND EMAILS TO J. GUSO | 0.70 |
| 10/13/22 | KLB | EMAILS FROM J. GUSO REGARDING INVESTMENT BANKER RETENTION, AND CONDUCT RESEARCH REGARDING SAME | 0.30 |
| 10/13/22 | KLB | PREPARE ORDERS CONTINUING HEARING TO CONSIDER APPROVAL OF RETENTION OF BERGER SINGERMAN, LATHAM & WATKINS AND ROTHSCHILD & CO. | 1.10 |
| 10/13/22 | KLB | REVISE PROPOSED ORDERS CONTINUING HEARING TO CONSIDER APPROVAL OF EMPLOYMENT OF BERGER SINGERMAN, ROTHSCHILD & CO. AND LATHAM & WATKINS (.5); EMAILS TO S. WILKES REGARDING COMMENTS TO PROPOSED ORDERS (.1) | 0.60 |
| 10/13/22 | KLB | REVISE INTERIM ORDER AUTHORIZING HURON'S RETENTION (.3); EMAILS TO AND FROM J. GUSO AND TO S. WILKES FOR REVIEW (.1) | 0.40 |
| 10/14/22 | KLB | REVIEW EMAIL FROM S. WILKES REGARDING SUBMISSION OF PROPOSED ORDERS (.1); FINALIZE, FORMAT AND SUBMIT THREE ORDERS CONTINUING HEARING TO CONSIDER | 0.70 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 45
MATTER ID: 31679-0507

|  |  | RETENTION OF BERGER SINGERMAN, LATHAM & WATKINS AND ROTHSCHILD & CO. (.4); FINALIZE, FORMAT AND SUBMIT INTERIM ORDER AUTHORIZING HURON'S RETENTION (.2) |  |
| --- | --- | --- | --- |
| 10/14/22 | KLB | REVISE AND FINALIZE PROPOSED ORDER AUTHORIZING EMPLOYMENT OF STRETTO, AND FORMAT AND SUBMIT SAME | 0.30 |
| 10/19/22 | KLB | PREPARE MOTION TO ESTABLISH INTERIM COMPENSATION PROCEDURES (.6) AND PREPARE PROPOSED ORDER (.5) | 1.10 |
| 10/21/22 | KLB | REVISE INTERIM COMPENSATION PROCEDURES MOTION AND PROPOSED ORDER AND EMAILS TO J. GUSO (.4); FINALIZE AND FORMAT MOTION AND E-FILE SAME (.3); EMAILS TO STRETTO REGARDING SERVICE (.1) | 0.80 |
| 10/24/22 | KLB | REVISE PROPOSED ORDER AUTHORIZING EMPLOYMENT OF BERGER SINGERMAN (.4); PROPOSED ORDER AUTHORIZING EMPLOYMENT OF ROTHSCHILD AS INVESTMENT BANKER TO THE DEBTORS (.5), AND PROPOSED FINAL ORDER AUTHORIZING HURON'S RETENTION (.4) | 1.30 |
| 11/01/22 | JG | MEMO TO G. METZGER RE OPEN ITEMS PERTAINING TO QUARLES AND BRADY RETENTION ISSUES. | 0.20 |
| 11/02/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING DRAFT FINAL ORDER AUTHORIZING HURON RETENTION AND REVIEW PROPOSED FINAL ORDER (.2); REVIEW EMAILS FROM J. GUSO TO HURON TEAM REGARDING RETENTION AND REVIEW EMAIL FROM A. VIDAL REGARDING WEEKLY INVOICES TO BE SUBMITTED BY HURON (.1) | 0.30 |
| 11/02/22 | JG | REVIEW OF FINAL ORDER APPROVING HURON RETENTION AND MEMO TO A. GUPTA RE SAME (.2). | 0.20 |
| 11/03/22 | KLB | REVISE ORDER GRANTING MOTION FOR INTERIM COMPENSATION PROCEDURES AND REVIEW EMAIL FROM J. GUSO REGARDING PROPOSED ORDERS FOR UPCOMING HEARING | 0.20 |
| 11/03/22 | KLB | EMAILS REGARDING FINAL ORDER APPROVING HURON RETENTION AND INCLUSION OF ADDITIONAL LANGUAGE IN PROPOSED ORDER | 0.30 |
| 11/04/22 | KLB | DISCUSSIONS REGARDING HURON FINAL ORDER APPROVING RETENTION AND EMAILS TO AND FROM J. GUSO AND M. NILES REGARDING SAME (.2); EMAILS FROM AND TO A. VIDAL REGARDING WEEKLY STATEMENTS PURSUANT TO RETENTION (.1) | 0.30 |
| 11/04/22 | JG | CONFERENCE WITH S. KNAPP AND F. TERZO RE NELSON MULLINS 327(E) RETENTION; DEADLINES IN CASES. | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 46

MATTER ID: 31679-0507

| 11/08/22 | KLB | EMAILS REGARDING RETENTION OF QUARLES & BRADY AS SPECIAL COUNSEL TO THE DEBTORS (.2); GATHER BACKGROUND INFORMATION AND REVIEW DRAFT AGREED STAY RELIEF MOTION (.3); INITIAL PREPARATION OF APPLICATION TO EMPLOY QUARLES & BRADY AS SPECIAL COUNSEL TO ASSIST WITH CALIFORNIA DISTRICT COURT ACTION AND OBI APPEAL (1.1); INITIAL PREPARATION OF DECLARATION IN SUPPORT OF RETENTION OF SPECIAL COUNSEL (.7) | 2.30 |
|---|---|---|---|
| 11/10/22 | JG | REVIEW AND REVISE APPLICATION TO EMPLOY QUARLES & BRADY AS SPECIAL COUNSEL; MEMO TO J. O'NEIL RE SAME (.6); MEMO FROM A. GUPTA RE DIP BUDGET FOR SPECIAL COUNSEL (.2). | 0.80 |
| 11/11/22 | MJN | REVIEW DECLARATION OF HOMER PARKHILL (.2); | 0.20 |
| 11/14/22 | KLB | EMAILS REGARDING UPCOMING HEARING ON APPLICATIONS TO EMPLOY PROFESSIONALS, INTERIM COMPENSATION PROCEDURES MOTION AND FINAL HEARING ON CASH MANAGEMENT MOTION (.1); GATHER PLEADINGS AND BEGIN PREPARING E-BINDER FOR NOVEMBER 21, 2022 HEARINGS (1.0) | 1.10 |
| 11/14/22 | JG | REVIEW OF REVISED PROPOSAL FROM ROTHSCHILD; CALL WITH RESTRUCTURING COMMITTEE RE SAME. | 0.50 |
| 11/15/22 | JG | REVIEW OF PROPOSED AMENDMENT TO ROTHSCHILD ENGAGEMENT LETTER TO RESOLVE COMMITTEE OBJECTIONS; MEMO FROM AND TO F. LEONARD RE SAME (.3) | 0.30 |
| 11/15/22 | KLB | GATHER DOCUMENTS AND PLEADINGS FOR NOVEMBER 21, 2022 HEARING, AND PREPARE E-BINDER FOR SAME | 1.30 |
| 11/15/22 | JG | CONFERENCE WITH. A. SORKIN RE DISCUSSIONS WITH. MONSTER AND RESOLUTION OF ROTHSCHILD RETENTION WITH COMMITTEE (.4). | 0.40 |
| 11/16/22 | KLB | REVISE PROPOSED ORDER APPROVING APPLICATION TO EMPLOY ROTHSCHILD AND EMAILS TO AND FROM J. GUSO (.5); COMPARE TO PRIOR VERSION OF PROPOSED ORDER AND EMAILS TO F. LONDON (.2) | 0.70 |
| 11/16/22 | KLB | REVISE PROPOSED ORDER APPROVING EMPLOYMENT OF BERGER SINGERMAN, PROPOSED FINAL ORDER APPROVING HURON'S RETENTION AND INTERIM COMPENSATION PROCEDURES ORDER AND EMAILS TO J. GUSO | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 47

MATTER ID: 31679-0507

| 11/16/22 | KLB | FURTHER REVISIONS TO PROPOSED ORDER GRANTING MOTION TO ESTABLISH INTERIM COMPENSATION PROCEDURES AND EMAILS TO J. GUSO | 0.40 |
|---|---|---|---|
| 11/16/22 | KLB | CONTINUED PREPARATION OF E-BINDER FOR NOVEMBER 21, 2022 HEARING ON EMPLOYMENT APPLICATIONS AND INTERIM COMPENSATION PROCEDURES MOTION | 0.60 |
| 11/16/22 | KLB | EMAILS FROM J. GUSO REGARDING PREPARATION OF APPLICATIONS TO EMPLOY SPECIAL COUNSEL AND REVIEW LIST REGARDING SAME | 0.10 |
| 11/16/22 | JG | REVIEW OF COMMITTEE'S APPLICATION TO EMPLOY LOWENSTEIN SANDLER AS COUNSEL. | 0.20 |
| 11/17/22 | KLB | EMAILS REGARDING AMENDMENT TO HURON RETENTION TO INCLUDE AMENDMENT TO ENGAGEMENT LETTER AND REVIEW AMENDMENT | 0.20 |
| 11/17/22 | KLB | DRAFT APPLICATION TO EMPLOY HAYNES AND BOONE AS SPECIAL COUNSEL TO THE DEBTORS AND PREPARE PROPOSED ORDER GRANTING SAME (1.5); PREPARE DECLARATION OF D. GEYSER AND EMAILS TO J. GUSO (.7) | 2.20 |
| 11/17/22 | KLB | INITIAL PREPARATION OF APPLICATION TO EMPLOY RICHARD FAULKNER AS SPECIAL COUNSEL TO THE DEBTORS (.8); PREPARE PROPOSED ORDER GRANTING APPLICATION TO EMPLOY (.6); PREPARATION OF DECLARATION OF RICHARD FAULKNER IN SUPPORT OF RETENTION AND EMAILS TO J. GUSO (.7) | 2.10 |
| 11/17/22 | KLB | PREPARE NOTICE OF FILING OF AMENDMENT TO HURON'S ENGAGEMENT LETTER AND FINALIZE, FORMAT AND E-FILE NOTICE (.5); EMAILS TO AND FROM STRETTO REGARDING SERVICE (.1) | 0.60 |
| 11/17/22 | KLB | INITIAL PREPARATION OF APPLICATION TO EMPLOY NELSON MULLINS AS SPECIAL COUNSEL TO THE DEBTOR (.8); PREPARE DECLARATION IN SUPPORT OF APPLICATION (.7); PREPARE PROPOSED ORDER APPROVING EMPLOYMENT OF NELSON MULLINS AND EMAILS TO J. GUSO AND M. NILES (.5) | 2.00 |
| 11/18/22 | KLB | PREPARE REDLINES OF ORDERS APPROVING EMPLOYMENT OF BERGER SINGERMAN, HURON ROTHSCHILD AND LATHAM & WATKINS AND EMAILS TO AND FROM J. GUSO | 0.70 |
| 11/18/22 | KLB | UPDATE E-BINDER FOR NOVEMBER 21, 2022 HEARING ON VARIOUS EMPLOYMENT APPLICATIONS, INTERIM COMP PROCEDURES AND FINAL CASH MANAGEMENT HEARING | 0.30 |
| 11/18/22 | KLB | PREPARE NOTICE OF FILING AMENDMENT TO ENGAGEMENT LETTER BETWEEN DEBTORS AND | 0.40 |

