VITAL PHARMACEUTICALS, INC., ET AL.

| 02/15/23 | KLB | EMAILS FROM AND TO J. WEICHSELBAUM REGARDING STATUS OF MOTION TO REDACT BIDDER INFORMATION FROM SUPPLEMENTAL DECLARATION IN SUPPORT OF RETENTION, AND FILING OF SUPPLEMENTAL DECLARATION | 0.20 |
|---|---|---|---|
| 02/15/23 | KLB | CONTINUED PREPARATION OF INITIAL DRAFT OF BERGER SINGERMAN'S FIRST INTERIM FEE APPLICATION | 0.40 |
| 02/15/23 | KLB | FINALIZE AMENDED APPLICATION FOR APPROVAL OF SPECIAL COUNSEL RETENTION (.1); FORMAT AND COMPILE COMPOSITE EXHIBIT A TO APPLICATION (.2); E-FILE APPLICATION FOR APPROVAL OF EMPLOYMENT AND EMAILS TO STRETTO FOR SERVICE (.2) | 0.50 |
| 02/17/23 | JG | REVIEW OF COMMITTEE COMMENTS TO AMENDED RETENTION APPLICATION (.1); MEMO TO D. GEYSER RE SAME (.1). | 0.20 |
| 02/17/23 | JG | MEMOS FROM AND TO MR. WILKES AND A. SORKIN RE SUPPLEMENTAL DECLARATION IN SUPPORT OF LATHAM & WATKINS RETENTION AND REDACTION OF SAME. | 0.20 |
| 02/20/23 | KLB | PREPARE LETTER TO APPLICATION RECIPIENTS WITH JANUARY FEE STATEMENT (.3); EMAILS TO AND FROM J. GUSO AND FINALIZE CORRESPONDENCE AND FEE STATEMENT (.2); PREPARE FOR SERVICE BY EMAIL (.2) | 0.70 |
| 02/20/23 | KLB | REVIEW EMAILS REGARDING PROFESSIONAL FEE STATEMENTS, AND ORGANIZE PROFESSIONAL FEE STATEMENTS RECEIVED | 0.20 |
| 02/21/23 | KLB | GATHER DOCUMENTS FOR FEBRUARY 23, 2023 HEARING ON SPECIAL COUNSEL RETENTION APPLICATIONS, SALE MOTION AND REJECTION MOTION (.7), AND PREPARE E-BINDER FOR SAME (.6) | 1.30 |
| 02/21/23 | JG | CALL WITH L. BLANCO RE REDACTED SUPPLEMENTAL DECLARATIONS IN SUPPORT OF RETENTION AND SERVICE OF SAME. | 0.30 |
| 02/22/23 | KLB | ARRANGE FOR P. LOREE, R. FAULKNER AND D. GEYSER TO ATTEND FEBRUARY 23, 2023 HEARING, AND EMAILS TO SAME | 0.20 |
| 02/22/23 | KLB | GATHER PROFESSIONAL FEE STATEMENTS SUBMITTED BY ESTATE PROFESSIONALS FOR REVIEW AND COMPLIANCE WITH US TRUSTEE GUIDELINES, PER REQUEST OF J. DIDONATO | 0.30 |
| 02/22/23 | KLB | UPDATE BINDER FOR UPCOMING HEARING ON RETENTION APPLICATIONS (.4) | 0.40 |
| 02/24/23 | KLB | EMAILS TO D. GEYSER, R. FAULKNER AND P. LOREE REGARDING ORDER APPROVING AMENDED APPLICATION FOR APPROVAL OF EMPLOYMENT OF HAYNES AND BOONE AND FAULKNER ADR LAW | 0.10 |

VITAL PHARMACEUTICALS, INC., ET AL.

| 02/27/23 | KLB | REVIEW THIRD FEE STATEMENTS OF ESTATE PROFESSIONALS TO CONFIRM COMPLIANCE WITH US TRUSTEE'S GUIDELINES FOR LARGE CHAPTER 11 CASES, PER REQUEST OF CHIEF TRANSFORMATION OFFICER, J. DIDONATO (2.0); PREPARE EMAIL TO J. GUSO AND M. NILES REGARDING SAME (.4) | 2.40 |
| 02/27/23 | KLB | CONTINUED REVIEW OF THIRD FEE STATEMENTS OF ESTATE PROFESSIONALS TO CONFIRM COMPLIANCE WITH US TRUSTEE'S GUIDELINES, PURSUANT TO REQUEST OF J. DIDONATO, CHIEF TRANSFORMATION OFFICER | 0.80 |
| 02/28/23 | KLB | CONTINUED PREPARATION OF FIRST INTERIM FEE APPLICATION OF BERGER SINGERMAN | 2.20 |

SUB-TOTAL FEES:    53.30    26,526.00

**RATE SUMMARY**

| Kerry L. Burns | 23.80 | HOURS | 295.00/HR | 7,021.00 |
| Jordi Guso | 16.40 | HOURS | 750.00/HR | 12,300.00 |
| Michael J. Niles | 13.10 | HOURS | 550.00/HR | 7,205.00 |
| TOTAL | 53.30 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 23
MATTER ID: 31679-0509

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
*T:* (954) 525-9900  *F:* (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTON, FL  33326

INVOICE DATE:03/14/23
INVOICE NO. 263377

CLAIMS ADMINISTRATION AND OBJECTION

MATTER ID: 31679-0509

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**

| Date | Initials | Description | HOURS |
|---|---|---|---|
| 02/15/23 | KLB | EMAILS REGARDING TRANSFERS OF CLAIMS, SERVICE OF TRANSFER NOTICE BY STRETTO, AND DEADLINE FOR RESPONSE BY TRANSFEROR TO NOTICE OF TRANSFER | 0.30 |
| 02/23/23 | MJN | CORRESPOND WITH G. METZGER REGARDING PROOF OF CLAIMS. | 0.30 |

SUB-TOTAL FEES:    0.60    253.50

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 0.30 | HOURS | 295.00/HR | 88.50 |
| Michael J. Niles | 0.30 | HOURS | 550.00/HR | 165.00 |
| TOTAL | 0.60 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                        PAGE: 24
                                                              MATTER ID: 31679-0512

**BERGER SINGERMAN**
201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                        INVOICE DATE:03/14/23
WESTON, FL  33326                                         INVOICE NO. 263377

EXECUTORY CONTRACTS AND UNEXPIRED LEASES               MATTER ID: 31679-0512

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                    HOURS

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 02/01/23 | MJN | CORRESPOND WITH COUNSEL FOR FIESTA WAREHOUSE REGARDING WAREHOUSE FACILITY (.4); FOLLOW UP WITH THE DEBTORS REPRESENTATIVES REGARDING THE SAME (.2) | 0.60 |
| 02/03/23 | KLB | FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER EXTENDING TIME FOR DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY | 0.20 |
| 02/03/23 | MJN | CORRESPOND WITH COUNSEL FOR FIESTA REGARDING REJECTION OF WAREHOUSE AGREEMENT | 0.40 |
| 02/06/23 | MJN | CONFERENCE CALL WITH COUNSEL FOR FIESTA REGARDING WAREHOUSE CONTRACT (.5) | 0.50 |
| 02/06/23 | MJN | FOLLOW UP WITH F. TILUS REGARDING U.S BANK AGREEMENT FOR FORKLIFTS. | 0.30 |
| 02/06/23 | MJN | FURTHER FOLLOW UP WITH COUNSEL FOR FIESTA WAREHOUSE. | 0.30 |
| 02/06/23 | JG | MEMOS TO AND FROM G. BUKOVI RE: FIESTA WAREHOUSE LEASE AND POTENTIAL ABANDONMENT (.2). | 0.20 |
| 02/07/23 | MJN | REVIEW CERTAIN SUPPLY CONTRACT AGREEMENTS FOR POTENTIAL CONTRACT REJECTION (.4); CORRESPOND WITH THE COMPANY REGARDING THE SAME (.2) | 0.60 |
| 02/08/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING REJECTION OF ALUMINUM PURCHASE AGREEMENT | 0.10 |
| 02/08/23 | MJN | REVIEW AND REVISE MOTION TO REJECT ALUMINUM CONTRACTS | 0.30 |
| 02/10/23 | KLB | PREPARE MOTION TO REJECT ALUMINUM PURCHASE AGREEMENT WITH CONSTELLIUM ALUMINUM SHEET SUPPLY, AND AGREEMENT WITH NOVELIS (.6); PREPARE PROPOSED ORDER GRANTING MOTION TO REJECT (.5); | 1.40 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 25
MATTER ID: 31679-0512

