UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                  Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                Case No.: 22-17842-PDR

    Debtors.                                        (Jointly Administered)

_____/

**NOTICE OF FILING TEXT-SEARCHABLE VERSION OF FIRST INTERIM
APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF LATHAM & WATKINS LLP, AS CO-
COUNSEL FOR THE DEBTORS-IN-POSSESSION, FOR THE PERIOD OF
OCTOBER 10, 2022 THROUGH FEBRUARY 28, 2023 [ECF NO. 994]**

    LATHAM & WATKINS LLP, co-counsel for the Debtors, Vital Pharmaceuticals, Inc.,

Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment,

EEC, Quash Seltzer, EEC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International

Sales, Inc., hereby files the attached text-searchable version of the *First Interim Application for*

*Allowance and Payment of Compensation and Reimbursement of Expenses of Latham & Watkins*

*LLP, Co-Counsel for the Debtors-in-Possession, For the Period of October 10, 2022 Through*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors'
federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc.
(5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC
(9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital
Pharmaceuticals International Sales, Inc. (8019).

*February 28, 2023* filed on March 21, 2023 [ECF No. 994].

Dated:  April 21, 2023
      Miami, Florida

Respectfully submitted,

/s/ *Jordi Guso*

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
       mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

12093029-1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.:  22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

**SUMMARY OF FIRST INTERIM APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
LATHAM & WATKINS LLP, AS CO-COUNSEL FOR THE DEBTORS-IN-POSSESSION,
FOR THE PERIOD OF OCTOBER 10, 2022 THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| 1. | Name of applicant: | Latham & Watkins LLP |
| 2. | Role of applicant: | Co-Counsel to the Debtors and Debtors in Possession |
| 3. | Name of Certifying Professional: | Andrew Sorkin |
| 4. | Date case filed: | October 10, 2022 |
| 5. | Date of Order Approving Employment | 11/22/2022 (ECF No. 392) |
| **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW**: | | |
| 6. | Period for this Application: | October 10, 2022 through February 28, 2023 |
| 7. | Amount of Compensation Sought: | $6,447,330.25 |
| 8. | Amount of Expense Reimbursement Sought | $24,818.93 |
| **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW**: | | |
| 9. | Total Amount of Compensation Sought During Case: | N/A |

---

[1]    The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| 10. | Total Amount of Expense Reimbursement Sought During Case | N/A |
|---|---|---|
| 11. | Amount of Original Retainer(s). Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: | $2,617,777.45 |
| 12. | Current Balance of Retainer(s) remaining: | $937,725.09 |
| 13. | Last monthly operating report filed (Month/Year and ECF No.) | March 1, 2023 [ECF No. 877] |
| 14. | If case is Chapter 11, current funds in the Chapter 11 estate (as of January 31, 2023) | $16,732,457.00[2] |
| 15. | If case is Chapter 7, current funds held by Chapter 7 Trustee | N/A |

**History of Fees and Expenses**

1.      Dates, sources, and amounts of retainers received:

| Date | Source | Amount |
|---|---|---|
| 8/9/2022 | Debtors' funds | $400,000.00 |
| 8/26/2022 | Debtors' funds | $192,777.45 |
| 9/15/2022 | Debtors' funds | $2,025,000.00 |
| **TOTAL** | | **$2,617,777.45** |

2.      Dates, sources and amounts of third party payments received:  N/A

3.      Payments from Monthly Fee Statements:

| Fee Period | Payment Date | Fees Paid | Expenses Paid | Total |
|---|---|---|---|---|
| 10/10/2022 – 11/30/2022 | 2/2/2023 | $1,249,222.00 | $8,946.18 | $1,570,473.68 |
| 12/1/2022 – 12/31/2022 | 3/8/2023 | $930,277.80 | $3,255.07 | $933.532.87 |
| 1/1/2023 – 1/31/2023 | | $544,874.95[3] | $0 | $544,874.95 |

---

[2]    This figure is obtained from the reported cash balances as of January 31, 2023, from the Debtors' most recently filed monthly operating reports for the month ending January 31, 2023 [ECF Nos. 865-870, 877].

[3]    The Debtors inadvertently paid the full amount of Latham & Watkins LLP's first two monthly fee statements, rather than 80% of the requested fees and 100% of the requested expenses as permitted by order of this Court. The amounts by which these monthly fee statements were overpaid (*i.e.*, 20% of the requested fees) have been reallocated towards the firm's third monthly fee statement for which the objection deadline has passed without objection.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

_____/

**FIRST INTERIM APPLICATION FOR ALLOWANCE**
**AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**LATHAM & WATKINS LLP, AS CO-COUNSEL FOR THE DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD OF OCTOBER 10, 2022 THROUGH FEBRUARY 28, 2023**

Latham & Watkins LLP (the "Applicant"), as co-counsel for the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors"), hereby files its first interim application for

allowance and payment of compensation and reimbursement of expenses (the "Application") for

professional services rendered and expenses incurred by the Applicant during the period of

October 10, 2022 through February 28, 2023 (the "Application Period"). This Application is filed

pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and meets all of the requirements set forth in the *Guidelines for Fee*

*Applications for Professionals in the Southern District of Florida Bankruptcy Cases*, incorporated

in Local Rule 2016-1(B)(1), and *Appendix B – Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in*

---

[1]     The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal
        tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454);
        (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash
        Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales,
        Inc. (8019).

*Larger Chapter 11 Cases* (collectively, the "Guidelines").  In support of the Application, the

Applicant states:

## I.    RETENTION OF THE APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

1.    On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.

2.    On the Petition Date, the Debtors filed the *Debtors' Emergency Application for*

*Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as*

*Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22], requesting

approval of the employment of the Applicant as co-counsel to the Debtors.  On November 22,

2022, the Court entered an order authorizing the employment of the Applicant as co-counsel to the

Debtors on a final basis, effective as of the Petition Date [ECF No. 392].

3.    The Applicant submits this Application, pursuant to sections 327, 330, and 331 of

the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules and the Guidelines.  The Applicant

requests a first interim award of legal fees earned by the Applicant for services rendered as

co-counsel to the Debtors in the amount of $6,447,330.25 and reimbursement for the actual and

necessary expenses incurred by the Applicant during the Application Period in the amount of

$24,818.93.

4.    This request is the Applicant's first interim application to the Court for

compensation and reimbursement of expenses for services rendered as co-counsel to the Debtors.

No understanding exists between the Applicant and any other person for the sharing of

compensation sought by the Applicant, except among the partners, counsel, and associates of the

Applicant.

In accordance with the Guidelines, the following exhibits are annexed to this Application:

**Exhibit A**:    Customary and Comparable Compensation Disclosures

**Exhibit B**:    Summary of Timekeepers Included in this Application

**Exhibit C-1**:   Budget

**Exhibit C-2**:   Staffing Plan

**Exhibit D-1**:   Summary of Compensation Requested by Project Category

**Exhibit D-2**:   Summary of Expense Reimbursement Requested by Category

**Exhibit E**:    Summary Cover Sheet of Application

**Exhibit F-1**:   Detailed Description of Services Rendered

**Exhibit F-2**:   Detailed Description of Expenses and Disbursements

5.     The Applicant has expended a total of 5,397.20 hours during the Application Period in rendering necessary and beneficial legal services to the Debtors.

6.     Exhibit A contains the blended hourly rate by category of timekeeper for fees billed during the Application Period and the blended hourly rate by category of timekeeper for fees billed by the Applicant for the preceding year, excluding bankruptcy engagements.  Exhibit B contains a list of the professionals and paraprofessionals included in the Application, as well as the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional and paraprofessional.  Exhibit C-1 contains Applicant's budget and staffing plan relating to the Application Period, reflecting the estimated hours to be spent and estimated fees to be incurred during the period beginning on the Petition Date through and including December 31, 2022 (the "Budgeted Period").[2]  Exhibit C-2 contains Applicant's staffing plan reflecting the number of timekeepers expected to perform work on these cases during the Budgeted Period and the average

---

[2]    The Applicant provided the Debtors with a preliminary budget and staffing plan covering the Budgeted Period. Pursuant to this Court's order [ECF No. 503], the Application Period is longer than the Budgeted Period. As such, the Applicant provided the Debtors and their financial advisor with monthly aggregate fee estimates for the remainder of the Application Period not covered by the Budgeted Period (*i.e.*, January and February). These monthly fee estimates did not include fee estimates broken out by category but rather included the total fee estimate for each month beyond the Budgeted Period.

hourly rate broken down by category of timekeeper.  Exhibit D-1 contains a summary of compensation requested by project category, reflecting the number of hours budgeted, fees budgeted, hours billed and fees sought during the Budgeted Period and Application Period, as applicable.  Exhibit D-2 contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtors, for which the Applicant seeks reimbursement in accordance with section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines.  The expenses and disbursements summarized in Exhibit D-2 include only those which the Applicant typically would invoice to its non-bankruptcy clients.  Exhibit E contains a summary cover sheet of the Application.  Exhibit F-1 contains a daily description of the services rendered and the hours expended by the various professionals and paraprofessionals of the Applicant who performed services during the Application Period, and Exhibit F-2 contains a detailed schedule listing the expenses and disbursements for which the Applicant seeks reimbursement.  The Applicant has prepared Exhibits F-1 and F-2 based on, among other things, contemporaneous daily time records maintained by the Applicant's professionals and paraprofessionals who rendered services in these cases.

## II.    BACKGROUND OF THE CHAPTER 11 CASES

### A.    Business Operations

7.    The Debtors began operations in 1993, are headquartered in Weston, Florida, and are leaders in the performance energy drink industry.  The Debtors develop and manufacture novel and great tasting beverages, including their leading product, the Bang energy drink.  As of April 2022, the Bang energy drink was the third best-selling energy drink in the United States as measured by retail sales and market share data.  The Debtors have operations facilities in Arizona, California, Georgia, North Carolina, Texas, and internationally in Canada.  The Debtors' products are available for purchase in the all 50 states, Canada, Latin America, Europe, and Australia.

8.      The Debtors perform substantially all research and development in their Florida laboratories.  The Debtors employ a dedicated product development and quality control team who are committed to improving the current product portfolio, creating new product offerings for existing customers, and developing markets across the globe.

**B.      Marketing Strategy**

9.      The Debtors deploy a unique marketing strategy utilizing (a) digital marketing, including social media (*e.g.*, TikTok, Facebook, Instagram, and YouTube), (b) influencers and brand ambassadors, and (c) in-store promotion.  As of September 30, 2022, the Debtors worked with approximately 1,000 influencers, and the Debtors' marketing efforts on social media reach approximately 1.3 billion followers through the Debtors' contracted influencers and brand ambassadors.

**C.      Distribution Network**

10.     The Debtors' distribution network is critical to the sales of their products and overall business strategy.  The Debtors have spent months carefully building out their network of distributors, positioning it for success.  Such network represents one of the Debtors' most valuable assets on a go-forward basis.

**D.      Employees**

11.     As of the Petition Date, the Debtors employed a total of 1,103 employees, of which 1,013 were full time employees, 88 were part time employees and 2 were seasonal employees.  Of these 1,103 employees, 432 were hourly wage earners, and 671 were salaried personnel.

**E.      Prepetition Indebtedness**

12.     Vital Pharmaceuticals, Inc., as borrower, and certain of its subsidiaries and affiliates as guarantors, are parties to the *Amended and Restated Revolving Credit and Term Loan Agreement*, dated as of August 14, 2020, (as amended, modified, or supplemented from time to

time, the "Prepetition Credit Agreement"). The Prepetition Credit Agreement provides two separate credit facilities, each maturing on August 14, 2025: (a) a revolving credit facility (the "Prepetition Revolving Credit Facility"), and (b) a term loan (the "Prepetition Term Loan" and, together with the Prepetition Revolving Credit Facility and all other obligations arising under the Prepetition Credit Agreement, the "Prepetition Loans"). As of the Petition Date, the outstanding principal of the Prepetition Loans was approximately $344.2 million, consisting of approximately $240.2 million under the Prepetition Revolving Credit Facility and approximately $104.2 million under the Prepetition Term Loan. The Debtors' obligations under the Prepetition Credit Agreement are secured by liens on substantially all of the Debtors' assets. Approximately $235 million in outstanding principal obligations under the Prepetition Credit Agreement have since been "rolled up" into the Debtors' debtor-in-possession financing facility.

13. As of the Petition Date, the Debtors had no funded unsecured debt. In the ordinary course, the Debtors incur trade debt with certain vendors and suppliers in connection with the operation of their businesses. As of the Petition Date, the Debtors had approximately $83 million in trade payables outstanding, excluding certain obligations under the Debtors' customer programs.

### F.    Notable Litigation

14. As of the Petition Date, the Debtors were party to approximately 63 disputes that are in active litigation or are the subject of threatened litigation, including: (1) an arbitration award (the "Arbitration Award") in favor of Monster Energy Company ("Monster") and Orange Bang, Inc. ("OBI"), which was affirmed by the District Court for the Central District of California, for approximately $175 million plus a 5% royalty of net sales of Bang energy drinks, and (2) a $293 million verdict issued in favor of Monster in a false advertising lawsuit. The Debtors' have appealed the Arbitration Award, and such appeal is still pending.

G.      **Chapter 11 Objectives & Sale Process**

15.      As disclosed in previous filings with the Court, the Debtors commenced these cases to (a) obtain an essential infusion of liquidity, (b) secure "breathing room" from pending litigation, and (c) pursue a recapitalization, reorganization, or other going concern transaction for the benefit of all stakeholders.   To that end, the Debtors obtained commitments for debtor-in-possession financing for up to $100 million in new money financing that would permit the Debtors to effectively pursue a reorganization or sale transaction.   Numerous objections were filed to the proposed debtor-in-possession financing, and the hearing to consider entry of the final order approving that financing was delayed several times; ultimately, all but one of the objections was resolved consensually (with the remaining objection overruled), and the proposed debtor-in-possession financing was approved by the Court on January 10, 2023.   In addition to numerous objections related to the terms of the Debtors' postpetition financing (including, case milestones, adequate protection, and collateral package, among others), numerous creditor constituencies pushed for corporate governance changes in connection with their objections to the Debtors' postpetition financing.   Applicant spent considerable time working with the existing board and shareholder, and these creditor constituents, on these requests, and assisted the Debtors in implementing numerous governance changes during this Application Period.   In particular, Applicant worked with the Debtors to consider the appointment of new independent board members and other changes to the composition of the board, in coordination with the Debtors' key stakeholders.

16.      In furtherance of the Debtors' goal to preserve the going concern value of their business and to implement a going concern transaction, on January 27, 2023, the Debtors filed a motion [ECF No. 707] seeking approval of bidding procedures by which the Debtors will solicit and select the highest or otherwise best offer for the sale of the Debtors' assets.   As detailed in

such motion, the Debtors have been running a robust marketing process for a going concern transaction both prior to and since the Petition Date.  On February 24, 2023, the Court entered an order [ECF No. 854] approving, among other things, the proposed bidding procedures.  The Debtors' sale and marketing process is ongoing.

17.    In connection with the Debtors' sale process, on February 17, 2023, the Debtors commenced an adversary proceeding against Monster and OBI, seeking an order from the Court declaring that *res judicata* bars Monster and OBI from re-litigating the terms under which the Debtors, or any purchaser of the Debtors' business, are entitled to use the Bang mark, which is one of the most valuable assets to the Debtors' business.  In the alternative, to the extent *res judicata* does not fully resolve the issues presented, the Debtors are seeking a declaration that the right to operate subject to the 5% royalty regime under the Arbitration Award discussed above, is fully-transferable, including to a purchaser of all or substantially all of the Debtors' assets and subsequent purchasers, without the consent of Monster and OBI.  This adversary proceeding, which remains pending, will provide much needed certainty to the Debtors and potential purchasers of the Debtors' assets to ensure a successful sale process.

18.    In sum, since the Petition Date, the Debtors have pursued a process to maximize value and returns for all constituencies.  The Applicant has been working with the Debtors and all parties in interest to facilitate a smooth and efficient administration of the Debtors' chapter 11 cases in order to achieve the best possible outcome for all parties in interest.

III.    **REQUESTS FOR FIRST DAY RELIEF**

19.    The Applicant assisted the Debtors with the preparation and filing of these chapter 11 cases, as well as a number of "first day" pleadings (the "First Day Pleadings"), which were considered by the Court, on an emergency basis, on October 13, 2022.

20.    Among the First Day Pleadings filed were the following:

(a)    *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22], which sought authorization to retain the Applicant as co-counsel to the Debtors, effective as of the Petition Date.  Pursuant to the Court's order dated November 22, 2022 [ECF No. 392], the Court approved the retention of the Applicant as co-counsel to the Debtors, effective as of the Petition Date.

(b)    *Debtors' Emergency Application For Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Local Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 21], which sought authorization to retain Berger Singerman LLP ("Berger Singerman") as local counsel to the Debtors, effective as of the Petition Date.  Pursuant to the Court's order dated November 21, 2022 [ECF No. 379], the Court approved the retention of Berger Singerman as local counsel to the Debtors, effective as of the Petition Date.

(c)    *Debtors' Application, Pursuant to Section 363(b) of the Bankruptcy Code, for Authority to Employ and Retain, on an Interim and Final Basis, Huron Consulting Services LLC, to Provide the Services of a Chief Transformation Officer and Additional Personnel, Effective as of the Petition Date* [ECF No. 19], which sought authorization to approve the employment of Huron Consulting Services LLC ("Huron") as financial advisor to the Debtors, effective as of the Petition Date.  Pursuant to the Court's order dated October 14, 2022 [ECF No. 104], the Court approved the retention of Huron, on an interim basis, as financial advisor to the Debtors, effective as of the Petition Date.  On November 22, 2022, the Court entered a final order approving the retention of Huron [ECF No. 395].

(d)    *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(a) and 328(a) Authorizing the Employment and Retention of Rothschild & Co US Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* [ECF No. 23], which sought authorization to approve the employment of Rothschild & Co. US Inc. ("Rothschild") as investment banker for the Debtors, effective as of the Petition Date.  Pursuant to the Court's order dated November 22, 2022 [ECF No. 393], the Court approved the retention of Rothschild, as investment banker for the Debtors, effective as of the Petition Date.

(e)    *Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Stretto, Inc., as Notice, Claims and Solicitation Agent, Effective as of the Petition Date* [ECF No. 20], which was granted on October 14, 2022 [ECF No. 119].

(f)    *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain their Cash Management System, (II) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 18], which was granted on an interim basis on October 14, 2022 [ECF No. 118], and on a final basis on November 22, 2022 [ECF No. 394].

(g)    *Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors* [ECF No. 13], which was granted on October 14, 2022 [ECF No. 112].

(h)    *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 10], which was granted on October 14, 2022 [ECF No. 114].

(i)　*Debtors' Emergency Motion for (A) the Authority to Pay Prepetition Obligations Owing to Foreign Vendors, Service Providers and Governments and (B) to Honor and Continue Paying Foreign Vendors in the Ordinary Course of Business* [ECF No. 12], which was granted on October 14, 2022 [ECF No. 111].

(j)　*Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-petition Claims of, and Honoring Certain Contracts, with Shippers and Warehousemen* [ECF No. 14], which was granted on October 14, 2022 [ECF No. 113].

(k)　*Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations* [ECF No. 16], which was granted on October 14, 2022 [ECF No. 116].

(l)　*Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; and (II) Honor Certain Obligations in Respect Thereof* [ECF No. 11], which was granted on October 14, 2022 [ECF No. 109].

(m)　*Debtors' Emergency Motion for Order (I) Authorizing Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtors to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers* [ECF No. 17], which was granted on October 14, 2022 [ECF No. 117].

(n)　*Debtors' Emergency Motion Pursuant to Sections 105(a), 363, 1107 and 1108 of the Bankruptcy Code for an Order (A) Authorizing, but not Directing, the Debtors to (I) Maintain and Administer Customer Programs, and (II) to Honor or Pay Certain Prepetition Obligations to their Customers in the Ordinary Course of Business; and (B) Granting Certain Related Relief* [ECF No. 15], which was granted on October 14, 2022 [ECF No. 108].

