## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____ / | |

### AMENDED EX PARTE MOTION TO APPEAR PRO HAC VICE

I, Michael R. Dal Lago ("**Movant**"), of the law firm Dal Lago Law, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* A.J. Webb ("**Visiting Attorney**") of Frost Brown Todd LLP, an attorney admitted to practice and currently in good standing in the State of Ohio, United States District Court(s) for Southern District of Ohio, Northern District of Ohio, Southern District of Indiana, Northern District of Indiana, Eastern District of Michigan, Western District of Michigan, and Southern District of Texas, and qualified to practice in this court, who proposes to act as counsel for The Kroger Co. and its affiliate 84.51 LLC ("**Clients**") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern

District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form of **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

# # #

Dated: April 21, 2023

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 0102185
Email: mike@dallagolaw.com

*Proposed Counsel for Creditors,*
*The Kroger Co. & 84.51 LLC*

-and-

A.J. Webb (Ohio Bar No. 93655)
FROST BROWN TODD LLP
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Telephone: (513)651-6842
Email: awebb@fbtlaw.com

*Proposed Counsel for Creditors,*
*The Kroger Co. & 84.51 LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service this 21st day of April 2023.

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 0102185

*Proposed Counsel for Creditors,*
*The Kroger Co. & 84.51 LLC*

# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____/ | |

### AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, A.J. Webb, am a member in good standing of the bar of the State of Ohio. I am a member in good standing of the bar of the United States District Courts for the Southern District of Ohio, Northern District of Ohio, Southern District of Indiana, Northern District of Indiana, Eastern District of Michigan, Western District of Michigan, and Southern District of Texas, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of The Kroger Co. and its affiliate 84.51 LLC ("**Clients**"). I designate Michael R. Dal Lago ("**Local Counsel**") of Dal Lago Law, who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case

and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 21, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Telephone: (513)651-6842

By: /s/ A.J. Webb
A.J. Webb
Ohio Bar No. 93655
Email: awebb@fbtlaw.com

*Proposed Counsel for Creditors,*
*The Kroger Co. & 84.51 LLC*

# Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____/ | |

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

This matter came before the court without a hearing on the *Amended Ex Parte Motion to Appear Pro Hac Vice* [ECF No. __ ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that A.J. Webb ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for Creditors, The Kroger Co., and its affiliate 84.51 LLC ("**Clients**") in this case and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of

Clients, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Michael R. Dal Lago
> DAL LAGO LAW
> 999 Vanderbilt Beach Road
> Suite 200
> Naples, FL 34108
> Telephone: (239) 571-6877
> Florida Bar No. 0102185
> Email: mike@dallagolaw.com
> Additional emails: kim@dallagolaw.com, and fvazquez@dallagolaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

Submitted by:
Michael R. Dal Lago
DAL LAGO LAW
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877
Florida Bar No. 0102185
Email: mike@dallagolaw.com

Michael R. Dal Lago is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.