## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC.,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-17842-PDR<br>Hon. Peter D. Russin<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I certified that a true copy of the foregoing *Notice of Hearing* [Dkt. No. 1207] was served

on April 21, 2023 (i) via CM/ECF on all parties requesting electronic notification in this case, (ii)

via electronic mail on the attached Service List, and (ii) via U.S. Mail on the parties listed on the

attached Master Service List.

Dated:  April 21, 2023                    Respectfully submitted,

                                                            FOLEY & LARDNER LLP

                                                            By: /s/ Mark J. Wolfson
                                                            Mark J. Wolfson (FL Bar No. 0352756)
                                                            *Counsel to Webb & Gerritsen, Inc.*
                                                            100 North Tampa Street
                                                            Suite 2700
                                                            Tampa, Florida 33609
                                                            (813) 225-4119
                                                            mwolfson@foley.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## SERVICE LIST

**The Debtors**
Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Greg Robbins and Gregg Metzger
Email: Greg.Robbins@bangenergy.com
Email: Gregg.Metzger@bangenergy.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Attn: Andrew Sorkin
Email: andrew.sorkin@lw.com

**Co-counsel for the Debtors**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Liza Burton and Jonathan Weichselbaum
Email: liza.burton@lw.com
Email: jon.weichselbaum@lw.com

**Co-counsel for the Debtors**
Berger Singerman LLP
1450 Brickell Avenue, Unit 1900
Miami, FL 33131
Attn: Jordi Guso and Michael Niles
Email: JGuso@bergersingerman.com
Email: mniles@bergersingerman.com

**The Agent**
Truist Bank
10500 Little Patuxent Parkway Suite 450
Columbia, MD 21046
Mail Code 420-20-01-00
Attn: Jade Silver
Email: jade.silver@truist.com

**Co-counsel to the Agent**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Attn: Luis Lluberas, Steve Gruendel, and Cole Richins
Email: luislluberas@mvalaw.com

4877-0043-3759.1

Email: stevegruendel@mvalaw.com
Email: colerichins@mvalaw.com

**Co-counsel to the Agent**
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Attn: Aliette D. Rodz, Peter Levitt, Harris J. Koroglu, and Martha M. Ferral
Email: ARodz@shutts.com
Email: plevitt@shutts.com
Email: hkoroglu@shutts.com
Email: MFerral@shutts.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP,
1251 Avenue of the Americas,
New York, NY 10020
Attn: Jeffrey Cohen, Eric Chafetz, and Lindsay Sklar
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: lsklar@lowenstein.com

**Co-counsel to the Committee**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Erica Mannix
Email: emannix@lowenstein.com

**Co-counsel to the Committee**
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Attn: Leyza Blanco and Fernando Menendez
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com

**The U.S. Trustee**
51 SW First Avenue, Room 1204
Miami, Florida 33130
Attn: Steve Wilkes and Heidi A. Feinman
Email: steven.wilkes@usdoj.gov
Email: heidi.a.feinman@usdoj.gov

4877-0043-3759.1

# MASTER SERVICE LIST

1600FLL LLC
c/o Baker & Hostetler LLP
Attn: Jimmy D. Parrish, Esq.
200 S Orange Ave, Suite 2300
Orlando, FL 32801

7-Eleven, Inc.
3200 Hackberry Rd
Irving, TX 75063-0131

ACAR Leasing Ltd. d/b/a GM Financial Leasing
Attn: Lorenzo Nunez
PO Box 183853
Arlington, TX 76096

Alabama Office of the Attorney General
501 Washington Ave
Montgomery, AL 36104

Alaska Office of the Attorney General
1031 W 4th Ave Ste 200
Anchorage, AK 99501

All Brands Distribution, LLC
c/o LSS Law
Attn: Zach B. Shelomith, Esq.
2699 Stirling Rd, Suite C401
Ft. Lauderdale, FL 33312

Ally Bank Department c/o AIS Portfolio Services LLC
Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158
Attn: Arvind Nath Rawal
4515 N Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

Americredit Financial Services, Inc. d/b/a GM Financial
801 Cherry St. #3500
Fort Worth, TX 76102

