

ORDERED in the Southern District of Florida on April 21, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC. *et al.*[1], | Case No. 22-17842-PDR |
| | (Jointly Administered) |
| Debtors. | Ref. ECF Nos. 1184 & 1196 |

**AGREED ORDER GRANTING MOTION TO ALLOW**
**LATE-FILED CLAIM AS TIMELY**

THIS MATTER came before the Court upon the motion [ECF No. 1184] (the "Motion")

of Faegre Drinker Biddle & Reath LLP (the "Faegre Drinker") for entry of an order deeming

Faegre Drinker's Proof of Claim No. 640 (the "Claim") as timely filed. The Court, having reviewed

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357046833.02

the Motion and being advised of the agreement by and between Faegre Drinker and the above-captioned debtors (the "Debtors"), it is hereby

**ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. The Claim of Faegre Drinker shall be deemed timely filed, without prejudice to the rights of the Debtors and all parties in interest to object to the Claim on any grounds other than untimeliness.

3. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Submitted by:

Richard J. Bernard (Fla. Bar No. 57266)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

(*Attorney Bernard shall serve this Order upon all interested parties who do not receive service by CM/ECF and file a Certificate of Service with this Court.*)

US.357046833.02