

**ORDERED in the Southern District of Florida on April 21, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al*.,        Case No.: 22-17842-PDR
                                                          (Jointly Administered)
        Debtors.[1]

_____/

**AGREED ORDER GRANTING JOINT MOTION FOR ENTRY OF AN**
**AGREED ORDER AUTHORIZING LEASE AMENDMENT**

**THIS MATTER** having come before the Court upon the *Joint Motion for Entry of an*

*Agreed Order Authorizing Lease Amendment* [ECF No. 1217] filed by the above-captioned

Debtors and CIVF VI – TX1M01-M04, LLC (a "Landlord," and together with the Debtors, the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the
Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang
Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real
Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC
(2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12093788-1

"Movants"). The Court, having reviewed the Motion, the record, and being advised of the agreement of the Movants, finds the Movants gave sufficient and proper notice of the Motion under the circumstances and upon consideration of the Motion and any arguments in support of the relief requested, the Court finds that good cause exists to grant the requested relief and thus it is hereby,

**ORDERED** that:

1.      The Debtors are authorized to enter into a Lease Amendment[2] as set forth in the Motion.

2.      The Landlord reserves all rights to object to any current or future proposed plan or other treatment relating to the Landlord or the Lease Agreement other than the Cure Amount.

3.      Nothing contained in the Motion or the Lease Amendment shall be construed as an assumption or rejection of any executory contract pursuant to Section 365 of the Bankruptcy Code nor affect the Debtors' rights in the Bankruptcy Case to assign the Lease.

4.      The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
*Counsel to the Debtors*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340
jguso@bergersingerman.com
mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

12093788-1