

**ORDERED in the Southern District of Florida on April 24, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors.                               / | (Jointly Administered) |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' *ORE TENUS* MOTION TO RE-SCHEDULE THE HEARING ON THE MOTION TO EXTEND PRODUCTION DEADLINES SET FORTH IN AGREED ORDER REGARDING EXPEDITED MOTION TO COMPEL**

This cause came before the Court on April 20, 2023 (the "Hearing") upon the *ore tenus* motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") to re-schedule the hearing on the *Motion to Extend Production Deadlines Set Forth in Agreed Order*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Regarding Expedited Motion to Compel* [Docket No. 1164] (the "<u>Extension Motion</u>") from April 27, 2023, at 1:30 p.m. ET to an earlier date. The Court, having considered the Motion at the Hearing, the record, and having found good cause for the relief requested, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The hearing on the Extension Motion is rescheduled from April 27, 2023, at 1:30 p.m. ET to April 25, 2023, at 1:30 p.m. ET at U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, Florida 33301.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*