

ORDERED in the Southern District of Florida on April 21, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842-PDR |
| Debtors. | Jointly Administered |
| _____/ | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Amended Ex Parte Motion to Appear Pro Hac Vice* [ECF No. 1224]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that A.J. Webb ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for Creditors, The Kroger Co., and its affiliate 84.51 LLC ("**Clients**") in this case and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of

Clients, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Michael R. Dal Lago
> DAL LAGO LAW
> 999 Vanderbilt Beach Road
> Suite 200
> Naples, FL 34108
> Telephone: (239) 571-6877
> Florida Bar No. 0102185
> Email: mike@dallagolaw.com
> Additional emails: kim@dallagolaw.com, and fvazquez@dallagolaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

# # #

Submitted by:
Michael R. Dal Lago
DAL LAGO LAW
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877
Florida Bar No. 0102185
Email: mike@dallagolaw.com

Michael R. Dal Lago is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.