

**ORDERED in the Southern District of Florida on April 21, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF**
**MILLER BUCKFIRE & CO., LLC FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF NOVEMBER 4, 2022 THROUGH FEBRUARY 28, 2023**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

Upon consideration of the application (the "Application")[1] of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. ("Miller Buckfire") [Docket No. 996], as investment banker to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned Debtors and Debtors-in-possession (the "Debtors") for compensation for services rendered and reimbursement of expenses incurred for the period from November 4, 2022 through February 28, 2023; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1.      The Application is granted as provided herein.

2.      Miller Buckfire is hereby allowed a first interim allowance of compensation for services rendered as financial advisor to the Committee in the sum of $375,000, for the period from November 4, 2022 through February 28, 2023.

3.      The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Miller Buckfire within ten (10) days of the entry of this Order.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

### 

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Submitted by:
Leyza F. Blanco, Esq.
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

*(Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*