UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| IN RE: | Chapter 11 Case |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF ADJOURMENT OF 2004 EXAMINATION OF JACK OWOC

Monster Energy Company ("Monster"), by and through undersigned counsel, hereby adjourns the 2004 examination of John H. (Jack) Owoc currently scheduled for April 25, 2023 at 9:30 a.m.

Monster will file a re-notice for this examination that will reflect the new date. This notice of adjournment is limited to deposition testimony and shall in no way act to modify the existing obligations to respond to the pending *Duces Tecum* request and produce all non-privileged documents and communications requested therein.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

70077789;1

Dated: April 19, 2023.

        Respectfully submitted,

        **AKERMAN LLP**

        /s/ *Michael I. Goldberg*
        Michael I. Goldberg, Esq.
        Florida Bar No. 886602
        Eyal Berger, Esq.
        Florida Bar No. 11069
        201 East Las Olas Boulevard, Suite 1800
        Fort Lauderdale, FL 33301
        T: (954) 463-2700 /F: (954) 463-2224
        michael.goldberg@akerman.com
        eyal.berger@akerman.com

        -and-

        **PACHULSKI STANG ZIEHL & JONES LLP**[2]
        Richard M. Pachulski (pro hac vice)
        Ira D. Kharasch (pro hac vice)
        Robert J. Feinstein (pro hac vice)
        Teddy M. Kapur (pro hac vice)
        Cia H. Mackle (Florida Bar No. 26471)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067-4003
        T: (310) 277-6910 /F: (310) 201-0760
        rpachulski@pszjlaw.com
        ikharasch@pszjlaw.com
        rfeinstein@pszjlaw.com
        tkapur@pszjlaw.com
        sgolden@pszjlaw.com

        *Counsel to Monster Energy Company*

<strong><u>CERTIFICATE OF SERVICE</u></strong>

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on April 24, 2023.

                Respectfully submitted,

                By: /s/ *Michael I. Goldberg*
                Michael I. Goldberg, Esq.
                Florida Bar No. 886602

DOCS_LA:348099.1 57536/00001
70077789;1