UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENT TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION TO EXTEND PRODUCTION DEADLINES SET FORTH IN AGREED ORDER REGARDING EXPEDITED MOTION TO COMPEL**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Local Rule 2004-1, hereby files this supplement (the "Supplement") to the Committee's objection [Docket No. 1189] (the "Objection") to the *Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel* [Docket No. 1164] (the "Second Extension Motion") filed by John H. ("Jack") Owoc.  In support of this Supplement, the Committee respectfully states as follows:

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1.      Today, the Committee filed re-notices of the 2004 Notices[2] for the examinations of: (i) Sury Rodriguez [Docket No. 1230] for May 1, 2023; (ii) Megan Owoc [Docket No. 1231] for May 2, 2023; (iii) Elite Island, LLC ("Elite Island") [Docket No. 1232] for May 4, 2023; and (iv) Jack Owoc [Docket No. 1233] for May 5, 2023 (collectively, the "Re-Notices") (Jack and Megan Owoc, together with Elite Island, the "Owocs"), after unsuccessfully conferring with counsel for the Owocs on dates amenable to the parties that are sufficiently in advance of the sales objection deadline.[3]   The Committee requests that, in connection with the Second Extension Motion, the Court enter an Order scheduling the examinations consistent with all the dates contained in the Re-Notices.

2.      **The Owocs' Deposition Dates**: Although the Committee is still waiting on Jack Owoc's production of responsive Documents and Communications to the 2004 Notice initially served on January 30, 2023, as well as the remainder of Megan Owoc's production[4], the Committee must depose the Owocs without further delay. The examination dates for the Owocs have continued to be adjourned primarily due to the failure of the Owocs to produce responsive documents to the 2004 Notices.  The previously agreed-upon examination dates for the Owocs of April 14, 17, and 24, 2023 were adjourned for this reason.  As noted in the Second Extension Motion, the Committee informed the Owocs over ten days ago that their examinations would be

---

[2] Capitalized terms not defined in this Supplement have the meaning ascribed to them in the Objection.

[3] The Committee had previously filed 2004 Notices for these parties, but the examinations had been delayed because the Owocs have produced no documents and continuously change counsel.  In the case of Ms. Rodriguez, the Committee attempted in a spirit of cooperation to avoid an examination by conducting an informal interview, but the Committee has determined that an examination is necessary. The Committee declined to depose other employees of the Debtors after conducting such informal interviews, but has determined that Ms. Rodriguez must be deposed.

[4] The Committee received Megan Owoc's production on April 11, 2023 in compliance with the Agreed Order.  Only after inquiring with Owocs' counsel on April 19, 2023 as to whether Megan Owoc's production was complete, Owocs' counsel informed the Committee that Megan Owoc has 3,000 additional documents that still remain to be produced. While the Committee was told it would receive this production on April 21, 2023, it has yet to receive any additional Documents or Communications from Megan Owoc.  As the Court is aware, Jack Owoc has produced nothing.

"rescheduled to early May."  Second Extension Motion, ¶ 11.  There can be no doubt that the Owocs were on notice of their examinations.

3.    Last week, the Committee reached out to the Owocs' counsel to confirm the examination dates of May 2, 4, and 5, 2023, for Megan Owoc, Elite Island, and Jack Owoc, respectively.  Owocs' counsel responded, asking the Committee to propose alternate dates while also informing the Committee that it would receive productions from Megan and Jack Owoc in the near term.  The Committee advised Owocs' counsel that it only had a limited schedule to conduct the Owocs' examinations and proposed alternate dates in that regard.  Importantly, the Committee asked Owocs' counsel to confirm the proposed dates with his clients, but the Committee never received a response last week.  Likewise, to-date, the Committee never received a single document from Jack Owoc and, as discussed above, is evidently owed a substantial production by Megan Owoc.  Having received the Re-Notices, on the eleventh hour, Owocs' counsel, seeking to further delay the Owocs' examinations, finally responded and proposed dates that are weeks beyond the dates in the Re-Notices.  As the Court is well aware, the Committee has been attempting to depose the Owocs since March; time and time again, it has been hindered by the Owocs every step of the way.  The Court should not countenance such gamesmanship.

4.    **Sury Rodriquez's Deposition Date**: On April 10, 2023, after receiving and reviewing Documents and Communications from Sury Rodriguez, the Committee notified Debtors' counsel—who had previously indicated that it was accepting service and communications on behalf of Sury—that the Committee intends to re-notice the examination of Sury Rodriguez and suggested that she may need her own counsel.  Last week, the Committee reached out to Debtors' counsel to ask for Sury Rodriguez's availability for an examination on May 1, 2023.  Without answering the Committee's question and despite counsel's knowledge of the sale

objection deadline of May 11, 2023, Debtors' counsel informed the Committee that its lead attorney is unavailable to attend any examinations during the first week of May due to a scheduling conflict. After attempting to explore alternate dates with Debtors' counsel, the Committee was unable to find dates that would provide sufficient time to complete the examinations, and to the extent necessary, prepare a sale objection prior to the Committee's sale objection deadline.

5.    Accordingly, the Committee respectfully requests the Court to enter an Order enforcing the deposition dates as to Sury Rodriquez, Megan Owoc, Elite Island, and Jack Owoc, consistent with the Re-Notices.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 24, 2023 upon all users registered to receive notice via this Court's CM/ECF electronic notification system.

Dated:  April 24, 2023                **LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
        -and-
Nicole Fulfree, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
   Leyza F. Blanco
   Florida Bar No.: 104639
   Juan J. Mendoza
   Florida Bar No.: 113587
   1111 Brickell Avenue, Suite 1250
   Miami, FL 33131
   Telephone: (305) 372-8282
   Facsimile: (305) 372-8202
   Email: lblanco@sequorlaw.com
   Email: jmendoza@sequorlaw.com

   *Counsel to the Official Committee of*
   *Unsecured Creditors*