UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

    Debtors.                                       (Jointly Administered)
_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **Amended Notice of Hearing on the Verified Motion to Allow Late Filed Claims as Timely** (ECF No. 1227) was furnished as follows:

via CM/ECF on April 24, 2023 to:

- Anne Aaronson    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- Thomas L Abrams    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;sdavis@anthonyandpartners.com
- Anthony J Aragona    aja@devaronalaw.com
- Marc P Barmat    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Ronald D. P. Bruckmann    rbruckmann@shumaker.com, celgin@shumaker.com
- Kyler K Burgi    kyler.burgi@dgslaw.com
- Kevin Michael Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David H Conaway    dconaway@slk-law.com
- Ralph W. Confreda    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- Philip W Crawford    pcrawford@gibbonslaw.com
- Matthew G Davis    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- Dain De Souza    ddesouza@bastamron.com, jmiranda@bastamron.com
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Brendan S Everman    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- G Steven Fender    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- Edward M Fitzgerald    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Robert C Furr    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- David L Gay    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Eric S. Golden    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Aaron L Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- Andrea S. Hartley    andrea.hartley@akerman.com, janet.salinas@akerman.com
- Ross R Hartog    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- Daniel Harvath    dharvath@harvathlawgroup.com
- Christopher R Kaup    crk@tblaw.com, mburns@tblaw.com
- Craig I Kelley    craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Scott D Knapp    scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- Harris J. Koroglu    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Matthew F Kye    mkye@kyelaw.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Peter H Levitt    plevitt@shutts-law.com, sboisvert@shutts.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Justin M Luna    jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- Nir Maoz    nmaoz@ktbslaw.com

- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com, markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Brigette G McGrath    bmcgrath@askllp.com, mudem@askllp.com
- Juan J Mendoza    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- Fernando J Menendez    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- Megan W Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Michael Jordan Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;zmorton@bergersingerman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joseph A Pack    joe@packlaw.com
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Justin D Plean    justin.plean@qpwblaw.com
- Amanda E Preston    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kenneth Scott Reynolds    scott@sgazlaw.com
- Aliette D Rodz    arodz@shutts.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Ian M. Ross    iross@sidley.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Mark Alan Salzberg    mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- David Samole    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Andrew Sorkin    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- Annie Yang Stoops    annie.stoops@afslaw.com
- Carolyn Tatkin    tatkin@radixlaw.com
- Frank Terzo    frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- Christopher R Thompson    crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- Thomas W. Tierney    ttierney@rosswayswan.com, kkelly@rosswayswan.com

- Michael W Ullman    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- Jason A. Weber    jaw@tblaw.com, Nboffill@tblaw.com
- Aaron A Wernick    awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;slamontagne@wernicklaw.com
- J. Steven Wilkes    steven.wilkes@usdoj.gov
- Stuart F Wilson-Patton    stuart.wilson-patton@ag.tn.gov

Via U.S. Mail on April 25, 2023 the parties on the attached mailing matrix.

Respectfully submitted,

**BAST AMRON LLP**
*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By: */s/ Dain de Souza*
    Dain de Souza, Esq. (FBN 93708)
    Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (Admitted *Pro Hac Vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc.*

00754771.DOCX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-17842-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Apr  5 17:07:04 EDT 2023 | ACAR Leasing Ltd d/b/a GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd., Inc. d/b/a GM Financial L<br>c/o Christopher R. Thompson, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 |
| ADM Wild Europe GmbH & Co. KG<br>c/o Paul Hoffmann, Esq.<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106-2178 | ALDA 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| All Brands Distribution, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | Ally Bank<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank and Amex TRS<br>c/o Martin l. Sandler, esq<br>3400 SW 27th Avenue suite 1705<br>Miami, fl 33133-5320 | Americredit Financial Services, Inc. d/b/a G<br>c/o Christopher R. Thompson<br>Burr & Forman LLP<br>200 S. Orange Ave, Suite 800<br>Orlando, FL 32801-6404 |
| Archer Daniels Midland Company<br>c/o Paul Hoffmann, Esq.<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106-2178 | Ardagh Metal Packaging USA Corp.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC 28280-0027 | Bang Energy Canada, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | CI421 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | CM Builders, Inc. dba Integrated Masonry<br>c/o Carolyn R. Tatkin<br>Radix Law<br>15205 N. Kierland Blvd., Suite 200<br>Scottsdale, AZ 85254-8170 |
| CRG Financial LLC<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624-1313 | Carolina Canners, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Carrollton-Farmers Branch ISO<br>c/o Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland, TX 75042-8234 |
| Chubb Companies<br>Duane Morris LLP<br>201 S. Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-2318 | Cole, Scott & Kissane, P.A.<br>9150 S. Dadeland Blvd #1440<br>Miami, FL 33156-7855 | Creditor Committee<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, Tx 75207-2328 | Dohler Dahlenburg G.m.b.H | EASTGROUP Properties, L.P.<br>c/o Thomas L. Abrams<br>633 S. Andrews Ave., #500<br>Fort Lauderdale, FL 33301-2858 |
| EFL Global Logistics Canada, Ltd. | Elite Island, LLC<br>1600 N Park Dr.<br>Weston, FL 33326-3278 | Faith Technologies Incorporated<br>c/o Jerry Markowitz<br>Markowitz Ringel Trusty & Hartog PA<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, FL 33156-7858 |

