UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC, *et al.*,

        Debtors.

_____/

Case No. 22-17842-PDR
Chapter 11

**CROSS-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM**
**OF JOHN H. OWOC**

Creditor, The American Bottling Company, serves this *Cross-Notice of Rule 2004 Examination of John H. Owoc.* The American Bottling Company will participate in the examination of John H. Owoc (the "Examinee") under oath on May 5, 2023, at 9:30 a.m. (EST), at the offices of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131.

The examination may continue from day to day until completed. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Dated: April 25, 2023

FURR COHEN
*Attorneys for American Bottling Company*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561) 395-0500; (561) 338-7532 - facsimile

By: */s/ Marc P. Barmat*_____
    Marc P. Barmat, Esq.
    Florida Bar No.: 22365
    Email: mbarmat@furrcohen.com

    -and-

1

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3170
Facsimile: (214) 571-2900
Email: RFalconer@gibsondunn.com

By: /s/ Russell H. Falconer
Russell H. Falconer
Texas Bar No. 24069695

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 25, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served on all parties who are registered CM/ECF users in this case and via U.S. first-class mail to

John H. Owoc, 16720 Stratford Ct, Southwest Ranches, FL 33331on April 25, 2023.

By: */s/ Marc P. Barmat*_____
Marc P. Barmat, Esq.