**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **Chapter 11 Case** |
| **VITAL PHARMACEUTICALS, INC., et al.,** | **Case No. 22-17842 (PDR)** |
| Debtors. [1] _____/ | **(Jointly Administered)** |

**CROSS-NOTICE OF VIDEOTAPED BANKRUPTCY**
**RULE 2004 EXAMINATION OF MEGAN OWOC**

Truist Bank, in its capacities as Prepetition Agent,[2] on behalf of the Prepetition Lenders, and DIP Agent, on behalf of the DIP Lenders (collectively with the Prepetition Lenders, the "Lenders"), by and through its undersigned counsel, will conduct the Bankruptcy Rule 2004 examination of **Megan Owoc** (the "Examinee"), under oath on **May 2, 2023** at **9:30 AM (EST)**. The examination will be conducted at **Sequor Law, P.A., 1111 Brickell Ave., Suite 1250, Miami, FL 33131**.

The examination may continue from day to day until completed.  Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time.

The examination is being taken pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion [ECF No. 24], as applicable.

stenographically and by videotape/audio-visual means. The scope of the examination shall be as described in Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary. If the Examinee requires an interpreter, it is Examinee's responsibility to engage the employment of such interpreter to be present at the examination. Any objection must be heard prior to the taking of the examination.

Dated: April 25, 2023

Respectfully submitted,

*/s/ Harris J. Koroglu*

| | |
|---|---|
| Luis M. Lluberas (admitted *Pro Hac Vice*) | Harris J. Koroglu (FL Bar No. 32597) |
| Stephen E. Gruendel (admitted *Pro Hac Vice*) | Peter H. Levitt (FL Bar No. 650978) |
| Cole Richins (admitted *Pro Hac Vice*) | Aliette D. Rodz (FL Bar No. 173592) |
| **MOORE & VAN ALLEN PLLC³** | **SHUTTS & BOWEN LLP** |
| 100 North Tryon Street, Suite 4700 | 200 South Biscayne Blvd., Suite 4100 |
| Charlotte, NC 28202-4003 | Miami, FL 33131 |
| Telephone:   (704) 331-1000 | Telephone:   (305) 347-7314 |
| Facsimile:   (704) 378-1989 | Facsimile:   (305) 347-7888 |
| E-mail:luislluberas@mvalaw.com | E-mail: hkoroglu@shutts.com |
|         stevegruendel@mvalaw.com |         plevitt@shutts.com |
|         colerichins@mvalaw.com |         arodz@shutts.com |

*Counsel for Truist Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, a true and correct copy of the foregoing has been served via ECF on all parties receiving electronic notice in this case, and via first-class U.S. Mail, postage prepaid, to: Megan Owoc, 16720 Stratford Ct., Southwest Ranches, FL 33331.

*/s/ Harris J. Koroglu*
Harris J. Koroglu

---

[3] The undesigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Luis M. Lluberas, October 10, 2022 [ECF No. 38]; (ii) Stephen E. Gruendel, October 10, 2022 [ECF No. 39]; and (iii) Cole B. Richins, October 10, 2022 [ECF No. 40].