**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors._____/ | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Old Dominion Freight Line, Inc., c/o Lawrence J. Roberts & Associates, P.A. at 5411 Trent St, Chevy Chase, MD 20815-5513, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893)

Furthermore, on April 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on thirty-seven (37) Confidential Parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893, Pages 1-6)

- *Customized* **Contracts and Leases Subject to Assumption and Assignment with Cure Costs Exhibit A** (attached hereto as **Exhibit A**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Pursuant to *the Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief (Docket No. 854)*, the Debtors are authorized to file under seal that part of the service list containing information relating to the identities of potential bidders that are served with the Sale Notice.

Furthermore, on or before April 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and on seven (7) Confidential Parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Dated: April 25, 2023

/s/ *Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**

**Exhibit A**

**Contracts and Leases Subject to Assumption and Assignment with Cure Costs**

*Regardless of whether included below, this Exhibit A shall serve as notice with respect to any and all amendments, modifications, supplements, etc. with respect to the Contracts and Leases included below.

| Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|
|  |  |  |  |  |

# **<u>Exhibit B</u>**



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A Desert Oasis Heating & Cooling | | 4449 W Chama Dr | | Glendale | AZ | 85310-5133 |
| Adrian Ricketts | | 2960 Riverside Dr | Apt 219 | Coral Springs | FL | 33065-1021 |
| Alex Rivera | | 1128 NW 21st Ave | | Cape Coral | FL | 33993-5914 |
| Alexander Michael Alvarez | | 1163 W Peachtree St NE | Apt 1812 | Atlanta | GA | 30309-4543 |
| Alexis Clark | | 160 River St | Apt 418 | Hackensack | NJ | 07601-6464 |
| Altus Receivables Management | | 2121 Airline Dr | Ste 520 | Metairie | LA | 70001-5987 |
| Alyssa Murphy | | 2039 St Paul Dr | | Ballston Spa | NY | 12020-2834 |
| Andrew Nelson Sorah | | 1864 Toulouse Dr | | Chula Vista | CA | 91913-2998 |
| Angel Rodriguez | | 1295 NW 83rd Ave | | Coral Springs | FL | 33071-6730 |
| Antonio Sanchez Ruiz | | 1223 E Wier Ave | Apt 3 | Phoenix | AZ | 85040-2350 |
| Apollonia Shanay Cooley | | 316 Stormydale Ln | | Fort Worth | TX | 76140-5552 |
| April Dunn | | 9187 Yarmouth Dr | Apt I | Loveland | OH | 45140-5208 |
| Blake A Gaftunik | | 4723 Indian Ridge Rd | | Blaine | TN | 37709-5844 |
| Block One Technologies | | 420 Linden St | Ste 200 | Fort Collins | CO | 80524-2552 |
| Brayden Elijah Crabtree | | 222 E Jefferson St | Apt 903 | Phoenix | AZ | 85004-0409 |
| Brightfractal, Inc. Fractl | | PO Box 7029 | | Delray Beach | FL | 33482-7029 |
| Casey Elise Hillman | | 1310 Iris Dr | Apt 1411 | Charlotte | NC | 28205-6097 |
| Casey James Howard | | 1163 W Spur Ave | | Gilbert | AZ | 85233-5270 |
| Cellhire USA LLC | | 990 N Bowser Rd | Ste 740 | Richardson | TX | 75081-2859 |
| Centerpoint (Dogwood) | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| Chevel Ashley Richards Turner | | 1789 NW 60th Ave | | Sunrise | FL | 33313-4661 |
| Chris Johns | | 11647 7th Ave | | Hesperia | CA | 92345-2014 |
| Christa Carlos | | 4503 Guadalajara Dr | | San Antonio | TX | 78233-6829 |
| Confidential Creditor # 33 | | Address Redacted | | | | |
| Confidential Creditor # 6 | | Address Redacted | | | | |
| Crystal Wenrick | | PO Box 13521 | | Tampa | FL | 33681-3521 |
| Dalayla Khoury | | 2045 Seville St | | Santa Rosa | CA | 95403-8169 |
| Dale W Morton | | 15984 W Creedance Blvd | | Surprise | AZ | 85387-1701 |
| Daniel L Rivera | | 6151 Radford Ave | Apt 114 | N Hollywood | CA | 91606-0016 |
| Darrius Xavier McCants | | 945 E Playa Del Norte Dr | Unit 2027 | Tempe | AZ | 85288-2279 |
| Dogwood Holdings, L.P. | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| Dwight Ross | | 272 Indian Paint Brush Dr | | Mooresville | NC | 28115-3640 |
| Eli Armando Lugo | | 202 W Gary Way | | Phoenix | AZ | 85041-8021 |
| Elli-Ana Shaine Hauser | | 5654 Amaya Dr | Unit 145 | La Mesa | CA | 91942-3676 |
| Erica M Kelley | | 7248 Cleopatra Dr | | Land O Lakes | FL | 34637-7511 |
| Erik A Santana | | 33708 Salvia Ln | | Murrieta | CA | 92563-3436 |
| Evans Transportation Services, Inc | | 440 Wells St | Ste 200 | Delafield | WI | 53018-1412 |
| First Coast Energy, LLP | | 6867 Southpoint Dr N | Ste 101 | Jacksonville | FL | 32216-8005 |
| Fitnessmith | | PO Box 3569 | | Boynton Beach | FL | 33424-3569 |
| Fitzgerald Brothers Beverage, Inc. | | 152 Dix Ave | | Glens Falls | NY | 12801-3241 |
| Fort Lauderdale Transfer & Rigging, Inc. | | 1318 Avocado Isle | | Ft Lauderdale | FL | 33315-1344 |
