IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC. *et al.*[1],<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-17842-PDR<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing *Agreed Order Granting Motion to Allow Late-Filed Claim as Timely* [Docket No. 1234] was served on April 25, 2023, via (i) CM/ECF notifications on all parties requesting electronic notification in this case; and (ii) via First Class U.S. Mail on the parties listed on the attached service list.

*[Signature Page to Follow]*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357146115.01

| | |
|---|---|
| Dated:   April 25, 2023 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Richard J. Bernard*<br>Richard J. Bernard (No. 57266)<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Telephone: (212) 248-3263<br>Facsimile: (212) 248-3141<br>Email: richard.bernard@faegredrinker.com<br><br>-and-<br><br>Jaclyn C. Marasco<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Emails:  Jaclyn.marasco@faegredrinker.com<br><br>*Counsel to Faegre Drinker Biddle & Reath LLP* |