UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No.: 22-17842-PDR

                                                      Chapter 11
       Debtors.                         (Jointly Administered)
_____/

**OBJECTION TO EXPEDITED SUPPLEMENTAL APPLICATION
FOR APPROVAL TO EMPLOY GRANT THORNTON LLP**

John H. Owoc aka Jack Owoc and Megan Owoc (together, the "Owocs") object to the *Expedited Supplemental Application for Approval to Employ Grant Thornton LLP* (the "Application") [ECF No. 1188], and state:

1. Through the Application, Vital Pharmaceuticals, Inc. *et al.* (the "Debtors") seek to employ Grant Thornton LLP ("Grant Thornton") to assist the Debtors with Internal Revenue Service examinations for the tax years ending on December 31, 2020 and December 31, 2021, and to provide additional transaction advisory services.

2. Grant Thornton is employed by the principal of the Debtors, John H. Owoc a/k/a Jack Owoc to prepare tax returns. The Owocs therefore submit that Grant Thornton is not disinterested and the Application should be denied. *See generally* 11 U.S.C. § 327(a).

[Remainder of Page Intentionally Left Blank]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00554125}

**WHEREFORE**, Owocs requests the Court deny the Application [ECF No. 1188], and grant such other relief deemed appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on April 25, 2023.

> **SHRAIBERG PAGE P.A.**
> Attorneys for the Owocs
> 2385 NW Executive Center Drive, Suite 300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email:  bss@slp.law
> Email:  pdorsey@slp.law
>
> By:   /s/ Bradley Shraiberg
>      Bradley Shraiberg
>      Fla Bar No. 121622
>      Patrick Dorsey
>      Fla. Bar No. 0085841