UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]       Case No.: 22-17842-PDR

    Debtors.                                          (Jointly Administered)

_____/

**DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE APRIL 27, 2023, HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) RULING ON SECTION 365 AS AMENDED BY THE ACT APPLIES TO THE DEADLINE BY WHICH THE DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), move the Court, on an *ex parte* basis, for the entry of an agreed order continuing the hearing scheduled for April 27, 2023 at 1:30 p.m. to consider the *Debtors' Motion for Entry of an Order (I) Ruling Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (the "Motion") [ECF No. 1185] filed by the Debtors on April 17, 2023, and state:

**Jurisdiction and Venue**

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6.      On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

7.      On April 17, 2023, the Debtors filed the Motion, seeking entry of an order ruling that section 365 of the Bankruptcy Code, as amended by the Consolidated Appropriations Act, 2021 (the "Act") applies to the deadline by which the Debtors may assume or reject unexpired leases of nonresidential real property.   The Court set the hearing on the Motion for April 27, 2023 at 1:30 p.m.

8.      As set forth in the Motion, prior to and in conjunction with the filing of the Motion, the Debtors attempted to reach out to the various leaseholders and landlords of the Debtors' unexpired leases of nonresidential real property in an attempt to enter into consensual agreements relating to an extension of deadline for the Debtors to assume or reject unexpired nonresidential real property leases.  The Debtors were unable to contact and reach agreement with *all* leaseholders prior to the filing of the Motion, however, the Debtors have made some progress since the filing of the Motion and will be seeking approval of certain stipulations consensually extending the §365(d)(4) deadline with certain leaseholders and landlords.

## Relief Requested

9.      By this Motion, the Debtors request a one-week continuance of the April 27, 2023,

hearing on the Motion, to May 4, 2023 at 2:00 p.m., when other matters in these cases are

scheduled, in order to permit the Debtors to continue their attempts to communicate and reach

consensual agreements with the additional leaseholders and landlords with respect to an extension

of the deadline for the Debtors to assume or reject unexpired nonresidential real property leases.

10.     As required by Local Rule 5071-1(C), the undersigned counsel certifies that the

Debtors consent to a continuance of the April 27, 2023, hearing on the Motion.  In addition, the

undersigned counsel has also communicated with counsel for the Committee who has indicated

that the Committee has no objection to the one-week continuance requested herein.

11.     This is the Debtors' first request for a continuance of the hearing to consider the

Motion, and no party will be prejudiced by the granting of this motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the

form attached hereto as **Exhibit A**, (i) granting this motion; (ii) continuing the April 27, 2023,

hearing on the Motion for a period of one-week, to May 4, 2023 at 2:00 p.m., and (iii) granting

such other and further relief as the Court deems just and proper.

Dated:  April 25, 2023
         Miami, Florida

Respectfully submitted,

_/s/ Michael J. Niles_

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
          tj.li@lw.com
          brian.rosen@lw.com
          jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
          mniles@bergersingerman.com

3

12099014-1

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel for the Debtors*

# **EXHIBIT A**

## **(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No. 22-17842-PDR

Debtors.                                              (Jointly Administered)

_____/

**AGREED *EX PARTE* ORDER GRANTING DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE APRIL 27, 2023, HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) RULING ON SECTION 365 AS AMENDED BY THE ACT APPLIES TO THE DEADLINE BY WHICH THE DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; <u>AND (II) GRANT RELATED RELIEF</u>**

**THIS MATTER** having come before the Court upon the *Debtors' Agreed Ex Parte Motion to Continue April 27, 2023, Hearing on Debtors' Motion for Entry of an Order (I) Ruling on Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [ECF

No. _____] (the "Motion").   The Court, having considered the Motion, having noted that the

Committee[2] has no objection to the relief requested in the Motion, and finding good cause for the

granting thereof, does

      **ORDER** as follows:

      1.      The hearing to consider the *Debtors' Motion for Entry of an Order (I) Ruling*

*Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or*

*Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief*

scheduled for April 27, 2023 at 1:30 p.m., is continued to **May 4, 2023 at 2:00 p.m.**

      2.      The hearing will take place only by video conference. DO NOT GO TO THE

COURTHOUSE.   Attorneys must advise their clients not to appear at the courthouse. Although

conducted by video conference, the hearing is a court proceeding.   The formalities of the courtroom

must be observed. All participants must dress appropriately, exercise civility, and otherwise

conduct themselves in a manner consistent with the dignity of the Court.

      3.      To participate in the hearing, you must register in advance no later than 3:00 p.m.,

one business day before the date of the hearing. To register, click on or enter the following

registration link in a browser:

  https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

      4.      PLEASE NOTE: No person may record the proceedings from any location by any

means. The audio recording maintained by the Court will be the sole basis for creation of a

transcript that constitutes the official record of the hearing.

#  #  #

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

12100924-1

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3