UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

## CROSS NOTICE OF 2004 EXAMINATION OF MEGAN OWOC

Monster Energy Company ("Monster"), by and through undersigned counsel, will participate in the examination of Megan Owoc (the "Examinee") on May 10, 2023 at 9:30 a.m. (EST) at the offices of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, FL 33131.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69506313;1

Dated: April 26, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**AKERMAN LLP**

　　　　　　　　　　　　　　　　　　/s/ *Michael I. Goldberg*
　　　　　　　　　　　　　　　　　　Michael I. Goldberg, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 886602
　　　　　　　　　　　　　　　　　　Eyal Berger, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 11069
　　　　　　　　　　　　　　　　　　201 East Las Olas Boulevard, Suite 1800
　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　T: (954) 463-2700 /F: (954) 463-2224
　　　　　　　　　　　　　　　　　　michael.goldberg@akerman.com
　　　　　　　　　　　　　　　　　　eyal.berger@akerman.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**[2]
　　　　　　　　　　　　　　　　　　Richard M. Pachulski (pro hac vice)
　　　　　　　　　　　　　　　　　　Ira D. Kharasch (pro hac vice)
　　　　　　　　　　　　　　　　　　Robert J. Feinstein (pro hac vice)
　　　　　　　　　　　　　　　　　　Teddy M. Kapur (pro hac vice)
　　　　　　　　　　　　　　　　　　Cia H. Mackle (Florida Bar No. 26471)
　　　　　　　　　　　　　　　　　　10100 Santa Monica Blvd., 13th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-4003
　　　　　　　　　　　　　　　　　　T: (310) 277-6910 /F: (310) 201-0760
　　　　　　　　　　　　　　　　　　rpachulski@pszjlaw.com
　　　　　　　　　　　　　　　　　　ikharasch@pszjlaw.com
　　　　　　　　　　　　　　　　　　rfeinstein@pszjlaw.com
　　　　　　　　　　　　　　　　　　tkapur@pszjlaw.com
　　　　　　　　　　　　　　　　　　sgolden@pszjlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to Monster Energy Company*

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on April 26, 2023.

By: /s/ *Michael I. Goldberg*

69506313;1