

ORDERED in the Southern District of Florida on April 26, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 |
| | Case No. 22-17842-PDR |
| | Hon. Peter D. Russin |
| | (Jointly Administered) |
| Debtor. | |
| _____/ | |

### ORDER ADMITTING THOMAS L. SHRINER, JR. TO APPEAR PRO HAC VICE

This matter came before the court without a hearing on the *Ex Parte* Amended Motion to Appear Pro Hac Vice (ECF No. 1244). The Court having reviewed the motion and good cause appearing, it is

ORDERED that Thomas L. Shriner, Jr., Esq. ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Webb and Gerritsen, Inc. ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

4874-8743-7662.1

Visiting attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this Court has entered an order admitting Visiting Attorney *pro hac vice.*

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served:

Mark J. Wolfson, Esquire (FBN 0352756)
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: 813-225-4119
Email: mwolfson@foley.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

4874-8743-7662.1

Submitted by:

Mark J. Wolfson, Esquire
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: 813-225-4119
Email: mwolfson@foley.com

      Thomas L. Shriner, Jr.  shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

2

4874-8743-7662.1