

**ORDERED in the Southern District of Florida on April 27, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF ROTHSCHILD & CO US INC., AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 10, 2022 THROUGH FEBRUARY 28, 2023**

**THIS MATTER** came before the Court on the 20th day of April, 2023, at 2:00 p.m., in Fort Lauderdale, Florida, upon the *First Interim Fee Application of Rothschild & Co US Inc., as Investment Banker for the Debtors and Debtors in Possession For Allowance of Compensation and*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12036882-1

*Reimbursement of Expenses For the Period From October 10, 2022 Through February 28, 2023* [ECF No. 993] (the "Application"), seeking an award of $1,741,935.48 in fees and $71,382.33 in expenses for the period of October 10, 2022 through February 28, 2023. The Court, having reviewed the Application and considered the presentation of counsel, does thereupon

**ORDER** as follows:

1. The Application is **APPROVED**.

2. Rothschild & Co US Inc. ("Rothschild"), as investment banker to the Debtors,[2] is awarded, for the period of October 10, 2022 through February 28, 2023, on an interim basis, fees in the amount of $1,741,935.48,[3] of which 100%, or $1,741,935.48, is authorized for immediate payment; and reimbursement of expenses in the amount of $71,382.33, of which 100% is authorized for immediate payment.

3. The fees authorized to be paid to Rothschild herein represent the fees requested and awarded, and are without prejudice to Rothschild seeking payment of any and all such holdbacks.

4. Rothschild is authorized to apply the sum of $3,241.82, which is currently being held in Rothschild's trust account, toward the expenses requested and awarded herein, and the Debtors are authorized and directed to pay the remaining fees and expenses awarded to Rothschild, in the amount of $1,738,693.66, less amounts previously paid.

5. In making the foregoing award, the Court has considered the criteria in sections 330 and 331 of the Bankruptcy Code, the requirements of Bankruptcy Rule 2016, and the factors that govern the reasonableness of fees as set forth in *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990), *Matter of First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Application.
[3] Included in the fee request of $1,741,935.48 is the sum of $800,000.00, which is 80% of the $1,000,000.00 New

12036882-1

2

amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by Rothschild.

6. Specific findings and a statement of the facts and considerations supporting each of these conclusions have been omitted in the interest of brevity. Should any party in interest request findings of fact and considerations supporting each of these conclusions, the Court will consider any such request.

7. This Order is without prejudice to the rights of the United States Trustee or any other party in interest to object to the fees and the expenses sought by Rothschild in these bankruptcy cases in any future interim or final fee application filed by Rothschild.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
*Counsel to the Debtors*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com
mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---