

**ORDERED in the Southern District of Florida on April 27, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER (I) GRANTING IN PART THE MOTION TO EXTEND PRODUCTION DEADLINES SET FORTH IN AGREED ORDER REGARDING EXPEDITED MOTION TO COMPEL, AND (II) ESTABLISHING DISCOVERY DEADLINES**

This matter came before the Court for hearing on April 25, 2023 (the "Hearing"), upon the *Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel* [Docket No. 1164] (the "Motion") filed by John H. ("Jack") Owoc seeking to extend the deadline by which Jack Owoc must produce documents in response to the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00554178}

Committee's 2004 Notice served upon him. The Court, having considered the Motion, the Official Committee of Unsecured Creditors' (the "Committee") objection [Docket No. 1189] (the "Objection") to the Motion and supplement to that objection [Docket No. 1246] (the "Supplement"), and the Debtors' response to the Supplement [Docket No. 1248], the arguments of counsel to Jack Owoc, the Committee and the Debtors at the Hearing, and for the reasons set forth on the record at the Hearing, it is:

**ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. Megan Owoc shall complete production of Documents and Communications requested by the Committee in the 2004 Notice [Docket Nos. 684 and 981] by April 26, 2023.

3. Elite Island, LLC ("Elite Island") shall complete production of Documents and Communications requested by the Committee in the 2004 Notice [Docket Nos. 689 and 968] by April 26, 2023.

4. Jack Owoc shall produce Documents and Communications (including text messages) (the "Owoc Production") requested by the Committee in the 2004 Notice [Docket Nos. 684 and 981] as follows:

   a. To the extent that any portion of the Owoc Production is not subject to the Debtors' review for privilege, Jack Owoc shall produce such responsive materials to the Committee on a rolling basis starting immediately and shall complete production to the Committee by May 1, 2023.

   b. As to the portions of the Owoc Production that are subject to the Debtors' review for privilege, Jack Owoc shall provide such documents to the Debtors on a rolling basis such that a substantial percentage of such responsive

materials are provided by April 28, 2023, and shall complete delivery of such materials to the Debtors by May 1, 2023.

c. The Debtors shall endeavor to complete their privilege review and inform counsel to Jack Owoc of any documents that should be withheld for privilege such that Jack Owoc can complete his production to the Committee by May 3, 2023.

d. To the extent the Debtors redact or otherwise withhold any responsive material on the basis of privilege, the Debtors shall prepare a privilege log as soon as practicable and provide that privilege log to counsel for the Committee and Jack Owoc.

5. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

###

Submitted by:

Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

{2467/000/00554178}