UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                        Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                  Case No.: 22-17842-PDR

　　　　Debtors.                                                   (Jointly Administered)
_____/

## NOTICE OF EXTENSION OF CERTAIN SALE-RELATED DEADLINES

**PLEASE TAKE NOTICE** that, on January 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting the relief sought in the Motion, including, among other things, (a) approving the Bidding Procedures for the sale of all or substantially all of the Debtors' assets, including establishing the key dates and times related to the Transaction; (b) authorizing the Debtors to designate stalking horse bidder(s) in connection with the Transaction and to provide bid protections to such stalking horse bidder(s); (c) approving procedures for the assumption and assignment of executory contracts and unexpired leases; (d) approving the form and manner of notices, including the Sale Notice and the Assumption Notice; (e) scheduling dates to conduct the Auction and Sale Hearing; and (f) approving the sale of all or substantially all of the Debtors' assets free and clear of all liens, claims, encumbrances, and interests.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and the Bidding Procedures, the Debtors may extend the dates and deadlines relating to the Transaction in their reasonable discretion and in consultation with the Consultation Parties.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

12109684-1

**PLEASE TAKE FURTHER NOTICE** that in consultation with the Consultation Parties, the Debtors have extended certain sale-related milestones and deadlines as set forth in the chart below:

| Event | Original Date | Modified Date |
|---|---|---|
| Deadline to File Stalking Horse Selection Motion | March 24, 2023 at 11:59 p.m. (Prevailing Eastern Time) | N.A. |
| Stalking Horse Objection Deadline | March 31, 2023 at 4:00 p.m. (Prevailing Eastern Time) | N.A. |
| Hearing on Stalking Horse Selection Motion (if any) | April 5, 2023 at 2:00 p.m. (Prevailing Eastern Time) | N.A. |
| Bid Deadline | April 24, 2023 at 12:00 p.m. (Prevailing Eastern Time) | May 22, 2023 at 12:00 p.m. (Prevailing Eastern Time) |
| Auction (if necessary) | April 27, 2023 at 10:00 a.m. (Prevailing Eastern Time) | May 25, 2023 at 5:00 p.m. (Prevailing Eastern Time) |
| Sale Hearing | May 10, 2023 at 10:00 a.m. (Prevailing Eastern Time) | **June 7, 2023 at time TBD** |

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Bidding Procedures Order, with the Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage all parties in interest to review such document in its entirety. Parties with questions regarding this notices and other relevant documents may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated Sale Transaction and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

12109684-1

| | |
|---|---|
| Dated: April 28, 2023<br>Miami, Florida | Respectfully submitted,<br><br>/s/ *Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>tj.li@lw.com<br>brian.rosen@lw.com<br>jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com<br>mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

-3-

12109684-1