

**ORDERED in the Southern District of Florida on April 28, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

### ORDER GRANTING DEBTORS' FIFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF EXECUTORY CONTRACTS WITH (I) FIESTA WAREHOUSING AND DISTRIBUTION; AND (II) KRIER FOODS, INC.

**THIS MATTER** came before the Court on April 27, 20223 at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts With (I) Fiesta Warehousing and Distribution; and (II) Krier Foods, Inc.* (the "Motion") [ECF No. 1026] filed by the above-captioned debtors and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

debtors-in-possession (collectively, the "Debtors").  The Motion seeks authority to reject the Fiesta Contract[2] with Fiesta Warehousing and Distribution; and the KFI Agreement with Krier Foods, Inc..  The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors.  Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the Fiesta Contract is **APPROVED**, effective as of the date of this Order, pursuant to 11 U.S.C. § 365(a).

3. The Debtors' rejection of the KFI Agreement is **APPROVED**, effective as of the date of this Order, pursuant to 11 U.S.C. § 365(a).

4. This Order is without prejudice to the rights of (a) Krier Foods, LLC f/k/a Krier Foods, Inc. to seek allowance and payment of any claim for unpaid administrative expenses arising under 11 U.S.C. § 503 relating to the KFI Agreement and (b) the Debtors or any other party in interest to object to the allowance of an administrative expense claim if asserted by Krier Foods, LLC f/k/a Krier Foods, Inc. who otherwise would have the right to object under applicable law.

5. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO**

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT. THE FOREGOING DEADLINE IS INAPPLICABLE TO THE ASSERTION OF ANY CLAIM FOR UNPAID ADMINISTRATIVE EXPENSES ARISING UNDER 11 U.S.C. § 503; INSTEAD, THE ASSERTION OF ANY ADMINISTRATIVE EXPENSE SHALL BE GOVERNED BY ANY ADMINISTRATIVE BAR ORDER WHICH THIS COURT MAY ENTER.**

6. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Niles is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*