Form CGFCRD3Z  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–17842–PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba
Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65–0668430

## AMENDED NOTICE OF HEARING

Amended to Reflect Hearing will ONLY BE HELD REMOTELY

**PLEASE TAKE NOTICE**  that a hearing will be held before the Honorable Peter D. Russin to consider the
following:

**Motion to Allow Late Filed Claim(s) of Webb & Gerritsen, Inc. Filed by Creditor Webb & Gerritsen,
Inc. (Wolfson, Mark) (1169)**

1.  This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted
    time for this matter is ten minutes. The hearing will be held:

    **Date:**        **May 11, 2023**
    **Time:**        **02:00 PM**
    **Location:**    **Video Conference by Zoom for Government**

2.  The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE
    COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although
    conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom
    must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct
    themselves in a manner consistent with the dignity of the Court.

3.  To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day
    before the date of the hearing. To register, click on or enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4.  The movant, or movant's counsel if represented by an attorney, must:

    (a)  serve a copy of this notice of hearing and, unless previously served, the above–described
         document(s) on all required parties within the time frame required by the Federal Rules of
         Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b)  file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be
    heard thereon.

5.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio
    recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the
    official record of the hearing.

**Dated: 4/28/23**

**CLERK OF COURT**
By: Melva Weldon

Courtroom Deputy