UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RENEW THE MOTION TO (I) COMPEL JOHN H. OWOC TO COMPLY WITH THE COURT'S ORDER, (II) FIND JOHN H. OWOC IN CONTEMPT, AND (III) ISSUE SANCTIONS**

**Expedited Hearing Request for May 2, 2023**

As of the filing of this Motion, John H. Owoc *still has yet to produce a single document to the Committee*. As the Committee has repeatedly stated, it needs and is entitled to timely production of Documents and Communications from Mr. Owoc, who has the closest knowledge of the Debtors' assets and financial condition and who was directly involved in all of the Suspect Transactions revealed in the Committee's ongoing analysis of the Debtors' books and records. Further, as the Committee has also previously stated, based on its investigations, the Committee must act quickly to prevent the dissipation of assets. Yet, Mr. Owoc has failed *again* to comply with the latest extended date for a rolling production of materials. This requires expedited attention. The Committee respectfully requests that the Court schedule this Motion for **May 2, 2023**, or on the earliest date convenient to the Court.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Local Rule 2004-1, hereby files this Motion (the "Motion") to renew its *Expedited Motion to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Comply with the Court's March 30, 2023 Order [ECF No. 1076] and for Sanctions* [Docket No. 1118] (the "Contempt and Sanctions Motion"), to (i) sanction John H. ("Jack") Owoc and (ii) hold him in contempt for his failure to comply with the Court's Order [Docket No. 1276] (the "Third Extension Order") requiring production to the Committee of documents responsive to the 2004 Notice[2] served upon him on January 30, 2023, on a rolling basis by May 1, 2023. In support of this Motion, the Committee respectfully states as follows:

1. On April 3, 2023, the Committee filed the Contempt and Sanctions Motion seeking compliance with the Court's Order [Docket No. 1076] (the "First Extension Order") requiring Jack Owoc, Megan Owoc, and Elite Island, LLC (together, the "Owocs") to produce responsive material to the 2004 Notices served upon them on January 30 and 31, 2023, by March 31, 2023.

2. On April 10, 2023, the Owocs and the Committee entered into an agreed order [Docket No. 1150] (the "Second Extension Order") that, among other things, resolved the Contempt and Sanctions Motion. The Second Extension Order directed Jack Owoc to "produce all text messages responsive to the 2004 Notice . . . by April 14, 2023 and produce all other responsive Documents and Communications by April 17, 2023." Second Extension Order, ¶ 3(c).

3. The Second Extension Order permitted the Committee to renew the Contempt and Sanctions Motion if the Owocs failed to comply. *Id.* ¶ 4 ("If any of the [Owocs] fail to satisfy the above-outlined deadlines in paragraph 3, the Committee may automatically renew its Motion upon

---

[2] Capitalized terms not defined in this Motion have the meanings ascribed to them in the Contempt and Sanctions Motion.

advising the Court by motion."). Further, the Second Extension Order provided that the Owocs shall not contest "any Renewal Motion." *Id.* ¶ 5.

4. Despite the extension already granted under the Second Extension Order, on April 13, 2023, Jack Owoc filed a *Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel* [Docket No. 1164] (the "Motion to Extend"), seeking yet another extension to produce responsive materials.

5. On April 25, 2023, the Court held a hearing on the Motion to Extend and directed Jack Owoc's production on an expedited and rolling basis.[3] The Court entered the *Order (I) Granting in Part the Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel, and (II) Establishing Discovery Deadlines* [Docket No. 1276] (the "Third Extension Order") directing Jack Owoc to (i) produce "***on a rolling basis immediately***" the Documents and Communications requested by the Committee in the 2004 Notice that would not be subject to the Debtors' review for privilege and complete such production by May 1, 2023, and (ii) to provide the Debtors with the Documents and Communications requested by the Committee in the 2004 Notice that would be subject to the Debtors' review for privilege "***on a rolling basis*** such that a substantial percentage of such responsive materials are provided by April 28, 2023, and

