**Vital Pharmaceuticals, Inc.**
Statement of Cash Receipts and Disbursements
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---:|
| **Receipts** |  |
| Customer | $ 22,991,923 |
| Other | 12,776 |
| DIP Loan draw | 21,000,000 |
| Intercompany Receipts | 901,378 |
| **Total Operating Receipts** | **$ 44,906,077** |
|  |  |
| **Disbursements** |  |
| Material costs | $ (2,910,598) |
| Co-Packers | (382,835) |
| Freight & handling | (4,834,794) |
| Employee related disbursements | (9,021,411) |
| Trade promotion | (523,184) |
| Facility/Office expenses | (7,156,444) |
| Marketing | (886,235) |
| Legal expenses | (575,203) |
| Others | (885,587) |
| OBI royalty reserve/payment | (4,800,000) |
| **Total Operating Disbursements** | **$ (31,976,290)** |
|  |  |
| Operating cash flow | 12,929,787 |
|  |  |
| **Professional Fees** |  |
| Professional Fees | $ (8,965,383) |
| **Total Professional Fees** | **$ (8,965,383)** |
|  |  |
| **Debt Service** |  |
| Adequate protection payments | $ (30,768) |
| Interest/Fees on DIP | $ (2,836,023) |
| **Total Debt Service** | **$ (2,866,791)** |
|  |  |
| **Net Cash Flow / (Deficit)** | **$ 1,097,613** |
|  |  |
| **Cash Balance** |  |
| Beginning Cash Balance | 7,262,639 |
| Net Cash Flow / (Deficit) | 1,097,613 |
| Ending Cash Balance | 8,360,252 |