**Vital Pharmaceuticals, Inc.**
Balance Sheet
As of March 31, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
|     Cash and cash equivalents | $ 8,360,252 |
|     Accounts receivable, net | 22,070,422 |
|     Inventories, net | 51,007,611 |
|     Prepaids and other current assets | 25,534,382 |
|     **Total current assets** | $ 106,972,667 |
| PROPERTY AND EQUIPMENT, Net | 251,718,855 |
| RIGHT OF USE ASSETS | 28,825,981 |
| OTHER ASSETS: | |
|     Deposits | 10,135,768 |
|     Related party receivable | 197,893,002 |
|     Intangible assets, net | 921,946 |
|     Others | 3,062,089 |
|     **Total other assets** | $ 212,012,805 |
|     **TOTAL ASSETS** | $ 599,530,309 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
|     Accounts payable | 12,363,771 |
|     Accrued liabilities | 19,638,857 |
|     Related party payables | 700,620 |
|     Notes payable, current portion | 279,000,000 |
|     **Total current liabilities** | $ 311,703,249 |
| LIABILITES SUBJECT TO COMPROMISE | 821,557,642 |
|     **TOTAL LIABILITIES** | $ 1,133,260,891 |
| STOCKHOLDERS EQUITY: | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 1,000 |
|     Additional paid-in capital | 1,837,899 |
|     Retained earnings | (535,569,481) |
|     **Total stockholder's equity** | $ (533,730,582) |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 599,530,309 |