**Vital Pharmaceuticals, Inc.**
Income Statement
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ 25,788,357 |
|  |  |
| **Sales returns and discounts** | (4,382,000) |
|  |  |
| **Total Net Sales** | $ 21,406,357 |
|  |  |
| **Total Cost of Goods Sold** | (9,682,846) |
|  |  |
| **Gross profit** | $ 11,723,511 |
|  |  |
| **Expenses** |  |
| Total employee costs | 5,810,419 |
| Freight and handling | 3,250,623 |
| Facilities costs | 2,953,056 |
| Direct Marketing | 1,064,403 |
| Advertising and promotion | 1,447,994 |
| Office and supplies | 2,638,585 |
| Bad Debts | (24,400) |
| **Total Expenses** | $ 17,140,681 |
|  |  |
| **Operating Income** | (5,417,170) |
|  |  |
| Depreciation, non-manufacturing | 2,118,150 |
|  |  |
| **EBIT** | $ (7,535,320) |
|  |  |
| **Other Income (Expense)** |  |
| Gain/Loss from Realized Exchange Rate Differences | (9,723) |
| Gain/(Loss) from Scrapping of Assets | (4,279,985) |
| Other Unordinary Income/ (Expenditure) | 34,541,860 |
| **Total other income (expense)** | $ 30,252,152 |
|  |  |
| **Interest Income (Expense)** |  |
| Interest expense | (5,336,175) |
| Interest income | 1,336 |
| **Total interest income (expense)** | $ (5,334,839) |
|  |  |
| **Pre-Tax Income** | $ 17,381,993 |
|  |  |
| Taxes income/(expenses) | - |
|  |  |
| **Net Income** | **$ 17,381,993** |