**Vital Pharmaceuticals, Inc.**
Schedule of Payments to Professionals
For the Period 03/01/2023 through 03/31/2023

| Payment To | Role of Professional | Approved in current month | Payment | Category | MOR Grouping | Disbursement Date |
|---|---|---|---|---|---|---|
| Berger Singerman | Debtor Counsel (Local) | - | 126,793 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Berger Singerman | Debtor Counsel (Local) | - | 90,388 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/8/2023 |
| C Street Advisory Group | Strategic Advisory | - | 100,000 | Non-Bankruptcy | Vital Pharmaceuticals, Inc. | 3/17/2023 |
| FTI Consulting | Lender Financial advisor | - | 165,313 | Others | Vital Pharmaceuticals, Inc. | 3/20/2023 |
| Haynes and Boone, LLP | Legal services | - | 324,187 | Non-Bankruptcy | Vital Pharmaceuticals, Inc. | 3/15/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 626,053 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/27/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 1,603,845 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Latham & Watkins LLP | Debtor Counsel (Lead) | - | 1,698,445 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Latham & Watkins LLP | Debtor Counsel (Lead) | - | 1,166,102 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/8/2023 |
| Lincoln Partners Advisors LLC | Credit Committee Financial Advisor | - | 387,372 | Others | Vital Pharmaceuticals, Inc. | 3/10/2023 |
| Lincoln Partners Advisors LLC | Credit Committee Financial Advisor | - | 314,984 | Others | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 742,893 | Others | Vital Pharmaceuticals, Inc. | 3/8/2023 |
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 680,803 | Others | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Moore & Van Allen PLLC | Secured Lender Counsel (Lead) | - | 87,438 | Others | Vital Pharmaceuticals, Inc. | 3/20/2023 |
| Rothschild & Co. | Debtor Investment Banker | - | 803,328 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/22/2023 |
| Rothschild & Co. | Debtor Investment Banker | - | 404,689 | Bankruptcy | Vital Pharmaceuticals, Inc. | 3/6/2023 |
| Sequor Law | Credit Committee Counsel (Local) | - | 37,293 | Others | Vital Pharmaceuticals, Inc. | 3/31/2023 |
| Shutts & Bowen LLP | Lender Counsel | - | 19,227 | Others | Vital Pharmaceuticals, Inc. | 3/20/2023 |
| U.S. Trustee | US Trustee Program fee | - | 10,416 | Others | Vital Pharmaceuticals, Inc. | 3/17/2023 |
| Sanchez Fischer Levine, LLP | Legal Services | - | 81,158 | Non-Bankruptcy | Vital Pharmaceuticals, Inc. | 3/20/2023 |
| Sanchez Fischer Levine, LLP | Legal Services | - | 25,000 | Non-Bankruptcy | Vital Pharmaceuticals, Inc. | 3/20/2023 |
| **Total** | | - | 9,495,728 | | | |