**Vital Pharmaceuticals, Inc.**
Schedule of Payment to Insiders
For the Period 03/01/2023 through 03/31/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment ($) |
|---|---|---|---|---|
| 3/23/2023 | Fona International Inc. | Material costs | Non-Debtor Affiliate | 11,034 |
| 3/2/2023 | Briddge B.V. | Others | Non-Debtor Affiliate | 7,329 |
| 3/29/2023 | SEKO WORLDWIDE LLC | Freight & handling | Non-Debtor Affiliate | 774 |
| 3/22/2023 | ABG Intellectual Property Law, S.L. | Facility/Office expenses | Non-Debtor Affiliate | 413 |
| 3/1/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 135,117 |
| 3/3/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 135,180 |
| 3/22/2023 | Wild Flavors, Inc. | Material costs | Non-Debtor Affiliate | 18,911 |
| 3/10/2023 | EKB, LLP | Legal expenses | Non-Debtor Affiliate | 2,314 |
| 3/8/2023 | Benjamin Ferro Barrenechea | Marketing | Non-Debtor Affiliate | 10,000 |
| 3/22/2023 | Benjamin Ferro Barrenechea | Marketing | Non-Debtor Affiliate | 10,000 |
| 3/7/2023 | Alejandra Toriz | Employee related disbursements | Non-Debtor Affiliate | 6,500 |
| 3/29/2023 | Rivadeneyra Trevinio y de Campo SC | Facility/Office expenses | Non-Debtor Affiliate | 3,016 |
| 3/15/2023 | Krier Foods, Inc. | Facility/Office expenses | Non-Debtor Affiliate | 928 |
| 3/1/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 4,409 |
| 3/17/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 4,319 |
| 3/8/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 92,794 |
| 3/24/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 2,159 |
| 3/29/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 93,097 |
| 3/9/2023 | City of Pembroke Pines Utitlies Department | Facility/Office expenses | Non-Debtor Affiliate | 194 |
| 3/1/2023 | Alejandra Toriz | Employee related disbursements | Non-Debtor Affiliate | 25,000 |
| 3/22/2023 | Lane IP Limited | Facility/Office expenses | UK Trademark Applications | 10,247 |
| 3/31/2023 | TMF Ecuador S.A | Facility/Office expenses | Bookkeeping Services | 10,697 |
| 3/8/2023 | Marcelo Rafael Chico Jaramillo SUR LEGAL | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 4,032 |
| 3/17/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 452 |
| 3/20/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,355 |
| 03/10/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 03/24/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 03/10/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 3,837 |
| 03/24/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 3,837 |
| 03/24/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 4,988 |
| 03/31/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 4,988 |
| 03/10/2023 | Owoc, John H | Payroll (bi-weekly payment) | Officer | 68,867 |
| 03/24/2023 | Owoc, John H | Payroll (bi-weekly payment) | Officer | 84,775 |
| 03/24/2023 | Owoc, John H | Payroll (bi-weekly payment) | Officer | 27,547 |
| 03/10/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 03/24/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 03/10/2023 | Owoc, Megan | Payroll (bi-weekly payment) | Relative of an Officer | 10,577 |
| 03/24/2023 | Owoc, Megan | Payroll (bi-weekly payment) | Relative of an Officer | 13,020 |
| 03/24/2023 | Owoc, Megan | Payroll (bi-weekly payment) | Relative of an Officer | 4,241 |
| 03/10/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,231 |
| 03/24/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,231 |
| 03/10/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 968 |
| 03/24/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 1,111 |
| 03/24/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 637 |
| 03/31/2023 | Owoc, Zachary John | Payroll (bi-weekly payment) | Relative of an Officer | 1,880 |
| 3/7/2023 | Owoc, Megan | Employee Expense Reimbursement | Relative of an Officer | 14,000 |
| 3/2/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 306 |
| 3/14/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 383 |
| 3/29/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 761 |
| 3/2/2023 | Owoc, Krista Marie | Employee Expense Reimbursement | Relative of an Officer | 1,133 |
| 3/2/2023 | Bukovi, Eugene | Employee Expense Reimbursement | Officer of affiliate | 2,162 |
| 3/14/2023 | Bukovi, Eugene | Employee Expense Reimbursement | Officer of affiliate | 2,581 |
| | | | | **882,252** |