**Vital Pharmaceuticals, Inc.**
Accounts Receivable Aging, net of reserve
As of March 31, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 16,923,387 |
| 1 - 30 days | 3,299,382 |
| 31 - 60 days | 897,908 |
| 61 - 90 days | 597,004 |
| >90 days | 6,249,283 |
| **Total** | **$ 27,966,964** |
| A/R Credit Memo Reserve | (5,896,542) |
| **Accounts receivable (total net of allowance)** | **$ 22,070,422** |