**Vital Pharmaceuticals, Inc.**
Post-petition Accounts Payable Aging Summary
As of March 31, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 6,836,122 |
| 1 - 30 days | 2,235,428 |
| 31 - 60 days | 1,371,788 |
| 61 - 90 days | 623,529 |
| >90 days | 1,296,904 |
| **Total** | **$ 12,363,771** |