**Vital Pharmaceuticals, Inc.**
**Payments on Pre-Petition Debts**
For the Period 03/01/2023 through 03/31/2023

| Date | Supplier | Supplier Category | Debtor | Amount |
|---|---|---|---|---|
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 121,519 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 25,628 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 17,036 |
| 3/8/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 15,000 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 14,840 |
| 3/27/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 12,000 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 11,345 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 8,484 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 7,934 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 6,722 |
| 3/24/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 5,093 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 4,877 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 3,951 |
| 3/27/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 3,784 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 3,705 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 2,336 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 2,178 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,902 |
| 3/28/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,800 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,370 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,219 |
| 3/27/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,135 |
| 3/30/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 930 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 925 |
| 3/27/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 518 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 349 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 316 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 224 |
| 3/16/2023 | | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 152 |
| 3/8/2023 | Employee Expenses | Employee expenses | Vital Pharmaceuticals, Inc. | 132 |
| 3/13/2023 | Broward County Tax Collector | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 555,968 |
| 3/2/2023 | Maricopa County Treasurer | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 310,458 |
| 3/2/2023 | Broward County Tax Collector | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 117,996 |
| 3/1/2023 | Morgan Stanley | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 31,649 |
| 3/16/2023 | Premier Broker Partners, LLC | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 7,393 |
| 3/2/2023 | Corsearch Inc. | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 6,530 |
| 3/1/2023 | Douglas County Tax Commissioner | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 450,202 |
| 3/2/2023 | Carrollton-Farmers Branch I.S.D | Taxes | Vital Pharmaceuticals, Inc. | 13,552 |
| 3/2/2023 | John R. Ames, CTA | Taxes | Vital Pharmaceuticals, Inc. | 12,418 |
| **Total Payments for Pre-Petition Debts** | | | **$** | **1,783,571** |