**Vital Pharmaceuticals, Inc.**
Schedule of Assets Sold
For the Period 03/01/2023 through 03/31/2023

| Sold to | Asset Description | Sale Price ($) | Payoff amount ($) | Date of Sale |
|---|---|---|---|---|
| Surplus Management | Smb-Cherry Burrell Top Agitated Tank | 12,000 | | 3/14/2023 |
| Holland Industrial | Smb-Cherry Burrell Top Agitated Tank | 12,500 | | 3/7/2023 |
| | | $ 24,500 | $ - | |