**Vital Pharmaceuticals, Inc.**
Schedule of Postpetition Borrowing
For the Period 03/01/2023 through 03/31/2023

| Drawdown Date | Lender | Loan Type | Category | Amount ($) |
|---|---|---|---|---:|
| Beginning balance as on 03/01/2023 | Truist Bank | DIP Financing | Repayment | $ 258,000,000 |
| March 6, 2023 | Truist Bank | DIP Financing | Drawdown | 4,000,000 |
| March 8, 2023 | Truist Bank | DIP Financing | Drawdown | 9,500,000 |
| March 24, 2023 | Truist Bank | DIP Financing | Drawdown | 7,500,000 |
| **Total** | | | | **$ 279,000,000** |