**Vital Pharmaceuticals, Inc.**
Summary Schedule of Outstanding Postpetition Tax Past Dues Return Filing Liabilities
For the Period 03/01/2023 through 03/31/2023

| Payee | Type of Payment | Amount Due $ |
|---|---|---|
| CalRecycle | California container tax / fee for Oct 2022 till Dec 2022 | 81,199 |
| | | $ 81,199 |