

| Merchant Account ID: ▇▇▇▇▇▇▇▇GG5J | PayPal ID: accounts.payable@bangenergy.com | 3/1/2023 - 3/31/2023 |

## Statement for March 2023

Vital Pharmaceuticals. Inc.
1600 North Park Drive
33326 Weston

## Balance Summary (3/1/2023 - 3/31/2023)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---:|---:|---:|---:|
| USD | 55.92 | 69.90 | 0.00 | 0.00 |
| EUR | 0.00 | 0.00 | 0.00 | 0.00 |



| Merchant Account ID: ███████GG5J | PayPal ID: accounts.payable@bangenergy.com | 3/1/2023 - 3/31/2023 |

## Activity Summary (3/1/2023 - 3/31/2023)

|  | USD |
|---|---:|
| Beginning Available Balance | 55.92 |
| Payments received | 14.98 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 0.00 |
| Fees | -1.00 |
| Ending Available Balance | 69.90 |



| Merchant Account ID: ███████GG5J | PayPal ID: accounts.payable@bangenergy.com | 3/1/2023 - 3/31/2023 |

## Payments received

| Description | USD |
|---|---|
| Subscription Payment | 14.98 |
| Total | 14.98 |

## Fees

| Description | USD |
|---|---|
| Payment Fee | -1.00 |
| Total | -1.00 |



| Merchant Account ID: ▮▮▮▮▮GG5J | PayPal ID: accounts.payable@bangenergy.com | 3/1/2023 - 3/31/2023 |

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 3/30/2023 | Subscription Payment<br>ID: 03U258257V389505F | Joseph ▮▮▮▮<br>▮▮▮▮@yahoo.com | 14.98 | -1.00 | 13.98 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).