# Corporate Business Account Statement



Page 1 of 2
Account Number: 9699

**For the period   03/01/2023 to 03/31/2023**

VITAL PHARMACEUTICALS INC #22-17842
CREDIT CARD ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:   0
Tax ID Number: 65-0668430
For Client Services:
  Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 363,799.27 | 120,733.46 | 468,608.88 | 15,923.85 |

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Funds Availability for Business Accounts (Agreements).  All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

Effective April 15, 2023, all cash deposits made at non-PNC Bank ATMs equipped with currency validation technology will be available the same business day as the day of their deposit if received prior to our cut-off time of 10:00pm ET.

As a reminder, deposits received after our cut-off time of 10:00 p.m. ET, or on a day that is not a business day, may be available for immediate withdrawal; however, we will consider the deposit as being received on the next business day to pay checks and other items that are presented to us that evening for posting.

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 6 | 120,733.46 | ACH Debits | 4 | 3,608.88 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 2 | 465,000.00 |
| Total | 6 | 120,733.46 | Total | 6 | 468,608.88 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 378,030.21 | 03/08 | 126,513.23 | 03/14 | 13,207.29 |
| 03/02 | 397,164.59 | 03/09 | 124,859.61 | 03/22 | 14,689.05 |
| 03/03 | 395,311.23 | 03/13 | 128,207.29 | 03/29 | 15,923.85 |
| 03/07 | 45,311.23 | | | | |

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
CREDIT CARD ACCOUNT

For the period  03/01/2023 to 03/31/2023  
Account number: ███████9699  
Page 2 of 2

## Deposits and Other Credits

### ACH Credits — 6 transactions for a total of $120,733.46

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 14,230.94 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023060907181915 |
| 03/02 | 19,236.28 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023061902963015 |
| 03/08 | 81,202.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023067910076283 |
| 03/13 | 3,347.68 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023072901662269 |
| 03/22 | 1,481.76 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023081901657179 |
| 03/29 | 1,234.80 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F 1975 | 00023088910148300 |

## Checks and Other Debits

### ACH Debits — 4 transactions for a total of $3,608.88

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 60.00 | ACH Web Sq230302 Square Inc T3Jp4Savgt8G497 | 00023061902948578 |
| 03/02 | 41.90 | Corporate ACH Billing Authnet Gateway 127527275 | 00023060909759298 |
| 03/03 | 1,853.36 | Corporate ACH Cred Fees<br>5/3 Bankcard Sys Chain 0F 1975 | 00023062907163464 |
| 03/09 | 1,653.62 | Corporate ACH Mps Billng Fifth Third ACH 0F 1975 | 00023067911789454 |

### Other Debits — 2 transactions for a total of $465,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/07 | 350,000.00 | Account Transfer To    0000001219069672 | VITAL PHARMACEU |
| 03/14 | 115,000.00 | Account Transfer To    0000001219069672 | VITAL PHARMACEU |

Member FDIC                 Equal Housing Lender