# Business Performance Mmkt Account Statement 

Page 1 of 2
Account Number: ███████6151

**For the period    03/01/2023 to 03/31/2023**

VITAL PHARMACEUTICALS INC #22-17842
MONEY MARKET ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:    0
Tax ID Number: 65-0668430

📞 For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 873.00 | 1.19 | .00 | 874.19 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.62 | 31 | 873.03 | 1.19 | 3.40 |

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Funds Availability for Business Accounts (Agreements).  All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

Effective April 15, 2023, all cash deposits made at non-PNC Bank ATMs equipped with currency validation technology will be available the same business day as the day of their deposit if received prior to our cut-off time of 10:00pm ET.

As a reminder, deposits received after our cut-off time of 10:00 p.m. ET, or on a day that is not a business day, may be available for immediate withdrawal; however, we will consider the deposit as being received on the next business day to pay checks and other items that are presented to us that evening for posting.

| Deposits and Other Credits | Items | Amount | Checks and Other Debits | Items | Amount |
|---|---|---|---|---|---|
| Description | | | Description | | |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 1 | 1.19 | Other Debits | 0 | .00 |
| Total | 1 | 1.19 | Total | 0 | .00 |

# Business Performance Mmkt Account Statement

| | |
|---|---|
| VITAL PHARMACEUTICALS INC #22-17842 | For the period    03/01/2023  to  03/31/2023 |
| MONEY MARKET ACCOUNT | Account number:  ▬▬▬▬6151 |
| | Page 2 of 2 |

## Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 03/01 | 873.00 | 03/31 | 874.19 |

## Deposits and Other Credits

**Other Credits** — 1 transaction for a total of $1.19

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/31 | 1.19 | Interest Payment | I-GEN123033100021671 |

Member FDIC                                       Equal Housing Lender