# Corporate Business Account Statement

 **PNC BANK**

Page 1 of 12
Account Number: ▮▮▮▮▮9672

**For the period   03/01/2023 to 03/31/2023**

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:    0
Tax ID Number: 65-0668430
☎ For Client Services:
    Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
    One Financial Parkway
    Locator Z1-Yb42-03-1
    Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 2,095,208.56 | 5,933,064.28 | 7,436,046.20 | 592,226.64 |

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Funds Availability for Business Accounts (Agreements).  All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

Effective April 15, 2023, all cash deposits made at non-PNC Bank ATMs equipped with currency validation technology will be available the same business day as the day of their deposit if received prior to our cut-off time of 10:00pm ET.

As a reminder, deposits received after our cut-off time of 10:00 p.m. ET, or on a day that is not a business day, may be available for immediate withdrawal; however, we will consider the deposit as being received on the next business day to pay checks and other items that are presented to us that evening for posting.

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 11 | 518,366.31 |
| ACH Credits | 92 | 3,199,536.68 |
| Funds Transfers In | 3 | 1,750,161.29 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 2 | 465,000.00 |
| Total | 108 | 5,933,064.28 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 46 | 1,149,411.84 |
| Returned Items | 0 | .00 |
| ACH Debits | 135 | 3,412,040.00 |
| Funds Transfers Out | 37 | 2,870,767.34 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 1 | 3,827.02 |
| Total | 219 | 7,436,046.20 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 1,520,794.35 | 03/08 | 460,348.51 | 03/15 | 302,704.00 |
| 03/02 | 850,757.58 | 03/09 | 487,298.08 | 03/16 | 329,870.93 |
| 03/03 | 751,538.31 | 03/10 | 486,284.12 | 03/17 | 608,077.03 |
| 03/06 | 494,755.29 | 03/13 | 466,768.39 | 03/20 | 615,631.06 |
| 03/07 | 747,136.17 | 03/14 | 137,044.19 | 03/21 | 744,897.49 |

Ledger Balance continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**  03/01/2023  to  03/31/2023
Account number:  ████9672
Page 2 of 12

---

## Ledger Balance  *- continued*

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 03/22 | 881,600.16 | 03/27 | 1,115,983.14 | 03/30 | 1,501,875.42 |
| 03/23 | 952,161.02 | 03/28 | 1,274,022.32 | 03/31 | 592,226.64 |
| 03/24 | 1,038,337.72 | 03/29 | 1,280,158.57 | | |

---

## Deposits and Other Credits

### National Lockbox

**11 transactions for a total of $518,366.31**

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 03/06 | 24,051.35 | Whls Lbx Dep 740930 | 099369647 |
| 03/13 | 65,108.96 | Whls Lbx Dep 740930 | 097941945 |
| 03/14 | 728.48 | Whls Lbx Dep 740930 | 098305058 |
| 03/16 | 30,781.85 | Whls Lbx Dep 740930 | 098819775 |
| 03/17 | 80,677.24 | Whls Lbx Dep 740930 | 099171525 |
| 03/20 | 828.90 | Whls Lbx Dep 740930 | 099583773 |
| 03/21 | 21,434.45 | Whls Lbx Dep 740930 | 099911372 |
| 03/23 | 35,744.20 | Whls Lbx Dep 740930 | 097513813 |
| 03/24 | 38,416.00 | Whls Lbx Dep 740930 | 097801605 |
| 03/27 | 24,694.19 | Whls Lbx Dep 740930 | 098284775 |
| 03/30 | 195,900.69 | Whls Lbx Dep 740930 | 099181297 |

### ACH Credits

**92 transactions for a total of $3,199,536.68**

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 03/01 | 88,320.97 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023059905827117 |
| 03/01 | 12,299.18 | Corporate ACH Transfer Shopify St-P0A5J4M4H6R7 | 00023059905886069 |
| 03/01 | 966.86 | Corporate ACH Payments Shoppayinst Afrm Bus0Cxi0Rg9Mtip | 00023059903243441 |
| 03/02 | 93,676.42 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023060911135462 |
| 03/02 | 20,881.69 | Corporate ACH Transfer Shopify St-Y0H7U2L6E6H9 | 00023060911180688 |
| 03/02 | 6,789.85 | Corporate ACH Payment McLane Pmd 8500040302 | 00023060908754160 |
| 03/02 | 769.00 | Corporate ACH Payments Shoppayinst Afrm 7Tn7Vvivnhkr7E9 | 00023060908191666 |
| 03/03 | 10,848.45 | Corporate ACH Transfer Shopify St-J8P7Y5C0W4E1 | 00023061905807379 |
| 03/03 | 10,372.32 | Corporate ACH ACH Pymt Mk Distributors 02Vitalp | 00023061905962348 |
| 03/03 | 8,034.40 | Corporate ACH Payment McLane Pmd 8500040372 | 00023061904372354 |
| 03/03 | 412.17 | Corporate ACH Payments Shoppayinst Afrm Wctojxtv7Syvgcd | 00023061904315360 |
| 03/06 | 7,526.40 | Corporate ACH Payment McLane Pmd 8500040493 | 00023062908686839 |
| 03/06 | 921.33 | Corporate ACH Payments Shoppayinst Afrm Climfliokd4O8OI | 00023062907862307 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023 to 03/31/2023
Account number:   ████9672
Page 3 of 12

