

999-99-99-99 40386  0 C 001 30    50 004
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278

# Your account statement
For 03/31/2023

Contact us

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ COMMERCIAL INTEREST CHECKING       7174

## Account summary

| | |
|---|---:|
| Your previous balance as of 02/28/2023 | $4,779,948.32 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 37,373,484.13 |
| Deposits, credits and interest | + 41,131,256.05 |
| Your new balance as of 03/31/2023 | = $8,537,720.24 |

## Interest summary

| | |
|---|---:|
| Interest paid this statement period | $774.64 |
| 2023 interest paid year-to-date | $1,963.51 |
| Interest rate | 0.10% |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 363.86 |
| 03/01 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 16,228.80 |
| 03/01 | OUTGOING WIRE TRANSFER WIRE REF# 20230301-00024804 | 40,675.91 |
| 03/01 | OUTGOING WIRE TRANSFER WIRE REF# 20230301-00028449 | 160,935.79 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034864 | 2,899.00 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034930 | 29,235.00 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034906 | 31,649.00 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034919 | 33,663.27 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034786 | 54,283.29 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00034718 | 126,097.43 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00035012 | 19,521.92 |
| 03/01 | PC INTL USD WIRE WIRE REF# 20230301-00035015 | 25,000.00 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00035058 | 8,416.67 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00035054 | 15,508.35 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00035209 | 3,186.00 |
| 03/01 | PC INTL USD WIRE WIRE REF# 20230301-00035266 | 0.27 |
| 03/01 | PC INTL USD WIRE WIRE REF# 20230301-00035288 | 430.00 |
| 03/01 | PC INTL USD WIRE WIRE REF# 20230301-00035289 | 450.00 |
| 03/01 | PC NON-REPETITIVE WIRE WIRE REF# 20230301-00035314 | 5,000.00 |
| 03/01 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230301-00035361 | 688.50 |
| 03/01 | ACH SETTLEMENT | 71,382.92 |
| 03/02 | 213271293  COMCAST 8495741 5375 VITAL *PHARMACEUTICAL | 166.40 |
| 03/02 | Payment   ATT PAYO Accounts Payable | 198.92 |
| 03/02 | 660491172  COMCAST 8535114 9958 VITAL *PHARMACEUTICAL | 199.25 |
| 03/02 | DIR DEP    OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,280.95 |
| 03/02 | PAYMENT    1489 EXTRA SPACE 2227 | 98.00 |
| 03/02 | PAYMENT    1489 EXTRA SPACE 2439 | 98.00 |
| 03/02 | PAYMENT    8528 Extra Space 7077 | 98.20 |
| 03/02 | TELEPHONE PAYMENT Product    Modern Storage M | 308.25 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▇▇▇▇▇▇7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/02 | PAYMENT    1489 EXTRA SPACE 2446 | 368.20 |
| 03/02 | PAYMENT    1489 EXTRA SPACE 2222 | 424.20 |
| 03/02 | PAYMENT    8528 Extra Space 7101 | 435.20 |
| 03/02 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230301-00034634 | 135,117.24 |
| 03/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230302-00027974 | 178,442.30 |
| 03/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230302-00028028 | 102,105.27 |
| 03/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230302-00028066 | 68,433.84 |
| 03/02 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230302-00028515 | 7,329.49 |
| 03/02 | ACH SETTLEMENT | 595,932.69 |
| 03/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh ACCOUNTS PAYABLE CUSTOMER ID 0127493468 | 73.84 |
