
999-99-99-99 40386  0 C 001 30 S  66 002
VITAL PHARMACEUTICALS INC
OPERATING ACCT
1600 N PARK DR
WESTON FL  33326-3278

# Your account statement
For 03/31/2023

## Contact us

 Truist.com

(844) 4TRUIST or
(844) 487-8478

---

■ COMMERCIAL INTEREST CHECKING          9089

### Account summary

| | |
|---|---:|
| Your previous balance as of 02/28/2023 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 18,249,669.77 |
| Deposits, credits and interest | + 18,249,669.77 |
| Your new balance as of 03/31/2023 | = $0.00 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $0.00 |
| 2023 interest paid year-to-date | $0.00 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 616,429.25 |
| 03/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 72,540.51 |
| 03/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 1,166,017.27 |
| 03/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 388,635.48 |
| 03/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 487,638.74 |
| 03/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 439,929.56 |
| 03/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 588,936.01 |
| 03/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 1,205,015.56 |
| 03/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 283,415.64 |
| 03/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 1,384,916.32 |
| 03/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 703,088.66 |
| 03/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 293,882.32 |
| 03/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 1,059,529.87 |
| 03/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 359,241.65 |
| 03/21 | SERVICE CHARGES - PRIOR PERIOD | 1,675.55 |
| 03/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 1,979,038.59 |
| 03/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 818,064.07 |
| 03/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 662,288.63 |
| 03/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 845,530.73 |
| 03/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 2,320,016.68 |
| 03/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 859,831.08 |
| 03/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 685,838.98 |
| 03/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 527,226.95 |
| 03/31 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      7174 | 500,941.67 |
| **Total other withdrawals, debits and service charges** | | **= $18,249,669.77** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000663551 | 27,104.00 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▉▉▉▉▉9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | SGF    WIL FISCHER DIST VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 32,845.68 |
| 03/01 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 41,751.26 |
| 03/01 | KCK    WIL FISCHER DIST VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 72,414.16 |
| 03/01 | PAYMENTS    WALGREENCO VPX REDLINE CUSTOMER ID 2001175440 | 126,183.12 |
| 03/01 | LOCKBOX DEPOSIT    628727 | 316,131.03 |
| 03/02 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 8,643.60 |
| 03/02 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 9,018.95 |
| 03/02 | LOCKBOX DEPOSIT    628727 | 18,763.88 |
| 03/02 | CORP PAY    SESS OPERATING VPX/REDLINE CUSTOMER ID | 36,114.08 |
| 03/03 | REMOTE DEPOSIT | 6,308.71 |
| 03/03 | AP EXPENSE HEIDELBERG TOL 4587 VITAL PHARMACEUTICALS | 19,976.32 |
| 03/03 | REMOTE DEPOSIT | 23,270.90 |
| 03/03 | AP EXPENSE DE CRESCENTE DIS 7950 VITAL PHARMACEUTICALS | 28,138.48 |
| 03/03 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 31,309.04 |
| 03/03 | PAYABLES    ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 31,693.20 |
| 03/03 | LOCKBOX DEPOSIT    628727 | 38,031.84 |
| 03/03 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11012512840 | 42,641.76 |
| 03/03 | CORP PAY    HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 43,837.00 |
| 03/03 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 61,465.60 |
| 03/03 | INCOMING WIRE TRANSFER WIRE REF# 20230303-00009766 | 79,497.60 |
| 03/03 | PAYABLES    NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 82,978.56 |
| 03/03 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 124,467.84 |
| 03/03 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11012533245 | 129,360.00 |
| 03/03 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals  CUSTOMER ID 6N11Z15MS97TB2G | 205,277.21 |
| 03/03 | REMOTE DEPOSIT | 217,763.21 |
| 03/06 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11012573509 | 3,457.44 |
| 03/06 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 10,689.84 |
| 03/06 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 18,549.83 |
| 03/06 | Bang ACH 3 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 26,122.88 |
| 03/06 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000664056 | 50,820.00 |
| 03/06 | LOCKBOX DEPOSIT    628727 | 90,431.12 |
| 03/06 | PY03/03/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 91,459.92 |
| 03/06 | PAYMENTS    WALGREENCO VPX REDLINE CUSTOMER ID 2001207420 | 97,104.45 |
| 03/07 | PAYMENTS    AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 03/07 | Bang ACH 3 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 7,106.96 |
| 03/07 | PAYMENTS    WALGREENCO VPX REDLINE CUSTOMER ID 2001214766 | 10,470.63 |
| 03/07 | REMOTE DEPOSIT | 10,476.89 |
| 03/07 | REMOTE DEPOSIT | 15,432.29 |
| 03/07 | REMOTE DEPOSIT | 26,564.27 |
| 03/07 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 31,309.04 |
| 03/07 | INCOMING WIRE TRANSFER WIRE REF# 20230307-00004180 | 44,940.56 |
| 03/07 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 69,101.42 |
| 03/07 | INCOMING WIRE TRANSFER WIRE REF# 20230307-00022422 | 89,553.34 |
| 03/07 | LOCKBOX DEPOSIT    628727 | 182,683.34 |
| 03/08 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 909453 | 23,833.89 |
| 03/08 | ACH      BILLS DISTRIBUTI XVPX VPX | 32,730.76 |
| 03/08 | Inv-146094 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 32,810.10 |
| 03/08 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 41,489.28 |
| 03/08 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025TWLAPQNFWSKU | 64,920.68 |
| 03/08 | LOCKBOX DEPOSIT    628727 | 244,144.85 |
| 03/09 | 145211    ED F. DAVIS, Inc 8430 Vital Pharmaceuticals, | 16,757.57 |
| 03/09 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 25,604.82 |
| 03/09 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 910110 | 25,671.49 |
| 03/09 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11012975311 | 25,872.00 |
| 03/09 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 35,588.20 |
| 03/09 | LOCKBOX DEPOSIT    628727 | 459,441.93 |
| 03/10 | CORP PAY    BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 1,571.50 |
| 03/10 | Bang ACH 3 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 1,660.12 |
| 03/10 | REMOTE DEPOSIT | 2,533.82 |
| 03/10 | CORP PAY    BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 3,457.44 |
| 03/10 | CORP PAY    BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 3,457.44 |
| 03/10 | CORP PAY    BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 4,954.35 |

*continued*



■ COMMERCIAL INTEREST CHECKING ######9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/10 | REMOTE DEPOSIT | 9,100.22 |
| 03/10 | CASHCD    DANIELLJACOB0457 VITAL PHARMACEUTICALS, CUSTOMER ID VITAL PHARMACEU | 10,756.48 |
| 03/10 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000665001 | 15,284.50 |
| 03/10 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001239283 | 16,894.96 |
| 03/10 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 19,015.92 |
| 03/10 | INCOMING WIRE TRANSFER WIRE REF# 20230310-00027433 | 34,020.00 |
| 03/10 | PY03/09/23 MITCHELL REX DIS Vital Pharmaceuticals, CUSTOMER ID 007000893 | 34,344.17 |
| 03/10 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 34,382.32 |
| 03/10 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 38,223.92 |
| 03/10 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 41,074.39 |
| 03/10 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 57,771.34 |
| 03/10 | VPX        DNYDISTRIBUT1481 VPX  CUSTOMER ID | 59,623.20 |
| 03/10 | INCOMING WIRE TRANSFER WIRE REF# 20230310-00019577 | 72,845.95 |
| 03/10 | PY03/08/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 156,074.50 |
| 03/10 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 180,171.04 |
| 03/10 | LOCKBOX DEPOSIT  628727 | 199,384.52 |
| 03/10 | REMOTE DEPOSIT | 208,413.46 |
| 03/13 | REMOTE DEPOSIT | 560.00 |
| 03/13 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 7,344.69 |
| 03/13 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals CUSTOMER ID 11013237145 | 8,122.31 |
| 03/13 | AchBatch   ED F. DAVIS, Inc 8430 Vital Pharmaceuticals, | 10,372.32 |
| 03/13 | LOCKBOX DEPOSIT  628727 | 23,720.88 |
| 03/13 | INCOMING WIRE TRANSFER WIRE REF# 20230313-00016590 | 28,506.24 |
| 03/13 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001251602 | 55,594.70 |
| 03/13 | AP PAYMENT DOLLAR TREE MANA 0026VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 149,194.50 |
| 03/14 | CASH DISB  BudDistBrew47 Vital Pharmaceuticals  CUSTOMER ID Bang Energy | 8,643.60 |
| 03/14 | REMOTE DEPOSIT | 12,000.00 |
| 03/14 | ACH Pmt   H. COX & SON, IN Vital Pharmaceuticals, CUSTOMER ID 11013349023 | 13,829.76 |
| 03/14 | INCOMING WIRE TRANSFER WIRE REF# 20230314-00024552 | 29,166.28 |
| 03/14 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001257295 | 29,769.40 |
| 03/14 | INCOMING WIRE TRANSF SYS WIRE REF# 20230314-00018085 | 33,199.00 |
| 03/14 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 38,608.08 |
| 03/14 | DEPOSIT  628727 | 1,219,700.20 |
| 03/15 | VITAL PHRM EARLSMITHDIS4364 VITAL PHARMACEUTICALS  CUSTOMER ID | 4,687.66 |
| 03/15 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 6,421.45 |
| 03/15 | VPX 145543 RESORT BEVERAGE Vital Pharmaceuticals CUSTOMER ID 145543 | 20,476.45 |
| 03/15 | LOCKBOX DEPOSIT  628727 | 72,838.28 |
| 03/15 | AP PAYMENT DOLLAR TREE MANA 0021VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 176,388.70 |
| 03/15 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID       310562 | 182,556.59 |
| 03/15 | REMOTE DEPOSIT | 239,719.53 |
| 03/16 | SGF        WIL FISCHER DIST VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 6,914.88 |
| 03/16 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11013632163 | 19,992.00 |
| 03/16 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 639399454 | 25,692.10 |
| 03/16 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 929909 | 31,785.89 |
| 03/16 | REMOTE DEPOSIT | 33,750.54 |
| 03/16 | REMOTE DEPOSIT | 34,788.79 |
| 03/16 | LOCKBOX DEPOSIT  628727 | 34,989.29 |
| 03/16 | PY031623   Capitol Beverage ITAL VITAL PHARMACEUTICALS | 105,968.83 |
| 03/17 | PRODUCT    A & B DISTRIBUTI 2550 VITAL PHARMACEUTICALS | 3,457.44 |
| 03/17 | ToVPX/Bang LUDWIG DISTRIBUT 4425 Bang | 3,457.44 |
| 03/17 | PAYABLES   HOFFMAN BEVERAGE BANG ENERGY  CUSTOMER ID VPX101 | 11,825.19 |
| 03/17 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 14,021.84 |
| 03/17 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001285417 | 16,837.41 |
| 03/17 | INCOMING WIRE TRANSFER WIRE REF# 20230317-00026315 | 19,015.92 |
| 03/17 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 26,693.06 |
| 03/17 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals CUSTOMER ID 7A17KFFP2PS3EG6 | 28,855.64 |
| 03/17 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000665787 | 29,029.00 |
| 03/17 | CASHCD    DANIELLJACOB0457 VITAL PHARMACEUTICALS, CUSTOMER ID VITAL PHARMACEU | 35,918.96 |
| 03/17 | CREDITS   UB DIST AP2723 0130 VITAL PHARMACEUTICALS | 46,430.51 |

*continued*

- COMMERCIAL INTEREST CHECKING ▮▮▮▮▮▮9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/17 | LOCKBOX DEPOSIT  628727 | 65,450.88 |
| 03/17 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 113,176.28 |
| 03/17 | CORP PAY  HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 146,066.48 |
| 03/17 | AP PAYMENT DOLLAR TREE MANA 0043VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 499,293.82 |
| 03/20 | REMOTE DEPOSIT | 210.00 |
| 03/20 | ACH ITEM   SOUND BEVERAGE D Vital Pharmaceuticals CUSTOMER ID Bang | 1,728.72 |
| 03/20 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 7,635.60 |
| 03/20 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000666016 | 16,940.00 |
| 03/20 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001532943032 | 19,627.35 |
| 03/20 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 47,740.49 |
| 03/20 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001298920 | 53,733.10 |
| 03/20 | LOCKBOX DEPOSIT  628727 | 76,160.30 |
| 03/20 | PAYMENT    IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 135,466.09 |
| 03/21 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 197780 | 38,416.00 |
| 03/21 | AP PAYMENT DOLLAR TREE MANA 0013VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 72,546.97 |
| 03/21 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 174,862.08 |
| 03/21 | LOCKBOX DEPOSIT  628727 | 793,510.71 |
| 03/21 | INCOMING WIRE TRANSFER WIRE REF# 20230321-00024026 | 901,378.38 |
| 03/22 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000666392 | 28,897.00 |
| 03/22 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID        310562 | 117,571.25 |
| 03/22 | INCOMING WIRE TRANSFER WIRE REF# 20230322-00019254 | 138,421.81 |
| 03/22 | LOCKBOX DEPOSIT  628727 | 533,174.01 |
| 03/23 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 03/23 | REMOTE DEPOSIT | 3,352.85 |
| 03/23 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 3,672.35 |
| 03/23 | REMOTE DEPOSIT | 4,137.50 |
| 03/23 | CASHCD    SERENA A KIRCH01 VITAL PHARMACEUTICALS  CUSTOMER ID | 23,436.91 |
| 03/23 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 24,379.03 |
| 03/23 | LOCKBOX DEPOSIT  628727 | 38,223.92 |
| 03/23 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 40,694.07 |
| 03/23 | PY032323   Capitol Beverage ITAL VITAL PHARMACEUTICALS | 41,489.28 |
| 03/23 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11014201762 | 64,444.80 |
| 03/23 | ACH       BILLS DISTRIBUTI XVPX VPX | 69,840.19 |
| 03/23 | AP PAYMENT DOLLAR TREE MANA 0012VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 89,616.84 |
| 03/23 | REMOTE DEPOSIT | 119,856.71 |
| 03/23 | INCOMING WIRE TRANSFER WIRE REF# 20230323-00010483 | 139,144.18 |
| 03/24 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals CUSTOMER ID BD1FVX5RKA4BLKS | 1,338.25 |
| 03/24 | VITAL PHRM EARLSMITHDIS4364 VITAL PHARMACEUTICALS  CUSTOMER ID | 8,643.60 |
| 03/24 | PAYABLES   HOFFMAN BEVERAGE BANG ENERGY  CUSTOMER ID VPX101 | 19,592.16 |
| 03/24 | PY03/23/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 24,484.07 |
| 03/24 | LOCKBOX DEPOSIT  628727 | 26,035.57 |
| 03/24 | ACH ITEM   SOUND BEVERAGE D Vital Pharmaceuticals CUSTOMER ID Bang | 30,031.29 |
| 03/24 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 30,418.41 |
| 03/24 | PRODUCT    A & B DISTRIBUTI 2550 VITAL PHARMACEUTICALS | 32,269.44 |
| 03/24 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11014236587 | 39,184.32 |
| 03/24 | PY03/23/23 EAGLE MEMPHIS A100 VITAL PHARMACEUTICALS, | 42,215.34 |
| 03/24 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 46,099.20 |
| 03/24 | CORP PAY  HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 77,984.48 |
| 03/24 | PY03/21/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 124,467.84 |
| 03/24 | PAYABLES   Silver Eagle Dis 0000VITAL PHARMACEUT  CUSTOMER ID V13915 | 342,766.76 |
| 03/27 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001552993702 | 464.51 |
| 03/27 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001552317242 | 769.16 |
| 03/27 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 882.20 |
| 03/27 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001347676 | 5,848.21 |
| 03/27 | REMOTE DEPOSIT | 14,694.12 |
| 03/27 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 14,988.72 |
| 03/27 | LOCKBOX DEPOSIT  628727 | 19,402.86 |
| 03/27 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 25,788.33 |
| 03/27 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 641043676 | 36,202.30 |
| 03/27 | payment    TURNER BEVERAGE Vital Pharmaceutical CUSTOMER ID | 36,575.03 |
| 03/27 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 38,031.84 |
| 03/27 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 937147 | 42,215.34 |

*continued*


■ COMMERCIAL INTEREST CHECKING        9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/27 | Billing   WESTERN DISTRIBU VPX VITAL PHARMACEUTIC  CUSTOMER ID | 58,220.54 |
| 03/27 | INCOMING WIRE TRANSFER WIRE REF# 20230327-00013978 | 63,726.00 |
| 03/27 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11014390087 | 194,040.00 |
| 03/27 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001551661102 | 1,768,167.52 |
| 03/28 | REMOTE DEPOSIT | 2,228.78 |
| 03/28 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001554554412 | 2,382.52 |
| 03/28 | Bang ACH 3 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 35,534.80 |
| 03/28 | CORP PAY  BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 41,489.28 |
| 03/28 | AP PAYMENT DOLLAR TREE MANA 0021VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 123,756.60 |
| 03/28 | PAYMENT   GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 230,496.00 |
| 03/28 | LOCKBOX DEPOSIT  628727 | 423,943.10 |
| 03/29 | PAYMENTS  WALGREENCO VPX REDLINE  CUSTOMER ID 2001366709 | 879.79 |
| 03/29 | REMOTE DEPOSIT | 11,556.16 |
| 03/29 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11014681522 | 25,636.80 |
| 03/29 | REMOTE DEPOSIT | 38,147.76 |
| 03/29 | LOCKBOX DEPOSIT  628727 | 609,618.47 |
| 03/30 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001556845712 | 18.76 |
| 03/30 | LOCKBOX DEPOSIT  628727 | 770.41 |
| 03/30 | ToVPX/Bang LUDWIG DISTRIBUT 5907 Bang | 5,403.66 |
| 03/30 | REMOTE DEPOSIT | 14,080.39 |
| 03/30 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11014810926 | 17,315.18 |
| 03/30 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 23,162.08 |
| 03/30 | Inv-147022 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 40,003.65 |
| 03/30 | REMOTE DEPOSIT | 96,455.21 |
| 03/30 | AP PAYMENT DOLLAR TREE MANA 0038VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 330,017.61 |
| 03/31 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001558145222 | 168.84 |
| 03/31 | PAYMENTS  WALGREENCO VPX REDLINE  CUSTOMER ID 2001384452 | 4,586.41 |
| 03/31 | CORP PAY  HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 23,386.00 |
| 03/31 | STJ       WIL FISCHER DIS VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 27,659.52 |
| 03/31 | PAYABLES  ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 32,069.22 |
| 03/31 | PY03/30/23 EAGLE MEMPHIS A100 VITAL PHARMACEUTICALS, | 33,432.58 |
| 03/31 | CORP PAY  BUDBUSCH MOB VITAL PHARMACEUTICALS, CUSTOMER ID | 38,608.08 |
| 03/31 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 41,074.39 |
| 03/31 | TRISTAR   HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 108,909.36 |
| 03/31 | LOCKBOX DEPOSIT  628727 | 191,047.27 |

Total deposits, credits and interest                                            = $18,249,669.77



## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC