VITAL PHARMACEUTICALS INC   |   Account # ███████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/24/23 | Deposit | | 813106452965849 | 168.50 |
| 03/24/23 | Western Refining DES:EDI PAYMTS ID:2000009631 INDN:Vital Pharmaceut     CO ID:1009089857 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906682011064297 | 158.85 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595495 | 155.01 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595590 | 151.75 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252574381 | 142.00 |
| 03/24/23 | Deposit | | 813104452604261 | 138.52 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650688 | 138.00 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650399 | 136.45 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252603073 | 135.76 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252572977 | 134.50 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650405 | 132.65 |
| 03/24/23 | Deposit | | 813104452746389 | 127.75 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595493 | 125.76 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252571069 | 125.00 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595525 | 120.51 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650429 | 110.60 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252658900 | 104.65 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252603061 | 102.71 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650690 | 102.50 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252583302 | 101.50 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252578626 | 90.60 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650506 | 88.40 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650707 | 84.00 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252573044 | 82.00 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252592422 | 81.31 |
| 03/24/23 | Deposit | | 813104452557914 | 77.10 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252744383 | 74.00 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252592507 | 69.60 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252650694 | 54.75 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252585813 | 42.01 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595679 | 40.20 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595588 | 40.01 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252744378 | 40.01 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC  |  Account # ███████7879  |  March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 03/24/23 | Deposit | | 813104452918571 | 36.50 |
| 03/24/23 | Preencoded Deposit | 0000000001 | 813108252595683 | 14.35 |
| 03/27/23 | Publix Super Mar DES:PAYMENTS   ID:2007237092 INDN:VITAL PHARMACEUTICALS   CO ID:3006922009 CCD  PMT INFO:TRN*1*2007237092*3006922009\ | | 906683014376640 | 69,393.72 |
| 03/27/23 | Lockbox Deposit | 0000745429 | 813100097033358 | 6,956.95 |
| 03/27/23 | 7-ELEVEN INC.   DES:PAYMENT    ID:4969893 INDN:VITAL PHARMACEUTICALS   CO ID:1751085131 CCD  PMT INFO:RMR*IV********24-MAR-23*5654.3 | | 906683021007154 | 5,654.30 |
| 03/27/23 | NEXCOM WORLDWIDE DES:AP PAYMENT ID:0008051759  INDN:VPX SPORTS          CO ID:1111644854 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906683014438847 | 1,863.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352148261 | 1,257.40 |
| 03/27/23 | EGAmerica PMD   DES:PAYMENT   ID:52018633 INDN:Vital.Pharmaceutic      CO ID:3202635739 CCD | | 906683021473268 | 1,224.00 |
| 03/27/23 | LOVES TRAVEL STO DES:PAYMENTS ID:010012000035503  INDN:Vital Pharmaceuticals CO ID:9000395603 CCD | | 906683021085153 | 1,024.56 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352039758 | 959.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352018211 | 882.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352026423 | 826.96 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252962922 | 774.52 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252892463 | 731.16 |
| 03/27/23 | RACETRAC, INC.   DES:VENDORPAY ID:312621 INDN:VITAL PHARMACEUTICALS,  CO ID:2630642959 CCD  PMT INFO:3170000154-0323*3064001098-0323*2962 0020 61-0223*3170000334-REB-0323*3064001205-\ | | 906683020003990 | 703.46 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252962844 | 698.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352005902 | 688.50 |
| 03/27/23 | 7-Eleven BE 140  DES:VENDPMT    ID:50146 INDN:Vital Pharmaceuticals   CO ID:2751085131 CCD | | 906683020285231 | 653.05 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352005770 | 626.40 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ▮▮▮▮▮7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904127 | 599.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252913059 | 596.21 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352157477 | 573.20 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252893421 | 544.57 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097326 | 524.49 |
| 03/27/23 | Deposit | | 813104652145512 | 504.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352026042 | 502.80 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252952188 | 487.30 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097076 | 473.97 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352148167 | 458.90 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107523 | 457.32 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904181 | 451.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352039860 | 442.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097443 | 426.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907631 | 407.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352089082 | 399.83 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904123 | 384.63 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107677 | 369.83 |
| 03/27/23 | CHEVRON 0966    DES:PO/REMIT   ID:0024064225 INDN:VITAL PHARMACEUT        CO ID:3783296114 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906682005624471 | 356.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252913056 | 350.31 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904130 | 346.31 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904216 | 338.26 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352018749 | 328.30 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907604 | 311.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097293 | 306.70 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907706 | 300.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097478 | 282.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352165700 | 282.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097473 | 276.08 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252941394 | 271.00 |
| 03/27/23 | Deposit | | 813104652444360 | 267.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352005932 | 263.75 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC   |   Account # ■■■■■7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097382 | 247.49 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252913141 | 238.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352005724 | 234.17 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252941384 | 219.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097274 | 219.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252970925 | 218.83 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097081 | 213.00 |
| 03/27/23 | Deposit | | 813104552758356 | 204.60 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097320 | 204.60 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252894408 | 202.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252896627 | 198.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907586 | 196.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252955887 | 187.55 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252897748 | 186.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097420 | 186.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907680 | 183.51 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252899852 | 180.73 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252894418 | 179.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252904133 | 173.51 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096809 | 171.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252978824 | 170.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107525 | 168.76 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907628 | 167.26 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107461 | 165.61 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352026593 | 165.05 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907717 | 158.01 |
| 03/27/23 | Deposit | | 813106552085295 | 156.57 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252962934 | 153.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352018291 | 150.10 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252893424 | 145.50 |
| 03/27/23 | Deposit | | 813104652481563 | 140.80 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352046311 | 139.20 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ■■■■■■■7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096987 | 139.04 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096872 | 136.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096998 | 133.28 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352026558 | 131.95 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097404 | 130.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097021 | 127.75 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096862 | 127.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252955865 | 124.70 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097060 | 123.99 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096893 | 123.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252970932 | 122.05 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252892468 | 122.00 |
| 03/27/23 | Deposit | | 813104552758352 | 119.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252892481 | 117.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252895455 | 116.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252962932 | 110.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097003 | 104.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097013 | 102.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107562 | 101.01 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252894410 | 96.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352148012 | 94.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352130890 | 88.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352148006 | 88.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252907606 | 87.36 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352157487 | 86.40 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252955861 | 86.25 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107595 | 85.25 |
| 03/27/23 | Deposit | | 813104552758354 | 82.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252941399 | 80.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352046313 | 78.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252915475 | 74.26 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252955880 | 67.21 |
| 03/27/23 | Deposit | | 813104652290488 | 66.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352018289 | 63.30 |

*continued on the next page*



# BANK OF AMERICA

**Your checking account**

VITAL PHARMACEUTICALS INC   |   Account # ███████7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107697 | 58.46 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252915458 | 52.76 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352107673 | 52.34 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097460 | 51.00 |
| 03/27/23 | Deposit | | 813104552907039 | 41.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252955859 | 40.20 |
| 03/27/23 | Deposit | | 813104652087160 | 36.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252897693 | 36.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352096967 | 28.23 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252896631 | 20.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097260 | 20.50 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252897751 | 17.00 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252978826 | 16.06 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097418 | 6.72 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097299 | 3.34 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108352097400 | 3.29 |
| 03/27/23 | Preencoded Deposit | 0000000001 | 813108252941374 | 0.08 |
| 03/28/23 | Lockbox Deposit | 0000745429 | 813100097029916 | 39,031.76 |
| 03/28/23 | RACETRAC, INC.   DES:VENDORPAY  ID:312621 INDN:VITAL PHARMACEUTICALS,  CO ID:2630642959 CCD  PMT INFO:3051001403-0323*2184003735-0323*2598 0029 53-0323*2962002580-0323*2552004428-0323\ | | 906686026999492 | 26,084.50 |
| 03/28/23 | GROCERY OUTLET I DES:INVOICE ID:000000000220390  INDN:VITAL PHARMACEUT CO ID:6941513561 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906686027351904 | 7,586.20 |
| 03/28/23 | 7-ELEVEN INC.   DES:PAYMENT   ID:4975295 INDN:VITAL PHARMACEUTICALS   CO ID:1751085131 CCD  PMT INFO:RMR*IV********27-MAR-23*3677.55 | | 906686031400656 | 3,677.55 |
| 03/28/23 | 7-ELEVEN INC.   DES:PAYMENT   ID:4975129 INDN:VITAL PHARMACEUTICALS   CO ID:1751085131 CCD  PMT INFO:RMR*IV********27-MAR-23*2691.8 | | 906686031400654 | 2,691.80 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352341053 | 2,278.50 |

*continued on the next page*

VITAL PHARMACEUTICALS INC  |  Account # ■■■■■7879  |  March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/28/23 | WINCO FOODS    DES:PAYMENT   ID:   4013<br>INDN:VPX SPORTS          CO ID:1200602784 PPD | | 906686027461291 | 1,043.90 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352467104 | 1,003.12 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329401 | 970.90 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329188 | 882.50 |
| 03/28/23 | Deposit | | 813104752071948 | 843.80 |
| 03/28/23 | Deposit | | 813104652818249 | 688.75 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352320936 | 653.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282240 | 633.13 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352445746 | 619.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352280008 | 440.75 |
| 03/28/23 | Deposit | | 813104752305422 | 440.40 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352356038 | 439.25 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352341578 | 435.40 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352271739 | 424.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329411 | 421.20 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275810 | 414.76 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352299693 | 409.20 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329004 | 379.80 |
| 03/28/23 | Deposit | | 813104652685764 | 356.34 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275830 | 338.31 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282121 | 332.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352271769 | 323.16 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275833 | 322.01 |
| 03/28/23 | Deposit | | 813104652902049 | 321.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352368632 | 303.85 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275823 | 303.31 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352299690 | 300.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352289453 | 295.64 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282224 | 285.30 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275818 | 278.18 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352320930 | 277.10 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352274051 | 271.75 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275828 | 268.76 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352392176 | 265.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352467028 | 260.00 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC  |  Account # ■■■■■■7879  |  March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329185 | 241.05 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275909 | 231.00 |
| 03/28/23 | Deposit | | 813106552178026 | 223.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275815 | 223.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352456151 | 211.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352340779 | 209.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275820 | 201.00 |
| 03/28/23 | Prime Express Gr DES:Bill.com ID:025JYMOAIQGIDAK INDN:Vital Pharmaceuticals, CO ID:1204895317 CCD  PMT INFO:Prime Express Group Bill.com 025JYMOAIQG  IDAK Inv #W-25385275 | | 906686031608430 | 189.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352274039 | 186.83 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282119 | 185.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352280010 | 176.01 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352598328 | 166.80 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352272321 | 165.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352274022 | 159.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352299565 | 151.01 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352286228 | 148.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352456160 | 146.80 |
| 03/28/23 | Deposit | | 813104652641237 | 145.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352271751 | 140.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352281914 | 138.93 |
| 03/28/23 | Deposit | | 813104652675668 | 138.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352271749 | 135.58 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352356030 | 127.60 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352274016 | 127.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352329180 | 123.33 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282069 | 123.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352340604 | 122.01 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282193 | 119.35 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282202 | 117.50 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352274062 | 116.25 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ▓▓▓▓▓▓7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275874 | 112.01 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352320946 | 95.60 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282191 | 91.25 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275876 | 90.26 |
| 03/28/23 | Deposit | | 813104652846227 | 86.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352279986 | 74.01 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352456177 | 69.40 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275813 | 60.51 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275808 | 59.76 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352279988 | 54.51 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352275826 | 50.31 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352355107 | 35.00 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282213 | 34.10 |
| 03/28/23 | Preencoded Deposit | 0000000001 | 813108352282226 | 9.91 |
| 03/29/23 | WAWAAP       DES:WAWA ACH  ID: INDN:VITAL PHARMACEUTICALS,  CO ID:2210515330 CCD | | 906687017659738 | 41,094.00 |
| 03/29/23 | Lockbox Deposit | 0000745429 | 813100097029555 | 5,326.42 |
| 03/29/23 | RACETRAC, INC.   DES:VENDORPAY ID:312621 INDN:VITAL PHARMACEUTICALS,  CO ID:2630642959 CCD  PMT INFO:2430003334-0323*2523003908-0323*3192 0000 58-0323*2963001606-0323*3163000861-0323\ | | 906687019698708 | 4,967.03 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669174 | 2,865.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685451 | 1,097.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352702715 | 882.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352684881 | 856.25 |
| 03/29/23 | EGAmerica PMD   DES:PAYMENT   ID:52018903 INDN:Vital.Pharmaceutic     CO ID:3202635739 CCD | | 906687024167323 | 855.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352821442 | 797.28 |
| 03/29/23 | CHEVRON 0966    DES:PO/REMIT  ID:0024066317 INDN:VITAL PHARMACEUT     CO ID:3783296114 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906686017256863 | 773.40 |
| 03/29/23 | WINCO FOODS    DES:PAYMENT   ID:  4013 INDN:VPX SPORTS        CO ID:1200602784 PPD | | 906687019918055 | 727.60 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352616160 | 706.50 |
| 03/29/23 | Deposit | | 813104752919092 | 695.60 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352702910 | 667.40 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC   |   Account #  ███████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|--------------------|--------|
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653992 | 647.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669538 | 635.25 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352755306 | 620.20 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685357 | 618.55 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801628 | 610.79 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352811679 | 602.61 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352684845 | 600.10 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352667844 | 592.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669305 | 591.90 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352702832 | 589.39 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653493 | 588.22 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685515 | 587.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352880783 | 567.80 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801308 | 557.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801656 | 552.00 |
| 03/29/23 | Deposit | | 813104752415629 | 550.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669493 | 529.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801660 | 519.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352710672 | 517.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352684888 | 492.40 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352649186 | 471.51 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352668897 | 458.90 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352717618 | 458.10 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801744 | 437.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685506 | 433.51 |
| 03/29/23 | Deposit | | 813104752616802 | 422.50 |
| 03/29/23 | Deposit | | 813104852076498 | 408.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669475 | 405.85 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801328 | 396.82 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801640 | 384.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352820747 | 375.21 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801420 | 373.00 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ████████7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801305 | 366.92 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685462 | 359.61 |
| 03/29/23 | Deposit | | 813106552276561 | 357.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352684998 | 348.60 |
| 03/29/23 | Deposit | | 813104752598258 | 347.44 |
| 03/29/23 | Deposit | | 813104752698217 | 345.94 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653629 | 337.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352811726 | 334.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801315 | 330.25 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352649194 | 323.41 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801723 | 315.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685508 | 314.46 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669506 | 301.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653849 | 300.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352616153 | 297.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653644 | 295.76 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685455 | 280.26 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669442 | 277.35 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669487 | 276.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352748964 | 269.10 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669367 | 264.20 |
| 03/29/23 | Deposit | | 813104752416704 | 262.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685499 | 258.51 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653802 | 240.01 |
| 03/29/23 | Deposit | | 813104752830791 | 232.74 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352702666 | 232.56 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352710462 | 224.61 |
| 03/29/23 | Deposit | | 813104752736349 | 221.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669468 | 219.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669508 | 219.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801800 | 219.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352811711 | 217.51 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352622555 | 216.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352619438 | 213.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669460 | 213.00 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC   |   Account #  ████████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352763190 | 211.80 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685504 | 208.86 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352616097 | 208.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685312 | 194.15 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801788 | 188.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669517 | 187.42 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669472 | 185.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801755 | 182.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801647 | 178.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653607 | 170.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669360 | 169.90 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653642 | 165.25 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801804 | 161.75 |
| 03/29/23 | Deposit | | 813104752598256 | 160.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685513 | 158.51 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352616156 | 152.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352649191 | 149.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352703101 | 149.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352763127 | 147.80 |
| 03/29/23 | NEXCOM WORLDWIDE DES:AP PAYMENT ID:0008052475 INDN:VPX SPORTS         CO ID:1111644854 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906687015544476 | 138.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653640 | 136.40 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653621 | 130.76 |
| 03/29/23 | Deposit | | 813104752737500 | 129.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352619468 | 129.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801706 | 123.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352649254 | 122.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801699 | 119.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685501 | 118.95 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352619444 | 109.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801677 | 109.50 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ████████7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685340 | 105.90 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669519 | 99.33 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352621040 | 97.50 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669470 | 92.50 |
| 03/29/23 | Deposit | | 813104752705969 | 88.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685518 | 88.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352668884 | 88.40 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685460 | 85.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352622559 | 82.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653497 | 73.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352616158 | 71.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653491 | 70.01 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352801739 | 63.52 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352749069 | 61.97 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352653648 | 60.51 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352621095 | 59.25 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352668895 | 56.55 |
| 03/29/23 | Deposit | | 813104752525607 | 54.75 |
| 03/29/23 | Deposit | | 813104752685279 | 54.75 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352649189 | 54.51 |
| 03/29/23 | Deposit | | 813104752786199 | 41.00 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352702830 | 35.70 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352669379 | 33.30 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685597 | 17.08 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352755315 | 15.60 |
| 03/29/23 | Preencoded Deposit | 0000000001 | 813108352685542 | 12.50 |
| 03/30/23 | RACETRAC, INC.   DES:VENDORPAY  ID:312621 INDN:VITAL PHARMACEUTICALS,  CO ID:2630642959 CCD  PMT INFO:2451005442-0423*2514004091-0423*3163 0008 64-0423*2492005014-0423*2552004468-0423\ | | 906688022969752 | 4,342.90 |
| 03/30/23 | Lockbox Deposit | 0000745429 | 813100097043762 | 3,835.50 |
| 03/30/23 | 7-ELEVEN INC.   DES:PAYMENT    ID:4984893 INDN:VITAL PHARMACEUTICALS   CO ID:1751085131 CCD  PMT INFO:RMR*IV********29-MAR-23*3812.9 | | 906688029002933 | 3,812.90 |
| 03/30/23 | WINCO FOODS   DES:PAYMENT   ID:  4013 INDN:VPX SPORTS       CO ID:1200602784 PPD | | 906688023345323 | 1,673.00 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC   |   Account # ███████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975793 | 1,310.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352985723 | 1,104.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352943895 | 987.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452030017 | 879.45 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004543 | 842.00 |
| 03/30/23 | Deposit | | 813104852326659 | 808.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975439 | 793.60 |
| 03/30/23 | Deposit | | 813104852772385 | 785.30 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352916263 | 758.76 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352923948 | 716.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352943512 | 711.77 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975722 | 705.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352932944 | 696.02 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352921309 | 668.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015608 | 647.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352952252 | 637.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975436 | 575.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352908406 | 572.45 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352918226 | 563.65 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975856 | 560.30 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452021013 | 555.90 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352936532 | 549.91 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452045212 | 525.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352942846 | 505.10 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066273 | 501.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452045073 | 491.40 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352918230 | 481.31 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352952262 | 479.86 |
| 03/30/23 | Deposit | | 813104852708299 | 479.40 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015199 | 477.15 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352965051 | 473.40 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352942821 | 469.86 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959639 | 462.60 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ■■■■■■7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959636 | 459.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352918210 | 452.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015109 | 438.23 |
| 03/30/23 | CHEVRON 0966    DES:PO/REMIT  ID:0024067315 INDN:VITAL PHARMACEUT      CO ID:3783296114 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906687012940359 | 429.70 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352932941 | 429.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352915236 | 425.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452054382 | 423.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352942799 | 397.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959670 | 378.55 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352916258 | 375.31 |
| 03/30/23 | LOVES TRAVEL STO DES:PAYMENTS ID:010012000037060  INDN:Vital Pharmaceuticals CO ID:9000395603 CCD | | 906688029403734 | 374.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004547 | 373.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352924015 | 371.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352928549 | 364.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352924020 | 356.76 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959385 | 351.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352936644 | 350.31 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066521 | 346.78 |
| 03/30/23 | Deposit | | 813106552322901 | 343.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352921313 | 337.81 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996474 | 324.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975854 | 316.20 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352942850 | 305.84 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452036558 | 304.47 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352928846 | 299.82 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352932818 | 298.49 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066344 | 295.73 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066286 | 294.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066346 | 287.47 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452078751 | 286.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004600 | 285.19 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004659 | 268.83 |

*continued on the next page*



**Your checking account**

VITAL PHARMACEUTICALS INC  |  Account # ███████7879  |  March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066360 | 267.83 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015224 | 265.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452021221 | 251.20 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066294 | 239.33 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352932939 | 232.50 |
| 03/30/23 | Deposit | | 813104852541466 | 232.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352943509 | 230.01 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959694 | 227.70 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066358 | 225.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352918213 | 221.31 |
| 03/30/23 | Deposit | | 813104852856856 | 219.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066484 | 219.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975843 | 215.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996419 | 215.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452036687 | 208.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452054399 | 208.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352915288 | 205.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004641 | 204.60 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004624 | 203.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352975831 | 203.10 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996529 | 199.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066482 | 198.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066367 | 196.37 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015221 | 193.85 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004645 | 181.04 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352952257 | 177.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066467 | 177.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352916225 | 176.91 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352952548 | 176.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452021194 | 176.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452030014 | 169.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996541 | 166.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996404 | 166.65 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ███████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352923998 | 165.26 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352916261 | 165.06 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352943526 | 158.46 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352928835 | 157.83 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352942797 | 157.01 |
| 03/30/23 | Deposit | | 813104852220076 | 149.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352915274 | 143.50 |
| 03/30/23 | Counter Credit | | 813106552370166 | 138.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352936758 | 136.26 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352915314 | 132.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352928632 | 130.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452036606 | 125.75 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352913516 | 125.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015219 | 124.99 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352916223 | 113.76 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352959697 | 113.10 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066478 | 108.03 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996383 | 105.60 |
| 03/30/23 | Deposit | | 813104852772383 | 95.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452045127 | 88.40 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352911762 | 86.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352932957 | 74.51 |
| 03/30/23 | Deposit | | 813106552323923 | 71.25 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352924018 | 60.51 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452015383 | 58.30 |
| 03/30/23 | Deposit | | 813104852375929 | 55.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452004598 | 51.00 |
| 03/30/23 | Deposit | | 813104852154062 | 43.00 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108452066511 | 36.50 |
| 03/30/23 | Preencoded Deposit | 0000000001 | 813108352996534 | 16.79 |
| 03/31/23 | CF UNITED LLC   DES:AP APRO B  ID:511810 INDN:VPX-DISTRIBUTING      CO ID:7364774923 CCD | | 906689018826025 | 4,852.80 |

*continued on the next page*

 **BANK OF AMERICA**

## Your checking account

VITAL PHARMACEUTICALS INC   |   Account #  ███████7879   |   March 1, 2023 to March 31, 2023

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 03/31/23 | RACETRAC, INC.   DES:VENDORPAY  ID:312621 INDN:VITAL PHARMACEUTICALS,  CO ID:2630642959 CCD  PMT INFO:3023001576VR-0423*2693005698-0423*29 1900 0819-0423*3170000449-0423*2587005258-04\ | | 906689013541871 | 4,031.80 |
| 03/31/23 | 7-ELEVEN INC.   DES:PAYMENT     ID:4986892 INDN:VITAL PHARMACEUTICALS   CO ID:1751085131 CCD  PMT INFO:RMR*IV*******30-MAR-23*1922.45 | | 906689018550142 | 1,922.45 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452352762 | 1,757.00 |
| 03/31/23 | CHEVRON 0966   DES:PO/REMIT  ID:0024068871 INDN:VITAL PHARMACEUT      CO ID:3783296114 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906688011020868 | 1,556.60 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256205 | 1,230.00 |
| 03/31/23 | WINCO FOODS    DES:PAYMENT    ID:   4013 INDN:VPX SPORTS          CO ID:1200602784 PPD | | 906689014021673 | 1,228.59 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452369237 | 1,091.30 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452236052 | 914.51 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256410 | 722.85 |
| 03/31/23 | Deposit | | 813104952266613 | 680.80 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452224198 | 647.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243421 | 631.62 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452265673 | 629.10 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421731 | 614.00 |
| 03/31/23 | Deposit | | 813104952629685 | 531.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421274 | 477.16 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421737 | 461.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452415808 | 458.64 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452224200 | 438.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421634 | 436.11 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452226602 | 431.25 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452228312 | 421.15 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256146 | 410.25 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430654 | 408.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421647 | 407.11 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/31/23 | Deposit | | 813104952011287 | 401.75 |
| 03/31/23 | Deposit | | 813104952011284 | 399.84 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421540 | 399.52 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452320276 | 396.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452369302 | 388.30 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256422 | 382.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421301 | 374.60 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452265669 | 373.95 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421387 | 370.08 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421299 | 349.79 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452265322 | 341.76 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421512 | 329.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452415983 | 324.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243414 | 322.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421695 | 314.25 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452359500 | 311.80 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452236219 | 302.60 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421558 | 293.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452228319 | 289.23 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452236162 | 284.80 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452415811 | 275.25 |
| 03/31/23 | Deposit | | 813104952339839 | 275.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452248380 | 253.26 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452331644 | 245.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421508 | 237.25 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452359473 | 229.20 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452282446 | 228.96 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421645 | 219.00 |
| 03/31/23 | Deposit | | 813104952528281 | 217.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243418 | 204.31 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452282422 | 195.26 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430717 | 195.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256660 | 186.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256666 | 185.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452415719 | 184.65 |

*continued on the next page*

 **BANK OF AMERICA**                               <span style="color:red">**Your checking account**</span>

VITAL PHARMACEUTICALS INC  |  Account # ▮▮▮▮7879  |  March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243500 | 181.51 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243502 | 179.51 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452353064 | 176.50 |
| 03/31/23 | GROCERY OUTLET I DES:INVOICE ID:000000000221121  INDN:VITAL PHARMACEUT CO ID:6941513561 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906689018899153 | 166.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452226591 | 162.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452342530 | 157.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430927 | 156.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452342701 | 152.80 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452342075 | 147.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256154 | 146.51 |
| 03/31/23 | 03-Prohas Enterp DES:VENDPMT    ID:VPXREDLINE INDN:VITAL PHARMACEUTICALS,  CO ID:3010618890 CCD | | 902389008181024 | 142.80 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452273172 | 126.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452265768 | 123.10 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452315264 | 123.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452228327 | 114.75 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452266219 | 112.00 |
| 03/31/23 | Deposit | | 813104952181930 | 111.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430788 | 109.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421566 | 104.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452352967 | 103.71 |
| 03/31/23 | NEXCOM WORLDWIDE DES:AP PAYMENT ID:0008053387  INDN:VPX SPORTS          CO ID:1111644854 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 906689008973262 | 103.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452243412 | 102.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430707 | 97.75 |
| 03/31/23 | Deposit | | 813104952379180 | 91.25 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452359480 | 89.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430752 | 85.00 |

*continued on the next page*

VITAL PHARMACEUTICALS INC   |   Account # ███████7879   |   March 1, 2023 to March 31, 2023

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/31/23 | Deposit | | 813104952057423 | 82.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452430690 | 82.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256208 | 81.01 |
| 03/31/23 | Deposit | | 813104952642810 | 80.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452248378 | 71.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452282425 | 69.81 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452374801 | 69.28 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452228988 | 61.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452320266 | 61.50 |
| 03/31/23 | Deposit | | 813106552442290 | 51.99 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256418 | 50.95 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421371 | 43.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452273240 | 42.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452320260 | 41.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452421373 | 41.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452315273 | 37.00 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452256156 | 32.01 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452331647 | 25.87 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452239367 | 19.51 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452315279 | 18.50 |
| 03/31/23 | Preencoded Deposit | 0000000001 | 813108452386780 | 17.65 |
| 03/31/23 | Deposit | | 813104952039709 | 7.55 |

**Total deposits and other credits** **$1,788,575.37**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 03/08/23 | Adjustment/Correction Of Posted Item | 0000000001 | 813109352697519 | -1.00 |
| 03/14/23 | WIRE TYPE:WIRE OUT DATE:230314 TIME:1024 ET TRN:2023031400288992 SERVICE REF:351287 BNF:VITAL PHARMACEUTICALS, INC ID:1219069672 BNF BK:PNC BANK, N.A. ID:0222 PMT DET:Transfer PNC  Operating | | 903703140288992 | -1,245,000.00 |
| 03/17/23 | RETURN ITEM CHARGEBACK | | 919703174286333 | -284.80 |
| 03/23/23 | Adjustment/Correction Of Posted Item | 0000000001 | 813109352137263 | -6.20 |
| 03/30/23 | RETURN ITEM CHARGEBACK | | 941103305576559 | -185.00 |
| 03/31/23 | Adjustment/Correction Of Posted Item | 0000000001 | 813109352307897 | -0.70 |

**Total withdrawals and other debits** **-$1,245,477.70**

 **BANK OF AMERICA**

## Your checking account

VITAL PHARMACEUTICALS INC   |   Account # ▮▮▮▮7879   |   **March 1, 2023 to March 31, 2023**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/15/23 | 02/23 ACCT ANALYSIS FEE | -5,995.18 |
| **Total service fees** | | **-$5,995.18** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 03/01 | 653,825.64 | 03/13 | 1,270,827.12 | 03/23 | 634,629.89 |
| 03/02 | 697,478.15 | 03/14 | 67,680.33 | 03/24 | 690,062.50 |
| 03/03 | 743,176.16 | 03/15 | 192,861.84 | 03/27 | 807,806.18 |
| 03/06 | 872,546.69 | 03/16 | 257,957.34 | 03/28 | 911,214.74 |
| 03/07 | 922,404.12 | 03/17 | 311,006.59 | 03/29 | 1,006,308.59 |
| 03/08 | 1,006,893.01 | 03/20 | 415,422.23 | 03/30 | 1,062,948.45 |
| 03/09 | 1,090,426.53 | 03/21 | 474,291.89 | 03/31 | 1,105,068.62 |
| 03/10 | 1,131,873.20 | 03/22 | 575,942.39 | | |

VITAL PHARMACEUTICALS INC   |   Account # ■■■■■■■ 7879   |   March 1, 2023 to March 31, 2023

This page intentionally left blank