**JHO Real Estate Investment LLC**
Balance Sheet as of March 31, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** |  |
| Related party receivable | 533,507 |
| PROPERTY AND EQUIPMENT, Net | 46,227,942 |
| **TOTAL ASSETS** | **46,761,449** |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** |  |
| LIABILITES SUBJECT TO COMPROMISE | 47,804,230 |
| **TOTAL LIABILITIES** | $ 47,804,230 |
| STOCKHOLDERS EQUITY: |  |
| Retained Earnings | (1,042,782) |
| **Total stockholder's equity** | $ (1,042,782) |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 46,761,449 |