**JHO Real Estate Investment LLC**
Income Statement
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ 180,939 |
|  |  |
| **Total Cost of Goods Sold** | $ - |
| **Gross profit** | $ 180,939 |
|  |  |
| **Expenses** |  |
| Intercompany Management Fees | $ 87,500 |
| **Total Expenses** | $ 87,500 |
|  |  |
| **Operating Income** | $ 93,439 |
|  |  |
| Depreciation, non-manufacturing | $ 86,305 |
|  |  |
| **Net Income** | $ 7,134 |