**Quash Seltzer LLC**
Balance Sheet
As of 03/31/2023

| | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
|     Cash and cash equivalents | 6,376 |
|     Accounts receivable, net | 113,626 |
|     Inventories, net | 4,478,287 |
|     Prepaids and other current assets | 64,007 |
|     **Total current assets** | $ 4,662,296 |
|     **TOTAL ASSETS** | $ 4,662,296 |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
|     Accounts payable | 241 |
|     Accrued liabilities | 118,863 |
|     Other Current Liabilities | 51,150 |
|     **Total current liabilities** | $ 170,254 |
| | |
| LONG-TERM DEBT: | |
|     Related party payables | 1,145,676 |
|     **Total long-term debt** | $ 1,145,676 |
| | |
| LIABILITES SUBJECT TO COMPROMISE | 76,907,176 |
|     **TOTAL LIABILITIES** | $ 78,223,106 |
| | |
| STOCKHOLDERS EQUITY: | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - |
|     Additional paid-in capital | - |
|     Retained earnings | (73,560,810) |
|     **Total stockholder's equity** | $ (73,560,810) |
| | |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 4,662,296 |