**Quash Seltzer LLC**
Income Statement
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ 40,726 |
|  |  |
| **Sales returns and discounts** | (48,942) |
| **Total Net Sales** | $ (8,216) |
|  |  |
| **Total Cost of Goods Sold** | 45,098 |
|  |  |
| **Gross profit** | $ 36,882 |
|  |  |
| **Expenses** |  |
|    Freight and handling | $ 1,406 |
|    Facilities costs | 140,238 |
|    Office and supplies | 2,376 |
| **Total Expenses** | $ 144,020 |
|  |  |
| **EBIT** | $ (107,138) |
|  |  |
| Other Income (Expense) | 548,800 |
|  |  |
| **Pre-Tax Income** | $ 441,662 |
|  |  |
| Taxes income/(expenses) | 1,000 |
|  |  |
| **Net Income** | $ **442,662** |