**Quash Seltzer LLC**
Statement of Cash Receipts and Disbursements
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---:|
| **Receipts** | |
| Other Receipts | $ 1,000 |
| **Total Operating Receipts** | $ 1,000 |
| | |
| **Disbursements** | |
| Facility/Office expenses | $ (2,124) |
| **Total Operating Disbursements** | $ (2,124) |
| | |
| Operating cash flow | $ (1,124) |
| | |
| **Net Cash Flow / (Deficit)** | $ (1,124) |
| | |
| **Cash Balance** | |
| Beginning Cash Balance | 7,500 |
| Ending Cash Balance | $ 6,376 |