**Quash Seltzer LLC**
Accounts Receivable Aging
As of 03/31/2023

|  | Total Amount |
| --- | ---: |
| Not Due Amount | $ 40,726 |
| 1 - 30 days | - |
| 31 - 60 days | - |
| 61 - 90 days | - |
| >90 days | 72,900 |
| **Accounts receivable (total net of allowance)** | **$ 113,626** |