**Quash Seltzer LLC**
Post-petition Accounts Payable Aging Summary
As of 03/31/2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 153 |
| 1 - 30 days | - |
| 31 - 60 days | - |
| 61 - 90 days | - |
| >90 days | 88 |
| **Total** | **$ 241** |