THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



QUASH SELTZER LLC
20311 SHERIDAN ST STE 101
FT LAUDERDALE FL 33332-2314

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Analyzed Checking         Account: -------1079

| Statement Activity From:<br>03/01/23 to 03/31/23 | | | |
|---|---|---|---|
| | | Beginning Balance | $7,500.00 |
| | | Credits (+) | 1,000.00 |
| | | Regular Deposits | 1,000.00 |
| Days in Statement Period | 31 | Debits (-) | 2,124.32 |
| | | Electronic Withdrawals | 1,510.00 |
| Average Ledger Balance* | 6,074.40 | Service Charges | 614.32 |
| Average Collected Balance* | 6,009.88 | Ending Balance | $6,375.68 |

\* The above balances correspond to the service charge cycle for this account.

## Deposits (+)                                    Account:-------1079

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 03/28 | 1,000.00 | | Remote | | | | |

## Other Debits (-)                                Account:-------1079

| Date | Amount | Description |
|---|---|---|
| 03/07 | 1,510.00 | COMPLI MASTER CORP COLL  230307 2107 202302/202303 FUNDING |
| 03/15 | 614.32 | PRIOR MONTH'S SERVICE CHARGES |

## Balance Activity                                Account:-------1079

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 7,500.00 | 03/15 | 5,375.68 | | |
| 03/07 | 5,990.00 | 03/28 | 6,375.68 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending.  ©2023 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a "**Safe**" is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager. You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."

IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

You may see a credit on your account for certain overdraft fees with the following description: "OD Fee Refund-Sufficient Funds at Authorization." If you were charged an overdraft fee on an ATM or debit card transaction, we will provide you a credit for that fee if you had sufficient funds available at the time we authorized the transaction, even if the funds were no longer available when the transaction ultimately posted to your account. We are working to change how we process these transactions and will continue to provide credits until these changes are made. Please see your Business Deposit Account Agreement for when fees may be charged and refunded.