**Vital Pharmaceuticals International Sales, Inc.**
Balance Sheet as of March 31, 2023

|  | Mar-23 |
|---|---:|
| **ASSETS** | |
| OTHER ASSETS: | |
| Related party receivable | 288,071 |
| **Total other assets** | **$ 288,071** |
| **TOTAL ASSETS** | **$ 288,071** |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| **TOTAL LIABILITIES** | **$ -** |
| | |
| STOCKHOLDERS EQUITY: | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 2,500 |
| Retained earnings | 285,571 |
| **Total stockholder's equity** | **$ 288,071** |
| | |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | **$ 288,071** |