UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENT TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RENEW THE MOTION TO (I) COMPEL JOHN H. OWOC TO COMPLY WITH THE COURT'S ORDER, (II) FIND JOHN H. OWOC IN CONTEMPT, AND (III) ISSUE SANCTIONS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Local Rule 2004-1, hereby files this supplement (the "Supplement") to the Committee's *Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel John H. Owoc to Comply with the Court's Order, (II) Find John H. Owoc in Contempt, and (III) Issue Sanctions* [Docket No. 1290] (the "Motion"). In support of the Motion[2], the Committee respectfully states as follows:

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms not defined in this Supplement have the meaning ascribed to them in the Motion.

1.      In its Motion, the Committee stated that as of April 28, 2023, at 4:00 p.m., Jack

Owoc failed to provide the Debtors with Documents and Communications for privilege review, as

required under the Court's Third Extension Order.  In an effort to keep the Court apprised, the

Committee has been informed that the Debtors received documents from Jack Owoc last night for

their initial review for privilege.  Of course, this does not change the Court's analysis.

Dated:  April 29, 2023

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: emannix@lowenstein.com
-and-
Wayne Fang, Esq. (*pro hac vice*
forthcoming)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*