# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:  
VITAL PHARMACEUTICALS, INC., et al.,

    Debtors.
_____/

Case Number: 22-17842-PDR  
Chapter 11

## NOTICE OF FILING

John H. Owoc a/k/a Jack Owoc ("Mr. Owoc") and Megan Owoc ("Mrs. Owoc"), by and through undersigned counsel, files the attached email dated April 29, 2023 regarding the Jack Owoc production.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on May 1, 2023.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**  
Attorney for Owoc  
2385 NW Executive Center Drive, Suite 300  
Boca Raton, Florida 33431  
Telephone: 561-443-0800  
Facsimile: 561-998-0047  
Email: bss@slp.law

By: /s/ Bradley S. Shraiberg  
      Bradley S. Shraiberg  
      Fla. Bar No. 121622

{2467/000/00554549}

From: Elizabeth.Morris@lw.com <Elizabeth.Morris@lw.com>
Sent: Saturday, April 29, 2023 2:03 PM
To: Patrick Dorsey <PDorsey@slp.law>; Patricia A. Mouton <pmouton@slp.law>
Cc: jguso@bergersingerman.com; Amy.Quartarolo@lw.com; Joe.Teresi@lw.com
Subject: RE: Jack Owoc Production for review

[External Email]
Patrick,

Attached please find the Jack Owoc production with redactions applied to the Debtors' privileged communications.

Thank you,

Elizabeth A. Morris

LATHAM & WATKINS LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2976


From: Patricia A. Mouton <pmouton@slp.law<mailto:pmouton@slp.law>>
Sent: Friday, April 28, 2023 5:41 PM
To: jguso@bergersingerman.com<mailto:jguso@bergersingerman.com>; Morris, Elizabeth (NY) <Elizabeth.Morris@lw.com<mailto:Elizabeth.Morris@lw.com>>; Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com<mailto:Amy.Quartarolo@lw.com>>
Cc: Patrick Dorsey <PDorsey@slp.law<mailto:PDorsey@slp.law>>
Subject: Jack Owoc Production for review

Good afternoon:  Attached please find Jack Owoc Production for review.  Thank you.

[cid:image001.png@01D97AA0.2A727340]

Patricia A. Mouton, Paralegal
SHRAIBERG PAGE, P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone:  (561) 443-0800
Direct Line:  (561) 443-0806
Facsimile:  (561) 998-0047
www.slp.law<http://www.slp.law/>

[cid:image002.png@01D97AA0.2A727340]
TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31  C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is

intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com<http://www.lw.com>.
<image001.png>

<2023.04.29_JO PRODUCTION_LWRedacted.pdf>