Case 22-17842-PDR    Doc 1304    Filed 05/01/23    Page 1 of 3



**ORDERED in the Southern District of Florida on May 1, 2023.**



          **Peter D. Russin, Judge**
        **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' SIXTH MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF AN EXECUTORY CONTRACT WITH ACAR LEASING LTD., INC. D/B/A/ GM FINANCIAL LEASING EFFECTIVE AS OF MARCH 29, 2023**

    **THIS MATTER** came before the Court on April 27, 2023 at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Sixth Motion for Entry of an Order Authorizing the Rejection of an Executory Contracts With ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Effective as of March 29, 2023* (the "Motion") [ECF No. 1069] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Motion seeks authority to reject the GM Financial Lease[2] with ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court, having considered the Motion, *ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing's Response in Opposition to Debtor's Sixth Motion for Entry of an Order Authorizing the Rejection of an Executory Contract With ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing Effective as of March 29, 2023* [ECF No. 1262], and the argument of counsel, finding that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, and that proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as modified herein.

2. The Debtors' rejection of the GM Financial Lease is **APPROVED**, effective as of the date of this Order, pursuant to 11 U.S.C. § 365(a).

3. John H. Owoc a/k/a Jack Owoc is directed to deliver the Vehicle to GM Financial Leasing within 24 hours of the entry of this Order, or come to an express agreement with GM Financial Leasing to maintain custody, control and possession of the Vehicle.

4. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST**

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT.**

5. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Niles is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*