

**ORDERED in the Southern District of Florida on May 2, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

### AGREED ORDER APPROVING THE ASSUMPTION OF UNEXPIRED COMMERCIAL LEASE WITH TARO PATCH HOLDINGS, LLC

**THIS MATTER** came before the Court upon the *Debtors' Motion for an Order Approving the Assumption of Unexpired Commercial Lease with Taro Patch Holdings, LLC* [ECF No. 1204] (the "Motion"), filed by the Debtors.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12085686-2

§ 157(b)(2).  The Court, having considered the Motion and having noted that landlord, Taro Patch Holdings, LLC consents to the relief requested in the Motion, finds that (a) the relief requested in the Motion is in the best interests of the Debtors' estate and their creditors, (b) good and adequate notice of the Motion was provided, and (c) sufficient cause supports the relief sought in the Motion, inasmuch as the Debtors seek to relieve themselves of future administrative expenses regarding the Lease.[2]  Accordingly, the Court **ORDERS**:

1.      The Motion is **GRANTED**, and the Debtors' assumption of the Lease is **APPROVED**.

2.      The Debtors' decision to assume the Lease is a decision made within the scope of their business judgment.

3.      The Debtors are authorized to execute and deliver all instruments and documents and take such other actions as may be necessary or appropriate to implement and effectuate this Order.

4.      The Court retains jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or implementation of this Order.

#   #   #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

---

[2] All capitalized terms not defined herein shall have the meanings as ascribed to them in the Motion.

2

12085686-2

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3