UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

Debtor(s)[1].

_____/

Chapter 11 Cases

Case No. 22-17842-PDR

(Jointly Administered)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2023 a true and correct copy of the Application for Administrative Expenses [D.E. 1289] and Notice of Hearing for the Application for Administrative Expenses [D.E. 1301] was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by regular U.S. Mail to the following:

| *Debtor* | **Counsels for Debtor** |
|---|---|
| **Vital Pharmaceuticals, Inc.**<br>1600 N. Park Dr.<br>Weston, FL 33326 | **Jordi Guso, Esq.**<br>1450 Brickell Ave #1900<br>Miami, FL 33131<br>(305) 755-9500<br>Fax : 305.714.4340<br>Email: jguso@bergersingerman.com<br><br>**Michael Jordan Niles**<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301<br>Email: mniles@bergersingerman.com |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

|  | **Andrew Sorkin**<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>Fax : 202-637-2201<br>Email: andrew.sorkin@lw.com |
|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | **Counsels for U.S. Trustee**<br><br>**Heidi A Feinman**<br>Office of the US Trustee<br>51 SW 1 Ave #1204<br>Miami, FL 33130<br>(305) 536-7285<br>Fax : (305) 536-7360<br>Email: Heidi.A.Feinman@usdoj.gov<br><br>**J. Steven Wilkes**<br>Office of the United States Region 21<br>United States Department of Justice<br>501 East Polk Street, Suite 1200<br>Tampa, FL 33602<br>813-228-2173<br>Fax : 813-228-2303<br>Email: steven.wilkes@usdoj.gov |
| *Creditor Committee*<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 | **Counsels for Creditor Committee**<br><br>**Leyza F. Blanco, Esq.**<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: lblanco@sequorlaw.com<br><br>**Juan J Mendoza**<br>Sequor Law P.A.<br>1111 Brickell Drive<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: jmendoza@sequorlaw.com |

|  | **Fernando J Menendez**<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Fax : 305-372-8202<br>Email: fmenendez@sequorlaw.com |
|---|---|
| *Noticing / Claims Agent*<br>Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 |  |

By: **BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
*Attorneys for Yellowstone Landscape Southeast LLC*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Phone:    (305) 381-7979
Fax:       (305) 371-6816
Primary E-mail:  Ian.Kukoff@blaxgray.com
Secondary E-mail: Isabel.Colleran@blaxgray.com
By: /s/ Isabel V Colleran
        Isabel V Colleran, Esq. /FBN: 450472

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et al.,

Chapter 11 Cases

Case No. 22-17842-PDR

(Jointly Administered)

Debtor(s)[1].
_____/

## APPLICATION FOR THE PAYMENT OF ADMINISTRATIVE EXPENSES ARISING FROM POSTPETITION DELIVERY OF GOODS AND SERVICES AND AUTHORIZING PAYMENT OF SAME IN THE ORDINARY COURSE

Yellowstone Landscape Southeast, LLC, a Florida limited liability Company ("Creditor"), by its undersigned counsel, respectfully submits this Application (the "Application") and requests entry of an Order, pursuant to Bankruptcy Code § 503(b)(1), directing the allowance and payment of Creditor's administrative expense claim in the amount of $11,732.60. In support of the relief requested, Creditor asserts the following:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. The statutory predicate for the relief requested herein is § 503(b)(9) of the Bankruptcy Code.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## BACKGROUND

3.  On October 10, 2022 (the "Petition Date"), Vital Pharmaceuticals, Inc., a Florida corporation ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is authorized to continue to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.  Creditor is a landscaping company providing Debtor month to month landscaping services, more specifically at Debtor's Facility in Pembroke Pines, Florida.

5.  On October 10, 2022, the Debtor filed a motion requesting that their Chapter 11 Cases be consolidated for procedural purposes only and administered jointly [D.E.7]. On October 11, 2022, the Court entered the Order [D.E. 43] granting the motion to consolidate.

6.  On November 1, 2022, the U.S. Trustee appointed the official committee of unsecured creditors [D.E.245], and the filing of a Plan is still pending before this Court. Additionally, on January 12, 2023 the Court entered the FINAL ORDER (I) APPROVING POSTPETITION FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, AND (VI) GRANTING RELATED RELIEF [D.E.638] the Court granted the Debtor the ability to seek financing post-petition to continue to operate its business in the normal course and to pay its monetary obligations for the benefit of the Estate.

7.  Creditor continued to provide landscaping services post-petition through the months of January and February 2023. Creditor received payment for the invoices issued for services in November and December 2022. However, Creditor did not receive any payment for its invoice issued for the sum of $5,366.30 for the month of January 2023 and an invoice for the sum of $5,366.30 for the month of February 2023. The total of the monthly fees accruing post-petition for the period commencing January 1, 2023 and ending February 28, 2023 is $11,732.60. A copy of the invoices for January and February 2023 is attached hereto as Exhibit "A".

8. The Estate has benefitted by Creditor's services and Creditor hereby confirms the administrative expense status of obligations arising post-petition for services performed and requests authorization for the payment of such expenses in the ordinary course of business.

9. The Debtor now owes the maintenance fees that accrued post-petition totaling $11,732.60, as an administrative expense.

## RELIEF REQUESTED

10. By this Application, Creditor seeks an Order of this Court pursuant to § 503(b)(1) directing allowance and immediate payment of its administrative claim in the amount of $11,732.60.

## BASIS FOR RELIEF

11. Section 503(b)(1) provides for an administrative expense claim for "the actual, necessary costs and expenses of preserving the estate." See 11 U.S.C. § 503(b)(1). Section 507(a) of the Bankruptcy Code provides that administrative expense claims that are allowed under Section 503(b) of the Bankruptcy Code have first priority. See 11 U.S.C. §507(a)(2). The Debtor continued the landscaping services for Creditor on a monthly basis post-petition. The Debtor and the Estate had the use and benefit of the Creditor's services through February 2023.

12. In the ordinary course of the Debtors' business the Creditor provided services to one of Debtor's locations. To qualify as an administrative expense under 11 U.S.C. § 503(b)(1), a debt must arise from a transaction with the debtor-in-possession and directly and substantially benefit the Estate. See *In re Grand Union Co.,* 266 B.R. 621, 625-26 (Bankr. D.N.J. 2001) ( granting administrative expense claim to inventory supplier where shipment occurred post-petition and acceptance of inventory was beneficial to the debtor's estate). Since the services provided by Creditor to the Debtor post-petition were necessary to its function, all undisputed obligations arising therefrom should be considered administrative expenses entitled priority. "When third parties are induced to supply goods or services to the debtor-in-possession…the

3

purposes of [§ 503] plainly require that their claims be afforded priority." *In re Jartran, Inc.*, 732 F.2d 584, 586 (7th Cir. 1984).

13. Therefore, the Creditor is entitled to an administrative expense priority claim for the services provided during the months of January and February 2023 in the amount of $11,732.60.

## NOTICE

14. Notice of this Application has been given to the Debtor, Counsel for the Debtor, the Office of the United States Trustee, the Trustee and Counsel for the Trustee, Creditor Committee via its Counsel. In light of the nature of the relief requested herein, no further notice is required.

## NO PRIOR REQUEST

15. No previous application for the relief sought herein has been made to this or to any other Court.

**WHEREFORE**, the Creditor respectfully requests entry of an Order directing the (1) allowance and payment of the sums requested herein arising from post-petition provision of services to Debtor pursuant to 11 U.S.C. § 503(b)(1), and (2) granting Creditor such other further relief as is just and proper.

Respectfully submitted,        Dated: April 28, 2023

        **BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
        *Attorneys for Yellowstone Landscape Southeast, LLC*
        25 SE Second Avenue, Suite 730
        Miami, Florida 33131
        Phone: (305) 381-7979
        Fax: (305) 371-6816
        Primary E-mail: Ian.Kukoff@blaxgray.com
        Secondary E-mail: Isabel.Colleran@blaxgray.com
        By: /s/ Isabel V. Colleran
            Isabel V. Colleran, Esq. /FBN: 450472

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2023, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| | |
|---|---|
| *Debtor*<br>*Debtor*<br>**Vital Pharmaceuticals, Inc.**<br>1600 N. Park Dr.<br>Weston, FL 33326 | **Counsel for Debtor**<br>**Jordi Guso, Esq.**<br>1450 Brickell Ave #1900<br>Miami, FL 33131<br>(305) 755-9500<br>Fax : 305.714.4340<br>Email: jguso@bergersingerman.com<br><br>**Michael Jordan Niles**<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301<br>Email: mniles@bergersingerman.com<br><br>**Andrew Sorkin**<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>Fax : 202-637-2201<br>Email: andrew.sorkin@lw.com |
| **Counsel for U.S. Trustee**<br> **Heidi A Feinman**<br>Office of the US Trustee<br>51 SW 1 Ave #1204<br>Miami, FL 33130<br>(305) 536-7285<br>Fax : (305) 536-7360<br>Email: Heidi.A.Feinman@usdoj.gov<br><br>**J. Steven Wilkes**<br>Office of the United States Region 21<br>United States Department of Justice<br>501 East Polk Street, Suite 1200<br>Tampa, FL 33602<br>813-228-2173 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

5

| | |
|---|---|
| Fax : 813-228-2303<br>Email: steven.wilkes@usdoj.gov | |
| ***Creditor Committee***<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 | **Counsel for Creditor Committee**<br><br>**Leyza F. Blanco, Esq.**<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: lblanco@sequorlaw.com<br><br>**Juan J Mendoza**<br>Sequor Law P.A.<br>1111 Brickell Drive<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: jmendoza@sequorlaw.com<br><br>**Fernando J Menendez**<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Fax : 305-372-8202<br>Email: fmenendez@sequorlaw.com |

By: **BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
*Attorneys for Yellowstone Landscape Southeast, LLC*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Phone:   (305) 381-7979
Fax:       (305) 371-6816
Primary E-mail:    Ian.Kukoff@blaxgray.com
Secondary E-mail:  Isabel.Colleran@blaxgray.com
By: /s/ Isabel V. Colleran
    Isabel V. Colleran, Esq. /FBN: 450472

6



# INVOICE

| Invoice # | Invoice Date |
|---|---|
| FLL 481641 | 1/15/2023 |
| Terms | Customer # |
| Net 30 | 10477 |

**Bill To:**

Vital Pharmaceuticals-Bang Facility
c/o Bang Energy
20311 Sheridan Street
Pembroke Pines, FL 33332

**Property Name:** Vital Pharmaceuticals-Bang Facility

**Remit To:**

**Yellowstone Landscape**
PO Box 101017
Atlanta, GA 30392-1017

**Invoice Due Date:** February 14, 2023
**Invoice Amount:** $5,366.30

| Description | | Amount |
|---|---|---|
| Monthly Landscape Maintenance January 2023 | | $5,366.30 |
| VPX PO# 10477 | | |

| | Subtotal | $5,366.30 |
|---|---|---|
| | Amount Paid | $0.00 |
| | Total | $5,366.30 |



EXHIBIT A

**Should you have any questions or inquiries please call (386) 437-6211.**

Yellowstone Landscape | Post Office Box 849 | Bunnell FL 32110 | Tel 386.437.6211 | Fax 386.437.1286



# INVOICE

| FLL 492191 | 2/15/2023 |
|---|---|
| Net 30 | 10477 |

**Bill To:**

Vital Pharmaceuticals-Bang Facility
c/o Bang Energy
20311 Sheridan Street
Pembroke Pines, FL 33332

**Property Name:**  Vital Pharmaceuticals-Bang Facility

**Remit To:**

**Yellowstone Landscape
PO Box 101017
Atlanta, GA 30392-1017**

**Invoice Due Date:**  March 17, 2023
**Invoice Amount:**  $5,366.30

| Description | Amount |
|---|---|
| Monthly Landscape Maintenance February 2023 VPX PO# 10477 | $5,366.30 |

| | |
|---|---|
| Subtotal | $5,366.30 |
| Amount Paid | $0.00 |
| Total | $5,366.30 |

**Should you have any questions or inquiries please call (386) 437-6211.**

Yellowstone Landscape | Post Office Box 849 | Bunnell FL 32110 | Tel 386.437.6211 | Fax 386.437.1286

Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22-17842-PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65-0668430

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Application for Administrative Expenses Filed by Creditor Yellowstone Landscape Southeast LLC (Colleran, Isabel) (1289)**

1. This matter has been set on the Court's motion calendar for a non-evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** May 25, 2023
   **Time:** 01:30 PM
   **Location:** U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301

2. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072-2.

**Dated:** 5/1/23

**CLERK OF COURT**
By: Melva Weldon

Courtroom Deputy