

ORDERED in the Southern District of Florida on May 2, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER CONTINUING HEARING TO CONSIDER DEBTORS' EXPEDITED SUPPLEMENTAL APPLICATION FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023, AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY SERVICES TO THE DEBTORS, <u>EFFECTIVE APRIL 11, 2023</u>**

**THIS MATTER** having come before the Court on April 27, 2023 at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Expedited Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023,*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12107471-1

*and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* [ECF No. 1188] (the "Supplemental Application") filed by the Debtors.[2]  The Court, having considered the Supplemental Application, the *Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP* (the "Objection") [ECF No. 1255] filed by John H. Owoc a/k/a Jack Owoc and Megan Owoc (collectively, the "Owocs"), and the Court file, does

**ORDER** as follows:

1. The Owocs shall have up through and including **Monday, May 1, 2023 at 5:00 p.m.**, within which to file their supplement to the Objection (the "Supplemental Objection").

2. The Debtors shall have up through and including **Wednesday, May 3, 2023, at 12:00 p.m.**, within which to file an amended declaration of Mark Margulies (the "Amended Declaration"), in support of the Supplemental Application and any response to the Supplemental Objection.

3. The hearing to consider the Supplemental Application, Objection, Supplemental Objection, and Amended Declaration is continued to **Thursday, May 4, 2023 at 2:00 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

12107471-1