UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**SECOND SUPPLEMENT TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RENEW THE MOTION TO (I) COMPEL JOHN H. OWOC TO COMPLY WITH THE COURT'S ORDER, (II) FIND JOHN H. OWOC IN CONTEMPT, AND (III) ISSUE SANCTIONS**

**Expedited Hearing Request for May 4, 2023 at 2:00 p.m.**

As of the filing of this Motion, Megan and Jack Owoc still have yet to confirm 2004 examination dates despite multiple good faith attempts by the Committee to meet and confer. Although Jack Owoc has produced a limited number of documents since this Court's hearing on the Motion on Monday, May 1, the Owocs have neither confirmed that the Committee has received a complete production, nor that Megan and Jack Owoc searched all Debtor-issued devices for responsive Documents and Communications. This unfortunately yet again requires expedited consideration by the Court. The Committee respectfully requests that the Court schedule this Motion for today, **May 4, 2023 at 2:00 p.m. ET**, when the Court already has a hearing scheduled, or on the earliest date convenient to the Court. The Owocs are aware that the Committee would seek consideration of this Motion during today's hearing.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Local Rule 2004-1, hereby files this second supplement (the "Second Supplement") to the Committee's *Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel John H. Owoc to Comply with the Court's Order, (II) Find John H. Owoc in Contempt, and (III) Issue Sanctions* [Docket No. 1290] (the "Motion"). In support of the Motion[2], the Committee respectfully states as follows:

1. On May 1, 2023, this Court instructed that the Owocs' 2004 examinations take place before the end of the middle of May. Despite the Committee's multiple efforts to meet and confer with the Owocs' counsel to avoid further Court intervention, the Owocs' have yet to confirm 2004 examination dates. The Owocs have been aware, and on notice of, the examination dates in the re-noticed 2004 Notices since April 25, 2023. The Committee further tried to reach an agreement on examination dates by proposing May 15 and 16, 2023 for Elite Island and Jack Owoc's examinations. Even then, the Owocs have still been unable to agree on dates. Therefore, the Committee is asking the Court to compel: (i) Megan Owoc to attend the properly noticed examination on May 10 [Docket No. 1258]; Elite Island's representative to attend the examination on May 11 [Docket No. 1259]; and Jack Owoc to attend the examination on May 12 [Docket No. 1260].

2. Even though the Owocs have been aware and on notice that these examinations were to be held in-person at Sequor Law's office in Maimi, Florida since January 31, 2023, on May 4, 2023, counsel for the Owocs for the first time requested that the Committee hold the

---

[2] Capitalized terms not defined in this Second Supplement have the meaning ascribed to them in the Motion.

depositions in a location in Broward County, Florida, more convenient for Megan and Jack Owoc. While the Committee is working diligently to identify a mutually agreeable location to accommodate the Owocs, the Committee cannot afford any additional delay as a result of this last-minute unfounded request.

3.  Additionally, the Owocs have yet to confirm whether they have searched all Debtor-issued devices in their possession for responsive Documents and Communications. The Committee is aware of at least thirteen devices that are in the Owocs' possession and that, according to the Debtors, the Owocs have yet to turn over to the Debtors, despite how certain of such devices may be the Debtors' property. Accordingly, the Committee requests this Court compel Megan and Jack Owoc to respond to the Committee's simple inquiry to ensure that the Owocs have fully complied with the 2004 Notices.

Dated: May 4, 2023

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: emannix@lowenstein.com
-and-
Wayne Fang, Esq. (*pro hac vice* forthcoming)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

-4-

                **SEQUOR LAW, P.A.**

                By: */s/ Leyza F. Blanco*
                     Leyza F. Blanco
                     Florida Bar No.: 104639
                     Juan J. Mendoza
                     Florida Bar No.: 113587
                     1111 Brickell Avenue, Suite 1250
                     Miami, FL 33131
                     Telephone: (305) 372-8282
                     Facsimile: (305) 372-8202
                     Email: lblanco@sequorlaw.com
                     Email: jmendoza@sequorlaw.com

                *Counsel to the Official Committee of Unsecured Creditors*