IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Omnibus Order Granting Debtors' Ex Parte Omnibus Motion Pursuant to Section 365(d)(4)(b)(II) of the Bankruptcy Code to Approve Stipulations by and Among the Debtors and Lessors Regarding Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property** (Docket No. 1322)

| | |
|---|---|
| Dated: May 4, 2023 | /s/ Serina Tran<br>Serina Tran<br>STRETTO<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br>Telephone: 855-493-7375<br>Email: TeamVitalPharma@stretto.com |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7-Eleven Inc. | Attn: Legal Department | 3200 Hackberry Rd | | Irving | TX | 75063-0131 |
| ACAR Leasing Ltd d/b/a GM Financial | Attn: Lorenzo Nunez | PO Box 183853 | | Arlington | TX | 76096 |
| AK Office of the Attorney General | Attn: Legal Department | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 |
| AL Office of the Attorney General | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 |
| Americredit Financial GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | Arlington | TX | 76096 |
| Americredit Financial Services Inc | Attn: Legal Department | 801 Cherry St. #3500 | | Fort Worth | TX | 76102 |
| Americredit Financial Services Inc | Attn: Legal Department | PO Box 78143 | | Phoenix | AZ | 85062-8143 |
| AR Office of the Attorney General | Attn: Legal Department | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Ardagh Metal Beverage USA Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave Suite 175 | | Chicago | IL | 60631-3515 |
| AZ Office of the Attorney General | Attn: Legal Department | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Ball Metal Beverage Container Corp | Attn: Legal Department | 10 Longs Peak Dr | | Broomfield | CO | 80021 |
| Belvac Production Machinery Inc. | Attn: Legal Department | 237 Graves Mill Rd | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | Attn: Legal Department | 5655 Paysphere Cir | | Chicago | IL | 60674 |
| BFG Corporation | Attn: Legal Department | 7211 N. McKinley Road | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | 51 Northeast 24th Street Suite 108 | Joseph A. Pack Jessey J. Krehl | Miami | FL | 33137 |
| CA Office of the Attorney General | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| Cabot Industrial Value Fund VI | Attn: Legal Dept | One Beacon St Suite 2800 | | Boston | MA | 02108 |
| Canon Financial Services Inc. | Attn: Legal Department | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 |
| Centurylink Communications LLC | Level 3 Communications CenturyLink | 100 Centurylink Dr | | Monroe | LA | 71203 |
| CI421 4747 W. Buckeye LLC  ALDA | c/o Cohen Asset Management Inc. | 1900 Avenue of the Stars 3rd Floor | Attn: Bradley S. Cohen | Los Angeles | CA | 90067 |
| CK Waitt Industrial  LLC | Attn: Richard Helms | 301 South College Street | 2800 | Charlotte | NC | 28202 |
| CK Waitt Industrial LLC | Attn: Patricia M. Adcroft | 301 Fayetteville Street | Suite 1400 | Raleigh | NC | 27601 |
| CK Waitt Industrial LLC | c/o Childress Klein | 301 S College St | Suite 2800 | Charlotte | NC | 28202 |
| CK Waitt Industrial LLC | c/o Parker  Poe Adams & Bernstein | 620 S. Tryon Street | Attn: Chip Ford | Charlotte | NC | 28202 |
| CO Office of the Attorney General | Attn: Legal Department | 1300 Broadway, 10th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 |
| Crown Cork & Seal USA Inc | Christine J. Horn | 770 Township Line Rd | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | Attn: Legal Department | 2971 Center Port Circle | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | Attn: Legal Department | PO Box 641173 | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease LLC | Attn: Legal Department | 48 Pine Road | | Brentwood | NH | 03833 |
| CT Office of the Attorney General | Attn: Legal Department | 165 Capitol Avenue | | Hartford | CT | 06106 |
| DeLage Landen Financial Services | Attn: Legal Department | PO Box 41602 | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix Inc. | Leslie Maish | 130 S Meridian St | | Indianapolis | IN | 46225-1046 |
| Doehler USA Inc. | Paul Graham | 400 High Point Rd SE Suite 100 | | Cartersville | GA | 30120-6610 |
| Dogwood Propco FL L.P. | Attn: Felton Parrish | 1420 E 7th St | | Charlotte | NC | 28207 |
| Dogwood Propco FL L.P. | Attn: James Thompson | 4601 Park Rd | Suite 540 | Charlotte | NC | 28209 |
| DUKE SECURED FINANCING 2009-1PAC | c/o Duke Realty Corporation | 200 S Orange Avenue Suite 1450 | Attn: Florida Market Vice President | Orlando | FL | 32801 |
| EastGroup Properties L.P. | Attn: Alex Vargas Vila | 1632 NW 215th St | | Miami Gardens | FL | 33056 |
| EastGroup Properties L.P. | Attn: Legal Dept | 2966 Commerce Park Drive | Suite 450 | Orlando | FL | 32819 |
| EastGroup Properties L.P. | c/o Gamberg & Abrams | 633 S. Andrews Ave #500 | Attn: Thomas L. Abrams Esq. | Fort Lauderdale | FL | 33301 |
| EastGroup Properties L.P. | c/o Thomas L. Abrams Esq. | 633 S Andrews Ave | Suite 500 | Fort Lauderdale | FL | 33301 |
| FL Office of the Attorney General | State of Florida | The Capitol Pl 01 | | Tallahassee | FL | 32399 |
| Florida Department of Revenue | Attn: Legal Department | PO Box 6668 | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | Attn: Legal Department | The Capitol Pl-01 | | Tallahassee | FL | 32399-1050 |
| Fona International Inc. | Michelle Stehouwer | 1900 Averill Rd | | Geneva | IL | 60134 |
| GA Office of the Attorney General | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Graphic Packaging International | Kara D'Amato | PO Box 404170 | | Atlanta | GA | 30384-4170 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| GreatAmerica Financial Service Corp | Attn: Legal Department | PO Box 660831 | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Preciado Elizabeth | PO Box 102922 | | Pasadena | CA | 91189-2922 |
| HI Dept of the Attorney General | Attn: Legal Department | 425 Queen Street | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | Attn: Legal Department | 21925 Network Place | | Chicago | IL | 60673-1219 |
| ID Office of the Attorney General | Attn: Legal Department | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| IL Office of the Attorney General | Attn: Legal Department | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Attn: Legal Department | 302 W Washington St 5th Fl | Indiana Government Center South | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | Ogden | UT | 84409 |
| Inventus LLC Legility | Jo Anna Williams | PO Box 130114 | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | Attn: Legal Department | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 |
| KS Office of the Attorney General | Attn: Legal Department | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| KY Office of the Attorney General | Attn: Legal Department | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 |
| LA Office of the Attorney General | Attn: Legal Department | 1885 N. Third St | | Baton Rouge | LA | 70802 |
| MA Office of the Attorney General | Attn: Legal Department | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 |
| MD Office of the Attorney General | Attn: Legal Department | 200 St. Paul Pl | | Baltimore | MD | 21202 |
| ME Office of the Attorney General | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 |
| MI Depart of the Attorney General | Attn: Legal Department | 525 W Ottawa St | G. Mennen Williams Building, 7th Fl | Lansing | MI | 48933 |
| Missouri Attorney General's Office | Attn: Legal Department | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 |
| MN Office of the Attorney General | Attn: Legal Department | 445 Minnesota St Suite 1400 | | St. Paul | MN | 55101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | 523 W 6th St, Ste 400 | Attn: John C Hueston | Los Angeles | CA | 90014 |
| MS Office of the Attorney General | Attn: Legal Department | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| MT Office of the Attorney General | Attn: Legal Department | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| NC Attorney General's Office | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 |
| ND Office of the Attorney General | Attn: Legal Department | 600 E Blvd Ave Dept 125 | State Capitol | Bismarck | ND | 58505 |
| NE Office of the Attorney General | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough | Attn: Legal Department | 1320 Main St Fl 17 | | Columbia | SC | 29201-3268 |
| NH Office of the Attorney General | Attn: Legal Department | 33 Capitol St. | NH Department Of Justice | Concord | NH | 03301 |
| NJ Office of the Attorney General | Attn: Legal Department | 25 Market St 8th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 |
| NM Office of the Attorney General | Attn: Legal Department | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| NV Office of the Attorney General | Attn: Legal Department | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 |
| NY Office of the Attorney General | Attn: Legal Department | The Capitol | | Albany | NY | 12224 |
| Offcl Cmmttee Unsecured Creditors | c/o Warner Music Group Corp. | 70 Music Sq. W. Ste 341 | Attn: Matt Blum | Nashville | TN | 37203 |
| Office of the Attorney General DC | Attn: Legal Department | 441 4th St NW Suite 1100 | | Washington | DC | 20001 |
| Ohio Attorney General's Office | Attn: Legal Department | 30 E Broad St 14th Fl | State Office Tower | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | Oklahoma City | OK | 73126 |
| Orange Bang Inc. | c/o Knobbe Martens Olson & Bear | 2040 Main St 14th Floor | Attn: Steven J. Nataupsky | Irvine | CA | 92614 |
| Oregon Department Of Justice | Attn: Legal Department | 1162 Court St NE | | Salem | OR | 97301 |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 |
| Pepsico | Eric Hansen | 15 Melanie Ln | | East Hanover | NJ | 07936 |
| PPF Lincoln Medley LLC | Morgan Stanley Real Estate Advisor | 1585 Broadway 31st Floor | Attention: Nicholas J. Karali | New York | NY | 10036 |
| PPF Lincoln Medley LLC | Morgan Stanley Real Estate Advisor | 3280 Peachtree Road NE 20th Floor | Attn: Devin Barnwell | Atlanta | GA | 30305 |
| PPF Lincoln Medley LLC | Morgan Stanley Real Estate Advisor | 3280 Peachtree Road. N.E. | Attn: Devin Barnwell | Atlanta | GA | 30305 |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | Clovis | NM | 88101 |
| Priority-1 Inc | Attn: Legal Department | 1800 E Roosevelt Rd | | Little Rock | AR | 72206-2516 |
| Prologis Targeted Logistics Fund LP | Attn: Legal Dept | 1800 Wazee St | | Denver | CO | 80202 |
| QuikTrip Corporation | Attn: Legal Department | 4705 S 129th East Ave | | Tulsa | OK | 74134-7005 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 3



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rexford Industrial Realty L.P. | Attn: Allan D. Sarver | 16000 Ventura Boulevard Suite 100 | | Encino | CA | 91436 |
| Rexford Industrial Realty L.P. | Attn: Legal Dept | 710 S Dupont Ave | | Ontario | CA | 90074-0028 |
| Rexford Industrial Realty LP | c/o Rexford Industrial | 11620 Wilshire Boulevard Suite 1000 | Attn: General Counsel | Los Angeles | CA | 90025 |
| RI Office of the Attorney General | Attn: Legal Department | 150 S Main St | | Providence | RI | 02903 |
| SC Office of the Attorney General | Attn: Legal Department | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 |
| SD Office of the Attorney General | Attn: Legal Department | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 |
| SDFL Attorneys Office | Attn: Legal Department | 99 NE 4th St | | Miami | FL | 33128 |
| SDFL US Trustee | Attn: J. Steven Wilkes | 51 SW 1st Ave | | Miami | FL | 33130 |
| Securities & Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | 500 T Rex ave | Ste 300 | Boca Raton | FL | 33431-4491 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | Atlanta | GA | 30326-1382 |
| Sony | c/o Pryor Cashman LLP | 255 Alhambra Circle 8th Floor | James Sammataro Brendan Everman | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | 7 Times Square 40th Floor | Seth L David R Stephanie C Sameer A | New York | NY | 10036-6569 |
| Speedway LLC | Chris Johnson | PO Box 7600 | | Springfield | OH | 45501-7600 |
| Stellar Group Inc. | Derek Bickerton | 2900 Hartley Rd | | Jacksonville | FL | 32257-8221 |
| TFG-Leasing Fund III LLC | Attn: Legal Department | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | 300 Delaware Avenue, Ste 1410 | Attn: Joseph S. Naylor | Wilmington | DI | 19801 |
| The Huntington National Bank | Attn: Legal Department | 7 Easton Oval | | Columbus | OH | 43219 |
| The Huntington National Bank | Attn: Legal Department | PO Box 9 | | Buffalo | NY | 14240 |
| TN Office of the Attorney General | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 |
| Total Quality Logistics LLC TQL | Nicholas Montenarello | PO Box 634558 | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Laura Dukes | 50 Fallon Ave | | Seaford | DE | 19973-1578 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | Atlanta | GA | 30308 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | Jacksonville | FL | 32202 |
| Truist Bank | Attn: Legal Department | 10500 Little Patuxent Pkwy | Ste 450 | Columbia | MD | 21046 |
| Truist Bank | c/o Moore & Van Allen | Steve Gruendel & Luis Lluberas | 100 N Tryon St | Charlotte | NC | 28202-4003 |
| TX Office of the Attorney General | Attn: Legal Department | 300 W. 15Th St | | Austin | TX | 78701 |
| U.S. Bank Equipment Finance | Attn: Legal Department | 1310 Madrid Street | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | 255 Alhambra Circle 8th Floor | James G. Sammataro Brendan Everman | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | 7 Times Square 40th Floor | Attn Seth Lieberman Sameer Alifarag | New York | NY | 10036-6569 |
| US Attorney's Office DE | Attn: David C. Weiss | 1313 N. Market Street, Suite 400 | Hercules Building | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | Attn: Legal Department | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| VA Office of the Attorney General | Attn: Legal Department | 202 N. Ninth St. | | Richmond | VA | 23219 |
| Varni Brothers Corporation | Ray Morales Tony Varni Mike Varni | 400 Hosmer Ave | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | Attn: Legal Department | 109 State St. | | Montpelier | VT | 05609 |
| WA Office of the Attorney General | Attn: Legal Department | 1125 Washington St SE | | Olympia | WA | 98501 |
| Webb & Gerritsen | Attn: Legal Department | 1308 Poplar Dr | | Waukesha | WI | 53188 |
| Webbank | Attn: Legal Department | 6440 S. Wasatch Blvd. | Suite 300 | Salt Lake City | UT | 84121 |
| Wild Flavors Inc. | Mike Schneider | 1261 Pacific Ave | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | Attn: Legal Department | 114 E State Capitol | | Madison | WI | 53702 |
| WV Office of the Attorney General | Attn: Legal Department | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| WY Office of the Attorney General | Attn: Legal Department | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| XPO Global Forwarding Inc | Attn: Legal Department | 13777 Ballantyne Corporate Place | Suite 400 | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Cabot Industrial Value Fund VI Operating CIVF VI-TX1M01-M04, | | | bbutler@jw.com<br>jwertz@jw.com |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC and MFP 4747 W. Buckeye LLC | c/o Cohen Asset Management, Inc. | Attn: Bradley S. Cohen | bradley@cohenasset.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Chipman Brown Cicero & Cole, LLP | Attn: Robert A. Weber, Esq. | weber@chipmanbrown.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Bast Amron LLP | Attn: Dain De Souza, Esq., Jamie B. Leggett, Esq. | ddesouza@bastamron.com |
| CK Waitt Industrial, LLC | Attn: Patricia M. Adcroft | | pattyadcroft@parkerpoe.com |
| CK Waitt Industrial, LLC | Attn: Richard Helms | | richie.helms@childressklein.com |
| CK Waitt Industrial, LLC | c/o Parker, Poe, Adams & Bernstein LLP | Attn: Chip Ford | chipford@parkerpoe.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| CM Builders, Inc., d/b/a Integrated Masonry | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. | jmarkowitz@mrthlaw.com<br>ycandia@mrthlaw.com<br>rrubio@mrthlaw.com<br>mrthbkc@gmail.com<br>gruiz@mrthlaw.com<br>jmarkowitz@ecf.courtdrive.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>nick.osborne@crowncork.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com<br>lmfrazen@bclplaw.com<br>will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com<br>romeroe@bryancave.com<br>zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| Dogwood Propco FL, L.P. | Attn: Felton Parrish | | felton.parrish@alexanderricks.com |
| Dogwood Propco FL, L.P. | Attn: James Thompson | | jthompson@dogwoodindustrial.com |
| DUKE SECURED FINANCING 2009-1PAC, LLC | c/o Duke Realty Corporation | Attn: Florida Market, Vice President, Regional Asset Manager | brian.morgan@faegredrinker.com |
| EastGroup Properties, L.P. | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com |
| EastGroup Properties, L.P. | c/o Thomas L. Abrams, Esq. | | tabrams@tabramslaw.com |
| EastGroup Properties, L.P. | Attn: Alex Vargas Vila | | alex.vargas@eastgroup.net |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com<br>fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jaclyn C. Marasco, Esq | | jaclyn.marasco@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Joseph L. Seiler III, Esq., Richard J. Bernard | | joseph.seiler@faegredrinker.com<br>richard.bernard@faegredrinker.com |
| Faith Technologies Incorporated | c/o Markowitz Ringel Trusty & Hartog, PA | Attn: Ross R. Hartog, Esq. | rhartog@mrthlaw.com<br>ecfnotices@mrthlaw.com<br>gruiz@mrthlaw.com<br>mrthbkc@gmail.com<br>lgener@mrthlaw.com<br>ycandia@mrthlaw.com<br>rhartog@ecf.courtdrive.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| FONA International, Inc. | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Melissa A. Campbell, Esq. | mcampbell@bakerdonelson.com<br>mpetrovich@bakerdonelson.com<br>bkcts@bakerdonelson.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com<br>dkariotis@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com<br>ccrumrine@burr.com<br>mlucca-cruz@burr.com<br>egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com<br>amerritt@pdtlegal.com<br>jdorta@pdtlegal.com<br>dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Satterlee Gibbs PLLC | Attn: K. Scott Reynolds | scott@sgazlaw.com |
| Intrastate Distributing and C.K.S. Packaging, Inc. | c/o Lorium PLLC | Attn: Joe M. Grant, Esquire | jgrant@loriumlaw.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | | | jackowoc.ceo@gmail.com |
| Jack Owoc and Megan E. Owoc | | | jackowoc.ceo@gmail.com |
| John H. Owoc | | | ceo@bangenergy.com |
| John Owoc, Megan Owoc, and Elite Island, LLC | c/o Shraiberg Page, P.A. | Attn: Patrick R. Dorsey, Bradley S. Shraiberg | pdorsey@slp.law bss@slp.law |
| Kathleen Cole | c/o Wernick Law, PLLC | Attn: Aaron A. Wernick, Esq. | awernick@wernicklaw.com |
| KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | mark.salzberg@squirepb.com |
| Krier Foods, Inc. | Attn: GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Kuckelman Torline Kirkland, Inc. | c/o Dal Lago Law | Attn: Michael R. Dal Lago, Esq. | mike@dallagolaw.com kim@dallagolaw.com fvazquez@dallagolaw.com |
| Lease Plan USA, LLC | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq., Alan R. Rosenberg, Esq. | jmarkowitz@mrthlaw.com arosenberg@mrthlaw.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com ndelman@hmblaw.com ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com eyal.berger@akerman.com charlene.cerda@akerman.com brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com frank.terzo@nelsonmullins.com tlewis@broadandcassel.com francis.santelices@nelsonmullins.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com echafetz@lowenstein.com jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com jmendoza@sequorlaw.com fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com<br>simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com<br>tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com<br>mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hansen@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com<br>das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com<br>kkelly@rosswayswan.com |
| PPF Lincoln Medley, LLC | c/o Morgan Stanley Real Estate Advisor, Inc | Attention: Nicholas J. Karali | nicholas.karali@morganstanley.com |
| Premier Distributing Company | c/o Buchanan Ingersoll & Rooney PC | Attn: Nicole Grimal Helmstetter | nicole.helmstetter@bipc.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com<br>annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Prologis Targeted Logistics Fund, L.P. | | | brian.morgan@faegredrinker.com |
| Ranger H-TX LP | c/o Winstead PC | Attn: Jason A. Enright | jenright@winstead.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com<br>andrea.olson@hklaw.com |
| Rexford Industrial Realty, L.P. | Attn: Allan D. Sarver | | ads@asarverlaw.com |
| Santander Consumer USA Inc. dba Chrysler Capital | c/o Gerard M. Kouri, Jr., P.A. | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com<br>gmkouri@bellsouth.net |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd. | c/o Mazzola Lindstrom LLP | Attn: Jean-Claude Mazzola, Esq. | jeanclaude@mazzolalindstrom.com |
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com<br>cguzman@carltonfields.com<br>miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com<br>drose@pryorcashman.com<br>schery@pryorcashman.com<br>salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| The Kroger Co. and 84.51 LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago, Esq. | mike@dallagolaw.com<br>kim@dallagolaw.com<br>fvazquez@dallagolaw.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Whit Morley, Esq. | new-york-ma-2860@ecf.pacerpro.com |
| VS Carbonics, Inc. | c/o DGIM Law, PLLC | Attn: Isaac Marcushamer, Esq., Monique D. Hayes, Esq. | isaac@dgimlaw.com<br>monique@dgimlaw.com<br>colleen@dgimlaw.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 5 of 5