UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., et al., | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF EXPEDITED MOTION TO COMPEL
JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND LLC TO COMPLY
WITH COURT'S MARCH 30, 2023 ORDER AND FOR
SANCTIONS [DOCKET NO. 1118] AND RELATED FILINGS**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby files this notice of withdrawal of the following:

1. Expedited Motion to Compel John H. Owoc, Megan Owoc and Elite Island, LLC to Comply with the Court's March 30, 2023 Order and for Sanctions [Docket No. 1118];

2. Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel John H. Owoc to Comply with the Court's Order, (II) Find John H. Owoc in Contempt and (III) Issue Sanctions [Docket No. 1290];

3. Supplement to the Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel John H. Owoc to Comply with the Court's Order, (II) find John H. Owoc in Contempt, and (III) Issue Sanctions [Docket No. 1298]; and

4. Second Supplement to the Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel John H. Owoc to Comply with the Court's Order, (II) find John H. Owoc in Contempt, and (III) Issue Sanctions [Docket No. 1321].

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on May 5, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date: May 5, 2023                                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: emannix@lowenstein.com
-and-
Wayne Fang, Esq. (*pro hac vice* forthcoming)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

By:    */s/ Leyza F. Blanco*
       Leyza F. Blanco
       Florida Bar No.: 104639
       Juan J. Mendoza
       Florida Bar No.: 113587

2