UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE AND CROSS NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM***

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), requests that Elite Island, LLC produce the documents, electronically stored information, or objects produced in response to the *Notice of Video Taped Rule 2004 Examination Duces Tecum* [Dkt. 689] filed by the Official Committee of Unsecured Creditors (the "Committee") and any amended Rule 2004 Notices filed by the Committee thereafter[2] as soon as practicable, but no later than **May 16, 2023 at 5:00 p.m. (EST)**, at the offices of **Berger Singerman LLP, Attn: Jordi Guso, 1450 Brickell Avenue, Miami, FL 33131**.

The Debtors, by and through undersigned counsel, will participate in the examination of Elite Island, LLC (the "Examinee") on May 17, 2023 at 9:30 a.m. (EST) at the offices of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, FL 33131. The examination may continue from day to day until completed. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The Debtors sought to obtain the requested documents informally, but counsel for Elite Island, LLC declined to make the productions available to the Debtors without providing any basis for their refusal.

12126982-1

Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary.

| | |
|---|---|
| Dated: May 5, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      liza.burton@lw.com
      tj.li@lw.com
      brian.rosen@lw.com
      jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

*Co-Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the May 5, 2023, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic noticing in this case.

By: */s/ Jordi Guso*
Jordi Guso

12126982-1