UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**CROSS NOTICE OF 2004 EXAMINATION OF ELITE ISLAND, LLC**

Monster Energy Company ("Monster"), by and through undersigned counsel, will participate in the examination of Elite Island, LLC (the "Examinee") on May 17, 2023 at 9:30 a.m. (EST) at the offices of Akerman LLP, 201 East Las Olas Blvd., Suite 1800, Fort Lauderdale, Florida 33301.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Monster requests that Elite Island, LLC produce the documents, electronically stored information, or objects he produced in response to the Notice of Video Taped Rule 2004 Examination Duces Tecum (ECF 689) filed by the Official Committee of Unsecured Creditors (the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69506574;1

"Committee") and any amended Rule 2004 Notices filed by the Committee thereafter as soon as practicable, but no later than May 9, 2023[2]

Dated: May 8, 2023                    Respectfully submitted,

                **AKERMAN LLP**

                /s/ *Michael I. Goldberg*
                Michael I. Goldberg, Esq.
                Florida Bar No. 886602
                Eyal Berger, Esq.
                Florida Bar No. 11069
                201 East Las Olas Boulevard, Suite 1800
                Fort Lauderdale, FL 33301
                T: (954) 463-2700 /F: (954) 463-2224
                michael.goldberg@akerman.com
                eyal.berger@akerman.com

                -and-

                **PACHULSKI STANG ZIEHL & JONES LLP**[3]
                Richard M. Pachulski (pro hac vice)
                Ira D. Kharasch (pro hac vice)
                Robert J. Feinstein (pro hac vice)
                Teddy M. Kapur (pro hac vice)
                Cia H. Mackle (Florida Bar No. 26471)
                10100 Santa Monica Blvd., 13th Floor
                Los Angeles, CA 90067-4003
                T: (310) 277-6910 /F: (310) 201-0760
                rpachulski@pszjlaw.com
                ikharasch@pszjlaw.com
                rfeinstein@pszjlaw.com
                tkapur@pszjlaw.com
                sgolden@pszjlaw.com

                *Counsel to Monster Energy Company*

---

[2] Monster sought to obtain the requested documents informally, but counsel for Elite Island, LLC declined to make the productions available to Monster without providing any basis for their refusal.

[3] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on May 9, 2023.

By: /s/ *Michael I. Goldberg*