UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### CROSS NOTICE OF 2004 EXAMINATION OF JOHN H. OWOC

Monster Energy Company ("Monster"), by and through undersigned counsel, will participate in the examination of John H. Owoc, in his personal capacity, and as the registered agent of 3 Pelican Dr LLC; JWO Real Estate Investment I, LLC; JWO Real Estate Investment II LLC; JW Owoc Enterprises, LLC; 167 Spyglass LN LLC; 120 Spyglass LN LLC; Stag Development LLC; Tropical Sunset 117 LLC; 2311 NE 33rd St LLC (the "Examinee") on May 15, 2023 at 9:30 a.m. (EST) at the offices of Akerman LLP, 201 East Las Olas Blvd, Suite 1800, Fort Lauderdale, Florida 33301.

The examination may continue from day to day until completed. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Monster requests that John H. Owoc produce the documents, electronically stored information, or objects he produced in response to the Notice of Video Taped Rule 2004

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69505837;2

Examination Duces Tecum (ECF 684) filed by the Official Committee of Unsecured Creditors (the "Committee") and any amended Rule 2004 Notices filed by the Committee thereafter as soon as practicable, but no later than May 9, 2023[2]

Dated: May 8, 2023

        Respectfully submitted,

        **AKERMAN LLP**

        /s/ *Michael I. Goldberg*
        Michael I. Goldberg , Esq.
        Florida Bar No. 886602
        Eyal Berger, Esq.
        Florida Bar No. 11069
        201 East Las Olas Boulevard, Suite 1800
        Fort Lauderdale, FL 33301
        T: (954) 463-2700 /F: (954) 463-2224
        michael.goldberg@akerman.com
        eyal.berger@akerman.com

        -and-

        **PACHULSKI STANG ZIEHL & JONES LLP**[3]
        Richard M. Pachulski (pro hac vice)
        Ira D. Kharasch (pro hac vice)
        Robert J. Feinstein (pro hac vice)
        Teddy M. Kapur (pro hac vice)
        Cia H. Mackle (Florida Bar No. 26471)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067-4003
        T: (310) 277-6910 /F: (310) 201-0760
        rpachulski@pszjlaw.com
        ikharasch@pszjlaw.com
        rfeinstein@pszjlaw.com
        tkapur@pszjlaw.com
        sgolden@pszjlaw.com

---

[2] Monster sought to obtain the requested documents informally, but counsel for John H. Owoc declined to make the productions available to Monster without providing any basis for their refusal.

[3] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022  [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

*Counsel to Monster Energy Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on May 8, 2023.

By: /s/ *Michael I. Goldberg*

69505837;2