

ORDERED in the Southern District of Florida on May 7, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING VERIFIED MOTION TO ALLOW LATE**
**FILED CLAIMS AS TIMELY**

THIS MATTER came before the Court on May 4, 2023 at 2:00 p.m., upon the *Verified Motion to Allow Late Filed Claims As Timely* (ECF No. 1135) (the "Motion") of Circle K Procurement and Brands, Ltd. ("CK Brands") and Circle K Stores Inc. ("CK Stores" and, together with CK Brands, "Circle K"). The Court, having reviewed the Motion and the record in this case,

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

00755530.DOCX 3

Case No. 22-17842-PDR

having heard argument of counsel, being fully advised in the premises, and finding that cause exists to grant the requested relief,

**ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The proofs of claims filed by creditors CK Stores and CK Brands, which were designated by the claims agent as Claim No. 741 and Claim No. 742, respectively (collectively, the "POCs"), are deemed timely filed.

3. The granting of the Motion is without prejudice to the rights of all parties-in-interest to object to the POCs on any substantive grounds, other than on grounds of untimeliness.

###

**Submitted by:**
Dain de Souza, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

*(Attorney de Souza is hereby directed to serve a conformed copy of this Order upon all parties in interest and to file a Certificate of Service of same.)*