## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors._____/ | (Jointly Administered) |

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE

I, Leyza F. Blanco ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Wayne Fang ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the Bar of the State of New Jersey and the United States District Court for the District of New Jersey, and qualified to practice in this court, who proposes to act as counsel for the Official Committee of Unsecured Creditors ("Client") in the cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel

for the above-referenced Client in the cases noted above and in any adversary proceedings in the cases in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the cases above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of the Client and in any adversary proceedings in those cases in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests entry of an order, in the form attached hereto as **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: May 8, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SEQUOR LAW
　　　　　　　　　　　　　　　　　　　　1111 Brickell Avenue, Suite 1250
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　lblanco@sequorlaw.com
　　　　　　　　　　　　　　　　　　　　fmenendez@sequorlaw.com
　　　　　　　　　　　　　　　　　　　　jmendoza@sequorlaw.com
　　　　　　　　　　　　　　　　　　　　Telephone:　(305) 372-8282
　　　　　　　　　　　　　　　　　　　　Facsimile:　(305) 372-8202

　　　　　　　　　　　　　　　　By:　　*/s/ Leyza F. Blanco*
　　　　　　　　　　　　　　　　　　　　Leyza F. Blanco
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 104639
　　　　　　　　　　　　　　　　　　　　Fernando J. Menendez
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 0018167
　　　　　　　　　　　　　　　　　　　　Juan J. Mendoza
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 113587

**Exhibit "A"**

**(Affidavit of Proposed Visiting Attorney)**

**Affidavit of Proposed Visiting Attorney**

I, Wayne Fang, am a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Official Committee of Unsecured Creditors ("Client"). I designate Leyza F. Blanco ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until another local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: May 8, 2023

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: 212-262-6700

By:  */s/ Wayne Fang*
      Wayne Fang
      New Jersey Bar No. 025522005
      wfang@lowenstein.com

**Exhibit "B"**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| Vital Pharmaceuticals, Inc., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. ___ ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Wayne Fang ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for the Official Committee of Unsecured Creditors ("Client") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Leyza F. Blanco, Esq.
> SEQUOR LAW, P.A.
> 1111 Brickell Ave., Ste. 1250
> Miami, FL 33131
> Telephone: (305) 372-8282
> Email: lblanco@sequorlaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this Court approving the same, Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW, P.A.
1111 Brickell Ave., Ste. 1250
Miami, FL 33131
Telephone: (305) 372-8282
lblanco@sequorlaw.com

*(Leyza F. Blanco is directed to serve this Order upon all non-registered users or registered user who have yet to appear electronically in this case and file a confirming certificate of service.)*