UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., et al.,      Case No.: 22-17842-PDR
     Chapter 11

Debtors.[1]

_____/

**CROSS NOTICE OF 2004 EXAMINATION OF ZURAMA SURY RODRIGUEZ**

John Owoc, Megan Owoc, and Elite Island, LLC ("Creditors"), by and through undersigned counsel, will participate in the examination of Zurama Sury Rodriguez (the "Examinee") on May 9, 2023 at 9:30 a.m. (EST) at the offices of Berger Singerman, LLP, 201 East Las Olas Blvd., Suite 1500, Fort Lauderdale, Florida 33301.

The examination may continue from day to day until completed. Unless otherwise agreed, if the Examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled, upon timely request, to a mutually agreeable date and time. The examination is pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Creditors request that the Examinee produce the documents, electronically stored information, or objects he produced in response to the Notice of Video Taped Rule 2004 Examination Duces Tecum (ECF 764) filed by the Official Committee of Unsecured Creditors (the "Committee") and any amended Rule 2004 Notices filed by the Committee thereafter as soon as practicable, but no later than May 9, 2023.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00554916}

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on May 8, 2023.

    Respectfully Submitted,

    **SHRAIBERG PAGE, P.A.**
    Attorney for Owoc
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law
    Email: pdorsey@slp.law

    By: /s/ Bradley S. Shraiberg
        Bradley S. Shraiberg
        Fla. Bar No. 121622
        Patrick Dorsey
        Fla. Bar No. 0085841

{2467/000/00554916}