**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |

**DECLARATION OF YEGOR FURSEVICH IN SUPPORT OF**
**EMERGENCY MOTION OF MONSTER ENERGY COMPANY TO COMPEL JOHN H.**
**OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO PRODUCE DOCUMENTS**
**PURSUANT TO RULE 2004 NOTICES AND CROSS-NOTICES**

I, Yegor Fursevich, declare as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts in the State of California.  I am a member of the law firm of Hueston Hennigan LLP, litigation counsel for Monster Energy Company ("Monster").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I submit this declaration ("Declaration") in support of the *Emergency Motion of Monster Energy Company to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Produce Documents Pursuant to Rule 2004 Notices and Cross-Notices* (the "Motion").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

3.      On April 24, 2023, Monster's counsel (Hueston Hennigan LLP) emailed counsel for the Debtors (Latham & Watkins LLP) and counsel for the Committee (Lowenstein Sandler LLP) requesting that a tranche of documents purportedly produced by Megan Owoc on April 11, 2023 and referenced in a filing by the Committee, be provided to Monster, along with any future tranches of productions by Ms. Owoc.

4.      A true and correct copy of this email is attached hereto as **Exhibit A**.

5.      On April 27, 2023, Monster's counsel followed up on this request after receiving no response.

6.      A true and correct copy of this email is attached hereto as **Exhibit B**.

7.      On April 28, 2023, Committee counsel responded, stating that counsel for the Owocs (Patrick Dorsey of Shraiberg Page P.A.) had informed the Committee that "his clients object to the Committee sharing the documents we've received with both the Debtors and any cross-noticing parties," and that, as a result, the Committee did "not plan to share the documents [they had] received to date with any of the cross-noticing parties until [they] hear[d] otherwise from Patrick [Dorsey] or the court resolves this issue."

8.      A true and correct copy of this email is attached hereto as **Exhibit C**.

9.      On May 1, 2023, I emailed Mr. Dorsey to request that he provide the basis for withholding the documents from Monster and the other cross-noticing parties and offering to communicate via telephone. After receiving no response, I followed up via email on May 3, 2023.

10.      A true and correct copy of this email is attached hereto as **Exhibit D**.

11.      On May 3, 2023, Mr. Dorsey and I then conferred over the telephone. In that conversation, I asked Mr. Dorsey to provide his basis for withholding documents already produced to the Committee from Monster as a cross-noticing party. Mr. Dorsey stated that he could not provide any authority or justification for withholding these documents, but that he nonetheless had to follow his clients' wishes. Mr. Dorsey also stated that he would discuss the issue further with his clients the following day and update Monster accordingly.

12.     After receiving no emails or other communications from Mr. Dorsey for two days, I followed up via email on Friday, May 5, 2023.

13.     A true and correct copy of this email chain is attached hereto as **Exhibit E.**

14.     I did not receive a response to this email.

15.     I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of May 2023, at New York, New York.

/s/ Yegor Fursevich
_____
Yegor Fursevich

# EXHIBIT A

| | |
|---|---|
| **From:** | Cassidy O'Sullivan |
| **To:** | Quartarolo, Amy (LA); Elizabeth.Morris@lw.com; Joe.Teresi@lw.com; Mannix, Erica |
| **Cc:** | Allison L. Libeu; Yegor Fursevich; Robert Feinstein; Cia H. Mackle |
| **Subject:** | VPX: Megan Owoc Document Production |
| **Date:** | Monday, April 24, 2023 6:46:47 PM |
| **Attachments:** | 2023-04-23 Supplement to Obj of Committee.pdf |

All,

Reference was made in one of the filings today to a partial production by Megan Owoc on April 11, 2023 (see attached, p. 2).
We'd be grateful if you could please provide this production to us, along with any future tranches of productions by Mrs. Owoc.

Thanks,
Cassidy

**Cassidy O'Sullivan**

---

# HUESTON HENNIGAN LLP

D: 213.788.4589
T: 213.788.4340
cosullivan@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENT TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION TO EXTEND PRODUCTION DEADLINES SET FORTH IN AGREED ORDER REGARDING EXPEDITED MOTION TO COMPEL

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, Federal Rules of Civil Procedure ("Federal Rule") 34, 37 and 45, made applicable by Rules 7034, 7037 and 9016, and Local Rule 2004-1, hereby files this supplement (the "Supplement") to the Committee's objection [Docket No. 1189] (the "Objection") to the *Motion to Extend Production Deadlines Set Forth in Agreed Order Regarding Expedited Motion to Compel* [Docket No. 1164] (the "Second Extension Motion") filed by John H. ("Jack") Owoc.  In support of this Supplement, the Committee respectfully states as follows:

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

42978/2
04/24/2023 213353233.1

1.      Today, the Committee filed re-notices of the 2004 Notices[2] for the examinations of: (i) Sury Rodriguez [Docket No. 1230] for May 1, 2023; (ii) Megan Owoc [Docket No. 1231] for May 2, 2023; (iii) Elite Island, LLC ("Elite Island") [Docket No. 1232] for May 4, 2023; and (iv) Jack Owoc [Docket No. 1233] for May 5, 2023 (collectively, the "Re-Notices") (Jack and Megan Owoc, together with Elite Island, the "Owocs"), after unsuccessfully conferring with counsel for the Owocs on dates amenable to the parties that are sufficiently in advance of the sales objection deadline.[3]   The Committee requests that, in connection with the Second Extension Motion, the Court enter an Order scheduling the examinations consistent with all the dates contained in the Re-Notices.

2.      **The Owocs' Deposition Dates**: Although the Committee is still waiting on Jack Owoc's production of responsive Documents and Communications to the 2004 Notice initially served on January 30, 2023, as well as the remainder of Megan Owoc's production[4], the Committee must depose the Owocs without further delay. The examination dates for the Owocs have continued to be adjourned primarily due to the failure of the Owocs to produce responsive documents to the 2004 Notices.  The previously agreed-upon examination dates for the Owocs of April 14, 17, and 24, 2023 were adjourned for this reason.  As noted in the Second Extension Motion, the Committee informed the Owocs over ten days ago that their examinations would be

---

[2] Capitalized terms not defined in this Supplement have the meaning ascribed to them in the Objection.

[3] The Committee had previously filed 2004 Notices for these parties, but the examinations had been delayed because the Owocs have produced no documents and continuously change counsel.  In the case of Ms. Rodriguez, the Committee attempted in a spirit of cooperation to avoid an examination by conducting an informal interview, but the Committee has determined that an examination is necessary. The Committee declined to depose other employees of the Debtors after conducting such informal interviews, but has determined that Ms. Rodriguez must be deposed.

[4] The Committee received Megan Owoc's production on April 11, 2023 in compliance with the Agreed Order.  Only after inquiring with Owocs' counsel on April 19, 2023 as to whether Megan Owoc's production was complete, Owocs' counsel informed the Committee that Megan Owoc has 3,000 additional documents that still remain to be produced. While the Committee was told it would receive this production on April 21, 2023, it has yet to receive any additional Documents or Communications from Megan Owoc.  As the Court is aware, Jack Owoc has produced nothing.

"rescheduled to early May." Second Extension Motion, ¶ 11. There can be no doubt that the Owocs were on notice of their examinations.

3.     Last week, the Committee reached out to the Owocs' counsel to confirm the examination dates of May 2, 4, and 5, 2023, for Megan Owoc, Elite Island, and Jack Owoc, respectively. Owocs' counsel responded, asking the Committee to propose alternate dates while also informing the Committee that it would receive productions from Megan and Jack Owoc in the near term. The Committee advised Owocs' counsel that it only had a limited schedule to conduct the Owocs' examinations and proposed alternate dates in that regard. Importantly, the Committee asked Owocs' counsel to confirm the proposed dates with his clients, but the Committee never received a response last week. Likewise, to-date, the Committee never received a single document from Jack Owoc and, as discussed above, is evidently owed a substantial production by Megan Owoc. Having received the Re-Notices, on the eleventh hour, Owocs' counsel, seeking to further delay the Owocs' examinations, finally responded and proposed dates that are weeks beyond the dates in the Re-Notices. As the Court is well aware, the Committee has been attempting to depose the Owocs since March; time and time again, it has been hindered by the Owocs every step of the way. The Court should not countenance such gamesmanship.

4.     **Sury Rodriquez's Deposition Date**: On April 10, 2023, after receiving and reviewing Documents and Communications from Sury Rodriguez, the Committee notified Debtors' counsel—who had previously indicated that it was accepting service and communications on behalf of Sury—that the Committee intends to re-notice the examination of Sury Rodriguez and suggested that she may need her own counsel. Last week, the Committee reached out to Debtors' counsel to ask for Sury Rodriguez's availability for an examination on May 1, 2023. Without answering the Committee's question and despite counsel's knowledge of the sale

objection deadline of May 11, 2023, Debtors' counsel informed the Committee that its lead attorney is unavailable to attend any examinations during the first week of May due to a scheduling conflict. After attempting to explore alternate dates with Debtors' counsel, the Committee was unable to find dates that would provide sufficient time to complete the examinations, and to the extent necessary, prepare a sale objection prior to the Committee's sale objection deadline.

5.  Accordingly, the Committee respectfully requests the Court to enter an Order enforcing the deposition dates as to Sury Rodriquez, Megan Owoc, Elite Island, and Jack Owoc, consistent with the Re-Notices.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 24, 2023 upon all users registered to receive notice via this Court's CM/ECF electronic notification system.

Dated:  April 24, 2023

LOWENSTEIN SANDLER LLP
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Rachel Maimin, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: rmaimin@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
        -and-
Nicole Fulfree, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: emannix@lowenstein.com

-4-

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
        Leyza F. Blanco
        Florida Bar No.: 104639
        Juan J. Mendoza
        Florida Bar No.: 113587
        1111 Brickell Avenue, Suite 1250
        Miami, FL 33131
        Telephone: (305) 372-8282
        Facsimile: (305) 372-8202
        Email: lblanco@sequorlaw.com
        Email: jmendoza@sequorlaw.com

        *Counsel to the Official Committee of*
        *Unsecured Creditors*

# EXHIBIT B

| | |
|---|---|
| **From:** | Cassidy O'Sullivan |
| **To:** | Quartarolo, Amy (LA); Elizabeth.Morris@lw.com; Joe.Teresi@lw.com; Mannix, Erica |
| **Cc:** | Allison L. Libeu; Yegor Fursevich; Robert Feinstein; Cia H. Mackle |
| **Subject:** | RE: VPX: Megan Owoc Document Production |
| **Date:** | Thursday, April 27, 2023 10:34:27 AM |

All,

Also circling back on this request regarding Megan Owoc's produced documents.

Many thanks,
Cassidy


**Cassidy O'Sullivan**

---

# HUESTON HENNIGAN LLP

D: 213.788.4589
cosullivan@hueston.com
Biography

---

**From:** Cassidy O'Sullivan <cosullivan@hueston.com>
**Sent:** Monday, April 24, 2023 6:45 PM
**To:** Quartarolo, Amy (LA <Amy.Quartarolo@lw.com>; Elizabeth.Morris@lw.com;
Joe.Teresi@lw.com; Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Allison L. Libeu <alibeu@hueston.com>; Yegor Fursevich <yfursevich@hueston.com>; Robert
Feinstein <rfeinstein@pszjlaw.com>; Cia H. Mackle <cmackle@pszjlaw.com>
**Subject:** VPX: Megan Owoc Document Production


All,

Reference was made in one of the filings today to a partial production by Megan Owoc on April 11,
2023 (see attached, p. 2).
We'd be grateful if you could please provide this production to us, along with any future tranches of
productions by Mrs. Owoc.

Thanks,
Cassidy

**Cassidy O'Sullivan**

---

# HUESTON HENNIGAN LLP

D: 213.788.4589
T: 213.788.4340
cosullivan@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

# EXHIBIT C

| | |
|---|---|
| **From:** | Julceus, Markiana |
| **To:** | Cassidy O'Sullivan; Maimin, Rachel; Mannix, Erica |
| **Cc:** | Chafetz, Eric; Cohen, Jeffrey; Robert Feinstein; Allison L. Libeu; Yegor Fursevich |
| **Subject:** | RE: VPX Depositions |
| **Date:** | Friday, April 28, 2023 2:35:07 PM |
| **Attachments:** | image003.png |
| | image353267.png |

Cassidy –

We are still discussing whether there will be a Zoom option for cross-noticing parties. We anticipate that the party representative for Elite Island's deposition will be Jack, but have not yet confirmed that with counsel.

Separately, Patrick Dorsey informed us that his clients object to the Committee sharing the documents we've received with both the Debtors and any cross-noticing parties. It is our understanding that Patrick intends to reach out to you about this and/or seek relief from the court. In light of that, we wanted to let you know that do not plan to share the documents we've received to date with any of the cross-noticing parties until we hear otherwise from Patrick or the court resolves this issue.

Best,

Markiana

**Markiana Julceus**
she, her, hers
Associate
Lowenstein Sandler LLP

T: (862) 926-2707
M: (973) 525-8496

 



**From:** Cassidy O'Sullivan <cosullivan@hueston.com>
**Sent:** Thursday, April 27, 2023 1:33 PM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Robert Feinstein <rfeinstein@pszjlaw.com>; Allison L. Libeu <alibeu@hueston.com>; Yegor Fursevich <yfursevich@hueston.com>
**Subject:** RE: VPX Depositions

Hi all,

Just circling back on this – any information would be appreciated.

Thanks,
Cassidy

**Cassidy O'Sullivan**

_____

# HUESTON HENNIGAN LLP

D: 213.788.4589
cosullivan@hueston.com
Biography

---

**From:** Cassidy O'Sullivan <cosullivan@hueston.com>
**Sent:** Monday, April 24, 2023 12:31 PM
**To:** Maimin, Rachel <RMaimin@lowenstein.com>; Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Julceus, Markiana <MJulceus@lowenstein.com>; Robert Feinstein <rfeinstein@pszjlaw.com>; Allison L. Libeu <alibeu@hueston.com>; Yegor Fursevich <yfursevich@hueston.com>
**Subject:** VPX Depositions

Hi Rachel and Erica,

We have a few questions about next week's re-noticed depositions for Jack and Meg Owoc, Elite Island, and Sury Rodriguez:

1. Will there be a Zoom attendance option for these depositions?
2. Do you have any information about who will be appearing as the PMK for Elite Island (i.e., Jack Owoc or someone else)?

Thank you,
Cassidy

**Cassidy O'Sullivan**

_____

# HUESTON HENNIGAN LLP

D: 213.788.4589
T: 213.788.4340
cosullivan@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

---

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Sent:** Thursday, April 13, 2023 7:01 AM
**To:** Robert Feinstein <rfeinstein@pszjlaw.com>; Arianna Demas <ademas@hueston.com>; Cassidy O'Sullivan <cosullivan@hueston.com>

**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Cohen, Jeffrey <[JCohen@lowenstein.com](mailto:JCohen@lowenstein.com)>; Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>; Julceus, Markiana <[MJulceus@lowenstein.com](mailto:MJulceus@lowenstein.com)>
**Subject:** RE: VPX Depos

Robert,

The Committee is changing the scheduled deposition dates for Megan Owoc, Elite and Jack Owoc. We are still working through proposed new dates, but wanted to alert you that there will not be depositions for these parties on 4/14, 4/17 or 4/24. We intend to file notices on the docket today to reflect same.

Zachary Owoc's deposition will still be held tomorrow 4/14 via Zoom.

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 



---

**From:** Mannix, Erica <[EMannix@lowenstein.com](mailto:EMannix@lowenstein.com)>
**Sent:** Wednesday, April 12, 2023 9:01 AM
**To:** Robert Feinstein <[rfeinstein@pszjlaw.com](mailto:rfeinstein@pszjlaw.com)>; 'Arianna Demas' <[ademas@hueston.com](mailto:ademas@hueston.com)>
**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Cohen, Jeffrey <[JCohen@lowenstein.com](mailto:JCohen@lowenstein.com)>; Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>; Cassidy O'Sullivan <[cosullivan@hueston.com](mailto:cosullivan@hueston.com)>; Julceus, Markiana <[MJulceus@lowenstein.com](mailto:MJulceus@lowenstein.com)>
**Subject:** RE: VPX Depos

Good morning Robert, Arianna, and Cassidy,

As an update, we will now be conducting Krista Owoc and Zachary Owoc's depositions by Zoom (date and start time remain the same). We are filing Re-Notices on the docket today that will provide Zoom details for deposition attendance.

Thank you,

Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495





---

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Sent:** Tuesday, April 11, 2023 10:23 AM
**To:** Robert Feinstein <rfeinstein@pszjlaw.com>; 'Arianna Demas' <ademas@hueston.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Cassidy O'Sullivan <cosullivan@hueston.com>
**Subject:** RE: VPX Depos

Below is an update on the remaining depositions that we have not covered:

- Megan Owoc's deposition is scheduled for this Friday, April 14 at 9:30 a.m. ET at Sequor Law's office.  No documents have been produced to date.
- Elite Island, LLC's deposition is scheduled for Monday, April 17 at 9:30 a.m. ET at Sequor Law's office.  No documents have been produced to date.
- John H. Owoc's deposition is scheduled for Monday, April 24 at 9:30 a.m. ET at Sequor Law's office.  No documents have been produced to date.

We will advise when we receive documents and will provide Sharefile access like we did with the other productions.

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 



**From:** Robert Feinstein <rfeinstein@pszjlaw.com>
**Sent:** Tuesday, April 11, 2023 10:11 AM
**To:** 'Arianna Demas' <ademas@hueston.com>; Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Cassidy O'Sullivan <cosullivan@hueston.com>
**Subject:** RE: VPX Depos

Yes, thanks.  What is the status of Meg Owoc's depo?

**From:** Arianna Demas [mailto:ademas@hueston.com]
**Sent:** Tuesday, April 11, 2023 10:06 AM
**To:** Mannix, Erica <EMannix@lowenstein.com>; Robert Feinstein <rfeinstein@pszjlaw.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Jeffrey Cohen <jcohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Cassidy O'Sullivan <cosullivan@hueston.com>
**Subject:** RE: VPX Depos

Thanks very much, Erica.

**Arianna Demas**

_____

**HUESTON HENNIGAN** LLP

D: 646.930.4202
ademas@hueston.com
Biography

**From:** Mannix, Erica <EMannix@lowenstein.com>
**Sent:** Monday, April 10, 2023 11:08 PM
**To:** Robert Feinstein <rfeinstein@pszjlaw.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; Arianna Demas <ademas@hueston.com>; Cassidy O'Sullivan <cosullivan@hueston.com>
**Subject:** RE: VPX Depos

No problem, we will make sure Cassidy is added as well.

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 

**From:** Robert Feinstein <rfeinstein@pszjlaw.com>
**Sent:** Monday, April 10, 2023 11:06 PM
**To:** Mannix, Erica <EMannix@lowenstein.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; 'Arianna Demas' <ademas@hueston.com>; Cassidy O'Sullivan <cosullivan@hueston.com>
**Subject:** RE: VPX Depos

Let me add one more name, Cassidy O'Sullivan of Hueston Hennigan (also copied( as she will be attending as well.

**From:** Mannix, Erica [mailto:EMannix@lowenstein.com]
**Sent:** Monday, April 10, 2023 11:00 PM
**To:** Robert Feinstein <rfeinstein@pszjlaw.com>
**Cc:** Chafetz, Eric <EChafetz@lowenstein.com>; Jeffrey Cohen <jcohen@lowenstein.com>; Maimin, Rachel <RMaimin@lowenstein.com>; 'Arianna Demas' <ademas@hueston.com>
**Subject:** RE: VPX Depos

Great – Arianna, we will make sure local counsel adds you to the visitors' list at their office.  I was informed that the listen-only dial-in will remain the same for each day of depositions.

**Conference Call Dial in No.: (305) 749-5664; Conference ID: 131-300**

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 

**From:** Robert Feinstein <rfeinstein@pszjlaw.com>

**Sent:** Monday, April 10, 2023 8:32 PM
**To:** Mannix, Erica <[EMannix@lowenstein.com](mailto:EMannix@lowenstein.com)>
**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Cohen, Jeffrey <[JCohen@lowenstein.com](mailto:JCohen@lowenstein.com)>; Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>; 'Arianna Demas' <[ademas@hueston.com](mailto:ademas@hueston.com)>
**Subject:** RE: VPX Depos

Erica, I want to introduce Arianna Demas (copied) with the Hueston Hennigan firm. She is planning on appearing in person at certain of the depositions the Committee is conducting and Monster has cross-noticed, beginning with Krista Owoc's depo on Thursday, assuming that is going forward as planned. Can you please advise your local counsel so that she will be admitted to the building for the depo? Thanks,

Rob

**From:** Mannix, Erica [[mailto:EMannix@lowenstein.com](mailto:EMannix@lowenstein.com)]
**Sent:** Monday, April 10, 2023 5:04 PM
**To:** Robert Feinstein <[rfeinstein@pszjlaw.com](mailto:rfeinstein@pszjlaw.com)>
**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Jeffrey Cohen <[jcohen@lowenstein.com](mailto:jcohen@lowenstein.com)>; Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>
**Subject:** RE: VPX Depos

Robert,

In case you did not receive the listen-only conference line information for the depositions tomorrow and Wednesday from our Florida counsel, the details are below:

**Conference Call Dial in No.: (305) 749-5664; Conference ID: 131-300**

Thank you,
Erica

**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: (973) 422-6538
M: (732) 674-1495

 



**From:** Mannix, Erica <[EMannix@lowenstein.com](mailto:EMannix@lowenstein.com)>

**Sent:** Saturday, April 8, 2023 1:53 PM
**To:** Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>; Robert Feinstein <[rfeinstein@pszjlaw.com](mailto:rfeinstein@pszjlaw.com)>
**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Cohen, Jeffrey <[JCohen@lowenstein.com](mailto:JCohen@lowenstein.com)>
**Subject:** RE: VPX Depos

Robert,

To provide clarity, all participation in the Committee's depositions will be in-person and no Zoom option will be provided.  For those who filed cross-notices, our Florida counsel will provide a listen-in only line to those parties for their non-participating attorneys.

Thank you,
Erica


**Erica G. Mannix**
Associate
Lowenstein Sandler LLP

T: [(973) 422-6538](tel:9734226538)
M: [(732) 674-1495](tel:7326741495)





---

**From:** Maimin, Rachel <[RMaimin@lowenstein.com](mailto:RMaimin@lowenstein.com)>
**Sent:** Saturday, April 8, 2023 1:48 PM
**To:** Robert Feinstein <[rfeinstein@pszjlaw.com](mailto:rfeinstein@pszjlaw.com)>
**Cc:** Chafetz, Eric <[EChafetz@lowenstein.com](mailto:EChafetz@lowenstein.com)>; Cohen, Jeffrey <[JCohen@lowenstein.com](mailto:JCohen@lowenstein.com)>; Mannix, Erica <[EMannix@lowenstein.com](mailto:EMannix@lowenstein.com)>
**Subject:** Re: VPX Depos

For parties like you who filed cross notices, we will be providing an open phone line for you. I've copied our colleague who can fill you in on details.

Sent from my iPhone


**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: [(212) 419-5876](tel:2124195876)
M: [(917) 455-5739](tel:9174555739)



On Apr 8, 2023, at 1:35 PM, Robert Feinstein <rfeinstein@pszjlaw.com> wrote:

 Hi, any update on Zoom attendance at next week's depos? We would prefer not to have to fly there for attendance. Either way, we really need to know asap with the first depo on Tuesday.

Robert J. Feinstein
(917) 533-1996
rfeinstein@pszjlaw.com

On Apr 5, 2023, at 12:13 PM, Maimin, Rachel <RMaimin@lowenstein.com> wrote:


We will get back to you, thank you.

Sent from my iPhone


Rachel Maimin




Partner

Lowenstein Sandler LLP




T: (212) 419-5876<tel:(212)%20419-5876>


M: (917) 455-5739<tel:(917)%20455-5739>

<https://www.lowenstein.com/umbraco/Surface/VcfDownload/Download?email=rmaimin>
<image769494.jpg>


<https://www.lowenstein.com/people/attorneys/rachel-maimin>
<image105264.jpg>




<image376004.png>




> On Apr 5, 2023, at 12:12 PM, Robert Feinstein <rfeinstein@pszjlaw.com> wrote:
>
> Hi everyone. A few questions about the upcoming depositions. First, can we attend by zoom? Second, have you received all the documents you've asked for from the witnesses and relatedly how can we get copies? I note that the global protective order in place should cover this.
>
> Thanks,
> Rob
>
> Robert J. Feinstein
> (917) 533-1996
> rfeinstein@pszjlaw.com


_____

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise

immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

# EXHIBIT D

| | |
|---|---|
| **From:** | Yegor Fursevich |
| **To:** | pdorsey@slp.law |
| **Cc:** | Cassidy O'Sullivan; Allison L. Libeu; Robert Feinstein |
| **Subject:** | VPX Bankruptcy |
| **Date:** | Monday, May 1, 2023 2:51:20 PM |

Patrick,

I am reaching out on behalf of Monster in the VPX bankruptcy proceeding.

The Committee's counsel has informed us that you objected to the Committee reproducing the documents they have received from you to any other parties that have cross-noticed the depositions of your clients. We do not see a valid basis for that objection. As one of the cross-noticing parties, and consistent with prior practice, Monster is entitled to receive the documents you have produced (or will produce) to the Committee. Presumably, many of those documents will be used during the depositions at which we will be present.

Please let us know your basis for withholding documents from anyone other than the Committee. We are also generally available to discuss this issue tomorrow over the phone.

Thank you,
Yegor

**Yegor Fursevich**
*Not admitted in NY*

---

# HUESTON HENNIGAN LLP

D: 213.788.4283
T: 213.788.4340
yfursevich@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

# EXHIBIT E

| | |
|---|---|
| **From:** | Yegor Fursevich |
| **To:** | Patrick Dorsey |
| **Cc:** | Cassidy O'Sullivan; Allison L. Libeu; Robert Feinstein; Brad S. Shraiberg; Diana Woodall |
| **Subject:** | RE: VPX Bankruptcy |
| **Date:** | Friday, May 5, 2023 9:06:57 AM |

Patrick,

Do you have any updates on the issue below?  On Wednesday, you stated that you would talk to your client and get back to us promptly.

Thank you,
Yegor

**Yegor Fursevich**
*\*\*Not admitted in NY*
D: 213.788.4283

**From:** Patrick Dorsey <PDorsey@slp.law>
**Sent:** Wednesday, May 3, 2023 7:20 AM
**To:** Yegor Fursevich <yfursevich@hueston.com>
**Cc:** Cassidy O'Sullivan <cosullivan@hueston.com>; Allison L. Libeu <alibeu@hueston.com>; Robert Feinstein <rfeinstein@pszjlaw.com>; Brad S. Shraiberg <bss@slp.law>; Diana Woodall <DWoodall@slp.law>
**Subject:** RE: VPX Bankruptcy

Hi Yegor,

I just tried calling you.  I'm generally available today.

Thanks,

Patrick Dorsey
Shraiberg Page P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0813 Direct
(561) 998-0047 Fax
www.slp.law

Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31 C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not

the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Yegor Fursevich <yfursevich@hueston.com>
**Sent:** Wednesday, May 3, 2023 10:16 AM
**To:** Patrick Dorsey <PDorsey@slp.law>
**Cc:** Cassidy O'Sullivan <cosullivan@hueston.com>; Allison L. Libeu <alibeu@hueston.com>; Robert Feinstein <rfeinstein@pszjlaw.com>
**Subject:** RE: VPX Bankruptcy

[External Email]
Patrick,

I am following up on the below email.  Please let me know when you are available to speak.

Thank you,
Yegor


**Yegor Fursevich**
*\*\*Not admitted in NY*

---

# HUESTON HENNIGAN LLP

D: 213.788.4283
yfursevich@hueston.com
Biography

---

**From:** Yegor Fursevich <yfursevich@hueston.com>
**Sent:** Monday, May 1, 2023 2:51 PM
**To:** pdorsey@slp.law
**Cc:** Cassidy O'Sullivan <cosullivan@hueston.com>; Allison L. Libeu <alibeu@hueston.com>; Robert Feinstein <rfeinstein@pszjlaw.com>
**Subject:** VPX Bankruptcy

Patrick,

I am reaching out on behalf of Monster in the VPX bankruptcy proceeding.

The Committee's counsel has informed us that you objected to the Committee reproducing the documents they have received from you to any other parties that have cross-noticed the depositions of your clients.  We do not see a valid basis for that objection.  As one of the cross-noticing parties, and consistent with prior practice, Monster is entitled to receive the documents you have produced (or will produce) to the Committee.  Presumably, many of those documents will be used during the depositions at which we will be present.

Please let us know your basis for withholding documents from anyone other than the Committee. We are also generally available to discuss this issue tomorrow over the phone.

Thank you,
Yegor

**Yegor Fursevich**
*\*\*Not admitted in NY*

---

# HUESTON HENNIGAN LLP

D: <u>213.788.4283</u>
T: 213.788.4340
<u>yfursevich@hueston.com</u>
<u>Biography</u>

523 West 6th St Suite 400
Los Angeles CA 90014

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.