UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**DEBTORS' JOINDER IN THE EMERGENCY MOTION OF MONSTER ENERGY COMPANY TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO PRODUCE DOCUMENTS PURSUANT TO RULE 2004 NOTICES AND CROSS-NOTICES**

1. Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") hereby join in the *Emergency Motion of Monster Energy Company to Compel John H. Owoc, Megan Owoc, and Elite Island, LLC to Produce Documents Pursuant to Rule 2004 Notices and Cross-Notices* (the "Motion") [ECF No. 1346].

2. The Debtors had hoped to avoid raising further disputes with the Owocs with the Court, but had no choice when their counsel advised that, notwithstanding that they have no basis to do so, they nevertheless refuse to make their full and final document productions available to the Debtors. The Debtors thus file this joinder in the Motion, and request that this Court enter an order requiring John H. Owoc, Megan Owoc, and Elite Island, LLC (collectively, the "Owocs") to make available to the Debtors all documents that they have produced to the Official Committee of

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12131769-1

Unsecured Creditors (the "Committee") pursuant to document requests served in accordance with Federal Rule of Bankruptcy Procedure 2004.

3. In April 2023, the Debtors requested that, consistent with prior practice, the Committee make productions of documents that it received from the Owocs available to the Debtors. However, the Committee advised that counsel for the Owocs objected to sharing documents with the Debtors. The Debtors then made the request directly to the Owocs' counsel, who confirmed that his clients would not agree to make their document productions available to the Debtors. Counsel for the Owocs failed to provide any justification for their refusal to make the full and final document productions available to the Debtors.[2]

4. Because the Owocs declined to produce the documents informally, on May 5, 2023, the Debtors filed notices joining in the 2004 examinations of John H. Owoc, Megan Owoc, and Elite Island, LLC (the "2004 Notices"). [ECF Nos. 1326, 1327, 1328.] In the 2004 Notices, the Debtors request that the Owocs produce "the documents, electronically stored information, or objects produced in response to [Rule 2004 Notices] filed by the [Committee] and any amended Rule 2004 Notices filed by the Committee thereafter as soon as practicable, but no later than [5:00 p.m. the day before each Owocs scheduled deposition]." [ECF Nos. 1326, 1327, 1328.]

5. The Owocs' depositions are scheduled for May 10, 15, and 17, 2023, respectively. Because the Owocs persist in their unsubstantiated and unexplained refusal to make their full and final document productions available to the Debtors, the Debtors join in the Motion and further request that this Court order the Owocs immediately to produce to the Debtors all documents that they have produced to the Committee.

---

[2] The Owocs' refusal is all the more puzzling given the fact that the Debtors were tasked with reviewing portions of the Owocs' productions for privilege and thus have seen at least portions of the documents that were eventually produced to the Committee.

| | |
|---|---|
| Dated:  May 9, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
          tj.li@lw.com
          brian.rosen@lw.com
          jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
          mniles@bergersingerman.com

*Co-Counsel for the Debtors*

12131769-1