# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-17842-PDR<br>Hon. Peter D. Russin<br>(Jointly Administered) |

### RESPONSE TO DEBTOR'S OBJECTION TO MOTION OF WEBB & GERRITSEN, INC. TO LIFT AUTOMATIC STAY TO ALLOW THE DEBTOR'S APPEAL PENDING IN WISCONSIN COURT OF APPEALS TO PROCEED

Webb & Gerritsen, Inc. by and through undersigned counsel, hereby responds to Debtors Objection to Motion of Webb and Gerritsen, Inc. to Lift Automatic Stay to Allow Debtor's Appeal Pending in Wisconsin Court of Appeals to Proceed (DE 1279), by attaching as **Exhibit 1** a copy of the February 24, 2022, transcript of the hearing regarding the Debtor's request for a stay pending appeal. Contrary to what the Debtor states with respect to the purpose for the bond, the Wisconsin trial court is unequivocally clear on pages 11-13 that only one year of interest is covered (which has now passed) and the balance of the additional sums required were to apply toward attorneys' fees and costs incurred at trial.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2

Dated:  May 9, 2023

Respectfully submitted,

FOLEY & LARDNER LLP

By: */s/ Mark J. Wolfson*
Mark J. Wolfson (FL Bar No. 0352756)
*Counsel to Webb & Gerritsen, Inc.*
100 North Tampa Street
Suite 2700
Tampa, Florida 33609
(813) 225-4119
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2023, a true and correct copy of the foregoing has been filed through the CM/ECF, which will send notice to all those registered recipients.

*/s/ Mark J. Wolfson*
Attorney

2

4894-4297-5075.1