IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 26, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Duke Realty, Attn: Florida Market, Vice President, Regional Asset Manager, c/o Duke Realty Corporation at 300 S Orange Ave, Ste 1100, Orlando, FL 32801-3375:

- **Debtors' Motion for Entry of an Order (I) Ruling Section 365 as Amended by the Act Applies to the Deadline by which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 1185)

- **Notice of Hearing re Motion for Entry of an Order (I) Ruling Section 365 As Amended By The Act Applies to the Deadline By Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Request for Hearing on April 27, 2023 at 1:30 PM] (1185)** (Docket No. 1198)

Furthermore, on April 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tina Middleton at 110 W Cityline Dr, Apt 2068, Richardson, TX 75082-3274, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)
- 

Furthermore, on or before May 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) Confidential Parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893, Pages 1-6)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- ***Customized*** **Contracts and Leases Subject to Assumption and Assignment with Cure Costs Exhibit A** (attached hereto as **Exhibit A**)

Furthermore, on May 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Shutterstock Inc. at 350 5th Ave, Fl 20, New York, NY 10118-2101, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893)

Dated: May 9, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **Exhibit A**

**Exhibit A**

**Contracts and Leases Subject to Assumption and Assignment with Cure Costs**

*Regardless of whether included below, this Exhibit A shall serve as notice with respect to any and all amendments, modifications, supplements, etc. with respect to the Contracts and Leases included below.

| Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|
|  |  |  |  |  |