IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Approving Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023** (Docket No. 1342)

- **Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Leases With (A) Evox FL Pembroke 20351 LLC; (B) Sheridan Real Estate Investment A, LLC; and (C) KP Properties of Ohio LLC; and (II) Executory Contracts With (A) Updike Distribution Logistics, LLC; and (B) Bitsight Technologies, Inc**. (Docket No. 1345)

- **Order Granting Debtors' Motion for Entry of an Order (I) Ruling Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 1348)

Furthermore, on May 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Leases With (A) Evox FL Pembroke 20351 LLC; (B) Sheridan Real Estate Investment A, LLC; and (C) KP Properties of Ohio LLC; and (II) Executory Contracts With (A) Updike Distribution Logistics, LLC; and (B) Bitsight Technologies, Inc**. (Docket No. 1345)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on May 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on Jason Enright, Esq., c/o Winstead at jenright@winstead.com:

- **Order Granting Debtors' Motion for Entry of an Order (I) Ruling Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 1348)

Dated: May 10, 2023                                                             */s/ Ana M. Galvan*
                                                                                                        Ana M. Galvan
                                                                                                        STRETTO
                                                                                                        410 Exchange, Suite 100
                                                                                                        Irvine, CA 92602
                                                                                                        855-493-7375
                                                                                                        TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 7-Eleven, Inc. | | 3200 Hackberry Rd | | | Irving | TX | 75063-0131 |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | | Arlington | TX | 76096 |
| Alabama Office of the Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | | Anchorage | AK | 99501 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | 801 Cherry St | Suite 3500 | | Fort Worth | TX | 76102 |
| Americredit Financial Services, Inc. d/b/a GM Financial | | PO Box 78143 | | | Phoenix | AZ | 85062-8143 |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | PO Box 183853 | | | Arlington | TX | 76096 |
| Ardagh Metal Beverage USA, Inc. | Attn: Curt Rothlisberger | 8770 W Bryn Mawr Ave | Suite 175 | | Chicago | IL | 60631-3515 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | | Little Rock | AR | 72201 |
| Ball Metal Beverage Container Corp | | 10 Longs Peak Dr | | | Broomfield | CO | 80021 |
| Belvac Production Machinery, Inc. | Attn: Zach Cheatham | 237 Graves Mill Rd | | | Lynchburg | VA | 24502-4203 |
| Bevcorp LLC | | 5655 Paysphere Cir | | | Chicago | IL | 60674 |
| BFG Corporation | | 7211 N McKinley Rd | | | Lake Forest | IL | 60045 |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack & Jessey J. Krehl | 51 NE 24th St | Suite 108 | Miami | FL | 33137 |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| Canon Financial Services, Inc. | | 14904 Collections Center Dr | | | Chicago | IL | 60693-0149 |
| Centurylink Communications, LLC | Level 3 Communications LLC CenturyLink Company | 100 Centurylink Dr | | | Monroe | LA | 71203 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 165 Capitol Ave | | | Hartford | CT | 06106 |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | 770 Township Line Rd | | | Yardley | PA | 19067-4219 |
| Crown Equipment Corporation | | 2971 Center Port Circle | | | Pompano Beach | FL | 33064 |
| Crown Equipment Corporation | | PO Box 641173 | | | Cincinnati | OH | 45264-1173 |
| Cryo-Lease, LLC | | 48 Pine Road | | | Brentwood | NH | 03833 |
| DeLage Landen Financial Services, Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Direct Connect Logistix, Inc. | Attn: Leslie Maish | 130 S Meridian St | | | Indianapolis | IN | 46225-1046 |
| Doehler USA, Inc. | Attn: Paul Graham | 400 High Point Rd SE | Suite 100 | | Cartersville | GA | 30120-6610 |
| Florida Department of Revenue | | PO Box 6668 | | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol Pl-01 | | | Tallahassee | FL | 32399-1050 |
| Florida Office of the Attorney General | State of Florida | The Capitol Pl 01 | | | Tallahassee | FL | 32399 |
| Fona International Inc. | Attn: Michelle Stehouwer | 1900 Averill Rd | | | Geneva | IL | 60134 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| Graphic Packaging International | Attn: Kara D'Amato | PO Box 404170 | | | Atlanta | GA | 30384-4170 |
| GreatAmerica Financial Services Corporation | | PO Box 660831 | | | Dallas | TX | 75266-0831 |
| Green Wave Ingredients (GWI) | Attn: Preciado, Elizabeth | PO Box 102922 | | | Pasadena | CA | 91189-2922 |
| Hawaii Department of the Attorney General | | 425 Queen St | | | Honolulu | HI | 96813 |
| Hitachi Capital America Corp. | | 21925 Network Place | | | Chicago | IL | 60673-1219 |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Ogden Service Center | PO Box 409101 | | | Ogden | UT | 84409 |
| Inventus, LLC Legility | Attn: Jo Anna Williams | PO Box 130114 | | | Dallas | TX | 75313-0114 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St | Room 109 | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Suite 118 | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | | Baton Rouge | LA | 70802 |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place | 20th Floor | | Boston | MA | 02108 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 |
| Missouri Attorney General's Office | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | 523 W 6th St | Suite 400 | Los Angeles | CA | 90014 |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building | 3rd Floor | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St | Flor 17 | | Columbia | SC | 29201-3268 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| New Hampshire Office of the Attorney General | | NH Department Of Justice | 33 Capitol St | | Concord | NH | 03301 |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 |
| Office of the U.S. Trustee for the Southern District of Florida | | 51 SW 1st Ave | | | Miami | FL | 33130 |
| Official Committee of Unsecured Creditors | c/o Warner Music Group Corp. | Attn: Matt Blum | 70 Music Sq W | Suite 341 | Nashville | TN | 37203 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St | 14th Floor | Columbus | OH | 43215 |
| Oklahoma Tax Commission | Attn: Bankruptcy | PO Box 269056 | | | Oklahoma City | OK | 73126 |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | 2040 Main St | 14th Floor | Irvine | CA | 92614 |
| Oregon Department Of Justice | | 1162 Court St NE | | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| PepsiCo | Attn: Eric Hansen | 15 Melanie Ln | | | East Hanover | NJ | 07936 |
| Premier Distributing Company | Julie Ryan | 1017 Santa Fe | | | Clovis | NM | 88101 |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | 1800 E Roosevelt Rd | | | Little Rock | AR | 72206-2516 |
| QuikTrip Corporation | | 4705 S 129th East Ave | | | Tulsa | OK | 74134-7005 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| Securities & Exchange Commission | | 100 F Street NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Suite 300 | | Boca Raton | FL | 33431-4491 |
| Securities & Exchange Commission | Office of Reorganization | 950 E Paces Ferry Rd NE | Suite 900 | | Atlanta | GA | 30326-1382 |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro & Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, & Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 | Suite 1 | | Pierre | SD | 57501 |
| Southern District of Florida Attorneys Office | | 99 NE 4th St | | | Miami | FL | 33128 |
| Speedway LLC | Attn: Chris Johnson | PO Box 7600 | | | Springfield | OH | 45501-7600 |
| Stellar Group, Inc. | Attn: Derek Bickerton | 2900 Hartley Rd | | | Jacksonville | FL | 32257-8221 |
| Target Corporation | | | | | | | |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 |
| TFG-Leasing Fund III, LLC | | 6995 Union Park Center | Suite 400 | | Cottonwood Heights | UT | 84047 |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | 300 Delaware Ave | Suite 1410 | Wilmington | DI | 19801 |
| The Huntington National Bank | | 7 Easton Oval | | | Columbus | OH | 43219 |
| The Huntington National Bank | | PO Box 9 | | | Buffalo | NY | 14240 |
| Total Quality Logistics, LLC TQL | Attn: Nicholas Montenarello | PO Box 634558 | | | Cincinnati | OH | 45263-4558 |
| Trinity Logistics Inc. | Attn: Laura Dukes | 50 Fallon Ave | | | Seaford | DE | 19973-1578 |
| Truist Bank | | 10500 Little Patuxent Pkwy | Ste 450 | | Columbia | MD | 21046 |
| Truist Bank | Agency Services Manager | Agency Services | 303 Peachtree St NE | 25th Floor | Atlanta | GA | 30308 |
| Truist Bank | Attn: Aimee Kilgore | 50 N Laura St | | | Jacksonville | FL | 32202 |
| Truist Bank | c/o Moore & Van Allen | Attn: Steve Gruendel & Luis Lluberas | 100 N Tryon St | Suite 4700 | Charlotte | NC | 28202-4003 |
| U.S. Bank Equipment Finance | | 1310 Madird Street | | | Marshall | MN | 56258 |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro & Brendan Everman | 255 Alhambra Circle | 8th Floor | Miami | FL | 33134 |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman & Sameer M. Alifarag | 7 Times Square | 40th Floor | New York | NY | 10036-6569 |
| US Attorney's Office for the District of Delaware | Attn: David C. Weiss | Hercules Building | 1313 N Market St | Suite 400 | Wilmington | DE | 19801 |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St | Suite 230 | Salt Lake City | UT | 84114 |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | 400 Hosmer Ave | | | Modesto | CA | 95351-3920 |
| Vermont Attorney General's Office | | 109 State St | | | Montpelier | VT | 05609 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 |
| Webb & Gerritsen | | 1308 Poplar Dr | | | Waukesha | WI | 53188 |
| Webbank | | 6440 S Wasatch Blvd | Suite 300 | | Salt Lake City | UT | 84121 |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 | Room E-26 | Charleston | WV | 25305 |
| Wild Flavors, Inc. | Attn: Mike Schneider | 1261 Pacific Ave | | | Erlanger | KY | 41018 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 |
| XPO Global Forwarding, Inc | | 13777 Ballantyne Corporate Place | Suite 400 | | Charlotte | NC | 28277 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1600FLL LLC | c/o Baker & Hostetler LLP | Attn: Jimmy D. Parrish, Esq. | jparrish@bakerlaw.com<br>orlbankruptcy@bakerlaw.com<br>cmartin@bakerlaw.com |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing | Attn: Lorenzo Nunez | | customer.service.bk@gmfinancial.com |
| All Brands Distribution, LLC | c/o LSS Law | Attn: Zach B. Shelomith, Esq. | zbs@lss.law<br>info@lss.law<br>mch@lss.law<br>zshelomith@ecf.inforuptcy.com |
| Ally Bank Department c/o AIS Portfolio Services LLC | Acct: 4499, 5811, 6046, 5715, 3867, 7440, 2062, 6900, 0837, 1283, 8213, 6602, 7541, 1808, 4817, 6298, 1312, 1341, 7332, 5229, 3157, 4161, 9807, 3356, 3379, 3379, 3441, 1307, 4946, 4948, 4879, 4930, 4863, 5007, 4883, 4868, 5081, 5112, 3154, 7954, 9930, 0158 | Attn: Arvind Nath Rawal | ecfnotices@aisinfo.com |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | Attn: Mandy Youngblood | | customer.service.bk@gmfinancial.com |
| Ardagh Metal Packaging USA Corp. f/k/a Ardagh Metal Beverage USA Inc. | c/o Shumaker Loop & Kendrick LLP | Attn: Ronald Bruckmann, Esq. & David H. Conaway, Esq. | rbruckmann@shumaker.com<br>dconaway@shumaker.com<br>celgin@shumaker.com |
| Balboa Capital Corporation | c/o McGlinchey Stafford | Attn: Ralph W. Confreda, Jr., Esq. | rconfreda@mcglinchey.com<br>alozada@mcglinchey.com |
| Ball Metal Beverage Container Corp. | c/o Sidley Austin LLP | Attn: Ian M. Ross, Esq. | iross@sidley.com<br>pvilla@sidley.com |
| Brendan Abbott and Peter Fischer | c/o Pack Law | Attn: Joseph A. Pack, Jessey J. Krehl | joe@packlaw.com<br>jessey@packlaw.com |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers & Scott Andron | sandron@broward.org<br>swulfekuhle@broward.org |
| Carolina Canners, Inc. [Southeast Cold Fill, LLC, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq., C. Craig Eller, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| Carrollton-Farmers Branch ISD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chestnut Hill Technologies, Inc. | c/o Underwood Murray, P.A. | Attn: Megan W. Murray, Esq. | mmurray@underwoodmurray.com |
| CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC | c/o Raines Feldman LLP | Attn: Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Chipman Brown Cicero & Cole, LLP | Attn: Robert A. Weber, Esq. | weber@chipmanbrown.com |
| Circle K Procurement and Brands, Ltd. & Circle K Stores, Inc. | c/o Bast Amron LLP | Attn: Dain De Souza, Esq., Jamie B. Leggett, Esq. | ddesouza@bastamron.com |
| CM Builders, Inc. dba Integrated Masonry | c/o Radix Law | Attn: Carolyn R. Tatkin | tatkin@radixlaw.com |
| CM Builders, Inc., d/b/a Integrated Masonry | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq. | jmarkowitz@mrthlaw.com<br>ycandia@mrthlaw.com<br>rrubio@mrthlaw.com<br>mrthbkc@gmail.com<br>gruiz@mrthlaw.com<br>jmarkowitz@ecf.courtdrive.com |
| Crown Cork & Seal USA, Inc | Christine J. Horn & Jake Soumis | | christine.horn@crowncork.com<br>jake.soumis@crowncork.com<br>nick.osborne@crowncork.com |
| Crown Cork & Seal USA, Inc. | c/o Dilworth Paxson LLP | Attn: Anne M. Aaronson, Esq. | aaaronson@dilworthlaw.com<br>ctomlin@dilworthlaw.com |
| Cryo-Lease, LLC | | | cryo-lease@chartindustries.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com zeke.romero30@gmail.com |
| Dairy Farmers of America, Inc. | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Hoffman, Laurence M. Frazen, Esq., & William J. Easley, Esq. | rjhoffman@bclplaw.com lmfrazen@bclplaw.com will.easley@bclplaw.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Ezequiel J. Romero, Esq. | romeroe@bclplaw.com romeroe@bryancave.com zeke.romero30@gmail.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings, Esq. | jarret.hitchings@bclplaw.com |
| Doehler USA Inc. and Dohler Dahlenburg G.m.b.H | c/o Bryan Cave Leighton Paisner LLP | Attn: Robert J. Lystad, Esq. | robert.lystad@bclplaw.com |
| Doehler USA, Inc. | Paul Graham | | paul.graham@doehler.com |
| EastGroup Properties, LP | c/o Gamberg & Abrams | Attn: Thomas L. Abrams, Esq. | tabrams@tabramslaw.com fcolumbo@tabramslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Brett S. Theisen | btheisen@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Kevin R. Reich | kreich@gibbonslaw.com |
| EFL Global and EFL Global Logistics Canada, Ltd | c/o Gibbons P.C. | Attn: Philip W. Crawford, Esq. | pcrawford@gibbonslaw.com |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | kyler.burgi@dgslaw.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jaclyn C. Marasco, Esq | | jaclyn.marasco@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Joseph L. Seiler III, Esq., Richard J. Bernard | | joseph.seiler@faegredrinker.com richard.bernard@faegredrinker.com |
| Faith Technologies Incorporated | c/o Markowitz Ringel Trusty & Hartog, PA | Attn: Ross R. Hartog, Esq. | rhartog@mrthlaw.com ecfnotices@mrthlaw.com gruiz@mrthlaw.com mrthbkc@gmail.com lgener@mrthlaw.com ycandia@mrthlaw.com rhartog@ecf.courtdrive.com |
| Fiesta Warehousing & Distribution, Co. | c/o GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Fischer & Abbott Putative Classes | c/o Harvath Law Group LLC | Attn: Daniel F. Harvath, Esq. | dharvath@harvathlawgroup.com |
| FONA International, Inc. | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Melissa A. Campbell, Esq. | mcampbell@bakerdonelson.com mpetrovich@bakerdonelson.com bkcts@bakerdonelson.com |
| Gekay Sales + Service Co., Inc. | c/o Wernick Law PLLC | Attn: Aaron A. Wernick, Esq. | crubin@wernicklaw.com dkariotis@wernicklaw.com |
| GM Financial Leasing | c/o Burr & Forman LLP | Attn: Christopher R. Thompson, Esq., Eric S. Golden, Esq. | crthompson@burr.com ccrumrine@burr.com mlucca-cruz@burr.com egolden@burr.com |
| Graphic Packaging International | Kara D'Amato | | kara.damato@graphicpkg.com |
| Green Wave Ingredients (GWI) | Preciado, Elizabeth | | epreciado@gwiusa.com |
| HACI Mechanical Contractors, Inc. | c/o Paskert Divers Thompson | Attn: Matthew G. Davis, Esq., Alston A. Merritt, Esq. | mdavis@pdtlegal.com amerritt@pdtlegal.com jdorta@pdtlegal.com dcull@pdtlegal.com |
| Hardrock Concrete Placement Co, INC | c/o Quintairos, Prieto, Wood & Boyer, PA | Attn: Justin Plean, Esq. | justin.plean@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Quintairos, Prieto, Wood & Boyer, P.A. | Attn: Arthur C. Neiwirth | aneiwirth@qpwblaw.com |
| Hardrock Concrete Placement Co., Inc. | c/o Satterlee Gibbs PLLC | Attn: K. Scott Reynolds | scott@sgazlaw.com |
| Intrastate Distributing and C.K.S. Packaging, Inc. | c/o Lorium PLLC | Attn: Joe M. Grant, Esquire | jgrant@loriumlaw.com |
| Inventus, LLC Legility | Jo Anna Williams | | joanna.williams@consilio.com |
| Jack H. Owoc | | | jackowoc.ceo@gmail.com |
| Jack Owoc and Megan E. Owoc | | | jackowoc.ceo@gmail.com |
| John H. Owoc | | | ceo@bangenergy.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 5



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| John Owoc, Megan Owoc, and Elite Island, LLC | c/o Shraiberg Page, P.A. | Attn: Patrick R. Dorsey, Bradley S. Shraiberg | pdorsey@slp.law bss@slp.law |
| Kathleen Cole | c/o Wernick Law, PLLC | Attn: Aaron A. Wernick, Esq. | awernick@wernicklaw.com |
| KJ Can (Singapore) Pte. Ltd. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzaberg | mark.salzaberg@squirepb.com |
| Krier Foods, Inc. | Attn: GrayRobinson, P.A. | Attn: Steven J. Solomon, Esq. | steven.solomon@gray-robinson.com |
| Kuckelman Torline Kirkland, Inc. | c/o Dal Lago Law | Attn: Michael R. Dal Lago, Esq. | mike@dallagolaw.com kim@dallagolaw.com fvazquez@dallagolaw.com |
| Lease Plan USA, LLC | c/o Markowitz, Ringel, Trusty & Hartog, P.A. | Attn: Jerry M. Markowitz, Esq., Alan R. Rosenberg, Esq. | jmarkowitz@mrthlaw.com arosenberg@mrthlaw.com |
| LMR Trucking, Inc. | c/o Brock & Scott, PLLC | Attn: Dennis J. Levine, Esq. | dennis.levine@brockandscott.com wbecf@brockandscott.com |
| Marc Kesten | c/o Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Esq. & Nathan E. Delman, Esq. | ahammer@hmblaw.com ndelman@hmblaw.com ecfnotices@hmblaw.com |
| Maricopa County Treasurer | Attn: Peter Muthig | | muthigk@mcao.maricopa.gov |
| Mitsubishi HC Capital America, Inc. | c/o Kye Law Group PC | Attn: Matthew F. Kye, Esq. | mkye@kyelaw.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Andrea S. Hartley, Esq. | andrea.hartley@akerman.com |
| Monster Energy Company | c/o Akerman LLP | Attn: Michael I. Goldberg, Esq., Eyal Berger, Esq., & D. Brett Marks, Esq. | michael.goldberg@akerman.com eyal.berger@akerman.com charlene.cerda@akerman.com brett.marks@akerman.com |
| Monster Energy Company | c/o Hueston Hennigan LLP | Attn: John C Hueston | jhueston@hueston.com |
| Nelson Mullins Riley & Scarborough, LLP | Attn: Scott D. Knapp, Esq. & Frank P. Terzo, Esq. | | scott.knapp@nelsonmullins.com frank.terzo@nelsonmullins.com tlewis@broadandcassel.com francis.santelices@nelsonmullins.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Christopher R. Kaup | crk@tblaw.com |
| Nexus Steel, LLC | c/o Tiffany & Bosco, P.A. | Attn: Jason A. Weber | jaw@tblaw.com |
| Office of the U.S. Trustee for the Southern District of Florida | | | ustpregion21.mm.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Archer Daniels Midland Co. | Attn: Mark H. Speiser | mark.speiser@adm.com |
| Official Committee of Unsecured Creditors | c/o Ardagh Metal Packaging USA Corp. | Attn: Curt Rothlisberger | curt.rothlisberger@ardaghgroup.com |
| Official Committee of Unsecured Creditors | c/o Crown Cork & Seal USA, Inc. | Attn: Ron Cenderelli | ron.cenderelli@crowncork.com |
| Official Committee of Unsecured Creditors | c/o Harvath Law Group, L.L.C. | Attn: Daniel F. Harvath, Peter Fischer | dharvath@harvathlawgroup.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Eric Chafetz, Esq., & Jordana Renert, Esq. | jcohen@lowenstein.com echafetz@lowenstein.com jrenert@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | nfulfree@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o PepsiCo., Inc. | Attn: W. Conrad Ragan | conrad.ragan@pepsico.com |
| Official Committee of Unsecured Creditors | c/o QuikTrip Corporation | Attn: Marshall J. Wells | mwells@quiktrip.com |
| Official Committee of Unsecured Creditors | c/o Sequor Law PA | Attn: Leyza F. Blanco, Esq., Juan J. Mendoza, Esq., & Fernando J. Menendez, Esq. | lblanco@sequorlaw.com jmendoza@sequorlaw.com fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Official Committee of Unsecured Creditors | c/o Stellar Group, Inc. | Attn: Clint E. Pyle | cpyle@stellar.net |
| Official Committee of Unsecured Creditors | c/o The American Bottling Co., Inc. | Attn: Stephen Cole | stephen.cole@kdrp.com |
| Official Committee of Unsecured Creditors | c/o Trinity Logistics, Inc. | Attn: Douglas Potvin | doug.potvin@trinitylogistics.com |
| Official Committee of Unsecured Creditors | c/o XPO Logistics, L.L.C. | Attn: Stephanie Penninger | stephanie.penninger@rxo.com |
| Oklahoma Tax Commission | Attn: Bankruptcy | | lorena.massey@tax.ok.gov |
| Orange Bang, Inc. | c/o Fender Bolling and Paiva PA | Attn: G. Steven Fender, Esq. | steven.fender@fender-law.com simone@fenderbollingpaiva.com |
| Orange Bang, Inc. | c/o Knobbe Martens Olson & Bear LLP | Attn: Steven J Nataupsky | steven.nataupsky@knobbe.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 5



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Orange Bang, Inc. | c/o KTBS Law LLP | Attn: Nir Maoz & Thomas E. Patterson | nmaoz@ktbslaw.com<br>tpatterson@ktbslaw.com |
| ORBIS RPM, LLC | c/o ASK LLP | Attn: Brigette McGrath, Esq. | bmcgrath@askllp.com<br>mudem@askllp.com |
| PepsiCo | Attn: Eric Hansen | | eric.hanson@pepsico.com |
| PepsiCo, Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| PepsiCo, Inc. | c/o Kozyak Tropin & Throckmorton LLP | Attn: Corali Lopez-Castro, Esq. & David A. Samole, Esq. | clc@kttlaw.com<br>das@kttlaw.com |
| Pettit Kohn Ingrassia Lutz & Dolin | c/o Rossway Swan Tierney Barry & Oliver PL | Attn: Thomas W. Tierney, Esq. | ttierney@rosswayswan.com<br>kkelly@rosswayswan.com |
| Premier Distributing Company | c/o Buchanan Ingersoll & Rooney PC | Attn: Nicole Grimal Helmstetter | nicole.helmstetter@bipc.com |
| Premier Distributing Company | Julie Ryan | | julie.ryan@premierdistributing.com |
| Premium Beverage Company | c/o Arentfox Schiff LLP | Attn: Andy S. Kong, Esq. & Annie Y. Stoops | andy.kong@afslaw.com<br>annie.stoops@afslaw.com |
| Priority-1, Inc. | Attn: Chris Michaels, General Counsel | | chris.michaels@priority1.com |
| Ranger H-TX LP | c/o Winstead PC | Attn: Jason A. Enright | jenright@winstead.com |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | c/o Holland & Knight LLP | Attn: William Keith Fendrick | keith.fendrick@hklaw.com<br>andrea.olson@hklaw.com |
| Santander Consumer USA Inc. dba Chrysler Capital | c/o Gerard M. Kouri, Jr., P.A. | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com<br>gmkouri@bellsouth.net |
| Securities & Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Shanghai Freeman Lifescience Company and CSPC Innovation Pharmaceutical Co., Ltd. | c/o Mazzola Lindstrom LLP | Attn: Jean-Claude Mazzola, Esq. | jeanclaude@mazzolalindstrom.com |
| SLBS Limited Partnership d/b/a Summit Distributing | c/o Carlton Fields, PA | Attn: David L. Gay, Esq. | dgay@carltonfields.com<br>cguzman@carltonfields.com<br>miaecf@cfdom.net |
| Sony | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| Sony | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, David C. Rose, Stephanie P. Chery, Sameer M. Alifarag | slieberman@pryorcashman.com<br>drose@pryorcashman.com<br>schery@pryorcashman.com<br>salifarag@pryorcashman.com |
| Southeast Cold Fill, LLC [Carolina Canners, Inc, NoSo Holdings, LLC] | c/o Kelley Fulton Kaplan & Eller PL | Attn: Craig I. Kelley, Esq. | bankruptcy@kelleylawoffice.com<br>craig@kelleylawoffice.com<br>cassandra@kelleylawoffice.com<br>dana@kelleylawoffice.com<br>debbie@kelleylawoffice.com<br>scott@kelleylawoffice.com<br>celler@kelleylawoffice.com |
| States Logistics Services, Inc. | c/o Golan Christie Taglia LLP | Attn: Barbara L. Yong, Esq. | blyong@gct.law |
| Stellar Group, Inc. | c/o Agentis PLLC | Attn: Robert P. Charbonneau & Jesse R. Cloyd | rpc@agentislaw.com<br>jrc@agentislaw.com<br>nsocorro@agentislaw.com<br>bankruptcy@agentislaw.com<br>bankruptcy.ecc@ecf.courtdrive.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 5



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The American Bottling Company | c/o Furr and Cohen PA | Attn: Robert C. Furr, Esq. & Marc P. Barmat, Esq. | rfurr@furrcohen.com<br>mbarmat@furrcohen.com<br>rrivera@furrcohen.com<br>atty_furrcohen@bluestylus.com<br>staff1@furrcohen.com |
| The American Bottling Company | c/o Swartz Campbell LLC | Attn: Joseph S. Naylor | jnaylor@swartzcampbell.com |
| The Hamilton Group (Delaware), Inc. | c/o Ullman & Ullman PA | Attn: Michael W. Ullman & Jared A. Ullman | michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>alexandra.wagener@uulaw.net<br>laura.lytle@uulaw.net<br>diana.simon@uulaw.net |
| The Kroger Co. and 84.51 LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago, Esq. | mike@dallagolaw.com<br>kim@dallagolaw.com<br>fvazquez@dallagolaw.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Trinity Logistics, Inc. | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com<br>docket2@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Truist Bank | c/o Shutts & Bowen LLP | Attn: Peter H. Levitt, Esq., Harris J. Koroglu, Esq., & Aliette D. Rodz, Esq. | plevitt@shutts.com<br>sboisvert@shutts.com<br>hkoroglu@shutts.com<br>arodz@shutts.com |
| U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | c/o Emanuel & Zwiebel, PLLC | Attn: Ronald M. Emanuel, Esq. | ron.emanuel@emzwlaw.com<br>martha.rivera@emzwlaw.com<br>eservice@emzwlaw.com |
| UMG | c/o Pryor Cashman LLP | Attn: James G. Sammataro, Brendan Everman | jsammataro@pryorcashman.com<br>beverman@pryorcashman.com |
| UMG | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Sameer M. Alifarag | slieberman@pryorcashman.com<br>salifarag@pryorcashman.com |
| Varni Brothers Corporation | Attn: Ray Morales, Tony C. Varni, Mike Varni | | raym@vbcbottling.com<br>tonyvarni@vbcbottling.com<br>mikevarni@vbcbottling.com |
| Virginia Office of the Attorney General | | | service@oag.state.va.us |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Andrew D. Sorkin, Esq. | andrew.sorkin@lw.com<br>andrew-sorkin-3703@ecf.pacerpro.com<br>new-york-ma-2860@ecf.pacerpro.com |
| Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicom Bev LLC, & Vital Pharmaceuticals International Sales, Inc. | c/o Latham & Watkins LLP | Attn: Whit Morley, Esq. | new-york-ma-2860@ecf.pacerpro.com |
| VS Carbonics, Inc. | c/o DGIM Law, PLLC | Attn: Isaac Marcushamer, Esq., Monique D. Hayes, Esq. | isaac@dgimlaw.com<br>monique@dgimlaw.com<br>colleen@dgimlaw.com |
| Webb & Gerritsen | | | olddutchmilw@aol.com |
| XPO Logistics, LLC | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald, Esq. | edward.fitzgerald@hklaw.com<br>tonya.berger@hklaw.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 5 of 5

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BitSight Technologies, Inc. | | 111 Huntington Ave | Suite 2010 | | Boston | MA | 02199-1700 | |
| BitSight Technologies, Inc. | | 111 Huntington Ave | Floor 19 | | Boston | MA | 02199-1700 | |
| EVOX FL Pembroke 20351 LLC | c/o Davis Graham & Stubbs LLP | Attn: Kyler K. Burgi | 1550 17th St | Suite 500 | Denver | CO | 80202 | |
| Evox FL Pembroke 20351 LLC | c/o EverWest Real Estate Investors, LLC | Attn: General Counsel | 1099 18th St | Suite 2900 | Denver | CO | 80202 | |
| KP Properties of Ohio, LLC | | 3520 Old Metro Pkwy | | | Fort Myers | FL | 33916 | |
| KP Properties of Ohio, LLC | Attn: Susan Knust | 11300 Longwater Chase Ct | | | Fort Myers | FL | 33908 | |
| Sheridan Real Estate Investment A, LLC | | 250 University Ave | | | Toronto | ON | M5H 3E5 | Canada |
| Sheridan Real Estate Investment A, LLC | | 1600 N Park Dr | | | Weston | FL | 33326 | |
| Sheridan Real Estate Investment A, LLC | Attn: Jack H. Owoc, Managing Member | 16720 Stratford Ct | | | Southwest Ranches | FL | 33331 | |
| Updike Distribution Logistics | Attn: Steven C. Updike & Megan Pocock | 435 S 59th Ave | Suite 100 | | Phoenix | AZ | 85043 | |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| BitSight Technologies, Inc. | | contracts@bitsight.com |
| KP Properties of Ohio, LLC | Attn: Susan Knust | knust.susan@gmail.com |
| Updike Distribution Logistics | Attn: Steven C. Updike & Megan Pocock | mpocock@updikedl.com<br>clandauer@updikedl.com<br>awebb@updikedl.com |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit E**



## Exhibit E
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1600FLL, LLC | | 200 S Orange Ave | Ste 1375 | Orlando | FL | 32801 |
| C1 DAL III-V, LLC - Colony Capital | | 13727 Noel Rd | Suite 750 | Dallas | TX | 75240 |
| CAM Management 421 LLC Buckeye | Attn: Keith Awadc/o Nuveen Real Estate | 4675 MacArthur Ct | Suite 1100 | Newport Beach | CA | 92626 |
| Centerpoint (Dogwood) | Attn: Nick Jones | 4601 Park Rd | Ste 540 | Charlotte | NC | 28209-2292 |
| CK Afton Ridge II, LLC | c/o Chrildress Klein | 301 South College St | Suite 2800 | Charlotte | NC | 28202-6021 |
| Dogwood Holdings, LLP | Attn: Nick Jones | 307 W. Tremont Ave | Suite 200 | Charlotte | NC | 28203 |
| Duke Realty | c/o Duke Realty Corporation | Attn: Florida Market, Vice President, Regional Asset Manager | 300 S Orange Ave Suite 1100 | Orlando | FL | 32801-3375 |
| Eastgroup Properties, LP | Attn: Carolina Devia | 7950 Central Industrial Dr | Suite 102-104 | Riviera Beach | FL | 33404 |
| Everman Trade Center (Cabot Industrial) | | 160 W Everman Fwy | Building A | Fort Worth | TX | 76134 |
| Everman Trade Center (Cabot Industrial) | | 8600 South Freeway | Building B | Fort Worth | TX | 76134 |
| Everman Trade Center (Cabot Industrial) | Attn: Property Manager/ Everman Trade Center c/o Holt Lunsford Commercial | 5950 Berkshire Ln | Suite 900 | Dallas | TX | 75225 |
| Everman Trade Center (Cabot Industrial) | Attn: Asset Manager/ Everman Trade Center c/o TA Realty LLC | 28 State Street | 10th Floor | Boston | MA | 2109 |
| Evox Holdings LLC (Sheridan B) | | 1099 18th St | Ste 2900 | Denver | CO | 80202-1929 |
| Icon Owner Pool - Bree Jupiter Western | Attn: Regional Director c/o GLP US Management LLC | 5000 Birch Street | Suite 505 | Newport Beach | CA | 92660 |
| Icon Owner Pool - Bree Jupiter Western | Attn: Lease Administration c/o GLP US Management LLC | Two North Riverside Plaza | Suite 2350 | Chicago | IL | 60606 |
| Jason Enright, Esq. | c/o Winstead | 500 Winstead Building | 2728 N Harwood St | Dallas | TX | 75201 |
| Kearny Mesa West, LLC | Attn: Terry Wachsner | 4700 Wilshire Blvd | | Los Angeles | CA | 90010 |
| KP Properties of Ohio | | 11300 Longwater Chase Ct | | Fort Myers | FL | 33908 |
| PPF Lincoln Medley, LLC | Attn: Devin Barnwell c/o Morgan Stanley Real Estate Advisor, Inc | 3280 Peachtree Rd NE | 20th Floor | Atlanda | GA | 30305 |
| Prologis Targeted US | Attn: General Counsel | 1800 Wazee St | Suite 500 | Denver | CO | 80202 |
| Prologis Targeted US | Attn: Market Officer | 17777 Center Court Drive North | Suite 100 | Cerritos | CA | 90703 |
| Ranger H-TX LP | c/o DRA Advisors LLC | 220 E. 42nd Street | 27th Floor | New York | NY | 10017 |
| Ranger H-TX, LP | c/o Stream Realty Partners – Houston L.P. | 3040 Post Oak Blvd. | Suite 600 | Houston | TX | 77056 |
| Ranger H-TX, LP | c/o DRA Advisors, LLC | Attn: Asset Management | 575 Fifth Ave, 38th Floor | New York | NY | 10017 |
| Rexford | Attn General Counsel & Howard Schwimmer | 11620 Wilshire Blvd | Suite 1000 | Los Angeles | CA | 90025 |
| Seltzer Holdings LLC | Attn: Robert P. Seltzer | 4117 Wagon Trail Ave | | Las Vegas | NV | 89118 |
| Taro Patch Holdings, LLC - CA lease | | 5924 Shenandoah Ave | | Los Angeles | CA | 90056 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1