United States Bankruptcy Court
Southern District of Florida

In re: Case No. 22-17842-PDR
Vital Pharmaceuticals, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 9
Date Rcvd: May 08, 2023      Form ID: pdf004      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + George A Davis, 1271 Avenue of the Americas, New York, NY 10020-1300 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 9 |
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Amanda E Preston
    on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
    on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
    on behalf of Creditor Suddath Global Logistics LLC amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
    on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com

Andrew Sorkin
    on behalf of Debtor Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co. Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
    on behalf of Defendant John H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Interested Party Megan Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Interested Party Jack H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Defendant Megan E. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Interested Party Elite Island LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Wild Flowers Inc. bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman
    on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman

District/off: 113C-0                                User: admin                                Page 3 of 9
Date Rcvd: May 08, 2023                        Form ID: pdf004                           Total Noticed: 1

        on behalf of Creditor Zomba Recording LLC beverman@stroock.com
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Music Corp. beverman@stroock.com
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com,
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Musica  Inc. beverman@stroock.com,
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Capitol Records  LLC beverman@stroock.com,
ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
        on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
        on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carolyn Tatkin
        on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
        on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, mburns@tblaw.com

Christopher R Thompson
        on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com,
mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
        on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com,
mlucca-cruz@burr.com;ccrumrine@burr.com

Corali Lopez-Castro, Esq
        on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries clc@kttlaw.com, rcp@kttlaw.com

Craig I Kelley
        on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.co
m

Craig I Kelley
        on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com,
cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.co
m

Dain De Souza
        on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza
        on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com

Daniel Harvath
        on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
        on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 9 |
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

David Samole, Esq
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Edward M Fitzgerald, Esq
    on behalf of Creditor RXO Capacity Solutions LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S. Golden, Esq.
    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
    on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com

Fernando J Menendez
    on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com

Frank Terzo, Esq.
    on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

G Steven Fender
    on behalf of Defendant Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

G Steven Fender
    on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Gavin N Stewart
    on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Isaac M Marcushamer, Esq.

| District/off: 113C-0 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

on behalf of Creditor VS Carbonics Inc. isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran

on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes

on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton

on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright

on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.

on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola

on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola

on behalf of Creditor CSPC Innovation Pharmaceutical Co. Ltd. Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz

on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz

on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz

on behalf of Creditor Lease Plan USA LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd

on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish

on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.

on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.

on behalf of Creditor C.K.S. Packaging Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony

on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jordi Guso, Esq.

on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

| District/off: 113C-0 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

    on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph A Pack
    on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack
    on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph D Frank
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza
    on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com

Justin D Plean
    on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com

Justin M Luna
    on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna
    on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Keith W. Fendrick
    on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kenneth Scott Reynolds

Case 22-17842-PDR    Doc 1363    Filed 05/10/23    Page 7 of 13

| District/off: 113C-0 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | |
|  | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | |
|  | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | |
|  | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | |
|  | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com    jdiaz@sequorlaw.com |
| Leyza F. Blanco, Esq. | |
|  | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com    jdiaz@sequorlaw.com |
| Marc P Barmat | |
|  | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com |
| Mark Alan Salzberg | |
|  | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com |
| Mark J Wolfson, Esq | |
|  | on behalf of Creditor Webb & Gerritsen Inc. mwolfson@foley.com, crowell@foley.com |
| Mark S. Roher, Esq. | |
|  | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Martin L Sandler, Esq | |
|  | on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com |
| Matthew F Kye | |
|  | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Matthew G Davis | |
|  | on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | |
|  | on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;kmilliken@underwoodmurray.com;kmilliken@ecf.courtdrive.com |
| Melissa A. Campbell | |
|  | on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Michael D. Seese, Esq. | |
|  | on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com |
| Michael I Goldberg, Esq | |
|  | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com    charlene.cerda@akerman.com |
| Michael I Goldberg, Esq | |
|  | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com    charlene.cerda@akerman.com |
| Michael Jordan Niles | |
|  | on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
|  | on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
|  | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael R Dal Lago | |
|  | on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com |
| Michael R Dal Lago | |
|  | on behalf of Creditor The Kroger Co. mike@dallagolaw.com    fvazquez@dallagolaw.com;kim@dallagolaw.com |
| Michael W Ullman, Esq | |
|  | on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Nicole Grimal Helmstetter | |
|  | on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 8 of 9 |
| Date Rcvd: May 08, 2023 | Form ID: pdf004 | Total Noticed: 1 |

elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com

Nir Maoz
 on behalf of Defendant Orange Bang  Inc. nmaoz@ktbslaw.com

Nir Maoz
 on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com

Office of the US Trustee
 USTPRegion21.MM.ECF@usdoj.gov

Patrick R Dorsey
 on behalf of Defendant John H. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
 on behalf of Defendant Megan E. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
 on behalf of Interested Party Megan Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
 on behalf of Interested Party Elite Island  LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
 on behalf of Interested Party Jack H. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Peter H Levitt, Esq
 on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Philip W Crawford
 on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Philip W Crawford
 on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

Phillip M. Hudson III
 on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com

Ralph W. Confreda, Jr
 on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com  alozada@mcglinchey.com

Richard J Bernard, Esq.
 on behalf of Creditor Prologis Targeted U.S. Logistics Fund  L.P. richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
 on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
 on behalf of Creditor Duke Secured Financing 2009-1PAC  LLC richard.bernard@faegredrinker.com

Robert C Furr, Esq
 on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.
 on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D. P. Bruckmann
 on behalf of Creditor Graphic Packaging International  LLC rbruckmann@shumaker.com, celgin@shumaker.com

Ronald D. P. Bruckmann
 on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com  celgin@shumaker.com

Ronald M Emanuel, Esq
 on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com

Ross R Hartog
 on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Scott Andron
 on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
 on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

| Name | Details |
|---|---|
| Steven R Safra | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com |
| Stuart F Wilson-Patton | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| Thomas L Abrams | on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com |
| Thomas W. Tierney | on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Veronica M Rabinowitz | on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com |
| Zach B Shelomith | on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com |

TOTAL: 179



**ORDERED in the Southern District of Florida on May 7, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER APPROVING DEBTORS' SUPPLEMENTAL APPLICATION
FOR APPROVAL TO EMPLOY GRANT THORNTON LLP TO PROVIDE
TAX EXAMINATION ASSISTANCE, EFFECTIVE MARCH 6, 2023,
AND EXPAND THE SCOPE OF THE TRANSACTION ADVISORY
SERVICES TO THE DEBTORS, EFFECTIVE APRIL 11, 2023**

THIS MATTER came before the Court on May 4, 2023 at 2:00 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance to the Debtors Effective as of March 6, 2023*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

(the "Application") [ECF No. 1188]. The Court, having considered (i) the Application, (ii) the *Supplemental Declaration of Mark Margulies in Support of Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* (the "Supplemental Margulies Declaration"), attached to the Application as Exhibit A; (iii) the Supplemental SOWs attached to the Application as Exhibits B and C, (iv) the *Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP* [ECF No. 1255] and the *Supplement to Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP* [ECF No. 1306] (collectively, the "Owoc Objections"), filed by Jack H. Owoc a/k/a Jack Owoc, and Megan Owoc; (v) the *Response to Objection [ECF No. 1255] and Supplement to Objection [ECF No. 1306] to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP [ECF No. 1316],* filed by the Debtors; (vi) the *Second Supplemental Declaration of Mark Margulies in Support of Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023* [ECF No. 1317] filed by the Debtors, and (vi) the record in these cases, including the Initial Employment Application [ECF No. 643], the Amended Margulies Declaration [ECF No. 654] and the Employment Order [ECF No. 665]; and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue of this case and the Application is this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and (c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being satisfied, based on the representations made in the Application, the Amended Margulies Declaration and the Supplemental Margulies Declaration, that Grant Thornton is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the

2

Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates; and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, the bankruptcy estates, and all parties-in-interest. Accordingly, it is

**ORDERED** as follows:

1. The Application is **APPROVED**, and the Owoc Objections are **OVERRULED**.

2. The Debtors are authorized, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, to employ and retain Grant Thornton to perform: (i) tax examination assistance in these chapter 11 cases, effective as of March 6, 2023, pursuant to the terms and conditions of the Tax Audit SOW; and (ii) transaction advisory services, effective April 11, 2023, pursuant to the terms and conditions of the Transaction Advisory Services SOW. If hereafter, there is an actual or potential conflict of interest based upon Grant Thornton's concurrent representation of Mr. Owoc and the Debtors, the Court will adjudicate that conflict upon the Motion of either party. For clarity purposes, the Owocs agree not to seek to disqualify Grant Thornton or seek disgorgement of any fees earned by Grant Thornton prior to the filing of such motion on account of any such conflict.

3. Grant Thornton shall be compensated pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503], and shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at the discounted rates set forth in the Application and the Supplemental SOWs for services rendered and costs incurred on behalf of the Debtors.

4. The Debtors and Grant Thornton are authorized and empowered to take all actions necessary to implement the relief granted in this Order. To the extent there is any inconsistency between the terms and conditions set forth in the Application, the Supplemental Margulies Declaration, and this Order, the provisions of this Order shall govern.

3

5. All other terms and conditions set forth in the Initial Employment Order, including, without limitation, modifications to the indemnification and limitation of liability provisions in the Engagement Letter, shall be applicable to Grant Thornton's expanded scope of services under the Supplemental SOWs and shall remain in full force and effect with respect to Grant Thornton's supplemental employment as approved by this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*