UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.
_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

## MOTION TO CONTINUE EXPEDITED HEARING

John H. Owoc a/k/a Jack Owoc ("Mr. Owoc") and Megan E. Owoc ("Mrs. Owoc," and with Mr. Owoc, the "Owocs"), by and through their undersigned counsel, hereby request that the Court continue—by at least one week—the May 11, 2023 2:00 p.m. hearing scheduled on the *Motion of the Official Committee of Unsecured Creditors to Compel the Testimony of Megan Elizabeth Owoc* [ECF No. 1365] (the "Motion to Compel") filed by the Official Committee of Unsecured Creditors (the "Committee") and state as follows:

1. Today, at 8:42 am, the Committee filed the Motion to Compel. In the Motion to Compel, the Committee states that the subject matter of the Motion to

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00555366}

Compel is so critical that it warrants the Court scheduling a hearing on it later today at 2:00 p.m.

2. Shortly thereafter, the Court scheduled the Motion to Compel for hearing today at 2:00 p.m.

3. Despite the requirements set forth in Local Rule 9073-1(D),[2] the Committee filed the Motion to Compel without any consultation with the undersigned counsel.

4. And despite the Committee's contention in the Motion to Compel, no emergency exists,[3] and the subject matter of the Motion to Compel is not so critical as to warrant a hearing scheduled on less than five hours' notice.

5. On the contrary, the Committee is merely seeking to compel the Owocs—who are not debtors, and who are not the subject of any adversary proceeding concerning the subject matter of the Committee's current discovery efforts—to answer the Committee's deposition questions concerning the Owoc's personal

---

[2] "If a motion seeks relief involving . . . another adverse party that is represented by an attorney . . . the motion must include a certification that the movant's attorney has contacted counsel for all adverse parties to attempt to resolve the matter without hearing." Local Rule 9073-1(D).

[3] This is not the first instance of the Committee filing an expedited motion requesting a hearing on short notice aimed at one of the Owocs without consultation with the undersigned counsel. On Saturday, April 29, 2023, the Committee filed its *Motion of the Official Committee of Unsecured Creditors to Renew the Motion to (I) Compel, John H. Owoc to Comply with the Court's Order, (II) Find John H. Owoc in Contempt, and (III) Issue Sanctions* [ECF No. 1290] wherein, at the very top, the Committee claimed, **falsely**, that Mr. Owoc "*still has yet to produce a single document to the Committee.*" That hearing was thereafter scheduled for Monday, May 1, 2023, *i.e.*, the first business day after the motion was filed.

finances. There is absolutely no need for the extremely expedited disposition of the Motion to Compel that the Committee is seeking.

6. Moreover, given the complexity and gravity of the legal issues at stake,[4] and the fact that there is not yet a transcript available of the May 10th deposition of Mrs. Owoc that spurred the Committee to file the Motion to Compel, principles of fundamental fairness and the Owocs' right to due process dictate that the Court give the Owocs and their undersigned counsel[5] at least one week, rather than five hours, to respond to the Motion to Compel and prepare for a hearing on the Motion to Compel.

7. The instant motion is not being filed for purposes of delay or for any other improper purpose, Prior to filing it, the undersigned counsel reached out to the

---

[4] Such issues include the extent and applicability of Florida's constitutional right to privacy. *See Lombardo v. Government Employees Insurance Co.*, 2017 WL 3113410, at *2 (N.D. Fla. Feb. 23, 2017) ("Given that private individuals have a constitutionally guaranteed right to privacy, [t]he disclosure of personal financial information may cause irreparable harm to a person forced to disclose it, in a case in which the information is not relevant.") and when a person has waived the right to object to such certain discovery. More broadly, the issues at stake concern the complicated question of when a Rule 2004 examination of a non-debtor may delve into such non-debtor's own finances. *See In re Kelton,* 389 B.R. 812 (Bankr. S.D. Ga. 2008) ("Courts have denied motions for Rule 2004 examinations when . . . the examination seeks to elicit information unrelated to debtor's financial affairs or the administration of the debtor's estate[.]"). **Such issues do not lend themselves to preparation and hearing on five hours' notice.**

[5] The undersigned counsel, Bradley Shraiberg, primarily works on this matter with his partner, Patrick Dorsey. Today, Mr. Dorsey is covering a hearing, in person, in front of Judge Kimball in West Palm Beach, Florida in the Auto Wholesale of Boca Raton, LLC case, Case No. 22-15627-EPK.

Committee's counsel via voicemail and email—both of which failed to elicit a return call or response—in an effort to amicably resolve this matter.

**WHEREFORE**, the Owocs respectfully request that the Court continue the hearing on the Motion to Compel [ECF No. 1365] for at least one week.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 11, 2023.

### CERTIFICATE OF CONFERENCE

**I HEREBY CERTIFY** that I contacted counsel for the Committee in an attempt to resolve this matter without a hearing.

        **Shraiberg Page P.A.**
        Attorneys for the Owocs
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email:  bss@slp.law
        Email: ependergraft@slp.law

        By:    /s/ Bradley Shraiberg
               Bradley Shraiberg
               Fla Bar No. 121622
               Eric Pendergraft
               Fla. Bar No. 91927