UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

    Debtors.                                                (Jointly Administered)
_____/

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF BANG ENERGY CANADA, INC. <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

    This is the report as of March 31, 2023, on the value, operations and profitability of those entities in which the estate of Debtor, Bang Energy Canada, Inc. (the "<u>Debtor</u>") holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.

    The estate of Bang Energy Canada, Inc. holds a substantial or controlling interest in the following entity:

| **Name of Entity** | **Interest of the Debtor** | **Tab #** |
|---|---|---|
| Bang Energy Canada, ULC (Canada) | Debtor, Bang Energy Canada, Inc. holds 100% of the membership interests. | N/A |

This periodic report (the "<u>Periodic Report</u>") contains separate reports (collectively, the "<u>Entity Report</u>") on the value, operations, and profitability of the entity listed above.

    The Entity Report consists of five exhibits.

    ***Exhibits A1 and A2*** contain the most recently available balance sheet and statement of income (loss) for the period covered by the Entity Report.

    ***Exhibit B*** describes the Controlled Non-Debtor Entity's business operations.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

	***Exhibit C*** describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

	***Exhibit D*** describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity, and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

	***Exhibit E*** describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

The undersigned, having reviewed the *Entity Report* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that to the best of his knowledge, (i) this Periodic Report and the attached *Entity Report* are complete, accurate, and truthful to the best of his knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Date:  May 11, 2023			Bang Energy Canada, Inc.


					By:  /s/ *Abhimanyu Gupta*
						Signature of Authorized Individual


					<u>Abhimanyu Gupta, Deputy Chief Transformation Officer</u>
					Printed name of Authorized Individual

12135717-2

## GENERAL NOTES

### Financial Statements

The financial statements contained herein include the results of those entities in which the Debtors hold a direct or indirect substantial and controlling interest. The Financial Statements are unaudited, limited in scope and do not fully comply with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The financial statements have been derived from the books and records of the Debtors and the Controlled Non-Debtor Entities. If U.S. GAAP procedures had been applied in full, the Debtors believe that the financial information could be subject to changes and these changes could be material.

Although the Debtors' management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position of the non-Debtors in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3. Given, among other things, the uncertainty surrounding the realization, measurement, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a non-Debtor entity shows more assets than liabilities, this is not an admission that the non-Debtor entity was solvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a non-Debtor entity shows more liabilities than assets, this is not an admission that the non-Debtor entity was insolvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

The balance sheets and statements of income have been included for the non-Debtor affiliates to the extent available on a basis consistent with the Debtor's consolidated financial statements.

### Current Values

The Debtors do not maintain fair market value or other bases of valuation for these entities, which may differ substantially from the net book value of these entities.

12135717-2

**Intercompany Transactions**

The Debtors have historically engaged, in the ordinary course of business, in routine business relationships with the each other and with their non-Debtor affiliates (such ordinary course transactions, collectively, the "Intercompany Transactions"), resulting in intercompany receivables and payables. The Debtors typically engage in Intercompany Transactions to, among other things, support the operations of their core beverage business on a daily basis.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such **Exhibit A1 & A2.**

EXHIBIT A-1

**Bang Energy Canada, ULC (Canada)**
**Statement of Operations**
For the period from October 1, 2022 through March 31, 2023

| (In US Dollars) | Bang Energy Canada ULC |
|---|---:|
| **Gross revenue** | $ 1,187,902 |
| Sales returns and discounts | (421,282) |
| Total Net Sales | 766,620 |
| Cost of goods sold | 1,066,671 |
| **Gross profit** | **(300,051)** |
| Gross profit margin % | -39.1% |
| Expenses | 870,941 |
| EBIT | (1,170,992) |
| Other Expense Income (Expense) | (77,551) |
| **Net Income** | **(1,248,543)** |

**EXHIBIT A-2**

**Bang Energy Canada, ULC**
**Balance Sheet**
**As of March 31, 2023**

| (In US Dollars) | | Bang Energy Canada ULC |
|---|---|---:|
| CURRENT ASSETS: | | |
|    Cash and cash equivalents | $ | 14,444 |
|    Accounts receivable, net | | 318,960 |
|    Inventories, net | | 942,467 |
|    Prepaids and other current assets | | 324,035 |
| **Total current assets** | $ | 1,599,906 |
| | | |
| **TOTAL ASSETS** | $ | 1,599,906 |
| | | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| | | |
| CURRENT LIABILITIES: | | |
|    Accounts payable | | 372,340 |
|    Accrued liabilities | | 676,038 |
|    Related party payables | | 2,464,390 |
|    Other Current Liabilities | | 3,460 |
| Total current liabilities | $ | 3,516,228 |
| | | |
| **Total Liabilities** | $ | 3,516,228 |
| | | |
| COMMITMENTS AND CONTINGENCIES | | |
| | | |
| STOCKHOLDERS EQUITY: | | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | | - |
| Additional paid-in capital | | - |
| Retained earnings | | (1,916,322) |
| Total stockholder's equity | $ | (1,916,322) |
| | | |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ | 1,599,906 |

**EXHIBIT B**

| Name of Entity | Description of Operations |
|---|---|
| Bang Energy Canada, ULC | Operations in Canada |

**EXHIBIT C**

| Description of Claims Between Controlled Non-Debtor Entities |
|---|
| Not Applicable |

**EXHIBIT D**

| Description of Federal, State or Local Taxes Between Controlled Non-Debtor Entities and Any Debtor |
|---|
| Not Applicable |

**EXHIBIT E**

| Payments of Administrative Expenses or Professional Fees |
|---|
| Not Applicable |