**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISON**
**www.flsb.uscourts.gov**

In re:                                                          Case No. 22-17842-BKC-PDR

VITAL PHARMACEUTICALS, INC., *et al*.                Chapter 11

                                   Debtors.[2]        Jointly Administered

_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

      Corali Lopez-Castro, Esq., of Kozyak Tropin & Throckmorton, LLP, hereby withdraws her appearance as counsel for Creditor PepsiCo, Inc. together with its affiliates and subsidiaries ("PepsiCo"), in the above-captioned bankruptcy case and requests that she be removed from the CM/ECF noticing list and any other service list in this case. Kozyak Tropin & Throckmorton, LLP and its attorneys of record will continue to represent PepsiCo in the above-captioned bankruptcy case.

Dated:  May 12, 2023.                Respectfully submitted,

                                   **KOZYAK TROPIN & THROCKMORTON, LLP**
                                   *Withdrawing Counsel for Creditor, PepsiCo*
                                   2525 Ponce de Leon Blvd., 9th Floor
                                   Miami, Florida 33134
                                   Telephone: (305) 372-1800
                                   Facsimile:  (305) 372-3508
                                   E-mail: clc@kttlaw.com

                                   By: /s/ Corali Lopez-Castro
                                          Corali Lopez-Castro
                                          Florida Bar No. 863830

---

[2] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 12, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic filing in this bankruptcy case.

By: /s/ Corali Lopez-Castro
Corali Lopez-Castro