

ORDERED in the Southern District of Florida on May 12, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ORDER (I) CONTINUING HEARING ON MOTION OF
WEBB & GERRITSEN, INC. TO ALLOW LATE FILING
OF PROOF OF CLAIM [ECF NO. 1169], AND (II) SCHEDULING
HEARING ON WEBB & GERRITSEN, INC.'S MOTION FOR
RELIEF FROM AUTOMATIC STAY [ECF NO. 1168]**

**THIS MATTER** having come before the Court on May 11, 2023 at 2:00 p.m. (the "Hearing"), in Fort Lauderdale, Florida, to consider, *inter alia*, the *Motion of Webb & Gerritsen, Inc. to Allow Late Filling of Proof of Claim* [ECF No. 1169] (the "Motion") and the *Debtors'*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Response in Opposition to Motion of Webb & Gerritsen, Inc. to Allow Late Filling of Proof of Claim* [ECF No. 1357] (the "Response") filed by the Debtors.

The Court, having reviewed the Motion and Response, having heard presentation of counsel and being advised that the parties have reached an agreement in principle (the "Settlement") that resolves the matters raised in the (a) Motion, (b) Response, (c) *Motion of Webb & Gerritsen, Inc. to Lift Automatic Stay To Allow The Debtor's Appeal Pending in Wisconsin Court of Appeals to Proceed* [ECF No. 1168] (the "Stay Relief Motion"), and (d) *Debtors' Objection to Motion of Webb & Gerritsen, Inc. to Lift Automatic Stay To Allow The Debtor's Appeal Pending in Wisconsin Court of Appeals to Proceed* [ECF No. 1279] (the "Stay Relief Objection"; and collectively with the Motion, Response and Stay Relief Objection, the "W&G Pending Matters"), which the parties are documenting. For good cause shown, the Court

**ORDERS** as follows:

1. The Court will conduct a hearing to consider each of the W&G Pending Matters on **June 29, 2023 at 1:30 p.m. at the U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

2. The automatic stay shall remain in full force and effect pending the Court's adjudication of the Stay Relief Motion and the Stay Relief Objection.

3. If the Settlement is approved by the Court prior to the date of the hearing scheduled by paragraph 2 of this Order, the parties shall submit an order denying the W&G Pending Matters as moot.

4. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures

12135411-1

allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

5. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

6. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*