

**ORDERED in the Southern District of Florida on May 12, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER (I) DENYING MOTION TO CONTINUE EXPEDITED HEARING, AND (II) GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL THE TESTIMONY OF MEGAN ELIZABETH OWOC**

This matter came before the Court for a hearing on May 11, 2023 (the "Hearing"), upon the *Motion of the Official Committee of Unsecured Creditors to Compel the Testimony of Megan Elizabeth Owoc* [Docket No. 1365] (the "Motion to Compel") filed by the Official Committee of

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Unsecured Creditors (the "Committee"), and the *Motion to Continue Hearing* [Docket No. 1367] (the "Motion to Continue") filed by John H. Owoc ("Mr. Owoc") and Megan Owoc ("Mrs. Owoc", and together with Mr. Owoc, the "Owocs"). The Court, having considered the Motion to Compel, the Motion to Continue, the arguments of counsel for the Committee and the Owocs at the Hearing, and for the reasons set forth on the record at the Hearing, it is hereby:

**ORDERED** that:

1. The Motion to Continue is **DENIED**.

2. The Motion to Compel is **GRANTED** as set forth herein.

3. The Owocs are compelled to answer questions during their Rule 2004 examinations consistent with this Court's ruling on the record.

4. Mrs. Owoc shall sit for the continued Rule 2004 examination by no later than May 23, 2023.

5. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

###

Submitted by:

Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*