IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Furthermore, on or before May 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 893, Pages 1-6)

- *Customized* **Contracts and Leases Subject to Assumption and Assignment with Cure Costs Exhibit A** (attached hereto as **Exhibit A**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Pursuant to *the Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief (Docket No. 854)*, the Debtors are authorized to file under seal that part of the service list containing information relating to the identities of potential bidders that are served with the Sale Notice.

Furthermore, on May 8, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Agreed Ex Parte Motion to Continue April 27, 2023, Hearing on Debtors' Motion for Entry of an Order (I) Ruling on Section 365 as Amended by the Act Applies to the Deadline by which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and Till Granting Related Relief** (Docket No. 1256)

Furthermore, on May 8, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on 1600FLL, LLC at 420 S Orange Ave, Ste 190, Orlando, FL 32801-4907:

- **Agreed Ex Parte Order Granting Debtors' Agreed Ex Parte Motion to Continue April 27, 2023, Hearing on Debtors' Motion for Entry of an Order (I) Ruling on Section 365 as Amended by the Act Applies to the Deadline by which the Debtors May Assume or Reject Unexpired Leases of Non-Residential Real Property; and (II) Grant Related Relief** (Docket No. 1274)

Furthermore, on or before May 9, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C** and on one (1) confidential party not included herein:

- **Notice of Extension of Certain Sale-Related Deadlines** (Docket No. 1283)

Furthermore, on May 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dogwood Holdings, LLP, Attn: Nick Jones at 4601 Park Rd, Ste 540, Charlotte, NC 28209-2292, pursuant to USPS forwarding instructions:

- **Amended Notice of Hearing re Motion for Entry of an Order (I) Ruling Section 365 As Amended By The Act Applies to the Deadline By Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Request for Hearing on April 27, 2023 at 1:30 PM] (1185)** (Docket No. 1221)

Dated: May 17, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **Exhibit A**

**Exhibit A**

**Contracts and Leases Subject to Assumption and Assignment with Cure Costs**

*Regardless of whether included below, this Exhibit A shall serve as notice with respect to any and all amendments, modifications, supplements, etc. with respect to the Contracts and Leases included below.

| Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|
|  |  |  |  |  |

# **<u>Exhibit B</u>**



# Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1600FLL, LLC | | 420 S Orange Ave | Ste 190 | Orlando | FL | 32801-4907 |
| Duke Realty | Attn: Florida Market, Vice President, Regional Asset Manager c/o Duke Realty Corporation | 300 S Orange Ave | Ste 1100 | Orlando | FL | 32801-3375 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
| --- | --- | --- | --- | --- | --- | --- |
| Agropur Inc. | | 3805 Freedom Rd | | Appleton | WI | 54913-9304 |
| Alexa Quintanilla | | 3659 Bancroft St | | San Diego | CA | 92104-4308 |
| Alexander Bracamonte | | 7402 N 84th Ave | | Glendale | AZ | 85305-3901 |
| Alexander Kline | | 4018 W Hayduk Rd | | Laveen | AZ | 85339-1242 |
| Alexandra Cueva Clarke | | 6263 Topanga Canyon Blvd | Apt 752 | Woodland Hls | CA | 91367-8082 |
| Alfonso Razo | | 6105 Hudson St | | Commerce City | CO | 80022-3223 |
| Alfredo Nieves | | 31812 Allen Ave | | Homeland | CA | 92548-9503 |
| Alysia Kimberly Rosiles | | 5521 Citronell Ave | | Pico Rivera | CA | 90660-2709 |
| Amy Mariano | | 5688 E Millet Dr | | Boise | ID | 83716-5075 |
| Anthony Clayton | | 56 Kramer Ct | | Florence | NJ | 08518-4033 |
| Anthony David Dolson | | 9050 W Warm Springs Rd | Unit 1040 | Las Vegas | NV | 89148-3828 |
| Anthony Fernandez | | 7036 S 7th Ln | | Phoenix | AZ | 85041-6761 |
| Arandy Reyna Meraz | | 2221 W Paradise Dr | | Phoenix | AZ | 85029-3561 |
| Ashley Eden Kaplan | | 11 Plaza Real S | Apt 715 | Boca Raton | FL | 33432-4896 |
| Ashley Whipkey | | 182 Elmtree Rd | # 2 | Rochester | NY | 14612-5143 |
| Bayardo Detrinidad | | 6307 114th Ave E | | Parrish | FL | 34219-3410 |
| Bobby Derrell Booker | | 211 Henry St | # B | Greenville | MS | 38703-3490 |
| Bria Alana Courseault | | 222 S Figueroa St | Apt 320 | Los Angeles | CA | 90012-2574 |
| Bria Courseault | | 222 S Figueroa St | Apt 320 | Los Angeles | CA | 90012-2574 |
| Brian Mcirvin | | 3208 G St | | Vancouver | WA | 98663-2740 |
| Brooke Hall Underscore Talent Management | | 1 Sanctuary Peak Ct | | Henderson | NV | 89012-7307 |
| Brooke Warren-Hall | | 1 Sanctuary Peak Ct | | Henderson | NV | 89012-7307 |
| Bruno Richard Paolina | | 3924 Logan Ct | | Hilliard | OH | 43026 |
| Bryan Caldwell | | 19323 Seabiscuit Stable Trl | | Tomball | TX | 77377-3049 |
| Caloujery Prosper | | 9840 Sheridan St | Apt 112 | Pembroke Pines | FL | 33024-3059 |
| Capreesa Pilgrim | | 6430 Verner Ave | Apt 208 | Sacramento | CA | 95841-2071 |
| Carla Adams | | 10641 SW 108th Ave | Apt 3E | Miami | FL | 33176-8119 |
| Casey's General Stores, Inc. | | 1 SE Convenience Blvd | | Ankeny | IA | 50021-9672 |
| Charles William Davis III | | 12101 W 136th St | Apt 738 | Overland Park | KS | 66221-7582 |
| Chelsea Magnusen | | 3674 Coral Springs Dr | | Coral Springs | FL | 33065-7411 |
| Christine King | | 2667 Pinehurst Dr | | Grapevine | TX | 76051-2421 |
| Christopher Alan Johns | | 11647 7th Ave | | Hesperia | CA | 92345-2014 |
| Christopher Mario Mendiola | | 4320 Starlight Creek Rd | | Celina | TX | 75009-0678 |
| ChromaDex, Inc. | | 1735 Flight Way | Ste 200 | Tustin | CA | 92782-1841 |
| Clay M Hull | | 13902 Sea Anchor St | | Corp Christi | TX | 78418-6165 |
| Cox Oil Company | | 710 S 1st St | | Union City | TN | 38261-5008 |
| Cristian Henao Castano | | 8510 Cottage Rose Dr | | Austin | TX | 78744-5930 |
| Cydney Afton Hatch | | 5208 W Dock St | | South Jordan | UT | 84009-6179 |
| Daniel Douglas Gray | | 495 Green Acres Dr | | Gardnerville | NV | 89460-6559 |



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Daniel Guangorena | | 11617 Goldendale Dr | | La Mirada | CA | 90638-1012 |
| Daniel Heyer | | 2000 Meredith Dr | Apt 2010 | Pittsburgh | PA | 15205-5413 |
| David Kizer | | 1535 San Almada Rd | | Corona | CA | 92882-7903 |
| Debora Jaye Duarte | | 2691 Bradley Ln | | Round Rock | TX | 78664-4596 |
| Dina Barela | | 10323 Mint Leaves St | | Las Vegas | NV | 89183-4286 |
| Durran Dale Wagoner | | PO Box 2639 | | Azle | TX | 76098-2639 |
| Dustin James Harrison | | PO Box 4693 | | Youngstown | OH | 44515-0693 |
| Enrique A Zuleta | | 2871 Conway Rd | Apt 225 | Orlando | FL | 32812-5989 |
| Erica Beauchamp | | 1028 Oakwood Dr | | Elyria | OH | 44035-3234 |
| Gabriella Whiting | | 1800 Grismer Ave | Apt 303 | Burbank | CA | 91504-4404 |
| Grace Kathleen Mcavoy Costello | | 2930 Barnard St | Unit 8101 | San Diego | CA | 92110-5766 |
| Hans Miguel Hernandez | | 3100 N Course Ln | Apt 109 | Pompano Beach | FL | 33069-5431 |
| Heather Baldwin | | 100 Walden Pl | | Missoula | MT | 59803-1335 |
| Informa Media, Inc. | | 1468 W 9th St | Ste 330 | Cleveland | OH | 44113-1220 |
| Ivan O Morales Rico | | 2207 S 101st Dr | | Tolleson | AZ | 85353-5659 |
| Jakob Hellrigl | | 1533 N Vista St | Unit 101 | Los Angeles | CA | 90046-4592 |
| Jakob Kasimir Hellrigl | | 1533 N Vista St | Unit 101 | Los Angeles | CA | 90046-4592 |
| Jesse Michael Suarez | | 9715 Mirabelle St | | Roseville | CA | 95747-6398 |
| Jessica Cummins | | 559 Royal Pine Dr | | Rockwall | TX | 75087-7027 |
| Jocelyn Camba | | 1013 Ironwood Dr | | Las Vegas | NV | 89108-1143 |
| Joel Litterio | | 4764 S Ireland St | | Aurora | CO | 80015-6607 |
| Jonathan Mayer | | PO Box 18088 | | Phoenix | AZ | 85005-8088 |
| Jose Luis Rodriguez Ortiz | | 6751 Mather Ave | | Orlando | FL | 32809-6577 |
| Juan Rodriguez Valencia | | 20814 Vinesta Cir | | Boca Raton | FL | 33433-1850 |
| Juanita H Medina | | 4401 N 50th Dr | | Phoenix | AZ | 85031-2036 |
| Justin James Richard Cescenti | | 4132 Wheeler Peak Way | | Modesto | CA | 95356-9388 |
| Karsten John Pascua Valeros | | 29646 Gracilior Dr | | Escondido | CA | 92026-5905 |
| Kayla Topper | | 1015 Alice St | # A | Nashville | TN | 37218-2901 |
| Kendall Hawkins | | 9137 Hampstead Ave | | Las Vegas | NV | 89145-8522 |
| Kevin McCarty | | 51291 Golden Meadow Dr | | Northville | MI | 48167-1866 |
| Kristopher W Ciganik | | 3416 W Donner Dr | | Phoenix | AZ | 85041-7605 |
| Krystal White | | 5570 Ocean Gate Ln | Apt 265 | San Diego | CA | 92154-6523 |
| Lara Hagopian | | 11205 Sentinel Dr | | Austin | TX | 78747-2837 |
| Lucas de Castro Rangel | | 4030 4th St | | Chesapeake | VA | 23324-1523 |
| Luis Diego Leandro | | 11750 Canal St | Unit 424 | Miramar | FL | 33025-7828 |
| Marco Hall | | 1 Sanctuary Peak Ct | | Henderson | NV | 89012-7307 |
| Matagrano, Inc. | | 25858 Clawiter Rd | | Hayward | CA | 94545-3213 |
| Matthew Lotterman | | 18 6th Ave | Apt 4315 | Brooklyn | NY | 11217-5079 |
| MBI Industrial Medicine Inc. | | 77 E Thomas Rd | Ste 230 | Phoenix | AZ | 85012-3100 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 4



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| McGlinchey Stafford, LLC | | 101 NE 3rd Ave | Ste 1810 | Ft Lauderdale | FL | 33301-1279 |
| Mckinley Jade Richardson | | 5314 Edna Crane Ave | | N Las Vegas | NV | 89031-7995 |
| Melissa Malonson | | 27048 N 104th Ln | | Peoria | AZ | 85383-3590 |
| Melissa Riso | | 160 NE 111th St | | Miami | FL | 33161-7048 |
| Nahomy Sanchez | | 75 West St | Apt 7F | New York | NY | 10006-1794 |
| Nicholas James Wiseman | | 508 Tawny Leaf Ct | | Montgomery | TX | 77316-2873 |
| Nini V. Nieves | | 28250 S Dixie Hwy | Apt 407 | Homestead | FL | 33033-1680 |
| Olivia Rose Craig | | 813 Sunny Horizon Ct | | Daytona Beach | FL | 32124-1132 |
| Orthodox Union | | 40 Rector St | Fl 4 | New York | NY | 10006-1733 |
| Paige Marx | | 344 Melbourne Ct | | Charlotte | NC | 28209-1823 |
| Patrick Michael Flynn | | 8250 N Grand Canyon Dr | Unit 1081 | Las Vegas | NV | 89166-3729 |
| Pelican Insurance Agency, Inc. | | 6991 W Broward Blvd | Ste 104 | Plantation | FL | 33317-2907 |
| Pepsi Cola Bottling Co of Eastern Oregon | | 2404 E H Ave | | La Grande | OR | 97850-3808 |
| Rachael S Esenwein | | 4851 Lazy Timbers Dr | | Humble | TX | 77346-4456 |
| Racheal Elizabeth Hill | | 2122 W Vineyard Rd | | Phoenix | AZ | 85041-5402 |
| Rasha Dhia Kareem | | 1118 Fresno St | Apt 2 | San Diego | CA | 92110-1747 |
| Richard E Martinez | | 5021 Atlantic Ave | Apt 33 | Long Beach | CA | 90805-6571 |
| Roberto Lamboy | | 4100 Rossi Way | | Lorain | OH | 44053-1645 |
| Sabrina Machado | | 4030 4th St | | Chesapeake | VA | 23324-1523 |
| Samantha Rada | | 12506 Druids Glen Dr | | Pineville | NC | 28134-7326 |
| Sarah Allevato Talabi | | 14093 Edwards St | | Westminster | CA | 92683-3603 |
| Shahira Barry | | 1860 N Fuller Ave | Apt 409 | Los Angeles | CA | 90046-2374 |
| Silver Eagle Distributors Houston LLC | | 7777 Washington Ave | | Houston | TX | 77007-1037 |
| Sofia Lee | | 315 S Cesar Chavez Blvd | Apt 1309 | Dallas | TX | 75201-5832 |
| Spirit & Sanzone vs. VPX et al. (2020) | Spirit And Sanzone Dist Co, Inc | PO Box 543 | | East Syracuse | NY | 13057-0543 |
| Spirit and Sanzone Dist. Co., Inc. | | PO Box 543 | | East Syracuse | NY | 13057-0543 |
| SRP | | PO Box 2951 | | Phoenix | AZ | 85062-2951 |
| Steven Douglas Associates LLC | Attn: Shari Gottlieb | 13450 W Sunrise Blvd | Ste 200 | Sunrise | FL | 33323-2915 |
| Steven Houston | | 25973 W Via Del Sol Dr | | Buckeye | AZ | 85396-5463 |
| Sun State Landscape Management | | 4022 W Lincoln St | | Phoenix | AZ | 85009-5308 |
| Tala Golzar | | 1837 S Ventura Blvd | # 390 | Tarzana | CA | 91356 |
| Taya Madrid | | 1250 Wigwam Pkwy | Unit 3102 | Henderson | NV | 89074-8357 |
| Taylor Jon Frette | | 1242 E 28th St | | Norwalk | IA | 50211-8407 |
| The Kent Companies | | 3510 N A St | | Midland | TX | 79705-5427 |
| Theresa Jurado | | 1030 N 22nd St | | Phoenix | AZ | 85006-3118 |
| ThermoLife International, Inc. | | 1220 E Hill St | | Signal Hill | CA | 90755-3524 |
| Timothy A Reasoner | | 9138 Winona Ct | | Westminster | CO | 80031-3414 |
| Tristen Escolastico | | 14 Pinecrest Ct | | Seale | AL | 36875-4525 |
| Tyler Burke | | 6848 E Edgemont Ave | | Scottsdale | AZ | 85257-1355 |



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Underscore Talent Management Marco Hall | | 1 Sanctuary Peak Ct | | Henderson | NV | 89012-7307 |
| Vladyslava Pineda | | 12020 Southern Highlands Pkwy | Apt 1074 | Las Vegas | NV | 89141-3018 |
| VPX & JHO vs. Ignite Int'l & Gracely et al. (2021) | Ignite Beverages, Inc | 5990 W Patrick Ln | | Las Vegas | NV | 89118-2739 |
| Zachary Cortese | | 2722 Ennis Rd | | Nashville | TN | 37210-5400 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 4