# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et. al.,

      Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

## CM BUILDERS, INC.'S AGREED *EX PARTE* MOTION TO ALLOW LATE FILED CLAIM AS TIMELY

CM Builders, Inc. d/b/a Integrated Masonry ("Integrated"), by and through its undersigned counsel, with the agreement of the Debtors, and pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3003(c) and 9006(b)(1), moves (the "Motion") for the entry of an order deeming its proof of claim, assigned Claim No. 674 (the "Claim"), as timely filed, and in support of granting the Motion states:

### I. BACKGROUND

1. On October 10, 2022 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code, commencing the above-captioned bankruptcy cases (collectively, the "Bankruptcy Case").

2. On October 10, 2022, the Debtors filed *Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 10] (the "Bar Date Motion").

3. On October 14, 2022, the Court entered its *Order Granting Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [ECF No. 114] (the "Bar Date Order").

12141130-1

4.      On October 17, 2022, the Court issued its *Notice of Meeting of Creditors* (the "Notice"), setting a claims bar date of December 19, 2022 [ECF No. 132] (the "POC Deadline") following entry of the Bar Date Order.

5.      Integrated was not scheduled as a creditor and was not served with a copy of the Notice. *See Certificate of Service*, ECF No. 203.

6.      As a result, Integrated was not aware of the POC Deadline until after its expiration; however, on December 28, 2022, just 9 days after the bar date, Integrated filed the Claim.

7.      In light of the foregoing, the Debtors, subject to this Court's approval, have agreed to deem the claim as timely filed, while preserving all other objections.

## II. **THE LATE FILED CLAIM SHOULD BE DEEMED ALLOWED AS TIMELY**

8.      Bankruptcy Rule 3003(c) provides that this Court "for cause shown may extend the time within which proofs of claim or interest may be filed."

9.      The doctrine of "excusable neglect" under Bankruptcy Rule 9006(b)(1) provides for the allowance of late filed claims. *See Pioneer Inv. Svcs. Co. v. Brunswick Assoc. Ltd. Partnership*, 113 S.Ct. 1489, 507 U.S. 380, 123 L.Ed.2d 74 (1993) (creditors' failure to timely file proof of claim was result of excusable neglect, warranting allowance of late claim); see also *In re Pappalardo*, 210 B.R. 634 (Bankr. S.D. Fla. 1997).

10.     The determination of what constitutes excusable neglect is "an equitable one, taking into account all relevant circumstances, including (1) the danger of prejudice to the debtor, (ii) the length of the delay and its potential impact on the judicial proceedings, (iii) the reason for the delay, including whether it was in the reasonable control of the movant, and (iv) whether the movant acted in good faith." *In re Harrell*, 325 B.R. 643, 646 (Bankr. M.D. Fla. 2005).

11. The brief delay in the filing of the Claim falls within the purview of "excusable neglect" because Integrated was not scheduled as a creditor and did not receive notice of the Bankruptcy Case or Claims bar date.

12. Upon learning of the Claims deadline, Integrated acted diligently, swiftly and in good faith by filing the Claim, only 9 days after the POC Deadline.

13. The allowance of the Claim, as timely filed, will not materially prejudice the Debtors' estates and will not impact the administration of the Bankruptcy Case. Integrated has been actively involved, along with the other Arizona Mechanics Lien Claimants, in the negotiation of the *Order Conditionally Denying Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum* [ECF No. 1277]. That Order, among other things, will establish an escrow Reserve from sale proceeds of the Arizona Property identified in the Order, to attach to the proceeds of an approved sale to satisfy the Arizona Mechanics' Lien Secured Claims. Nothing in the relief requested here, and consented to by the Debtors, will waive any substantive defenses to Integrated's Claim as an Arizona Lien Claimant.

14. Integrated does not request through this Motion that the Court make any ruling or determination on the allowance or amount of the Claim. Accordingly, the Debtors and all other parties in interest will retain any and all rights to object to the claim, other than objections as to timeliness, notwithstanding the entry of the Agreed Order.

15. Thus, Integrated asserts cause exists to grant the relief sought and that any neglect is excusable.

16. Prior to filing this Motion, undersigned counsel conferred with counsel for Debtors who indicated that the Debtors do not oppose the relief sought herein.

17. Therefore, Integrated requests that this Court allow the Claim as timely filed.

12141130-1

**WHEREFORE**, Integrated respectfully requests that this Court enter an order: (i) granting this Motion; (ii) allowing the Claim as timely filed; and (iii) providing for such other and further relief as this Court deems appropriate under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing was served via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on May 18, 2023.

Dated:  May 18, 2023

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
9130 S. Dadeland Blvd., Suite 1800
Miami, FL 33156
Telephone: (305) 670-5000//Facsimile: (305) 670-5011

By:  */s/ Jerry M. Markowitz*
Jerry M. Markowitz
Florida Bar No.: 182420
jmarkowitz@mrthlaw.com
Alan R. Rosenberg
Fla. Bar. No. 92004
arosenberg@mrthlaw.com

-and-

**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ  85254
Telephone: (602) 606-9300//Facsimile: (602) 606-9353

By:  */s/ Carolyn R. Tatkin[1]*
Carolyn R. Tatkin
Arizona Bar No.: 010437
tatkin@radixlaw.com

Attorneys for CM Builders Inc. d/b/a Integrated Masonry

---

[1] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to court order dated January 30, 2023 [ECF No. 712].

12141130-1