

ORDERED in the Southern District of Florida on May 18, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*. | Case No.: 22-17842-PDR |
| Debtors.                       / | (Jointly Administered) |

**AGREED ORDER RESOLVING LIMITED OBJECTION [ECF NO. 1053] TO NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO FILED BY DEBTOR VITAL PHARMACEUTICALS, INC**.

**THIS MATTER** came before the Court without a hearing upon the *Limited Contract Objection* [ECF No. 1053] and the documents filed in support thereof [ECF No. 1098] (collectively, with ECF 1053, the "Limited Objection") filed by VS Carbonics Inc. ("VS Carbonics") to the *Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed*

*and Assigned In Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* filed by Debtor Vital Pharmaceuticals, Inc. [ECF No. 893] (the "Cure Notice").

Debtor, Vital Pharmaceuticals, Inc. ("VPX"), and VS Carbonics are parties to that *Sale and Rental Agreement* dated November 11, 2019, as amended from time to time thereafter (the "Sale Agreement") pursuant to which VS Carbonics leases to VPX storage tanks and related equipment used by VPX in the ordinary course of its business. VPX and VS Carbonics have: (a) resolved the disputes pertaining to the Limited Objection, (b) agreed to VPX's surrender, and VS Carbonics's repossession of, a 4,000-gallon liquid tank (the "4000 Ga. Tank") no longer needed by VPX, and (c) fixed the amount of VS Carbonics' rejection damage claim if the Sale Agreement is rejected, all upon the terms set forth in this Order (collectively, the "Agreement"). The official committee of unsecured creditors has no objection to the Sale Agreement and has approved the terms of this Agreed Order.

Based on the agreement of the parties, the Court

**ORDERS** as follows:

1. VS Carbonics is authorized, at its sole cost and expense, to remove and retake possession of the 4000 Ga. Tank from the premises located at 20351 Sheridan Street, Fort Lauderdale, FL 33332. Any such removal shall occur on or before June 30, 2023.

2. Commencing April 1, 2023, VS Carbonics shall no longer charge VPX the $1,500.00 rental fee for the 4000 Ga. Tank that is being removed from the premises located at 20351 Sheridan Street, Fort Lauderdale, FL 33332.

3. From April 1, 2023, through the date the Sale Agreement is rejected or assumed and assigned by VPX, VPX shall timely pay a reduced total rent of $2,685.00 per month under the Sale Agreement, which monthly rental payment is for the VPX's use of the following equipment:

    a. a 1000-liter liquid nitrogen microbulk high pressure tank installed at 20351 Sheridan Street, Fort Lauderdale, FL 33322;

    b. A 60kw Liquid to Process Vaporizer stored at 20351 Sheridan Street, Fort Lauderdale, FL 33332; and

    c. A 6-ton vertical CO2 storage tank with liquid refrigeration condensing unit

(collectively, the "<u>Leased Equipment</u>")

4. VS Carbonics is hereby granted an allowed, general unsecured claim in the VPX bankruptcy estate in the amount of $12,580.61 representing amounts due to it by VPX as of the Petition Date.

5. If the Sale Agreement between VPX and VS Carbonics is rejected, VS Carbonics shall promptly retake possession of the Leased Equipment. VPX and VS Carbonics agree that the cost of removing the Leased Equipment is $25,000.00 and, if the Sale Agreement is rejected, in addition to the general unsecured claim allowed pursuant to paragraph 4 of this Agreed Order, VS Carbonics shall have an allowed, general unsecured rejection damage claim against the VPX bankruptcy estate in the amount of $25,000.

6. The Court retains jurisdiction to interpret and enforce this Agreed Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12152665-1