UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,
et. al.,
                Debtors.
_____/

Case No. 22-17842-PDR
Chapter 11
(Jointly Administered)

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that true and correct copy of the *Notice of Hearing* [ECF No. 1389] to consider CM Builders, Inc.'s Agreed Ex Parte Motion to Allow Late Filed Claims as Timely, was served via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on May 19, 2023.

Dated: May 19, 2023

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
9130 S. Dadeland Blvd., Suite 1800
Miami, FL 33156
Telephone: (305) 670-5000//Facsimile: (305) 670-5011

By: */s/ Jerry M. Markowitz*
Jerry M. Markowitz
Florida Bar No.: 182420
jmarkowitz@mrthlaw.com
Alan R. Rosenberg
Fla. Bar. No. 92004
arosenberg@mrthlaw.com
-and-
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
Telephone: (602) 606-9300//Facsimile: (602) 606-9353

By: */s/ Carolyn R. Tatkin*[1]
Carolyn R. Tatkin
Arizona Bar No.: 010437
tatkin@radixlaw.com
Attorneys for CM Builders Inc. d/b/a Integrated Masonry

---

[1] I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to court order dated January 30, 2023 [ECF No. 712].

12141130-1