IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. / | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ryan W. Kearns at 508 Slew Dr, Canton, GA 30115-3102, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Furthermore, on or before May 16, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Extension of Certain Sale-Related Deadlines** (Docket No. 1283)

Furthermore, on or before May 16, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on XPO Global Forwarding, Inc at 2211 Old Earhart Rd, Ste 100, Ann Arbor, MI 48105-2963:

- **Order Granting Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts with (I) Fiesta Warehousing and Distribution; and (II) Krier Foods, Inc.** (Docket No. 1287)

- **Order Admitting Attorney Pro Hac Vice** (Docket No. 1303)

- **Order Granting Debtors' Sixth Motion for Entry of an Order Authorizing the Rejection of an Executory Contract with ACAR Leasing Ltd., Inc. d/b/a/ GM Financial Leasing Effective as of March 29, 2023** (Docket No. 1304)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Pursuant to *the Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief (Docket No. 854)*, the Debtors are authorized to file under seal that part of the service list containing information relating to the identities of potential bidders that are served with the Sale Notice.

- **Order Granting Debtors' Motion for Entry of an Order (I) Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief** (Docket No. 1324)

| | |
|---|---|
| Dated: May 22, 2023 | _/s/ Monica Arellano_<br>Monica Arellano<br>STRETTO<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br>Telephone: 800-634-7734<br>Email: TeamVitalPharma@stretto.com |

# **<u>Exhibit A</u>**

Case 22-17842-PDR    Doc 1392    Filed 05/22/23    Page 4 of 6



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Abimelek Rodriguez Correa | | 2836 Semorningside Blvd | | | Port St Lucie | FL | 34952-5707 |
| Alexis N. Henderson | | 1231 Arapaho St | | | Jupiter | FL | 33458-6827 |
| Alyssa Blair | | 2075 Blackberry Ln | | | Auburn | GA | 30011-2225 |
| Amanda Saez | | 16385 Biscayne Blvd | Unit 1218 | | Aventura | FL | 33160-5466 |
| Ameris Bank D/B/A Balboa Capital | c/o Mcglinchey Stafford, PLLC | Attn: Ralph Confreda, Jr. | 101 NE 3rd Ave | Ste 1810 | Ft Lauderdale | FL | 33301-1279 |
| Amoricka Dittrich | | 4315 Scotts Mill Ct | | | Saugus | MA | 01906-4552 |
| Angelina D Lantieri | | 2202 N Lois Ave | Apt 1338 | | Tampa | FL | 33607-2560 |
| Anibal Jose Hernandez | | 8020 East Dr | Apt 318 | | North Bay Village | FL | 33141-4141 |
| Ariana Alejandra Carrero Hurtado | | 3009 Clementine Ct | Unit 2103 | | Sarasota | FL | 34240-2107 |
| Balboa Capital Corporation | | 101 NE 3rd Ave | Ste 1810 | | Ft Lauderdale | FL | 33301-1279 |
| Blach Distributing | | PO Box 492050 | | | Redding | CA | 96049-2050 |
| Blach Distributing LLC (Susanville) | | PO Box 492050 | | | Redding | CA | 96049-2050 |
| Bradley Tyler Hovey | | 5498 Aeolus Way | | | Orlando | FL | 32808-5915 |
| Brandon Johnson | | 1901 Callowhill St | Apt 906 | | Philadelphia | PA | 19130-0018 |
| Bria Courseault | | 222 S Figueroa St | Apt 320 | | Los Angeles | CA | 90012-2574 |
| Brian Bedesem | | 231 Montgomery Ave | | | Oreland | PA | 19075-1929 |
| Brooke Buckman Curry | | 12606 NW 12th Ct | | | Sunrise | FL | 33323-3130 |
| Bruno Richard Paolina | | 3924 Logan Ct | | | Hilliard | OH | 43026 |
| Caleb William Wyninger | | 331 Arlington Dr | | | Lake Charles | LA | 70605-6231 |
| Caleb Wyninger | | 331 Arlington Dr | | | Lake Charles | LA | 70605-6231 |
| Carlin Andrew Tucker | | 365 Bramlett Ridge Dr | | | Dallas | GA | 30157-1776 |
| Carlos Talamantes | | 412 E Eason Ave | | | Buckeye | AZ | 85326-2418 |
| Christian Arriaga Jordan | | 3114 Regal Darner Dr | | | Kissimmee | FL | 34744-9481 |
| Christina Diaz | | 533 SW Fields Ave | | | Port St Lucie | FL | 34953-4006 |
| Christopher Richard Campello | | 315 W Winston Rd | | | Anaheim | CA | 92805-6039 |
| Christopher Rosendo | | 320 Stonewall St | | | Jackson | TN | 38301-5020 |
| Clay M Hull | | 13902 Sea Anchor St | | | Corp Christi | TX | 78418-6165 |
| Cristiano Silva | | 1600 E Sunrise Blvd | Apt 3615 | | Ft Lauderdale | FL | 33304-2380 |
| Damian Guerra | | 367 Paulding Blvd | | | Dallas | GA | 30157-0643 |
| Danielle Denittis | | 2155 Eagle Run Cir | | | Jacksonville | FL | 32212-5114 |
| David A Gil | | 149 Dunham Rd | | | Columbia | SC | 29209-4364 |
| De Jure Praedae, LLC | | 123 Parkway E | | | Bloomfield | NJ | 07003-5721 |
| Direct Connect Logistix, Inc | Attn: Marc Vreeland | 130 S Meridian St | | | Indianapolis | IN | 46225-1046 |
| Diversified Diving Services, Inc | | 2901 NE 18th St | | | Pompano Beach | FL | 33062-3133 |
| DJ Stryker LLC Dennis Stricker | | 3125 Swletchworth St | | | Port St Lucie | FL | 34953-4563 |
| Duke Machaka | | 5772 Arbor Club Way | Apt 2 | | Boca Raton | FL | 33433-5753 |
| Fritz C Tilus | | 5424 Gate Lake Rd | | | Tamarac | FL | 33319-1901 |
| Genesis Global Recruiting, Inc. ("Genesis") | | 2901 SW 149th Ave | Ste 150 | | Miramar | FL | 33027-4180 |
| Genesis Global Workforce Solutions | | 2901 SW 149th Ave | Ste 150 | | Miramar | FL | 33027-4180 |
| George Darryl Kelly | | 2401 Westridge St | Apt 3204 | | Houston | TX | 77054-1536 |
| Imbera S.A. De C.V. | | 1925 Shiloh Rd NW | Bldg2-100 | | Kennesaw | GA | 30144-6443 |
| Jay Ferrer | | 4940 Lake Valencia Blvd E | | | Palm Harbor | FL | 34684-4007 |
| Jenna Marie Bonura | | 125 NE 32nd St | Apt 2016 | | Miami | FL | 33137-4361 |
| Jessica Sade Sturm | | 30 SW 1st St | Apt 3212 | | Miami | FL | 33130-1727 |
| Jillian Grenn | | 263 SW Walking Path | | | Stuart | FL | 34997-3041 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Johanna Vasquez | | 12603 NW 7th Ln | | | Miami | FL | 33182-2092 |
| John James Farrar | | 701 SW F17148th Ave | Apt 101 | | Davie | FL | 33325-3080 |
| John Matheson | | 5422 Twin Creeks Dr | | | Valrico | FL | 33596-8286 |
| Joseph Johnson Christopher | | 200 Bomar Ln | | | Douglasville | GA | 30134-5189 |
| Kaley Lopresti | | PO Box 5711 | | | Longview | TX | 75608-5711 |
| Kimber Thomson | | 9570 Zarda Dr | Unit 208 | | Lenexa | KS | 66227-8421 |
| Lapine Inc | | 78 Southfield Ave | Ste 2 | | Stamford | CT | 06902-7649 |
| Lerby Sylvera | | 5944 NW 93rd Ter | | | Tamarac | FL | 33321-4163 |
| Linda Serrao | | 915 N Franklin St | Unit 1017 | | Tampa | FL | 33602-3866 |
| Lucas De Castro Rangel | | 4030 4th St | | | Chesapeake | VA | 23324-1523 |
| Luis Alberto Gordillo | | 4009 N Cypress Dr | Apt 105 | | Pompano Beach | FL | 33069-4154 |
| Madeline Grace Hubbard | | 124 Oscar Gillis Rd | | | Chuckey | TN | 37641-2600 |
| Margarita Leonor Crespo | | 3230 Cedar Bay Dr | | | Melbourne | FL | 32934-2910 |
| Marianyi Escalona | | 2145 NE 164th St | Apt 614 | | North Miami Beach | FL | 33162-4289 |
| Martin Cullen | | 1511 Kenilworth Ave | Unit 116 | | Charlotte | NC | 28203-1509 |
| Matthew Garza | | 10978 Aliso Dr | | | Colorado Spgs | CO | 80925-9637 |
| Matthew Lotterman | | 18 6th Ave | Apt 4315 | | Brooklyn | NY | 11217-5079 |
| Mercedes Goldseth | | 75476 Pondside Ln | | | Yulee | FL | 32097-0165 |
| Michael Christopher Schoeman | | 5826 Pecking Stone St | | | New Market | MD | 21774-6866 |
| Mike Schoeman | | 5826 Pecking Stone St | | | New Market | MD | 21774-6866 |
| Moises Campos Batista | | 3542 Sunfish Dr | | | Jacksonville | FL | 32226-2183 |
| Myrlande Ulysse Boni | | 4816 Hidden River Ct | Apt B | | Tampa | FL | 33617-7558 |
| Nathalie Villedrouin | | 610 Cypress Park Ave | | | Tarpon Spgs | FL | 34689-5782 |
| Nicholas Hopkins | | 54 E Minerva Rd | | | Lindenhurst | NY | 11757-6819 |
| Nini V. Nieves | | 28250 S Dixie Hwy | Apt 407 | | Homestead | FL | 33033-1680 |
| North Star Marketing, Inc | | PO Box 516 | | | Eagle River | WI | 54521-0516 |
| Octavious Dexsthon Moring | | 257 SW Starfish Ave | | | Port St Lucie | FL | 34984-4426 |
| Organic Bottle Decorating Company DBA Zion Packaging | Attn: Gary Martin | 1695 California Ave | | | Corona | CA | 92881-3375 |
| Paola Andrea Canas Ospina | | 1600 NE 1st Ave | Apt 2320 | | Miami | FL | 33132-1266 |
| Patricia Alvarez | | 10515 SW 103rd St | | | Miami | FL | 33176-2772 |
| Patricia Rossana Levano Neyra | | 8353 Morning Star Rd | | | Lake Worth | FL | 33467-1713 |
| Patrick Kovach | | 9373 Fairmount Hwy SE | | | Fairmount | GA | 30139-2707 |
| PB Parent Holdco,LP PYE-Barker Fire & Safety,LLC | | 2500 Northwinds Pkwy | Ste 200 | | Alpharetta | GA | 30009-2252 |
| Phaidon International (US) Inc. | | 711 3rd Ave | Fl 3 | | New York | NY | 10017-9214 |
| Power and Control Installations, Inc | | 5701 Commerce St | | | Jacksonville | FL | 32211-5330 |
| Rachael S Esenwein | | 4851 Lazy Timbers Dr | | | Humble | TX | 77346-4456 |
| Randy Gonzalez | | 8585 Fm 2774 | | | Caldwell | TX | 77836-5575 |
| Rebekah Shay Chaves | | 7290 Edinger Ave | Unit 4013 | | Huntingtn Bch | CA | 92647-0945 |
| Rite Aid Corporation | Attn: Manager, Front End Returns | 200 Newberry Cmns | | | Etters | PA | 17319-9363 |
| Robert Joseph Goode III | | 49 Peninsula Dr | | | Mill Spring | NC | 28756-4814 |
| Roberto Lamboy | | 4100 Rossi Way | | | Lorain | OH | 44053-1645 |
| Rodney L Roberts | | 1761 Fairfax Dr | | | Lithia Spgs | GA | 30122-2907 |
| Rodney Roberts Ludell | | 1761 Fairfax Dr | | | Lithia Spgs | GA | 30122-2907 |
| Ronald B Cordle | | 7901 Baymeadows Cir E | Apt 508 | | Jacksonville | FL | 32256-7686 |
| Ryan W. Kearns | | 508 Slew Dr | | | Canton | GA | 30115-3102 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 3



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Sabrina Machado | | 4030 4th St | | | Chesapeake | VA | 23324-1523 |
| Shaun Capilitan | | 5559 N Woodland Ave | | | Kansas City | MO | 64118-5652 |
| Smarter Sorting | | 4845 Pearl East Cir | Ste 118 | | Boulder | CO | 80301-6112 |
| Spirit & Sanzone vs. VPX et al. (2020) | Spirit and Sanzone Dist Co, Inc | PO Box 543 | | | East Syracuse | NY | 13057-0543 |
| Spirit and Sanzone Dist. Co., Inc. | | PO Box 543 | | | East Syracuse | NY | 13057-0543 |
| Stephanie Colter | | 2165 Van Buren St | Apt 807 | | Hollywood | FL | 33020-5197 |
| Stephanie Dasilva | | 1600 NE1st Ave | Apt 2615 | | Miami | FL | 33132-1270 |
| Steven LeClair | | 268 Queen St | | | Boscawen | NH | 03303-1131 |
| Steven Vargas Cardozo | | 9200 E Bay Harbor Dr | Apt 8 | | Bay Harbor Islands | FL | 33154-2745 |
| Susan Lynn Jones | | 1145 Fairlake Trce | Apt 1811 | | Weston | FL | 33326-2813 |
| Tiffany Chau | | 1007 S Congress Ave | Apt 346 | | Austin | TX | 78704-1747 |
| Timothy Jacob Hodges | | 904 Harrison St | | | Commerce | TX | 75428-2263 |
| Tina Middleton | | 110 W Cityline Dr | Apt 2068 | | Richardson | TX | 75082-3274 |
| Transcat, Inc. Pippettes.com, A Transcat Company | | 113 Cedar St | Ste S3 | | Milford | MA | 01757-1192 |
| Tristen Escolastico | | 14 Pinecrest Ct | | | Seale | AL | 36875-4525 |
| Xiaoxi Liao | | 670 E Algonquin Rd | Unit 4305 | | Schaumburg | IL | 60173-3857 |
| XPO Global Forwarding, Inc | | 2211 Old Earhart Rd | Ste 100 | | Ann Arbor | MI | 48105-2963 |
| Zachary Jared Greenfield | | 6200 SW 24th Pl | Apt 201 | | Davie | FL | 33314-1157 |
| Zhihui Zheng | | 941 SW 104th Ct | | | Miami | FL | 33174-2616 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3