## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al., | Case No. 22-17842-PDR |
| | (Jointly Administered) |
| Debtor(s)[1]. _____/ | |

## NOTICE TO WITHDRAW DOCUMENT AND CANCEL HEARING SET FOR MAY 25, 2023 at 1:30 P.M.

Yellowstone Landscape Southeast LLC, by and through undersigned counsel, hereby files this Notice to Withdraw the Application for Administrative Expenses filed at [D.E. 1289] and this notice of withdrawal also cancels the hearing scheduled for May 25, 2023 at 1:30 P.M. at the U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301, the Notice of Hearing for the Application for Administrative Expenses is filed at [D.E. 1301].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2023, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| | |
|---|---|
| *Debtor*<br>**Vital Pharmaceuticals, Inc.**<br>1600 N. Park Dr.<br>Weston, FL 33326 | **Counsels for Debtor**<br><br>**Jordi Guso, Esq.**<br>1450 Brickell Ave #1900<br>Miami, FL 33131<br>(305) 755-9500<br>Fax : 305.714.4340<br>Email: jguso@bergersingerman.com<br><br>**Michael Jordan Niles**<br>313 N. Monroe Street Suite 301<br>Tallahassee, FL 32301<br>Email: mniles@bergersingerman.com<br><br>**Andrew Sorkin**<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>202-637-2200<br>Fax : 202-637-2201<br>Email: andrew.sorkin@lw.com |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | **Counsels for U.S. Trustee**<br><br> **Heidi A Feinman**<br>Office of the US Trustee<br>51 SW 1 Ave #1204<br>Miami, FL 33130<br>(305) 536-7285<br>Fax : (305) 536-7360<br>Email: Heidi.A.Feinman@usdoj.gov<br><br>**J. Steven Wilkes**<br>Office of the United States Region 21<br>United States Department of Justice<br>501 East Polk Street, Suite 1200<br>Tampa, FL 33602<br>813-228-2173<br>Fax : 813-228-2303<br>Email: steven.wilkes@usdoj.gov |
| *Creditor Committee*<br>c/o Clint E. Pyle<br>Temporary Chairperson<br>2900 Hartley Road<br>Jacksonville, FL 32257-8221 | **Counsels for Creditor Committee**<br><br>**Leyza F. Blanco, Esq.**<br>Sequor Law<br>1111 Brickell Avenue |

| | |
|---|---|
| | Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: lblanco@sequorlaw.com<br><br>**Juan J Mendoza**<br>Sequor Law P.A.<br>1111 Brickell Drive<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Email: jmendoza@sequorlaw.com<br><br>**Fernando J Menendez**<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, FL 33131<br>305-372-8282<br>Fax : 305-372-8202<br>Email: fmenendez@sequorlaw.com |
| *Noticing / Claims Agent*<br>Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 | |

By:   **BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
      *Attorneys for Yellowstone Landscape Southeast LLC*
      25 SE Second Avenue, Suite 730
      Miami, Florida  33131
      Phone:    (305) 381-7979
      Fax:      (305) 371-6816
      Primary E-mail:  Ian.Kukoff@blaxgray.com
      Secondary E-mail: Isabel.Colleran@blaxgray.com
      By: /s/ Isabel V Colleran
            Isabel V Colleran, Esq. /FBN: 450472