**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE | * | CASE NO. 22-17842 (PDR) |
| | * | (Joint Administration Pending) |
| VITAL PHARMACEUTICALS, INC., ET AL. | * | |
| Debtors.[1] | * | Chapter 11 Cases |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Balboa Capital Corporation ("**Balboa**"). Balboa requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

Rudy J. Cerone
McGlinchey Stafford PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Tel.: (504) 596-2786
Fax: (504) 910-9362
rcerone@mcglinchey.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, Balboa, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or Balboa may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of Balboa.

PLEASE TAKE FURTHER NOTICE that Balboa intend that neither this Notice of Appearance nor any appearance, pleading, claim or suit shall be deemed or construed as: (a) an election of remedies; (b) a consent by Balboa to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Balboa; (c) a consent by Balboa to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. §157(e) or otherwise; (d) a waiver of the right of Balboa to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (e) a waiver of the right of Balboa to have final orders in non-core matters entered only after de novo review and judgment by a District Court; (f) a waiver of the right of Balboa to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (g) a waiver of any past, present or future event of default; or (h) a waiver or limitation of any rights of Balboa, including without limitation, a waiver of rights, claims, actions, defenses, set-offs or recoupments to which Balboa is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved by

Balboa.

Respectfully submitted, this 26th day of May, 2023.

> */s/ Rudy J. Cerone*
> Rudy J. Cerone (LA Bar No. 14137)
> Admitted Pro Hac Vice
> McGlinchey Stafford PLLC
> 601 Poydras Street, 12th Floor
> New Orleans, LA 70130
> Tel.: (504) 596-2786
> Fax: (504) 910-9362
> rcerone@mcglinchey.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's E-Filing Service System on May 26, 2023.

> */s/ Rudy J. Cerone*
> Rudy J. Cerone

3