**JHO Real Estate Investment LLC**
Balance Sheet as of April 30, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| Related party receivable | 626,946 |
| PROPERTY AND EQUIPMENT, Net | 46,141,637 |
| **TOTAL ASSETS** | **46,768,583** |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| LIABILITES SUBJECT TO COMPROMISE | 47,804,230 |
| **TOTAL LIABILITIES** | $ 47,804,230 |
| STOCKHOLDERS EQUITY: | |
| Retained Earnings | (1,035,648) |
| **Total stockholder's equity** | $ (1,035,648) |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 46,768,583 |