**Vital Pharmaceuticals International Sales, Inc.**
Balance Sheet as of April 30, 2023

|  |  | Apr-23 |
|---|---|---:|
| **ASSETS** | | |
| OTHER ASSETS: | | |
|     Related party receivable | | 288,071 |
|     **Total other assets** | $ | **288,071** |
| | | |
|     **TOTAL ASSETS** | $ | **288,071** |
| | | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
|     **TOTAL LIABILITIES** | $ | - |
| | | |
| STOCKHOLDERS EQUITY: | | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | | 2,500 |
|     Retained earnings | | 285,571 |
|     **Total stockholder's equity** | $ | **288,071** |
| | | |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ | **288,071** |