**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., et al. | Case No. 22-17842 (PDR) |
| | (Jointly Administered) |
| _____/ | |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

AKERMAN LLP and SMITH, GAMBRELL & RUSSELL, LLP, hereby stipulate to the substitution of the law firm of Smith, Gambrell & Russell, LLP as counsel for Creditor, Suddath Global Logistics, LLC ("Suddath"), in the place of Akerman LLP and its affiliated attorneys. Akerman LLP and its affiliated attorneys shall be relieved of any further responsibilities or actions on behalf of Suddath, and all future communications, correspondence, pleadings, documents, orders and judgments in this matter shall be directed to:

ALEKSAS A. BARAUSKAS, ESQUIRE
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6149
Fax: (904) 598-6249
abarauskas@sgrlaw.com
aarrazola@sgrlaw.com
mhowell@sgrlaw.com

WHEREFORE, the parties execute the stipulation as follows:

| **AKERMAN LLP** | **SMITH, GAMBRELL & RUSSELL, LLP** |
|---|---|
| */s/ Amy M. Leitch* <br> Amy M. Leitch, Esquire <br> Florida Bar No. 90112 <br> 50 North Laura Street, Suite 3100 <br> Jacksonville, Florida 32202 <br> Tel: (904) 798-3700 <br> Amy.leitch@akerman.com | */s/ Aleksas A. Barauskas* <br> Aleksas A. Barauskas, Esquire <br> Florida Bar No. 68175 <br> 50 North Laura Street, Suite 2600 <br> Jacksonville, Florida 32202 <br> Tel: (904) 598-6149 <br> Fax: (904) 598-6249 <br> abarauskas@sgrlaw.com <br> aarrazola@sgrlaw.com <br> mhowell@sgrlaw.com |
| Dated: May 31, 2023 | Dated: May 31, 2023 |

## **CLIENT'S CONSENT TO SUBSTITUTION OF COUNSEL**

I, Sean Murray, Esq., as representative of Suddath Global Logistics, LLC. ("Suddath"), hereby consent to the substitution of Smith, Gambrell & Russell, LLP as counsel for Suddath, in the place of Akerman LLP and its affiliated attorneys.

*/s/ Sean Murray*
Sean Murray, Esq.
As Representative of Suddath Global
Logistics, Inc.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed via CM/ECF on May 31, 2023, which will send a copy to:

Jordi Guso, Esq.  
Michael J. Niles, Esq.  
Berger Singerman, LLP  
1450 Brickell Avenue, Suite 1900  
Miami, Florida 33131  
jguso@bergersingerman.com  
mniles@bergersingerman.com  

AKERMAN LLP  
Amy M. Leitch, Esquire  
50 North Laura Street, Suite 3100  
Jacksonville, Florida 32202  
Amy.leitch@akerman.com  

and

George A. Davis, Esq.  
Tianjiao ("TJ") Li, Esq.  
Brian S. Rosen, Esq.  
Jonathan J. Weichselbaum, Esq.  
Latham & Watkins, LLP  
1271 Avenue of the Americas  
New York, NY 10020  
George.davis@lw.com  
Ti.li@lw.com  
Brian.rosen@lw.com  
John.weichselbaum@lw.com  

and

Andrew D. Sorkin, Esq.  
Latham & Watkins, LLP  
555 Eleventh Street, NW  
Suite 1000  
Washington, DC 20004  

and

Whit Morley, Esq.
Latham & Watkins, LLP
330 North Wabash Avenue, Suite 2800
Chicago, IE 60611
Whit.morley@lw.com

*Attorneys for Debtor*

                                            */s/ Aleksas A. Barauskas*
                                            Attorney

4