# EXHIBIT A

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                 Chapter 11

VITAL PHARMACEUTICALS, INC., et al.           Case No. 22-17842 (PDR)
                                                                              (Jointly Administered)
_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS MATTER having been considered upon the Stipulation for Substitution of Counsel for Creditor, Suddath Global Logistics, LLC ("Suddath") (ECF ___) and the party's consent being shown in accordance with Local Rule 2091(B), good cause appearing, and finding that no hearing is necessary, it is,

ORDERED:

1.     The Stipulation is approved and Smith, Gambrell & Russell, LLP shall be substituted in place of the firm of Akerman LLP.

2.     The firm of Akerman LLP, and all attorneys of the law firm of Akerman LLP, shall be relieved of any further responsibilities or actions on behalf of Suddath.

3.     All future communications, correspondence, pleadings, documents, orders and judgments in this matter shall be directed to:

ALEKSAS A. BARAUSKAS, ESQUIRE
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6149
Fax: (904) 598-6249
abarauskas@sgrlaw.com
aarrazola@sgrlaw.com
mhowell@sgrlaw.com

DONE AND ORDERED in chambers this _____ day of _____, 2023.

### 

SUBMITTED BY:

Aleksas Barauskas, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 33302
Tel: (904) 598-6149
Fax: (904) 598-6249
Email: abarauskas@sgrlaw.com

Copies furnished to:
Aleksas Barauskas, Esq. [Attorney Barauskas is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of Court.]