**Quash Seltzer LLC**
Statement of Cash Receipts and Disbursements
For the Period 04/01/2023 through 04/30/2023

|  | | Amount ($) |
|---|---|---:|
| **Receipts** | | |
| Customer Receipts | $ | 36,968 |
| **Total Operating Receipts** | $ | **36,968** |
| | | |
| **Disbursements** | | |
| Facility/Office expenses | $ | (2,769) |
| **Total Operating Disbursements** | $ | **(2,769)** |
| | | |
| Operating cash flow | $ | 34,199 |
| | | |
| **Net Cash Flow / (Deficit)** | $ | **34,199** |
| | | |
| **Cash Balance** | | |
| Beginning Cash Balance | | 6,376 |
| Ending Cash Balance | $ | 40,575 |