**Quash Seltzer LLC**
Balance Sheet
As of 04/30/2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | 40,575 |
| Accounts receivable, net | 183,094 |
| Inventories, net | 1,366 |
| Prepaids and other current assets | 64,055 |
| **Total current assets** | $ 289,090 |
| **TOTAL ASSETS** | $ 289,090 |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
| Accounts payable | 96,902 |
| Accrued liabilities | 118,863 |
| Other Current Liabilities | 51,150 |
| **Total current liabilities** | $ 266,914 |
| | |
| LONG-TERM DEBT: | |
| Related party payables | 1,256,794 |
| **Total long-term debt** | $ 1,256,794 |
| | |
| LIABILITES SUBJECT TO COMPROMISE | 76,836,679 |
| **TOTAL LIABILITIES** | $ 78,360,388 |
| | |
| STOCKHOLDERS EQUITY: | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - |
| Additional paid-in capital | - |
| Retained earnings | (78,071,298) |
| **Total stockholder's equity** | $ (78,071,298) |
| | |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 289,090 |