**Quash Seltzer LLC**
Income Statement
For the Period 04/01/2023 through 04/30/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ - |
|  |  |
| **Sales returns and discounts** | (21,758) |
| **Total Net Sales** | $ (21,758) |
|  |  |
| **Total Cost of Goods Sold** | (3,846,861) |
|  |  |
| **Gross profit** | $ (3,868,620) |
|  |  |
| **Expenses** |  |
| Freight and handling | $ (2,395) |
| Facilities costs | 138,721 |
| Office and supplies | 15,589 |
| **Total Expenses** | $ 151,915 |
|  |  |
| **EBIT** | $ (4,020,534) |
|  |  |
| Other Income (Expense) | (489,954) |
|  |  |
| **Pre-Tax Income** | $ (4,510,488) |
|  |  |
| Taxes income/(expenses) | - |
|  |  |
| **Net Income** | $ (4,510,488) |