**Quash Seltzer LLC**
Schedule of Assets Sold
For the Period 04/01/2023 through 04/30/2023

| Sold to | Asset Description | Sale Price ($) | Date of Sale |
|---|---|---|---|
| Varni Brothers Corporation | Can end inventory | $ 141,056 | 4/12/2023 |
| | | $ **141,056** | |