**Vital Pharmaceuticals, Inc.**
Statement of Cash Receipts and Disbursements
For the Period 04/01/2023 through 04/30/2023

|  | Apr-23<br>Amount ($) |
|---|---:|
| **Receipts** |  |
| Customer | $ 20,212,564 |
| Other | $ 1,959,126 |
| DIP Loan draw | $ 7,500,000 |
| Intercompany Receipts | $ 445,585 |
| **Total Operating Receipts** | **$ 30,117,275** |
|  |  |
| **Disbursements** |  |
| Material costs | $ (3,904,367) |
| Co-Packers | (435,184) |
| Freight & handling | (2,222,127) |
| Employee related disbursements | (9,319,648) |
| Trade promotion | (769,787) |
| Facility/Office expenses | (2,299,825) |
| Marketing | (1,023,769) |
| Legal expenses | (39,795) |
| Others | (610,982) |
| OBI royalty reserve/payment | (1,600,000) |
| Capex | (1,042,680) |
| **Total Operating Disbursements** | **$ (23,268,164)** |
|  |  |
| Operating cash flow | 6,849,111 |
|  |  |
| **Professional Fees** |  |
| Professional Fees | $ (596,840) |
| **Total Professional Fees** | **$ (596,840)** |
|  |  |
| **Debt Service** |  |
| Adequate protection payments | $ (806,279) |
| Interest/Fees on DIP | $ (2,966,818) |
| **Total Debt Service** | **$ (3,773,097)** |
|  |  |
| **Net Cash Flow / (Deficit)** | **$ 2,479,174** |
|  |  |
| **Cash Balance** |  |
| Beginning Cash Balance | 8,360,252 |
| Net Cash Flow / (Deficit) | 2,479,174 |
| Ending Cash Balance | 10,839,427 |