**Vital Pharmaceuticals, Inc.**
Balance Sheet
As of April 30, 2023

|  | Apr-23 |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | $ 10,839,426 |
| Accounts receivable, net | 18,015,092 |
| Inventories, net | 35,528,325 |
| Prepaids and other current assets | 22,930,800 |
| **Total current assets** | $ 87,313,643 |
| PROPERTY AND EQUIPMENT, Net | 249,576,699 |
| RIGHT OF USE ASSETS | 27,761,299 |
| OTHER ASSETS: | |
| Deposits | 11,635,768 |
| Related party receivable | 198,440,228 |
| Intangible assets, net | 911,160 |
| Others | 2,952,729 |
| **Total other assets** | $ 213,939,885 |
| **TOTAL ASSETS** | $ 578,591,525 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
| Accounts payable | 14,182,750 |
| Accrued liabilities | 24,416,603 |
| Related party payables | 1,071,151 |
| Notes payable, current portion | 286,500,000 |
| **Total current liabilities** | $ 326,170,504 |
| LIABILITES SUBJECT TO COMPROMISE | 819,584,027 |
| **TOTAL LIABILITIES** | $ 1,145,754,530 |
| STOCKHOLDERS EQUITY: | |
| Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 1,000 |
| Additional paid-in capital | 1,837,899 |
| Retained earnings | (569,001,904) |
| **Total stockholder's equity** | $ (567,163,005) |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 578,591,525 |