**Vital Pharmaceuticals, Inc.**
Income Statement
For the Period 04/01/2023 through 04/30/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ 17,113,018 |
| **Sales returns and discounts** | $ (1,544,343) |
| **Total Net Sales** | $ 15,568,675 |
| **Total Cost of Goods Sold** | $ (7,012,990) |
| **Gross profit** | $ 8,555,685 |
| **Expenses** | |
| Total employee costs | $ 7,876,539 |
| Freight and handling | $ 1,701,530 |
| Facilities costs | $ 2,617,248 |
| Direct Marketing | $ 1,031,198 |
| Advertising and promotion | $ 1,046,163 |
| Office and supplies | $ 1,977,142 |
| Bad Debts | $ (31,550) |
| **Total Expenses** | $ 16,218,271 |
| **Operating Income** | (7,662,586) |
| Depreciation, non-manufacturing | $ 2,068,750 |
| **EBIT** | $ (9,731,335) |
| **Other Income (Expense)** | |
| Gain/Loss from Realized Exchange Rate Differences | $ 15,899 |
| Gain/(Loss) from Scrapping of Assets | $ 1,809,944 |
| Unusual item - ball Can | $ - |
| Other Unordinary Income/Expenditure | $ (5,291,111) |
| Non Ordinary Course Inventory Reserve | $ (16,101,075) |
| Others | $ (690) |
| **Total other income (expense)** | $ (19,567,032) |
| **Interest Income (Expense)** | |
| Interest expense | $ (4,072,584) |
| Interest income | $ 938 |
| Total interest income (expense) | $ (4,071,647) |
| **Pre-Tax Income** | $ (33,370,014) |
| Taxes income/(expenses) | $ (62,409) |
| **Net Income** | $ (33,432,423) |