**Vital Pharmaceuticals, Inc.**
Accounts Receivable Aging, net of reserve
As of April 30, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 12,648,228 |
| 1 - 30 days | 2,577,852 |
| 31 - 60 days | 1,448,553 |
| 61 - 90 days | 680,161 |
| >90 days | 2,071,788 |
| **Total** | **$ 19,426,582** |
| A/R Credit Memo Reserve | (1,411,490) |
| **Accounts receivable (total net of allowance)** | **$ 18,015,092** |