**Vital Pharmaceuticals, Inc.**
Post-petition Accounts Payable Aging Summary
As of April 30, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 8,117,859 |
| 1 - 30 days | 1,238,154 |
| 31 - 60 days | 731,074 |
| 61 - 90 days | 1,774,596 |
| >90 days | 2,321,066 |
| **Total** | **$ 14,182,750** |