**Vital Pharmaceuticals, Inc.**
Schedule of Payments to Professionals
For the Period 04/01/2023 through 04/30/2023

| Payment To | Role of Professional | Approved in current month | Payment |
|---|---|---|---|
| Rothschild & Co. | Debtor Investment Banker | | 200,000 |
| FTI Consulting | Lender Financial advisor | | 278,263 |
| Moore & Van Allen | Secured Lender Counsel (Lead) | | 101,949 |
| Shutts & Bowen LLP | Lender Counsel | | 16,628 |
| Haynes and Boone, LLP | Legal services | - | 24,938 |
| **Total** | | - | 621,777 |