**Vital Pharmaceuticals, Inc.**
Schedule of Payment to Insiders
For the Period 04/01/2023 through 04/30/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment ($) |
|---|---|---|---|---|
| 04/14/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 230,760 |
| 04/12/2023 | Konings Drinks BV | Co-Packers | Non-Debtor Affiliate | 140,049 |
| 04/10/2023 | Refresco Canada Inc | Co-Packers | Non-Debtor Affiliate | 37,389 |
| 04/28/2023 | Refresco Canada Inc | Co-Packers | Non-Debtor Affiliate | 23,004 |
| 04/25/2023 | Refresco Canada Inc | Co-Packers | Non-Debtor Affiliate | 3,982 |
| 04/27/2023 | Feldman Entertainment Quebec | Facility/Office expenses | Non-Debtor Affiliate | 13,107 |
| 04/21/2023 | Krier Foods, Inc. | Facility/Office expenses | Debtor affiliate | 928 |
| 04/11/2023 | City of Phoenix | Facility/Office expenses | Debtor affiliate | 252 |
| 04/19/2023 | Feldman Entertainment Quebec | Facility/Office expenses | Non-Debtor Affiliate | 1 |
| 04/07/2023 | EFL GLOBAL LOGISTICS CANADA LTD | Freight & handling | Non-Debtor Affiliate | 63,688 |
| 04/21/2023 | Rivadeneyra Trevinio y de Campo SC | Legal expenses | Non-Debtor Affiliate | 1,508 |
| 04/19/2023 | Graphic Packaging International | Material costs | Debtor affiliate | 49,833 |
| 04/03/2023 | Prinova US LLC | Material costs | Non-Debtor Affiliate | 30,603 |
| 04/13/2023 | Avalara, Inc | Others | Debtor affiliate | 13,020 |
| 04/13/2023 | Bukovi, Eugene | Employee Expense Reimbursement | Officer of affiliate | 3,642 |
| 04/19/2023 | Ryan Owoc | Employee Expense Reimbursement | Relative of an Officer | 684 |
| 04/10/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 477 |
| 04/26/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of an Officer | 376 |
| 04/13/2023 | Owoc, Krista Marie | Employee Expense Reimbursement | Relative of an Officer | 178 |
| 4/7/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 4/21/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 4/21/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 8,400 |
| 4/7/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 3,837 |
| 4/21/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,392 |
| 4/7/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,231 |
| 4/7/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 4/21/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 4/21/2023 | Clayton, Anthony | Payroll (bi-weekly payment) | Relative of an Officer | 384 |
| 4/10/2023 | Marcelo Rafael Chico | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 4,032 |
| 4/21/2023 | Rivadeneyra Trevinio y de Campo SC | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,508 |
| 4/4/2023 | IPnavigent Associates, Inc | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,472 |
| 4/24/2023 | IPnavigent Associates, Inc | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 969 |
| 4/28/2023 | TMF PERU S.R.L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 252 |
| | | | | **673,881.7** |