**Vital Pharmaceuticals, Inc.**
**Payments on Pre-Petition Debts**
For the Period 04/01/2023 through 04/30/2023

| Date | Supplier | Supplier Category | Debtor | Amount |
|---|---|---|---|---:|
| 4/11/2023 | Konings Drinks BV | Co-Packers | Vital Pharmaceuticals, Inc. | 134,527 |
| 4/3/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 163,063 |
| 4/24/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 32,758 |
| 4/13/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 13,165 |
| 4/13/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 7,925 |
| 4/10/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 5,902 |
| 4/11/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 3,065 |
| 4/13/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 2,929 |
| 4/13/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 2,428 |
| 4/13/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 1,289 |
| 4/3/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 679 |
| 4/11/2023 | [redacted] | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 8 |
| 4/13/2023 | 7-11 FOASC | Marketing | Vital Pharmaceuticals, Inc. | 3,500 |
| 4/13/2023 | Marine Corps Community Service Business and Support Services(MR) | Marketing | Vital Pharmaceuticals, Inc. | 1,550 |
| 4/20/2023 | Graphic Packaging International | Material costs | Vital Pharmaceuticals, Inc. | 456,550 |
| 4/21/2023 | Graphic Packaging International | Material costs | Vital Pharmaceuticals, Inc. | 58,679 |
| 4/13/2023 | Internal Revenue Service Center | Taxes | Vital Pharmaceuticals, Inc. | 4,671 |
| 4/27/2023 | Miami-Dade Office of the Tax Collector | Taxes | Vital Pharmaceuticals, Inc. | 2,055 |
| 4/18/2023 | Franchise Tax Board California | Taxes | Vital Pharmaceuticals, Inc. | 1,313 |
| 4/27/2023 | Tax Collector, Palm Beach County | Taxes | Vital Pharmaceuticals, Inc. | 627 |
| 4/13/2023 | Virginia Department of Taxation | Taxes | Vital Pharmaceuticals, Inc. | 151 |
| **Total Payments for Pre-Petition Debts** | | | **$** | **896,835** |