**Vital Pharmaceuticals, Inc.**
Schedule of Assets Sold
For the Period 04/01/2023 through 04/30/2023

| Sold to | Asset Description | Sale Price ($) | Payoff amount ($) | Date of Sale |
|---|---|---:|---:|---|
| FULL CIRCLE DIST | Vehicle | $ 60,000 | $ 40,968 | 4/3/2023 |
|  |  | $ 60,000 | $ 40,968 |  |