Case 22-17842-PDR    Doc 1413-11    Filed 05/31/23    Page 1 of 7



```
999-99-99-99  40386  0 C 001 30   50 004
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278
```

# Your account statement
For 04/28/2023

## Contact us

 Truist.com

 (844) 4TRUIST or (844) 487-8478

## ■ COMMERCIAL INTEREST CHECKING          7174

### Account summary

| | |
|---|---:|
| Your previous balance as of 03/31/2023 | $8,537,720.24 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 26,879,027.69 |
| Deposits, credits and interest | + 24,830,704.81 |
| Your new balance as of 04/28/2023 | = $6,489,397.36 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $536.22 |
| 2023 interest paid year-to-date | $2,499.73 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/03 | DIR DEP    OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,295.95 |
| 04/03 | INTERNET PAYMENT UTILITY    LU PARKWATER 9455980 | 109.50 |
| 04/03 | Payment    ATT PAYS Accounts Payable | 198.92 |
| 04/03 | PAYMENT    Greystone Power 2984 VitalPharmaceuticals | 414.01 |
| 04/03 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019581 | 1,800.36 |
| 04/03 | PAYMENT    Greystone Power 2935 VitalPharmaceuticals | 4,014.98 |
| 04/03 | PAYMENT    Greystone Power 3043 VitalPharmaceuticals | 4,636.59 |
| 04/03 | PAYMENT    Greystone Power 2997 VitalPharmaceuticals | 5,258.20 |
| 04/03 | Payment    ATT PAYT Vital Pharmaceutical | 51.37 |
| 04/03 | Payment    ATT PAYT Vital Pharmaceuticals | 2,299.89 |
| 04/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230403-00035476 | 178,442.29 |
| 04/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230403-00035588 | 200,000.00 |
| 04/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230403-00035757 | 7,231.00 |
| 04/03 | PC INTL USD WIRE WIRE REF# 20230403-00035811 | 30,603.25 |
| 04/03 | PC INTL USD WIRE WIRE REF# 20230403-00035934 | 407.00 |
| 04/03 | PC NON-REPETITIVE WIRE WIRE REF# 20230403-00036860 | 165,446.93 |
| 04/03 | SUREPAY-S1 SRP 8007 VITAL PHARMACEUTICALS | 944.66 |
| 04/03 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 1,968.03 |
| 04/03 | SUREPAY-S1 SRP 8009 VITAL PHARMACEUTICALS | 4,839.92 |
| 04/03 | SUREPAY-S1 SRP 8001 VITAL PHARMACEUTICALS | 24,487.03 |
| 04/03 | ACH SETTLEMENT | 5,856.99 |
| 04/03 | ACH SETTLEMENT | 2,239,666.25 |
| 04/04 | ACH CORP DEBIT NPC PYMT    NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161937826 | 90.34 |
| 04/04 | MSInvoice  DS WATERS OF AME 4321 Vital Pharmaceuticals | 225.14 |
| 04/04 | RENTAL     Public Storage I 4946 VITAL PHARMACEUTICAL | 251.00 |
| 04/04 | MORNINGSTA MORNINGSTAR STOR 0152 STEVE KRIZ | 264.00 |
| 04/04 | RENTAL     Public Storage I 4947 VITAL PHARMACEUTICAL | 370.00 |
| 04/04 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 447.24 |

*continued*

0045784

■ COMMERCIAL INTEREST CHECKING ███████ 7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/04 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 16,037.37 |
| 04/04 | PAYMENT    1489 EXTRA SPACE 1872 | 98.00 |
| 04/04 | PAYMENT    1489 EXTRA SPACE 1897 | 98.00 |
| 04/04 | PAYMENT    8528 Extra Space 7624 | 98.20 |
| 04/04 | ACH CORP DEBIT BILL PAY   FRONTIER COMMUNI VITAL PHARMACEUTICALS CUSTOMER ID 17264197601 | 126.73 |
| 04/04 | TELEPHONE PAYMENT Product   Modern Storage M | 308.25 |
| 04/04 | PAYMENT    1489 EXTRA SPACE 1777 | 368.20 |
| 04/04 | PAYMENT    1489 EXTRA SPACE 1766 | 424.20 |
| 04/04 | PAYMENT    8528 Extra Space 7579 | 435.20 |
| 04/04 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV4996800 | 1,270.14 |
| 04/04 | PC NON-REPETITIVE WIRE WIRE REF# 20230404-00022029 | 2,970.66 |
| 04/04 | PC NON-REPETITIVE WIRE WIRE REF# 20230404-00023681 | 800,000.00 |
| 04/04 | ACH SETTLEMENT | 1,472.73 |
| 04/05 | DR CR     PRINCIPAL TRUST 7259 NA | 0.01 |
| 04/05 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 306951003594 | 78.48 |
| 04/05 | 0121D    Green Mountain E 3743 VITAL PHARMACEUTICALS, | 1,088.86 |
| 04/05 | UTILITYBIL TECO/PEOPLE GAS 2390 VITAL PHARMACEUTICALS | 752.94 |
| 04/05 | OUTGOING WIRE TRANSFER WIRE REF# 20230405-00022641 | 2,188,304.55 |
| 04/05 | ACH SETTLEMENT | 317,377.89 |
| 04/06 | SPECTRUM   SPECTRUM 0863 VITAL PHARMACEUTICALS | 120.08 |
| 04/06 | DIRECT PMT CITY OF PEMBROKE 4609 CORE 5 INDUSTRIAL PART | 179.58 |
| 04/06 | DIRECT PMT CITY OF PEMBROKE 4517 SHERIDAN REAL ESTATE I | 194.48 |
| 04/06 | INTERNET PAYMENT DRAFT     DOMINION ENERGY 7210120452909 | 425.70 |
| 04/06 | INTERNET PAYMENT DRAFT     DOMINION ENERGY 7210120452863 | 919.61 |
| 04/06 | DIRECT PMT CITY OF PEMBROKE 9036 VITAL PHARMACEUTICAL | 1,364.08 |
| 04/06 | Payment   ATT PAYX Vital Pharmaceuticals | 2,146.32 |
| 04/06 | OUTGOING WIRE TRANSFER WIRE REF# 20230406-00006709 | 795,610.02 |
| 04/06 | OUTGOING WIRE TRANSFER WIRE REF# 20230406-00007702 | 17,564.26 |
| 04/06 | ACH SETTLEMENT | 1,080,962.35 |
| 04/07 | INTERNET PAYMENT SOFTWARE   CONNECTWISE, LLC 1017782 | 2,832.00 |
| 04/07 | ACH CORP DEBIT WEB PAY   LADWP Vital Pharmaceuticals CUSTOMER ID 5380492101 | 801.25 |
| 04/07 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000096608642 | 808.34 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00011614 | 64,371.00 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00012250 | 474,287.61 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00012271 | 69,855.52 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00012272 | 157,707.11 |
| 04/07 | PC INTL USD WIRE WIRE REF# 20230407-00012299 | 63,688.43 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00012298 | 85,325.61 |
| 04/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230407-00012327 | 40,967.50 |
| 04/07 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 16,464.55 |
| 04/10 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002103 | 78,001.20 |
| 04/10 | 260498649  COMCAST 8495600 4979 VITAL *PHARMACEUTICAL | 301.25 |
| 04/10 | MSInvoice  DS WATERS OF AME 4511 VITAL PHARMACEUTICALS | 332.21 |
| 04/10 | SUREPAY-S1 SRP 8008 VITAL PHARMACEUTICALS | 23,359.09 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00024972 | 60,333.61 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00024970 | 71,760.61 |
| 04/10 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230410-00025028 | 37,389.03 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00025094 | 12,612.60 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00025134 | 9,738.75 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00025184 | 1,822.00 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00025205 | 2,500.00 |
| 04/10 | PC INTL USD WIRE WIRE REF# 20230410-00025228 | 4,032.00 |
| 04/10 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230410-00025352 | 1,590.90 |
| 04/10 | PC INTL USD WIRE WIRE REF# 20230410-00025379 | 790.00 |
| 04/10 | PC INTL USD WIRE WIRE REF# 20230410-00025380 | 1,282.89 |
| 04/10 | PC INTL USD WIRE WIRE REF# 20230410-00025409 | 672.66 |
| 04/10 | PC NON-REPETITIVE WIRE WIRE REF# 20230410-00025581 | 367,029.48 |
| 04/10 | ACH SETTLEMENT | 12,731.46 |
| 04/11 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 32.67 |
| 04/11 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 1,120.04 |

*continued*

 

■ COMMERCIAL INTEREST CHECKING          7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/11 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 4,131.42 |
| 04/11 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 18,014.69 |
| 04/11 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019732 | 152.18 |
| 04/11 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5028016 | 464.82 |
| 04/11 | PC NON-REPETITIVE WIRE WIRE REF# 20230411-00020999 | 80,100.04 |
| 04/11 | PC INTL USD WIRE WIRE REF# 20230411-00021617 | 0.27 |
| 04/11 | PC BOOK WIRE TRANSFER WIRE REF# 20230411-00024457 CDT ACCT:  XXXXXXXXX0783 | 196,876.24 |
| 04/11 | ACH SETTLEMENT | 0.29 |
| 04/11 | ACH SETTLEMENT | 244,408.89 |
| 04/12 | ACH CORP DEBIT GRPW PREM  UNITED G000BNP4 - Vital Pharm CUSTOMER ID 2304110243801 | 46,579.77 |
| 04/12 | PAYMENT   CITY PHX WATER 0231 VITAL PHARMACEUTICALS | 59,401.47 |
| 04/12 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230412-00014098 | 140,049.07 |
| 04/12 | PC NON-REPETITIVE WIRE WIRE REF# 20230412-00025789 | 79,714.74 |
| 04/12 | PC NON-REPETITIVE WIRE WIRE REF# 20230412-00025752 | 361,600.75 |
| 04/12 | PC NON-REPETITIVE WIRE WIRE REF# 20230412-00025889 | 33,256.21 |
| 04/12 | PC NON-REPETITIVE WIRE WIRE REF# 20230412-00025928 | 24,937.50 |
| 04/12 | PC NON-REPETITIVE WIRE WIRE REF# 20230412-00026333 | 8,994.32 |
| 04/12 | PC INTL USD WIRE WIRE REF# 20230412-00026692 | 1,035.82 |
| 04/12 | PC INTL USD WIRE WIRE REF# 20230412-00026787 | 824.50 |
| 04/12 | PC INTL USD WIRE WIRE REF# 20230412-00026788 | 853.09 |
| 04/12 | PC INTL USD WIRE WIRE REF# 20230412-00026852 | 714.00 |
| 04/12 | ACH SETTLEMENT | 61,848.21 |
| 04/13 | Payment   ATT PAYE VITAL PHARMACEUTICALS | 144.45 |
| 04/13 | PAYMENT   7459 Extra Space 5981 X | 165.08 |
| 04/13 | ACH CORP DEBIT WEB PAY   LADWP Vital Pharmaceuticals CUSTOMER ID 9278578377 | 1,550.88 |
| 04/13 | DIR DEP   OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,679.03 |
| 04/13 | INTERNET PAYMENT BILL PYMNT ACHMA VISB 2318402 | 9,304.09 |
| 04/13 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097410514 | 259.51 |
| 04/13 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097391742 | 2,570.23 |
| 04/13 | PC NON-REPETITIVE WIRE WIRE REF# 20230413-00020605 | 78,779.78 |
| 04/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230413-00026779 CDT ACCT:  XXXXXXXXX0783 | 45,855.61 |
| 04/13 | PC BOOK WIRE TRANSFER WIRE REF# 20230413-00026780 CDT ACCT:  XXXXXXXXX0783 | 2,724,086.12 |
| 04/13 | PC NON-REPETITIVE WIRE WIRE REF# 20230413-00026938 | 3,270.69 |
| 04/13 | PC NON-REPETITIVE WIRE WIRE REF# 20230413-00029116 | 100,000.00 |
| 04/13 | ACH SETTLEMENT | 2,435.22 |
| 04/13 | ACH SETTLEMENT | 422,326.97 |
| 04/14 | Payment   ATT PAYF Vital Pharmaceuticals | 476.10 |
| 04/14 | Payment   ATT PAYF Vital Pharmaceuticals | 2,278.49 |
| 04/14 | PAYMENT   CITY PHX WATER 3552 VITAL PHARMACEUTICALS | 3,811.30 |
| 04/14 | INTERNET PAYMENT PAYMENT   City of Pembroke 26253 | 17,461.39 |
| 04/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230414-00033985 | 71,642.52 |
| 04/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230414-00033983 | 144,042.37 |
| 04/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230414-00034063 | 44,114.48 |
| 04/14 | PC NON-REPETITIVE WIRE WIRE REF# 20230414-00034064 | 97,770.24 |
| 04/14 | PC INTL USD WIRE WIRE REF# 20230414-00034141 | 29,040.00 |
| 04/14 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230414-00034234 | 1,821.30 |
| 04/14 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230414-00034037 | 55,156.69 |
| 04/14 | PC INTL FX WIRE $25K AND ABOVE WIRE REF# 20230414-00034038 | 175,603.22 |
| 04/14 | ACH SETTLEMENT | 195,041.84 |
| 04/17 | 041323EK   PNP BILLPAYMENT 8821 VITAL PHARMACEUTICALS | 63.87 |
| 04/17 | INTERNET PAYMENT BILL PYMNT ACHMA VISB 2798771 | 2,718.12 |
| 04/17 | ACH CORP DEBIT ECHECKPAY   ReadyRefresh VPX SPORTS CUSTOMER ID 6701213766 | 272.34 |
| 04/17 | TELEPHONE PAYMENT BILL PAY   DUKEENERGY 910135960588 | 655.53 |
| 04/17 | RECURRING INTERNET PAYMENT BILL PAY   DUKEENERGY 910135848232 | 1,823.70 |
| 04/17 | PC NON-REPETITIVE WIRE WIRE REF# 20230417-00029789 | 517,855.50 |
| 04/17 | ACH SETTLEMENT | 89,945.47 |
| 04/18 | ACH CORP DEBIT TRASH PYMT ATHENS SERVICES VPX CUSTOMER ID 2M00054602 | 369.84 |
| 04/18 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 582.41 |

*continued*

■ COMMERCIAL INTEREST CHECKING ███████ 7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/18 | SPECTRUM   SPECTRUM 8482 VITAL PHARMACEUTICALS | 985.00 |
| 04/18 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5055565 | 1,502.92 |
| 04/18 | PC NON-REPETITIVE WIRE WIRE REF# 20230418-00025049 | 202,442.76 |
| 04/18 | PC NON-REPETITIVE WIRE WIRE REF# 20230418-00025075 | 1,412.34 |
| 04/18 | PC NON-REPETITIVE WIRE WIRE REF# 20230418-00025077 | 18,895.12 |
| 04/18 | PC NON-REPETITIVE WIRE WIRE REF# 20230418-00025948 | 0.50 |
| 04/18 | ACH SETTLEMENT | 277,532.02 |
| 04/19 | SUNRISE   CITY OF SUNRISE 3438 VITAL PHARMACEUTICALS | 1,955.58 |
| 04/19 | PAYMENT   7059 Extra Space 7942 X | 108.00 |
| 04/19 | INTERNET PAYMENT WEB_PAY   PROTECTION ONE 05466073041823 | 288.00 |
| 04/19 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000098927288 | 1,044.08 |
| 04/19 | OUTGOING WIRE TRANSFER WIRE REF# 20230419-00013240 | 1,919,012.42 |
| 04/19 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0007Vital Pharmaceut CUSTOMER ID 583976923937 | 113,863.03 |
| 04/19 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230419-00023109 | 1.17 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00024949 | 278,262.72 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025269 | 112,870.36 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025325 | 101,949.10 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025374 | 62,016.80 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025405 | 38,543.76 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025617 | 8,888.83 |
| 04/19 | PC BOOK WIRE TRANSFER WIRE REF# 20230419-00025619 CDT ACCT:  XXXXXXXXX7220 | 16,627.68 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025679 | 6,084.76 |
| 04/19 | PC NON-REPETITIVE WIRE WIRE REF# 20230419-00025796 | 1,462.83 |
| 04/19 | PC INTL USD WIRE WIRE REF# 20230419-00025843 | 307.00 |
| 04/19 | PC INTL USD WIRE WIRE REF# 20230419-00025842 | 322.74 |
| 04/19 | ACH SETTLEMENT | 24,240.28 |
| 04/20 | Payment   ATT PAYL cleonice glanert | 118.14 |
| 04/20 | 271191160  COMCAST 8535100 7717 VITAL *PHARMACEUTICAL | 174.20 |
| 04/20 | OUTGOING WIRE TRANSFER WIRE REF# 20230420-00006444 | 660,333.53 |
| 04/20 | OUTGOING WIRE TRANSFER WIRE REF# 20230420-00007285 | 16,898.10 |
| 04/20 | OUTGOING WIRE TRANSFER WIRE REF# 20230420-00014272 | 926,529.04 |
| 04/20 | OUTGOING WIRE TRANSFER WIRE REF# 20230420-00015133 | 588,221.29 |
| 04/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230420-00025443 | 35,415.73 |
| 04/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230420-00025442 | 60,573.22 |
| 04/20 | PC NON-REPETITIVE WIRE WIRE REF# 20230420-00025388 | 70,062.33 |
| 04/20 | ACH SETTLEMENT | 850,732.47 |
| 04/21 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000093279550 | 107.83 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00018577 | 12,254.00 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030459 | 83,861.11 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030487 | 58,678.57 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030492 | 83,262.61 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030562 | 32,935.59 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030590 | 32,205.28 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030641 | 485.00 |
| 04/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230421-00030703 | 800,000.00 |
| 04/21 | ACH SETTLEMENT | 80,695.39 |
| 04/21 | SERVICE CHARGES - PRIOR PERIOD | 3,781.82 |
| 04/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███████ 6925 | 25.00 |
| 04/24 | AUTO PAY  Park Water 1540 VITAL PHARMACEUTICALS | 0.00 |
| 04/24 | INTERNET PAYMENT 5616888912 WASTE PRO WEST P 1987081986 | 509.02 |
| 04/24 | 0121D    Green Mountain E 2469 VITAL PHARMACEUTICALS, | 1,191.83 |
| 04/24 | BANK DRAFT COX COMM PHX q7B9 VPX BANG ENERGY | 5,004.00 |
| 04/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230424-00000764 | 245.00 |
| 04/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230424-00000754 | 1,375.00 |
| 04/24 | Payment   ATT PAYO Vital pharmaceuticals | 399.74 |
| 04/24 | Payment   ATT PAYO Vital Pharmaceutical | 54,928.38 |
| 04/24 | OUTGOING WIRE TRANSFER WIRE REF# 20230424-00006278 | 104,163.11 |
| 04/24 | OUTGOING WIRE TRANSFER WIRE REF# 20230424-00006527 | 177,190.05 |
| 04/24 | PC BOOK WIRE TRANSFER WIRE REF# 20230424-00024938 CDT ACCT:  XXXXXXXXX0783 | 154,540.07 |
| 04/24 | PC NON-REPETITIVE WIRE WIRE REF# 20230424-00025104 | 261,166.00 |

*continued*


■ **COMMERCIAL INTEREST CHECKING         7174 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/24 | ACH SETTLEMENT | 354,814.00 |
| 04/25 | MSInvoice  DS WATERS OF AME 2270 Vital Pharmaceuticals | 75.43 |
| 04/25 | AUTO PAY   Park Water 1540 VITAL PHARMACEUTICALS | 219.71 |
| 04/25 | 042323EK   PNP BILLPAYMENT 7944 VITAL PHARMACEUTICALS | 1,056.56 |
| 04/25 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000001576 | 73,338.17 |
| 04/25 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5076389 | 171.30 |
| 04/25 | PURCHASE   CUBESMART448 XXXX PHARMACEUTICAL | 267.50 |
| 04/25 | PAYMENT    0739 EXTRA SPACE 3536 X | 654.76 |
| 04/25 | PC NON-REPETITIVE WIRE WIRE REF# 20230425-00026070 | 8,853.27 |
| 04/25 | PC NON-REPETITIVE WIRE WIRE REF# 20230425-00026069 | 115,513.68 |
| 04/25 | PC NON-REPETITIVE WIRE WIRE REF# 20230425-00026184 | 28,165.04 |
| 04/25 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230425-00026202 | 3,982.46 |
| 04/25 | ACH SETTLEMENT | 14,452.79 |
| 04/26 | INTERNET PAYMENT CRR INCORP CR & R INCORPORA 9500271870 | 534.53 |
| 04/26 | SALE      DISCOUNT FORKLIF XXXX JOHN OMEARA | 1,663.56 |
| 04/26 | PC INTL USD WIRE WIRE REF# 20230426-00013029 | 0.33 |
| 04/26 | PC NON-REPETITIVE WIRE WIRE REF# 20230426-00028587 | 5,553.23 |
| 04/26 | ACH SETTLEMENT | 189,002.49 |
| 04/27 | INTERNET PAYMENT B2P*PALM B CONSTITUTIONAL T 65595154 | 811.23 |
| 04/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230427-00031973 | 11,622.37 |
| 04/27 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230427-00031978 | 13,107.12 |
| 04/27 | PC NON-REPETITIVE WIRE WIRE REF# 20230427-00031971 | 24,609.83 |
| 04/28 | DIR DEP   OPTUM BANK 0208 VITAL PHARMACEUTICALS | 3,679.04 |
| 04/28 | PC INTL USD WIRE WIRE REF# 20230428-00044711 | 251.67 |
| 04/28 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230428-00044716 | 1,714.22 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044705 | 2,500.00 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044704 | 10,032.57 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044695 | 13,445.09 |
| 04/28 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230428-00044712 | 23,003.63 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044696 | 60,000.00 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044698 | 75,275.41 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044700 | 330,416.07 |
| 04/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230428-00044697 | 508,677.48 |
| 04/28 | PC BOOK WIRE TRANSFER WIRE REF# 20230428-00044699 CDT ACCT:  XXXXXXXXX0783 | 651,739.13 |
| 04/28 | ACH SETTLEMENT | 11,250.00 |
| Total other withdrawals, debits and service charges | | = $26,879,027.69 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/03 | INCOMING WIRE TRANSFER WIRE REF# 20230403-00021669 | 60,000.00 |
| 04/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 968,178.80 |
| 04/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 663,697.31 |
| 04/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 899,537.03 |
| 04/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 475,802.53 |
| 04/06 | FOREIGN EXCHANGE TRUIST FXC 23040600482 | 1,898,589.11 |
| 04/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 813,970.86 |
| 04/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 195,326.81 |
| 04/10 | WIRE REF# 20230410-00005402 DBT ACCT:  XXXXXXXXX0783 | 5,000,000.00 |
| 04/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 1,729,050.01 |
| 04/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 444,480.41 |
| 04/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 139,289.35 |
| 04/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 1,334,813.04 |
| 04/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 354,184.02 |
| 04/18 | WIRE REF# 20230418-00010740 | 5,000.00 |
| 04/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 1,201,406.82 |
| 04/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 270,279.71 |
| 04/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 845,625.22 |
| 04/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER      9089 | 555,113.32 |

*continued*


■ COMMERCIAL INTEREST CHECKING ███████ 7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/21 | WIRE REF# 20230421-00004917 DBT ACCT:  XXXXXXXXX0783 | 2,500,000.00 |
| 04/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███ 9089 | 758,380.48 |
| 04/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███ 9089 | 1,906,236.38 |
| 04/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███ 9089 | 442,743.40 |
| 04/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███ 9089 | 458,616.15 |
| 04/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ███ 9089 | 909,847.83 |
| 04/28 | EFFECTIVE DATE  4-30-23 INTEREST PAYMENT | 536.22 |
| Total deposits, credits and interest | | = $24,830,704.81 |

**Outsmart cyber-criminals. Keep scammer tricks top of mind.**

It's not unusual to create passwords based on your favorite things. But when you answer questions sent to you by email, text, social media, or phone calls, you could be sharing too much information.

Here are some common social engineering scams:

- **Phishing.** Emails or messages pretending to be legitimate people or businesses. They usually request your personal information, such as passwords or credit card numbers.
- **Smishing.** Scammers send text or messages via a social media platform. Again, they pretend to be someone from your circle or a legitimate business but are trying to get you to reveal personal information.
- **Vishing.** This cyber-scam is a phone call or voice mail message from someone pretending to be from your bank, your doctor, or the government. They usually make urgent request of your personal information to "help" you avoid consequences.

Visit Truist.com/Fraud-and-security for more insights on fraud.


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
         Fraud Management
         P.O. Box 1014
         Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
         Card and Direct to Consumer Lending
         PO Box 200
         Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. <u>Please do not send cash.</u>

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC