# Corporate Business Account Statement



Page 1 of 11
Account Number: ███████9672

**For the period 04/01/2023 to 04/28/2023**

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures: 0
Tax ID Number: 65-0668430

☎ For Client Services:
Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 592,226.64 | 5,726,248.42 | 2,706,241.28 | 3,612,233.78 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 46 | 169,878.23 |
| National Lockbox | 13 | 539,016.82 | Returned Items | 0 | .00 |
| ACH Credits | 98 | 3,186,902.28 | ACH Debits | 122 | 2,323,133.07 |
| Funds Transfers In | 2 | 2,000,000.00 | Funds Transfers Out | 34 | 209,404.20 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 1 | 329.32 | Other Debits | 1 | 3,825.78 |
| Total | 114 | 5,726,248.42 | Total | 203 | 2,706,241.28 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 592,226.64 | 04/11 | 1,698,455.08 | 04/20 | 3,053,660.14 |
| 04/03 | 739,670.21 | 04/12 | 1,919,529.39 | 04/21 | 3,321,161.85 |
| 04/04 | 2,322,356.77 | 04/13 | 1,989,239.61 | 04/24 | 3,368,622.31 |
| 04/05 | 1,762,074.21 | 04/14 | 2,224,196.05 | 04/25 | 3,444,384.53 |
| 04/06 | 1,837,015.00 | 04/17 | 2,167,589.67 | 04/26 | 3,478,132.92 |
| 04/07 | 1,774,471.92 | 04/18 | 2,216,817.49 | 04/27 | 3,452,284.82 |
| 04/10 | 1,605,252.67 | 04/19 | 2,999,459.98 | 04/28 | 3,612,233.78 |

## Deposits and Other Credits

**National Lockbox**  13 transactions for a total of $539,016.82

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 111,326.17 | Whls Lbx Dep 740930 | 099883836 |
| 04/04 | 51,799.01 | Whls Lbx Dep 740930 | 097187964 |
| 04/06 | 38,416.00 | Whls Lbx Dep 740930 | 097732715 |
| 04/10 | 18,144.00 | Whls Lbx Dep 740930 | 098366680 |
| 04/11 | 27,323.92 | Whls Lbx Dep 740930 | 098689495 |
| 04/12 | 71,173.46 | Whls Lbx Dep 740930 | 098957400 |

National Lockbox continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   04/01/2023  to  04/28/2023  
Account number:         9672  
Page 2 of 11

## Deposits and Other Credits - continued

### National Lockbox   - continued         13 transactions for a total of $539,016.82

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/14 | 9,162.55 | Whls Lbx Dep 740930 | 099509674 |
| 04/17 | 24,202.08 | Whls Lbx Dep 740930 | 099983034 |
| 04/18 | 18,020.86 | Whls Lbx Dep 740930 | 097360449 |
| 04/20 | 17,908.32 | Whls Lbx Dep 740930 | 097994486 |
| 04/24 | 95,004.56 | Whls Lbx Dep 740930 | 098698146 |
| 04/25 | 41,489.28 | Whls Lbx Dep 740930 | 099038101 |
| 04/26 | 15,046.61 | Whls Lbx Dep 740930 | 099315352 |

### ACH Credits         98 transactions for a total of $3,186,902.28

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/03 | 94,750.72 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023090911027148 |
| 04/03 | 74,830.40 | Corporate ACH Payment McLane Pmd 8500041832 | 00023090909899664 |
| 04/03 | 489.79 | Corporate ACH Payments<br>Shoppayinst Afrm 0Zn3Vslpn2Cnph2 | 00023090909913378 |
| 04/03 | 11,688.21 | Corporate ACH Transfer Shopify St-D6L2V5E9E7O8 | 00023093903077060 |
| 04/04 | 301,772.27 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023093907453396 |
| 04/04 | 35,491.48 | Corporate ACH Transfer Shopify St-I1E0O4N0C1L9 | 00023093907543986 |
| 04/04 | 658.85 | Corporate ACH Payments<br>Shoppayinst Afrm Lny3I9Dep0J5ljd | 00023093904785486 |
| 04/04 | 476.32 | Corporate ACH Payments<br>Shoppayinst Afrm Nzou9Fqroxcxu0S | 00023093905444832 |
| 04/04 | 218.98 | Corporate ACH Payments<br>Shoppayinst Afrm Pdeih2Gw3N3F7Gg | 00023093904785509 |
| 04/05 | 50,628.07 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023094912357097 |
| 04/05 | 44,513.28 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008054811 | 00023094910969215 |
| 04/05 | 13,258.77 | Corporate ACH Transfer Shopify St-H9L9J2P5R4K9 | 00023094912383882 |
| 04/05 | 850.45 | Corporate ACH Payment McLane Pmd 8500041993 | 00023094910909477 |
| 04/05 | 418.94 | Corporate ACH Payments<br>Shoppayinst Afrm Mppdpwtmxgpmp2A | 00023094910927689 |
| 04/05 | 142.40 | Corporate ACH Autopay<br>Shoppayinst Afrm Iglwmde4Xvh6Ihk | 00023094912920205 |
| 04/06 | 107,774.46 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023095906782604 |
| 04/06 | 15,640.80 | Corporate ACH Payment McLane Pmd 8500042050 | 00023095904856479 |
| 04/06 | 12,068.74 | Corporate ACH Transfer Shopify St-S0Y7X3M7T0D3 | 00023095906841357 |
| 04/06 | 658.43 | Corporate ACH Payments<br>Shoppayinst Afrm N9Y8Ieaysvx8Ki3 | 00023095904884538 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period    04/01/2023  to  04/28/2023  
Account number:               9672  
Page 3 of 11

## Deposits and Other Credits - continued

### ACH Credits  - continued

98 transactions for a total of $3,186,902.28

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/07 | 73,249.65 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023096910648753 |
| 04/07 | 13,048.00 | Corporate ACH Payment McLane Pmd 8500042128 | 00023096909317204 |
| 04/07 | 12,109.14 | Corporate ACH Transfer Shopify St-M6H8C9Q3F4X2 | 00023096910762638 |
| 04/07 | 532.29 | Corporate ACH Payments<br>Shoppayinst Afrm M0N8Hal2Gklo5Y1 | 00023096909238697 |
| 04/07 | 700.00 | Returned ACH CR Return Vital Pharma | 00023097904960432 |
| 04/10 | 140,196.61 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023097904043361 |
| 04/10 | 9,039.40 | Corporate ACH Payment McLane Pmd 8500042185 | 00023097903054682 |
| 04/10 | 731.05 | Corporate ACH Payments<br>Shoppayinst Afrm 2Pcl5O1R8De2Et3 | 00023097903106653 |
| 04/10 | 10,370.60 | Corporate ACH Transfer Shopify St-Q6O0R8H4Y6E5 | 00023100905415430 |
| 04/11 | 140,670.85 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023100908773795 |
| 04/11 | 39,967.10 | Corporate ACH Transfer Shopify St-C4M5G3X7L9T2 | 00023100908797245 |
| 04/11 | 983.23 | Corporate ACH Payments<br>Shoppayinst Afrm VA2Ogd0Fhf1Agvd | 00023100906688238 |
| 04/11 | 640.23 | Corporate ACH Payments<br>Shoppayinst Afrm T0R9Nf7S1S3A3Zm | 00023100906688270 |
| 04/11 | 294.07 | Corporate ACH Payments<br>Shoppayinst Afrm L60Xbr7Fhlamgmq | 00023100907311626 |
| 04/12 | 142,982.85 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023101912623379 |
| 04/12 | 27,752.75 | Corporate ACH Transfer Shopify St-K5Q4T3B6Z1N4 | 00023101912650403 |
| 04/12 | 1,444.21 | Corporate ACH Payments<br>Shoppayinst Afrm X3Seny6Uwevcnv3 | 00023101911373514 |
| 04/12 | 1,027.37 | Corporate ACH Payment McLane Pmd 8500042302 | 00023101911342639 |
| 04/12 | 1,107.45 | Returned ACH CR Return Vital Pharma | 00023102907896222 |
| 04/13 | 139,076.67 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023102906583171 |
| 04/13 | 24,731.73 | Corporate ACH Transfer Shopify St-A4I5Y9I7G4C7 | 00023102906607883 |
| 04/13 | 5,966.92 | Corporate ACH Payment McLane Pmd 8500042360 | 00023102904625601 |
| 04/13 | 693.97 | Corporate ACH Payments<br>Shoppayinst Afrm 2P3Yw8Dynp0Et24 | 00023102904641885 |
| 04/13 | 40,504.59 | Corporate ACH Py04/13/23 Tri-Eagle Sales 00Vita | 00023103909243046 |
| 04/14 | 241,675.30 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023103910216284 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period  04/01/2023 to 04/28/2023  
Account number: ▮▮▮▮▮▮9672  
Page 4 of 11

## Deposits and Other Credits - continued

**ACH Credits** - continued        98 transactions for a total of $3,186,902.28

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/14 | 17,383.83 | Corporate ACH Transfer Shopify St-E8B8I3H1M2K9 | 00023103910263055 |
| 04/14 | 1,293.60 | Corporate ACH Payment McLane Pmd 8500042460 | 00023103908906240 |
| 04/14 | 856.76 | Corporate ACH Payments<br>Shoppayinst Afrm Rrok3Z5Pqsrpgxu | 00023103908857617 |
| 04/17 | 47,046.61 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023104903803819 |
| 04/17 | 22,571.20 | Corporate ACH Payment McLane Pmd 8500042535 | 00023104902781218 |
| 04/17 | 889.23 | Corporate ACH Payments<br>Shoppayinst Afrm 8D6Fbbido2Cvkes | 00023104902843168 |
| 04/17 | 17,607.29 | Corporate ACH Transfer Shopify St-P8P1R2E6F8M4 | 00023107905899217 |
| 04/18 | 145,535.36 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023107909562980 |
| 04/18 | 64,089.36 | Corporate ACH Transfer Shopify St-J9W9C4K6G1F8 | 00023107909580216 |
| 04/18 | 5,331.20 | Corporate ACH Payment McLane Pmd 8500042575 | 00023107907877264 |
| 04/18 | 1,245.98 | Corporate ACH Payments<br>Shoppayinst Afrm D8Pxv09Maseji5Q | 00023107907888049 |
| 04/18 | 1,195.69 | Corporate ACH Payments<br>Shoppayinst Afrm 1L0V39D37Cx03Vg | 00023107907380015 |
| 04/18 | 661.34 | Corporate ACH Payments<br>Shoppayinst Afrm Xhzd89Qyxh0Wudu | 00023107907379977 |
| 04/18 | 168.52 | Corporate ACH Autopay<br>Shoppayinst Afrm 40D7N777A7Wawlo | 00023107910218920 |
| 04/19 | 21,860.59 | Corporate ACH Transfer Shopify St-F4H7P1S0Q6A1 | 00023108904011140 |
| 04/19 | 17,418.24 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008059489 | 00023108902615770 |
| 04/19 | 10,031.07 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023108903948542 |
| 04/19 | 1,098.72 | Corporate ACH Payments<br>Shoppayinst Afrm 60Chqtht1Dvddug | 00023108902590033 |
| 04/20 | 92,204.64 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023109907865608 |
| 04/20 | 11,058.61 | Corporate ACH Transfer Shopify St-A4I0W0N2Q0A1 | 00023109907908334 |
| 04/20 | 1,224.99 | Corporate ACH Payments<br>Shoppayinst Afrm 46Efl833NC6A99G | 00023109905987939 |
| 04/21 | 274,920.43 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023110911288338 |
| 04/21 | 17,418.24 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008060378 | 00023110910089962 |
| 04/21 | 10,584.00 | Corporate ACH Payment McLane Pmd 8500042774 | 00023110910107451 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   04/01/2023  to  04/28/2023  
Account number:          9672  
Page 5 of 11

## Deposits and Other Credits - continued

### ACH Credits   - continued

98 transactions for a total of $3,186,902.28

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/21 | 9,577.53 | Corporate ACH Transfer Shopify St- K9T0V7N7Y3F1 | 00023110911370096 |
| 04/21 | 5,593.42 | Corporate ACH Cash Disb<br>Mobile Forc 9341 Vital Pharm | 00023110910549305 |
| 04/21 | 412.52 | Corporate ACH Payments<br>Shoppayinst Afrm Ptv5Dgyjemlmotj | 00023110910074907 |
| 04/21 | 247.68 | Corporate ACH Cash Disb<br>Mobile Forc 9341 Vital Pham. | 00023110910549304 |
| 04/21 | 7.52 | Corporate ACH Cash Disb<br>Mobile Forc 9341 Vital Pharm | 00023110910549306 |
| 04/24 | 137,541.91 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023111904693325 |
| 04/24 | 18,698.40 | Corporate ACH Payment McLane Pmd 8500042829 | 00023111903684773 |
| 04/24 | 708.24 | Corporate ACH Payments<br>Shoppayinst Afrm 8Uemd1Lkh1W0265 | 00023111903700881 |
| 04/24 | 189.70 | Corporate ACH Autopay<br>Shoppayinst Afrm Llv4Dtik93U4Os7 | 00023111905140793 |
| 04/24 | 11,518.60 | Corporate ACH Transfer Shopify St- Z7T0Z8R8O0X8 | 00023114906176301 |
| 04/25 | 110,361.14 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023114909307585 |
| 04/25 | 30,219.75 | Corporate ACH Transfer Shopify St- D9U0K2F9A3V9 | 00023114909355207 |
| 04/25 | 768.34 | Corporate ACH Payments<br>Shoppayinst Afrm Qyo68Mme3Rey3Nq | 00023114907195457 |
| 04/25 | 547.06 | Corporate ACH Payments<br>Shoppayinst Afrm 3Dzalaaud9G179Y | 00023114907195438 |
| 04/25 | 158.25 | Corporate ACH Autopay<br>Shoppayinst Afrm Rx7Z36Pmmruaf3R | 00023114909803028 |
| 04/25 | 134.04 | Corporate ACH Payments<br>Shoppayinst Afrm Mn24Fczfe0J6Z2L | 00023114907699098 |
| 04/26 | 16,581.60 | Corporate ACH Payment McLane Pmd 8500042977 | 00023115902256564 |
| 04/26 | 9,928.94 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023115903479097 |
| 04/26 | 8,128.75 | Corporate ACH Transfer Shopify St- B7C1M1E7G2U1 | 00023115903508697 |
| 04/26 | 633.90 | Corporate ACH Payments<br>Shoppayinst Afrm 0Kaiawxxtgorr4V | 00023115902288278 |
| 04/27 | 18,179.56 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023116907851201 |
| 04/27 | 10,826.67 | Corporate ACH Transfer Shopify St- O4M3N5Y3T4N0 | 00023116907858758 |
| 04/27 | 1,119.13 | Corporate ACH Payments<br>Shoppayinst Afrm U0Aktfc0Dyneb5X | 00023116905859230 |
| 04/27 | 509.60 | Corporate ACH Payment McLane Pmd 8500043017 | 00023116905836049 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period    04/01/2023 to 04/28/2023  
Account number: ████████9672  
Page 6 of 11

## Deposits and Other Credits - continued

### ACH Credits - continued

98 transactions for a total of $3,186,902.28

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/28 | 105,141.69 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023117912108022 |
| 04/28 | 26,570.46 | Corporate ACH Transfer Shopify St-C2C4Z7U5N6B3 | 00023117912194421 |
| 04/28 | 21,320.88 | Corporate ACH Py04/28/23 Tri-Eagle Sales 00Vita | 00023117912389844 |
| 04/28 | 17,118.24 | Corporate ACH Ap Payment  Nexcom Worldwide 0008062782 | 00023117910777683 |
| 04/28 | 2,626.40 | Corporate ACH Payment McLane Pmd 8500043069 | 00023117910805490 |
| 04/28 | 2,009.47 | Corporate ACH Payments  Shoppayinst Afrm Hdijm1Cmi3Emiz4 | 00023117911089880 |

### Funds Transfer In

2 transactions for a total of $2,000,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/04 | 1,200,000.00 | Wire Transfer In Na44F4521R0U4Zdh | WNA44F4521R0U4ZDH |
| 04/19 | 800,000.00 | Wire Transfer In Na4Je4619Cay5Uot | WNA4JE4619CAY5UOT |

### Other Credits

1 transaction for a total of $329.32

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/19 | 329.32 | Suspicious Item    Return Ck 000000009973716  Value Date 04-18-23 | 511160906 |

## Checks and Other Debits

### Checks and Substitute Checks

46 transactions for a total of $169,878.23

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---:|---|---|---|---:|---|---|---|---:|---|
| 04/12 | 9947152 | 3,146.61 | 510098532 | 04/20 | 26220 | 252.00 | 018818943 | 04/26 | 26237 | 3,142.97 | 010474080 |
| 04/12 | 9947166 | 1,352.00 | 510097133 | 04/20 | 26238 | 3,999.00 | 018873158 | 04/26 | 26254 | 3,223.48 | 010474607 |
| 04/13 | 9930905 | 587.02 | 510112113 | 04/20 | 9943045 | 965.06 | 512397385 | 04/26 | 26256 | 715.00 | 076297195 |
| 04/13 | 9932031 | 713.88 | 510112125 | 04/20 | 9943045 | 498.66 | 512397386 | 04/27 | 26227 | 240.69 | 011079827 |
| 04/17 | 26222 | 1,485.00 | 017546483 | 04/20 | 9943046 | 266.22 | A006613469 | 04/27 | 26245 | 3,500.00 | 011269683 |
| 04/18 | 26225 | 189.00 | 077125322 | 04/20 | 9943058 | 255.26 | 512397384 | 04/27 | 26252 | 5,500.00 | 011189724 |
| 04/18 | 26229 | 52,252.12 | 017992692 | 04/20 | 26224 | 370.07 | 019095924 | 04/27 | 26223 | 653.67 | 011312135 |
| 04/18 | 26244 | 26,447.42 | 017984903 | 04/21 | 26243 | 1,500.00 | 019137562 | 04/27 | 26259 | 350.00 | 077394065 |
| 04/18 | 9973716 | 329.32 | 511160906 | 04/24 | 9926165 | 8,266.03 | 511208431 | 04/28 | 26249 | 4,670.50 | 011691035 |
| 04/18 | 26228 | 52.20 | 018149620 | 04/24 | 9926165 | 5,392.52 | 511208077 | 04/28 | 26258 | 598.00 | 011912478 |
| 04/19 | 26246 | 114.75 | 018327978 | 04/24 | 9926325 | 5,733.23 | 511208076 | 04/28 | 26218 | 71.94 | 012106057 |
| 04/19 | 26248 | 4,226.00 | 018406546 | 04/24 | 9926469 | 2,456.18 | 511208430 | 04/28 | 26219 | 78.80 | 012106056 |
| 04/19 | 9973716 | 329.32 | 070463141 | 04/24 | 26242 | 1,550.00 | 019975965 | 04/28 | 26241 | 1,289.48 | 012108440 |
| 04/20 | 26226 | 240.00 | 018722845 | 04/24 | 26240 | 5,500.00 | 009404954 | 04/28 | 26250 | 322.80 | 012217533 |
| 04/20 | 26236 | 5,750.00 | 018702515 | 04/25 | 26253 | 1,925.32 | 009792907 | 04/28 | 26261 | 1,451.71 | 012052367 |
| 04/20 | 26247 | 7,925.00 | 018736748 | | | | | | | | |

### ACH Debits

122 transactions for a total of $2,323,133.07

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/03 | 35,764.31 | ACH Settlement Payments Vital Pharma | 00023093908874142 |
| 04/03 | 4,681.01 | ACH Settlement Payments Vital Pharma | 00023093908874141 |
| 04/03 | 91,175.31 | Corporate ACH Corp Pymnt  Vital Pharmaceut 230895414 | 00023090909397161 |
| 04/03 | 607.63 | Corporate ACH Monch Prop  Monch Properties d2339be54a9 | 00023093902920080 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period    04/01/2023  to  04/28/2023  
Account number:  ████████9672  
Page 7 of 11

## Checks and Other Debits - continued

### ACH Debits  - continued

122 transactions for a total of $2,323,133.07

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/03 | 503.39 | Corporate ACH Monch Prop<br>Monch Properties 06cb11f4933 | 00023093902920081 |
| 04/03 | 109.70 | Corporate ACH Personal M<br>Personal Mini St 5369c6f8bf4 | 00023093902799630 |
| 04/04 | 2,721.04 | ACH Settlement Payments Vital Pharma | 00023094913562352 |
| 04/04 | 629.93 | ACH Settlement Payments Vital Pharma | 00023094913562353 |
| 04/04 | 2,969.83 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH571288356 | 00023093907813643 |
| 04/04 | 558.00 | ACH Web 7609382868 Big Mine Self St | 00023093905568268 |
| 04/04 | 357.55 | ACH Web Cable Advanced Cable 0236714 | 00023093908183968 |
| 04/04 | 252.00 | ACH Debit Rental<br>Public Storage I 000000040788965 | 00023093907516432 |
| 04/04 | 242.00 | ACH Debit Rental<br>Public Storage I 000000040787669 | 00023093907516369 |
| 04/05 | 617,950.00 | ACH Settlement Payments Vital Pharma | 00023095908094277 |
| 04/05 | 49,650.00 | ACH Settlement Payments Vital Pharma | 00023095908094278 |
| 04/05 | 1,465.97 | ACH Web Rsibillpay<br>Republicservices 306951003595 | 00023094912572549 |
| 04/05 | 822.67 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023094912572550 |
| 04/05 | 205.83 | ACH Debit  Bankdraft<br>Cox Comm Las 476099531303001 | 00023094910241206 |
| 04/06 | 1,224.58 | Corporate ACH Cloud_plat Google US003Typ01 | 00023095905002496 |
| 04/06 | 52,852.76 | ACH Web Debit Federal Express Epa68994844 | 00023095905693264 |
| 04/06 | 26,680.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 011-0323948-001 | 00023095907377284 |
| 04/06 | 13,920.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 005-0323948-002 | 00023095906686286 |
| 04/06 | 1,500.00 | Corporate ACH Njweb02301<br>NJ Web Pmt 02301 091000013393169 | 00023095907488006 |
| 04/06 | 1,458.59 | ACH Debit Fdx Freigh Fedex Cis 342638369481 | 00023095907373740 |
| 04/06 | 1,313.65 | Corporate ACH Route DBA<br>Route DBA Sos St-L5S2F9A6D5N1 | 00023095907633837 |
| 04/06 | 388.79 | ACH Web Debit Federal Express Epa68993421 | 00023095905693267 |
| 04/06 | 279.27 | ACH Web Paymt Life Storage 000000000114050 | 00023095904860780 |
| 04/07 | 44,921.56 | ACH Settlement Payments Vital Pharma | 00023097904961518 |
| 04/07 | 50,000.00 | Corporate ACH Mq *Spende Mq 0827293 | 00023096908849826 |
| 04/07 | 3,124.80 | Corporate ACH Web Pay<br>Comcast Business 934558726 | 00023096911273121 |
| 04/07 | 277.00 | ACH Web Paymt Life Storage 000000000115147 | 00023096909219449 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842　　　For the period   04/01/2023  to  04/28/2023
OPERATING ACCOUNT　　　　　　　　　　　　Account number:         9672
　　　　　　　　　　　　　　　　　　　　　　Page 8 of 11

## Checks and Other Debits - continued

### ACH Debits - continued    122 transactions for a total of $2,323,133.07

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/07 | 153.74 | ACH Web Debit Federal Express Epa69008481 | 00023096909858690 |
| 04/07 | 55.06 | ACH Web Debit Federal Express Epa69009964 | 00023096909858705 |
| 04/10 | 40,528.24 | ACH Settlement Payments Vital Pharma | 00023100909722437 |
| 04/10 | 40,157.64 | ACH Settlement Payments Vital Pharma | 00023100909722442 |
| 04/10 | 4,630.00 | ACH Settlement Payments Vital Pharma | 00023100909722440 |
| 04/10 | 2,175.00 | ACH Settlement Payments Vital Pharma | 00023100909722439 |
| 04/10 | 2,119.05 | ACH Settlement Payments Vital Pharma | 00023100909722441 |
| 04/10 | 1,449.67 | ACH Settlement Payments Vital Pharma | 00023100909722436 |
| 04/10 | 1,407.45 | ACH Settlement Payments Vital Pharma | 00023100909722443 |
| 04/10 | 1,253.49 | ACH Settlement Payments Vital Pharma | 00023100909722438 |
| 04/10 | 200.00 | ACH Settlement Payments Vital Pharma | 00023100909722434 |
| 04/10 | .18 | ACH Settlement Payments Vital Pharma | 00023100909722435 |
| 04/10 | 242,975.21 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 230966028 | 00023097902502003 |
| 04/10 | 5,434.88 | Corporate ACH Trade Pay Mobile Force Ref | 00023097903164509 |
| 04/10 | 4,610.00 | ACH Debit Bank Draft<br>Cox Comm Phx 436259286001001 | 00023100905206660 |
| 04/10 | 760.10 | Corporate ACH Echeckpay Readyrefresh 6701213763 | 00023100905626293 |
| 04/11 | .15 | ACH Settlement Payments Vital Pharma | 00023101913355956 |
| 04/11 | 2,650.53 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH573290333 | 00023100909009259 |
| 04/11 | 263.31 | Corporate ACH Billpay<br>Southwest Gas B2309846339783 | 00023101909737929 |
| 04/12 | 19,897.72 | Corporate ACH Funding<br>Avalara Act 6022 Feid:1237891 | 00023101912525560 |
| 04/12 | 17.45 | ACH Debit Billing Lee Co Utilities 1252328 | 00023101910602448 |
| 04/13 | 20,465.86 | ACH Settlement Payments Vital Pharma | 00023103911234846 |
| 04/13 | 16,084.99 | ACH Settlement Payments Vital Pharma | 00023103911234847 |
| 04/13 | 13,113.37 | ACH Settlement Payments Vital Pharma | 00023103911234848 |
| 04/13 | 1,460.08 | ACH Settlement Payments Vital Pharma | 00023103911234849 |
| 04/13 | 62,134.75 | ACH Web Debit Federal Express Epa69050939 | 00023102905176532 |
| 04/13 | 5,998.56 | Corporate ACH Payments<br>Verizon Wireless 034225987700001 | 00023102903940504 |
| 04/13 | 2,697.66 | Corporate ACH DD Webfile Tax Pymt 902/71911402 | 00023102907202975 |
| 04/13 | 1,898.24 | Corporate ACH Route DBA<br>Route DBA Sos St-G5H7T2C6D3X6 | 00023102906607508 |
| 04/13 | 1,700.00 | ACH Web Sale Recess Digital I | 00023103907941805 |
| 04/13 | 910.00 | ACH Web Sale Recess Digital I | 00023103907941806 |
| 04/13 | 175.88 | ACH Debit Achpayment Viasat Inc A51992532 | 00023102906535280 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   04/01/2023  to  04/28/2023  
Account number:             9672  
Page 9 of 11

## Checks and Other Debits - continued

### ACH Debits - continued         122 transactions for a total of $2,323,133.07

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/13 | 175.83 | ACH Debit Achpayment Viasat Inc A51992531 | 00023102906535282 |
| 04/13 | 127.54 | ACH Web Debit Federal Express Epa69052125 | 00023102905176530 |
| 04/14 | 31,103.76 | ACH Settlement Payments Vital Pharma | 00023104905378801 |
| 04/14 | 380.17 | ACH Settlement Payments Vital Pharma | 00023104905378802 |
| 04/14 | 124.62 | ACH Settlement Payments Vital Pharma | 00023104905378800 |
| 04/14 | 238.30 | ACH Web Debit Federal Express Epa69062225 | 00023103909203023 |
| 04/14 | 68.75 | ACH Web Debit Federal Express Epa69063519 | 00023103909203024 |
| 04/17 | 167,437.79 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 231036594 | 00023104902781062 |
| 04/18 | 1,107.45 | ACH Settlement Payments Vital Pharma | 00023108904801396 |
| 04/18 | 400.18 | Corporate ACH Web Pay Lease Direct 79216820 | 00023107009693429 |
| 04/18 | 100,000.00 | Corporate ACH Mq *Spende Mq 3628020 | 00023108900755597 |
| 04/18 | 3,337.20 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH575321360 | 00023107910113755 |
| 04/18 | 1,700.00 | Corporate ACH Payments<br>Franchise Tax Bo 98083183 | 00023108900713449 |
| 04/18 | 800.00 | Corporate ACH Payments<br>Franchise Tax Bo 98084743 | 00023108900713450 |
| 04/18 | 405.60 | Corporate ACH 8004559645<br>Sticky.Io Inc Ac 1070000003 | 00023107910217328 |
| 04/19 | 25,142.04 | ACH Settlement Payments Vital Pharma | 00023109909020608 |
| 04/19 | 22,887.98 | ACH Settlement Payments Vital Pharma | 00023109909020612 |
| 04/19 | 3,852.00 | ACH Settlement Payments Vital Pharma | 00023109909020610 |
| 04/19 | 2,615.07 | ACH Settlement Payments Vital Pharma | 00023109909020611 |
| 04/19 | .15 | ACH Settlement Payments Vital Pharma | 00023109909020609 |
| 04/19 | 8,928.14 | Corporate ACH Payment<br>Southwest Gas B2310846852428 | 00023109904822615 |
| 04/20 | 1,879.30 | ACH Settlement Payments Vital Pharma | 00023110912277819 |
| 04/20 | 43,013.39 | ACH Web Debit Federal Express Epa69103377 | 00023109906545782 |
| 04/20 | 2,507.86 | Corporate ACH Route DBA<br>Route DBA Sos St-C3U1A1O0T9B8 | 00023109907908179 |
| 04/20 | 274.58 | ACH Web Debit Federal Express Epa69101711 | 00023109906545775 |
| 04/21 | 39,739.48 | ACH Settlement Payments Vital Pharma | 00023111905622261 |
| 04/21 | 2,081.46 | ACH Settlement Payments Vital Pharma | 00023111905622104 |
| 04/21 | 1,600.80 | ACH Settlement Payments Vital Pharma | 00023111905622103 |
| 04/21 | 3,327.98 | Corporate ACH Shopify.Co<br>Shopify.Com/C St-W8C1J4V7R4A1 | 00023110911266883 |
| 04/21 | 1,055.77 | ACH Web Rsibillpay<br>Republicservices 306158896816 | 00023110911521424 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842　　　　　　　　For the period　04/01/2023 to 04/28/2023
OPERATING ACCOUNT　　　　　　　　　　　　　　　　Account number: ███████9672
　　　　　　　　　　　　　　　　　　　　　　　　　　Page 10 of 11

## Checks and Other Debits - continued

### ACH Debits - continued　　　　　122 transactions for a total of $2,323,133.07

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/21 | 351.38 | ACH Web Rsibillpay<br>Republicservices 309020163215 | 00023110911521419 |
| 04/21 | 52.44 | ACH Web Debit Federal Express Epa69114090 | 00023110910480989 |
| 04/21 | 42.32 | ACH Web Debit Federal Express Epa69114375 | 00023110910480991 |
| 04/24 | 186,409.97 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 231106405 | 00023111903093798 |
| 04/24 | 617.50 | ACH Web Rsibillpay<br>Republicservices 306950020443 | 00023111904790802 |
| 04/24 | 178.02 | ACH Web Rsibillpay<br>Republicservices 306200970330 | 00023111904790814 |
| 04/24 | 97.50 | Corporate ACH Receivable Wageworks Inv4962574 | 00023111904279927 |
| 04/25 | 32,026.44 | ACH Settlement Payments Vital Pharma | 00023115904365677 |
| 04/25 | 13,209.15 | ACH Settlement Payments Vital Pharma | 00023115904365680 |
| 04/25 | 11,771.57 | ACH Settlement Payments Vital Pharma | 00023115904365676 |
| 04/25 | 3,975.00 | ACH Settlement Payments Vital Pharma | 00023115904365682 |
| 04/25 | 2,545.77 | ACH Settlement Payments Vital Pharma | 00023115904365424 |
| 04/25 | 2,146.75 | ACH Settlement Payments Vital Pharma | 00023115904365678 |
| 04/25 | 583.16 | ACH Settlement Payments Vital Pharma | 00023115904365681 |
| 04/25 | 101.67 | ACH Settlement Payments Vital Pharma | 00023115904365679 |
| 04/25 | 33,712.48 | Corporate ACH Receive Penske Truck 484385 | 00023114004237262 |
| 04/25 | 3,028.20 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH577325725 | 00023114909515963 |
| 04/25 | 1,474.78 | ACH Web Rsibillpay<br>Republicservices 306200910735 | 00023114907687032 |
| 04/25 | 252.52 | ACH Web Paymt Life Storage 000000000125241 | 00023114909448299 |
| 04/26 | 9,489.96 | ACH Settlement Payments Vital Pharma | 00023116909166919 |
| 04/27 | 42,459.43 | ACH Web Debit Federal Express Epa69165521 | 00023116906425634 |
| 04/27 | 2,055.35 | Corporate ACH Tax Coll. Mdc Tpp Tax 26183513 | 00023116908352805 |
| 04/27 | 1,690.39 | Corporate ACH Route DBA<br>Route DBA Sos St-J8K6A7J4D3I5 | 00023116907828791 |
| 04/27 | 33.53 | ACH Web Debit Federal Express Epa69167484 | 00023116906425636 |
| 04/28 | 800.00 | ACH Settlement Payments Vital Pharma | 00023118907289511 |
| 04/28 | 527.99 | ACH Settlement Payments Vital Pharma | 00023118907289510 |
| 04/28 | 474.65 | ACH Settlement Payments Vital Pharma | 00023118907289508 |
| 04/28 | 460.00 | ACH Settlement Payments Vital Pharma | 00023118907289509 |
| 04/28 | 266.53 | ACH Web Debit Federal Express Epa69174348 | 00023117911108015 |

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842　　　　　　　　For the period　　04/01/2023　to　04/28/2023
OPERATING ACCOUNT　　　　　　　　　　　　　　　　　Account number:　　　　　9672
　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 11 of 11

## Checks and Other Debits - continued

### Funds Transfers Out — 34 transactions for a total of $209,404.20

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/03 | 12,800.37 | Int'L Wire Out 2343L1659Ogk51Ka | W2343L1659OGK51KA |
| 04/07 | 8,000.00 | Wire Transfer Out 2347G1818Dpp42X7 | W2347G1818DPP42X7 |
| 04/07 | 5,000.00 | Int'L Wire Out 2347G1818E9R0Q3Q | W2347G1818E9R0Q3Q |
| 04/07 | 4,000.00 | Wire Transfer Out 2347G1818Gwr4Y3V | W2347G1818GWR4Y3V |
| 04/07 | 4,000.00 | Wire Transfer Out 2347G1818G0R333S | W2347G1818G0R333S |
| 04/07 | 4,000.00 | Int'L Wire Out 2347G1818I0Q04Dl | W2347G1818I0Q04DL |
| 04/07 | 3,800.00 | Int'L Wire Out 2347G1818Ibp7Dxa | W2347G1818IBP7DXA |
| 04/07 | 3,000.00 | Wire Transfer Out 2347G1818Lkr4G3Y | W2347G1818LKR4G3Y |
| 04/07 | 3,000.00 | Wire Transfer Out 2347G1818Npp4Kxd | W2347G1818NPP4KXD |
| 04/07 | 2,500.00 | Wire Transfer Out 2347G1818Rdq4Sdu | W2347G1818RDQ4SDU |
| 04/07 | 2,300.00 | Wire Transfer Out 2347G1818Q6Q62Ds | W2347G1818Q6Q62DS |
| 04/07 | 1,800.00 | Wire Transfer Out 2347G18194Kp42Xn | W2347G18194KP42XN |
| 04/07 | 1,700.00 | Int'L Wire Out 2347G181938P76Xl | W2347G181938P76XL |
| 04/07 | 1,000.00 | Wire Transfer Out 2347G1819Aep7Dxt | W2347G1819AEP7DXT |
| 04/07 | 800.00 | Wire Transfer Out 2347G1819Brq6Ee9 | W2347G1819BRQ6EE9 |
| 04/07 | 800.00 | Int'L Wire Out 2347G1819Cjr4G4C | W2347G1819CJR4G4C |
| 04/07 | 700.00 | Wire Transfer Out 2347G1819Ffp4Kxx | W2347G1819FFP4KXX |
| 04/07 | 400.00 | Wire Transfer Out 2347G1819Fyr6L4G | W2347G1819FYR6L4G |
| 04/07 | 2,200.00 | Wire Transfer Out 2347G1818Rmq5Zdw | W2347G1818RMQ5ZDW |
| 04/07 | 1,600.00 | Wire Transfer Out 2347G18196Jr7L46 | W2347G18196JR7L46 |
| 04/07 | 500.00 | Int'L Wire Out 2347G1819Gkq2Ged | W2347G1819GKQ2GED |
| 04/07 | 350.00 | Int'L Wire Out 2347G1819H8Q4Seg | W2347G1819H8Q4SEG |
| 04/07 | 200.00 | Int'L Wire Out 2347G1819Iqq5Zej | W2347G1819IQQ5ZEJ |
| 04/07 | 1,000.00 | Wire Transfer Out 2347G18198Qq5Ce5 | W2347G18198QQ5CE5 |
| 04/07 | 2,500.00 | Wire Transfer Out 2347G1818P8R2Y40 | W2347G1818P8R2Y40 |
| 04/07 | 1,200.00 | Wire Transfer Out 2347G18196Yr4Y48 | W2347G18196YR4Y48 |
| 04/07 | 3,800.00 | Int'L Wire Out 2347G1818Leq1ADP | W2347G1818LEQ1ADP |
| 04/07 | 2,000.00 | Int'L Wire Out 2347G181921P6Gxi | W2347G181921P6GXI |
| 04/07 | 1,500.00 | Wire Transfer Out 2347G18195Er0Q43 | W2347G18195ER0Q43 |
| 04/11 | 113,763.00 | Wire Transfer Out 234Bj125424R1Nvp | W234BJ125424R1NVP |
| 04/13 | 13,020.00 | Wire Transfer Out 234Dk18515Op1Elx | W234DK18515OP1ELX |
| 04/14 | 3,500.00 | Wire Transfer Out 234El1233E0Q4G7K | W234EL1233E0Q4G7K |
| 04/21 | 1,508.00 | Wire Transfer Out 234Ll3426Cpv48Jm | W234LL3426CPV48JM |
| 04/25 | 1,162.83 | Int'L Wire Out 234Pl5005Mz35Wdd | W234PL5005MZ35WDD |

### Other Debits — 1 transaction for a total of $3,825.78

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 04/28 | 3,825.78 | Corporate Account Analysis Charge | 0000000000000009469 |

Member FDIC　　　　　　　　　　　　　　⌂ Equal Housing Lender