# Corporate Business Account Statement



Page 1 of 2
Account Number: ████9699

**For the period   04/01/2023 to 04/28/2023**

VITAL PHARMACEUTICALS INC #22-17842
CREDIT CARD ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:    0
Tax ID Number: 65-0668430
☎ For Client Services:
   Call 1-800-669-1518

⌷ Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

---

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 15,923.85 | 33,213.63 | 6,274.56 | 42,862.92 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 6 | 33,213.63 | ACH Debits | 4 | 6,274.56 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 6 | 33,213.63 | Total | 4 | 6,274.56 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 15,923.85 | 04/05 | 23,181.88 | 04/13 | 36,318.30 |
| 04/03 | 14,879.54 | 04/11 | 20,355.46 | 04/21 | 42,862.92 |
| 04/04 | 14,837.84 | 04/12 | 22,578.10 | | |

## Deposits and Other Credits

### ACH Credits                                   6 transactions for a total of $33,213.63

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 1,619.66 | Corporate ACH Bill.Com<br>Clearsale Llc 016Gfoqga2Lkyyj | 00023090911508909 |
| 04/03 | 742.47 | Corporate ACH Bill.Com<br>Clearsale Llc 016Tcikeq2Lkyyc | 00023090911508907 |
| 04/05 | 8,344.04 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023095903756890 |
| 04/12 | 2,222.64 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023102903511474 |
| 04/13 | 13,740.20 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023103908060409 |
| 04/21 | 6,544.62 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023111902489671 |

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
CREDIT CARD ACCOUNT

**For the period**    04/01/2023  to  04/28/2023
Account number:        ████9699
Page 2 of 2

## Checks and Other Debits

### ACH Debits                                  4 transactions for a total of $6,274.56

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 3,346.44 | Corporate ACH Cred Fees<br>5/3 Bankcard Sys Chain 0F1975 | 00023093903760622 |
| 04/03 | 60.00 | ACH Web Sq230403 Square Inc<br>T3H7Yz7Nq6J2Re2 | 00023093903728196 |
| 04/04 | 41.70 | Corporate ACH Billing Authnet Gateway<br>127957108 | 00023093906641240 |
| 04/11 | 2,826.42 | Corporate ACH Mps Billng Fifth Third ACH<br>0F1975 | 00023100907395534 |

Member FDIC                    Equal Housing Lender