
FL ███████9089

999-99-99-99 40386  0 C 001 30 S  66 002
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278

# Your account statement
For 04/28/2023

## Contact us

 Truist.com          (844) 4TRUIST or (844) 487-8478

■ **COMMERCIAL INTEREST CHECKING** ███████9089

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2023 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15,408,060.51 |
| Deposits, credits and interest | + 15,408,060.51 |
| Your new balance as of 04/28/2023 | = $0.00 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $0.00 |
| 2023 interest paid year-to-date | $0.00 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 968,178.80 |
| 04/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 663,697.31 |
| 04/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 899,537.03 |
| 04/06 | Return Deposit Item   628727  99001473 | 39,760.56 |
| 04/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 475,802.53 |
| 04/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 813,970.86 |
| 04/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 195,326.81 |
| 04/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 1,729,050.01 |
| 04/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 444,480.41 |
| 04/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 139,289.35 |
| 04/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 1,334,813.04 |
| 04/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 354,184.02 |
| 04/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 1,201,406.82 |
| 04/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 270,279.71 |
| 04/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 845,625.22 |
| 04/21 | SERVICE CHARGES - PRIOR PERIOD | 1,720.47 |
| 04/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 555,113.32 |
| 04/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 758,380.48 |
| 04/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 1,906,236.38 |
| 04/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 442,743.40 |
| 04/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 458,616.15 |
| 04/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ████ 7174 | 909,847.83 |
| **Total other withdrawals, debits and service charges** | | **= $15,408,060.51** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/03 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001558973042 | 168.84 |
| 04/03 | REMOTE DEPOSIT | 455.00 |
| 04/03 | PAYMENTS   WALGREENCO VPX REDLINE  CUSTOMER ID 2001393026 | 5,840.04 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮▮▮ 9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/03 | INCOMING WIRE TRANSF SYS WIRE REF# 20230403-00034658 | 10,500.00 |
| 04/03 | 146091    ED F. DAVIS, Inc 8430 Vital Pharmaceuticals, | 31,211.21 |
| 04/03 | MISC ACH   Standard Sales C VITAL PHARMACEUTICALS  CUSTOMER ID 3022550 | 34,574.40 |
| 04/03 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 69,910.03 |
| 04/03 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001558591492 | 316,162.28 |
| 04/03 | LOCKBOX DEPOSIT  628727 | 499,357.00 |
| 04/04 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/04 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001412524 | 2,824.17 |
| 04/04 | INCOMING WIRE TRANSFER WIRE REF# 20230404-00008985 | 7,700.00 |
| 04/04 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 19,914.86 |
| 04/04 | CASH DISB  SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 34,608.97 |
| 04/04 | INCOMING WIRE TRANSFER WIRE REF# 20230404-00025534 | 195,955.20 |
| 04/04 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 197,458.24 |
| 04/04 | REMOTE DEPOSIT | 205,235.87 |
| 04/05 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/05 | TRADE PAY  7-ELEVEN DISTRIB VITAL PHARMACEUTICALS  CUSTOMER ID 1012278 | 0.10 |
| 04/05 | PAYMENTS   WILSON MCGINLEY VITAL PHARMACEUTICALS  CUSTOMER ID | 17,911.70 |
| 04/05 | VPX-BANG   Beal Distributin VITAL PHARMACEUTICALS  CUSTOMER ID | 18,711.52 |
| 04/05 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 04/05 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11015271183 | 41,489.28 |
| 04/05 | AP EXPENSE HEIDELBERG TOL 4587 VITAL PHARMACEUTICALS | 41,873.44 |
| 04/05 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID     310562 | 134,845.08 |
| 04/05 | LOCKBOX DEPOSIT  628727 | 603,216.63 |
| 04/06 | CASH DISB  SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 10,284.12 |
| 04/06 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 18,512.14 |
| 04/06 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11015273330 | 35,342.72 |
| 04/06 | Matagrano  MATAGRANO INC Vital Pharmaceuticals  CUSTOMER ID BANG | 36,981.30 |
| 04/06 | CASHCD     SERENA A KIRCH01 VITAL PHARMACEUTICALS  CUSTOMER ID | 41,035.97 |
| 04/06 | INCOMING WIRE TRANSFER WIRE REF# 20230406-00027932 | 52,789.33 |
| 04/06 | PAYABLES   Silver Eagle Dis 0000VITAL PHARMACEUT  CUSTOMER ID V13915 | 72,385.59 |
| 04/06 | LOCKBOX DEPOSIT  628727 | 248,231.92 |
| 04/07 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/07 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/07 | INCOMING WIRE TRANSFER WIRE REF# 20230407-00003850 | 22,281.28 |
| 04/07 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 23,080.18 |
| 04/07 | PY04/05/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 28,430.80 |
| 04/07 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 28,449.79 |
| 04/07 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 35,133.96 |
| 04/07 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 41,489.28 |
| 04/07 | CREDITS    UB DIST AP2723 0130 VITAL PHARMACEUTICALS | 64,822.98 |
| 04/07 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS, CUSTOMER ID | 78,752.80 |
| 04/07 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 84,899.36 |
| 04/07 | LOCKBOX DEPOSIT  628727 | 406,630.43 |
| 04/10 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/10 | PAYMENT    IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 27,851.60 |
| 04/10 | LOCKBOX DEPOSIT  628727 | 167,475.21 |
| 04/11 | PAYMENTS   AMAZON.CO1000jFt VITAL PHARMACEUTICALS, | 0.00 |
| 04/11 | PAYMENTS   AMAZON.CO1000jSo VITAL PHARMACEUTICALS, | 0.00 |
| 04/11 | PAYMENTS   AMAZON.CO1000j78 VITAL PHARMACEUTICALS, CUSTOMER ID FCS001566199262 | 18.76 |
| 04/11 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001567897202 | 18.76 |
| 04/11 | REMOTE DEPOSIT | 3,618.63 |
| 04/11 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 20,321.28 |
| 04/11 | PAYMENTS   AMAZON.CO1000jMf VITAL PHARMACEUTICALS, CUSTOMER ID FCS001566377352 | 30,939.82 |
| 04/11 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 41,873.44 |
| 04/11 | REMOTE DEPOSIT | 177,853.05 |
| 04/11 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID     310562 | 233,106.75 |
| 04/11 | LOCKBOX DEPOSIT  628727 | 1,221,299.52 |
| 04/12 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 35,707.31 |
| 04/12 | REMOTE DEPOSIT | 41,489.28 |
| 04/12 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11015923136 | 41,489.28 |
| 04/12 | LOCKBOX DEPOSIT  628727 | 325,794.54 |
| 04/13 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |

*continued*



■ COMMERCIAL INTEREST CHECKING         9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/13 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 4,267.47 |
| 04/13 | LOCKBOX DEPOSIT   628727 | 56,159.32 |
| 04/13 | INCOMING WIRE TRANSFER WIRE REF# 20230413-00022607 | 78,862.56 |
| 04/14 | VITAL PHRM EARLSMITHDIS4364 VITAL PHARMACEUTICALS  CUSTOMER ID | 3,531.52 |
| 04/14 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 29,772.40 |
| 04/14 | INCOMING WIRE TRANSFER WIRE REF# 20230414-00013142 | 34,398.00 |
| 04/14 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 36,303.12 |
| 04/14 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11016152424 | 38,416.00 |
| 04/14 | VPX-BANG   Beal Distributin VITAL PHARMACEUTICALS  CUSTOMER ID | 38,512.04 |
| 04/14 | MISC ACH   Standard Sales C VITAL PHARMACEUTICALS  CUSTOMER ID 6922550 | 41,489.28 |
| 04/14 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11016152351 | 42,641.76 |
| 04/14 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 42,784.08 |
| 04/14 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001569812682 | 47,818.96 |
| 04/14 | PY04/13/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 66,936.04 |
| 04/14 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 75,679.52 |
| 04/14 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 164,178.64 |
| 04/14 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 222,351.68 |
| 04/14 | INCOMING WIRE TRANSFER WIRE REF# 20230414-00002118 | 450,000.00 |
| 04/17 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001571918452 | 18.76 |
| 04/17 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001572615242 | 619.08 |
| 04/17 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001572826452 | 1,031.80 |
| 04/17 | REMOTE DEPOSIT | 1,104.20 |
| 04/17 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS,  CUSTOMER ID 112 | 2,592.04 |
| 04/17 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001571842412 | 11,818.80 |
| 04/17 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001571419972 | 16,002.28 |
| 04/17 | INCOMING WIRE TRANSFER WIRE REF# 20230417-00009592 | 20,000.00 |
| 04/17 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11016331264 | 22,314.58 |
| 04/17 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 22,759.83 |
| 04/17 | SGF        WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 41,873.44 |
| 04/17 | KCK        WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 42,454.57 |
| 04/17 | LOCKBOX DEPOSIT   628727 | 68,106.64 |
| 04/17 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11016303856 | 103,488.00 |
| 04/18 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001572923582 | 150.08 |
| 04/18 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001572884332 | 2,288.72 |
| 04/18 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11016465209 | 13,288.80 |
| 04/18 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11016472697 | 25,872.00 |
| 04/18 | AP PAYMENT DOLLAR TREE MANA 0008VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 68,221.44 |
| 04/18 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS,  CUSTOMER ID 4450 | 136,760.96 |
| 04/18 | AP EXPENSE DE CRESCENTE DIS 7950 VITAL PHARMACEUTICALS | 163,506.51 |
| 04/18 | LOCKBOX DEPOSIT   628727 | 791,318.31 |
| 04/19 | REMOTE DEPOSIT | 3,514.50 |
| 04/19 | VPX        RESORT BEVERAGE Vital Pharmaceuticals  CUSTOMER ID 146804 | 18,302.18 |
| 04/19 | REMOTE DEPOSIT | 28,104.00 |
| 04/19 | LOCKBOX DEPOSIT   628727 | 37,651.53 |
| 04/19 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 229642 | 39,628.78 |
| 04/19 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 65,434.52 |
| 04/19 | REMOTE DEPOSIT | 77,644.20 |
| 04/20 | VITAL PHRM EARLSMITHDIS4364 VITAL PHARMACEUTICALS  CUSTOMER ID | 8,643.60 |
| 04/20 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11016649421 | 12,936.00 |
| 04/20 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 645547746 | 25,712.50 |
| 04/20 | PAYABLE    MITCHELL BEVERAG 0893 Vital Pharmaceuticals, | 34,958.56 |
| 04/20 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 38,031.84 |
| 04/20 | INCOMING WIRE TRANSFER WIRE REF# 20230420-00024712 | 52,789.33 |
| 04/20 | INCOMING WIRE TRANSFER WIRE REF# 20230420-00023667 | 58,520.00 |
| 04/20 | INCOMING WIRE TRANSFER WIRE REF# 20230420-00021857 | 62,821.63 |
| 04/20 | LOCKBOX DEPOSIT   628727 | 155,759.67 |
| 04/20 | AP PAYMENT DOLLAR TREE MANA 0032VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 395,452.09 |
| 04/21 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000670065 | 996.97 |
| 04/21 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11016786923 | 12,936.00 |

■ COMMERCIAL INTEREST CHECKING ▓▓▓▓▓▓ 9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/21 | LOCKBOX DEPOSIT  628727 | 17,479.28 |
| 04/21 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 26,991.29 |
| 04/21 | PY042123   Capitol Beverage ITAL VITAL PHARMACEUTICALS | 37,930.47 |
| 04/21 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 38,412.16 |
| 04/21 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 40,528.88 |
| 04/21 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 41,489.28 |
| 04/21 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 42,257.60 |
| 04/21 | PAYMENT   GLAZER'S BEER AN VITAL PHARMACEUTICALS,  CUSTOMER ID 4450 | 78,944.88 |
| 04/21 | PY04/20/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 108,420.98 |
| 04/21 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 110,446.00 |
| 04/24 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/24 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS,  CUSTOMER ID 112 | 3,424.56 |
| 04/24 | REMOTE DEPOSIT | 10,057.37 |
| 04/24 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000670245 | 13,667.50 |
| 04/24 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001589362952 | 15,995.98 |
| 04/24 | EPOSPYMNTS H.E.B. GROCERY 0044VITAL PHARMACEUT CUSTOMER ID 113000609073330 | 21,037.38 |
| 04/24 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 645897886 | 25,712.50 |
| 04/24 | ACH ITEM   SOUND BEVERAGE D Vital Pharmaceuticals  CUSTOMER ID Bang | 40,628.84 |
| 04/24 | PAYMENT   IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 62,154.22 |
| 04/24 | INCOMING WIRE TRANSFER WIRE REF# 20230424-00025522 | 73,920.00 |
| 04/24 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001590273252 | 203,738.95 |
| 04/24 | LOCKBOX DEPOSIT  628727 | 288,043.18 |
| 04/25 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 04/25 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 7,497.00 |
| 04/25 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 8,568.00 |
| 04/25 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 15,419.40 |
| 04/25 | INCOMING WIRE TRANSFER WIRE REF# 20230425-00019564 | 25,000.00 |
| 04/25 | INCOMING WIRE TRANSFER WIRE REF# 20230425-00003653 | 26,100.00 |
| 04/25 | CORP PYMNT BJ'S WHOLESALE C VITAL PHARMACEUTICALS  CUSTOMER ID 2502130029 | 35,388.00 |
| 04/25 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 52,777.26 |
| 04/25 | REMOTE DEPOSIT | 527,577.51 |
| 04/25 | LOCKBOX DEPOSIT  628727 | 1,207,909.21 |
| 04/26 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001594113972 | 757.32 |
| 04/26 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11017161046 | 12,936.00 |
| 04/26 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000670589 | 13,898.50 |
| 04/26 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025OLMJZJUHHWDZ | 20,366.45 |
| 04/26 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 24,633.00 |
| 04/26 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11017072761 | 39,568.48 |
| 04/26 | CASH DISB  SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 41,454.71 |
| 04/26 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 04/26 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 04/26 | LOCKBOX DEPOSIT  628727 | 206,150.38 |
| 04/27 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001593987862 | 93.80 |
| 04/27 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS,  CUSTOMER ID 112 | 5,508.51 |
| 04/27 | INCOMING WIRE TRANSFER WIRE REF# 20230427-00019713 | 15,400.00 |
| 04/27 | Bang ACH 4 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 33,502.49 |
| 04/27 | 147119    ED F. DAVIS, Inc 8430 Vital Pharmaceuticals, | 34,097.84 |
| 04/27 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000670828 | 39,193.00 |
| 04/27 | REMOTE DEPOSIT | 45,097.64 |
| 04/27 | REMOTE DEPOSIT | 53,434.88 |
| 04/27 | INCOMING WIRE TRANSFER WIRE REF# 20230427-00017025 | 73,920.00 |
| 04/27 | INCOMING WIRE TRANSFER WIRE REF# 20230427-00027096 | 158,367.99 |
| 04/28 | PY04/27/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 4,624.16 |
| 04/28 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS,  CUSTOMER ID FCS001594835752 | 4,657.10 |
| 04/28 | REMOTE DEPOSIT | 10,511.73 |
| 04/28 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000670969 | 17,055.50 |
| 04/28 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 646965282 | 30,962.50 |
| 04/28 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 39,376.40 |
| 04/28 | AP EXPENSE HEIDELBERG TOL 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 04/28 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 41,489.28 |
| 04/28 | CORP PAY   BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 41,722.41 |
| 04/28 | INCOMING WIRE TRANSFER WIRE REF# 20230428-00037784 | 45,946.96 |

*continued*


■ COMMERCIAL INTEREST CHECKING         9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/28 | PAYMENT   GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 82,978.56 |
| 04/28 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 111,053.60 |
| 04/28 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID       310562 | 115,837.50 |
| 04/28 | AP PAYMENT DOLLAR TREE MANA 0014VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 128,468.59 |
| 04/28 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals CUSTOMER ID QY174G2GZ9A4B2W | 193,674.26 |
| Total deposits, credits and interest | | = $15,408,060.51 |

**Outsmart cyber-criminals. Keep scammer tricks top of mind.**

It's not unusual to create passwords based on your favorite things. But when you answer questions sent to you by email, text, social media, or phone calls, you could be sharing too much information.

Here are some common social engineering scams:

- **Phishing.** Emails or messages pretending to be legitimate people or businesses. They usually request your personal information, such as passwords or credit card numbers.

- **Smishing.** Scammers send text or messages via a social media platform. Again, they pretend to be someone from your circle or a legitimate business but are trying to get you to reveal personal information.

- **Vishing.** This cyber-scam is a phone call or voice mail message from someone pretending to be from your bank, your doctor, or the government. They usually make urgent request of your personal information to "help" you avoid consequences.

Visit Truist.com/Fraud-and-security for more insights on fraud.

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC