**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. / | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 19, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dogwood Holdings, LLP, Attn: Nick Jones at 4601 Park Rd, Ste 540, Charlotte, NC 28209-2292, pursuant to USPS forwarding instructions:

- **Debtors' Agreed Ex Parte Motion to Continue April 27, 2023, Hearing on Debtors' Motion for Entry of an Order (I) Ruling on Section 365 as Amended by the Act Applies to the Deadline by which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and Till Granting Related Relief** (Docket No. 1256)

Furthermore, on May 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Paige Marx at 344 Melbourne Ct, Charlotte, NC 28209-1823, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (Docket No. 856)

Furthermore, on or before May 23, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Extension of Certain Sale-Related Deadlines** (Docket No. 1283)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on or before May 23, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on XPO Global Forwarding, Inc at 2211 Old Earhart Rd, Ste 100, Ann Arbor, MI 48105-2963:

- **Order Granting Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Executory Contracts with (I) Fiesta Warehousing and Distribution; and (II) Krier Foods, Inc.** (Docket No. 1287)

- **Order Granting Debtors' Motion for Entry of an Order (I) Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief** (Docket No. 1324)

- **Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Vital Pharmaceuticals, Inc. Holds a Substantial or Controlling Interest** (Docket No. 1369)

- **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate of Bang Energy Canada, Inc. Holds a Substantial or Controlling Interest** (Docket No. 1370)

Dated: June 1, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amy Cino | | 4229 157th St | | Flushing | NY | 11355-1152 |
| Barry-Wehmiller Design Group, Inc. | | 8027 Forsyth Blvd | | Saint Louis | MO | 63105-1734 |
| Christopher Rosendo | | 320 Stonewall St | | Jackson | TN | 38301-5020 |
| Design Group Facility Solutions, Inc. | | 8027 Forsyth Blvd | | Saint Louis | MO | 63105-1734 |
| Eworkplace Solutions, Inc. (D.B.A. Batchmaster Software, Inc.) | Batchmasters Ingrid Leon | 9861 Irvine Center Dr | | Irvine | CA | 92618-4307 |
| Ismail Imran, Et Al V. Vital Pharmaceuticals, Inc. (Ismail Imran, Kuumba Madison, Zach Hess, on Behalf of Themselves and All Others Similarly Situated) | c/o Shub Law Firm LLC | Attn: Jonathan Shub | 200 Barr Harbor Dr Ste 400 | Conshohocken | PA | 19428-2978 |
| Jamell Dennis | | 3030 Belt Line Rd | Apt 1714 | Garland | TX | 75044-6905 |
| Prime Power Services, Inc. | | PO Box 96512 | | Charlotte | NC | 28296-0512 |
| Raymond Junior Cartagena | | 988 SW Rossborough Ct | # 101 | Lake City | FL | 32025-0617 |
| Robert Gary Miller | | 1611 Timbertop St | Apt 108 | Lancaster | OH | 43130-0167 |
| Shanghai Freemen Americas LLC | | 200 Metroplex Dr | Ste 402 | Edison | NJ | 08817-2600 |
| XPO Global Forwarding, Inc | | 2211 Old Earhart Rd | Ste 100 | Ann Arbor | MI | 48105-2963 |
| Zachary S Blum | | 804 W Maryland Ave | Apt A | Phoenix | AZ | 85013-1351 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1