UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

VITAL PHARMACEUTICALS, INC.
D/B/A BANG ENERGY D/B/A VPX
SPORTS D/B/A VPX/REDLINE D/B/A
REDLINE D/B/A QUASH LIFE LIFT,

    DEBTOR.
_____/

CHAPTER 11

CASE NO.: 22-17842-PDR

JOINTLY ADMINISTERED

## U.S. BANK'S LIMITED ADEQUATE ASSURANCE OBJECTION

CREDITOR, U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK EQUIPMENT FINANCE, ("Creditor") by and through its undersigned counsel, hereby files its Limited Adequate Assurance Objection, and states as follows:

1. This Limited Adequate Assurance Objection is being filed in an abundance of caution in that Debtor may be attempting to continue the Sale Hearing Date.

2. Creditor's Lease Agreement is identified as No. 3786 on Debtors Assumption Notice [Doc. 893].

3. Pursuant to the (i) Order Approving Bidding Procedures *et al* [Doc. 854]; Notice of Proposed Sale *et al* [Doc 856]; and Notice of Extension of Certain Sale-Related Deadlines [Doc 1283], Adequate Assurance Objections must be filed three (3) business days prior to the commencement of the Sale Hearing.

4. Upon information and belief, the Sale Hearing is currently scheduled for June 7, 2023. [*See*, Doc. 1283].

5. Creditor, has not received adequate assurance of future performance with regard to Creditor's Lease Agreement, and accordingly objects to the assignment / assumption thereof until adequate assurance is provided to (and approved) by Creditor.

*Creditor's Limited Adequate Assurance Objection*
*Case No.: 22-17842-PDR*

WHEREFORE, Creditor, U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK EQUIPMENT FINANCE, files this Limited Adequate Assurance Objection accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2023, the foregoing was filed with the Clerk of the United States Bankruptcy Court for the Southern District of Florida via the CM/ECF system, and a true and correct copy of the foregoing was furnished to the parties listed below, in the manner indicated.

**EMANUEL & ZWIEBEL, PLLC**
Attorneys for Creditor:
*U.S. Bank National Association*
*d/b/a U.S. Bank Equipment Finance*
7900 Peters Rd, Suite B-100
Plantation, Florida 33324
Telephone: (954) 475-7500
Primary: ron.emanuel@emzwlaw.com
Secondary: marsha.dror@emzwlaw.com
eService: eservice@emzwlaw.com

By:     /s/ *Ronald M. Emanuel*
RONALD M. EMANUEL, ESQUIRE
FLA. BAR NO.:746932

**VIA CM/ECF SYSTEM WHICH WILL SEND NOTICE OF ELECTRONIC FILING TO:**

**BERGER SINGERMAN LLP**
**JORDI GUSO, ESQ.**
jguso@bergersingerman.com
**MICHAEL JORDAN NILES, ESQ.**
mniles@bergersingerman.com
Attorneys for Debtor

**LATHAM & WATKINS LLP**
**ANDREW SORKIN, ESQ.**
andrew.sorkin@lw.com
**JERAMY D. WEBB, ESQ.**
jeramy.webb@lw.com
Attorneys for Debtor

**OFFICE OF THE U.S. TRUSTEE**
U.S. Trustee
51 SW 1st Ave., Suite 1204
Miami, Florida 33130
Email:   USTPRegion21.MM.ECF@usdoj.gov

**OFFICE OF THE UNITED STATES REGION 21**
**J. STEVEN WILKES, ESQ.**
U.S. Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602
Email:   steven.wilkes@usdoj.gov

**Rule 1007-2 Parties in Interest designated to receive electronic notice**

**VIA U.S. MAIL, POSTAGE PREPAID TO:**

**VITAL PHARMACEUTICALS, INC.**
D/B/A BANG ENERGY D/B/A VPX
SPORTS D/B/A VPX/REDLINE D/B/A
REDLINE D/B/A QUASH LIFE LIFT
1600 N. Park Drive
Weston, Florida 33326