UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

_____/

## NOTICE OF WITHDRAWAL OF ECF NO. 1411

Creditors Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores  Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through undersigned counsel, and based upon the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* (ECF No. 1416), hereby withdraws *Circle K's Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the Hearing Currently Scheduled for June 7, 2023* (ECF No. 1411) in the above-referenced bankruptcy proceeding.

Dated: June 2, 2023

Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By:   */s/ Dain de Souza*
          Dain de Souza, Esq. (FBN93708)
          Jaime B. Leggett, Esq. (FBN 1016485)

and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (admitted *pro hac vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd.*
*and Circle K Stores, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 2nd  day of June, 2023, true and correct copies of the foregoing

were served electronically via the Court's electronic filing system on all parties registered to receive

notifications via CM/ECF in this case.


 */s/ Dain de Souza*
Dain de Souza

00758837.DOCX