UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,                    Case No.: 22-17842-PDR

                                                         Chapter 11
            Debtors.                                     (Jointly Administered)
_____/

### *EMERGENCY* MOTION FOR ENTRY OF AN ORDER COMPELLING DEBTORS TO ABANDON ANY ALLEGED INTEREST IN TRADEMARKS OF <u>NON-DEBTOR ENTITY, ENTOURAGE IP HOLDING, LLC</u>

**\*\* Emergency Hearing Requested Pursuant to Local Rule 9075-1 \*\***

**John H. Owoc is the sole owner of an entity named Entourage IP Holding, LLC ("<u>Entourage</u>"). Entourage owns a number of trademarks.**

**The Debtors wrongfully assert ownership of thirteen (13) trademarks owned by Entourage, despite acknowledging that Entourage owns an additional forty-five (45) of its trademarks. In light of this dynamic, and the pendency of a sale in which the Debtors may attempt to implicate Entourage trademarks, Entourage requests the entry of an order compelling the Debtors to abandon any alleged ownership in the trademarks.**

**Given imminent sale deadlines, Entourage requests that this matter be scheduled for hearing on an emergency basis, on or before Friday June 9, 2023.**

Entourage IP Holding, LLC ("<u>Entourage</u>"), pursuant to 11 U.S.C. § 554(b), respectfully requests that the Court enter an order compelling the above-captioned, jointly administered debtors, Vital Pharmaceuticals, Inc., *et al.*, to abandon any alleged ownership interest in the trademarks listed on Exhibit "B" hereto. In support of this request, Entourage states:

1.      These jointly administered cases were filed to seek bankruptcy protection for the following entities: (i) Vital Pharmaceuticals, Inc. ("<u>VPX</u>"); (ii) Bang Energy Canada, Inc.; (iii)

JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors").[1]  Mr. Owoc is the 100% owner of all of the Debtors, a fact which is not in dispute.

2.      Mr. Owoc is also the sole owner of many other entities, including: (a) Bang Energy Family, LLC; (b) Bang Gyms, LLC; (c) Bang Holdings Corp; (d) Bang Vapes, LLC; (e) Candemonium, LLC; (f) Captain Crunch Fishing LLC; (g) Cognitive IP Holdings, LLC; (h) Entourage IP Holdings, LLC; (i) Fun Energy, LLC; (j) Liquid IP Holdings, LLC; (k) The Fixx, LLC; and (l) Ultra Experiences LLC (each a "Non-Debtor IP Entity" and collectively the "Non-Debtor IP Entities").

3.      In or around April 2023, in house IP counsel for Debtors, Gideon Eckhouse, contacted the undersigned to inquire what attorney was taking over the trademark files of the Non-Debtor IP Entities.  (At the time of the communication, Mr. Eckhouse was the attorney of record for the trademark files.)  In response, the undersigned contacted IP counsel for the Non-Debtor IP Entities, Allen Bennett, to effectuate to the takeover of the trademark files.  As is standard and customary in cases where another attorney is taking over the prosecution of a trademark application or registration with the United States Patent and Trademark Office ("USPTO"),[2] the Debtors' IP counsel filed revocations of powers of attorney as to Mr. Eckhouse and appointments of power of attorney appointing Mr. Bennett for seventy-seven (77) trademark files for the Non-Debtor IP

---

[1]      Jack Owoc, the sole shareholder of all of the Debtors, did not authorize the filing of the bankruptcy cases as to any entity other than VPX.

[2]      There would be no "assignment" to file as no trademarks are being assigned.  The trademarks were and will still be owned by Non-Debtor IP Entities and the existing and/or new attorneys need to file the revocations and appointments of powers of attorney.  The revocation and appointment of a power of attorney is akin to filing a "Substitution of Counsel" in a District Court or Bankruptcy Court case.

Entities.[3]  *See* Exhibit "A," a spreadsheet of all of the Non-Debtor IP Entities' trademarks wherein revocations of powers of attorney and appointments of powers of attorney were filed by Debtors' counsel for Non-Debtor IP Entities' Counsel, Mr. Bennett, to take over the prosecution of said trademarks.

      4.      However, Debtors' IP counsel did not take these actions with respect to thirteen (13) trademark files, which are owned by Non-Debtor IP Entity, Entourage IP Holdings, LLC.  *See* Exhibit "B," a spreadsheet of the thirteen (13) trademarks that Debtors' IP counsel did not file revocations and appointments of powers of attorney ("Trademarks").  When asked why the revocations and appointments of powers of attorney for these Trademarks were not filed, Debtors' IP counsel informed Non-Debtor IP Entities' Counsel that "[t]he remaining Entourage applications are part of core IP that relates to the needs and products of our operating entity, and Chapter 11 debtor, Quash Seltzer, LLC. Due the nature of these marks, we will maintain responsibility for their prosecution and maintenance."[4]  *See* Exhibit "C," email exchange between Mr. Eckhouse and Mr. Bennett.

      5.      The Debtors do not own Entourage IP Holdings LLC.  Mr. Owoc owns Entourage Holdings, LLC.  The Articles of Organization filed on August 6, 2020, with Florida's Division of

---

[3]     Debtors IP Counsel has also requested that the appropriate Non-Debtor Entity take over Trademark Trial and Appeal Board ("TTAB") proceedings.  The trademark attorneys are in the process of filing the appropriate notices of appearance and substitutions of counsel.

[4]     If Debtors' threshold is that alleged "core IP" belongs to their bankruptcy estates, regardless of actual ownership, then Entourage should be able to obtain JHO Intellectual Property Holdings, LLC trademarks which are not part of Debtors' "core IP," which would likely be hundreds.  A perfect example is JHO Intellectual Property Holdings, LLC's trademark application for ADARIA, Serial No 90/746337, which is the name of one of Mr. and Mrs. Owoc's daughters, Adaria.  JHO Intellectual Property Holdings, LLC and VPX undoubtedly have zero interest in launching a dietary supplement or energy drink named after Mr. and Mrs. Owoc's daughter after they have fired them and instituted scored earth litigation in this adversary proceeding against them.  The Owocs reserve all legal rights and recourse with respect to this argument.

Corporations unequivocally show that Mr. Owoc is the only member of Entourage IP Holdings, LLC. *See* Exhibit "D," Articles of Organization of Entourage IP Holdings, LLC.[5]

6.      There is no reason for the Debtors to maintain ownership claims regarding Entourage intellectual property.[6]  In fact, of the thirteen (13) trademarks that Debtors refuse to allow Entourage IP Holdings, LLC to take over, eight (8) of them are intent to use applications (*see* Exhibit "B") where are not assignable, except under very limit circumstances, which are not applicable here.  *See* 15 U.S.C. §1060(a)(1).

7.      The Non-Debtor IP Entities' attorneys intend to file revocations of Mr. Eckhouse and appointments of powers of attorney to appoint Mr. Bennett with the USPTO Corporations, on or about Monday, June 5, 2023, to correct the USPTO's regarding Entourage IP Holdings, LLC's attorney reflected as the attorney of record for all of the Trademarks.

8.      In light of the foregoing, the bankruptcy estates do not hold interests in the Trademarks.  The estates should be compelled to abandon any alleged interests in the trademarks under 11 U.S.C. § 554.

**WHEREFORE**, Mr. Owoc respectfully request that the Court enter an order: (1) compelling the Debtors to abandon any alleged ownership interest in the thirteen (13) trademarks

---

[5]      Mr. Owoc also anticipates filing a Motion for Entry of an Order to Show Cause and for Other Relief as to all of Mr. Owoc's Non-Debtor Entities and unauthorized filings, specifically as to Entourage IP Holdings, LLC, the Annual Report filed on March 17, 2023, by Mr. Gregg Metzger as an "authorized person," when he was, in fact, not authorized to file the Annual Report of any documents on behalf of Mr. Owoc's solely owned entity, Entourage IP Holdings, LLC.

[6]      Interestingly, of those forty-six (46) marks that Mr. Eckhouse substituted Mr. Bennett in as the attorney of record, two of them are BANG marks (BANG and BANG POPS, words only); one the logo in color; and one is the logo.  The fact that the Debtors substituted Mr. Bennett is as the attorney of record for these marks, with obvious ties to the Debtors' business, casts doubt on their "core IP" argument.

identified on Exhibit "B"; and (2) grant such other relief as the Court deems equitable and appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on June 2, 2023.

SHRAIBERG PAGE P.A.
Attorneys for Entourage
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

By:     /s/ Bradley Shraiberg
          Bradley Shraiberg
          Fla Bar No. 121622

# Exhibit A

| Client | Mark | Serial No. |
|---|---|---|
| Bang Energy Family, LLC | **BANG ENERGY FAMILY** | 97/371,844 |
| Bang Gyms, LLC | **BANG GYMS** | 90/815,219 |
| Bang Holdings Corp | **BANG** | 86/598,258 |
| Bang Holdings Corp | **BANGVAPORIZERS** | 86/210,260 |
| BANG VAPES, LLC | **BANG VAPOR** | 86/598,261 |
| BANG VAPES, LLC | **BANGVAPS** | 86/210,253 |
| BANG VAPES, LLC | | 90/792,878 |
| Candemonium, LLC | **CANDEMONIUM** | 97/028,402 |
| Captain Crunch Fishing, LLC | **CAPTAIN CRUNCH** | 97/512,566 |
| Cognitive IP Holdings, LLC | **HEMPIRE** | 97/062,621 |
| Cognitive IP Holdings, LLC | **STOKED** | 88/262,464 |
| Entourage IP Holdings, LLC | **5TH FUEL** | 90/232,539 |
| Entourage IP Holdings, LLC | **ADARIA** | 90/746,412 |
| Entourage IP Holdings, LLC | **AQUA FUSION** | 97/252,631 |
| Entourage IP Holdings, LLC | **AQUA FUZION** | 97/047,657 |
| Entourage IP Holdings, LLC | | 90/736,153 |
| Entourage IP Holdings, LLC | **BANG** | 90/736,091 |
| Entourage IP Holdings, LLC | **BANG POPS** | 90/736,550 |
| Entourage IP Holdings, LLC | | 90/736,179 |
| Entourage IP Holdings, LLC | **BE** | 97/246,029 |
| Entourage IP Holdings, LLC | **BRINGING THE BANG** | 90/696,959 |
| Entourage IP Holdings, LLC | **BURST** | 97/470,895 |
| Entourage IP Holdings, LLC | **EINSTEIN WATER** | 90/232,068 |
| Entourage IP Holdings, LLC | **FROSÉ ROSÉ** | 90/736,224 |
| Entourage IP Holdings, LLC | **GO HARD OR GO HOME** | 90/671,941 |
| Entourage IP Holdings, LLC | **GUESS** | 97/062,634 |
| Entourage IP Holdings, LLC | **HARD SHOT** | 90/736,523 |
| Entourage IP Holdings, LLC | **HYDRATION NATION** | 97/372,672 |

| Client | Mark | Serial No. |
|---|---|---|
| Entourage IP Holdings, LLC | **HYDRATION SENSATION** | 97/045,789 |
| Entourage IP Holdings, LLC | **HYDRATION SENSATION** | 97/045,789 |
| Entourage IP Holdings, LLC | **HYDRO FUZION** | 90/232,326 |
| Entourage IP Holdings, LLC | **IBANG** | 90/696,881 |
| Entourage IP Holdings, LLC | **JUMP** | 90/235,807 |
| Entourage IP Holdings, LLC | **KETOLYTES** | 90/755,764 |
| Entourage IP Holdings, LLC | **LOVE** | 97/549,236 |
| Entourage IP Holdings, LLC | **MELTDOWN SECRET** | 90/172,574 |
| Entourage IP Holdings, LLC | **MIAMI ENERGY** | 97/474,063 |
| Entourage IP Holdings, LLC | **MIAMI UNICORN** | 97/466,402 |
| Entourage IP Holdings, LLC | **OTHERWORLDLY** | 97/549,324 |
| Entourage IP Holdings, LLC | **OZONE** | 97/074,922 |
| Entourage IP Holdings, LLC | **PLANET POMEGRANATE** | 90/674,876 |
| Entourage IP Holdings, LLC | **PURE BLOOD** | 97/125,769 |
| Entourage IP Holdings, LLC | **PURPLE KIDDLES** | 90/736,269 |
| Entourage IP Holdings, LLC | **QUASH** | 97/062,649 |
| Entourage IP Holdings, LLC | **QUIZ** | 97/062,659 |
| Entourage IP Holdings, LLC | **SECRET** | 90/172,534 |
| Entourage IP Holdings, LLC | **STRAWBERRY BLAST** | 90/736,285 |
| Entourage IP Holdings, LLC | **T@GGED** | 97/104,402 |
| Entourage IP Holdings, LLC | **THE CURE** | 97/062,677 |
| Entourage IP Holdings, LLC | **ULTRACORN** | 97/405,057 |
| Entourage IP Holdings, LLC | **UNDOPE** | 90/123,906 |
| Entourage IP Holdings, LLC | **VIBRATE** | 97/062,684 |
| Entourage IP Holdings, LLC | **VOOZ** | 97/062,691 |
| Entourage IP Holdings, LLC | **VR** | 90/249,518 |
| Entourage IP Holdings, LLC | **WETTER THAN WATER** | 90/232,471 |
| Entourage IP Holdings, LLC | **ZOOZ** | 97/062,695 |
| Fun Energy, LLC | **100% LOVE** | 97/601,594 |
| Fun Energy, LLC | **ABOVE** | 97/609,872 |
| Fun Energy, LLC | **ARTIST** | 97/601,584 |

| Client | Mark | Serial No. |
|---|---|---|
| Fun Energy, LLC | **FUEL YOUR DESTINY** | 97/670,493 |
| Fun Energy, LLC | **FUNERGY** | 97/517,840 |
| Fun Energy, LLC | **KABOOM** | 97/644,739 |
| Fun Energy, LLC | **MEDIA** | 97/610,288 |
| Liquid IP Holdings, LLC | **BABY BANG** | 97/735,912 |
| Liquid IP Holdings, LLC | **BODY, BRAIN, & FOCUS** | 97/750,899 |
| Liquid IP Holdings, LLC | **COOLAGEN** | 97/774,988 |
| Liquid IP Holdings, LLC | **ENTICE** | 97/735,917 |
| Liquid IP Holdings, LLC | **FUEL YOUR FANTASY** | 97/750,886 |
| Liquid IP Holdings, LLC | **HOCUS-POCUS** | 97/744,644 |
| Liquid IP Holdings, LLC | **MANGO PICANTE** | 97/802,515 |
| Liquid IP Holdings, LLC | **MIND GAMES** | 97/802,529 |
| Liquid IP Holdings, LLC | **SWIRLY POP** | 97/816,426 |
| Liquid IP Holdings, LLC | **ZOOM** | 97/747,407 |
| THE FIXX, LLC | **MY FIX** | 97/042,534 |
| THE FIXX, LLC | **THE FIXX** | 90/401,771 |
| Ultra Experiences, LLC | **ULTRA SOCIAL** | 97/522,722 |

# Exhibit B

| Owner | Mark | Serial No. |
|-------|------|-----------|
| Entourage IP Holdings, LLC | | 90/104,204 |
| Entourage IP Holdings, LLC | | 90/674,518 |
| Entourage IP Holdings, LLC | **BANG** | 90/104,169 |
| Entourage IP Holdings, LLC | **BANG** | 90/674,547 |
| Entourage IP Holdings, LLC | **BANG HARD SELTZER** | 90/805,895 |
| Entourage IP Holdings, LLC | **BANG SELTZER** | 97/062,605 |
| Entourage IP Holdings, LLC | **BLUE & YELLOW LIMONCELLO** | 90/674,702 |
| Entourage IP Holdings, LLC | **FROSÉ ROSÉ** | 90/188,775 |
| Entourage IP Holdings, LLC | **GEORGIA PEACH** | 90/674,726 |
| Entourage IP Holdings, LLC | **LEMON DROP** | 90/674,735 |
| Entourage IP Holdings, LLC | **PURPLE KIDDLES** | 90/188,748 |
| Entourage IP Holdings, LLC | **WYLDIN' WATERMELON** | 90/618,632 |
| Entourage IP Holdings, LLC | **WYLDIN' WATERMELON** | 90/674,896 |

# Exhibit C

**From:** Gideon Eckhouse <gideon.eckhouse@bangenergy.com>
**Sent:** Thursday, May 11, 2023 11:00 AM
**To:** allen@afbip.com
**Subject:** RE: Trademark Transfers

Hi Allen,

The four vape marks are subject to an ongoing opposition and therefore cannot be transferred through the TEAS form. However, I sent you the corresponding proceeding numbers in the attached email for you to put in an appearance and take over. I believe you would have to file a motion with the Board to change ownership of a mark in an opposition, but please advise if there is another method where I can assist. The Elite application is subject to a consolidated opposition over which we will retain control. Elite also no longer exists so JHO is the proper owner regardless of the opposition.

Some of the Entourage applications are also subject to ongoing oppositions where we discussed you putting in an appearance. The remaining Entourage applications are part of core IP that relates to the needs and products of our operating entity, and Chapter 11 debtor, Quash Seltzer, LLC. Due the nature of these marks, we will maintain responsibility for their prosecution and maintenance.

Best,
Gideon

**Gideon Eckhouse**
Chief IP Counsel
gideon.eckhouse@bangenergy.com

**BANG | VPX | REDLINE**
1600 N. Park Drive Weston, FL 33326
(954) 740-0501

BangEnergy.com
**Fuel Your Destiny™**

1



**From:** allen@afbip.com <allen@afbip.com>
**Sent:** Friday, May 5, 2023 3:34 PM
**To:** Gideon Eckhouse <gideon.eckhouse@bangenergy.com>
**Subject:** Trademark Transfers

Hi Gideon,

Thanks for filing the poa's for the trademarks. There are several I have on my list from the client that were not transferred. Please let me know if there is an issue with transferring any of these marks:

| Owner | Mark | SN |
|---|---|---|
| BANG HOLDINGS CORP. | BANG | 86/598,258 |
| BANG HOLDINGS CORP. | BANGVAPORIZERS | 86/210,260 |
| BANG VAPES, LLC | BANG VAPOR | 86/598,261 |
| BANG VAPES, LLC | BANGVAPS | 86/210,253 |
| Elite IP Holdings, LLC | HYDRO H2 | 88/861,094 |
| Entourage IP Holdings, LLC | B | 90/674,518 |
| Entourage IP Holdings, LLC | B | 90/104,204 |
| Entourage IP Holdings, LLC | BANG | 90/674,547 |
| Entourage IP Holdings, LLC | BANG | 90/736,091 |
| Entourage IP Holdings, LLC | BANG | 90/736,179 |
| Entourage IP Holdings, LLC | BANG | 90/104,109 |
| Entourage IP Holdings, LLC | BANG HARD SELTZER | 90/805,895 |
| Entourage IP Holdings, LLC | BANG POPS | 90/736,550 |
| Entourage IP Holdings, LLC | BANG SELTZER | 97/062,605 |
| Entourage IP Holdings, LLC | BLUE & YELLOW LIMONCELLO | 90/674,702 |
| Entourage IP Holdings, LLC | BURST | 97/470,895 |
| Entourage IP Holdings, LLC | FROSÉ ROSÉ | 90/188,775 |
| Entourage IP Holdings, LLC | GEORGIA PEACH | 90/674,726 |
| Entourage IP Holdings, LLC | IBANG | 90/696,881 |
| Entourage IP Holdings, LLC | LEMON DROP | 90/674,735 |
| Entourage IP Holdings, LLC | PURPLE KIDDLES | 90/188,748 |
| Entourage IP Holdings, LLC | WYLDIN' WATERMELON | 90/618,632 |
| Entourage IP Holdings, LLC | WYLDIN' WATERMELON | 90/674,896 |

Regards,

*Allen F. Bennett*



Mailing Address:           Appointments Address:
12059 Rockwell Way         7999 N. Federal Hwy, Ste 202
Boca Raton, FL 33428        Boca Raton, FL 33487
PH: 561-860-0654
www.afbip.com

To make a payment by credit card, click here

This email and any attachments may be subject to legal privilege or is otherwise confidential and intended for the exclusive use of the individual or entity named above. If the reader is not the intended recipient or an authorized agent, you are hereby notified that any use, dissemination or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender and destroy this communication. Thank you.

---

**[ External Email ]**
Phishing emails are a top cybersecurity threat to our company.
If you have reason to believe this email is suspicious, forward it for inspection to Security@BangEnergy.com.

# Exhibit D

⊙ 08/06/2020 11:33 AM
Division of Corporations

14154847068        → 18506176381

pg 1 of 5
https://efile.sunbiz.org/scripts/efilcovr.exe



L20000227981

# Florida Department of State
### Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

### (((H20000266467 3)))



H200002664673ABC0

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number     : (850)617-6381

From:
        Account Name   : CORPORATE CREATIONS INTERNATIONAL INC.
        Account Number : 11043200305
        Phone          : (561)694-8107
        Fax Number     : (561)694-1639
```

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

Email Address:_____

## FLORIDA LIMITED LIABILITY CO.
### Entourage IP Holdings, LLC

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $130.00 |

RECEIVED 2020 AUG -6 PM 3: 45

FILED 20 AUG -6 PM 8: 27

H20000266467

# ARTICLES OF ORGANIZATION

## Article I. Name

The name of this Florida limited liability company is:

Entourage IP Holdings, LLC

## Article II. Address

The street address of the Company's initial principal office is:

Entourage IP Holdings, LLC
1600 North Park Drive
Weston FL 33326

The mailing address of the Company's initial principal office is:

Entourage IP Holdings, LLC
1600 North Park Drive
Weston FL 33326

## Article III. Registered Agent

The name and street address of the Company's registered agent is:

Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach FL 33408

## Article IV. Transferability of Membership Interests

No members shall have the right to assign their membership interests in the Company without the written agreement of all of the membership interests, unless otherwise provided in the Company's Operating Agreement. If the assignment is not approved by all of the membership interests, the assignee shall have no right to become a member, to participate in the management of the Company, or to exercise any other rights or powers of a member. The assignee shall merely be entitled to receive the share of profits and other distributions and the allocation of income, gain, loss deduction, credit or similar item to which the assignor was entitled, to the extent assigned.

Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107

H20000266467

Copyright © 1993-2020 CC

H20000266467

## Article V. Distribution of Profits

Unless otherwise provided in the Company's Operating Agreement, there shall not be any distribution of profits unless each separate distribution is approved by the affirmative vote of members who own more than 50% of the voting interest in the Company. The voting members shall have complete discretion on when and if to approve any distribution of profits.

## Article VI. Management

This will be a member-managed company. The name and address of each member is:

John H. Owoc
1600 North Park Drive
Weston FL 33326

## Article VII. Company Existence

The Company's existence shall begin effective as of August 6, 2020.

The undersigned authorized representative of a member executed these Articles of Organization on 8/6/2020.

_____

CORPORATE CREATIONS INTERNATIONAL
Diana Serra  Vice President
Carlos M Alvarez, Attorney-in-Fact

Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107

H20000266467

Copyright © 1993-2020 CC

H20000266467

# STATEMENT OF REGISTERED AGENT

LIMITED LIABILITY COMPANY:
Entourage IP Holdings, LLC


REGISTERED AGENT/OFFICE:
Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach FL 33408
UNITED STATES


I agree to act as registered agent to accept service of process for the company named above at the place designated in this Statement. I agree to comply with the provisions of all statutes relating to the proper and complete performance of the registered agent duties. I am familiar with and accept the obligations of the registered agent position.

CORPORATE CREATIONS NETWORK INC.
Carlos M Alvarez, Special Secretary

Date: August 6, 2020.

Corporate Creations International
801 US Highway 1
North Palm Beach FL 33408
(561) 694-8107


H20000266467                                                    Copyright © 1993-2020 CC