UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,        Case No.: 22-17842-PDR

                                              Chapter 11
        Debtors.                              (Jointly Administered)
_____/

### *EMERGENCY* MOTION FOR ENTRY OF AN ORDER FOR DEBTORS TO SHOW CAUSE REGARDING NON-DEBTOR COMPANIES AND FOR OTHER RELIEF

**\*\* Emergency Hearing Requested Pursuant to Local Rule 9075-1 \*\***

**The Debtors have filed documents with Florida's Division of Corporations, Sunbiz.org, appointing their Chief Transformation Officer, John D. DiDonato as Manager, Chief Executive Officer, and Member of certain non-Debtor entities owned by John H. Owoc. Additionally, the Debtors' in-house chief litigation counsel, Gregg Metzger, has filed documents with the Florida Division of Corporations, Sunbiz.org, as an Authorized Person for certain non-Debtor entities owned by Mr. Owoc. The actions of Messrs. DiDonato and Metzger have not been permitted by Mr. Owoc.**

**Mr. Owoc is concerned that these unauthorized actions may result in non-estate property being implicated in a potential sale of the Debtors' assets. Given impending sale deadlines, Mr. Owoc respectfully requests that this matter be scheduled for hearing on an emergency basis, on or before Friday June 9, 2023.**

John H. Owoc a/k/a "Jack Owoc" respectfully requests that the Court enter an order requiring the Debtors to show cause as set forth *infra*. In support of this request, Mr. Owoc states:

1.      The above-captioned, jointly administered cases, were filed to seek bankruptcy protection for the following entities: (i) Vital Pharmaceuticals, Inc. ("VPX"); (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment,

LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors").[1]  Mr. Owoc is the 100% shareholder of all of the Debtors, a fact which is not in dispute.

2.      Mr. Owoc owns many other entities and is the 100% sole shareholder of: (a) Bang Anti-Diet LLC; (b) Bang Energy Family, LLC; (c) Bang Energy International, LLC; (d) Bang Energy, LLC; (e) Bang Energy International, LLC; (f) Bang Energy, LLC; (g) Bang Foods, LLC; (h) Bang Gyms, LLC; (i) Bang Gyms, LLC; (j) Bang Jets, LLC; (k) Bang Vapes, LLC; (l) Candemonium, LLC; (m) Captain Crunch Fishing LLC; (n) Cognitive IP Holdings, LLC; (o) Elite Island, LLC; (p) Energy Train, LLC; (q) Entourage IP Holdings, LLC; (r) Fun Energy, LLC; (s) JHO GA-1 Investment, LLC; (t) JHO NV-1 Investment, LLC; (u) Liquid IP Holdings, LLC; (v) Sheridan Real Estate Investment C, LLC; (w) Sheridan Real Estate Investment B, LLC; (x) Silicon Beach, LLC; (y) Stoked Brands, LLC; (z) Stoked LLC; (aa) Stoked of Delaware, LLC; (bb) Stoked Seltzer, LLC; (cc) The Fixx, LLC; (dd) Ultra Experiences LLC; (ee) Ultracorn LLC;  (ff) VPX Swim & Sports Gear, LLC (each a "Non-Debtor Entity" and collectively the "Non-Debtor Entities").

3.      John D. DiDonato is the Chief Transformation Officer of the Debtors.  Per records maintained by the Florida Secretary of State at www.sunbiz.org, Mr. DiDonato has apparently appointed himself as the Manager of the following Non-Debtor Entities:

    a.  Bang Energy Family, LLC on March 23, 2023;[2]

    b.  Candemonium, LLC on March 23, 2023;[3]

---

[1] Jack Owoc, sole shareholder of all of the Debtors did not authorize the filing of the bankruptcy proceeding as to any entity other than VPX.
[2] Mr. DiDonato removed himself as the Manager of Bang Energy Family, LLC on April 4, 2023 and added Mr. Owoc back as the manager.
[3] On April 4, 2023, Mr. DiDonato removed himself as manager and added Mr. Owoc back as manager of Candemonium, LLC.

     c.  Captain Crunch Fishing LLC on March 23, 2023;[4]

     d.  Liquid IP Holdings, LLC on March 28, 2023;[5] and

     e.  Ultra Experiences LLC on March 23, 2023.[6]

See Composite Exhibit "A."

4.     Additionally, the Debtors' chief in-house litigation counsel, Gregg H. Metzger, filed annual reports as an Authorized Person for the following Non-Debtor Entities:

     a.  Cognitive IP Holdings, LLC on March 17, 2023; and

     b.  Entourage IP Holdings, LLC on March 17, 2023.

See Composite Exhibit "B." While at one point Mr. Metzger was an Authorized Person for Cognitive IP Holdings, LLC or Entourage IP Holdings, LLC, on March 17, 2023, Mr. Metzger was not an Authorized Person for either entity (or any Non-Debtor Entity).

5.     On April 10, 2023, Mr. DiDonato also removed Mr. Owoc as the only member of Mr. Owoc's 100% owned company, Quash Selzer, LLC (a Debtor) and appointed himself as the only member of Quash Selzer, LLC. See Exhibit "C." It would appear that Mr. DiDonato, individually, has taken the position that he now owns Quash Selzer, LLC.

6.     Given the unauthorized filings with Florida's Division of Corporations, third parties may be confused regarding Mr. Owoc's sole ownership and management rights of his Non-Debtor Entities and his sole ownership of the Debtor entity, Quash Selzer, LLC.

7.     Mr. Owoc requests that this Court issue an order to show cause as to why Debtors, Mr. DiDonato, and Mr. Metzger should not be sanctioned for making the foregoing filings

---

[4] On April 4, 2023, Mr. DiDonato removed himself as manager and added Mr. Owoc back as manager of Captain Crunch Fishing, LLC.
[5] On April 3, 2023, Mr. DiDonato removed himself and as manager and added Mr. Owoc back as manager of Liquid IP Holdings.
[6] On April 4, 2023, Mr. DiDonato removed himself and as manager and added Mr. Owoc back as manager of Ultra Experiences, LLC.

claiming ownership, management, and/or acting in the capacity and making filings as an authorized person in or on behalf of Mr. Owoc's Non-Debtor Entities. *See generally* 11 U.S.C. § 105(a) ("The Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."); *In re Sanchez*, 372 B.R. 289, 309–10 (Bankr. S.D. Tex. 2007) (bankruptcy courts may apply § 105(a) liberally to further substantive provisions of the Bankruptcy Code) (citing cases). These acts implicate and violate multiple Bankruptcy Code provisions, including taking acts outside of the ordinary course of business without Court approval, asserting control over assets that are not property of the estate, and potentially violating the terms of employment. *See* 11 U.S.C. §§ 327(a), 363(b) and 541(a).

8.      Mr. Owoc is particularly concerned by the filings referenced *supra* given the potential sale of the Debtors' assets. Until Mr. Owoc and his wife, Megan Owoc, were terminated from the Debtors in March 2023, they maintained access to the data room in which information about the Debtors' assets was made available to potential asset purchasers. The Owocs no longer have access, and do not know at this point in time whether Debtors are claiming to own any Non-Debtor Entities or any assets of the Non-Debtor Entities.

9.      As an additional example of the foregoing, the Debtors are apparently taking the position that they own the property of VPX Swim & Sports Gear, LLC d/b/a Meg Liz Swimwear ("Meg Liz Swimwear"). Meg Liz Swimwear is a Non-Debtor Entity solely owned by Mr. Owoc, and its assets are not property of a bankruptcy estate. Meg Liz Swimwear manufactures and sells bathing suits, which the Debtors have no interest in. Despite this, the Debtors are asserting an interest in the bathing suit inventory.

10.     In light of these concerns, Mr. and Mrs. Owoc request access to the data room so that they confirm that the Debtors are not mispresenting asset ownership to third parties.

**WHEREFORE**, Mr. Owoc respectfully requests that the Court enter an order: (1) requiring the Debtors, Mr. DiDonato, and Mr. Metzger to show cause why they should not be sanctioned for filing the aforementioned documents set forth in Composite Exhibit "A," Composite Exhibit "B," and Exhibit "C," with the Florida Secretary of State when they were not authorized to do so; (2) declaring that Mr. DiDonato is not a member of Quash Selzer, LLC and that Mr. Owoc the only member of Quash Selzer, LLC; (3) declaring Mr. Owoc the 100% sole owner and only manager of all Non-Debtor Entities, *e.g.*, (a) Bang Anti-Diet LLC; (b) Bang Energy Family, LLC; (c) Bang Energy International, LLC; (d) Bang Energy, LLC; (e) Bang Energy International, LLC; (f) Bang Energy, LLC; (g) Bang Foods, LLC; (h) Bang Gyms, LLC; (i) Bang Gyms, LLC; (j) Bang Jets, LLC; (k) Bang Vapes, LLC; (l) Candemonium, LLC; (m) Captain Crunch Fishing LLC; (n) Cognitive IP Holdings, LLC; (o) Elite Island, LLC; (p) Energy Train, LLC; (q) Entourage IP Holdings, LLC; (r) Fun Energy, LLC; (s) JHO GA-1 Investment, LLC; (t) JHO NV-1 Investment, LLC; (u) Liquid IP Holdings, LLC; (v) Sheridan Real Estate Investment C, LLC; (w) Sheridan Real Estate Investment B, LLC; (x) Silicon Beach, LLC; (y) Stoked Brands, LLC; (z) Stoked LLC; (aa) Stoked of Delaware, LLC; (bb) Stoked Seltzer, LLC; (cc) The Fixx, LLC; (dd) Ultra Experiences LLC; (ee) Ultracorn LLC;  (ff) VEX Swim & Sports Gear, LLC; (4) declaring that said Non-Debtor Entities are not debtors in these bankruptcy proceedings, and that the assets of the Non-Debtor Entities are not property of the estates; (5) allowing Mr. and Mrs. Owoc immediate access to the data room; and (6) such other relief the Court deems appropriate.


[Remainder of Page Intentionally Left Blank]

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on June 2, 2023.

> SHRAIBERG PAGE P.A.
> Attorneys for the Owocs
> 2385 NW Executive Center Drive, Suite 300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: bss@slp.law
>
> By: ___/s/ Bradley Shraiberg_____
>      Bradley Shraiberg
>      Fla Bar No. 121622

# Exhibit "A"

## 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L21000483120

**FILED**
**Mar 23, 2023**
**Secretary of State**
**3908489049CC**

**Entity Name:** BANG ENERGY FAMILY, LLC

**Current Principal  Place of Business:**

1600 N PARK DR
WESTON,  FL  33326

**Current Mailing Address:**

1600 N PARK DR
WESTON,  FL  33326

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
801 US HWY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | DIDONATO, JOHN |
| Address | 1600 N PARK DR |
| City-State-Zip: | WESTON  FL  33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN  DIDONATO                        MANAGER, BY SAVANAH         03/23/2023
                                                                         STRYDOM, ATTORNEY-
                                                                         IN-FACT

_____

Electronic Signature of Signing Authorized Person(s) Detail                            Date

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L21000406552

**Entity Name:** CANDEMONIUM, LLC

**FILED**

**Mar 23, 2023**
**Secretary of State**
**4046024953CC**

**Current Principal  Place of Business:**

20311 SHERIDAN STREET
PEMBROKE PINES,  FL  33332

**Current Mailing Address:**

20311 SHERIDAN STREET
PEMBROKE PINES,  FL  33332

**FEI Number: NOT APPLICABLE**                                   **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | DIDONATO, JOHN |
| Address | 20311 SHERIDAN STREET |
| City-State-Zip: | PEMBROKE PINES  FL  33332 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN  DIDONATO                          MANAGER, BY SAVANAH     03/23/2023
                                                   STRYDOM, ATTORNEY-IN-
                                                   FACT

_____

Electronic Signature of Signing Authorized Person(s) Detail                                  Date

**2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L22000318871

**Entity Name:** CAPTAIN CRUNCH FISHING LLC

**FILED**

**Mar 23, 2023**
**Secretary of State**
**3103943537CC**

**Current Principal  Place of Business:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**Current Mailing Address:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326  US

**FEI Number: NOT APPLICABLE**                              **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

              Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | DIDONATO, JOHN |
| Address | 1600 NORTH PARK DRIVE |
| City-State-Zip: | WESTON  FL  33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN  DIDONATO                MANAGER, BY SAVANAH    03/23/2023
                                          STRYDOM, ATTORNEY-IN-
                                          FACT

            Electronic Signature of Signing Authorized Person(s) Detail                       Date

# 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L22000534089

**Entity Name:** LIQUID IP HOLDINGS, LLC

**FILED**
**Mar 28, 2023**
**Secretary of State**
**3715817346CC**

**Current Principal  Place of Business:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**Current Mailing Address:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**FEI Number: NOT APPLICABLE**                **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | DIDONATO, JOHN |
| Address | 1600 NORTH PARK DRIVE |
| City-State-Zip: | WESTON FL  33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN  DIDONATO                    MANAGER,BY SAVANAH          03/28/2023
                                            STRYDOM, ATTORNEY-
                                            IN-FACT

Electronic Signature of Signing Authorized Person(s) Detail                    Date

# 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L22000223315

**FILED**
**Mar 23, 2023**
**Secretary of State**
**8190572475CC**

**Entity Name:** ULTRA EXPERIENCES LLC

**Current Principal  Place of Business:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**Current Mailing Address:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | DIDONATO, JOHN |
| Address | 1600 NORTH PARK DRIVE |
| City-State-Zip: | WESTON  FL  33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN  DIDONATO          MANAGER, BY SAVANAH     03/23/2023
STRYDOM, ATTORNEY-IN-
FACT

Electronic Signature of Signing Authorized Person(s) Detail                                              Date

# Exhibit "B"

**2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L20000227997

**Entity Name:** COGNITIVE IP HOLDINGS, LLC

**FILED**
**Mar 17, 2023**
**Secretary of State**
**1786408809CC**

**Current Principal  Place of Business:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**Current Mailing Address:**

1600 NORTH PARK DRIVE
WESTON,  FL  33326

**FEI Number: NOT APPLICABLE**                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL  33408  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AP |
| Name | METZGER, GREGG |
| Address | 1600 NORTH PARK DRIVE |
| City-State-Zip: | WESTON FL  33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GREGG METZGER                           AP,BY SAVANAH          03/17/2023
                                                                         STRYDOM, ATTORNEY-
                                                                         IN-FACT

Electronic Signature of Signing Authorized Person(s) Detail                                Date

# 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L20000227981

**Entity Name:** ENTOURAGE IP HOLDINGS, LLC

**FILED**

**Mar 17, 2023**
**Secretary of State**
**4717801237CC**

**Current Principal  Place of Business:**

1600 NORTH PARK DRIVE
WESTON, FL 33326

**Current Mailing Address:**

1600 NORTH PARK DRIVE
WESTON, FL 33326

**FEI Number: NOT APPLICABLE**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATE CREATINS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

        Electronic Signature of Registered Agent                                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AP |
| Name | METZGER, GREGG |
| Address | 1600 NORTH PARK DRIVE |
| City-State-Zip: | WESTON FL 33326 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GREGG METZGER                        AP,BY SAVANAH              03/17/2023
                                                 STRYDOM, ATTORNEY-
                                                 IN-FACT
_____

        Electronic Signature of Signing Authorized Person(s) Detail                            Date

# Exhibit "C"

04/10/2023 8:30 AM  ..  15612148442  → 18506176383  pg 1 of 4
4/6/23, 1:58 PM  Division of Corporations



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H23000129986 3)))

|||||||||||||||||||||||||||||||||||||||||||||||||

H230001299863ABC7

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number     : (850)617-6383

From:
    Account Name   : CORPORATE CREATIONS INTERNATIONAL INC.
    Account Number : 110432003053
    Phone          : (561)694-8107
    Fax Number     : (561)214-8442

    **Enter the email address for this business entity to be used for future
      annual report mailings. Enter only one email address please.**

    Email Address: _____

## LLC AMND/RESTATE/CORRECT OR M/MG RESIGN

### QUASH SELTZER, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 01 |
| Estimated Charge | $25.00 |

Electronic Filing Menu    Corporate Filing Menu              Help

T. LEMIEUX

APR 1 1 2023

04/10/2023 8:30 AM    ..    15612148442    → 18506176383    pg 2 of 4

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

Quash Seltzer, LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 08/04/2020 _____ and assigned
Florida document number L20000224976 _____.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**     _____
_(Principal office address MUST BE A STREET ADDRESS)_     _____
                                                           _____

**Enter new mailing address, if applicable:**     _____
_(Mailing address MAY BE A POST OFFICE BOX)_     _____
                                                  _____

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered
agent and/or the new registered office address here:**

Name of New Registered Agent:     _____

New Registered Office Address:     _____
                                   _Enter Florida street address_

                                   _____, **Florida** _____
                                   _City_                          _Zip Code_

**New Registered Agent's Signature, if changing Registered Agent:**

_I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and
accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is
being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability
company has been notified in writing of this change._

**If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:**

**MGR =   Manager**
**AMBR = Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| Member | OWOC, JOHN H | 1721 SW 131 TERRACE | ☐ Add |
| | | DAVIE, FL 33325 | ☒ Remove |
| | | | ☐ Change |
| Memeber | John DiDonato | 1721 SW 131 TERRACE | ☒ Add |
| | | DAVIE, FL 33325 | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b)   The 90th day after the record is filed.

Dated ___04/06/2023_____ , _____ .

___/s/ Tiffany Meeker_____
Signature of a member or authorized representative of a member

___Tiffany Meeker, Attorney-in-Fact_____
Typed or printed name of signee