UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____ / | (Jointly Administered) |

**AGREED *EX PARTE* MOTION TO CONTINUE JUNE 15, 2023 FINAL EVIDENTIARY HEARING ON ARDAGH METAL PACKAGING USA CORP.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), and with the agreement of Ardagh Metal Packaging USA Corp., moves the Court, on an *ex parte* basis, for the entry of an agreed order continuing the final evidentiary hearing scheduled for June 15, 2023 at 1:30 p.m. to consider the *Motion for Relief From the Automatic Stay, and Alternatively, For Adequate Protection, and for Allowance of an Administrative Claim* (the "Stay Relief Motion") [ECF No. 330 (Redocketed from ECF No. 305)] filed by Ardagh Metal Packaging USA Corp. ("Ardagh"), and states:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12181638-1

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

7. On November 10, 2022, Ardagh filed the Stay Relief Motion seeking relief from the automatic stay to recover and to pursue state law rights and remedies with respect to unreturned beverage can packaging, including plastic pallets, top frames, slip-sheets and layer pads (collectively, the "Unreturned Ardagh Dunnage"). The Stay Relief Motion further requests the entry of an order directing the Debtors to provide statements reflecting the location and amounts of all Unreturned Ardagh Dunnage and instructing the Debtors to cooperate in order to ensure that all remaining Unreturned Ardagh Dunnage is promptly recovered, or, in the alternative, granting Ardagh adequate protection, and granting Ardagh an administrative expense claim for the value of the Unreturned Ardagh Dunnage.

8. On February 22, 2023, the Court entered an *Agreed* Ex Parte *Order Granting Debtors' Agreed Ex Parte Motion to Continue February 23, 2023 Hearing on Motion for Relief*

12181638-1

*From the Automatic Stay, and Alternatively, for Adequate Protection, and For Allowance of an Administrative Claim* [ECF No. 836], which continued the February 23, 2023, hearing to consider the Stay Relief Motion, and scheduled a final evidentiary hearing on the Stay Relief Motion for March 23, 2023 at 2:30 p.m.

9. On March 16, 2023, the Court entered an *Agreed Order Granting Debtors' Agreed Ex Parte Motion to Continue March 23, 2023 Hearing on Motion for Relief From the Automatic Stay, and Alternatively, for Adequate Protection, and For Allowance of an Administrative Claim* [ECF No. 951], which continued the March 23, 2023, hearing to consider the Stay Relief Motion, and scheduled a final evidentiary hearing on the Stay Relief Motion for June 15, 2023 at 1:30 p.m.

**Relief Requested**

10. The Debtors and Ardagh continue to diligently work on resolving the issues that are the subject of the Stay Relief Motion, but have been unable to do so as of the filing of this Motion.

11. Accordingly, by this Motion, the Debtors request the Court to continue the June 15, 2023 final evidentiary hearing to consider the Stay Relief Motion for a period of thirty (30) days. A continuance of the June 15, 2023, final evidentiary hearing on the Stay Relief Motion will provide the Debtors and Ardagh additional time to continue their efforts to resolve the Stay Relief Motion.

12. As required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors consent to a continuance of the June 15, 2023, final evidentiary hearing on the Stay Relief Motion as requested herein. In addition, the Debtors certify that Ardagh has consented to a 30-day continuance of the June 15, 2023, final evidentiary hearing on the Stay Relief Motion.

13. This is the Debtors' and Ardagh's fifth request for a continuance of the hearing to consider the Stay Relief Motion, and no party will be prejudiced by the granting of this Motion.

3

12181638-1

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the June 15, 2023, final evidentiary hearing on the Stay Relief Motion for a period of thirty (30) days, or as soon thereafter as the Court's calendar permits, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: June 5, 2023
       Miami, Florida

Respectfully submitted,

*/s/ Michael J. Niles*

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone: (212) 906-1200 | Telephone: (305) 755-9500 |
| Email: george.davis@lw.com | Email: jguso@bergersingerman.com |
|       tj.li@lw.com |       mniles@bergersingerman.com |
|       brian.rosen@lw.com | |
|       jon.weichselbaum@lw.com | |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

*Co-Counsel for the Debtors*

4

12181638-1

# EXHIBIT A

## (Proposed Order)

12181638-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO CONTINUE JUNE 15, 2023 FINAL EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN <u>ADMINISTRATIVE CLAIM</u>**

**THIS MATTER** came before the Court upon the *Agreed Ex Parte Motion to Continue June 15, 2023, Final Evidentiary Hearing on Motion for Relief From the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* [ECF No.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12181671-2

___] (the "Motion") filed on June 5, 2023, by the above-captioned debtors-in-possession. The Court, having considered the Motion, having noted that the Debtors[2] and Ardagh consent to the relief requested in the Motion, and finding good cause to continue the June 15, 2023, final evidentiary hearing to consider the Stay Relief Motion. It is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The final evidentiary hearing to consider the Stay Relief Motion [ECF No. 330] filed by Ardagh, presently scheduled for June 15, 2023 at 1:30 p.m., is **CONTINUED**.

**3.** The Court will conduct the final evidentiary hearing to consider the Stay Relief Motion on **July 20, 2023 at 1:30 p.m., United States Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

4. The deadline for the filing of responses or objections to the Stay Relief Motion shall be 4:30 p.m. on the second business day prior to the final evidentiary hearing set forth above, in accordance with Local Rule 5005-1(F)(1).

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

12181671-2