

ORDERED in the Southern District of Florida on June 2, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., et al. | Case No. 22-17842 (PDR) (Jointly Administered) |
| _____/ | |

### ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS MATTER having been considered upon the Stipulation for Substitution of Counsel for Creditor, Suddath Global Logistics, LLC ("Suddath") (ECF 1410) and the party's consent being shown in accordance with Local Rule 2091(B), good cause appearing, and finding that no hearing is necessary, it is,

ORDERED:

1. The Stipulation is approved and Smith, Gambrell & Russell, LLP shall be substituted in place of the firm of Akerman LLP.

2. The firm of Akerman LLP, and all attorneys of the law firm of Akerman LLP, shall be relieved of any further responsibilities or actions on behalf of Suddath.

3. All future communications, correspondence, pleadings, documents, orders and judgments in this matter shall be directed to:

ALEKSAS A. BARAUSKAS, ESQUIRE  
SMITH, GAMBRELL & RUSSELL, LLP  
50 North Laura Street, Suite 2600  
Jacksonville, Florida 32202  
Tel: (904) 598-6149  
Fax: (904) 598-6249  
abarauskas@sgrlaw.com  
aarrazola@sgrlaw.com  
mhowell@sgrlaw.com  

###

SUBMITTED BY:

Aleksas Barauskas, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 33302
Tel: (904) 598-6149
Fax: (904) 598-6249
Email: abarauskas@sgrlaw.com

Copies furnished to:
Aleksas Barauskas, Esq. [Attorney Barauskas is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of Court.]