**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 26, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on XPO Global Forwarding, Inc at 2211 Old Earhart Rd, Ste 100, Ann Arbor, MI 48105-2963:

- **Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Vital Pharmaceuticals, Inc. Holds a Substantial or Controlling Interest** (Docket No. 1369)

- **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate of Bang Energy Canada, Inc. Holds a Substantial or Controlling Interest** (Docket No. 1370)

Furthermore, on or before May 30, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as <u>**Exhibit A**</u>:

- **Notice of Extension of Certain Sale-Related Deadlines** (Docket No. 1283)

Furthermore, on May 30, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as <u>**Exhibit B**</u>:

- **Notice of Adjournment of Auction** (Docket No. 1394)

Dated: June 6, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **Exhibit A**

 STRETTO

**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Barry-Wehmiller Design Group, Inc. | | 8027 Forsyth Blvd | Saint Louis | MO | 63105-1734 |
| Design Group Facility Solutions, Inc. | Attn: Sebastian Vega - Partner | 8027 Forsyth Blvd | Saint Louis | MO | 63105-1734 |
| Leanna Bartlett | | 6236 Seabourne Dr | Huntingtn Bch | CA | 92648-7523 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Alexandra Cueva Clarke | | 6263 Topanga Canyon Blvd | Apt 752 | Woodland Hls | CA | 91367-8082 |
| Alysia Kimberly Rosiles | | 5521 Citronell Ave | | Pico Rivera | CA | 90660-2709 |
| Alyson Taylor | | 555 NE 34Tth St | Apt 803 | Miami | FL | 33137-5539 |
| Anibal Jose Hernandez | | 8020 East Dr | Apt 318 | North Bay Village | FL | 33141-4141 |
| Anthony Clayton | | 56 Kramer Ct | | Florence | NJ | 08518-4033 |
| Brian Mcirvin | | 3208 G St | | Vancouver | WA | 98663-2740 |
| Bryan Caldwell | | 19323 Seabiscuit Stable Trl | | Tomball | TX | 77377-3049 |
| Carla Adams | | 10641 SW 108th Ave | Apt 3E | Miami | FL | 33176-8119 |
| Chloe Terae Thomson | | 13900 Panay Way | Apt M124 | Marina Dl Rey | CA | 90292-6133 |
| Christopher Uriah Smith | | 921 NW 79th Ter | | Plantation | FL | 33324-1472 |
| Cristiano Silva | | 1600 E Sunrise Blvd | Apt 3615 | Ft Lauderdale | FL | 33304-2380 |
| Daniel Guangorena | | 11617 Goldendale Dr | | La Mirada | CA | 90638-1012 |
| David Kizer | | 1535 San Almada Rd | | Corona | CA | 92882-7903 |
| Diversified Diving Services, Inc | | 2901 NE 18th St | | Pompano Beach | FL | 33062-3133 |
| Dustin James Harrison | | PO Box 4693 | | Youngstown | OH | 44515-0693 |
| Grace Kathleen Mcavoy Costello | | 2930 Barnard St | Unit 8101 | San Diego | CA | 92110-5766 |
| Hans Miguel Hernandez | | 3100 N Course Ln | Apt 109 | Pompano Beach | FL | 33069-5431 |
| Jenna Marie Bonura | | 125 NE 32nd St | Apt 2016 | Miami | FL | 33137-4361 |
| Joel Litterio | | 4764 S Ireland St | | Aurora | CO | 80015-6607 |
| Johanna Vasquez | | 12603 NW 7th Ln | | Miami | FL | 33182-2092 |
| John James Farrar | | 701 SW 148th Ave | Apt 101 | Davie | FL | 33325-3080 |
| Juan Rodriguez Valencia | | 20814 Vinesta Cir | | Boca Raton | FL | 33433-1850 |
| Juanita H Medina | | 4401 N 50th Dr | | Phoenix | AZ | 85031-2036 |
| Karsten John Pascua Valeros | | 29646 Gracilior Dr | | Escondido | CA | 92026-5905 |
| Kimber Thomson | | 9570 Zarda Dr | Unit 208 | Lenexa | KS | 66227-8421 |
| Kristopher W Ciganik | | 3416 W Donner Dr | | Phoenix | AZ | 85041-7605 |
| Krystal White | | 5570 Ocean Gate Ln | Apt 265 | San Diego | CA | 92154-6523 |
| Lerby Sylvera | | 5944 NW 93rd Ter | | Tamarac | FL | 33321-4163 |
| Luis Diego Leandro | | 11750 Canal St | Unit 424 | Miramar | FL | 33025-7828 |
| Marianyi Escalona | | 2145 NE 164th St | Apt 614 | North Miami Beach | FL | 33162-4289 |
| Mario C. Angus | | 2286 SW 62nd Ter | | Miramar | FL | 33023-2872 |
| Matagrano, Inc. | | 25858 Clawiter Rd | | Hayward | CA | 94545-3213 |
| Matthew Stephen Smith | | 14126 Marquesas Way | Apt 3432 | Marina Dl Rey | CA | 90292-7379 |
| McGlinchey Stafford, LLC | | 101 NE 3rd Ave | Ste 1810 | Ft Lauderdale | FL | 33301-1279 |
| Melanie San Roman | | 4221 Old Denton Rd | Apt 12108 | Carrollton | TX | 75010-2349 |
| Michael Christopher Schoeman | | 5826 Pecking Stone St | | New Market | MD | 21774-6866 |
| Mike Schoeman | | 5826 Pecking Stone St | | New Market | MD | 21774-6866 |
| Nathalie Villedrouin | | 610 Cypress Park Ave | | Tarpon Spgs | FL | 34689-5782 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



# Exhibit B

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Nini V. Nieves | | 28250 S Dixie Hwy | Apt 407 | Homestead | FL | 33033-1680 |
| Organic Bottle Decorating Company DBA Zion Packaging | Attn: Gary Martin | 1695 California Ave | | Corona | CA | 92881-3375 |
| Paola Andrea Canas Ospina | | 1600 NE 1st Ave | Apt 2320 | Miami | FL | 33132-1266 |
| Pelican Insurance Agency, Inc. | | 6991 W Broward Blvd | Ste 104 | Plantation | FL | 33317-2907 |
| Pepsi Cola Bottling Co of Eastern Oregon | | 2404 E H Ave | | La Grande | OR | 97850-3808 |
| Rasha Dhia Kareem | | 1118 Fresno St | Apt 2 | San Diego | CA | 92110-1747 |
| Richard E Martinez | | 5021 Atlantic Ave | Apt 33 | Long Beach | CA | 90805-6571 |
| Roberto Lamboy | | 4100 Rossi Way | | Lorain | OH | 44053-1645 |
| Samantha Abisch | | 92 SW 3rd St | Apt 2308 | Miami | FL | 33130-3088 |
| Samantha Leigh Abisch | | 92 SW 3rd St | Apt 2308 | Miami | FL | 33130-3088 |
| Stephanie Dasilva | | 1600 NE 1st Ave | Apt 2615 | Miami | FL | 33132-1270 |
| Steven Douglas Associates LLC | Attn: Shari Gottlieb | 13450 W Sunrise Blvd | Ste 200 | Sunrise | FL | 33323-2915 |
| Susan Lynn Jones | | 1145 Fairlake Trce | Apt 1811 | Weston | FL | 33326-2813 |
| Timothy A Reasoner | | 9138 Winona Ct | | Westminster | CO | 80031-3414 |
| Xiaoxi Liao | | 670 E Algonquin Rd | Unit 4305 | Schaumburg | IL | 60173-3857 |
| Zachary Jared Greenfield | | 6200 SW 24th Pl | Apt 201 | Davie | FL | 33314-1157 |
| Zhihui Zheng | | 941 SW 104th Ct | | Miami | FL | 33174-2616 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2