**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                          Chapter 11

VITAL PHARMACEUTICALS, INC., et al.            Case No. 22-17842 (PDR)
                                                                       (Jointly Administered)
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the following listed documents were served in the manner and dates indicated below:

- Stipulation for Substitution of Counsel (ECF No. 1410) was served electronically via CM/ECF on May 31, 2023, to the parties listed on the attached Exhibit A and via U.S. Mail on June 7, 2023, to the parties listed on the attached Exhibit B.

- Order Approving Stipulation for Substitution of Counsel (ECF No. 1434) was served electronically via CM/ECF on June 5, 2023, to the parties listed on the attached Exhibit A and via U.S. Mail on June 7, 2023, to the parties listed on the attached Exhibit B.

Dated this 7th day of June, 2023.

**SMITH, GAMBRELL & RUSSELL, LLP**

 */s/ Aleksas A. Barauskas*
Aleksas A. Barauskas, Esq.
Florida Bar No. 68175
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6149; Fax: (904) 598-6249
abarauskas@sgrlaw.com
aarrazola@sgrlaw.com
mhowell@sgrlaw.com
*Attorney for Creditor, Suddath Global Logistics*