# EXHIBIT B

## Served via First Class Mail

ACAR Leasing Ltd d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arielle B Adler
One Lowenstein Drive
Roseland,, NJ 07068

Barry T Albin
One Lowenstein Drive
Roseland, NJ 07068

Paul M Alexander
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, GA 30309

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096

David M Barlow
2525 East Camelback Rd
Phoenix, AZ 85016-4229

Andrew Bean
2001 Ross Avenue # 2100
Dallas, TX 75201

Andrew P Beilfuss
411 East Wisconsin Ave # 2400
Milwaukee, WI 53202

Walter Benzija
40 Wall Street, 37th Floor
New York, NY 10005

Matthew G Bouslog
3161 Michelson Drive
Irvine, CA 92612-4412

Yelizaveta L Burton
1271 Avenue of the Americas
New York, NY 10020

CRG Financial LLC
84 Herbert Ave.
Building B - Suite 202
Closter, NJ 07624

Carrollton-Farmers Branch ISO
c/o Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042

Joseph Celention
330 North Wabash Avenue #2800
Chicago, IL 60611

Rudy J Cerone
12th Floor 601 Poydras Street
New Orleans, LA 70130

Eric Chafetz
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Robert Charles Jr
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701

Stephanie P Chery
7 Times Square
New York, NY 10036

Jeffrey Cohen
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Michael T Crabb
10740 Nall Ave Suite 250
Overland Park, KS 66211

John D'Amico
787 Seventh Avenue
New York, NY 10019

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, Tx 75207

George A Davis
1271 Avenue of the Americas
New York, NY 10020

John C Didonato
550 W Van Buren St
Chicago, IL 60607

William J Easley
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Russell H Falconer
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Wayne Fang
1251 Avenue of the Americas
17th Floor
New York, NY 10020

Robert J Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Joseph D Frank
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

Laurence M Frazen
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Nicole Fulfree
One Lowenstein Drive
Roseland, NJ 07068

Yegor Fursevich
523 West 6th Street #400
Los Angeles, CA 90014

Daniel L Geyser
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven W. Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen E. Gruendel
100 N. Tryon St. Suite 4700
Charlotte,, NC 28202

Jarret P Hitchings
301 S. College Street, # 2150
Charlotte, NC 28202

Teddy M Kapur
10100 Santa Monica Blvd 13 Floor
Los Angeles, CA 90067-4003

Christopher R Kaup
2525 East Camelback Road
Phoenix, AZ 85016-4229

Ira D Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Jeremy C Kleinman
1327 W Washington Blvd #5 G-H
Chicago, IL 60607

David Levine
Sanchez Fischer Levine, LLP
1200 Brickell Avenue
Suite 750
Miami, FL 33131

Kim Martin Lewis
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020

Allison L Libeu
620 Newport Center Drive, # 1300
Newport Beach, CA 92660

Luis M Lluberas
100 North Tryson St # 47
Charlotte, NC 28202-4003

Rachel Maimin
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Erica Mannix
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Mark Margulies
Grant Thornton LLP
1301 International Parkway # 300
Ft. Lauderdale, FL 33323

Maura P McIntyre
1000 Key Tower, 127 Public Square
Cleveland, OH 44114

John Whitney McVay Morley
330 North Wabash Avenue #2800
Chicago, IL 60611

Elizabeth A Morris
1271 Avenue of the Americas
New York, NY 10020

Matthew Murray
40 Wall Street, 37th Floor
New York, NY 10005

Hugh Murtagh
1271 Avenue of the Americas
New York, NY 10020

Richard M Pachulski
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Homer Parkhill
1251 Avenue of the Americas
New York, NY 10020

Amy C Quartarolo
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

Jordana Renert
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

K. Scott Reynolds
3133 W. Frye Road #101
Phoenix, AZ 85226

Cole Richins
100 North Tryon Street, Suite 47
Charlotte, NC 28202-4003

David C Rose
7 Times Square
New York, NY 10036

Brian S Rosen
1271 Avenue of the Americas
New York, NY 10020

Erin P Severini
301 E 4th St #3300
Cincinnati, OH 45202

Thomas L Shriner, Jr.
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Lindsay Sklar
1251 Avenue of the Americas, 17th Floor
New York, NY 10020

Andrew Sorkin
555 Eleventh St NW #1000
Washington, DC 20004-1304

States Logistics Services, Inc.
5650 Dolly Avenue
Buena Park, CA 90621

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Carolyn Tatkin, Esq
15205 N Kiedrland Blvd Suite 200
Scottsdale, AZ 85254

A.J. Webb
301 East Fourth Street #3300
Cincinnati, OH 45202

Jeramy D Webb
330 North Wabash Avenue #2800
Chicago, IL 60611

Jonathan J Weichselbaum
1271 Avenue of the Americas
New York, NY 10020

Brent C Williams
500 West Madison St # 300
Chcago, IL 60661