UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF AUCTION**

**PLEASE TAKE NOTICE** that, on January 27, 2023, Vital Pharmaceuticals, Inc. and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion, including, among other things, approval of the Bidding Procedures, which established the key dates and times related to the Transaction and the Auction.

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Debtors filed the *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which notice identified extensions of certain transaction milestones set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and the Bidding Procedures, the Debtors may adjourn the Auction to such later time as they reasonably determine; *provided*, *that* the Debtors timely notify all Qualified Bidders and other invitees of the new time and place of the Auction.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures Motion.

12198703-1

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1394], adjourning the Auction from May 25, 2023 until June 2, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2023, the Debtors filed the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1394], adjourning (a) the Auction from June 2, 2023 until June 2, 2023 and (b) the Sale Hearing from June 7, 2023 until June 16, 2023 at 10:00 a.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined to adjourn the Auction from June 8, 2023 until a time to be determined. The Debtors have provided notice to all potential Bidders of the adjournment of the Auction, and will provide advance notice to all potential Bidders and other invitees of the new date and time of the Auction (if any).

**PLEASE TAKE FURTHER NOTICE** that the Debtors will conduct the Auction (if any) by videoconference via Zoom (or other electronic means). The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Bidding Procedures Order. The Debtors encourage all parties in interest to review such document in its entirety. Parties with questions regarding this notices and other relevant documents may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated sale and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  June 8, 2023<br>       Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Liza L. Burton (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>       liza.burton@lw.com<br>       jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>       mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com
       whit.morley@lw.com

*Counsel for Debtors and Debtors in Possession*

---

[3]  Not admitted in Illinois.  Admitted in New York.

12198703-1