**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  
VITAL PHARMACEUTICALS, INC., *et al*.,

      Debtors.                                             /

Case No.: 22-17842-PDR  
Chapter 11  
(Jointly Administered)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the *Notice of Hearing on the Motion for Clarification or in the alternative Relief from the Automatic Stay* [ECF 1443] filed by Creditor and Interested Party John H. Owoc, was filed and served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on June 8, 2023.

Dated: June 8, 2023

                                              Respectfully submitted,

                                              By: */s/ Irwin R. Gilbert*

                                              IRWIN R. GILBERT  
                                              *Counsel for Creditor and Interested Party John H. Owoc*  
                                              Florida Bar No. 099473  
                                              **CONRAD & SCHERER, LLP**  
                                              633 South Federal Highway  
                                              Fort Lauderdale, FL 33301  
                                              Tel: (954) 847-3328 | Fax: (954) 463-9244  
                                              Email: IGilbert@conradscherer.com  
                                                                      OGonzalez@conradscherer.com  
                                                                      AGebert@conradscherer.com