UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors.                                / | (Jointly Administered) |

### CIRCLE K'S *EX PARTE* MOTION TO ALLOW ROBERT A. WEBER TO APPEAR BY ZOOM AT THE HEARING CURRENTLY SCHEDULED FOR JUNE 16, 2023

Creditors Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through undersigned counsel, hereby file this *Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the Hearing Currently Scheduled for June 16, 2023* (the "**Motion**"), to permit Robert A. Weber to appear remotely via Zoom at the hearing currently scheduled for June 16, 2023 (as may be adjourned or continued, the "**Hearing**" or "**Sale Hearing**"). In support of the Motion, Circle K respectfully represents as follows:

### I. BACKGROUND

1. On October 10, 2022 (the "**Petition Date**"), each of the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2. On January 27, 2023, the Debtors filed *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "**Sale Motion**").

3. On February 24, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "**Court**") entered the *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 854] (the "**Bidding Procedures Order**").

4. On or about March 3, 2023, the Debtors filed and served their initial *Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned In Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [ECF No. 893] (the "**Initial Cure Notice**"). On March 21, 2023, the Debtors filed a *Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts With Respect Thereto* [ECF No. 995] (the "**Supplemental Cure Notice**" and, together with the Initial Cure Notice, the "**Cure Notices**"). Circle K's deadline to object to the Cure Notices was extended by the Debtors through and including April 14, 2023. (*See Reservation of Rights of Circle K*

*Procurement and Brands, Ltd. and Circle K Stores Inc. Regarding the Debtors' Cure Notices* [ECF No. 1100] (detailing same).)

5. On April 14, 2023, Circle K filed its *Objection of Circle K Procurement and Brands, Ltd. and Circle K Stores Inc. to the Debtors' Initial and Amended Notices of Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with Sale of the Debtors and the Proposed Cure Amounts with Respect Thereto* [ECF No. 1172] (the "**Objection**").

6. Pursuant to the Bidding Procedures Order, the Objection of Circle K is presently scheduled to be heard on June 16, 2023, at the Sale Hearing. In accordance with the Court's Requirements and Procedures for Remote Attendance at Hearings, Circle K is now filing a motion to permit Mr. Weber to appear via Zoom at that Sale Hearing.[2]

## II.  REQUESTED RELIEF AND BASIS THEREFOR

7. Under Section (d) of Your Honor's Requirements and Procedures for Remote Attendance at Hearings, an *ex parte* motion requesting leave to attend remotely for good cause must be filed not later than seven days before the hearing unless there are unforeseen circumstances.

8. Circle K submits that this Motion is being filed no later than seven days before the Hearing and good cause exists to grant the Motion. Mr. Weber resides outside of the State of Florida, and has been admitted *pro hac vice* by the Court [ECF No. 895]. Moreover, while Mr. Weber seeks to appear remotely via Zoom, Circle K's counsel in Florida, Bast Amron LLP, intends

---

[2] The Sale Hearing was initially scheduled for May 10, 2023. On April 28, 2023, the Debtors filed their *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which adjourned the Sale Hearing to June 7, 2023. On May 31, 2023, Circle K filed a motion to appear at the June 7 hearing (*see* ECF No. 1411); however, that motion was withdrawn by Circle K based on the Debtors' subsequent adjournment of the hearing underlying that motion. *See* ECF No. 1419. Specifically, on June 1, 2023, the Debtors filed their *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1416], which further adjourned the Sale Hearing to June 16, 2023.

to be present in person at the Hearing on June 16, 2023. Accordingly, Circle K moves, on an *ex parte* basis, for entry of an Order substantially in the form annexed hereto as **Exhibit "A"** authorizing Mr. Weber to appear at the Hearing via Zoom.

WHEREFORE, Circle K respectfully requests entry of an Order in the form annexed hereto as **Exhibit "A"** (i) authorizing Mr. Weber to appear remotely via Zoom and (ii) granting such other and further relief as is just and proper.

Dated: June 9, 2023

Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By:   */s/ Dain de Souza*
      Dain de Souza, Esq. (FBN93708)
      Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (admitted *pro hac vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of June, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

                                                                       */s/ Dain de Souza*
                                                                        Dain de Souza

# **EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING CIRCLE K'S *EX PARTE* MOTION TO ALLOW ROBERT A. WEBER TO APPEAR BY ZOOM AT THE HEARING CURRENTLY SCHEDULED FOR JUNE 16, 2023**

**THIS MATTER** having come before the Court, without hearing, upon *Circle K's Ex Parte Motion to Allow Robert A. Weber to Appear by Zoom at the Hearing Currently Scheduled for June 16, 2023* [ECF No. ___] (the "Motion").[2] The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Robert A. Weber is permitted to appear remotely via Zoom at the Hearing currently scheduled for June 16, 2023.

# # #

**Submitted by:**
Dain de Souza, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

**Copies to:** *Dain de Souza, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and shall file a certificate of service thereof.*