

**ORDERED in the Southern District of Florida on June 9, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., *et al.*,

    Debtors.

_____/

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

### ORDER GRANTING, IN PART, CIRCLE K'S EX PARTE MOTION TO ALLOW COUNSEL TO APPEAR BY ZOOM AT JUNE 16, 2023 HEARING

THIS CASE came before the Court without a hearing on Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc.'s Motion to Allow Robert A. Weber to Appear by Zoom at a June 16, 2023 Hearing.[1] A final hearing on the sale of the Debtors' assets is scheduled for June 16, 2023. Also scheduled for hearing on

---

[1] Doc. 1447.

June 16 is Circle K's objection to the Debtors' initial and supplemental notices of executory contracts that may be assumed in connection with the sale of the Debtors' assets and the proposed cure amounts for assuming those executory contracts (the "Objection").[2]

In its motion, Circle K asks for permission for its counsel, Robert A. Weber, to appear for the hearing by Zoom because he lives out of state. In support of that request, Circle K says its local counsel will be at the hearing in person. It is unclear from the motion, however, whether Circle K's Objection has been resolved or, if not, whether Mr. Weber or Circle K's local counsel will be arguing it. And if the Objection will be argued by Mr. Weber, the motion does not explain why he cannot attend in person other than explaining that he lives out of state.

Accordingly, the Court **ORDERS**:

1. The Motion is GRANTED to the extent set forth in this Order.

2. If Circle K's Objection has been resolved or Mr. Weber will not be arguing it, he may attend the June 16 hearing by Zoom.

3. If Mr. Weber will be arguing the Objection, he must appear in person at the June 16 hearing.

###

Copies to:
All parties in interest.

---

[2] Docs. 893, 995, 1100, and 1172.

2