**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  
VITAL PHARMACEUTICALS, INC., *et al*.,

      Debtors.                                    /

Case No.: 22-17842-PDR  
Chapter 11  
(Jointly Administered)

**NOTICE OF NON-PARTY SUBPOENA PURSUANT TO FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45**

Pursuant to Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45, **JOHN H. OWOC** requests that **Docusign, Inc.** produce the documents, electronically stored information, or objects described on the attached Subpoena, who must permit inspection, copying, testing, or sampling of the materials on **Friday, June 23rd** at **10:00 AM**, at **CONRAD & SCHERER, LLP, 633 S Federal Highway, Suite 800, Fort Lauderdale, FL 33301**.

Dated: June 9, 2023

Respectfully submitted,

**CONRAD & SCHERER, LLP**  
*Counsel for Creditor and Interested Party John H. Owoc*  
633 S. Federal Hwy., Suite 800  
Fort Lauderdale, Florida 33316  
Telephone: (954) 847-3328  
Facsimile: (954) 463-9244  
Email: IGilbert@conradscherer.com

By: */s/ Irwin R. Gilbert*  
    Irwin R. Gilbert  
    Florida Bar No. 99473

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on June 9, 2023.