United States Bankruptcy Court

Southern District of Florida

In re:  
Vital Pharmaceuticals, Inc.  
      Debtor

Case No. 22-17842-PDR  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 13  
Date Rcvd: Jun 09, 2023      Form ID: pdf004      Total Noticed: 146

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vital Pharmaceuticals, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| aty | + | Eric Chafetz, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | | Ira D Kharasch, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jarret P Hitchings, 301 S. College Street, # 2150, Charlotte, NC 28202-6000 |
| aty | + | Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Jordana Renert, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Laurence M Frazen, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| aty | + | Matthew G Bouslog, 3161 Michelson Drive, Irvine, CA 92612-4400 |
| aty | + | Nicole Fulfree, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| aty | | Richard M Pachulski, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | | Robert J Feinstein, Esq., Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Russell H Falconer, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201-2923 |
| aty | | Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Teddy M Kapur, 10100 Santa Monica Blvd 13 Floor, Los Angeles, CA 90067-4003 |
| aty | + | William J Easley, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| sp | + | A.J. Webb, 301 East Fourth Street #3300, Cincinnati, OH 45202-4257 |
| cr | + | ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing, c/o Christopher R. Thompson, Esq., Burr & Forman LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801-6404 |
| cr | + | ADM Wild Europe GmbH & Co. KG, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | ALDA 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | All Brands Distribution, LLC, c/o Zach B. Shelomith, Esq., 2699 Stirling Rd # C401, Fort Lauderdale, FL 33312-6598 |
| intp | + | Allison L Libeu, 620 Newport Center Drive, # 1300, Newport Beach, CA 92660-8013 |
| cr | + | Ally Bank, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | American Express National Bank and Amex TRS Co., I, c/o Martin l. Sandler, esq, 3400 SW 27th Avenue suite 1705, Miami, fl 33133-5320 |
| cr | + | Americredit Financial Services, Inc. d/b/a GM Fina, c/o Christopher R. Thompson, Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801-6404 |
| sp | + | Amy C Quartarolo, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| intp | + | Andrew Bean, 2001 Ross Avenue # 2100, Dallas, TX 75201-2923 |
| sp | + | Andrew P Beilfuss, 411 East Wisconsin Ave # 2400, Milwaukee, WI 53202-4428 |
| sp | + | Andrew Sorkin, 555 Eleventh St NW #1000, Washington, DC 20004-1327 |
| cr | + | Archer Daniels Midland Company, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | Ardagh Metal Packaging USA Corp., c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280-0027 |
| intp | + | Arielle B Adler, One Lowenstein Drive, Roseland,, NJ 07068-1740 |
| intp | + | Bang Energy Canada, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| sp | + | Barry T Albin, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| cr | + | Brendan Abbott, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| fa | + | Brent C Williams, 500 West Madison St # 300, Chcago, IL 60661-4546 |
| sp | + | Brian S Rosen, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | CI421 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | CM Builders, Inc. dba Integrated Masonry, c/o Carolyn R. Tatkin, Radix Law, 15205 N. Kierland Blvd., Suite 200, Scottsdale, AZ 85254-8170 |
| cr | + | CRG Financial LLC, 84 Herbert Ave., Building B - Suite 202, Closter, NJ 07624, UNITED STATES 07624-1313 |
| cr | + | Carolina Canners, Inc., c/o Kelley, Fulton, Kaplan & Eller PL, 1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, FL 33401-2109 |
| intp | + | Carolyn Tatkin, Esq, 15205 N Kiedrland Blvd Suite 200, Scottsdale, AZ 85254-8170 |
| cr | + | Carrollton-Farmers Branch ISO, c/o Linda D. Reece, 1919 S. Shiloh Rd., Suite 640, LB 40, Garland, TX 75042-8234 |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

| | | |
|---|---|---|
| intp | + | Christopher R Kaup, 2525 East Camelback Road, Phoenix, AZ 85016-4219 |
| cr | + | Chubb Companies, Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131-2318 |
| sp | + | Cole Richins, 100 North Tryon Street, Suite 47, Charlotte, NC 28202-4000 |
| cr | + | Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd #1440, Miami, FL 33156-7855 |
| crcm | | Creditor Committee, c/o Clint E. Pyle, Temporary Chairperson, 2900 Hartley Road, Jacksonville, FL 32257-8221 |
| sp | + | Daniel L Geyser, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7672 |
| intp | + | David C Rose, 7 Times Square, New York, NY 10036-6524 |
| sp | + | David Levine, Sanchez Fischer Levine, LLP, 1200 Brickell Avenue, Suite 750, Miami, FL 33131-3255 |
| intp | + | David M Barlow, 2525 East Camelback Rd, Phoenix, AZ 85016-4219 |
| sp | + | David M Levine, 1200 Brickell Ave # 750, Miami, FL 33131-3255 |
| cr | + | EASTGROUP Properties, L.P., c/o Thomas L. Abrams, 633 S. Andrews Ave., #500, Fort Lauderdale, FL 33301-2858 |
| intp | + | Elite Island, LLC, 1600 N Park Dr., Weston, FL 33326-3278 |
| sp | + | Elizabeth A Morris, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | Erica Mannix, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Erin P Severini, 301 E 4th St #3300, Cincinnati, OH 45202-4257 |
| intp | | Faegre Drinker Biddle & Reath LLP, c/o Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| cr | + | Faith Technologies Incorporated, c/o Jerry Markowitz, Markowitz Ringel Trusty & Hartog PA, 9130 S. Dadeland Blvd., Suite 1800 Miami, FL 33156-7858 |
| intp | + | Gekay Sales + Service Co., Inc., c/o Aaron A. Wernick, Esq., 2255 Glades Road, Suite 324A, Boca Raton, FL 33431-8571 |
| sp | + | George A Davis, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Graphic Packaging International, LLC, c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280, UNITED STATES 28280-0027 |
| intp | + | Homer Parkhill, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| intp | + | Hugh Murtagh, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | JHO Intellectual Property Holdings, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | JHO Real Estate Investment, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Jack H. Owoc, 1600 N. Park Drive, Weston, FL 33326-3278 |
| cr | + | Jasmin Williams, Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Road, Suite 300, Pembroke Pines, FL 33028-1032 |
| sp | + | Jeramy D Webb, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| consult | + | John C Didonato, 550 W Van Buren St, Chicago, IL 60607-3827 |
| fa | + | John D'Amico, 787 Seventh Avenue, New York, NY 10019-6018 |
| sp | + | John Whitney McVay Morley, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| sp | + | Jonathan J Weichselbaum, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| sp | + | Joseph Celention, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| intp | + | K. Scott Reynolds, 3133 W. Frye Road #101, Phoenix, AZ 85226-5132 |
| sp | + | Kim Martin Lewis, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| cr | + | Krier Foods, Inc., 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| intp | + | Lindsay Sklar, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Luis M Lluberas, 100 North Tryson St # 47, Charlotte, NC 28202-4000 |
| cr | + | MFP 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | Maricopa County Treasurer, 301 West Jefferson, Suite 100, Phoenix, AZ 85003-2199 |
| fa | + | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| intp | + | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| intp | | Maura P McIntyre, 1000 Key Tower, 127 Public Square, Cleveland, OH 44114 |
| intp | + | Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331-1358 |
| intp | + | Michael T Crabb, 10740 Nall Ave Suite 250, Overland Park, KS 66211-1367 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| cr | + | Monster Energy Company, c/o Michael I. Goldberg, 201 East Las Olas Boulevard, Suite 1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Nelson Mullins Riley & Scarborough, LLP, 100 SE 3rd AVE, Suite 2700, Fort Lauderdale, FL 33394-0017 |
| cr | + | Nevada Beverage Co, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Nexus Steel, LLC, Tiffany & Bosco, PA, 1000 Corporate Dr, Suite 150, Suite 150 Ft. Lauderdale, FL 33334-3655 |
| cr | + | Orange Bang, Inc., c/o Fender, Bolling and Paiva, P.A., P.O. Box 1545, Steven Fender, Esq., Ft. Lauderdale, FL 33302 UNITED STATES 33302-1545 |
| intp | + | Paul M Alexander, 1180 W. Peachtree Street, NW, Suite 2100, Atlanta, GA 30309-3495 |
| cr | + | Peter Fischer, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| cr | + | Pettit Kohn Ingrassia Lutz & Dolin, 11622 El Camino Real, Suite 300, San Diego, CA 92130-2051 |
| intp | + | Quash Seltzer, LLC, 20311 Sheridan Street, Fort Lauderdale, FL 33332-2313 |
| cr | + | RXO Capacity Solutions, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Avenue, Suite 2600, Orlando, FL 32801-3453 |
| intp | + | Rachel Maimin, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| intp | + | Rainbow Unicorn Bev LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

| | | |
|---|---|---|
| cr | + | Refresco Beverages US Inc, c/o W. Keith Fendrick, Holland & Knight, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602-3642 |
| intp | + | Robert Charles Jr, Lewis Roca Rothgerber Christie LLP, One South Church Avenue, Suite 2000, Tucson, AZ 85701-1666 |
| intp | | Rudy J Cerone, 12th Floor 601 Poydras Street, New Orleans, LA 70130 |
| cr | + | SLBS Limited Partnership d/b/a Summit Distributing, c/o David Gay, Carlton Fields, 700 NW 1st Avenue, Suite 1200, Suite 1200 Miami, FL 33136-4118 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, c/o Gerard M. Kouri, Jr. P.A., 5311 King Arthur Avenue, Davie, FL 33331-3340 |
| cr | + | Sony Music Entertainment, Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| cr | + | Southeast Cold Fill, LLC, c/o Kelley, Fulton, Kaplan & Eller, P.L., 1665 Palm Beach Lakes Blvd., Ste. 1000, West Palm Beach, FL 33401-2109 |
| cr | + | States Logistics Services, Inc., 5650 Dolly Avenue, Buena Park, CA 90621-1872 |
| cr | + | Stellar Group, Inc., c/o Robert P. Charbonneau, 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| intp | + | Stephanie P Chery, 7 Times Square, New York, NY 10036-6524 |
| sp | + | Stephen E. Gruendel, 100 N. Tryon St. Suite 4700, Charlotte,, NC 28202-4003 |
| cr | + | Steven J. Solomon Fiesta Warehousing & Distributio, 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| cr | + | Suddath Global Logistics, LLC, 815 S. Main Street, Jacksonville, FL 32207-8187 |
| cr | + | The American Bottling Company, c/o Furr and Cohen, P.A., 2255 Glades Rd., Ste 419A, Boca Raton, FL 33431-7379 |
| cr | + | The Hamilton Group (Delaware), Inc., Ullman & Ullman, P.A., 2500 North Military Trail, Suite 100, Boca Raton, FL 33431-6342 |
| cr | + | The Kroger Co., 104 Vine Street, Cincinnati, OH 45215 |
| intp | | Thomas L Shriner, Jr., 777 East Wisconsin Avenue, Milwaukee, WI 53202-5306 |
| sp | + | Tianjiao Li, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Truist Bank, c/o Peter H. Levitt, Esq., Shutts & Bowen, 200 S. Biscayne Blvd., Miami, FL 33131-2310 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, Emanuel & Zwiebel, PLLC, 7900 Peters Road, Building B, Suite 100, Plantation, FL 33324 UNITED STATES 33324-4045 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Emanuel & Zwiebel, PLLC, 7900 Peters Rd. Bldg B, Ste 100, Plantation, FL 33324-4045 |
| cr | + | UMG Recordings, Inc., Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| intp | + | Vital Pharmaceuticals International Sales, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | + | Wayne Fang, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| cr | + | Webb & Gerritsen, Inc., c/o Foley & Lardner LLP, Mark Wolfson, 100 Tampa Street, Ste. 2700, Tampa, FL 33602-5810 |
| cr | + | Wild Flowers Inc., c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | XPO LOGISTICS, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Ave., Suite 2600, Orlando, FL 32801-3453 |
| sp | + | Yegor Fursevich, 523 West 6th Street #400, Los Angeles, CA 90014-1208 |
| sp | + | Yelizaveta L Burton, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Yellowstone Landscape Southeast LLC, Blaxberg Grayson Kukoff & Forteza PA, 25 SE 2nd Ave, Ste 730, Ste 730 Miami, FL 33131-1696 |
| 96850436 | | 365 Mechanical, LLC, 1817 S Horne, Suite #10, Mesa, AZ 852046526 |
| 96850435 | + | CRG Financial LLC, 84 Herbert Ave. Building B Suite 202, Closter, NJ 07624-1313 |
| 96869091 | | Twin City Security, 105 Garfield St S, STE 100, Cambridge, MN 55008-1767 |
| 96732007 | + | XPO LOGISTICS FREIGHT, Attn: Bankruptcy Dept., 9151 Boulevard 26 Bldg A, North Richland Hills, TX 76180-5600 |

TOTAL: 134

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| aty | Email/Text: csucic@fgllp.com | Jun 09 2023 23:13:00 | Jeremy C Kleinman, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| aty | Email/Text: jfrank@fgllp.com | Jun 09 2023 23:13:00 | Joseph D Frank, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2023 23:14:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096-3853 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2023 23:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/Text: swulfekuhle@broward.org | Jun 09 2023 23:13:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | + Email/Text: lreece@pbfcm.com | Jun 09 2023 23:14:00 | Carrollton-Farmers Branch ISD, c/o Linda D. Reece, 1919 S. Shiloh Rd., Suite 640, LB 40, Garland, TX 75042-8234 |

| District/off: 113C-0 | | User: admin | | Page 4 of 13 |
|---|---|---|---|---|
| Date Rcvd: Jun 09, 2023 | | Form ID: pdf004 | | Total Noticed: 146 |

| | | | | |
|---|---|---|---|---|
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 09 2023 23:14:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, Tx 75207-2328 | |
| cr | + Email/Text: trssvc.judgments@maricopa.gov | Jun 09 2023 23:14:00 | Maricopa County Treasurer, 301 West Jefferson, Suite 100, Phoenix, AZ 85003-2199 | |
| clmag | + Email/Text: cr-info@stretto.com | Jun 09 2023 23:14:00 | Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602-1331 | |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jun 09 2023 23:14:00 | TN Dept of Revenue, c/oTN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 | |
| 96808420 | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 23:23:43 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 | |
| 96759738 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2023 23:23:16 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 | |
| 96788266 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 09 2023 23:15:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 | |
| 96869090 | + Email/Text: tross@trcmllc.com | Jun 09 2023 23:15:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 | |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Balboa Capital Corporation, McGLINCHEY STAFFORD, 1 East Broward Boulevard,, Suite 1400, Fort Lauderdale,, UNITED STATES |
| sp | | Richard D Faulkner |
| intp | | TR Capital Management LLC, US |
| cr | * | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| op | *+ | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| sp | *+ | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | *+ | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| 96759758 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759759 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759760 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759761 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759762 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759904 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759905 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96760158 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771188 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771933 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771952 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771976 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771977 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771978 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771979 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772007 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772081 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772082 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772371 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772374 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96773062 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778853 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778868 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778874 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 113C-0 | User: admin | Page 5 of 13 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

| | | |
|---|---|---|
| 96780212 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780213 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780214 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780215 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780216 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780217 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780218 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780219 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780220 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780221 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780222 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780223 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780224 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780225 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780226 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780227 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782427 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782429 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782459 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96785014 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 49 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co.  Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA  LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Aleksas Barauskas | on behalf of Creditor Suddath Global Logistics  LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com |
| Aliette D Rodz | on behalf of Creditor Truist Bank arodz@shutts.com |
| Amanda E Preston | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com |

District/off: 113C-0                    User: admin                                      Page 6 of 13
Date Rcvd: Jun 09, 2023                 Form ID: pdf004                              Total Noticed: 146

| | |
|---|---|
| Amanda E Preston | on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com |
| Amy Leitch | on behalf of Creditor Suddath Global Logistics LLC amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com |
| Andrea S. Hartley | on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com |
| Andrew Sorkin | on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Bang Energy Canada Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff JHO Real Estate Investment LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Debtor Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Quash Seltzer LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff JHO Intellectual Property Holdings LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Anne Aaronson | on behalf of Creditor Crown Cork & Seal USA Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Annie Yang Stoops | on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com |
| Anthony J Aragona, III | on behalf of Creditor Mitsubishi HC Capital America Inc. aja@devaronalaw.com |
| Arthur C. Neiwirth, Esq. | on behalf of Creditor Hardrock Concrete Placement Co. Inc. aneiwirthcourt@qpwblaw.com |
| Arthur C. Neiwirth, Esq. | on behalf of Creditor Hardrock Concrete Placement Co INC aneiwirthcourt@qpwblaw.com |
| Bradley S Shraiberg | on behalf of Defendant Megan E. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Interested Party Elite Island LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Creditor Wild Flowers Inc. bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Defendant John H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Interested Party Megan Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Interested Party Jack H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |

| | |
|---|---|
| Bradley S Shraiberg | on behalf of Creditor Entourage IP Holding LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Brendan S Everman | on behalf of Creditor Capitol Records LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor UMG Recordings Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Musica Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Music beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Records Label LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brigette G McGrath | on behalf of Interested Party ORBIS RPM LLC bmcgrath@askllp.com, mudem@askllp.com |
| C Craig Eller, Esq | on behalf of Creditor Southeast Cold Fill LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| Carolyn Tatkin | on behalf of Creditor CM Builders Inc. dba Integrated Masonry tatkin@radixlaw.com |
| Christopher R Kaup | on behalf of Creditor Nexus Steel LLC crk@tblaw.com, mburns@tblaw.com |
| Christopher R Thompson | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Christopher R Thompson | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, |

| | |
|---|---|
| | mlucca-cruz@burr.com;ccrumrine@burr.com |
| Craig I Kelley | |
| | on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | |
| | on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Dain De Souza | |
| | on behalf of Creditor Circle K Procurement and Brands Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Dain De Souza | |
| | on behalf of Creditor Circle K Stores Inc. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Daniel Harvath | |
| | on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com |
| Daniel Harvath | |
| | on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com |
| David Samole, Esq | |
| | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| David B Marks | |
| | on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com |
| David H Conaway, Esq | |
| | on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com |
| David L Gay, Esq. | |
| | on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| Dennis J LeVine, Esq | |
| | on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| Edward M Fitzgerald, Esq | |
| | on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Edward M Fitzgerald, Esq | |
| | on behalf of Creditor RXO Capacity Solutions LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Eric S Pendergraft | |
| | on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | |
| | on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S. Golden, Esq. | |
| | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eric S. Golden, Esq. | |
| | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eyal Berger, Esq. | |
| | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com |
| Fernando J Menendez | |
| | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | |
| | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | |
| | on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 9 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

G Steven Fender
    on behalf of Defendant Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Gavin N Stewart
    on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Irwin R Gilbert
    on behalf of Interested Party Megan Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Defendant John H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Interested Party Jack H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Isaac M Marcushamer, Esq.
    on behalf of Creditor VS Carbonics Inc. isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran
    on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes
    on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
    on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright
    on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.
    on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
    on behalf of Creditor CSPC Innovation Pharmaceutical Co. Ltd. Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
    on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz
    on behalf of Creditor Lease Plan USA LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 10 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

Jesse R Cloyd
    on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
    on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.
    on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.
    on behalf of Creditor C.K.S. Packaging Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony
    on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jordi Guso, Esq.
    on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 11 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

Jordi Guso, Esq.
  on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
  on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
  on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
  on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Joseph A Pack
  on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph A Pack
  on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph D Frank
  on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza
  on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com

Justin D Plean
  on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com

Justin M Luna
  on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna
  on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Keith W. Fendrick
  on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kenneth Scott Reynolds
  on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com

Kevin Michael Capuzzi
  on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I
  on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kyler K Burgi
  on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.
  on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com

Leyza F. Blanco, Esq.
  on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com

Marc P Barmat
  on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark Alan Salzberg
  on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Mark J Wolfson, Esq
  on behalf of Creditor Webb & Gerritsen Inc. mwolfson@foley.com, crowell@foley.com

Mark S. Roher, Esq.
  on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Martin L Sandler, Esq
  on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com

Matthew F Kye
  on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 12 of 13 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf004 | Total Noticed: 146 |

Matthew G Davis
    on behalf of Creditor HACI Mechanical Contractors  Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Megan W Murray
    on behalf of Creditor Chestnut Hill Technologies  Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com

Melissa A. Campbell
    on behalf of Creditor FONA International  Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D. Seese, Esq.
    on behalf of Creditor Driscoll  LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq
    on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com

Michael I Goldberg, Esq
    on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com

Michael Jordan Niles
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Debtor Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael R Dal Lago
    on behalf of Creditor The Kroger Co. mike@dallagolaw.com  fvazquez@dallagolaw.com;kim@dallagolaw.com

Michael R Dal Lago
    on behalf of Creditor Kuckelman Torline Kirkland  Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com

Michael W Ullman, Esq
    on behalf of Creditor The Hamilton Group (Delaware)  Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nicole Grimal Helmstetter
    on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com

Nir Maoz
    on behalf of Defendant Orange Bang  Inc. nmaoz@ktbslaw.com

Nir Maoz
    on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Patrick R Dorsey
    on behalf of Defendant Megan E. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
    on behalf of Interested Party Elite Island  LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
    on behalf of Interested Party Jack H. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
    on behalf of Defendant John H. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
    on behalf of Interested Party Megan Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Peter H Levitt, Esq
    on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Philip W Crawford
    on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

Philip W Crawford
    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Phillip M. Hudson III
    on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates

@duanemorris.com;LKaufman@duanemorris.com

Ralph W. Confreda, Jr
    on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com  alozada@mcglinchey.com

Richard J Bernard, Esq.
    on behalf of Creditor Prologis Targeted U.S. Logistics Fund  L.P. richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
    on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
    on behalf of Creditor Duke Secured Financing 2009-1PAC  LLC richard.bernard@faegredrinker.com

Robert C Furr, Esq
    on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.
    on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D. P. Bruckmann
    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com  celgin@shumaker.com

Ronald D. P. Bruckmann
    on behalf of Creditor Graphic Packaging International  LLC rbruckmann@shumaker.com, celgin@shumaker.com

Ronald M Emanuel, Esq
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com

Ross R Hartog
    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Rudy J Cerone
    on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com  lgraff@mcglinchey.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
    on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.
    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Krier Foods  Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Stuart F Wilson-Patton
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
    on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 194



**ORDERED in the Southern District of Florida on June 9, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., *et al.*,

    Debtors.

_____/

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

**ORDER GRANTING, IN PART, CIRCLE K'S EX PARTE MOTION TO ALLOW COUNSEL TO APPEAR BY ZOOM AT JUNE 16, 2023 HEARING**

THIS CASE came before the Court without a hearing on Circle K Procurement and Brands, Ltd. and Circle K Stores, Inc.'s Motion to Allow Robert A. Weber to Appear by Zoom at a June 16, 2023 Hearing.[1] A final hearing on the sale of the Debtors' assets is scheduled for June 16, 2023. Also scheduled for hearing on

---

[1] Doc. 1447.

June 16 is Circle K's objection to the Debtors' initial and supplemental notices of executory contracts that may be assumed in connection with the sale of the Debtors' assets and the proposed cure amounts for assuming those executory contracts (the "Objection").[2]

In its motion, Circle K asks for permission for its counsel, Robert A. Weber, to appear for the hearing by Zoom because he lives out of state. In support of that request, Circle K says its local counsel will be at the hearing in person. It is unclear from the motion, however, whether Circle K's Objection has been resolved or, if not, whether Mr. Weber or Circle K's local counsel will be arguing it. And if the Objection will be argued by Mr. Weber, the motion does not explain why he cannot attend in person other than explaining that he lives out of state.

Accordingly, the Court **ORDERS**:

1. The Motion is GRANTED to the extent set forth in this Order.

2. If Circle K's Objection has been resolved or Mr. Weber will not be arguing it, he may attend the June 16 hearing by Zoom.

3. If Mr. Weber will be arguing the Objection, he must appear in person at the June 16 hearing.

###

Copies to:
All parties in interest.

---

[2] Docs. 893, 995, 1100, and 1172.