

**ORDERED in the Southern District of Florida on June 12, 2023.**



              **Peter D. Russin, Judge**
         **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,        Case No.: 22-17842-PDR

                                          Chapter 11
          Debtors.                            (Jointly Administered)
_____/

**ORDER DENYING *EMERGENCY* MOTION
FOR ENTRY OF AN ORDER COMPELLING DEBTORS
TO ABANDON ANY ALLEGED INTEREST IN TRADEMARKS OF
<u>NON-DEBTOR ENTITY, ENTOURAGE IP HOLDING, LLC</u>**

     **THIS MATTER** came before the Court for hearing on June 7, 2023, upon the *Emergency Motion for Entry of an Order Compelling Debtors to Abandon any Alleged Interest in Trademarks of Non-Debtor Entity, Entourage IP Holding, LLC* (the "<u>Motion</u>"), filed by Entourage IP Holding, LLC ("<u>Entourage IP</u>"). ECF No. 1420. With the Court having reviewed the Motion and being

{2467/000/00556978}

otherwise advised in the premises, and for the reasons stated in the record, which are incorporated herein by reference, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 1422] is **DENIED**.

2. The parties agree that, on or before June 16, 2023, the Debtors will file an adversary proceeding (the "Adversary Proceeding") seeking adjudication of the validity, priority and extent of any interests in any trademarks referenced in the Motion as to which the Debtors assert an interest (together, the "Disputed Trademarks").

3. The Debtors and Entourage IP shall work together to agree upon a scheduling order seeking expedited consideration and adjudication of the Adversary Proceeding, which scheduling order shall be submitted to the Court no later than three business days following the filing of the Adversary Proceeding.

4. The Debtors are permitted to sell or otherwise transfer whatever right, title and interest they may have in the Disputed Trademarks, subject to resolution of the Adversary Proceeding.

5. The entry of this Order is without prejudice to any arguments that may be raised by any interested party in the Adversary Proceeding, including whether the Court retains jurisdiction to adjudicate the Adversary Proceeding following a transfer of the right, title and interest of the Debtors in the Disputed Trademarks.

[Remainder of Page Intentionally Left Blank]

6. The Court reserves jurisdiction to interpret and enforce the terms and conditions of this Order.

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2467/000/00556978}