UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### *EX PARTE* MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR JUNE 13, 2023, AT 10:00 A.M.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby moves the Court for leave to attend the hearing scheduled for June 13, 2023, at 10:00 a.m., remotely via Zoom Video Communications ("Zoom"), and, in support thereof, respectfully states:

1. On June 9, 2023, John H. Owoc ("Mr. Owoc") and Megan Owoc ("Mrs. Owoc" and, collectively, the "Owocs") filed the *Emergency Motion for Protective Order Regarding Third-Party Subpoenas* [ECF No. 1449] (the "Motion for Protective Order"). On the same date, a *Notice of Hearing* [ECF No. 1449] was filed, scheduling a hearing on the Motion for Protective Order for June 13, 2023 at 10:00 a.m. (the "Hearing").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2. Under Section (d) of Your Honor's *Requirements and Procedures for Remote Attendance at Hearings*, an *ex parte* motion requesting leave to attend remotely for good cause show may be filed in emergency or unforeseen circumstances, as soon as reasonably practicable in advance of the hearing.

3. The Committee submits that good cause exists to grant the Motion because the Hearing was noticed on June 9, 2023. Moreover, the Committee's lead counsel resides outside of the State of Florida and has been admitted *pro hac vice* by the Court. While lead counsel seeks to appear remotely via Zoom, the Committee's local counsel, Sequor Law, P.A., intends to be present at the Hearing. Accordingly, the Committee submits that the above circumstances constitute good cause to authorize lead counsel for the Committee to attend the Hearing remotely via Zoom.

WHEREFORE, the Committee respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting it leave to attend the Hearing remotely via Zoom.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on June 12, 2023.

Dated:  June 13, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Rachel Maimin, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
     -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639
    Juan J. Mendoza
    Florida Bar No.: 113587
    1111 Brickell Avenue, Suite 1250
    Miami, FL 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202
    Email: lblanco@sequorlaw.com
    Email: jmendoza@sequorlaw.com

    *Counsel to the Official Committee of Unsecured Creditors*

## **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                            Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[2]          Case No.: 22-17842-PDR

    Debtors.                                               (Jointly Administered)
_____/

**ORDER GRANTING *EX PARTE* MOTION BY THE OFFICIAL COMMITTEE OFUNSECURED CREDITORS FOR LEAVE TO ATTEND REMOTELY THE HEARING SCHEDULED FOR JUNE 13, 2023, AT 10:00 A.M.**

**THIS MATTER** came before the Court on the *Ex Parte Motion by the Official Committee of Unsecured Creditors for Leave to Attend Remotely the Hearing Scheduled for June 13, 2023, at 10:00 a.m..* (the "Motion") [ECF No. ___], filed by the Official Committee of Unsecured Creditors'

---

[2] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

(the "Committee").  The Court, having considered the Motion, and having found good cause for the relief set forth herein, hereby

**ORDERS** that**:**

1. The Motion is **GRANTED.**

2. Counsel for the Committee is authorized to attend the hearing scheduled for June 13, 2023, at 10:00 a.m. via Zoom Video Communications.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:     (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*