UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF MODIFIED SALE-RELATED DATES AND DEADLINES**

**PLEASE TAKE NOTICE** that, on January 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting the relief sought in the Motion, including, among other things, (a) approving the Bidding Procedures for the sale of all or substantially all of the Debtors' assets, including establishing the key dates and times related to the Transaction; (b) authorizing the Debtors to designate stalking horse bidder(s) in connection with the Transaction and to provide bid protections to such stalking horse bidder(s); (c) approving procedures for the assumption and assignment of executory contracts and unexpired leases; (d) approving the form and manner of notices, including the Sale Notice and the Assumption Notice; (e) scheduling dates to conduct the Auction and Sale Hearing; and (f) approving the sale of all or substantially all of the Debtors' assets free and clear of all liens, claims, encumbrances, and interests.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and the Bidding Procedures, the Debtors may extend the dates and deadlines relating to the Transaction in their reasonable discretion and in consultation with the Consultation Parties.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

-1-

12206385-1

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Debtors filed the *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which notice identified extensions of certain transaction milestones set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1394], adjourning the Auction from May 25, 2023 until June 2, 2023 at 10:00 a.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2023, the Debtors filed the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1416], adjourning (a) the Auction from June 2, 2023 until June 8, 2023 and (b) the Sale Hearing from June 7, 2023 until June 16, 2023 at 10:00 a.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, on June 8, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1445], adjourning the Auction from June 8, 2023 until a time to be determined.

**PLEASE TAKE FURTHER NOTICE** that in consultation with the Consultation Parties, the Debtors have extended certain sale-related milestones and deadlines as set forth in the chart below:

| Event | Current Date | Modified Date |
|---|---|---|
| Auction (if necessary) | June 8, 2023 at 10:00 a.m. (Prevailing Eastern Time) | A time and date to be determined. |
| Deadline to file Notice of No Auction | One (1) business day prior to commencement of Auction | No Change |
| Deadline to file Post-Auction Notice | Promptly following the conclusion of the Auction, but in no event later than 24 hours following the conclusion of the Auction | No Change |
| Deadline to object to (i) conduct of the Auction, (ii) the identity of the Successful Bidder or Back-Up Bidder, and (iii) adequate assurance of future performance by the Successful Bidder or Back-Up Bidder | 4:00 p.m. on the date that is three (3) business days prior to the commencement of the Sale Hearing | June 23, 2023 at 12:00 p.m. (Prevailing Eastern Time) |
| Deadline for Debtors to file a reply to objections to sale/assumption objections (and any other filings by | 4:30 p.m. on the date that is two (2) business days prior to the Sale Hearing | No Change |

-2-

12206385-1

| parties in interest in support of the proposed Transaction) | | |
|---|---|---|
| Sale Hearing | **June 7, 2023 at time TBD** | **June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |

**PLEASE TAKE FURTHER NOTICE** that if and when the Debtors conduct the Auction, it will be held by videoconference via Zoom (or other electronic means), and the Debtors will provide notice to all Qualified Bidders and other invitees. The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of a Sale Transaction and the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances in accordance with section 363(f) of the Bankruptcy Code will be held before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E. Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 on **June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Bidding Procedures Order, with the Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage all parties in interest to review such document in its entirety. Parties with questions regarding this notices and other relevant documents may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated Sale Transaction and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

| | |
|---|---|
| Dated: June 12, 2023<br>       Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>       tj.li@lw.com<br>       brian.rosen@lw.com<br>       jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com<br>       mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

---

[3] Not admitted in Illinois.  Admitted in New York.

-4-

12206385-1