IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dogwood Holdings, LLP, Attn: Nick Jones at 4601 Park Rd, Ste 540, Charlotte, NC 28209-2292, pursuant to USPS forwarding instructions:

- **Order Granting Debtors' Motion for Entry of an Order (I) Ruling Section 365 as Amended by the Act Applies to the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 1348)

Furthermore, on June 5, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on XPO Global Forwarding, Inc at 2211 Old Earhart Rd, Ste 100, Ann Arbor, MI 48105-2963:

- **Agreed Order Resolving Limited Objection [ECF No. 1053] to Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto filed by Debtor Vital Pharmaceuticals, Inc.** (Docket No. 1387)

- **Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Leases with (A) Evox FL Pembroke 20351 LLC and (B) KP Properties of Ohio LLC; and (II) Executory Contracts with (A) Updike Distribution Logistics, LLC; and (B) Bitsight Technologies, Inc.** (Docket No. 1399)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on or before June 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Extension of Certain Sale-Related Deadlines** (Docket No. 1283)

Furthermore, on or before June 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B** and on one (1) confidential party, not included herein:

- **Notice of Adjournment of Auction** (Docket No. 1394)

Dated: June 13, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
TeamVitalPharma@stretto.com

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Alexander Stamplewski | 306 E Oceanfront | | Newport Beach | CA | 92661-1240 |
| Morgan Harvill | 3333 S La Cienega Blvd | Apt 7151 | Los Angeles | CA | 90016-4391 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**



# Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abimelek Rodriguez Correa | | 2836 SE Morningside Blvd | | Orlando | FL | 32812-5989 |
| Alexa Quintanilla | | 3659 Bancroft St | | Dallas | GA | 30157-0643 |
| Alexander Bracamonte | | 7402 N 84th Ave | | New York | NY | 10006-1794 |
| Alexander Kline | | 4018 W Hayduk Rd | | Phoenix | AZ | 85009-5308 |
| Alexander Stamplewski | | 306 E Oceanfront | | Pompano Beach | FL | 33069-5431 |
| Alexis N. Henderson | | 1231 Arapaho St | | Chuckey | TN | 37641-2600 |
| Alfonso Razo | | 6105 Hudson St | | Davie | FL | 33314-1157 |
| Alyson Taylor | | 555 NE 34th St | Apt 803 | Kansas City | MO | 64118-5652 |
| Amanda Saez | | 16385 Biscayne Blvd | Unit 1218 | Buckeye | AZ | 85396-2031 |
| Amanda-Grace Marshall | | 145 Dragonfly Dr | | Cleveland | OH | 44113-1220 |
| Amoricka Dittrich | | 4315 Scotts Mill Ct | | Celina | TX | 75009-0678 |
| Amy Cino | | 4229 157th St | | Saugus | MA | 01906-4552 |
| Angelina D Lantieri | | 2202 N Lois Ave | Apt 1338 | Ann Arbor | MI | 48105-2963 |
| Anibal Jose Hernandez | | 8020 East Dr | Apt 318 | Phoenix | AZ | 85013-1351 |
| Anthony Clayton | | 56 Kramer Ct | | Jacksonville | FL | 32211-5330 |
| Anthony Fernandez | | 7036 S 7th Ln | | Union City | TN | 38261-5008 |
| Arandy Reyna Meraz | | 2221 W Paradise Dr | | Miramar | FL | 33023-2872 |
| Ariana Alejandra Carrero Hurtado | | 3009 Clementine Ct | Unit 2103 | Garland | TX | 75044-6905 |
| Ashley Whipkey | | 182 Elmtree Rd | # 2 | Midlothian | TX | 76065-2668 |
| Bayardo Detrinidad | | 6307 114th Ave E | | Sacramento | CA | 95841-2071 |
| Bobby Derrell Booker | | 211 Henry St | # B | Colorado Spgs | CO | 80909-5904 |
| Bradley Tyler Hovey | | 5498 Aeolus Way | | Miami | FL | 33137-5539 |
| Brian Bedesem | | 231 Montgomery Ave | | Houston | TX | 77054-1536 |
| Brooke Buckman Curry | | 12606 NW 12th Ct | | Indianapolis | IN | 46225-1046 |
| Bruno Richard Paolina | | 3924 Logan Ct | | Pompano Beach | FL | 33069-4154 |
| Bryan Caldwell | | 19323 Seabiscuit Stable Trl | | Conshohocken | PA | 19428-2978 |
| Caleb William Wyninger | | 331 Arlington Dr | | Lake Charles | LA | 70605-6231 |
| Caleb Wyninger | | 331 Arlington Dr | | Los Angeles | CA | 90016-4391 |
| Capreesa Pilgrim | | 6430 Verner Ave | Apt 208 | Wilmington | NC | 28405-4402 |
| Carla Adams | | 10641 SW 108th Ave | Apt 3E | Colorado Spgs | CO | 80925-9637 |
| Carlin Andrew Tucker | | 365 Bramlett Ridge Dr | | San Diego | CA | 92104-4308 |
| Chelsea Magnusen | | 3674 Coral Springs Dr | | Tampa | FL | 33619-1160 |
| Chloe Terae Thomson | | 13900 Panay Way | Apt M124 | Marina Dl Rey | CA | 90292-6133 |
| Chloe Terae Thomson | | 13900 Panay Way | Apt M124 | Corp Christi | TX | 78418-6165 |
| Christian Arriaga Jordan | | 3114 Regal Darner Dr | | Port St Lucie | FL | 34953-4563 |
| Christopher Mario Mendiola | | 4320 Starlight Creek Rd | | Phoenix | AZ | 85031-2036 |
| Christopher Richard Campello | | 315 W Winston Rd | | Jackson | TN | 38301-5020 |
| Christopher Rosendo | | 320 Stonewall St | | Melbourne | FL | 32934-2910 |
| Christopher Uriah Smith | | 921 NW 79th Ter | | Fairmount | GA | 30139-2707 |
| ChromaDex, Inc. | | 1735 Flight Way | Ste 200 | Lithia Spgs | GA | 30122-2907 |
| Clay M Hull | | 13902 Sea Anchor St | | Westminster | CA | 92683-3603 |
| Cox Oil Company | | 710 S 1st St | | New York | NY | 10017-9214 |
| Cristian Henao Castano | | 8510 Cottage Rose Dr | | Caldwell | TX | 77836-5575 |
| Cristiano Silva | | 1600 E Sunrise Blvd | Apt 3615 | Miami | FL | 33132-1266 |
| Cydney Afton Hatch | | 5208 W Dock St | | Lindenhurst | NY | 11757-6819 |
| Damian Guerra | | 367 Paulding Blvd | | Coral Springs | FL | 33065-7411 |
| Daniel Heyer | | 2000 Meredith Dr | Apt 2010 | Boca Raton | FL | 33433-1850 |
| De Jure Praedae, LLC | | 123 Parkway E | | Jupiter | FL | 33458-6827 |
| Debora Jaye Duarte | | 2691 Bradley Ln | | Nashville | TN | 37210-5400 |
| Direct Connect Logistix, Inc | Attn: Marc Vreeland | 130 S Meridian St | | Sunrise | FL | 33323-2915 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



# Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Diversified Diving Services, Inc | | 2901 NE 18th St | | Miramar | FL | 33027-4180 |
| DJ Stryker LLC Dennis Stricker | | 3125 SW Letchworth St | | Dallas | TX | 75201-5832 |
| Duke Machaka | | 5772 Arbor Club Way | Apt 2 | New Market | MD | 21774-6866 |
| Duke Secured Financing 2009-1PAC, LLC | c/o Duke Realty Corporation | Attn: Florida Market, Vice President, Regional Asset Manager | 300 S Orange Ave Ste 1100 | Sarasota | FL | 34240-2107 |
| Dustin James Harrison | | PO Box 4693 | | Aurora | CO | 80015-6607 |
| Enrique A Zuleta | | 2871 Conway Rd | Apt 225 | Pompano Beach | FL | 33062-3133 |
| Erica Beauchamp | | 1028 Oakwood Dr | | Miami | FL | 33176-8119 |
| Erik McKee | | 2824 E Fox Chase Cir | | Homestead | FL | 33033-1680 |
| Feldmeier Equipment Inc. | | 6715 Brooklawn Pkwy | | Orlando | FL | 32809-6577 |
| Fritz C Tilus | | 5424 Gate Lake Rd | | East Syracuse | NY | 13057-0543 |
| Future Perfect Worldwide Inc. | | 649 Tanbridge Rd | | Schaumburg | IL | 60173-3857 |
| Gabriella Whiting | | 1800 Grismer Ave | Apt 303 | Phoenix | AZ | 85005-8088 |
| Genesis Global Workforce Solutions | | 2901 SW 149th Ave | Ste 150 | Miramar | FL | 33027-4180 |
| Genesis Global Recruiting, Inc. ("Genesis") | | 2901 SW 149th Ave | Ste 150 | Miami | FL | 33130-1727 |
| George Darryl Kelly | | 2401 Westridge St | Apt 3204 | Port St Lucie | FL | 34984-4426 |
| Hans Miguel Hernandez | | 3100 N Course Ln | Apt 109 | Kissimmee | FL | 34744-9481 |
| Heather Baldwin | | 100 Walden Pl | | Ft Lauderdale | FL | 33301-1279 |
| Hector Rodriguez | | 1791 Sawgrass Cir | | Burbank | CA | 91504-4404 |
| InfinityQS International Inc. | | 4221 W Boy Scout Blvd | Ste 390 | Flushing | NY | 11355-1152 |
| Informa Media, Inc. | | 1468 W 9th St | Ste 330 | San Francisco | CA | 94105-5118 |
| Jamell Dennis | | 3030 Belt Line Rd | Apt 1714 | Newport Beach | CA | 92661-1240 |
| Janae Alexandria Slater | | 946 E Caravan St | | Lenexa | KS | 66227-8421 |
| Jenna Marie Bonura | | 125 NE 32nd St | Apt 2016 | Pineville | NC | 28134-7326 |
| Jessica Sade Sturm | | 30 SW 1st St | Apt 3212 | Orlando | FL | 32801-3375 |
| Jillian Grenn | | 263 SW Walking Path | | Boscawen | NH | 03303-1131 |
| Joel Litterio | | 4764 S Ireland St | | Tampa | FL | 33617-7558 |
| Johanna Vasquez | | 12603 NW 7th Ln | | Sunrise | FL | 33323-3130 |
| John James Farrar | | 701 SW 148th Ave | Apt 101 | Phoenix | AZ | 85041-6761 |
| John Matheson | | 5422 Twin Creeks Dr | | Tamarac | FL | 33319-1901 |
| Jonathan Mayer | | PO Box 18088 | | Rochester | NY | 14612-5143 |
| Jose Luis Rodriguez Ortiz | | 6751 Mather Ave | | Scottsdale | AZ | 85257-1355 |
| Joseph Johnson Christopher | | 200 Bomar Ln | | Etters | PA | 17319-9363 |
| Juan Rodriguez Valencia | | 20814 Vinesta Cir | | Greenville | MS | 38703-3490 |
| Juanita H Medina | | 4401 N 50th Dr | | Youngstown | OH | 44515-0693 |
| Justin James Richard Cescenti | | 4132 Wheeler Peak Way | | Carrollton | TX | 75010-2349 |
| Kaley Lopresti | | PO Box 5711 | | Boca Raton | FL | 33433-5753 |
| Kayla Topper | | 1015 Alice St | # A | Elyria | OH | 44035-3234 |
| Kimber Thomson | | 9570 Zarda Dr | Unit208 | Ann Arbor | MI | 48105-2963 |
| Kristopher W Ciganik | | 3416 W Donner Dr | | Charlotte | NC | 28209-1823 |
| Lapine Inc | | 78 Southfield Ave | Ste 2 | North Bay Village | FL | 33141-4141 |
| Lara Hagopian | | 11205 Sentinel Dr | | Weston | FL | 33326-2813 |
| Leanna Bartlett | | 6236 Seabourne Dr | | Parrish | FL | 34219-3410 |
| Lerby Sylvera | | 5944 NW 93rd Ter | | Tarpon Spgs | FL | 34689-5782 |
| Linda Serrao | | 915 N Franklin St | Unit 1017 | Miami | FL | 33130-3088 |
| Luis Alberto Gordillo | | 4009 N Cypress Dr | Apt 105 | Laveen | AZ | 85339-1242 |
| Luis Arriaza | | 216 Cape Sable Dr | | Tampa | FL | 33607-2560 |
| Luis Diego Leandro | | 11750 Canal St | Unit 424 | Hoover | AL | 35242-7120 |
| Madeline Grace Hubbard | | 124 Oscar Gillis Rd | | Miami | FL | 33137-4361 |



# Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Margarita Leonor Crespo | | 3230 Cedar Bay Dr | | Lake Charles | LA | 70605-6231 |
| Marianyi Escalona | | 2145 NE 164th St | Apt 614 | Naples | FL | 34104-4119 |
| Mario C. Angus | | 2286 SW 62nd Ter | | Oreland | PA | 19075-1929 |
| Markstein Beverage Co. of Sacramento | | PO Box 15379 | | Miami | FL | 33161-7048 |
| Martin Cullen | | 1511 Kenilworth Ave | Unit 116 | Sacramento | CA | 95851-0379 |
| Matthew Garza | | 10978 Aliso Dr | | Austin | TX | 78747-2837 |
| MBI Industrial Medicine Inc. | | 77 E Thomas Rd | Ste 230 | Houston | TX | 77007-1037 |
| McGlinchey Stafford, LLC | | 101 NE 3rd Ave | Ste 1810 | Nashville | TN | 37218-2901 |
| Melanie San Roman | | 4221 Old Denton Rd | Apt 12108 | Tampa | FL | 33607-5780 |
| Melissa Riso | | 160 NE 111th St | | Ft Lauderdale | FL | 33304-2380 |
| Mercedes Goldseth | | 75476 Pondside Ln | | Phoenix | AZ | 85012-3100 |
| Michael Christopher Schoeman | | 5826 Pecking Stone St | | New Market | MD | 21774-6866 |
| Michael Sodeinde | | 1910 Winter Ct | | Midlothian | TX | 76065-2668 |
| Michael Sodeinde | | 1910 Winter Ct | | Tomball | TX | 77377-3049 |
| Mike Schoeman | | 5826 Pecking Stone St | | Tamarac | FL | 33321-4163 |
| Moises Campos Batista | | 3542 Sunfish Dr | | Dallas | GA | 30157-1776 |
| Morgan Harvill | | 3333 S La Cienega Blvd | Apt 7151 | Phoenix | AZ | 85041-7605 |
| Myrlande Ulysse Boni | | 4816 Hidden River Ct | Apt B | Boulder | CO | 80301-6112 |
| Myron Shannon Brienza | | 1196 Berwick Rd | | Bloomfield | NJ | 07003-5721 |
| Nahomy Sanchez | | 75 West St | Apt 7F | Yulee | FL | 32097-0165 |
| Nathalie Villedrouin | | 610 Cypress Park Ave | | Commerce City | CO | 80022-3223 |
| Nicholas Hopkins | | 54 E Minerva Rd | | Valrico | FL | 33596-8286 |
| Nicholas James Wiseman | | 508 Tawny Leaf Ct | | Eagle River | WI | 54521-0516 |
| Nini V. Nieves | | 28250 S Dixie Hwy | Apt 407 | Port St Lucie | FL | 34952-5707 |
| North Star Marketing, Inc | | PO Box 516 | | South Jordan | UT | 84009-6179 |
| Octavious Dexsthon Moring | | 257 SW Starfish Ave | | Stuart | FL | 34997-3041 |
| Olivia Rose Craig | | 813 Sunny Horizon Ct | | Lake Worth | FL | 33467-1713 |
| Paige Marx | | 344 Melbourne Ct | | Jacksonville | FL | 32226-2183 |
| Paola Andrea Canas Ospina | | 1600 NE 1st Ave | Apt 2320 | Miami | FL | 33132-1270 |
| Paris Deangelo Kinsey | | 1646 N 208th Ave | | Tustin | CA | 92782-1841 |
| Patricia Rossana Levano Neyra | | 8353 Morning Star Rd | | Austin | TX | 78744-5930 |
| Patrick Kovach | | 9373 Fairmount Hwy SE | | Miami | FL | 33174-2616 |
| Pelican Insurance Agency, Inc. | | 6991 W Broward Blvd | Ste 104 | Davie | FL | 33325-3080 |
| Phaidon International (US) Inc. | | 711 3rd Ave | Fl 3 | Huntingtn Bch | CA | 92647-0945 |
| Power and Control Installations, Inc | | 5701 Commerce St | | Longview | TX | 75608-5711 |
| Rachael S Esenwein | | 4851 Lazy Timbers Dr | | Skokie | IL | 60077-3548 |
| Randy Gonzalez | | 8585 Fm 2774 | | Rch Cucamonga | CA | 91701-6201 |
| Rebekah Shay Chaves | | 7290 Edinger Ave | Unit 4013 | Glendale | AZ | 85305-3901 |
| Rite Aid Corporation | Attn: Manager, Front End Returns | 200 Newberry Cmns | | Pittsburgh | PA | 15205-5413 |
| Roberto Lamboy | | 4100 Rossi Way | | Modesto | CA | 95356-9388 |
| Rocky Mountain Climate, Inc. Rocky Mountain Climate Heating | | 2128 E Bijou St | | North Miami Beach | FL | 33162-4289 |
| Rodney L Roberts | | 1761 Fairfax Dr | | Lithia Spgs | GA | 30122-2907 |
| Rodney Roberts Ludell | | 1761 Fairfax Dr | | Greenacres | FL | 33413-3039 |
| Samantha Abisch | | 92 SW 3rd St | Apt 2308 | Miami | FL | 33130-3088 |
| Samantha Leigh Abisch | | 92 SW 3rd St | Apt 2308 | Bay Harbor Islands | FL | 33154-2745 |
| Samantha Rada | | 12506 Druids Glen Dr | | Miami | FL | 33182-2092 |
| Sarah Allevato Talabi | | 14093 Edwards St | | Saint Johns | FL | 32259-4054 |
| Shaun Capilitan | | 5559 N Woodland Ave | | Florence | NJ | 08518-4033 |
| Silver Eagle Distributors Houston LLC | | 7777 Washington Ave | | Stamford | CT | 06902-7649 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 4



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Smarter Sorting | | 4845 Pearl East Cir | Ste 118 | Humble | TX | 77346-4456 |
| Sofia Lee | | 315 S Cesar Chavez Blvd | Apt 1309 | Anaheim | CA | 92805-6039 |
| Spirit & Sanzone vs. VPX et al. (2020) | Spirit and Sanzone Dist Co, Inc | PO Box 543 | | Orlando | FL | 32808-5915 |
| Spirit and Sanzone Dist. Co., Inc. | | PO Box 543 | | East Syracuse | NY | 13057-0543 |
| Stephanie Dasilva | | 1600 NE 1st Ave | Apt 2615 | Aventura | FL | 33160-5466 |
| Steven Andrade Moreno | | 8990 19th St | Apt 343 | Commerce | TX | 75428-2263 |
| Steven Andrade Moreno Steven | | 8990 19th St | Apt 343 | Rch Cucamonga | CA | 91701-6201 |
| Steven Douglas Associates LLC | Attn: Shari Gottlieb | 13450 W Sunrise Blvd | Ste 200 | Marina Dl Rey | CA | 90292-6133 |
| Steven LeClair | | 268 Queen St | | Round Rock | TX | 78664-4596 |
| Steven Vargas Cardozo | | 9200 E Bay Harbor Dr | Apt 8 | Plantation | FL | 33324-1472 |
| Sticky.io | | 150 Spear St | Ste 900 | Charlotte | NC | 28203-1509 |
| Sun State Landscape Management | | 4022 W Lincoln St | | Lorain | OH | 44053-1645 |
| Susan Lynn Jones | | 1145 Fairlake Trce | Apt 1811 | Miramar | FL | 33025-7828 |
| Timothy A Reasoner | | 9138 Winona Ct | | Tampa | FL | 33602-3866 |
| Timothy Brown vs. VPX (2022) | c/o Jonathan Shub (Shub Law Firm, LLC) | 200 Barr Harbor Dr | Ste 400 | Douglasville | GA | 30134-5189 |
| Timothy Jacob Hodges | | 904 Harrison St | | Westminster | CO | 80031-3414 |
| Trans-Market, LLC | | 3710 Corporex Park Dr | Ste 220 | Hilliard | OH | 43026 |
| Tyler Burke | | 6848 E Edgemont Ave | | Plantation | FL | 33317-2907 |
| Xiaoxi Liao | | 670 E Algonquin Rd | Unit 4305 | Syracuse | NY | 13211-2103 |
| XPO Global Forwarding, Inc | | 2211 Old Earhart Rd | Ste 100 | Phoenix | AZ | 85029-3561 |
| Zachary Cortese | | 2722 Ennis Rd | | Doylestown | PA | 18902-6812 |
| Zachary Jared Greenfield | | 6200 SW 24th Pl | Apt 201 | Huntingtn Bch | CA | 92648-7523 |
| Zachary S Blum | | 804 W Maryland Ave | Apt A | Daytona Beach | FL | 32124-1132 |
| Zhihui Zheng | | 941 SW 104th Ct | | Springfield | MO | 65803-3713 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 4