

**ORDERED in the Southern District of Florida on June 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., et. al., | Chapter 11 (Jointly Administered) |
| Debtors. _____/ | |

**ORDER GRANTING CM BUILDERS, INC.'S AGREED *EX PARTE*
MOTION TO ALLOW LATE FILED CLAIM AS TIMELY**

THIS MATTER came before the Court on June 15, 2023 at 1:30 p.m. upon *CM Builders, Inc.'s Agreed Ex Parte Motion to Allow Late Filed Claim as Timely* [ECF No. 1386] (the "Motion"). The Court, after reviewing the Motion, and noting that the Debtors agree to the relief sought in the Motion, finds that cause exists to grant the requested relief. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Claim No. 674 filed by CM Builders, Inc. d/b/a Integrated Masonry (the "Claim") is deemed timely filed.

3. This Order is without prejudice to any other rights the Debtors or other parties-in-interest may have to object to the proof of claim on any substantive grounds, other than on grounds of untimeliness.

# # #

Submitted By:
Jerry M. Markowitz, Esq.
*Local Counsel to Integrated Masonry*
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Telephone: (305) 670-5000
Facsimile: (305) 670-5011
Email: jmarkowitz@mrthlaw.com

Copies To:
Jerry M. Markowitz, Esq.
*(Attorney Markowitz is directed to serve a copy of this Order to all interested parties and to file a certificate of service).*