UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

### *EX PARTE* MOTION TO RESTRICT ACCESS TO INFORMATION SUBJECT OF CONFIDENTIALITY AGREEMENT AND TO FILE UNDER SEAL

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby moves the Court for entry of an Order restricting public access to the Objection [Docket No. 1458] (the "Objection") filed by the Committee to *John H. Owoc and Megan Owoc's Emergency Motion for Protective Order Regarding Third Party Subpoenas* [Docket No. 1449] ("Owocs' Motion for Protective Order"), and in support thereof, respectfully states:

1.  On June 12, 2023, the Committee filed its Objection to the Owocs' Motion for Protective Order. Docket No. 1458. The Objection contained portions of the transcript of Mrs. Megan Owoc's Rule 2004 Examination and attached portions of the examination transcript and certain other documents as exhibits ("Exhibits"). *See id.* The Exhibits were redacted to conceal any confidential, personal information contained therein.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2. On June 13, 2023, the Court held a hearing on the Owocs' Motion for Protective Order. At that hearing, no one objected to the filing of the Exhibits or any confidential material contained in the Committee's Objection.

3. Four days later, on June 16, 2023, it was first raised to the Committee that its Objection and Exhibits should have been filed under seal pursuant to the *Protective Order and Confidentiality Agreement* [Docket No. 823] (the "Protective Order").

4. Out of an abundance of caution, and to comply with the Protective Order, the Committee requests entry of an order directing the Clerk of the Bankruptcy Court to restrict access to the Objection.

5. By filing this Motion, the Committee does not waive or otherwise concede its right to object to the designation of confidentiality as permitted under the Protective Order, *see* Protective Order at ¶ 16, but simply seeks to adhere to its terms.

WHEREFORE, the Committee respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, directing the Clerk of the Bankruptcy Court to restrict public access to Docket No. 1458.

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on June 16, 2023.

Dated: June 16, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Rachel Maimin, Esq.
Eric Chafetz, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com

Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: emannix@lowenstein.com

-and-
Wayne Fang, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[2]        Case No.: 22-17842-PDR

    Debtors.                                                            (Jointly Administered)
_____/

### ORDER GRANTING *EX PARTE* MOTION TO RESTRICT ACCESS TO INFORMATION SUBJECT OF CONFIDENTIALITY AGREEMENT

**THIS MATTER** came before the Court on an *ex parte* basis, upon the *Ex Parte Motion to Restrict Access to Information Subject of Confidentiality Agreement* (the "Motion") [Docket No. __], filed by the Official Committee of Unsecured Creditors' (the "Committee"). The Court, having considered the Motion, and having found good cause for the relief set forth herein, hereby

**ORDERS** that**:**

---

[2] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1. The Motion is **GRANTED.**

2. Docket No. 1458 is RESTRICTED from public view.  The Clerk is directed to take all steps necessary to ensure compliance with this Order.

3. The Committee is authorized to refile the Objection under seal.  The Clerk shall maintain such filing under seal and not otherwise make such document public except if required by Court order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:     (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*