## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## EX PARTE MOTION TO APPEAR *PRO HAC VICE*

I, Irwin Gilbert, ("Movant"), of the law firm Conrad & Scherer, LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Douglas E. Spelfogel ("Visiting Attorney") of the law firm of Mayer Brown LLP, an attorney admitted to practice and currently in good standing in the State of New York, the United States District Court for the Southern, Northern, and Eastern Districts of New York, and qualified to practice in this court, who proposes to act as counsel for Creditor and Interested Party, John H. Owoc, in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of Mr. Owoc.

1. I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for Mr. Owoc, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of Mr. Owoc.

2. I agree to act as local counsel for Mr. Owoc in the cases listed above and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of Mr. Owoc. I understand that I am required to participate in the preparation and the presentation of the cases listed above and any such adversary proceedings and to accept service of all papers served in such cases and proceedings.

3. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case listed above on behalf of Mr. Owoc and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of Mr. Owoc. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear *Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for Mr. Owoc in all such proceedings.

4. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit B**, authorizing Visiting Attorney Douglas Spelfogel to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Mr. Owoc and indicating Movant as local counsel for Mr. Owoc, and for such other and further relief as may be just.

Dated: June 16, 2023

**CERTIFICATION OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on June 16, 2023.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
*Local Counsel for John H. Owoc*
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com
OGonzalez@conradscherer.com

By: */s/ Irwin R. Gilbert*
     Irwin R. Gilbert
     Florida Bar No. 99473