# **EXHIBIT 2**

# ≡ BERGER SINGERMAN

March 9, 2023

**VIA OVERNIGHT MAIL**

Ms. Meg Liz Owoc
1721 SW 131 Terrace
Davie, FL 33325

Re:     Termination Notice

Dear Ms. Owoc:

This letter constitutes notice of the termination of your at-will employment as Senior Vice President of Marketing of Vital Pharmaceuticals, Inc. ("VPX") effective immediately ("Termination Date" or March 9, 2023).

Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

Upon receipt of this notice, you must return all of VPX's property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of VPX. Please return this property and information to John DiDonato immediately.

Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of VPX's rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

Sincerely,

Berger Singerman LLP

Jordi Guso

11989962-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
t: 954-525-9900 | f: 954-523-2872 | WWW.BERGERSINGERMAN.COM