# **EXHIBIT 5**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Jeremy R. Fischer <JFischer@dwmlaw.com> |
| **Sent:** | Friday, March 24, 2023 6:55 PM |
| **To:** | Quartarolo, Amy (LA); jgeller@jaysgellerlaw.com |
| **Cc:** | jguso@bergersingerman.com; Sorkin, Andrew (DC); Reckler, Caroline (CH-NY); Murtagh, Hugh (NY); Kellie W. Fisher |
| **Subject:** | RE: VPX - Content to be Posted on @bangenergy.ceo Account |

Amy,

I hereby confirm that your email has been received and that the demand pursuant to paragraph 4 of the stipulation/order has been transmitted to Mr. Owoc. However, Drummond Woodsum and the Law Office of Jay S. Geller will not be entering their appearances in the chapter 11 case or related adversary proceedings on behalf of Mr. Owoc, and no longer represent Mr. Owoc.

Jeremy

**Jeremy R. Fischer**
Group Leader
Bankruptcy & Restructuring

207.253.0569 Direct
JFischer@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480
800.727.1941 | 207.772.3627 Fax | **dwmlaw.com**



*The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Unintended transmission shall not constitute waiver of any privilege, including, without limitation, the attorney-client privilege if applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the e-mail and any attachments from any computer.*

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Friday, March 24, 2023 6:02 PM
**To:** Jeremy R. Fischer <JFischer@dwmlaw.com>; jgeller@jaysgellerlaw.com
**Cc:** jguso@bergersingerman.com; Andrew.Sorkin@lw.com; Caroline.Reckler@lw.com; Hugh.Murtagh@lw.com
**Subject:** VPX - Content to be Posted on @bangenergy.ceo Account

Jeremy & Jay –

As discussed, the Company, on its end, initiated a collaborative post request approximately 45 minutes ago to have content from the @bangenergy Instagram account posted to the @bangenergy.ceo account. Please work with your clients to have this request accepted so that the content is put up on the @bangenergy.ceo account per the terms of the Order.

We look forward to speaking further on Monday.

**Amy C. Quartarolo**

1

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.