# **EXHIBIT 6**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Quartarolo, Amy (LA) |
| **Sent:** | Monday, April 17, 2023 11:14 AM |
| **To:** | Brad S. Shraiberg; 'Patrick Dorsey' |
| **Cc:** | 'Jordi Guso' |
| **Subject:** | FW: VPX - Demand Letter regarding Return of Company Property |
| **Attachments:** | VPX - Demand Ltr re Return of Company Property.pdf |

Brad & Patrick –

I am not sure if the attached letter was shared with you by former counsel or your clients, but the issues raised in the letter remains unaddressed by your clients.

We request a call tomorrow to discuss.

Thank you,
Amy

---

**From:** Quartarolo, Amy (LA)
**Sent:** Thursday, March 23, 2023 12:54 PM
**To:** 'Jeremy R. Fischer' <jfischer@dwmlaw.com>
**Subject:** FW: VPX - Demand Letter regarding Return of Company Property

Jeremy – Per our earlier discussion. Happy to discuss at your convenience.

---

**From:** Quartarolo, Amy (LA)
**Sent:** Wednesday, March 22, 2023 10:32 AM
**To:** Justin Luna <jluna@lathamluna.com>
**Cc:** Sorkin, Andrew (DC) <Andrew.Sorkin@lw.com>; Reckler, Caroline (CH-NY) <Caroline.Reckler@lw.com>; Jordi Guso <JGuso@bergersingerman.com>
**Subject:** VPX - Demand Letter regarding Return of Company Property

Justin – please see attached correspondence. We can be available to discuss at your earliest convenience.

Thank you,

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
https://www.lw.com

1

Amy C. Quartarolo
Direct Dial: +1.213.485.1234
Amy.Quartarolo@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

March 22, 2023

<u>VIA EMAIL</u>

Justin Luna
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
*jluna@lathamluna.com*

Re:   **Return of Company Property**

Dear Mr. Luna:

We write on behalf of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Company" or the "Debtors").

As you are aware, the Debtors' Board terminated your clients, Mr. John ("Jack") H. Owoc and Mrs. Meg Liz Owoc, on March 9, 2023. As set forth in the Termination Notices sent on that date (*see* Exhibit A hereto), Mr. and Mrs. Owoc were instructed to return all Company property in their possession, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property or information belonging to the Company. To date, neither Mr. Owoc nor Mrs. Owoc has returned any of the Company property as instructed.

The Company understands that at least the property referenced in Exhibit B hereto remains in the possession of Mr. and Mrs. Owoc. We request that you facilitate the prompt return of all Company property in the possession of Mr. or Mrs. Owoc, including but not limited to the items specifically referenced on Exhibit B, no later than March 23, 2023 at 5:00 p.m.

If your clients fail to comply, then the Company will raise this issue with the Bankruptcy Court. The Debtors reserve the right to take all appropriate actions to protect estate property, including but not limited to emergency injunctive relief, damages, enhanced damages, and attorneys' fees and costs. Nothing contained in this letter constitutes an express or implied waiver of any rights or remedies of the Company, all of which are expressly reserved.

Best regards,

*/s/ Amy C. Quartarolo*

Amy C. Quartarolo
of LATHAM & WATKINS LLP

LATHAM&WATKINS LLP

## Exhibit A

# BERGER SINGERMAN

March 9, 2023

**VIA OVERNIGHT MAIL**

Mr. Jack Owoc
16720 Stratford Court
Southwest Ranches, FL 33131

      Re:    Termination Notice

Dear Mr. Owoc:

      As you are aware, this afternoon, there was a regularly scheduled meeting of the Boards of Directors or Managers (as applicable) (collectively, the "Board") of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Company" or the "Debtors"). You had not previously indicated that you were unavailable or did not intend to attend the March 9 Board meeting. At our direction, several individuals reached out to you and your individual counsel, Justin Luna, in an attempt to secure your attendance at the Board meeting. After waiting for more than 15 minutes, the Board meeting went forward.

      Among the issues taken up by the Board was your continued role with the Company and the Board. For the reasons discussed during the Board meeting, the Board voted to terminate your employment with the Company as Chief Executive Officer and Chief Scientific Officer, and to remove you from the Board for cause, effective immediately ("Termination Date" or March 9, 2023).

      Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

      Upon receipt of this notice, you must return all of the Debtors' property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of the Debtors. Please return this property and information to John DiDonato immediately.

      Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of the Debtors' rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

      Sincerely,

      Berger Singerman LLP

      Jordi Guso

11989961-1

**BERGER SINGERMAN**

March 9, 2023

<u>**VIA OVERNIGHT MAIL**</u>

Ms. Meg Liz Owoc
1721 SW 131 Terrace
Davie, FL 33325

      Re:    Termination Notice

Dear Ms. Owoc:

      This letter constitutes notice of the termination of your at-will employment as Senior Vice President of Marketing of Vital Pharmaceuticals, Inc. ("VPX") effective immediately ("Termination Date" or March 9, 2023).

      Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

      Upon receipt of this notice, you must return all of VPX's property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of VPX. Please return this property and information to John DiDonato immediately.

      Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of VPX's rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

                                        Sincerely,

                                        Berger Singerman LLP

                                        Jordi Guso

11989962-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
t: 954-525-9900 | f: 954-523-2872 | WWW.BERGERSINGERMAN.COM

March 22, 2023
Page 3

**LATHAM&WATKINS**LLP

## Exhibit B

- **Vehicles**
    - VIN Number 1GYS3MKL9NR124893
    - VIN Number 1GYS3JKJ9JR372567
- **IT Assets**
    - 3-4 Apple IMAC Pro
    - 3-4 Apple Macbook Pro
    - 2 Apple Macbooks
    - 1 Meraki MS125
    - Mac address (68:3a:1e:4d:e4:58)
    - 3 Meraki MR33 access points
    - 4 Meraki MR56 access points
    - 1 Meraki MR86 access point
    - 5+ Apple iPhones
    - 1 Samsung Flip
- **Company Documents / Contracts**