# **EXHIBIT 8**

**Quartarolo, Amy (LA)**

| | |
|---|---|
| **From:** | Julceus, Markiana <MJulceus@lowenstein.com> |
| **Sent:** | Saturday, April 22, 2023 10:05 AM |
| **To:** | pdorsey@slp.law; bss@slp.law |
| **Cc:** | Maimin, Rachel; Mannix, Erica; Fang, Wayne; Chafetz, Eric; Quartarolo, Amy (LA); Morris, Elizabeth (NY) |
| **Subject:** | Jack Owoc Production - Corporate Privilege |

Patrick and Brad –

We spoke with Debtors' counsel yesterday and discussed a potential approach to the Debtors' privilege review which we hope will work for everyone and allow you to commence a rolling production as soon as possible.

Both the Committee and the Debtors would be amenable to sequencing the production as follows:  your client would produce any responsive materials that are not presumptively privileged, i.e. communications that do not include the Debtors' current or former general counsel, Debtors bankruptcy counsel, or outside counsel for the various litigations, without the Debtors first reviewing them for privilege.  Your client should withhold any documents that are presumptively privileged and then allow  Debtors' counsel to review them. Once the Debtors' review of the presumptively privileged documents is complete, any documents that the Debtors deem non-privileged would then be produce to the Committee.  Any documents that are withheld or redacted due to privilege should be logged. Once their review of the presumptively privileged documents is completed, the Debtors will review the rest of the documents and may request to claw back any documents that will have already been produced.

Amy and Elizabeth – please feel free to add any salient details I might have missed.

Additionally, our understanding is that Jack and Meg have Debtor-provided laptops, mobile devices, physical files, and other materials in their possession.  Please confirm that you are searching those devices/materials for responsive documents and communications, as well.  Alternatively, if you intend to turn those devices/materials over to the Debtors, please let us know so that we can ensure they search them.

Best,

Markiana

**Markiana Julceus**
she, her, hers
Associate
Lowenstein Sandler LLP

T: (862) 926-2707
M: (973) 525-8496



