# EXHIBIT 10

[Contemporaneous with the filing of this Motion, the Debtors have filed a motion seeking leave to file this exhibit under seal.]