# **EXHIBIT 11**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Quartarolo, Amy (LA) |
| **Sent:** | Tuesday, June 13, 2023 11:10 AM |
| **To:** | Brad S. Shraiberg |
| **Cc:** | Patrick Dorsey; Jordi Guso; Michael J. Niles; Sorkin, Andrew (DC); Murtagh, Hugh (NY); Maimin, Rachel; Cohen, Jeffrey; Chafetz, Eric |
| **Subject:** | VPX - Documents/Materials in the Possession of the Owocs |

Brad –

Following our discussion this morning in which you advised for the first time – after the hearing – that Mr. Owoc has had access to materials responsive to discovery, including company documents, that have not been produced. You further advised that these materials were extracted from one or more device in his possession. In response, we asked that you provide to us, no later than COB today, certain relevant information. Below is an initial list of what we need to evaluate the situation:

- Identify the device or devices in question, including:
    - Common description (brand/model/etc.);
    - Serial number (or other identifying information);
    - When the device was purchased (if known);
    - Who paid for the device (was it paid for with company funds);
    - When the device came into the possession of the Owocs;
    - For what purpose was the device used prior to the termination of the Owocs on or about March 9, 2023;
    - For what purpose the device has been used or accessed following the termination of the Owocs on or about March 9, 2023; and
    - Where the device is currently located.
- Identify the date on which each such device was first requested by counsel (and by which counsel) and first provided to counsel (and to which counsel).
- For each such device:
    - The date on which the device was first provided to a third party for purposes of reviewing, retrieving or otherwise extracting information;
    - Which counsel was involved (name/firm);
    - Any communications or other documents exchanged with that third party, including but not limited to statements or descriptions of work, invoices, or other documents detailing relevant dates, scope of work, cost, instructions provided, purpose of work performed, and/or findings.
- For each such device:
    - How many documents have been located on or retrieved from that device;
    - Who has reviewed the documents found on the device;
    - Where the documents and any copies thereof are now located (database, hard drive, device, etc.); and
    - Who has or has had access to those documents.

The Debtors reserve all rights, including to request additional information concerning this issue.

Thank you,

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
http://www.lw.com

1