# **EXHIBIT 12**

**Quartarolo, Amy (LA)**

| | |
|---|---|
| From: | Brad S. Shraiberg <bss@slp.law> |
| Sent: | Tuesday, June 13, 2023 2:25 PM |
| To: | Quartarolo, Amy (LA); Jordi Guso (JGuso@bergersingerman.com); MNiles@bergersingerman.com |
| Cc: | Patrick Dorsey |
| Subject: | Vital Pharm |

I hope all is well.  As per our call from earlier, in response to your turnover demand letter sent to the Owocs shortly after their termination and as a supplement to the UCC's document request, we are prepared to forward you a link to the e-mails the Owocs were able to recover which were sent to the ceo@bangenergy.com address.  The emails have not been scrubbed for attorney/client privilege due to the incredibly large size of the file.  Therefore, please confirm that sending you these emails is not a waiver of the attorney client privilege and that you agree that your IT department will first review the emails and pull out and send back to me the ones between Paul Battista or Justin Luna, or a colleague from their respective firms, to Meg and/or Jack Owoc which we agree are presumptively protected by the attorney/client privilege.

Thanks!



Bradley S. Shraiberg
Shraiberg Page P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0801 Direct
(561) 998-0047 Fax



Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31  C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1