# **EXHIBIT 13**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Quartarolo, Amy (LA) |
| **Sent:** | Tuesday, June 13, 2023 2:39 PM |
| **To:** | Brad S. Shraiberg; Jordi Guso (JGuso@bergersingerman.com); MNiles@bergersingerman.com |
| **Cc:** | Patrick Dorsey; Sorkin, Andrew (DC); Murtagh, Hugh (NY) |
| **Subject:** | RE: Vital Pharm |
| **Attachments:** | 2023-03-09 Termination Notice to Jack Owoc.pdf; 2023-03-09 Meg Owoc Notice of Termination.pdf; VPX - Demand Ltr re Return of Company Property.pdf |

Brad –

So that there is a more fulsome record, the Debtors initially demanded return of company property – including documents and devices – at the time your clients were terminated on or about March 9, 2023 (see attached). Then the Debtors made another request for return of such property by letter dated March 22 (see attached). We discussed this request with you after you took over the engagement, and you advised that your clients declined to return anything to the Debtors – or even to place the devices in question with counsel for safe-keeping. Moreover, through discovery and at depositions, your clients claimed they had no property of the Debtors. We now know that to be false. Today was the first time we were advised that Mr. Owoc had retained company documents, and it appears that it is only because Mr. Owoc elected to access these materials not in adherence to his discovery obligations, but for his own purposes – including pursuing frivolous claims against members of the Debtors' boards.

Please provide full responses to the email sent earlier today concerning the circumstances pursuant to which your clients came into possession of this emails, which indisputably are property of the Debtors.

Again, the Debtors reserve all rights.

Thank you,
Amy

---

**From:** Brad S. Shraiberg <bss@slp.law>
**Sent:** Tuesday, June 13, 2023 2:25 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Jordi Guso (JGuso@bergersingerman.com) <jguso@bergersingerman.com>; MNiles@bergersingerman.com
**Cc:** Patrick Dorsey <PDorsey@slp.law>
**Subject:** Vital Pharm

I hope all is well. As per our call from earlier, in response to your turnover demand letter sent to the Owocs shortly after their termination and as a supplement to the UCC's document request, we are prepared to forward you a link to the e-mails the Owocs were able to recover which were sent to the ceo@bangenergy.com address. The emails have not been scrubbed for attorney/client privilege due to the incredibly large size of the file. Therefore. please confirm that sending you these emails is not a waiver of the attorney client privilege and that you agree that your IT department will first review the emails and pull out and send back to me the ones between Paul Battista or Justin Luna, or a colleague from their respective firms, to Meg and/or Jack Owoc which we agree are presumptively protected by the attorney/client privilege.

Thanks!



Bradley S. Shraiberg
Shraiberg Page P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431
(561) 443-0800 Main
(561) 443-0801 Direct
(561) 998-0047 Fax



🌲Please consider the environment before printing this e-mail.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER: To ensure compliance with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.  (The foregoing statement is made in accordance with Circular 230, 31  C.F.R. Part 10.) The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.