# **EXHIBIT 14**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Brad S. Shraiberg <bss@slp.law> |
| **Sent:** | Wednesday, June 14, 2023 4:46 PM |
| **To:** | Quartarolo, Amy (LA) |
| **Cc:** | rmaimin@lowenstein.com; Patrick Dorsey; jguso@bergersingerman.com; MNiles@bergersingerman.com; Sorkin, Andrew (DC); Murtagh, Hugh (NY); jcohen@lowenstein.com; EChafetz@lowenstein.com; Irwin R. Gilbert |
| **Subject:** | Re: VPX - Documents/Materials in the Possession of the Owocs |

Irwin Gilbert has been handling this issue. He is at a dinner right now and will respond tomorrow morning.

Bradley Shraiberg
(561) 443-0801

Sent from my iPad

> On Jun 14, 2023, at 6:18 PM, Amy.Quartarolo@lw.com wrote:
>
> [External Email]
> Brad - do you intend to provide the requested information? If not, then we will note for the Court that you have declined to do so.
>
> **Amy C. Quartarolo**
>
> **LATHAM & WATKINS LLP**
> 355 South Grand Avenue, Suite 100
> Los Angeles, CA 90071-1560
> Direct Dial: +1.213.891.8966
> Fax: +1.213.891.8763
> Email: amy.quartarolo@lw.com
> http://www.lw.com
>
> ---
>
> **From:** Maimin, Rachel <RMaimin@lowenstein.com>
> **Date:** Tuesday, Jun 13, 2023 at 12:02 PM
> **To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, bss@slp.law <bss@slp.law>
> **Cc:** PDorsey@slp.law <PDorsey@slp.law>, JGuso@bergersingerman.com <JGuso@bergersingerman.com>, MNiles@bergersingerman.com <MNiles@bergersingerman.com>, Sorkin, Andrew (DC) <Andrew.Sorkin@lw.com>, Murtagh, Hugh (NY) <Hugh.Murtagh@lw.com>, Cohen, Jeffrey <JCohen@lowenstein.com>, Chafetz, Eric <EChafetz@lowenstein.com>
> **Subject:** RE: VPX - Documents/Materials in the Possession of the Owocs
>
> The Committee would also like to know, to the extent not already covered by the inquiries below, when the review of the documents found on the device(s) by counsel began; when it was completed; and what criteria was used for "responsiveness" (as I understand that term came up in today's conversation with Amy). It also goes without saying that this additional, recently-disclosed data must be maintained and not destroyed in all its forms. Among other things, this includes, for evidentiary purposes, the original devices. Under these extraordinary circumstances, to the extent the devices are in possession of the Owocs at this time, or they are at any time left alone with the devices, we consider this to be additional evidence of the ethical and legal failures that came to light today.

1

**Rachel Maimin**
Partner
Lowenstein Sandler LLP

T: (212) 419-5876
M: (917) 455-5739

 



---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Tuesday, June 13, 2023 2:10 PM
**To:** bss@slp.law
**Cc:** PDorsey@slp.law; JGuso@bergersingerman.com; MNiles@bergersingerman.com; Andrew.Sorkin@lw.com; Hugh.Murtagh@lw.com; Maimin, Rachel <RMaimin@lowenstein.com>; Cohen, Jeffrey <JCohen@lowenstein.com>; Chafetz, Eric <EChafetz@lowenstein.com>
**Subject:** VPX - Documents/Materials in the Possession of the Owocs

Brad –

Following our discussion this morning in which you advised for the first time – after the hearing – that Mr. Owoc has had access to materials responsive to discovery, including company documents, that have not been produced. You further advised that these materials were extracted from one or more device in his possession. In response, we asked that you provide to us, no later than COB today, certain relevant information. Below is an initial list of what we need to evaluate the situation:

- Identify the device or devices in question, including:
    - Common description (brand/model/etc.);
    - Serial number (or other identifying information);
    - When the device was purchased (if known);
    - Who paid for the device (was it paid for with company funds);
    - When the device came into the possession of the Owocs;
    - For what purpose was the device used prior to the termination of the Owocs on or about March 9, 2023;
    - For what purpose the device has been used or accessed following the termination of the Owocs on or about March 9, 2023; and
    - Where the device is currently located.
- Identify the date on which each such device was first requested by counsel (and by which counsel) and first provided to counsel (and to which counsel).
- For each such device:
    - The date on which the device was first provided to a third party for purposes of reviewing, retrieving or otherwise extracting information;
    - Which counsel was involved (name/firm);
    - Any communications or other documents exchanged with that third party, including but not limited to statements or descriptions of work, invoices, or other documents detailing relevant dates, scope of work, cost, instructions provided, purpose of work performed, and/or findings.
- For each such device:

2

- How many documents have been located on or retrieved from that device;
- Who has reviewed the documents found on the device;
- Where the documents and any copies thereof are now located (database, hard drive, device, etc.); and
- Who has or has had access to those documents.

The Debtors reserve all rights, including to request additional information concerning this issue.

Thank you,

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Fax: +1.213.891.8763
Email: amy.quartarolo@lw.com
http://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.