# **EXHIBIT 15**

## Quartarolo, Amy (LA)

| | |
|---|---|
| **From:** | Quartarolo, Amy (LA) |
| **Sent:** | Thursday, June 15, 2023 11:54 AM |
| **To:** | 'Irwin R. Gilbert'; bss@slp.law |
| **Cc:** | Alexa C. Gebert; bss@slp.law; JGuso@bergersingerman.com; MNiles@bergersingerman.com; Sorkin, Andrew (DC); Murtagh, Hugh (NY); RMaimin@lowenstein.com; JCohen@lowenstein.com; EChafetz@lowenstein.com |
| **Subject:** | RE: [WARNING EXTERNAL EMAIL] VPX Bankrutpcy |

Irwin – We see things differently.  Whether they were once within the privilege is of no moment; they are not now entitled to access any company-related materials that may include privileged information, and neither are you as their counsel.  While I would have assumed you understood that and advised your clients accordingly, we have now placed you on notice and made the request included in my email below.  You'll decide whether or not to comply.  To be clear, this issue is separate and apart from whether your clients contend these devices were "gifts" or otherwise.  You and Mr. Shraiberg have now conceded that your clients wrongfully retained company documents following their termination.  Happy to take that issue to Judge Russin.

Turning to your request for serial numbers, we have previously provided your clients with more than one demand that they return identified devices, and I am going to assume that information has been shared with you by Mr. Shraiberg.  If you contend these are personal devices, then perhaps you'll bring forward receipts that show they were purchased with your clients' own money and not by the company.  Until then, we believe these were company-purchased.

Amy

**From:** Irwin R. Gilbert <IGilbert@conradscherer.com>
**Sent:** Thursday, June 15, 2023 11:37 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; bss@slp.law
**Cc:** Alexa C. Gebert <AGebert@conradscherer.com>; bss@slp.law; JGuso@bergersingerman.com; MNiles@bergersingerman.com; Sorkin, Andrew (DC) <Andrew.Sorkin@lw.com>; Murtagh, Hugh (NY) <Hugh.Murtagh@lw.com>; RMaimin@lowenstein.com; JCohen@lowenstein.com; EChafetz@lowenstein.com
**Subject:** RE: [WARNING EXTERNAL EMAIL] VPX Bankrutpcy

Counsel:

When may I expect the information regarding computer serial numbers?

We are reviewing files to exclude my clients' privileged documents and personal files.  These documents are found on what we believe to be their personal  home computers and are no concern of yours.

Jack and Meg, as officers and managers of VPX have previously viewed the company files…including what you claim to be attorney client privileged documents.  The smell I smell is not smoke from any fire.  It would seem necessary to again view these documents, now recovered, in order to comply with the discovery propounded on them.

Unless responding to that discovery is no longer required, we have to view files to comply with our obligations.

Irwin Gilbert


**Irwin R. Gilbert**
*Senior Partner*

1

**Conrad & Scherer, L.L.P.**
633 South Federal Highway | Eighth Floor
Fort Lauderdale, Florida 33301
(954) 847-3328 | phone
(954) 463-9244 | fax



website | vCard | map | email  

    

**CONFIDENTIALITY NOTE**: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**CIRCULAR 230 NOTICE**: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, June 15, 2023 1:00 PM
**To:** Irwin R. Gilbert <IGilbert@conradscherer.com>
**Cc:** Alexa C. Gebert <AGebert@conradscherer.com>; bss@slp.law; JGuso@bergersingerman.com; MNiles@bergersingerman.com; Andrew.Sorkin@lw.com; Hugh.Murtagh@lw.com; RMaimin@lowenstein.com; JCohen@lowenstein.com; EChafetz@lowenstein.com
**Subject:** RE: [WARNING EXTERNAL EMAIL] VPX Bankrutpcy

**\*\*Warning- This email originated from outside of Conrad & Scherer, LLP\*\***

Irwin –

I am disappointed to learn that you believe this very serious matter is not substantive enough for you to focus on. If you are declining to answer the simple questions that we sent to Mr. Shraiberg on Tuesday, to which he represented to me he would provide responses, then we will raise that issue with the Court.

There is urgency, and your email below makes that all the more clear. You and your client apparently believe that you are free to review company documents that your clients wrongfully retained following their termination and which likely include company-privileged information that neither you nor your clients are entitled to review or access. We request that you immediately stop all review of company documents, and identify specifically what company documents you and your client have reviewed to date.

The Debtors reserve all rights.

**From:** Irwin R. Gilbert <IGilbert@conradscherer.com>
**Sent:** Thursday, June 15, 2023 9:50 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Alexa C. Gebert <AGebert@conradscherer.com>; 'Brad S. Shraiberg' <bss@slp.law>
**Subject:** VPX Bankrutpcy

Counsel:

I represent Jack and Meg Owoc. I understand you have made a series of demands regarding the personal computers used by my clients as well as the data files on those computers.

If you contend that the computers in question are in fact the property of Debtor VPX, this should be easy to resolve.  Please provide me the serial numbers of the computers that are missing from the company according to the company's records.  I will compare those serial numbers to the numbers on the computers in question and see if there is any basis for your claims.  I am informed that VPX kept records of the serial numbers on all of the computers belonging to VPX.  I will then obtain photos of the serial numbers on the Owocks' computers to show you.

My clients have recently received technical assistance that restored their access to a number of emails, etc.  I understand that with respect to VPX emails and documents, VPX is already in possession of 100% of these documents.  However, there are likely attorney/Client privileged documents as well as personal and confidential materials included in this newly accessed data.  Since you are already in possession of 100% of the VPX data, there is no urgency here.  I have asked for a review of the materials to be made to remove the Owock's privileged documents and personal items and then provide you with a PST file of the remainder to supplement earlier discovery requests.

I need to focus on more substantive matters in the short time remaining that your firm will be representing VPX.

Irwin Gilbert



**Irwin R. Gilbert**
*Senior Partner*

**Conrad & Scherer, L.L.P.**
633 South Federal Highway | Eighth Floor
Fort Lauderdale, Florida 33301

(954) 847-3328 | phone
(954) 463-9244 | fax



website | vCard | map | email

   

**CONFIDENTIALITY NOTE:** The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**CIRCULAR 230 NOTICE:** To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal

3

information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.