UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.,* | Case No.  22-17842-PDR |
| Debtors. [1] | (Jointly Administered) |
| _____/ | |

**DEBTORS' *EX-PARTE* MOTION TO FILE EXHIBITS 9 AND 10 TO JOINT
EMERGENCY MOTION FOR AN ORDER (I) HOLDING JOHN H. OWOC
AND MEGAN E. OWOC IN CONTEMPT OF COURT, AND (II)
IMPOSING SANCTIONS UNDER SEAL**

Debtors Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") in the above-captioned chapter 11 cases jointly with the Official Committee of Unsecured Creditors, by and through their respective undersigned counsel, move the Court, on an *ex-parte* basis, for the entry of an order, in substantially the form annexed hereto as **Exhibit 1**, authorizing the Debtors to file Exhibits 9 and 10 to the *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476] under seal. In support of this Motion, the Debtors respectfully represent as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are sections 105(a), 1107(a) and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 5005-1(A)(4).

### Background

4.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

5.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7.      On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

8.      On June 16, 2023, the Debtors, together with the Committee, filed a *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476] (the "Emergency Motion for Contempt"). Certain portions (collectively, the "Transcript Excerpts") of the transcripts of the May 15 and 17, 2023, videotaped deposition of John H. Owoc, and the May 10 and 22, 2023, videotaped deposition of Megan E. Owoc (collectively, the "Transcripts") are attached as Exhibits 9 and 10, respectively, to the Emergency Motion for Contempt.

9.      In an abundance of caution, the Transcripts were designated as confidential by the Debtors at the time the depositions of Mr. and Mrs. Owoc were conducted as they contain

discussions relating to the Debtors' confidential documents, documents that were produced by the Debtors that are stamped confidential, and discussions about the Debtors' business information.

### Relief Requested

10.     By this Motion, the Debtors request authority to file the Transcript Excerpts (Exhibits 9 and 10 to the Emergency Motion for Contempt) under seal, pursuant to Local Rule 5005-1, in order to protect the confidential designation of the Transcripts.

### Authority for the Relief Requested

11.     Section 107(b) the Bankruptcy Code, as effectuated through Bankruptcy Rule 9018, provides the mechanism though which a bankruptcy court can, if justice so requires, protect an entity with respect to a "trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b)(1).   Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires … to protect the estate or any entity in respect of a trade secret or other confidential research …."  Fed.R.Bankr.P. 9018.

12.     Commercial information includes, among other things, any information that would cause "an unfair advantage to competitors by providing them information as to the commercial operations of the debtor."   *In re Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994).

13.     The Debtors submit that under the circumstances of these cases, maintaining the confidentiality of the Transcripts falls within the scope of commercial information that may be protected pursuant to section 107(b)(1).

14.     For these reasons, the Debtors respectfully request authority to file the Transcript Excerpts (Exhibits 9 and 10 to the Emergency Motion for Contempt) **under seal**, as permitted by Local Rule 5005-1.

15.     The Debtors further request that the Transcript Excerpts be maintained under seal by the Clerk, even after the administrative closing of the Debtors' chapter 11 cases, or in any conversion to chapter 7 cases.

16.     The undersigned counsel has conferred with counsel for Committee, as well as with the Office of the United States Trustee as to the relief requested herein, and has been advised that neither the Committee nor the United States Trustee has any objection to this Motion.

**WHEREFORE,** for the reasons set forth above, the Debtors respectfully request entry of an order, substantially in the form annexed hereto as **Exhibit 1**, (i) authorizing the Debtors to file the Transcript Excerpts (Exhibits 9 and 10 to Emergency Motion for Contempt), **under seal**; (ii) directing the Clerk of the Court to maintain the Transcript Excerpts **under seal** even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases, and (iii) granting such other and further relief as is just and proper.

Dated: June 16, 2023                                     Respectfully submitted,
        Miami, Florida

                                                         */s/ Jordi Guso*

George A. Davis (admitted *pro hac vice*)                Jordi Guso
Tianjiao ("TJ") Li (admitted *pro hac vice*)             Florida Bar No. 863580
Brian S. Rosen (admitted *pro hac vice*)                 Michael J. Niles
Jonathan J. Weichselbaum (admitted *pro hac vice*)       Florida Bar No. 107203
**LATHAM & WATKINS LLP**                                 **BERGER SINGERMAN LLP**
1271 Avenue of the Americas                              1450 Brickell Avenue, Suite 1900
New York, NY 10020                                       Miami, FL 33131
Telephone:  (212) 906-1200                               Telephone:  (305) 755-9500
Email:  george.davis@lw.com                              Email:  jguso@bergersingerman.com
        tj.li@lw.com                                             mniles@bergersingerman.com
        brian.rosen@lw.com
        jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.* | Case No. 22-17842-PDR (Jointly Administered) |
| Debtors.[1] | |

_____/

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION TO FILE EXHIBITS 9 AND 10 TO JOINT EMERGENCY MOTION FOR AN ORDER (I) HOLDING JOHN H. OWOC AND MEGAN E. OWOC IN CONTEMPT OF COURT, AND (II) IMPOSING SANCTIONS UNDER SEAL**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to File Exhibits 9 and 10 to Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions Under Seal* (the "Motion") [ECF No.

---

[1]   The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12217518-1

___] filed by the Debtors.[2]  The Motion seeks entry of an order authorizing the Debtors to file the Transcript Excerpts (Exhibits 9 and 10 to the *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476]) under seal.    The Court, having considered the Motion, having noted that the Committee and the Office of the United States Trustee have no objection to the Motion, and upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.    Accordingly, it is

      **ORDERED** as follows:

      1.      The Motion is **GRANTED**.

      2.      The Debtors are authorized to file the Transcript Excerpts (Exhibits 9 and 10 to the *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476]) under seal in accordance with Local Rule 5005-1.

      3.      The Transcript Excerpts shall be maintained under seal even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases of the Debtors.

      4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com
*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*