UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**GRAPHIC PACKAGING INTERNATIONAL, LLC'S OBJECTION TO SECOND SUPPLEMENTAL NOTICE OF (I) EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH A SALE OF THE DEBTORS' ASSETS AND (II) THE PROPOSED CURE AMOUNTS**

Creditor Graphic Packaging International, LLC ("GPI"), files this objection (the "Supplemental Objection") to the *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF #1460] (the "Second Supplemental Notice"), and in support states as follows:

## BACKGROUND

1. On March 31, 2023, GPI filed its objection (the "Initial Objection") [ECF # 1102] to the Debtors' initial and supplemental notices of executory contracts and unexpired leases that may be assumed [ECF #893 and 995].

2. On June 13, 2023, the Debtors filed their Second Supplemental Notice containing the following three additional entries associated with GPI:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| No. | Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|---|
| 1953 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated March 29, 2023 | $0.00 |
| 1954 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 14, 2022 | $0.00 |
| 1956 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Agreement for the Sale of Equipment, dated September 2021 | $0.00 |

## OBJECTION

3. GPI objects to the $0.00 cure amounts for the Critical Vendor Agreement (#1953) and the Agreement for the Sale of Equipment, dated September 2021 (#1956).

4. As set forth in GPI's Proof of Claim No. 561 filed on December 19, 2022, which is incorporated by reference herein, GPI is owed at least $1,488,200.00 under the Agreement for the Sale of Equipment, dated September 2021.

5. Moreover, if and to the extent that the Debtors are in default under the Critical Vendor Agreement, the Debtors must also cure such post-petition defaults as of the date of the proposed assumption and assignment in accordance with Bankruptcy Code section 365(b)(1). GPI reserves the right to amend this Supplemental Objection to reflect any post-petition defaults.

## RESERVATION OF RIGHTS

6. GPI reserves all rights to supplement, modify or amend this Supplemental Objection as necessary to, among other things (i) object to the assumption and assignment of any other executory contract between GPI and the Debtors included on any supplemental or amended Notice; (ii) object to the proposed cure amounts thereunder; (iii) object to any other relief sought by the Debtors with respect to any agreement to which GPI and any of the Debtors are parties. Nothing set forth herein shall constitute a waiver, discharge or disallowance of any and all rights, claims, causes of action and defenses that GPI has asserted, or may assert, with respect to any claims, including administrative claims, against the Debtors.

**WHEREFORE**, GPI respectfully requests that the Court enter an order (i) denying the assumption unless the full cure amounts are paid; and (ii) granting such other and further relief as may be just and proper.

Dated:  June 19, 2023            Respectfully submitted,

                                                /s/ Ronald Bruckmann
David H. Conaway (NC Bar #10648)
*Pending Admission Pro Hac Vice*
Ronald D.P. Bruckmann (FL Bar # 84912)
SHUMAKER, LOOP & KENDRICK, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280
Telephone:  704.375.0057
dconaway@shumaker.com
rbruckmann@shumaker.com

*Attorneys for Graphic Packaging International, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 19, 2023 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

*/s/ Ronald Bruckmann*
*Counsel for Graphic Packaging International, LLC*