**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                                 Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                 Chapter 11
et. al.,

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting CM Builders, Inc.'s Motion to Allow Late-filed Claim as Timely* [ECF# 1467], was served on all counsel of record and interested parties identified in the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 20, 2023.

Dated: June 20, 2023

                                                 **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
                                                 *Local Counsel to Integrated Masonry*
                                                 9130 S. Dadeland Blvd., Suite 1800
                                                 Miami, FL 33156
                                                 Telephone: (305) 670-5000
                                                 Facsimile: (305) 670-5011

                                                 By: */s/ Jerry M. Markowitz*
                                                      Jerry M. Markowitz
                                                      Fla. Bar No.: 182420
                                                      jmarkowitz@mrthlaw.com

## Service List

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**    aja@devaronalaw.com
- **Aleksas Barauskas**    abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Richard J Bernard**    richard.bernard@faegredrinker.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Rudy J Cerone**    rcerone@mcglinchey.com, lgraff@mcglinchey.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Isabel V Colleran**    isabel.colleran@blaxgray.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@mcglinchey.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com

- **Michael R Dal Lago**  mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com
- **Matthew G Davis**  mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**  ddesouza@bastamron.com, jmiranda@bastamron.com
- **Patrick R Dorsey**  pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Ronald M Emanuel**  ron.emanuel@emzwlaw.com, marsha.dror@emzwlaw.com;eservice@emzwlaw.com
- **Jason Enright**  jenright@winstead.com
- **Brendan S Everman**  beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **G Steven Fender**  steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**  keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**  edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**  dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Irwin R Gilbert**  igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com
- **Michael I Goldberg**  michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**  egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Joe M. Grant**  jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**  ahammer@hmblaw.com, ecfnotices@hmblaw.com

- **Andrea S. Hartley**   andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**   rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**   dharvath@harvathlawgroup.com
- **Nicole Grimal Helmstetter**   nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com
- **Phillip M. Hudson III**   pmhudson@duanemorris.com, gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com
- **Christopher R Kaup**   crk@tblaw.com, mburns@tblaw.com
- **Craig I Kelley**   craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**   scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**   hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**   gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**   mkye@kyelaw.com
- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Amy Leitch**   amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com
- **Peter H Levitt**   plevitt@shutts-law.com, sboisvert@shutts.com
- **Justin M Luna**   jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz**   nmaoz@ktbslaw.com
- **Isaac M Marcushamer**   isaac@dgimlaw.com, colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**   jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola**   Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath**   bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza**   jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com

- **Fernando J Menendez**   fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Jacob D Morton**   jacob.morton@hklaw.com
- **Megan W Murray**   mmurray@underwoodmurray.com, dstrand@underwoodmurray.com
- **Klaus Peter Muthig**   muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**   aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**   mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**   joe@packlaw.com
- **Jimmy D. Parrish**   jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Justin D Plean**   justin.plean@qpwblaw.com
- **Amanda E Preston**   amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**   vrabinowitz@sfl-law.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Kenneth Scott Reynolds**   scott@sgazlaw.com
- **Aliette D Rodz**   arodz@shutts.com
- **Mark S. Roher**   mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**   arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**   iross@sidley.com
- **Steven R Safra**   Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**   mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole**   das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Martin L Sandler**   martin@sandler-sandler.com
- **Michael D. Seese**   mseese@seeselaw.com, sseward@seeselaw.com

- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Steven J. Solomon**   steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Andrew Sorkin**   andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **Annie Yang Stoops**   annie.stoops@afslaw.com
- **Carolyn Tatkin**   tatkin@radixlaw.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**   ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes**   steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov
- **Mark J Wolfson**   mwolfson@foley.com, crowell@foley.com