Form CGFCRD3C  (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–17842–PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65–0668430

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Emergency Motion For Contempt (Joint Emergency Motion of Debtors and Official Committee of Unsecured Creditors for an Order Holding John H. Owoc and Megan E. Owoc in Contempt of Court), in addition to Emergency Motion For Sanctions Against John H. Owoc and Megan E. Owoc (Expedited Hearing Requested) Filed by Debtor Vital Pharmaceuticals, Inc. (Attachments: # 1 Exhibit 1 – Letter dated March 9, 2023 to J. Owoc # 2 Exhibit 2 – Letter dated March 9, 2023 to M. Owoc # 3 Exhibit 3 – Letter dated March 22, 2023 to Counsel for Owocs, Justin Luna # 4 Exhibit 4 – Emails to Owoc Counsel, Jeremy Fischer # 5 Exhibit 5 – Email from Owoc Counsel, Jeremy Fischer # 6 Exhibit 6 – Emails to Owoc Counsel (Brad Shraiberg and Patrick Dorsey) # 7 Exhibit 7 – Transcript of April 25, 2023 Hearing # 8 Exhibit 8 – Email dated April 22, 2023 from Committee Counsel to Counsel for Owocs # 9 Exhibit 9 – Transcript Excerpt of J. Owoc Deposition (Request to File Under Seal Pending) # 10 Exhibit 10 – Transcript Excerpt of Deposition of M. Owoc (Request to File Under Seal Pending) # 11 Exhibit 11 – Email dated June 13, 2023 to Counsel for Owocs # 12 Exhibit 12 – Email dated June 13, 2023 from Counsel to Owocs # 13 Exhibit 13 – Email dated June 13, 2023 from Debtors' Counsel to Counsel for Owocs # 14 Exhibit 14 – Email dated June 14, 2023 from Owocs' Counsel # 15 Exhibit 15 – Email dated June 15, 2023 from Counsel to Owocs, Irwin R. Gilbert) (Guso, Jordi) (1476)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:** June 22, 2023
    **Time:** 01:30 PM
    **Location:** U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301

2. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Dated: 6/20/23**　　　　　　　　　　　　　　　　**CLERK OF COURT**
　　　　　　　　　　　　　　　　　　　　　　　　By: Melva Weldon
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy