UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]   Case No.: 22-17842-PDR

           Debtors.

Chapter 11
(Jointly Administered)

_____/

**JOINT NOTICE OF SUBSTITUTION OF COUNSEL**

The undersigned counsel, pursuant to Local Rule 2091-1(B), hereby give notice that Jonathan S. Feldman, Esq. and the law firm of Phang & Feldman, P.A. are substituting into the above-captioned, jointly administered bankruptcy cases for Bradley Shraiberg, Esq., Patrick Dorsey, Esq. and the law firm of Shraiberg Page P.A. as counsel of record for John H. Owoc, Megan Owoc, Elite Island, LLC and Entourage IP Holding, LLC (together, the "Clients").

The Clients consent to such substitution of counsel.

All future correspondence, pleadings, notices, and other court filings to the Clients should be directed to:

Jonathan S. Feldman, Esq.
Phang & Feldman, P.A.
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
Email: feldman@katiephang.com

[Signature Page Follows]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00557670}

| | |
|---|---|
| PHANG FELDMAN, P.A. | SHRAIBERG PAGE P.A. |
| */s/ Jonathan S. Feldman* | */s/ Bradley S. Shraiberg* |
| Jonathan S. Feldman, Esq. | Bradley S. Shraiberg, Esq. |
| Florida Bar No. 12682 | Florida Bar No. 121622 |
| 2 South Biscayne Blvd, Suite 1600 | 2385 NW Executive Center Dr., #300 |
| Miami, FL 33131 | Boca Raton, FL 33431 |
| Tel.: (305) 614-1223 | Tel: (561) 443-0800 |
| Email: feldman@katiephang.com | Email: bss@slp.law |

*/s/ Patrick Dorsey*
Patrick Dorsey, Esq.
Florida Bar No. 0085841
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431
Tel: (561) 443-0800
Email: pdorsey@slp.law

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on June 20, 2023.

SHRAIBERG PAGE P.A.
Attorneys for the Owocs
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By:     /s/ Bradley Shraiberg
          Bradley Shraiberg
          Fla Bar No. 121622