UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ECF NO. 1100 AND ECF NO. 1172

Creditors Circle K Procurement and Brands, Ltd. ("**CK Brands**") and Circle K Stores Inc. ("**CK Stores**" and, together with CK Brands, "**Circle K**"), by and through undersigned counsel, and based upon the *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assignment in Connection with a Sale of the Debtors' Assets and (II) The Proposed Cure Amounts with Respect Thereto* (ECF No. 1460) (the "**Second Amended Cure Notice**"), hereby withdraws Circle K's (i) *Objection of Circle K Procurement and Brands, Ltd. and Circle K Stores Inc. to the Debtors' Initial and Amended Notices of Executory Contracts and Unexpired Leases That may be Assumed and Assigned in Connection With Sale of the Debtors and the Proposed Cure Amounts with Respect Thereto* (ECF No. 1172) and (ii) *Reservation of Rights of Circle K Procurement and Brands, Ltd. and Circle K Stores Inc. Regarding the Debtors' Cure Notices* (ECF No. 1100), without prejudice, in the above-referenced bankruptcy proceeding.[2]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Circle K reserves all rights in connection herewith, including, without limitation, (i) in respect of the Second Amended Cure Notice and any representations thereto, (ii) any and all rights, objections and arguments should the Second Amended Cure Notice be further amended, supplemented, or revised, and (iii) in respect of the removal of Circle K from the list of contracts that may be assumed and assigned by the Debtors. For avoidance of doubt, nothing herein is intended to limit or modify Circle K's rights related to its proofs of claim. Circle K expressly reserves all rights in connection therewith.

00760654.DOCX 6

Dated: June 20, 2023

Respectfully submitted,

**BAST AMRON LLP**
One Southeast Third Avenue
Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: ddesouza@bastamron.com
Email: jleggett@bastamron.com

By: */s/ Dain de Souza*
Dain de Souza, Esq. (FBN93708)
Jaime B. Leggett, Esq. (FBN 1016485)

and

**CHIPMAN BROWN CICERO & COLE, LLP**
Robert A. Weber (admitted *pro hac vice*)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0196
Email: Weber@chipmanbrown.com

*Counsel for Circle K Procurement and Brands, Ltd. and Circle K Stores Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

*/s/ Dain de Souza*
Dain de Souza