**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before June 13, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A** and on one (1) confidential party not included herein:

- **Notice of Adjournment of Auction** (Docket No. 1394)

Furthermore, on or before June 13, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit B**, and thirty-two (32) confidential parties not included herein:

- **Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines** (Docket No. 1416)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Notice of Hearing re Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief [ECF No. 707], Notice of Extension of Certain Sale-Related Deadlines [ECF No. 1283]; and Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines [ECF No. 1416]** (Docket No. 1417)

Dated: June 20, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**

 STRETTO

**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Christopher Richard Campello | 315 W Winston Rd | | Anaheim | CA | 92805-6039 |
| David A Gil | 149 Dunham Rd | | Columbia | SC | 29209-4364 |
| InfinityQS International Inc. | 4221 W Boy Scout Blvd | Ste 390 | Tampa | FL | 33607-5780 |
| Malcom Roberts | 600 River Birch Ct | Apt 422 | Clermont | FL | 34711-5138 |
| Sticky.IO | 150 Spear St | Ste 900 | San Francisco | CA | 94105-5118 |
| The Kent Companies | 3510 N A St | | Midland | TX | 79705-5427 |
| Transcat, Inc. Pippettes.com, A Transcat Company | 113 Cedar St | Ste S3 | Milford | MA | 01757-1192 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 86, LLC Matter Media Group Sage Rosen | | 1187 Piedra Morada Dr | | Pacific Plsds | CA | 90272-1902 |
| Aaron J Uson | | 2232 12th St | Apt 427 | Everett | WA | 98201-1879 |
| Agropur Inc. | | 3805 Freedom Rd | | Appleton | WI | 54913-9304 |
| Alexander Bracamonte | | 7402 N 84th Ave | | Glendale | AZ | 85305-3901 |
| Alexander Kline | | 4018 W Hayduk Rd | | Laveen | AZ | 85339-1242 |
| Alexandra Cueva Clarke | | 6263 Topanga Canyon Blvd | Apt 752 | Woodland Hls | CA | 91367-8082 |
| Alexis N. Henderson | | 1231 Arapaho St | | Jupiter | FL | 33458-6827 |
| Alfonso Razo | | 6105 Hudson St | | Commerce City | CO | 80022-3223 |
| Alfredo Nieves | | 31812 Allen Ave | | Homeland | CA | 92548-9503 |
| Anibal Jose Hernandez | | 8020 East Dr | Apt 318 | North Bay Village | FL | 33141-4141 |
| Anthony Clayton | | 56 Kramer Ct | | Florence | NJ | 08518-4033 |
| Anthony David Dolson | | 9050 W Warm Springs Rd | Unit 1040 | Las Vegas | NV | 89148-3828 |
| Anthony Fernandez | | 7036 S 7th Ln | | Phoenix | AZ | 85041-6761 |
| Arandy Reyna Meraz | | 3730 S Mill Ave | Apt J202 | Tempe | AZ | 85282-4943 |
| Bayardo Detrinidad | | 6307 114th Ave E | | Parrish | FL | 34219-3410 |
| Better Brands, Inc. | | 4377 N Kings Hwy | Ste 217 | Myrtle Beach | SC | 29577-2773 |
| Brian Mcirvin | | 3208 G St | | Vancouver | WA | 98663-2740 |
| Brooke Buckman Curry | | 12606 NW 12th Ct | | Sunrise | FL | 33323-3130 |
| Brooke Hall Underscore Talent Management | | 1 Sanctuary Peak Ct | | Henderson | NV | 89012-7307 |
| Carla Adams | | 10641 SW 108th Ave | Apt 3E | Miami | FL | 33176-8119 |
| Christina Diaz | | 533 SW Fields Ave | | Port St Lucie | FL | 34953-4006 |
| Christopher Rosendo | | 320 Stonewall St | | Jackson | TN | 38301-5020 |
| Christopher Uriah Smith | | 921 NW 79th Ter | | Plantation | FL | 33324-1472 |
| ChromaDex, Inc. | | 1735 Flight Way | Ste 200 | Tustin | CA | 92782-1841 |
| Claire Olinda Hughes | | 90610 Enterprise Dr | | Scottsbluff | NE | 69361-7528 |
| Cox Oil Company | | 710 S 1st St | | Union City | TN | 38261-5008 |
| Cristiano Silva | | 1600 E Sunrise Blvd | Apt 3615 | Ft Lauderdale | FL | 33304-2380 |
| David A Gil | | 149 Dunham Rd | | Columbia | SC | 29209-4364 |
| David Kizer | | 1535 San Almada Rd | | Corona | CA | 92882-7903 |
| David Nebieridze | | 13105 Ixora Ct | Apt 207 | North Miami | FL | 33181-2319 |
| Dina Barela | | 10323 Mint Leaves St | | Las Vegas | NV | 89183-4286 |
| Direct Connect Logistix, Inc | Attn: Marc Vreeland | 130 S Meridian St | | Indianapolis | IN | 46225-1046 |
| Diversified Diving Services, Inc | | 2901 NE 18th St | | Pompano Beach | FL | 33062-3133 |
| DJ Stryker LLC Dennis Stricker | | 3125 SW Letchworth St | | Port St Lucie | FL | 34953-4563 |
| Feldmeier Equipment Inc. | | 6715 Brooklawn Pkwy | | Syracuse | NY | 13211-2103 |
| Fritz C Tilus | | 5424 Gate Lake Rd | | Tamarac | FL | 33319-1901 |
| Genesis Global Workforce Solutions | | 2901 SW 149th Ave | Ste 150 | Miramar | FL | 33027-4180 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 3



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Genesis Global Recruiting, Inc. ("Genesis") | | 2901 SW 149th Ave | Ste 150 | Miramar | FL | 33027-4180 |
| Grace Kathleen Mcavoy Costello | | 2930 Barnard St | Unit 8101 | San Diego | CA | 92110-5766 |
| Hans Miguel Hernandez | | 3100 N Course Ln | Apt 109 | Pompano Beach | FL | 33069-5431 |
| Imbera S.A. de C.V. | | 1925 Shiloh Rd NW | Bldg 2-100 | Kennesaw | GA | 30144-6443 |
| Jacob A. Colbin | | 15-2714 Pahoa Village Rd | Unit H1 | Pahoa | HI | 96778-9728 |
| Jacobus Energy, LLC. | | 11414 W Park Pl | Ste 300 | Milwaukee | WI | 53224-3500 |
| Jamell Dennis | | 3030 Belt Line Rd | Apt 1714 | Garland | TX | 75044-6905 |
| Jenna Marie Bonura | | 125 NE 32nd St | Apt 2016 | Miami | FL | 33137-4361 |
| John James Farrar | | 701 SW 148th Ave | Apt 101 | Davie | FL | 33325-3080 |
| John Matheson | | 5422 Twin Creeks Dr | | Valrico | FL | 33596-8286 |
| Jonathan Mayer | | PO Box 18088 | | Phoenix | AZ | 85005-8088 |
| Justin James Richard Cescenti | | 4132 Wheeler Peak Way | | Modesto | CA | 95356-9388 |
| Kaley Lopresti | | PO Box 5711 | | Longview | TX | 75608-5711 |
| Karsten John Pascua Valeros | | 29646 Gracilior Dr | | Escondido | CA | 92026-5905 |
| Kendall Hawkins | | 9137 Hampstead Ave | | Las Vegas | NV | 89145-8522 |
| Leonel Roman | | 10010 NW 6th Ter | | Miami | FL | 33172-4029 |
| Lerby Sylvera | | 5944 NW 93rd Ter | | Tamarac | FL | 33321-4163 |
| Mario C. Angus | | 2286 SW 62nd Ter | | Miramar | FL | 33023-2872 |
| Markstein Beverage Co. of Sacramento | | PO Box 15379 | | Sacramento | CA | 95851-0379 |
| Mary Kate Winter | | 1025 Sharon Loopse | | Salem | OR | 97306-1572 |
| Matagrano, Inc. | | 25858 Clawiter Rd | | Hayward | CA | 94545-3213 |
| MBI Industrial Medicine Inc. | | 77 E Thomas Rd | Ste 230 | Phoenix | AZ | 85012-3100 |
| McGlinchey Stafford, LLC | | 101 NE 3rd Ave | Ste 1810 | Ft Lauderdale | FL | 33301-1279 |
| Meghan Mcfarland | | 408 NE 6th St | Unit 320 | Ft Lauderdale | FL | 33304-6406 |
| Melanie San Roman | | 4221 Old Denton Rd | Apt 12108 | Carrollton | TX | 75010-2349 |
| Mercedes Goldseth | | 75476 Pondside Ln | | Yulee | FL | 32097-0165 |
| Nicholas Hopkins | | 54 E Minerva Rd | | Lindenhurst | NY | 11757-6819 |
| Nini V. Nieves | | 28250 S Dixie Hwy | Apt 407 | Homestead | FL | 33033-1680 |
| Orthodox Union | | 40 Rector St | Fl 4 | New York | NY | 10006-1733 |
| Patrick Michael Flynn | | 8250 N Grand Canyon Dr | Unit 1081 | Las Vegas | NV | 89166-3729 |
| Paul Stephen Soto | | 2002 E Houghton Ave | | Spokane | WA | 99217-8705 |
| Pelican Insurance Agency, Inc. | | 6991 W Broward Blvd | Ste 104 | Plantation | FL | 33317-2907 |
| Pepsi Cola Bottling Co of Eastern Oregon | | 2404 E H Ave | | La Grande | OR | 97850-3808 |
| Phaidon International (US) Inc. | | 711 3rd Ave | Fl 3 | New York | NY | 10017-9214 |
| Rachael S Esenwein | | 4851 Lazy Timbers Dr | | Humble | TX | 77346-4456 |
| Rebekah Shay Chaves | | 7290 Edinger Ave | Unit 4013 | Huntingtn Bch | CA | 92647-0945 |
| Robert Gary Miller | | 1611 Timbertop St | Apt 108 | Lancaster | OH | 43130-0167 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Robert Joseph Goode III | | 49 Peninsula Dr | | Mill Spring | NC | 28756-4814 |
| Roberto Lamboy | | 4100 Rossi Way | | Lorain | OH | 44053-1645 |
| Ryan H Cobb | Ryan H Cobb | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Ryan H Cobb [Ryan Hawkins Cobb] | | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Ryan Hawkins Cobb | | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Samantha Ellen Deutch | | 1305 Rolling Fld | | New Braunfels | TX | 78132-0127 |
| Samantha Rada | | 12506 Druids Glen Dr | | Pineville | NC | 28134-7326 |
| Steven Douglas Associates LLC | Attn: Shari Gottlieb | 13450 W Sunrise Blvd | Ste 200 | Sunrise | FL | 33323-2915 |
| Steven Vargas Cardozo | | 9200 E Bay Harbor Dr | Apt 8 | Bay Harbor Islands | FL | 33154-2745 |
| Sun State Landscape Management | | 4022 W Lincoln St | | Phoenix | AZ | 85009-5308 |
| Susan Lynn Jones | | 1145 Fairlake Trce | Apt 1811 | Weston | FL | 33326-2813 |
| VPX & JHO vs. Ignite Int'l & Gracely et al. (2021) | Ignite Beverages, Inc | 5990 W Patrick Ln | | Las Vegas | NV | 89118-2739 |
| Xiaoxi Liao | | 670 E Algonquin Rd | Unit 4305 | Schaumburg | IL | 60173-3857 |
| Zhihui Zheng | | 941 SW 104th Ct | | Miami | FL | 33174-2616 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 3 of 3