**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>       Debtors.                         / | Case No.: 22-17842-PDR<br>Chapter 11<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the following documents filed by Creditor and Interested Party John H. Owoc, were served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on June 20, 2023:

**Notice of Hearing on the Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC [D.E. 1487];** and

**Notice of Hearing on the Motion for Entry of Order for Committee of Unsecured Creditors to Show Cause Why Sanctions Should Not Be Imposed for Violations of the Court's Protective Order and Confidentiality Agreement and for Other Relief [D.E. 1489].**

Dated: June 21, 2023

                                                      Respectfully submitted,

                                                      By: */s/ Irwin R. Gilbert*

                                                      IRWIN R. GILBERT
                                                      *Counsel for Creditor and Interested Party*
                                                      *John H. Owoc*
                                                      Florida Bar No. 099473
                                                      **CONRAD & SCHERER, LLP**
                                                      633 South Federal Highway
                                                      Fort Lauderdale, FL 33301
                                                      Tel: (954) 847-3328 | Fax: (954) 463-9244
                                                      Email: IGilbert@conradscherer.com