# AMENDED EXHIBIT A

## DECLARATION OF PROPOSED VISITING ATTORNEY

I, Derek L. Wright, am a member in good standing of the bar of the states of New York and Illinois. I am a member in good standing of the bar of the United States District Courts for the Southern District of New York and Northern District of Illinois, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Creditor and Interested Party, John H. Owoc ("Mr. Owoc"). I designate Irwin R. Gilbert ("Local Counsel"), who is qualified to practice in this court, as local counsel for Mr. Owoc. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of Mr. Owoc, and accept service of all papers served in such cases and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2023.

By: */s/ Derek L. Wright*
Derek L. Wright
NY Bar No. 5228168
IL Bar No. 6276201
dwright@mayerbrown.com
