

**ORDERED in the Southern District of Florida on June 20, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING *EX PARTE* MOTION TO RESTRICT ACCESS TO
INFORMATION SUBJECT OF CONFIDENTIALITY AGREEMENT**

**THIS MATTER** came before the Court on an *ex parte* basis, upon the *Ex Parte Motion to Restrict Access to Information Subject of Confidentiality Agreement* (the "Motion") [Docket No. 1469], filed by the Official Committee of Unsecured Creditors' (the "Committee"). The Court, having considered the Motion, and having found good cause for the relief set forth herein, hereby

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**ORDERS** that**:**

1. The Motion is **GRANTED.**

2. Docket No. 1458 is RESTRICTED from public view.  The Clerk is directed to take all steps necessary to ensure compliance with this Order.

3. The Committee is authorized to refile the Objection under seal.  The Clerk shall maintain such filing under seal and not otherwise make such document public except if required by Court order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:	(305) 372-8282
Facsimile:	(305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*