

ORDERED in the Southern District of Florida on June 20, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.* | Case No. 22-17842-PDR |
| | (Jointly Administered) |
| Debtors.[1] | |

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO FILE EXHIBITS 9 AND 10 TO JOINT EMERGENCY MOTION FOR AN ORDER (I) HOLDING JOHN H. OWOC AND MEGAN E. OWOC IN CONTEMPT OF COURT, AND (II) IMPOSING SANCTIONS UNDER SEAL**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to File Exhibits 9 and 10 to Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions Under Seal* (the "Motion") [ECF No.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12217518-1

1477] filed by the Debtors.[2]  The Motion seeks entry of an order authorizing the Debtors to file the Transcript Excerpts (Exhibits 9 and 10 to the *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476]) under seal.   The Court, having considered the Motion, having noted that the Committee and the Office of the United States Trustee have no objection to the Motion, and upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.   Accordingly, it is

    **ORDERED** as follows:

    1.        The Motion is **GRANTED**.

    2.        The Debtors are authorized to file the Transcript Excerpts (Exhibits 9 and 10 to the *Joint Emergency Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (II) Imposing Sanctions* [ECF No. 1476]) under seal in accordance with Local Rule 5005-1.

    3.        The Transcript Excerpts shall be maintained under seal even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases of the Debtors.

    4.        The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com
*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*