

ORDERED in the Southern District of Florida on June 20, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |

### ORDER GRANTING DEBTORS' EX PARTE MOTION TO SHORTEN TIME FOR JOHN H. OWOC TO RESPOND TO DISCOVERY IN CONNECTION WITH CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF JHO REAL ESTATE INVESTMENT, LLC

THIS MATTER came before the Court without a hearing on the *Debtors' Ex Parte Motion To Shorten Time For John H. Owoc To Respond To Discovery In Connection With Creditor and Interested Party John H. Owoc's Emergency Motion To Dismiss Chapter 11*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Bankruptcy of JHO Real Estate Investment, LLC* [ECF No. 1483] (the "Motion").  The Court having reviewed the Motion and the record in these Chapter 11 Cases, finding good cause to grant the relief sought in the Motion, and being otherwise fully advised in the premises, does

**ORDER AND ADJUDGE** as follows:

1. The Motion is GRANTED.

2. The time for responding to the Debtors' discovery in connection with Motion to Dismiss is shortened as follows: John H. Owoc shall (a) respond and produce documents responsive to the Requests on or before June 23, 2023 at 12:00 p.m., and (b) appear for deposition on June 26, 2023 at 9:00 a.m.

3. The Court retains jurisdiction in interpret and enforce this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*