UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF THE LIMITED OBJECTION OF WEBB & GERRITSEN, INC. TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS [ECF NO. 1094]**

Webb & Gerritsen, Inc., by and through their undersigned counsel, pursuant to the *Debtors' Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Webb & Gerritsen, Inc.* [ECF No. 1384], approved by and subject to the *Order Granting Debtors' Motion to Approve Compromise Between (i) Debtor, Vital Pharmaceuticals, Inc.; and (ii) Webb & Gerritsen, Inc.,* entered June 16, 2023 [ECF No. 1444], hereby withdraws, with prejudice, the *Limited Objection of Webb & Gerritsen, Inc. to Sale of Substantially All of the Debtor's Assets* [ECF No. 1094].

Dated: June 21, 2023

Respectfully submitted,

FOLEY & LARDNER LLP
By: */s/ Mark J. Wolfson*
Mark J. Wolfson (FL Bar No. 0352756)
*Counsel to Webb & Gerritsen, Inc.*
100 North Tampa Street
Suite 2700
Tampa, Florida 33609
(813) 225-4119
Primary email: mwolfson@foley.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2023, a true and correct copy of the foregoing has been filed through the CM/ECF, which will send notice to all those registered recipients.

*/s/ Mark J. Wolfson*
Attorney