UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,    Case No.: 22-17842-PDR

Chapter 11
Debtors.                                                    (Jointly Administered)
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Jonathan S. Feldman, Esq. and the law firm of Phang & Feldman, P.A. give notice of their appearance as counsel for **John H. Owoc, Megan Owoc, Elite Island, LLC and Entourage IP Holding, LLC** and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections 342 and 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

Jonathan S. Feldman, Esq.
Phang & Feldman, P.A.
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Tel: (305) 614-1223 // Fax: (305) 614-1887
feldman@katiephang.com
service@katiephang.com

Case No.: 22-17842-PDR<br>
Page **2** of **2**

Dated: June 21, 2023    Respectfully submitted,

                              PHANG & FELDMAN, P.A.
                              2 S. Biscayne Boulevard, Suite 1600
                              One Biscayne Tower
                              Miami, Florida 33131
                              Telephone: (305) 614-1223

                                         */s/ Jonathan S. Feldman*
                                         Jonathan S. Feldman (12682)
                                         feldman@katiephang.com
                                         service@katiephang.com

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

                                           */s/ Jonathan S. Feldman*
                                           Jonathan S. Feldman (12682)
                                         feldman@katiephang.com
                                         service@katiephang.com



**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**
