# EXHIBIT "A"

## **DECLARATION OF JOHN H. OWOC**

I, John H. Owoc, declare as follows:

1. I am over the age of eighteen and am competent to testify to the matters contained herein. All facts set forth in this declaration are based upon my personal knowledge.

2. I submit this declaration in opposition to the *Joint Motion for an Order (I) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (ii) Imposing Sanctions* [D.E. 1476].

3. On March 9, 2023, when VPX terminated me, my remote access to company materials, including my ceo@bangenergy.com email with was disabled by VPX.

4. This caused considerable difficulty for me. I used this email address for 25 years and all of my personal email correspondence was through this address. For example, invoices for my personal insurance policies were not received or paid and my insurance was lost. This is but the tip of the iceberg of damage caused to my family because we were completely cut off from these communications.

5. When I gathered documents in response to the Debtors 2004 Notices requesting, I did not produce any emails or other materials because I thought the only way they could be accessed was through my corporate email account which had been disabled.

6. I was deposed on May 15 and 17, 2023. At those depositions, I testified honestly regarding my production of responsive documents to the subpoenas issued to me.

7. After those depositions, I came to understand that there may be some company related materials located on the hard drive of my personal computer.

8. The first time that I accessed these materials was in late May 2023.

9. Although it is likely that the Debtors are already in possession of these materials, I am now processing them with the assistance of my attorneys to protect my own attorney-client privilege, as well as personal financial information and items utterly irrelevant to any aspect of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2023.

By: /s/ John H. Owoc<br>
John H. Owoc