## DECLARATION OF MEGAN E. OWOC

I, Megan E. Owoc, declare as follows:

1. I am over the age of eighteen and am competent to testify to the matters contained herein. All facts set forth in this declaration are based upon my personal knowledge.

2. I submit this declaration in opposition to the *Joint Motion for an Order (i) Holding John H. Owoc and Megan E. Owoc in Contempt of Court, and (ii) Imposing Sanctions* [D.E. 1476].

3. On March 9, 2023, when VPX terminated me, they disabled my access to company materials including my emails that were sent to megliz.owoc@bangenergy.com. They also cut off my personal assistant's email access. Many of my and my husband's personal finances and legal matters were handled by in-house finance and legal at VPX.

4. When I gathered documents in response to the Debtors 2004 Notices, I did not produce any emails or other materials because I thought the only way they could be accessed was through my corporate email account which had been disabled. I did produce numerous documents, including bank statements, invoices, and texts in response to the 2004 Notices.

5. I was deposed on May 10 and 22, 2023. At those depositions, I testified honestly regarding my production of responsive documents to the subpoenas issued to me.

6. Since my deposition, I have become aware that there may be some company related materials located on the hard drive of my personal computer. Although it is likely that the Debtors are already in possession of these materials, I am working with my counsel to get access to these materials on my personal computer, have them reviewed to protect my own attorney-client privilege, as well as personal financial information and items utterly irrelevant to any aspect of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2023.

By: _____
Megan E. Owoc