

ORDERED in the Southern District of Florida on June 21, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

        Debtors.                                                                       Chapter 11
_____/       (Jointly Administered)

### ORDER GRANTING IN PART EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING THIRD PARTY SUBPOENAS

**THIS MATTER** came before the Court for hearing on June 13, 2023, upon the *Emergency Motion for Protective Order Regarding Third Party Subpoenas* (the "Motion"), filed by John H. Owoc and Megan E. Owoc (the "Owocs"). ECF No. 1449. With the Court having reviewed the Motion and being otherwise advised in the premises, and for the reasons stated in the record, which are incorporated herein by reference, it is hereby **ORDERED AND ADJUDGED** that:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00557488}

1. The Motion [ECF No. 1449] is **GRANTED IN PART** as follows.

2. All documents and electronically stored information that is received by the Official Committee of Unsecured Creditors in response to the subpoenas referenced in the Motion is not to be downloaded, reviewed, transmitted or otherwise accessed by any party pending further Order of the Court.

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2467/000/00557488}