UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF SALE HEARING AND RELATED DEADLINES**

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting the relief sought in the Motion,[2] including, among other things, (a) approving the Bidding Procedures for the sale of all or substantially all of the Debtors' assets, including establishing the key dates and times related to the Transaction; (b) authorizing the Debtors to designate stalking horse bidder(s) in connection with the Transaction and to provide bid protections to such stalking horse bidder(s); (c) approving procedures for the assumption and assignment of executory contracts and unexpired leases; (d) approving the form and manner of notices, including the Sale Notice and the Assumption Notice; (e) scheduling dates to conduct the Auction and Sale Hearing; and (f) approving the sale of all or substantially all of the Debtors' assets free and clear of all liens, claims, encumbrances, and interests.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and the Bidding Procedures, the Debtors may extend the dates and deadlines relating to the Transaction in their reasonable discretion and in consultation with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2023, the Debtors filed the *Notice of Modified Sale-Related Dates and Deadlines* [ECF No. 1457], adjourning the Sale Hearing from June 16, 2023 until June 30, 2023 at 10:00 a.m. Prevailing Eastern Time, and notifying parties that June 23, 2023 at 12:00 p.m. Prevailing Eastern Time was the deadline to object to (i) the conduct of the Auction, (ii) the identity of the Successful Bidder or Back-Up

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The "Motion" means the *Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707]. Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Bidder, and (iii) adequate assurance of future performance by the Successful Bidder or Back-Up Bidder (such objection deadline, the "Post-Auction Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in consultation with the Consultation Parties, and as announced at a hearing before the Court on June 22, 2023, the Post-Auction Objection Deadline will **not** be June 23, 2023 at 12:00 p.m. Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined to adjourn the Sale Hearing from June 30, 2023 until a date to be determined. The Debtors will provide advance notice to all interested parties of (i) the new Post-Auction Objection Deadline and (ii) the new date and time of the Sale Hearing, in each case, by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that if and when the Debtors conduct the Auction, it will be held by videoconference via Zoom (or other electronic means), and the Debtors will provide notice to all Qualified Bidders and other invitees. The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors encourage all parties in interest to review the Bidding Procedures Order in its entirety. Parties with questions regarding this notices and other relevant documents may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated Sale Transaction and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

-3-

| | |
|---|---|
| Dated: June 23, 2023<br>       Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)       Jordi Guso
Jonathan J. Weichselbaum (admitted *pro hac vice*)       Florida Bar No. 863580
**LATHAM & WATKINS LLP**       Michael J. Niles
1271 Avenue of the Americas       Florida Bar No. 107203
New York, NY 10020       **BERGER SINGERMAN LLP**
Telephone: (212) 906-1200       1450 Brickell Avenue, Suite 1900
Email: george.davis@lw.com       Miami, FL 33131
       jon.weichselbaum@lw.com       Telephone: (305) 755-9500
     Email: jguso@bergersingerman.com
             mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com
       whit.morley@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

---

[3] Not admitted in Illinois. Admitted in New York.

12227204-1