# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*[1],<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, John H. Owoc, a/k/a Jack Owoc ("Mr. Owoc"), a creditor and equity holder in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the above-referenced debtors (the "Debtors"), requests that the Debtors produce the documents, electronically stored information or objects described and requested in the attached **Exhibit A**, who must permit inspection, copying, testing, or sampling of the materials **on or before July 7, 2023 at 5:00 p.m. EST, at the offices of Conrad & Scherer, LLP, c/o Irwin Gilbert, Esq., 633 South Federal Highway, Suite 800, Fort Lauderdale, FL 33316**.

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Mr. Owoc will examine the Debtors (by one or more of their designated representatives) under oath on **August 7, 2023 at 9:30 a.m. EST**. The examination will be conducted **at the offices of Conrad & Scherer, LLP, c/o Irwin Gilbert, Esq., 633 South Federal Highway, Suite 800, Fort**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**Lauderdale, FL 33316**, and will be recorded by sound, sound-and-visual or stenographic means. The examination may continue from day to day until completed.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order is necessary.

## CERTIFICATION OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System and via electronic mail to counsel of record for the Debtors on June 23, 2023.

Dated: June 23, 2023

**CONRAD & SCHERER LLP**
Irwin R. Gilbert
633 South Federal Highway, Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: igilbert@conradscherer.com
ogonzalez@conradscherer.com

and

**MAYER BROWN LLP**
Douglas E. Spelfogel (*pro hac vice* pending)
Derek L. Wright (*pro hac vice* pending)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 506-1910
Email: dspelfogel@mayerbrown.com
dwright@mayerbrown.com

*Attorneys for John H. Owoc*