

ORDERED in the Southern District of Florida on June 22, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on the Ex Parte Motion to Appear *Pro Hac Vice* [D.E. 1471]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Douglas E. Spelfogel ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Creditor and Interested Party, John H. Owoc, in these cases and in each

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

adversary proceeding in these cases where Visiting Attorney appears on behalf of Mr. Owoc, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Irwin R. Gilbert, Esq.
> **Conrad & Scherer, LLP**
> 633 S. Federal Hwy., Suite 800
> Fort Lauderdale, FL 33301
> Telephone: (954) 847-3328
> Facsimile: (954) 463-9244
> Florida Bar No. 99473
> IGilbert@conradscherer.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of Mr. Owoc. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for Mr. Owoc in all such proceedings.

# # #

Submitted by:
Irwin R. Gilbert, Esq.

(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)