**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 22-17842-PDR

In re:                                                                 Chapter 11

VITAL PHARMACEUTICALS, INC., *et al.*[1],                 (Jointly Administered)

_____/

**CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S**
**EX PARTE MOTION FOR PROTECTIVE ORDER**

Creditor and Interested Party John H. Owoc ("Mr. Owoc"), pursuant to Federal Rule of Civil

Procedure 26 and Local Rule 7026-1, files this *Ex Parte Motion for Protective Order* to reschedule

the Debtors' deposition of Mr. Owoc planned for Monday, June 26, 2023, at 9:00 a.m. and states

as follows:

1.     On June 22, 2023, the Court conducted a hearing on the *Joint Emergency Motion for an*

*Order Holding John H. Owoc and Megan E. Owoc in Contempt and for Sanctions* [ECF 1476]

("Motion to Dismiss") filed by the Debtors and Official Committee of Unsecured Creditors where

it was decided that Mr. Owoc would sit for an additional deposition on Monday, June 26, 2023, at

9:00 a.m.

2.     On June 23, 2023, counsel for the Debtors and counsel for Mr. Owoc exchanged

correspondence regarding Mr. Owoc's counsels' unavailability to defend the deposition on

Monday morning due to undersigned counsel's pre-planned, court-ordered attendance at a

deposition in a state court proceeding until 4:00 p.m. that day and Jonathan Feldman's pre-paid,

pre-planned travel between Monday and Wednesday. The parties discussed moving the hearing on

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal
tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454);
(iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash
Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales,
Inc. (8019).

the Motion to Dismiss to a mutually agreeable date and time to accommodate a rescheduled deposition date.

3.  Debtors' counsel informed Mr. Owoc's counsel that the Debtors would not agree to postponing the Motion to Dismiss hearing until after July 9, 2023, and that Mr. Owoc's deposition needed to take place by Tuesday, June 27, 2023. Further, Debtors' counsel proposed moving the hearing on the Motion to Dismiss to Friday, June 30, 2023.

4.  Mr. Owoc's counsel advised Debtors' counsel that he would be out of town on Tuesday, June 27, 2023, and that Mr. Owoc would be out of town on Friday, June 30, 2023.

5.  Mr. Owoc's counsel proposed to the Debtors to move the hearing on the Motion to Dismiss until after July 9, 2023, to allow the parties sufficient time to conduct necessary discovery and find a mutually agreeable date to conduct Mr. Owoc's deposition. Debtors' counsel refused this framework.

6.  Despite Mr. Gilbert's and Mr. Feldman's unavailability to conduct the deposition on Monday, June 26, 2023, at 9:00 a.m., Debtors' counsel has insisted they will travel to Florida on Monday to conduct Mr. Owoc's deposition.

7.  The parties have attempted to confer with the Debtors to resolve this issue without Court action but have been unable to come to an agreement.

WHEREFORE, Mr. Owoc respectfully requests this Court enter an Order in the form attached as **Exhibit "A"** staying the deposition of John H. Owoc until the parties find a mutually agreeable date and time to conduct the deposition, and granting such other relief this Court deems just and proper.

Dated: June 24, 2023

## <u>CERTIFICATION OF ADMISSION</u>

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on June 24, 2023.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
*Counsel for the John H. Owoc*
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com


By: */s/ Irwin R. Gilbert*
     Irwin R. Gilbert
     Florida Bar No. 99473