**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 22-17842-PDR

In re:                                                         Chapter 11

VITAL PHARMACEUTICALS, INC., *et al.*[1],          (Jointly Administered)

_____/

**PROPOSED ORDER GRANTING CREDITOR AND INTERESTED PARTY JOHN H.**
**OWOC'S EX PARTE MOTION FOR PROTECTIVE ORDER**

This matter came before the court without a hearing on the *Ex Parte Motion for Protective*

*Order* [D.E. _____] (the "Motion") filed by Creditor and Interested Party John H. Owoc. The Court

having reviewed the motion and good cause appearing, it is

**ORDERED AND ADJUDGED:**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1.  The Motion is **GRANTED**.

2.  The deposition of John H. Owoc on Monday, June 26, 2023, at 9:00 a.m. is postponed until

the parties find a mutually agreeable date.

# # #

Submitted by:
Irwin R. Gilbert, Esq.

*(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*