UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

**CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR DEBTORS TO RESPOND TO DISCOVERY IN CONNECTION WITH JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF JHO REAL ESTATE INVESTMENT, LLC**

Creditor and Interested Party John H. Owoc ("Mr. Owoc"), pursuant to Local Rule 9013-1(C)(7), files this *Ex Parte Motion for Order Shortening Time for Debtors to Respond to Discovery in Connection with John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* ("Motion"). In support, Mr. Owoc states as follows:

1. Mr. Owoc recently filed an *Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* ("JHO Real Estate") [D.E. 1466] ("Motion to Dismiss") on the bases that the filing of the Voluntary Petition for Chapter 11 Bankruptcy ("Petition") lacked authority, that JHO Real Estate was not in financial distress, and the Petition failed to comply with Local Rule 9011-1(C). A hearing on the Motion to Dismiss is currently scheduled for June 27, 2023 [D.E. 1487] but is likely to be continued due to the parties' ongoing discovery efforts and discovery disputes in connection with the motion.

2. The Debtors filed a *Motion to Continue and Fix Hearing Dates in Connection with Pending Motions Involving John H. Owoc* ("Motion to Continue") and requested the Court reschedule the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

hearing on the Motion to Dismiss for June 30, 2023, a date which Mr. Owoc's counsel previously informed the Debtors that Mr. Owoc is unavailable.

3. Contemporaneously with the filing of this Motion, Mr. Owoc has served his *First Request for Production of Documents to Debtors in Connection with Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* ("Requests") and *First Set of Interrogatories to Debtors in Connection with Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* ("Interrogatories").

4. The Requests consist of eleven (11) requests for documents. These documents should be readily available to the Debtors as they are kept in the Debtors' ordinary course of business and have been used to prepare the petitions in the above-captioned bankruptcy.

5. The Interrogatories consist of five (5) requests. This information should be readily available to the Debtors as they are kept in the Debtors' ordinary course of business and have been used to prepare the petitions in the above-captioned bankruptcy.

6. This evidence is crucial for Mr. Owoc to provide factual and documentary support in connection with the Motion to Dismiss, which he does not have in his possession.

7. Under normal circumstances, discovery responses would be due thirty days after service. *See* Fed. R. Civ. P. 34(b)(2). However, the hearing on the Motion to Dismiss is scheduled for June 27, 2023 (and may be moved to June 30, 2023 upon the Debtors' Motion to Continue) on an emergency basis due to the impending sale of the Debtors' assets (including JHO Real Estate's).

8. There is no prejudice to the Debtors if discovery is due on a shortened basis, as the Debtors have pronounced on the record that the sale of the Debtors' assets is indefinitely postponed as a result of the Federal Trade Commission's inquiry into the same.

9. As such, Mr. Owoc respectfully requests this Court shorten the time for the Debtors to respond to the Requests and Interrogatories to June 29, 2023, at 12:00 p.m.

10. Local Rule 9013-(C)(7) provides that a motion to shorten time to respond to discovery requests may be considered by the Court without a hearing.

WHEREFORE, Mr. Owoc respectfully requests this Court enter an Order in the form attached as **Exhibit "A"** shortening the time for the Debtors to respond to the Requests and Interrogatories, and granting such other relief this Court deems just and proper.

Dated: June 26, 2023

## CERTIFICATION OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on June 26, 2023.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
*Counsel for John H. Owoc*
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com

By: */s/ Irwin R. Gilbert*
    Irwin R. Gilbert
    Florida Bar No. 99473