

**ORDERED in the Southern District of Florida on June 26, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., *et al.*,

    Debtors.

_____/

Case No. 22-17842-PDR

Chapter 11 Cases
(Jointly Administered)

### ORDER GRANTING, IN PART, JOINT EMERGENCY MOTION TO CONTINUE AND FIX HEARING DATES IN CONNECTION WITH PENDING MOTIONS INVOLVING JOHN H. OWOC

THIS CAUSE came before the Court without a hearing on the Joint Emergency Motion to Continue and Fix Hearing Dates in Connection with Pending Motions Involving John H. Owoc (the "Motion to Continue").[1] The Court currently has the following matters involving John H. Owoc set for hearing (the "Hearings"):

---

[1] Doc. 1523.

| Doc. No. | Motion | Hearing Date |
|---|---|---|
| 1466 | John H. Owoc's Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC | 6/27/2023 @ 1:30 p.m. |
| 1474 | Debtors' Motion to Quash Non-Party Subpoena | 6/27/2023 @ 1:30 p.m. |
| 1442 | John H. Owoc's Motion for Clarification of the Automatic Stay | 6/29/2023 @1:30 p.m. |
| 1470 | John H. Owoc's Motion for Order to Show Cause Why Sanctions Should Not Be Imposed Against Unsecured Creditors' Committee | 6/29/2023 @1:30 p.m. |

The Debtors and the Committee contend they cannot go forward with the June 27 hearing on Mr. Owoc's Emergency Motion to Dismiss Debtor JHO Real Estate because Mr. Owoc has failed to produce documents or sit for deposition, as required by this Court's *Order Granting Ex Parte Motion to Shorten Time to Respond to Discovery*.[2] So, in the Motion to Continue, the Debtors and the Committee ask the Court to (1) convert the June 27 hearing on Mr. Owoc's Emergency Motion to Dismiss Debtor JHO Real Estate from a non-evidentiary hearing to an evidentiary hearing; (2) continue the Hearings to June 30; and (3) require Mr. Owoc to produce documents and sit for deposition by no later than 1:00 p.m. on June 28, 2023.

Based on the Court's review of the Motion to Continue, as well as a motion for protective order Mr. Owoc recently filed,[3] it is unclear whether Mr. Owoc and his

---

[2] Doc. No. 1502.

[3] Doc. No. 1522.

counsel are available for a deposition before 1:00 p.m. on June 28 or for an evidentiary hearing on June 30. But the Court accepts the assertion that the parties cannot proceed with the June 27 hearing on Mr. Owoc's Emergency Motion to Dismiss Debtor JHO Real Estate. Accordingly, the Court **ORDERS**:

1. The Motion to Continue is GRANTED, in part, as set forth in this Order.

2. The Hearings are CANCELED.

3. The Court will hold a hearing on the Motion to Continue on **June 29, 2023 at 1:30 p.m.** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. However, parties and their counsel may appear for the June 29 hearing by Zoom.

4. At the June 29 hearing on the Motion to Continue, the Court will consider proposed dates for rescheduling the Hearings, as well as other relief sought in the Motion to Continue.

###

Copies to:
All parties in interest.