UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 22-17842-PDR<br>Hon. Peter D. Russin<br>(Jointly Administered) |

### WITHDRAWAL OF MOTION OF WEBB & GERRITSEN, INC. TO ALLOW LATE FILING OF PROOF OF CLAIM AND REQUEST TO CANCEL HEARING REGARDING MOTION SET FOR JUNE 29, 2023

Webb & Gerritsen, Inc. by and through undersigned counsel, and pursuant to the Order Granting Debtors' Motion to Approve Compromise Between (I) Debtor, Vital Pharmaceuticals, Inc.; and (II) Webb & Gerritsen (DE 1444), hereby withdraws its Motion to Allow Late Filing Proof of Claim (DE 1169), based upon the settlement between the movant and the Debtor previously approved by this Court. Webb & Gerritsen, Inc. request the Court remove the motion set for hearing on this Thursday, June 29, 2023.

Dated: June 26, 2023          Respectfully submitted,

FOLEY & LARDNER LLP

By: */s/ Mark J. Wolfson*
Mark J. Wolfson (FL Bar No. 0352756)
*Counsel to Webb & Gerritsen, Inc.*
100 North Tampa Street
Suite 2700
Tampa, Florida 33609
(813) 225-4119
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

4857-7798-0780.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2023, a true and correct copy of the foregoing has been filed through the CM/ECF, which will send notice to all those registered recipients.

*/s/ Mark J. Wolfson*
Attorney