**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| In re: | Case No.: 22-17842-PDR<br>Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | (Jointly Administered) |
| _____Debtors._____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the following documents were filed and served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:

- *Order Admitting Attorney* Pro Hac Vice [ECF 1517] was filed and served on June 22, 2023;
- *Order Admitting Attorney* Pro Hac Vice [ECF 1518] was filed and served on June 22, 2023; and
- *Notice of Hearing* [ECF 1525] on the *Ex Parte Motion for Protective Order* [ECF 1522] was filed and served on June 26, 2023.

Dated: June 26, 2023

Respectfully submitted,

By: */s/ Irwin R. Gilbert*

IRWIN R. GILBERT
*Counsel for Creditor and Interested Party*
*John H. Owoc*
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com

1