

**ORDERED in the Southern District of Florida on June 26, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER CONTINUING HEARING ON DEBTORS' SEVENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH <u>EVOX FL PEMBROKE 20351 LLC</u>**

**THIS MATTER** having come before the Court on June 22, 2023 at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Leases with (A) Evox*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12226140-1

*FL Pembroke 20351 LLC; and (B*) *KP Properties of Ohio LLC; and (II) Executory Contracts with (A) Updike Distribution Logistics, LLC; and (B) Bitsight Technologies, Inc.* (the "Motion") [ECF No. 1399] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").  The Court, having considered the Motion and the request to continue the hearing on the Motion as it relates solely to the Evox FL Lease[2] with Evox FL Pembroke 20351 LLC, and being otherwise advised in the premises, does thereupon

**ORDER** as follows:

1.  The hearing to consider the Motion, with respect only to the Evox FL Lease with Evox FL Pembroke 20351 LLC, is continued to **June 29, 2023 at 1:30 p.m. at the U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.