UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF EXHIBIT TO THE OBJECTION TO THE OWOCS' SANCTION MOTION UNDER SEAL**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, files this Motion (the "Motion"), pursuant to section 105(a) and 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Bankruptcy Rule 5005-1(a)(4), for entry of an Order in the form attached hereto as Exhibit A (the "Proposed Order"), authorizing the Committee to file under seal an Exhibit of its forthcoming objection (the "Objection") to the *Emergency Motion For Entry Of An Order For Committee Of Unsecured Creditors To Show Cause Why Sanctions Should Not Be Imposed For Violations Of The Court's Protective Order And Confidentiality Agreement [DE 823] And For Other Relief* [Docket No. 1470] (the "Motion for Sanctions"). In support of this Motion, the Committee respectfully states as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**BACKGROUND**

1. On June 12, 2023, the Committee filed its Objection to *John H. Owoc and Megan Owoc's Emergency Motion for Protective Order Regarding Third Party Subpoenas* [Docket No. 1449] ("Owocs' Motion for Protective Order"). The Objection summarized portions of the transcript of Mrs. Owoc's Rule 2004 Examination (the "Deposition Transcript") and Exhibits B and C (together with the Deposition Transcript, the "Designated Materials"), which contained portions of the Deposition Transcript and certain documents produced during discovery. *See id.*

2. The Objection to the Owocs' Motion for Protective Order and the Designated Materials have been restricted from public viewing pursuant to the *Order Granting Ex Parte Motion to Restrict Access to Information Subject of Confidentiality Agreement* [Docket No. 1500].

3. On June 16, 2016, the John H. Owoc and Megan Owoc (together, "the Owocs"), filed the Motion for Sanctions seeking sanctions against the Committee for not filing the Designated Materials under seal pursuant to the terms of the *Protective Order and Confidentiality Agreement* [Docket No. 823] (the "Protective Order").

4. Concurrently with this Motion, the Committee will file its Objection to the Motion for Sanctions. Exhibit A to the Objection contains the Designated Materials for the Court's reference.

**RELIEF REQUESTED AND BASIS FOR RELIEF**

5. By this Motion, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 5005-1(a)(4), the Committee requests entry of an order, (i) authorizing the Committee to file under seal the Designated Material because such material was initially subject to the terms of the Protective Order and is the subject of the Owocs'

Motion for Sanctions, and (ii) directing that the Designated Material remain under seal absent further order of this Court.

6. In addition, the Committee will provide copies of the Designated Material to the Debtors and the Owocs.

7. Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, the Court may authorize the Committee to file the Designated Materials under seal. Under section 105(a), bankruptcy courts have the equitable power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). In addition, Section 107(b) of the Bankruptcy Code provides:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or
>
> (2) protect a person with respect to a scandalous or defamatory matter contained in a paper filed in a case under this title.

11 U.S.C. § 107(b).

8. Bankruptcy Rule 9018 sets forth the procedure by which a party in interest may file a document under seal. Bankruptcy Rule 9018 provides, in relevant part:

> On any motion or its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information….

Fed. R. Bankr. P. 9018. Further, Local Bankruptcy Rule 5005-1(a)(4) provides that "[d]ocuments filed with the court shall be sealed only upon order of the court."

9. Here, the Committee does not believe that all of the Designated Material should have been marked and/or designated as confidential, but files this Motion solely to comply with

its obligations under the Protective Order and to avoid further unnecessary motion practice by the Owocs.[2] Accordingly, the Committee respectfully requests that the Court permit the filing of the Designated Material under seal.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court (a) enter the Proposed Order substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein, and (b) grant such other and further relief as may be just and proper.

Dated: June 27, 2023

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq.
Rachel Maimin, Esq.
Eric Chafetz, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: emannix@lowenstein.com

-and-

Wayne Fang, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

---

[2] By filing this Motion, the Committee does not waive or otherwise concede its right to object to the designation of confidentiality as permitted under Paragraph 16 of the Protective Order and Confidentiality Agreement [Docket No. 823] (the "Protective Order"), but simply seeks to adhere to its terms.

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
      Leyza F. Blanco
      Florida Bar No.: 104639
      Juan J. Mendoza
      Florida Bar No.: 113587
      1111 Brickell Avenue, Suite 1250
      Miami, FL 33131
      Telephone: (305) 372-8282
      Facsimile: (305) 372-8202
      Email: lblanco@sequorlaw.com
      Email: jmendoza@sequorlaw.com

      *Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[3] | (Jointly Administered) |

**ORDER GRANTING MOTION BY THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING
THE FILING UNDER SEAL OF EXHIBIT TO THE OBJECTION TO
THE OWOCS' SANCTION MOTION UNDER SEAL**

Came on for consideration the motion (the "Motion")[4] of the Official Committee of

---

[3] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[4] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), for authorization to file under seal an Exhibit to its objection (the "Objection") to the *Emergency Motion For Entry Of An Order For Committee Of Unsecured Creditors To Show Cause Why Sanctions Should Not Be Imposed For Violations Of The Court's Protective Order And Confidentiality Agreement [DE 823] And For Other Relief* [Docket No. 1470] (the "Motion for Sanctions"). The Court, having considered the Motion and the record and finds good cause for the relief requested. Accordingly, the Court hereby

**ORDERS** that:

1. The Motion is GRANTED as set forth herein.

2. The Committee is authorized to file the Designated Material and any other materials related to the Objection that are subject to the Protective Order under seal.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*