**JHO Real Estate Investment LLC**
Balance Sheet as of May 31, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| Related party receivable | 720,385 |
| PROPERTY AND EQUIPMENT, Net | 46,055,332 |
| **TOTAL ASSETS** | **46,775,717** |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| LIABILITES SUBJECT TO COMPROMISE | 47,804,230 |
| **TOTAL LIABILITIES** | $ 47,804,230 |
| | |
| STOCKHOLDERS EQUITY: | |
| Retained Earnings | (1,028,514) |
| **Total stockholder's equity** | $ (1,028,514) |
| | |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 46,775,717 |