**JHO Real Estate Investment LLC**
Income Statement
For the Period 05/01/2023 through 05/31/2023

|  | | Amount ($) |
|---|---|---:|
| **Gross Revenue** | $ | 180,939 |
| | | |
| **Total Cost of Goods Sold** | $ | - |
| **Gross profit** | $ | 180,939 |
| | | |
| **Expenses** | | |
| Intercompany Management Fees | $ | 87,500 |
| **Total Expenses** | $ | 87,500 |
| | | |
| **Operating Income** | $ | 93,439 |
| | | |
| Depreciation, non-manufacturing | $ | 86,305 |
| | | |
| **Net Income** | $ | 7,134 |