

ORDERED in the Southern District of Florida on June 28, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF EXHIBIT TO THE OBJECTION TO THE OWOCS' SANCTION MOTION UNDER SEAL**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Came on for consideration the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), for authorization to file under seal an Exhibit to its objection (the "Objection") to the *Emergency Motion For Entry Of An Order For Committee Of Unsecured Creditors To Show Cause Why Sanctions Should Not Be Imposed For Violations Of The Court's Protective Order And Confidentiality Agreement [DE 823] And For Other Relief* [Docket No. 1470] (the "Motion for Sanctions") [DE 1534]. The Court, having considered the Motion and the record and finds good cause for the relief requested. Accordingly, the Court hereby

**ORDERS** that:

1. The Motion is GRANTED as set forth herein.

2. The Committee is authorized to file the Designated Material and any other materials related to the Objection that are subject to the Protective Order under seal.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Leyza F. Blanco, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
Telephone:   (305) 372-8282
Facsimile:   (305) 372-8202

*(Attorney Blanco shall serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.