UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. / | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN (I) THE DEBTORS, (II) MONSTER ENERGY COMPANY, (III) MONSTER BEVERAGE CORPORATION, (IV) ORANGE BANG, INC., (V) THE COMMITTEE, AND (VI) THE SUPPORTING LENDERS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for the hearing to consider *Debtors' Expedited Motion to Approve Compromise Between (I) The Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) The Committee, and (VI) The Supporting Lenders* (the "Settlement Motion") filed by the Debtors contemporaneously herewith, so that the Settlement Motion may be heard on July 13, 2023 at 1:30 p.m., when other matters in this case are scheduled. In support of this Motion, the Debtors respectfully state as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245]. On November 23, 2022, the U.S. Trustee reconstituted the Committee [ECF No. 400].

**Relief Requested**

8. Bankruptcy Rule 2002(a)(3) requires twenty-one (21) days' notice for the hearing on approval of a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d). See Fed. R. Bankr. P. 2002(a)(3).

9. By the Settlement Motion, the Debtors seek authority to settle disputes between i) the Debtors; ii) Monster Energy Company and Monster Beverage Corporation (collectively, "Monster"); iii) Orange Bang, Inc. ("Orange Bang"); iv) the Committee; and v) the Supporting

Lenders,[2] with respect to the sale of substantially all of the Debtors' assets to an affiliate of Monster. Resolution of such disputes is part and parcel of the proposed sale and will facilitate a resolution of these Chapter 11 Cases, all pursuant to the terms of a Settlement Agreement Term Sheet entered into between the Parties dated June 28, 2023 (the "Agreement"), attached to the Settlement Motion as Exhibit A.

10. The Agreement was heavily negotiated between Monster, Orange Bang, the Supporting Lenders, and the Committee and provides the Debtors with a viable path to resolving the Chapter 11 Cases in a manner that the Debtors expect to provide a recovery to unsecured creditors. Additionally, the Supporting Lenders and Monster have agreed to support a plan of reorganization to be proposed by the Debtors, subject to the conditions set forth in the Agreement. Under the Agreement, the Supporting Lenders and Monster have agreed to voluntarily treat certain actual or potential administrative and/or superpriority claims as general unsecured status and agree to certain limitations on their recoveries on account of such general unsecured claims. The Agreement is expressly conditioned on approval of the Monster APA (as defined in the Settlement Motion), and under the Monster APA, a condition to Monster's obligation to close the proposed sale is the Court's approval of this Agreement. As such, the Agreement and the Monster APA are inextricably tied. The sale hearing to approve the Monster APA is currently set for July 13, 2023.

11. In light of the foregoing, the Debtors submit that consideration of the Settlement Motion on an expedited basis, and the shortening of the time period prescribed by Fed. R. Bankr. P. 2002(a)(3), is appropriate and in the best interests of the Debtors, their estates, creditors, and other parties in interest so that the relief requested in the Settlement Motion can be considered concurrently with the Court's consideration of the proposed sale of the Debtors' assets

---

[2] Capitalized terms not defined herein have the meanings given in the Settlement Motion.

pursuant to the terms of the Monster APA. The Debtors also request that the Court set the deadline to file a response or an objection (collectively, "Objection") to the relief sought in the Settlement Motion for July 7, 2023 at 4:00 p.m. (Eastern Time), and the Debtors' deadline to file a reply to any Objection on July 11, 2023.

12. As set forth in the Settlement Motion, prior to the filing of the Settlement Motion, the Debtors conferred with counsel to the Committee regarding the relief requested therein and received the consent of the Committee to the settlement with Monster and the Supporting Lenders.

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **Exhibit "A"**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the Settlement Motion; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: June 28, 2023
Miami, Florida

Respectfully submitted,

/s/ Jordi Guso

| | |
|---|---|
| George A. Davis (admitted *pro hac vice*) | Jordi Guso |
| Tianjiao ("TJ") Li (admitted *pro hac vice*) | Florida Bar No. 863580 |
| Brian S. Rosen (admitted *pro hac vice*) | Michael J. Niles |
| Jonathan J. Weichselbaum (admitted *pro hac vice*) | Florida Bar No. 107203 |
| **LATHAM & WATKINS LLP** | **BERGER SINGERMAN LLP** |
| 1271 Avenue of the Americas | 1450 Brickell Avenue, Suite 1900 |
| New York, NY 10020 | Miami, FL 33131 |
| Telephone: (212) 906-1200 | Telephone: (305) 755-9500 |
| Email: george.davis@lw.com | Email: jguso@bergersingerman.com |
| tj.li@lw.com | mniles@bergersingerman.com |
| brian.rosen@lw.com | |
| jon.weichselbaum@lw.com | |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

*Co-Counsel for the Debtors*

**EXHIBIT "A"**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN (I) THE DEBTORS, (II) MONSTER ENERGY COMPANY, (III) MONSTER BEVERAGE CORPORATION, (IV) ORANGE BANG, INC., (V) THE COMMITTEE, AND (VI) THE SUPPORTING LENDERS**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between (I)*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*the Debtors (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) The Committee, and (VI) The Supporting Lenders* (the "Motion") [ECF No. [ ● ]]. The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

    **ORDER** that:

1.    The Motion is **GRANTED**.

2.    The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V the Committee, and (VI) the Supporting Lenders* [ECF No. 1548] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **July 13, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

3.    Any responses or objections (collectively, "Objections") to the relief requested in the Settlement Motion must be filed by July 7, 2023 at 4:00 p.m. (Eastern Time). The Debtors shall have until July 11, 2023, to file a reply to any timely filed Objection.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*