UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

        Debtors. _____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

**NOTICE OF FILING SUPPLEMENT TO CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR DEBTORS TO RESPOND TO DISCOVERY IN CONNECTION WITH JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF JHO REAL ESTATE INVESTMENT, LLC**

Creditor and Interested Party John H. Owoc ("Mr. Owoc"), hereby files this discovery in connection with the Ex Parte Motion for Order Shortening Time for Debtors to Respond to Discovery in Connection with John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC [ECF 1524]. See Exhibits "A" and "B".

**CERTIFICATION OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on June 29, 2023.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com
          OGonzalez@conradscherer.com

By: */s/ Irwin R. Gilbert*
Irwin R. Gilbert
Florida Bar No. 99473