**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors | (Jointly Administered) |

_____/

### *EX-PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Brigette McGrath ("Movant"), of the law firm ASK LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit pro hac vice Marianna Udem ("Visiting Attorney") of the law firm of ASK LLP, an attorney admitted to practice and currently in good standing in the State of New York, the United States District Court for the Southern District of New York, and qualified to practice in this court, who proposes to act as counsel for ORBIS RPM, LLC ("ORBIS") in the Debtors' cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of ORBIS.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for ORBIS, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are:  (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of ORBIS.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for ORBIS in the Debtors' cases and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of ORBIS. I understand that I am required to participate in the preparation and the presentation of the cases above and any such adversary proceedings and to accept service of all papers served in such cases and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the Debtors' cases noted above on behalf of ORBIS and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of ORBIS. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for ORBIS in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of ORBIS and indicating Movant as local counsel for ORBIS, and for such other and further relief as may be just.

Dated:  June 29, 2023       **ASK LLP**

2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Phone: 651-289-3845
Email: bmcgrath@askllp.com
*Attorneys for ORBIS RPM, LLC*

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
Florida Bar No. 30885

**EXHIBIT A**

**(Affidavit of Proposed Visiting Attorney)**

## <u>AFFIDAVIT OF PROPOSED VISITING ATTORNEY</u>

I, Marianna Udem, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the United States District Court for the Southern District of New York, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of ORBIS RPM, LLC ("ORBIS"). I designate Brigette McGrath ("Local Counsel"), who is qualified to practice in this court, as local counsel for the ORBIS. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of ORBIS, and accept service of all papers served in such cases and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated:  June 29, 2023

**ASK LLP**

60 East 42nd Street, 46th Floor
New York, NY 10165
Phone: 651-289-3845
Email: mudem@askllp.com
*Attorneys for ORBIS RPM, LLC*

_/s/ Marianna Udem_
Marianna Udem Esq.
New York Bar No. 4543245

## **EXHIBIT B**

### **(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[2]       Case No. 22-17842-PDR

Debtors                                                (Jointly Administered)

_____/

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on *the Ex Parte Motion to Appear Pro*

*Hac Vice* [ECF No. ___]. The court having reviewed the motion and good cause appearing, it is

ORDERED that Marianna Udem ("Visiting Attorney") may appear before this court *pro hac vice*

as counsel for ORBIS RPM, LLC ("ORBIS") in these cases and in each adversary proceeding in

---

[2] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are:  (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

these cases where Visiting Attorney appears on behalf of ORBIS, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Brigette McGrath, Esq.
> ASK LLP
> 2600 Eagan Woods Drive, Suite 400
> St. Paul, MN 55121
> Telephone: 651-289-3945
> Facsimile: 651-406-9676
> Florida Bar No. 30885
> bmcgrath@askllp.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of ORBIS. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for ORBIS in all such proceedings.

# # #

Submitted by:

Brigette McGrath, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400

St. Paul, MN 55121
Telephone: 651-289-3945
Facsimile: 651-406-9676
Florida Bar No. 30885
bmcgrath@askllp.com

 (Brigette McGrath, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)