UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

Debtors.

Chapter 11
(Jointly Administered)

_____/

### *EX-PARTE* MOTION FOR ORDER SHORTENING TIME FOR DEBTORS TO RESPOND TO DISCOVERY

Creditor and Interested Party John H. Owoc ("**Mr. Owoc**"), pursuant to Local Rule 9013-1(C)(7), files this *Ex-Parte Motion for Order Shortening Time for Debtors to Respond to Discovery* ("**Motion**"). In support, Mr. Owoc states as follows:

1. On June 23, 2023, Debtors filed their *Notice of Adjournment of Sale Hearing and Related Deadlines* (ECF No. 1514) and on June 28, 2023, Debtors' filed their *Notice of Auction Cancellation and Successful Bidder* (ECF No. 1546) along with:

    a. *Notice of Filing Revised Proposed Sale Order* (ECF No. 1547);

    b. *Debtors' Expedited Moton to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* (ECF No. 1548); and

    c. *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II)*

Phang | Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

*Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* (ECF No. 1549) (collectively, the "**Sale Motion Package**").

2. In the Sale Motion Package, the Debtors seek Objections to be filed by July 7, 2023, at 4:00 p.m. and a hearing on July 13, 2023, at 1:30 p.m.

3. Contemporaneously with the filing of this Motion, Mr. Owoc has served his *First Request for Production of Documents to Debtors* ("**Request**") consisting of seven (7) requests. The Request is attached as **Exhibit A**.

4. Documents responsive to the Requests are readily available to the Debtors as they are kept in the Debtors' and their professionals' ordinary course of business. Moreover, the requests all center on communications that the Debtors or their professionals had with the relevant third-parties and which supposedly justify the extraordinary relief now sought in the Sale Motion Package.

5. The Requests and the evidence which may result from them are crucial for Mr. Owoc to assess the appropriateness of the Sale Motion Package and file any objection by the deadline sought by the Debtors.

6. Under normal circumstances, discovery responses would be due thirty days after service. *See Fed. R. Civ. P.* 34(b)(2). However, the hearing on the Sale Motion Package is scheduled for July 12, 2023, at 10:00 a.m. (ECF No. 1554), thus necessitating the relief requested in this Motion.

7. There is no prejudice to the Debtors if discovery is due on a shortened basis, as the Debtors have announced on the record that the sale of the Debtors' assets must occur immediately.

8. As such, Mr. Owoc respectfully requests this Court shorten the time for the Debtors to respond to the Request to July 5, 2023, at 4:30 p.m.

9. Local Rule 9013-1(C)(7) provides that a motion to shorten time to respond to discovery requests may be considered by the Court without a hearing.

10. A proposed Order granting the relief requested herein is attached as **Exhibit B**.

WHEREFORE, Mr. Owoc requests the Court enter an Order in the form attached as **Exhibit B** shortening the time for the Debtors to respond to the Requests, and granting such other relief this Court deems just and proper.

Dated: June 30, 2023        Respectfully submitted,

PHANG & FELDMAN, P.A.  
*Attorneys for John H. Owoc, Megan Owoc,*  
*Elite Island, LLC and Entourage IP Holding, LLC*  
2 S. Biscayne Boulevard, Suite 1600  
One Biscayne Tower  
Miami, Florida 33131  
Telephone: (305) 614-1223

*/s/ Jonathan S. Feldman*  
Jonathan S. Feldman (12682)  
feldman@katiephang.com  
service@katiephang.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

*/s/ Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com