# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.
_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

### ORDER GRANTING EX-PARTE MOTION FOR ORDER SHORTENING TIME FOR DEBTORS' TO RESPOND TO DISCOVERY (ECF No. _____)

THIS CASE came before the Court without hearing upon the *Ex-Parte Motion for Order to Shorten Time to Respond to Discovery* (ECF No. _____) and the Court having reviewed the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Case No.: 22-17842-PDR<br>
Page **2** of **2**

Motion and file, and having been otherwise duly advised in the premises, and for good cause does hereby

ORDER as follows:

1. The Motion is GRANTED.

2. The Debtors will respond to Mr. Owoc's *First Request for Production of Documents to Debtors* ("Request") consisting of seven (7) requests by July 5, 2023, at 4:30 p.m. Eastern.

# # #

Order submitted by:

Jonathan S. Feldman, Esq. (12682)
PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
feldman@katiephang.com
service@katiephang.com