**Quash Seltzer LLC**
Statement of Cash Receipts and Disbursements
For the Period 05/01/2023 through 05/31/2023

|  | Amount ($) |
|---|---:|
| **Receipts** | |
| Customer Receipts | $ 235 |
| **Total Operating Receipts** | **$ 235** |
| | |
| **Disbursements** | |
| Facility/Office expenses | $ (9,799) |
| **Total Operating Disbursements** | **$ (9,799)** |
| | |
| Operating cash flow | $ (9,564) |
| **Inter Company Payments** | |
| Inter Company Payments | $ (24,500) |
| **Total Inter Company Payments** | **$ (24,500)** |
| | |
| **Net Cash Flow / (Deficit)** | **$ (34,064)** |
| | |
| **Cash Balance** | |
| Beginning Cash Balance | 40,575 |
| Ending Cash Balance | $ 6,510 |