**Quash Seltzer LLC**
Balance Sheet
As of 05/31/2023

|  | Amount ($) |
|---|---:|
| **ASSETS** |  |
| CURRENT ASSETS: |  |
|     Cash and cash equivalents | 6,510 |
|     Accounts receivable, net | 483,280 |
|     Prepaids and other current assets | 84 |
|     **Total current assets** | **$ 489,874** |
|  |  |
| **TOTAL ASSETS** | **$ 489,874** |
|  |  |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** |  |
| CURRENT LIABILITIES: |  |
|     Accounts payable | 105,787 |
|     Accrued liabilities | 132,201 |
|     Other Current Liabilities | 51,150 |
|     **Total current liabilities** | **$ 289,137** |
|  |  |
| LONG-TERM DEBT: |  |
|     Related party payables | 1,582,795 |
|     **Total long-term debt** | **$ 1,582,795** |
|  |  |
| LIABILITES SUBJECT TO COMPROMISE | 76,312,465 |
|     **TOTAL LIABILITIES** | **$ 78,184,397** |
|  |  |
| STOCKHOLDERS EQUITY: |  |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - |
|     Additional paid-in capital | - |
|     Retained earnings | (77,694,523) |
|     **Total stockholder's equity** | **$ (77,694,523)** |
|  |  |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | **$ 489,874** |