**Quash Seltzer LLC**
Income Statement
For the Period 05/01/2023 through 05/31/2023

|  | Amount ($) |
|---|---|
| **Gross Revenue** | $ - |
| **Sales returns and discounts** | - |
| **Total Net Sales** | $ - |
| **Total Cost of Goods Sold** | 1,780,352 |
| **Gross profit** | $ 1,780,352 |
| **Expenses** | |
| Freight and handling | $ 4,398 |
| Facilities costs | 146,938 |
| Office and supplies | 76,030 |
| **Total Expenses** | $ 227,366 |
| **EBIT** | $ 1,552,986 |
| Other Income (Expense) | (1,176,211) |
| **Pre-Tax Income** | $ 376,775 |
| Taxes income/(expenses) | - |
| **Net Income** | $ 376,775 |