**Quash Seltzer LLC**

Accounts Receivable Aging

As of 05/31/2023

|  | Total Amount |
|---|---|
| Not Due Amount | $ - |
| 1 - 30 days | 300,185 |
| 31 - 60 days | 141,056 |
| 61 - 90 days | - |
| >90 days | 42,038 |
| **Total** | **$ 483,280** |
| A/R Credit Memo Reserve | - |
| **Accounts receivable (total net of allowance)** | **$ 483,280** |