**Quash Seltzer LLC**
Schedule of Payment to Insiders
For the Period 05/01/2023 through 05/31/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment |
|---|---|---|---|---|
| 5/8/2023 | Vital Pharmaceuticals, Inc. | Payment to Debtor affiliate Vital Pharmaceuticals, Inc. | Debtor affiliate | 24,500.00 |