**Quash Seltzer LLC**
Schedule of Assets Sold
As of 05/31/2023

| Sold to | Asset Description | Sale Price ($) | Date of Sale |
|---|---|---:|---|
| Varni Brothers | Can ends | $ 303,536 | 5/31/2023 |
| | | **$ 303,536** | |