THE HUNTINGTON NATIONAL BANK
5555 CLEVELAND AVE GW4W61
COLUMBUS OH 43231-4048



QUASH SELTZER LLC
20311 SHERIDAN ST STE 101
FT LAUDERDALE FL 33332-2314

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Analyzed Checking          Account: -------1079

| Statement Activity From: 05/01/23 to 05/31/23 | | Beginning Balance | $40,574.57 |
|---|---|---|---|
| | | Credits (+) | 234.96 |
| | |   Regular Deposits | 234.96 |
| Days in Statement Period | 31 | Debits (-) | 34,299.26 |
| | |   Electronic Withdrawals | 9,200.00 |
| Average Ledger Balance* | 14,375.42 |   Wire Transfer Debits | 24,500.00 |
| Average Collected Balance* | 14,360.26 |   Service Charges | 599.26 |
| | | Ending Balance | $6,510.27 |

* The above balances correspond to the service charge cycle for this account.

## Deposits (+)          Account:-------1079

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 05/03 | 234.96 | | Remote | | | | |

## Other Debits (-)          Account:-------1079

| Date | Amount | Description |
|---|---|---|
| 05/08 | 500.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 05/08 | 24,000.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 05/08 | 9,200.00 | COMPLI MASTER CORP COLL  230508 2107 202304/202305 FUNDING |
| 05/15 | 599.26 | PRIOR MONTH'S SERVICE CHARGES |

## Balance Activity          Account:-------1079

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 40,574.57 | 05/08 | 7,109.53 | | |
| 05/03 | 40,809.53 | 05/15 | 6,510.27 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2023 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND /OR TREASURY MANAGEMENT SERVICES**

We are making important changes to your checking, savings, and/or money market account(s) as described in this notice. Please retain this document for your records. Unless otherwise specified, these changes are made as part of your *Business Deposit Account Agreement* (the "Agreement:).

On May 7, 2023, Huntington is making the following change to your *Business Deposit Account Agreement:*

In the *Business Deposit Account Agreement*, under section 7 entitled Special Rules for Pending Transactions, subpart (a) is replaced in its entirety with the following:

> Generally, debit card purchases and ATM transactions have a two-step process that may impact the money available in your Account to pay other items. These transactions usually begin with an electronic authorization request, which is followed by an electronic settlement request within a few days. The amount of the authorization request will reduce the money available in your Account to cover other transactions, and sometimes the settlement request is more than the authorization request. If you do not have sufficient funds available, these authorizations or other pending transactions may cause an overdraft in your Account and you may be charged an Overdraft Fee when the transaction posts to your Account. **However, if you have sufficient funds available in your Account when you authorize a transaction, we will not charge you an overdraft fee on that same transaction, even if you no longer have the funds available when it posts.**
>
> We also use authorization request and other pending transactions made until 1:00 a.m. ET to determine the money available in your account to cover transactions and we make decisions to pay items based on your available balance.
>
> Although we take pending transactions into consideration when deciding whether or not to pay items and for determining whether you have a sufficient available balance at the time an ATM or debit card transaction is authorized, **we do not take pending debits into consideration when determining whether or not to charge an Overdraft Fee for all other transactions.**
>
> **What this means for you:**
>
> **Consider the following example**: Assume you start the day with an Account balance of $110, during the day you make a debit card purchase of $95 that we authorize as a pending transaction. Later that night during overnight processing, a check for $90 you wrote a few days ago is presented to us for payment. Because your pending account activity has reduced your available balance to $15, we will do one of the following
>
> - **Pay the check** and not charge you an Overdraft Fee, since there would have been enough money in your Account to pay the check (ignoring the $95 pending debit card authorization); or
> - **Return the check** since there would not have been enough money available in your account to pay the check.
>
> If we pay the check and you do not make a deposit to your Account before the $95 pending transaction actually posts to your Account, your Account will be overdrawn but we will not charge you an Overdraft Fee on that transaction because you had sufficient funds available at the time you authorized it.

**NOTE:** In the example above, if the check had been for $250 (more than the original balance in your Account) if we pay that check, you would be charged an Overdraft Fee on the check. There would still be no Overdraft Fee assessed on the $95 transaction when it posts because there were sufficient funds available at the time it was authorized.

If you have questions or would like a complete copy of the document referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-BANK (2265) to speak to a Customer Service Center Specialist.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JULY 1, 2023**

(no)



We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after July 1, 2023, indicates your acceptance of the changes. For more information about the changes, please contact your Relationship Manager or call us at 1-800-480-2001, Monday through Friday, 7:30am to 6:30pm ET.

Beginning on July 1, 2023, the updated terms and/or fees for the impacted account services will be as follows:

- In Section 1 titled "Everyday Transactions", the Monthly Service Fee is changed to $36.00, and the description is changed to "Monthly service fee, per account, for maintaining a business account".
- In Section 1 titled "Everyday Transactions", the Checks Paid fee is changed to $0.26.
- In Section 1 titled "Everyday Transactions", Deposits Processed fee is changed to $1.50 and the description is changed to "For each deposit ticket processed on your account".
- In Section 1 titled "Everyday Transactions", the Deposited Items fee is changed to $0.24.
- In Section 1 titled "Everyday Transactions", the term "ACH Item Received" is changed to "ACH Items Received" and the fee is changed to $0.22.
- In Section 1 titled "Everyday Transactions", the term "Branch or ATM Cash Deposits" is changed to "Cash Deposits".
- In Section 1 titled "Everyday Transactions", the description for Deposit Administrative Fee is changed to "A unit charge is applied for each $1,000 in collected balance per statement cycle, Does not apply to Non-Profit Analyzed Checking or Public Fund Analyzed Checking".

The heading of Section 2, titled "Overdraft and Return Fees", is changed to "2. Overdraft Protection, Overdraft Fees and Return Fees".

- In previous Section 2, titled "Overdraft and Return Fees", the Overdraft Fee description is changed to "Per overdraft item posted to your account, up to a maximum of 3 overdraft fees per day" and the note is changed to "Overdraft fees are charged if we allow transactions to post to your account even though you do not have enough money in the account. 24-Hour Grace® and $50 Safety Zone can help you avoid overdraft fees, please see Section 4 for more details".
- In previous Section 2, titled "Overdraft and Return Fees", the Return Fee description is changed to "Per presentment of an item to your account, returned unpaid, up to a maximum of 1 return item fee per day" and the note is changed to "Return fees are charged when your account balance is insufficient to pay an item presented and we return the item without posting it to your account. and we return the item without posting it to your account. There is no fee for declined ATM or debit card authorizations. 24-Hour Grace® can help you avoid return fees, please see Section 4 for more details.
- In previous Section 2, titled "Overdraft and Return Fees", the note changed to "**Other important facts about overdrafts at Huntington**: Accounts where the collected balances are drawn below zero **(negative collected)**, and/or accounts that use funds before Huntington has received credit from the paying bank **(uncollected funds)**, resulting in a negative balance for the day, will be charged interest on the negative and/or uncollected balance at a **variable rate** established by us for your account, based on The Huntington National Bank prime commercial rate. Collected funds are funds for which we have received final payment from the financial institution or entities upon which the checks are drawn".
- In previous Section 2, titled "Overdraft and Return Fees", the paragraphs beginning with "24-Hour Grace®: 24-Hour Grace is available for Overdraft Fees..." and ending with "...Please visit huntington.com/grace for further details about this service." is moved to Section 4.

The heading of Section 3, titled "Overdraft Protection Transfer Plans", is changed to "3. Online Services, Statements and Other Service Fees".

- In Previous Section 3, titled "Overdraft Protection Transfer Plans", the term "Deposit to Deposit" is changed to "Deposit-To-Deposit Overdraft Protection Transfer Plan" and this information is moved to Section 2, titled "Overdraft Protection, Overdraft Fees and Return Fees".
- In Previous Section 3, titled "Overdraft Protection Transfer Plans", the term "Overdraft Line of Credit Annual Fee" is changed to "Checking Reserve (Annual Maintenance)", and this information is moved to Section 2, titled "Overdraft Protection, Overdraft Fees and Return Fees".

The heading of Section 4, titled "Online Services", is changed to "4. Overdraft and Return Fee Relief and 24-Hour Grace".



- In Previous Section 4, titled "Online Services", the fee for "Bill Pay" fee is changed to $8.00 and the description is changed to "For access to Huntington's Online Bill Pay service and up to 20 bill payment transactions $0.70 For each Bill Pay transaction over 20 authorized from the bill pay service" and this information is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In Previous Section 4, titled "Online Services", the description for Online Banking is added as "For online banking access and use of the Business Hub" and this information is moved to Section 3 titled "Online Services, Statements and Other Service Fees".
- In Previous Section 4, titled "Online Services", the term "Business Online" is changed to "Business Online - BOL" the fee is changed to $20.00, the description is changed to "Per month for each company access to Business Online with Standard Reporting, which offers individualized employee entitlements with tokenized access; Fees vary for other Business Online Packages" and this information is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In Previous Section 4, titled "Online Services", the term "PC Banking Downloads" is changed to "PC Banking Downloads (direct connect to business software)", the description is changed to "Per month for unlimited data downloads of your account information into business management software using an automated direct connect functionality", and this information is moved to Section 3 titled "Online Services, Statements and Other Service Fees".

Section 5, titled "Statements" is removed from the *Business Account Charges Form* and the following items from previous Section 5 are moved within the document as stated.

- In Previous Section 5, titled "Statements", the term "Online Statement" is changed to "Paperless Statements", a description is added as "When you enroll in online banking and self-enroll in paperless statements in lieu of statements delivered in the mail" and this information is moved to Section 3 titled "Online Services, Statements and Other Service Fees".
- In Previous Section 5, titled "Statements", the description for Mailed Statements is changed to "Per mailed statement, per month; waive this fee by enrolling in paperless statements online" and this information is moved to Section 3 titled "Online Services, Statements and Other Service Fees".
- In Previous Section 5, titled "Statements", the Mailed Image Statements fee is changed to $7.00, the description is changed to "Per mailed statement with up to 10 mini-check images per month" and this information is moved to Section 3 titled "Online Services, Statements and Other Service Fees".
- In Previous Section 5, titled "Statements", the item "Custom Timed Statements" is removed entirely.

**The following items have been removed from the Miscellaneous Fees Section and changed within the document as stated.**

- In previous Section titled "Miscellaneous Fees", the description for ATM Fees-Huntington is changed to "For each Huntington ATM withdrawal, transfer, or balance inquiry", the description for ATM Fees-Non-Huntington is changed to "For each Non-Huntington ATM transaction, plus any fee charged by the ATM owner. An ATM transaction is a withdrawal, transfer, or balance inquiry.", and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", the description for Deposit Correction is changed to "For each deposit correction processed on your account" and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", the Section "Dormant Fee" is removed entirely.
- In previous Section titled "Miscellaneous Fees", the item International Transactions has moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", the term "Photocopy" is changed to "Document Copies (Photocopy Fee)", the fee is changed to $10.00. the description is changed to "Per page printed as a result of a request you make to research items on your account" and this information is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In previous Section titled "Miscellaneous Fees", the line for "Real-Time Payments (RTP) - Credit Received" is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", a description for Return Item Process - Reclear Item is added as "Per item that is marked as a Returned Deposited Item but is re-deposited to your account at another financial institution without special processing or manual entry" and this information is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In previous Section titled "Miscellaneous Fees", the Returned Deposited Item fee is changed to $15.00, a description is added as "Per item you presented for deposit, but is rejected by another financial institution and returned to Huntington; does not apply when a returned item is able to be re-deposited as a Return Item Process - Reclear Item"



- and this information is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In previous Section titled "Miscellaneous Fees", the Stop Payment (not via online) fee is changed to $35.00, and a description is added as "For each Stop Payment request initiated through a Huntington associate". An item is added as "Stop Payment (via online)" with a fee of $27.00, a description added as, "For each Stop Payment request you submit online" and this Section is moved to Section 3, titled "Online Services, Statements and Other Service Fees".
- In previous Section titled "Miscellaneous Fees", a description for Wire Transfer-Domestic Incoming is added as "For each incoming domestic wire received on your account" and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", a description for Wire Transfer-International Incoming is added as "For each incoming international wire received on your account", and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", a description for Wire Transfer-Domestic Outgoing is changed to "For each outgoing domestic wire initiated by a Huntington associate" and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", a description for Wire Transfer-International Outgoing is changed to "For each outgoing international wire initiated by a Huntington associate", and this information is moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", the description for Zelle Transactions is changed to "For each transaction sent or received on your account" has moved to Section 1, titled "Everyday Transactions".
- In previous Section titled "Miscellaneous Fees", the note of "Deposits of any single check of $100,000,000 or more incur a fee for travel and other expenses necessary to directly present the item to the originating institution.", is changed to "Note: Deposits of any single check of $100,000,000 (one hundred million dollars) or more incurs a fee for travel and other expenses necessary to directly present the item to the originating institution." and this information is moved to Section 1, titled "Everyday Transactions".

We also want to inform you of upcoming price changes for Treasury Management Services. These changes will be effective **July 1, 2023**, and reflected on your July analysis statement (received in August). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 7:30am to 6:30pm ET.

- ACH Origination, Transmission, and Third Party Fees
- AFI Sweep Fees
- Auto Credit Sweep Fees
- Automated Healthcare Solutions Fees
- Business Security Suite Fees
- Controlled Disbursement Fees
- Deposit Control Account Agreement Fees
- Disbursement Reconciliation Fees
- EDI Origination Fees
- Escrow Account Fees
- Lockbox Fees
- Returns Fees
- Safe Cash Manager Fees
- Stop Payment Fees
- Vault Services Fees
- Visual Archive Fees
- Wire Origination Fees (Manual, and Online)

As a reminder, use of your account on or after **July 1, 2023**, indicates your acceptance of the changes.