**Vital Pharmaceuticals, Inc.**
Statement of Cash Receipts and Disbursements
For the Period 05/01/2023 through 05/31/2023

|  | Amount ($) |
|---|---:|
| **Receipts** |  |
| Customer | $ 19,879,903 |
| Other | 569,568 |
| DIP Loan draw | 23,976,173 |
| Intercompany Receipts | 24,500 |
| **Total Operating Receipts** | **$ 44,450,145** |
|  |  |
| **Disbursements** |  |
| Material costs | $ (8,163,731) |
| Co-Packers | (5,910) |
| Freight & handling | (2,492,165) |
| Employee related disbursements | (9,526,834) |
| Trade promotion | (734,597) |
| Facility/Office expenses | (4,507,939) |
| Marketing | (784,194) |
| Legal expenses | (1,377,735) |
| Others | (2,036,100) |
| OBI royalty reserve/payment | (800,000) |
| **Total Operating Disbursements** | **$ (30,429,204)** |
|  |  |
| Operating cash flow | 14,020,941 |
|  |  |
| **Professional Fees** |  |
| Professional Fees | $ (8,123,791) |
| **Total Professional Fees** | **$ (8,123,791)** |
|  |  |
| **Debt Service** |  |
| Adequate protection payments | $ (1,150,460) |
| Interest/Fees on DIP | (2,818,047) |
| **Total Debt Service** | **$ (3,968,507)** |
|  |  |
| **Net Cash Flow / (Deficit)** | **$ 1,928,643** |
|  |  |
| **Cash Balance** |  |
| Beginning Cash Balance | 10,839,427 |
| Net Cash Flow / (Deficit) | 1,928,643 |
| Ending Cash Balance | 12,768,069 |
|  |  |
| Ending Cash Balance as per Bank | 12,768,069 |