**Vital Pharmaceuticals, Inc.**
Balance Sheet
As of May 31, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
|     Cash and cash equivalents | $ 12,768,069 |
|     Accounts receivable, net | 18,567,517 |
|     Inventories, net | 36,311,627 |
|     Prepaids and other current assets | 16,938,628 |
|     **Total current assets** | $ 84,585,842 |
| PROPERTY AND EQUIPMENT, Net | 248,048,169 |
| RIGHT OF USE ASSETS | 27,019,427 |
| OTHER ASSETS: | |
|     Deposits | 9,795,162 |
|     Related party receivable | 198,668,676 |
|     Intangible assets, net | 900,374 |
|     Others | 2,843,368 |
|     **Total other assets** | $ 212,207,580 |
|     **TOTAL ASSETS** | $ 571,861,017 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
|     Accounts payable | 15,375,793 |
|     Accrued liabilities | 27,181,936 |
|     Related party payables | 1,087,565 |
|     Notes payable, current portion | 310,476,173 |
|     **Total current liabilities** | $ 354,122,127 |
| LIABILITES SUBJECT TO COMPROMISE | 816,552,687 |
|     **TOTAL LIABILITIES** | $ 1,170,674,814 |
| STOCKHOLDERS EQUITY: | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 1,000 |
|     Additional paid-in capital | 1,837,899 |
|     Retained earnings | (600,652,696) |
|     **Total stockholder's equity** | $ (598,813,796) |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 571,861,017 |