**Vital Pharmaceuticals, Inc.**
Income Statement
For the Period 05/01/2023 through 05/31/2023

|  | Amount ($) |
|---|---:|
| **Gross Revenue** | $ 22,966,888 |
| **Sales returns and discounts** | $ (3,313,793) |
| **Total Net Sales** | $ 19,653,094 |
| **Total Cost of Goods Sold** | $ (13,083,492) |
| **Gross profit** | $ 6,569,602 |
| **Expenses** | |
|     Total employee costs | $ 5,139,379 |
|     Freight and handling | $ 1,780,674 |
|     Facilities costs | $ 2,913,102 |
|     Direct Marketing | $ 955,878 |
|     Advertising and promotion | $ 1,165,472 |
|     Office and supplies | $ 2,235,346 |
|     Bad Debts | $ 91,938 |
| **Total Expenses** | $ 14,281,789 |
| **Operating Income** | (7,712,187) |
| Depreciation, non-manufacturing | $ 2,068,379 |
| **EBIT** | $ (9,780,565) |
| **Other Income (Expense)** | |
|     Gain/(Loss) from Realized Exchange Rate Differences | $ 7,249 |
|     Gain/(Loss) from Scrapping of Assets | $ (1,703,392) |
|     Other Unordinary Income/ (Expenditure) | $ (7,875,062) |
|     Non Ordinary Course Inventory Reserve | $ (7,611,902) |
|     Others | $ 32 |
| **Total other income (expense)** | $ (17,183,074) |
| **Interest Income (Expense)** | |
|     Interest expense | $ (4,396,517) |
|     Interest income | $ 1,102 |
| Total interest income (expense) | $ (4,395,415) |
| **Pre-Tax Income** | $ (31,359,054) |
| Taxes income/(expenses) | $ (246,737) |
| **Net Income** | $ (31,605,791) |