**Vital Pharmaceuticals, Inc.**
Accounts Receivable Aging, net of reserve
As of May 31, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 15,340,298 |
| 1 - 30 days | 559,159 |
| 31 - 60 days | 1,042,571 |
| 61 - 90 days | 1,158,869 |
| >90 days | 1,315,861 |
| **Total** | **$ 19,416,757** |
| A/R Credit Memo Reserve | (849,240) |
| **Accounts receivable (total net of allowance)** | **$ 18,567,517** |