**Vital Pharmaceuticals, Inc.**
Post-petition Accounts Payable Aging Summary
As of May 31, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 6,199,925 |
| 1 - 30 days | 4,153,999 |
| 31 - 60 days | 1,390,847 |
| 61 - 90 days | 655,835 |
| >90 days | 2,975,186 |
| **Total** | **$ 15,375,793** |