**Vital Pharmaceuticals, Inc.**
**Payments on Pre-Petition Debts**
For the Period 05/01/2023 through 05/31/2023

| Date | Supplier | Supplier Category | Debtor | Amount |
|---|---|---|---|---:|
| 5/30/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 144,549 |
| 5/23/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 15,000 |
| 5/11/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 3,469 |
| 5/11/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 3,303 |
| 5/15/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 2,728 |
| 5/30/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 1,697 |
| 5/15/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 272 |
| 5/15/2023 | | Customer Programs | Vital Pharmaceuticals, Inc. | 76 |
| 5/22/2023 | State of NJ | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 656 |
| 5/30/2023 | Wild Flavors, Inc. | Material Vendor | Vital Pharmaceuticals, Inc. | 30,747 |
| 5/11/2023 | CalRecycle | Others | Vital Pharmaceuticals, Inc. | 238,914 |
| **Total Payments for Pre-Petition Debts** | | | $ | **441,410** |