**Vital Pharmaceuticals, Inc.**
Schedule of Payment to Insiders
For the Period 05/01/2023 through 05/31/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment ($) |
|---|---|---|---|---:|
| 5/10/2023 | Eugene Bukovi | Employee Expense Reimbursement | Officer of affiliate | 3,059 |
| 5/23/2023 | Ryan Owoc | Employee Expense Reimbursement | Relative of an Officer | 511 |
| 5/25/2023 | Ryan Owoc | Employee Expense Reimbursement | Relative of an Officer | 497 |
| 5/15/2023 | Ryan Owoc | Employee Expense Reimbursement | Relative of an Officer | 402 |
| 5/10/2023 | Ryan Owoc | Employee Expense Reimbursement | Relative of an Officer | 331 |
| 5/10/2023 | Feldman Entertainment Quebec | Facility/Office expenses | Non-Debtor Affiliate | 13,334 |
| 5/31/2023 | ABG Intellectual Property Law, S.L. | Facility/Office expenses | Non-Debtor Affiliate | 442 |
| 5/10/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 91,383 |
| 5/22/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 3,577 |
| 5/26/2023 | Rivadeneyra Trevinio y de Campo SC | Legal expenses | Non-Debtor Affiliate | 1,508 |
| 5/5/2023 | Benjamin Ferro Barrenechea | Marketing | Non-Debtor Affiliate | 10,000 |
| 5/12/2023 | Skip Shapiro Enterprises, LLC | others | Debtor affiliate | 15,300 |
| 05/05/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 05/19/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer of affiliate | 14,538 |
| 05/05/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,392 |
| 05/19/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of an Officer | 3,392 |
| 05/05/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 05/19/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of an Officer | 1,923 |
| 5/5/2023 | TMF PERU S.R.L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 2,962 |
| 5/26/2023 | Chico Jaramillo | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 2,016 |
| 5/26/2023 | Rivadeneyra Trevinio y de Campo SC | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,508 |
| 5/24/2023 | Wilson Lue | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,243 |
| 5/22/2023 | Dennemeyer & Asscociates LLC | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 1,915 |
| | | | | **189,695** |