**Vital Pharmaceuticals, Inc.**
Schedule of Postpetition Borrowing
For the Period 05/01/2023 through 05/31/2023

| Drawdown Date | Lender | Loan Type | Category | Amount ($) |
|---|---|---|---|---:|
| Beginning balance as on 01/01/2023 | | | | $ 7,000,000 |
| January 10, 2022 | Truist Bank | DIP Financing | Drawdown | $ 235,000,000 |
| January 10, 2022 | Truist Bank | DIP Financing | Drawdown | 9,000,000 |
| January 23, 2022 | Truist Bank | DIP Financing | Drawdown | 9,000,000 |
| January 30, 2022 | Truist Bank | DIP Financing | Repayment | (1,500,000) |
| February 13, 2023 | Truist Bank | DIP Financing | Repayment | (500,000) |
| March 6, 2023 | Truist Bank | DIP Financing | Drawdown | 4,000,000 |
| March 8, 2023 | Truist Bank | DIP Financing | Drawdown | 9,500,000 |
| March 24, 2023 | Truist Bank | DIP Financing | Drawdown | 7,500,000 |
| April 10, 2023 | Truist Bank | DIP Financing | Drawdown | 5,000,000 |
| April 21, 2023 | Truist Bank | DIP Financing | Drawdown | 2,500,000 |
| May 5, 2023 | Truist Bank | DIP Financing | Drawdown | 6,000,000 |
| May 12, 2023 | Truist Bank | DIP Financing | Drawdown | 3,500,000 |
| May 22, 2023 | Truist Bank | DIP Financing | Drawdown | 6,000,000 |
| May 23, 2023 | Truist Bank | DIP Financing | Drawdown | 31,476,173 |
| May 31, 2023 | Truist Bank | DIP Financing | Repayment | (8,500,000) |
| May 31, 2023 | Truist Bank | DIP Financing | Repayment | (8,000,000) |
| May 31, 2023 | Truist Bank | DIP Financing | Repayment | (6,500,000) |
| **Total** | | | | **$ 310,476,173** |