**Vital Pharmaceuticals, Inc.**
Schedule of Assets Sold
For the Period 05/01/2023 through 05/31/2023

| Sold to | Asset Description | Sale Price ($) | Date of Sale |
|---|---|---:|---|
| Sidel Blowing & Services | Equipment | $ 1,898,589 | 5/31/2023 |
| G & K Sales, INC | Sale of Raw Material | $ 2,025 | 5/31/2023 |
| | | $ 1,900,614 | |