**Vital Pharmaceuticals, Inc.**
Schedule of Payments to Professionals
For the Period 05/01/2023 through 05/31/2023

| Payment To | Role of Professional | Approved in current month | Payment | Disbursement Date |
|---|---|---|---|---|
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 621,069 | 5/5/2023 |
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 541,438 | 5/12/2023 |
| Sequor Law | Credit Committee Counsel (Local) | - | 25,383 | 5/5/2023 |
| Sequor Law | Credit Committee Counsel (Local) | - | 65,378 | 5/12/2023 |
| Miller Buckfire & Co. LLC | Credit Committee Counsel IB | - | 1 | 5/5/2023 |
| Miller Buckfire & Co. LLC | Credit Committee Counsel IB | - | 374,999 | 5/10/2023 |
| Lincoln International LLC | Credit Committee Financial Advisor | - | 293,030 | 5/8/2023 |
| Lincoln Partners Advisors LLC | Credit Committee Financial Advisor | - | 300,936 | 5/15/2023 |
| Latham & Watkins LLP | Debtor Counsel (Lead) | - | 1,292,537 | 5/5/2023 |
| Latham & Watkins LLP | Debtor Counsel (Lead) | - | 996,313 | 5/26/2023 |
| Berger Singerman | Debtor Counsel (Local) | - | 106,492 | 5/5/2023 |
| Berger Singerman | Debtor Counsel (Local) | - | 146,650 | 5/12/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 580,686 | 5/8/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 117,962 | 5/8/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 776,898 | 5/18/2023 |
| Rothschild & Co. | Debtor Investment Banker | - | 200,000 | 5/2/2023 |
| Rothschild & Co. | Debtor Investment Banker | - | 19,373 | 5/5/2023 |
| Grant Thorton LLP | Legal Services | - | 82,039 | 5/15/2023 |
| Grant Thorton LLP | Legal Services | - | 312,136 | 5/16/2023 |
| Melville Law | Legal services | - | 6,396 | 5/19/2023 |
| Quarles & Brady LLP | Legal services | - | 1,100,827 | 5/10/2023 |
| Shutts & Bowen LLP | Lender Counsel | - | 19,030 | 5/5/2023 |
| FTI Consulting, Inc | Lender Financial advisor | - | 357,845 | 5/5/2023 |
| Stretto | Notice Agent | - | 11,242 | 5/12/2023 |
| Stretto | Notice Agent | - | 219,731 | 5/26/2023 |
| Moore & Van Allen PLLC | Secured Lender Counsel (Lead) | - | 411,132 | 5/5/2023 |
| U.S. Trustee | US Trustee Program fee | - | 251,492 | 5/4/2023 |
| **Total** | | - | **9,231,014** | |