
```
999-99-99-99  40386   0 C 001 30 S  66 002
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON   FL    33326-3278
```

# Your account statement
For 05/31/2023

## Contact us
Truist.com

(844)4TRUIST or (844) 487-8478

## ■ COMMERCIAL INTEREST CHECKING  9089

### Account summary

| | |
|---|---:|
| Your previous balance as of 04/30/2023 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15,095,114.02 |
| Deposits, credits and interest | + 15,095,114.02 |
| Your new balance as of 05/31/2023 | = $0.00 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $0.00 |
| 2023 interest paid year-to-date | $0.00 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▇▇▇ 7174 | 807,297.85 |
| 05/02 | DEPOSIT CORRECTION | 118.29 |
| 05/02 | DEPOSIT CORRECTION | 1,685.57 |
| 05/02 | DEPOSIT CORRECTION | 203,550.30 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▇▇▇ 7174 | 683,733.92 |
| 05/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▇▇▇ 7174 | 767,923.27 |
| 05/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▇▇▇ 7174 | 585,443.09 |
| 05/05 | Return Deposit Item    999999  99000163 | 2.24 |
| 05/05 | Return Deposit Item     9999  99000174 | 33.44 |
| 05/05 | Return Deposit Item    999999  99000169 | 40.57 |
| 05/05 | Return Deposit Item    999999  99000129 | 41.18 |
| 05/05 | Return Deposit Item    999999  99000128 | 41.62 |
| 05/05 | Return Deposit Item    999999  99000134 | 42.74 |
| 05/05 | Return Deposit Item    999999  99000172 | 43.23 |
| 05/05 | Return Deposit Item    999999  99000179 | 43.44 |
| 05/05 | Return Deposit Item    999999  99000156 | 43.61 |
| 05/05 | Return Deposit Item    999999  99000121 | 43.79 |
| 05/05 | Return Deposit Item     9999  99000110 | 44.47 |
| 05/05 | Return Deposit Item    999999  99000154 | 46.38 |
| 05/05 | Return Deposit Item    999999  99000141 | 46.70 |
| 05/05 | Return Deposit Item    999999  99000130 | 47.09 |
| 05/05 | Return Deposit Item    999999  99000161 | 47.97 |
| 05/05 | Return Deposit Item    999999  99000126 | 48.40 |
| 05/05 | Return Deposit Item    999999  99000119 | 48.46 |
| 05/05 | Return Deposit Item     9999  99000113 | 49.45 |
| 05/05 | Return Deposit Item    999999  99000117 | 50.38 |
| 05/05 | Return Deposit Item    999999  99000131 | 53.98 |
| 05/05 | Return Deposit Item    999999  99000160 | 53.98 |
| 05/05 | Return Deposit Item    999999  99000158 | 54.45 |

*continued*

■ COMMERCIAL INTEREST CHECKING         9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/05 | Return Deposit Item     999999  99000173 | 64.94 |
| 05/05 | Return Deposit Item     999999  99000139 | 67.03 |
| 05/05 | Return Deposit Item     999999  99000133 | 67.54 |
| 05/05 | Return Deposit Item      9999  99000112 | 69.79 |
| 05/05 | Return Deposit Item     999999  99000111 | 70.70 |
| 05/05 | Return Deposit Item     999999  99000140 | 72.79 |
| 05/05 | Return Deposit Item     999999  99000124 | 72.96 |
| 05/05 | Return Deposit Item     999999  99000138 | 73.25 |
| 05/05 | Return Deposit Item     999999  99000164 | 73.86 |
| 05/05 | Return Deposit Item      9999  99000115 | 74.02 |
| 05/05 | Return Deposit Item     999999  99000170 | 75.39 |
| 05/05 | Return Deposit Item     999999  99000135 | 75.48 |
| 05/05 | Return Deposit Item      9999  99000109 | 76.18 |
| 05/05 | Return Deposit Item      9999  99000178 | 77.02 |
| 05/05 | Return Deposit Item     999999  99000136 | 79.27 |
| 05/05 | Return Deposit Item     999999  99000118 | 80.61 |
| 05/05 | Return Deposit Item     999999  99000165 | 80.97 |
| 05/05 | Return Deposit Item     999999  99000132 | 81.37 |
| 05/05 | Return Deposit Item     999999  99000159 | 82.31 |
| 05/05 | Return Deposit Item     999999  99000157 | 88.15 |
| 05/05 | Return Deposit Item      9999  99000177 | 94.59 |
| 05/05 | Return Deposit Item     999999  99000153 | 96.67 |
| 05/05 | Return Deposit Item     999999  99000167 | 96.70 |
| 05/05 | Return Deposit Item     999999  99000137 | 98.71 |
| 05/05 | Return Deposit Item     999999  99000151 | 99.03 |
| 05/05 | Return Deposit Item     999999  99000120 | 100.00 |
| 05/05 | Return Deposit Item     999999  99000162 | 100.00 |
| 05/05 | Return Deposit Item     999999  99000152 | 104.09 |
| 05/05 | Return Deposit Item     999999  99000123 | 104.45 |
| 05/05 | Return Deposit Item     999999  99000116 | 111.40 |
| 05/05 | Return Deposit Item     999999  99000171 | 114.43 |
| 05/05 | Return Deposit Item     999999  99000149 | 124.70 |
| 05/05 | Return Deposit Item      9999  99000108 | 125.46 |
| 05/05 | Return Deposit Item     999999  99000155 | 125.97 |
| 05/05 | Return Deposit Item     999999  99000127 | 127.56 |
| 05/05 | Return Deposit Item     999999  99000125 | 134.03 |
| 05/05 | Return Deposit Item     999999  99000166 | 141.36 |
| 05/05 | Return Deposit Item     999999  99000150 | 142.09 |
| 05/05 | Return Deposit Item     999999  99000168 | 172.80 |
| 05/05 | Return Deposit Item      9999  99000175 | 173.15 |
| 05/05 | Return Deposit Item     999999  99000122 | 178.08 |
| 05/05 | Return Deposit Item      9999  99000114 | 203.67 |
| 05/05 | Return Deposit Item     999999  99000176 | 219.56 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 976,238.60 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 379,499.16 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 470,544.20 |
| 05/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 1,120,176.82 |
| 05/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 452,873.55 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 1,189,215.65 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 743,396.47 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 647,800.92 |
| 05/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 249,615.76 |
| 05/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 100,975.86 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 623,604.12 |
| 05/22 | SERVICE CHARGES - PRIOR PERIOD | 1,534.57 |
| 05/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 522,370.74 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 534,469.19 |
| 05/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 290,116.14 |
| 05/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 571,517.07 |
| 05/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 444,048.95 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 519,449.66 |
| 05/31 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER         7174 | 2,202,454.60 |

Total other withdrawals, debits and service charges = $15,095,114.02




## ■ COMMERCIAL INTEREST CHECKING ▇▇▇▇▇▇ 9089 (continued)

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/01 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 4,541.82 |
| 05/01 | VPX      Paragon Distribu Vital Pharmaceuticals  CUSTOMER ID 1175 | 7,920.00 |
| 05/01 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 244117 | 38,223.92 |
| 05/01 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11017284575 | 38,608.08 |
| 05/01 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11017645894 | 41,489.28 |
| 05/01 | CORP PYMNT BJ'S WHOLESALE C VITAL PHARMACEUTICALS  CUSTOMER ID 2502133980 | 42,388.96 |
| 05/01 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001596722942 | 45,571.18 |
| 05/01 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025FDJASQDHNGMU | 81,057.76 |
| 05/01 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001596310692 | 128,773.12 |
| 05/01 | LOCKBOX DEPOSIT   628727 | 148,280.41 |
| 05/01 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 230,443.32 |
| 05/02 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001599595532 | 37.52 |
| 05/02 | REMOTE DEPOSIT | 118.29 |
| 05/02 | REMOTE DEPOSIT | 937.76 |
| 05/02 | REMOTE DEPOSIT | 2,635.06 |
| 05/02 | REMOTE DEPOSIT | 2,763.36 |
| 05/02 | REMOTE DEPOSIT | 2,878.53 |
| 05/02 | REMOTE DEPOSIT | 3,403.74 |
| 05/02 | REMOTE DEPOSIT | 3,591.01 |
| 05/02 | INCOMING WIRE TRANSFER WIRE REF# 20230502-00021777 | 73,920.00 |
| 05/02 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 82,978.56 |
| 05/02 | INCOMING WIRE TRANSFER WIRE REF# 20230502-00021469 | 123,200.00 |
| 05/02 | LOCKBOX DEPOSIT   628727 | 130,560.23 |
| 05/02 | REMOTE DEPOSIT | 217,226.90 |
| 05/02 | INCOMING WIRE TRANSFER WIRE REF# 20230502-00023919 | 244,837.12 |
| 05/03 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001601172122 | 37.52 |
| 05/03 | REMOTE DEPOSIT | 308.41 |
| 05/03 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000671467 | 10,915.50 |
| 05/03 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025PVSLZURHR4ZJ | 72,222.08 |
| 05/03 | AP PAYMENT DOLLAR TREE MANA 0029VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 291,610.36 |
| 05/03 | LOCKBOX DEPOSIT   628727 | 392,829.40 |
| 05/04 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001601753312 | 18.76 |
| 05/04 | DOMTBOA018 WASTE MANAGEMENT 0014VITAL PHARMACETI  CUSTOMER ID 9000289420 | 9,887.55 |
| 05/04 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 10,008.51 |
| 05/04 | INCOMING WIRE TRANSFER WIRE REF# 20230504-00019910 | 13,951.00 |
| 05/04 | INCOMING WIRE TRANSFER WIRE REF# 20230504-00021894 | 24,202.08 |
| 05/04 | ACH       BILLS DISTRIBUTI XVPX VPX | 25,821.45 |
| 05/04 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 30,958.04 |
| 05/04 | INCOMING WIRE TRANSFER WIRE REF# 20230504-00014332 | 73,920.00 |
| 05/04 | DOMTBOA018 WASTE MANAGEMENT 0014VITAL PHARMACETI  CUSTOMER ID 9000289419 | 396,675.70 |
| 05/05 | PY05/04/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 884.77 |
| 05/05 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001642051 | 1,281.30 |
| 05/05 | PY05/04/23 EAGLE MEMPHIS A100 VITAL PHARMACEUTICALS, | 8,067.36 |
| 05/05 | INCOMING WIRE TRANSFER WIRE REF# 20230505-00003537 | 11,683.00 |
| 05/05 | PAYABLES   HOFFMAN BEVERAGE BANG ENERGY  CUSTOMER ID VPX101 | 13,194.79 |
| 05/05 | AP EXPENSE Intermountain Di 6920 VITAL PHARMACEUTICALS | 21,316.49 |
| 05/05 | PY05/04/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 31,750.49 |
| 05/05 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 38,800.16 |
| 05/05 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 41,105.12 |
| 05/05 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 50,364.16 |
| 05/05 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 77,408.24 |
| 05/05 | LOCKBOX DEPOSIT   628727 | 112,554.36 |
| 05/05 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001601987902 | 129,914.55 |
| 05/05 | A/P Pymnts VistarCorp. VITAL PHARMACEUTICALS CUSTOMER ID         310562 | 171,678.00 |
| 05/05 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 271,695.51 |
| 05/08 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 1,836.17 |
| 05/08 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11018254986 | 38,882.48 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮▮9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/08 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 39,952.64 |
| 05/08 | LOCKBOX DEPOSIT   628727 | 92,995.63 |
| 05/08 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001603852122 | 101,625.01 |
| 05/08 | LOCKBOX DEPOSIT   628727 | 104,207.23 |
| 05/09 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000672168 | 16,054.50 |
| 05/09 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11018405832 | 20,592.00 |
| 05/09 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 983894 | 23,231.12 |
| 05/09 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 34,574.40 |
| 05/09 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 71,124.47 |
| 05/09 | INCOMING WIRE TRANSFER WIRE REF# 20230509-00024767 | 73,920.00 |
| 05/09 | LOCKBOX DEPOSIT   628727 | 231,047.71 |
| 05/10 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/10 | REMOTE DEPOSIT | 4,249.54 |
| 05/10 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000672323 | 15,246.00 |
| 05/10 | REMOTE DEPOSIT | 24,209.42 |
| 05/10 | ACH PYMT   MK DISTRIBUTORS Vital Pharmaceuticals, CUSTOMER ID 02VITALP | 24,586.24 |
| 05/10 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 25,704.00 |
| 05/10 | INCOMING WIRE TRANSFER WIRE REF# 20230510-00013923 | 72,494.10 |
| 05/10 | CORP PYMNT BJ'S WHOLESALE C VITAL PHARMACEUTICALS  CUSTOMER ID 2502140664 | 82,381.00 |
| 05/10 | REMOTE DEPOSIT | 92,087.10 |
| 05/10 | LOCKBOX DEPOSIT   628727 | 181,193.18 |
| 05/10 | AP PAYMENT DOLLAR TREE MANA 0042VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 598,026.24 |
| 05/11 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 17,287.20 |
| 05/11 | PAYMENTS    WILSON MCGINLEY VITAL PHARMACEUTICALS  CUSTOMER ID | 18,247.60 |
| 05/11 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 20,197.90 |
| 05/11 | LOCKBOX DEPOSIT   628727 | 89,883.13 |
| 05/11 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 307,257.72 |
| 05/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/12 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 3,704.40 |
| 05/12 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 10,372.32 |
| 05/12 | PY05/11/23 EAGLE MEMPHIS A100 VITAL PHARMACEUTICALS, | 16,379.84 |
| 05/12 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 17,418.24 |
| 05/12 | VPX-BANG   Beal Distributin VITAL PHARMACEUTICALS  CUSTOMER ID | 17,671.36 |
| 05/12 | Invoice    CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 18,037.96 |
| 05/12 | CASHCD     SERENA A KIRCH01 VITAL PHARMACEUTICALS  CUSTOMER ID | 20,031.20 |
| 05/12 | VPX-BANG   Beal Distributin VITAL PHARMACEUTICALS  CUSTOMER ID | 24,202.08 |
| 05/12 | VPX 9086   PARAGON DISTRIBU Vital Pharmaceuticals  CUSTOMER ID VPX | 30,073.64 |
| 05/12 | CORP PAY   BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 32,035.50 |
| 05/12 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 38,608.08 |
| 05/12 | ACH Pmt    PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11018401752 | 41,873.44 |
| 05/12 | LOCKBOX DEPOSIT   628727 | 46,825.99 |
| 05/12 | INCOMING WIRE TRANSFER WIRE REF# 20230512-00010554 | 73,920.00 |
| 05/12 | INCOMING WIRE TRANSFER WIRE REF# 20230512-00025210 | 73,920.00 |
| 05/12 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 77,600.32 |
| 05/12 | CORP PAY   HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 117,745.04 |
| 05/12 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 121,394.56 |
| 05/12 | PAYABLES   Silver Eagle Dis 0000VITAL PHARMACEUT  CUSTOMER ID V13915 | 407,401.68 |
| 05/15 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001611833072 | 36.70 |
| 05/15 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001610632752 | 2,169.35 |
| 05/15 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 2,545.36 |
| 05/15 | REMOTE DEPOSIT | 2,731.15 |
| 05/15 | ACH Pmt    LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11018905541 | 3,528.00 |
| 05/15 | Inv-148579 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 16,444.35 |
| 05/15 | PAYABLES   MITCHELL BEVERAG 0VPX Vital Pharmaceuticals, | 24,631.90 |
| 05/15 | INCOMING WIRE TRANSFER WIRE REF# 20230515-00001364 | 24,696.00 |
| 05/15 | PY05/11/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 24,970.40 |
| 05/15 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000673197 | 31,223.50 |
| 05/15 | PAYMENT    IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 34,574.40 |
| 05/15 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 54,054.60 |

*continued*


■ COMMERCIAL INTEREST CHECKING  9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/15 | REMOTE DEPOSIT | 66,910.03 |
| 05/15 | LOCKBOX DEPOSIT  628727 | 198,690.73 |
| 05/15 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID     310562 | 256,190.00 |
| 05/16 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001613361102 | 93.80 |
| 05/16 | ACH Pmt   LEWISCO HOLDINGS Vital Pharmaceuticals  CUSTOMER ID 11018993270 | 3,528.00 |
| 05/16 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 4,939.20 |
| 05/16 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 7,473.11 |
| 05/16 | SGF     WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 34,574.40 |
| 05/16 | INCOMING WIRE TRANSFER WIRE REF# 20230516-00018159 | 49,280.00 |
| 05/16 | KCK     WIL FISCHER DIST VITAL PHARMACEUTICALS,  CUSTOMER ID 54811 | 51,861.60 |
| 05/16 | LOCKBOX DEPOSIT  628727 | 496,050.81 |
| 05/17 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001614463032 | 18.76 |
| 05/17 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001613535812 | 393.96 |
| 05/17 | REMOTE DEPOSIT | 1,876.89 |
| 05/17 | REMOTE DEPOSIT | 25,137.41 |
| 05/17 | payment    TURNER BEVERAGE Vital Pharmaceutical CUSTOMER ID | 79,932.72 |
| 05/17 | LOCKBOX DEPOSIT  628727 | 142,256.02 |
| 05/18 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001615486332 | 1,947.15 |
| 05/18 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 8,065.40 |
| 05/18 | PY05/17/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 14,213.92 |
| 05/18 | PY05/17/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 23,960.06 |
| 05/18 | INCOMING WIRE TRANSFER WIRE REF# 20230518-00018193 | 52,789.33 |
| 05/19 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 05/19 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001616986092 | 293.60 |
| 05/19 | PAYMENTS  WALGREENCO VPX REDLINE CUSTOMER ID 2001731807 | 689.76 |
| 05/19 | ACH      G&KSALES XXXX Vital Pharmaceuticles | 1,033.23 |
| 05/19 | CORP PAY  BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 3,457.44 |
| 05/19 | Invoice    CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 7,606.37 |
| 05/19 | PRODUCT   A & B DISTRIBUTI 2550 VITAL PHARMACEUTICALS | 8,643.60 |
| 05/19 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025CZHXOIMIC3LU | 30,442.06 |
| 05/19 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 38,416.00 |
| 05/19 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 38,800.16 |
| 05/19 | CASHCD     DANIELLJACOB0457 VITAL PHARMACEUTICALS, CUSTOMER ID VITAL PHARMACEU | 46,588.78 |
| 05/19 | INCOMING WIRE TRANSFER WIRE REF# 20230519-00026514 | 52,789.33 |
| 05/19 | LOCKBOX DEPOSIT  628727 | 100,190.24 |
| 05/19 | INCOMING WIRE TRANSFER WIRE REF# 20230519-00028860 | 123,200.00 |
| 05/19 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT CUSTOMER ID ALL-000022607 | 171,453.55 |
| 05/22 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001631321682 | 18.35 |
| 05/22 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001631151872 | 18.35 |
| 05/22 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001617242432 | 18.76 |
| 05/22 | PAYMENTS  WALGREENCO VPX REDLINE CUSTOMER ID 2001737543 | 1,467.66 |
| 05/22 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 1,836.17 |
| 05/22 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001630241542 | 2,312.10 |
| 05/22 | REMOTE DEPOSIT | 5,286.63 |
| 05/22 | Bang ACH 5 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 24,586.24 |
| 05/22 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 29,635.20 |
| 05/22 | Matagrano  MATAGRANO INC Vital Pharmeceuticals CUSTOMER ID BANG | 36,318.80 |
| 05/22 | LOCKBOX DEPOSIT  628727 | 41,086.40 |
| 05/22 | INCOMING WIRE TRANSFER WIRE REF# 20230522-00019948 | 55,582.80 |
| 05/22 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001617140832 | 115,586.65 |
| 05/22 | PY04/28/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 210,151.20 |
| 05/23 | PAYMENTS  WALGREENCO VPX REDLINE CUSTOMER ID 2001742966 | 412.46 |
| 05/23 | REMOTE DEPOSIT | 3,044.31 |
| 05/23 | AchBatch   EAGLE DISTRIBUTI Vital Pharmaceuticals  CUSTOMER ID 2108 | 24,202.08 |
| 05/23 | PAYMENT    GLAZER'S BEER AN VITAL PHARMACEUTICALS, CUSTOMER ID 4450 | 40,144.72 |
| 05/23 | INCOMING WIRE TRANSFER WIRE REF# 20230523-00014606 | 52,789.33 |
| 05/23 | LOCKBOX DEPOSIT  628727 | 413,876.29 |
| 05/24 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001634030792 | 93.39 |
| 05/24 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001633880782 | 2,066.58 |

continued

■ COMMERCIAL INTEREST CHECKING  9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/24 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 268740 | 2,597.00 |
| 05/24 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 19,015.92 |
| 05/24 | INCOMING WIRE TRANSFER WIRE REF# 20230524-00003295 | 56,418.00 |
| 05/24 | LOCKBOX DEPOSIT  628727 | 209,925.25 |
| 05/25 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001634770192 | 91.75 |
| 05/25 | CORP PAY   MORATO GROUP LLC VITAL PHARMACEUTICAL I  CUSTOMER ID | 9,864.68 |
| 05/25 | AP EXPENSE Intermountain Di 6920 VITAL PHARMACEUTICALS | 19,090.07 |
| 05/25 | ACH ITEM   SOUND BEVERAGE D Vital Pharmaceuticals  CUSTOMER ID Bang | 23,221.43 |
| 05/25 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11019638523 | 36,982.14 |
| 05/25 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025KUZHNIAIIQUJ | 42,641.76 |
| 05/25 | REMOTE DEPOSIT | 44,951.20 |
| 05/25 | LOCKBOX DEPOSIT  628727 | 56,528.65 |
| 05/25 | DOMTBOA019 WASTE MANAGEMENT 0014VITAL PHARMACETI  CUSTOMER ID 9000298749 | 160,869.62 |
| 05/25 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID         310562 | 177,275.77 |
| 05/26 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001636747442 | 18.76 |
| 05/26 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 1,490.05 |
| 05/26 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001771524 | 5,809.46 |
| 05/26 | PAYABLES   HOFFMAN BEVERAGE BANG ENERGY CUSTOMER ID VPX101 | 12,169.46 |
| 05/26 | PY05/25/23 MITCHELL REX DIS Vital Pharmaceuticals, CUSTOMER ID 007000893 | 14,713.14 |
| 05/26 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals  CUSTOMER ID GLHNAAJVQNBW25Y | 15,572.88 |
| 05/26 | CASH DISB  SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 17,114.33 |
| 05/26 | INCOMING WIRE TRANSFER WIRE REF# 20230526-00027578 | 17,287.20 |
| 05/26 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 19,015.92 |
| 05/26 | PY05/25/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 20,537.19 |
| 05/26 | LAKESHORE  CITY BEVERAGE-IL XXX1 VITAL PHARMACEUTICALS | 23,373.00 |
| 05/26 | VPX 9212   PARAGON DISTRIBU Vital Pharmaceuticals  CUSTOMER ID VPX | 27,851.60 |
| 05/26 | CORP PAY   BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 28,043.68 |
| 05/26 | ACH Pmt   H. COX & SON, IN Vital Pharmaceuticals, CUSTOMER ID 11019929066 | 34,628.35 |
| 05/26 | MISC ACH   Standard Sales C VITAL PHARMACEUTICALS  CUSTOMER ID 6922550 | 41,489.28 |
| 05/26 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11019639019 | 41,489.28 |
| 05/26 | LOCKBOX DEPOSIT  628727 | 49,110.41 |
| 05/26 | PY05/25/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 74,334.96 |
| 05/30 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001637029952 | 18.35 |
| 05/30 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001638198292 | 37.52 |
| 05/30 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 1,723.18 |
| 05/30 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001777499 | 3,210.49 |
| 05/30 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 13,041.31 |
| 05/30 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 652379160 | 20,412.00 |
| 05/30 | AP EXPENSE DE CRESCENTE DIS 7950 VITAL PHARMACEUTICALS | 24,696.00 |
| 05/30 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001636486322 | 34,259.45 |
| 05/30 | PAYABLES   Silver Eagle Dis 0000VITAL PHARMACEUT  CUSTOMER ID V13915 | 42,204.96 |
| 05/30 | AchBatch   EAGLEGRAND Vital Pharmaceuticals  CUSTOMER ID 2108 | 46,163.48 |
| 05/30 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL-000022607 | 64,389.42 |
| 05/30 | REMOTE DEPOSIT | 100,510.20 |
| 05/30 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001636619342 | 168,783.30 |
| 05/31 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000675145 | 13,552.00 |
| 05/31 | VPX Bang E RESORT BEVERAGE Vital Pharmaceuticals  CUSTOMER ID INV-148303 | 17,671.36 |
| 05/31 | AchBatch   EAGLE DISTRIBUTI Vital Pharmaceuticals  CUSTOMER ID 2108 | 26,479.60 |
| 05/31 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 35,471.38 |
| 05/31 | INCOMING WIRE TRANSFER WIRE REF# 20230531-00037287 | 42,929.04 |
| 05/31 | INCOMING WIRE TRANSFER WIRE REF# 20230531-00019596 | 52,789.34 |
| 05/31 | A/P Pymnts VistarCorp. VITAL PHARMACEUTICALS  CUSTOMER ID         310562 | 99,827.79 |
| 05/31 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 256,048.12 |
| 05/31 | REMOTE DEPOSIT | 334,904.64 |
| 05/31 | LOCKBOX DEPOSIT  628727 | 1,322,781.33 |
| Total deposits, credits and interest | | = $15,095,114.02 |



## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am   5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC