**Citizens**™

US102 | BR711
ROP 450
P.O. Box 7000
Providence, RI 02940

| Commercial Account Statement |
|---|
| Page 1 of 4 |

Beginning May 01, 2023
through May 31, 2023

**Questions? Contact us today:**



**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

VITAL PHARMACEUTICALS INC
CONTROL ACCOUNT
20311 SHERIDAN ST
FORT LAUDERDALE FL  33332-2313

Go Paperless
Scan Code

VITAL PHARMACEUTICALS INC
CONTROL ACCOUNT
Commercial Checking
XXXXXX-604-5

## Commercial Checking for XXXXXX-604-5

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 216,930.84 |
| Checks | - | .00 |
| Debits | - | 1,332.14 |
| Deposits & Credit | + | 26,446.35 |
| **Current Balance** | **=** | **242,045.05** |

Your next statement period will end on June 30, 2023.

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 604-5

**Debits ***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description | | |
|---|---|---|---|---|
| | | | | **Previous Balance** |
| | | | | 216,930.84 |
| | | | | **Total Debits** |
| **Other Debits** | | | - | 1,332.14 |
| 05/16 | 1,332.14 | SERVICE CHARGE | | |
| | | Please refer to your Commercial Analysis Statement | | |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Commercial Checking for XXXXXX-604-5 Continued

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 05/01 | 470.97 | Worldpay COMB. DEP. 042823 4445082119223 |
| 05/01 | 445.68 | Worldpay COMB. DEP. 042923 4445082119223 |
| 05/03 | 179.00 | Worldpay COMB. DEP. 050223 4445082119223 |
| 05/04 | 2,489.75 | Worldpay COMB. DEP. 050323 4445082119223 |
| 05/05 | 674.75 | Worldpay COMB. DEP. 050423 4445082119223 |
| 05/08 | 523.87 | Worldpay COMB. DEP. 050523 4445082119223 |
| 05/08 | 410.00 | Worldpay COMB. DEP. 050623 4445082119223 |
| 05/11 | 1,265.66 | Worldpay COMB. DEP. 051023 4445082119223 |
| 05/12 | 200.50 | Worldpay COMB. DEP. 051123 4445082119223 |
| 05/15 | 5,525.79 | Worldpay COMB. DEP. 051323 4445082119223 |
| 05/15 | 587.24 | Worldpay COMB. DEP. 051223 4445082119223 |
| 05/17 | 721.25 | Worldpay COMB. DEP. 051623 4445082119223 |
| 05/18 | 5,849.84 | Worldpay COMB. DEP. 051723 4445082119223 |
| 05/19 | 1,463.50 | Worldpay COMB. DEP. 051823 4445082119223 |
| 05/22 | 745.35 | Worldpay COMB. DEP. 052023 4445082119223 |
| 05/22 | 341.00 | Worldpay COMB. DEP. 051923 4445082119223 |
| 05/25 | 328.00 | Worldpay COMB. DEP. 052423 4445082119223 |
| 05/26 | 917.15 | Worldpay COMB. DEP. 052523 4445082119223 |
| 05/30 | 2,141.50 | Worldpay COMB. DEP. 052723 4445082119223 |
| 05/30 | 1,165.55 | Worldpay COMB. DEP. 052623 4445082119223 |

**Total Deposits & Credits** + 26,446.35

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 217,847.49 | 05/12 | 223,591.02 | 05/19 | 236,406.50 |
| 05/03 | 218,026.49 | 05/15 | 229,704.05 | 05/22 | 237,492.85 |
| 05/04 | 220,516.24 | 05/16 | 228,371.91 | 05/25 | 237,820.85 |
| 05/05 | 221,190.99 | 05/17 | 229,093.16 | 05/26 | 238,738.00 |
| 05/08 | 222,124.86 | 05/18 | 234,943.00 | 05/30 | 242,045.05 |
| 05/11 | 223,390.52 | | | | |

**Current Balance** = 242,045.05

NEWS FROM CITIZENS

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender



Staying Safe at ATMs

Our ATMs are monitored by security cameras, but it still helps to be safe. Below are simple and clear tips to keep in mind:

Please avoid…
- Going to an ATM alone at night --- if it seems dark, please let us know, so we can add lighting
- Leaving an ATM door open
- Letting anyone you don't know in the ATM vestibule after the branch is closed
- Sharing your PIN # with anyone, make sure you memorize it, don't write it down or keep it in your wallet
- Exposing your PIN # when you enter it into the ATM
- Counting your cash publicly

Please report…
- Anyone who appears to be lurking or acting suspiciously in the vicinity of the branch or ATM
- If it looks as if someone is following you
- If someone approaches you demanding money, give it to them. Remember everything you can about the person and call the police immediately.
- Lost or stolen cards, either yours or one you found

Any feedback about ATM Security? Call our Citizens Bank Security Department at 1-800-305-5236. In New Jersey, you can call the NJ Dept. of Banking at 1-800-446-7467.

Member FDIC  Equal Housing Lender

# citizens™

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

## Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

**Thank you for banking with Citizens.**