

P.O. Box 1393  
Buffalo, NY 14240-1393

**Questions?**  
Call 1.877.472.2249  
TTY 1.800.898.5999  
us.hsbc.com  
Or write:  
HSBC  
P.O. Box 9  
Buffalo, New York 14240

VITAL PHARMACEUTICALS INC  
1600 N PARK DR  
WESTON      FL  333263278

**CORPORATE ANALYZED CHECKING**

ACCOUNT NUMBER ▮6219  
STATEMENT PERIOD  04/29/23 TO 05/30/23

*VITAL PHARMACEUTICALS INC*

| | |
|---|---:|
| BEGINNING BALANCE | $184,293.32 |
| DEPOSITS & OTHER ADDITIONS | $500.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $218.14 |
| ENDING BALANCE | $184,575.18 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 04/29/23 | OPENING BALANCE | | | $184,293.32 |
| 05/08/23 | 2023050800007121 128607564 QUASH SELTZER LLC TRANSFER 53RECD FED FEDSEQ:B1Q8981R003167 | 500.00 | | $184,793.32 |
| 05/17/23 | Bank Charges for the per 01APR2023 TO 30APR2023 Invoice No 1607307 | | 218.14 | $184,575.18 |
| 05/30/23 | ENDING BALANCE | | | $184,575.18 |

*All deposited items are credited subject to final payment.*

Some of the payment information provided herein may be truncated due to space constraints. If you need access to richer and complete payment information (as per ISO 20022 standard) delivered via MX statements and/or advice, please contact your relationship or client service manager.

*Please examine your statement at once.    If you change your address, please notify us of our new address.*

HSBC Bank USA, N.A. (Rev. 1/2022) sMe          Page 1 of 2

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2023 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



Some of the payment information provided herein may be truncated due to space constraints. If you need access to richer and complete payment information (as per ISO 20022 standard) delivered via MX statements and/or advice, please contact your relationship or client service manager.