

| Merchant Account ID: ████████GG5J | PayPal ID: accounts.payable@bangenergy.com | 5/1/23 - 5/31/23 |
|---|---|---|

## Statement for May 2023

Vital Pharmaceuticals. Inc.
1600 North Park Drive
33326 Weston

### Balance Summary (5/1/23 - 5/31/23)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 83.88 | 97.86 | 0.00 | 0.00 |
| EUR | 0.00 | 0.00 | 0.00 | 0.00 |



Merchant Account ID: ████████GG5J        PayPal ID: accounts.payable@bangenergy.com                5/1/23 - 5/31/23

## Activity Summary (5/1/23 – 5/31/23)

| | USD |
|---|---|
| Beginning Available Balance | 83.88 |
| Payments received | 14.98 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 0.00 |
| Fees | -1.00 |
| Ending Available Balance | 97.86 |



Merchant Account ID: ████████GG5J          PayPal ID: accounts.payable@bangenergy.com          5/1/23 - 5/31/23

## Payments received

| Description | USD |
| --- | --- |
| Subscription Payment | 14.98 |
| Total | 14.98 |

## Fees

| Description | USD |
| --- | --- |
| Payment Fee | -1.00 |
| Total | -1.00 |



Merchant Account ID: ████████GG5J          PayPal ID: accounts.payable@bangenergy.com          5/1/23 - 5/31/23

## Transaction History – USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|------|-------------|--------------|-------|-----|-----|
| 5/30/23 | Subscription Payment<br>ID: 2LE629207F263961P | Joseph R██████<br>████@yahoo.com | 14.98 | -1.00 | 13.98 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).