# Corporate Business Account Statement



Page 1 of 2
Account Number: ▮▮▮▮9699

**For the period   04/29/2023 to 05/31/2023**

VITAL PHARMACEUTICALS INC #22-17842
CREDIT CARD ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:    0
Tax ID Number: 65-0668430
For Client Services:
  Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 42,862.92 | 136,643.08 | 9,803.87 | 169,702.13 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 7 | 136,643.08 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 7 | 136,643.08 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 5 | 9,803.87 |
| Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 0 | .00 |
| Total | 5 | 9,803.87 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/29 | 42,862.92 | 05/03 | 51,502.94 | 05/17 | 101,865.63 |
| 05/01 | 48,670.92 | 05/09 | 54,641.63 | 05/19 | 94,858.13 |
| 05/02 | 52,642.68 | 05/12 | 87,850.63 | 05/30 | 169,702.13 |

## Deposits and Other Credits

### ACH Credits                    7 transactions for a total of $136,643.08

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 5,808.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023121907992553 |
| 05/02 | 4,088.56 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023122903932428 |
| 05/09 | 4,678.52 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023129904924830 |
| 05/12 | 33,209.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023132906614845 |
| 05/17 | 14,015.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023137909700586 |
| 05/30 | 49,896.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023150910512558 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
CREDIT CARD ACCOUNT

For the period   04/29/2023 to 05/31/2023  
Account number:            9699  
Page 2 of 2

## Deposits and Other Credits - continued

### ACH Credits - continued — 7 transactions for a total of $136,643.08

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/30 | 24,948.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023150910472138 |

## Checks and Other Debits

### ACH Debits — 5 transactions for a total of $9,803.87

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 60.00 | ACH Web Sq230502 Square Inc T3Rbx8X9B9R931Z | 00023122903894457 |
| 05/02 | 56.80 | Corporate ACH Billing Authnet Gateway 128828578 | 00023121911289947 |
| 05/03 | 1,139.74 | Corporate ACH Cred Fees<br>5/3 Bankcard Sys Chain 0F1975 | 00023123908255979 |
| 05/09 | 1,539.83 | Corporate ACH Mps Billng Fifth Third ACH 0F1975 | 00023128913112986 |
| 05/19 | 7,007.50 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023139906803744 |

Member FDIC                    Equal Housing Lender