# Business Performance Mmkt Account Statement



Page 1 of 1
Account Number: ▓▓▓▓6151

**For the period   04/29/2023 to 05/31/2023**

VITAL PHARMACEUTICALS INC #22-17842
MONEY MARKET ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:   0
Tax ID Number: 65-0668430

For Client Services:
  Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to:  Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 875.33 | 1.41 | .00 | 876.74 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.80 | 33 | 875.37 | 1.41 | 5.95 |

### Deposits and Other Credits / Checks and Other Debits

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 1 | 1.41 | Other Debits | 0 | .00 |
| Total | 1 | 1.41 | Total | 0 | .00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 04/29 | 875.33 | 05/31 | 876.74 |

## Deposits and Other Credits

**Other Credits**    1 transaction for a total of $1.41

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/31 | 1.41 | Interest Payment | I-GEN123053100021862 |

Member FDIC                   Equal Housing Lender