UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____ / | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR THE ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on June 29, 2023, Debtors Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") filed the *Debtors' Motion for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [ECF No. 1551] (the "Conversion Motion"),[2] conditionally seeking among other things, entry of an order converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2023, the Debtors received an Early Termination Notice[3] from the Federal Trade Commission ("FTC"), pursuant to which the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given such terms in the Conversion Motion.

[3] The Early Termination Notice is attached hereto as **Exhibit A**.

12245111-2

FTC terminated the Hart-Scott-Rodino Act ("HSR") waiting period for the transactions contemplated by the APA.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Paragraph 17 of the Conversion Motion, the Debtors intend to move forward with the Sale Transaction and Settlement Agreement. The Debtors will proceed with the Sale Hearing scheduled for **July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time)**, at which hearing the Debtors will seek Court approval of the sale of substantially all their assets to Blast Asset Acquisition LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, in accordance with the APA attached as Exhibit 1 to the *Notice of Auction Cancellation and Successful Bidder* filed on June 28, 2023 [ECF No. 1546].[4] The Debtors will also seek approval of the Settlement Agreement[5] at the July 12 hearing.

**Accordingly, the Debtors, by and through their undersigned attorneys, hereby withdraw the Conversion Motion [ECF No. 1551] filed on June 29, 2023 and scheduled for hearing on July 12, 2023 at 10:00 a.m.**

---

[4] The *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] was amended by the *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] filed on June 30, 2023, to disclose that: As announced on the record at the hearing on June 29, 2023, the Court scheduled the hearing to consider approval of the Sale Transaction for July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time). The Court has also scheduled the hearing for approval of the Settlement Motion and the Conversion Motion for July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time).

[5] *See Debtors' Expedited Motion to Approve Compromise between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1548].

| | |
|---|---|
| Dated: July 3, 2023<br>      Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Liza L. Burton (admitted pro hac vice)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>       liza.burton@lw.com<br>       jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com<br>       mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[6] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com
       whit.morley@lw.com

*Co-Counsel for the Debtors*

---

[6] Not admitted in Illinois. Admitted in New York.

## **EXHIBIT A**

**Early Termination Notice**

12245111-2

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
Washington, D.C. 20580

Bureau of Competition
Premerger Notification Office

CUI//SP-MERG

June 30, 2023

Katherine A Rocco
Latham & Watkins LLP
1271 Avenue of the Americas
New York,, NY 10020

Re:   EARLY TERMINATION GRANTED
       Transaction Identification Number 20231177
       Monster Beverage Corporation /  Vital Pharmaceuticals, Inc.

The request for early termination of the waiting period is granted effective June 30, 2023 09:00 PM with respect to the proposed acquisition by Monster Beverage Corporation of certain assets of Vital Pharmaceuticals, Inc.  Early termination of the waiting period is provided by Section 7A(b)(2) of the Clayton Act and Sections 803.10(b) and 803.11(c) of the Premerger Notification Rules.

Notice of this termination will be published in the Federal Register in accordance with Section 7a(b)(2) of the Clayton Act and Section 803.11(c) of the Premerger Notification Rules and on the Federal Trade Commission's internet site [http://www.ftc.gov/bc/earlyterm/index.html].

If you have any questions concerning this matter, please contact the Premerger Notification Office at Premerger@ftc.gov and HSRHelp@ftc.gov.

Sincerely,

Robert L. Jones
Assistant Director
Premerger Notification Office
Bureau of Competition