Case 22-17842-PDR    Doc 1563    Filed 07/05/23    Page 1 of 2



**ORDERED in the Southern District of Florida on July 2, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS'** *EX PARTE* **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN (I) THE DEBTORS, (II) MONSTER ENERGY COMPANY, (III) MONSTER BEVERAGE CORPORATION, (IV) ORANGE BANG, INC., (V) THE COMMITTEE, AND (VI) THE SUPPORTING LENDERS**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12210496-4

*Bang, Inc., (V) The Committee, and (VI) The Supporting Lenders* (the "Motion") [ECF No. 1549]. The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V the Committee, and (VI) the Supporting Lenders* [ECF No. 1548] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **July 12, 2023 at 10:00 a.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

3. Any responses or objections (collectively, "Objections") to the relief requested in the Settlement Motion must be filed by July 7, 2023 at 4:00 p.m. (Eastern Time). The Debtors shall have until July 11, 2023, to file a reply to any timely filed Objection.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

12210496-4