

ORDERED in the Southern District of Florida on July 5, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]　　　　Case No.: 22-17842-PDR

　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　Debtors.　　　　　　　　　　　　　　　　　　(Jointly Administered)
_____/

**ORDER GRANTING EX-PARTE MOTION FOR ORDER SHORTENING TIME FOR DEBTORS' TO RESPOND TO DISCOVERY (ECF No. 1557)**

THIS CASE came before the Court without hearing upon the *Ex-Parte Motion for Order to Shorten Time to Respond to Discovery* (ECF No. 1557) and the Court having reviewed the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Motion and file, and having been otherwise duly advised in the premises, and for good cause does hereby

ORDER as follows:

1. The Motion is GRANTED.

2. The Debtors will respond to Mr. Owoc's *First Request for Production of Documents to Debtors* ("Request") consisting of seven (7) requests by July 7, 2023, at 5:00 p.m. Eastern.

# # #

Order submitted by:

Jonathan S. Feldman, Esq. (12682)
PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
feldman@katiephang.com
service@katiephang.com