

**ORDERED in the Southern District of Florida on July 5, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EIGHTH OMNIBUS MOTION FOR
ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF UNEXPIRED
NON-RESIDENTIAL REAL PROPERTY LEASES WITH (A) DOGWOOD PROPCO
FL, LP; (B) EASTGROUP PROPERTIES, LP; (C) PPF LINCOLN MEDLEY, LLC; (D)
DUKE SECURED FINANCING 2009-1PAC, LLC; (E) JHO NV-1 INVESTMENT, LLC;
(F) KEARNY MESA WEST (SAN DIEGO), LLC (G) RANGER H-TX LP;
AND (H) CI DAL III-V, LLC**

**THIS MATTER** came before the Court on June 29, 2023 at 1:30 p.m., in Fort Lauderdale,

Florida, upon the *Debtors' Eighth Omnibus Motion for Entry of an Order Authorizing the*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12182465-3

*Rejection of Unexpired Non-Residential Real Property Leases with ((A) Dogwood Propco FL, LP; (B) EastGroup Properties, LP; (C) PPF Lincoln Medley, LLC; (D) Duke Secured Financing 2009-1PAC, LLC; (E) JHO NV-1 Investment, LLC; (F) Kearny Mesa West (San Diego), LLC (G) Ranger H-TX LP; AND (H) CI DAL III-V, LLC* (the "Motion") [ECF No. 1459] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").  The Motion seeks authority to reject the (a) Dogwood Lease[2] with Dogwood Propco FL, LP; (b) the EastGroup Lease with EastGroup Properties, L.P.; (c) PPF Lincoln Lease with PPF Lincoln Medley, LLC; (d) the Duke Lease with Duke Secured Financing 2009-1PAC, LLC; (e) the JHO NV Lease with JHO NV-1 Investment, LLC; (f) the Kearny Lease with Kearney Mesa West (San Diego) LLC; (g) the Ranger Lease with Ranger H-TX LP; and the CI DAL Lease with CI Dal III-V, LLC.  The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors.  Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary.  Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1. The Motion is **GRANTED** as provided herein.

2. The Debtors' rejection of the Dogwood Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the Dogwood Leased Premises to Dogwood, by returning the keys to Dogwood, pursuant to 11 U.S.C. § 365(a).

3. The Debtors' rejection of the EastGroup Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the EastGroup Leased Premises to

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

12182465-3                    2

EastGroup, by returning the keys to EastGroup, pursuant to 11 U.S.C. § 365(a) (the "EastGroup Rejection Date"). The Debtors shall deliver possession of the EastGroup Leased Premises, including keys and access codes to Eastgroup on the EastGroup Rejection Date.

4. The Debtors' rejection of the PPF Lincoln Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the PPF Lincoln Leased Premises to PPF Lincoln, by returning the keys to PPF Lincoln, pursuant to 11 U.S.C. § 365(a).

5. The Debtors' rejection of the Duke Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the Duke Leased Premises to Duke, by returning the keys to Duke, pursuant to 11 U.S.C. § 365(a).

6. The Debtors' rejection of the JHO NV Lease is **APPROVED**, effective as of the Petition Date.

7. The Debtors' rejection of the Kearny Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the Kearny Leased Premises to Kearny, by returning the keys to Kearny, pursuant to 11 U.S.C. § 365(a).

8. The Debtors' rejection of the Ranger Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the Ranger Leased Premises to Ranger, by returning the keys to Ranger, pursuant to 11 U.S.C. § 365(a)

9. The Debtors' rejection of the CI DAL Lease is **APPROVED**, effective as of June 30, 2023, or the date that the Debtors deliver possession of the CI DAL Leased Premises to CI DAL, by returning the keys to CI DAL, pursuant to 11 U.S.C. § 365(a).

10. For the avoidance of doubt, upon the rejection of the leases set forth herein, the respective landlords are authorized to terminate such leases without further court approval.

11. **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF:**

**(I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT OR LEASE; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT OR LEASE.**

12.    The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*