UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,       Case No.: 22-17842-PDR

                                                    Chapter 11
         Debtors.                                 (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Ex-Parte Motion for Order Shortening Time for Debtors to Respond to Discovery* (ECF No. 1564) was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

Dated: July 6, 2023

                                       PHANG & FELDMAN, P.A.
                                       *Attorneys for John H. Owoc, Megan Owoc,*
                                       *Elite Island, LLC and Entourage IP Holding, LLC*
                                       2 S. Biscayne Boulevard, Suite 1600
                                       One Biscayne Tower
                                       Miami, Florida 33131
                                       Telephone: (305) 614-1223

                     By:     */s/ Jonathan S. Feldman*
                                     Jonathan S. Feldman (12682)
                                     feldman@katiephang.com
                                     service@katiephang.com

