# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF PAPERS AND ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that Douglas E. Spelfogel, Esq. and Derek L. Wright, Esq. and the law firm of Mayer Brown LLP hereby enter their appearance as special counsel on behalf of John H. Owoc a/k/a Jack H. Owoc, a party-in-interest and sole shareholder of the above-captioned Debtors. In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix

**Douglas E. Spelfogel, Esq.**
**Mayer Brown LLP**
**1221 Avenue of the Americas**
**New York, New York 10020**
**Telephone: (212) 506-2500**
**Facsimile: (212) 506-1910**
**Email: dspelfogel@mayerbrown.com**

and

754675477

**Derek L. Wright, Esq.**
**Mayer Brown LLP**
**71 S. Wacker Drive**
**Chicago, IL 60606**
**Telephone: (312) 701-7393**
**Email: dwright@mayerbrown.com**

Dated: July 6, 2023          **MAYER BROWN LLP**
    New York, New York

            By:    */s/ Douglas E. Spelfogel*
            Douglas E. Spelfogel
            Derek L. Wright
            1221 Avenue of the Americas
            New York, New York 10020
            Telephone: (212) 506-2500
            Facsimile: (212) 506-1910
            Email: dspelfogel@mayerbrown.com
                      dwright@mayerbrown.com

            *Attorneys for John H. Owoc a/k/a Jack H. Owoc*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties-in-interest registered to receive electronic notice via CM/ECF Notification on this 6th day of July, 2023.

            By: */s/ Douglas E. Spelfogel, Esq.*