UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]   Chapter 11

        Chapter 11   Case No. 22-17842-PDR

           Hon. Peter D. Russin

           (Jointly Administered)

Debtors.
_____/

## *EX PARTE* MOTION TO WITHDRAWL AS COUNSEL FOR WEBB & GERRITSEN, INC.

The law firm of Foley & Lardner LLP, ("Foley & Lardner") including Mark J. Wolfson, and Thomas L Shriner, Jr., admitted *pro hac vice*, hereby moves for the entry of an Order permitting Foley & Lardner and the referenced attorneys to withdraw as counsel for Webb & Gerritsen, Inc. ("Webb"). The grounds for this Motion are as follows:

1) Webb has reached a settlement agreement with the Debtor, which was approved by the Court, and the settlement has been implemented, and therefore Foley & Lardner no longer needs to participate in this bankruptcy case.

2) The firm request the order authorizing the withdraw order to direct the Court to remove the firm from the matrix and service list.

WHEREFORE, Foley & Lardner respectfully requests that the Court enter its Order (a) permitting Foley & Lardner to withdraw as counsel for Webb and discharging Foley & Lardner from any further responsibility as counsel for Webb, (see attached **Exhibit 1**) (b) removing Mark J.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("VPX") (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC ("JHO") (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

4880-1807-4990.1

Wolfson and Thomas L. Shriner, Jr. and Foley & Lardner from the service list in this case; and (c) granting such other and further relief as the Court deems proper.

        Respectfully submitted,

        */s/ Mark J. Wolfson*
        Mark J. Wolfson, Esquire (FBN 0352756)
        Foley & Lardner LLP
        100 North Tampa Street, Suite 2700
        Tampa, FL  33602
        Telephone: 813-225-4119
        Email: mwolfson@foley.com

        *Attorneys for Webb & Gerritsen, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 6 day of July, 2023 via the CM-ECF filing system which will send email notification to those registered recipients.

        */s/Mark J. Wolfson*
        Attorney

4880-1807-4990.1