UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

Chapter 11

Case No. 22-17842-PDR

Hon. Peter D. Russin

(Jointly Administered)

Debtor.

_____/

**ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL
FOR WEBB & GERRITSEN, INC.**

This matter came before the court without a hearing on the *Ex Parte* Motion to Withdraw as Counsel for Webb & Gerritsen, Inc. (the "Motion") (ECF No. _____). The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that:

1)  The Motion is Granted.

2)   Accordingly, Foley & Lardner LLP and Mark J. Wolfson and Thomas L. Shriner, Jr. are permitted to withdraw as counsel for Webb & Gerritsen, Inc. and both are discharged from any further responsibility as counsel for Webb & Gerritsen, Inc. in this matter.

3) The Clerk of the Court is hereby authorized to remove Mark J. Wolfson, Thomas L. Shriner, Jr., and Foley & Lardner LLP from the matrix and service list in this case.

###

**EXHIBIT 1**

4880-1807-4990.1

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210

      Mark J. Wolfson shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.