UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]    Case No.: 22-17842-PDR

            Debtors.    Chapter 11
                                                   /    (Jointly Administered)

## NOTICE OF DEPOSITION OF CHARLES DELO
## VIA ZOOM AND VIDEOTAPE

PLEASE TAKE NOTICE THAT Creditor and Interested Party John H. Owoc ("**Mr. Owoc**"), through undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable here by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and with the agreement with Debtors' counsel, will take the deposition upon oral examination of Charles Delo, Managing Director of Rothschild & Co US Inc., Investment Banker for the Debtors, as the Debtors' witness relating to the *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* (ECF

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019). Case information can be found at the dedicated website for these cases: https://cases.stretto.com/vitalpharmaceuticals/



No. 1548), **on July 8, 2023, at 10:30 a.m. (Eastern)** via Zoom[2] in care of the offices of Phang & Feldman, P.A., One Biscayne Tower, Suite 1600, 2 S. Biscayne Boulevard, Miami, Florida 33131.

The deposition shall continue from day to day until complete and shall be taken via Zoom before a Notary Public, Lexitas Reporting, or other qualified certified court reporter authorized to conduct such deposition, and who is not a party to this case, and the deposition will be recorded stenographically and by videotape.

Dated: July 6, 2023     Respectfully submitted,

PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223

By: */s/ Jonathan S. Feldman*
    Jonathan S. Feldman (12682)
    feldman@katiephang.com
    service@katiephang.com

---

[2] **https://lexitas.zoom.us/j/98084530162?pwd=UVA0Mm4reE5GSm1SRWhSRUI5K2IyZz09**



**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

*/s/ Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com

Copy: David Bixby, Esq., Lexitas Reporting (David.Bixby@LexitasLegal.com)

Phang | Feldman
**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 |** www.katiephang.com **|** feldman@katiephang.com