# EXHIBIT "A"

# BERGER SINGERMAN

Jordi Guso
Phone: 304-714-4375
jguso@bergersingerman.com

September 29, 2022

**VIA ELECTRONIC MAIL**

Vital Pharmaceuticals Inc.
1600 North Park Drive
Weston, FL 33326
Attn: Mr. John H. Owoc, President

Re: Engagement Letter of August 8, 2022, executed between Berger Singerman LLP (the "Firm") and Vital Pharmaceuticals, Inc. and the subsidiaries listed on the attached Exhibit A (collectively, "You" or "Your") (the "Engagement Letter"). All terms not defined herein shall have the meaning given to same in the Engagement Letter.

Dear Mr. Owoc:

This shall confirm your decision to engage our law firm to also represent Rainbow Unicorn Bev, LLC in connection with the filing and prosecution of a proceeding under Chapter 11 of the United States Bankruptcy Code for itself and for Vital Pharmaceuticals, Inc., Vital Pharmaceuticals International Sales, Inc., Bang Energy Canada, Inc., JHO International, Inc., JHO Real Estate Investment, LLC, Quash Seltzer, LLC. This representation shall be subject to all of the terms and conditions set forth in the Engagement Letter.

Sincerely,

BERGER SINGERMAN

Jordi Guso

ACCEPTED AND AGREED TO BY:

**RAINBOW UNICORN BEV, LLC**

Signed: _____

Title: CEO and CSO

Date: October ___, 2022

11693138-1

1450 BRICKELL AVENUE | SUITE 1900 | MIAMI, FLORIDA 33131
t: (305) 755-9500 | f: (305) 714-4340 | WWW.BERGERSINGERMAN.COM

VPX-JHO0000000005