UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the following document filed by Creditor and Interested Party John H. Owoc, was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on July 6, 2023:

**Notice of Evidentiary Hearing [D.E. 1568] on Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC from Case Filed by Interested Party Jack H. Owoc [D.E. 1466]**

Dated: July 7, 2023

Respectfully submitted,
By: */s/ Irwin R. Gilbert*

IRWIN R. GILBERT
*Counsel for Creditor and Interested Party*
*John H. Owoc*
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).