

ORDERED in the Southern District of Florida on July 7, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

**ORDER CONTINUING HEARING ON CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S MOTION TO CLARIFY EXTENT OF AUTOMATIC STAY OR IN THE ALTERNATIVE FOR RELIEF FROM STAY**

**THIS MATTER** having come before the Court on June 29, 2023, at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Joint Emergency Motion to Continue and Fix Hearing Dates in Connection with Pending Motions Involving John H. Owoc* filed by the Debtors and Official

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

Committee of Unsecured Creditors [D.E. 1523] (the "Motion"). The Court having considered the Motion and the request to continue the hearing on the *Motion to Clarify Extent of Automatic Stay or in the Alternative for Relief from Stay* [D.E. 1442] filed by Creditor and Interested Party John H. Owoc, and being otherwise advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. The hearing to consider the *Motion to Clarify Extent of Automatic Stay or in the Alternative for Relief from Stay* [D.E. 1442] filed by Creditor and Interested Party John H. Owoc is continued to July 11, 2023, at 10:00 a.m. at the U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.

# # #

Submitted by:
Irwin R. Gilbert, Esq.

*(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*