United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 10 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2023 14:24:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096-3853 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA  LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |

Aleksas Barauskas
    on behalf of Creditor Suddath Global Logistics  LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com

Aliette D Rodz
    on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
    on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
    on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
    on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
    on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin
    on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
    on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Entourage IP Holding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Wild Flowers Inc. bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 10 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Brendan S Everman
    on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Capitol Records  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Musica  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
    on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carolyn Tatkin
    on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
    on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, mburns@tblaw.com

Christopher R Thompson
    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Craig I Kelley
    on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com,

| | |
|---|---|
| | cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Craig I Kelley | |
| | on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Dain De Souza | |
| | on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Dain De Souza | |
| | on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Daniel Harvath | |
| | on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com |
| Daniel Harvath | |
| | on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com |
| David Samole, Esq | |
| | on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| David B Marks | |
| | on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com |
| David H Conaway, Esq | |
| | on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com |
| David L Gay, Esq. | |
| | on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| Dennis J LeVine, Esq | |
| | on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| Edward M Fitzgerald, Esq | |
| | on behalf of Creditor RXO Capacity Solutions  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Edward M Fitzgerald, Esq | |
| | on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Eric S Pendergraft | |
| | on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | |
| | on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S. Golden, Esq. | |
| | on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eric S. Golden, Esq. | |
| | on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eyal Berger, Esq. | |
| | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | |
| | on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com |
| Fernando J Menendez | |
| | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | |
| | on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | |
| | on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| G Steven Fender | |
| | on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |

District/off: 113C-0                                   User: admin                                                    Page 5 of 10
Date Rcvd: Jul 05, 2023                           Form ID: pdf004                                              Total Noticed: 1

Gavin N Stewart
    on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Irwin R Gilbert
    on behalf of Defendant John H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Interested Party Jack H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Interested Party Megan Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Isaac M Marcushamer, Esq.
    on behalf of Creditor VS Carbonics Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran
    on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes
    on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
    on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright
    on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.
    on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
    on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
    on behalf of Creditor CSPC Innovation Pharmaceutical Co. Ltd. Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz
    on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor Lease Plan USA LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd
    on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com,

    bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
    on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.
    on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.
    on behalf of Creditor C.K.S. Packaging  Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony
    on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jonathan S. Feldman
    on behalf of Creditor Entourage IP Holding  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
    on behalf of Interested Party Elite Island  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
    on behalf of Interested Party Megan Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
    on behalf of Defendant John H. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
    on behalf of Defendant Entourage IP Holdings  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
    on behalf of Defendant Megan E. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
    on behalf of Interested Party Jack H. Owoc feldman@katiephang.com  service@katiephang.com

Jordi Guso, Esq.
    on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

District/off: 113C-0                                    User: admin                                    Page 7 of 10
Date Rcvd: Jul 05, 2023                              Form ID: pdf004                                Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Joseph A Pack | |
| | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | |
| | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | |
| | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | |
| | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | |
| | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Justin M Luna | |
| | on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | |
| | on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | |
| | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | |
| | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | |
| | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | |
| | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | |
| | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Marc P Barmat | |
| | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com |

Case 22-17842-PDR   Doc 1587   Filed 07/07/23   Page 8 of 12

| District/off: 113C-0 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| Mark Alan Salzberg | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com |
| Mark J Wolfson, Esq | on behalf of Creditor Webb & Gerritsen  Inc. mwolfson@foley.com, crowell@foley.com |
| Mark S. Roher, Esq. | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Martin L Sandler, Esq | on behalf of Creditor American Express National Bank and Amex TRS Co.  Inc martin@sandler-sandler.com |
| Matthew F Kye | on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com |
| Matthew G Davis | on behalf of Creditor HACI Mechanical Contractors  Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | on behalf of Creditor Chestnut Hill Technologies  Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com |
| Melissa A. Campbell | on behalf of Creditor FONA International  Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Michael D. Seese, Esq. | on behalf of Creditor Driscoll  LLP mseese@seeselaw.com, sseward@seeselaw.com |
| Michael I Goldberg, Esq | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Michael I Goldberg, Esq | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Quash Seltzer  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Real Estate Investment  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Debtor Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Bang Energy Canada  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Intellectual Property Holdings  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael R Dal Lago | on behalf of Creditor The Kroger Co. mike@dallagolaw.com  fvazquez@dallagolaw.com;kim@dallagolaw.com |
| Michael R Dal Lago | on behalf of Creditor Kuckelman Torline Kirkland  Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com;kim@dallagolaw.com |
| Michael W Ullman, Esq | on behalf of Creditor The Hamilton Group (Delaware)  Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Nicole Grimal Helmstetter | on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com |

District/off: 113C-0         User: admin                              Page 9 of 10
Date Rcvd: Jul 05, 2023      Form ID: pdf004                          Total Noticed: 1

| | |
|---|---|
| Nir Maoz | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Peter H Levitt, Esq | on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com |
| Philip W Crawford | on behalf of Creditor EFL Global pcrawford@gibbonslaw.com |
| Philip W Crawford | on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com |
| Phillip M. Hudson III | on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com |
| Ralph W. Confreda, Jr | on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com |
| Richard J Bernard, Esq. | on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com |
| Robert P. Charbonneau, Esq. | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Graphic Packaging International LLC rbruckmann@shumaker.com, celgin@shumaker.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com |
| Ronald M Emanuel, Esq | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com |
| Ross R Hartog | on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com |
| Rudy J Cerone | on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com lgraff@mcglinchey.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |
| Steven R Safra | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com |
| Stuart F Wilson-Patton | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| Thomas L Abrams | on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 10 of 10 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 196



**ORDERED in the Southern District of Florida on July 5, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

                                                   Chapter 11
    Debtors.                                       (Jointly Administered)
_____/

**ORDER GRANTING EX-PARTE MOTION FOR ORDER SHORTENING TIME FOR
DEBTORS' TO RESPOND TO DISCOVERY (ECF No. 1557)**

THIS CASE came before the Court without hearing upon the *Ex-Parte Motion for Order to Shorten Time to Respond to Discovery* (ECF No. 1557) and the Court having reviewed the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Motion and file, and having been otherwise duly advised in the premises, and for good cause does hereby

ORDER as follows:

1. The Motion is GRANTED.

2. The Debtors will respond to Mr. Owoc's *First Request for Production of Documents to Debtors* ("Request") consisting of seven (7) requests by July 7, 2023, at 5:00 p.m. Eastern.

# # #

Order submitted by:

Jonathan S. Feldman, Esq. (12682)
PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,
Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
feldman@katiephang.com
service@katiephang.com