# EXHIBIT 26

*Privileged & Confidential*

## Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries

### Joint Special Meeting of the Boards of Directors/Managers

A joint meeting of the Boards of Directors and Boards of Managers (collectively, the "Board") of Vital Pharmaceuticals, Inc., a Florida corporation; Bang Energy Canada, Inc., a Florida corporation; JHO Intellectual Property Holdings, LLC, a Florida limited liability company; JHO Real Estate Investment, LLC, a Florida limited liability company; Quash Seltzer, LLC, a Florida limited liability company; Rainbow Unicorn Bev LLC, a Florida limited liability company; and Vital Pharmaceuticals International Sales, Inc., a Delaware corporation (together, the "Company" or "Vital"), was held by Zoom on February 28, 2023.

**Board members present:**
Jack Owoc
Bob Dickinson
Steve Panagos
Stephen Gray
Eric Hillman

**Also present (by invitation of the Board):**
Gregg Metzger, acting Secretary of the Board
Meg Liz Owoc
Greg Robbins
Gene Bukovi

**Also present (by invitation of the Board):**
Andrew Sorkin, Latham & Watkins LLP ("Latham")
Caroline Reckler, Latham
Amy Quartarolo, Latham
Christopher Clark, Latham
Katherine Rocco, Latham
Daniel Mun, Latham
Whit Morley, Latham
Jordi Guso, Berger Singerman LLP ("Berger")
Marianne Curtis, Berger
Homer Parkhill, Rothschild & Co ("Rothschild")
Charles Delo, Rothschild

Jaime Arrastia, Rothschild
Jarrod Burke, Rothschild
John DiDonato, Huron Consulting Services LLC ("Huron")
Abhimanyu Gupta, Huron

\*     \*     \*

Each member of the Board was present, and each waived any notice or other requirements for the meeting of the Board.  The meeting was called to order at approximately 4:05 p.m. ET.

### *Update on M&A Process*

Mr. Burke, referencing the presentation materials attached hereto as **Exhibit A** (the "Presentation Materials"), began the meeting with an update on the sale process. Mr. Burke briefly discussed the Company's progress on responding to **Redacted** diligence requests.  Mr. Burke also raised **Redacted** request to add additional financing partners to the diligence process, and noted that Mr. Owoc had declined the request on February 24.  Mr. Burke advised that it was imperative for the Company to allow **Redacted** to include additional financing partners.

Mr. Panagos asked Mr. Owoc why he had declined the request, and Mr. Owoc expressed concern that **Redacted** did not have the financial wherewithal to transact with the Company if it needed to reach out to additional financing parties. Mr. Panagos responded that **Redacted** request was reasonable, that it always leveraged its deals, and that its financing partner would provide debt financing for the transaction, which was typical in M&A transactions.

Mr. Owoc asked why the Company was not directly reaching out to these potential financing partners to obtain bridge financing.  Mr. Parkhill, Mr. Panagos, and Mr. Dickinson explained the difference between financing a sale and providing bridge financing.  Ms. Reckler added that the Company was already running its own debt financing process, and that this did not preclude it from allowing **Redacted** to look for partners to finance a sale transaction.

Mr. Panagos moved to allow **Redacted** to contact the financial parties set forth on the Presentation Materials, which Mr. Dickinson seconded.  The motion carried 3-1-1, with Mr. Panagos, Mr. Dickinson, and Mr. Gray voting in favor, Mr. Owoc voting against, and Mr. Hillman abstaining.

2

### *Diligence Update*

Mr. Burke raised for the Board's consideration diligence requests made by **Redacted** Mr. Burke began by summarizing the process that Rothschild had taken to evaluate **Redacted** diligence requests, including working with the Company's management, Mr. Metzger, and Latham to **Redacted** **Redacted** Mr. Metzger added that the Company and its advisers were taking a measured and cautious approach to sharing information with **Redacted** and that there was certain information being withheld pending further discussion.

After discussion among the Board members in which Mr. Owoc expressed that none of the information recommended by Rothschild should be shared, Mr. Panagos, Mr. Gray, and Mr. Dickinson asked Mr. Metzger to **Redacted** **Redacted**



# Redacted

First, Mr. Metzger introduced materials related to "Project Blast Financial Model." At Mr. Metzger's request, Mr. Parkhill, clarifying that he deferred to management's input on issues related to the commercial sensitivity of information, advised on what information is typical to share with a buyer.  Mr. Panagos asked Mr. Parkhill if, assuming the clean-team process was trustworthy, he would recommend providing the information, to which Mr. Parkhill stated that he would.  Mr. Owoc again expressed his doubt about the trustworthiness of the clean-team process, and Mr. Parkhill stated that he understood Mr. Owoc's concerns, which was why they were working with the Company to analyze what information could be shared **Redacted** Mr. Parkhill further clarified that the financial model provided would be a summarized financial model with redactions to be applied after working with the Company's management.  Mr. Gray and Mr. Panagos agreed that they would expect the financial model to be cleansed of sensitive information.

Mr. Panagos asked about the individuals on **Redacted** clean team, and Mr. Burke stated that the clean team consisted solely of professionals.  Mr. Panagos stated that he was familiar with the protections and procedures used by investment banks, and that he trusted the integrity of **Redacted** professionals.  Mr. Gray added that, if the Company continued to withhold information necessary to the diligence process, then **Redacted** would seek intervention from the Bankruptcy Court.  Mr.

3

| Sorkin | **Redacted** |
|--------|:------------:|
| **Redacted** | |

Mr. Gray moved to approve sharing the Project Blast Financial Model, as appropriately redacted, **Redacted** Mr. Panagos seconded the motion. The motion carried 3-2, with Mr. Panagos, Mr. Gray, and Mr. Dickinson voting in favor, and Mr. Hillman and Mr. Owoc voting against.

Second, Mr. Metzger introduced the Monthly & Quarterly Financial Statements for 2022 and summarized the same. The Board approved sharing the information by a 3-2 vote, with Mr. Panagos, Mr. Gray, and Mr. Dickinson voting in favor, and Mr. Hillman and Mr. Owoc voting against.

Third, Mr. Metzger introduced the Production Details (Transaction Level Production Data) for 2020-2022. Mr. Burke summarized the information included in the materials. Mr. Panagos asked why **Redacted** needed access to this information. Mr. Gray, echoing Mr. Panagos's question, expressed his concern with the level of detail that would be shared. Mr. Parkhill responded that production detail would allow **Redacted** to understand the run-rate capacity of the Phoenix facility. Mr. Gray stated that summary level information could be provided, but the type of information currently contemplated was too detailed, and that he would not vote in favor of sharing that level of information.

Fourth, Mr. Metzger introduced the Redacted Supply Agreements, and summarized the same. Mr. Burke stated that such information would be typical to provide, but understood the commercial sensitivities. Mr. Burke asked for Latham's input, and Mr. Sorkin stated that Mr. Mun, who could speak to the issue, was no longer in attendance. Mr. Gray stated that the Board should hold off on approving sharing the information in question until hearing from Mr. Mun. Mr. Dickinson agreed with this approach.

Fifth, Mr. Metzger introduced the Customer Complaints for 2020-2022 and summarized the same. Mr. Dickinson stated that he did not believe that information needed to be shared with **Redacted** and Mr. Gray and Mr. Panagos agreed.

Sixth, Mr. Metzger introduced the DIP Financial Model and summarized the same. Mr. Dickinson asked whether the model had been made public. Mr. DiDonato offered to scale down the model, and Mr. Gray agreed this was the best approach.

4

Mr. Parkhill stated that Rothschild would review the model and cleanse it of sensitive information.

Seventh, Mr. Metzger introduced the KPI Reports for 2021 and 2022 and summarized the same. Mr. Panagos asked for additional information regarding their substance, which Mr. Burke and Ms. Owoc provided. Mr. Gray stated that they should be withheld until thoroughly cleansed, and Mr. Dickinson and Mr. Panagos agreed.

Eighth, Mr. Metzger introduced the Project Blast Procurement Plan and Top-20 Supplier Spend. Mr. Burke summarized the same. Mr. Gray asked about the nature of the document, and recommended anonymizing the information.

Ninth, Mr. Metzger introduced the Phoenix Plan Production Analysis, and Mr. Burke and Mr. Metzger provided a summary of the same. Mr. Gray stated that he believed that **Redacted** would be entitled to the information, but that it should be reviewed and cleansed for sensitive information.

Tenth, Mr. Metzger introduced the State Tax Returns. Mr. Gray stated that he did not want **Redacted** to be able to use the information that would make it easy to determine sales by state and region, but that federal tax returns should be okay to share. Mr. Sorkin advised that **Redacted**

**Redacted**

**Redacted** Mr. Dickinson raised concerns given **Redacted** Mr. Gray added that the parties could fight about sharing the information down the road. Mr. Gray, Mr. Panagos, and Mr. Dickinson then agreed that the Company should share the federal tax returns but not state tax returns.

Eleventh, Mr. Metzger introduced the Sales Department Bonus Eligibility and summarized the same. Mr. Gray stated that **Redacted** should be entitled to bonus and compensation information, but that the information should be anonymized and aggregated. Mr. Dickinson recommended that the Company defer sharing the information until later, and Mr. Owoc and Mr. Gray agreed.

Twelfth, Mr. Metzger introduced the DSD and Sales Department with Compensation Information and summarized the same. Mr. Owoc stated that the information was sensitive and unnecessary to share. Mr. Dickinson and Mr. Panagos stated that they believed the information should be shared in a less granular manner.

5

HIGHLY CONFIDENTIAL

Mr. Sorkin then advised that he had heard from Mr. Mun regarding the Redacted Supply Agreements, **Redacted**

**Redacted** Mr.

Sorkin advised that **Redacted**

**Redacted**

**Redacted** Mr. Gray agreed, and said that **Redacted** would eventually need access to the agreements. Mr. Dickinson, Mr. Gray, and Mr. Panagos approved sharing the agreements, and Mr. Hillman and Mr. Owoc voted against.

Mr. Burke then asked for the Board to advise on how to approach related diligence decisions in the future, and it was agreed that they should be presented to the Board for guidance.

Mr. Burke then raised for discussion the issue of how to approach obtaining consent from the distributors to share the distribution agreements with bidders. Mr. Hillman and Mr. Owoc provided their opinions on how the distributors were likely to react to receiving such information, which they believed would be negative and could harm the Company. Mr. Burke advised that the agreements needed to be shared with **Redacted** in order for it to submit a binding bid. After further discussion, Mr. Dickinson moved to share the remaining distribution agreements with **Redacted** which Mr. Panagos seconded. The motion carried 3-2, with Mr. Dickinson, Mr. Panagos, and Mr. Gray voting in favor, and Mr. Hillman and Mr. Owoc voting against.

Mr. Burke, referencing the Presentation Materials, provided additional updates on diligence-related issues with respect to **Redacted** Discussion ensued regarding certain material agreements, including those related to Crown. Mr. Panagos voted to share the material agreements except for Crown's, and Mr. Dickinson and Mr. Gray agreed. Mr. Hillman and Mr. Owoc voted against. Mr. Panagos and Mr. Gray then asked Mr. Metzger to work with Crown so that information could be shared with a financial buyer.

### *KERP*

Mr. DiDonato, referencing the Presentation Materials, introduced the proposed modifications to the key employee retention plan (the "KERP") and summarized the same, including that he and Mr. Owoc had both approved its terms and that there were six additional employees for whom there would need to be Bankruptcy Court approval. Mr. Parkhurst provided additional information regarding the terms of

6

the KERP.  Mr. Panagos asked whether the Company would also be doing a key employee incentive program, and Mr. DiDonato responded that the Company would not be implementing such a program, but that several employees had received raises in the normal course of business.

The Board voted unanimously in favor of implementing the KERP in accordance with the terms set forth in the Presentation Materials.

### Financial Updates

Mr. DiDonato summarized the financial updates set forth in the Presentation Materials, including that the Company expected to achieve $24 million in February 2023 sales.  Mr. Owoc asked what the March 2023 sales projections were, and Mr. DiDonato stated that currently the business plan forecasted $38.1 million in sales for March 2023, while the DIP Budget forecast $34.3 million for the same period.

Mr. Panagos expressed his concern about the sales numbers, and then emphasized the importance of improving the Company's sales to maximize the Company's value in a sale.  After discussion, Mr. Panagos asked for Huron to prepare a presentation for the Board summarizing the factors driving the sales numbers, including the forecasted and actual numbers related to the Company's top 20 customers.  Mr. DiDonato stated that Huron would prepare a presentation for the Board's consideration.

Mr. Gray then asked about the Company's customer rebate process, which Mr. Gupta summarized, including the Company's prepetition history of being delinquent in making payments related to its customer rebate obligations and then catching up on those payments.  Mr. Gupta explained that this pattern was largely the result of high turnover within the Company's sales team.  Mr. Gray then asked about what factors were contributing to the Company's lackluster sales numbers. Mr. Gupta responded that the numbers were primarily caused by the Company's shelf space with retailers, but that this was largely anecdotal.  Mr. Robbins added that the lower sales numbers were largely driven by decreased shelf space and decreased promotional activity, but added that there was a different story for each retailer.  Mr. Panagos asked about the Company's February 2022 revenue, which Mr. Gupta stated was $61.8 million.  Mr. Gupta stated that Q4 2022 was a critical period for the Company because that's when negotiations for shelf space for 2023 were taking place, and those negotiations were negatively impacted by the Company's bankruptcy, adding that such negative impact had been greater than

7

anticipated. Mr. Gupta reiterated that Huron would create a presentation for the Board breaking down the factors by customer and provided additional background and information.

Mr. Gray then asked whether it would be realistic to achieve the current March 2023 projections. Mr. DiDonato stated that it would be unlikely, but that the Company's March 2023 performance would likely be better than its February 2023 performance.

Mr. Panagos then asked that more information on the Company's market share for January and February 2023 be included in the presentation.

***Legal Updates***

Mr. Guso then provided an update on **Redacted**

# Redacted

Mr. Metzger then raised for discussion **Redacted**

# Redacted

***Other Business***

Mr. Panagos then asked Mr. Owoc whether he had any updates regarding his discussions with potential financing partners. Mr. Owoc responded that he had been unable to make any progress, and noted that he believed there was a lot of apprehension among potential partners because of concerns about **Redacted** involvement in the sale process. Mr. Panagos stated that the Board would be available to assist Mr. Owoc with the discussions if he felt the Board members could be helpful.

There being nothing further, the Board meeting was adjourned at approximately 6:37 p.m. ET.

8

\*    \*    \*

At the joint meeting of the Board held on May 15, 2023, Board Members Steven Panagos, Bob Dickinson, and Stephen Gray approved and Acting Secretary of the Board ratified the minutes of the foregoing joint meeting of the Board held on February 28, 2023.

DocuSigned by:

Gregg Metzger

80B68A0E7CE9436...

Gregg Metzger
Acting Secretary

9

## **Exhibit A**

**Presentation Materials**

[Attached.]

HIGHLY CONFIDENTIAL

VPX-BOD0000001013



Vital Pharmaceuticals, Inc.
Board of Directors Meeting – February 28, 2023

*DRAFT - Subject to Material Revision; Privileged & Confidential*

VPX-BOD0000001014

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Table of Contents:

|  | Page No. |
|---|---|
| Agenda | 3 |
| Capital Markets Update | 4 |
| Employee Update | 11 |
| Sales Update | 14 |
| Liquidity Update | 17 |
| Appendix | 21 |

2

VPX-BOD0000001015

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Agenda

A.  Capital Market Update

    A.  Financial Partner Request

B.  Virtual Data Room Information Requests

    A.  Outstanding information requests

    B.  Redacted Access

    C.  Distribution Agreements & Letter to Distributors

C.  Employee Update

    A.  KERP Vote

D.  Proposed Settlements / Pending Litigation Update

    A.

    B.  **Redacted**

    C.

E.  Operational Update

    A.  Sales Update

    B.  Liquidity Update

F.  Bankruptcy Legal Update

3

HIGHLY CONFIDENTIAL

VPX-BOD0000001016



# Capital Markets Update

*DRAFT - Subject to Material Revision; Privileged & Confidential*

HIGHLY CONFIDENTIAL

VPX-BOD0000001017

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# M&A process update

- [Redacted]
  - As of 2/28, **61** of the high-priority questions have been complete with another **29** in-progress to be finished by end of the week. **3** questions remain open. It is critical to the process that we close out as many of these questions by end of week. Among the 31 in progress, there are:
    - Finance, Real Estate (7); Legal & Insurance (4); Company Operations (3); HR & employees (2); EH&S (10); Marketing and Social Media(3); and IT (3)
  - There are 3 items for which we are not clear on the timing or if we will be able to provide
    - OBI unredacted version of the original agreement between OBI and VPX
    - OBI unredacted version of the arbitration award rendered in connection with the OBI claim
    - All contracts in respect of the Business with PepsiCo, including the now-terminated distribution agreement and the settlement agreement entered into on June 21, 2022
  - There are 2 pending expert sessions to be organized: follow up session on Marketing and a session on the QoE with Grant Thornton
- **Redacted**
  - On 2/27, Board approved moving them into Round 2
    - Currently working with Gregg M and Latham [Redacted] teams to determine [Redacted] [Redacted]
- **Other bidders with Round 1 VDR access**
  - [Redacted] – Continue to assess the business
  - [Redacted] – Reached out 2/27 to get an update on their thinking
  - [Redacted] – Connected with team on 2/27. Informed us they will not submit an Indication of Interest as they struggled to find value above the secured debt due to current operational headwinds
  - [Redacted] – Inbound interest received from UCC/Lowenstein
- **Other M&A workstreams:**
  - **Tax step up analysis** - Grant Thornton shared a first draft of the tax step up model on 2/22 and Rothschild sent comments on 2/27. Expect to be able to share this model with bidders later this week in the VDR

5

VPX-BOD0000001018

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# Key M&A issues to cover with Board

1. Redacted request to contact additional financing providers

   – # Redacted

   –

   – **Critical for the board and Management team to approve today. Further delays on granting this approval is jeopardizing** Redacted **bid**

   – The following financing parties have already been approved for contact:  Apollo (Midcap fund), Ares, Bank of America, Baupost, Carlyle, Elliott Management, KKR, Koch Equity Development, and Wells Fargo

2. Information sharing for Redacted

   – On 2/27, Gregg M, Latham **Redacted**

   – # Redacted

   – Gregg M to present a recommendation to the Board on how to move this forward

6

VPX-BOD0000001019

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# Key M&A issues to cover with Board (cont.)

3. **Distribution Agreements**
   – [Redacted] has requested to review all the Company's Distribution agreements
     – Within the list of 258 distributors provided to potential buyers in the VDR, 83 agreements have been shared in the VDR as they previously provided consent
     – 3 distributors have asked for additional information before providing consent. We will not share these agreements
     – There are 172 distributors agreements left to provide to [Redacted]
     – Within this 172 there are:
       – i) approximately 20 distributors agreements that are missing in the staging area of VDR (working with legal team to provide)
       – (ii) approximately 5 distributors for which the company is checking if there is an agreement or not
       – (iii) a small number of agreements in the process of being signed

4. **Several key items need to be posted to VDR this week**
   – **Unredacted material agreements** – Waiting to receive 8 material agreements to be provided in unredacted form (12 already provided)
   – **Distributor buyout excel summary** – New version of the [Redacted] file including all distributors and expected volumes expected to be shared by end of day 2/28 with the Rothschild team for calculation of the potential buyout amount

7

VPX-BOD0000001020

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# Update expert session scheduling

| # | Description | Date | Time (Eastern) | Duration (hours) | Status |
|---|---|---|---|---|---|
| **1** | **Redacted** | | | | |
| 1 | Call with GT and VPX Finance team to review the QoE | TBD | TBD | TBD | **Open** |
| 2 | Follow Up Marketing Call | TBD | TBD | TBD | **Open** |
| 3 | Real Estate and Environmental, Health and Safety call | 2/27/23 | 2:00pm | 2 hours | **Completed** |
| 4 | Marketing Strategy / Organization DD call | 2/23/23 | 2:00pm | 1 hour | **Completed** |
| 5 | Supply Chain DD call | 2/22/23 | 3:00pm | 2 hours | **Completed** |
| 6 | HR call | 2/22/23 | 11:00am | 2 hours | **Completed** |
| 7 | Insurance DD call | 2/21/23 | 2:00pm | 2 hours | **Completed** |
| 8 | Commercial DD call | 2/17/23 | 2:00pm | 2 hours | **Completed** |
| 9 | IT DD call | 2/16/23 | 12:00pm | 1.5 hours | **Completed** |
| 10 | Arizona Facility site visit | 2/15/23 | 4:30pm | 2 hours | **Completed** |
| 11 | Legal follow up call | 2/15/23 | 9:00am | 2 hours | **Completed** |
| 12 | Finance / QofE call | 2/10/23 | 11:00am | 2 hours | **Completed** |
| 13 | Bankruptcy Emergence DD call | 2/9/23 | 2:00pm | 2 hours | **Completed** |
| 14 | Management Presentation | 2/6/23 | 2:30pm | 4 hours | **Completed** |
| 15 | Projected financial performance DD call | 2/2/23 | 2:00pm | 1.5 hours | **Completed** |
| 16 | Legal DD call | 2/1/23 | 4:00pm | 2 hours | **Completed** |
| **2** | **Redacted** | | | | |
| 1 | Follow up on the MP Finance section | TBD | TBD | 1.5 Hour | **Open** |
| 2 | Arizona Facility site visit | TBD | TBD | 2 Hours | **Open** |
| 3 | Management Presentation | 2/8/23 | 2:30pm | 4 hours | **Completed** |
| **3** | **Redacted** | | | | |
| 1 | Management Presentation | 2/14/23 | 2:00pm | 4 hours | **Completed** |

8

HIGHLY CONFIDENTIAL

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# Update on due diligence Q&A

| Summary of outstanding questions from Bidders | | | | | | | | | | |

| Buyer Subject | Redacted | | | | Redacted | | | Redacted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLOSED | WIP | OPEN | TOTAL | CLOSED | OPEN | TOTAL | CLOSED | OPEN | TOTAL |
| Organizational & Corporate Structure | - | - | - | n.a. | - | - | - | | - | |
| Finance | 12 | 6 | - | 67% | 3 | 11 | 21% | 1 | 1 | 50% |
| Legal | 20 | 3 | 3 | 77% | 2 | 3 | 40% | - | 1 | - |
| Commercial | 6 | - | - | 100% | 7 | 18 | 28% | 1 | - | 100% |
| Operations | 11 | 3 | - | 79% | 6 | 18 | 25% | 1 | - | 100% |
| HR & Employee Matters | 7 | 2 | - | 78% | - | 1 | - | - | - | - |
| Marketing & Social Media | - | 2 | - | - | 1 | 2 | 33% | - | - | - |
| Tax | - | - | - | n.a. | - | - | - | - | - | - |
| IT | - | 1 | - | - | - | - | - | - | - | - |
| Insurance | 3 | 1 | - | 75% | - | - | - | - | - | - |
| Real Estate and Fixed Assets | 2 | 1 | - | 67% | - | - | - | - | - | - |
| ESG | - | 10 | - | - | - | - | - | - | - | - |
| **Total** | **61** | **29** | **3** | **93** | **19** | **53** | **72** | **3** | **2** | **5** |
| **Percentage** | **66%** | **31%** | **3%** | | **26%** | **74%** | | **60%** | **40%** | |

**As of February 28, 2023**

9

VPX-BOD0000001022

**DRAFT – SUBJECT TO MATERIAL REVISION | PRIVILEGED & CONFIDENTIAL**

# Virtual Data Room activity from financing parties – as of Feb 28

| Financing Party  name | Signed non-reliance letter of the QoE | Provided comments on the non-reliance letter of the QoE | Attended Management Presentation | Number of Active Members | Total Cumulative Login Duration (Hours) | Duration Per Active Member (Hours) |
|---|---|---|---|---|---|---|
| Ares | ✓ | ✓ | ✓ | 7 | 19.2 | 2.7 |
| Bank of America | ✓ | | ✓ | 6 | 36.8 | 6.1 |
| Baupost | ✓ | | | - | - | - |
| Elliott Management | ✓ | | ✓ | 3 | 9.5 | 3.2 |
| KKR | ✓ | | ✓ | 4 | 20.3 | 5.1 |
| Koch Equity Development | ✓ | | | 3 | 16.0 | 5.3 |
| MidCap Financial | ✓ | | ✓ | 3 | 2.3 | 0.8 |
| The Carlyle Group | ✓ | | ✓ | 3 | 2.1 | 0.7 |
| Wells Fargo | ✓ | | | 3 | 11.2 | 3.7 |
| **9** | **9** | **1** | **6** | | | |

HIGHLY CONFIDENTIAL

VPX-BOD0000001023



# Employee Update

*DRAFT - Subject to Material Revision; Privileged & Confidential*

HIGHLY CONFIDENTIAL

# KERP Update

- In November 2022, management and key department heads began analyzing and preparing a Key Employee Retention Program ("KERP") in an effort to address departures throughout the Company.

- The Company filed a KERP motion filed Nov. 14, 2022 which was approved by the bankruptcy Court on Dec. 2, 2022 ("November KERP"). The details included:
  - $2.8M payment approved for 151 employees
  - The disbursements included the following:
    - 25% as of entering KERP order (December 2022)
    - 25% on March 31, 2023
    - Remainder payment as of earlier of (a) effective date of reorganization or   (b) sale transaction

- Prior to the December disbursement, the KERP was revised ("December KERP") to $1.4M payment approved for 156 employees (or reduction of approximately $1.4M);

- The KERP was further evaluated in February 2023 by management and it was identified that it required further revision to address employee attrition ("February KERP").
  - The February KERP amounts were proposed by department leadership's and approved by the CEO on February 24, 2023.
  - $2.8M distribution for 194 employees
  - Includes 50 additional employees from December KERP, reflective of critical roles within company and changes to employee headcount

| | Participants | KERP Amount |
|---|---|---|
| December KERP | 156 | $ 1,377,341 |
| Less: employee separations | (12) | (135,601) |
| Add: | | |
|    Additional participants | 50 | 737,120 |
|    Increased KERP amount | | 779,947 |
| **February KERP** | **194** | **$ 2,758,808** |
| *November KERP* | *151* | *$ 2,766,836* |

| Department | November KERP | December KERP | February KERP |
|---|---|---|---|
| Sales | $ 692,867 | $ 773,657 | $ 695,148 |
| PHX Plant | 176,068 | 52,192 | 167,355 |
| Supply Chain | 564,777 | 159,527 | 453,982 |
| Human Resources | 224,664 | 36,750 | 148,000 |
| Marketing | 211,731 | 37,550 | 162,740 |
| Finance | 372,405 | 139,753 | 259,799 |
| IT | 259,365 | 105,322 | 171,715 |
| Operations | 144,921 | 28,828 | 230,499 |
| Engineering | - | - | 47,206 |
| R&D and Quality | 54,038 | 30,513 | 233,762 |
| Legal | 66,000 | 13,250 | 188,600 |
| **Total** | **$ 2,766,836** | **$ 1,377,341** | **$ 2,758,808** |

12

HIGHLY CONFIDENTIAL

# KERP Next Steps

**Recommendation:**

- Request the Board of Directors to vote and approve the proposed KERP for immediate disbursement for employees which were included in the November KERP and to file the required Motions associated with the Employees that were new to the December KERP.
    - The additional KERP participants and "catch up" payments to individuals whose KERP allocation increased included 135 employees equaling $192,132:

**Next Steps:**

- Upon an affirmative vote, HR will process an off-cycle payroll on Wednesday, March 1, 2023, for "catch up" payments that do not require court approval ($187,135).

- Additional employee attrition mitigation efforts include reinstituting the sales bonus program for 2022 eligible employees
    - Estimated bonus per eligible employee is up to 20% of salary
    - Eligible employees did not receive additional KERP beyond previously allocated amounts
    - Court approval not required; paid in ordinary course
    - Bonuses under review by G. Bukovi

- Additional mitigation efforts: Raises for select employees

| Department | KERP Participants "Catch Up" | KERP ($) Catch Up Payments | | |
|---|---|---|---|---|
| | | No Court Approval Req. | Court Approval Required | Total "Catch Up" Payments |
| Sales | 8 | $ - | $ 6,615 | $ 6,615 |
| PHX Plant | 9 | 13,230 | 15,561 | 28,791 |
| Supply Chain | 42 | 59,910 | 14,360 | 74,270 |
| Human Resources | 7 | 21,125 | 8,000 | 29,125 |
| Marketing | 7 | 13,625 | 17,673 | 31,298 |
| Finance | 9 | 26,482 | 3,529 | 30,012 |
| IT | 11 | 12,483 | 6,828 | 19,311 |
| Operations | 12 | 21,211 | 32,184 | 53,395 |
| Engineering | 4 | - | 11,802 | 11,802 |
| R&D and Quality | 21 | 5,881 | 44,931 | 50,812 |
| Legal | 5 | 13,188 | 30,650 | 43,838 |
| **Total** | **135** | **$ 187,135** | **$ 192,132** | **$ 379,267** |

Initial disbursement on 3/1/23

13

VPX-BOD0000001026



# Sales Update

*DRAFT - Subject to Material Revision; Privileged & Confidential*

HIGHLY CONFIDENTIAL

VPX-BOD0000001027

*DRAFT - Subject to Material Revision: Privileged & Confidential*

# Sales Update

- Sales through 2/26 total $20.4M.
  - Bang products: $19.5M created sales orders through 2/24; $17.9M sales orders shipped.
- February sales forecast in the DIP budget is $32.1M; reduced from $35.8M in Business Plan ($3.7M reduction).

| Date | Bang Sales | VPX DSD | Other Domestic | International | MTD Total |
|------|-----------|---------|----------------|--------------|-----------|
| MTD 2/17/23 | 12,233,308 | 1,211,668 | 1,249,475 | 422,133 | 15,116,584 |
| 2/18/2023 | - | - | 11,916 | - | 11,916 |
| 2/19/2023 | - | - | 15,296 | - | 15,296 |
| 2/20/2023 | 1,011,531 | 83,144 | 82,315 | 64,477 | 1,241,467 |
| 2/21/2023 | 804,278 | 95,695 | 40,275 | 11,398 | 951,646 |
| 2/22/2023 | 991,901 | 99,645 | 101,195 | 41,489 | 1,234,229 |
| 2/23/2023 | 684,830 | 82,403 | 69,354 | 25,713 | 862,298 |
| 2/24/2023 | 636,724 | 75,725 | 225,652 | - | 938,102 |
| **Previous Week's Sales** | **4,129,264** | **436,611** | **546,003** | **143,077** | **5,254,955** |
| **MTD February Total** | $ 16,362,572 | $ 1,648,280 | $ 1,795,478 | $ 565,210 | $ 20,371,539 |
| **Product % of sales** | **80.3%** | **8.1%** | **8.8%** | **2.8%** | **100%** |

| Month-to-date created sales orders (case equivalents): | 1,272,217 |
|---|---|

15

HIGHLY CONFIDENTIAL

VPX-BOD0000001028

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Sales Update

- Management (Mr. Bukovi and Mr. Robbins amongst others) are working with the CTO team to refresh the sales forecast through June 2023 and pushing the liquidity impacts through the DIP budget.
    - A DIP refresh is required to be submitted to the Lenders for their review on March 2, 2023.

- Meetings have been held with key account managers to understand:
    - Retailer trends
    - Status of shelf space at the different retailers (warm vs. cool)
    - Plan for and willingness of retailers to perform promotions

- Management is implementing multiple mitigation strategies to reverse the sales trend through February.  The mitigation strategies include:
    - Purchasing/retrieving and placing coolers
    - Finalizing outstanding customer program payments
    - Increasing the KERP and 2022 sales bonuses.

16

HIGHLY CONFIDENTIAL

VPX-BOD0000001029



Liquidity Update

*DRAFT - Subject to Material Revision; Privileged & Confidential*

VPX-BOD0000001030

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Liquidity Update Variance

- As of WE 2/24, the Company's ending liquidity position totaled $9.3M[1] or $4.4M favorable to budget.

- The primary drivers were:
  - Variances to forecasted cash receipts and disbursements are temporary and related to timing.
  - The OBI royalty escrow **account has not been finalized.**

- A DIP draw of $4.0M is being requested during WE 3/4 in order to satisfy the $4.0M in OBI royalty which includes $1.2M for January, $1.2M for February, and $0.8M for March 1st.
  - Outstanding DIP before the draw is $23.0M.

| (in millions) | Previous Period Variance Fav/(Unfav) | Current week Budget | Actual | Variance Fav/(Unfav) | Cumulative Variance Fav/(Unfav) |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| Customer Receipts | $ 1.3 | $ 5.5 | $ 5.1 | $ (0.4) | $ 0.9 |
| Other Receipts | 0.4 | - | - | - | 0.4 |
| **Total Operating Receipts** | **$ 1.7** | **$ 5.5** | **$ 5.1** | **$ (0.4)** | **$ 1.3** |
| | | | | | |
| DIP Draw | (13.0) | 6.0 | - | (6.0) | (19.0) |
| **Total Receipts** | **$ (11.3)** | **$ 11.5** | **$ 5.1** | **$ (6.4)** | **$ (17.7)** |
| | | | | | |
| **Disbursements** | | | | | |
| Material costs | 1.9 | (1.6) | (0.5) | 1.2 | 3.0 |
| Co-Packers | 0.3 | (0.2) | (0.0) | 0.2 | 0.5 |
| Freight & handling | 4.7 | (2.1) | (0.7) | 1.4 | 6.1 |
| Employee expenses | 2.3 | (4.3) | (3.0) | 1.3 | 3.6 |
| Trade promotion | 2.2 | (0.8) | (0.7) | 0.1 | 2.3 |
| Facility/Office expenses | (2.6) | (0.8) | (0.7) | 0.1 | (2.5) |
| Marketing | 1.3 | (0.6) | (0.0) | 0.5 | 1.8 |
| Legal expenses | 0.2 | (0.1) | (0.0) | 0.1 | 0.2 |
| Other | 0.9 | (0.6) | - | 0.6 | 1.5 |
| OBI royalty reserve/payment | 3.1 | - | - | - | 3.1 |
| **Total Operating Disbursements** | **$ 14.2** | **$ (11.2)** | **$ (5.7)** | **$ 5.5** | **$ 19.8** |
| | | | | | |
| Operating cash flow | 2.9 | 0.3 | (0.6) | (0.9) | 2.1 |
| **Professional Fees & Employee Retention** | | | | | |
| Professional Fee paid | 2.1 | - | - | - | 2.1 |
| Retention Plans | - | - | - | - | - |
| **Total Professional Fees & Employee Retention** | **$ 2.1** | **$ -** | **$ -** | **$ -** | **$ 2.1** |
| | | | | | |
| **Debt Service** | | | | | |
| Adequate protection payments | (4.4) | - | (0.1) | (0.1) | (4.5) |
| Interest/Fees on DIP | 4.6 | (0.1) | - | 0.1 | 4.7 |
| **Total Debt Service** | **$ 0.2** | **$ (0.1)** | **$ (0.1)** | **$ (0.0)** | **$ 0.2** |
| | | | | | |
| **Net Cash Flow / (Deficit)** | **$ 5.3** | **$ 0.1** | **$ (0.8)** | **$ (0.9)** | **$ 4.4** |
| | | | | | |
| **Cash Balance** | | | | | |
| Beginning Cash Balance | - | 4.7 | 10.0 | 5.3 | - |
| Ending Cash Balance | 5.3 | 4.8 | 9.3 | 4.4 | 4.4 |

1] Including foreign bank accounts. Note that the bank to book reconciliation is not completed and some differences may result in true up of balances.

HIGHLY CONFIDENTIAL

VPX-BOD0000001031

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Accounts Payable ("AP")

- Retailers' pre-petition claims totaling $12.1M related to various (92 trade customers) customer programs have been satisfied.
  - $285,503 pre-petition customer programs satisfied WE 2/24
  - Discussions with key account sales team identified additional retailers to address, on both a pre- and post-petition basis

- Pre-petition AP decreased from $76.7M to $76.0M as of 2/24.

- Post petition AP as of 2/24 is $5.0M, an increase of $ 0.3M from $4.7M as of WE 2/17.
  - Satisfied $462,804 of customer programs WE 2/24, including $50,540 to Circle K

| | Critical Vendors | Freight | Customer Programs |
|---|---|---|---|
| Approved Amounts per First Day Motions: | $ 14,892,982 | $ 5,940,560 | $ 12,100,000 |
| **Payments 10/10/22-2/24/23** | | | |
| **Vendors** | | | |
| Crown Cork & Seal USA, Inc | 4,712,750 | | |
| Graphic Packaging International | 32,661 | | |
| Refresco Beverage US Inc. COTT | 396,988 | | |
| Wild Flavors, Inc. | 7,660 | | |
| Varni Brothers Corporation | 873,125 | | |
| CKS Packaging, Inc. | 247,804 | | |
| States Logistics Services, Inc. | 458,892 | | |
| Influencers | 271,040 | | |
| **Vendors Subtotal** | $ 7,000,921 | $ - | $ - |
| **Customer Programs** | | | |
| Various retailer and other customers | | | 12,065,635 |
| **Customer Program Subtotal** | $ - | $ - | $ 12,065,635 |
| **Total Pre-Petition Payments** | $ 7,000,921 | $ - | $ 12,065,635 |
| **Remaining Allowance** | $ 7,892,061 | $ 5,940,560 | $ 34,365 |
| *% allowance remaining* | *53.0%* | *100.0%* | *0.3%* |

Includes disbursements made to 92 trade customers

19

HIGHLY CONFIDENTIAL

VPX-BOD0000001032

# Accounts Receivable ("AR") Balance

- On October 10, 2022, the outstanding AR, excluding net amounts due from Pepsi, totaled $43.5M.

- As of WE 2/24, total outstanding AR balance, excluding net amounts due from Pepsi, total $28.2M, a decrease of $0.2M week over week.

$ in millions

| Accounts Receivable | Not Due Amount | | 1 - 30 days | | 31 - 60 days | | 61 - 90 days | | 91 - 120 days | | > 120 days | | Outstanding Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full AR Less Pepsi WE 02/17 | $ | 18.5 | $ | 3.6 | $ | 0.9 | $ | 1.5 | $ | 1.3 | $ | 2.6 | $ | 28.4 |
| | | | | | | | | | | | | | | |
| Full AR | $ | 18.0 | $ | 3.8 | $ | 1.0 | $ | 1.3 | $ | 1.4 | $ | 8.1 | $ | 33.5 |
| Less Pepsi AR | | - | | 0.0 | | - | | - | | - | | 5.3 | | 5.3 |
| Full AR Less Pepsi WE 02/24 | $ | 18.0 | $ | 3.7 | $ | 1.0 | $ | 1.3 | $ | 1.4 | $ | 2.8 | $ | 28.2 |
| | | | | | | | | | | | | | | |
| Week-to-week increase / (decrease) AR | $ | (0.5) | $ | 0.2 | $ | 0.1 | $ | (0.3) | $ | 0.1 | $ | 0.2 | $ | (0.2) |

20

HIGHLY CONFIDENTIAL

VPX-BOD0000001033



# Appendix

*DRAFT - Subject to Material Revision; Privileged & Confidential*

HIGHLY CONFIDENTIAL

*DRAFT - Subject to Material Revision; Privileged & Confidential*

# Employee Census Update

| | Employees as of 9/30/2022 | Net Change | Employees as of 2/17/23 | New Hires (+) | Separated (-) | Net Change | Employees as of 2/24/2023 | % Change | Given Notice (-) |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C = A+B | | | D | E = C+D | F = (E-A)/A | |
| Active Employees | 1,095 | (96) | 999 | 16 | (10) | 6 | 1,005 | -8.2% | (7) |
| Employees on Leave | 8 | 3 | 11 | | (1) | (1) | 10 | NM | |
| **Total Current Employees** | **1,103** | **(93)** | **1,010** | **16** | **(11)** | **5** | **1,015** | **-8.0%** | **(7)** |
| Total Base Salaries ($M) | $ 77.7 | $ (8.2) | $ 69.5 | $ 0.7 | | 0.7 | $ 69.8 | -10.2% | $ 0.8 |
| Avg. Base Salary per Employee | $ 70,486 | $ 88,317 | $ 68,844 | $ 45,284 | $ 61,902 | | $ 68,806 | -2.4% | $ 110,900 |

| | Employees as of 9/30/2022 | Net Change | Employees as of 2/17/23 | New Hires (+) | Separated (-) | Net Change | Employees as of 2/24/2023 | % Change | Given Notice (-) |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C = A+B | | | D | E = C+D | F = (E-A)/A | |
| **Department / Function** | | | | | | | | | |
| Accounting | 26 | (1) | 25 | 2 | - | 2 | 27 | 3.8% | - |
| Executives, Legal, HR, R&D | 43 | (10) | 33 | - | (1) | (1) | 32 | -25.6% | (1) |
| Engineering | 11 | (5) | 6 | - | - | - | 6 | -45.5% | - |
| IT, Cyber Security, Digital Transformation, Web Development | 29 | (11) | 18 | - | (1) | (1) | 17 | -41.4% | - |
| Marketing, Bang Fuel Team, Apparel, Digital Marketing, Graphics, Media | 172 | (14) | 158 | 6 | (4) | 2 | 160 | -7.0% | (1) |
| Production, Operations, Purchasing, Planning, Warehousing, Quality Control, Maintenance | 299 | (26) | 273 | 4 | (3) | 1 | 274 | -8.4% | |
| Sales, Ecommerce | 230 | (17) | 213 | - | (1) | (1) | 212 | -7.8% | (4) |
| Supply Chain, Logistics, DSD | 293 | (9) | 284 | 4 | (1) | 3 | 287 | -2.0% | (1) |
| **Total Current Employees** | **1,103** | **(93)** | **1,010** | **16** | **(11)** | **5** | **1,015** | **-8.0%** | **(7)** |

Employee census does not include staffing solutions, consultants, temporary employees, etc.
Assumes 40-hour work week for all employees.

- Between 9/30 and 2/24, the total active employee count has been reduced by 88 (8.0%). Additionally, 7 employees have given notice of their intention to leave the company.

- 15 KERP participants have or are pending separation (Sales, IT, Engineering, Operations).

- To mitigate further losses, recommended that 194 critical personnel are included in KERP.

- Total headcount excluding DSD and Fuel Team is 791 individuals (78% of total headcount).

HIGHLY CONFIDENTIAL

22

VPX-BOD0000001035



Thank you

*DRAFT - Subject to Material Revision; Privileged & Confidential*

HIGHLY CONFIDENTIAL
VPX-BOD0000001036