# **EXHIBIT 29**

| Creditor Name | Schedule No. | Claim No. | Date Filed | Current Claim Amount | Debtor Name |
|---|---|---|---|---|---|
| Maricopa County Treasurer | | 5 | 10/18/2022 | $401,833.68 | JHO Real Estate Investment, LLC |
| The American Bottling Company | | 33 | 10/26/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Nexus Steel, LLC | | 315 | 12/14/2022 | $346,670.86 | JHO Real Estate Investment, LLC |
| Vigilant Insurance Company | | 328 | 12/15/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Federal Insurance Company | | 332 | 12/14/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Chubb Custom Insurance Company | | 337 | 12/15/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Great Northern Insurance Company | | 343 | 12/14/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Hardrock Concrete Placement Co., Inc. | | 460 | 12/16/2022 | $669,195.67 | JHO Real Estate Investment, LLC |
| Stellar Group Incorporated | | 500 | 12/16/2022 | $20,215,753.63 | JHO Real Estate Investment, LLC |
| Orange Bang, Inc. | | 504 | 12/16/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | | 567 | 12/19/2022 | $34,464.52 | JHO Real Estate Investment, LLC |
| Refresco Canada Inc. | | 582 | 12/19/2022 | $58,941.47 | JHO Real Estate Investment, LLC |
| Refresco Beverages US Inc. [Cott Beverages Inc.] | | 596 | 12/19/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Monster Energy Company | | 611 | 12/19/2022 | Unliquidated | JHO Real Estate Investment, LLC |
| Faith Technologies Incorporated | | 623 | 12/19/2022 | $3,584,788.15 | JHO Real Estate Investment, LLC |
| John H. Owoc | | 654 | 12/19/2022 | Unliquidated | JHO Real Estate Investment, LLC |