UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., et al., | Case No. 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**TRUIST BANK'S WITNESS LIST FOR JULY 11, 2023
EVIDENTIARY HEARING ON *MOTION TO DISMISS CHAPTER 11
CASE OF JHO REAL ESTATE INVESTMENT, LLC* [ECF NO. 1466]**

1. Jade K. Silver, Senior Vice President, Truist Bank, as DIP Agent and Prepetition Agent. Ms. Silver is expected to testify concerning the history of the pre-petition and post-petition loans to the Debtors, the underlying loan documents, the Debtors' payment history, the debt owed by the Debtors to Truist Bank, and Truist Bank's lending practices and standards.

2. Any witness listed by any other party; and

3 Rebuttal witnesses as necessary.

Truist Bank reserves the right to amend or supplement this witness list as necessary in advance of the July 11, 2023 evidentiary hearing.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Dated: July 10, 2023

Luis M. Lluberas (admitted *Pro Hac Vice*)
Stephen E. Gruendel (admitted *Pro Hac Vice*)
Cole Richins (admitted *Pro Hac Vice*)
**MOORE & VAN ALLEN PLLC²**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:     (704) 331-1000
Facsimile:     (704) 378-1989
E-mail: luislluberas@mvalaw.com
          stevegruendel@mvalaw.com
          colerichins@mvalaw.com

Respectfully submitted,

*/s/ Harris J. Koroglu*
Harris J. Koroglu (FL Bar No. 32597)
Peter H. Levitt (FL Bar No. 650978)
Aliette D. Rodz (FL Bar No. 173592)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Telephone:     (305) 347-7314
Facsimile:     (305) 347-7888
E-mail: hkoroglu@shutts.com
          plevitt@shutts.com
          arodz@shutts.com

*Counsel for Truist Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, a true and correct copy of the foregoing has been served via ECF on all parties receiving electronic notice in this case.

*/s/ Harris J. Koroglu*
Harris J. Koroglu

---

[2] The undesigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Luis M. Lluberas, October 10, 2022 [ECF No. 38]; (ii) Stephen E. Gruendel, October 10, 2022 [ECF No. 39]; and (iii) Cole B. Richins, October 10, 2022 [ECF No. 40].