UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF ADJOURNMENT OF HEARING AS TO CONTRACT OBJECTIONS**

  **PLEASE TAKE NOTICE** that, on January 27, 2023, Vital Pharmaceuticals, Inc. and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion").[2]

  **PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion, including, among other things, approval of the Bidding Procedures, which established the key dates and times related to the Transaction and the Auction.

  **PLEASE TAKE FURTHER NOTICE** that, the Debtors filed and served the (i) *Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 893]; (ii) *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 995]; and (iii) *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures Motion or the APA (as defined herein), as applicable.

12255330-1

*Thereto* [ECF No. 1460] (together, the "Assumption Notice")[3] on each of the counterparties to the Assumed Agreements and Assumed Real Property Leases in accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the latest deadline for contract counterparties to object to the assumption and assignment of their contracts and/or leases, including objections to the applicable Cure Costs identified on the Assumption Notice, was June 20, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on June 28, 2023, the Debtors filed the *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] (the "Designation Notice"), which notified parties of the Debtors entry into that certain *Asset Purchase Agreement* by and between certain of the Debtors and Blast Asset Acquisition LLC (the "Successful Bidder"), a copy of which is attached as **Exhibit 1** to the Designation Notice (as amended or modified from time to time, the "APA").

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2023, the Debtors filed the *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556], which amended the Designation Notice to disclose that the Court scheduled the hearing to consider approval of the sale of the Debtors' assets to the Successful Bidder free and clear of all liens, claims, interests, and encumbrances in accordance with section 363(f) of the Bankruptcy Code for **July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 (the "Sale Hearing"). The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any objections to: (i) the identity of the Successful Bidder, and/or (ii) adequate assurance of future performance by the Successful Bidder, in each case, must have been be filed with the Court no later than 4:00 p.m. (Prevailing Eastern Time) on July 7, 2023.

**PLEASE TAKE FURTHER NOTICE** that the Debtors do not intend to go forward with the Cure Objections or the Successful Bidder Objections identified on **Exhibit A** hereto (such objections, collectively, the "Contract Objections") at the scheduled Sale Hearing on July 12, 2023, and will be adjourning the hearing to determine such Contract Objections to a date to be determined and set by the Court at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any unresolved objections that have been timely received and are not included on **Exhibit A** hereto will be going forward at the scheduled Sale Hearing on July 12, 2023.

---

[3] The Debtors intend to file an amended Assumption Notice in advance of the Sale Hearing. Any counterparties to contracts and/or leases added or modified on such amended Assumption Notice will have an opportunity to object to the assumption and assignment of their contracts and/or leases, and such objections, if any, will be taken up at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated sale and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

| | |
|---|---|
| Dated:  July 10, 2023<br>         Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Liza L. Burton (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>         liza.burton@lw.com<br>         jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>         mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[4] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com
         whit.morley@lw.com

*Counsel for Debtors and Debtors in Possession*

---

[4] Not admitted in Illinois.  Admitted in New York.

4

12255330-1

# EXHIBIT A

## Adjourned Contract Objections

| Objector [ECF No.] | Status |
|---|---|
| *Formal Objections* | |
| SLBS Limited Partnership d/b/a Summit Distributing [ECF No. 1054] | **Adjourned to a date to be determined** |
| Archer Daniels Midland Company, ADM Wild Europe GmbH & Co. KG and Wild Flavors [ECF No. 1040] | **Adjourned to a date to be determined** |
| LPUSA, LLC, d/b/a Network [ECF No. 1074] | **Adjourned to a date to be determined** |
| Doehler USA Inc. [ECF No. 1087] | **Adjourned to a date to be determined** |
| Ally Bank [ECF No. 1090] | **Adjourned to a date to be determined** |
| Ardagh Metal Packaging USA Corp [ECF No 1101] | **Adjourned to a date to be determined** |
| Graphic Packaging International [ECF Nos. 1102 & 1480] | **Adjourned to a date to be determined** |
| Fona International, Inc. [ECF No. 1106] | **Adjourned to a date to be determined** |
| Prologis Targeted US Logistics Fund L.P. [ECF Nos. 1108, 1577] | **Adjourned to a date to be determined** |

| Objector [ECF No.] | Status |
|---|---|
| Ball Metal Beverage Container Corp<br>[ECF No. 1110] | **Adjourned to a date to be determined** |
| U.S. Bank Nation Assciation d/b/a U.S. Bank Equipment Finance<br>[ECF No. 1415] | **Adjourned to a date to be determined** |
| Premier Distrubuting Company<br>[ECF No. 1547] | **Adjourned to a date to be determined** |
| *Informal Objections* ||
| Krones Inc. | **Adjourned to a date to be determined** |