UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,          Case No.: 22-17842-PDR

    Debtors.[1]                                              (Jointly Administered)
_____/

# DEBTORS' EXHIBIT REGISTER

**Exhibits Submitted on behalf of**

[  ] Plaintiff          [  ] Defendant          [ **X** ] Debtors          [  ] Others

**Date of Hearing/Trial**: Tuesday, July 11, 2023 at 10:00 a.m.
**Type of Hearing/Trial**: Hearing on *Creditor and Interested Party John H. Owoc's Motion to Clarify Extent of Automatic Stay or in the alternative for Relief from Stay* [ECF No. 1442]

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com
—and—
Jordi Guso, Esq.
Florida Bar No. 0863580
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | *Creditor and Interested Party John H. Owoc's Motion to Clarify Extent of Automatic Stay or in the alternative for Relief from Automatic Stay* [ECF No. 1442] | | | |
| 2. | Amended Complaint, *Owoc v. Dickenson, Gray, Panagos, and Vital Pharmaceuticals, Inc.*, Case No. CACE-23-01422 [ECF No. 1442-1] | | | |
| 3. | *Debtors' Objection to Creditor and Interest Party John H. Owoc's Motion to Clarify Extent of Automatic Stay or in the Alternative for Relief from Stay* [ECF No. 1583] | | | |
| 4. | Vital Pharmaceuticals, Inc. Action by Unanimous Written Consent of the Shareholder in lieu of Meeting dated October 26, 2022 | | | |
| 5. | Vital Pharmaceuticals, Inc. Action by Unanimous Written Consent of the Shareholder in lieu of Meeting dated January 7, 2023 | | | |
| 6. | Bylaws of Vital Pharmaceuticals, Inc. dated August 13, 2020 | | | |
| 7. | Vital Pharmaceuticals, Inc. Action by Unanimous Written Consent of the Shareholder in lieu of Meeting dated December 14, 2022 | | | |
| 8. | Termination Notice dated March 9, 2023 | | | |
| 9. | Final DIP Order [ECF No. 638] | | | |
| 10. | *John Owoc v. Robert Dickinson, Stephen Gray, and Steven Panagos*, Case No. 23-0142250 [ECF No. 1] | | | |
| 11. | Any exhibit introduced by any other party | | | |
| 12. | Rebuttal or impeachment exhibits as necessary | | | |