# **EXHIBIT 7**

**VITAL PHARMACEUTICALS, INC.**
(a Florida corporation)

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF
THE SHAREHOLDER AND
BOARD OF DIRECTORS
IN LIEU OF MEETING**

**Effective: December 14, 2022**

The undersigned, being the sole shareholder (the "Shareholder") and, after giving effect to the elections below, all the members of the Board of Directors (the "Board" or "Board of Directors") of Vital Pharmaceuticals, Inc., a Florida corporation (the "Corporation"), hereby (a) take, authorize and adopt the following actions and matters, without and in lieu of a meeting, pursuant to Sections 607.0704 (as applicable to the Shareholder) and 607.0821 (as applicable to the Board of Directors), of the Florida Business Corporation Act (Chapter 607, Florida Statutes) (the "FBCA"), (b) waive any and all notices and requirements for notice, including of the time, date, place and/or purpose of or with regard to any meeting of the Shareholder and/or the Board of Directors of the Corporation and of or with regard to the actions and matters set forth in this action by unanimous written consent of the Shareholder and Board of Directors (the "Written Consent"), and (c) consent and agree to the authorization, approval and adoption of the following resolutions (collectively, the "Resolutions") as provided or described below:

**WHEREAS**, on and as of the date hereof (a) the Shareholder owns all of the issued and outstanding shares of capital stock of the Corporation enabling him to take the following actions by written consent without a shareholders' meeting pursuant to and in accordance with Section 607.0704 of the FBCA, and, after giving effect to the elections below, (b) the undersigned comprise all the duly elected members of the Board of Directors of the Corporation (and thus constitute the entire Board of Directors) enabling them to take the following actions by written consent without a Directors' meeting pursuant to and in accordance with Section 607.0821 of the FBCA; and

**WHEREAS**, the Shareholder: (a) has reviewed in its entirety this Written Consent, the recitals and Resolutions included herein and the form, content, terms and provisions of each exhibit annexed hereto and referenced herein, and (b) has had the opportunity to ask questions of and

US-DOCS\136615097.2
11815052-2

receive responses from senior management of the Corporation regarding the Resolutions, and the actions and matters set forth herein, have determined that the actions and matters described, provided for, authorized and ratified herein are desirable for, and are fair to and in the best interests of, the Corporation and the Shareholder.

Election of Board of Directors

**WHEREAS**, Kathleen Cole has resigned as a member of the Board of Directors; and

**WHEREAS**, the Shareholder desires to elect Bob Dickinson to the Board of Directors to serve on the Board of Directors together with John H. Owoc, as Chairman of the Board, Eric Hillman, Dr. Guillermo Escalante and Steven G. Panagos.

**NOW, THEREFORE, BE IT RESOLVED**, that the Shareholder by and through this Written Consent (in lieu of holding a meeting of the Board of Directors) hereby removes Kathleen Cole as a member of the Board of Directors and elects Bob Dickinson as her replacement; and be it further

**RESOLVED**, after giving effect to the foregoing removal and replacement, in connection with the election of the Board of Directors of the Corporation and the members thereof (each, a "Director") by and through this Written Consent (in lieu of holding an annual or other meeting of the Shareholder), the following persons be and hereby are, designated, elected and appointed to serve as Directors (and members of the Board of Directors) of the Corporation, in each case, to serve as such, in accordance with the articles of incorporation of the Corporation (the "Articles"), the bylaws of the Corporation (the "Bylaws"), and the FBCA, each until their respective successor is duly elected and qualified, or until his earlier death, resignation or removal:

> John H. Owoc, as Chairman of the Board
> Bob Dickinson
> Dr. Guillermo Escalante
> Eric Hillman
> Steven G. Panagos

**RESOLVED**, that the number of Directors constituting the Corporation's Board of Directors shall remain fixed at five (5) members, such size of the Board to remain in effect until modified or revised by the Board of Directors in accordance with the Articles and the Bylaws; and be it further

Fixing Board Size

**NOW, THEREFORE, BE IT RESOLVED**, that, after giving effect to the Amendment, in accordance with Section 3.1 of the Amended Bylaws, the Shareholder hereby increases the number of members of the Board of Directors from one (1) to five (5) members (the "Board Increase").

This Written Consent may be executed by manual, facsimile, conformed or electronic (including PDF) signature, with the same effect as an executed written original.

**IN WITNESS WHEREOF,** the undersigned have executed and delivered this Written Consent for the purposes described herein and in accordance with Florida law, effective as of the date first above written.

**SHAREHOLDER**:

_____
John Owoc (Dec 14, 2022 11:10 EST)

John H. Owoc

# 2022-12-14 - Written Consent - Vital Pharmaceuticals, Inc. Appointing Dickinson (JG)

Final Audit Report                                                                 2022-12-14

| | |
|---|---|
| Created: | 2022-12-14 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdSQeLqDUZ13xaQGGx811u8v5xmxR3jJq |

## "2022-12-14 - Written Consent - Vital Pharmaceuticals, Inc. Appointing Dickinson (JG)" History

📄 Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
2022-12-14 - 3:49:43 PM GMT- IP address: 107.115.159.130

✉️ Document emailed to ceo@bangenergy.com for signature
2022-12-14 - 3:54:11 PM GMT

📄 Email viewed by ceo@bangenergy.com
2022-12-14 - 4:09:51 PM GMT- IP address: 104.47.55.254

✍️ Signer ceo@bangenergy.com entered name at signing as John Owoc
2022-12-14 - 4:10:17 PM GMT- IP address: 98.249.238.179

✍️ Document e-signed by John Owoc (ceo@bangenergy.com)
Signature Date: 2022-12-14 - 4:10:19 PM GMT - Time Source: server- IP address: 98.249.238.179

✅ Agreement completed.
2022-12-14 - 4:10:19 PM GMT

**Adobe Acrobat Sign**