UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO DEBTORS' OBJECTION TO CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF DEBTOR JHO REAL ESTATE INVESTMENT, LLC**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to *Debtors' Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [Docket No. 1588] (the "Objection") to *Creditor and Interest Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [Docket No. 1466] (the "Motion"). In support of this Joinder, the Committee respectfully states as follows:

1. The Committee respectfully joins in the Objection in its entirety. All of the actual evidence points to John H. Owoc ("Mr. Owoc") having filed this Motion in apparent bad faith. Mr. Owoc fails to point to anything to support the contentions that (i) he did not authorize the JHO

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC ("JHO") (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

bankruptcy filing, (ii) he was not informed of the consequences of a JHO filing, and (iii) JHO was not financially distressed in October 2022. The facts instead demonstrate, among other things, that:

- Mr. Owoc actively participated in Board discussions leading up to and approving the filings, and even approved the Board minutes memorializing the filing entities (JHO included).

- Mr. Owoc authorized the JHO filing having received and signed the corporate authorizations for the Debtors' bankruptcy filing, including that for JHO, which were all signed within eleven minutes of each other using the same e-signature.

- In October 2022, JHO was in financial distress as it was at risk of immediate foreclosure absent a forbearance and was obligated on approximately $340 million of accelerated prepetition debt, while Mr. Owoc, having pledged his equity in JHO to secure the prepetition credit facility obligations, was likewise at risk of foreclosure on his equity interests.

- Mr. Owoc recognized JHO's financial distress having entered into a postpetition credit facility on behalf of JHO in October 2022 and an amendment to that facility in January 2023.

- Mr. Owoc undoubtedly knew of JHO's bankruptcy case having filed a proof of claim, containing Mr. Owoc's wet signature, as a creditor against JHO in December 2022.

- Mr. Owoc took no action during the eight months the Debtors' Chapter 11 Cases were pending to address any alleged concern as to the validity of JHO's filing.

2.  Conversely, Mr. Owoc has failed to identify a single shred of evidence in support of the Motion, and simply relies on his own declarations that contain statements like "I have acted as quickly as circumstances would permit – which I submit has been reasonable . . . ." [Dkt. 1520, ¶ 13]. But Mr. Owoc unequivocally was aware of JHO's financial distress and the decision to seek protection under Chapter 11, having served as CEO and Chairman of the Board of all Debtors for the first six months of the Chapter 11 Cases. Mr. Owoc asserts that, "[p]rior to this [April 19, 2023] discovery, I had no actual knowledge that JHO Real Estate had been included in the bankruptcy," yet he filed his own proof of claim against Debtor JHO in December 2022. *Id*. If he

had any question as to the validity of the JHO filing, that concern should have (and easily could have) been raised months and months ago. However, Mr. Owoc is quick to evade responsibility and routinely places blame on everyone but himself – including the seven law firms that have been engaged to represent him at various points during the Chapter 11 Cases. Having failed to point to any evidence in support of the Motion, including the baseless assertions that signatures were forged, computers hacked, and email account hijacked, the Motion should be denied.

**WHEREFORE**, the Committee respectfully requests the Court deny the Motion and grant any other relief it deems just and proper.  The Committee reserves its right to modify or supplement this Joinder as necessary and appropriate.

Dated:  July 10, 2023

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Rachel Maimin, Esq.
Eric Chafetz, Esq.
Erica G. Mannix, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: rmaimin@lowenstein.com
Email: echafetz@lowenstein.com
Email: emannix@lowenstein.com
-and-
Wayne Fang, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: wfang@lowenstein.com

**SEQUOR LAW, P.A.**

By: */s/ Leyza F. Blanco*
    Leyza F. Blanco
    Florida Bar No.: 104639

-4-

        Juan J. Mendoza
        Florida Bar No.: 113587
        1111 Brickell Avenue, Suite 1250
        Miami, FL 33131
        Telephone: (305) 372-8282
        Facsimile: (305) 372-8202
        Email: lblanco@sequorlaw.com
        Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*