

**ORDERED in the Southern District of Florida on July 10, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,         Chapter 11

                                                                                       Case No. 22-17842-PDR

                                                                                       Hon. Peter D. Russin

                                                                                      (Jointly Administered)

     Debtor.

_____/

**ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL**
**FOR WEBB & GERRITSEN, INC.**

This matter came before the court without a hearing on the *Ex Parte* Motion to Withdraw as Counsel for Webb & Gerritsen, Inc. (the "Motion") (ECF No. 1571). The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that:

1) The Motion is Granted.

2) Accordingly, Foley & Lardner LLP and Mark J. Wolfson and Thomas L. Shriner, Jr. are permitted to withdraw as counsel for Webb & Gerritsen, Inc. and both are discharged from any further responsibility as counsel for Webb & Gerritsen, Inc. in this matter.

1. 3) The Clerk of the Court is hereby authorized to remove Mark J. Wolfson, Thomas L. Shriner, Jr., and Foley & Lardner LLP from the matrix and service list in this case.

### 

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210


Mark J. Wolfson shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.