**DEBTORS EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**DEBTORS' PRELIMINARY RESPONSE (SCHEDULING) TO CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF JHO REAL ESTATE INVESTMENT, LLC**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC ("JHO Real Estate"), Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby file this preliminary response (the "Scheduling Response") to *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [D.I. 1466] (the "Motion") solely with respect to the request that the Motion be heard on an emergency basis, and to respectfully request that the Court set the hearing on the Motion for **June 29, 2023 at 1:30 p.m.** In support of this Scheduling Response, the Debtors state as follows:

1. Mr. Owoc asks this Court to consider an extraordinary motion on an emergency basis. Mr. Owoc asks this court to dismiss a chapter 11 case over eight months after it was filed, on the basis that he purportedly did not sign the corporate resolution authorizing the filing, which

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12219341-1

bears his name and electronic signature. And Mr. Owoc asks the Court to consider this assertion on or before the June 30.

2. Given that any emergency is of Mr. Owoc's own making—he has been an active participant in these cases from day one, for most of the time serving on the Debtors' Board and as CEO—the Debtors would normally object to the Motion being heard on a compressed timeframe. However, given the seriousness of these allegations, the Debtors believe a prompt resolution is imperative.

3. But so is discovery. The Debtors have served requests for production and a deposition notice on Mr. Owoc in respect of the Motion. Presumably Mr. Owoc and his counsel believe they have facts to support the remarkable assertions on which the Motion depends, despite having offered none in connection with the Motion itself. The Debtors and other interested parties are entitled to understand and test that evidence prior to any hearing.

4. The Court has already scheduled a hearing for June 29, 2023, at 1:30 p.m., in connection with Mr. Owoc's *Motion for Clarification of the Automatic Stay* [D.I. 1442] (the "Stay Motion"). In order to accommodate the required discovery while still allowing the Court to consider the Motion in advance of the anticipated sale hearing on June 30, 2023, the Debtors respectfully request that the Court hear the Motion on June 29, 2023, together with the Stay Motion.

5. The Debtors reserve all rights in respect of the Motion and will respond to the substance of the Motion as soon as possible following the referenced discovery period.

For the reasons set forth above, the Debtors respectfully request that the Court schedule hearing on the Motion for **June 29, 2023, at 1:30 p.m.**

12219341-1

| | |
|---|---|
| Dated: June 20, 2023<br>Miami, Florida | Respectfully submitted,<br><br>/s/ *Jordi Guso*<br>Jordi Guso<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com |

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
tj.li@lw.com
brian.rosen@lw.com
jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: whit.morley@lw.com

3

12219341-1