**DEBTORS EXHIBIT 6**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

**SUPPLEMENTAL DECLARATION OF JOHN H. OWOC IN SUPPORT
OF MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF
DEBTOR JHO REAL ESTATE INVESTMENT, LLC**

I, John H. Owoc, hereby declare under penalty of perjury as follows:

1. I submit this Supplemental Declaration in support of *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* ("Motion") [D.E. 1466] filed on June 16, 2023.

2. In my initial Declaration dated June 23, 2023, I stated in paragraph 8 that "I was not represented by Paul Battista until after the petition was filed."

3. I have since reviewed documents that indicate to me that Paul Battista was providing me personal legal advice at least as early September 29, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: July 6, 2023

By: _____
John H. Owoc

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).