**<u>DEBTORS EXHIBIT 8</u>**

*Privileged and Confidential*

# Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries

## Joint Special Meeting of the Board of Directors/Managers

A joint special meeting of the Boards of Directors and Boards of Managers (collectively, the "Board") of Vital Pharmaceuticals, Inc., a Florida corporation; Bang Energy Canada, Inc., a Florida corporation; JHO Intellectual Property Holdings, LLC, a Florida limited liability company; JHO Real Estate Investment, LLC, a Florida limited liability company; Quash Seltzer, LLC, a Florida limited liability company; Rainbow Unicorn Bev LLC, a Florida limited liability company; and Vital Pharmaceuticals International Sales, Inc., a Delaware corporation (together, the "Company" or "Vital"), was held by teleconference on September 29, 2022, with certain participants present in-person.

**Board member present:**
Jack Owoc

**Also present (by invitation of the Board):**
Frank Massabki, acting Secretary of the Board
Joey Nickell
Greg Robbins
Sury Rodriguez
Gene Bukovi
Gregg Metzger

**Also present (by invitation of the Board):**
Andrew Sorkin, Latham & Watkins LLP ("Latham")
Amy Quartarolo, Latham
Jeramy Webb, Latham
Liza Burton, Latham
Brian Rosen, Latham
Jordi Guso, Berger Singerman LLP ("Berger")
Homer Parkhill, Rothschild & Co ("Rothschild")
Charles Delo, Rothschild
John DiDonato, Huron Consulting Services LLC ("Huron")
Abhimanyu Gupta, Huron
Sean Parkhurst, Huron

US-DOCS\135869435.6

Paul J. Battista, counsel to Jack Owoc in his individual capacity, Genovese Joblove & Battista, P.A.

*        *        *

The sole member of the Board was present, and he waived any notice or other requirements for the meeting of the Board.  The meeting was called to order at approximately 2:00 p.m. ET.

**Fiduciary Duties**

Mr. Guso, of Berger, began the meeting by referencing        REDACTED

# REDACTED

REDACTED            Mr. Guso noted that, during the executive session, Mr. Owoc and management were provided with materials, attached hereto as Exhibit A, regarding such duties and that a robust discussion ensued,

# REDACTED

**Situation Overview**

Mr. Parkhill, of Rothschild, moved to the next item on the agenda and provided a situation overview.

He began by referencing the slideshow presentation, attached hereto as Exhibit B, shared with the Board, and discussing the current state of the Company, noting (i) the pressing need for financing in light of the current liquidity shortfall, (ii) the expiration of the current forbearance period on September 30, 2022, and the lenders' ability to begin exercising rights and remedies (providing examples of such rights and remedies), and (iii) upcoming required payments.

Mr. Parkhill then gave an overview of the actions taken to date by Rothschild, the Company, and the Company's other advisors, including Latham, Berger, and Huron, to solicit proposals for financing to address the Company's liquidity needs either out-of-court or in-court.  Mr. Parkhill stated that the ultimate outcome of the

US-DOCS\135869435.6

**CONFIDENTIAL**                                                                        **VPX-JHO0000001239**

collective efforts resulted in the Company being left with only one actionable financing proposal, which is the debtor-in-possession financing proposal offering $100 million in new money (the "DIP Financing Proposal") received from the Company's current lenders, which would be effectuated following the filing of chapter 11 cases by the Company.

Mr. Parkhill then detailed the hard-fought negotiations between and among the Company, its advisors, and the lenders that resulted in the DIP Financing Proposal, and gave an overview of the economic terms and other considerations associated with the DIP Financing Proposal, including concessions made by the lenders in connection therewith.

Mr. Parkhill then opened the floor for questions and a conversation ensued regarding, among other things, the DIP Financing Proposal and related marketing and negotiation efforts.

### Current Forbearance and Liquidity Landscape

Mr. Parkhill then discussed, in detail, the current forbearance from the lenders and the Company's liquidity status.  He stressed the lenders' continued insistence that they would neither: (i) extend the current forbearance period beyond September 30, 2022, nor (ii) provide additional financing outside of chapter 11.

Given the impending forbearance expiration, Mr. Parkhill discussed the Company's ability to meet near-term required payments absent an immediate cash infusion.

Mr. Parkhill then opened the floor for questions and a conversation ensued regarding the impending forbearance expiration and the Company's liquidity.

### Objectives of Bankruptcy Case and Bankruptcy Process

Mr. Sorkin then       REDACTED
**REDACTED**

Mr. Sorkin       REDACTED
REDACTED

US-DOCS\135869435.6

# REDACTED

Mr. Sorkin then opened the floor for questions and a conversation ensued

## REDACTED

Mr. Sorkin then continued by              REDACTED

# REDACTED

Mr. Sorkin then opened the floor for additional questions and a conversation ensued              REDACTED

Next, Mr. Sorkin discussed              REDACTED

# REDACTED

Mr. Sorkin also noted              REDACTED

# REDACTED

Mr. Sorkin then opened the floor for questions and a further conversation ensued,
REDACTED

**CONFIDENTIAL**                                                                **VPX-JHO0000001241**

Mr. Sorkin                          REDACTED

# REDACTED

REDACTED

### *Communications Plan*

Moving to the next item on the agenda, Mr. Gupta provided an overview of the communications plan being prepared for the Company to be executed if a bankruptcy filing occurs.   Mr. Gupta noted that the plan includes messaging intended to preserve the Company's value, including a press release and strategy for employee and customer outreach that would stress the Company's ability to continue operations as usual during the chapter 11 process.

Mr. Gupta then opened the floor for questions and conversation ensued.

The Board took the matter under advisement.

### *Other Business*

There being nothing further on the agenda, the floor was opened for any other business.  Thereafter, a discussion ensued regarding key personnel retention plans, operational matters and related topics.

The Board took these matters under advisement.

There being nothing further, the Board meeting was adjourned at approximately 3:45 pm ET.

CONFIDENTIAL

\*        \*        \*

These minutes of the foregoing joint special meeting of the Board held on September 29, 2022, were ratified by the Acting Secretary of the Board and approved by the member of the Board on October 3, 2022.

Jack Owoc (Oct 3, 2022 17:00 EDT)
_____
Jack Owoc
Board Member

*Frank Massabki*
Frank Massabki (Oct 3, 2022 16:58 EDT)
_____
Frank Massabki
Acting Secretary

CONFIDENTIAL                                    VPX-JHO0000001243

**Exhibit A**

**Fiduciary Duties Presentation**

US-DOCS\135869435.6

**CONFIDENTIAL**



# Fiduciary Duties of Directors, Officers and Managers for Companies

September 27, 2022

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

# BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

# BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL                                                                                        VPX-JHO0000001247

# BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

# BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL

BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL                                                                                                    VPX-JHO0000001251

BERGER SINGERMAN

# REDACTED

»ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL

VPX-JHO0000001252

BERGER SINGERMAN

# REDACTED

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

**<u>Exhibit B</u>**

**Board Meeting Presentation**

US-DOCS\135869435.6

**CONFIDENTIAL**                                                                                                 **VPX-JHO0000001254**

# Project Blast

## Board meeting

September 29, 2022



**CONFIDENTIAL**

**VPX-JHO0000001255**



# Current forbearance and liquidity landscape

**The Bank Group has stated that they will not provide additional funding outside of chapter 11 or extend the current forbearance past September 30, and expects the Company to file on that date**

- Bank Group would have ability to exercise remedies once we are out of forbearance, including sweeping company cash and exercising rights under pledged equity (e.g., exercising proxy rights to replace board)

**The Company has extremely constrained liquidity with $13.4m of cash in domestic accounts as of September 27, with the upcoming significant payments**

- $12.1m of fees, principal and accrued interest to the Bank Group (before additional fees)

- ~$3.5m of payroll and taxes

- $3.3m in critical past due vendor payments across freight, materials, copackers, customer bill-backs and legal professionals

**Obtaining protection of bankruptcy stay and access to DIP financing is critical to preserving value of business**

- Key vendors are owed significant amounts due to stretching of payables to preserve liquidity



VPX-JHO0000001256

2



# Out-of-court and DIP financing process

**In light of the banks' unwillingness to continue to fund outside of bankruptcy and the expiring forbearance, the Company has been exploring both out of court financing alternatives and Debtor in Possession ("DIP") financing proposals**

**Out of court financing alternatives have included exploring both a complete take out of the Bank Group, in conjunction with funding the business, as well as bridge financing where the existing bank group would remain in place**

- A total of 25 parties were contacted regarding the above-mentioned out of court financing alternatives, of which 22 signed NDAs to receive further information to evaluate the opportunity[1]
  - □ This includes all parties that Rothschild & Co contacted regarding the DIP given we asked them to also consider an out of court financing scenario
- To date the Company has no actionable out of court financing alternatives

**DIP financing discussions included negotiating a DIP financing proposal with the existing Bank Group as well as seeking alternative DIP proposals from restricted potential investors who passed on the out of court alternatives**

- The Company engaged with 15 restricted investors seeking alternative DIP proposals (either priming or junior to the existing banks)
- To date, only one DIP financing proposal has been submitted which is from the existing Bank Group
- The Company has negotiated substantial improvements from the original DIP proposal made by the Bank Group (see following page)

Note
1.   The above figures reflect all the information that Rothschild & Co is aware of and exclude incremental details on conversations with parties that were conducted solely by the Company

**CONFIDENTIAL**

3

VPX-JHO0000001257





# Out-of-court and DIP financing process (cont'd)

| | Revised Bank Group proposal (9/12/22) | Draft DIP Credit Agreement (9/19/22) |
|---|---|---|
| **Commitment size** | ▪ **New Money:** $49m<br>▪ **Roll-up:** Creeping roll-up of all pre-petition debt (i.e., pre-petition debt will be paid down from post-petition collections, with post-petition disbursements funded through the DIP) | ▪ **New Money:** $100m<br>▪ **Roll-up:** Same |
| **Maturity / milestones** | ▪ 4 months after the Filing Date<br>▪ Required to commence sales process within 14 days | ▪ 7 months after the Filing Date<br>▪ 3.5 months to find financing to take out banks before a sale will be required |
| **Fees** | ▪ $300k DIP structuring fee<br>▪ $11.4m upfront fee[1]<br>  ▫ 2.50% fee applicable on the DIP Loan Commitment, including both the DIP Revolving Loan Commitment and the DIP Roll-Up Loan Commitment<br>▪ 0.50% unused line fee | ▪ Same<br>▪ $2.5m upfront fee[1]<br>  ▫ 2.50% fee applicable to new money portion of DIP only<br><br>▪ Same |
| **Interest rate[3]** | ▪ 1-month SOFR + 8%, subject to monthly increases of 0.50% per annum starting 10/1 | ▪ Same, with no monthly increases[2] |
| **Fees & expenses** | ▪ Reasonable and documented out-of-pocket fees and expenses, including external counsel and financial advisor, for the Prepetition Agent | ▪ Same |
| **Default interest** | ▪ 2.00% | ▪ Same |
| **Amortization** | ▪ None | ▪ Same |
| **Other** | ▪ Adequate protection, including payment of interest on prepetition debt (subject to monthly interest rate increases of 0.50%)<br>▪ Mandatory and optional prepayments consistent with Prepetition Credit Agreement<br>▪ Provide draft filings as soon as reasonably practicable prior to filing | ▪ Same (but amount of debt subject to interest rate increases will decline over time due to roll up and lenders' agreement not to impose same increases on DIP loans)<br>▪ Mandatory prepayment to the extent unrestricted cash exceeds $10m<br>▪ Same |

**Notes**
1. For comparative purposes, assumes $100m of new money and $355m of prepetition debt (applicable to the 9/12 Bank Group proposal)
2. Interest rate on prepetition debt increases by 50bps per annum on a monthly basis starting on October 1, 2022; increases would not carry over to the DIP
3. Given the Interim DIP Order is expected to be entered after October 1, 2022, the interest rate for the DIP Facility will reflect the 0.50% monthly increase effective October 1, 2022; therefore, the interest rate for the DIP Facility will be 1-month SOFR + 8.50%

CONFIDENTIAL

VPX-JHO0000001258



# Objectives of Bankruptcy Case and Related Considerations

**Filing entities**

**Vital Pharmaceuticals, Inc.; Vital Pharmaceuticals International Sales, Inc.; Bang Energy Canada, Inc.; JHO Intellectual Property Holdings, LLC; JHO Real Estate Investment, LLC; Rainbow Unicorn Bev, LLC**

- Filing entities are borrowers or guarantors on bank debt and/or have other material obligations (e.g., mechanics' liens, litigation claims)

- Real estate entities (JHO GA, JHO NV, Sheridan) will stay out to facilitate out-of-court sales of property; lenders will agree to forbear so long as sales are proceeding

- Foreign entities/other affiliates will not be part of chapter 11 proceeding

**Key objectives of the filing**

**Pursue a value-maximizing dual track strategic alternatives process, which includes a strategic marketing of the business and the solicitation of financing proposals that could form the basis of a plan of reorganization**

# REDACTED

**In all cases, maximize value of business and preserve value for all stakeholders, including creditors and equity holders**

**Currently the only forum in which the Company has a viable path to raise the necessary liquidity to support and protect the business**



# REDACTED

CONFIDENTIAL

# Recommendations for Jack

VPX-JHO0000001261



# Disclaimer

This presentation was prepared exclusively by Rothschild & Co US Inc. ("Rothschild & Co"), Huron Consulting Group ("Huron"), Latham & Watkins LLP ("Latham") and Berger Singerman LLP ("Berger Singerman") on a confidential basis.

Rothschild & Co, Huron, Latham and Berger Singerman have not assumed any responsibility for independent verification of any of the information contained herein and Rothschild & Co, Huron, Latham and Berger Singerman have relied on such information being complete and accurate in all material respects. Accordingly, no representation or warranty, express or implied, can be made or is made by Rothschild & Co, Huron, Latham and Berger Singerman as to the accuracy or completeness of any such information. Except where otherwise indicated, this presentation speaks as of the date hereof and is necessarily based upon the information available to Rothschild & Co, Huron, Latham and Berger Singerman and financial, stock market and other conditions and circumstances existing and disclosed to Rothschild & Co, Huron, Latham and Berger Singerman as of the date hereof, all of which are subject to change. Rothschild & Co, Huron, Latham and Berger Singerman do not have any obligation to update, bring-down, review or reaffirm this presentation. Under no circumstances should the delivery of this presentation imply that any information or analyses included in this presentation would be the same if made as of any other date. Nothing contained in this presentation is, or shall be relied upon as, a promise or representation as to the past, present or future.

This presentation provides summary information only and is being delivered solely for informational purposes. Rothschild & Co, Huron, Latham and Berger Singerman does not provide legal, tax or accounting advice of any kind. By receipt of this presentation, the recipient acknowledges that it is not relying on Rothschild & Co, Huron, Latham and Berger Singerman for legal, tax or accounting advice, and that the recipient should receive separate and qualified legal, tax and accounting advice in connection with any transaction or course of conduct.

Nothing contained herein shall be deemed to be a recommendation from Rothschild & Co, Huron, Latham and Berger Singerman to any party to enter into any transaction or to take any course of action.

This presentation is not intended to provide a basis for evaluating any transaction or other matter.

This presentation is confidential and may not be copied by, or disclosed or made available to, any person without the prior written consent of Rothschild & Co, Huron, Latham and Berger Singerman.

Rothschild & Co, Huron, Latham and Berger Singerman shall not have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with this presentation.

VPX-JHO0000001262

# Sept 29 2022 Board Meeting Minutes

Final Audit Report                                                          2022-10-03

| | |
|---|---|
| Created: | 2022-10-03 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzCB8o8mTdCZq0fhTs3TC3et8u90-4iKu |

## "Sept 29 2022 Board Meeting Minutes" History

Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
2022-10-03 - 8:48:19 PM GMT- IP address: 99.90.54.255

Document emailed to frank.massabki@bangenergy.com for signature
2022-10-03 - 8:48:47 PM GMT

Email viewed by frank.massabki@bangenergy.com
2022-10-03 - 8:58:25 PM GMT- IP address: 104.47.66.126

Signer frank.massabki@bangenergy.com entered name at signing as Frank Massabki
2022-10-03 - 8:58:45 PM GMT- IP address: 74.175.96.98

Document e-signed by Frank Massabki (frank.massabki@bangenergy.com)
Signature Date: 2022-10-03 - 8:58:47 PM GMT - Time Source: server- IP address: 74.175.96.98

Document emailed to ceo@bangenergy.com for signature
2022-10-03 - 8:58:49 PM GMT

Email viewed by ceo@bangenergy.com
2022-10-03 - 9:00:14 PM GMT- IP address: 104.47.59.254

Signer ceo@bangenergy.com entered name at signing as Jack Owoc
2022-10-03 - 9:00:35 PM GMT- IP address: 107.123.33.28

Document e-signed by Jack Owoc (ceo@bangenergy.com)
Signature Date: 2022-10-03 - 9:00:37 PM GMT - Time Source: server- IP address: 107.123.33.28

Agreement completed.
2022-10-03 - 9:00:37 PM GMT

Adobe Acrobat Sign