**DEBTORS EXHIBIT 12**

**Fill in this information to identify the case:**

Debtor: JHO Real Estate Investment, LLC

United States Bankruptcy Court for the District of: Southern District of Florida

Case number: 22-17847

Date Filed: 12/19/2022
Claim No: 654

# Official Form 410

## Proof of Claim                                                                                                      04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1: Identify the Claim

1. **Who is the current creditor?**

   John Owoc

   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   John Owoc
   E: pbattista@gjb-law.com

   Where should payments to the creditor be sent? (if different)

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
                                                                                       MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                                                                                      Page 1

1195812202232907524000001

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

7. How much is a claim? _____

   Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

9. Is all or part of the claim secured?

   ☐ No
   ☐ Yes.  The claim is secured by a lien on property
   
   **Nature of property**
   
   ☐ Real estate.  If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   ☐ Motor vehicle.
   ☐ Other. Describe: _____
   
   **Basis for perfection:** _____
   
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   **Value of property:** _____
   
   **Amount of the claim that is secured:** _____
   
   **Amount of the claim that is unsecured:** _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   **Amount necessary to cure any default as of the date of the petition:** _____
   
   **Annual Interest Rate (when case was filed)** _____ %
   
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☐ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

11. Is this claim subject to a right of setoff?
    ☐ No
    ☐ Yes. Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ No ☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|---|
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time  12/19/2022 at 08:42 pm PT
                         MM / DD / YYYY HH : MM

/s/John Owoc
Signature

**Print the name of the person who is completing and signing this claim:**

Name           John            Owoc
               First Name   Middle Name   Last Name

Title          _____

Company        _____
               Identify the corporate servicer as the company if the authorized agent is a servicer

Address        _____
               Number    Street

               _____
               City      State       ZIP Code

Contact phone  _____

Email          _____

Proof Of Claim                                                                 Page 3

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| Name of Debtors | Case Numbers: |
|---|---|
| **VITAL PHARMACEUTICALS, INC.,** *et al.* | 22-17842-PDR<br>22-17844-PDR<br>22-17845-PDR<br>22-17847-PDR<br>22-17848-PDR<br>22-17849-PDR<br>22-17950-PDR<br><br>(Jointly Administered) |

Indicate Debtor against which you assert a claim by checking the appropriate box below.

**(Check only one Debtor per claim form)**

| Name of Debtor | Case Number |
|---|---|
| ☐ Vital Pharmaceuticals, Inc. | Case No. 22-17842-PDR |
| ☐ Bang Energy Canada, Inc. | Case No. 22-17844-PDR |
| ☐ JHO Intellectual Property Holdings, LLC | Case No. 22-17845-PDR |
| ■ JHO Real Estate Investment, LLC | Case No. 22-17847-PDR |
| ☐ Quash Seltzer, LLC | Case No. 22-17848-PDR |
| ☐ Rainbow Unicorn Bev LLC | Case No. 22-17849-PDR |
| ☐ Vital Pharmaceuticals International Sales, Inc. | Case No. 22-17850-PDR |

Page 1

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

John H. Owoc
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Jack Owoc

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

c/o Paul J. Battista
Name

100   SE Second St. 44th Fl.
Number   Street

Miami         FL        33131
City          State     Zip Code

Contact phone: 305-372-2457
Contact email: pbattista@gjb-law.com

Where should payments to the creditor be sent? (if different)

Name
Number   Street
City   State   Zip Code
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on __/__/____
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Page 2

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ■ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. **How much is the claim?** $ See attached

   **Does this amount include interest or other charges?**
   ■ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   See attached

9. **Is all or part of the claim secured?**
   ■ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) ____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ■ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ■ No
    ☐ Yes. Identify the property: _____

Page 3

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ■ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

### Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/19/2022
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name: John H. Owoc
      First name    Middle name    Last name

Title: CEO

Company: _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1600 N. Park Drive, Weston, FL 33326

Contact phone: 954-240-6615    Email: ceo@bangenergy.com

Mail Claim Form to: Vital Pharmaceuticals, Inc., et al Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or file your claim electronically via the following case website: https://cases.stretto.com/VitalPharmaceuticals.

## ATTACHMENT TO PROOF OF CLAIM FOR JOHN H. OWOC

John H. Owoc ("Mr. Owoc") hereby submits this addendum (the "Addendum") to his Proof of Claim (the "Claim"), which Addendum is an integral part of the Claim and is incorporated by reference into the Claim for all purposes. Mr. Owoc is the sole owner of, chief executive officer of, and director of the above captioned Debtors.

    1.    Nature of Claim. The Claim consists of all amounts due and owing to Mr. Owoc or that may become due and owing to Mr. Owoc for, by reason of and/or in connection with any and all of the following:

        a.    Indemnification. As the chief executive officer, director and/or sole owner of the Debtors, Mr. Owoc is entitled to indemnification from the Debtors under the corporate bylaws and other applicable corporate governance documents of the Debtors as well as applicable bankruptcy and non-bankruptcy law. As a result, Mr. Owoc asserts a claim against the Debtors for any and all amounts, debts, claims, liabilities, obligations, expenses, damages, judgments, losses, costs, expenses, and/or attorney' fees (inclusive of reimbursement of defense costs) that he incurs in his capacity as the chief executive officer, director, sole owner and/or in any other capacity with the Debtors, including, without limitation, in connection with, related to or arising from any pending, threatened or future lawsuits, arbitrations or other legal proceedings asserted against him and involving in any way any of the Debtors, which litigation matters shall include, but are not limited to, the following:

            i.    *Monster Energy Company v. Vital Pharmaceuticals, Inc.; Jack Owoc*, case number 18-01882-JGB-SHK, pending in United States District Court for the Central District of California (the "Monster Case");

            ii.    *Atlantic Recording Corporation, et. al. v. Vital Pharmaceuticals, Inc.; Jack Owoc*, pending in the United States District Court for the Southern District of Florida, case number 22-22951 (the "Warner Case");

1

    iii. *UMG Recordings, et.al. v. Vital Pharmaceuticals, Inc. and John Owoc* pending in the United States District Court for the Southern District of Florida, case number 21-60914 (the "UMG Case");

    iv. *Sony Music Entertainment, et.al. v. Vital Pharmaceuticals, Inc. and John Owoc* pending in the United States District Court for the Southern District of Florida, case number 21-22825 (the "Sony Case");

    v. *Balboa Capital Corporation v. Vital Pharmaceuticals, Inc., d/b/a VPX Sports and John Owoc*, pending in the United States District Court for the Southern District of Florida, case number 18-61125 (the "Balboa Case");

    vi. *Marc Kesten v. Vital Pharmaceuticals, Inc. and John Owoc,* pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-021163 (the "Kesten Case"); and

    vii. *Donna Williams v. Vital Pharmaceuticals, Inc. and John Owoc,* pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, CACE 20003681 (the "Williams Case").

    b.     <u>Contribution and Reimbursement</u>. Mr. Owoc asserts a claim against the Debtors for any and all amounts, debts, claims, liabilities, obligations, expenses, damages, judgments, losses, costs, expenses, and/or attorney' fees that he incurs, contributes to the payment of and/or is obligated to pay and for which he is entitled under applicable bankruptcy and non-bankruptcy law to receive contribution, reimbursement and/or similar rights to payment from the Debtors or any of them, including without limitation, (i) in connection with any legal proceedings, including, but not limited to, the Monster Case, the Warner Case, the UMG Case, the Sony Case, the Balboa Case, the Kesten Case and the Williams Case, and (ii) in connection with the repayment or satisfaction of any obligations, liabilities or debt owed by the Debtors to any party in interest, including from the sale or liquidation of assets of non-Debtor companies owned by Mr. Owoc. Specifically, Mr. Owoc has personally posted a bond pending appeal in the Balboa Case in an amount equal to $488,344.34.

c. <u>Reasonable Value for Use of Home</u>. Mr. Owoc asserts a claim against the Debtors for the reasonable value associated with the Debtors' use of his homestead in Southwest Ranches, Florida for corporate events, promotions and similar functions.

d. <u>Income Taxes</u>. Mr. Owoc asserts a claim against the Debtors for amounts owed to him or incurred/paid by him for and related to income taxes and related obligations (i) based on the taxable and other income of the Debtors, including, without limitation, for the tax year 2021 in the approximate amount of at least $16,585,893, (ii) resulting from the sale or liquidation of assets of the Debtors, and (iii) resulting from the sale or liquidation of assets of non-Debtor entities owned by Mr. Owoc, the proceeds of which provided a benefit to the Debtors, including through repayment of debt obligations of the Debtors.

e. <u>Sale of Non-Debtor Properties</u>. Mr. Owoc asserts a claim against the Debtors in an amount equal to the proceeds from the sale or liquidation of assets of any non-Debtor entity owned by Mr. Owoc that are used to pay or satisfy any obligations, liabilities or debts of any Debtors.

2. Mr. Owoc reserves his right to amend or supplement the Claim, or any portion thereof, at any time and in any manner as he deems necessary, appropriate, or desirable, including, without limitation, any amendments that may provide additional detail regarding the nature of such claims, and any amendments that may assert other claims of any nature against the Debtors. Nothing in the Claim shall be taken to waive, release, or otherwise compromise any additional component of Mr. Owoc's claims or interests in the event that it becomes necessary to preserve or enforce any such claim or interest.

3. Notwithstanding the filing of this Claim, Mr. Owoc reserves any and all of his rights and remedies in connection with any litigation or legal proceedings pending or threatened against

him, including, without limitation, in the Monster Case, the Warner Case, the UMG Case, the Sony Case, the Balboa Case, the Kesten Case and the Williams Case.

4. Notwithstanding the filing of this Claim, Mr. Owoc reserves all of his rights and defenses, including a right to a jury trial, in connection with any claim that may be asserted against him by the Debtors or any party in interest in these chapter 11 cases or otherwise.

5. The execution and filing of the Claim shall not be deemed (i) a waiver or release of Mr. Owoc's rights against any other entity or person liable for all or any part of the amounts asserted herein; (ii) to constitute or be construed as a consent by Mr. Owoc to the jurisdiction of the Bankruptcy Court with respect to any proceeding commenced in these cases against or otherwise involving Mr. Owoc, (iii) a consent to the entry of final orders of the Bankruptcy Court, (iv) a waiver of his right to seek withdrawal of the reference in connection with any matter asserted against him in these chapter 11 cases, or (v) a waiver of his right to a jury trial in any matter

6. Notwithstanding the filing of this Claim, Mr. Owoc does not and is not waiving any of his defenses, setoffs, recoupments, claims, counterclaims or any other right or remedy that he has or may have against the Debtors or any party in interest or other person or entity, including any legal proceeding pending, threatened or that may be commenced.