**DEBTORS EXHIBIT 21**

*Privileged and Confidential*

# Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries
## Joint Meeting of the Restructuring Committees

A joint meeting of the restructuring committees (collectively, the "Committee") of Vital Pharmaceuticals, Inc., a Florida corporation; Bang Energy Canada, Inc., a Florida corporation; JHO Intellectual Property Holdings, LLC, a Florida limited liability company; JHO Real Estate Investment, LLC, a Florida limited liability company; Quash Seltzer, LLC, a Florida limited liability company; Rainbow Unicorn Bev LLC, a Florida limited liability company; and Vital Pharmaceuticals International Sales, Inc., a Delaware corporation (together, the "Company" or "Vital"), was held by teleconference on November 2, 2022, with certain participants present in-person.

**Committee member present:**
Steven Panagos

**Also present (by invitation of the Committee):**
Jack Owoc
Eric Hillman
Guillermo Escalante
Kathleen Cole
Frank Massabki
Gregg Metzger
Meg Liz Owoc
Greg Robbins

**Also present (by invitation of the Committee):**
Andrew Sorkin, Latham & Watkins LLP ("Latham")
Whit Morley, Latham
Jordi Guso, Berger Singerman LLP ("Berger")
Homer Parkhill, Rothschild & Co ("Rothschild")
Charles Delo, Rothschild
Jaime Arrastia, Rothschild
Jarrod Burke, Rothschild
John DiDonato, Huron Consulting Services LLC ("Huron")
Abhimanyu Gupta, Huron
Sean Parkhurst, Huron

**HIGHLY CONFIDENTIAL**

* * *

The sole member of the Committee was present. The meeting was called to order at approximately 4:00 p.m. ET.

## Current Sales & Operations Update

Mr. Gupta, of Huron, began the meeting by summarizing the Company's financial status, including the Company's sales current performance and forecast of future sales, liquidity, operating finances, and other financial information, as well as a summary of the Company's performance against the DIP budget.

Mr. Gupta then opened the floor for questions, and a conversation ensued regarding factors impacting current sales and forecasts of future sales, including production, inventory, and relationships with distributors and retailers.

## Bankruptcy Process Update

Mr. Sorkin, of Latham, then provided an update on certain key developments in the chapter 11 cases. First, Mr. Sorkin          REDACTED

Mr. Sorkin then opened the floor for questions and conversation ensued.

Mr. Sorkin then provided information on the appointment of the unsecured creditors committee (the "UCC"). Referencing the slideshow presentation, attached hereto as <u>Exhibit A</u>, Mr. Sorkin summarized the composition of the UCC, and stated that the UCC was currently interviewing law firms and financial advisors.

Mr. Sorkin then opened the floor for questions and conversation ensued.

<u>Key Employee Retention Plan</u>

Mr. DiDonato, of Huron, and Mr. Parkhill, of Rothschild, then presented the terms of a proposed key employee retention plan ("KERP").

2

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000214

Mr. DiDonato and Mr. Parkhill began by summarizing the terms of the KERP, provided on the attached slideshow presentation, and then addressed the purpose of the KERP. Mr. DiDonato described the loss of employees since the chapter 11 filing and emphasized the importance of implementing a retention bonus program in order to reduce the employee attrition rate.

Mr. DiDonato and Mr. Parkhill opened the floor for questions and conversation ensued, focusing on the terms, purposes, and implementation of the KERP.

### *Long-Term Forecast*

Mr. Gupta then discussed the development of the long-term business forecast, with the goal of having it completed by the following week so that it could be shared with the UCC and the lender banks.

Mr. Gupta then opened the floor for questions and conversation ensued. Mr. Panagos also remarked on the importance of developing the long-term forecast to his decision making process in connection with restructuring matters.

### *M&A / Investor Process Update*

Mr. Delo, of Rothschild, then provided an update on the M&A and investor process, noting that the teaser presentation (the "Teaser") was finalized on October 31, 2022, and that Rothschild had begun distributing the Teaser to potential investors. Mr. Delo also stated that Rothschild is working on finalizing an updated confidential investor presentation ("CIP"), which currently only has historical information through 2021 and will need to be updated to include, among other information, the long-term forecast.

Mr. Delo then stressed the importance of starting the diligence process with potential investors given the time constraints imposed by the DIP budget.

Mr. Delo then opened the floor for questions and conversation ensued, including updates by Mr. Burke, of Rothschild, regarding the progress of the investor outreach process.

HIGHLY CONFIDENTIAL

VPX-BOD0000000215

Mr. Arrastia, of Rothschild, then provided additional details on specific negative responses that Rothschild had received from potential investors.

Mr. Arrastia then opened the floor for questions and conversation ensued, including detailed discussion regarding certain potential investors identified on the slideshow presentation.

### *Phoenix Manufacturing Facility Update*

Moving to the next item on the agenda, Mr. Delo summarized the potential interest from three parties with respect to the Company's Phoenix manufacturing facility.

Mr. Delo then opened the floor for questions and conversation ensued.

The Committee indicated that, based on the importance of the facility to the Company's reorganization efforts, he would not recommend that the Company pursue a piecemeal sale of the Phoenix facility at this time.

### *Building Sales Update*

Mr. Gupta then updated the Committee on the status of negotiations for the sale of the Sheridan Building A, including a reduction in the proposed purchase price offered by a buyer with whom the Company had been negotiated. He noted that the Company is in the process of engaging brokers to assist in marketing the property.

Mr. Gupta then opened the floor for questions and conversation ensued.

Mr. Gupta then provided an overview of the sale process of the Lithia Springs property, stating that the Company is currently negotiating a sale agreement and that drafts of the agreement documents are being exchanged between the negotiators' legal teams.

Mr. Gupta then summarized the marketing process for additional properties, noting that there currently were no active potential buyers.

Mr. Gupta then opened the floor for questions and discussion ensued.

HIGHLY CONFIDENTIAL

VPX-BOD0000000216

*Other Business*

There being nothing further on the agenda, the floor was opened for any other business. Thereafter, a discussion ensued regarding the Company's search for a new Chief Financial Officer.

The Committee then expressed its appreciation to the attendees for their participation and thoughtful input.

There being nothing further, the Committee meeting was adjourned at approximately 6:02 pm ET.

HIGHLY CONFIDENTIAL

VPX-BOD0000000217

\* \* \*

These minutes of the foregoing meeting of the Committee held on November 2, 2022, were ratified by the Acting Secretary of the Committee and approved by the Committee on November 10, 2022.

_____
Steven Panagos (Nov 10, 2022 16:11 EST)

Steven Panagos
Committee Member

_____
Frank Massabki (Nov 10, 2022 12:56 EST)

Frank Massabki
Acting Secretary

6

HIGHLY CONFIDENTIAL

VPX-BOD0000000218

# Exhibit A

## Committee Meeting Presentation

[Attached.]

HIGHLY CONFIDENTIAL

VPX-BOD0000000219

# Project Blast

## Restructuring Committee discussion materials

November 2, 2022



**HIGHLY CONFIDENTIAL**

VPX-BOD0000000220

# Agenda 

**1**   **Current sales & operations update**

**2**   **Bankruptcy process update**

- Key Employee Retention Plan ("KERP")
- DIP and Monster royalty issues
- UCC update

**3**   **Liquidity**

**4**   **Long-term forecast / business plan update**

**5**   **M&A / investor process update**

**6**   **Phoenix manufacturing facility update**

**7**   **Building sales update**

**8**   **Second Day Hearing**

**9**   **Any other business**

HIGHLY CONFIDENTIAL
VPX-BOD0000000221



# Key Employee Retention Plan (KERP) update

**Since 9/30, the Company has experienced a net loss of 37 employees, not including an additional 10 employees that have given their notice to leave**

- Five directors, senior directors and VP personnel have departed the sales team, in particular

**A total of 155 VPX employees will be covered under the proposed KERP plan.**

**4 executives will not be covered under the proposed KERP, including:**

- Eugene Bukovi
- Francis Massabki
- Kathleen Cole
- Jack Owoc

**The timing of KERP payments is still under consideration by management**

| | 15.0% | | | 20.0% | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| Department | Employee Count | Annual Salary | Retention Bonus | Employee Count | Annual Salary | Retention Bonus | Employee Count | Annual Salary | Retention Bonus |
| Creative | 7 | $570,680 | $85,602 | 2 | $147,420 | $29,484 | 9 | $718,101 | $115,086 |
| Finance | 17 | 1,293,779 | 194,067 | 4 | 755,251 | 151,050 | 21 | 2,049,030 | 345,117 |
| HR | 7 | 684,427 | 102,664 | 4 | 585,000 | 117,000 | 11 | 1,269,428 | 219,664 |
| IT | 15 | 1,729,103 | 259,365 | | | | 15 | 1,729,103 | 259,365 |
| Legal | 2 | 440,000 | 66,000 | | | | 2 | 440,000 | 66,000 |
| Marketing | 5 | 630,000 | 94,500 | 1 | 150,000 | 30,000 | 6 | 780,000 | 124,500 |
| Operations | 6 | 703,005 | 105,451 | | | | 6 | 703,005 | 105,451 |
| PHX PLANT | 5 | 338,480 | 50,772 | 8 | 925,441 | 185,088 | 13 | 1,263,921 | 235,860 |
| R&D | 2 | 360,250 | 54,038 | | | | 2 | 360,250 | 54,038 |
| Sales | 16 | 1,961,627 | 294,244 | 10 | 1,845,272 | 369,054 | 26 | 3,806,900 | 663,299 |
| Supply Chain | 36 | 3,089,011 | 463,352 | | | | 36 | 3,089,011 | 463,352 |
| Warehouse | 8 | 813,123 | 121,968 | | | | 8 | 813,123 | 121,968 |
| **Grand Total** | **126** | **$12,613,487** | **$1,892,023** | **29** | **$4,408,384** | **$881,677** | **155** | **$17,021,871** | **$2,773,700** |

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000222



# Unsecured creditors committee update

On November 1st, the US Trustee filed its Notice of Appointment of Official Unsecured Creditors Committee. The UCC is comprised of the following parties:

- Stellar Group, Inc. (Clint E. Pyle, who is the temporary chairperson of the UCC)
- Archer Daniels Midland Co. (Mark H. Speiser)
- Trinity Logistics, Inc. (Douglas Potvin)
- Ardagh Metal Packaging USA Corp. (Curt Rothlisberger)
- Crown Cork & Seal USA, Inc. (Ron Cenderelli)
- QuikTrip Corporation (Marshall J. Wells)
- XPO Logistics, L.L.C. (Stephanie Penninger)

**We expect the UCC to interview and retain a law firm(s), an investment bank, and a financial advisor (collectively, the "UCC Advisors") today or tomorrow. Thereafter, we will work with the UCC Advisors and other parties in interest, including the DIP Agent, on the relief requested by the Company at the second day hearing.**

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000223



# M&A / investor process update

**The Teaser was finalized on October 31, 2022 and we have begun distributing it to potential investors**

**Rothschild & Co is working to finalize an updated Confidential Investor Presentation ("CIP"), which currently only presents <u>historical financial information through 2021</u> given the updated timing of the long-term forecast**

- Finalization is subject to (i) completion of and the Board's approval of the long-term forecast and (ii) the Board's approval of the CIP
- While we would prefer to include the financial forecast in the initial diligence launch, the delays in the completion of that forecast have placed pressure on the timeline, and given the milestone in the DIP, it is important to commence the diligence process immediately
- Our recommendation would be to share the CIP with historical financial information only and follow up with an addendum that includes the revised business plan
- If this plan is approved by the Board, then the historical-only CIP will be shared with investors under NDA
- In the meantime, the Company, with assistance from its advisors, will continue to work on revising its long-term financial model, which will project performance through the end of 2025

**In addition to the historical-only CIP, investors under NDA will also receive access to the Project Blast virtual data room ("VDR")**

- Items posted to the VDR for the first round of diligence will include non-sensitive information, including items such as:
  - Historical financial information (2017-2021, YTD Jun 2022) (*already approved / provided during initial capital raise efforts*)
  - Updated long-term forecast / model (once complete)
  - Industry overview forecast (*already approved / provided during initial capital raise efforts*)
  - Real estate and equipment appraisals (*already approved / provided during initial capital raise efforts*)
  - Historical credit agreements and other financing documents (*already approved / provided during initial capital raise efforts*)
- Rothschild & Co will work with the Company, Huron and the legal advisors to review any information and **<u>receive approval</u>** before posting to the VDR

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000224

REDACTED

HIGHLY CONFIDENTIAL

VPX-BOD0000000225

# REDACTED

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000226

REDACTED

HIGHLY CONFIDENTIAL

VPX-BOD0000000227

REDACTED

HIGHLY CONFIDENTIAL

VPX-BOD0000000228

REDACTED

HIGHLY CONFIDENTIAL

VPX-BOD0000000229



# Building sales update

**Sheridan Building A – Pembroke Pines**

- Due to the increasing interest rate market and uncertainty following the bankruptcy filing, Bridge Logistics' recent offer was revised to $43.5M, (down from the previous offer of $58.8m)

- The Company is in the process of engaging brokers to assist in marketing the property

**Lithia Springs - GA**

- The Company is working to finalize the access agreement with Zoetis

- A purchase sale agreement ("PSA") is being negotiated and various turns between the legal teams have been shared

    - Purchase price remains unchanged at $87.5m

**Forbearance**

- The forbearance agreement for the non-debtor real estate holding companies is under negotiation

HIGHLY CONFIDENTIAL

VPX-BOD0000000230

# Disclaimer



This presentation was prepared exclusively by Rothschild & Co US Inc. ("Rothschild & Co"), Huron Consulting Group ("Huron"), Latham & Watkins LLP ("Latham") and Berger Singerman LLP ("Berger Singerman") on a confidential basis.

Rothschild & Co, Huron, Latham and Berger Singerman have not assumed any responsibility for independent verification of any of the information contained herein and Rothschild & Co, Huron, Latham and Berger Singerman have relied on such information being complete and accurate in all material respects. Accordingly, no representation or warranty, express or implied, can be made or is made by Rothschild & Co, Huron, Latham and Berger Singerman as to the accuracy or completeness of any such information. Except where otherwise indicated, this presentation speaks as of the date hereof and is necessarily based upon the information available to Rothschild & Co, Huron, Latham and Berger Singerman and financial, stock market and other conditions and circumstances existing and disclosed to Rothschild & Co, Huron, Latham and Berger Singerman as of the date hereof, all of which are subject to change. Rothschild & Co, Huron, Latham and Berger Singerman do not have any obligation to update, bring-down, review or reaffirm this presentation. Under no circumstances should the delivery of this presentation imply that any information or analyses included in this presentation would be the same if made as of any other date. Nothing contained in this presentation is, or shall be relied upon as, a promise or representation as to the past, present or future.

This presentation provides summary information only and is being delivered solely for informational purposes. Rothschild & Co, Huron, Latham and Berger Singerman does not provide legal, tax or accounting advice of any kind. By receipt of this presentation, the recipient acknowledges that it is not relying on Rothschild & Co, Huron, Latham and Berger Singerman for legal, tax or accounting advice, and that the recipient should receive separate and qualified legal, tax and accounting advice in connection with any transaction or course of conduct.

Nothing contained herein shall be deemed to be a recommendation from Rothschild & Co, Huron, Latham and Berger Singerman to any party to enter into any transaction or to take any course of action.

This presentation is not intended to provide a basis for evaluating any transaction or other matter.

This presentation is confidential and may not be copied by, or disclosed or made available to, any person without the prior written consent of Rothschild & Co, Huron, Latham and Berger Singerman.

Rothschild & Co, Huron, Latham and Berger Singerman shall not have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with this presentation.

**HIGHLY CONFIDENTIAL**

VPX-BOD0000000231