**DEBTORS EXHIBIT 23**

# Payment Details

**TRUIST**

**VITAL PHARMACEUTICALS INC - 1218046081**

## PAYMENT ID: 20095

| | | | | | |
|---|---|---|---|---|---|
| Payment Type | Wire - Domestic | | | | |
| Status | Bank Confirmed | | | | |
| Entry Method | Freeform | | | | |
| Value Date | 09/30/2022 | | | | |
| Tran Date | 09/30/2022 | | | | |
| Credit Amount | 100,000.00 USD | | | | |
| Debit Amount | 100,000.00 USD | | | | |
| Exchange Rate | 1 | | | | |
| Tnum | 3745747 | | | | |
| 1st Confirmation | 220930025005 | | | | |
| 2nd Confirmation | IMAD: 0930E3QP021C005522 Ref: 2022093000025005 | | | | |

### DEBIT ACCOUNT

| | |
|---|---|
| Number | ████ |
| Name | VITAL PHARMACEUTICALS INC |
| Type | Checking |
| Bank | Truist |

### ORIGINATOR INFORMATION

| | |
|---|---|
| Name | VITAL PHARMACEUTICALS INC |
| ID | 1100014527174 |
| Type | DDA |
| Address 1 | 1600 N PARK DR |
| City | WESTON FL 333263278 |
| Country | US |

### BENEFICIARY

| | |
|---|---|
| Name | Genovese Joblove & Batista PA Trust Account |
| Address 1 | |
| City | Coral Gables |
| State | FL |
| Postal Code | 33134 |
| Country | US |
| Account | ████ |

### BENEFICIARY BANK

| | |
|---|---|
| Account Type | Other |
| Bank Code | 066004367 |
| Bank | CITY NATL BK FLORIDA |
| City | MIAMI |
| Country | US |

### SETTLEMENT INFORMATION

| | Timestamp |
|---|---|
| Extracted | 09/30/2022 12:43:47 PM |
| Bank Received | 09/30/2022 12:43:48 PM |
| Bank Confirmed | 09/30/2022 12:44:27 PM |

## PAYMENT DETAILS

Retainer

## AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 09/30/2022 12:43:33 PM | FTILUS | 1218046081 |
| ENTERED | 09/30/2022 12:11:26 PM | NSEGARRA | 1218046081 |

Continued

CONFIDENTIAL    VPX-JHO0000001013

**REPORT TOTALS**

| Wires | | Total Debit Amount | Payments | Total Credit Amount | Payments |
|---|---|---|---|---|---|
| Wires | (USD to USD) | 100,000.00 USD | 1 | | |

CONFIDENTIAL    VPX-JHO0000001014



Paul J. Battista, Esq.
Telephone: 305-372-2457
email: pbattista@gjb-law.com

September 29, 2022

Via Email – CEO@bangenergy.com

Mr. Jack Owoc
1600 N. Park Drive
Weston, FL 33326

  Re: Legal Representation

Dear Jack:

  It was a pleasure meeting and speaking with you today. I am pleased that you have decided to engage Genovese Joblove & Battista, P.A. (the "Firm") to represent and advise you in connection with your roles and interests in respect of (i) each of Vital Pharmaceuticals, Inc., Vital Pharmaceuticals International Sales, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC and Rainbow Unicorn Bev, LLC as they negotiate to resolve issues with their senior secured creditors and in the event they decide to file chapter 11 bankruptcy cases, and (ii) certain other entities owned and/or controlled by you that are not expected to file chapter 11 bankruptcy cases. Consistent with the rules of professional responsibility which govern all attorneys, it is the Firm's practice to advise clients in writing of the terms and conditions under which we undertake a representation.

  First, to protect both of us and to comply with our professional obligations, this engagement is subject to clearance of any conflicts of interest with present or former clients of the Firm. We have performed a conflict check regarding those parties presently involved and have determined that no conflict exists at this time.

  I will have primary responsibility for this engagement, and we will use other attorneys and legal assistants in our Firm in the best exercise of my professional judgment. Based on our discussions, I have agreed to reduce my standard hourly rate from $795.00 per hour down to $650.00 per hour for this engagement. In addition, where possible, we will utilize attorneys and paraprofessionals with lower billing rates. The Firm's engagement is also subject to and based on the provisions set forth herein and in our Standard Terms and Conditions, which are annexed to and made a part of this letter agreement.

  We want to assure you that we will endeavor to serve you effectively and strive to represent your interests efficiently. To advance these goals, you agree to disclose fully and accurately all

pertinent facts and keep us apprised of all developments in this matter. You further agree otherwise to cooperate fully with us and to be available to attend such meetings as are appropriate. During the course of our representation, we may express opinions regarding issues for which we are being engaged or various courses of action and the results that might be anticipated. Any such statement made by myself or by any partner, associate, of counsel or employee or agent of our Firm, is intended to be an expression of opinion only, based on information available to us at the time, and should not be construed as a promise or guarantee. Needless to say, there can be no assurances that our efforts on your behalf will be successful.

Given the scope of our engagement, we would require a security deposit in the amount of $100,000. We will deposit such monies in our trust account and upon the issuance of monthly invoices to you we will apply such funds to pay the monthly fees and expenses that we incur on your behalf. We reserve the right to require that the security deposit be increased or replenished depending on how this matter proceeds. In the event any of our invoices are not paid promptly as provided for herein, then we reserve the right to withdraw from representing you, and by your signature below, you consent to such withdrawal in those circumstances. If you have any questions on any of our invoices, please let me know and we will use our best efforts to answer such questions and/or resolve any issues.

Please review this agreement carefully, and if you have any questions concerning the foregoing terms and conditions, please do not hesitate to contact me. If this agreement is acceptable, then please acknowledge that you have reviewed it, understand it, and desire to retain us on the basis of the terms of this letter and attachment by signing and delivering to us the enclosed copy, together with the security deposit via the wire instructions enclosed with this letter. We recommend that you keep a copy of this letter and our Standard Terms in your file.

Thank you for allowing us to be of service.

Sincerely,

GENOVESE JOBLOVE & BATTISTA, P.A.

By: ___/s/ Paul J. Battista___
      Paul J. Battista

THE ABOVE IS ACCEPTED AND AGREED TO:

By: _____
      Jack Owoc

CONFIDENTIAL
VPX-JHO0000001016

## STANDARD TERMS AND CONDITIONS OF ENGAGEMENT

1. **Costs**: It is usually necessary for us to incur, as agent for our clients, expenses for items such as filing fees, travel, lodging, meals, toll telephone calls, photocopying, facsimiles ("fax"), and courier services. Many engagements require substantial amounts of costly ancillary services such as outside duplication services and computerized legal research. The client is responsible for all costs incurred on the client's behalf. In order to allocate these expenses fairly and to keep our hourly rates as low as possible for those matters which do not involve such expenditures, these items are separately itemized on our statements as "costs advanced" or "disbursements".

Major out-of-pocket expenses, including outside fees and expenses (such as printing costs, filing fees, etc.), will not be advanced by us unless special arrangements are made in advance. They will be billed directly or forwarded to our client.

2. **Billing**: Costs and expenses will be billed monthly. Payment is due within thirty (30) days of presentation of the statement, unless we agree otherwise in writing.

3. **Late Payments**: We are confident that our clients make every effort to pay us promptly. Occasionally, however, a client has difficulty in making timely payment. To avoid burdening those clients who pay their statements promptly with higher fees reflecting the added costs we incur as a result of clients who are delinquent, we reserve the right to impose an interest/service charge of one percent per month for late payments. In no event will the service charge be greater than permitted by applicable law.

4. **Non-Payment of Fees and Costs**: Failure to pay any statement rendered when due will constitute a default. In the event of a default, you agree that in our discretion we may immediately cease all legal services on your behalf or discontinue our representation (subject to our ethical obligations and any other applicable provision of law). In the unlikely event that we are required to institute legal proceedings to collect fees and costs owed by the client, the prevailing party will be entitled to reimbursement of its reasonable attorneys' fees and other costs of collection.

5. **Termination**: The client has the right to terminate our representation by written notice at any time. In that case, the client is not relieved of the obligation to pay for all services rendered and costs incurred on its behalf prior to receipt of such notice in accordance with the terms hereof. We have the same right to terminate our engagement, subject to an obligation to give the client reasonable notice to arrange alternative representation.

6. **Applicable Law**: The laws of the State of Florida will govern the interpretation of this agreement, including all rules or codes of ethics which apply to the provision of services by us. Any legal action or proceeding with respect to this engagement agreement may be brought in the federal or state courts in and for Dade County, Florida, and by the execution and delivery of this engagement agreement you and the Company hereby consents to the non-exclusive personal jurisdiction of such courts, and waives any objection to such venue based on any grounds, including forum non conveniens which it may have to the bringing of any action in such courts based on this engagement agreement.

CONFIDENTIAL
VPX-JHO0000001017

7.  **Payment by Others:**  Sometimes another party to a transaction agrees to pay our client's legal fees, or a court may order our client's adversary to pay all or a part of its legal fees and costs. However, in such case our client remains primarily liable for payment of all fees and costs. Any amounts received from others will be credited to the client's account.

8.  **Jury Trial Waiver.**  The client and the Firm hereby unconditionally waive their respective rights to a jury trial of any claims or causes of action based upon or arising out of or in connection with, directly or indirectly, this agreement or the engagement of the firm contemplated herein, and any dealings between client(s) and Firm relating to the subject matter of this agreement or the Firm's fees. This waiver shall encompass any and all disputes that may be filed in any Court (including, without limitation, contract claims, tort claims, malpractice claims, breach of duty claims, and all other common law and statutory legal and equitable claims). This waiver is irrevocable, meaning that it may not be modified either orally or in writing. This waiver shall apply to any subsequent amendments, renewals, supplements or modifications to this agreement, as well as to all other matters for which the client(s) engages the Firm. This waiver is knowingly, willingly and voluntarily made by the parties.

CONFIDENTIAL



# Genovese, Joblove & Battista
# General Trust Wire and Ach instructions

| | |
|---|---|
| Beneficiary Bank: | City National Bank of Florida |
| Beneficiary Bank Address: | 100 SE 2nd Street |
| | Miami, FL 33131 |
| Beneficiary Bank ABA: | ▮▮▮▮▮ |
| Beneficiary Bank SWIFT: | ▮▮▮▮▮ |
| Beneficiary Name: | GENOVESE JOBLOVE & BATTISTA PA  Trust Account |
| Beneficiary Account: | ▮▮▮▮▮ |

# Nilmarie Segarra

**From:** Sury Rodriguez
**Sent:** Friday, September 30, 2022 11:48 AM
**To:** Nilmarie Segarra; Fritz Tilus
**Subject:** FW: GJB Engagement Letter
**Attachments:** Engagement Letter Jack Owoc.PDF; Genovese Joblove Battista.General Trust Wiring instructions - CNB.updated.pdf

Please send $100K retainer to Jack's personal Attorney that is approved by the bank.

**Sury Rodriguez**
Vice President of Finance
Sury.Rodriguez@bangenergy.com
**BANG | VPX | REDLINE**
20311 Sheridan Street
Pembroke Pines, FL 33332
(954)605-2384
BangEnergy.com
**Fuel Your Destiny™**






**From:** Frank Massabki <frank.massabki@bangenergy.com>
**Sent:** Friday, September 30, 2022 11:25 AM
**To:** Sury Rodriguez <Sury.Rodriguez@bangenergy.com>
**Cc:** Gregg Metzger <Gregg.Metzger@bangenergy.com>
**Subject:** Fw: GJB Engagement Letter

Sury, please see the attached wire instructions.

**Frank Massabki**
*General Counsel*
Frank.Massabki@BangEnergy.com
O: (954) 547-8785
C: (954) 649-0765

**BANG | VPX | REDLINE**
1600 N. Park Drive
Weston, FL 33326

BangEnergy.com

1

CONFIDENTIAL  VPX-JHO0000001020

Potent Brain and Body Fuel™

This message and its contents may contain proprietary, business-confidential, and privileged material. If you have received this message inadvertently, do not use or rely upon it. Instead, please inform the sender and then delete it.

**From:** Battista, Paul <pbattista@gjblaw.com>
**Sent:** Thursday, September 29, 2022 5:45 PM
**To:** Jack Owoc <CEO@bangenergy.com>
**Cc:** Frank Massabki <frank.massabki@bangenergy.com>
**Subject:** GJB Engagement Letter

Good afternoon Jack. Per our discussion today, please find attached our firm's engagement letter in connection with our representation of you.

Please review and let me know if you have any questions. If this is acceptable to you, then please sign and return to me.

I have also attached my firm's wire transfer instructions for the retainer. I previously sent them to John.

Thank you and I look forward to working with you.

Paul


Paul J. Battista, Esq. | Shareholder
Main 305.349.2300 | Direct 305.372.2457 | Fax 305.428.8801 | Cell 305.812.8030
pbattista@gjb.law | gjb.law | vCard
100 SE 2nd Street, Suite 4400 | Miami, Florida 33131
Miami | Ft. Lauderdale | Tampa

CONFIDENTIAL

VPX-JHO0000001021