**DEBTORS EXHIBIT 24**

*In re: Vital Pharmaceuticals, Inc. [Case No. 22-17842-PDR]*

### JOHN OWOC'S Privilege Log Dated July 6 2023

| No. | BEGIN BATES | DATE | BETWEEN | PRIVILEGE BASIS | RESPONSIVE/NON-RESPONSIVE | PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | REV0000073806 | 10/30/2022 18:42 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion of using trust structure in businesses. |
| 2 | REV0000073808 | 10/31/2022 18:20 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Response to request for telephone call related to personal lawsuit. |
| 3 | REV0000073809 | 11/1/2022 17:27 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request for telephone call related to personal lawsuit. |
| 4 | REV0000071971 | 10/1/2022 19:37 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to ownership of J. Owoc's home. |
| 5 | REV0000072863 | 10/13/2022 16:58 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request to provide call back. |
| 6 | REV0000075826 | 12/13/2022 16:26 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion of bank approval of B. Dickinson as independent director and of the Board's composition generally. |
| 7 | REV0000075828 | 12/13/2022 17:25 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion of bank approval of B. Dickinson as independent director, of the Board's composition generally, and of resolving issues with corporate governance and DIP loan. |
| 8 | REV0000075830 | 12/15/2022 17:47 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request for telephone call. |
| 9 | REV0000075831 | 12/19/2022 9:08 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion related to request for telephone call and coordinating the same. |
| 10 | REV0000075832 | 12/19/2022 14:38 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussiong related to filing indemnity and contribution claims in Vital case. |
| 11 | REV0000074826 | 11/20/2022 13:24 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request for telephone call to discuss Balboa judgment. |
| 12 | REV0000074828 | 12/2/2022 16:58 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion related to request for telephone call and coordinating the same to include G. Metzger and F. Massabk related to Huron and Rothschild. |
| 13 | REV0000074829 | 12/2/2022 17:56 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Discussion related to request for telephone call and coordinating the same to include G. Metzger. |
| 14 | REV0000074831 | 12/2/2022 19:01 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication reflecting successful communication with B. Dickinson. |
| 15 | REV0000074832 | 12/2/2022 21:48 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication reflecting scheduling meeting with B. Dickinson. |
| 16 | REV0000074834 | 12/3/2022 17:53 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to anoymous letter and meeting with bank to deal with corporate governance issues. |
| 17 | REV0000074836 | 12/3/2022 19:49 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to K. Cole resignation and default under loan. |
| 18 | REV0000074839 | 12/4/2022 16:55 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication requesting identity of other person in a group text message. |
| 19 | REV0000074840 | 12/4/2022 17:13 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication relaying contact information for G. Metzger. |
| 20 | REV0000074842 | 12/5/2022 20:43 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request to provide call back. |
| 21 | REV0000074844 | 12/7/2022 7:50 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to payment of legal fees to P. Battista. |
| 22 | REV0000076772 | 1/5/2023 18:12 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request to provide call back to discuss Board issues. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | REV0000076773 | 1/6/2023 10:47 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Request to provide call back to discuss hearing on DiP loan. |
| 24 | REV0000076774 | 1/6/2023 11:42 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to request for P. Battista to submit a document for J. Owoc's signature via DocuSign. |
| 25 | REV0000076775 | 1/19/2023 10:55 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication discussing social media post related to potential IPO. |
| 26 | REV0000076777 | 1/19/2023 13:10 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication requesting P. Battista to discusss with S. Gray about S. Panagos' Board position. |
| 27 | REV0000076778 | 1/19/2023 15:13 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication discussing social media post related to potential IPO and reactions to the social media post. |
| 28 | REV0000076779 | 1/19/2023 15:46 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication discussing Latham response to social media post related to potential IPO. |
| 29 | REV0000076782 | 1/19/2023 17:56 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to putting S. Gray on restructuring committee. |
| 30 | REV0000077847 | 1/27/2023 8:27 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication discussing independent Board member's desire to send letter to J. Owoc related to perceived issues. |
| 31 | REV0000077850 | 1/30/2023 17:03 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to availability for phone call. |
| 32 | REV0000077852 | 2/1/2023 19:05 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to scheduling phone call. |
| 33 | REV0000077854 | 2/1/2023 21:02 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to scheduling phone call. |
| 34 | REV0000077855 | 2/2/2023 14:31 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communciation following up on discussions related to terminating counsel. |
| 35 | REV0000077856 | 2/2/2023 18:06 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communciation following up on discussions related to terminating counsel. |
| 36 | REV0000071970 | 10/1/2022 19:34 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to legal status of Southwest Ranches. |
| 37 | REV0000071972 | 10/1/2022 19:47 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to legal status of Southwest Ranches. |
| 38 | REV0000071971 | 10/1/2022 19:37 | Paul Battista and Jack Owoc | Attorney-client communication | Non-Responsive | Communication related to ownership of J. Owoc's home. |