**DEBTORS EXHIBIT 29**

# NOTICE OF BORROWING

*Date*: November 29, 2022

Truist Bank
Agency Services
303 Peachtree St., N.E., 25th Fl.
Atlanta, Georgia 30308
*Attn*:   Agency Services Manager
Phone:  (404) 221–2001

To Whom It May Concern:

Reference is hereby made to that certain Superpriority Secured Debtor-In-Possession Credit Agreement, dated as of October 17, 2022 (as amended, restated, amended and restated, supplemented, increased, extended, refinanced, renewed, replaced, and/or otherwise modified in writing from time to time, the "*Credit Agreement*"), by and among Vital Pharmaceuticals, Inc., a Florida corporation (the "*Borrower*"), the Guarantors from time to time party thereto, the Lenders from time to time party thereto, and Truist Bank, as Administrative Agent, Swingline Lender, and Issuing Bank. Capitalized terms used herein but not otherwise defined herein shall have the meanings provided for such terms in the Credit Agreement. This notice constitutes a Notice of Borrowing.

The Borrower hereby requests a Borrowing of Loans pursuant to Section 2.2 of the Credit Agreement, and, in connection therewith, the Borrower specifies the following information with respect to the Borrowing of Loans requested hereby:

(A)   Aggregate principal amount of Borrowing of Loans:

$3,000,000.00

(B)   Date of Borrowing of Loans (which is a Business Day):

December 2, 2022

(C)   Type of Loans comprising such Borrowing of Loans: SOFR Loans

(D)   Interest Period: one month.

(E)   Location and number of Borrower's account to which proceeds of such Borrowing of Loans are to be disbursed:

*Location*: Truist Bank – Operating Account

*Number*: 1100014527174

The Borrower hereby represents and warrants that each of the conditions set forth in Section 3.2 of the Credit Agreement has been satisfied on, and as of, the date of such Borrowing.

[*Remainder of Page Intentionally Left Blank; Signature Page Follows*]

IN WITNESS WHEREOF, the Borrower has caused this Notice of Borrowing to be duly executed and delivered by its duly authorized officer as of the date first written above, intending to create an instrument under seal.

BORROWER:

VITAL PHARMACEUTICALS, INC.,
a Florida corporation

By: _____ (Seal)
Name: John H. Owoc
Title: President, Chief Scientific Officer & Chief Executive Officer