# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| In re: | Case No.: 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*[1], | Chapter 11 |
|  | (Jointly Administered) |
| _____/ |  |

## CREDITOR AND INTERESTED PARY JOHN H. OWOC'S EXHIBIT REGISTER

Exhibits Submitted on Behalf of: [ ] Plaintiff [ ] Defendant [ ] Debtor [X] Other: Creditor

SUBMITTED BY:  Creditor John H. Owoc
Conrad & Scherer, LLP
633 South Federal Highway, Suite 800
Fort Lauderdale, FL 33301
Phone: (954) 462-5500

Date of Hearing/Trial:  July 11, 2023

Type of Hearing/Trial:  Evidentiary Hearing on Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Certificate of Completion – Supplemental Declaration in Support of Motion to Dismiss JHO Real Estate |  |  |  |
| 2 | September 29, 2022 Board Meeting Minutes |  |  |  |
| 3 | Second Amendment to Operating Agreement of JHO Real Estate Investment, LLC |  |  |  |
| 4 | Interim Order Approving "DIP Motion" [DE 120] |  |  |  |
| 5 | Final Order Approving "DIP Motion" [DE 638] |  |  |  |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| | | | | |
|---|---|---|---|---|
| 6 | Written Consent of Sole Shareholder and Sole Director of Bang Energy Canada, Inc. | | | |
| 7 | Written Consent of Sole Shareholder and Sole Director of JHO Real Estate Investment, LLC | | | |
| 8 | Written Consent of Sole Shareholder and Sole Director of JHO Intellectual Property Holdings, LLC | | | |
| 9 | Written Consent of Sole Shareholder and Sole Director of Quash Seltzer, LLC | | | |
| 10 | Written Consent of Sole Shareholder and Sole Director of Rainbow Unicorn Bev, LLC | | | |
| 11 | Written Consent of Sole Shareholder and Sole Director of Vital Pharmaceuticals, Inc. | | | |
| 12 | Written Consent of Sole Shareholder and Sole Director of Vital Pharmaceuticals International Sales, Inc. | | | |
| 13 | Text from J. Owoc to A. Levrone | | | |
| 14 | Text from J. Owoc to G. Metzger, S. Rodriguez | | | |
| 15 | Text from J. Owoc to J. Luna, S. Rodriguez | | | |
| 16 | Text from J. Owoc to R. Ashraf | | | |
| 17 | Text from P. Battista to J. Owoc | | | |
| 18 | Text from S. Rodriguez to J. Owoc | | | |
| 19 | [Composite Exhibit] Owoc Credit Card Statements Encompassing October 9, 2022 | | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2023 a true and correct copy of this Exhibit Register was served via CM/ECF electronic transmission to those parties registered to receive service in this case.

Respectfully submitted,

By: /s/ Irwin R. Gilbert
IRWIN R. GILBERT
*Counsel for John H. Owoc*
Florida Bar No. 0099473
CONRAD & SCHERER, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com