DocuSign

## Certificate Of Completion

Envelope Id: 7618660EE6DD423891D1E3B14A93E594  Status: Completed
Subject: Complete with DocuSign: Supplemental Declaration of John H. Owoc in support of MTD Debtor JHO R...
Source Envelope:
Document Pages: 1                          Signatures: 1                    Envelope Originator:
Certificate Pages: 2                       Initials: 0                      Erica
AutoNav: Enabled                                                            erica@ericawstump.com
EnvelopeId Stamping: Enabled                                                IP Address: 68.3.247.151
Time Zone: (UTC-07:00) Arizona

## Record Tracking

Status: Original                           Holder: Erica                    Location: DocuSign
    7/6/2023 3:23:30 PM                        erica@ericawstump.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jack Owoc<br>jackowoc.ceo@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by: [signature]<br>235EFE6453A64FF...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 98.249.238.179<br>Signed using mobile | Sent: 7/6/2023 3:27:14 PM<br>Resent: 7/7/2023 6:54:28 AM<br>Viewed: 7/7/2023 7:39:20 PM<br>Signed: 7/7/2023 7:39:53 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Alexa Gebert<br>AGebert@conradscherer.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/6/2023 3:27:15 PM<br>Viewed: 7/7/2023 8:00:34 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Irwin Gilbert<br>igilbert@conradscherer.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/6/2023 3:27:14 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/6/2023 3:27:15 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 7/7/2023 7:39:20 PM |
| Signing Complete | Security Checked | 7/7/2023 7:39:53 PM |
| Completed | Security Checked | 7/7/2023 7:39:53 PM |

| Payment Events | Status | Timestamps |
|---|---|---|