## SECOND AMENDMENT TO OPERATING AGREEMENT OF
## JHO REAL ESTATE INVESTMENT, LLC

This Second Amendment to Operating Agreement of JHO Real Estate Investment, LLC (the "**Second Amendment**") is effective as of December 14, 2022 (the "**Effective Date**") by and between JHO Real Estate Investment, LLC, a Florida limited liability company (the "**Company**") and John H. Owoc ("**Owoc**"), with Eric Hillman, Bob Dickinson, Dr. Guillermo Escalante, and Steven G. Panagos (collectively with Owoc, the "**Managers**"). The Company and Owoc are sometimes collectively referred to in this Amendment as the "**Parties**", and each, a "**Party**".

## RECITALS

**WHEREAS**, the Parties previously entered into that certain Operating Agreement of the Company dated August 13, 2020 (the "**Operating Agreement**");

**WHEREAS**, on October [__], 2022, the Company, Owoc, Katherine Cole, Dr. Guillermo Escalante, Eric Hillman and Steven G. Panagos executed the *First Amendment to Operating Agreement of JHO Real Estate Investment, LLC* (the "**First Amendment**", and tother with the Operating Agreement, the "**Existing Agreement**") pursuant to which, *inter alia*, Owoc, Kathleen Cole, Dr. Guillermo Escalante, Steven G. Panagos and Eric Hillman were appointed as Managers of the Company.

**WHEREAS**, Kathleen Cole has resigned as a Manager and Owoc desires to appoint Bob Dickinson as a Manager and to serve as members of the Restructuring Committee.

**NOW, THEREFORE**, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. **Definitions**. Capitalized terms used and not defined in this Second Amendment have the respective meanings assigned to them in the Existing Agreement.

2. **Amendments to the Existing Agreement**. As of the Effective Date, Section 8 of the Existing Agreement is hereby amended to remove Ms. Kathleen Cole as a Manager and to appoint Bob Dickinson as a Manager in her stead. From and after the Effective Date, the Managers of the Company shall be Owoc, Bob Dickinson, Dr. Guillermo Escalante, Eric Hillman and Steven G. Panagos.

3. **Date of Effectiveness; Limited Effect**. This Second Amendment will be effective as of the Effective Date. Except as expressly provided in this Second Amendment, all the terms and provisions of the Existing Agreement are and will remain in full force and effect and are hereby ratified and confirmed by the Parties. Without limiting the generality of the foregoing, the amendments contained herein will not be construed as an amendment to or waiver of any other provision of the Existing Agreement or as a waiver of or consent to any further or future action on the part of either Party that would require the waiver or consent of the other Party. On and after the Effective Date, each reference in the Existing Agreement to "this Agreement," "the

Agreement," "hereunder," "hereof," "herein," or words of like import will mean and be a reference to the Existing Agreement as amended by this Amendment.

4. **Miscellaneous**.

(a) This Second Amendment is governed by and construed in accordance with the laws of the State of Florida, without regard to the conflict of laws provisions of such State.

(b) This Second Amendment shall inure to the benefit of and be binding upon each of the Parties and each of their respective permitted successors and permitted assigns.

(c) The headings in this Second Amendment are for reference only and do not affect the interpretation of this Second Amendment.

(d) This Second Amendment constitutes the sole and entire agreement between the Parties with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to such subject matter.

[Signature Page to Follow]

CONFIDENTIAL                                          VPX-JHO0000000977

**IN WITNESS WHEREOF**, the Parties have executed this Second Amendment effective as of the Effective Date.

JHO Real Estate Investment, LLC,
a Florida limited liability company

By: _Jack Owoc (Dec 14, 2022 11:09 EST)_

John H. Owoc, Chief Executive Officer


_Jack Owoc (Dec 14, 2022 11:09 EST)_

John H. Owoc

11815047-2

# 2022-12-14 - JHO Real Estate Investment - Second Amendment to Operating Agreement (Dickinson) (JG)

Final Audit Report                                                                                          2022-12-14

| | |
|---|---|
| Created: | 2022-12-14 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhjjfBefTO7hwUgt5JxLemnozuUXxMqg- |

## "2022-12-14 - JHO Real Estate Investment - Second Amendment to Operating Agreement (Dickinson) (JG)" History

- Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
  2022-12-14 - 3:50:30 PM GMT- IP address: 107.115.159.130

- Document emailed to ceo@bangenergy.com for signature
  2022-12-14 - 3:54:15 PM GMT

- Email viewed by ceo@bangenergy.com
  2022-12-14 - 4:08:52 PM GMT- IP address: 104.47.55.254

- Signer ceo@bangenergy.com entered name at signing as Jack Owoc
  2022-12-14 - 4:09:27 PM GMT- IP address: 98.249.238.179

- Document e-signed by Jack Owoc (ceo@bangenergy.com)
  Signature Date: 2022-12-14 - 4:09:29 PM GMT - Time Source: server- IP address: 98.249.238.179

- Agreement completed.
  2022-12-14 - 4:09:29 PM GMT

**Adobe Acrobat Sign**