# Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 6 | Date Range: 9/7/2022 |

## Outline of Conversations

 **CHAT - 01961 - 2022/09/07** • 6 messages on 9/7/2022 • Ali Levrone CEO <+13475593388> • Jack Owoc <(954) 240-6615>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - 01961 - 2022/09/07**

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:38 PM

The second important video shows our canning line in Phoenix that is 390,000 Square feet. The reason I show you this plan is to show you that we have what I believe is one of the most efficient canning lines in America and even in the world. Take home messages is that we are world class experts in producing carbonated can beverages at 3,600 cans per minute.
With the right partner, we intend to do exactly what we did in Phoenix, in the Lithia Springs building which is roughly 35% bigger.

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:39 PM

We haven't put together a business plan because I honestly didn't consider a partnership until I spoke with you recently. We have a staff of over 3000 people so we can get this done relatively quickly as long as there is a valid partnership being considered.

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:42 PM

The best part of this deal is that we have West Coast manufacturing but need East Coast manufacturing in Lithia Springs as well.
We would agree to produce 3 million cases of Bang
in this new facility or more per year. This means that you're already at roughly 50% of capacity. Remember 3 million cases is a minimum guarantee by Bang in writing. The additional 4 million cases would be from other vendors. However it is very likely that we will need all 7 million cases and we have to put additional lines in the facility to keep up with production.

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:46 PM

This deal is not a get rich quick scheme. This is a legitimate deal that will produce large streams of revenue year after year. We also have the option of putting in can making machines like we're doing in Phoenix right now. There is a worldwide shortage of cans so that cans can be produced more economically with greater profitability in the facility as well. Furthermore, cans can also be sold the third parties.

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:50 PM

Partnership would be structured 60/40 — 40% ownership would require $120 million investment. Since there was $330 million put into the facility Verified by the documentation I sent you, not including the facility itself, it's an extremely safe deal.
I was extremely tired on that redeye flight and I floated $120 million which is significantly lower than The offer I should've extended. However, I'm not going to go back on my word.

**JO**  **Jack Owoc <(954) 240-6615>**  9/7/2022, 1:51 PM

This deal obviously assumes that we're going to do 100% of the work getting this facility up and running using our experience and expertise.