# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 1 | Date Range: 2/28/2023 |

## Outline of Conversations

 **CHAT - 01492 - 2023/02/28** • 1 message on 2/28/2023 • Gregg Metzger 2 <+17864170104> • Jack Owoc <(954) 240-6615> • Sury Rodriguez <+19546052384>

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - 01492 - 2023/02/28

**JO**  **Jack Owoc <(954) 240-6615>**  2/28/2023, 2:10 PM

What is the legal status in regard to ownership of the Phoenix facility. I need to know this from my meeting with Crown