# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 1 | Date Range: 3/3/2023 |

## Outline of Conversations

 **CHAT - 02247 - 2023/03/03** • 1 message on 3/3/2023 • Jack Owoc <(954) 240-6615> • Justin  Luna <+14077808392> • Sury Rodriguez <+19546052384>

**Messages in chronological order** (times are shown in GMT -05:00)

### CHAT - 02247 - 2023/03/03

**JO**  **Jack Owoc <(954) 240-6615>**                                                                 3/3/2023, 9:36 AM

Our next move requires laser focus on the Phoenix facility. Since I own the building and I believe I also own equipment in the building as a dispersement, I want to make some strong moves in regard to preventing VPX from using my facility, if they do not pay me tens of millions of dollars they owe me in back pay. If Vital is claiming that they own the equipment, then I'm going to give them 15 days to remove the equipment from my building or I must take possession of it. No more games. Since the company is taking a strong stance against me I must reciprocate with greater force.