## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 9/6/2022 |

## Outline of Conversations

---

 **CHAT - 01796 - 2022/09/06** · 3 messages on 9/6/2022 · Jack Owoc <(954) 240-6615> · Rauf  Ashraf <+16172906556>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **CHAT - 01796 - 2022/09/06**

JO    **Jack Owoc <(954) 240-6615>**                                9/6/2022, 4:46 PM

We want to get a partner on this facility. Will basically be printing money like a facility in Phoenix as pictured in this video

JO    **Jack Owoc <(954) 240-6615>**                                9/6/2022, 4:46 PM

https://www.dropbox.com/s/awyfvzdh6z77ct0/WW%20Production%20Lines%20Phoenix%203%20_%201920x1080_revised.mp4?dl=0

*File **"JackOwoc0181048_Attach.ext"** is missing.*
*Attachment: ~/Library/SMS/Attachments/ef/15/7A2856AA-B556-40BE-B431-5218E196D4BB/A78E140E-9DD6-45F5-95F8-5301FF46CFB9.pluginPayloadAttachment*

*File **"JackOwoc0181049_Attach.ext"** is missing.*
*Attachment: ~/Library/SMS/Attachments/3f/15/E38E3C4A-967D-42EE-B6F1-1CDFCD6267C1/02163406-C9FB-4FEF-B37F-C82AE6DEFC46.pluginPayloadAttachment*

JO    **Jack Owoc <(954) 240-6615>**                                9/6/2022, 4:47 PM

The above video is a 400,000 square-foot facility. The one in Lithia Springs is 617,000 square-foot. Whoever invest with us we will guarantee that we will run 3 million cases of Bang out of that facility so that it will be extremely profitable once we bring on third parties