## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 4 | Date Range: 12/19/2022 |

## Outline of Conversations

 **CHAT - 02158 - 2022/12/20** · 4 messages on 12/19/2022 · Jack Owoc <(954) 240-6615> · Paul Battista <+13058128030> · Wife4Life <+19542571652>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **CHAT - 02158 - 2022/12/20**

JO  **Jack Owoc <(954) 240-6615>**                                    12/19/2022, 8:53 PM

All the bonuses and buildings I lent to the company to save the business have to be covered. This is probably several hundred million dollars

JO  **Jack Owoc <(954) 240-6615>**                                    12/19/2022, 9:00 PM

Also all the tax returns

PB  **Paul Battista <+13058128030>**                                  12/19/2022, 9:10 PM

Hi Jack.  Are you saying that you loaned money to the company and it is owed back to you?  Or did you contribute the refunds and property as equity to the company?

JO  **Jack Owoc <(954) 240-6615>**                                    12/19/2022, 9:30 PM

Those were my personal properties and tax refunds that the company owes me for.