# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 1 | Date Range: 3/3/2023 |

## Outline of Conversations

 **CHAT - 02247 - 2023/03/03** • 1 message on 3/3/2023 • Jack Owoc <(954) 240-6615> • Justin  Luna <+14077808392> • Sury Rodriguez <+19546052384>

**Messages in chronological order** (times are shown in GMT -05:00)

     **CHAT - 02247 - 2023/03/03**

**SR**    **Sury Rodriguez <+19546052384>**    3/3/2023, 10:03 AM

In every conversation I've been telling everyone that you are not selling that building. You purchased the building before the syndicate was formed but everything was pledged as collateral. If we have a sale that the bank get paid in full, that building remains in your possession and Liens are removed by the bank. What the argument will be is if the cash to purchase the building came from the company and the answer will be yes it did will the UCC try to take it to settle debt arguing that it is a corporate asset. Hoping that Justin can help us with that since you were 100 % owner of both. The equipment was purchased with bank money 100%. Once we know what the stocking horse will bid, and what they want we can strategize what is possible.