**LUXURY CARD™**    Mastercard® Black Card Statement

JOHN H OWOC | Account Ending ▮▮▮▮ | Statement Period 09/12/22 - 10/11/22    Page 1 of 5

## Account Activity

| | | |
|---|---|---|
| **Previous Balance as of 09/12/22** | | $54.99 |
| Payments - Thank You | − | $54.99 |
| Purchases | + | $66.96 |
| **Fees Charged** | + | $0.00 |
| **Interest Charged** | + | $0.00 |
| **Statement Balance as of 10/11/22** | = | $66.96 |

▸ *APR Details begin on page 5 in the Interest Charge Calculation section.*
▸ *Transaction details begin on page 3.*

## Credit Line

| | |
|---|---|
| Total Revolving Credit Line<br>Includes $1,540.00 cash advance line | $7,700.00 |
| Available Revolving Credit Line<br>as of 10/11/22<br>Available for cash advances $1,540.00 | $7,633.04 |

## Points Summary

| | |
|---|---|
| Points Earned This Period | 67 |
| Total Points Balance | 46,156 |

▸ *For details see page 5*

## Payment Information

| | |
|---|---|
| Statement Balance: | $66.96 |
| Minimum Payment Due: | $27.00 |
| Payment Due Date: | 11/08/22 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 3 months | $69.00 |

▸ If you would like information about credit counseling services, please call 800 570 1403.

Repayment information based on activity and APRs on your account as of the closing date.

**SEE INSIDE:** You may have additional important messages inside.

---

NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

**Payment Coupon**    Ways to pay:    myluxurycard.com    Barclays Mobile App    844 724 2600    11:59 PM ET PAYMENT DUE BY PHONE & ONLINE

**LUXURY CARD™**

Statement Balance as of 10/11/22: (account ending ▮▮▮▮)    $66.96
Minimum Payment Due:    $27.00
**Payment Due Date:**    11/08/22
Your Statement Balance of $66.96 is scheduled to be paid on 11/05/22.

Amount Enclosed: $ ___,_____,_____.___
*Make check payable to Barclays. Allow 7-10 days for USPS delivery.*

Barclays
PO BOX 13337
PHILADELPHIA PA 19101-3337

JOHN H OWOC
16720 STRATFORD CT
SOUTHWEST RANCHES FL 33331-1358

☐ Check for address, email and phone changes. Complete form on the back.

x x x x x x x x x x x ▮▮▮▮

# Important Information

**Information About Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Annual Fee.** If your account has an annual fee, it will be billed each year. We will give you advance notice on your billing statement prior to the assessment of the annual fee. You may choose to call us at 844-724-2600 within 45 days of receiving such notice to discuss alternative products that may be available or to close your account so that the fee will not be billed. If your account is closed, any outstanding reward points or miles on your account may be forfeited at that time. Payment of the annual fee does not affect our ability to close your account and/or to limit your transactions.

**Lost or Stolen Card:** Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 844-724-2600 at any time.

**Payment Information:** Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on your home page when you login to myluxurycard.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Barclays. **Please allow 7 to 10 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned.** When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, please call 844-724-2600.

**Mailed Payments:** A conforming payment received by us by 5:00 p.m. ET will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed with the payment coupon included with this statement or printed from myluxurycard.com to Barclays, P.O. Box 13337 Philadelphia, PA 19101-3337; and 2) is in the form of a single, non-folded check or money order made payable in U.S. dollars from a U.S. based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc. will be considered a "non-conforming payment", which may delay the crediting of the payment for up to 5 days.

**Other Payment Options:**
Web: Visit myluxurycard.com to set up your payments.
Mobile: To download the Barclays Mobile App, text MOBILE to 60956.*

Phone: Call us at 844-724-2600 and we will process your payment.

All payments made via web, mobile app or pay by phone by 11:59 p.m. ET will be credited to your account that same day.

*Message and data rates may apply based on your mobile carrier.

Overnight Payments: Send overnight courier service or U.S.P.S. Priority Mail payments to Card Services, 400 White Clay Center Drive, Newark, DE 19711. A payment received at this address by 5 p.m. ET that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

**How We Will Calculate Interest.** We use a method called "daily balance" (including new purchases). We calculate interest separately for each "Balance Subject to Interest Rate." These include for example, Purchases at the current rate, Balance Transfers at the current rate, Cash Advances at the current rate, and different promotional balances. Your monthly billing statement shows each "Balance Subject to Interest Rate."

To calculate interest, we first calculate a daily balance for each Balance Subject to Interest Rate. We start with the balance, for that Balance Subject to Interest Rate, as of the end of the previous day. We add any interest calculated on the previous day's balance. (This means interest is compounded daily). We add any new Purchases, Balance Transfers or Cash Advances to the appropriate balance, subtract any new payments or credits from the appropriate balance, and make other adjustments. A credit balance is treated as a balance of zero. We then multiply each daily balance by the applicable daily periodic rate. We do this for each day in the billing period. That gives us the daily interest. We add up all the daily interest for all of the daily balances to get the total interest for the billing period.

**Accrual of Interest and How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. On Purchases, interest begins to accrue as of the transaction date. However, you can avoid paying interest on Purchases in any given billing cycle if you pay your Statement Balance in full by the Payment Due Date.

If you have Purchase balances with a 0% promotional APR, you can avoid paying interest on those Purchase balances during the promotional period. (However, to avoid a late fee, pay at least your Minimum Payment Due.)

If you have a promotional APR offer(s) on your Account, you can avoid paying interest on non-promotional Purchases without paying your Statement Balance in full. If this applies to your Account, you will see a Paragraph titled "Avoiding Interest on Purchases (Grace Period) (Excluding Easy Pay Promotional Balances") appearing directly below the Interest Charge Calculation section on the front of this Statement. This will show the amount you can pay by the Payment Due Date and still avoid interest charges on your non-promotional Purchase balance. This amount may differ from your Statement Balance. It may differ if you have certain promotional APR balances, and the nonpayment of these balances will not affect your grace period on Purchases, provided you pay all other balances on your account.

Continued on Page 4

---

Make Changes to your contact information below

Name

Address

City                                State                                Zip

Home Phone                          Work Phone

Email Address

Mastercard® Black Card Statement

JOHN H OWOC                              | Account Ending ▇▇▇ | Statement Period 09/12/22 - 10/11/22        Page 3 of 5

**REMEMBER…YOU ALREADY SCHEDULED YOUR PAYMENT**
This month your statement balance of $66.96 is scheduled to be paid on 11/05/2022. Thank you for taking advantage of our Repeat Payment system. It's an easy way to make your payment each month.

Please be advised that your payment will be adjusted up if the Minimum Payment Due on your statement exceeds the dollar amount you've selected or down if your Current Balance is less than the dollar amount you've selected. This payment information is accurate as of your statement closing date. If you need to make changes to your payment you can do so until 7:00 p.m. ET on 11/05/2022. For more information on your Current Balance, please contact us at 844-724-2600 or visit us online at myluxurycard.com.

## Transactions

| Transaction Date | Posting Date | Description | Points | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| Oct 05 | Oct 05 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| **Total payments for this period** | | | N/A | -$54.99 |
| **Purchase Activity for JOHN H OWOC card ending** ▇▇▇ | | | | |
| Sep 12 | Sep 13 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Sep 23 | Sep 23 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Sep 27 | Sep 27 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Sep 27 | Sep 28 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Sep 30 | Sep 30 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Oct 10 | Oct 10 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| Oct 10 | Oct 11 | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| **Total purchase activity for this period** | | | 67 | $66.96 |

▶ To see activity after this statement period, visit myluxurycard.com

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | $0.00 |
| **Interest Charged** | | | |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | $0.00 |

### 2022 Year-to-Date Totals

| | |
|---|---|
| Total fees charged in 2022 | $495.00 |
| Total interest charged in 2022 | $0.00 |

This Year to date summary reflects the Fees and Interest charged on billing statements with closing dates in 2022, and does not reflect any subsequent fee and/or interest adjustments.

(However, to avoid a late fee, pay at least your Minimum Payment Due.)

For Balance Transfers, interest will accrue from the transaction date which generally will be the day the payee accepts the Check. For Cash Advances, interest will accrue from the transaction date which generally will be the day you take the Cash Advance. Please note that purchases of Cash Equivalents, which include money orders, travelers checks, foreign currency, lottery tickets, gambling chips and wire transfers, are treated as Cash Advances and do not have a grace period. See your Cardmember Agreement for more information.

**Minimum Interest Charge:** This fee, if imposed, appears in the Summary of Fees as a "Minimum Interest Charge" or "Minimum Charge."

**No Pre-Set Spending Limit:** "No Pre-Set Spending Limit" does not mean unlimited spending, it means we may permit you from time to time at our discretion to make certain charges that will cause your outstanding balance to exceed your revolving credit line. Any such charge will be considered on an individual basis and such evaluation will be based on your account spending and payment history as well as your experience with other creditors. If you exceed your revolving credit line, then you must pay, with your Minimum Payment Due, the amount by which your balance exceeds your revolving credit line, including amounts due to Purchases, Cash Advances, Interest charges, Fees, or other charges.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

©2022 Barclays Bank Delaware, member FDIC

Mastercard® Black Card Statement

JOHN H OWOC                     | Account Ending ▮▮▮▮ | Statement Period 09/12/22 - 10/11/22      Page 5 of 5

## Interest Charge Calculation

Days in Billing Cycle : 30

| Type of Balance | Promotional Rate End Date | Balance Subject to Interest Rate | Annual Percentage Rate (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Standard Purchases | - | $74.87 | 17.99 %(v) | $0.00 |
| **Balance Transfers** | | | | |
| Standard Balance Transfers/Checks | - | $0.00 | 17.99 %(v) | $0.00 |
| **Cash Advances** | | | | |
| Standard Cash Advance | - | $0.00 | 28.24 %(v) | $0.00 |
| Total | | | | $0.00 |

ⓘ **Your Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate that varies with the market based on the Prime Rate. See the "Important Information" section of this statement for more information about how we calculate interest.

**AVOIDING INTEREST ON PURCHASES (GRACE PERIOD) (EXCLUDING EASY PAY PROMOTIONAL BALANCES):**

If you have a 0% promotional APR on of your Purchase balances (excluding Easy Pay), you can avoid paying interest on those balances during the applicable promotional period. However, pay at least your Minimum Payment Due to avoid a late fee. If you have Purchase balances (excluding Easy Pay) with an APR greater than 0% and you also have other promotional balances on your Account, you can avoid paying interest on your Purchases (excluding Easy Pay) by paying $66.96 (this amount includes any Minimum Payment Due required to avoid a late fee). Please refer to the "Accrual of Interest and How to Avoid Paying Interest on Purchases" paragraph on the back of this Statement for further detail.

## Points Details

| | |
|---|---:|
| **Beginning Points balance** | 46,089 |
| Points earned on qualifying purchases | 67 |
| **Ending Points balance** | 46,156 |

OCTOBER CUSTOMER NEWS Life Without Limits®

Our Concierge team is available 24/7 to provide travel information and to make any and all arrangements on your behalf. Whether you need a chauffeur, hotel reservations, a spa booking or a personal shopping assistant, Luxury Card Concierge provides limitless options.

Get Social This Fall

Check out Luxury Card on Instagram to go behind the scenes on our fashion shoots and discover the latest in architecture, design, fashion, food and adventure.

LUXURY MAGAZINE®

Visit *luxurycard.com* for the digital experience and get inspired by the latest in fashion, vehicles, sports, technology and entertainment. Look out for the Fall/Winter issue, which launches next month, in print and online.



DISCOVER IT® CARD ENDING IN
CARDMEMBER SINCE 2020



## Account Summary
**09/28/2022 - 10/27/2022**

| | |
|---|---:|
| Previous Balance | $613.70 |
| Payments and Credits | -$223.83 |
| Purchases | +$5,460.17 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$35.85 |
| **New Balance:** | **$5,885.89** |

See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information

| | |
|---|---:|
| Credit Line | $13,500 |
| Credit Line Available | $7,389 |
| Cash Advance Credit Line | $5,000 |
| Cash Advance Credit Line Available | $5,000 |



FICO® Score 8 based on TransUnion® data:

**789** Very Good    AS OF 10/21/22    Updated Monthly

See Key Factors that help explain your score at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment | Payment Due Date |
|---|---|---|
| $5,885.89 | $118.00 | 11/22/2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $41.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 years | $17,548 |
| $213 | 3 years | $7,659 (Savings= $9,889) |

If you would like information about credit counseling services, call us at 1-800-347-1121.

Your next DirectPay automatic payment of $118.00 will be on November 22, 2022. See "Information For You" section for additional details.

### Share your card, earn more rewards
Add an Authorized User and get rewards on every purchase made by you and your Authorized User.
Discover.com/AuthorizedUser | 1-800-347-7455 to get started

---

## Payment Coupon
Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.



**MEGAN OWOC**
**16720 STRATFORD CT**
**SW RANCHES FL 33331-1358**

New address, email or phone? Please update on reverse.

Notice: See reverse side for important information

**ACCOUNT NUMBER ENDING IN**

| | |
|---|---:|
| New Balance | $5,885.89 |
| Minimum Payment Due | $118.00 |
| Payment Due Date | 11/22/2022 |

**Amount Enclosed** $

For a faster, easier way to pay...     Discover.com  📞 1-800-347-2683
See reverse for payment cut off times.

PO BOX 71242
CHARLOTTE NC 28272-1242

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or Stolen Cards.** Report immediately! Call 1-800-347-2683.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https://discover.com/billingerrornotice. You must contact us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https://discover.com/billingrights for a copy of this Notice.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. **Payments made online or by phone before Midnight Eastern Time on any day except your Statement Closing Date will be credited as of the same day; on your Statement Closing Date, online and phone payments must be made before 5:00 PM Eastern Time to be credited as of that day.**

You can also make a Payment or set up automatic payments by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel or modify a payment from your bank account until 5:00 PM Eastern Time on the day such payment is scheduled by calling 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421. Same day online or phone payments from bank account made after 5:00 PM Eastern Time may be modified before Midnight Eastern Time of that day. Payments from Cashback Bonus cannot be modified or cancelled after being made or scheduled.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set up automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

**Amount**
◯ Full Pay _____  ◯ Min Pay _____
◯ Min Pay+ $_____  ◯ Other Amount $ _____
Bank Routing #_____
Bank Account #_____
Monthly on the ◯ Payment Due Date, or ◯ _____ Day of the month (INSERT DATE)

**Credit Reporting.** Credit Reporting. We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 30939, Salt Lake City, UT 84130-0939. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account. If you pay the New Balance on your current billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on New Purchases. New Purchases are Purchases that first appear on the next billing statement. Interest will continue to accrue each day on purchases that appeared on previous billing statements until you pay the New Balance in full and will be billed in the next billing cycle.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject To Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

Send inquiries to Discover, PO Box 30943, Salt Lake City, UT 84130

The Discover® card is issued by Discover Bank, Member FDIC.

DIT23-27.0420

# Change of Address

**If correct on front, do not use.** To make changes to your address, email or telephone number, please print clearly in blue or black ink, in the space provided or visit Discover.com.

| | |
|---|---|
| Street Address | Home Phone |
| | Work Phone |
| City | Email |
| State, Zip | |



## Transactions continued



| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 10/13 | ▮ | ▮ | ▮ |
| 10/14 | ▮ | ▮ | ▮ |
| 10/14 | ▮ | ▮ | ▮ |
| 10/14 | ▮ | ▮ | ▮ |
| 10/15 | ▮ | ▮ | ▮ |
| 10/15 | ▮ | ▮ | ▮ |
| 10/15 | ▮ | ▮ | ▮ |
| 10/16 | ▮ | ▮ | ▮ |
| 10/16 | ▮ | ▮ | ▮ |
| 10/16 | ▮ | ▮ | ▮ |
| 10/16 | ▮ | ▮ | ▮ |
| 10/17 | ▮ | ▮ | ▮ |
| 10/18 | ▮ | ▮ | ▮ |
| 10/18 | ▮ | ▮ | ▮ |
| 10/20 | ▮ | ▮ | ▮ |
| 10/20 | ▮ | ▮ | ▮ |
| 10/20 | ▮ | ▮ | ▮ |
| 10/21 | ▮ | ▮ | ▮ |
| 10/21 | ▮ | ▮ | ▮ |
| 10/21 | ▮ | ▮ | ▮ |
| 10/22 | ▮ | ▮ | ▮ |
| 10/22 | ▮ | ▮ | ▮ |
| 10/22 | ▮ | ▮ | ▮ |

Continued on next page



| ONLINE | PHONE | PAYMENTS |
|---|---|---|
| Discover.com or download our app | 1-800-347-2683<br>TDD 1-800-347-7449 | Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

Page 5 of 8
DISCOVER IT® CARD ENDING IN ▮
OPEN TO CLOSE DATE: 09/28/2022 - 10/27/2022

## Transactions continued



| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 10/23 | ▮ | ▮ | ▮ |
| 10/24 | ▮ | ▮ | ▮ |
| 10/24 | ▮ | ▮ | ▮ |
| 10/24 | ▮ | ▮ | 57 |
| 10/24 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/25 | ▮ | ▮ | ▮ |
| 10/26 | ▮ | ▮ | ▮ |
| 10/26 | ▮ | ▮ | ▮ |
| 10/26 | ▮ | ▮ | ▮ |

## Fees and Interest Charged

| | |
|---|---|
| **TOTAL FEES FOR THIS PERIOD** | **$0.00** |

| INTEREST CHARGED FOR THIS PERIOD | AMOUNT |
|---|---|
| INTEREST CHARGE ON PURCHASES | $35.85 |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **TOTAL INTEREST FOR THIS PERIOD** | **$35.85** |

| 2022 TOTALS YEAR-TO-DATE CHARGED | AMOUNT |
|---|---|
| TOTAL FEES CHARGED IN 2022 | $0.00 |
| TOTAL INTEREST CHARGED IN 2022 | $105.05 |

Continued on next page

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
**CURRENT BILLING PERIOD:** 30 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 17.99% V | N/A | $2,424.46 | $35.85 |
| Cash Advances | 27.99% V | N/A | $0.00 | $0.00 |

**V = VARIABLE RATE**

\* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.
\*\* This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.
\*\*\* For more information, please call us at 1-800-347-2683.

## Information For You

**Your next automatic minimum payment of $118.00 will be on November 22, 2022.** Any payments made prior to this date will be applied towards your minimum payment due. Any credits applied to your Account for the billing cycle reflected on this statement may lower your minimum payment due and thus the scheduled DirectPay amount.

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model. They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover.com and cardmembers are also provided a score on statements. Customers will see up to a year of recent scores online. Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request.

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

### *Cashback Bonus*® Rewards

You activated to earn 5% *Cashback Bonus* at **Amazon.com and Digital Wallets** from 10/1/22 (or the date on which you activate 5%, whichever is later) through 12/31/22, on up to $1,500 in purchases. **Amazon.com** purchases include those made through the Amazon.com checkout, like digital downloads, Amazon.com gift cards, Amazon Fresh orders, Amazon Local Deals, Amazon Prime subscriptions and items sold by third party merchants through Amazon.com's marketplace. Also includes in-store at Amazon Go, Amazon Bookstore, and Amazon 4-Star. Amazon, the Amazon.com logo, the smile logo, and all related marks are trademarks of Amazon.com, Inc. or its affiliates. **Digital Wallet** purchases include those made online and in-store with your smartphone, tablet, or wearable. Wallets that qualify include Apple Pay, Google Pay, Samsung Pay, and Garmin Pay. Using digital wallets to make purchases on Amazon.com will only earn a total of 5%. Listed merchants are in no way sponsoring or affiliated with this program. Purchases must be made with merchants in the U.S. To qualify for 5%, the purchase transaction date must be before or on the last day of the offer or promotion. For online purchases, the transaction date from the merchant may be the date when the item ships. Rewards are added to your account within two billing periods. Even if a purchase appears to fit in a 5% category, the merchant may not have a merchant category code (MCC) in that category. Merchants and payment processors are assigned an MCC based on their typical products and services. Discover Card does not assign MCCs to merchants. Certain third-party payment accounts and digital wallet transactions may not earn 5% if the technology does not provide sufficient transaction details or a qualifying MCC. Learn more at Discover.com/digitalwallets. See Cashback Bonus Program Terms and Conditions for more information.

Case 22-17842-PDR   Doc 1602-19   Filed 07/10/23   Page 13 of 18

| ONLINE<br>Discover.com or<br>download our app | PHONE<br>1-800-347-2683<br>TDD 1-800-347-7449 | PAYMENTS<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 | Page 7 of 8<br>DISCOVER IT® CARD ENDING IN<br>OPEN TO CLOSE DATE: 09/28/2022 - 10/27/2022 |

# FICO® Credit Score

**Megan,** Your FICO® Credit Score is **789** as of **10/21/2022**.
Great News! Your FICO® Credit Score indicates to lenders that you are a very good borrower.

## FICO® Credit Score History



**Important Information:**
We may not always receive a score for you each month, so there may be months with no scores.
For questions on the availability of your score go to the "Information For You" section of this statement.
The FICO® Score 8 based on TransUnion data is the score that Discover uses.

This chart will be shown in every Jan, Apr, Jul and Oct statement when you have up to 12 months of scores. Log in to Discover.com/FICO any time to see key factors that help explain your scores.

## FICO® Credit Scores consider the following for the general population



See FICO® Credit Score Terms in the "Information For You" section of this statement.

© 2019 Discover Bank, Member FDIC

CODE_SUM_1219



# Card Activity from Oct 1, 2022 to Oct 31, 2022

## Summary

| | |
|---|---|
| Payments & Credits | $0 00 |
| New Charges | $9,679.34 |
| **Total** | **$9,679.34** |

## Transactions

19 Transactions







| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| Oct 1, 2022 | ██████ | ██ |
| Oct 1, 2022 | ██████ | ██ |
| Oct 1, 2022 | ██████ | ██ |