# **DEBTORS EXHIBIT 33**



ORDERED in the Southern District of Florida on April 27, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

### ORDER CONDITIONALLY DENYING JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE ACTION IN NON-BANKRUPTCY FORUM [ECF NO. 670]

**THIS MATTER** having come before the Court on March 9, 2023 at 2:00 p.m. upon the *Joint Motion for Relief from the Automatic Stay to Continue Action in Non-Bankruptcy Forum* [ECF No. 670] (the "Motion") filed by Faith Technologies Incorporated and Nexus Steel and joined by Hardrock Concrete Placement Co. Inc. [ECF No. 711], HACI Mechanical Contractors, Inc. [ECF No. 738], CM Builders Inc., d/b/a Integrated Masonry [ECF No. 741] (collectively, the "Movants"); and the Court having considered the Motion, the joinders thereto, the Debtors' Objection [ECF No.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

120473553.7

755], the Reply [ECF No. 906] and the argument of counsel, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The Motion is **DENIED** without prejudice to refiling solely in the event the condition set forth at paragraph 2 hereof is not met.

2. The Debtors' proposed *Order (1) Authorizing and Approving (A) the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief* [D.I. No. 896] or any supplemental or different order providing for the sale of Debtor assets (any such order a "Sale Order") that includes the Debtors' manufacturing and distribution center located at 1635 S. 43rd Avenue, Phoenix, Arizona (the "Arizona Property") shall be revised to provide, or shall provide, as applicable, (i) that in the event of the sale of the Arizona Property free and clear of the liens (the "Mechanics' Liens") asserted thereon by the Arizona Mechanics' Lien Claimants,[2] then the Mechanics' Liens will attach to the proceeds of the sale of the Arizona Property to the same extent, and with the same relative priorities, as they attached to the Arizona Property; and (ii) the Debtors shall hold in escrow (the "Reserve") from such proceeds an amount sufficient to satisfy in full the claims reflected in the Mechanics' Liens recorded as of the date of the sale to the extent asserting they are secured by the Mechanics' Liens (including interest and reasonable attorney's fees relating to the same, "Mechanics' Lien Secured Claims") pending resolution of disputes, if any, regarding validity of the Mechanics' Lien Secured Claims and Mechanics' Liens and/or the priority of all liens in and on the Arizona Property relative to Mechanics' Liens. The

---

[2] Nexus Steel, LLC; FABCO Metal Products, LLC; Belvac Production Machinery, Inc.; ISEC, Inc.; Heavy Equipment Movers & Installation, LLC; Hardrock Concrete Placement Co., Inc.; Stellar Group, Inc.; Faith Technologies Incorporated; Integrated Masonry; HACI Mechanical Contractors, Inc.; and Trench Shore Rentals.

Reserve, or any portion thereof, shall be disbursed only upon an order of a this Court (including, if applicable, an order confirming a plan of reorganization or liquidation) or as otherwise agreed by all parties asserting an interest in the Reserve.

3.  The Arizona Mechanics' Lien Claimants shall be deemed to consent to a proposed sale in respect of the Arizona Property pursuant to any Sale Order strictly satisfying the above condition.

4.  To the extent that 11 U.S.C. § 3621(a) would stay efforts by the parties to the Arizona Action to take steps reasonably required to keep the Arizona Action pending in the Superior Court of Arizona in Maricopa County, such as continuation of litigation deadlines or the inactive calendar, the stay is modified for cause pursuant to § 362(d)(1), but this order shall not constitute termination of the stay generally within the meaning of 11 U.S.C. §§ 362(d) or 108(c).

5.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500 / Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com
**-AND-**
Jerry M. Markowitz, Esq.
MARKOWITZ RINGEL TRUSTY &
HARTOG P.A.
*Local Counsel for Faith Technologies Incorporated*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
T: (305) 670-5000 / F: (305) 670-5011
Email:  jmarkowitz@mrthlaw.com

(*Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.*)