# **DEBTORS EXHIBIT 37**

| | |
|---|---|
| From: | Yaylin Duran [adobesign@adobesign.com] |
| Sent: | 10/9/2022 9:45:33 PM |
| To: | Jack Owoc [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=148da915a819473a9dbe6f691b4c4ab7-CEO] |
| Subject: | Signature requested on "2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22" |

## Yaylin Duran requests your signature on
## 2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22

Hi Jack,
Kindly sign the Written Consent and Resolutions: Which authorizes the filing for the seven (7) entities that will be filed tomorrow (sign and date).

**YAYLIN DURAN**
yaylin.duran@bangenergy.com

After you sign **2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW)** 10.9.22, all parties will receive a final PDF copy by email.

VPX-JHO0000000063

**Don't forward this email:** If you don't want to sign, you can delegate to someone else.



By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.

To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

Terms of Use | Report Abuse

© 2022 Adobe. All rights reserved.

[ External Email ]
Phishing emails are a top cybersecurity threat to our company.
If you have reason to believe this email is suspicious, forward it for inspection to Security@BangEnergy.com.

VPX-JHO0000000064