**DEBTORS EXHIBIT 45**

| | |
|---|---|
| **From:** | Vital Pharmaceuticals, Inc. [adobesign@adobesign.com] |
| **Sent:** | 10/9/2022 10:07:51 PM |
| **To:** | Yaylin Duran [yaylin.duran@bangenergy.com]; Jack Owoc [ceo@bangenergy.com] |
| **CC:** | Frank Massabki [frank.massabki@bangenergy.com]; James Paul [james.paul@bangenergy.com] |
| **Subject:** | You signed: "2022-10-09 - Supplemental and Additional Representation Retainer Letter - Rainbow Unicorn" |
| **Attachments:** | 2022-10-09 - Supplemental and Additional Representation Retainer Letter - Rainbow Unicorn - signed.pdf |

You're done signing

## 2022-10-09 - Supplemental and Additional Representation Retainer Letter - Rainbow Unicorn

Attached is the final agreement for your reference. You can also open it online to review its activity history.

CONFIDENTIAL
VPX-JHO0000001300

Need your own documents signed? Adobe Acrobat Sign can help save you time. Learn more.

To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

Terms of Use | Report Abuse

© 2022 Adobe. All rights reserved.

[ External Email ]
Phishing emails are a top cybersecurity threat to our company.
If you have reason to believe this email is suspicious, forward it for inspection to Security@BangEnergy.com.

CONFIDENTIAL						VPX-JHO0000001301

# BERGER SINGERMAN

Jordi Guso<br>
Phone: 304-714-4375<br>
jguso@bergersingerman.com

September 29, 2022

**VIA ELECTRONIC MAIL**

Vital Pharmaceuticals Inc.
1600 North Park Drive
Weston, FL 33326
Attn: Mr. John H. Owoc, President

  Re: Engagement Letter of August 8, 2022, executed between Berger Singerman LLP (the "Firm") and Vital Pharmaceuticals, Inc. and the subsidiaries listed on the attached Exhibit A (collectively, "You" or "Your") (the "Engagement Letter"). All terms not defined herein shall have the meaning given to same in the Engagement Letter.

Dear Mr. Owoc:

  This shall confirm your decision to engage our law firm to also represent Rainbow Unicorn Bev, LLC in connection with the filing and prosecution of a proceeding under Chapter 11 of the United States Bankruptcy Code for itself and for Vital Pharmaceuticals, Inc., Vital Pharmaceuticals International Sales, Inc., Bang Energy Canada, Inc., JHO International, Inc., JHO Real Estate Investment, LLC, Quash Seltzer, LLC. This representation shall be subject to all of the terms and conditions set forth in the Engagement Letter.

                Sincerely,

                BERGER SINGERMAN

                Jordi Guso

ACCEPTED AND AGREED TO BY:

**RAINBOW UNICORN BEV, LLC**

Signed: _John Owoc (Oct 9, 2022 22:07 EDT)_
Title:  CEO and CSO
Date:  October __, 2022  Oct 9, 2022

CONFIDENTIAL                              VPX-JHO0000001302

# 2022-10-09 - Supplemental and Additional Representation Retainer Letter - Rainbow Unicorn

Final Audit Report                                                                                           2022-10-10

| | |
|---|---|
| Created: | 2022-10-10 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAARnBVBsLhLZ9eA9alzWEWA_GBk_5dawu |

## "2022-10-09 - Supplemental and Additional Representation Retainer Letter - Rainbow Unicorn" History

- Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
  2022-10-10 - 1:27:31 AM GMT- IP address: 174.211.100.206

- Document emailed to ceo@bangenergy.com for signature
  2022-10-10 - 1:27:39 AM GMT

- Email viewed by ceo@bangenergy.com
  2022-10-10 - 2:07:26 AM GMT- IP address: 104.47.59.254

- Signer ceo@bangenergy.com entered name at signing as John Owoc
  2022-10-10 - 2:07:48 AM GMT- IP address: 166.205.159.133

- Document e-signed by John Owoc (ceo@bangenergy.com)
  Signature Date: 2022-10-10 - 2:07:50 AM GMT - Time Source: server- IP address: 166.205.159.133

- Agreement completed.
  2022-10-10 - 2:07:50 AM GMT

Adobe Acrobat Sign