**DEBTORS EXHIBIT 56**

**JHO REAL ESTATE INVESTMENT, LLC**
(a Florida limited liability company)

ACTION BY UNANIMOUS WRITTEN CONSENT
OF
THE MANAGERS
IN LIEU OF MEETING
Effective: July 5, 2023

The undersigned, comprised of all the managers (collectively, the "Managers" and each a "Manager") of JHO REAL ESTATE INVESTMENT, LLC, a Florida limited liability company (the "Company"), hereby (a) take, authorize and adopt the following actions and matters, without and in lieu of a meeting, pursuant to Section 605.04073 of the Florida Revised Limited Liability Company Act (Chapter 605, Florida Statutes), (b) waive any and all notices and requirements for notice, including of the time, date, place and/or purpose of or with regard to any meeting of the Managers and of or with regard to the actions and matters set forth in this action by unanimous written consent of the Managers (this "Written Consent"), and (c) consent and agree to the authorization, approval and adoption of the following resolutions (collectively, the "Resolutions") as provided or described below:

**WHEREAS**, on October 10, 2022, the Company and certain of its affiliates filed voluntary petitions for relief under Title 11 of the United States Code (as now or hereafter in effect, or any successor thereto, the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Florida (such cases being jointly administered under Case No. 22-17842 (the "Chapter 11 Cases"), and such filing of voluntary petitions for relief under Title 11 of the Bankruptcy Code is referred to herein as the "Bankruptcy Filing");

**WHEREAS**, at the time the Bankruptcy Filing was authorized, the Company's Board of Managers (the "Board") was comprised of a single Manager, John H. Owoc;

**WHEREAS**, following the Bankruptcy Filing, certain changes were made to the Company's governance, including but not limited to changes to the number of Managers on the Board;

**WHEREAS**, the Board had determined that it was — and continues to be — desirable and in the best interests of the Company, its creditors, and other interested parties that the Company seek relief under the Bankruptcy Code through the Chapter 11 Cases;

WHEREAS, the Board believes that the decision to initiate the Bankruptcy Filing was made on an informed basis at the time, and that it is in the best interest of the Company, its creditors, and other interested parties that the Bankruptcy Filing be ratified, including to address certain arguments raised in *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [D.I. 1466] (the "Motion to Dismiss");

WHEREAS, the Company has commenced a sale process in the Chapter 11 Cases pursuant to sections 363 and 365 of the Bankruptcy Code to sell all or substantially all of its assets (the "Sale Process");

WHEREAS, in connection with the Chapter 11 Cases and in furtherance of the Sale Process, the Company has entered into that certain Asset Purchase Agreement, dated June 28, 2023 (the "Purchase Agreement"), by and among the Company, Vital Pharmaceuticals, Inc., a Florida corporation, Vital Pharmaceuticals International Sales, Inc., a Delaware corporation, Quash Seltzer, LLC, a Florida limited liability company, JHO Intellectual Property Holdings, LLC, a Florida limited liability company, Rainbow Unicorn Bev, LLC, a Florida limited liability company, Blast Asset Acquisition LLC, a Delaware limited liability company ("Buyer"), solely for purposes of Section 7.16 thereof, Monster Energy Company, a Delaware corporation, and solely for purposes of Section 7.16 and Section 10.16 thereof, Monster Beverage Corporation, a Delaware corporation, pursuant to which, upon the terms and subject to the conditions set forth in the Purchase Agreement, Buyer will purchase and acquire the Purchased Assets (as defined in the Purchase Agreement) and assume the Assumed Liabilities (as defined in the Purchase Agreement) (together with the other transactions contemplated by the Purchase Agreement, the "Transactions");

WHEREAS, the Transactions contemplate the sale of substantially all property owned by the Company to the Buyer;

WHEREAS, the Board believes that consummating the Transactions is in the best interests of the Company, its creditors, and other interested parties;

WHEREAS, the Managers: (a) have each reviewed the recitals and Resolutions included herein, and (b) have each had the opportunity to ask questions of and receive responses from management of, and advisors to, the Company regarding the Resolutions, and the actions and matters set forth herein, have determined that the actions and matters described, provided for, authorized and ratified herein are desirable for, and are fair to and in the best interests of, the Company.

Ratification of the Bankruptcy Filing

NOW, THEREFORE, BE IT RESOLVED, that the Managers hereby authorize, consent to, approve, adopt, ratify and confirm any and all actions prior to the execution of this Written Consent taken by the member of the Company, the Managers, including all persons serving as a Manager of the Company as of the Bankruptcy Filing, any officer of the Company, or any person acting on behalf of the Company, in connection with or in furtherance of the Bankruptcy Filing,

CONFIDENTIAL                                                                                                                    VPX-JHO0000001023

and the effectuation of the actions and transactions contemplated hereby, in all respects as the authorized act and deed of the Company; and be it further

**RESOLVED**, that the filing of the Chapter 11 Cases, and any and all petitions, affidavits, schedules, motions, lists, applications, pleadings and other necessary papers or documents, including any amendments thereto, and, in connection therewith in order to effectuate the Bankruptcy Filing is hereby confirmed and ratified in all respects; and be it further

**RESOLVED**, that any resolution, vote or action of the Managers of the Company in conflict with or inconsistent with the foregoing Resolutions (or any of them) in this section entitled "*Ratification of Bankruptcy Filing*" be and hereby is voided, superseded and governed by these Resolutions in all respects (to the extent of any such conflict or inconsistency).

Ratification of the Transactions

**NOW, THEREFORE, BE IT RESOLVED**, that that the forms, terms, conditions and provisions of the Purchase Agreement and any supporting documents, the delivery thereof, and the Transactions contemplated thereby, are hereby authorized, approved, adopted, confirmed and ratified in all respects.

General Ratification and Authorization

**NOW, THEREFORE, BE IT RESOLVED**, that in addition to and without limiting the foregoing, the proper officers of the Company be, and each of them hereby is, for and in the name and on behalf of the Company, authorized to take, or cause to be taken, such further action, to make such filings and certifications, to deliver such notices, to execute and deliver, or cause to be delivered, all such agreements, instruments, notices and documents, to pay such fees and expenses, and to do all such things, in each case, as he or she may deem necessary or appropriate in order to effect and implement the purposes or to carry out the intent of the foregoing Resolutions (as conclusively evidenced by the execution, delivery, filing or performance of any such agreement, document or action, as the case may be), and any and all actions contemplated herein or heretofore taken by the Managers, officers, employees, agents or member of the Company in connection with the subject of the foregoing recitals and Resolutions be, and each of them hereby is, ratified, confirmed, approved and adopted in all respects as the act and deed of the Company.

[Signatures appear on the following pages.]

CONFIDENTIAL VPX-JHO0000001024

IN WITNESS WHEREOF, the undersigned have executed and delivered this Written Consent for the purposes described herein and in accordance with Florida law, effective as of the date first above written.

**Managers**:

*[DocuSigned signature: 1414E377003544C]*
Steven G. Panagos, Manager

*[DocuSigned signature: Stephen S. Gray, EFF05A5B7FC544E]*
Stephen S. Gray, Manager

*[DocuSigned signature: Bob Dickenson, 54359BFEA8AB460]*
Bob Dickenson, Manager

*[DocuSigned signature: 78CEDB515A95416]*
Rich Caruso, Manager

*[DocuSigned signature: Eugene Steve Bukovi Jr, B11D188C1B0541D]*
Eugene Bukovi, Manager

CONFIDENTIAL
VPX-JHO0000001025