| | | | |
|---|---|---|---|
| | | ROTHSCHILD & CO US INC. AND EMAILS TO J. GUSO | |
| 11/18/22 | JG | CALL FROM F. TERZO RE NELSON MULLINS RETENTION PAPERS (.2); REVIEW OF EXECUTED AMENDMENT TO ROTHSCHILD AMENDMENT; MEMO TO J. OWOC RE SAME (.2). | 0.40 |
| 11/19/22 | JG | REVIEW AND REVISE NELSON MULLINS RETENTION APPLICATION; MEMO TO F. TERZO RE SAME (.5); MEMO TO J. OWOC RE ROTHSCHILD AMENDMENT (.1); REVIEW OF COMMITTEE'S APPLICATIONS TO EMPLOY MILLER BUCKFIRE AND LINCOLN; MEMO TO J. DIDONATO RE SAME (.7);  REVIEW OF COMMITTEE'S COMMENTS TO HURON RETENTION ORDER; MEMO TO J. DIDONATO RE SAME (.1); FOLLOW UP MEMO TO J. OWOC RE TERMS OF ROTHSCHILD AMENDMENT (.4). | 1.80 |
| 11/20/22 | JG | MEMOS FROM AND TO J. OWOC RE ROTHSCHILD AMENDMENT (.2); CALLS WITH. J. KANG OF ROTHSCHILD RE SAME (.3). | 0.50 |
| 11/21/22 | JD | REVIEW, REVISE, FORMAT AND UPLOAD ORDER GRANTING DEBTORS' MOTION FOR ORDER ESTABLISHING PROCEDURES FOR MONTHLY AND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS | 0.20 |
| 11/21/22 | JD | REVIEW, REVISE, FINALIZE, FORMAT AND UPLOAD ORDERS (I) APPROVING EMPLOYMENT OF BERGER SINGERMAN LLP (.2); (II) APPROVING EMPLOYMENT OF LATHAM & WATKINS (.2); (III) APPROVING EMPLOYMENT OF HURON (.2); AND (IV) APPROVING EMPLOYMENT OF ROTHSCHILD & CO (.3) | 0.90 |
| 11/21/22 | JD | GATHERED LISTS OF (I) 30 LARGEST UNSECURED CREDITORS; (II) SECURED LENDERS, (III) EQUITY HOLDERS; AND (IV) DIRECTORS AND OFFICERS AND CIRCULATE TO HAYNES AND BOONE FOR CONFLICT SEARCH PARTIES IN CONNECTION WITH EMPLOYMENT | 0.30 |
| 11/21/22 | JG | PREPARE FOR AND ATTEND HEARING ON BERGER SINGERMAN, HURON, LATHAM & WATKINS AND ROTHSCHILD RETENTION APPLICATIONS AND MOTION TO APPROVE COMPENSATION PROCEDURES (1.2); ATTEND TO FINALIZE RETENTION ORDERS | 2.10 |
| | | (.5); CALL WITH. J. KANG RE ROTHSCHILD REGARDING INTERIM COMPENSATION PROCEDURES (.2); CALL TO A. GUPTA RE SAME (.1); MEMO FROM AND TO J. O'NEAL RE QUARLES & BRADY DISCLOSURES IN CONNECTION WITH 327(E) APPLICATION (.1). | |
| 11/22/22 | JG | MEMO FROM AND TO F. TERZO RE RETENTION DISCLOSURES (.1); MEMO FROM AND TO | 0.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 49

MATTER ID: 31679-0507

| | | | |
|---|---|---|---|
| | | QUARLES & BRADY RE 327 APPLICATION (.1); CALL FROM J. SCHUMER; REVIEW PROPOSED DRAFT AMENDMENT ENGAGEMENT LETTER; FOLLOW UP MEMO RE SAME (.4). | |
| 11/23/22 | JG | CONFERENCE WITH F. TERZO AND S. KNAPP RE REVISED TERMS OF 327(E) RETENTION; RESENTATION TO RESTRUCTURING COMMITTEE. | 0.50 |
| 11/29/22 | KLB | EMAILS REGARDING PREPARATION OF EMPLOYMENT PAPERS FOR GRANT THORNTON AND REVIEW SCOPE OF WORK DOCUMENT RECEIVED FROM S. JEWKES (.4); INITIAL PREPARATION OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF GRANT THORNTON (.8); INITIAL PREPARATION OF DECLARATION OF S. JEWKES IN SUPPORT OF GRANT THORNTON RETENTION (.7); | 1.90 |
| 11/29/22 | JG | REVIEW OF COMMENTS FROM NELSON MULLINS TO DRAFT RETENTION PAPERS; MEMO TO G. METZGER RE SAME (.2); MEMOS FROM AND TO J. KANG OF ROTHSCHILD RE COMPENSATION PROCEDURES; ROPOSED FEE STATEMENT FOR PROFESSIONALS (.4); REVIEW AND REVISE AMENDMENT TO HURON ENGAGEMENT LETTER TO INCLUDE LEASE RESTRUCTURING; MEMO TO J. SCHUMER RE SAME (.6); REVIEW OF APPLICATION TO RETAIN GRANT THORNTON AS FINANCIAL ADVISOR TO PREPARE QUALITY OF EARNINGS ANALYSIS; MEMO TO GT RE SAME (.3). | 1.50 |
| 11/30/22 | KLB | DISCUSSIONS REGARDING UPCOMING DEADLINE FOR SERVICE OF MONTHLY FEE STATEMENTS (.1); INITIAL PREPARATION OF MONTHLY FEE STATEMENT AND REVIEW OF INTERIM COMPENSATION PROCEDURES ORDER (.7) | 0.80 |

SUB-TOTAL FEES:   44.00   17,300.00

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 26.70 | HOURS | 265.00/HR | 7,075.50 |
| Janette Diaz | 4.10 | HOURS | 265.00/HR | 1,086.50 |
| Jordi Guso | 13.00 | HOURS | 695.00/HR | 9,035.00 |
| Michael J. Niles | 0.20 | HOURS | 515.00/HR | 103.00 |
| TOTAL | 44.00 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                          PAGE: 50
                                                                MATTER ID: 31679-0509

# BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                        INVOICE DATE:12/09/22
WESTION, FL  33326                                       INVOICE NO. 260403

CLAIMS ADMINISTRATION AND OBJECTION                     MATTER ID: 31679-0509

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                    HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/08/22 | MJN | CORRESPOND WITH COUNSEL FOR EASTGROUP REGARDING REJECTION DAMAGES CLAIM (.3); | 0.30 |
| 11/16/22 | MJN | PREPARE 503(B)(9) MOTION, ORDER, NOTICE, AND CLAIM FORM. | 2.00 |
| 11/20/22 | MJN | REVIEW COMMITTEE'S REVISIONS TO 503(B)(9) MOTION/ORDER/FORM | 0.40 |
| 11/23/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING 503(B)(9) MOTION (.2); FINALIZE MOTION AND TRANSMIT TO PARTIES IN INTEREST FOR REVIEW (.2). | 0.40 |
| 11/29/22 | MJN | CORRESPOND WITH COUNSEL FOR DRISCOLL LLP REGARDING REJECTION CLAIMS. | 0.20 |
| 11/29/22 | JD | ATTEND AND RESPOND TO CLAIMANT INQUIRIES RELATED TO PREPARATION OF PROOF OF CLAIM FORMS | 0.50 |
| 11/29/22 | MJN | REVIEW CORRESPONDENCE REGARDING REJECTION DAMAGES FROM DRISCOLL LLC (.2); REVIEW PROOF OF CLAIM AND SET-OFF ISSUE (.1). | 0.30 |
| 11/30/22 | JD | ATTEND TO VARIOUS CLAIMANT INQUIRIES RELATED TO PREPARATION AND FILING OF PROOFS OF CLAIM | 0.50 |
| 11/30/22 | MJN | CORRESPOND WITH COMMITTEE TEAM REGARDING THE 503(B)(9) MOTION (.2); REVIEW COMMENTS FROM THE UST'S OFFICE AND REVISE MOTION (.4) | 0.60 |

                                        SUB-TOTAL FEES:     5.20        2,428.00

## RATE SUMMARY

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Janette Diaz | 1.00 | HOURS | 265.00/HR | 265.00 |
| Michael J. Niles | 4.20 | HOURS | 515.00/HR | 2,163.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

### RATE SUMMARY

TOTAL     5.20

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 52
                                                         MATTER ID: 31679-0512

## BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                INVOICE DATE:12/09/22
WESTION, FL  33326                                 INVOICE NO. 260403

EXECUTORY CONTRACTS AND UNEXPIRED LEASES          MATTER ID: 31679-0512

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**            HOURS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/14/22 | JG | CALL FROM T. ABRAMS RE REJECTION OF WESTON LEASE. | 0.20 |
| 10/17/22 | MJN | REVIEW CONTRACTS (.4) AND RESPOND TO CORRESPONDENCE REGARDING VARNI BROTHERS AGREEMENT (.2). | 0.60 |
| 10/17/22 | KLB | REVIEW EMAILS REGARDING LEASE AND VACATING OF PREMISES (.1); INITIAL PREPARATION OF EMERGENCY MOTION TO REJECT LEASE (.2) | 0.30 |
| 10/18/22 | KLB | INITIAL PREPARATION OF EMERGENCY MOTION TO REJECT LEASE WITH EASTGROUP (.7); AND EMAILS TO M. NILES (.1) | 0.80 |
| 10/18/22 | JG | REVIEW OF SCHEDULES OF LEASES TO BE REJECTED (.2); FOLLOW UP MEMOS TO AND FROM P. BORELLI RE SAME (.2). | 0.40 |
| 10/18/22 | MJN | DISCUSS/RESEARCH EXECUTORY CONTRACT ISSUES | 1.00 |
| 10/18/22 | MJN | CORRESPOND WITH COMPANY REGARDING CERTAIN WAREHOUSEMEN LIEN ISSUES | 0.50 |
| 10/20/22 | JG | MEMO TO T. ABRAMS RE PROPOSED RESOLUTION OF STAY RELIEF MOTION RELATED TO STIPULATION ON REJECTION OF WESTON LEASE. | 0.30 |
| 10/20/22 | MJN | REVIEW AND REVISE MOTION TO REJECT LEASES. | 0.40 |
| 10/20/22 | MJN | REVIEW LEASE AGREEMENTS PROVIDED BY HURON. | 0.50 |
| 10/20/22 | KLB | REVISE EMERGENCY MOTION TO REJECT LEASES (.5); EMAILS REGARDING INFORMATION NEEDED FOR EXHIBIT (.2) | 0.70 |
| 10/21/22 | KLB | REVISE AND FINALIZE EMERGENCY MOTION TO REJECT LEASES (.2); FORMAT AND E-FILE EMERGENCY MOTION TO REJECT (.2) | 0.40 |

VITAL PHARMACEUTICALS, INC., ET AL.                                                        PAGE: 53

MATTER ID: 31679-0512

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/21/22 | JG | REVIEW AND REVISE MOTION TO REJECT LEASES. | 0.20 |
| 10/24/22 | KLB | ARRANGE FOR M. NILES' ATTENDANCE AT OCTOBER 27, 2022 HEARING ON EMERGENCY MOTION TO REJECT LEASES AND UTILITY MOTION | 0.10 |
| 10/25/22 | JG | REVIEW AND REVISE RESPONSE TO FIVE DAY NOTICE TO PAY RENT (.1); MEMO TO M. NILES RE WESTON STAY RELIEF STIPULATION RELATING TO REJECTION OF LEASE (.1); MEMO FROM AND TO T. ABRAMS RE AGREED FORM OF ORDER; PAYMENT OF POST-PETITION RENT ON OTHER SITES (.2). | 0.40 |
| 10/25/22 | KLB | GATHER PLEADINGS FOR UPCOMING HEARING ON EMERGENCY MOTION TO REJECT LEASES AND PREPARE E-BINDER FOR SAME | 0.70 |
| 10/25/22 | MJN | RESEARCH REGARDING LEASE REJECTION AND 365(D)(3) IN PREPARATION FOR HEARING. | 0.50 |
| 10/25/22 | MJN | FINALIZE DEMAND LETTER REGARDING 5-DAY DEMAND FROM LANDLORD. | 0.30 |
| 10/26/22 | KLB | CONTINUED PREPARATION OF E-BINDER FOR OCTOBER 27, 2022 HEARING ON EMERGENCY MOTION TO REJECT LEASES AND EMAILS TO M. NILES | 0.30 |
| 10/27/22 | MJN | CORRESPOND WITH M. SEESE REGARDING MOTION TO REJECT LEASES. | 0.40 |
| 10/27/22 | KLB | REVIEW EMAILS FROM M. NILES REGARDING HEARING ON MOTION TO REJECT LEASES AND REVISE PROPOSED ORDER (.3); DISCUSSIONS WITH M. NILES REGARDING REJECTION OF LEASES (.1) | 0.40 |
| 10/28/22 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF ORDER GRANTING EMERGENCY MOTION TO REJECT LEASES | 0.20 |
| 11/04/22 | MJN | CORRESPOND WITH S. PARKHURST REGARDING EXECUTORY CONTRACTS. | 0.30 |
| 11/04/22 | KLB | REVIEW EMAILS FROM CLIENT REPRESENTATIVES REGARDING ADDITIONAL LEASES TO REJECT AND VACATING OF PREMISES (.2); EMAILS REGARDING LEASE AND SUBLEASE AND REVIEW SAME (.3); INITIAL PREPARATION OF MOTION TO REJECT ADDITIONAL LEASE AND TELEPHONE CONFERENCE WITH P. ROMERO OF BANG ENERGY REGARDING SAME (.7); DISCUSSIONS WITH M. NILES REGARDING SUBLEASE AND TENANT STILL OCCUPYING PREMISES AND EMAILS TO AND FROM J. GUSO REGARDING POTENTIAL ASSIGNMENT OF LEASE (.2) | 1.40 |
| 11/08/22 | JG | CONFER WITH M. NILES AND S. PARKHURST RE WESTON LEASE REJECTION; ADMIN RENT CLAIM | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 54
MATTER ID: 31679-0512

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| | | (.2). | |
| 11/08/22 | JG | FOLLOW UP CALL WITH S. PARKHURST RE LEASE AND VEHICLE ISSUES (.4) | 0.40 |
| 11/08/22 | MJN | CORRESPOND WITH COUNSEL AND DEBTOR REGARDING GEKAY (1); CORRESPOND WITH COUNSEL AND DEBTOR REGARDING STATES LOGISTICS (.4); CORRESPOND WITH DEBTOR AND COUNSEL REGARDING LEASEPLAN (.4); CORRESPOND WITH COMPANY REGARDING RBROTHERS LLC LEASE (.3); REVIEW CORRESPONDENCE REGARDING GM FINANCIAL (.4) | 2.50 |
| 11/09/22 | MJN | CORRESPOND WITH COUNSEL FOR GEKAY REGARDING COOLER ISSUE. | 0.40 |
| 11/10/22 | MJN | CORRESPONDENCE WITH T.ABRAMS REGARDING LEASE REJECTION. | 0.20 |
| 11/10/22 | MJN | CORRESPOND WITH DEBTOR REGARDING LEASEPLAN (.3); FOLLOW UP WITH COUNSEL REGARDING THE SAME (.1) | 0.40 |
| 11/11/22 | MJN | CORRESPOND WITH LEASEPLAN COUNSEL (.3); | 0.30 |
| 11/14/22 | MJN | REVIEW CORRESPONDENCE REGARDING STATES LOGISTICS. | 0.30 |
| 11/15/22 | MJN | CORRESPOND WITH S.PARKHURST REGARDING CERTAIN ISSUES RELATED TO EXECUTORY CONTRACTS AND WAREHOUSES. | 0.30 |
| 11/15/22 | MJN | REVIEW CORRESPONDENCE FROM COUNSEL FOR XPO | 0.20 |
| 11/17/22 | MJN | CORRESPOND WITH HURON REGARDING ENGLAND LOGISTICS (.2); REVIEW CORRESPONDENCE FROM COUNSEL REGARDING THE SAME (.2) | 0.40 |
| 11/17/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING STATES LOGISTICS (.2); RESEARCH REGARDING THE SAME (.4) | 0.60 |
| 11/18/22 | MJN | CONFERENCE CALL WITH HURON REGARDING STATES LOGISTICS (.4); RESEARCH REGARDING ABANDONMENT OF PROPERTY (.4); WORK ON MOTION TO REJECT/ABANDONMENT (.4) | 1.20 |
| 11/18/22 | JG | CALL WITH. HURON TEAM AND M. NILES RE STATE LOGISTICS LEASE AND ABANDONMENT. | 0.20 |
| 11/19/22 | MJN | PREPARE MOTION TO REJECT CONTRACT AND ABANDON INVENTORY. | 1.20 |
| 11/19/22 | MJN | CORRESPOND WITH COUNSEL FOR GEKAY REGARDING INVOICE AND DEVLIERY OF COOLERS | 0.20 |
| 11/20/22 | MJN | REVIEW INVOICE; CORRESPOND WITH COUNSEL FOR GEKAY AND CLIENT REGARDING THE | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 55
MATTER ID: 31679-0512

|  |  | INVOICE AND DELIVERY OF COOLERS. |  |
|---|---|---|---|
| 11/21/22 | JG | CALL WITH J. SCHUMER RE LEASE NEGOTIATION SERVICES. | 0.20 |
| 11/21/22 | MJN | CORRESPOND WITH COUNSEL FOR STATES LOGISTICS REGARDING WAREHOUSE ISSUE. | 0.30 |
| 11/21/22 | MJN | CORRESPOND WITH HURON AND DEBTOR TEAM REGARDING GEKAY. | 0.30 |
| 11/28/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING SL AND ARDAGH. | 0.40 |
| 11/29/22 | MJN | WORK ON MOTION TO REJECT CONTRACT WITH TOMCO2 AND PROPOSED ORDER. | 1.00 |
| 11/30/22 | JG | CONFERENCE WITH MANAGEMENT TEAM RE STATES LOGISTICS PROPOSED WAREHOUSE AGREEMENT AMENDMENT AND NEGOTIATIONS (.5); REVIEW AND REVISE PROPOSED AGREED MOTION AND AMENDMENT TO WAREHOUSE AGREEMENT (.6); FOLLOW UP CALL FROM S. PARKHURST RE SAME (.1). | 1.20 |

SUB-TOTAL FEES:      23.90      11,649.50

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 5.30 | HOURS | 265.00/HR | 1,404.50 |
| Jordi Guso | 3.70 | HOURS | 695.00/HR | 2,571.50 |
| Michael J. Niles | 14.90 | HOURS | 515.00/HR | 7,673.50 |
| TOTAL | 23.90 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 56
MATTER ID: 31679-0513

## BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

UTILITIES

MATTER ID: 31679-0513

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

| Date | Initials | Description | HOURS |
|------|----------|-------------|-------|
| 10/11/22 | KLB | REVISE INITIAL DRAFT OF UTILITY MOTION AND EMAILS TO AND FROM M. NILES REGARDING SAME | 0.30 |
| 10/14/22 | MJN | REVISE UTILITY MOTION (.3); CORRESPOND WITH ADRIANA VIDAL REGARDING THE SAME (.2) | 0.50 |
| 10/17/22 | MJN | PREPARE MOTION TO WAIVE LOCAL RULE REQUIREMENT REGARDING UTILITY MOTION. | 1.00 |
| 10/18/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING UTILITY MOTION. | 0.30 |
| 10/19/22 | MJN | REVIEW AND REVISE UTILITY MOTION AND EXHIBIT. | 0.80 |
| 10/19/22 | KLB | REVIEW UTILITY INFORMATION RECEIVED FROM HURON TEAM AND LIST OF PROVIDERS (.2); EMAILS TO STRETTO REGARDING LISTINGS ON MATRIX FOR UTILITY PROVIDERS (.1) | 0.30 |
| 10/19/22 | KLB | REVIEW REVISED UTILITY SPREADSHEET RECEIVED FROM HURON TEAM WITH UPDATED FIGURES AND EMAILS TO M. NILES | 0.20 |
| 10/20/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING CERTAIN UTILITIES (.4); RESPOND TO SALT RIVER PROJECT COUNSEL (.3) | 0.70 |
| 10/20/22 | KLB | REVISE EXHIBIT TO UTILITY MOTION AND FORMAT SAME (.5); EMAILS TO AND FROM M. NILES REGARDING STATUS OF UTILITY MOTION (.1) | 0.60 |
| 10/20/22 | KLB | MULTIPLE EMAILS REGARDING UTILITY MOTION AND EXHIBIT AND REVISE MOTION (.4); REVISE PROPOSED ORDER ON UTILITY MOTION (.2) | 0.60 |
| 10/20/22 | KLB | FURTHER UPDATES TO UTILITY MOTION, PROPOSED ORDER AND EXHIBIT (.4);  EMAILS FROM A. VIDAL (.1) | 0.50 |
| 10/21/22 | KLB | REVIEW NEW EXHIBIT TO UTILITY MOTION RECEIVED FROM HURON (.2); REFORMAT NEW EXHIBIT FOR FILING (.7); UPDATE UTILITY | 1.90 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 57
MATTER ID: 31679-0513

| | | | |
|---|---|---|---|
| | | MOTION AND EMAILS TO J. GUSO WITH MOTION AND PROPOSED ORDER FOR REVIEW (.5); FINALIZE AND FORMAT MOTION AND EXHIBIT (.3); E-FILE UTILITY MOTION AND EMAILS TO STRETTO REGARDING SERVICE (.2) | |
| 10/24/22 | MJN | CONFIRM COMPLIANCE WITH LOCAL RULES REGARDING UTILITY AND LEASE REJECTION MOTION. | 0.30 |
| 10/25/22 | MJN | PREPARE FOR HEARINGS ON SECOND DAY MOTIONS (1.3); CORRESPOND WITH VARIOUS UTILITY PROVIDERS/LANDLORDS (.7). | 2.00 |
| 10/26/22 | JG | CONFER WITH M. NILES RE ADEQUATE ASSURANCE ISSUES (.3); CALL WITH E. CAMPAGNA RE FPL DEMAND FOR DEPOSIT; PAYMENT OF SERVICE ON WESTON FACILITY (.3); FOLLOW UP MEMO FROM J. IANNO RE FPL ADEQUATE ASSURANCE ISSUES (.2). | 0.80 |
| 10/26/22 | KLB | EMAILS REGARDING FILING OF DECLARATION OF JOHN DIDONATO IN SUPPORT OF UTILITY MOTION, AND ARRANGE FOR J. DIDONATO TO ATTEND HEARING BY ZOOM | 0.20 |
| 10/26/22 | MJN | CORRESPOND WITH HURON AND COMPANY REGARDING 4141 HOLDINGS LLC UTILITY ACCOUNT. | 1.20 |
| 10/27/22 | MJN | CORRESPOND WITH VARIOUS UTILITY PROVIDERS REGARDING UTILITY MOTION AND ADEQUATE ASSURANCE DEPOSIT PROPOSALS. | 1.30 |
| 10/27/22 | MJN | PREPARE FOR (1.5) AND ATTEND HEARING ON MOTION TO REJECT LEASES AND UTILITY MOTION (1.5) | 3.00 |
| 10/27/22 | KLB | REVISE AND FINALIZE SUPPLEMENTAL DECLARATION OF J. DIDONATO IN SUPPORT OF UTILITY MOTION, AND FORMAT AND E-FILE SAME | 0.30 |
| 10/27/22 | KLB | REVISE ORDER GRANTING UTILITY MOTION AND DISCUSSIONS REGARDING ADDITIONAL UTILITY PROVIDERS (.3); UPDATE EXHIBIT TO UTILITY MOTION AND EMAILS TO M. NILES (.2) | 0.50 |
| 10/27/22 | JG | REVIEW OF STIPULATION PROPOSED BY FPL (.2); CONFER WITH NILES RE SAME AND RE HEARING (.2). | 0.40 |
| 10/28/22 | MJN | CORRESPOND WITH COUNSEL FOR FPL REGARDING STIPULATION AND PROPOSED ORDER. | 0.30 |
| 10/28/22 | KLB | REVIEW EMAIL FROM M. SEESE REGARDING COMMENTS TO PROPOSED ORDER GRANTING MOTION TO REJECT LEASES (.1); REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER GRANTING MOTION TO REJECT LEASES (.3) | 0.40 |
| 10/28/22 | KLB | EMAILS TO AND FROM STRETTO REGARDING | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 58

MATTER ID: 31679-0513

SERVICE OF ORDER GRANTING UTILITY MOTION

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 10/31/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING FPL STIPULATION (.1); REVISE STIPULATION (.1) | 0.20 |
| 11/01/22 | MJN | CORRESPOND WITH J.IANNO AND THE COMPANY REGARDING FPL STIPULATION. | 0.30 |
| 11/04/22 | KLB | REVIEW EMAIL COMMUNICATIONS FROM SPECTRUM REGARDING ACCOUNT NUMBERS AND REQUEST FOR ADDITIONAL INFORMATION (.1); REVIEW EMAIL TO AND FROM A. VIDAL REGARDING ADDITIONAL ACCOUNT INFORMATION FOR SPECTRUM ACCOUNTS (.1); EMAIL TO S. MCENEANY OF SPECTRUM REGARDING ADDITIONAL ACCOUNTS NOT REFLECTED ON UTILITY EXHIBIT AND TELEPHONE CONFERENCE WITH S. MCENEANY REGARDING SAME (.3); FOLLOW UP EMAILS TO A. VIDAL TO CONFIRM ADDITIONAL ACCOUNTS PROVIDED BY SPECTRUM ARE NOT ACCOUNTS OF THE DEBTORS (.1) | 0.60 |
| 11/08/22 | KLB | REVIEW EMAIL FROM A. VIDAL REGARDING SPECTRUM UTILITY ACCOUNTS AND EMAILS TO SPECTRUM REPRESENTATIVE REGARDING SAME | 0.20 |
| 11/09/22 | KLB | EMAILS REGARDING QUESTIONS WITH RESPECT TO UTILITY SERVICES AND REVIEW UTILITY EXHIBIT (.1); DISCUSSIONS WITH M. NILES REGARDING HURON INQUIRY RELATING TO PAYMENT OF UTILITY SERVICES (.1) | 0.20 |
| 11/10/22 | MJN | REVIEW CORRESPONDENCE REGARDING CHOICE WASTE MANAGEMENT (.2); RESEARCH REGARDING THE SAME (.3). | 0.50 |
| 11/11/22 | MJN | CORRESPONDENCE REGARDING DUKE ENERGY AND REACH | 0.80 |
|  |  | OUT TO DUKE ENERGY (.8); |  |
| 11/18/22 | KLB | EMAILS FROM AND TO A. GUPTA REGARDING QUESTIONS RELATING TO COMMUNICATIONS WITH SPECTRUM REGARDING UTILITY SERVICES | 0.20 |
| 11/18/22 | MJN | CORRESPOND WITH FPL REGARDING DEPOSIT AND INVOICE. | 0.20 |
| 11/18/22 | MJN | CORRESPOND WITH HURON TEAM AND COMPANY REGARDING DEMAND FROM SOUTHERN UTILITIES. | 0.30 |
| 11/21/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING SOUTHERN CALIFORNIA AND ATMOS | 0.20 |

SUB-TOTAL FEES: 22.30     9,900.50

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 7.20 | HOURS | 265.00/HR | 1,908.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

## RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Jordi Guso | 1.20 | HOURS | 695.00/HR | 834.00 |
| Michael J. Niles | 13.90 | HOURS | 515.00/HR | 7,158.50 |
| TOTAL | 22.30 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 60
MATTER ID: 31679-0517

## BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

SETTLEMENT AND COMPROMISE

MATTER ID: 31679-0517

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

HOURS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/17/22 | MJN | PREPARE MOTION FOR SETTLEMENT PROCEDURES AND TERMS. | 1.10 |
| 10/18/22 | MJN | WORK ON SETTLEMENT PROCEDURES MOTION | 0.60 |
| 10/31/22 | MJN | CORRESPONDENCE WITH BANG ENERGY COUNSEL REGARDING SETTLEMENTS (.3); REVIEW SETTLEMENT AGREEMENT (.3) | 0.60 |
| 11/02/22 | KLB | REVIEW DRAFT SETTLEMENT AGREEMENT AND EMAIL FROM D. HURTES REGARDING SETTLEMENT (.4); PREPARE INITIAL DRAFT OF MOTION FOR APPROVAL OF SETTLEMENT AND DISCUSSIONS WITH M. NILES (1.3) | 1.70 |
| 11/05/22 | JG | REVIEW OF BELVAC SETTLEMENT AGREEMENT AND SETTLEMENT MOTION (.7); MEMO TO M. NILES RE SAME (.1) | 0.80 |
| 11/08/22 | MJN | REVIEW BELVAC SETTLEMENT AND CORRESPOND WITH DEBTOR REGARDING THE SAME (.3); | 0.30 |
| 11/14/22 | MJN | CORRESPOND WITH COMPANY REGARDING GRAPHICS(.4) ; REVIEW SETTLEMENT AGREEMENT (.4). | 0.80 |
| 11/14/22 | MJN | REVIEW AND REVISE BELVAC SETTLEMENT MOTION (.4); CORRESPOND WITH D.HURTES REGARDING SETTLEMENT (.4); CORRESPOND WITH COMMITTEE COUNSEL REGARDING SETTLEMENT MOTION (.2) | 1.00 |
| 11/15/22 | MJN | REVIEW AND REVISE DRAFT SETTLEMENT ORDER; CORRESPOND WITH LATHAM & WATKINS REGARDING ORDER AND EXHIBIT. | 0.40 |
| 11/15/22 | MJN | FINALIZE BELVAC SETTLEMENT MOTION AND ORDER. | 0.30 |
| 11/15/22 | KLB | EMAILS FROM AND TO M. NILES REGARDING FILING OF MOTION TO APPROVE SETTLEMENT WITH BELVAC (.2); PREPARE PROPOSED ORDER GRANTING MOTION TO APPROVE SETTLEMENT | 1.50 |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 61
                                                            MATTER ID: 31679-0517

|  |  |  |  |
|---|---|---|---|
|  |  | AND EMAILS TO M. NILES (.7); REVISE AND FINALIZE MOTION TO APPROVE SETTLEMENT AND COMPILE EXHIBITS (.3); FORMAT AND E-FILE MOTION TO APPROVE SETTLEMENT AND EMAILS TO STRETTO REGARDING SERVICE (.3) |  |
| 11/15/22 | JG | MEMO FROM AND TO J. MABE RE PROCEDURES FOR APPROVAL OF LITIGATION SETTLEMENTS (.2) | 0.20 |
| 11/17/22 | MJN | CORRESPOND WITH THE COMPANY REGARDING BRIGHTFACTAL SETTLEMENT. | 0.20 |
| 11/18/22 | KLB | REVIEW SETTLEMENT AGREEMENT WITH BRIGHTFRACTAL, INC. AND PREPARE MOTION TO APPROVE COMPROMISE AND SETTLEMENT (1.0); DISCUSSIONS WITH M. NILES REGARDING SETTLEMENT PROVISIONS AND REVIEW EMAILS REGARDING SAME (.2) | 1.20 |
| 11/18/22 | MJN | REVIEW AND REVISE SETTLEMENT PROCEDURES MOTION (.4); CORRESPOND WITH LATHAM REGARDING THE SAME (.1). | 0.50 |
| 11/19/22 | JG | REVIEW OF PEPSI SETTLEMENT AGREEMENT (.3); MEMO FROM AND TO J. FRANK RE CONFIDENTIALITY (.1); MEMO TO R. FURR RE SAME (.1). | 0.50 |
| 11/20/22 | MJN | REVIEW AND REVISE SETTLEMENT PROCEDURES MOTION. | 0.40 |
| 11/21/22 | MJN | CORRESPOND WITH DEBTOR TEAM REGARDING CERTAIN SETTLEMENT AGREEMENTS. | 0.30 |
| 11/22/22 | MJN | FINALIZE SETTLEMENT PROCEDURES MOTION AND ORDER (.3); CORRESPOND WITH COMMITTEE COUNSEL REGARDING THE SAME (.1). | 0.40 |

SUB-TOTAL FEES:     12.80          5,762.00

**RATE SUMMARY**

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 4.40 | HOURS | 265.00/HR | 1,166.00 |
| Jordi Guso | 1.50 | HOURS | 695.00/HR | 1,042.50 |
| Michael J. Niles | 6.90 | HOURS | 515.00/HR | 3,553.50 |
| TOTAL | 12.80 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                          PAGE: 62
                                                                  MATTER ID: 31679-0527

## ≡ BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
*T:* (954) 525-9900  *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                      INVOICE DATE:12/09/22
WESTION, FL  33326                                     INVOICE NO. 260403

LITIGATION CONSULTING                                  MATTER ID: 31679-0527

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**                    HOURS

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 10/10/22 | JG | MULTIPLE MEMOS TO AND FROM G. METZGER AND S. KNAPP RE PENDING LITIGATION; SUGGESTIONS OF BANKRUPTCY AND SPECIAL COUNSEL RETENTION. | 0.30 |
| 10/11/22 | MJN | ATTEND CONFERENCE CALL WITH CLIENT TO DISCUSS LITIGATION ISSUES. | 0.60 |
| 10/11/22 | MJN | REVIEW LITIGATION WITH ALL PRODUCTS AND PREPARE LETTER REGARDING DISSOLUTION OF WRIT OF GARNISHMENT. | 1.20 |
| 10/11/22 | JG | CALL WITH IN HOUSE LEGAL TEAM RE PENDING LITIGATION AND SUGGESTIONS OF BANKRUPTCY (1.0). | 1.00 |
| 10/12/22 | JG | DRAFT AND REVISE WITNESS QUESTION SET FOR J. DI DONATO IN CONNECTION WITH MOTIONS TO AUTHORIZE PAYMENT OF PRE-PETITION CLAIMS (.5); ATTEND TO UPDATING EXHIBITS (.3); | 0.80 |
| 10/18/22 | JG | CALL WITH IN HOUSE LITIGATION TEAM RE EXTENT OF AUTOMATIC STAY; PENDING DEADLINES (.3); CALL WITH P. BATTISTA RE MUSIC CASES AND JOINT DEFENSE (.5): CALL WITH G. METZGER RE RETENTION OF SPECIAL COUNSEL; JOINT REPRESENTATION (.3); CALL WITH J. WILBERT RE WARNER MUSIC CASE; PENDING COURT ORDERS (.3). | 1.40 |
| 10/18/22 | MJN | CONFERENCE CALL WITH DEBTORS' COUNSEL TO DISCUSS LITIGATION ISSUES. | 0.70 |
| 10/18/22 | MJN | REVIEW NOTICE OF BANKRUPTCY PREPARED BY INHOUSE COUNSEL (.2); CORRESPOND REGARDING THE SAME (.2) | 0.40 |
| 10/19/22 | JG | REVIEW OF EMAIL FROM  A. CARPENTER RE BALBOA CASE; REVIEW OF R&R AND FOLLOW UP MEMO RE INTENDED RESPONSE (.5); CALL WITH P. BATTISTA AND A. SORKIN RE MUSIC CASES; POSSIBLE EXTENSION OF AUTOMATIC | 1.60 |

|  |  | STAY AND RELATED MATTERS (.6); CALL FROM F. TERZO RE LITIGATION BEING HANDLED BY NELSON MULLINS; POTENTIAL 327(E) RETENTION TO PUSH PRO SUBS JUDGMENT (.5). |  |
| --- | --- | --- | --- |
| 10/20/22 | JG | CALL WITH G. METZGER AND F. MASSABKI RE MONSTER APPEAL; RETENTION OF SPECIAL COUNSEL. | 0.40 |
| 10/21/22 | JG | REVIEW OF KESTEN AMENDMENT TO COMPLAINT (.3); CALL WITH A. QUARTAROLO RE: SAME AND RE AUTOMATIC STAY (.4); REVIEW AND REVISE PROPOSED OBJECTION TO MAGISTRATE'S REPORT IN THE BALBOA CASE (.2). | 0.90 |
| 10/22/22 | JG | CALL WITH G. METZGER, F. MASSABKI, P. BATTISTA AND LATHAM RE LITIGATION MATTERS THAT ARE NOT STAYED; 105 INJUNCTION. | 1.00 |
| 10/24/22 | JG | CALL WITH G. METZGER AND PROPOSED APPELLATE COUNSEL RE: MONSTER APPEAL. | 0.50 |
| 10/25/22 | JG | MEMOS TO AND FROM PROPOSED SPECIAL COUNSEL RE MONSTER APPEAL; CHALLENGES TO ARBITRATION (.3). | 0.30 |
| 10/26/22 | JG | CONFERENCE WITH J. OWOC AND QUARLES & BRADY RE SPECIAL COUNSEL RETENTION; APPELLATE DEADLINES AND PENDING ISSUES (.5); FOLLOW UP CALL RE MUSIC CASES AND PENDING DEADLINES (.4); CONFERENCE WITH F. TERZO RE NELSON MULLINS REPRESENTATION; PENDING DEADLINES IN LITIGATION (.4); CALL FROM A. SORKIN RE 105 INJUNCTION ISSUES (.2). | 1.50 |
| 10/31/22 | JG | CONFERENCE CALL WITH F. MASSABKI AND G. METZGER RE MONSTER DEMAND; RESPONSE THERETO (.8); MEMO FROM F. TERZO RE NELSON MULLINS TERMS OF RETENTION (.1); REVIEW OF MEMO ON WAGNER CASE AND 105 INJUNCTION (.2). | 1.10 |
| 11/02/22 | JG | CALL WITH G. METZGER RE OBI APPEAL; MONSTER STAY RELIEF ISSUES. | 0.50 |
| 11/03/22 | JG | MEMOS TO AND FROM A. QUARTAROLO RE WARNER INJUNCTION; BRIEFING SCHEDULE. | 0.20 |
| 11/07/22 | JG | CONFERENCE WITH G. METZGER AND HURON TEAM RE PENDING LITIGATION MATTERS; DEADLINES AND SPECIAL COUNSEL RETENTION. | 1.00 |
| 11/14/22 | KLB | EMAILS AND DISCUSSIONS WITH J. TERESI OF LATHAM & WATKINS REGARDING FILING OF ADVERSARY COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION AND DECLARATION OF J. DIDONATO | 0.20 |
| 11/14/22 | KLB | REVISE AND FINALIZE ADVERSARY COMPLAINT AND REVISE AND FINALIZE MOTION FOR PRELIMINARY INJUNCTION (.5); FORMAT AND E- | 1.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 64
MATTER ID: 31679-0527

| | | | |
|---|---|---|---|
| | | FILE COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION (.5); REVISE AND FINALIZE DECLARATION OF J. DIDONATO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND COMPILE EXHIBITS TO SAME (.3); FINALIZE, FORMAT AND E-FILE DECLARATION (.2) | |
| 11/14/22 | JG | REVIEW OF COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION FOR MUSIC CASES; DECLARATION OF J. DIDONATO IN SUPPORT THEREOF. | 0.40 |
| 11/15/22 | JG | CONFERENCE WITH G. METZGER RE MONSTER SOUTHERN DISTRICT CASE; RETENTION OF SPECIAL COUNSEL. | 0.50 |
| 11/15/22 | KLB | EMAILS REGARDING SERVICE OF ADVERSARY COMPLAINT, SUMMONS, MOTION FOR PRELIMINARY INJUNCTION AND HEARING NOTICE UPON DEFENDANTS; GATHER FILED PAPERS AND EMAILS TO LATHAM & WATKINS TEAM (.2); EMAILS TO AND FROM LATHAM TEAM REGARDING ACCEPTANCE OF SERVICE BY WARNER'S COUNSEL AND FILING OF ACCEPTANCE (.2) | 0.40 |
| 11/16/22 | JG | CALL FROM J. GOLDEN RE PHD LITIGATION AND POTENTIAL SETTLEMENT (.2); MEMO FROM AND TO G. METZGER RE SPECIAL COUNSEL RETENTION (.2). | 0.40 |
| 11/16/22 | MJN | REVIEW PEAK ACTIVITY DEMAND AND CONTRACT (.3); RESEARCH REGARDING THE DEMAND (.4); PREPARE CORRESPONDENCE (.5). | 1.20 |
| 11/18/22 | KLB | EMAILS REGARDING ACCEPTANCE OF SERVICE OF ADVERSARY COMPLAINT, SUMMONS, MOTION AND HEARING NOTICE AND EMAILS TO J. GUSO AND M. NILES REGARDING STATUS OF SERVICE | 0.20 |
| 11/18/22 | MJN | REVIEW SETTLEMENT AGREEMENT WITH BRIGHTFACIAL (.3); CORRESPOND WITH G. METZGER REGARDING THE SAME (.1) | 0.40 |
| 11/19/22 | JG | MEMO FROM AND TO A. QUARTAROLO RE PROTECTIVE ORDER (.2). | 0.20 |
| 11/20/22 | JG | CALL WITH A. QUARTAROLO RE SPECIAL COUNSEL RETENTION; AFFIRMATIVE LITIGATION CLAIMS (.4); MEMO FROM AND TO P. BATTISTA RE BALBOA CLAIM (.1). | 0.50 |
| 11/21/22 | MJN | CORRESPOND WITH DEBTOR TEAM REGARDING PEAK ACTIVITY. | 0.40 |
| 11/22/22 | MJN | REVIEW PEAK ACTIVITY CORRESPONDENCE AND DEMAND LETTERS (.7); CORRESPOND WITH THE COMPANY REGARDING THE SAME (.4) | 1.10 |
| 11/22/22 | CC | ARRANGE FOR SERVICE OF COMPLAINT IN | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 65

MATTER ID: 31679-0527

|  |  | VITAL V. WARNER, ET AL. (VARIOUS DEFENDANTS) (.30); CONFER WITH J. DIAZ RE SAME (.20). |  |
|---|---|---|---|
| 11/23/22 | CC | PREPARE ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS - WARNER MUSIC INTERNATIONAL SERVICES LIMITED AND SPINNIN RECORDS B.V. | 0.40 |
| 11/23/22 | JG | CONFERENCE WITH QUARLES & BRADY TEAM RE SCOPE OF 327 RETENTION AND APPELLATE DEADLINES (.5); ATTEND TO ISSUES PERTAINING TO PEAK DEMAND LETTER (.3). | 0.80 |
| 11/23/22 | MJN | REVIEW UPDATED DEMAND LETTER, CORRESPONDENCE AND CONTRACTS REGARDING PEAK ACTIVITY (1.0); CORRESPOND WITH CLIENT REGARDING THE SAME (.7) | 1.70 |
| 11/28/22 | KLB | EMAILS REGARDING SERVICE OF COMPLAINT, SUMMONS, ETC. | 0.20 |
| 11/29/22 | KLB | EMAILS TO AND FROM J. TERESI OF LATHAM AND WATKINS REGARDING ACCEPTANCE AND WAIVER OF SERVICE FOR FOREIGN DEFENDANTS (.2); REVISE AND FINALIZE TWO ACCEPTANCE AND WAIVER OF SERVICE DOCUMENTS AND EMAILS TO AND FROM J. GUSO (.3); FORMAT AND E-FILE ACCEPTANCE AND WAIVER OF SERVICE PAPERS (.2) | 0.70 |

SUB-TOTAL FEES:   27.10   15,685.50

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 3.20 | HOURS | 265.00/HR | 848.00 |
| Carmen Cruz | 0.90 | HOURS | 265.00/HR | 238.50 |
| Jordi Guso | 15.30 | HOURS | 695.00/HR | 10,633.50 |
| Michael J. Niles | 7.70 | HOURS | 515.00/HR | 3,965.50 |
| TOTAL | 27.10 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 66
MATTER ID: 31679-0528

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
*T:* (954) 525-9900   *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:12/09/22
INVOICE NO. 260403

RELIEF FROM STAY PROCEEDING/ADEQUATE PROTECTION

MATTER ID: 31679-0528

**PROFESSIONAL FEES RENDERED THROUGH 11/30/22**

HOURS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/24/22 | MJN | CORRESPOND WITH LANDLORD REGARDING MOTION FOR RELIEF FROM STAY AND PROPOSED ORDER (.2); REVISE PROPOSED ORDER (.3). | 0.50 |
| 10/25/22 | MJN | FINALIZE ORDER ON MOTION FOR RELIEF FROM STAY. | 0.40 |
| 10/26/22 | KLB | REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED AGREED ORDER RESOLVING MOTION FROM STAY FILED BY LANDLORD | 0.40 |
| 10/26/22 | MJN | CORRESPOND WITH COUNSEL REGARDING MOTION FOR RELIEF FROM STAY AND PROPOSED ORDER. | 0.20 |
| 11/01/22 | MJN | CORRESPOND WITH G.METZGER AND DEBTOR TEAM REGARDING POTENTIAL SETTLEMENTS AND NEED FOR STAY RELIEF (.3): PREPARE FORM STAY RELIEF MOTION (.3) | 0.60 |
| 11/05/22 | JG | REVIEW AND REVISE MONSTER STAY RELIEF STIPULATION (.8); MEMOS TO AND FROM A. SORKIN AND A. QUARTAROLO RE SAME (.2). | 1.00 |
| 11/07/22 | MJN | REVIEW MOTION FOR RELIEF FROM STAY WITH MONSTER. | 0.30 |
| 11/08/22 | JG | REVIEW OF REVISED STAY RELIEF STIPULATION FROM MONSTER (.1); MEMO FROM A. SORKIN RE SAME (.1) | 0.20 |
| 11/08/22 | MJN | REVIEW MOTION FOR RELIEF FROM STAYFRS REGARDING MITSUBISHI AND DISCUSS INTERNALLY (1.1); | 1.10 |
| 11/10/22 | JG | REVIEW OF FINAL STIPULATION FOR MONSTER STAY RELIEF (.2); MEMO TO AND FROM A. SORKIN RE SAME (.1) | 0.30 |
| 11/11/22 | KLB | REVIEW CENTRAL DISTRICT OF CALIFORNIA DOCKET, GATHER MONSTER VERDICT FORM AND EMAILS TO J. GUSO (.2); REVIEW EMAILS FROM J. GUSO REGARDING FILING OF JOINT | 1.60 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 67
MATTER ID: 31679-0528

|          |      | AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY, AND REVISE AND FORMAT JOINT AGREED MOTION (.6); REVISE PROPOSED AGREED ORDER AND EMAILS TO J. GUSO (.3); FORMAT JOINT AGREED MOTION AND EXHIBITS AND EMAILS TO J. GUSO FOR SIGN OFF (.2); E-FILE JOINT AGREED MOTION AND EMAILS TO STRETTO TEAM REGARDING SERVICE (.3) |      |
|----------|------|---|------|
| 11/11/22 | JG   | REVIEW AND REVISE FINAL STIPULATION ON MONSTER STAY RELIEF. | 0.40 |
| 11/15/22 | MJN  | CORRESPONDENCE REGARDING MITSUBISHI STAY RELIEF MOTION | 0.30 |
| 11/18/22 | MJN  | REVIEW MITSUBISHI FINANCING AGREEMENT, STAY RELIEF MOTION | 0.50 |
| 11/19/22 | MJN  | REVIEW MOTION FOR RELIEF FROM STAY; CORRESPOND WITH COUNSEL REGARDING THE SAME. | 0.60 |
| 11/21/22 | MJN  | CORRESPOND WITH COUNSEL REGARDING MITSUBISHI STAY RELIEF MOTION AND FOLLOW UP REGARDING THE SAME. | 0.50 |
| 11/22/22 | MJN  | CONFERENCE CALL WITH COUNSEL FOR ARDAGH REGARDING MOTION FOR RELIEF FROM STAY (.4); REVIEW MOTION AND RESEARCH REGARDING OUTSTANDING DUNNAGE (.5); REVIEW INVOICES AND TERMS AND CONDITIONS PROVIDED BY COUNSEL (.4) | 1.30 |
| 11/28/22 | KLB  | REVIEW DOCKET REGARDING HEARING ON VARIOUS MOTIONS FOR RELIEF FROM STAY, FILING OF RESPONSES, ETC., AND DISCUSSIONS WITH M. NILES REGARDING SAME | 0.30 |
| 11/28/22 | KLB  | PREPARE AGREED MOTION TO CONTINUE HEARING ON MITSUBISHI'S MOTION FOR RELIEF FROM STAY (.7); PREPARE PROPOSED ORDER GRANTING MOTION TO CONTINUE HEARING, AND EMAILS TO M. NILES (.7) | 1.40 |
| 11/28/22 | KLB  | REVISE AND FINALIZE AGREED MOTION TO CONTINUE DECEMBER 1, 2022 HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MITSUBISHI AND REVISE AND FINALIZE PROPOSED ORDER (.3); FORMAT AND E-FILE AGREED MOTION AND FORMAT AND SUBMIT PROPOSED AGREED ORDER (.2); EMAILS TO AND FROM STRETTO REGARDING SERVICE (.1) | 0.60 |
| 11/28/22 | MJN  | CORRESPOND WITH MATT KYE REGARDING MITSUBISHI STAY RELIEF MOTION (.3); REVIEW AND REVISE MOTION TO CONTINUE HEARING (.3). | 0.60 |
| 11/29/22 | MJN  | CORRESPOND WITH HURON TEAM (.2) AND COUNSEL FOR GM FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY (.2) | 0.40 |
| 11/29/22 | KLB  | EMAILS TO AND FROM J. GUSO REGARDING SUBMISSION OF PROPOSED ORDER GRANTING | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.                                              PAGE: 68
                                                                    MATTER ID: 31679-0528

|          |     |                                                                 |      |
|----------|-----|-----------------------------------------------------------------|------|
|          |     | AGREED MOTION FOR RELIEF FROM STAY WITH MONSTER (.1); REVISE PROPOSED ORDER (.1) |      |
| 11/29/22 | MJN | CORRESPOND WITH COUNSEL FOR ARDAGH REGARDING MOTION FOR RELIEF FROM STAY (.3); REVIEW DOCUMENTS REGARDING DUNNAGE (.3) | 0.60 |
| 11/30/22 | MJN | CONFERENCE CALL WITH HURON TEAM TO DISCUSS STATES LOGISTICS (.3); CONFERENCE CALL WITH STATES LOGISTICS (.5); REVIEW AND REVISE AGREED MOTION FOR RELIEF FROM STAY AND FIRST AMENDMENT (.6); FOLLOW UP WITH HURON AND TEAM REGARDING MOTION AND AMENDMENTS (.3) | 1.70 |
| 11/30/22 | MJN | CORRESPOND WITH COUNSEL FOR MITSUBISHI REGARDING MOTION FOR RELIEF FROM STAY. | 0.30 |
| 11/30/22 | MJN | CORRESPOND WITH COUNSEL FOR GM VEHICLES REGARDING STAY RELIEF MOTION (.3); REVIEW DOCUMENTS (TITLE, AGREEMENTS) PROVIDED BY COUNSEL (.4); REVIEW SPREADSHEET REGARDING OUTSTANDING AMOUNTS OWED (.3); CORRESPOND WITH HURON TEAM REGARDING THE SAME (.2) | 1.20 |

                                        SUB-TOTAL FEES:        17.50        8,229.50

### RATE SUMMARY

| Kerry L. Burns   |       | 4.50  | HOURS | 265.00/HR | 1,192.50 |
|------------------|-------|-------|-------|-----------|----------|
| Jordi Guso       |       | 1.90  | HOURS | 695.00/HR | 1,320.50 |
| Michael J. Niles |       | 11.10 | HOURS | 515.00/HR | 5,716.50 |
|                  | TOTAL | 17.50 |       |           |          |

                              TOTAL CURRENT BILLING:        251,800.91
                                    CREDITS APPLIED:            (0.00)
                               PREVIOUS BALANCE DUE:              0.00

                                          TOTAL DUE:        251,800.91

**PAYMENT DUE UPON RECEIPT.  PLEASE NOTE ACCOUNT NUMBER ON CHECK.**

# BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

Statement as of December 31, 2022
Statement No. 261325

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

| | | |
|---|---|---:|
| 31679.0001 CH. 11 BANKRUPTCY FILING | Current Fees: | 0.00 |
| | Current Expenses: | 1,120.74 |
| 31679.0501 CASE ADMINISTRATION | Current Fees: | 9,543.50 |
| | Current Expenses: | 0.00 |
| 31679.0502 BUSINESS OPERATIONS | Current Fees: | 28,096.50 |
| | Current Expenses: | 0.00 |
| 31679.0503 MEETING OF CREDITORS/COMMITTEES | Current Fees: | 12,939.50 |
| | Current Expenses: | 0.00 |
| 31679.0505 ASSET DISPOSITION/PRESERVATION | Current Fees: | 2,878.00 |
| | Current Expenses: | 0.00 |
| 31679.0506 FINANCING | Current Fees: | 26,606.50 |
| | Current Expenses: | 0.00 |
| 31679.0507 FEE/EMPLOYMENT APPLICATION | Current Fees: | 7,365.50 |
| | Current Expenses: | 0.00 |
| 31679.0509 CLAIMS ADMINISTRATION AND OBJECTION | Current Fees: | 4,653.00 |
| | Current Expenses: | 0.00 |
| 31679.0512 EXECUTORY CONTRACTS AND UNEXPIRED LEASES | Current Fees: | 3,506.50 |
| | Current Expenses: | 0.00 |
| 31679.0513 UTILITIES | Current Fees: | 1,752.50 |
| | Current Expenses: | 0.00 |
| 31679.0517 SETTLEMENT AND COMPROMISE | Current Fees: | 2,890.00 |
| | Current Expenses: | 0.00 |
| 31679.0527 LITIGATION CONSULTING | Current Fees: | 1,246.50 |
| | Current Expenses: | 0.00 |
| 31679.0528 RELIEF FROM STAY PROCEEDING/ADEQUATE PROTECTION | Current Fees: | 10,106.50 |
| | Current Expenses: | 0.00 |

# BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

| | |
|---|---:|
| Total Current Fees: | 111,584.50 |
| Total Current Expenses: | 1,120.74 |
| Total Current Billing: | 112,705.24 |
| Credits Applied: | (0.00) |
| Previous Balance Due: | 49,984.70 |
| **Total Due:** | **162,689.94** |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 3
MATTER ID: 31679-0001

## BERGER SINGERMAN

201 E. Las Olas Blvd.  Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:01/13/23
INVOICE NO. 261325

CH. 11 BANKRUPTCY FILING

MATTER ID: 31679-0001

**EXPENSES**

| Date | Description | Qty | Amount |
|---|---|---|---|
| 12/06/22 | VENDOR: OUELLETTE & MAULDIN COURT REPORTERS, INC; INVOICE#: 973227; DATE: 12/6/2022  -  31679.0001 HEARING BEFORE JUDGE PETER RUSSIN, COPY 34 PAGES RUSH, LITIGATION PACKAGE | 1.00 | 55.80 |
| 12/08/22 | VENDOR: OUELLETTE & MAULDIN COURT REPORTERS, INC; INVOICE#: 973243; DATE: 12/8/2022  -  31679.0001 HEARING BEFORE JUDGE PETER RUSSIN, LITIGATION PACKAGE | 1.00 | 359.85 |
| 12/19/22 | VENDOR: OUELLETTE & MAULDIN COURT REPORTERS, INC; INVOICE#: 973302; DATE: 12/19/2022  -  31679.0001 HEARING BEFORE JUDGE PETER RUSSIN, COPY 25 PAGES RUSH, LITIGATION PACKAGE | 1.00 | 45.00 |
| 12/20/22 | VENDOR: OUELLETTE & MAULDIN COURT REPORTERS, INC; INVOICE#: 973306; DATE: 12/20/2022  -  31679.0001 HEARING BEFORE JUDGE PETER RUSSIN, ORIG & 1-20 PAGES REG DEL. LITIGATION PACKAGE | 1.00 | 95.00 |
| | **COURT REPORTER** | | **555.65** |
| 12/05/22 | PAYEE: E-PORTAL FILING; REQUEST#: 45170; DATE: 12/5/2022. - 31679.0001 FILING FEE | 1.00 | 200.00 |
| | **FILING FEE** | | **200.00** |
| 12/06/22 | VENDOR: CITY NATIONAL BANK INVOICE#: JPAVL-20221212 DATE: 12/12/2022 | 1.00 | 56.69 |
| | **MEAL** | | **56.69** |
| 12/01/22 | PACER USAGE CHARGE | 11.00 | 1.10 |
| 12/12/22 | PACER USAGE CHARGE | 2.00 | 0.20 |
| 12/13/22 | PACER USAGE CHARGE | 17.00 | 1.70 |
| 12/14/22 | PACER USAGE CHARGE | 19.00 | 1.90 |
| 12/15/22 | PACER USAGE CHARGE | 99.00 | 9.90 |
| 12/19/22 | PACER USAGE CHARGE | 11.00 | 1.10 |
| 12/22/22 | PACER USAGE CHARGE | 3.00 | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

|  | **PACER CHARGE** | **16.20** |
|---|---|---|
| 12/01/22 | REPRODUCTIONS | 11.00 | 1.65 |
| 12/01/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/02/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/02/22 | REPRODUCTIONS | 91.00 | 13.65 |
| 12/02/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/02/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/02/22 | REPRODUCTIONS | 56.00 | 8.40 |
| 12/02/22 | REPRODUCTIONS | 71.00 | 10.65 |
| 12/02/22 | REPRODUCTIONS | 44.00 | 6.60 |
| 12/02/22 | REPRODUCTIONS | 45.00 | 6.75 |
| 12/07/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/07/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/07/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 12/07/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/07/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/07/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/08/22 | REPRODUCTIONS | 10.00 | 1.50 |
| 12/08/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/14/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/14/22 | REPRODUCTIONS | 30.00 | 4.50 |
| 12/14/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/14/22 | REPRODUCTIONS | 21.00 | 3.15 |
| 12/14/22 | REPRODUCTIONS | 7.00 | 1.05 |
| 12/14/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/14/22 | REPRODUCTIONS | 17.00 | 2.55 |
| 12/15/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/15/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/16/22 | REPRODUCTIONS | 27.00 | 4.05 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 32.00 | 4.80 |
| 12/19/22 | REPRODUCTIONS | 27.00 | 4.05 |
| 12/19/22 | REPRODUCTIONS | 16.00 | 2.40 |
| 12/19/22 | REPRODUCTIONS | 7.00 | 1.05 |
| 12/19/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/19/22 | REPRODUCTIONS | 15.00 | 2.25 |
| 12/19/22 | REPRODUCTIONS | 25.00 | 3.75 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 79.00 | 11.85 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |

VITAL PHARMACEUTICALS, INC., ET AL.

| | | | |
|---|---|---|---|
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 327.00 | 49.05 |
| 12/19/22 | REPRODUCTIONS | 33.00 | 4.95 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 19.00 | 2.85 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 51.00 | 7.65 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 79.00 | 11.85 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 8.00 | 1.20 |
| 12/19/22 | REPRODUCTIONS | 8.00 | 1.20 |
| 12/19/22 | REPRODUCTIONS | 21.00 | 3.15 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 9.00 | 1.35 |
| 12/19/22 | REPRODUCTIONS | 33.00 | 4.95 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 7.00 | 1.05 |
| 12/19/22 | REPRODUCTIONS | 327.00 | 49.05 |
| 12/19/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/19/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/19/22 | REPRODUCTIONS | 6.00 | 0.90 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 5.00 | 0.75 |
| 12/19/22 | REPRODUCTIONS | 134.00 | 20.10 |
| 12/19/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/19/22 | REPRODUCTIONS | 4.00 | 0.60 |
| 12/19/22 | REPRODUCTIONS | 2.00 | 0.30 |
| 12/20/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/20/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/20/22 | REPRODUCTIONS | 3.00 | 0.45 |
| 12/20/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/20/22 | REPRODUCTIONS | 1.00 | 0.15 |
| 12/20/22 | REPRODUCTIONS | 1.00 | 0.15 |

**REPRODUCTION**      **292.20**

SUB-TOTAL      **1,120.74**

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 6
MATTER ID: 31679-0501

## BERGER SINGERMAN
201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTION, FL  33326

INVOICE DATE:01/13/23
INVOICE NO. 261325

CASE ADMINISTRATION

MATTER ID: 31679-0501

**PROFESSIONAL FEES RENDERED THROUGH 12/31/22**

| | | | HOURS |
|---|---|---|---|
| 12/01/22 | JG | CONFERENCE WITH LATHAM RE WORK IN PROCESS CHART; DIP HEARING (.5);  PREPARE FOR AND ATTEND DEC. 1 OMNIBUS HEARINGS (1.5). | 2.00 |
| 12/01/22 | KLB | EMAILS REGARDING SCHEDULES AND ATTACHMENT TO SCHEDULE A/B (.1); REVIEW SCHEDULES AND EMAILS TO AND FROM STRETTO REGARDING ATTACHMENT TO SCHEDULES (.2); EMAILS TO AND FROM B. ROSEN REGARDING SAME AND POTENTIAL AMENDMENTS TO SCHEDULES (.2) | 0.50 |
| 12/01/22 | MJN | FINALIZE ISSUES WITH MONTHLY OPERATING REPORTS AND ASSIST WITH FILING SAME | 0.60 |
| 12/01/22 | MJN | CORRESPOND WITH LATHAM & WATKINS REGARDING WORK IN PROGRESS (.4); REVISE WORK IN PROCESS LIST ACCORDINGLY (.2) | 0.60 |
| 12/01/22 | MJN | CORRESPOND WITH PETER CANTANZARO REGARDING OUTSTANDING ISSUES. | 0.30 |
| 12/02/22 | KLB | EMAILS TO AND FROM STRETTO TEAM TO PROVIDE SERVICE INSTRUCTIONS FOR SERVICE OF FILED MOTION TO CONTINUE UPCOMING EVIDENTIARY HEARING, AND ORDERS ON KERP MOTION AND MOTION TO CONTINUE HEARING | 0.20 |
| 12/02/22 | KLB | RESPOND TO TELEPHONE INQUIRIES REGARDING RECEIPT OF BANKRUPTCY NOTICES AND FILING OF CLAIMS | 0.60 |
| 12/05/22 | JD | ATTEND AND RESPOND TO INQUIRIES REQUESTING ADDITIONAL INFORMATION IN CONNECTION WITH DOCUMENTS RECEIVED | 0.50 |
| 12/05/22 | KLB | REVIEW EMAILS FROM A. SORKIN AND H. MURTAGH REGARDING PRO HAC VICE MOTION (.1); PREPARE MOTION TO APPEAR PRO HAC VICE FOR H. MURTAGH (.4), AFFIDAVIT OF VISITING ATTORNEY (.3) AND PROPOSED ORDER (.3); EMAILS TO AND FROM H. MURTAGH AND | 1.50 |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 7

MATTER ID: 31679-0501

|          |     |                                                                                                                                                                                          |      |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |     | FINALIZE, FORMAT AND E-FILE MOTION TO APPEAR PRO HAC VICE (.4)                                                                                                                            |      |
| 12/05/22 | JG  | CALL WITH P. BATTISTA RE FINAL PREPARATION FOR LENDER MEETING (.2).                                                                                                                       | 0.20 |
| 12/06/22 | KLB | EMAILS FROM TJ LI OF LATHAM & WATKINS REGARDING TRANSCRIPT OF DECEMBER 6, 2022 HEARING (.1); PREPARE TRANSCRIPT REQUEST FORM AND EMAILS TO AND FROM COURT REPORTER (.5)                    | 0.60 |
| 12/06/22 | MJN | ATTEND WORK IN PROCESS CALL WITH LATHAM & WATKINS TEAM.                                                                                                                                   | 0.50 |
| 12/07/22 | MJN | CORRESPOND WITH HURON TEAM AND LATHAM & WATKINS TEAM REGARDING LITIGATION ISSUES AND BUDGET.                                                                                              | 0.30 |
| 12/08/22 | MJN | ATTEND DAILY WORK IN PROCESS CALL WITH LATHAM TEAM AND J.GUSO .                                                                                                                           | 0.40 |
| 12/08/22 | KLB | EMAILS FROM AND TO COURT REPORTER WITH TRANSCRIPT OF DECEMBER 6, 2022 HEARING (.2); EMAILS TO AND FROM LATHAM TEAM WITH TRANSCRIPT (.1)                                                    | 0.30 |
| 12/08/22 | JG  | MEMOS TO AND FROM L. BLANCO RE AMENDED COMPENSATION PROCEDURES ORDER (.2); REVIEW AND REVISE FIRST MONTHLY INTERIM STATEMENT (.2); REVIEW OF ROTHSCHILD FEE STATEMENT AND MEMO TO J. KANG RE SAME (.1). | 0.50 |
| 12/13/22 | MJN | PREPARE FOR AND ATTEND WORK IN PROCESS CALL WITH LATHAM & WATKINS TEAM.                                                                                                                   | 0.50 |
| 12/13/22 | MJN | CORRESPOND WITH S.PARKHURST REGARDING ENGLAND AND UPDATING SCHEDULE F.                                                                                                                    | 0.30 |
| 12/14/22 | KLB | TELEPHONE CONFERENCE WITH M. NILES REGARDING STATUS OF UPCOMING MATTERS, HEARING, ETC.                                                                                                    | 0.20 |
| 12/14/22 | KLB | EMAILS TO AND FROM M. NILES AND EMAILS TO HURON TEAM REGARDING FILING OF NOVEMBER MONTHLY OPERATING REPORT                                                                                 | 0.20 |
| 12/14/22 | MJN | CORRESPOND WITH COUNSEL FOR KRONES, INC REGARDING PROOF OF CLAIM REQUEST.                                                                                                                 | 0.20 |
| 12/15/22 | MJN | ATTEND WORK IN PROCESS CALL WITH LATHAM & WATKINS TEAM                                                                                                                                    | 0.40 |
| 12/15/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING NOVEMBER MONTHLY OPERATING REPORTS.                                                                                                                  | 0.30 |
| 12/15/22 | MJN | PREPARE UPDATE FOR 11TH CIRCUIT STAYED CASE.                                                                                                                                              | 0.40 |
| 12/15/22 | MJN | FURTHER CORRESPONDENCE WITH M.LEE REGARDING KRONES, INC.                                                                                                                                  | 0.20 |
| 12/16/22 | JD  | ATTEND TO ISSUES RELATED TO UPCOMING DECEMBER 19TH HEARING                                                                                                                                | 0.20 |
| 12/16/22 | MJN | CORRESPOND WITH HURON TEAM REGARDING                                                                                                                                                      | 0.40 |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 8

MATTER ID: 31679-0501

| | | SCHEDULE AMENDMENTS. | |
|---|---|---|---|
| 12/16/22 | MJN | REVIEW CORRESPONDENCE REGARDING EQUIPMENT ABANDONMENT. | 0.30 |
| 12/16/22 | JD | RESEARCH AND OBTAIN ALL NECESSARY FORMS IN CONNECTION WITH FILING OF AMENDED SCHEDULES (.4); CONFER WITH M. NILES REGARDING SAME (.1) | 0.50 |
| 12/18/22 | MJN | CORRESPOND WITH W.MORLEY AND OFFICE SERVICES REGARDING BINDER PREPARATION FOR HEARING ON DECEMBER 19 | 0.30 |
| 12/19/22 | MJN | PREPARE NOTICE OF ABANDONMENT. | 0.70 |
| 12/19/22 | JD | FORMAT AND FILE NOTICE OF ABANDONMENT OF EQUIPMENT AND COMMUNICATE WITH CLAIMS AGENT REGARDING SERVICE OF SAME | 0.20 |
| 12/20/22 | MJN | CORRESPOND WITH SCOTT ANDRON AND COMPANY REGARDING NOTICE OF ABANDONMENT OF CERTAIN EQUIPMENT. | 0.20 |
| 12/20/22 | MJN | REVIEW AND REVISE MOTION TO EXTEND REMOVAL DEADLINE (.4); RESEARCH REGARDING REMOVAL EXTENSIONS (.8) | 1.20 |
| 12/20/22 | MJN | CORRESPOND WITH SCOTT ANDRON REGARDING NOTICE OF ABANDONMENT. | 0.30 |
| 12/20/22 | MJN | REVIEW AND REVISE WORK IN PROCESS CHART (.2); ATTEND WORK IN PROCESS MEETING WITH LATHAM & WATKINS TEAM (.4) | 0.60 |
| 12/21/22 | JD | REVIEW, REVISE, FINALIZE, FORMAT AND FILE EXPEDITED MOTION TO EXTEND TIME TO REMOVE CERTAIN ACTIONS | 0.30 |
| 12/21/22 | MJN | FINALIZE EXTENSION OF REMOVAL PERIOD MOTION FOR FILING (.3) | 0.30 |
| 12/22/22 | JD | ATTEND TO CALLS RE UPCOMING HEARING AND REQUESTING ADDITIONAL INFORMATION TO IDENTIFY CASE | 0.50 |
| 12/22/22 | MJN | CORRESPOND WITH SCOTT ANDRON AND P.BORRELLI REGARDING CERTAIN PERSONAL PROPERTY OF THE COMPANY. | 0.30 |
| 12/27/22 | KLB | FORMAT FIVE MONTHLY OPERATING REPORTS FOR NOVEMBER 2022 AND E-FILE SAME | 0.70 |
| 12/27/22 | MJN | REVIEW AND UPDATE LATHAM & WATKINS'S WORK IN PROCESS CHART IN PREPARATION OF CONFERENCE CALL. | 0.40 |
| 12/29/22 | KLB | EMAILS REGARDING PREPARATION AND FILING OF MONTHLY OPERATING REPORTS FOR QUASH SELTZER AND VITAL PHARMACEUTICALS, INC. | 0.20 |
| 12/29/22 | JG | REVIEW OF MONTHLY OPERATING REPORTS (.6); CALL WITH HURON TEAM RE SAME (.2) | 0.80 |
| 12/30/22 | KLB | REVIEW EMAILS FROM A. VIDAL AND J. DIDONATO REGARDING OPERATING REPORTS (.1); FORMAT REPORTS FOR FILING AND E-FILE | 0.20 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 9
MATTER ID: 31679-0501

OPERATING REPORTS FOR QUASH SELTZER
AND VITAL PHARMACEUTICALS, INC.

SUB-TOTAL FEES:      20.90          9,543.50

**RATE SUMMARY**

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 5.20 | HOURS | 265.00/HR | 1,378.00 |
| Janette Diaz | 2.20 | HOURS | 265.00/HR | 583.00 |
| Jordi Guso | 3.50 | HOURS | 695.00/HR | 2,432.50 |
| Michael J. Niles | 10.00 | HOURS | 515.00/HR | 5,150.00 |
| TOTAL | 20.90 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                          PAGE: 10
                                                                   MATTER ID: 31679-0502

# BERGER SINGERMAN
201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                         INVOICE DATE:01/13/23
WESTION, FL  33326                                          INVOICE NO. 261325

BUSINESS OPERATIONS                                      MATTER ID: 31679-0502

**PROFESSIONAL FEES RENDERED THROUGH 12/31/22**                  HOURS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/22 | JG | CALL FROM J. DIDONATO RE FOLLOW UP FROM RESTRUCTURING COMMITTEE MEETING (.2); MEMO FROM AND TO D. VAN TUJIN RE INTEREST IN PHOENIX AZ. FACILITY; SALE PROCESS (.1); PREPARE FOR AND ATTEND BOARD MEETING (1.3); MEMO FROM AND TO G. METZGER AND S. PARKHURST RE STATES LOGISTICS STIPULATION AND AMENDMENT (.2); CALL WITH P. BATTISTA RE PENDING ISSUES (.3). | 2.10 |
| 12/02/22 | JG | CONFERENCE WITH MANAGEMENT AND HURON TEAM TO PREPARE FOR LENDER PRESENTATION (.5); DAILY CTO CALL WITH MANAGEMENT (.5);  CALL WITH P. BORELLI AND G. METZGER RE PEMBROKE PINES CO ISSUES; STELLAR RESPONSE (.3); MEMOS TO AND FROM S. PARKHURST RE STATES LOGISTICS STIPULATION; RETRIEVAL OF END CAPS ETC. (.2); CALL FROM K. FENDRICK RE REFRESCO ESSENTIAL VENDOR CLAIM; PAYMENT TERMS (.2); MEMO TO J. DIDONATO RE KERP ORDER AND PAYMENTS (.1); | 1.80 |
| 12/03/22 | JG | MEMO FROM AND TO A. SORKIN AND HURON TEAM RE LENDER ISSUES AND CORPORATE GOVERNANCE (.2); CALL WITH S. PANAGOS AND CO-ADVISORS RE LENDER MEETING AND MANAGEMENT PRESENTATION; COUNTER-PROPOSAL TO LENDERS (.8). | 1.00 |
| 12/05/22 | MJN | CORRESPOND WITH S. PARKHURST REGARDING STATES LOGISTICS RESOLUTION. | 0.20 |
| 12/06/22 | JG | CONFERENCE WITH S. PARKHURST AND A. GUPTA RE BUSINESS PLAN AND PRESENTATION TO BOARD (.2); MEMO FROM M. WEISS RE PRINCIPAL REQUEST FOR POST-PETITION DEPOSIT (.1). | 0.30 |
| 12/07/22 | MJN | CONFERENCE CALL WITH HURON TEAM AND J. GUSO REGARDING STATES LOGISTICS AND | 2.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 11
MATTER ID: 31679-0502

|  |  |  |  |
|---|---|---|---|
|  |  | OTHER OPEN ITEMS (.8); PREPARE MOTION TO AMEND CRITICAL VENDOR MOTION, ORDER, AND CRITICAL VENDOR AGREEMENT (1.3); CORRESPOND WITH J.GUSO REGARDING THE SAME (.2). |  |
| 12/07/22 | JG | CALL WITH S. PARKHURST AND A. GUPTA RE STATE LOGISTICS, MITSUBISHI AND PARALLEL ESSENTIAL VENDOR ISSUES (.8); ATTEND DAILY CTO CALL WITH MANAGEMENT MEETING (.8); PREPARE FOR AND ATTEND RESTRUCTURING COMMITTEE MEETING (1.3). | 2.90 |
| 12/08/22 | KLB | DISCUSSIONS WITH M. NILES REGARDING STATES LOGISTICS AND FILING OF MOTION TO SUPPLEMENT EXHIBIT A TO CRITICAL VENDOR MOTION | 0.20 |
| 12/08/22 | KLB | EMAILS FROM J. GUSO REGARDING FILING OF MOTION TO SUPPLEMENT EXHIBIT TO CRITICAL VENDOR MOTION AND STATUS OF SAME | 0.10 |
| 12/08/22 | JG | CALL FROM S. PARKHURST RE PARALLEL, CHEP AND RELATED MATTERS (.3); CALL WITH COUNSEL TO CHEP RE ESSENTIAL VENDOR ORDERS AND PAYMENT (.2); REVIEW AND REVISE MOTION AND ORDER TO AMEND ESSENTIAL VENDOR ORDER TO ADD ADDITIONAL CREDITOR (.3); MEMO FROM P. BORELLI RE PEMBROKE PINES CO; STELLAR (.1); CALL WITH R. CHARBONNEAU RE SAME (.2); ATTEND DAILY CTO CALL WITH MANAGEMENT (.6); REVIEW OF KERP MOTION AND ORDER; MEMO TO TEAM RE PROPOSED AMENDMENTS TO KERP PROGRAM (.3). | 2.00 |
| 12/09/22 | KLB | DISCUSSIONS REGARDING FILING OF MOTION TO SUPPLEMENT EXHIBIT A TO CRITICAL VENDOR MOTION (.1); REVISE AND FINALIZE MOTION AND REDACT INFORMATION ON EXHIBIT (.3); FORMAT AND E-FILE MOTION AND REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER (.2); EMAILS TO AND FROM STRETTO TEAM REGARDING SERVICE (.1) | 0.70 |
| 12/09/22 | MJN | ATTEND LENDER PRE-CALL. | 0.40 |
| 12/09/22 | JG | CALL WITH HURON AND MANAGEMENT TEAM TO PREPARE FOR LENDER MEETING (.4); CONFERENCE WITH A. SORKIN AND P. BATTISTA RE STATUS OF MATTERS WITH LENDERS; CORPORATE GOVERNANCE ISSUES AND PENDING ISSUES (.5) | 0.90 |
| 12/12/22 | BSA | DISCUSSIONS WITH TEAM MEMBER REGARDING AMENDMENTS TO OPERATING AGREEMENT AND UPDATES TO BOARD OF DIRECTORS (.2); REVIEW AND REVISE AMENDMENT TO OPERATING AGREEMENT OF JHO HOLDINGS (.7); DRAFT WRITTEN CONSENTS OF THE CORPORATIONS ELECTING NEW BOARD | 2.40 |