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | REVIEW AGREEMENTS AND GATHER SERVICE ADDRESSES FROM AGREEMENTS FOR SERVICE OF MOTION (.3) | |
| 02/10/23 | KLB | REVIEW OF MULTIPLE EMAILS REGARDING ADDITIONAL AGREEMENTS TO INCLUDE IN MOTION TO REJECT CONTRACTS AND REQUEST FOR FIESTA WAREHOUSING AGREEMENT | 0.20 |
| 02/10/23 | KLB | REVIEW FIESTA WAREHOUSING AGREEMENT (.1); REVISE THIRD OMNIBUS MOTION TO REJECT TO INCLUDE FIESTA WAREHOUSING AGREEMENT (.3), AND EMAILS TO AND FROM M. NILES REGARDING SAME (.1) | 0.50 |
| 02/10/23 | MJN | CORRESPOND WITH CLIENT REGARDING FIESTA WAREHOUSE AGREEMENT. | 0.30 |
| 02/13/23 | KLB | EMAILS REGARDING REJECTION OF FIESTA WAREHOUSE AGREEMENT AND ABANDONMENT OF PERSONAL PROPERTY REMAINING AT SAN ANTONIO, TEXAS LOCATION (.2); REVISE MOTION TO REJECT AND REVISE PROPOSED ORDER (.5); MULTIPLE EMAILS TO AND FROM M. NILES REGARDING ABANDONMENT OF PERSONAL PROPERTY (.2); FURTHER REVISE MOTION AND REVIEW EMAIL FROM J. GUSO REGARDING COMMENTS (.2) | 1.10 |
| 02/13/23 | MJN | CORRESPOND WITH A. GUPTA REGARDING REJECTION OF LEASES. | 0.20 |
| 02/13/23 | MJN | CORRESPOND WITH S. SOLOMON REGARDING REJECTION OF FIESTA WAREHOUSE LEASE. | 0.30 |
| 02/13/23 | MJN | REVIEW AND REVISE MOTION TO REJECT LEASES AND ABANDON PROPERTY. | 0.50 |
| 02/13/23 | MJN | CORRESPOND WITH A. GUPTA REGARDING FIESTA WAREHOUSE REJECTION AND SANTANDER MOTION FOR RELIEF FROM STAY. | 0.30 |
| 02/14/23 | KLB | REVISE THIRD OMNIBUS MOTION TO REJECT EXECUTORY CONTRACTS | 0.40 |
| 02/14/23 | MJN | REVIEW AND FURTHER REVISE FIESTA MOTION TO REJECT AND ABANDON (.3); CORRESPOND WITH HURON TEAMS REGARDING THE SAME (.3) | 0.60 |
| 02/15/23 | MJN | CORRESPOND WITH A. GUPTA REGARDING FIESTA REJECTION AND ABANDONMENT MOTION (.2) ; FOLLOW UP WITH COUNSEL FOR FIESTA WAREHOUSE (.2) | 0.40 |
| 02/15/23 | MJN | CORRESPOND WITH COUNSEL FOR KRIER FOODS (.3); FOLLOW UP WITH HURON TEAM REGARDING THE SAME (.2) | 0.50 |
| 02/15/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING STATUS OF MOTION TO REJECT ALUMINUM CAN CONTRACTS AND FIESTA WAREHOUSE AGREEMENT | 0.20 |
| 02/15/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING FORKLIFTS AND POSSIBLE REJECTION OF | 0.10 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 26
MATTER ID: 31679-0512

| | | LEASE FOR SAME | |
|---|---|---|---|
| 02/16/23 | MJN | CORRESPOND WITH COUNSEL FOR FIESTA WAREHOUSE REGARDING REJECTION AND ABANDONMENT OF CONTRACT AND REMAINING INVENTORY. | 0.30 |
| 02/16/23 | MJN | CORRESPOND WITH COUNSEL FOR EASTGROUP REGARDING LEASE REJECTION. | 0.20 |
| 02/17/23 | KLB | REVIEW EMAILS REGARDING FILING OF MOTION TO REJECT ALUMINUM CAN AGREEMENTS AND FIESTA WAREHOUSING AGREEMENT (.2); REVISE AND FINALIZE MOTION TO REJECT (.3); FORMAT AND E-FILE MOTION TO REJECT (.3); EMAILS TO STRETTO REGARDING SERVICE UPON MASTER SERVICE LIST AND MULTIPLE ADDITIONAL ADDRESSES AS REFLECTED IN CONTRACTS (.3) | 1.10 |
| 02/20/23 | MJN | CORRESPOND WITH T. ABRAMS REGARDING MOTION TO REJECT LEASE. | 0.30 |
| 02/20/23 | MJN | FOLLOW UP WITH HURON REGARDING ADDITIONAL FIESTA WAREHOUSE REJECTION AND PROPERTY (.3) | 0.30 |
| 02/21/23 | KLB | EMAILS REGARDING ADDITIONAL WAREHOUSE LOCATION WITH FIESTA FOR REJECTION, AND ABANDONMENT OF ADDITIONAL INVENTORY AT TAYMAN STREET LOCATION IN SAN ANTONIO, TX | 0.20 |
| 02/21/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING FILING OF AMENDED MOTION TO REJECT ADDITIONAL FIESTA CONTRACT FOR TAYMAN STREET, SAN ANTONIO, TX LOCATION, AND REGARDING FILING OF NOTICE OF ABANDONMENT REGARDING REMAINING INVENTORY | 0.10 |
| 02/21/23 | MJN | FOLLOW UP WITH THE DEBTOR REGARDING SECOND FIESTA WAREHOUSE LOCATION AND REJECTION. | 0.50 |
| 02/21/23 | MJN | CORRESPOND WITH DEBTORS' REPRESENTATIVES REGARDING FORKLIFTS IN LITHIA SPRINGS. | 0.30 |
| 02/21/23 | MJN | CORRESPOND WITH S. PARKHURST OF HURON REGARDING KRIER FOODS. | 0.30 |
| 02/21/23 | MJN | REVIEW CONTRACTS RELATED TO PEI EQUIPMENT (.6); FOLLOW UP WITH G. BUKOVI REGARDING THE SAME (.3) | 0.90 |
| 02/21/23 | MJN | CORRESPOND WITH S. SOLOMON REGARDING FIESTA WAREHOUSE REJECTION. | 0.30 |
| 02/22/23 | KLB | PREPARE AMENDED THIRD OMNIBUS MOTION TO REJECT EXECUTORY CONTRACTS WITH FIESTA, ETC. (.6) AND EMAILS TO M. NILES (.1) | 0.70 |
| 02/22/23 | MJN | REVIEW PROPOSED ORDER REGARDING MOTION TO REJECT EASTGROUP PROPERTY | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 27
MATTER ID: 31679-0512

| | | (.2); CORRESPOND WITH T. ABRAMS REGARDING DEPOSIT ISSUE (.3) | |
|---|---|---|---|
| 02/22/23 | MJN | REVIEW AMENDED FIESTA MOTION TO REJECT (.2) AND CORRESPOND WITH HURON REGARDING THE SAME (.2). | 0.40 |
| 02/22/23 | MJN | CORRESPOND WITH S. SOLOMON REGARDING ADDITIONAL REJECTION MOTION FOR FIESTA. | 0.40 |
| 02/24/23 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF ORDER GRANTING SECOND MOTION TO REJECT EXECUTORY CONTRACTS | 0.10 |
| 02/24/23 | KLB | REVIEW EMAIL FROM T. ABRAMS REGARDING ADDITIONAL LANGUAGE FOR INCLUSION IN ORDER GRANTING MOTION TO REJECT LEASE WITH EASTGROUP PROPERTIES (.1); REVIEW EMAILS FROM M. NILES REGARDING PREPARATION OF AMENDED ORDER (.1); PREPARE AMENDED ORDER GRANTING SECOND MOTION TO REJECT LEASE AND EXECUTORY CONTRACT AND FINALIZE, FORMAT AND SUBMIT SAME (.2) | 0.40 |
| 02/24/23 | KLB | PREPARE EX PARTE MOTION TO AMEND ORDER GRANTING SECOND OMNIBUS MOTION TO REJECT (.7); PREPARE PROPOSED ORDER GRANTING EX PARTE MOTION (.5); PREPARE REDLINE OF AMENDED AGREED ORDER AND EMAILS TO J. GUSO AND M. NILES (.2) | 1.40 |
| 02/24/23 | KLB | FINALIZE, FORMAT AND SUBMIT AMENDED ORDER GRANTING SECOND OMNIBUS MOTION TO REJECT LEASE WITH EASTGROUP PROPERTIES | 0.20 |
| 02/24/23 | MJN | REVIEW AMENDED ORDER REGARDING LEASE REJECTION OF EAST GROUP PROPERTIES PREMISES. | 0.30 |
| 02/27/23 | MJN | CORRESPOND WITH S. SOLOMON REGARDING FIESTA CONTRACT REJECTION | 0.30 |
| 02/27/23 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF AMENDED ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS, MOTION TO AMEND ORDER AND ORDER GRANTING MOTION TO AMEND | 0.20 |
| 02/27/23 | JG | REVIEW OF MATTERS PERTAINING TO INTRASTATE  BREACH OF DISTRIBUTION AGREEMENT AND PREPARE MEMO TO TEAM RE REJECTION OPTIONS. | 0.70 |
| 02/28/23 | MJN | CORRESPOND WITH HURON TEAM REGARDING FIESTA AND KRIER CONTRACTS. | 0.30 |
| 02/28/23 | MJN | FURTHER CORRESPOND WITH S. PARKHURST OF HURON REGARDING FIESTA WAREHOUSE CONTRACT AND REJECTION | 0.30 |

SUB-TOTAL FEES:    21.50    9,812.00

VITAL PHARMACEUTICALS, INC., ET AL.

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 8.60 | HOURS | 295.00/HR | 2,537.00 |
| Jordi Guso | 0.90 | HOURS | 750.00/HR | 675.00 |
| Michael J. Niles | 12.00 | HOURS | 550.00/HR | 6,600.00 |
| TOTAL | 21.50 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 29
MATTER ID: 31679-0513

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE
WESTON, FL  33326

INVOICE DATE:03/14/23
INVOICE NO. 263377

UTILITIES

MATTER ID: 31679-0513

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                      HOURS

| 02/02/23 | MJN | CORRESPOND WITH THE LOS ANGELES UTILITY PROVIDER REGARDING PAST DUE NOTICES | 0.70 |
| 02/27/23 | MJN | CORRESPOND WITH S. TAM LU REGARDING MATHESON GAS ISSUE (.4); FOLLOW UP WITH E. CAMPAGNA (.2). | 0.60 |

SUB-TOTAL FEES:      1.30          715.00

**RATE SUMMARY**

| Michael J. Niles | | 1.30 | HOURS | 550.00/HR | 715.00 |
| | TOTAL | 1.30 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                                                PAGE: 30
                                                                                       MATTER ID: 31679-0517

# BERGER SINGERMAN

201 E. Las Olas Blvd. Suite 1500
Fort Lauderdale, Florida 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                                          INVOICE DATE:03/14/23
WESTON, FL  33326                                                           INVOICE NO. 263377

SETTLEMENT AND COMPROMISE                                                  MATTER ID: 31679-0517

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                               HOURS

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 02/01/23 | MJN | REVIEW AND REVISE MOTION TO APPROVE SETTLEMENT AGREEMENT WITH CROWN CORK (.3); REVIEW CROWN AND CORK SETTLEMENT AGREEMENT (.4). | 0.70 |
| 02/02/23 | MJN | CORRESPOND WITH HURON TEAMS REGARDING SIDEL SETTLEMENT AGREEMENT (.5); REVIEW AND REVISE MOTION TO APPROVE SETTLEMENT AGREEMENT (.4); REVIEW AND REVISE MOTION TO SHORTEN TIME (.3). | 1.20 |
| 02/02/23 | KLB | EMAILS TO AND FROM M. NILES REGARDING SETTLEMENT WITH SIDEL AND TAKE BACK OF CERTAIN EQUIPMENT (.2); REVISE MOTION TO APPROVE SETTLEMENT TO INCORPORATE ADDITIONAL TERMS AND CASE LAW (1.2); DISCUSSIONS | 3.80 |
| | | WITH M. NILES REGARDING INITIAL PURCHASE AGREEMENT AND TERMS OF SAME (.1); REVIEW OFFER TO TAKE BACK EQUIPMENT (.3); REVISE SETTLEMENT MOTION TO INCORPORATE ADDITIONAL TERMS (.9); EMAILS TO M. NILES WITH OPEN ISSUES (.1); PREPARE MOTION TO SHORTEN TIME FOR HEARING ON SETTLEMENT MOTION (.8); TELEPHONE CONFERENCE WITH M. NILES AND FURTHER REVISE MOTION TO APPROVE SETTLEMENT WITH SIDEL (.2) | |
| 02/02/23 | KLB | PREPARE PROPOSED ORDER SHORTENING TIME FOR HEARING ON SETTLEMENT MOTION WITH SIDEL (.6); EMAILS TO AND FROM M. NILES REGARDING STATUS OF FILING OF MOTION (.1) | 0.70 |
| 02/03/23 | MJN | FURTHER DISCUSSION REGARDING SETTLEMENT WITH SIDEL AND CROWN. | 0.80 |
| 02/07/23 | JG | CALL WITH COUNSEL TO SIDEL RE DEFINITIVE AGREEMENT TO TAKE BACK EQUIPMENT IN LITHIA SPRINGS AND SETTLEMENT OF DISPUTES. | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

| | | | |
|---|---|---|---|
| 02/07/23 | MJN | CORRESPOND WITH COUNSEL FOR SIDEL REGARDING PURCHASE AGREEMENT AND SETTLEMENT AGREEMENT. | 0.50 |
| 02/10/23 | KLB | EMAILS REGARDING STATUS OF SETTLEMENT WITH SIDEL REGARDING TAKE BACK OF EQUIPMENT | 0.10 |
| 02/13/23 | MJN | UPDATE MOTION TO APPROVE SETTLEMENT AGREEMENT WITH SIDEL AND PREPARE PROPOSED ORDER. | 0.40 |
| 02/13/23 | JG | REVIEW OF MOTION TO APPROVE SETTLEMENT WITH SIDEL. | 0.50 |
| 02/14/23 | KLB | REVIEW EMAILS FROM M. NILES AND S. PARKHURST REGARDING STATUS OF TAKE BACK OF EQUIPMENT BY SIDEL AND SETTLEMENT, AND ABANDONMENT OF REMAINING EQUIPMENT | 0.20 |
| 02/15/23 | MJN | REVIEW REVISED CROWN SETTLEMENT AGREEMENT AND CORRESPOND WITH S. PARKHURST REGARDING REVISIONS. | 0.50 |
| 02/16/23 | MJN | CORRESPOND WITH TEAM REGARDING LITHIA SPRINGS TRANSACTION AND SETTLEMENT WITH SIDEL. | 0.30 |
| 02/17/23 | MJN | REVIEW CROWN AGREEMENT REVISIONS AND PREPARE SUMMARY (.5); CORRESPOND WITH S.PARKHURST (.2). | 0.70 |
| 02/17/23 | MJN | REVIEW SIDEL SETTLEMENT AGREEMENT AND PROVIDE COMMENTS TO HURON TEAMS (.3) | 0.30 |
| 02/17/23 | JG | REVIEW OF SIDEL BUY-BACK AGREEMENT; MEMO TO A. GUPTA RE OPEN ISSUES (.3); | 0.30 |
| 02/20/23 | KLB | REVIEW REVISED LETTER AGREEMENT WITH CROWN CORK & SEAL (.2); REVISE MOTION TO APPROVE SETTLEMENT WITH CROWN CORK AND SEAL (.5) | 0.70 |
| 02/20/23 | MJN | UPDATE SETTLEMENT MOTION FOR CROWN. | 0.30 |
| 02/21/23 | MJN | FOLLOW UP WITH S. PARKHURST REGARDING SIDEL AGREEMENT. | 0.30 |
| 02/22/23 | JG | REVIEW AND REVISE UPDATED SIDEL AGREEMENT (.5); MEMO TO TEAM RE SAME (.1). | 0.60 |
| 02/22/23 | MJN | PROVIDE FURTHER REVISIONS TO THE SIDEL SETTLEMENT AGREEMENT. | 0.40 |
| 02/23/23 | KLB | REVIEW REVISED SETTLEMENT AGREEMENT BETWEEN DEBTORS AND SIDEL (.2); REVISE MOTION TO APPROVE SETTLEMENT SIDEL (.6) | 0.80 |
| 02/23/23 | MJN | REVIEW FINALIZED SETTLEMENT MOTION WITH CROWN (.3); CORRESPOND WITH HURON TEAMS REGARDING THE SAME (.2) | 0.50 |
| 02/23/23 | MJN | REVIEW REVISED SIDEL AGREEMENT AND PROVIDE COMMENTS (.4); REVIEW FURTHER REVISED CROWN AGREEMENT AND MAKE REVISIONS (.3); CORRESPOND WITH HURON | 0.90 |

VITAL PHARMACEUTICALS, INC., ET AL.

|  |  |  |  |
|---|---|---|---|
|  |  | TEAMS REGARDING THE SAME .2) |  |
| 02/23/23 | MJN | FURTHER REVISE SIDEL MOTION REGARDING REMOVAL OF EQUIPMENT BY NO LATER THAN MARCH 10, 2023. | 0.30 |
| 02/24/23 | KLB | REVISE DRAFT MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO APPROVE SETTLEMENT WITH SIDEL (.3); REVISE PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME (.2); REVISE MOTION TO APPROVE SETTLEMENT WITH SIDEL AND EMAILS TO M. NILES (.3) | 0.80 |
| 02/24/23 | KLB | EMAILS REGARDING SETTLEMENT WITH CROWN CORK AND SEAL (.2); PREPARE PROPOSED ORDER GRANTING MOTION TO APPROVE SETTLEMENT (.6) | 0.80 |
| 02/24/23 | JG | CALL WITH COUNSEL TO SIDEL RE PROPOSED SETTLEMENT MOTION AND ORDER TO AUTHORIZE RETURN CERTAIN OF EQUIPMENT. | 0.20 |
| 02/24/23 | MJN | CORRESPOND WITH COUNSEL FOR SIDEL REGARDING REMOVAL OF EQUIPMENT AND 9019 MOTION (.4); FURTHER REVISE MOTION AND ORDER BASED UPON COMMENTS FROM COUNSEL (.6) | 1.00 |
| 02/24/23 | MJN | CORRESPOND WITH S. PARKHURST OF HURON REGARDING FINALIZED CROWN SETTLEMENT AGREEMENT. | 0.20 |
| 02/27/23 | MJN | CORRESPOND WITH P. MORRISON REGARDING SIDEL SETTLEMENT AGREEMENT (.2); REVIEW AND REVISE MOTION AND ORDER FOR FILING (.4). | 0.60 |
| 02/27/23 | KLB | REVISE MOTION TO APPROVE SETTLEMENT WITH SIDEL (.2); REVISE PROPOSED ORDER APPROVING SETTLEMENT AND TELEPHONE CONFERENCE WITH M. NILES (.2); REVISE MOTION TO SHORTEN TIME FOR HEARING ON SETTLEMENT MOTION AND REVISE PROPOSED ORDER (.2) | 0.60 |
| 02/27/23 | KLB | FINALIZE AND FORMAT MOTION TO APPROVE SETTLEMENT WITH SIDEL AND COMPILE EXHIBITS (.2); REDACT BANK ACCOUNT INFORMATION FROM AGREEMENT FOR TAKE-BACK OF EQUIPMENT AND E-FILE MOTION TO APPROVE SETTLEMENT (.2); FINALIZE, FORMAT AND E-FILE MOTION TO SHORTEN TIME AND REVISE, FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER SHORTENING TIME (.3); GATHER SERVICE ADDRESSES FOR SIDEL FROM AGREEMENT AND EMAILS FROM COUNSEL AND EMAILS TO AND FROM STRETTO REGARDING SERVICE OF MOTION TO APPROVE SETTLEMENT AND MOTION TO SHORTEN TIME (.2) | 0.90 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 33

MATTER ID: 31679-0517

| 02/28/23 | MJN | REVIEW CORRESPONDENCE AND AGREEMENT WITH GRAPHIC PACKAGING INTERNATIONAL (.2); REVISE AGREEMENT (.3) | 0.50 |
|---|---|---|---|
| 02/28/23 | KLB | TELEPHONE CONFERENCE WITH M. NILES REGARDING HEARING ON MOTION TO APPROVE SETTLEMENT WITH SIDEL, LIMITING OF NOTICE, ETC. | 0.20 |
| 02/28/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING SERVICE OF HEARING NOTICE ON SETTLEMENT MOTION WITH SIDEL (.2); REVIEW LOCAL RULE 2002-1(H)(1) THROUGH (3) AND EMAILS REGARDING SAME (.2); EMAILS TO AND FROM STRETTO REGARDING SERVICE (.1) | 0.50 |
| 02/28/23 | JG | MEMOS FROM AND TO COUNSEL FOR NCAA RE SETTLEMENT PROPOSAL. | 0.20 |

SUB-TOTAL FEES:    22.60    10,274.50

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 10.10 | HOURS | 295.00/HR | 2,979.50 |
| Jordi Guso | 2.10 | HOURS | 750.00/HR | 1,575.00 |
| Michael J. Niles | 10.40 | HOURS | 550.00/HR | 5,720.00 |
| | TOTAL | 22.60 | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                     PAGE: 34
                                                          MATTER ID: 31679-0518

# BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                        INVOICE DATE:03/14/23
WESTON, FL  33326                                        INVOICE NO. 263377

PLAN AND DISCLOSURE STATEMENT                            MATTER ID: 31679-0518

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                HOURS

| 02/03/23 | KLB | FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER EXTENDING EXCLUSIVE PERIOD WITHIN WHICH ONLY THE DEBTORS MAY FILE A PLAN | 0.20 |
| 02/03/23 | KLB | EMAILS TO AND FROM STRETTO TEAM REGARDING SERVICE OF ENTERED ORDER EXTENDING EXCLUSIVE PERIOD AND ORDER GRANTING MOTION TO ASSUME OR REJECT LEASES | 0.10 |

SUB-TOTAL FEES:        0.30         88.50

### RATE SUMMARY

| Kerry L. Burns | | 0.30 | HOURS | 295.00/HR | 88.50 |
| | TOTAL | 0.30 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                              PAGE: 35
                                                                    MATTER ID: 31679-0527

# ☰ BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900   F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                          INVOICE DATE:03/14/23
WESTON, FL  33326                                            INVOICE NO. 263377

LITIGATION CONSULTING                                      MATTER ID: 31679-0527

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                    HOURS

| Date | Init | Description | Hours |
|---|---|---|---|
| 02/01/23 | JG | CONFERENCE WITH A. QUARTAROLO AND P. BATTISTA RE 2004 NOTICES AND STATUS. | 0.50 |
| 02/01/23 | MJN | REVIEW AND REVISE ALL BRANDS APPEAL STATUS REPORT (.2); CORRESPOND WITH D. HURTES REGARDING THE SAME (.1). | 0.30 |
| 02/03/23 | JG | MEMOS TO AND FROM MR. OWOC RE ONGOING INVESTIGATION. | 0.30 |
| 02/03/23 | JG | CALL FROM D. MUTH RE FEB. 9 HEARING AND OBI APPEAL (.3); MEMO TO AND FROM HURON TEAM RE PAYMENT OF EXPERT EXPENSES IN NON-BANKRUPTCY MATTERS (.1); CALL WITH A. SORKIN AND P. BATTISTA RE INFORMATION REQUESTS FROM MR. OWOC; STATUS (.3) | 0.70 |
| 02/04/23 | JG | MEMO TO AND FROM HURON TEAM RE REQUEST FOR PAYMENT OF NON-BANKRUPTCY EXPERTS; BUDGET. | 0.20 |
| 02/04/23 | JG | MEMO TO MR. OWOC RE KDP MATTERS (.2); MEMOS TO AND FROM S. PANAGOS RE SAME (.2). | 0.40 |
| 02/07/23 | JG | CALL WITH MR. OWOC AND M. CURTIS RE KDP MATTERS (.2); REVIEW OF EMAILS PROVIDED BY MR. OWOC RE SAME (.5). | 0.70 |
| 02/08/23 | KLB | REVISE AND FINALIZE EXPARTE MOTION FOR PROTECTIVE ORDER REGARDING 2004 EXAMINATION OF K. COLE (.2); FORMAT PROTECTIVE ORDER AND COMPILE EXHIBITS TO SAME (.2); EFILE MOTION FOR PROTECTIVE ORDER (.1); EMAILS TO AND FROM STRETTO REGARDING SERVICE (.1) | 0.60 |
| 02/08/23 | KLB | REVISE MOTION FOR STIPULATED PROTECTIVE AND CONFIDENTIALITY ORDER (.3); EMAILS TO AND FROM J. GUSO REGARDING STIPULATED PROTECTIVE AND CONFIDENTIALITY ORDER (.1); FINALIZE MOTION AND COMPILE EXHIBITS (.2); REVIEW EMAIL FROM A. QUARTAROLO | 1.10 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 36
MATTER ID: 31679-0527

| | | | |
|---|---|---|---|
| | | REGARDING REVISION TO ORDER (.1); REVISE STIPULATED PROTECTIVE ORDER AND FINALIZE SAME (.2); E-FILE MOTION AND EMAIL TO AND FROM STRETTO TEAM REGARDING SERVICE (.2) | |
| 02/08/23 | JG | WITNESS PREPARATION WITH J. DIDONATO AND REVISE WITNESS OUTLINE IN PREPARATION FOR FEB. 9 HEARINGS (2.3); REVIEW AND REVISE MOTIONS FOR PROTECTIVE ORDER AND STIPULATED CONFIDENTIALITY ORDER (1.0). | 3.30 |
| 02/09/23 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF HEARING NOTICES ON TWO EXPEDITED MOTIONS FOR PROTECTIVE ORDER (.1); EMAILS TO TEAM REGARDING EXPEDITED HEARING DATE (.1) | 0.20 |
| 02/10/23 | KLB | REVIEW MULTIPLE EMAILS FROM E. MORRIS, A. QUARTAROLO AND J. GUSO REGARDING FILING OF MOTION TO QUASH AND FOR PROTECTIVE ORDER (.1); REVISE AND FINALIZE MOTION TO QUASH AND FOR PROTECTIVE ORDER (.2); REVISE AND FINALIZE PROPOSED ORDER GRANTING MOTION (.2); FORMAT MOTION TO QUASH, AND FORMAT AND E-FILE MOTION (.2) AND EMAILS TO AND FROM STRETTO TEAM WITH INSTRUCTIONS FOR SERVICE (.1) | 0.80 |
| 02/10/23 | MJN | CORRESPOND WITH J. WILBERT REGARDING UPDATE REQUIRED IN CERTAIN APPELLATE CASES (.2); PREPARE STATUS REPORT (.4) | 0.60 |
| 02/10/23 | MJN | REVIEW PROTECTIVE ORDER REGARDING 2004 EXAMS. | 0.30 |
| 02/10/23 | JG | REVIEW AND REVISE MOTION FOR PROTECTIVE ORDER AS TO COMMITTEE RULE 2004 EXAMINATIONS. | 0.50 |
| 02/13/23 | KLB | REVIEW DOCKET AND COURT CALENDAR FOR MATTERS SCHEDULED FOR HEARING ON FEBRUARY 15, 2023 (.1); GATHER PLEADINGS FOR HEARING ON EXPEDITED MOTIONS FOR PROTECTIVE ORDER RELATING TO 2004 EXAMINATIONS (.7); PREPARE E-BINDER FOR HEARING (.4) | 1.20 |
| 02/13/23 | JG | CALL WITH G. METZGER AND A. QUARTAROLO RE OBI APPEAL (.3); FOLLOW UP CONFERENCE WITH A. QUARTAROLO RE HEARING ON MOTION FOR PROTECTIVE ORDER; MONSTER DISCOVERY (.4). | 0.70 |
| 02/14/23 | KLB | UPDATE E-BINDER FOR FEBRUARY 15, 2023 HEARINGS TO INCLUDE ADDITIONAL PAPERS FILED AND PREPARE E-BINDER FOR S. CAPUANO | 0.30 |
| 02/14/23 | JG | REVIEW AND REVISE REPORT TO RESTRUCTURING COMMITTEE. | 0.60 |
| 02/14/23 | MJN | UPDATE APPELLATE STATUS REPORT (.3); CORRESPOND WITH M. DUCHEMIN REGARDING | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

|  |  |  |  |
|---|---|---|---|
|  |  | THE SAME (.2) |  |
| 02/14/23 | SJC | PREPARE FOR HEARINGS ON MOTION FOR PROTECTIVE ORDER AND MOTION FOR CONFIDENTIALITY AGREEMENT; (1.0), AND MEETINGS AND EMAILS WITH TEAM REGARDING CASE AND RELATED MATTERS (.80) | 1.80 |
| 02/15/23 | JG | MEMOS TO AND FROM S. PANAGOS AND S. GRAY RE KDP INVESTIGATION (.2); CONFER WITH A. QUARTAROLO RE HEARING ON MOTION FOR PROTECTIVE ORDER AND CONFIDENTIALITY ORDER (.3). | 0.50 |
| 02/15/23 | SJC | PREPARE FOR AND ATTEND HEARINGS ON MOTION FOR PROTECTIVE ORDER AND MOTION FOR CONFIDENTIALITY AGREEMENT (2.80); AND MEETINGS AND EMAILS WITH COCOUNSEL AND TEAM REGARDING SAME (.70) | 3.50 |
| 02/16/23 | MJN | REVIEW TRADEMARK COMPLAINT AND MOTIONS FOR SUMMARY JUDGMENT AND PROVIDE COMMENTS (.7); REVIEW LOCAL RULES REGARDING MOTIONS FOR SUMMARY JUDGMENT (.2) | 0.90 |
| 02/16/23 | JG | CALL WITH S. GRAY AND M. CURTIS RE REPORT AND INVESTIGATION. | 0.50 |
| 02/16/23 | JG | CONFERENCE WITH G. METZGER AND QUARLES TEAM RE PENDING MATTERS; OBI APPEAL. | 0.40 |
| 02/17/23 | MJN | REVIEW AND REVISE MOTION TO SEAL (.3); CORRESPOND WITH LATHAM & WATKINS TEAM REGARDING COMPLAINT/MOTION FOR SUMMARY JUDGMENT (.4) | 0.70 |
| 02/17/23 | KLB | REVISE AND FINALIZE PROPOSED ORDER RESOLVING EXPEDITED MOTION FOR PROTECTIVE ORDER WITH RESPECT TO RULE 2004 NOTICES DIRECTED TO K. COLE (.2); FORMAT AND SUBMIT PROPOSED ORDER (.1) | 0.30 |
| 02/17/23 | KLB | REVISE AND FINALIZE PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT (.2); FORMAT AND SUBMIT ORDER (.1) | 0.30 |
| 02/17/23 | KLB | PREPARE MOTION FOR AUTHORIZATION TO FILE REDACTED VERSION OF ARBITRATION AWARD AND TO FILE UNREDACTED VERSION UNDER SEAL (.9); TELEPHONE CONFERENCE WITH M. NILES REGARDING SAME (.1); TELEPHONE CALL WITH M. NILES AND W. MORLEY REGARDING FILING OF AWARD UNDER SEAL AND ATTACHMENTS TO DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (.2); REVISE MOTION TO FILE REDACTED VERSION OF AWARD AND UNREDACTED VERSION UNDER SEAL (.3) | 1.50 |
| 02/17/23 | KLB | PREPARE PROPOSED ORDER GRANTING MOTION TO FILE REDACTED AWARD AND FOR AUTHORITY TO FILE UNREDACTED AWARD | 0.80 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 38
MATTER ID: 31679-0527

| | | | |
|---|---|---|---|
| | | UNDER SEAL (.7); EMAILS TO W. MORLEY AND TEAM FOR REVIEW AND COMMENTS (.1) | |
| 02/17/23 | KLB | MULTIPLE EMAILS REGARDING FILING OF ADVERSARY COMPLAINT, SUMMARY JUDGMENT MOTION, ETC. | 0.20 |
| 02/17/23 | MJN | FINALIZE COMPLAINT, MOTIONS FOR SUMMARY JUDGMENT, AND DECLARATION; REVIEW EXHIBITS (.5) | 0.50 |
| 02/17/23 | KLB | REVISE COMPLAINT FOR DECLARATORY JUDGMENT AND EMAILS TO AND FROM W. MORLEY (.2); FORMAT COMPLAINT FOR FILING (.1); REVISE MOTION FOR SUMMARY JUDGMENT AND FORMAT FOR FILING (.3); REVIEW DECLARATION OF E. MORRIS IN SUPPORT OF SUMMARY JUDGMENT MOTION AND COMPILE EXHIBITS TO SAME (.3); EMAILS TO AND FROM J. TERESI REGARDING EXHIBITS AND REVIEW REVISED EXHIBITS (.1); COMPILE EXHIBITS TO DECLARATION AND FORMAT DECLARATION AND EXHIBITS FOR FILING (.3); E-FILE COMPLAINT, MOTION FOR SUMMARY JUDGMENT AND DECLARATION AND EXHIBITS (.6); GATHER FILED DOCUMENTS AND CIRCULATE SAME TO TEAM (.2) | 2.10 |
| 02/19/23 | MJN | CORRESPOND WITH LATHAM & WATKINS  TEAM REGARDING COMPLAINT AND MOTIONS FOR SUMMARY JUDGMENT (.2); RESEARCH REGARDING THE SAME (.3) | 0.50 |
| 02/20/23 | KLB | MULTIPLE EMAILS FROM AND TO H. MURTAGH AND W. MORLEY REGARDING SUMMARY JUDGMENT, SCHEDULING OF HEARING AND ADVERSARY PROCEEDING STATUS CONFERENCE | 0.30 |
| 02/20/23 | JG | MEMO TO A. SORKIN AND H. MURTAGH RE STRATEGY ON SUMMARY JUDGMENT SCHEDULING. | 0.20 |
| 02/21/23 | KLB | REVIEW ADVERSARY DOCKET (.1); GATHER SERVICE ADDRESSES FOR DEFENDANTS AND COUNSEL FOR SERVICE OF COMPLAINT, SUMMONS, ETC. (.8) | 0.90 |
| 02/21/23 | KLB | GATHER SUMMONS AND ORDER SETTING SCHEDULING CONFERENCE AND EMAILS TO AND FROM LATHAM TEAM REGARDING SERVICE UPON DEFENDANTS AND COUNSEL | 0.30 |
| 02/21/23 | KLB | TELEPHONE CONFERENCE WITH CLERK OF BANKRUPTCY COURT REGARDING ENTRY OF ORDER AUTHORIZING FILING OF REDACTED EXHIBIT AND TO FILE UNREDACTED EXHIBIT UNDER SEAL (.2); PREPARE UNREDACTED VERSION OF FINAL ARBITRATION AWARD AND FORMAT AND SUBMIT SAME UNDER SEAL (.2); EMAILS TO W. MORLEY AND LATHAM TEAM REGARDING ENTRY OF ORDER, SUBMISSION OF | 0.50 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 39
MATTER ID: 31679-0527

| | | | |
|---|---|---|---|
| | | SEALED DOCUMENT, AND SERVICE OF ADVERSARY PAPERS (.1) | |
| 02/21/23 | JG | CALL WITH COMMITTEE COUNSEL AND HAYNES AND BOONE RE OBI APPEAL. | 0.50 |
| 02/22/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING SERVICE OF ADVERSARY COMPLAINT AND REVIEW EMAIL FROM M. NILES TO W. MORLEY AND LATHAM AND WATKINS TEAM | 0.20 |
| 02/22/23 | KLB | GATHER ADVERSARY COMPLAINT, SUMMONS, ORDER, SUMMARY JUDGMENT MOTION, MOTION TO REDACT EXHIBIT AND TO FILE UNREDACTED VERSION UNDER SEAL, DECLARATION IN SUPPORT OF SUMMARY JUDGMENT MOTION, AND ORDER GRANTING MOTION TO REDACT (.6); PREPARE FOR SERVICE BY FIRST CLASS AND CERTIFIED MAIL UPON DEFENDANTS, AND FIRST CLASS MAIL UPON DEFENDANTS' COUNSEL (.8) | 1.40 |
| 02/22/23 | KLB | PREPARE CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, ORDER AND OTHER DOCUMENTS FILED IN ADVERSARY PROCEEDING (.6); AND FINALIZE, FORMAT AND EFILE CERTIFICATE OF SERVICE (.2) | 0.80 |
| 02/22/23 | JG | CALL FROM L. BLANCO RE MOTION TO QUASH DISCOVERY AND FEB. 23 HEARINGS. | 0.20 |
| 02/22/23 | MJN | CORRESPOND WITH MORLEY AND TEAM REGARDING TRADEMARK PLEADINGS. | 0.30 |
| 02/22/23 | KLB | UPDATE BINDER FOR HEARING TO INCLUDE MATERIALS WITH RESPECT TO MOTION TO QUASH REGARDING COMMITTEE SUBPOENAS (.2) | 0.20 |
| 02/23/23 | JG | REVIEW AND REVISE PROPOSED SCHEDULING ORDER ON SUMMARY JUDGMENT MOTION (.2); MEMO TO AND FROM H. MURTAUGH RE SAME (.1). | 0.30 |
| 02/23/23 | KLB | EMAILS FROM AND TO C. TARRANT OF LATHAM & WATKINS REGARDING ADVERSARY PROCEEDING DEADLINES FOR NEWLY FILED ADVERSARY PROCEEDING, AND DISCUSSIONS WITH DOCKETING CLERK REGARDING SAME | 0.10 |
| 02/23/23 | KLB | PREPARE PROPOSED ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT (.7);' EMAILS TO AND FROM J. GUSO REGARDING SAME (.1) | 0.80 |
| 02/24/23 | JG | REVIEW OF COMMUNICATIONS FROM NCAA RE ALLEGED INFRINGEMENT (.2); CALL WITH G. ECKHOUSE AND G. METZGER RE SAME (.3); CALL WITH B. HAWKINS, COUNSEL FOR NCAA, RE SETTLEMENT PROPOSAL (.2); MEMO TO A. QUARTAROLO RE SAME (.1). | 0.80 |
| 02/27/23 | KLB | EMAILS FROM AND TO H. MURTAGH REGARDING SUBMISSION OF ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION FOR SUMMARY | 0.10 |

VITAL PHARMACEUTICALS, INC., ET AL.

PAGE: 40
MATTER ID: 31679-0527

| | | JUDGMENT, AND STATUS OF ENTRY OF SAME | |
|---|---|---|---|
| 02/27/23 | JG | REVIEW OF MATERIALS PERTAINING TO BANG AVIATION LITIGATION; SETTLEMENT PROPOSAL FROM GULFSTREAM (.5); CONFERENCE WITH A. QUARTAROLO RE SAME (.3); REVIEW OF CASES ON EFFECT OF SECURED CREDITOR'S FAILURE TO FILE PROOF OF CLAIM (.3). | 1.10 |
| 02/28/23 | SJC | COMMUNICATIONS WITH TEAM REGARDING HEARING ON MOTION FOR PROTECTIVE ORDER AND BEGIN REVIEW OF RELEVANT PLEADINGS | 0.50 |
| 02/28/23 | KLB | GATHER PLEADINGS FOR MARCH 2, 2023 HEARING ON MOTION TO QUASH, AND PREPARE E-BINDER FOR SAME | 0.60 |
| 02/28/23 | KLB | REVISE AND FINALIZE REPLY IN SUPPORT OF DEBTORS' MOTION TO QUASH AND FOR PROTECTIVE ORDER AS TO COMMITTEE'S RULE 2004 NOTICES (.2); FORMAT AND E-FILE REPLY AND EMAIL TO STRETTO REGARDING SERVICE (.2); UPDATE E-BINDER FOR MARCH 2, 2023 HEARING (.1) | 0.50 |
| 02/28/23 | JG | CALL WITH A. QUARTAROLO AND G. METZGER RE SEQUESTRATION (.2); REVIEW OF MEMO FROM G. METZGER AND CASELAW RE SAME (.3); REVIEW AND REVISE REPLY IN SUPPORT OF MOTION TO QUASH (.3). | 0.80 |
| 02/28/23 | JG | CALL FROM L. BLANCO RE COMMITTEE DISCOVERY. | 0.20 |
| 02/28/23 | JG | CALL FROM F. TERZO RE PENDING 2004 EXAMINATIONS. | 0.20 |

SUB-TOTAL FEES:    40.10    20,814.50

**RATE SUMMARY**

| | | | | |
|---|---|---|---|---|
| Kerry L. Burns | 16.10 | HOURS | 295.00/HR | 4,749.50 |
| Samuel J. Capuano | 5.80 | HOURS | 575.00/HR | 3,335.00 |
| Jordi Guso | 13.60 | HOURS | 750.00/HR | 10,200.00 |
| Michael J. Niles | 4.60 | HOURS | 550.00/HR | 2,530.00 |
| TOTAL | 40.10 | | | |

VITAL PHARMACEUTICALS, INC., ET AL.                                    PAGE: 41
                                                                       MATTER ID: 31679-0528

# ≡ BERGER SINGERMAN

201 E. LAS OLAS BLVD. SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
T: (954) 525-9900  F: (954) 523-2872
WWW.BERGERSINGERMAN.COM
EIN# 45-3121429

VITAL PHARMACEUTICALS, INC., ET AL.
1600 N PARK DRIVE                                       INVOICE DATE:03/14/23
WESTON, FL  33326                                          INVOICE NO. 263377

RELIEF FROM STAY PROCEEDING/ADEQUATE PROTECTION          MATTER ID: 31679-0528

**PROFESSIONAL FEES RENDERED THROUGH 02/28/23**                    HOURS

| Date | Init | Description | Hours |
|---|---|---|---|
| 02/01/23 | MJN | CORRESPOND WITH COUNSEL FOR U.S. BANK REGARDING MOTION FOR RELIEF FROM STAY (.3); CORRESPOND WITH HURON TEAMS REGARDING THE SAME (.2) | 0.50 |
| 02/02/23 | MJN | CORRESPOND WITH COUNSEL FOR U.S. BANK REGARDING MOTION FOR RELIEF FROM STAY AND PROPOSED ADEQUATE PROTECTION ORDER. | 0.30 |
| 02/03/23 | MJN | CORRESPOND WITH R. BRUCKMANN REGARDING ARDAGH STAY RELIEF MOTION. | 0.20 |
| 02/03/23 | MJN | REVIEW REVISED ADEQUATE PROTECTION ORDER WITH U.S. BANK REGARDING FORKLIFTS (.3); CORRESPOND WITH HURON TEAM AND THE DEBTORS' REPRESENTATIVES REGARDING THE SAME (.3) | 0.60 |
| 02/06/23 | KLB | EMAILS FROM AND TO J. WEICHSELBAUM REGARDING FILING OF RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY FAITH TECHNOLOGIES (.1); DISCUSSION WITH M. NILES REGARDING MOTION FOR RELIEF FROM STAY BY U.S. BANK (.1) | 0.20 |
| 02/06/23 | KLB | REVISE AND FINALIZE OBJECTION TO MOTION FOR RELIEF FROM STAY BY FAITH TECHNOLOGIES (.2); REVIEW EMAIL REGARDING FILING OF OBJECTION AND FORMAT SAME FOR FILING (.2)'; E-FILE OBJECTION TO MOTION FOR RELIEF FROM STAY AND EMAIL TO STRETTO TEAM REGARDING SERVICE (.3) | 0.70 |
| 02/06/23 | MJN | CORRESPOND WITH HURON TEAMS REGARDING U.S. BANK MOTION FOR RELIEF FROM STAY (.3); CORRESPOND WITH COUNSEL REGARDING ADEQUATE PROTECTION ORDER (.4) | 0.70 |
| 02/07/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING SUBMISSION OF PROPOSED ORDER RESOLVING MOTION FOR RELIEF FROM STAY BY US BANK | 0.10 |

VITAL PHARMACEUTICALS, INC., ET AL.

| 02/07/23 | MJN | CORRESPOND WITH R. EMANUEL REGARDING U.S. BANK'S MOTION FOR RELIEF FROM STAY (.3); FURTHER REVISE ORDER ON ADEQUATE PROTECTION (.3) | 0.60 |
|---|---|---|---|
| 02/07/23 | MJN | CORRESPOND WITH R. EMANUEL REGARDING REVISIONS TO ADEQUATE PROTECTION ORDER VIA EMAIL  AND TELEPHONE. | 0.30 |
| 02/07/23 | MJN | CORRESPOND WITH R. BRUCKMANN REGARDING ARDAGH MOTION FOR RELIEF FROM STAY. | 0.30 |
| 02/07/23 | MJN | REVIEW MOTION FOR RELIEF FROM STAY FILED BY SANTANDER (.3); CORRESPOND WITH HURON TEAMS AND THE COMPANY REGARDING THE SAME (.3). | 0.60 |
| 02/07/23 | MJN | REVIEW LETTER FROM MITSUBISHI REGARDING ADEQUATE PROTECTION PAYMENTS (.2); FOLLOW UP WITH THE DEBTORS' REPRESENTATIVES AND HURON TEAM REGARDING THE SAME (.2) | 0.40 |
| 02/08/23 | MJN | CORRESPOND WITH M. KYE REGARDING ADEQUATE PROTECTION PAYMENTS. | 0.20 |
| 02/08/23 | MJN | CORRESPOND WITH H. MURTAGH REGARDING MOTION FOR RELIEF FROM STAY. | 0.20 |
| 02/09/23 | KLB | REVIEW EMAILS FROM M. NILES REGARDING ALLY BANK AND ADEQUATE PROTECTION (.1); PREPARE STIPULATION FOR ADEQUATE PROTECTION REGARDING SECURED CLAIMS OF ALLY BANK (1.3) | 1.40 |
| 02/09/23 | KLB | PREPARE PROPOSED ORDER DENYING MOTION FOR RELIEF FROM STAY BY JASMIN WILLIAMS | 0.70 |
| 02/10/23 | KLB | EMAILS TO AND FROM J. GUSO WITH ORDER DENYING MOTION FOR RELIEF FROM STAY BY J. WILLIAMS (.1); FINALIZE, FORMAT AND SUBMIT PROPOSED ORDER (.2); EMAILS TO AND FROM STRETTO REGARDING SERVICE OF ENTERED ORDER (.1) | 0.40 |
| 02/10/23 | MJN | CORRESPOND WITH COUNSEL FOR SANTANDER REGARDING STAY RELIEF MOTION (.3); FOLLOW UP WITH S. PARKHURST AND A. GUPTA REGARDING SANTANDER FINANCED VEHICLES (.2). | 0.50 |
| 02/10/23 | MJN | TELEPHONE DISCUSSIONS WITH ALLY BANK REPRESENTATIVE REGARDING ADEQUATE PROTECTION STIPULATION (1.1; FOLLOW UP WITH A. GUPTA REGARDING THE SAME (.2) | 1.30 |
| 02/10/23 | MJN | CORRESPOND WITH COUNSEL REGARDING ARDAGH MOTION FOR RELIEF FROM STAY. | 0.20 |
| 02/13/23 | KLB | REVIEW EMAIL FROM M. NILES REGARDING SANTANDER MOTION FOR RELIEF FROM STAY AND PROPOSED ADEQUATE PROTECTION (.1); REVIEW EMAILS FROM DEBTORS' | 1.00 |

VITAL PHARMACEUTICALS, INC., ET AL.

| | | | |
|---|---|---|---|
| | | REPRESENTATIVES REGARDING SAME (.1) AND INITIAL PREPARATION OF PROPOSED AGREED ORDER RESOLVING SANTANDER'S MOTION FOR RELIEF FROM STAY, AND PROVIDING ADEQUATE PROTECTION (.8); | |
| 02/13/23 | MJN | CORRESPOND WITH DEBTOR REGARDING SANTANDER'S MOTION FOR RELIEF FROM STAY (.2); PREPARE ADEQUATE PROTECTION ORDER (.3); CORRESPOND WITH SANTANDER'S COUNSEL REGARDING THE SAME (.2) | 0.70 |
| 02/14/23 | MJN | CORRESPOND WITH SANTANDER AND THE DEBTORS' REPRESENTATIVES REGARDING THE MOTION FOR RELIEF FROM STAY AND ADEQUATE PROTECTION PAYMENTS MADE. | 0.40 |
| 02/15/23 | MJN | CORRESPOND WITH GM MOTORS REGARDING ADEQUATE PROTECTION PAYMENTS (.1); FOLLOW UP WITH HURON TEAM REGARDING THE SAME (.1). | 0.20 |
| 02/15/23 | MJN | CORRESPOND WITH COUNSEL FOR SANTANDER BANK REGARDING STAY RELIEF. | 0.40 |
| 02/15/23 | MJN | CORRESPOND WITH R. BRUCKMANN REGARDING ARDAGH STAY RELIEF MOTION. | 0.20 |
| 02/15/23 | KLB | DISCUSSIONS WITH M. NILES REGARDING STATUS OF RESOLUTION WITH SANTANDER BANK WITH RESPECT TO VEHICLES AND ADEQUATE PROTECTION | 0.10 |
| 02/16/23 | MJN | PREPARE MOTION AND ORDER TO CONTINUE ARDAGH MOTION FOR RELIEF FROM STAY | 0.30 |
| 02/17/23 | MJN | CORRESPOND WITH LESLIE MARINI REGARDING SANTANDER MOTION FOR RELIEF FROM STAY. | 0.20 |
| 02/17/23 | KLB | REVISE MOTION TO CONTINUE FEBRUARY 23, 2023 EVIDENTIARY HEARING ON ARDAGH'S MOTION FOR RELIEF FROM STAY (.2); REVISE PROPOSED ORDER GRANTING MOTION TO CONTINUE HEARING AND FINALIZE MOTION (.3); FORMAT AND E-FILE MOTION AND EMAIL TO STRETTO REGARDING SERVICE (.2); EMAILS TO COURTROOM DEPUTY REGARDING REQUEST FOR 30 DAY CONTINUANCE AND SUBMISSION OF PROPOSED ORDER (.1) | 0.80 |
| 02/21/23 | KLB | EMAILS TO AND FROM M. WELDON REGARDING CONTINUED HEARING DATE FOR STAY RELIEF MOTION BY ARDAGH (.1); REVISE AND FINALIZE PROPOSED AGREED ORDER CONTINUING HEARING, AND FORMAT AND SUBMIT PROPOSED AGREED ORDER (.2)) | 0.30 |
| 02/21/23 | MJN | REVIEW PAYMENT HISTORY DOCUMENTS PROVIDED BY COUNSEL FOR SANTANDER (.3); FOLLOW UP WITH HURON TEAMS REGARDING THE SAME (.2) | 0.50 |
| 02/21/23 | MJN | FOLLOW UP WITH COUNSEL FOR ARDAGH | 0.30 |

VITAL PHARMACEUTICALS, INC., ET AL.

REGARDING STAY RELIEF MOTION.

| | | | |
|---|---|---|---|
| 02/22/23 | KLB | EMAILS TO STRETTO REGARDING SERVICE OF ORDER CONTINUING HEARING ON MOTION FOR STAY RELIEF BY ARDAGH | 0.10 |
| 02/22/23 | KLB | REVISE, FINALIZE, FORMAT AND SUBMIT AGREED ORDER RESOLVING SANTANDER BANK'S MOTION FOR RELIEF FROM STAY | 0.30 |
| 02/22/23 | MJN | CORRESPOND WITH R. BRUCKMANN REGARDING ARDAGH MOTION FOR RELIEF FROM STAY. | 0.20 |
| 02/22/23 | MJN | CORRESPOND WITH L. MARINI REGARDING SANTANDER MOTION FOR RELIEF FROM STAY AND ADEQUATE PROTECTION ORDER. | 0.40 |
| 02/23/23 | KLB | EMAILS TO AND FROM STRETTO REGARDING SERVICE OF AGREED ORDER RESOLVING SANTANDER'S MOTION FOR RELIEF FROM STAY | 0.10 |
| 02/27/23 | MJN | FOLLOW UP WITH COUNSEL FOR ARDAGH REGARDING STAY RELIEF MOTION. | 0.30 |
| 02/27/23 | KLB | EMAILS REGARDING CHANGE OF TIME FOR MARCH 23, 2023 EVIDENTIARY HEARING ON ARDAGH'S MOTION FOR RELIEF FROM STAY AND EMAILS TO AND FROM STRETTO REGARDING SERVICE OF RE-NOTICE OF HEARING | 0.10 |
| 02/28/23 | MJN | CORRESPOND WITH R. BRUCKMANN REGARDING OUTSTANDING DUNNAGE REGARDING ARDAGH AND STAY RELIEF MOTION. | 0.30 |

SUB-TOTAL FEES:   17.60   8,073.50

**RATE SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| Kerry L. Burns | 6.30 | HOURS | 295.00/HR | 1,858.50 |
| Michael J. Niles | 11.30 | HOURS | 550.00/HR | 6,215.00 |
| | TOTAL | 17.60 | | | |

TOTAL CURRENT BILLING:   132,703.90

CREDITS APPLIED:   (0.00)

PREVIOUS BALANCE DUE:   103,274.80

TOTAL DUE:   235,978.70

**PAYMENT DUE UPON RECEIPT.  PLEASE NOTE ACCOUNT NUMBER ON CHECK.**