(o)     *Debtors' Emergency Motion for Interim and Final Orders (I) Approving*

*Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and*

*Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection,*

*(V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*

[ECF No. 24] (the "DIP Financing Motion"), which was granted on an interim basis on October

14, 2022 [ECF No. 120].  The Court conducted the final hearing on January 10, 2023 and granted

the DIP Financing Motion on a final basis on January 12, 2023 [ECF No. 638].  Through the DIP

Financing Motion, the Debtors primarily sought post-petition financing sufficient to maintain

liquidity to ensure a smooth and complete Chapter 11 process to maximize value for the Debtors'

estates, their creditors, and all parties in interest.

## IV.    OTHER REQUESTS FOR RELIEF

21.     Following the filing of the foregoing First Day Pleadings, the Debtors filed various

other motions and notices, as listed below:

(a)     *Debtors' Motion for Entry of an Order (I) Prohibiting Utilities From*

*Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future*

*Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment,*

*and Request for Waiver of Local Rule 9013-(L)(2)(b) Requirement* [ECF No. 193] (the "Utility

Motion"), which was granted on October 28, 2022 [ECF No. 229].

(b)     *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the*

*Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and*

*Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of*

*Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction*

*and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All*

*Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption*

*and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the*
*Debtors to Provide Bid Protections, and (III) Granting Related Relief.* [ECF No. 707] (the "Bid
Procedures Motion"), which was granted on February 24, 2023 (the "Bid Procedures Order") [ECF
No. 854]. The Bid Procedures Order approved, among other things, (a) bidding procedures by
which the Debtors will solicit and select the highest or otherwise best offer for the sale of the
Debtors' assets, (b) the process by which the Debtors may designate a stalking horse bidding to
set a "floor" for competitive bidding, (c) procedures for the assumption and assignment of
executory contracts and unexpired leases in connection with a sale transaction, and (d) certain
dates and deadlines in connection with the sale of the Debtors' assets.

   (c) *Debtors' Motion for Entry of an Order Authorizing and Approving a Key*
*Employee Retention Plan* [ECF No. 341], which was granted on December 2, 2022 [ECF No. 464].

   (d) *Debtors' Adversary Complaint for Injunctive Relief* [ECF No. 340], which
is an open and ongoing adversary litigation against Atlantic Recording Corporation *et al.*

   (e) *Debtors' Adversary Complaint for Declaratory Judgment* [ECF No. 828],
which is an open and ongoing adversary litigation against Monster and OBI. The Court issued a
*Summons and Notice of Scheduling Conference* in relation to this adversary complaint on February
21, 2023 [ECF No. 831]. This adversary proceeding concerns the Debtors' ability to assign or
otherwise transfer their rights and interests under the Arbitration Award, which allows the Debtors
to continue utilizing their "Bang" trademark subject to the terms and conditions of the Arbitration
Award.

   (f) *Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s*
*Joint Agreed Motion to Approve Agreement Regarding Royalty that Accrues Postpetition* [ECF
No. 603], which the Court granted on January 12, 2023 [ECF No. 639]. This Motion settled an

ongoing dispute among the Debtors, OBI and Monster, which stemmed from a prepetition arbitration award against the Debtors.

## V.    MISCELLANEOUS MATTERS

22.    In addition to the matters set forth specifically above, the Applicant further assisted the Debtors with, among other things, the preparation and filing of their schedules of assets and liabilities, assisted in the gathering and assembling of documents required by the U.S. Trustee's Guidelines, prepared for and attended the Debtors' first meeting of creditors conducted on November 18, 2022; assisted with the filing of the Debtors' monthly operating reports; and reviewed and responded to claim inquiries.

## VI.    DESCRIPTION OF SERVICES PROVIDED

23.    As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines.  Accordingly, each of the time entries of the attorneys and paralegals of the Applicant have been indexed into the categories listed below:

**1001    Asset Analysis and Recovery**:  Issues pertaining to analysis of the Debtors' assets and property.

**1002    Asset Dispositions**:  Issues pertaining to sales of the Debtors' assets, including preparation of motions, orders and notices of marketing process and private sales, and related tasks.

**1003    Avoidance Action Analysis**:  Issues pertaining to analyzing potential estate avoidance actions.

**1004    Business Operations**:  Activities relating to the operation of the Debtors' business and ordinary course business issues.

**1005    Case Administration**:  Coordination and compliance activities among key company and advisor personnel, including standing update and workstream coordination calls.

**1006    Claims Administration and Objections**: Specific claim inquiries and analysis of claims against the estates.

**1007    Corporate Governance & Board Matters**:  Activities relating to the Debtors' corporate governance and board of directors, including communications with board and members and attendance at regular board meetings.

**1008    Employee Benefits and Pensions**:  Issues pertaining to the retention of key employees and the continuing payment of wages and provision of employees benefits.

**1009    Employment and Fee Applications**:  Preparation of employment applications and related declarations, monthly fee statements, consideration of the need for other professionals, and related tasks.

**1010    Employment and Fee Application Objections**:  Issues pertaining to objections to monthly fee statements, professional retentions, and related tasks.

**1011    Financing and Cash Collateral**:  Issues relating to postpetition financing and matters under sections 361, 363 and 364 of the Bankruptcy Code; negotiation, preparation, and review of loan documents.

**1012    Leases and Contracts**:  Issues pertaining to the assumption and rejection of leases and contracts, and responding to inquiries regarding the same.

**1013    Litigation**:    Issues relating to litigation in which the Debtors are party, including, but not limited to, adversary proceedings filed by and against the Debtors; reviewing and responding to discovery requests served upon the Debtor; issues pertaining to depositions and related matters; issues pertaining to other contested matters.

**1014    Meetings and Communication with Creditors**:    Activities relating to communications with creditors to address their claims and other issues relating to these chapter 11 cases.

**1015    Non-Working Travel**:  Activities relating to non-working time spent traveling to meetings and hearings related to these chapter 11 cases.

**1016    Plan & Disclosure Statement**:    Work performed in the development and production of the Debtor's plan and disclosure statement and related matters.

**1017    Automatic Stay**:  Issues pertaining to the motions for relief from stay filed by various claimants, including the preparation of responses and agreed orders resolving motions for relief from stay.

**1018    Reporting**:  Activities relating to the preparation and filing of various reports required by the Court, the U.S. Trustee's office, and/or applicable bankruptcy law.

1019  **Tax**:  Issues pertaining to correspondence received from various taxing authorities and claims filed by taxing authorities, and discussions pertaining to tax issues in connection with asset sales.

1020  **Expenses**:  Expenses incurred in connection with the provision of services to the Debtors.

1021  **Hearings**:  Preparation for and attendance at hearings.

1022  **UST**:  Activities relating to the communication and coordination with the office of the US Trustee for the Southern District of Florida.

24.    The Applicant provided complex and critical professional advice and representation in its role as co-counsel to the Debtors, including on an urgent basis and under significant time pressures.  Summaries of the services are detailed below.

**A.**    **Asset Disposition (Activity Code 1002)**

25.    This category includes time spent by attorneys and paraprofessionals of the Applicant in connection with the Debtors' ongoing sale processes.  Specifically, the Applicant spent time (a) drafting a form asset purchase agreement, related disclosure schedules, bidding procedures motion, order and exhibits, and related documentation; (b) evaluating bidding materials submitted by bidders; (c) communicating and negotiating with various stakeholders with respect to the sale process; (d) addressing issues relating to bidder diligence, including preparing and negotiating non-disclosure agreements and access to diligence information; (e) analyzing the Debtors' corporate structure and assets/liabilities for purposes of the sale process; and (f) preparing for and attending hearings related to the bidding procedures, among other things.

26.    The Applicant expended a total of **1,195.30** hours in this category and is requesting **$1,495,979.50** for the services rendered in this category.

**B.**    **Automatic Stay (Activity Code 1017)**

27.    This category includes time spent by Applicant evaluating automatic stay related issues on behalf of the Debtors.

28.    The Applicant expended a total of **10.30** hours in this category and is requesting **$11,610.00** for the services rendered in this category.

C.    **Business Operations (Activity Code 1004)**

29.    This category includes time spent by the Applicant's attorneys and paraprofessionals to maintain the Debtors' business operations with minimal disruptions during these chapter 11 cases.    Specifically, the Applicant focused on issues relating to the regular business operations of the Debtors, including insurance, utility, vendor, and cash management issues.    The Applicant conducted discussions with the Debtors regarding their pre-petition accounts and cash management system and the Debtors' financial projections and reporting.    The Applicant also coordinated and strategized with the Debtors and their other advisors regarding bankruptcy issues, strategic transactions, real estate, and corporate matters, including on regular update calls among professionals.    Further, the Applicant partnered with the Debtors' financial advisor to ensure that issues affecting the businesses from operating in the ordinary course were identified and resolved.

30.    The Applicant expended a total of **136.70** hours in this category and is requesting **$186,625.00** for the services rendered in this category.

D.    **Case Administration (Activity Code 1005)**

31.    This category includes services rendered in connection with, among other things, (a) various logistical matters relating to these chapter 11 cases, including the coordination of service; (b) monitoring the Debtors' docket; (c) preparation of various pleadings in the Debtors' chapter 11 cases; (d) coordination of the administration of the chapter 11 cases by developing timelines, task lists, and work-in-progress reports, and holding internal calls to discuss the same; and (e) attending management update calls and calls with the Debtors' other professionals to coordinate work streams for the chapter 11 cases.

32.    The Applicant expended a total of **275.80** hours in this category and is requesting **$295,550.50** for the services rendered in this category.

**E.    Claims Administration and Objections (Activity Code 1006)**

33.    This category includes all time spent on issues relating to creditor claims, creditor proof of claims, and other similar matters, including communicating with the Debtors' other professionals regarding the same.

34.    The Applicant expended a total of **4.70** hours in this category and is requesting **$5,313.50** for the services rendered in this category.

**F.    Corporate Governance & Board Matters (Activity Code 1007)**

35.    This category includes time spent by Applicant relating to corporate governance matters.  Specifically, the Applicant spent time (a) preparing for and participating in board meetings and special committee meetings, and drafting minutes of such meetings; (b) preparing and reviewing materials for board meetings; (c) researching, analyzing, and providing advice related to corporate governance and securities law matters; and (d) drafting and reviewing various board resolutions and other corporate governance documents necessary for the sale process, and researching related issues.  The Debtors' boards regularly held two meetings each week:  (1) a meeting of the restructuring committee, to which the full board was invited; and (2) a meeting of the full board.  In addition, given the unique focus on the Debtors' governance during the Application Period and the several changes to the composition of the boards, numerous special meetings were held, in addition to informal discussions among Applicant, the other advisors to the Debtors, and members of the board.

36.    The Applicant expended a total of **535.30** hours in this category and is requesting **$744,413.00** for the services rendered in this category.

**G.    Employee Benefits and Pensions (Activity Code 1008)**

37.     This category includes all time spent on matters relating to the Debtors' employees' wages and benefits and other issues relating to employee relations, including (a) attending to issues relating to the relief granted by the employee wages order; (b) conversing with management on employee and retention matters; and (c) preparing a motion (and notice) to approve the Debtors' key employee retention plan.

38.     The Applicant expended a total of **79.60** hours in this category and is requesting **$84,166.00** for the services rendered in this category.

     **H.**     **Employment/Fee Applications (Activity Code 1009)**

39.     This category includes all time spent on matters relating to the retention and compensation of professionals, including (a) preparing retention applications, related declarations, and proposed orders for Applicant and other Debtor professionals; (b) maintaining a parties in interest list and conducting the comprehensive conflicts analysis necessary to obtain approval of Applicant's retention; (c) coordinating with the professionals to ensure compliance with the Court approved retentions; (d) addressing inquiries and other comments related to the retention of the Debtors' professionals; (e) drafting a motion to establish interim compensation procedures; and (f) preparing Applicant's monthly fee statements, including review of billing detail to ensure that privilege was not waived and that applicable guidelines were satisfied.

40.     The Applicant expended a total of **119.20** hours in this category and is requesting **$118,292.50** for the services rendered in this category.

     **I.**     **Financing and Cash Collateral (Activity Code 1010)**

41.     This category includes all time spent on matters relating to the Debtors' DIP Financing Motion and DIP credit agreement, including (a) preparing and negotiating the DIP credit agreement and related documents; (b) preparing for and attending hearings on the interim and final DIP orders; (c) preparing and negotiating amendments, waivers and consents in connection with

the Debtors' DIP facility; and (d) responding to and resolving objections raised by numerous parties to the DIP Financing Motion.

42.    The Applicant expended a total of **819.00** hours in this category and is requesting **$974,250.00** for the services rendered in this category.

**J.    Hearings (Activity Code 1021)**

43.    This category includes all time spent in preparation for hearings and attendance at hearings.  Specifically, the Applicant coordinated with the Debtors and their other advisors in preparation for the various hearings held before the Court.

44.    The Applicant expended a total of **308.00** hours in this category and is requesting **$377,378.00** for the services rendered in this category.

**K.    Leases and Contracts (Activity Code 1012)**

45.    This category includes time spent by the Applicant's attorneys and paraprofessionals relating to the Debtors' assumption and rejection of certain leases and contracts. Specifically, the Applicant's attorneys and paraprofessionals spent time (a) working with the Debtors and the other professionals to determine whether to assume or reject various leases and executory contracts; (b) researching and analyzing issues related to assumption and rejection of certain leases and executory contracts; (d) working with the Debtors and other advisors to prepare a schedule of all executory contracts and unexpired leases that may be assumed and assigned and related notices; and (e) responding to inquiries from contract and lease counterparties regarding their contracts and leases.

46.    The Applicant expended a total of **91.00** hours in this category and is requesting **$90,382.50** for the services rendered in this category.

**L.    Litigation (Activity Code 1013)**

47.    This category includes all time spent on matters relating to litigation in connection with the Debtors' chapter 11 cases, including formulating litigation strategy and addressing various informal and formal document requests, subpoenas, and reviewing and producing documents in response thereto.  Specifically, the Applicant (a) discussed, strategized, and responded to the various informal diligence and Rule 2004 discovery requests submitted by the Official Committee of Unsecured Creditors and others; (b) drafted declarations and prepared witnesses for hearings on various contested matters, including the Debtors' DIP financing facility, as well as in support of uncontested motions, including those sought in First Day Pleadings and the Bid Procedures Motion; (c) evaluated and strategized regarding potential courses of action with respect to non-bankruptcy litigation involving the Debtors; (d) responded to requests to lift the automatic stay and attended hearings relating to the same;[3] (e) researched issues related to the Debtors' ongoing litigation, among others other issues, and drafted briefs and attended hearings regarding same; and (f) provided general litigation advice regarding governance and business issues.

48.    The Applicant expended a total of **1,581.90** hours in this category and is requesting **$1,809,853.50** for the services rendered in this category.

**M.    Meetings and Communications with Creditors (Activity Code 1014)**

49.    This category includes time spent by the Applicant's attorneys and paraprofessionals (a) responding to miscellaneous inquiries from the Debtors' creditors; (b) preparing the Debtors for and attending the section 341 meeting; (c) communicating with the creditors' committee to address their questions, objections, and diligence requests related to

---

[3]    While there is a separate "Automatic Stay" Activity Code, given the overlap with litigation, much of the time spent on litigating automatic stay issues, including requests to lift the automatic stay, was billed to the "Litigation" Activity Code.

various motions and applications filed by the Debtors; and (d) attending status calls with the Debtors' lenders.

50.     The Applicant expended a total of **80.30** hours in this category and is requesting **$113,014.00** for the services rendered in this category.

**N.      Non-Working Travel (Activity Code 1015)**

51.     This category includes time spent by the Applicant traveling to local counsel's offices and/or to court in South Florida, in order to attend to matters, including, meetings and hearings, stemming from these chapter 11 cases.

52.     The Applicant expended a total of **97.30** hours in this category and is requesting **$66,370.25** for the services rendered in this category.

**O.      Plan and Disclosure Statement (Activity Code 1016)**

53.     This category includes time spent by the Applicant on matters relating to the Debtors' chapter 11 plan. During the Application Period, the Applicant prepared a motion to extend the Debtors' exclusivity periods to file a chapter 11 plan and solicit votes on such plan.

54.     The Applicant expended a total of **32.60** hours in this category and is requesting **$37,368.00** for the services rendered in this category.

**P.      Reporting (Activity Code 1018)**

55.     This category includes time spent by the Applicant on matters relating to the Debtors' reporting requirements. In particular, the Applicant assisted with preparing monthly operating reports and other court-required reports. The Applicant reviewed such reports and communicated with the Debtors' other professionals regarding these reports.

56.     The Applicant expended a total of **10.40** hours in this category and is requesting **$11,266.00** for the services rendered in this category.

**Q.      Tax (Activity Code 1019)**

57.     This category includes all time spent on tax-related issues, including the tax implications of any sale transaction.  Specifically, the Applicant conducted discussions with the Debtors' representatives regarding tax structuring matters and related regulatory issues, and conducted research relating to outstanding tax issues.

58.     The Applicant expended a total of **17.40** hours in this category and is requesting **$22,901.50** for the services rendered in this category.

**R.      UST (Activity Code 1022)**

59.     This category relates to all time the Applicant spent attending conferences and discussing open issues with the U.S. Trustee, including, preparing for and participating in conferences with the U.S. Trustee to resolve issues raised in the first and second day orders and the DIP Facility.

60.     The Applicant expended a total of **2.40** hours in this category and is requesting **$2,596.50** for the services rendered in this category.

**VII.   EVALUATION OF SERVICES RENDERED**

61.     This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its representation of the Debtors for which the Applicant seeks compensation.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent and cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these chapter 11 cases.

62.     The Applicant believes that the requested fee of **$6,447,330.25** for **5,397.20** hours worked during the Application Period, is reasonable considering the nature, extent, and the value of such services, taking into account all relevant factors, including:

(a)     The time spent on such services;

(b)     The rates charged for such services;

(c)     Whether the services were necessary to the administration or, or beneficial at the time at which the services were rendered toward the completion of the case;

(d)     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)     With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field;

(f)     Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than these chapter 11 cases.

63.     Based on the standards set forth in section 330 of the Bankruptcy Code, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is $6,447,330.25 plus expenses of $24,818.93.

64.     Alternatively, the Applicant notes that the services rendered herein were "reasonably likely to benefit" the Debtors' bankruptcy estate at the time the services were rendered.  Accordingly, under the "reasonable at the time" standard, the fees and costs sought herein should be approved.  *In re Woerner*, 783 F.3d 266 (5th Cir. 2015) (collecting cases).

**A.     The time spent on such services**

65.     The foregoing summary, together with the exhibits attached hereto, details the time and extent of the professional services rendered by the Applicant for the benefit of the estate during the Application Period.  The total number of hours expended, 5,397.20, reveals the extensive time devoted to this matter by the Applicant on a vast spectrum of legal issues which have arisen in these cases during Application Period.

B.     **The rates charged for such services**

66.     The hourly rates charged by the Applicant as set forth in the Exhibits to this fee application range from $655.00 to $2,175.00 per hour for attorneys and $410.00 to $650.00 per hour for paraprofessionals.  These are the Applicant's standard hourly rates and are designed to compensate the Applicant fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

C.     **Whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of the case**

67.     In rendering services to the Debtors, the Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, intellectual property, litigation (including evidence and procedure), mergers and acquisitions, corporate governance, commercial law, debtor-creditor rights, and secured transactions.

D.     **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed**

68.     The Applicant has devoted substantial time in the representation of the Debtors as more fully appears on the exhibits to this Application.  The fees requested by the Applicant, $6,447,330.25 reflect an average hourly rate of $1,195.00 for 5,397.20 hours of service.  Considering the progress made in the case to date and the complexity of the issues addressed during the period covered by this Application, this rate is entirely reasonable.

E.     **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field**

69.     The Applicant is an established law firm and professionals and paraprofessionals working on the Debtors' chapter 11 cases are experienced in matters of this kind.  The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of bankruptcy, litigation, creditors' rights and business reorganization.  Applicant is an industry leader in

company-side chapter 11 representations, and prides itself on its ability to build consensus and facilitate their clients' prompt emergence from bankruptcy.

**F.    Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under chapter 11**

70.    The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. As set forth above, the hourly rates charged by the Applicant as set forth in the exhibits to this Application range from $655.00 to $2,175.00 per hour for attorneys and $410.00 to $650.00 per hour for paraprofessionals, throughout the Application Period. These rates are comparable to the rates that Applicant charges for non-bankruptcy representations and to the rates of other comparably skilled professionals.

## VIII.    STATEMENT FROM THE APPLICANT

71.    Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, the Applicant responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application Period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Yes | | The Debtors' chapter 11 cases involved, among other things, (a) higher than anticipated litigation activity; (b) more attention required to corporate governance and board matters than anticipated; and (c) protracted, but ultimately successful, |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| | | | resolution of various objections to the DIP Financing Motion that avoided the need for extensive litigation. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. | Yes | | The Application includes $14,360 in fees for approximately 12.50 hours related to reviewing time records to redact for privileged or other confidential information. |
| If the fee application includes any rate increases since retention in this case:<br><br>  i.  Did your client review and approve those rate increases in advance?<br><br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | Yes | | In the ordinary course of the Applicant's business and in keeping with the Applicant's established billing practices and procedures, its billing rates were adjusted firm-wide on January 1, 2023.<br><br>The Debtors reviewed and consented to the rate increases.<br><br>The Debtors did not agree when retaining the Applicant to accept all future rate increases.  The Applicant informed the Debtors that they need not agree to modified rates or terms in order to have Applicant continue the representation. |

## IX.    CONCLUSION; PRAYER FOR RELIEF

WHEREFORE, the Applicant respectfully requests that the Court enter an order

(i) awarding, on an interim basis, the sum of **$6,447,330.25** as compensation for services rendered

and **$24,818.93** as reimbursement for actual and necessary expenses incurred during the course of

the Applicant's representation of the Debtors during the Application Period; and (ii) granting such

other and further relief as the Court deems appropriate.

## Certification

1.       I have been designated by Latham & Watkins LLP (the "Applicant") as the professional with responsibility in these cases for compliance with the current U.S. Department of Justice, Executive Office for United States Trustee's Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "Appendix B Guidelines").

2.       I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.       To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Appendix B Guidelines.

4.       To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Appendix B Guidelines, except as specifically noted in this Certification and described in the Application.

5.       Except to the extent that fees or disbursements are prohibited or restricted by the Appendix B Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.       In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Appendix B Guidelines for photocopies and facsimile transmission).

7.       In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment,

equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for reproductions and facsimile transmission).

8.      In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.      The Debtors, the U.S. Trustee, and their respective counsel, as well as the members of the Committee and its counsel will be served with, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.      The following are the variances with the provisions of the Appendix B Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: None.

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated:  March 21, 2023                    Respectfully submitted,

                                          Latham & Watkins LLP
                                          *Co-Counsel for the Debtors and Debtors in*
                                          *Possession*
                                          555 Eleventh Street, NW, Suite 1000
                                          Washington, DC 20004
                                          Telephone:  (202) 637-2200

                                          By:  */s/ Andrew D. Sorkin*
                                          Andrew D. Sorkin
                                          andrew.sorkin@lw.com

**EXHIBIT A**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-Wide for Preceding Year (2022)[1] | Billed October 10, 2022 through February 28, 2023 |
| Partner | $1,496 | $1,477 |
| Counsel | $1,277 | $1,451 |
| Senior Associate (7 years or more since first admission) | $1,175 | $1,184 |
| Mid-level Associate (4-6 years since first admission) | $1,014 | $1,032 |
| Junior Associate (0-3 years since first admission) | $758 | $887 |
| Professional Staff | $470 | $899 |
| Paralegals | $451 | $489 |
| **All timekeepers aggregated** | **$1,114** | **$1,195** |

Case Name:      22-17842 (PDR)
Case Number:      Vital Pharmaceuticals, Inc., et al.
Applicant's Name:      Latham & Watkins LLP
Date of Application:      March 21, 2023
Interim or Final:      Interim

---

[1]     The billable rates for L&W attorneys are adjusted on January 1 of each year.  The data in this column excludes 2022 blended hourly rate information for members of the Restructuring and Special Situations practice group.

**<u>EXHIBIT B</u>**

**Summary of Timekeepers Included in this Application**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED[2] | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Alkhas, Nineveh | Partner | Tax | 2005 | $584.00 | 0.40 | $1,460.00 | $1,460.00 | 0 |
| Anderson, Michele M. | Partner | Corporate | 1997 | $582.00 | 0.30 | $1,940.00 | $1,940.00 | 0 |
| Berkowitz, Sean M. | Partner | Litigation | 1992 | $662.00 | 0.40 | $1,655.00 | $1,655.00 | 0 |
| Blamires, Robert | Partner | Corporate | 2006 | $1,768.00 | 1.30 | $1,360.00 | $1,360.00 | 0 |
| Cohen, Alexander F. | Partner | Corporate | 1988 | $11,310.00 | 5.20 | $2,175.00 | $2,175.00 | 0 |
| Davis, George A. | Partner | Restructuring | 1991 | $8,717.00 | 4.60 | $1,895.00 | $1,895.00 | 0 |
| Dominguez, Daniel J. | Partner | Litigation | 2006 | $2,720.00 | 2.00 | $1,360.00 | $1,360.00 | 0 |
| Elliott, Justin C. | Partner | Corporate | 2011 | $1,578.50 | 1.10 | $1,435.00 | $1,435.00 | 0 |
| Friedman, Joshua | Partner | Tax | 2006 | $4,933.50 | 3.30 | $1,495.00 | $1,495.00 | 0 |
| Haas, James B. | Partner | Corporate | 2001 | $3,753.00 | 2.70 | $1,390.00 | $1,390.00 | 0 |
| Hauser, Sebastian M. | Partner | Litigation | 2010 | $834.00 | 0.60 | $1,390.00 | $1,390.00 | 0 |
| Kamerman, Eric | Partner | Tax | 2014 | $1,632.00 | 1.20 | $1,360.00 | $1,360.00 | 1 |
| | | | | $18,396.00 | 12.60 | $1,460.00 | $1,460.00 | |
| Mahmood, Ghaith | Partner | Corporate | 2007 | $8,976.00 | 6.60 | $1,360.00 | $1,360.00 | 0 |
| Martinez, Roman | Partner | Litigation | 2009 | $1,265.00 | 1.00 | $1,265.00 | $1,265.00 | 0 |
| Mun, Yeung Yin Daniel | Partner | Corporate | 2008 | $4,719.00 | 3.30 | $1,430.00 | $1,430.00 | 1 |
| | | | | $169,617.50 | 110.50 | $1,535.00 | $1,535.00 | |
| Norton, Christopher H. | Partner | Corporate | 1995 | $14,734.00 | 10.60 | $1,390.00 | $1,390.00 | 0 |
| Quartarolo, Amy | Partner | Litigation | 2002 | $450,593.00 | 356.20 | $1,265.00 | $1,265.00 | 1 |
| | | | | $15,686.00 | 24.80 | $632.50 | $632.50 | |
| | | | | $350,064.00 | 257.40 | $1,360.00 | $1,360.00 | |
| | | | | $22,304.00 | 32.80 | $680.00 | $680.00 | |
| Reckler, Caroline A. | Partner | Restructuring | 2001 | $99,416.00 | 57.80 | $1,720.00 | $1,720.00 | 1 |
| | | | | $329,300.00 | 178.00 | $1,850.00 | $1,850.00 | |
| Rocco, Katherine A. | Partner | Litigation | 2010 | $1,265.00 | 1.00 | $1,265.00 | $1,265.00 | 1 |
| | | | | $39,440.00 | 29.00 | $1,360.00 | $1,360.00 | |
| Sikora Jr., John J. | Partner | Litigation | 1993 | $1,859.00 | 1.10 | $1,690.00 | $1,690.00 | 0 |
| Sorkin, Andrew | Partner | Restructuring | 2008 | $608,300.00 | 395.00 | $1,540.00 | $1,540.00 | 1 |
| | | | | $9,856.00 | 12.80 | $770.00 | $770.00 | |
| | | | | $515,036.00 | 311.20 | $1,655.00 | $1,655.00 | |

---

[1]    If applicable.

[2]    Non-working travel is billed at 50% of the applicable hourly rate.

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED[2] | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| | | | | $7,033.75 | 8.50 | $827.50 | $827.50 | |
| Trotter, Joel H. | Partner | Corporate | 1995 | $3,104.00 | 1.60 | $1,940.00 | $1,940.00 | 0 |
| Walch, Matthew W. | Partner | Litigation | 1994 | $3,289.00 | 2.20 | $1,495.00 | $1,495.00 | 0 |
| Williams, Gwyn | Partner | Litigation | 1993 | $13,585.00 | 9.50 | $1,430.00 | $1,430.00 | 0 |
| Kaplan, Binyomin | Counsel | Corporate | 2001 | $170692.00 | 111.20 | $1,535.00 | $1,535.00 | 0 |
| Kaufman, Bryce D | Counsel | Finance | 2012 | $2,040.00 | 1.50 | $1,360.00 | $1,360.00 | 0 |
| McGuire, Robert J. | Counsel | Corporate | 2011 | $680.00 | 0.50 | $1,360.00 | $1,360.00 | 1 |
| | | | | $4,526.00 | 3.10 | $1,460.00 | $1,460.00 | |
| Murtagh, Hugh K. | Counsel | Restructuring | 2012 | $63,104.00 | 46.40 | $1,360.00 | $1,360.00 | 1 |
| | | | | $4,760.00 | 7.00 | $680.00 | $680.00 | |
| | | | | $105,266.00 | 72.10 | $1,460.00 | $1,460.00 | |
| Singer, Rifka M. | Counsel | Tax | 2008 | $3,672.00 | 2.70 | $1,360.00 | $1,360.00 | 0 |
| Beach, Adriana | Associate | Corporate | 2014 | $625.00 | 0.50 | $1,250.00 | $1,250.00 | 0 |
| Bruck, Shmuel D. | Associate | Unassigned | N/A | $14,737.50 | 22.50 | $655.00 | $655.00 | 0 |
| Burton, Yelizaveta L. | Associate | Restructuring | 2016 | $285,890.00 | 259.90 | $1,100.00 | $1,100.00 | 1 |
| | | | | $260,500.00 | 208.40 | $1,250.00 | $1,250.00 | |
| Davis, Alicia C. | Associate | Restructuring | 2009 | $12,012.00 | 13.20 | $910.00 | $910.00 | 1 |
| | | | | $11,172.00 | 11.40 | $980.00 | $980.00 | |
| Dunn, Denver C. | Associate | Litigation | 2022 | $95,520.00 | 99.50 | $960.00 | $960.00 | 0 |
| Gelfand, Benjamin T. | Associate | Finance | 2015 | $63,026.50 | 54.10 | $1,165.00 | $1,165.00 | 1 |
| | | | | $37,000.00 | 29.60 | $1,250.00 | $1,250.00 | |
| Gulati, Nikhil A. | Associate | Unassigned | N/A | $54,889.00 | 83.80 | $655.00 | $655.00 | 1 |
| | | | | $131,970.00 | 159.00 | $830.00 | $830.00 | |
| Herrera, Adam A. | Associate | Litigation | 2019 | $10,650.00 | 10.00 | $1,065.00 | $1,065.00 | 0 |
| Hinberg, Uriel | Associate | Litigation | 2023 | $11,266.00 | 17.20 | $655.00 | $655.00 | 0 |
| Jeon, Tina C. | Associate | Corporate | 2018 | $4,621.50 | 3.90 | $1,185.00 | $1,185.00 | 0 |
| Jung, Nicolas A. | Associate | Associate | 2021 | $2,304.00 | 2.40 | $960.00 | $960.00 | 0 |
| Kim, Taesung | Associate | Corporate | 2018 | $5,9214.00 | 55.60 | $1,065.00 | $1,065.00 | 1 |
| | | | | $110,580.00 | 97.00 | $1,140.00 | $1,140.00 | |
| Kutilek, Lukas | Associate | Tax | 2019 | $1,365.00 | 1.30 | $1,050.00 | $1,050.00 | 1 |
| | | | | $23,136.00 | 19.20 | $1,205.00 | $1,205.00 | |
| Li, Tianjiao | Associate | Restructuring | 2019 | $92,169.00 | 93.10 | $990.00 | $990.00 | 1 |
| | | | | $11,970.00 | 10.50 | $1,140.00 | $1,140.00 | |
| Morley, John W. | Associate | Restructuring | 2018 | $215,158.00 | 240.40 | $895.00 | $895.00 | 1 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED[2] IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | $217,899.00 | 204.60 | $1,065.00 | $1,065.00 | |
| Morris, Elizabeth A. | Associate | Litigation | 2013 | $117,548.50 | 100.90 | $1,165.00 | $1,165.00 | 1 |
| | | | | $220,506.00 | 171.60 | $1,285.00 | $1,285.00 | |
| Mulloy, Sean P. | Associate | Litigation | 2021 | $963.75 | 1.50 | $642.50 | $642.50 | 1 |
| | | | | $3,003.00 | 3.90 | $770.00 | $770.00 | |
| | | | | $24,672.00 | 25.70 | $960.00 | $960.00 | |
| Ota, Kendall | Associate | Unassigned | 2022 | $12,619.50 | 17.90 | $705.00 | $705.00 | 0 |
| Ritter, Karen D. | Associate | Corporate | 2016 | $2,500.00 | 2.00 | $1,250.00 | $1,250.00 | 0 |
| Rosen, Brian S. | Associate | Restructuring | 2019 | $98,901.00 | 99.90 | $990.00 | $990.00 | 1 |
| | | | | $112,290.00 | 98.50 | $1,140.00 | $1,140.00 | |
| Sachs, Emily J. | Associate | Corporate | 2021 | $7,776.00 | 8.10 | $960.00 | $960.00 | 0 |
| Samuels, Rachel C. | Associate | Unassigned | 2022 | $6,222.50 | 9.50 | $655.00 | $655.00 | 0 |
| Sievert, Lachlan | Associate | Corporate | 2019 | $73,378.50 | 68.90 | $1,065.00 | $1,065.00 | 0 |
| Teresi, Joseph L. | Associate | Litigation | 2019 | $182,759.00 | 204.20 | $895.00 | $895.00 | 1 |
| | | | | $108,843.00 | 102.20 | $1,065.00 | $1,065.00 | |
| Thompson, Trevor A. | Associate | Unassigned | N/A | $3,102.00 | 4.40 | $705.00 | $705.00 | 0 |
| Tifft, Douglas C. | Associate | Litigation | 2018 | $2,544.00 | 2.40 | $1,060.00 | $1,060.00 | 1 |
| | | | | $58,894.50 | 49.70 | $1,185.00 | $1,185.00 | |
| Wages, Nathan T. | Associate | Corporate | 2018 | $95,076.00 | 83.40 | $1,140.00 | $1,140.00 | 0 |
| Webb, Jeramy D. | Associate | Restructuring | 2015 | $126,635.50 | 108.70 | $1,165.00 | $1,165.00 | 1 |
| | | | | $5,766.75 | 9.90 | $582.50 | $582.50 | |
| Weichselbaum, Jonathan J. | Associate | Restructuring | 2019 | $114,543.00 | 115.70 | $990.00 | $990.00 | 1 |
| | | | | $180,234.00 | 158.10 | $1,140.00 | $1,140.00 | |
| Deleon, Rhonda | Paralegal | Finance | N/A | $31,564.00 | 60.70 | $520.00 | $520.00 | 0 |
| Dran, Megan R. | Litigation Services | N/A | N/A | $329.00 | 0.70 | $470.00 | $470.00 | 0 |
| McCauley, Dakota R. | Litigation Services | N/A | N/A | $470.00 | 1.00 | $470.00 | $470.00 | 0 |
| Meyer, Jennifer C. | Litigation Services | N/A | 2001 | $282.00 | 0.60 | $470.00 | $470.00 | 0 |
| Parkman, Bradley J. | Paralegal | Corporate | N/A | $552.50 | 1.30 | $425.00 | $425.00 | 0 |
| Plexousakis, Renee E. | Litigation Services | N/A | 2010 | $390.00 | 0.60 | $650.00 | $650.00 | 0 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED[2] | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Sagara, Natalie L. | Litigation Services | N/A | N/A | $205.00 | 0.50 | $205.00 | $205.00 | 0 |
| Sjoholm, Justine N. | Senior Research Librarian | N/A | N/A | $1,363.50 | 2.70 | $505.00 | $505.00 | 0 |
| Tarrant, Christopher M. | Paralegal | Restructuring | N/A | $24,297.00 | 53.40 | $455.00 | $455.00 | 1 |
| | | | | $19,649.00 | 40.10 | $490.00 | $490.00 | |
| Wong, King Ha | Litigation Services | N/A | N/A | $123.00 | 0.30 | $410.00 | $410.00 | 0 |
| **Grand Total** | | | | **$6,447,330.25** | **5,397.20** | | | |

| | |
|---|---|
| Case Name: | 22-17842 (PDR) |
| Case Number: | Vital Pharmaceuticals, Inc., et al. |
| Applicant's Name: | Latham & Watkins LLP |
| Date of Application: | March 21, 2023 |
| Interim or Final: | Interim |

**<u>EXHIBIT C-1</u>**

**Budget**

**BUDGET FOR LATHAM & WATKINS LLP,**
**CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD**
**FROM OCTOBER 10, 2022 THROUGH DECEMBER 31, 2022[1]**

<u>Date Budget Approved by Client</u>:  October 9, 2022

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[2] |
|---|---|---|
| Asset Analysis and Recovery | 30 | $24,781.80 |
| Asset Dispositions | 140 | $173,472.60 |
| Avoidance Action Analysis | 10 | $12,390.90 |
| Business Operations | 140 | $173,472.60 |
| Case Administration | 175 | $216,840.75 |
| Claims Administration and Objections | 10 | $12,390.90 |
| Corporate Governance & Board Matters | 50 | $61,954.50 |
| Employee Benefits and Pensions | 50 | $61,954.50 |
| Employment and Fee Applications | 30 | $37,172.70 |
| Employment and Fee Application Objections | 10 | $12,390.90 |
| Financing and Cash Collateral | 175 | $216,840.75 |
| Leases and Contracts | 80 | $99,127.20 |
| Litigation[3] | 175 | $216,840.75 |
| Meetings and Communication with Creditors | 135 | $167,277.15 |
| Non-Working Travel[4] | 30 | $18,586.35 |
| Plan and Disclosure Statement | 140 | $173,472.60 |
| Automatic Stay | 120 | $179,668.05 |
| Reporting | 15 | $18,586.35 |
| Tax | 35 | $43,368.15 |

---

[1]   This budget may be amended to reflect changed circumstances or unexpected developments.  Any such amended budget will be provided to the Debtors.

[2]   The estimated fees for each project category were calculated by multiplying the estimated number of hours by $1,239.09, which is the average hourly rate for the L&W attorneys expected to work on the matter during the budget period as set forth in the accompanying staffing plan.

[3]   This budget does not account for the cost of any material litigation.

[4]   Billed at 50% of hourly rate.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[2] |
|---|---|---|
| Expenses | N/A | $15,000.00 |
| **TOTAL** | **1,550** | **$1,935,589.50** |

**EXHIBIT C-2**

**Staffing Plan**

**STAFFING PLAN FOR LATHAM & WATKINS LLP,
CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD
FROM OCTOBER 10, 2022 THROUGH DECEMBER 31, 2022[1]**

<u>Date Staffing Plan Approved by Client</u>:  October 9, 2022

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER[2] | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 4 | $1,567.50 |
| Associates | 7 | $1,226.67 |
| Professional Staff | 2 | $910 |
| Paralegals | 1 | $455 |

---

[1] This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

[2] These numbers reflect the timekeepers expected to bill at least 15 hours to these chapter 11 cases during the budget period.

## EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery | 30.00 | $24,781.80 | 0.00 | $0.00 |
| Asset Dispositions | 140.00 | $173,472.60 | 1,195.30 | $1,495,979.50 |
| Automatic Stay | 120.00 | $179,668.05 | 10.30 | $11,610.00 |
| Avoidance Action Analysis | 10.00 | $12,390.90 | 0.00 | $0.00 |
| Business Operations | 140.00 | $173,472.60 | 136.70 | $186,625.00 |
| Case Administration | 175.00 | $216,840.75 | 275.80 | $295,550.50 |
| Claims Administration and Objections | 10.00 | $12,390.90 | 4.70 | $5,313.50 |
| Corporate Governance & Board Matters | 50.00 | $61,954.50 | 535.30 | $744,413.00 |
| Employee Benefits and Pensions | 50.00 | $61,954.50 | 79.60 | $84,166.00 |
| Employment and Fee Applications | 30.00 | $37,172.70 | 119.20 | $118,292.50 |
| Employment and Fee Application Objections | 10.00 | $12,390.90 | 0.00 | $0.00 |
| Financing and Cash Collateral | 175.00 | $216,840.75 | 819.00 | $974,250.00 |
| Leases and Contracts | 80.00 | $99,127.20 | 91.00 | $90,382.50 |
| Litigation | 175.00 | $216,840.75 | 1,581.90 | $1,809,853.50 |
| Meetings and Communication with Creditors | 135.00 | $167,277.15 | 80.30 | $113,014.00 |
| Non-Working Travel | 30.00 | $18,586.35 | 97.30 | $66,370.25 |
| Plan and Disclosure Statement | 140.00 | $173,472.60 | 32.60 | $37,368.00 |
| Reporting | 15.00 | $18,586.35 | 10.40 | $11,266.00 |
| Tax | 35.00 | $43,368.15 | 17.40 | $22,901.50 |
| Hearings | 0.00 | $0.00 | 308.00 | $377,378.00 |
| UST | 0.00 | $0.00 | 2.40 | $2,596.50 |
| **Total** | 1,550.00 | **$1,920,589.50** | **5,397.20** | **$6,447,330.25** |

| | |
|---|---|
| Case Name: | 22-17842 (PDR) |
| Case Number: | Vital Pharmaceuticals, Inc., et al. |
| Applicant's Name: | Latham & Watkins LLP |
| Date of Application: | March 21, 2023 |
| Interim or Final: | Interim |

## EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

| Expense Category | Total Expenses |
|---|---|
| Airfare & Trainfare - Out-of-Town | $6,293.21 |
| Court Research | $395.40 |
| Ground Transportation - Local | $641.39 |
| Ground Transportation - Out-Of-Town | $404.20 |
| Laser Print | $246.90 |
| Lexis Nexis | $2,039.00 |
| Lodging - Out of Town | $3,801.07 |
| Meals - Local | $20.00 |
| Meals - Out-of-Town | $979.15 |
| Messenger/Courier | $131.31 |
| Mileage - Out-of-Town | $75.94 |
| Other Database Research | $2,869.84 |
| Parking - Out-of-Town | $558.36 |
| Practice Support | $675.00 |
| Records Retrieval | $2,892.47 |
| Trip Expenses - Out-of-Town | $1,630.59 |
| Westlaw | $1,165.10 |
| **TOTALS** | **$24,818.93** |

| | |
|---|---|
| Case Name: | 22-17842 (PDR) |
| Case Number: | Vital Pharmaceuticals, Inc., et al. |
| Applicant's Name: | Latham & Watkins LLP |
| Date of Application: | March 21, 2023 |
| Interim or Final: | Interim |

## EXHIBIT E

**Summary Cover Sheet of Application**

| Name of applicant: | Latham & Watkins LLP |
|---|---|
| Name of client: | Debtors and Debtors in Possession |
| Time period covered by this application: | October 10, 2022 through February 28, 2023 |
| Total compensation sought this period: | $6,447,330.25 |
| Total expenses sought this period: | $24,818.93 |
| Petition date: | October 10, 2022 |
| Retention date: | October 10, 2022 |
| Date of order approving employment | November 22, 2022 |
| Total fee approved by interim order to date | $0 |
| Total expenses approved by interim order to date | $0 |
| Total allowed fees paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Blended rate in this application for all attorneys | $1,216.00 |
| Blended rate in this application for all timekeepers | $1,195.00 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $2,724,374.75 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $12,201.25 |
| Number of professionals included in this application | 68 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 54[1] |
| If applicable, difference between fees budgeted and compensation sought for this period | $4,526,740.75[2] |
| Number of professionals billing fewer than 15 hours to the case during this period | 35 |

[1]   The staffing plan only included timekeepers expected to bill at least 15 hours to the Debtors' chapter 11 cases during the budget period.

[2]   The Debtors' chapter 11 cases involved, among other things, (a) higher than anticipated litigation activity; (b) more attention required to corporate governance and board matters than anticipated; and (c) protracted, but ultimately successful, resolution of various objections to the DIP Financing Motion that avoided the need for extensive litigation. Additionally, the Application Period was two months longer than the initial Budgeted Period.

| Name of applicant: | Latham & Watkins LLP |
|---|---|
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes.    In the ordinary course of the Applicant's business and in keeping with the applicant's established billing practices and procedures, its billing rates were adjusted firm-wide on January 1, 2023, resulting in higher rates than those disclosed at retention.<br><br>Utilizing the rates disclosed at retention, the total compensation sought for the period January 1, 2023 through and including February 28, 2023 would have been approximately $3,385,034 as opposed to approximately $3,722,956 (approximately $337,992 difference). |

| | |
|---|---|
| Case Name: | 22-17842 (PDR) |
| Case Number: | Vital Pharmaceuticals, Inc., et al. |
| Applicant's Name: | Latham & Watkins LLP |
| Date of Application: | March 21, 2023 |
| Interim or Final: | Interim |

**EXHIBIT F-1**

**Detailed Description of Services Rendered**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**LATHAM&WATKINS** LLP

**INVOICE**

December 20, 2022

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Gregg Metzger

Please identify your payment with the following:

Invoice No. 2200314036
Matter Number 072624-1001

Tax Identification No.: 95-2018373

**Remittance Instructions**

**REDACTED**

For professional services rendered through November 30, 2022

| | Services | Costs | Total |
|---|---|---|---|
| Asset Dispositions | 39,627.50 | | 39,627.50 |
| Automatic Stay | 11,610.00 | | 11,610.00 |
| Business Operations | 78,724.00 | | 78,724.00 |
| Case Administration | 104,690.50 | | 104,690.50 |
| Corporate Governance & Board Matters | 87,093.00 | | 87,093.00 |
| Employee Benefits and Pensions | 70,617.00 | | 70,617.00 |
| Employment and Fee Applications | 21,008.00 | | 21,008.00 |
| Financing and Cash Collateral | 362,348.00 | | 362,348.00 |
| Hearings | 135,395.50 | | 135,395.50 |
| Leases and Contracts | 13,334.00 | | 13,334.00 |
| Litigation | 538,644.00 | | 538,644.00 |
| Meetings and Communication with Creditors | 67,002.50 | | 67,002.50 |
| Non-Working Travel | 19,915.50 | | 19,915.50 |
| Reporting | 9,328.00 | | 9,328.00 |
| Tax | 2,190.00 | | 2,190.00 |
| Total Services and Costs | 1,561,527.50 | 0.00 | $ 1,561,527.50 |

| **Total Due** | | | **$ 1,561,527.50** |
|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Asset Dispositions

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/14/22 | AS | .70 | Telephone conferences with A. Gupta, J. Guso regarding vehicle sales |
| 10/14/22 | JDW | 1.40 | Correspondence with Debtor and A. Sorkin regarding sale issues (0.4); correspondence with W. Morley regarding same (0.3); review W. Morley analysis regarding same (0.4); review, analyze agreements regarding same (0.3) |
| 10/17/22 | JDW | .20 | Review draft nondisclosure agreement (0.1); review Debtor and Rothschild correspondence relating to same (0.1) |
| 10/19/22 | AS | .60 | Correspondence with A. Gupta, S. Rodriguez, G. Robbins regarding real estate sales |
| 10/27/22 | JDW | .50 | Correspondence with A. Sorkin and Rothschild regarding sale issues (0.2); review materials regarding same (0.3) |
| 10/28/22 | JJW | .20 | Call regarding potential buyer of property |
| 11/04/22 | AS | .20 | Telephone conference with C. Delo regarding investment banking process materials |
| 11/09/22 | AS | .60 | Telephone conference with potentially interested counterparty (0.1); telephone conference with Huron, Berger teams regarding vehicle sales (0.5) |
| 11/09/22 | YLB | .70 | Prepare for and attend call with B. Rosen and A. Sorkin and M. Niles and J. Guso regarding vehicle sale motion |
| 11/09/22 | BSR | .50 | Participate in call with A. Sorkin, L. Burton, J. Guso, and M. Niles regarding vehicle sales |
| 11/11/22 | AS | .30 | Review CIP and correspondence with J. Burke regarding same |
| 11/13/22 | BSR | .50 | Review precedent for vehicle sale motion |
| 11/14/22 | AS | .30 | Telephone conference with potential bidder regarding sale process |
| 11/14/22 | YLB | .70 | Review and revise sale motion (0.6); correspond with M Niles regarding same (0.1) |
| 11/14/22 | CMT | .60 | Research regarding motion for de minimis assets |
| 11/15/22 | YLB | 1.80 | Prepare for and attend call with UCC Counsel and M Niles regarding asset sale motion (0.5); review and revise same (1.3) |
| 11/15/22 | BSR | 1.60 | Review and revise vehicle sale motion and proposed order |
| 11/16/22 | YLB | 2.00 | Review and revise asset sale motion (1.6); correspond with |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Asset Dispositions

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | M Niles and B Rosen regarding same (0.4) |
| 11/16/22 | BSR | 2.60 | Review and revise vehicle sale motion and order (2.6) |
| 11/17/22 | YLB | 4.00 | Review and revise asset sale motion and declaration (3.5); calls with M. Niles regarding same (0.5) |
| 11/18/22 | AS | .40 | Review process letter (0.2); telephone conference with Rothschild regarding same (0.2) |
| 11/18/22 | YLB | 4.30 | Review and revise asset sale motion (3.0); calls with Huron and M. Niles regarding same (1.3) |
| 11/18/22 | BTG | 1.90 | Conference regarding vehicle sales (0.6); review and analyze vehicle financing documents (1.3) |
| 11/18/22 | BSR | 2.40 | Call with L. Burton, B. Gelfand, S. Bruck, and M. Niles regarding truck sales (0.5); calls with L. Burton regarding same (0.8); call with L. Burton and M. Niles regarding same (0.3); review and revise truck sale motion (0.8) |
| 11/21/22 | YLB | .20 | Correspond with M. Niles regarding sale motion |
| 11/21/22 | BSR | .50 | Call with Huron and Berger Singerman teams regarding vehicle sale motion |
| 11/23/22 | BSR | .40 | Review questions regarding truck sale motion (0.2); correspond with Berger Singerman team regarding same (0.2) |
| 11/28/22 | AS | .30 | Telephone conference with G. Robbins regarding real estate sales |
| 11/28/22 | DCT | .30 | Analyze potential bidders for clean team treatment |
| 11/28/22 | JLT | .50 | Call with B. Rosen, L. Burton, J. Weichselbaum, TJ Li, W. Morley, and N. Gulati regarding WIP (0.5) |
| 11/29/22 | DCT | .70 | Analyze potential bidders for clean team treatment |
| 11/29/22 | SPM | 3.70 | Review matter background materials (1.6); attend telephone conference with D. Tifft regarding matter background and strategy (0.6); research potential buyers and assess whether clean team agreements are necessary and email D. Tifft regarding same (1.5) |
| 11/30/22 | KAR | 1.00 | Attention to clean team questions (0.3); provide guidance to deal team and bankers (0.3); discuss with D. Tifft (0.3) |
| 11/30/22 | SPM | .20 | Review email from D. Tifft regarding clean teams agreements for potential bidders |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Asset Dispositions

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 3.40 | Hrs. @ | $ 1,540.00/hr. | $ 5,236.00 |
| K A Rocco | 1.00 | Hrs. @ | $ 1,265.00/hr. | $ 1,265.00 |
| B T Gelfand | 1.90 | Hrs. @ | $ 1,165.00/hr. | $ 2,213.50 |
| J D Webb | 2.10 | Hrs. @ | $ 1,165.00/hr. | $ 2,446.50 |
| Y L Burton | 13.70 | Hrs. @ | $ 1,100.00/hr. | $ 15,070.00 |
| D C Tifft | 1.00 | Hrs. @ | $ 1,060.00/hr. | $ 1,060.00 |
| B S Rosen | 8.50 | Hrs. @ | $ 990.00/hr. | $ 8,415.00 |
| J J Weichselbaum | .20 | Hrs. @ | $ 990.00/hr. | $ 198.00 |
| J L Teresi | .50 | Hrs. @ | $ 895.00/hr. | $ 447.50 |
| S P Mulloy | 3.90 | Hrs. @ | $ 770.00/hr. | $ 3,003.00 |
| | 36.20 | | | $ 39,354.50 |

**Other:**

| | | | | |
|---|---|---|---|---|
| C M Tarrant | .60 | Hrs. @ | $ 455.00/hr. | $ 273.00 |
| | .60 | | | $ 273.00 |

**GRAND TOTAL:**    **36.80**    **$ 39,627.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM & WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Automatic Stay

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/20/22 | AQ | 1.90 | Review and revise stay violation letter (0.9); email A. Sorkin and W. Morley regarding same (0.1) |
| 10/20/22 | AS | 1.10 | Correspondence with G. Metzger, F. Massabki regarding stay letter (0.4); correspondence with W. Morley, J. Webb regarding same (0.2); review and revise same (0.5) |
| 10/20/22 | JWM | 5.10 | Draft stay violation letter (3.4); research issues related to the same (1.7) |
| 11/05/22 | AQ | .40 | Review consensual stay relief motion (0.3); email J. Guso and A. Sorkin regarding same (0.1) |
| 11/05/22 | AS | .40 | Review and comment on Monster stay relief papers |
| 11/06/22 | AQ | 1.20 | Review and revise consensual stay relief motion (1.0); email J. Guso and A. Sorkin regarding same (0.2) |
| 11/07/22 | AS | .20 | Review stay relief motion to permit false advertising action to proceed to judgment |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 1.70 | Hrs. @ | $ 1,540.00/hr. | $ 2,618.00 |
| A Quartarolo | 3.50 | Hrs. @ | $ 1,265.00/hr. | $ 4,427.50 |
| J W Morley | 5.10 | Hrs. @ | $ 895.00/hr. | $ 4,564.50 |
| | 10.30 | | | $ 11,610.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 10/10/22 | AQ | 6.10 | Email and conferences with A. Sorkin and J. Webb regarding first day hearing (1.8); email and conference with M. Niles and J. Guso regarding first day motions (0.5); review and revise declarations and first day pleadings (2.5); conferences with company, A. Sorkin, J. Guso and J. Webb regarding press and first day hearing (0.7); telephone conference with A. Gupta, H. Parkhill, C. Delo, A. Sorkin and J. Webb regarding filing and strategy (0.6) |
| 10/10/22 | AS | 1.20 | Telephone conference with Debtor's communications team, One Madison, Latham, Huron regarding first day communications strategy (0.8); attend town hall with stakeholders (0.4) |
| 10/10/22 | JDW | 2.00 | Correspondence and teleconferences with Debtor, J. Guso, M. Niles, A. Sorkin, and Huron team regarding first day filings and related issues (0.7); participate in update meeting with Debtor regarding bankruptcy outreach, news articles, and related issues (0.8); attend meeting with Debtor and employees regarding bankruptcy filing and related issues (0.5) |
| 10/10/22 | JWM | 1.90 | Finalize filing version of cash management motion (1.9) |
| 10/10/22 | BSR | 3.60 | Attention to filing of numerous first day pleadings (3.6) |
| 10/11/22 | JDW | .60 | Review, analyze cash management motion and related materials in preparation for first day hearing |
| 10/12/22 | JWM | .30 | Correspond with J. Webb regarding cash management motion and order |
| 10/13/22 | JWM | .40 | Revise and finalize interim cash management order |
| 10/14/22 | AS | 1.40 | Telephone conference with Debtor team, Huron, Latham, Berger teams regarding next steps with retailers (1.0); review letter to retailers (0.4) |
| 10/14/22 | JDW | .40 | Correspondence with UST, Monster counsel, DIP agent counsel, A. Sorkin, J. Guso, and M. Niles regarding first day orders and related issues |
| 10/17/22 | AS | 1.20 | Telephone conference with Debtor and Huron teams regarding retailer issues (0.9); review contracts and opine on severability, other issues (0.3) |
| 10/17/22 | JDW | .80 | Correspondence with M. Niles, A. Sorkin, Huron team regarding vendor payment issues (0.3); correspondence with A. Sorkin regarding shippers issues (0.2); teleconference with Huron regarding same (0.1); review, analyze issues relating to same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

---

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 10/18/22 | AS | 1.10 | Review of distribution agreement/settlement agreement (0.2); correspondence with A. Gupta regarding vendor questions (0.3); telephone conference with Debtor, Huron, Latham, Berger teams regarding CTO update |
| 10/18/22 | JDW | .40 | Correspondence with G. Robbins regarding Quash Seltzer bank account (0.2); correspondence with Debtor, A. Sorkin, and Rothschild regarding funding issues discussion (0.2) |
| 10/19/22 | AS | 1.00 | Correspondence with Huron regarding vendor issues (0.5); telephone conference with G. Eckhouse, VPX team regarding IP issues (0.5) |
| 10/19/22 | UGW | .80 | Review revised draft of proposed communication to retailers and distributors regarding jury verdict |
| 10/19/22 | JDW | 1.90 | Participate in daily CTO meeting with A. Sorkin, B. Gelfand Huron, Rothschild, and Debtor regarding works in progress and case update (0.5); correspondence with Debtor, A. Sorkin, B. Gelfand, and A. Gupta regarding same (0.2); review, revise lender presentation (0.7); review draft utilities motion and related materials (0.4); correspondence with A. Sorkin, Debtor, and Huron regarding critical vendor issues (0.1) |
| 10/20/22 | AS | 1.30 | Daily CTO update call with Huron, Latham, Rothschild, VPX teams (0.7); telephone conference with A. Gupta regarding vendor, customer issues and more (0.4); telephone conference with F. Massabki regarding update (0.2) |
| 10/20/22 | JDW | .80 | Participate in daily CTO meeting with A. Sorkin, Debtor, Huron, and Rothschild teams (0.6); correspondence with Debtor, A. Sorkin, J. Guso, and M. Niles regarding fee payment issues (0.2) |
| 10/21/22 | AS | .40 | Daily CTO update with Latham, Berger, Huron, J. DiDonato, Debtor teams |
| 10/21/22 | JDW | .50 | Participate in daily CTO meeting with A. Sorkin, Debtor, Huron, and Rothschild teams |
| 10/21/22 | JWM | .60 | Revise final cash management order |
| 10/24/22 | AS | .60 | Telephone conference with J. DiDonato, Huron, Rothschild, client teams regarding CTO update |
| 10/24/22 | JDW | .50 | Participate in daily CTO meeting with A. Sorkin, J. Guso, Huron, Rothschild, and Debtor |
| 10/25/22 | AQ | .30 | Review and revise board minutes (0.2); email W. Morley regarding same (0.1) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/25/22 | AS | .70 | Daily CTO update call with J. DiDonato, Debtor, Rothschild, Huron teams |
| 10/25/22 | JDW | 1.00 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 10/26/22 | AS | .50 | Daily CTO update call with J. DiDonato, Rothschild, Huron, Debtor teams |
| 10/26/22 | YLB | .60 | Prepare for and attend daily CTO meeting with company, Huron and Latham advisors |
| 10/26/22 | JDW | .80 | Correspondence with Huron team, J. Guso, and M. Niles regarding business license issues (0.2); participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor (0.5); review materials regarding same (0.1) |
| 10/27/22 | YLB | 1.50 | Prepare for and attend daily CTO meeting with company, advisors and Latham and Berger Singerman teams (1.2); correspond with A Sorkin regarding same (0.3) |
| 10/27/22 | JDW | .30 | Correspondence with A. Sorkin, J. Weichselbaum, L. Burton, W. Morley, and B. Rosen regarding intellectual property issues (0.1); review case law and analysis regarding same (0.2) |
| 10/27/22 | JDW | 1.20 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor (0.5); participate in initial debtor interview (0.4); correspondence with J. Guso, M. Niles, Debtor, and Huron team regarding insurance issues (0.3) |
| 10/28/22 | AS | .70 | Daily CTO update with J. DiDonato, Huron, Debtor, Rothschild teams |
| 10/28/22 | JDW | .80 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor (0.5); review materials regarding insurance policies (0.2); correspondence with J. Teresi and W. Morley regarding same (0.1) |
| 10/31/22 | AS | .50 | Daily update call for CTO with J. DiDonato, K. Cole, Latham, Huron, Rothschild teams |
| 10/31/22 | JDW | .50 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/01/22 | AS | 1.20 | Telephone conference with B. Rosen, J. Guso, J. Webb regarding tasks and updates on workstreams (0.6); daily CTO update call with Debtor, Latham, Rothschild, Huron teams (0.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

---

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/22 | JDW | .70 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/02/22 | AS | .60 | Daily update call with CTO, including Debtor, Latham, Huron, Rothschild teams |
| 11/02/22 | YLB | .80 | Prepare for and attend daily CTO meeting with all company professionals regarding case status and strategy |
| 11/02/22 | JDW | .60 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor (0.5); review, revise materials regarding restructuring committee meeting (0.1) |
| 11/03/22 | AQ | .50 | Telephone conference with Huron team regarding CTO update |
| 11/03/22 | JDW | .50 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/04/22 | AS | .50 | Daily update call for CTO with Huron, Latham, Rothschild, Debtor teams |
| 11/04/22 | JDW | .70 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/05/22 | AQ | .30 | Email L. Morris and W. Morley regarding board materials |
| 11/07/22 | AS | .70 | Correspondence with A. Gupta regarding critical vendor questions (0.2); daily update call with CTO, VPX, Huron, Rothschild teams (0.5) |
| 11/07/22 | JDW | .60 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/08/22 | AS | .40 | Daily CTO update call with LW, Rothschild, Huron, Debtor teams |
| 11/08/22 | JDW | .50 | Participate in daily CTO meeting with CTO, Huron team, A. Sorkin, J. Guso, Rothschild, and Debtor |
| 11/09/22 | JDW | .70 | Participate in daily CTO teleconference with A. Sorkin, Debtor, Berger Singerman, Huron and Rothschild |
| 11/10/22 | GAD | .50 | Review correspondence from A. Sorkin and letter from Lowenstein regarding board issues (0.3); call with A. Sorkin regarding same (0.2) |
| 11/11/22 | YLB | 1.10 | Review and revise cash management order (0.5); calls and correspondence with company regarding same (0.4); calls and correspondence with UCC counsel regarding same (0.2) |
| 11/14/22 | AS | .70 | Daily update call with J. DiDonato, K. Cole, A. Gupta, |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | Rothschild, Latham, J. Guso |
| 11/14/22 | YLB | .50 | Prepare for and attend call with Huron team and A. Sorkin regarding cash management matters (0.5) |
| 11/14/22 | JDW | .50 | Participate in daily CTO teleconference with A. Sorkin, Debtor, Berger Singerman, Huron and Rothschild |
| 11/15/22 | AS | .70 | Attend CTO update call with J. DiDonato, K. Cole, Rothschild, Huron, Latham, Berger Singerman teams |
| 11/15/22 | YLB | 1.00 | Prepare for and attend daily CTO call (0.6); review and revise cash management order and correspond with Huron team and company regarding same (0.4) |
| 11/15/22 | EAM | .50 | Attend CTO daily call |
| 11/16/22 | AS | .50 | Daily CTO call with J. DiDonato, Huron, Latham, Rothschild, Debtor teams |
| 11/16/22 | YLB | 1.50 | Prepare and attend daily status meeting with all advisors and company (0.6); prepare for and attend CTO call (0.9) |
| 11/16/22 | EAM | .30 | Attend daily status call |
| 11/18/22 | AS | .40 | Attend CTO update call with J. DiDonato, K. Cole, Huron, Debtor teams |
| 11/21/22 | AS | .50 | Attend daily CTO update call with J. DiDonato, Debtor, Latham, Rothschild teams |
| 11/21/22 | YLB | .40 | Review and revise cash management order and correspond with J. Guso regarding same |
| 11/22/22 | AQ | .50 | Attend CTO meeting regarding status and strategy |
| 11/22/22 | AS | .50 | Attend daily CTO update with J. DiDonato, Debtor, Latham, Rothschild, Huron teams |
| 11/23/22 | YLB | .60 | Prepare for and attend daily advisor and company CTO call |
| 11/28/22 | AS | .50 | Call with J. DiDonato, Rothschild, Huron teams regarding CTO update |
| 11/28/22 | YLB | .60 | Prepare for and attend daily CTO all advisor and company call |
| 11/28/22 | BTG | .30 | Review and analyze intellectual property matters |
| 11/29/22 | AS | .50 | Attend CTO update call with J. DiDonato, Debtor, Rothschild teams |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Business Operations

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/22 | AS | .40 | Telephone conference with P. Borelli, G. Metzger, J. Guso regarding Pembroke Pines vendor issue |
| 11/30/22 | AS | .50 | Daily CTO update call with Debtor, Latham, Rothschild teams |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G A Davis | .50 | Hrs. @ | $ 1,895.00/hr. | $ 947.50 |
| A Sorkin | 19.20 | Hrs. @ | $ 1,540.00/hr. | $ 29,568.00 |
| U G Williams | .80 | Hrs. @ | $ 1,430.00/hr. | $ 1,144.00 |
| A Quartarolo | 7.70 | Hrs. @ | $ 1,265.00/hr. | $ 9,740.50 |
| B T Gelfand | .30 | Hrs. @ | $ 1,165.00/hr. | $ 349.50 |
| E A Morris | .80 | Hrs. @ | $ 1,165.00/hr. | $ 932.00 |
| J D Webb | 17.30 | Hrs. @ | $ 1,165.00/hr. | $ 20,154.50 |
| Y L Burton | 8.60 | Hrs. @ | $ 1,100.00/hr. | $ 9,460.00 |
| B S Rosen | 3.60 | Hrs. @ | $ 990.00/hr. | $ 3,564.00 |
| J W Morley | 3.20 | Hrs. @ | $ 895.00/hr. | $ 2,864.00 |
| | 62.00 | | | $ 78,724.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/10/22 | AS | 2.90 | Telephone conferences with A. Gupta, H. Parkhill, L. Lluberas regarding filing matters and related issues (1.4); coordinate with J. Guso, J. Webb regarding filing matters (1.5) |
| 10/10/22 | TL | 4.00 | Continue to draft, revise, and finalize First Day Declaration |
| 10/10/22 | CMT | 1.60 | Review case docket (.60); prepare draft of case calendar (.40); send out calendar invites for first day hearing (.30); emails with Latham team regarding same (.30) |
| 10/12/22 | EAM | .90 | Latham teleconference regarding status of matter (0.5); attend to first day hearing matters (0.4) |
| 10/12/22 | BSR | .50 | Participate in status update call with J. Webb, E. Morris, and W. Morley |
| 10/14/22 | JDW | .70 | Review, revise WIP list (0.5); correspondence with B. Rosen regarding same (0.2) |
| 10/14/22 | BSR | 2.20 | Review and revise WIP list (1.4); correspond with C. Tarrant regarding case calendar (0.3); review questions regarding same (0.5) |
| 10/17/22 | BSR | 1.00 | Review and revise case calendar (0.3); review and revise WIP list (0.7) |
| 10/18/22 | AS | .40 | Correspondence with Berger Singerman, Latham teams regarding workstreams/work in process (0.2); telephone conference with H. Parkhill regarding same (0.2) |
| 10/18/22 | JDW | 1.60 | Participate in call with Debtor, Rothschild, Huron, A. Sorkin, and J. Guso regarding case update and works in progress (0.5); team teleconference with A. Sorkin, J. Guso, M. Niles, B. Rosen, T. Li, J. Weichselbaum, W. Morley, L. Burton, A. Quartarolo, and L. Morris regarding works in progress and next steps (0.5); correspondence with J. Guso, A. Sorkin, and Monster counsel regarding case discussion call (0.2); review, analyze, revise WIP list (0.2); correspondence with B. Rosen regarding same (0.2) |
| 10/18/22 | TL | .30 | Participate in weekly work in progress call with Berger Singerman and Latham teams |
| 10/18/22 | JWM | .30 | Participate in weekly check-in call with Latham and Berger Singerman teams |
| 10/18/22 | BSR | 1.60 | Participate in call with Latham, Berger Singerman, Rothschild, and Debtor regarding status update (0.6); participate in WIP call with A. Sorkin, J. Webb, T. Li, L. Burton, A. Quartarolo, W. Morley, J. Guso, and M. Niles (0.4); review and revise WIP list (0.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

12

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 10/19/22 | BSR | .40 | Review and revise WIP list |
| 10/19/22 | JJW | .30 | Call with J. Webb to discuss status of case |
| 10/20/22 | BSR | .30 | Update WIP list |
| 10/20/22 | CMT | .40 | Update internal case calendar and circulate to team. |
| 10/24/22 | JDW | .70 | Review, revise WIP list (0.4); teleconference with B. Rosen regarding same (0.3) |
| 10/24/22 | BSR | 1.20 | Review and revise WIP list (0.3); call with J. Webb regarding same (0.3); review and revise case calendar (0.6) |
| 10/25/22 | JDW | .90 | Review, revise WIP list (0.4); teleconference with A. Sorkin, J. Guso, M. Niles, B. Rosen, J. Weichselbaum, L. Burton, W. Morley, and E. Morris regarding same (0.5) |
| 10/25/22 | TL | .40 | Participate in weekly work in progress call with Berger Singerman and Latham teams |
| 10/25/22 | JWM | .30 | Weekly update call with Berger Singerman and Latham teams |
| 10/25/22 | BSR | .80 | Participate in WIP call with Latham and Berger Singerman teams (0.4); review and revise WIP list (0.4) |
| 10/25/22 | JJW | .40 | Attend weekly check in call with Latham and Berger Singerman teams |
| 10/26/22 | CMT | .50 | Review docket and update case calendar. |
| 10/27/22 | AS | 1.10 | Daily update call with J. DiDonato, Debtor, Huron, Rothschild teams (0.5); attend initial debtor interview (0.6) |
| 10/27/22 | EAM | .50 | Teleconference with Latham team regarding status of matter |
| 10/27/22 | JDW | .20 | Correspondence with B. Rosen regarding 10-27 hearing |
| 10/31/22 | JDW | .50 | Review, revise WIP list (0.3); teleconference with B. Rosen regarding same (0.2) |
| 10/31/22 | BSR | 1.40 | Review and revise WIP list (1.2); call with J. Webb regarding same (0.2) |
| 11/01/22 | YLB | .70 | Prepare for and attend internal WIP call (0.5); review WIP (0.2) |
| 11/01/22 | JDW | .50 | Teleconference with A. Sorkin, J. Guso, M. Niles, A. Quartarolo, E. Morris, B. Rosen, J. Weichselbaum, L. Burton, and W. Morley regarding works in progress and case update |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

13

**LATHAM & WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/01/22 | BSR | .50 | Participate in WIP call with Latham and Berger Singerman teams |
| 11/01/22 | JJW | .60 | Participate in team update call |
| 11/02/22 | AQ | .50 | Attend call with Huron team regarding status and strategy |
| 11/03/22 | YLB | 1.30 | Prepare for and attend call with J Webb regarding case strategy and status (0.5); prepare for and attend daily professionals call regarding case strategy and status (0.8); |
| 11/04/22 | BSR | .50 | Call with N. Gulati and J. Weichselbaum regarding case status |
| 11/07/22 | AS | 1.70 | Telephone conference with J. Guso regarding committee matters/issues and hearing (0.3); telephone conference with C. Delo regarding hearing and timing matters (0.2); telephone conference with J. Cohen, J. Guso regarding timing (0.6); telephone conference with L. Lluberas regarding same (0.2); telephone conference with J. Renert regarding committee bylaws (0.2); telephone conference with J. Guso regarding 11/9 hearing (0.2) |
| 11/07/22 | EAM | .70 | Attend daily status call (0.3); teleconference with UCC counsel (0.4) |
| 11/07/22 | BSR | .80 | Review and revise WIP list |
| 11/08/22 | AQ | .90 | Review WIP (0.2); attend team call regarding same (0.7) |
| 11/08/22 | YLB | .50 | Prepare for and attend daily all advisor and company status and strategy call (0.5) |
| 11/09/22 | AS | .40 | Work in process/task list call with B. Rosen, L. Burton, J. Guso |
| 11/09/22 | YLB | .50 | Prepare for and attend daily all advisor and company status and strategy call |
| 11/09/22 | JDW | .40 | Participate in WIP teleconference with A. Sorkin, L. Burton, A. Quartarolo, E. Morris, B. Rosen, J. Weichselbaum, T. Li, and W. Morley |
| 11/09/22 | JWM | .30 | Weekly work in progress call with Latham and Berger Singerman teams |
| 11/09/22 | BSR | 1.70 | Review and revise WIP list (0.3); review and revise case calendar (0.2); attend virtual status conference (0.8); participate in WIP call with Latham and Berger Singerman teams (0.4) |
| 11/09/22 | JJW | .40 | Participate in team WIP call (0.3); review WIP list (0.1) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

14

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/09/22 | NAG | 1.50 | Attend meeting discussing the works in process (0.3); update works in progress chart to prepare for update call (1.2) |
| 11/09/22 | CMT | .60 | Review order setting deadlines and update case calendars |
| 11/10/22 | AS | .80 | Daily update call with J. DiDonato, Huron, Debtor and Rothschild teams |
| 11/10/22 | YLB | .50 | Prepare for and attend daily status and strategy call with Debtor and advisors |
| 11/11/22 | YLB | .60 | Prepare for and attend daily advisor and company strategy and status call (0.6) |
| 11/11/22 | EAM | .50 | Attend daily status call |
| 11/11/22 | CMT | .50 | Review docket and entered orders and update internal calendar. |
| 11/12/22 | AS | .50 | Telephone conference with J. Guso regarding updates and workstreams |
| 11/14/22 | YLB | .80 | Prepare and attend daily status meeting with all advisors and Debtor (0.6); review and revise case calendar (0.2) |
| 11/14/22 | BSR | .80 | Review and revise WIP list (0.5); review and revise case calendar (0.3) |
| 11/15/22 | AQ | 1.30 | Review WIP (0.2); attend team call regarding same (0.8); email with L. Morris regarding 341 meeting and preparation (0.3) |
| 11/15/22 | YLB | 1.40 | Prepare for and attend internal Latham and Berger Singerman WIP call (0.6); review case calendar (0.2); prepare and attend daily status meeting with all advisors and company (0.6) |
| 11/15/22 | EAM | .50 | Telephone calls and correspondence regarding preparation for 341 meeting |
| 11/15/22 | TL | 1.00 | Participate in conference call with Latham regarding work in progress |
| 11/15/22 | JWM | 1.00 | Attend weekly Latham and Berger Singerman check-in call |
| 11/15/22 | BSR | 3.60 | Review and revise WIP list (1.0); call with L. Burton regarding WIP list and matter status (0.8); call with N. Gulati regarding WIP list (0.3); participate in WIP call with Latham and Berger Singerman teams (1.0); call with N. Gulati and L. Burton regarding WIP list (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

15

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/15/22 | JLT | 1.00 | WIP call with Latham and Berger teams regarding case status and outstanding tasks |
| 11/15/22 | JLT | 1.00 | WIP call with Latham and Berger teams regarding case status and outstanding tasks |
| 11/15/22 | NAG | 5.40 | Attend works in process telephone conference (0.9); update works in process tracker based on call (1.7); update works in process list ahead of team call to determine next steps (2.8) |
| 11/16/22 | AQ | .30 | Review case deadlines (0.2); email J. Guso regarding same (0.1) |
| 11/16/22 | EAM | 1.00 | Attend 341 preparation meeting |
| 11/16/22 | JDW | .30 | Review case filings and related pleadings (0.3) |
| 11/16/22 | TL | 1.20 | Participate in conference call with Latham regarding work in progress |
| 11/16/22 | JWM | 1.10 | Call with Latham team regarding case administration |
| 11/16/22 | BSR | 1.10 | Participate in check-in call with L. Burton, J. Weichselbaum, T. Li, W. Morley, and N. Gulati |
| 11/16/22 | JJW | 1.10 | Participate in telephone conference with Latham team to discuss status of matter and workstreams |
| 11/16/22 | NAG | 3.40 | Update works in process list (0.6); update critical dates calendar for company use (1.4); attend internal team meeting to discuss task assignments (0.8); prepare and send out case calendar to working group (0.6) |
| 11/17/22 | AQ | .60 | Prepare for and attend WIP team call |
| 11/17/22 | AS | .60 | Telephone conference with J. DiDonato, K. Cole, Huron, Rothschild, Berger Singerman teams regarding updates |
| 11/17/22 | YLB | .60 | Prepare and attend daily status meeting with all advisors and Debtor |
| 11/17/22 | TL | .40 | Participate in conference call with Latham and Berger Singerman teams regarding work in progress |
| 11/17/22 | JWM | .50 | Attend update call with Latham and Berger Singerman teams |
| 11/17/22 | BSR | .80 | Participate in WIP call with Latham and Berger Singerman teams (0.5); call with N. Gulati regarding WIP list and case calendar (0.3) |
| 11/17/22 | JLT | .40 | WIP call regarding case status and outstanding assignments |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

16

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/17/22 | JJW | .50 | Participate in team update call |
| 11/17/22 | NAG | .80 | Attend works in process meeting to discuss next steps (0.4); attend telephone conference with B. Rosen to discuss ongoing tasks (0.3); update works in process chart with litigation updates (0.1) |
| 11/18/22 | YLB | .60 | Prepare and attend daily status meeting with all advisors and Debtor |
| 11/18/22 | TL | .50 | Conference call with Latham and Berger Singerman teams regarding work in progress |
| 11/18/22 | JWM | .20 | Review and revise final first day orders |
| 11/18/22 | NAG | 1.70 | Update works in process chart for internal team use |
| 11/21/22 | YLB | .50 | Prepare for and attend WIP call with internal team |
| 11/21/22 | TL | .30 | Participate in conference call regarding work in progress with Latham Team |
| 11/21/22 | BSR | 1.60 | Review and revise WIP list (0.7); review and revise case calendar (0.6); participate in update call with L. Burton, E. Morris, J. Weichselbaum, J. Teresi, W. Morley, T. Li, N. Gulati (0.3) |
| 11/21/22 | JLT | .40 | Call with Latham associates team regarding WIP |
| 11/21/22 | JJW | .30 | Participate in team WIP call |
| 11/21/22 | NAG | 2.70 | Update works in process tracker (0.9); attend internal telephone conference to discuss works in process (0.3); update and share works in process tracker with internal team (1.1); share updated works in process table with co-counsel to prepare for update call (0.4) |
| 11/22/22 | AQ | .90 | Review WIP list (0.3); attend WIP call with team (0.6) |
| 11/22/22 | YLB | .70 | Prepare for and attend internal WIP call (0.5); review and revise case calendar (0.2) |
| 11/22/22 | EAM | .50 | Attend WIP call |
| 11/22/22 | JWM | .60 | Attend status call with Latham and Berger Singerman teams |
| 11/22/22 | BSR | .90 | Participate in WIP call with Latham and Berger Singerman teams (0.5); review and revise same (0.4) |
| 11/22/22 | JJW | .50 | Participate in team WIP call |
| 11/22/22 | SDB | .50 | Review WIP chart dates |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

17

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/22/22 | NAG | 3.20 | Update and share case calendar with Debtor (1.4); update works in process tracking chart (1.3); attend telephone conference with team to discuss ongoing works in process (0.5) |
| 11/23/22 | AS | .90 | Conference with UST office, J. Guso regarding committee appointment/reconstitution (0.3); daily video conference with CTO, Latham, Huron, Rothschild, Debtor teams regarding updates and events (0.6) |
| 11/23/22 | BSR | .20 | Review and revise case calendar (0.2) |
| 11/23/22 | NAG | .90 | Update works in process tracker (0.3); update and share key date calendar with client (0.6) |
| 11/28/22 | YLB | .70 | Prepare for and attend Latham associates only WIP call (0.5); review and revise case calendar (0.2) |
| 11/28/22 | JWM | .40 | Attend Latham status call |
| 11/28/22 | BSR | 1.60 | Review and revise WIP list (0.8); review and revise case calendar (0.3); correspond with M. Niles regarding settlement procedures motion (0.1); participate in WIP call with L. Burton, J. Weichselbaum, T. Li, W. Morley, and J. Teresi (0.4) |
| 11/28/22 | JJW | .60 | Participate in team update call (0.4); discuss research with N. Gulati (0.2) |
| 11/28/22 | NAG | 2.60 | Update works in process tracker with status changes from the last week (1.6); attend team telephone conference to discuss key updates (0.4); update and share works in process chart with local counsel (0.3); send email to local counsel seeking clarification regarding research questions (0.3) |
| 11/29/22 | YLB | .60 | Prepare for and attend daily all hands company and advisor call |
| 11/29/22 | BSR | .50 | Review and revise WIP list |
| 11/29/22 | NAG | .60 | Update and share works in process chart with team |
| 11/30/22 | GAD | .80 | Calls with A. Sorkin and A. Quartarolo regarding developments with committee and lenders, corporate governance matters and overall strategy |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

18

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Case Administration

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G A Davis | .80 | Hrs. @ | $ 1,895.00/hr. | $ 1,516.00 |
| A Sorkin | 9.30 | Hrs. @ | $ 1,540.00/hr. | $ 14,322.00 |
| A Quartarolo | 4.50 | Hrs. @ | $ 1,265.00/hr. | $ 5,692.50 |
| E A Morris | 4.60 | Hrs. @ | $ 1,165.00/hr. | $ 5,359.00 |
| J D Webb | 5.80 | Hrs. @ | $ 1,165.00/hr. | $ 6,757.00 |
| Y L Burton | 10.00 | Hrs. @ | $ 1,100.00/hr. | $ 11,000.00 |
| T Li | 8.10 | Hrs. @ | $ 990.00/hr. | $ 8,019.00 |
| B S Rosen | 24.00 | Hrs. @ | $ 990.00/hr. | $ 23,760.00 |
| J J Weichselbaum | 4.70 | Hrs. @ | $ 990.00/hr. | $ 4,653.00 |
| J W Morley | 4.70 | Hrs. @ | $ 895.00/hr. | $ 4,206.50 |
| J L Teresi | 2.80 | Hrs. @ | $ 895.00/hr. | $ 2,506.00 |
| | 79.30 | | | $ 87,791.00 |

**Other:**

| | | | | |
|---|---|---|---|---|
| S D Bruck | .50 | Hrs. @ | $ 655.00/hr. | $ 327.50 |
| N A Gulati | 22.80 | Hrs. @ | $ 655.00/hr. | $ 14,934.00 |
| C M Tarrant | 3.60 | Hrs. @ | $ 455.00/hr. | $ 1,638.00 |
| | 26.90 | | | $ 16,899.50 |

**GRAND TOTAL:** **106.20**          **$ 104,690.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

19

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Corporate Governance & Board Matters

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|------|-----------|-------|-------------|
| 10/12/22 | AS | 1.50 | Review independent director agreements (0.5); telephone conference with R. Dahl regarding same (0.5); follow up correspondence with F. Massabki (0.5) |
| 10/12/22 | JDW | 2.20 | Teleconferences with Ropes and Gray regarding Panagos engagement letter (0.4); review and revise same (1.4); correspondence with Ropes and Gray, Debtor and A. Sorkin regarding same (0.4) |
| 10/13/22 | JDW | 1.40 | Teleconferences and correspondence with W. Morley, Debtor, and A. Sorkin regarding independent director agreement and related issues (0.4); review revised draft of same (0.3); teleconference with Ropes and Gray regarding same (0.3); review Ropes and Gray revised draft of same (0.4) |
| 10/13/22 | JWM | .40 | Revise independent director agreement (0.3); call with J. Webb regarding the same (0.1) |
| 10/14/22 | AS | .40 | Telephone conference with P. Battista, J. DiDonato, J. Guso regarding independent director issues |
| 10/14/22 | JDW | .70 | Correspondence with Ropes and Gray, A. Sorkin, Debtor, and P. Battista regarding independent director issues (0.4); review issues relating to same (0.3) |
| 10/15/22 | JDW | .40 | Correspondence with Ropes and Gray, A. Sorkin, J. DiDonato, and Debtor regarding independent director issues |
| 10/16/22 | JDW | .20 | Correspondence with A. Sorkin and J. DiDonato regarding independent director issues |
| 10/17/22 | JDW | .40 | Correspondence with A. Sorkin, J. DiDonato, and Debtor regarding Panagos engagement letter and related issues |
| 10/18/22 | JDW | 1.00 | Review and revise independent director engagement letter (0.4); correspondence with J. DiDonato, A. Sorkin and S. Rodriguez regarding same (0.3); correspondence with R. Dahl, L. Brown, and A. Sorkin regarding same (0.3) |
| 10/20/22 | JDW | .60 | Coordinate execution of S. Panagos independent director engagement letter (0.4); correspondence with Debtor, S. Panagos, and Ropes and Gray regarding same (0.2) |
| 10/21/22 | JDW | .10 | Correspondence with Ropes and Gray and A. Sorkin regarding independent director issues |
| 10/22/22 | AS | .50 | Telephone conference with J. DiDonato, J. Guso regarding director onboarding process |
| 10/24/22 | AS | 4.70 | Telephone conference with S. Panagos, H. Parkhill regarding board process (0.7); review board deck (0.3); draft |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

20

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Corporate Governance & Board Matters

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | talking points for board meeting (0.5); telephone conference with J. Guso regarding same (0.2); attend board meeting (1.5); attend meeting with J. Owoc, M. Owoc, S. Panagos, Rothschild regarding banking process and restructuring committee matters (1.5) |
| 10/24/22 | JDW | 2.00 | Participate in onboarding meeting with board, A. Sorkin, and other advisors |
| 10/24/22 | JWM | 6.30 | Participate in on-boarding meeting with board, A. Sorkin, and other advisors and take notes of the same (2.0); review board materials and draft minutes to board meeting (4.3) |
| 10/25/22 | JDW | 1.80 | Review and revise minutes regarding 10-24 board meeting (1.1); review and analyze materials regarding same (0.5); correspondence with W. Morley regarding same (0.2) |
| 10/25/22 | JWM | 1.70 | Draft board minutes |
| 10/26/22 | AS | .40 | Review and comment on board meeting minutes |
| 10/26/22 | JDW | .50 | Additional revisions of 10-24 board meeting minutes (0.3); correspondence with W. Morley and Debtor regarding same (0.2) |
| 10/27/22 | EAM | .50 | Review Board meeting minutes |
| 10/27/22 | JWM | .20 | Revise and circulate board minutes |
| 10/29/22 | AS | .50 | Telephone conference with S. Panagos, H. Parkhill, Rothschild regarding teaser issues |
| 10/31/22 | AS | .20 | Review agenda for restructuring committee meeting and correspondence with S. Creedon regarding same |
| 11/01/22 | AS | .30 | Correspondence and telephone conferences with F. Massabki and S. Panagos regarding upcoming restructuring committee meeting |
| 11/02/22 | AQ | 1.70 | Attend restructuring committee meeting |
| 11/02/22 | AS | 2.30 | Participate in weekly meeting of restructuring committee (2.0); prepare for same (0.3) |
| 11/02/22 | JWM | 2.00 | Attend and take notes of restructuring committee meeting |
| 11/03/22 | AQ | .50 | Attend board meeting (0.5) |
| 11/03/22 | AS | 2.20 | Review and comment on board materials and prepare for meeting (0.4); attend and participate in board meeting (1.4); review and revise minutes of restructuring committee meeting (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

21

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Corporate Governance & Board Matters

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/03/22 | RMS | .80 | Review background materials related to same (0.3); discuss proposed KERP motion (0.3); respond to inquiries regarding related compensation matters (0.2) |
| 11/03/22 | JDW | 1.00 | Review, analyze, review board materials (0.8); correspondence with S. Parkhurst and A. Sorkin regarding same (0.2) |
| 11/03/22 | JWM | 5.30 | Attend board meeting (1.3); draft minutes of board meeting and restructuring committee meeting (4.0) |
| 11/07/22 | AS | .40 | Review board meeting minutes and comment |
| 11/08/22 | JWM | .20 | Review, revise, and circulate meeting minutes |
| 11/09/22 | AS | 1.00 | Attend and participate in restructuring committee call |
| 11/09/22 | YLB | 1.00 | Prepare for and attend restructuring committee meeting |
| 11/09/22 | JWM | 1.30 | Attend restructuring committee call and take notes of the same (1.1); revise and circulate draft of meeting minutes (0.2) |
| 11/10/22 | AQ | 1.10 | Attend board meeting (0.9); email with A. Sorkin regarding same (0.2) |
| 11/10/22 | AS | 1.50 | Telephone conference with S. Panagos regarding issues for board meeting (0.5); attend board meeting and follow up correspondence with J. Guso (1.0) |
| 11/10/22 | JWM | 1.00 | Attend board meeting and take minutes |
| 11/11/22 | JWM | 1.80 | Draft minutes for restructuring committee meeting and board meetings |
| 11/13/22 | AQ | .80 | Review and revise board minutes (0.7); email W. Morley regarding same (0.1) |
| 11/13/22 | AS | .40 | Review and comment on board minutes |
| 11/13/22 | JWM | .60 | Revise draft minutes for board and restructuring committee meetings and circulate the same |
| 11/14/22 | YLB | .90 | Review restructuring committee minutes (0.8); correspond with B. Rosen regarding same (0.1) |
| 11/16/22 | AQ | 1.50 | Attend restructuring committee meeting (1.3); prepare for same (0.2) |
| 11/16/22 | AS | 1.30 | Attend restructuring committee meeting |
| 11/16/22 | JWM | 1.30 | Attend board meeting and take notes of the same |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

22

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Corporate Governance & Board Matters

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/17/22 | EAM | .60 | Review board minutes |
| 11/17/22 | JWM | .80 | Draft minutes for restructuring committee meeting |
| 11/21/22 | JWM | .10 | Finalize and circulate minutes for restructuring committee meeting |
| 11/22/22 | JWM | .50 | Summarize notes on restructuring committee meeting |
| 11/23/22 | AQ | 1.10 | Attend Restructuring Committee meeting |
| 11/23/22 | AS | 1.40 | Participate in weekly restructuring committee call |
| 11/23/22 | JWM | 1.50 | Attend restructuring committee meeting and take notes of the same |
| 11/29/22 | JWM | 1.10 | Draft restructuring committee meeting minutes |
| 11/30/22 | AQ | 1.50 | Attend restructuring committee meeting |
| 11/30/22 | AS | 1.80 | Telephone conference with S. Panagos regarding restructuring committee preparation (0.4); attend (in part) restructuring committee meeting (1.4) |
| 11/30/22 | YLB | .60 | Attend board committee meeting |
| 11/30/22 | JWM | 2.10 | Attend restructuring committee meeting and take notes of the same |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 20.80 | Hrs. @ | $ 1,540.00/hr. | $ 32,032.00 |
| A Quartarolo | 8.20 | Hrs. @ | $ 1,265.00/hr. | $ 10,373.00 |
| R M Singer | .80 | Hrs. @ | $ 1,360.00/hr. | $ 1,088.00 |
| E A Morris | 1.10 | Hrs. @ | $ 1,165.00/hr. | $ 1,281.50 |
| J D Webb | 12.30 | Hrs. @ | $ 1,165.00/hr. | $ 14,329.50 |
| Y L Burton | 2.50 | Hrs. @ | $ 1,100.00/hr. | $ 2,750.00 |
| J W Morley | 28.20 | Hrs. @ | $ 895.00/hr. | $ 25,239.00 |
| | 73.90 | | | $ 87,093.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

23

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employee Benefits and Pensions

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/01/22 | YLB | 1.40 | Review KERP precedent and research same (1.1); correspond with J. Weischselbaum and A. Sorkin regarding same (0.3) |
| 11/02/22 | JDW | .20 | Correspondence with A. Sorkin regarding KERP issues (0.1); review materials regarding same (0.1) |
| 11/03/22 | AS | .20 | Telephone conference with R. Singer, L. Burton regarding KERP |
| 11/03/22 | RMS | .40 | Conference with Latham team regarding KERP |
| 11/03/22 | YLB | 1.10 | Prepare for and attend call with R. Singer and A. Sorkin regarding KERP (0.5); correspond with Huron team and J. Weischselbaum regarding same (0.3); review precedent regarding same (0.3) |
| 11/03/22 | JJW | 4.10 | Draft KERP motion and related declaration (3.4); review precedents relating to same (0.5); participate in call relating to KERP (0.3) |
| 11/04/22 | AQ | 1.90 | Review and revise KERP motion and declaration (1.7); email L. Burton and J. Weischselbaum regarding same (0.2) |
| 11/04/22 | RMS | .50 | Review draft KERP motion and declaration (0.4); follow-up on related open items (0.1) |
| 11/04/22 | YLB | 2.40 | Review and revise KERP motion, order and related declaration (2.0); correspond with J. Weischelbaum and Huron team regarding same (0.4) |
| 11/04/22 | JJW | 2.30 | Revise KERP documents to incorporate comments (1.1); discuss the same with Latham team (0.4); review precedents relating to KERP (0.5); call with team to discuss status of matter (0.3) |
| 11/04/22 | CMT | 1.00 | Research regarding KERP motion and related declaration |
| 11/06/22 | JJW | .50 | Review conflicts summary (0.4); update parties in interest list (0.1) |
| 11/07/22 | AQ | .50 | Attention to KERP motion |
| 11/07/22 | YLB | .50 | Correspond with Huron team and J. Weischelbaum regarding KERP |
| 11/07/22 | JJW | .70 | Call regarding KERP (0.3); work on KERP documents (0.4) |
| 11/08/22 | AQ | .50 | Telephone conference with L. Burton and J. Weichselbaum regarding KERP |
| 11/08/22 | AS | .50 | Telephone conference with Latham and Huron teams |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

24

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employee Benefits and Pensions

---

| **Date** | **Timekeeper** | **Hours** | **Description** |
|------|------------|-------|-------------|
| | | | regarding KERP |
| 11/08/22 | RMS | .20 | Review comments to draft KERP declaration |
| 11/08/22 | YLB | 2.30 | Review KERP declaration and revise same (2.0); correspond with A. Quartarolo, A. Sorkin and J. Weischselbaum regarding same (0.3) |
| 11/08/22 | JJW | 1.80 | Participate in telephone conference regarding KERP (0.4); attention to emails regarding KERP (0.3); revise KERP declaration (0.8); review KERP comps and related materials (0.3) |
| 11/09/22 | AQ | 1.60 | Attention to KERP related issues (0.8); review and revise KERP declaration (0.8) |
| 11/09/22 | YLB | 3.00 | Prepare for and attend call with Huron team regarding KERP motion (0.6); review and revise KERP motion and declaration (2.0); correspond with Huron regarding same (0.4) |
| 11/09/22 | JJW | 3.30 | Review and revise KERP motion and order |
| 11/10/22 | AQ | .40 | Email J. Guso regarding KERP (0.1); email with A. Gupta regarding KERP (0.2); email with L. Burton regarding KERP motion (0.1) |
| 11/10/22 | AS | .50 | Telephone conference with Huron team, K. Cole, Latham team regarding KERP (0.5) |
| 11/10/22 | RMS | .30 | Review updated KERP motion and declaration |
| 11/10/22 | YLB | 4.00 | Review and revise KERP motion, declaration and exhibit (2.7); correspondence and calls with lender counsel regarding same (0.4); correspondence and calls with UCC counsel regarding same (0.6); calls with Huron and J. Weischelbaum regarding same (0.3) |
| 11/10/22 | JJW | 1.70 | Revise KERP documents (1.2); attention to emails regarding KERP (0.2); review documents in connection with KERP (0.3) |
| 11/10/22 | CMT | .90 | Review, revise and finalize exhibit to KERP motion. |
| 11/11/22 | RMS | .20 | Review correspondence regarding proposed KERP motion and declaration and related terms and provisions |
| 11/11/22 | YLB | 4.20 | Review and revise KERP motion, declaration and exhibit (2.9); correspondence and calls with lender counsel regarding same (0.6); correspondence and calls with UCC counsel regarding same (0.4); calls with Huron and J. Weischelbaum regarding same (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

25

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employee Benefits and Pensions

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/11/22 | JJW | .50 | Attention to KERP related matters |
| 11/13/22 | RMS | .30 | Review revisions to KERP motion and declaration and supporting documentation |
| 11/13/22 | JJW | .50 | Review documents in connection with KERP (0.3); update KERP documents (0.2) |
| 11/14/22 | YLB | 4.20 | Review and revise KERP motion, order and declaration (3.1); correspond with Debtor regarding same (0.3); correspond with Huron team regarding same (0.8) |
| 11/14/22 | JJW | .40 | Call with team to discuss legal research regarding KERP |
| 11/17/22 | YLB | .90 | Prepare for and attend call with Huron regarding KERP matters (0.5); update and revise KERP order (0.4) |
| 11/17/22 | JJW | 2.30 | Participate in call with Huron regarding KERP (0.4); conduct legal research (1.1); summarize legal research and discuss with N. Gulati (0.8) |
| 11/17/22 | NAG | 2.70 | Conduct legal research into evergreen retainers (1.0); telephone conference with J. Weichselbaum to discuss legal research about evergreen research (0.3); summarize evergreen research (1.4) |
| 11/18/22 | AQ | .30 | Email with L. Burton regarding KERP order and hearing |
| 11/18/22 | YLB | 1.00 | Prepare for and attend call with UCC regarding KERP (0.5); correspond with J. Guso and UST regarding same (0.3); revise order (0.2) |
| 11/18/22 | JJW | 1.00 | Call with UCC regarding KERP (0.4); draft language to be included in KERP order (0.6) |
| 11/21/22 | YLB | 1.40 | Prepare for and attend call with UCC counsel regarding KERP motion (0.6); review and revise same (0.8) |
| 11/21/22 | JJW | .40 | Participate in call to discuss KERP motion (0.3); revise KERP order (0.1) |
| 11/25/22 | YLB | .40 | Emails with UCC and Huron and J. Weischelbaum regarding KERP |
| 11/28/22 | YLB | .80 | Prepare for and attend call with UCC counsel regarding KERP order (0.6); review and revise same (0.2) |
| 11/29/22 | YLB | .40 | Correspond with UCC regarding KERP order (0.2); revise same (0.2) |
| 11/29/22 | JJW | 3.30 | Research issues relating to KERP motion (1.2); discuss same with N. Gulati (0.4); review revised KERP order and |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

26

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employee Benefits and Pensions

---

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | circulate the same (0.2); review and revise KERP motion talking points (1.1); review KERP motion in connection with same (0.4) |
| 11/29/22 | NAG | 3.80 | Draft summary of key points in preparation of KERP hearing (2.0); research issues involving the tying of KERP Orders and other orders (1.8) |
| 11/30/22 | YLB | .80 | Prepare for KERP hearing |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 1.20 | Hrs. @ | $ 1,540.00/hr. | $ 1,848.00 |
| A Quartarolo | 5.20 | Hrs. @ | $ 1,265.00/hr. | $ 6,578.00 |
| R M Singer | 1.90 | Hrs. @ | $ 1,360.00/hr. | $ 2,584.00 |
| J D Webb | .20 | Hrs. @ | $ 1,165.00/hr. | $ 233.00 |
| Y L Burton | 28.80 | Hrs. @ | $ 1,100.00/hr. | $ 31,680.00 |
| J J Weichselbaum | 22.80 | Hrs. @ | $ 990.00/hr. | $ 22,572.00 |
| | 60.10 | | | $ 65,495.00 |

**Other:**

| | | | | |
|---|---|---|---|---|
| N A Gulati | 6.50 | Hrs. @ | $ 655.00/hr. | $ 4,257.50 |
| C M Tarrant | 1.90 | Hrs. @ | $ 455.00/hr. | $ 864.50 |
| | 8.40 | | | $ 5,122.00 |

**GRAND TOTAL:**   68.50     **$ 70,617.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

27

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employment and Fee Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/10/22 | ACD | 2.70 | Review, edit and finalize all Latham retention documents (2.0); update Latham budget and staffing plan (0.2); address matters related to Latham fee applications (0.5) |
| 10/11/22 | BSR | .50 | Correspond with C. Tarrant and A. Davis regarding Latham retention (0.5) |
| 10/11/22 | ACD | .50 | Address matters related to Latham retention and compensation |
| 10/12/22 | ACD | .20 | Review guidelines for fee applications for professionals in Southern District of Florida bankruptcy cases |
| 10/14/22 | ACD | .20 | Update parties in interest list |
| 10/18/22 | JDW | .80 | Review correspondence from and materials provided by UST regarding fee applications (0.6); correspondence with A. Davis, B. Rosen, J. Weichselbaum, T. Li, W. Morley, and C. Tarrant regarding same (0.2) |
| 10/20/22 | CMT | .40 | Update parties in interest list based on notices of appearance filed |
| 10/20/22 | ACD | .20 | Address matters related to parties in interest list |
| 10/21/22 | JJW | .30 | Attention to conflicts matters |
| 10/24/22 | JJW | .30 | Attention to conflicts matter (0.1); update parties in interest list (0.2) |
| 10/25/22 | JJW | .40 | Update parties in interest list (0.2); discuss conflicts with team (0.2) |
| 10/26/22 | JJW | .20 | Call with Rothschild regarding conflicts |
| 10/27/22 | CMT | .50 | Review docket for notices of appearance (0.2); update parties in interest list (0.3) |
| 11/01/22 | JJW | .30 | Update parties in interest list |
| 11/03/22 | JDW | .30 | Review, revise Latham final retention order |
| 11/03/22 | CMT | 1.00 | Prepare draft final order employ Latham as Debtors' counsel (0.8); email to J. Weichselbaum regarding same (0.2) |
| 11/03/22 | ACD | .50 | Analyze matters related to Latham retention, including disclosure matters (0.3); review and revise proposed final order approving Latham retention application (0.2) |
| 11/06/22 | ACD | 1.30 | Review and analyze conflicts results (0.5); prepare draft of first supplemental Sorkin declaration (0.8) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

28

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employment and Fee Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/07/22 | AS | .20 | Review and comment on supplemental declaration regarding additional parties in interest |
| 11/07/22 | JJW | 1.40 | Attention to conflicts and retention matters (0.7); review supplemental Sorkin disclosure (0.5); correspond with Rothschild regarding parties in interest (0.2) |
| 11/07/22 | ACD | .60 | Analyze matters related to supplemental Sorkin declaration (0.2); review and revise same (0.4) |
| 11/08/22 | JJW | 1.00 | Review conflicts report (0.5); review supplemental Sorkin declaration (0.3); update parties in interest list and circulate to Rothschild (0.2) |
| 11/08/22 | ACD | .30 | Update supplemental Sorkin declaration and review materials related to same |
| 11/09/22 | JJW | .10 | Correspond with Berger Singerman regarding Sokin declaration |
| 11/09/22 | CMT | .60 | Finalize and file Supplemental Declaration of A. Sorkin |
| 11/11/22 | ACD | .20 | Review interim compensation order |
| 11/14/22 | AS | 1.40 | Telephone conference with Rothschild regarding retention issues, committee requests (0.5); telephone conference with S. Panagos regarding same (0.4); telephone conference with H. Parkhill regarding same (0.3); telephone conference with J. Cohen regarding same (0.2) |
| 11/14/22 | BSR | .30 | Call with J. Weichselbaum and N. Gulati regarding Evergreen retainer research |
| 11/14/22 | NAG | 1.70 | Attend telephone conference with J. Weichselbaum and B. Rosen to discuss fee structure (0.3); research legal question related to fees and compensation (1.0); email document to L. Burton for review and comment (0.4) |
| 11/14/22 | ACD | .20 | Analyze matters related to fee application process |
| 11/15/22 | AS | .20 | Telephone conference with S. Panagos regarding Rothschild retention issues |
| 11/15/22 | CMT | .60 | Review docket (0.3); update parties in interest list based on new appearances (0.3) |
| 11/16/22 | YLB | .20 | Correspond with J. Guso and A. Davis regarding Latham retention application |
| 11/16/22 | JJW | .90 | Attention to Latham retention application matters |
| 11/17/22 | AS | .20 | Telephone conference with C. Delo regarding retention |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

29

**LATHAM&WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Employment and Fee Applications

---

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | issues |
| 11/18/22 | CMT | 1.80 | Review and revise materials for first interim fee statement |
| 11/20/22 | JJW | .30 | Attention to Latham retention matters |
| 11/22/22 | CMT | 1.90 | Attention to first monthly fee statement |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 2.00 | Hrs. @ | $ 1,540.00/hr. | $ 3,080.00 |
| J D Webb | 1.10 | Hrs. @ | $ 1,165.00/hr. | $ 1,281.50 |
| Y L Burton | .20 | Hrs. @ | $ 1,100.00/hr. | $ 220.00 |
| B S Rosen | .80 | Hrs. @ | $ 990.00/hr. | $ 792.00 |
| J J Weichselbaum | 5.20 | Hrs. @ | $ 990.00/hr. | $ 5,148.00 |
| | 9.30 | | | $ 10,521.50 |

**Other:**

| | | | | |
|---|---|---|---|---|
| N A Gulati | 1.70 | Hrs. @ | $ 655.00/hr. | $ 1,113.50 |
| C M Tarrant | 6.80 | Hrs. @ | $ 455.00/hr. | $ 3,094.00 |
| A C Davis | 6.90 | Hrs. @ | $ 910.00/hr. | $ 6,279.00 |
| | 15.40 | | | $ 10,486.50 |

**GRAND TOTAL:**    **24.70**         **$ 21,008.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

30

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 10/10/22 | BDK | .70 | Review and revise credit agreement |
| 10/10/22 | BTG | 1.60 | Correspond with client regarding DIP credit agreement (0.6); coordinate execution of forbearance agreement (0.3); correspond with opposing counsel regarding DIP credit agreement and related documents (0.7); coordinate execution of forbearance agreement (0.8) |
| 10/10/22 | BSR | 3.60 | Prepare for and attention to filing of DIP motion and related documents (3.6) |
| 10/10/22 | SDB | 7.00 | Update credit agreement schedules (5.3); compile DIP signature pages (1.1) |
| 10/11/22 | BTG | 1.60 | Correspond with Debtor regarding credit agreement and security agreement schedules (0.7); review and revise credit agreement and security agreement schedules per the same (0.9) |
| 10/11/22 | SDB | .60 | Update schedules to DIP credit agreement |
| 10/12/22 | AS | 4.50 | Review UST comments to DIP and telephone conference with L. Lluberas, S. Gruendel regarding same (1.3); review DIP order to prepare for hearing (1.3); telephone conference with L. Lluberas regarding adequate protection of DIP motion (0.6); telephone conference with J. Guso, A. Gupta regarding budget (0.4); revise script for DIP hearing (0.9) |
| 10/12/22 | BTG | 1.60 | Review and revise schedules to DIP credit agreement (1.1); review and comment on officer's certificate (0.5) |
| 10/12/22 | JDW | .90 | Review B. Gelfand correspondence regarding DIP financing issues (0.3); review, analyze issues relating to same (0.6) |
| 10/12/22 | BSR | .40 | Review UST comments to DIP order |
| 10/12/22 | SDB | 2.00 | Compile certificate for DIP motion (0.8); compile the security agreement, the fee letter and the notes (1.2) |
| 10/13/22 | AS | 6.90 | Review DIP order to prepare for hearing (1.3); telephone conference with S. Wilkes, J. Guso, L. Lluberas regarding comments to DIP (1.3); review Monster objection and revise DIP hearing script (1.2); further preparation for interim DIP hearing, including conferences with J. Guso, P. Battista and script revision (2.3); revise DIP orders and debrief regarding DIP hearing (0.8) |
| 10/13/22 | BTG | 1.40 | Review and comment on board appointment resolutions and LLC agreement amendments regarding DIP (1.4) |
| 10/13/22 | JDW | 2.00 | Review, revise DIP order to address resolution achieved at first day hearing (0.8); correspondence with UST, counsel for |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

31

**LATHAM&WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | Monster, DIP agent counsel, J. Guso, M. Niles, and A. Sorkin regarding same (0.7); correspondence with Debtor, B. Gelfand, and A. Sorkin regarding DIP credit agreement, schedules, and related issues (0.5) |
| 10/13/22 | BSR | .50 | Review Monster DIP objection |
| 10/13/22 | SDB | 1.10 | Review operating agreements for new board compliance |
| 10/14/22 | AS | .10 | Finalize DIP order |
| 10/14/22 | JDW | .40 | Correspondence with B. Gelfand, A. Sorkin, Huron team, and Debtor regarding DIP financing issues and closing of same (0.4) |
| 10/15/22 | BTG | .70 | Draft DIP approval resolutions |
| 10/15/22 | JDW | .50 | Correspondence with B. Gelfand, A. Sorkin, Huron team, and Debtor regarding DIP financing issues and closing of same |
| 10/16/22 | BTG | 1.80 | Review and revise DIP approval resolutions |
| 10/16/22 | JDW | .30 | Correspondence with B. Gelfand, A. Sorkin, Huron team, and Debtor regarding DIP financing issues and closing of same |
| 10/17/22 | BDK | .30 | Review and revise security agreement related to DIP |
| 10/17/22 | BTG | 3.20 | Review and revise security and pledge agreement (1.2); correspond with opposing counsel regarding DIP credit agreement and security agreement (0.7); correspond with Debtor regarding DIP credit agreement and security agreement schedules (0.6); review and revise DIP resolutions (0.7) |
| 10/17/22 | JDW | .30 | Correspondence with B. Gelfand, A. Sorkin, B. Kaufman, P. Sluka, S. Saffos, and DIP agent counsel regarding DIP credit agreement (0.1); review, analyze issues relating to same, including closing punch list (0.2) |
| 10/17/22 | JWM | .40 | Attend call with J. Webb regarding DIP reply (0.1); research issues related to the same (0.3) |
| 10/17/22 | SDB | 2.30 | Update Debtor signature pages to reflect new board (0.4); revise Security & Pledge Agreement (1.9) |
| 10/18/22 | BTG | 3.50 | Review and revise reporting requirement summary chart (2.9); attend daily conference call (0.6) |
| 10/18/22 | JDW | 1.10 | Review, analyze Monster DIP objection (0.6); teleconference with W. Morley regarding same and anticipated reply (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

32

**LATHAM&WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/18/22 | JWM | 2.30 | Review, analyze Monster DIP objection (1.8); attend teleconference with J. Webb regarding same and anticipated reply (0.5) |
| 10/18/22 | SDB | 1.00 | Update Debtor signature pages to reflect new board |
| 10/19/22 | AS | 1.30 | Telephone conference with L. Lluberas, B. Gelfand regarding forbearance (0.5); telephone conference with Rothschild team regarding financing need (0.7); follow up with H. Parkhill regarding same (0.1) |
| 10/19/22 | BTG | 2.10 | Correspond with Debtor regarding DIP closing process (0.8); review and revise DIP credit agreement (0.9); correspond with opposing counsel regarding the same (0.4) |
| 10/19/22 | JDW | 1.30 | Teleconference with A. Sorkin, B. Gelfand, and L. Lluberas regarding forbearance issues (0.5); teleconference with A. Sorkin, Huron, Rothschild, and Debtor regarding funding issues (0.7); correspondence with foregoing regarding same (0.1) |
| 10/19/22 | SDB | 1.20 | Review charters, security agreements, and UCC-1s for all DIP entities |
| 10/19/22 | BJP | 1.30 | Review UCC financing statements (0.9); provide comments for same (0.4) |
| 10/20/22 | AS | .50 | Correspondence with B. Gelfand, L. Lluberas regarding forbearance |
| 10/20/22 | BTG | 1.40 | Finalize execution versions of LLC amendments and resolutions |
| 10/20/22 | JDW | 1.00 | Correspondence with MVA, A. Sorkin, and B. Gelfand regarding closing of DIP credit facility and related issues (0.3); review, analyze DIP reporting requirements (0.2); review, revise Huron chart regarding same (0.3); correspondence with B. Gelfand regarding same (0.2) |
| 10/20/22 | SDB | .80 | Edit amendments to operating agreements and written consents |
| 10/21/22 | BTG | 4.50 | Correspond with Debtor and financial advisor regarding closing invoices (1.2); compile closing documents (0.9); review and comment on UCC financing statements (0.4); attend daily conference call (0.6); attend pre-lender conference call (0.5); attend lender conference call (0.9) |
| 10/21/22 | JDW | .40 | Correspondence with B. Gelfand, A. Sorkin, Debtor, and DIP agent counsel regarding closing of DIP facility and related issues |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

33

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 10/21/22 | SDB | .20 | Update UCC-1 filings |
| 10/23/22 | JDW | .10 | Correspondence with B. Gelfand, A. Sorkin, S,. Bruck and Debtor regarding closing of DIP facility and related issues |
| 10/24/22 | AS | .70 | Telephone conference with L. Lluberas regarding DIP second day hearing |
| 10/24/22 | BDK | .40 | Review and revise forbearance agreement |
| 10/24/22 | BTG | 2.50 | Review and revise DIP resolutions (0.8); generate execution versions of DIP documents (1.7) |
| 10/25/22 | BDK | .10 | Review and revise forbearance agreement |
| 10/25/22 | BTG | 2.50 | Attend daily conference call (0.6); attention to DIP closing matters (0.5); compile closing DIP documents (1.4) |
| 10/25/22 | JDW | 1.20 | Review, analyze materials regarding DIP closing (0.8); correspondence with B. Gelfand and L. Lluberas regarding same (0.4); |
| 10/26/22 | BTG | 2.10 | Attend daily conference call (0.6); attention to DIP closing matters (1.5) |
| 10/26/22 | JDW | .60 | Correspondence with Debtor, B. Gelfand, and MVA team regarding DIP closing and related issues |
| 10/27/22 | BTG | 1.20 | Attend daily conference call (0.8); correspond internally regarding forbearance agreement and final DIP hearing (0.4) |
| 10/27/22 | JDW | .50 | Teleconference with A. Sorkin and Rothschild team regarding financing issues |
| 10/28/22 | BTG | 1.50 | Attend weekly lender call (1.1); attend daily conference call (0.4) |
| 10/31/22 | BTG | 1.30 | Review second forbearance agreement (0.3); attend daily conference call (0.5); correspond with opposing counsel and Debtor regarding second forbearance agreement (0.5) |
| 10/31/22 | JDW | .90 | Review, analyze draft of final DIP order (0.5); teleconference with W. Morley regarding same (0.2); correspondence with Maricopa County regarding final DIP order (0.1); review DIP order regarding same (0.1) |
| 10/31/22 | JWM | 1.50 | Review and revise DIP order (1.3); call with J. Webb regarding the same (0.2) |
| 11/01/22 | AS | 1.00 | Review and comment on proposed final DIP order |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

34

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|------|------------|-------|-------------|
| 11/01/22 | BTG | .70 | Attend daily conference call |
| 11/01/22 | JDW | .60 | Revise A. Sorkin comments to DIP order (0.3); correspondence with W. Morley regarding same (0.1); correspondence with Chubb and MVA regarding same (0.2) |
| 11/01/22 | BSR | .30 | Review language proposed by Chubb for DIP order |
| 11/02/22 | BTG | 1.10 | Attend daily conference call (0.6); review and comment on final DIP order (0.5) |
| 11/02/22 | JDW | 1.80 | Review, revise DIP order, including to incorporate creditor comments (1.5); correspondence with A. Sorkin, B. Rosen, W. Morley, and MVA regarding same (0.3) |
| 11/02/22 | JWM | 2.30 | Review and revise final DIP order |
| 11/03/22 | JDW | 1.20 | Correspondence with creditors regarding final DIP order and related issues (0.5); review and revise same (0.7) |
| 11/04/22 | AS | 1.10 | Telephone conference with J. Guso regarding DIP objections and scheduling matters (0.5); telephone conference with A. Gupta regarding cash needs (0.3); further correspondence with J. Guso regarding DIP objections (0.3) |
| 11/04/22 | EAM | 1.00 | Attend lenders call |
| 11/04/22 | JDW | .40 | Review, analyze objections to DIP financing motion (0.2); correspondence with creditors regarding same (0.2) |
| 11/04/22 | JWM | 3.30 | Draft DIP reply and conduct research regarding the same |
| 11/04/22 | JJW | .50 | Discuss DIP objections with N. Gulati (0.3); review DIP objection (0.2) |
| 11/05/22 | JJW | .70 | Review DIP Objections |
| 11/07/22 | JWM | .40 | Correspond with opposing counsel regarding DIP objection |
| 11/07/22 | JJW | 1.00 | Review UST DIP objection and other objections (0.6); review DIP objection chart (0.2); discuss the same with N. Gulati (0.2) |
| 11/07/22 | NAG | 3.60 | Summarize filed DIP objections (2.3); attend telephone conference with J. Weichselbaum to discuss DIP objections (0.2); summarize newly filed DIP objection (1.1) |
| 11/08/22 | AS | .70 | Review UCC DIP issues list (0.2); separate telephone conferences with F. Massabki, E. Chafetz regarding same (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

35

**LATHAM&WATKINS** LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/08/22 | YLB | 1.40 | Prepare for and attend call with Huron team and A. Quartarolo and A. Sorkin regarding DIP budget (1.0); review DIP objections (0.4) |
| 11/08/22 | BTG | .50 | Attend daily conference call |
| 11/08/22 | JDW | 1.20 | Review correspondence regarding DIP reply (0.3); review, analyze objections regarding same (0.6); review, revise final DIP order regarding same (0.3) |
| 11/08/22 | JWM | 7.60 | Draft DIP reply (4.3); research issues related to the same (3.3) |
| 11/08/22 | JJW | 1.70 | Review DIP objections and DIP objection chart |
| 11/09/22 | AS | 2.30 | Telephone conference with L. Lluberas regarding final DIP hearing (0.4); prepare for (0.3) and attend telephone conference with L. Lluberas, J. Cohen regarding DIP issues (1.1); telephone conference with J. Guso regarding same (0.5) |
| 11/09/22 | YLB | .60 | Prepare for and attend call with UCC and Lender counsel and A. Sorkin and A. Quartarolo regarding DIP (0.6) |
| 11/09/22 | BTG | .70 | Attend daily conference call (0.5); correspond with Debtor regarding credit agreement commitments (0.2) |
| 11/09/22 | EAM | .80 | Analyze deadlines for final DIP hearing (0.2); analyze DIP objections (0.6) |
| 11/09/22 | JWM | 2.80 | Call with counsel to UCC regarding DIP financing (1.1); draft and circulate summary of the call (0.5); call with E. Morris regarding DIP objections (0.3); call with J. Webb regarding DIP reply (0.4); revise DIP reply (0.5) |
| 11/09/22 | SDB | 5.00 | Prepare DIP credit agreement signature pages |
| 11/10/22 | BTG | 1.10 | Attend daily conference call (0.5); correspond with Debtor and opposing counsel regarding DIP consent (0.2); review and revise DIP consent (0.4) |
| 11/10/22 | JWM | 2.30 | Revise draft of DIP reply (0.5) research issues related to the same (1.8) |
| 11/11/22 | AS | 1.30 | Correspondence with A. Quartarolo regarding DIP, other objections (0.3); Telephone conference with L. Lluberas regarding DIP objections (1.0) |
| 11/11/22 | BTG | .60 | Attend daily conference call |
| 11/11/22 | JLT | .50 | Prepare for and call with A. Quartarolo and E. Morris regarding DIP |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

36

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/22 | YLB | 5.60 | Review and revise DIP reply (3.5); review research and precedent regarding same (1.1) |
| 11/14/22 | AS | .50 | Telephone conference with L. Burton, W. Morley regarding DIP reply |
| 11/14/22 | YLB | 1.60 | Review DIP precedent (0.5); prepare for and attend call with A. Sorkin and W. Morley regarding DIP reply (1.1) |
| 11/14/22 | JWM | .40 | Call with L. Burton and A. Sorkin regarding DIP reply |
| 11/14/22 | BSR | .50 | Review DIP objections |
| 11/14/22 | JJW | .30 | Discuss DIP objection chart with L. Burton |
| 11/14/22 | SDB | .30 | Prepare DIP credit agreement signature pages |
| 11/14/22 | CMT | .60 | Research regarding replies to DIP Objections |
| 11/15/22 | YLB | 2.70 | Review DIP precedent |
| 11/15/22 | BTG | .80 | Attend daily conference call regarding DIP |
| 11/15/22 | BSR | 1.70 | Call with N. Gulati regarding DIP objection chart (0.3); review DIP objections (1.1); call with L. Burton regarding DIP objections (0.3) |
| 11/15/22 | JLT | .20 | Call with E. Morris regarding DIP declaration |
| 11/15/22 | NAG | 1.00 | Update the DIP objection chart to be included in DIP filing |
| 11/16/22 | AQ | .40 | Correspondence with A. Sorkin and L. Morris regarding DIP declarations (0.2); review and revise DIP declaration (0.2) |
| 11/16/22 | AS | 2.70 | Telephone conference with mechanics' lien claimants regarding DIP issues (0.3); telephone conference with L. Lluberas regarding same (0.3); review DIP reply (0.5); telephone conference with Pachulski regarding DIP issues (0.5); telephone conference with L. Luis regarding same and compile issues list (0.5); telephone conference with L. Lluberas regarding DIP litigation issues (0.3); telephone conference with L. Burton regarding DIP reply and other matters (0.3) |
| 11/16/22 | YLB | 5.40 | Prepare for and attend call with A. Sorkin and W. Morley regarding DIP reply (1.1); review DIP objections (4.0); correspond with UCC regarding cash management order (0.3) |
| 11/16/22 | EAM | .70 | Draft supplemental declaration in support of DIP |
| 11/16/22 | JWM | 1.40 | Call with L. Burton and A. Sorkin regarding DIP reply (1.0); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

37

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | research issues related to the same (0.4) |
| 11/16/22 | NAG | 2.20 | Update DIP Objection Chart to be included in DIP Reply |
| 11/17/22 | AQ | .30 | Review and revise DIP declaration (0.2); email H. Parkhill regarding same (0.1) |
| 11/17/22 | YLB | .60 | Update and revise process letter |
| 11/17/22 | BTG | .60 | Conference with financial advisor regarding forbearance milestones |
| 11/17/22 | BSR | .80 | Review and revise DIP objection chart |
| 11/17/22 | NAG | 1.00 | Update DIP Objection Chart to be included in DIP Reply |
| 11/18/22 | AQ | .50 | Review and revise DIP declaration |
| 11/18/22 | AS | .60 | Telephone conference with H. Parkhill, Rothschild, A. Quartarolo regarding DIP declaration |
| 11/18/22 | YLB | 4.80 | Review and revise process letter (1.1); call with J. Kang regarding same (0.4); review DIP reply exhibits and revise same (3.3) |
| 11/18/22 | EAM | .50 | Teleconference with Latham and Rothschild teams regarding DIP declaration |
| 11/18/22 | BSR | 1.90 | Review and revise DIP objection tracker |
| 11/18/22 | JLT | .60 | Meeting with A. Quartarolo, E. Morris, A. Sorkin, H. Parkhill, M. Dyer, C. Delos, and J. Kang regarding Parkhill declaration |
| 11/19/22 | YLB | 6.30 | Review and revise DIP reply (4.2); conduct research regarding same (2.1) |
| 11/21/22 | AQ | .70 | Review and revise DIP declaration (0.4); email H. Parkhill and C. Delo regarding same (0.1); email J. Teresi regarding same (0.2) |
| 11/21/22 | AS | 1.10 | Telephone conference with L. Lluberas regarding DIP objection resolution strategy (0.7); telephone conference with R. Charbonneau regarding mechanics lienholder objections (0.4) |
| 11/21/22 | BSR | 1.20 | Review and revise DIP objection chart |
| 11/21/22 | JLT | .50 | Finalize supplemental declaration of H. Parkhill in support of DIP |
| 11/21/22 | SDB | .50 | Draft list for Second Forbearance |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

38

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/21/22 | NAG | .50 | Review draft of DIP objection chart for DIP Reply |
| 11/22/22 | YLB | 1.30 | Prepare for and attend call with Monster and Lender counsel and A. Sorkin regarding DIP |
| 11/22/22 | JWM | 3.20 | Research issues related to DIP reply (1.6); prepare draft of same (1.6) |
| 11/23/22 | AS | 2.60 | Review DIP reply (0.3); telephone conference with L. Burton regarding same (0.5); telephone conference with R. Charbonneau regarding mechanics lienholder proposal (0.3); telephone conferences with L. Lluberas regarding same, DIP objections (0.9); telephone conference with J. Cohen regarding DIP, governance issues (0.6) |
| 11/23/22 | YLB | 1.10 | Prepare for and attend call with T. Li regarding DIP reply |
| 11/23/22 | TL | 3.90 | Review DIP related filings for purposes of drafting reply in support of DIP Motion |
| 11/23/22 | JWM | 1.80 | Review and revise DIP reply and declaration |
| 11/25/22 | AS | 1.20 | Telephone conference with L. Lluberas regarding DIP issues/objections (0.6); telephone conference with R. Charbonneau regarding same (0.3); further correspondence with L. Lluberas regarding DIP issues (0.3) |
| 11/25/22 | YLB | 7.50 | Review and revise DIP reply (7.0); correspond with A. Sorkin regarding same (0.5) |
| 11/25/22 | BSR | .20 | Attention to correspondence regarding DIP objections and committee (0.2) |
| 11/26/22 | AS | .20 | Review and provide comments to DIP reply |
| 11/26/22 | YLB | 1.00 | Correspond with T. Li and W. Morley regarding DIP reply (0.3); review and revise same (0.7) |
| 11/26/22 | TL | 2.20 | Review DIP related filings for purposes of drafting reply in support of DIP Motion |
| 11/26/22 | JWM | 3.30 | Review and revise DIP reply |
| 11/27/22 | AQ | .20 | Email with A. Sorkin regarding DIP hearing and related issues |
| 11/27/22 | YLB | 1.10 | Prepare for and attend call with T. Li and W. Morley regarding DIP reply (1.1) |
| 11/27/22 | TL | 8.30 | Draft and revise reply in support of DIP Motion (4.6); research related issues (3.7) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

39

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/27/22 | JWM | 5.60 | Call with L. Buron and T. Li regarding DIP reply (1.0); revise DIP reply (4.6) |
| 11/27/22 | JLT | .30 | Draft witness list for DIP hearing |
| 11/28/22 | AQ | 4.70 | Email and telephone conference with team regarding DIP objections and hearing (0.4); review DIP objections (3.3); telephone conference with L. Lluberas and S. Gruendel regarding DIP hearing (0.5); email and telephone conference with A. Sorkin and J. Guso regarding same (0.3); email with J. Teresi regarding witness list (0.2) |
| 11/28/22 | AS | 3.90 | Research for DIP reply and related correspondence (0.9); conference with L. Burton regarding same (0.5); correspondence with various constituents regarding DIP open issues/potential resolutions (1.0); telephone conference with Lowenstein, A. Quartarolo regarding DIP litigation issues (0.3); telephone conference with R. Charbonneau regarding response to settlement proposal (0.3); attention to exhibits (0.4); review DIP objections (0.5) |
| 11/28/22 | YLB | 3.10 | Review DIP objections (2.9); correspond with A. Sorkin regarding same (0.2) |
| 11/28/22 | BTG | .40 | Review DIP objections |
| 11/28/22 | TL | 2.00 | Draft and revise reply in support of DIP Motion (1.6); research related issues (0.4) |
| 11/28/22 | JWM | .50 | Review and revise DIP reply |
| 11/28/22 | BSR | 1.90 | Call with L. Burton regarding DIP objections (0.2); review DIP objections (1.3); draft Debtor email regarding same (0.4) |
| 11/28/22 | NAG | 3.40 | Summarize new DIP objections and update DIP objection chart (3.4) |
| 11/28/22 | CMT | 1.30 | Research regarding final DIP order entered in FLSB (1.1); emails with T. Li regarding same (0.2) |
| 11/29/22 | AQ | 2.00 | Email and telephone conference with team regarding DIP objections and related issues (1.0); email R. Charbonneau regarding exhibits (0.2); review and revise witness list (0.5); email with J. Teresi, A. Sorkin and C. Delo regarding same (0.3) |
| 11/29/22 | AS | .70 | Telephone conference with L. Lluberas regarding DIP negotiations (0.5); telephone conference with R. Charbonneau regarding potential mechanics lienholder resolution (0.2) |
| 11/29/22 | YLB | 7.10 | Review and revise DIP reply (4.0); review DIP objections |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

40

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| | | | (2.0); prepare for and attend call with A. Sorkin, A. Quararolo and Latham team regarding same (1.1) |
| 11/29/22 | BTG | 1.00 | Attend conference regarding DIP objections (0.6); correspond with financial advisors regarding DIP borrowing (0.2); correspond with Debtor and opposing counsel regarding forbearance milestones (0.2) |
| 11/29/22 | TL | 2.90 | Draft reply in support of DIP Motion |
| 11/29/22 | JWM | 10.90 | Review and revise DIP reply (6.3) research issues related to the same (4.6) |
| 11/29/22 | BSR | 3.30 | Correspond with L. Burton regarding DIP objections (0.3); review DIP objections (1.2); review and revise DIP objection chart (1.8) |
| 11/29/22 | JLT | 1.00 | Call with L. Burton, A. Sorkin, A. Quartarolo, T. Li, and W. Morley regarding DIP Reply |
| 11/29/22 | CMT | 1.80 | Research regarding replies to objections to final DIP orders in FLSB (1.6); emails with T. Li regarding same (0.2) |
| 11/30/22 | AQ | 12.70 | Email with J. Teresi regarding DIP hearing preparation and related submissions (0.5); review and revise same (1.0); telephone conference with L. Burton regarding status and strategy (0.4); telephone conferences with A. Sorkin and J. Guso regarding DIP hearing and strategy (0.7); review and revise proposed stipulated facts (2.5); diligence regarding same (0.8); telephone conference with G. Metzger regarding same (0.3); telephone conference with E. Hillman, G. Metzger, and J. Teresi regarding same (0.5); telephone conference with G. Escalante regarding same (0.2); review and revise declarations in support of DIP motion (1.4); draft proposed stipulated facts (2.3); review and revise DIP reply (1.8); email A. Sorkin regarding same and evidentiary support (0.3) |
| 11/30/22 | AS | 8.20 | Draft DIP reply (4.8); conferences with A. Quartorolo, J. Guso regarding evidentiary issues for DIP hearing and other developments (1.7); telephone conferences with N. Fulfree, A. Quartarolo, J. Cohen regarding hearing matters (0.6); telephone conference with L. Lluberas regarding DIP negotiations and hearing (1.1) |
| 11/30/22 | YLB | 10.00 | Research draft review and revise DIP reply (8.5); calls and correspondences with A. Sorkin, A. Quartarolo, T. Li and W. Morely regarding same (1.5) |
| 11/30/22 | BTG | .60 | Review compliance question under DIP |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

41

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Financing and Cash Collateral

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/22 | TL | 4.70 | Draft and revise reply in support of DIP Motion (2.5); research related issues (2.2) |
| 11/30/22 | JWM | 9.90 | Revise DIP reply (5.3); conduct research regarding the same (4.6) |
| 11/30/22 | BSR | .60 | Continue to draft DIP reply chart |
| 11/30/22 | JLT | 1.00 | Draft supplemental declarations in support of DIP |
| 11/30/22 | CMT | 4.70 | Additional research regarding DIP roll ups and replies (1.6); additional research regarding reply to objections to DIP Motion (1.9); research regarding Exhibit List (0.8); emails with Latham team regarding same (0.4) |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| A Sorkin | 42.10 | Hrs. @ | $ 1,540.00/hr. | $ 64,834.00 |
| A Quartarolo | 21.50 | Hrs. @ | $ 1,265.00/hr. | $ 27,197.50 |
| B D Kaufman | 1.50 | Hrs. @ | $ 1,360.00/hr. | $ 2,040.00 |
| B T Gelfand | 42.60 | Hrs. @ | $ 1,165.00/hr. | $ 49,629.00 |
| E A Morris | 3.00 | Hrs. @ | $ 1,165.00/hr. | $ 3,495.00 |
| J D Webb | 16.70 | Hrs. @ | $ 1,165.00/hr. | $ 19,455.50 |
| Y L Burton | 61.20 | Hrs. @ | $ 1,100.00/hr. | $ 67,320.00 |
| T Li | 24.00 | Hrs. @ | $ 990.00/hr. | $ 23,760.00 |
| B S Rosen | 16.90 | Hrs. @ | $ 990.00/hr. | $ 16,731.00 |
| J J Weichselbaum | 4.20 | Hrs. @ | $ 990.00/hr. | $ 4,158.00 |
| J W Morley | 59.90 | Hrs. @ | $ 895.00/hr. | $ 53,610.50 |
| J L Teresi | 4.10 | Hrs. @ | $ 895.00/hr. | $ 3,669.50 |
| | 297.70 | | | $ 335,900.00 |

**Other:**

| | | | | |
|---|---|---|---|---|
| S D Bruck | 22.00 | Hrs. @ | $ 655.00/hr. | $ 14,410.00 |
| N A Gulati | 11.70 | Hrs. @ | $ 655.00/hr. | $ 7,663.50 |
| C M Tarrant | 8.40 | Hrs. @ | $ 455.00/hr. | $ 3,822.00 |
| B J Parkman | 1.30 | Hrs. @ | $ 425.00/hr. | $ 552.50 |
| | 43.40 | | | $ 26,448.00 |

**GRAND TOTAL:**        341.10                                $ 362,348.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

42

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Hearings

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/10/22 | AS | 3.60 | Conference with A. Quartarolo regarding first day hearing preparation, litigation matters (1.1); revise script for first day hearing and supplement (2.5) |
| 10/10/22 | EAM | 1.90 | Revise outlines for direct examination of first day declarant (0.3); revise direct examination for DIP declarant (0.9); revise cross preparation outlines (0.7) |
| 10/11/22 | AQ | 8.60 | Prepare for first day hearing (1.7); email and conference with M. Niles and J. Guso regarding first day motions and hearing evidence (0.6); conference with J. DiDonato and A. Gupta regarding hearing preparation (5.8); review and revise hearing outlines (0.5) |
| 10/11/22 | AS | 7.90 | Attend and participate in J. DiDonato witness preparation session with A. Quartarolo, Huron team, J. Webb, J. Guso (4.5); revise first day hearing script and review transcript of prior hearing (2.7); review first day pleadings and prepare for hearing (0.7) |
| 10/11/22 | EAM | .60 | Revise first day preparation outlines |
| 10/11/22 | JDW | 7.80 | Overview first day preparation and related issues (3.7); correspondence and teleconferences with E. Morris, B. Rosen, T. Li, W. Morley and Huron and Rothschild teams regarding same (1.6); participate in preparation session with J. DiDonato for first day hearing (2.5) |
| 10/11/22 | BSR | .80 | Correspond with C. Tarrant regarding hearing preparations |
| 10/11/22 | CMT | 1.60 | Register all attorneys for attendance at first day hearing (.40); emails with Latham and Berger Singerman regarding same (.30); email first day filed pleadings to Latham team (.30); prepare binder of same (.60) |
| 10/12/22 | AQ | 8.90 | Prepare for first day hearing (2.5); email and conference with M. Niles regarding critical vendors (0.5); review and revise direct examination outlines (1.7); conferences with declarants regarding same (1.5); conferences with J. Guso, A. Sorkin and J. Webb regarding first day hearing preparation (1.3); review and revise hearing presentation (1.1); email A. Sorkin regarding same (0.1); email J. DiDonato regarding hearing preparation (0.2) |
| 10/12/22 | AS | 6.30 | Prepare script for first day hearing (0.5); attend H. Parkhill witness preparation (1.5); review UST comments to first days and correspondence with J. Webb, team regarding same (1.2); draft script for L&W retention, DIP, first day hearing (1.2); further draft script and prepare for first day hearing (1.9) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

43

**LATHAM&WATKINS**LLP

Invoice No. 2200314036
December 20, 2022
Matter Name: Hearings

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/12/22 | JDW | 11.60 | Review, analyze cash management motion and related materials in preparation for first day hearing (3.3); prepare presentation regarding same (2.5); review, analyze proposed agenda (0.2); participate in preparation session with H. Parkhill for first day hearing (2.0); correspondence with UST regarding first day motions and related relief (0.3); review, analyze comments to same (2.2); review, revise orders to address same (0.7); correspondence with Huron regarding same (0.4) |
| 10/13/22 | AQ | 8.30 | Prepare for first day hearing (1.8); email and conference with M. Niles regarding critical vendors (0.5); conferences with declarants regarding same (1.5); attend first day hearing (2.2); conference with J. Guso, A. Sorkin and J. Webb regarding same (0.7); conferences with G. Metzger, K. Cole, J. DiDonato and H. Parkhill regarding status and strategy (1.0); email and telephone conference with G. Williams regarding background and strategy (0.6) |
| 10/13/22 | EAM | 1.90 | Attend first day hearing |
| 10/13/22 | JDW | 7.50 | Prepare for first day hearing (3.1); attend and participate in same (4.0); review, analyze A. Sorkin first day presentation (0.4) |
| 10/13/22 | TL | 3.00 | Review pleadings in preparation for First Day Hearing (0.6); attend First Day Hearing (2.4) |
| 10/13/22 | JWM | 2.60 | Attend first day hearing |
| 10/13/22 | BSR | 2.70 | Attend virtual first day hearing |
| 10/24/22 | CMT | .50 | Register all attorneys for 10/27/2022 hearing |
| 10/26/22 | AQ | 1.50 | Telephone conference with A. Sorkin, L. Lluberas, and S. Gruendel regarding second day hearing and evidentiary presentation (0.6); review declarations and precedent regarding same (0.9) |
| 10/27/22 | AS | .60 | Attend hearing regarding landlord issues (0.4); revise order regarding same (0.2) |
| 10/27/22 | BSR | 1.00 | Attend virtual hearing regarding utilities motion and lease rejection motion |
| 11/08/22 | AS | 2.20 | Prepare outline/script for 11/9 hearing (2.0); correspondence with J. Guso regarding same (0.2) |
| 11/09/22 | AQ | .70 | Attend status conference regarding second day hearing (0.5); email and telephone conference with A. Sorkin regarding same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200314036 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

44