Americredit Financial Services, Inc. d/b/a GM Financial
PO Box 78143
Phoenix, AZ 85062-8143

Ardagh Metal Beverage USA, Inc.
Attn: Curt Rothlisberger
8770 W Bryn Mawr Ave
Suite 175,
Chicago, IL 60631-3515

Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc.
c/o Shumaker Loop & Kendrick LLP
Attn: Ronald Bruckmann, Esq.
& David H. Conaway, Esq.
101 S Tryon St, Suite 2200
Charlotte, NC 28280

Arizona Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004

Arkansas Office of the Attorney General
323 Center St Ste 200
Little Rock, AR 72201

Balboa Capital Corporation
c/o McGlinchey Stafford
Attn: Ralph W. Confreda, Jr., Esq.
1 E Broward Blvd, Suite 1400
Fort Lauderdale, FL 33301

Ball Metal Beverage Container Corp
10 Longs Peak Dr
Broomfield, CO 80021

Ball Metal Beverage Container Corp.
c/o Sidley Austin LLP
Attn: Ian M. Ross, Esq.
1001 Brickell Bay Avenue, Suite 900
Miami, FL 33131

Belvac Production Machinery, Inc.
Attn: Zach Cheatham
237 Graves Mill Rd
Lynchburg, VA 24502-4203

Bevcorp LLC
5655 Paysphere Cir
Chicago, IL 60674

BFG Corporation
7211 N. McKinley Road
Lake Forest, IL 60045

Brendan Abbott and Peter Fischer
c/o Pack Law
Attn: Joseph A. Pack, Jessey J. Krehl
51 Northeast 24th Street, Suite 108,
Miami, FL 33137

Broward County, Florida
c/o the Records, Taxes & Treasury Div
Attn: Andrew J. Meyers & Scott Andron
115 S Andrews Ave, Suite A100
Ft. Lauderdale, FL 33301-1895

California Office of the Attorney General
PO Box 944255
Sacramento, CA 94244-2550

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC]
c/o Kelley Fulton Kaplan & Eller PL
Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq.
1665 Palm Beach Lakes Blvd, The Forum, Suite 1000
West Palm Beach, FL 33401

Carrollton-Farmers Branch ISD
c/o Perdue Brandon Fielder Collins & Mott LLP
Attn: Linda D. Reece
1919 S Shiloh Rd, Suite 640, LB 40
Garland, TX 75042

Centurylink Communications, LLC
Level 3 Communications LLC CenturyLink Company
100 Centurylink Dr
Monroe, LA 71203

Chestnut Hill Technologies, Inc.
c/o Underwood Murray, P.A.
Attn: Megan W. Murray, Esq.
100 N Tampa St, Suite 2325
Tampa, FL 33602

CI421 4747 W. Buckeye LLC, ALDA 4747 W.
Buckeye LLC, and MFP 4747 W. Buckeye LLC
c/o Raines Feldman LLP
Attn: Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Circle K Procurement and Brands, Ltd. & Circle K
Stores, Inc.
c/o Bast Amron LLP
Attn: Dain De Souza, Esq.,
Jamie B. Leggett, Esq.
One Southeast Third Avenue, Suite 2410,
Miami, FL 33131

Circle K Procurement and Brands, Ltd. & Circle K
Stores, Inc.
c/o Chipman Brown Cicero & Cole, LLP
Attn: Robert A. Weber, Esq.
1313 N. Market Street, Suite 5400,
Wilmington, DE 19801

CM Builders, Inc. dba Integrated Masonry
c/o Radix Law
Attn: Carolyn R. Tatkin
15205 N. Kierland Blvd., Suite 200,
Scottsdale, AZ 85254

CM Builders, Inc., d/b/a Integrated Masonry
c/o Markowitz, Ringel, Trusty & Hartog, P.A.
Attn: Jerry M. Markowitz, Esq.
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156-7849

Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl,
Denver, CO 80203

Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Crown Cork & Seal USA, Inc
Christine J. Horn & Jake Soumis
770 Township Line Rd
Yardley, PA 19067-4219

Crown Cork & Seal USA, Inc.
c/o Dilworth Paxson LLP
Attn: Anne M. Aaronson, Esq.
1500 Market St, Suite 3500E
Philadelphia, PA 19102

Crown Equipment Corporation
2971 Center Port Circle
Pompano Beach, FL 33064

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173

Cryo-Lease, LLC
48 Pine Road
Brentwood, NH 03833

Dairy Farmers of America, Inc.
c/o Bryan Cave Leighton Paisner LLP
Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., &
William J. Easley, Esq.
1200 Main St, Suite 3800
Kansas City, MO 64105-2122

Dairy Farmers of America, Inc.
c/o Bryan Cave Leighton Paisner LLP
Attn: Ezequiel J. Romero, Esq.
200 S Biscayne Blvd, Suite 400
Miami, FL 33131

Dallas County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: John K. Turner
2777 N Stemmons Frwy Ste 1000,
Dallas, TX 75207

DeLage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Direct Connect Logistix, Inc.
Attn: Leslie Maish
980 Enchanted Way, Ste 100,
Simi Valley, CA 93065-0912

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Ezequiel J. Romero, Esq.
200 S Biscayne Blvd, Suite 400
Miami, FL 33131

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Robert J. Lystad, Esq.
One Atlantic Center, 14th Floor,
1201 W Peachtree St NW
Atlanta, GA 30309

Doehler USA Inc. and Dohler Dahlenburg G.m.b.H
c/o Bryan Cave Leighton Paisner LLP
Attn: Jarret P. Hitchings, Esq.
One Wells Fargo Center, 301 S College St
Charlotte, NC 28202

Doehler USA, Inc.
Paul Graham
400 High Point Rd SE Suite 100
Cartersville, GA 30120-6610

EastGroup Properties, LP
c/o Gamberg & Abrams
Attn: Thomas L. Abrams, Esq.
633 S Andrews Ave, Suite 500
Fort Lauderdale, FL 33311

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Philip W. Crawford, Esq.
2054 Vista Pkwy, Suite 400
West Palm Beach, FL 33411-4309

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Kevin R. Reich
One Gateway Center,
Newark, NJ 07102-5310

EFL Global and EFL Global Logistics Canada, Ltd
c/o Gibbons P.C.
Attn: Brett S. Theisen
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

EVOX FL Pembroke 20351 LLC
c/o Davis Graham & Stubbs LLP
Attn: Kyler K. Burgi
1550 17th St, Suite 500
Denver, CO 80202

Faith Technologies Incorporated
c/o Markowitz Ringel Trusty & Hartog, PA
Attn: Ross R. Hartog, Esq.
101 NE Third Ave, Suite 1210
Fort Lauderdale, FL 33301

Fiesta Warehousing & Distribution, Co.
c/o GrayRobinson, P.A.
Attn: Steven J. Solomon, Esq.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131

Fischer & Abbott Putative Classes
c/o Harvath Law Group LLC
Attn: Daniel F. Harvath, Esq.
75 W Lockwood Ave, Suite 1
Webster Groves, MO 63119

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Florida Office of Attorney General
The Capitol Pl-01
Tallahassee, FL 32399-1050

Florida Office of the Attorney General
State of Florida
The Capitol Pl 01
Tallahassee, FL 32399

Fona International Inc.
Michelle Stehouwer
1900 Averill Rd
Geneva, IL 60134

FONA International, Inc.
c/o Baker, Donelson, Bearman, Caldwell & Berkowitz,
PC
Attn: Melissa A. Campbell, Esq.
200 S Orange Ave, Ste 2900, PO Box 1549,
Orlando, FL 32802-1549

Gekay Sales + Service Co., Inc.
c/o Wernick Law PLLC
Attn: Aaron A. Wernick, Esq.
2255 Glades Rd, Suite 324A
Boca Raton, FL 33431

Georgia Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA 30334

GM Financial Leasing
c/o Burr & Forman LLP
Attn: Christopher R. Thompson, Esq., Eric S. Golden,
Esq.
200 S Orange Ave, Suite 800
Orlando, FL 32801

Graphic Packaging International
Kara D'Amato
PO Box 404170
Atlanta, GA 30384-4170

GreatAmerica Financial Services Corporation
PO Box 660831
Dallas, TX 75266-0831

Green Wave Ingredients (GWI)
Preciado, Elizabeth
PO Box 102922
Pasadena, CA 91189-2922

HACI Mechanical Contractors, Inc.
c/o Paskert Divers Thompson
Attn: Matthew G. Davis, Esq.,
Alston A. Merritt, Esq.
100 N Tampa St, Suite 3700
Tampa, FL 33602

Hardrock Concrete Placement Co, INC
c/o Quintairos, Prieto, Wood & Boyer, PA
Attn: Justin Plean, Esq.
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401

Hardrock Concrete Placement Co., Inc.
c/o Quintairos, Prieto, Wood & Boyer, P.A.
Attn: Arthur C. Neiwirth
2400 East Commercial Blvd, Suite 520
Ft. Lauderdale, FL 33308

Hardrock Concrete Placement Co., Inc.
c/o Satterlee Gibbs PLLC
Attn: K. Scott Reynolds
3133 W. Frye Rd., Suite 101,
Chandler, AZ 85226

Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219

Idaho Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID 83720

Illinois Office of the Attorney General
James R. Thompson Center
100 W. Randolph St,
Chicago, IL 60601

Indiana Attorney General's Office
Indiana Government Center South
302 W Washington St 5th Fl,
Indianapolis, IN 46204

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Ogden Service Center
PO Box 409101
Ogden, UT 84409

Intrastate Distributing and
C.K.S. Packaging, Inc.
c/o Lorium PLLC
Attn: Joe M. Grant, Esquire
197 S Federal Hwy, Ste 200,
Boca Raton, FL 33432

Inventus, LLC Legility
Jo Anna Williams
PO Box 130114
Dallas, TX 75313-0114

Iowa Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109,
Des Moines, IA 50319

Jack H. Owoc
1600 N. Park Drive
Weston, FL 33326

Jack Owoc and Megan E. Owoc
1600 N. Park Drive
Weston, FL 33326

John H. Owoc
1600 N Park Drive
Weston, FL 33326

John Owoc, Megan Owoc, and Elite Island, LLC
c/o Shraiberg Page, P.A.
Attn: Patrick R. Dorsey, Bradley S. Shraiberg
2385 NW Executive Center Drive, Suite 300,
Boca Raton, FL 33431

Kansas Office of the Attorney General
120 SW 10th Ave 2nd Fl
Topeka, KS 66612

Kathleen Cole
c/o Wernick Law, PLLC
Attn: Aaron A. Wernick, Esq.
2255 Glades Road, Suite 324A,
Boca Raton, FL 33431

Kentucky Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118,
Frankfort, KY 40601

KJ Can (Singapore) Pte. Ltd.
c/o Squire Patton Boggs (US) LLP
Attn: Mark A. Salzaberg
2550 M Street NW,
Washington, DC 20037

Krier Foods, Inc.
Attn: GrayRobinson, P.A.
Attn: Steven J. Solomon, Esq.
333 S. E. 2nd Avenue, Suite 3200,
Miami, FL 33131

Kuckelman Torline Kirkland, Inc.
c/o Dal Lago Law
Attn: Michael R. Dal Lago, Esq.
999 Vanderbilt Beach Road, Ste 200,
Naples, FL 34108

Lease Plan USA, LLC
c/o Markowitz, Ringel, Trusty & Hartog, P.A.
Attn: Jerry M. Markowitz, Esq., Alan R. Rosenberg, Esq.
9130 South Dadeland Boulevard, Suite 1800,
Miami, FL 33156-7849

LMR Trucking, Inc.
c/o Brock & Scott, PLLC
Attn: Dennis J. Levine, Esq.
4919 Memorial Hwy, Suite 135
Tampa, FL 33634

Louisiana Office of the Attorney General
1885 N. Third St
Baton Rouge, LA 70802

Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333

Marc Kesten
c/o Horwood Marcus & Berk Chartered
Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq.
500 W Madison St, Suite 3700
Chicago, IL 60661

Maricopa County Treasurer
Attn: Peter Muthig
225 W Madison St
Phoenix, AZ 85003

Maryland Office of the Attorney General
200 St. Paul Pl
Baltimore, MD 21202

Massachusetts Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108

Michigan Department of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W Ottawa St,
Lansing, MI 48933

Minnesota Office of the Attorney General
445 Minnesota St Suite 1400
St. Paul, MN 55101

Mississippi Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200,
Jackson, MS 39201

Missouri Attorney General's Office
Supreme Court Building
207 W High St,
Jefferson City, MO 65101

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group PC
Attn: Matthew F. Kye, Esq.
201 Old Country Rd, Suite 120
Melville, NY 11747

Monster Energy Company
c/o Hueston Hennigan LLP
Attn: John C Hueston
523 W 6th St, Suite 400,
Los Angeles, CA 90014

Monster Energy Company
c/o Akerman LLP
Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., &
D. Brett Marks, Esq.
201 E Las Olas Blvd, Suite 1800
Ft. Lauderdale, FL 33301

Monster Energy Company
c/o Akerman LLP
Attn: Andrea S. Hartley, Esq.
Three Brickell City Centre, 98 SE Seventh St, Suite 1100
Miami, FL 33131

Montana Office of the Attorney General
215 N. Sanders
Justice Building, Third Fl,
Helena, MT 59601

Nebraska Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Nelson Mullins Riley & Scarborough LLP
1320 Main St Fl 17
Columbia, SC 29201-3268

Nelson Mullins Riley & Scarborough, LLP
Attn: Scott D. Knapp, Esq. &
Frank P. Terzo, Esq.
100 SE 3rd Ave, Suite 2700,
Ft. Lauderdale, FL 33394

Nevada Office of the Attorney General
Old Supreme Court Building
100 N Carson St,
Carson City, NV 89701

New Hampshire Office of the Attorney General
NH Department Of Justice
33 Capitol St.,
Concord, NH 03301

New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing,
Trenton, NJ 08611

New Mexico Office of the Attorney General
408 Galisteo Street
Villagra Building,
Santa Fe, NM 87501

New York Office of the Attorney General
The Capitol
Albany, NY 12224

Nexus Steel, LLC
c/o Tiffany & Bosco, P.A.
Attn: Christopher R. Kaup
2525 E Camelback Rd, Fl 7
Phoenix, AZ 85016-4237

Nexus Steel, LLC
c/o Tiffany & Bosco, P.A.
Attn: Jason A. Weber
1000 Corporate Drive, Suite 150,
Fort Lauderdale, FL 33334

North Carolina Attorney General's Office
114 W Edenton St
Raleigh, NC 27603

North Dakota Office of the Attorney General
State Capitol, 600 E Boulevard Ave Dept. 125
Bismarck, ND 58505

Office of the Attorney General of the District Of
Columbia
441 4th St NW Suite 1100
Washington, DC 20001

Office of the U.S. Trustee for the Southern District of
Florida
51 SW 1st Ave
Miami, FL 33130

Official Committee of Unsecured Creditors
c/o Stellar Group, Inc.
Attn: Clint E. Pyle
2900 Hartley Rd,
Jacksonville, FL 32257-8221

Official Committee of Unsecured Creditors
c/o Archer Daniels Midland Co.
Attn: Mark H. Speiser
4666 Faries Parkway,
Decatur, IL 62526

Official Committee of Unsecured Creditors
c/o Trinity Logistics, Inc.
Attn: Douglas Potvin
50 Fallon Avenue,
Seaford, DE 19973

Official Committee of Unsecured Creditors
c/o Ardagh Metal Packaging USA Corp.
Attn: Curt Rothlisberger
8770 W Bryn Mawr Avenue,
Chicago, IL 60631

Official Committee of Unsecured Creditors
c/o Crown Cork & Seal USA, Inc.
Attn: Ron Cenderelli
770 Township Line Road,
Yardley, PA 19067

Official Committee of Unsecured Creditors
c/o QuikTrip Corporation
Attn: Marshall J. Wells
4705 S 129th East Ave,
Tulsa, OK 74134

Official Committee of Unsecured Creditors
c/o XPO Logistics, L.L.C.
Attn: Stephanie Penninger
11215 North Community House Road,
Charlotte, NC 28277

Official Committee of Unsecured Creditors
c/o Sequor Law PA
Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., &
Fernando J. Menendez, Esq.
1111 Brickell Ave, Suite 1250
Miami, FL 33131

Official Committee of Unsecured Creditors
c/o Lowenstein Sandler LLP
Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., &
Jordana Renert, Esq.
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Official Committee of Unsecured Creditors
c/o Lowenstein Sandler LLP
Attn: Nicole Fulfree, Esq.
One Lowenstein Drive,
Roseland, NJ 07068

Official Committee of Unsecured Creditors
c/o Warner Music Group Corp.
Attn: Matt Blum
70 Music Sq W, Suite 341,
Nashville, TN 37203

Official Committee of Unsecured Creditors
c/o PepsiCo., Inc.
Attn: W. Conrad Ragan
1100 Reynolds Blvd.,
Winston-Salem, NC 27105

Official Committee of Unsecured Creditors
c/o The American Bottling Co., Inc.
Attn: Stephen Cole
6425 Hall of Fame Ln.,
Frisco, TX 75034-1954

Official Committee of Unsecured Creditors
c/o Harvath Law Group, L.L.C.
Attn: Daniel F. Harvath, Peter Fischer
75 W. Lockwood, Ste. 1,
Webster Groves, MO 63119

Ohio Attorney General's Office
State Office Tower
30 E Broad St 14th Fl,
Columbus, OH 43215

Oklahoma Tax Commission
Attn: Bankruptcy
PO Box 269056
Oklahoma City, OK 73126

Orange Bang, Inc.
c/o Knobbe Martens Olson & Bear LLP
Attn: Steven J Nataupsky
2040 Main St, 14th Floor,
Irvine, CA 92614

Orange Bang, Inc.
c/o Fender Bolling and Paiva PA
Attn: G. Steven Fender, Esq.
PO Box 1545,
Ft. Lauderdale, FL 33302

Orange Bang, Inc.
c/o KTBS Law LLP
Attn: Nir Maoz & Thomas E. Patterson
1801 Century Park East, 26th Floor
Los Angeles, CA 90067

ORBIS RPM, LLC
c/o ASK LLP
Attn: Brigette McGrath, Esq.
2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121

Oregon Department Of Justice
1162 Court St NE
Salem, OR 97301

Pennsylvania Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

PepsiCo
Attn: Eric Hansen
15 Melanie Ln
East Hanover, NJ 07936

PepsiCo, Inc.
c/o FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C. Kleinman
1327 W Washington Blvd, Suite 5G-H
Chicago, IL 60607

PepsiCo, Inc.
c/o Kozyak Tropin & Throckmorton LLP
Attn: Corali Lopez-Castro, Esq. & David A. Samole,
Esq.
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

Pettit Kohn Ingrassia Lutz & Dolin
c/o Rossway Swan Tierney Barry & Oliver PL
Attn: Thomas W. Tierney, Esq.
2101 Indian River Blvd, Suite 200
Vero Beach, FL 32960

Premier Distributing Company
Julie Ryan
1017 Santa Fe
Clovis, NM 88101

Premier Distributing Company
c/o Buchanan Ingersoll & Rooney PC
Attn: Nicole Grimal Helmstetter
2 South Biscayne Blvd., Suite 1500,
Miami, FL 33131

Premium Beverage Company
c/o Arentfox Schiff LLP
Attn: Andy S. Kong, Esq. & Annie Y. Stoops
555 W Fifth St, 48th Floor
Los Angeles, CA 90013

Priority-1, Inc.
Attn: Chris Michaels, General Counsel
1800 E Roosevelt Rd
Little Rock, AR 72206-2516

QuikTrip Corporation
4705 S 129th East Ave
Tulsa, OK 74134-7005

Refresco Beverages US Inc.
[Cott Beverages Inc.]
c/o Holland & Knight LLP
Attn: William Keith Fendrick
100 N Tampa St, Suite 4100
Tampa, FL 33602

Rhode Island Office of the Attorney General
150 S Main St
Providence, RI 02903

Santander Consumer USA Inc.
dba Chrysler Capital
c/o Gerard M. Kouri, Jr., P.A.
Attn: Gerard M. Kouri, Jr., Esq.
5311 King Arthur Avenue,
Davie, FL 33331

Securities & Exchange Commission
Attn: Regional Director
5000 T Rex ave
Ste 300,
Boca Raton, FL 33431-4491

Securities & Exchange Commission
Office of Reorganization
950 E Paces Ferry Rd NE
Suite 900,
Atlanta, GA 30326-1382

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

Shanghai Freeman Lifescience Company and CSPC
Innovation Pharmaceutical Co., Ltd.
c/o Mazzola Lindstrom LLP
Attn: Jean-Claude Mazzola, Esq.
1350 Avenue of the Americas, Second Floor,
New York, NY 10019

SLBS Limited Partnership d/b/a Summit Distributing
c/o Carlton Fields, PA
Attn: David L. Gay, Esq.
2 MiamiCentral 700 NW 1st Ave, Suite 1200
Miami, FL 33136

Sony
c/o Pryor Cashman LLP
Attn: James G. Sammataro, Brendan Everman
255 Alhambra Circle, 8th Floor,
Miami, FL 33134

Sony
c/o Pryor Cashman LLP
Attn: Seth H. Lieberman, David C. Rose, Stephanie P.
Chery, Sameer M. Alifarag
7 Times Square, 40th Floor,
New York, NY 10036-6569

South Carolina Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519,
Columbia, SC 29201

Southeast Cold Fill, LLC
[Carolina Canners, Inc, NoSo Holdings, LLC]
c/o Kelley Fulton Kaplan & Eller PL
Attn: Craig I. Kelley, Esq.
1665 Palm Beach Lakes Blvd,
The Forum, Suite 1000
West Palm Beach, FL 33401

Southern District of Florida Attorneys Office
99 NE 4th St
Miami, FL 33128

Speedway LLC
Chris Johnson
PO Box 7600
Springfield, OH 45501-7600

States Logistics Services, Inc.
c/o Golan Christie Taglia LLP
Attn: Barbara L. Yong, Esq.
70 W Madison St, Suite 1500
Chicago, IL 60602

Stellar Group, Inc.
Attn: Derek Bickerton
2900 Hartley Rd
Jacksonville, FL 32257-8221

Stellar Group, Inc.
c/o Agentis PLLC
Attn: Robert P. Charbonneau & Jesse R. Cloyd
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134

XPO Logistics, LLC
c/o Holland & Knight LLP
Attn: Edward M. Fitzgerald, Esq.
200 S Orange Ave, Suite 2600
Orlando, FL 32802-1526

Tennessee Office of the Attorney General
301 6th Ave N
Nashville, TN 37243

Texas Office of the Attorney General
300 W. 15Th St
Austin, TX 78701

TFG-Leasing Fund III, LLC
6995 Union Park Center
Suite 400,
Cottonwood Heights, UT 84047

The American Bottling Company
c/o Swartz Campbell LLC
Attn: Joseph S. Naylor
300 Delaware Avenue, Suite 1410,
Wilmington, DI 19801

The American Bottling Company
c/o Furr and Cohen PA
Attn: Robert C. Furr, Esq. &
Marc P. Barmat, Esq.
2255 Glades Rd, Suite 419A
Boca Raton, FL 33431

The Hamilton Group (Delaware), Inc.
c/o Ullman & Ullman PA
Attn: Michael W. Ullman & Jared A. Ullman
2500 N Military Trail, Suite 100
Boca Raton, FL 33431

The Huntington National Bank
7 Easton Oval
Columbus, OH 43219

The Huntington National Bank
PO Box 9
Buffalo, NY 14240

The Kroger Co. and 84.51 LLC
c/o Dal Lago Law
Attn: Michael R. Dal Lago, Esq.
999 Vanderbilt Beach Rd, Suite 200
Naples, FL 34108

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Stuart Wilson-Patton
PO Box 20207,
Nashville, TN 37202-0207

Total Quality Logistics, LLC TQL
Nicholas Montenarello
PO Box 634558
Cincinnati, OH 45263-4558

Trinity Logistics Inc.
Laura Dukes
50 Fallon Ave
Seaford, DE 19973-1578

Trinity Logistics, Inc.
c/o Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Esq.
1313 N Market St, Suite 1201
Wilmington, DE 19801

Truist Bank
Attn: Aimee Kilgore
50 N Laura St
Jacksonville, FL 32202

Truist Bank
10500 Little Patuxent Pkwy
Ste 450,
Columbia, MD 21046

Truist Bank
c/o Moore & Van Allen
Attn: Steve Gruendel & Luis Llueras
100 N Tryon St, Suite 4700,
Charlotte, NC 28202-4003

Truist Bank
Agency Services Manager
Agency Services
303 Peachtree St NE, 25th Floor,
Atlanta, GA 30308

Truist Bank
c/o Shutts & Bowen LLP
Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., &
Aliette D. Rodz, Esq.
200 S Biscayne Blvd, Suite 4100
Miami, FL 33131

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

U.S. Bank National Association d/b/a U.S. Bank
Equipment Finance
c/o Emanuel & Zwiebel, PLLC
Attn: Ronald M. Emanuel, Esq.
7900 Peters Rd, Bldg B, Suite 100
Plantation, FL 33324

UMG
c/o Pryor Cashman LLP
Attn: James G. Sammataro, Brendan Everman
255 Alhambra Circle, 8th Floor,
Miami, FL 33134

UMG
c/o Pryor Cashman LLP
Attn: Seth H. Lieberman, Sameer M. Alifarag
7 Times Square, 40th Floor,
New York, NY 10036-6569

US Attorney's Office for the District of Delaware
Attn: David C. Weiss
Hercules Building, Suite 400
1313 N. Market Street, Suite 400,
Wilmington, DE 19801

Utah Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230,
Salt Lake City, UT 84114

Varni Brothers Corporation
Attn: Ray Morales, Tony C. Varni, Mike Varni
400 Hosmer Ave
Modesto, CA 95351-3920

Vermont Attorney General's Office
109 State St.
Montpelier, VT 05609

Virginia Office of the Attorney General
202 N. Ninth St.
Richmond, VA 23219

Vital Pharmaceuticals, Inc., et al.
c/o Latham & Watkins LLP
Attn: Andrew D. Sorkin, Esq.
555 Eleventh St NW, Suite 1000
Washington, DC 20004

Vital Pharmaceuticals, Inc., et al.
c/o Latham & Watkins LLP
Attn: Whit Morley, Esq.
330 N Wabash Ave, Suite 2800
Chicago, IL 60611

VS Carbonics, Inc.
c/o DGIM Law, PLLC
Attn: Isaac Marcushamer, Esq.,
Monique D. Hayes, Esq.
2875 NE 191st Street, Suite 705,
Aventura, FL 33180

Washington Office of the Attorney General
1125 Washington St SE
Olympia, WA 98501

Webb & Gerritsen
1308 Poplar Dr
Waukesha, WI 53188

Webbank
6440 S. Wasatch Blvd.
Suite 300,
Salt Lake City, UT 84121

West Virginia Office of the Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26,
Charleston, WV 25305

Wild Flavors, Inc.
Mike Schneider
1261 Pacific Ave
Erlanger, KY 41018

Wisconsin Attorney General's Office
114 E State Capitol
Madison, WI 53702

Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Ave,
Cheyenne, WY 82002

XPO Global Forwarding, Inc
13777 Ballantyne Corporate Place
Suite 400,
Charlotte, NC 28277

AmeriCredit Financial Services, Inc. d/b/a GM
Financial
Attn: Mandy Youngblood
PO Box 183853
Arlington, TX 76096

Faegre Drinker Biddle & Reath LLP
Attn: Joseph L. Seiler, Esq.
Richard J. Barnard
1177 Avenue of the Americas, 41st Fl
New York, NY 10036

Faegre Drinker Biddle & Reath LLP
Attn: Jaclyn C. Marasco, Esq.
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801

Ranger H-TX LP
c/o Winstead PC
Attn: Jason A. Enright
500 Winstead Building
2728 N Harwood St
Dallas, TX 75201