| | | |
|---|---|---|
| Gekay Sales + Service Co., Inc.<br>c/o Aaron A. Wernick, Esq.<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431-8571 | Graphic Packaging International, LLC<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC 28280-0027 | JHO Intellectual Property Holdings, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| JHO Real Estate Investment, LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | KJ Can (Singapore) Pte. Ltd. | Krier Foods, Inc.<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Suite 3200<br>Miami, FL 33131-2191 |
| MFP 4747 W. Buckeye LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Maricopa County Treasurer<br>301 West Jefferson, Suite 100<br>Phoenix, AZ 85003-2199 | Mitsubishi HC Capital America, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 |
| Monster Energy Company<br>c/o Michael I. Goldberg<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301-4442 | Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd AVE, Suite 2700<br>Fort Lauderdale, FL 33394-0017 | Nevada Beverage Co<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Nexus Steel, LLC<br>Tiffany & Bosco, PA<br>1000 Corporate Dr<br>Suite 150<br>Suite 150<br>Ft. Lauderdale, FL 33334-3655 | Orange Bang, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>P.O. Box 1545<br>Steven Fender, Esq.<br>Ft. Lauderdale, FL 33302 United States 33302-1545 | Pettit Kohn Ingrassia Lutz & Dolin<br>11622 El Camino Real<br>Suite 300<br>San Diego, CA  92130-2051 |
| Quash Seltzer, LLC<br>20311 Sheridan Street<br>Fort Lauderdale, FL 33332-2313 | RXO Capacity Solutions, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Avenue, Suite 2600<br>Orlando, FL 32801-3453 | Rainbow Unicorn Bev LLC<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| Refresco Beverages US Inc<br>c/o W. Keith Fendrick, Holland & Knight<br>100 N. Tampa Street<br>Suite 4100<br>Tampa, FL 33602-3642 | SLBS Limited Partnership d/b/a Summit Distri<br>c/o David Gay<br>Carlton Fields<br>700 NW 1st Avenue, Suite 1200<br>Suite 1200<br>Miami, FL 33136-4118 | Santander Consumer USA Inc. dba Chrysler Cap<br>c/o Gerard M. Kouri, Jr. P.A.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 |
| Sony Music Entertainment<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 | Southeast Cold Fill, LLC<br>c/o Kelley, Fulton, Kaplan & Eller, P.L.<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | States Logistics Services, Inc.<br>5650 Dolly Avenue<br>Buena Park, CA 90621-1872 |
| Stellar Group, Inc.<br>c/o Robert P. Charbonneau<br>55 Alhambra Plaza<br>Suite 800<br>Coral Gables, FL 33134-5254 | Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | Suddath Global Logistics, LLC<br>815 S. Main Street<br>Jacksonville, FL 32207-8187 |
| TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | The American Bottling Company<br>c/o Furr and Cohen, P.A.<br>2255 Glades Rd., Ste 419A<br>Boca Raton, FL 33431-7379 | The Hamilton Group (Delaware), Inc.<br>Ullman & Ullman, P.A.<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 |

| | | |
|---|---|---|
| The Kroger Co.<br>104 Vine Street<br>Cincinnati, OH 45215 | Truist Bank<br>c/o Peter H. Levitt, Esq.<br>Shutts & Bowen, 200 S. Biscayne Blvd.<br>Miami, FL 33131-2310 | U.S. Bank National Association d/b/a U.S. Ba<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Rd. Bldg B, Ste 100<br>Plantation, FL 33324-4045 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Ronald M. Emanuel, Esq.<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | UMG Recordings, Inc.<br>Pryor Cashman LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134-7411 | Vital Pharmaceuticals International Sales, I<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 |
| Vital Pharmaceuticals, Inc.<br>1600 N. Park Dr.<br>Weston, FL 33326-3278 | Webb & Gerritsen, Inc.<br>c/o Foley & Lardner LLP<br>Mark Wolfson<br>100 Tampa Street, Ste. 2700<br>Tampa, FL 33602-5810 | Wild Flowers Inc.<br>c/o Paul Hoffmann, Esq.<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106-2178 |
| XPO LOGISTICS, LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S Orange Ave., Suite 2600<br>Orlando, FL 32801-3453 | 365 Mechanical, LLC<br>1817 S Horne, Suite #10<br>Mesa, AZ 852046526 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | Twin City Security<br>105 Garfield St S, STE 100<br>Cambridge, MN 55008-1767 |
| XPO LOGISTICS FREIGHT<br>Attn: Bankruptcy Dept.<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 | Allison L Libeu<br>620 Newport Center Drive, # 1300<br>Newport Beach, CA 92660-8013 | Amy C Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-3104 |
| Andrew Bean<br>2001 Ross Avenue # 2100<br>Dallas, TX 75201-2923 | Andrew Sorkin<br>555 Eleventh St NW #1000<br>Washington, DC 20004-1327 | Andrew Sorkin<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1327 |
| Andrew P Beilfuss<br>411 East Wisconsin Ave # 2400<br>Milwaukee, WI 53202-4428 | Arielle B Adler<br>One Lowenstein Drive<br>Roseland,, NJ 07068-1740 | Brendan Abbott<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 |
| Brent C Williams<br>500 West Madison St # 300<br>Chcago, IL 60661-4546 | Brian S Rosen<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Carolyn Tatkin, Esq<br>15205 N Kiedrland Blvd Suite 200<br>Scottsdale, AZ 85254-8170 |
| Christopher R Kaup<br>2525 East Camelback Road<br>Phoenix, AZ 85016-4219 | Cole Richins<br>100 North Tryon Street, Suite 47<br>Charlotte, NC 28202-4000 | Daniel L Geyser<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219-7672 |

| | | |
|---|---|---|
| David Levine<br>Sanchez Fischer Levine, LLP<br>1200 Brickell Avenue<br>Suite 750<br>Miami, FL 33131-3255 | David C Rose<br>7 Times Square<br>New York, NY 10036-6524 | David M Barlow<br>2525 East Camelback Rd<br>Phoenix, AZ 85016-4219 |
| David M Levine<br>1200 Brickell Ave # 750<br>Miami, FL 33131-3255 | Elizabeth A Morris<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Eric Chafetz<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| Erica Mannix<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | George A Davis<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Homer Parkhill<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Hugh Murtagh<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Ira D Kharasch<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | Jack H. Owoc<br>1600 N. Park Drive<br>Weston, FL 33326-3278 |
| Jarret P Hitchings<br>301 S. College Street, # 2150<br>Charlotte, NC 28202-6000 | Jasmin Williams<br>Law Office of Mark S. Roher, P.A.<br>1806 N. Flamingo Road, Suite 300<br>Pembroke Pines, FL 33028-1032 | Jeffrey Cohen<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| Jeramy D Webb<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | (p)FRANKGECKER LLP<br>ATTN JOSEPH FRANK<br>1327 W WASHINGTON<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | John D'Amico<br>787 Seventh Avenue<br>New York, NY 10019-6018 |
| John C Didonato<br>550 W Van Buren St<br>Chicago, IL 60607-3827 | John Whitney McVay Morley<br>330 North Wabash Avenue #2800<br>Chicago, IL 60611-3695 | Jonathan J Weichselbaum<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 |
| Jordana Renert<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | (p)JOSEPH D  FRANK<br>ATTN FRANKGECKER LLP<br>1327 W WASHINGTON<br>SUITE 5 G-H<br>CHICAGO IL 60607-1912 |
| K. Scott Reynolds<br>3133 W. Frye Road #101<br>Phoenix, AZ 85226-5132 | Laurence M Frazen<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 | Lindsay Sklar<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 |
| Luis M Lluberas<br>100 North Tryson St # 47<br>Charlotte, NC 28202-4000 | Mark Margulies<br>Grant Thornton LLP<br>1301 International Parkway # 300<br>Ft. Lauderdale, FL 33323-2874 | Matthew Murray<br>40 Wall Street, 37th Floor<br>New York, NY 10005-1381 |

| | | |
|---|---|---|
| Matthew G Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | Maura P McIntyre<br>1000 Key Tower, 127 Public Square<br>Cleveland, OH 44114 | Megan Owoc<br>16720 Stratford Court<br>Southwest Ranches, FL 33331-1358 |
| Michael Jordan Niles<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301-7643 | Nicole Fulfree<br>One Lowenstein Drive<br>Roseland, NJ 07068-1740 | Paul M Alexander<br>1180 W. Peachtree Street, NW, Suite 2100<br>Atlanta, GA 30309-3495 |
| Peter Fischer<br>c/o Daniel Harvath<br>75 W. Lockwood<br>Suite #1<br>Webster Groves, MO 63119-2946 | Rachel Maimin<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | Richard M Pachulski<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 |
| Robert Charles Jr<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue, Suite 2000<br>Tucson, AZ 85701-1666 | Robert J Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Rudy J Cerone<br>12th Floor 601 Poydras Street<br>New Orleans, LA 70130 |
| Russell H Falconer<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923 | Stephanie P Chery<br>7 Times Square<br>New York, NY 10036-6524 | Stephen E. Gruendel<br>100 N. Tryon St. Suite 4700<br>Charlotte,, NC 28202-4003 |
| Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024 | Steven J. Solomon Fiesta Warehousing & Distr<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Suite 3200<br>Miami, FL 33131-2191 | Teddy M Kapur<br>10100 Santa Monica Blvd 13 Floor<br>Los Angeles, CA 90067-4003 |
| Tianjiao Li<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Walter Benzija<br>40 Wall Street, 37th Floor<br>New York, NY 10005-1381 | William J Easley<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105-2339 |
| Yelizaveta L Burton<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | |
|---|---|
| Jeremy C Kleinman<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 | Joseph D Frank<br>1327 W Washington Blvd #5 G-H<br>Chicago, IL 60607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1600FLL LLC | (u)Arista Music | (u)Arista Records LLC |
| (u)Balboa Capital Corporation<br>McGLINCHEY STAFFORD<br>1 East Broward Boulevard,<br>Suite 1400<br>Fort Lauderdale, United States | (u)Ball Metal Beverage Container Corp. | (u)C.K.S. Packaging, Inc. |
| (u)CM Builders, Inc., d/b/a Integrated Masonr | (u)CSPC Innovation Pharmaceutical Co., Ltd. | (u)Capitol Records, LLC |
| (u)Chestnut Hill Technologies, Inc. | (u)Circle K Procurement and Brands, Ltd. | (u)Circle K Stores, Inc. |
| (u)Crown Cork & Seal USA, Inc. | (u)Dairy Farmers of America, Inc. | (u)Doehler USA, Inc. |
| (u)Driscoll, LLP | (u)Duke Secured Financing 2009-1PAC, LLC | (u)EFL Global |
| (u)EVOX FL Pembroke 20351 LLC | (u)FONA International, Inc. | (u)HACI Mechanical Contractors, Inc. |
| (u)Hardrock Concrete Placement Co, INC | (u)Intrastate Distributing | (u)Kuckelman Torline Kirkland, Inc. |
| (u)LMR TRUCKING, INC. | (u)LaFace Records LLC | (u)Lease Plan USA, LLC |

| | | |
|---|---|---|
| (u)ORBIS RPM, LLC | (u)PepsiCo, Inc. together with its affiliates | (u)PolyGram Publishing, Inc. |
| (u)Premier Distributing Company | (u)Premium Beverage Company | (u)Prologis Targeted U.S. Logistics Fund, L.P |
| (u)Records Label, LLC | (u)Shanghai Freeman Lifesciences Company | (u)Sidel Blowing and Services SAS |
| (u)Songs of Universal, Inc. | (u)Sony Music Entertainment US Latin LLC | (u)TR Capital Management LLC US |
| (u)Trinity Logistics, Inc. | (u)Universal Music - Z Tunes LLC | (u)Universal Music Corp. |
| (u)Universal Music-MGB NA LLC | (u)Universal Musica, Inc. | (u)VS Carbonics, Inc. |
| (u)Volcano Entertainment III LLC | (u)Warner Media Group | (u)Zomba Recording LLC |
| (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)CRG Financial LLC<br>84 Herbert Ave. Building B Suite 202<br>Closter, NJ 07624-1313 |
| (u)Kathleen Cole | (u)Marc Kesten | (u)Richard D Faulkner |

End of Label Matrix  
Mailable recipients    141  
Bypassed recipients     54  
Total                  195