| Full Circle Distributors | | 1515 William Flynn Hwy | | Glenshaw | PA | 15116-2301 |
| Full Spectrum Group, LLC Full Spectrum Analytics | | 3501 Jamboree Rd | Ste 100 | Newport Beach | CA | 92660-2940 |
| Gavin Guanell | | 225 S Linder Rd | Apt J102 | Eagle | ID | 83616-4460 |
| Gerald Antwan Cross | | 1584 NW 17th Ave | Apt 2 | Pompano Beach | FL | 33069-1675 |
| Global Systems United LLC | | 4150 W Northern Ave | Ste 120 | Phoenix | AZ | 85051-5781 |
| Glory Visuals LLC Darren Curtis Clausen | | 10217 Cove Hollow Dr | | Papillion | NE | 68046-5869 |
| Harley Caroline Varga | | 4505 Main St | Ste 357 | Virginia Bch | VA | 23462-3390 |
| Jaime D Holmes | | 4303 Lilac St | | Palm Bch Gdns | FL | 33410-4615 |
| James R Johnson | | 8100 S Congress Ave | Apt 2217 | Austin | TX | 78745-7486 |
| Jay Nagy | | 2100 PGA Blvd | Apt 522 | N Palm Beach | FL | 33408-2790 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jeremiah McCall | | 1661 S Forum Dr | Apt 3409 | Grand Prairie | TX | 75052-1280 |
| Jeremy Stephens | | 12440 Teacup Way | | Indianapolis | IN | 46235-6121 |
| Jordan Casey | | 7908 E Victoria Dr | | Tucson | AZ | 85730-3511 |
| Joseph Brown | | 1704 S 39th St | Unit 35 | Mesa | AZ | 85206-3845 |
| Joseph Xavier Sotelo | | 11142 N 165th Dr | Apt 113 | Surprise | AZ | 85388-6652 |
| Jourdan Ewing | | 6720 Geyser Trl | | Watauga | TX | 76137-6710 |
| Judith Quevedo | | 550 E Brooklyn Village Ave | Apt 1509 | Charlotte | NC | 28202-3467 |
| Julio C Carrillo | | 18427 Vincennes St | Unit 19 | Northridge | CA | 91325-2177 |
| JuliusWorks, Inc | | PO Box 40219 | | Brooklyn | NY | 11204-0219 |
| Kylie Brelje | | 460 S Marion Pkwy | Apt 1103C | Denver | CO | 80209-5541 |
| Lamar Ray Harris | | PO Box 2173 | | Ann Arbor | MI | 48106-2173 |
| Leading Edge Expositions, LLC Cannabis World Congress & Busi | | 246 Dorchester Rd | | River Edge | NJ | 07661-1227 |
| Liliana Lisette Acosta | | 380 Coronado Ave | Apt  6 | Long Beach | CA | 90814-4642 |
| Mace Camp | | 3218 Poplar Crest Ct | | Henderson | NV | 89044-1883 |
| Mackenzie Williamson | | 1251 Dorado Sea Ct | | Henderson | NV | 89052-8303 |
| Marc Edward Bower | | PMB 216 | 24 W Camelback Rd Ste A | Phoenix | AZ | 85013-2529 |
| Maria Prado | | 4032 Lake Underhill Rd | Apt X | Orlando | FL | 32803-7059 |
| Megan Elizabeth Workman | | 526 NE 8th St | Apt 2508 | Ft Lauderdale | FL | 33304-3153 |
| Melissa Morales Gomez | | 1818 SW 1st Ave | Apt 1710 | Miami | FL | 33129-1190 |
| Michael Prieboy | | 3533 E Joseph Way | | Gilbert | AZ | 85295-7680 |
| Natalie Somoano | | 14221 SW 88th St | Apt C308 | Miami | FL | 33186-8037 |
| National Automatic Merchan. Asso. (NAMA) | | 1777 N Kent St | Ste 1010 | Arlington | VA | 22209-2110 |
| Neftali Lopez | | 4757 Timberhill Dr | | Nashville | TN | 37211-4352 |
| Neighborhood Storage Center | | PO Box 1270 | | Ocala | FL | 34478-1270 |
| Neuman Law, PA | | 1001 W Yamato Rd | Ste 401 | Boca Raton | FL | 33431-4445 |
| Nicholas Balestracci | | 13620 Luxe Ave | Apt 311 | Bradenton | FL | 34211-4514 |
| Novelis Corporation | Attn: Spooner Ward, VP | 3550 Peachtree Rd NE | | Atlanta | GA | 30326-1203 |
| Paul E Bojorquez Felix | | 25325 N 164th Dr | | Surprise | AZ | 85387-4507 |
| PeopleSuite, LLC | | PO Box 1539 | | Mooresville | NC | 28115-1539 |
| Pepsi Logistics Company, Inc | | 7701 Legacy Dr | | Plano | TX | 75024-4002 |
| Philip Harrington | | PO Box 96 | | New Waverly | TX | 77358-0096 |
| Premier Pallets, Inc. | | 9412 Balm Riverview Rd | | Riverview | FL | 33569-5116 |
| Professional Store Services | | PO Box 96 | | New Waverly | TX | 77358-0096 |
| Rachyle Lauck | | 2514 E Lindrick Dr | | Gilbert | AZ | 85298-0539 |
| Rent's Due LLC Kevin Weatherspoon | | 555 MLK St S | Unit 431 | St Petersburg | FL | 33705-1810 |
| Rob Martin | | 544 Penzance Ct | | Las Vegas | NV | 89178-1266 |
| Robert James Martin | | 544 Penzance Ct | | Las Vegas | NV | 89178-1266 |
| Ruby Dorival | | 409 Palmer St | # 1 | Jamestown | NY | 14701-6230 |
| Rudy E Larez | | 9618 S 415th Ave | | Tonopah | AZ | 85354-7258 |
| Ryan Kelleher | | 4001 N Central Ave | Apt 326 | Phoenix | AZ | 85012-2143 |
| Ryan W. Kearns | | 199 Boulder Run | | Hiram | GA | 30141-4192 |
| Samuel Michael Staples | | 3516 S Cochran Ave | | Los Angeles | CA | 90016-5115 |
| Samuel Staples | | 3516 S Cochran Ave | | Los Angeles | CA | 90016-5115 |
| Set Inventors | | 7227 Bay Dr | Apt 27 | Miami Beach | FL | 33141-5459 |
| Set Inventors LLC | | 7227 Bay Dr | Apt 27 | Miami Beach | FL | 33141-5459 |
| Shutterstock Inc. | | 350 5th Ave | Fl 20 | New York | NY | 10118-2101 |
| Source 1 Solutions | | 16331 Bay Vista Dr | | Clearwater | FL | 33760-3130 |
| Taylor Karl Gaudreau | | 113 Woodmill Rd | | Longwood | FL | 32779-4964 |
| Tina Middleton | | 5301 Alpha Rd | Apt 409 | Dallas | TX | 75240-4367 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 3



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Title365 Company | | 401 E Corporate Dr | Ste 245 | Lewisville | TX | 75057-6426 |
| Total Filtration Services, Inc | | 900 N Squirrel Rd | Frnt 175 | Auburn Hills | MI | 48326-2795 |
| Tyler Dwayne Nobis | | 150 E Warner Rd | Apt 127 | Gilbert | AZ | 85296-2409 |
| Tyler Smith | | 902 N Chapman Ave | | Shawnee | OK | 74801-4810 |
| USA Shrinkwraps Solutions | | 750 NE 7th Ave | | Dania | FL | 33004-2502 |
| Valentina Rodriguez Mammarella | | 6155 NW 105th Ct | Apt 4102 | Doral | FL | 33178-6700 |
| Valerie Moniz | | 733 Lynnwood Ave | | Brick | NJ | 08723-5301 |
| Verbatim | | 2905 Maple View Dr | | Madison | WI | 53719-3117 |
| VPX vs. GNC et al. (2020) | | 75 Hopper Pl | Ste 501 | Pittsburgh | PA | 15222-4762 |
| VPX vs. Leading Edge Expositions et al. (2022) | | 246 Dorchester Rd | | River Edge | NJ | 07661-1227 |
| Wholesale Dynamics | | 9627 E 153rd St | | Noblesville | TN | 46060-0030 |
| Willie Christopher Reaves | | 11917 SE 175th St | Apt B206 | Renton | WA | 98058-6088 |
| Yneiris De Los A Maggiolo Carrera | | 120 Bonaventure Blvd | Apt 306 | Weston | FL | 33326-1405 |
| Yordani Gonzalez | | 501 Longshore Dr | | Little Elm | TX | 75068-5418 |
| Zachary Palmisano | | 415 Washington Blvd | Apt 504 | Marina Dl Rey | CA | 90292-5272 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3