---

[3] At the Hearing, the Court addressed the scheduling of the examinations of the Owocs. Both counsel for the Debtors and the Committee indicated that the Owocs' examinations should be scheduled for the week of May 8, 2023, to minimize additional delays. Consistent with that discussion, later that day, the Committee re-noticed the examinations of the Owocs for May 10, 11, and 12, 2023. [Docket Nos. 1258, 1259, and 1260]. The Committee has since been informed by Owocs' counsel that (i) the Owocs may be on vacation and (2) one of the Owocs' attorneys will be on vacation the same week of the re-noticed examinations. Either Owocs' counsel failed to disclose Megan and Jack Owoc's scheduling conflict at the Hearing, which Megan and Jack attended via Zoom, or the Owocs scheduled the vacation after the re-noticed 2004 Notices were filed. Both are unacceptable and demonstrate the Owocs' continued and blatant disregard for these proceedings. The Committee was also just informed that Megan and Jack Owoc are insisting that the re-noticed examination dates cannot go forward even if they are available to attend because they only want **that** attorney (the one on vacation) to attend the examinations and he is unavailable. This is yet another fact that should have been disclosed during the Hearing when examination timing was discussed, but was not. The only conclusion the Committee can reach is that this continued delay is part of an intentional pattern of non-compliance and intransigence by the Owocs to avoid their discovery obligations.

shall complete delivery of such materials to the Debtors by May 1, 2023." Third Extension Order, ¶ 4(a) and (b).

*6.* Despite the Court's clear direction to produce Documents and Communications to the Committee "on a rolling basis immediately" and provide to the Debtors "on a rolling basis" such that a substantial amount of the production is made by April 28, 2023, as of the filing of this Motion, Jack Owoc *still has yet to produce a single document to the Committee*. As of April 28, 2023 at 4:00 p.m., Mr. Owoc *failed to provide the Debtors with documents for privilege review*.

7. Mr. Owoc's 2004 Notice has been pending now for nearly *three months with zero compliance*. He continues to be in contempt of this Court's Orders, and must be held accountable. The Committee seeks to have this Court hold Mr. Owoc in contempt and impose sanctions on him of (i) a $25,000 daily penalty for each day that Mr. Owoc is not in compliance with the Third Extension Order and (ii) attorneys' fees and related expenses for filing this Motion.

## CONCLUSION

**WHEREFORE**, the Committee respectfully requests that this Court enter an Order, substantially in the form of the Proposed Order attached hereto as **Exhibit 1**, (i) holding Jack Owoc in contempt for his failure to comply with the Court's orders, (ii) imposing sanctions on Jack Owoc, and (iii) for such other and further relief that the Court deems just and proper.

Dated: April 29, 2023  **LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: emannix@lowenstein.com
    -and-
Wayne Fang, Esq. (*pro hac vice* forthcoming)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No.: 22-17842-PDR

    Debtors.                                         (Jointly Administered)
_____/

**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RENEW THE MOTION TO (I) COMPEL JOHN H. OWOC TO COMPLY WITH THE COURT'S ORDER, (II) FIND JOHN H. OWOC IN CONTEMPT, AND (III) ISSUE SANCTIONS**

    This matter came before the Court for hearing on May __, 2023 (the "Hearing"), upon the Motion (the "Motion") to renew the *Expedited Motion to Compel John H. Owoc, Megan Owoc,*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*and Elite Island, LLC to Comply with the Court's March 30, 2023 Order [ECF No. 1076] and for Sanctions* [Docket No. 1118] (the "Contempt and Sanctions Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee"), seeking to impose sanctions upon John H. ("Jack") Owoc and hold him in contempt for his failure to comply with the Court's Orders requiring production of documents response to the 2004 Notice served upon him on January 30, 2023. The Court, having considered the Motion and argument of counsel at the Hearing, having found good cause for the relief requested, and for the reasons set forth in the record at the Hearing, it is:

**ORDERED** that:

1. The Motion and the Contempt and Sanctions Motion are **GRANTED**.

2. Jack Owoc is in contempt for his failure to comply with the *Order (I) Granting in Part the Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel, and (II) Establishing Discovery Deadlines* [Docket No. 1276].

3. Jack Owoc is sanctioned to incur a fine of $25,000/day for each day that he is not in compliance with this Order.

4. Jack Owoc is sanctioned to pay reasonable attorneys' fees and expenses incurred by the Committee in connection with this Motion.

5. The daily monetary sanctions shall cease when Jack Owoc fully and completely produces the responsive non-privileged Documents and Communications requested in the 2004 Notice to the Committee and potential privileged documents to the Debtors for their review by no later than ___ days from the date of this Order.

6. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

###

Submitted by:

Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*