---

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*

**92 transactions for a total of $3,199,536.68**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 829.44 | Corporate ACH Savesconus<br>DFAS-Cleveland Q104U1F1Saves | 00023062910509961 |
| 03/06 | 14,796.93 | Corporate ACH Transfer Shopify St-V4G9K7R6G4Z0 | 00023065901386993 |
| 03/07 | 122,924.56 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023065905119750 |
| 03/07 | 44,981.92 | Corporate ACH Transfer Shopify St-K3I0H6S6U4W9 | 00023065905184705 |
| 03/07 | 939.27 | Corporate ACH Payments<br>Shoppayinst Afrm V7O9Jeuch95Uyyt | 00023065902831322 |
| 03/07 | 712.54 | Corporate ACH Payments<br>Shoppayinst Afrm Rsl098Uu4X4F5Bz | 00023065902932201 |
| 03/07 | 380.12 | Corporate ACH Payments<br>Shoppayinst Afrm Jc9Raylplr1Ckhr | 00023065902831299 |
| 03/08 | 49,843.42 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023066909192157 |
| 03/08 | 12,010.60 | Corporate ACH Transfer Shopify St-O2P9A3Z6E6J5 | 00023066909215292 |
| 03/08 | 804.70 | Corporate ACH Payments<br>Shoppayinst Afrm X0Hvj5Urgltz56T | 00023066907327682 |
| 03/09 | 99,776.79 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023067913095288 |
| 03/09 | 9,749.99 | Corporate ACH Transfer Shopify St-F8R3R7H7R2O5 | 00023067913133403 |
| 03/09 | 9,676.80 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008045723 | 00023067911351788 |
| 03/09 | 309.25 | Corporate ACH Payments<br>Shoppayinst Afrm Yzyr4Ipynzq1I5X | 00023067910701957 |
| 03/10 | 118,333.23 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023068906497802 |
| 03/10 | 14,768.59 | Corporate ACH Transfer Shopify St-K6Z9L2O5M8J1 | 00023068906571130 |
| 03/10 | 514.24 | Corporate ACH Payments<br>Shoppayinst Afrm Tc68H7Mfiv0Igc1 | 00023068904822441 |
| 03/13 | 106,522.96 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023069910011274 |
| 03/13 | 2,503.75 | Corporate ACH Payment McLane Pmd 8500040789 | 00023069908961251 |
| 03/13 | 340.68 | Corporate ACH Payments<br>Shoppayinst Afrm 68Wpqcit2S94Crs | 00023069908323035 |
| 03/13 | 14,470.97 | Corporate ACH Transfer Shopify St-L9E5A0J6Y5L9 | 00023072901494235 |
| 03/14 | 249,480.91 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023072905519823 |
| 03/14 | 29,418.89 | Corporate ACH Transfer Shopify St-U1B1H4P8N3P1 | 00023072905550233 |
| 03/14 | 603.04 | Corporate ACH Payments<br>Shoppayinst Afrm Qbm3Ukt2V5Ie96C | 00023072902961912 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023  to  03/31/2023
Account number: ▬▬▬9672
Page 4 of 12

---

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*

**92 transactions for a total of $3,199,536.68**

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 03/14 | 568.17 | Corporate ACH Payments<br>Shoppayinst Afrm E1Ly533O3X974U0 | 00023072903440539 |
| 03/14 | 492.97 | Corporate ACH Payments<br>Shoppayinst Afrm X3Nu17Xhupk0Hcz | 00023072902961882 |
| 03/15 | 153,159.54 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023073909932817 |
| 03/15 | 11,656.53 | Corporate ACH Transfer Shopify St-G3X8I7Z7C1N3 | 00023073909967888 |
| 03/15 | 902.49 | Corporate ACH Payments<br>Shoppayinst Afrm Ioo81Hwdm3Uy4BS | 00023073908515025 |
| 03/16 | 101,769.49 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023074904416897 |
| 03/16 | 16,938.68 | Corporate ACH Transfer Shopify St-J7E9R4J4V6R9 | 00023074904448594 |
| 03/16 | 6,656.78 | Corporate ACH Payment McLane Pmd 8500040985 | 00023074902519445 |
| 03/16 | 609.54 | Corporate ACH Payments<br>Shoppayinst Afrm 5Svvyf6D3T0Ows6 | 00023074902442063 |
| 03/17 | 163,043.51 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023075908345004 |
| 03/17 | 35,028.10 | Corporate ACH Transfer Shopify St-Y4T3G1D6O0J3 | 00023075908381852 |
| 03/17 | 11,612.16 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008048813 | 00023075907063885 |
| 03/17 | 1,626.33 | Corporate ACH Payments<br>Shoppayinst Afrm C4Lul5Hxb3Rhzxd | 00023075907030119 |
| 03/20 | 112,867.52 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023076912259357 |
| 03/20 | 27,848.80 | Corporate ACH Payment McLane Pmd 8500041146 | 00023076911819209 |
| 03/20 | 11,612.16 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008049516 | 00023076911387250 |
| 03/20 | 477.69 | Corporate ACH Payments<br>Shoppayinst Afrm 6Lt81Ar40Ltszd5 | 00023076911268976 |
| 03/20 | 19,037.05 | Corporate ACH Transfer Shopify St-N7B0S8C4N5Q9 | 00023079903729638 |
| 03/20 | 9,784.19 | Corporate ACH EDI Pymnts<br>Route App Inc 102718051179219 | 00023079903394886 |
| 03/21 | 96,935.34 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023079907085399 |
| 03/21 | 47,841.27 | Corporate ACH Transfer Shopify St-R4G3D4X1Y4S4 | 00023079907054760 |
| 03/21 | 13,969.38 | Corporate ACH Payment McLane Pmd 8500041206 | 00023079905411578 |
| 03/21 | 1,082.57 | Corporate ACH Payments<br>Shoppayinst Afrm Xb7Miaq1K1Fi0Xk | 00023079904952188 |
| 03/21 | 1,031.35 | Corporate ACH Payments<br>Shoppayinst Afrm O1Zt7T6Z1Wna2CC | 00023079904952224 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023  to  03/31/2023
Account number:  ████9672
Page 5 of 12

---

## Deposits and Other Credits - continued

### ACH Credits   - continued

**92 transactions for a total of $3,199,536.68**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/21 | 1,001.49 | Corporate ACH Payments<br>Shoppayinst Afrm Fwqoqqb85Hi5Fh9 | 00023079905451344 |
| 03/22 | 185,077.47 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023080910760620 |
| 03/22 | 12,189.64 | Corporate ACH Transfer Shopify St-<br>M9L5O6Q7W0H5 | 00023080910807405 |
| 03/22 | 683.93 | Corporate ACH Payments<br>Shoppayinst Afrm Swwn76M8T5Ewvvb | 00023080909603690 |
| 03/23 | 157,202.77 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023081904446087 |
| 03/23 | 17,752.33 | Corporate ACH Transfer Shopify St-<br>S7X7U4D8K5G5 | 00023081904484173 |
| 03/23 | 1,247.91 | Corporate ACH Payments<br>Shoppayinst Afrm 9X3Ykimmxliudg9 | 00023081902679967 |
| 03/24 | 153,199.12 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023082907496130 |
| 03/24 | 10,269.68 | Corporate ACH Transfer Shopify St-<br>O9Y6O1T6N4E4 | 00023082907546802 |
| 03/24 | 3,997.00 | Corporate ACH Payment McLane Pmd<br>8500041408 | 00023082906390176 |
| 03/24 | 410.03 | Corporate ACH Payments<br>Shoppayinst Afrm Qlm8Esrt7Xaf57 | 00023082906352540 |
| 03/24 | .28 | ACH Credit Acctverify<br>Clearsale Lic 016Mdkgky2La369 | 00023082907801059 |
| 03/27 | 200,351.20 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023083910414534 |
| 03/27 | 1,764.00 | Corporate ACH Payment McLane Pmd<br>8500041512 | 00023083909502785 |
| 03/27 | 483.17 | Corporate ACH Payments<br>Shoppayinst Afrm Gfx1A98Gwub1Pgm | 00023083909545714 |
| 03/27 | 10,202.93 | Corporate ACH Transfer Shopify St-<br>O4R1G4B1H0D7 | 00023086901712859 |
| 03/28 | 132,113.12 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023086904941470 |
| 03/28 | 27,733.54 | Corporate ACH Transfer Shopify St-<br>C5H4N4Q7Q2A3 | 00023086904926775 |
| 03/28 | 461.19 | Corporate ACH Payments<br>Shoppayinst Afrm Lj7Rd4Llujp5l6W | 00023086902861273 |
| 03/28 | 344.44 | Corporate ACH Payments<br>Shoppayinst Afrm Xo7Qlufz2Dy10Vp | 00023086902861295 |
| 03/28 | 291.49 | Corporate ACH Payments<br>Shoppayinst Afrm 79U0Z8Esurbtgsq | 00023086903486403 |
| 03/29 | 54,062.15 | Corporate ACH Trade Pymt Wal-Mart Stores<br>478706 | 00023087909174994 |
| 03/29 | 8,607.11 | Corporate ACH Transfer Shopify St-<br>G9E1A2T2F2Q6 | 00023087909236289 |
| 03/29 | 1,070.18 | Corporate ACH Payments<br>Shoppayinst Afrm 2N7R7Fhk0F0978X | 00023087907914764 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**    03/01/2023  to  03/31/2023
Account number:    ██████9672
Page 6 of 12

---

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*                    92 transactions for a total of $3,199,536.68

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/30 | 63,255.63 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 0002308891409 6283 |
| 03/30 | 10,180.82 | Corporate ACH Transfer Shopify St-N5X5Y8P9I2N0 | 0002308891410 4396 |
| 03/30 | 317.34 | Corporate ACH Payments<br>Shoppayinst Afrm Zgrqsp0Ez6E5Oi3 | 0002308891216 2864 |
| 03/31 | 114,421.50 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 0002308990765 3101 |
| 03/31 | 14,486.80 | Corporate ACH Transfer Shopify St-U7H8L9W6A8C5 | 0002308990773 0824 |
| 03/31 | 2,317.11 | Corporate ACH Payment McLane Pmd 8500041775 | 0002308990631 5977 |
| 03/31 | 977.07 | Corporate ACH Payments<br>Shoppayinst Afrm Vxhu1Pihf48Gtwz | 0002308990637 3550 |

### Funds Transfer In                             3 transactions for a total of $1,750,161.29

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/07 | 500,000.00 | Wire Transfer In 2337M58466A85Cjj | W2337M58466A85CJJ |
| 03/14 | 1,245,000.00 | Wire Transfer In Na3Ea2454Avn3N0Z | WNA3EA2454AVN3N0Z |
| 03/20 | 5,161.29 | Int'L Wire In 233K85923Ahp6Su3 | W233K85923AHP6SU3 |

### Other Credits                                2 transactions for a total of $465,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/07 | 350,000.00 | Account Transfer From ████████9699 | VITAL PHARMACEU |
| 03/14 | 115,000.00 | Account Transfer From ████████9699 | VITAL PHARMACEU |

---

## Checks and Other Debits

### Checks and Substitute Checks              46 transactions for a total of $1,149,411.84

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01 | 26097 | 61,526.00 | 071423822 | 03/13 | 26199 | 1,356.86 | 075383441 | 03/20 | 26213 | 468.00 | 009646056 |
| 03/01 | 26173 | 3,300.00 | 072390919 | 03/13 | 26203 | 364.68 | 075856803 | 03/20 | 9989700 | 893.84 | 511680747 |
| 03/03 | 26189 | 48,636.80 | 074214996 | 03/13 | 26202 | 341.00 | 076446025 | 03/20 | 9989706 | 268.44 | 510891251 |
| 03/03 | 26169 | 1,693.81 | 075158435 | 03/13 | 26200 | 2,723.15 | 076827144 | 03/20 | 9989725 | 257.48 | 510891252 |
| 03/06 | 26179 | 731.52 | 075716105 | 03/14 | 26184 | 411.13 | 077198602 | 03/20 | 9989747 | 502.98 | 510892402 |
| 03/07 | 26198 | 580,649.75 | 077744004 | 03/14 | 26195 | 2,558.70 | 077198601 | 03/20 | 26210 | 504.74 | 009750233 |
| 03/07 | 26166 | 2,237.76 | L070065388 | 03/16 | 9973282 | 721.94 | 510882169 | 03/21 | 26205 | 1,829.25 | 009859894 |
| 03/07 | 26181 | 350.00 | 070153010 | 03/16 | 9975033 | 334.00 | 511614469 | 03/21 | 9901107 | 4,722.68 | 511702901 |
| 03/07 | 26188 | 350.00 | 070153002 | 03/16 | 9976836 | 593.72 | 510882215 | 03/21 | 9921234 | 4,832.99 | 511701817 |
| 03/07 | 26190 | 125,701.71 | 070351031 | 03/16 | 9985635 | 3,182.08 | 510882226 | 03/21 | 9921262 | 6,758.49 | 511702906 |
| 03/07 | 26186 | 6,852.92 | 070886242 | 03/16 | 9986362 | 1,367.29 | 510882230 | 03/21 | 9924157 | 2,513.20 | 511704878 |
| 03/08 | 26191 | 204,767.16 | 071067511 | 03/16 | 26192 | 9,098.00 | 072881305 | 03/22 | 26194 | 20,500.00 | 010105029 |
| 03/08 | 26185 | 3,881.85 | 071871353 | 03/16 | 26193 | 4,352.41 | 072865817 | 03/22 | 26211 | 324.75 | 010142309 |
| 03/09 | 26178 | 151.67 | 072312605 | 03/20 | 26207 | 771.16 | 009499155 | 03/22 | 26214 | 690.00 | 010188689 |
| 03/10 | 26183 | 1,237.10 | 073621838 | 03/20 | 26208 | 4,293.79 | 009511858 | 03/31 | 26206 | 2,307.04 | 011816082 |
| 03/10 | 26196 | 27,500.00 | 074180973 | | | | | | | | |

### ACH Debits                                135 transactions for a total of $3,412,040.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 300.66 | ACH Debit Achpayment Viasat Inc A52213938 | 0002305990579 3273 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**    03/01/2023  to  03/31/2023
Account number:    ████9672
Page 7 of 12

---

## Checks and Other Debits - *continued*

**ACH Debits** - *continued*

**135 transactions for a total of $3,412,040.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 175.77 | ACH Debit Achpayment Viasat Inc A52242285 | 00023059905793274 |
| 03/01 | 175.76 | ACH Debit Achpayment Viasat Inc A52333430 | 00023059905793271 |
| 03/02 | 638,030.00 | ACH Settlement Payments Vital Pharma | 00023061906933103 |
| 03/02 | 46,920.48 | ACH Settlement Payments Vital Pharma | 00023061906933204 |
| 03/02 | 26,680.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 011-0323948-001 | 00023060911416537 |
| 03/02 | 13,920.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 005-0323948-002 | 00023060910952410 |
| 03/02 | 2,392.88 | ACH Debit Gmf Pymt GM Financial 00212055016776 | 00023060912105163 |
| 03/02 | 2,318.88 | ACH Debit Gmf Pymt GM Financial 00212055016776 | 00023060912105162 |
| 03/02 | 1,766.89 | ACH Debit Gmf Pymt GM Financial 00211014739963 | 00023060912105167 |
| 03/02 | 1,253.88 | Corporate ACH Route DBA<br>Route DBA Sos St-B8O1X2l4E8V5 | 00023060911190061 |
| 03/02 | 607.63 | Corporate ACH Monch Prop<br>Monch Properties 45c9375af57 | 00023060911541375 |
| 03/02 | 403.39 | Corporate ACH Monch Prop<br>Monch Properties bcf38c8cd85 | 00023060911541376 |
| 03/02 | 109.70 | Corporate ACH Personal M<br>Personal Mini St 547e64aef86 | 00023060908133723 |
| 03/03 | 76,450.36 | ACH Web Debit Federal Express Epa68711556 | 00023061906297790 |
| 03/03 | 558.00 | ACH Web 7609382868 Big Mine Self St | 00023061904327835 |
| 03/03 | 483.58 | Corporate ACH Echeckpay Readyrefresh 6700461436 | 00023061905665786 |
| 03/03 | 357.60 | ACH Web Debit Federal Express Epa68714396 | 00023061906297792 |
| 03/03 | 252.00 | ACH Debit Rental<br>Public Storage I 000000040584697 | 00023061905791173 |
| 03/03 | 242.00 | ACH Debit Rental<br>Public Storage I 000000040583523 | 00023061905791090 |
| 03/03 | 114.80 | ACH Web Debit Federal Express Epa68721324 | 00023061904392415 |
| 03/03 | 97.66 | ACH Web Debit Federal Express Epa68721613 | 00023061904392418 |
| 03/06 | 152,725.09 | Corporate ACH Tax Coll. Broward County 16735212 | 00023062909806743 |
| 03/06 | 101,094.31 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230616481 | 00023062909911048 |
| 03/06 | 50,000.00 | Corporate ACH Mq *Spende Mq 2971764 | 00023065901046696 |
| 03/06 | 357.55 | ACH Web Cable Advanced Cable 2910104 | 00023062910159493 |
| 03/07 | 25,000.00 | ACH Settlement Payments Vital Pharma | 00023066909969102 |
| 03/07 | 4,473.55 | ACH Settlement Payments Vital Pharma | 00023066909969103 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023  to  03/31/2023
Account number:      ████9672
Page 8 of 12

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*

**135 transactions for a total of $3,412,040.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/07 | 1,159.12 | Corporate ACH Cloud_plat Google US003Tgwm1 | 00023065904373288 |
| 03/07 | 4,914.80 | ACH Web Internet<br>Robert Half, Inc 043000093163524 | 00023065805139914 |
| 03/07 | 3,410.56 | ACH Web Internet<br>Robert Half, Inc 043000093105960 | 00023065804890613 |
| 03/07 | 1,644.40 | ACH Web Internet<br>Robert Half, Inc 043000093163508 | 00023065805139912 |
| 03/07 | 3,753.66 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH562818215 | 00023065905372814 |
| 03/07 | 3,378.23 | ACH Web Paymentrec Verizon U0217126 | 00023065902901787 |
| 03/07 | 3,124.80 | Corporate ACH Web Pay<br>Comcast Business 934558726 | 00023065905647472 |
| 03/07 | 279.27 | ACH Web Paymt Life Storage 000000000085890 | 00023065905298012 |
| 03/07 | 277.00 | ACH Web Paymt Life Storage 000000000086924 | 00023065903465602 |
| 03/08 | 65,102.60 | ACH Settlement Payments Vital Pharma | 00023067914109533 |
| 03/08 | 43,450.23 | ACH Settlement Payments Vital Pharma | 00023067914109535 |
| 03/08 | 15,428.18 | ACH Settlement Payments Vital Pharma | 00023067914109655 |
| 03/08 | 9,208.58 | ACH Settlement Payments Vital Pharma | 00023067914109654 |
| 03/08 | 5,400.00 | ACH Settlement Payments Vital Pharma | 00023067914109653 |
| 03/08 | 400.00 | ACH Settlement Payments Vital Pharma | 00023067914109534 |
| 03/08 | 1,465.97 | ACH Web Rsibillpay<br>Republicservices 306951003595 | 00023066909325792 |
| 03/08 | 205.83 | ACH Debit  Bankdraft<br>Cox Comm Las 476099531303001 | 00023066907279532 |
| 03/08 | 120.00 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023066909325796 |
| 03/08 | 15.98 | ACH Web Debit Federal Express Epa68754867 | 00023066907897263 |
| 03/09 | 5,982.25 | ACH Settlement Payments Vital Pharma | 00023068907499131 |
| 03/09 | 1,715.54 | ACH Settlement Payments Vital Pharma | 00023068907499130 |
| 03/09 | 81,711.58 | ACH Web Debit Federal Express Epa68765553 | 00023067911427944 |
| 03/09 | 1,575.19 | Corporate ACH Route DBA<br>Route DBA Sos St-J0N6R5Z3F8A5 | 00023067912919560 |
| 03/09 | 898.53 | Corporate ACH Echeckpay Readyrefresh 6701213763 | 00023067912918846 |
| 03/09 | 309.00 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH563120986 | 00023067913088204 |
| 03/09 | 219.50 | ACH Web Debit Federal Express Epa68773026 | 00023067911427945 |
| 03/10 | 1,231.78 | ACH Settlement Payments Vital Pharma | 00023069911001960 |
| 03/10 | 100,000.00 | Corporate ACH Mq *Spende Mq 4442392 | 00023069907534445 |
| 03/10 | 2,274.17 | ACH Web Debit Federal Express Epa68778860 | 00023068905352307 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period** 03/01/2023 to 03/31/2023
Account number: ████████9672
Page 9 of 12

---

## Checks and Other Debits - *continued*

### ACH Debits - *continued*

**135 transactions for a total of $3,412,040.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/10 | 72.59 | ACH Web Debit Federal Express Epa68784180 | 00023068905352304 |
| 03/13 | 32,850.00 | ACH Settlement Payments Vital Pharma | 00023072906593511 |
| 03/13 | 162,137.48 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230686646 | 00023069908327153 |
| 03/13 | 4,610.00 | ACH Debit Bank Draft<br>Cox Comm Phx 436259286001001 | 00023072901245475 |
| 03/13 | 728.17 | Corporate ACH Trade Pay Mobile Force Ref | 00023069909518492 |
| 03/13 | 175.88 | ACH Debit Achpayment Viasat Inc A51992532 | 00023072901685458 |
| 03/13 | 175.83 | ACH Debit Achpayment Viasat Inc A51992531 | 00023072901685459 |
| 03/14 | 51,957.39 | ACH Settlement Payments Vital Pharma | 00023073910997094 |
| 03/14 | 755.34 | ACH Settlement Payments Vital Pharma | 00023073910997092 |
| 03/14 | 740.00 | ACH Settlement Payments Vital Pharma | 00023073910997093 |
| 03/14 | 22,469.44 | Corporate ACH Cash Conc Avalara Act 6022 314231 | 00023072905448149 |
| 03/14 | 5,999.24 | Corporate ACH Payments<br>Verizon Wireless 034225987700001 | 00023072902960843 |
| 03/14 | 2,717.28 | ACH Debit Fdx Freigh Fedex Cis 341822928661 | 00023072905873016 |
| 03/14 | 2,408.14 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH564935401 | 00023072905731631 |
| 03/15 | 41.30 | ACH Web Debit Federal Express Epa68809592 | 00023073908882154 |
| 03/15 | 17.45 | ACH Debit Billing Lee Co Utilities 1252328 | 00023073907790381 |
| 03/16 | 48,885.65 | ACH Settlement Payments Vital Pharma | 00023075909858244 |
| 03/16 | 1,200.00 | ACH Settlement Payments Vital Pharma | 00023075909858245 |
| 03/16 | 400.18 | Corporate ACH Web Pay Lease Direct 78943231 | 00023074003384317 |
| 03/16 | 57,974.55 | ACH Web Debit Federal Express Epa68827852 | 00023074903154910 |
| 03/16 | 1,351.40 | Corporate ACH Route DBA<br>Route DBA Sos St-I1K9P6A8Z9Q1 | 00023074904428715 |
| 03/16 | 128.19 | ACH Web Debit Federal Express Epa68829361 | 00023074903154908 |
| 03/17 | 2,216.00 | ACH Settlement Payments Vital Pharma | 00023076913258607 |
| 03/17 | 640.80 | ACH Settlement Payments Vital Pharma | 00023076913258606 |
| 03/17 | 10,415.98 | Corporate ACH Payment Quarterly Fee 0000 | 00023075909770838 |
| 03/17 | 349.00 | ACH Web Debit Federal Express Epa68838217 | 00023075907343485 |
| 03/17 | 159.46 | ACH Web Debit Federal Express Epa68838188 | 00023075907343484 |
| 03/20 | 90,539.28 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230756654 | 00023076910597145 |
| 03/20 | 405.60 | Corporate ACH 8004559645<br>Sticky.Io Inc Ac 0760001114 | 00023076912686712 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023  to  03/31/2023
Account number:        9672
Page 10 of 12

---

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*

**135 transactions for a total of $3,412,040.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/21 | 7,818.21 | Corporate ACH Payment<br>Southwest Gas B2307745173227 | 00023080908059615 |
| 03/21 | 5,593.42 | Corporate ACH Trade Pay Mobile Force Ref | 00023079907171139 |
| 03/21 | 3,287.99 | Corporate ACH Shopify.Co<br>Shopify.Com/C St-C9X4U6E0T2D3 | 00023079907025988 |
| 03/21 | 2,688.30 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH567046403 | 00023079907264170 |
| 03/21 | 1,017.26 | ACH Web Rsibillpay<br>Republicservices 306158896816 | 00023079907228083 |
| 03/21 | 178.02 | ACH Web Rsibillpay<br>Republicservices 306200970330 | 00023079907228073 |
| 03/21 | 28.83 | ACH Web Rsibillpay<br>Republicservices 306200910735 | 00023079907228071 |
| 03/22 | 23,629.56 | ACH Settlement Payments Vital Pharma | 00023081905408430 |
| 03/22 | 9,862.50 | ACH Settlement Payments Vital Pharma | 00023081905408431 |
| 03/22 | 3,852.00 | ACH Settlement Payments Vital Pharma | 00023081905408429 |
| 03/22 | 617.50 | ACH Web Rsibillpay<br>Republicservices 306950020443 | 00023080910910351 |
| 03/22 | 472.21 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023080910910350 |
| 03/23 | 53,689.49 | ACH Settlement Payments Vital Pharma | 00023082908389410 |
| 03/23 | 20,000.00 | ACH Settlement Payments Vital Pharma | 00023082908389406 |
| 03/23 | 5,425.00 | ACH Settlement Payments Vital Pharma | 00023082908389408 |
| 03/23 | 2,500.00 | ACH Settlement Payments Vital Pharma | 00023082908389409 |
| 03/23 | 2,216.00 | ACH Settlement Payments Vital Pharma | 00023082908389407 |
| 03/23 | 2,200.00 | ACH Settlement Payments Vital Pharma | 00023082908389411 |
| 03/23 | 571.88 | ACH Settlement Payments Vital Pharma | 00023082908389412 |
| 03/23 | 52,369.53 | ACH Web Debit Federal Express<br>Epa68886715 | 00023081903087668 |
| 03/23 | 1,999.68 | Corporate ACH Route DBA<br>Route DBA Sos St-M6K8R9Z7A2I9 | 00023081904853836 |
| 03/23 | 414.77 | ACH Web Debit Federal Express<br>Epa68879687 | 00023081903087663 |
| 03/24 | 19,549.87 | ACH Settlement Payments Vital Pharma | 00023083911302821 |
| 03/24 | 100,000.00 | Corporate ACH Mq *Spende Mq 7751974 | 00023083908445304 |
| 03/24 | 312.74 | ACH Web Rsibillpay<br>Republicservices 309020163215 | 00023082907684035 |
| 03/24 | 252.52 | ACH Web Paymt Life Storage<br>000000000096935 | 00023082906298396 |
| 03/24 | .28 | ACH Debit Acctverify<br>Clearsale Lic 016Mdkgky2La369 | 00023082907801058 |
| 03/27 | 37,387.06 | Corporate ACH Receive Penske Truck 475507 | 00023083010794231 |
| 03/27 | 122,365.51 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230825814 | 00023083909126831 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**   03/01/2023  to  03/31/2023
Account number:      ████9672
Page 11 of 12

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*

**135 transactions for a total of $3,412,040.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/27 | 97.50 | Corporate ACH Receivable Wageworks Inv4840976 | 0002308391030 1547 |
| 03/28 | 2,904.60 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH569166334 | 0002308690514 1469 |
| 03/29 | 50,415.57 | ACH Settlement Payments Vital Pharma | 0002308891526 7105 |
| 03/29 | 1,628.81 | ACH Settlement Payments Vital Pharma | 0002308891526 7108 |
| 03/29 | 1,360.00 | ACH Settlement Payments Vital Pharma | 0002308891526 7106 |
| 03/29 | 299.75 | ACH Settlement Payments Vital Pharma | 0002308891526 7104 |
| 03/29 | 230.87 | ACH Settlement Payments Vital Pharma | 0002308891526 7107 |
| 03/29 | 300.66 | ACH Debit Achpayment Viasat Inc A52213938 | 0002308790914 0741 |
| 03/29 | 175.77 | ACH Debit Achpayment Viasat Inc A52242285 | 0002308790914 0740 |
| 03/29 | 175.76 | ACH Debit Achpayment Viasat Inc A52333430 | 0002308790914 0742 |
| 03/30 | 46,260.18 | ACH Web Debit Federal Express Epa68938138 | 0002308891266 6682 |
| 03/30 | 1,215.49 | Corporate ACH Route DBA<br>Route DBA Sos St-O3C6I1R2Q6C9 | 0002308891401 8547 |
| 03/30 | 353.13 | ACH Web Debit Federal Express Epa68937581 | 0002308891266 6687 |
| 03/30 | 74.98 | ACH Web Debit Federal Express Epa68888800 | 0002308891231 8794 |
| 03/30 | 33.85 | ACH Web Debit Federal Express Epa68891607 | 0002308891231 8793 |
| 03/31 | 806,525.35 | ACH Settlement Payments Vital Pharma | 0002309091225 8266 |
| 03/31 | 3,210.00 | ACH Settlement Payments Vital Pharma | 0002309091225 8265 |
| 03/31 | 7,815.89 | ACH Debit Fdx Freigh Fedex Cis 342431235481 | 0002308990799 8650 |
| 03/31 | 207.77 | ACH Web Debit Federal Express Epa68951698 | 0002308990668 8528 |
| 03/31 | 13.15 | Corporate ACH Echeckpay Readyrefresh 6700461436 | 0002309090885 5009 |

### Funds Transfers Out

**37 transactions for a total of $2,870,767.34**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 321,721.15 | Wire Transfer Out 2331600503R161Jm | W2331600503R161JM |
| 03/01 | 288,801.88 | Wire Transfer Out 233160050343162Q | W233160050343162Q |
| 03/02 | 4,000.00 | Wire Transfer Out 2332K1637Gu17Xxx | W2332K1637GU17XXX |
| 03/02 | 4,000.00 | Wire Transfer Out 2332K1637Hb12Vxz | W2332K1637HB12VXZ |
| 03/02 | 3,800.00 | Int'L Wire Out 2332K1637Kt34V18 | W2332K1637KT34V18 |
| 03/02 | 3,800.00 | Int'L Wire Out 2332K1637Kv30T1A | W2332K1637KV30T1A |
| 03/02 | 2,500.00 | Int'L Wire Out 2332K1637R217Ty5 | W2332K1637R217TY5 |
| 03/02 | 8,000.00 | Wire Transfer Out 2332K1637En23Zl4 | W2332K1637EN23ZL4 |
| 03/02 | 5,000.00 | Int'L Wire Out 2332K1637G426Ll6 | W2332K1637G426LL6 |
| 03/02 | 3,000.00 | Wire Transfer Out 2332K1637Mi36Q1C | W2332K1637MI36Q1C |

Funds Transfers Out continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

**For the period**    03/01/2023  **to**  03/31/2023
Account number:          9672
Page 12 of 12

## Checks and Other Debits - *continued*

### Funds Transfers Out    - *continued*

**37 transactions for a total of $2,870,767.34**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 2,500.00 | Wire Transfer Out 2332K1637Ox25Ula | W2332K1637OX25ULA |
| 03/02 | 2,300.00 | Wire Transfer Out 2332K1637Qc25Flc | W2332K1637QC25FLC |
| 03/02 | 2,200.00 | Wire Transfer Out 2332K1637Rf23Zle | W2332K1637RF23ZLE |
| 03/02 | 1,800.00 | Wire Transfer Out 2332K16382T17Xyb | W2332K16382T17XYB |
| 03/02 | 1,700.00 | Int'L Wire Out 2332K16382T12Vy9 | W2332K16382T12VY9 |
| 03/02 | 800.00 | Wire Transfer Out 2332K1638B725Ulp | W2332K1638B725ULP |
| 03/02 | 1,600.00 | Wire Transfer Out 2332K16383H33D1H | W2332K16383H33D1H |
| 03/02 | 1,000.00 | Wire Transfer Out 2332K16388W22Zlm | W2332K16388W22ZLM |
| 03/02 | 800.00 | Int'L Wire Out 2332K1638Di17Tyj | W2332K1638DI17TYJ |
| 03/02 | 700.00 | Wire Transfer Out 2332K1638Cq25Flr | W2332K1638CQ25FLR |
| 03/02 | 500.00 | Int'L Wire Out 2332K1638Ff23Zlu | W2332K1638FF23ZLU |
| 03/02 | 400.00 | Wire Transfer Out 2332K1638Hn24Glw | W2332K1638HN24GLW |
| 03/02 | 350.00 | Int'L Wire Out 2332K1638I331V1X | W2332K1638I331V1X |
| 03/02 | 2,500.00 | Wire Transfer Out 2332K1637RR26Llg | W2332K1637RR26LLG |
| 03/02 | 800.00 | Wire Transfer Out 2332K1638Ao11Myf | W2332K1638AO11MYF |
| 03/02 | 1,500.00 | Wire Transfer Out 2332K16385934V1L | W2332K16385934V1L |
| 03/02 | 1,200.00 | Wire Transfer Out 2332K16387P30T1O | W2332K16387P30T1O |
| 03/02 | 1,000.00 | Wire Transfer Out 2332K16388O36Q1Q | W2332K16388O36Q1Q |
| 03/10 | 2,314.38 | Int'L Wire Out 233Ak3744Jf80Iih | W233AK3744JF80IIH |
| 03/13 | 3,000.00 | Wire Transfer Out 233Dl3509Lcr5Yvn | W233DL3509LCR5YVN |
| 03/14 | 1,881,000.00 | Wire Transfer Out 233Ee4114E8R6Oo5 | W233EE4114E8R6OO5 |
| 03/20 | .15 | Int'L Wire Out 233Kl21041Zp1Nny | W233KL21041ZP1NNY |
| 03/20 | 81,158.11 | Wire Transfer Out 233Kl4459Apq7Soa | W233KL4459APQ7SOA |
| 03/21 | 12,760.78 | Int'L Wire Out 233Ll4636L6R19Oq | W233LL4636L6R19OQ |
| 03/22 | 1,299.85 | Int'L Wire Out 233Ml301219R10Xk | W233ML301219R10XK |
| 03/29 | 3,016.00 | Wire Transfer Out 233Tl50009W984Vx | W233TL50009W984VX |
| 03/31 | 217,945.04 | Wire Transfer Out 233Vk53280K63Efk | W233VK53280K63EFK |

### Other Debits

**1 transaction for a total of $3,827.02**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/31 | 3,827.02 | Corporate Account Analysis Charge | 000000000000009265 |

Equal Housing Lender