| 03/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 6700701229 | 89.99 |
| 03/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701158116 | 93.01 |
| 03/03 | RENTAL    Public Storage I 3347 VITAL PHARMACEUTICAL | 251.00 |
| 03/03 | Payment    ATT PAYP VITAL PHARMACEUTICAL | 276.92 |
| 03/03 | RENTAL    Public Storage I 3348 VITAL PHARMACEUTICAL | 324.00 |
| 03/03 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 0008948697 | 493.49 |
| 03/03 | Payment    ATT PAYP Vital Pharmaceutical | 2,361.20 |
| 03/03 | INTERNET PAYMENT ACH       CR&R INCORPORATE 714-890-6300 | 201.17 |
| 03/03 | INTERNET PAYMENT PURCHASE   TAX OFFICEGDS 98502835 | 17,545.82 |
| 03/03 | INTERNET PAYMENT TAX PMT    DALLAS CTY TX OF 2629538 | 19,767.79 |
| 03/03 | ACH CORP DEBIT 6025068511 MARICOPA COUNTY Vital Pharmaceuticals, CUSTOMER ID 3846258650 | 415,227.80 |
| 03/03 | SUREPAY-S1 SRP 8007 VITAL PHARMACEUTICALS | 911.67 |
| 03/03 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 2,159.38 |
| 03/03 | SUREPAY-S1 SRP 8009 VITAL PHARMACEUTICALS | 4,981.68 |
| 03/03 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 9,588.27 |
| 03/03 | SUREPAY-S1 SRP 8001 VITAL PHARMACEUTICALS | 22,162.49 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00029440 | 178,662.78 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00029794 | 1,640.96 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00029785 | 50,845.31 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00029790 | 71,988.09 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00029895 | 49,723.56 |
| 03/03 | PC BOOK WIRE TRANSFER WIRE REF# 20230303-00030240 CDT ACCT:  XXXXXXXXX0783 | 30,767.80 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00030545 | 8,500.00 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00030544 | 18,700.00 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00030619 | 7,493.99 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00030751 | 3,038.18 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00030752 | 3,168.00 |
| 03/03 | PC INTL USD WIRE WIRE REF# 20230303-00031126 | 2,961.56 |
| 03/03 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230303-00029674 | 135,179.98 |
| 03/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230303-00031277 | 35,000.00 |
| 03/03 | ACH SETTLEMENT | 108,909.56 |
| 03/06 | PAYMENT    JEA Utilities 2869 VITAL PHARMACEUTICALS | 687.77 |
| 03/06 | DIR DEP    OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,280.95 |
| 03/06 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161937826 | 85.65 |
| 03/06 | SPECTRUM   SPECTRUM 1022 VITAL PHARMACEUTICALS | 120.08 |
| 03/06 | ACH CORP DEBIT BILL PAY   FRONTIER COMMUNI VITAL PHARMACEUTICALS CUSTOMER ID 17175933791 | 126.73 |
| 03/06 | 0121D    Green Mountain E 3743 VITAL PHARMACEUTICALS, | 598.96 |
| 03/06 | Payment    ATT PAYR Vital Pharmaceutical | 50.46 |
| 03/06 | Payment    ATT PAYR Vital Pharmaceuticals | 2,299.89 |
| 03/06 | PC NON-REPETITIVE WIRE WIRE REF# 20230306-00028374 | 404,688.77 |
| 03/06 | ACH SETTLEMENT | 380,226.63 |
| 03/07 | MSInvoice  DS WATERS OF AME 4321 Vital Pharmaceuticals | 10.68 |
| 03/07 | MORNINGSTA MORNINGSTAR STOR 5489 STEVE KRIZ | 264.00 |
| 03/07 | INTERNET PAYMENT SOFTWARE   CONNECTWISE, LLC 3539664 | 1,458.00 |
| 03/07 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4884763 | 555.00 |
| 03/07 | PC INTL USD WIRE WIRE REF# 20230307-00024650 | 6,500.00 |
| 03/07 | PC REPETITIVE WIRE WIRE REF# 20230307-00025111 | 500,000.00 |
| 03/07 | ACH SETTLEMENT | 56,817.60 |
| 03/08 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 306951003594 | 1,067.58 |

*continued*



■ COMMERCIAL INTEREST CHECKING          7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/08 | INTERNET PAYMENT DRAFT    DOMINION ENERGY 7210120452909 | 1,525.12 |
| 03/08 | INTERNET PAYMENT DRAFT    DOMINION ENERGY 7210120452863 | 2,051.43 |
| 03/08 | ACH CORP DEBIT PAYMENT    SOUTHWEST GAS VITAL PHARMACEUTICALS CUSTOMER ID B2306644640662 | 870.67 |
| 03/08 | OUTGOING WIRE TRANSFER WIRE REF# 20230308-00013157 | 2,376,019.08 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00024764 | 270,937.02 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00024798 | 1,162,847.25 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025213 | 90,388.34 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025211 | 742,892.57 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025639 | 32,880.11 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025641 | 38,162.70 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025725 | 15,182.64 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00025951 | 10,000.00 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00026122 | 1,219.00 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00026121 | 5,030.00 |
| 03/08 | PC INTL USD WIRE WIRE REF# 20230308-00026300 | 4,032.00 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00026366 | 3,255.07 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00026387 | 2,856.38 |
| 03/08 | PC INTL USD WIRE WIRE REF# 20230308-00026431 | 896.00 |
| 03/08 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230308-00026504 | 1.15 |
| 03/08 | PC INTL USD WIRE WIRE REF# 20230308-00026505 | 205.54 |
| 03/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230308-00026503 | 315.75 |
| 03/08 | ACH SETTLEMENT | 17,366.00 |
| 03/09 | DIRECT PMT CITY OF PEMBROKE 4609 CORE 5 INDUSTRIAL PART | 164.68 |
| 03/09 | DIRECT PMT CITY OF PEMBROKE 4517 SHERIDAN REAL ESTATE I | 194.48 |
| 03/09 | DIRECT PMT CITY OF PEMBROKE 9036 VITAL PHARMACEUTICAL | 1,384.42 |
| 03/09 | Payment    ATT PAYV Vital Pharmaceuticals | 2,146.32 |
| 03/09 | VZ BillPay VERIZON 7126 X | 3,378.23 |
| 03/09 | RECURRING INTERNET PAYMENT INTERNET    WASTE MANAGEMENT 043000096070838 | 2,226.66 |
| 03/09 | OUTGOING WIRE TRANSFER WIRE REF# 20230309-00006190 | 864,527.01 |
| 03/09 | OUTGOING WIRE TRANSFER WIRE REF# 20230309-00006971 | 15,957.67 |
| 03/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230309-00025369 | 324,152.32 |
| 03/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230309-00025705 | 127,526.98 |
| 03/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230309-00025743 | 33,507.70 |
| 03/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230309-00025881 | 600,000.00 |
| 03/09 | ACH SETTLEMENT | 529,730.05 |
| 03/10 | 260498649  COMCAST 8495600 6432 VITAL *PHARMACEUTICAL | 301.25 |
| 03/10 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019581 | 5,060.95 |
| 03/10 | INTERNET PAYMENT BILLPAY    CITY OF ONTARIO CITY OF ONTARI | 408.95 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00027562 | 80,158.88 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00028105 | 205,996.91 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00028144 | 49,394.91 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00028232 | 34,331.77 |
| 03/10 | PC INTL USD WIRE WIRE REF# 20230310-00028281 | 29,000.00 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00028444 | 16,102.64 |
| 03/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230310-00028838 | 3,185.24 |
| 03/10 | ACH SETTLEMENT | 388,078.47 |
| 03/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 19,583.44 |
| 03/13 | RECURRING INTERNET PAYMENT ADTPAPACH  ADT SECURITY SER 403958016 | 73.21 |
| 03/13 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019732 | 432.29 |
| 03/13 | MSInvoice  DS WATERS OF AME 4511 VITAL PHARMACEUTICALS | 844.15 |
| 03/13 | ACH CORP DEBIT TAX COLL. BROWARD COUNTY Vital Pharmaceuticals, CUSTOMER ID 16756284 | 719,603.47 |
| 03/13 | SUREPAY-S1 SRP 8008 VITAL PHARMACEUTICALS | 20,632.97 |
| 03/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230313-00027804 CDT ACCT: XXXXXXXXX0783 | 72,282.86 |
| 03/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230313-00027802 CDT ACCT: XXXXXXXXX0783 | 2,408,000.35 |
| 03/13 | ACH SETTLEMENT | 196,950.48 |
| 03/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 32.67 |
| 03/14 | PAYMENT    7459 Extra Space 3053 | 165.08 |
| 03/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 1,209.01 |

*continued*

■ COMMERCIAL INTEREST CHECKING ███████7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 4,055.38 |
| 03/14 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001796 | 79,667.97 |
| 03/14 | Payment   ATT PAYA VITAL PHARMACEUTICALS | 144.45 |
| 03/14 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4908748 | 597.98 |
| 03/14 | PC INTL USD WIRE WIRE REF# 20230314-00025726 | 0.25 |
| 03/14 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230314-00025728 | 0.31 |
| 03/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230314-00025722 | 0.50 |
| 03/14 | ACH SETTLEMENT | 528,924.50 |
| 03/15 | DIR DEP   OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,295.95 |
| 03/15 | ACH CORP DEBIT GRPW PREM  UNITED G000BNP4 - Vital Pharm CUSTOMER ID 2303140207149 | 46,579.77 |
| 03/15 | INTERNET PAYMENT PROPANE    SUBURBAN 5558032 | 53.40 |
| 03/15 | 031323EK   PNP BILLPAYMENT 8821 VITAL PHARMACEUTICALS | 63.87 |
| 03/15 | RECURRING INTERNET PAYMENT BILL PAY   DUKEENERGY 910135848232 | 1,796.88 |
| 03/15 | PAYMENT    CITY PHX WATER 0231 VITAL PHARMACEUTICALS | 43,761.05 |
| 03/15 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0007Vital Pharmaceut CUSTOMER ID 583976908432 | 118,298.75 |
| 03/15 | PC NON-REPETITIVE WIRE WIRE REF# 20230315-00028300 | 1,425.00 |
| 03/15 | PC INTL USD WIRE WIRE REF# 20230315-00028408 | 504.00 |
| 03/15 | ACH SETTLEMENT | 12,000.52 |
| 03/16 | RECURRING INTERNET PAYMENT ADTPAPACH  ADT SECURITY SER 402170110 | 2,775.26 |
| 03/16 | TELEPHONE PAYMENT BILL PAY   DUKEENERGY 910135960588 | 631.25 |
| 03/16 | INTERNET PAYMENT SPECTRUM   SPECTRUM 5774675 | 1,970.00 |
| 03/16 | PC INTL USD WIRE WIRE REF# 20230316-00002089 | 2,100.00 |
| 03/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230316-00001958 | 178,442.30 |
| 03/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230316-00001981 | 324,187.00 |
| 03/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230316-00025331 | 66,200.68 |
| 03/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230316-00025518 | 27,548.97 |
| 03/16 | PC INTL USD WIRE WIRE REF# 20230316-00025615 | 170.00 |
| 03/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230316-00025610 | 5,000.00 |
| 03/16 | ACH SETTLEMENT | 409,126.15 |
| 03/17 | ACH CORP DEBIT ECHECKPAY   ReadyRefresh VPX SPORTS CUSTOMER ID 6701213766 | 188.68 |
| 03/17 | Payment   ATT PAYD Vital Pharmaceuticals | 476.10 |
| 03/17 | Payment   ATT PAYD Vital Pharmaceuticals | 2,278.49 |
| 03/17 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000091597104 | 259.51 |
| 03/17 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000091545940 | 1,139.09 |
| 03/17 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000091601976 | 2,570.23 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029385 | 245,913.90 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029502 | 191,261.65 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029544 | 99,443.52 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029546 | 99,999.73 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029972 | 18,700.00 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00029971 | 74,800.00 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00030049 | 55,242.52 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00030102 | 8,000.00 |
| 03/17 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230317-00030164 | 452.31 |
| 03/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230317-00030160 | 538.41 |
| 03/17 | PC INTL USD WIRE WIRE REF# 20230317-00030163 | 901.00 |
| 03/17 | ACH SETTLEMENT | 49,732.28 |
| 03/20 | 271191160  COMCAST 8535100 7739 VITAL *PHARMACEUTICAL | 174.20 |
| 03/20 | INTERNET PAYMENT TRANSPSVCS 91 EXPRESS LANES 6602018 | 236.00 |
| 03/20 | TELEPHONE PAYMENT PAYMENT   CITY PHX WATER 0636553552 | 4,237.23 |
| 03/20 | PC BOOK WIRE TRANSFER WIRE REF# 20230320-00025150 CDT ACCT:  XXXXXXXXX7220 | 19,226.50 |
| 03/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230320-00025145 | 87,438.20 |
| 03/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230320-00025151 | 165,313.36 |
| 03/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230320-00025875 | 77,615.48 |
| 03/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230320-00025896 | 4,850.00 |
| 03/20 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230320-00025917 | 1,355.27 |
| 03/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230320-00026339 | 15,000.00 |
| 03/20 | PC INTL USD WIRE WIRE REF# 20230320-00026465 | 221.94 |
| 03/20 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230320-00026466 | 1,486.61 |
| 03/20 | ACH SETTLEMENT | 204,840.97 |

*continued*




## ■ COMMERCIAL INTEREST CHECKING ▉▉▉▉▉▉7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/21 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001312 | 1.80 |
| 03/21 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001311 | 2.01 |
| 03/21 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 0389401619607964 | 145.36 |
| 03/21 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 466.61 |
| 03/21 | SUNRISE    CITY OF SUNRISE 3438 VITAL PHARMACEUTICALS | 2,009.00 |
| 03/21 | PAYMENT   7059 Extra Space 5867 | 108.00 |
| 03/21 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097708432 | 108.72 |
| 03/21 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4935622 | 511.80 |
| 03/21 | ACH CORP DEBIT SALE       CHOICE WASTE OF VITAL PHARMACEUTICALS CUSTOMER ID | 2,118.36 |
| 03/21 | ACH SETTLEMENT | 82,895.55 |
| 03/21 | SERVICE CHARGES - PRIOR PERIOD | 3,413.53 |
| 03/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 1100014526925 | 25.00 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001524 | 0.07 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001523 | 0.09 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001525 | 0.35 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001526 | 0.60 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001533 | 0.72 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001532 | 0.91 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001531 | 1.09 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001530 | 1.27 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001529 | 1.46 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002583 | 1.55 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001522 | 1.64 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001521 | 1.83 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001520 | 2.01 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001519 | 2.20 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001528 | 2.39 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001518 | 2.57 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001517 | 2.76 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001516 | 2.94 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001515 | 3.13 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002592 | 3.32 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001527 | 3.50 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002591 | 3.69 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002590 | 3.88 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002589 | 4.07 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002588 | 4.26 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002587 | 4.44 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002586 | 4.63 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002585 | 4.82 |
| 03/22 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002584 | 5.01 |
| 03/22 | 0121D    Green Mountain E 2469 VITAL PHARMACEUTICALS, | 1,356.69 |
| 03/22 | TELEPHONE PAYMENT UTILITY   DDCWSA 7051098 | 3,524.20 |
| 03/22 | ACH CORP DEBIT SALE      JURISCO, INC. VITAL PHARMACEUTICALS CUSTOMER ID | 100.00 |
| 03/22 | PAYMENT   Greystone Power 7904 VitalPharmaceuticals | 531.28 |
| 03/22 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000099343448 | 1,308.75 |
| 03/22 | PAYMENT   Greystone Power 7834 VitalPharmaceuticals | 9,779.17 |
| 03/22 | PAYMENT   Greystone Power 7977 VitalPharmaceuticals | 10,954.01 |
| 03/22 | PAYMENT   Greystone Power 8103 VitalPharmaceuticals | 15,862.24 |
| 03/22 | OUTGOING WIRE TRANSFER WIRE REF# 20230322-00020481 | 2,231,991.05 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00022689 | 0.17 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00024312 | 803,328.10 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00024847 | 34,430.46 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00024849 | 74,581.89 |
| 03/22 | PC INTL USD WIRE WIRE REF# 20230322-00025237 | 13,032.68 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00025235 | 16,362.50 |
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00025411 | 10,000.00 |

*continued*

■ COMMERCIAL INTEREST CHECKING 7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/22 | PC NON-REPETITIVE WIRE WIRE REF# 20230322-00025498 | 8,442.43 |
| 03/22 | PC INTL USD WIRE WIRE REF# 20230322-00025580 | 1,540.00 |
| 03/22 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230322-00025779 | 413.29 |
| 03/22 | PC INTL USD WIRE WIRE REF# 20230322-00025780 | 429.10 |
| 03/22 | PC INTL USD WIRE WIRE REF# 20230322-00025782 | 1,100.00 |
| 03/22 | ACH SETTLEMENT | 72,926.90 |
| 03/23 | Payment   ATT PAYJ cleonice glanert | 118.14 |
| 03/23 | INTERNET PAYMENT 5616888912 WASTE PRO WEST P 1975352004 | 509.02 |
| 03/23 | Payment   ATT PAYJ Vital pharmaceuticals | 637.27 |
| 03/23 | INTERNET PAYMENT PAYMENT   City of Pembroke 26053 | 28,790.75 |
| 03/23 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000092251838 | 808.34 |
| 03/23 | PAID SDGE  SD GAS & ELEC 6524 VITAL PHARMACEUTICALS | 903.39 |
| 03/23 | SALE       DISCOUNT FORKLIF XXXX JOHN OMEARA | 1,658.14 |
| 03/23 | OUTGOING WIRE TRANSFER WIRE REF# 20230323-00005899 | 837,013.80 |
| 03/23 | OUTGOING WIRE TRANSFER WIRE REF# 20230323-00006452 | 18,428.59 |
| 03/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230323-00026279 | 241,255.24 |
| 03/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230323-00026316 | 88,414.83 |
| 03/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230323-00026315 | 92,794.79 |
| 03/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230323-00026314 | 67,595.29 |
| 03/23 | ACH SETTLEMENT | 363,098.67 |
| 03/24 | TELEPHONE PAYMENT AT&T SERVS ATT 800-222-0300 0305224893001 | 76.93 |
| 03/24 | Payment   ATT PAYJ Vital Pharmaceutical | 54,706.52 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00002223 | 11,033.90 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00002274 | 15,997.75 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029305 | 64,369.25 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029306 | 250,862.14 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029425 | 45,000.00 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029448 | 40,039.00 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029482 | 36,273.88 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029747 | 16,869.60 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029790 | 12,314.81 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029912 | 11,565.03 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00029995 | 5,093.45 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00030063 | 2,300.76 |
| 03/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230324-00027495 | 4,799,999.83 |
| 03/24 | ACH SETTLEMENT | 123,002.81 |
| 03/27 | AUTO PAY   Park Water 1538 VITAL PHARMACEUTICALS | 222.92 |
| 03/27 | 032323EK   PNP BILLPAYMENT 7944 VITAL PHARMACEUTICALS | 282.42 |
| 03/27 | PAYMENT    0739 EXTRA SPACE 3283 | 676.07 |
| 03/27 | AUTO PAY   Park Water 1538 VITAL PHARMACEUTICALS | 0.00 |
| 03/27 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003532 | 0.30 |
| 03/27 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003533 | 0.60 |
| 03/27 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003531 | 1.55 |
| 03/27 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003530 | 1.80 |
| 03/27 | PURCHASE   CUBESMART448 XXXX PHARMACEUTICAL | 267.50 |
| 03/27 | INTERNET PAYMENT CRR INCORP CR & R INCORPORA 9500271870 | 353.82 |
| 03/27 | PC BOOK WIRE TRANSFER WIRE REF# 20230327-00024731 CDT ACCT:  XXXXXXXXX0783 | 133,216.92 |
| 03/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230327-00024929 | 2,365.35 |
| 03/27 | ACH SETTLEMENT | 943,832.27 |
| 03/28 | MSInvoice  DS WATERS OF AME 2270 Vital Pharmaceuticals | 62.44 |
| 03/28 | ACH CORP DEBIT INSURANCE Nationwide Ins Vital Pharmaceuticals CUSTOMER ID 300000000018106 | 1,005.70 |
| 03/28 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 1,556.35 |
| 03/28 | INTERNET PAYMENT BILLPAY   CFM UTILITIES CITY OF FORT MY | 364.68 |
| 03/28 | INTERNET PAYMENT BILLPAY   CITY OF ONTARIO CITY OF ONTARI | 408.95 |
| 03/28 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4973158 | 1,239.91 |
| 03/28 | ACH SETTLEMENT | 184,241.44 |
| 03/29 | DR CR     PRINCIPAL TRUST 3714 VITAL PHARMACEUTICALS | 54.03 |
| 03/29 | ACH CORP DEBIT TAXPAYMNT  WI DEPT REVENUE JOHN H OWOC CUSTOMER ID 1853825472 | 1,010.00 |
| 03/29 | OUTGOING WIRE TRANSFER WIRE REF# 20230329-00016764 | 556,519.08 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00029654 | 178,442.30 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00029677 | 163,180.16 |

*continued*


■ **COMMERCIAL INTEREST CHECKING** ███████ **7174 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/29 | PC BOOK WIRE TRANSFER WIRE REF# 20230329-00029749 CDT ACCT:  XXXXXXXXX0783 | 137,615.85 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00029799 | 75,068.38 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00029836 | 71,400.00 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00029950 | 50,996.96 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00030050 | 37,251.14 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00030104 | 3,600.00 |
| 03/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230329-00030105 | 5,269.96 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030190 | 75.05 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030192 | 132.38 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030194 | 770.00 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030193 | 1,492.62 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030191 | 2,961.56 |
| 03/29 | PC INTL USD WIRE WIRE REF# 20230329-00030107 | 3,504.00 |
| 03/29 | ACH SETTLEMENT | 89,929.53 |
| 03/30 | RECURRING INTERNET PAYMENT ADTPAPACH  ADT SECURITY SER 403958016 | 35.57 |
| 03/30 | DR CR     PRINCIPAL TRUST 4110 VITAL PHARMACEUTICALS | 72.42 |
| 03/30 | 213271293  COMCAST 8495741 1145 VITAL *PHARMACEUTICAL | 166.40 |
| 03/30 | 660491172  COMCAST 8535114 6551 VITAL *PHARMACEUTICAL | 199.25 |
| 03/30 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003450 | 82,867.34 |
| 03/30 | INTERNET PAYMENT PROPANE    SUBURBAN 9040887 | 66.25 |
| 03/30 | OUTGOING WIRE TRANSFER WIRE REF# 20230330-00010971 | 124,402.84 |
| 03/30 | OUTGOING WIRE TRANSFER WIRE REF# 20230330-00016644 | 21,053.97 |
| 03/30 | OUTGOING WIRE TRANSFER WIRE REF# 20230330-00017245 | 4,002.07 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00021392 | 21,290.03 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00021493 | 22,757.63 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00021562 | 81,917.85 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00022523 | 3,232.40 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00031652 | 94,662.24 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00031653 | 166,059.67 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00031544 | 195,798.27 |
| 03/30 | PC BOOK WIRE TRANSFER WIRE REF# 20230330-00031752 CDT ACCT:  XXXXXXXXX0783 | 28,000.00 |
| 03/30 | PC BOOK WIRE TRANSFER WIRE REF# 20230330-00031751 CDT ACCT:  XXXXXXXXX0783 | 34,303.10 |
| 03/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230330-00033351 | 0.31 |
| 03/30 | ACH SETTLEMENT | 1,022,362.43 |
| 03/31 | Payment   ATT PAYR VITAL PHARMACEUTICAL | 276.92 |
| 03/31 | Payment   ATT PAYR Vital Pharmaceutical | 2,357.46 |
| 03/31 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP .CUSTOMER ID 6700701229 | 4.29 |
| 03/31 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh ACCOUNTS PAYABLE CUSTOMER ID 0127493468 | 80.40 |
| 03/31 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701158116 | 93.01 |
| 03/31 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP .CUSTOMER ID 0008948697 | 599.40 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00042843 | 65,000.00 |
| 03/31 | PC INTL USD WIRE WIRE REF# 20230331-00042949 | 19,204.00 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00043830 | 39,064.01 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00043829 | 201,412.45 |
| 03/31 | PC INTL USD WIRE WIRE REF# 20230331-00044879 | 1,131.28 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00044873 | 75,257.00 |
| 03/31 | PC INTL USD WIRE WIRE REF# 20230331-00045224 | 430.00 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00045380 | 2,838.00 |
| 03/31 | PC BOOK WIRE TRANSFER WIRE REF# 20230331-00046457 CDT ACCT:  XXXXXXXXX0783 | 22,604.18 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00048957 | 126,792.98 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00049027 | 37,292.87 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00049066 | 8,416.67 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00049067 | 55,000.00 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00049131 | 1,698,445.44 |
| 03/31 | PC NON-REPETITIVE WIRE WIRE REF# 20230331-00049160 | 680,803.29 |
| 03/31 | ACH SETTLEMENT | 18,896.65 |
| **Total other withdrawals, debits and service charges** | | **= $37,373,484.13** |

■ COMMERCIAL INTEREST CHECKING ███████7174 (continued)

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 616,429.25 |
| 03/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 72,540.51 |
| 03/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,166,017.27 |
| 03/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 388,635.48 |
| 03/06 | WIRE REF# 20230306-00006984 DBT ACCT:  XXXXXXXXX0783 | 4,000,000.00 |
| 03/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 487,638.74 |
| 03/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 439,929.56 |
| 03/08 | WIRE REF# 20230308-00004526 DBT ACCT:  XXXXXXXXX0783 | 9,500,000.00 |
| 03/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 588,936.01 |
| 03/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,205,015.56 |
| 03/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 283,415.64 |
| 03/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,384,916.32 |
| 03/14 | INCOMING WIRE TRANSFER WIRE REF# 20230314-00009368 | 1,881,000.00 |
| 03/15 | ACH RETURN | 0.25 |
| 03/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 703,088.66 |
| 03/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 293,882.32 |
| 03/17 | ACH RETURN | 1,486.94 |
| 03/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,059,529.87 |
| 03/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 359,241.65 |
| 03/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 1,979,038.59 |
| 03/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 818,064.07 |
| 03/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 662,288.63 |
| 03/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 845,530.73 |
| 03/24 | WIRE REF# 20230324-00004972 DBT ACCT:  XXXXXXXXX0783 | 7,500,000.00 |
| 03/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 2,320,016.68 |
| 03/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 859,831.08 |
| 03/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 685,838.98 |
| 03/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 527,226.95 |
| 03/31 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0000247619089 | 500,941.67 |
| 03/31 | INTEREST PAYMENT | 774.64 |

Total deposits, credits and interest                = $41,131,256.05

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

   Fraud Management
   P.O. Box 1014
   Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

   Card and Direct to Consumer Lending
   PO Box 200
   Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC