**<u>DEBTORS EXHIBIT 59</u>**

1              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
2                 FORT LAUDERDALE DIVISION

3                  Case No: 22-17842-PDR

4       In Re:

5

6       VITAL PHARMACEUTICALS, INC., et al.,

7

8       _____/

9

10      LOCATION:    Remote Audio-Video Communication
                     Friday, July 7th, 2023
                     10:06 o'clock A.M.

11

12

13

14          VIDEOTAPED DEPOSITION OF JOHN H. OWOC

15

16

17

18

19          Taken before Andrea Denise West,

20      Registered Professional Reporter, Florida

21      Professional Reporter and Notary Public in and

22      for the State of Florida at Large, pursuant to a

23      Notice of Taking Deposition filed in the

24      above-styled cause.

25

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

```
1    APPEARANCES:

2    ON BEHALF OF THE DEBTORS:

3        LATHAM & WATKINS, LLP
         BY: AMY QUARTAROLO, ESQUIRE,
4        and ANDREW D. SORKIN, ESQUIRE,
         and HUGH MURTAGH, ESQUIRE,
5            335 S GRAND AVENUE
             LOS ANGELES, CALIFORNIA 90071
6            (213)891-8966
             amy.quartarolo@lw.com
7
         LATHAM & WATKINS, LLP
8        BY: ELIZABETH MORRIS, ESQUIRE
         and JON WEICHSELBAUM, ESQUIRE
9            1271 AVENUE OF THE AMERICAS
             NEW YORK, NY  10020
10           (212) 906-1200
             elizabeth.morris@lw.com
11           jon.weichselbaum@lw.com

12   ON BEHALF OF MEG & JOHN OWOC
         CONRAD & SCHERER, LLP
13       BY: IRWIN R. GILBERT, ESQUIRE,
             633 SOUTH FEDERAL HIGHWAY
14           SUITE 800
             FORT LAUDERDALE, FLORIDA 33316
15           (954)847-3328
             IGilbert@conradscherer.com
16
         PHANG & FELDMAN, P.A.
17       BY: JONATHAN S. FELDMAN, ESQUIRE,
             2 SOUTH BISCAYNE BOULEVARD, SUITE 1600
18           ONE BISCAYNE TOWER
             MIAMI, FLORIDA 33131
19           (305)614-1223
             feldman@katiephang.com
20
     ON BEHALF OF MONSTER ENERGY:
21       HEUSTON HENNIGAN
         BY: CASSIDY O'SULLIVAN, ESQUIRE,
22       and ALLISON LIBEU, ESQUIRE,
             523 WEST 6TH STREET
23           UNIT 400
             LOS ANGELES, CALIFORNIA 90014
24           (213)788-4589
             cosullivan@heuston.com
25           alibeu@heuston.com
```

```
 1      (CONTINUED APPEARANCES)

 2    ON BEHALF OF THE DEBTORS:

 3       AKERMAN, LLP
         BY: EYAL BERGER, ESQUIRE,
 4            201 EAST LAS OLAS BOULEVARD
              SUITE 1800
 5            FORT LAUDERDALE, FLORIDA 33301
              (954-463-2700
 6            eyal.berger@akerman.com

 7    ON BEHALF OF TRUIST BANK:

 8       SHUTTS & BOWEN, LLP
         BY: HARRIS KOROGLU, ESQUIRE,
 9            200 SOUTH BISCAYNE BOULEVARD
              SUITE 4100
10            MIAMI, FLORIDA 33131
              (305)358-6300
11            hkoroglu@shutts.com

12    ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED
      CREDITORS:
13
         LOWENSTEIN SANDLER
14       BY: LINDSAY SKLAR, ESQUIRE,
         and ERICA MANNIX, ESQUIRE
15            1251 AVENUE OF THE AMERICAS
              NEW YORK, NEW YORK 10020
16            (646)414-6883
              lsklar@lowenstein.com
17            emannix@lowenstein.com

18    ALSO PRESENT:

19       Oliver Lee, Videographer
         Olivia Gonzalez, Conrad & Scherer
20       Alexa Gebert, Conrad & Scherer
         Joe Teresi, Esquire, Latham & Watkins
21       Jordi Guso, Esquire, Berger Singerman
         Terry Gray, Esquire, Schoeppl Law
22       Michael Goldberg, Esquire
         Luis Lluberas, Esquire
23       Gregg Metzger, Esquire
         Jade Silver, Esquire, Truist Bank
24       Carly Rothenberg, Esquire, Monster Energy

25
```

1                           I N D E X

2     WITNESS:                                      PAGE

3     **JOHN H. OWOC**

4     Direct Examination by Ms. Quartarolo            5
      Cross Examination by Ms. Allison Libeu        254

5

6

7                         E X H I B I T S

8     Owoc                   Description             PAGE

9     Exhibit No. 1   Emergency Motion to Dismiss    19
      Exhibit No. 2   Sept 29, 2022 Board Minutes    55
10    Exhibit No. 3   Declaration John DiDonato      80
      Exhibit No. 4   10/9/22 email Sorkin to Owoc   97
11    Exhibit No. 5   Email Owoc to Sorkin          100
      Exhibit No. 6   Claim 654 Owoc JHO R.E.       102
12    Exhibit No. 7   Quash Seltzer Written Consent 114
      Exhibit No. 8   JHO Written Consent           119
13    Exhibit No. 9   Bang Canada Written Consent   124
      Exhibit No. 10  Rainbow Unicorn Writ. Consent 127
14    Exhibit No. 11  VPX Int. Written Consent      134
      Exhibit No. 12  JHO IP Written Consent        141
15    Exhibit No. 13  VPX Written Consent           144
      Exhibit No. 14  JHO RE 1/7/23 Writ. Consent   153
16    Exhibit No. 15  11/2/22 Rest. Committee Mins. 171
      Exhibit No. 16  2/28/23 Board Minutes         179
17    Exhibit No. 17  Declaration J. Owoc iso MTD   195
      Exhibit No. 18  9/30/22 Pmt & Engagement Ltr. 202
18    Exhibit No. 19  Priv. Log (Owoc Txt Mesgs.)   221
      Exhibit No. 20  7/6/23 Supplemental Brief     236
19    Exhibit No. 21  10/9/22 Sorkin Email Owoc     253

20

21

22

23

24

25

1        Thereupon, the following proceedings were had:

2              THE VIDEOGRAPHER:  In Re:  Vital

3        Pharmaceuticals, Inc., et al.  Case

4        number 22-17842-PDR.  This is the

5        videotaped deposition of John Owoc.  This

6        deposition -- sorry -- of John H. Owoc.

7        This deposition is taking place via Zoom

8        on July 7, 2023.  The time is now

9        10:06 a.m.  Our videographer is Oliver

10       Lee.

11             Counsel will state their

12       appearances for the record after which

13       our court reporter Andrea West will swear

14       in The Witness.

15         MS. QUARTAROLO:  Amy Quartarolo, with

16       Latham & Watkins on behalf of the

17       debtors.

18         MS. SKLAR:  Lindsay Sklar from

19       Lowenstein Sandler on behalf of the

20       official committee of unsecured

21       creditors.

22         MR. GILBERT:  Well, I observe that

23       there are at least a dozen other

24       attendees.  I'm not sure whether they are

25       appearing today and participating.  My

```
 1              name is Irwin Gilbert with the law firm

 2              of Conrad & Scherer, and with me my

 3              associate, Alexa Gebert, and we represent

 4              John and Meg Owoc.

 5     Thereupon,

 6                      JOHN H. OWOC

 7     after having been first duly sworn, was examined

 8     and testified as follows:

 9                    DIRECT EXAMINATION

10          THE WITNESS:  I do.

11                  Irwin, are we going to identify

12              all these individuals on here?

13          MR. GILBERT:  I wanted to ask the

14              reporter if you've noted for the record

15              all of the attendees?

16          THE REPORTER:  I asked for their names

17              when they signed on but as we were

18              speaking, a couple more just joined.

19          MR. GILBERT:  Would you go ahead

20              and -- and identify them so that your

21              record is complete as to all of the

22              attendees?

23          THE REPORTER:  I need to get Ms.

24              Cassidy O'Sullivan.

25          MS. O'SULLIVAN:  Hello, I'm with
```

1      Heuston Hennigan from Monster Energy.

2          THE REPORTER:  Okay.  And Mr. Harris

3      Koroglu.

4          MR. KOROGLU:  Good morning.  Harris

5      Koroglu from Shutts & Bowen on behalf of

6      Truist Bank.

7          THE REPORTER:  Okay.  And Mr. Eyal

8      Berger.

9          MR. BERGER:  Good morning.  Eyal

10     Berger, Akerman on -- local counsel on

11     behalf of Monster Energy.

12         THE REPORTER:  Okay.  And then there

13     was Hugh Murtagh.

14         MR. MURTAGH:  Hi, I'm Hugh Murtagh

15     from Latham & Watkins on behalf of the

16     debtors.

17         THE REPORTER:  And one more was Andrew

18     Sorkin.

19         MR. SORKIN:  Hi, Andrew Sorkin, Latham

20     on behalf of the debtors.

21         THE REPORTER:  I believe that is

22     everyone.

23         MR. GILBERT:  All right.  Mr. Owoc, we

24     have -- we have a record of all of the

25     people that are attending and we can

```
 1          proceed.
 2    BY MS. QUARTAROLO
 3          Q.    Thank you.  Good morning, Mr. Owoc.
 4    Good to see you again.  Where are you right now?
 5    Are you in your home?
 6          A.    Yes, ma'am.
 7          Q.    Are you aware that your counsel
 8    represented to The Court that you were on a
 9    vacation this week?
10          A.    I had to cut my vacation short to
11    satisfy The Court's requirements.
12          Q.    So you did return to Fort Lauderdale
13    area in advance of this deposition?
14          A.    I arrived at my home last night at
15    around 10:30 p.m.
16          Q.    Are you aware that we requested to
17    depose you in person?
18          A.    Yes, I am.
19          Q.    Is anyone in the room with you
20    today?
21          A.    Yes.
22          Q.    Who?
23          A.    My two rabbits and my dog Rev.
24          Q.    Are there any humans in the room
25    with you today?
```

1          A.    Not that I could -- not that I'm

2    aware of.

3          Q.    I assume that you are on a computer

4    right now?

5          A.    Yes, ma'am.

6          Q.    What computer is that?

7          A.    It's a laptop.

8          Q.    And who purchased that laptop?

9          A.    I don't know.

10         Q.    How long have you had it?

11         A.    I don't know.

12         Q.    Is it a laptop that you used at any

13   point when you were the CEO of Vital

14   Pharmaceuticals?

15         A.    I don't know.

16         Q.    Do you know when you came into

17   possession of that laptop?

18         A.    I don't know.

19         Q.    When is the first time you recall

20   using that laptop?

21         A.    I don't know.

22         Q.    Do you believe that you purchased

23   that laptop with your own money?

24         A.    I don't know.

25         Q.    Have you searched that laptop for

1    documents in connection with discovery that's

2    been served upon you in these cases?

3         A.    I don't know.

4         Q.    Have you ever provided that laptop

5    to your counsel for purposes of searching for

6    information in connection with discovery served

7    upon you in these cases?

8         A.    Not that I'm aware of.

9         Q.    Has your -- has any of your counsel

10   ever asked you to provide that laptop to you?

11        MR. GILBERT:  Mr. Owoc, I'm going to

12        instruct you not to answer that question

13        or describe your conversations with

14        counsel.

15        MS. QUARTAROLO:  I'm not asking --

16        THE WITNESS:  Thank you.

17        MR. GILBERT:  Do you have another --

18        do you have another question for The

19        Witness?

20        MS. QUARTAROLO:  I do.  I'm actually

21        going to ask that question again.  It's a

22        yes or no question and it does not call

23        for privileged information.  I'm not

24        asking you to reveal the contents of

25        privileged information.

```
 1    BY MS. QUARTAROLO
 2              Q.    Have any of your counsel ever
 3        requested that laptop be provided to them?
 4              MR. GILBERT:  I instruct you not to
 5         answer that question.  The question
 6         contains the content of the conversation
 7         that would be privileged.  And so --
 8              MS. QUARTAROLO:  I --
 9              MR. GILBERT:  -- I must ask you if you
10         have another question for The Witness.
11              MS. QUARTAROLO:  Thank you, Counsel.
12         Just for the record, I'm not asking for
13         any privileged communications or legal
14         advice.
15              MR. GILBERT:  Well, I won't pretend to
16         give you legal advice.  I'm not sure that
17         it would be useful but if you have a
18         different question for The Witness, let's
19         proceed.
20              THE WITNESS:  Yes, maybe something
21         substantive this time.
22              MS. QUARTAROLO:  Oh, I think this is
23         all substantive, Mr. Owoc.
24    BY MS. QUARTAROLO
25              Q.    Do you have any phones or other
```

 1    electronic devices near or around you other than

 2    the computer device that you are on?

 3        A.    Yes.

 4        Q.    What device is that?

 5        A.    There's computers and phones setting

 6    on this same table that I'm sitting at.

 7        Q.    Okay.  So what -- tell me the make

 8    and model of the computer that you are on right

 9    now?

10        A.    I don't know.

11        Q.    It does not have any markings on it

12    that has a brand name or a -- a model name?

13        A.    I can't see that from where I'm

14    sitting.

15        Q.    How would you have to see it, what

16    would you have to do to see that?

17            THE WITNESS:    Irwin, can you instruct

18        opposing counsel that we are here for a

19        specific topic and she's to stick to that

20        topic and one of them is not computers?

21            MR. GILBERT:    Well, unfortunately,

22        Mr. Owoc, there is some flexibility that

23        an attorney has in conducting a

24        deposition.  She has not yet reached a

25        boundary that would cause me to stop the

```
 1              deposition.  I'm going to ask you to be

 2              patient, go ahead and do your best and --

 3              and go ahead and answer these questions.

 4                   At a certain point in time, I --

 5              I -- in fact, if I think she has crossed

 6              a boundary, I will terminate the

 7              deposition.  But for now, let's -- let's

 8              keep going.  Is that all right with you,

 9              sir?

10         THE WITNESS:  Thank you kindly.

11         MR. GILBERT:  All right.

12    BY MS. QUARTAROLO

13         Q.    So Mr. Owoc, what would you have to

14    do in order to see the make and model on the

15    computer that you're on right now?

16         A.    Terminate the deposition and look it

17    up.

18         Q.    Do you have any device -- excuse

19    me -- other applications other than the Zoom

20    application open on that computer right now?

21         A.    I don't know.  I can't see any other

22    applications.  I'm just looking at you, your

23    beautiful face.

24         Q.    Thank you.

25         MR. GILBERT:  Mr. Owoc, I'm going to
```

*Jeannie Reporting*   www.jeanniereporting.com
Your Wish Is Our Job!                305-577-1705

1          ask you to avoid that type of editorial.

2          Okay?

3               THE WITNESS:  Yeah.

4               MR. GILBERT:  Listen to the question,

5          answer the question.  Thank you.

6    BY MS. QUARTAROLO

7          Q.   The -- the other devices that you

8    said are on the table right now, can you name

9    those devices for me?

10         A.   I can't see those devices from where

11   I'm sitting.  They're --

12         Q.   You said there's -- I'm sorry.

13         A.   They are at the other end of the

14   table.

15         Q.   Okay.  You said there was a phone?

16         A.   They're all at the other end of the

17   table.

18         Q.   I understand, but did you say that

19   there was a phone on the table?

20         A.   Yes, there is.

21         Q.   Is that a cellphone?

22         A.   Yes, it is.

23         Q.   Is that an iPhone?

24         A.   Yes, it is.

25         Q.   And is that your iPhone?

1          A.   I don't know.  I know it's a not --
2     it's a not working phone.
3          Q.   When you say not working, what do
4     you mean?
5          A.   I tried to turn it on just to see
6     what it was this morning and it wasn't working.
7          Q.   Do you know when you first came into
8     possession of that iPhone?
9          A.   No, ma'am.
10         Q.   And what other devices just
11    generally are on the table?
12         A.   I can't see them from where I'm
13    sitting.
14         Q.   So you would have to get up from
15    where you're sitting to look at those?
16         A.   Yes, ma'am.
17         Q.   Mr. Owoc, do you intend to testify
18    at the hearing on the motion to dismiss next
19    week?
20         A.   You would have to ask Irwin Gilbert.
21         Q.   Okay.  Do -- are you -- do you plan
22    to be in the courtroom on Tuesday of next week
23    in the bankruptcy court?
24         A.   You would have to ask Carl Schoeppl.
25         Q.   Who is Carl Schoeppl?

1        A.    Carl Schoeppl is a brilliant SEC

2    attorney.

3        Q.    And why would I have to ask

4    Mr. Schoeppl as to whether or not you will be in

5    the courtroom next Tuesday?

6        A.    I don't know.  You would have to

7    actually ask that to Mr. Schoeppl.

8        Q.    So but today, as of now, you don't

9    know whether you'll be in the courtroom next

10   Tuesday?

11       A.    Correct.

12       Q.    What about next Wednesday at the

13   sale hearing?

14       A.    Same answers.  Would you like me to

15   be there, Amy?

16       Q.    Well, your -- it's not -- not my

17   motion so it's your motion.

18             Mr. Owoc, what, if anything, did you

19   do to prepare for today's deposition?

20       A.    Spoke with Irwin Gilbert.

21       Q.    When did you do that?

22       A.    This morning.

23       Q.    For how long?

24       A.    You would have to ask Irwin.  I

25   wasn't timing it.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1            Q.    Approximately?

 2            A.    I don't want to guess on the record.

 3            Q.    More than an hour?

 4            A.    I'm not going to guess on the

 5   record.

 6            Q.    You have no idea how long you met

 7   with Mr. Gilbert this morning?

 8            A.    I didn't time it.

 9            Q.    Mr. Owoc, prior to your meeting with

10   Mr. Gilbert this morning, did you do anything to

11   prepare for today's deposition?

12            A.    Yes, I slept a lot to make sure I

13   was well rested.

14            Q.    Anything else?

15            A.    No, ma'am.

16            Q.    Did you review any documents in

17   connection with your preparation for today's

18   deposition?

19            A.    No, ma'am.

20            Q.    Have you reviewed any documents that

21   have been produced by the debtors in connection

22   with discovery in the motion to dismiss matter?

23            A.    Can you say that again, please?

24            Q.    No problem.  Have you reviewed any

25   documents that were produced by the debtors to
```

1    your counsel in connection with discovery that

2    was served on the debtors in connection with

3    your motion to dismiss?

4          A.    Can you define the word debtors?  It

5    sounds like a legal term.

6          Q.    Well, there's -- are you aware that

7    there's Chapter 11 cases pending in connection

8    with Vital Pharmaceuticals and certain

9    affiliated entities?

10         A.    Vital Pharmaceuticals, yes.

11         Q.    And I will refer to those Chapter 11

12   cases and the parties, the entities that are

13   party to them as the debtors; do you understand

14   that?

15         A.    I understand but don't necessarily

16   agree.

17         Q.    I understand.  I'm just -- I want to

18   make sure that we're clear and if you do have

19   any questions about which entities I'm referring

20   to, you can let me know.

21              So my question for you, again, is

22   did you review any documents that were provided

23   by the debtors to your counsel in connection

24   with discovery that was served by your counsel

25   upon the debtors in connection with the motion

Jeannie Reporting    www.jeanniereporting.com
Your Wish Is Our Job!            305-577-1705

 1    to dismiss?

 2         A.    That is a very -- I did teach school

 3    for nine years and mostly science but that -- I

 4    taught a section of English and I would flag

 5    that as a run-on sentence that's incoherent and

 6    incohesive and I don't understand it.

 7         Q.    I'm happy to break it down for you.

 8    Are you aware -- are you aware that you filed a

 9    motion to dismiss in the bankruptcy cases?

10         A.    Can you explain motion to dismiss?

11         Q.    Sure.  I will ask my colleague,

12    Mr. Teresi, to pull up what has been -- I guess

13    what we will mark as Owoc Exhibit 1, which is

14    Tab 1.

15              (Whereupon, Owoc Exhibit No. 1 was

16              marked for identification.)

17    BY MS. QUARTAROLO

18         Q.    Mr. Owoc, do you recognize this

19    document?

20         A.    No, ma'am.

21         Q.    Do you -- have you ever seen this

22    document before?

23         A.    I may have.  I'm not saying I

24    didn't, I'm not saying I did.

25         Q.    Do you see that it's titled creditor

1    and interested party John H. Owoc's emergency

2    motion to dismiss Chapter 11 bankruptcy of

3    debtor JHO Real Estate Investment, LLC.  Do you

4    see that?

5         A.   Yes.

6         Q.   Okay.  So are you aware that you

7    have filed in the Chapter 11 cases a motion to

8    dismiss and this is the document I'm referring

9    to?

10        A.   I didn't file anything, ma'am.

11        Q.   When I refer to you, and I'm happy

12   to clarify, I'm referring to you and your

13   counsel or anyone acting on your behalf.

14             Are you aware that someone acting on

15   your behalf has filed a motion to dismiss in the

16   Chapter 11 cases?

17        A.   Yeah, I remember talking about that.

18   Yes.

19        Q.   When you say you remember talking

20   about that, what do you mean?

21        A.   To my attorneys so that would be

22   attorney/client privilege, Amy.

23        Q.   And you -- you can go ahead and take

24   this down, Joe, thank you.

25             And in connection with that motion

1    to dismiss that we just looked at, Mr. Owoc, are

2    you aware that discovery, requests for

3    documents, were served by your counsel upon the

4    debtors?

5         A.   I don't know.

6         Q.   Are you aware that the debtors

7    produced certain documents and information to

8    your counsel in connection with such discovery?

9         A.   Yes.

10        Q.   And so my question for you,

11   Mr. Owoc, is the documents that have been

12   produced by the debtors to your counsel in

13   connection with that discovery, have you

14   reviewed any of them?

15        A.   To the best of my knowledge, I only

16   reviewed one document.

17        Q.   What document?

18        A.   Now, what -- I know you're going to

19   ask me what that document is and I can't recall

20   but if it comes up, I'll gladly point that out

21   to you.

22        Q.   Do you know if it was an email?

23        A.   I can't recall.

24        Q.   And when did you review that

25   document?

1          A.   I don't remember.

2          Q.   Who provided it to you?

3          A.   I don't know.  We have, I think, six

4     law firms working on this with various

5     individuals from each law firm so I can't

6     recall.

7          Q.   Mr. Owoc, are you familiar with an

8     entity called JHO Real Estate Investment, LLC?

9          A.   Yes.

10         Q.   When was that entity formed?

11         A.   I have no idea.

12         Q.   By whom?

13         A.   I don't know.

14         Q.   Do you know for what purpose it was

15    formed?

16         A.   Say the name of the entity again

17    because there's a lot of JHOs and it's been

18    confusing to everybody including Jordi Guso.

19         Q.   JHO Real Estate Investment, LLC, are

20    you familiar with that entity?

21         A.   Vaguely, yes.

22         Q.   And if I refer to JHO Real Estate,

23    will you understand that that's the entity that

24    I'm referring to?

25         A.   Yes.

1          Q.    And so --

2          A.    Yeah, more than likely, yes.

3          Q.    And if there's any confusion, you

4    just let me know.  For what purpose was JHO Real

5    Estate formed?

6          A.    To the best of my recollection, it

7    was formed as a separate corporation for the

8    Phoenix manufacturing facility.

9          Q.    Meaning to -- to own or hold the

10   Phoenix manufacturing facility?

11         A.    I asked -- I answered it the best

12   way I know how.  Anything beyond that would kind

13   of be a legal thing.

14         Q.    So is it -- I'm just asking for your

15   understanding, sir.  Is it your understanding

16   that JHO Real Estate owns or holds the Phoenix

17   manufacturing facility that you referred to?

18         A.    Asked and answered.

19         MR. GILBERT:  Excuse me, Mr. Owoc,

20         you're going to have to let me make the

21         objections and in this particular case, I

22         would object to the form of the question.

23              Counsel, do you have another

24         question for The Witness?

25

```
 1              MS. QUARTAROLO:  No, I don't.  I'd
 2         like him to answer that question, please.
 3              MR. GILBERT:  All right.  Well, you're
 4         asking -- you're asking a compound
 5         question.  Can you break it up into a
 6         noncompound set of questions?
 7    BY MS. QUARTAROLO
 8              Q.   Mr. Owoc, is it your understanding
 9      that JHO Real Estate owns or holds the Phoenix
10      facility?
11              MR. GILBERT:  If you understand the
12         question, sir, just answer it.
13              THE WITNESS:  Owns or holds?  I don't
14         understand the term holds.  It's -- I'm
15         going to give you my original answer.
16         When I say it's asked and answered,
17         that's not an objection, it's a laymen's
18         term meaning I already answered the
19         question.
20              So I already answered the
21         question but I'll gladly answer it again,
22         is we set up a special corporation, to
23         the best of my knowledge, for the Phoenix
24         facility.  Holds, owns, operates, you
25         would have to ask Irwin on a break.
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1   BY MS. QUARTAROLO

 2         Q.   So when you say we set it up, who

 3   are you referring to?

 4         A.   I'm referring to myself and certain

 5   attorneys that may have been involved.  Actually

 6   the attorneys are the ones that actually set it

 7   up.

 8         Q.   Which attorneys were those?

 9         A.   I don't know.

10         Q.   You don't know which attorneys set

11   up that entity?

12         A.   Absolutely not.  We -- I'm sure all

13   the attorneys online are aware that we had 68

14   legal cases going and eight or nine in-house

15   attorneys so I couldn't possibly remember that.

16         Q.   When was the Phoenix facility

17   purchased?

18         A.   I don't know.

19         Q.   Do you know for how long it was held

20   by JHO Real Estate?

21         A.   I don't know.

22         Q.   Where did you first learn that JHO

23   Real Estate Investment, LLC, had filed for

24   Chapter 11 protection?

25         A.   I never recall filing for Chapter 11
```

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!         305-577-1705

1    protection.

2            Q.    So sitting here today, you

3    understand that JHO Real Estate Investment, LLC,

4    filed a Chapter 11 petition, correct?

5            A.    Not necessarily, no.

6            Q.    At some point, did you learn that

7    JHO Real Estate Investment, LLC, had filed for

8    bankruptcy?

9            A.    I didn't think it did file for

10    bankruptcy.  The only thing I thought filed for

11    bankruptcy was Vital Pharmaceuticals, Inc.

12            Q.    Okay.  Mr. Owoc, you file -- we

13    looked at just a moment ago the -- the motion to

14    dismiss that you -- your counsel had filed.  Do

15    you remember that?

16            A.    Yes, ma'am.

17            Q.    Why did you authorize -- I assume

18    you authorized that filing; is that correct?

19            A.    Yes.

20            Q.    And if you filed a motion to dismiss

21    the JHO Real Estate bankruptcy, you must have

22    understood that a bankruptcy had been initiated,

23    right?

24            MR. GILBERT:  I'm sorry, I apologize

25        for interrupting, Counsel.  We need to

```
 1              just stop for one moment.  I have a call

 2              from my physician.  Stand by, please.

 3                  THE VIDEOGRAPHER:  Are we going off

 4              record, any consensus?

 5                  MS. QUARTAROLO:  I guess we can go off

 6              the record.  It's fine with me.

 7                  THE VIDEOGRAPHER:  Off the record at

 8              10:30.

 9                      (Whereupon, a brief recess was

10                  taken.)

11                  THE VIDEOGRAPHER:  Back on the record

12              at 10:32.

13                  MS. QUARTAROLO:  Madam Court Reporter,

14              can you read back the last question?  I

15              think there may have been a question

16              pending.

17                      (Whereupon, the last question was

18                  read back by the court reporter.)

19    BY MS. QUARTAROLO

20              Q.    Can you answer that question,

21      Mr. Owoc?

22              A.    I do now.

23              Q.    You do now understand that a

24      bankruptcy had been initiated; is that correct?

25              A.    Correct.
```

1          Q.    So my question for you is when did

2     you first learn that such a bankruptcy had been

3     initiated by JHO Real Estate?

4          A.    I don't recall.  I don't ever recall

5     until just now knowing that it was in there

6     because there's a lot of legal things that we

7     deal with about, it's probably about 12 hours a

8     day.

9          Q.    So did you know at the time of your

10    termination in March of 2023?

11          MR. GILBERT:  Object to the form of

12          the question.  Did you know what?

13    BY MS. QUARTAROLO

14          Q.    Did you know, Mr. Owoc, that JHO

15    Real Estate had initiated a Chapter 11

16    proceeding at the time of your termination from

17    the debtors in March of 2023?

18          A.    Are you saying that's when it

19    occurred?  Do I know that's when it occurred?

20          Q.    I'm asking if you knew at that time.

21          A.    No, I already answered that

22    question.

23          Q.    Okay.  So you claim to not have

24    known in March of 2023, but you know sitting

25    here today.  So my question for you is, at what

1   point did you learn that JHO Real Estate had

2   initiated a Chapter 11 bankruptcy proceeding?

3          A.   I think I'm just learning that now.

4          Q.   Did you know it at the time that you

5   filed the motion to dismiss?

6          A.   When was the motion to dismiss

7   filed?

8          Q.   Mr. Toresi, can you pull that

9   document up again for Mr. Owoc.

10          Do you see the date at the top of

11   this that says 6/16/23, Mr. Owoc?

12          A.   Yes.

13          Q.   So that's June 16.  As of June 16th

14   of 2023, did you know that JHO Real Estate had

15   initiated a Chapter 11 bankruptcy proceeding?

16          A.   I can't recall.

17          Q.   Do you have any information as to at

18   what point in time you learned that JHO Real

19   Estate had initiated a Chapter 11 bankruptcy

20   proceeding?

21          A.   I asked and answered that three

22   times but I'll gladly answer it again.  I think

23   I'm just learning of that now.  I could have

24   been aware of it but there's -- again, we're --

25   we're working on legal things here about ten, 12

1    hours a day.

2         Q.   What does that mean you're working

3    on legal things for ten or 12 hours a day?

4         A.   The answer speaks for itself.

5         Q.   I'm asking what you meant because I

6    don't understand it.

7         A.   I can't explain it any better.  I'm

8    sorry.

9         Q.   From -- you can take that down,

10    Mr. Teresi.  Thank you.

11         From -- from whom did you first

12    learn that JHO Real Estate Investment had filed

13    for Chapter 11 bankruptcy proceeding?

14         A.   To the best my knowledge, you.

15         Q.   When do you think I informed you of

16    that?

17         A.   During this deposition.

18         Q.   Did you ever learn that from your

19    counsel?

20         A.   If you need to know the precise

21    time, the court reporter could probably tell

22    you.

23         Q.   But is your -- just to confirm, is

24    your testimony that you first learned that

25    sitting here today?

1              A.    I can't recall.  Again, we have very
2       long legal days.
3              Q.    From whom did you -- strike that.
4                    Did you ever have conversations with
5       your counsel, anyone representing you, about JHO
6       Real Estate filing for Chapter 11 bankruptcy
7       protection?
8              A.    That would be attorney/client
9       privilege.
10             Q.    It's a yes or no question.
11             A.    My answer is attorney/client
12      privilege.
13             MS. QUARTAROLO:  Mr. Gilbert, this --
14         I'm not asking for privileged
15         communication.
16             THE WITNESS:  It sounds like you are.
17             MR. GILBERT:  All right.  Counsel,
18         when your question contains the subject
19         matter of the conversation, answering yes
20         or no would in effect be revealing the
21         substance of the attorney/client
22         communication.
23                  I don't know whether it will
24         assist you in your deposition today but
25         we will stipulate that when the motion to

 1                dismiss the JHO Real Estate Investment

 2                bankruptcy was filed, that the client was

 3                put on notice that JHO Real Estate

 4                Investment had been included in the

 5                Chapter 11 filings.

 6                    MS. QUARTAROLO:  Well, Mr. Gilbert,

 7                respectfully I think his testimony is to

 8                the contrary and I mean, it is what it is

 9                but I -- I don't think it's your place to

10                testify or try to clean up your client's

11                testimony.

12                    MR. GILBERT:  I'm not trying to clean

13                anything up.  I'm trying to move the

14                deposition along and --

15                    MS. QUARTAROLO:  Thank you.

16                    MR. GILBERT:  -- Mr. Owoc to the

17                extent that you're able to provide

18                insight into a timeframe when you learned

19                that JHO Real Estate Investments, LLC,

20                had been included in a Chapter 11

21                bankruptcy filing, please tell counsel so

22                we might be able to move on to something

23                else.

24                    THE WITNESS:  I -- I would but I can't

25                recall.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1              MR. GILBERT:  Okay.

 2    BY MS. QUARTAROLO

 3         Q.   So sitting here today, you have no

 4    information as to when you learned for the first

 5    time that JHO Real Estate filed for Chapter 11

 6    bankruptcy protection?

 7         A.   I can't recall.

 8         Q.   And do you know from whom you

 9    learned that?

10         A.   No.

11         Q.   Do you know if you learned in

12    writing or if someone told you orally?

13         A.   I can't recall.

14         Q.   When you first learned that JHO Real

15    Estate had filed for Chapter 11 protection, were

16    you surprised?

17         A.   Yes.

18         Q.   Why?

19         A.   I was alarmed because Sury

20    Rodriguez, Greg Robbins, Gregg Metzger,

21    everybody told me I owned that facility.  I

22    think there's an over abundance of written

23    communication to that effect, that I vaguely

24    recall.  I'm sure you're aware of it, Amy.

25              And I always believed that I owned
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1    that facility outright.  I had plans for that

2    facility to produce.

3            I discussed with shark -- one of the

4    sharks on Shark Tank for producing their product

5    at the facility, potential beverage.  Continuing

6    my vision was to continue to produce Bang when

7    it was sold for $3.2 billion or more, and also

8    if I had any new inventions or other third

9    parties that wanted to produce.

10           So my understanding is the facility

11   can produce 70 million cases a year at $3.50

12   totaling per case, that's quite a substantial

13   number in excess of, I believe, a quarter of a

14   billion dollars per year in profit.

15           So those were my intentions and so I

16   never had any intention of giving that facility

17   up.  I only believed that Vital Pharmaceuticals

18   was in bankruptcy.  I see that my friend Luis

19   Lluberas is on here and Jade Silver of Truist

20   who repeatedly said, along with Frank McCormack,

21   this sale of this business is going to produce

22   generational wealth.

23           They were trying to sell me on dip

24   financing and -- and take -- and doing a hostile

25   takeover of my board of directors which they did

1   effectuate.

2           And generational wealth, Jade, do

3   you remember that?  How many times did you say

4   that, Jade and Luis?  About a dozen, maybe more,

5   two dozen?

6           MR. GILBERT:  Mr. Owoc, I don't want

7           you to ask anyone questions.  You're --

8           you're going to be asked questions and I

9           need you to answer them.  Okay?

10          THE WITNESS:  Thank you, kindly.  So

11          instead of generational wealth, it looks

12          like the gross mismanage of one of the

13          most expensive bankruptcy cases in

14          history is going to actually produce

15          generational debt for my family.

16  BY MS. QUARTAROLO

17          Q.   So going back to your answer, you --

18  you say you were alarmed when you first learned

19  that -- that JHO Real Estate had filed for

20  Chapter 11 protection.  What did you do in

21  response to being alarmed?

22          A.   I don't know.  You would have to

23  speak to my attorneys, but you see that

24  Rothschild, Huron and the bank's hostile

25  takeover of our board resulted in a loss of a

1   $3.2 billion legitimate offer that Steve

2   Panagoes lied and perjured himself under oath

3   yesterday and said that it was an indication of

4   interest when it was an official offer.  Steve

5   Panagoes lied and perjured himself under oath

6   yesterday again when he claimed he couldn't

7   remember an indication of interest up to

8   $1 billion in equity by Cerberus.  He just -- he

9   couldn't remember that because he was only

10  getting paid $45,000 a month.

11            So there's lot of fraud here.

12  There's an ongoing racket of organized crime and

13  we're going to get to the bottom of this.  I

14  believe that there's going to be a senate

15  investigation and so I ask all of you on here to

16  prepare yourselves and govern yourselves

17  accordingly.

18        MS. QUARTAROLO:  So I will move to

19        strike the answer as nonresponsive.

20        THE WITNESS:  Why don't we move to

21        keep it on the record.  You know it stays

22        on the record.

23        MS. QUARTAROLO:  Mr. --

24        THE WITNESS:  Let's not engage in

25        chicanery and tomfoolery.  It stays on

```
 1        the record.
 2            MR. GILBERT:  Excuse me, excuse me,
 3        Counsel.
 4                Mr. Owoc, I'm very much aware of
 5        your feelings and the depth of your
 6        feelings on this subject.  I want you to
 7        exercise the maximum amount of self
 8        restraint.  I need you to follow the
 9        following premise:  Listen to the
10        question.  If you understand the
11        question, answer it.  If you don't
12        understand the question, say that and
13        don't answer the question.  But then stop
14        because otherwise this deposition might
15        go well past my planned retirement date.
16            THE WITNESS:  Thank you for your wise
17        counsel.
18            MR. GILBERT:  I just need you -- I
19        fully understand your feelings.  I just
20        need you to keep them in check.  Okay?
21            THE WITNESS:  Yes, sir.
22            MR. GILBERT:  All right.  Counsel, did
23        you have another question for The
24        Witness?
25
```

```
 1              MS. QUARTAROLO:  No.  Actually, I
 2         would like an answer to the question that
 3         I asked.
 4              MR. GILBERT:  Did you -- did you want
 5         to have the reporter reread the question
 6         or did you --
 7              MS. QUARTAROLO:  No, I'll -- I'll go
 8         ahead.  I got it.
 9              MR. GILBERT:  Okay.
10    BY MS. QUARTAROLO
11         Q.   Mr. Owoc, you say you were alarmed
12    when you learned that JHO Real Estate had filed
13    for Chapter 11 protection.  So my question for
14    you is what did you do in response to learning
15    that JHO Real Estate had filed for Chapter 11
16    protection?
17         A.   My attorneys were working on that.
18    There's nothing I could do.
19         Q.   Did you speak with anyone about it
20    other than your attorneys?
21         A.   You mean like go put chains and
22    locks on the door in the Phoenix facility
23    because there's nothing really I could do.  My
24    attorneys would have done that.
25         Q.   So you didn't -- you -- is it
```

1    correct, you did nothing other than speak with

2    your attorneys?

3         A.    Well, what else could I do, Amy?

4         Q.    It's just a question, Mr. Owoc.  I

5    would appreciate an answer.

6         A.    I already asked and answered it

7    several times.  Do you want me to answer it

8    again?

9         Q.    Yes, please.

10        A.    I spoke with my attorneys and let

11   them handle it.

12        Q.    And nothing else; is that correct?

13        A.    Asked and answered.

14        Q.    Did you speak with anyone other than

15   your attorneys about JHO Real Estate's Chapter

16   11 filing upon learning that it had initiated a

17   Chapter 11 bankruptcy petition?

18        A.    Asked and answered.

19        Q.    That's not an answer, Mr. Owoc?

20        A.    I already gave you that answer.  Do

21   you want the court reporter to read it back,

22   Amy?

23        Q.    No, I don't, Mr. Owoc, and I -- I

24   really -- it's not worth your time or ours or

25   your counsels to argue on the record.

 1          A.    I'm not arguing.

 2          Q.    Please answer the question and I

 3    will implore your counsel to assist in this

 4    regard so that we can move this deposition

 5    forward because we will  continue --

 6          A.    I only spoke with my attorney --

 7          Q.    -- on Monday in person.

 8          A.    -- I only spoke with my attorneys.

 9    I told you that four times.  So if you ask me if

10    I spoke with my brother, the answer would be no;

11    sister, no.  You can name the entire eight

12    billion people on the planet, the answer will be

13    no.  I spoke to my attorneys.

14          Q.    Thank you for that answer, Mr. Owoc.

15          A.    Thank you kindly for understanding

16    it.

17          Q.    When did you first learn that the

18    Phoenix facility that you referred to was among

19    the assets being sold in the sales process being

20    run by the debtors in the Chapter 11 cases?

21          A.    I can't recall.

22          Q.    Do you know if you were aware at any

23    time while you were CEO of the debtors that the

24    Phoenix facility was part of the sales process?

25          A.    Say that again, please?

1           Q.    Sure.  So prior to March of this

2    year, you were the CEO of the debtors; is that

3    correct?

4           A.    Correct.

5           Q.    And at some point -- at any point

6    while you were CEO of the debtors, were you

7    aware that the Phoenix facility was part of the

8    assets being sold by the debtors?

9           A.    I'm not sure.

10          Q.    Sorry.  You're not sure of what?

11          A.    Ask the question again, please?  I'm

12   sorry.

13          Q.    Sure.  So, Mr. Owoc, during your

14   tenure as CEO of the debtors, at some point did

15   you learn that the Phoenix facility was among

16   the assets being sold as part of the sale

17   process being run?

18          A.    What I understood is after Jade

19   Silver corrupted our board by forcing us to take

20   on a member, Steven Gray who is known as a

21   wrecking ball in the bankruptcy industry, when

22   she and Frank McCormack did the hostile

23   takeover, I understand that Andrew Sorkin and

24   you were probably involved in this, Amy, and

25   your firm wrote these two letters on behalf of

 1    three of the board members, which is a violation

 2    of their fiduciary agreement and responsibility

 3    as well as yours.

 4              You wrote these letters on behalf of

 5    those board members when you're supposed to be

 6    representing the company in its entirety and all

 7    the board and you did not, you failed to include

 8    two of the board members.  And so one of the

 9    things I believe cited in those letters that

10    Latham & Watkins wrote, which is gross

11    malpractice, is that they were going to kick me

12    off, they were going to fire me as CEO and

13    chairman of the board because I wouldn't

14    willingly give up property, be it intellectual

15    or real property.

16              So they -- they fired me and they --

17    and -- and Latham & Watkins was, excuse the

18    expression, but dumb enough to put that in

19    writing that Mr. Owoc won't give us what Monster

20    has valued as $10 million worth of intellectual

21    property and a -- and a facility that who knows

22    what it's valued at in Phoenix for hundreds of

23    millions of dollars in property.  So we're going

24    to fire Mr. Owoc.

25              So that's what happened.  Do you

1    remember those letters, Amy, because you

2    probably colluded with others to write those.

3          MS. QUARTAROLO:  I will move to strike

4          that answer as nonresponsive.

5          THE WITNESS:  Thank you.  It will stay

6          on the record.  You know that, Amy.

7          MS. QUARTAROLO:  Mr. Teresi, can you

8          bring up Exhibit 1, again.

9    BY MS. QUARTAROLO

10         Q.    We've been over this document just

11   briefly before, Mr. Owoc.  This is the motion to

12   dismiss.  Do you recall that?

13         A.    Yes.

14         Q.    And do you know if you reviewed this

15   document before it was filed by your attorneys?

16         A.    I don't believe I did.  I can't

17   recall.

18         Q.    Did you authorize its filing by your

19   attorneys?

20         A.    If my attorneys advised me to do

21   something, I listen.

22         Q.    So my question is, did you authorize

23   its filing?

24         A.    More than likely, yes.  I don't

25   think they would have done like Latham & Watkins

1    and do things behind my back, yes.

2         Q.    Which counsel -- you said you have

3    many law firms involved, which counsel

4    represents you in connection with this motion to

5    dismiss?

6         A.    I can't recall.

7         Q.    You don't know any of the counsel

8    who -- who are involved in this?

9         A.    I just know that I have a lot of law

10   firms to put up with.  Latham & Watkins and

11   Berger Singerman's weaponization of the

12   bankruptcy process, filing motions.  Everything

13   is an emergency motion, isn't it, Amy.  So yes,

14   we have lots of law firms and I don't know which

15   specific one worked on this.

16        Q.    So when you say you -- you

17   authorized its filing, do you know to whom you

18   communicated that authorization?

19        A.    No, ma'am.  I can't recall.

20        Q.    Mr. Owoc, what is the relief that

21   you're seeking through this motion?

22        A.    The main relief I'm seeking is for

23   you and your firm and all the other people who

24   fed at the trough voraciously on $67 million to

25   go away and leave me alone.

1          Q.    Are you seeking that the JHO Real

2     Estate bankruptcy is dismissed?

3          A.    You would have to ask my attorneys.

4          Q.    You don't know?

5          A.    You -- feel free to speak with Irwin

6     on a break.  We can take a break now if you'd

7     like.

8          Q.    No, I'm -- I'm entitled to know your

9     understanding and -- and that's what I'm asking

10    for.

11         A.    Okay.  So please ask your question

12    again?

13         Q.    What is your understanding of the

14    relief that you're seeking in connection with

15    this motion to dismiss?

16         A.    I don't know.  That's a legal

17    question.

18         Q.    And my question, again, is do you

19    have an understanding as to whether or not

20    you're seeking that the JHO Real Estate

21    bankruptcy would be dismissed?

22         A.    Again, I -- I would refer to my

23    attorneys.

24         Q.    Did you do any diligence or

25    investigation prior to filing this motion?

1          A.    My attorneys did diligence, yes.

2          Q.    Did you --

3          A.    When you ask me a question, you're

4     speaking of me and my attorneys so, yes, my

5     attorneys did.

6          Q.    Did you do any investigation or

7     diligence independent of whatever your attorneys

8     did?

9          A.    Not that I can recall.

10         Q.    Did you provide any documents to

11    your attorneys in connection with that diligence

12    or investigation?

13         A.    Any documents that were used were

14    provided, to the best of my recollection, by the

15    debtors.

16         Q.    And what documents are you referring

17    to?

18         A.    Whatever documents the debtor

19    provided.  I didn't look at them.

20         Q.    When you say documents provided --

21         A.    They just provided them while I was

22    on vacation several days ago, in case you

23    forgot, Amy.

24         Q.    So -- so --

25         A.    You gave us at least 24 hours to

1    look at them.  We appreciate that.

2         Q.    So, Mr. Owoc, I think you may have

3    misunderstood my question.  So --

4         A.    I don't think I did.  I -- I

5    understood it.

6         Q.    Let -- let me ask it again because I

7    think you misunderstood what I was getting at

8    and my question may have been unclear.  This

9    motion to dismiss was filed on June 16th so my

10   question for you is did you do any diligence or

11   investigation prior to the filing of this motion

12   in connection with the factual allegations that

13   are set forth in the motion to dismiss?

14        A.    Well, let's see.  You stole my whole

15   computer.  You're in possession of that.  And

16   what -- what investigation would I do?

17        Q.    It's -- it's just a question, Mr. --

18   I mean, you can answer however you want.

19        A.    The computer I used for the last,

20   you know, or at least the emails that I accessed

21   for the last 29 years of, you -- you guys took

22   possession of that.  You -- do you recall that,

23   Amy?  You came into my house and did that.  How

24   do you think the jury is going to feel about

25   that?

```
 1              Q.    What are you referring to, Mr. Owoc?

 2              A.    The computer that you guys

 3   confiscated.

 4              Q.    What computer are you referring to?

 5              A.    The one that The Court allowed you

 6   to confiscate.  You would have to ask The Court.

 7              Q.    Where is that computer now?

 8              A.    I don't know.  Ask The Court.

 9              Q.    When is the last time it was in your

10   possession?

11              A.    You took it out of my home.  I can't

12   recall.

13              Q.    When you say it was taken out of

14   your home, when was that?

15              A.    I can't recall.

16              Q.    Who took it?

17              A.    I don't know.

18              Q.    Did you give it to your counsel?

19              A.    I didn't give anything to anybody.

20   I -- I was instructed not to touch it so I did

21   not touch it.

22              Q.    Okay.  So prior to filing this

23   motion on or about June 16th, did you or your

24   counsel access the computer that you were just

25   referencing and look at any documents?
```

1    **A.**    Because the debtor was breaking the

2    law and accessing my computer illegally and

3    shutting it down illegally, I had unplugged the

4    device, I don't know, probably a month ago and

5    haven't touched it and The Court said not to

6    touch it, so I didn't touch it.  I certainly

7    couldn't access it because there was about, you

8    know, ten or so cables that were disconnected a

9    long time ago.

10    **Q.**    And you don't know where that

11    computer is now?

12    **A.**    You have it.

13    **Q.**    You believe that that's been

14    provided to the debtors?

15    **A.**    No.  I believe a third party has it

16    that you're in control of according to The

17    Court's request.

18    **Q.**    Okay.  And you -- you said a moment

19    ago that you believe that the debtor was

20    accessing that computer.  Do you recall that?

21    **A.**    Absolutely.

22    **Q.**    What do you mean by that?

23    **A.**    It's -- the answer speaks for

24    itself.

25    **Q.**    What is your basis to say that the

```
 1      debtors were accessing that computer?

 2              A.     They -- the debtors committed

 3      multiple cyber crimes and I don't know.  Are

 4      you -- are you involved in that, Amy, in those

 5      cyber crimes for the debtors, are they sharing

 6      that information with you?

 7              Q.     Mr. Owoc, respectfully --

 8              A.     -- cyber crimes, Amy.

 9              Q.     -- the questions will be --

10              A.     They're punishable by one year in

11      prison and -- and one additional year, one

12      additional subsequent year for each time that

13      you and the debtors access that.  Are you aware

14      of that, Amy?

15              Q.     So --

16          MR. GILBERT:  Mr. Owoc -- excuse me,

17          Counsel.  Mr. Owoc, again, please do not

18          ask questions.  Just do your best to

19          answer the questions that you're being

20          asked.  Okay?

21          THE WITNESS:  Yes, sir.  Yes, Counsel.

22      BY MS. QUARTAROLO

23              Q.     So, Mr. Owoc, you said that you

24      believe that the debtors were accessing that

25      computer.  So my question for you again is what
```

1   do you mean by that?

2          A.    I -- you know, I can't explain it

3   any better.

4          Q.    When do you believe that the debtors

5   were accessing that computer?

6          A.    I don't know.

7          Q.    Do you believe that there was any

8   access of that computer after your termination?

9          A.    Absolutely.

10         Q.    What is your basis for saying that?

11         A.    I have no basis, but I'm sure the

12  forensic expert will provide that information

13  for you, Amy.  If you guys don't mind, Amy, I'm

14  going to allow you to finish this line of

15  questioning, I do not want to interrupt you, and

16  then I'm going to take about a seven minute

17  break but, you know, you have about five more

18  minutes.  I don't want to interrupt your

19  questioning or anything like that.

20         Q.    You're not interrupting me.  Thank

21  you, Mr. Owoc, we can take a break now.

22         A.    Are you sure?

23         Q.    Positive.

24         A.    I'm here for you, Amy.  I'm here to

25  serve you.

```
 1              Q.    Thank you.
 2              MS. QUARTAROLO:  Are we off the
 3        record.
 4              THE VIDEOGRAPHER:  Off the record at
 5        11:01.
 6                   (Whereupon, a brief recess was
 7              taken.)
 8              THE VIDEOGRAPHER:  Back on the record
 9        at 11:14.
10   BY MS. QUARTAROLO
11              Q.    Mr. Owoc, did you speak with your
12        counsel during the break?
13              A.    Yes, for exactly -- well, roughly 18
14        seconds.
15              Q.    What did you speak about?
16              A.    That's attorney/client privilege but
17        I'm going to tell you anyhow.  He said just
18        answer the questions.
19              Q.    Anything else?
20              A.    Attorney/client privilege but it was
21        18 seconds.
22              Q.    I disagree that there's privilege
23        during the breaks but in any event, is that all
24        you spoke about?
25              A.    Yes, ma'am.
```

1          Q.    Mr. Owoc, before the petition date,

2     are you aware that when I refer to petition date

3     that that was the time that the bankruptcy cases

4     were filed on or about October 10th of 2022; do

5     you recall that?

6          A.    There was a lot of incoherent

7     rhetoric there.  If you can simplify that to a

8     question, I'll gladly answer it.

9          Q.    I'm happy to rephrase.  When I refer

10    to petition date, I will refer to the

11    October 10, 2022, date, on which the bankruptcy

12    cases were filed.  Do you understand that?

13         A.    Correct.

14         Q.    Okay.  And prior to the petition

15    date, you were the only board member of the

16    debtors; is that correct?

17         A.    I can't recall but if you say so,

18    I'll agree with you.

19         Q.    And historically prior to the

20    bankruptcy filing, the boards of the debtor

21    entities, they didn't meet for formal board

22    meetings; isn't that correct?

23         A.    Say that again, please?

24         Q.    Prior to the bankruptcy filing, in

25    or about October of 2022, the boards of which

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1    you were a member of the debtor entities did not

 2    regularly meet for formal board meetings,

 3    correct?

 4         A.    Vital -- the board members of Vital

 5    met on a daily basis.  We didn't have a formal

 6    board meeting but the members met on a daily

 7    basis.

 8         Q.    And when you say members, who are

 9    you referring to?

10         A.    I don't know.

11         Q.    You don't know who the board members

12    of Vital Pharmaceuticals were prior to the

13    petition date?

14         A.    I can't recall and I don't want to

15    guess.

16         Q.    But you know that you were on the

17    board; is that correct?

18         A.    Correct.

19         Q.    Do you recall when was the first

20    time that there was a formal board meeting of

21    Vital Pharmaceuticals?

22         A.    You're saying with all five board

23    members?

24         Q.    No, I'm saying a -- like a formal

25    board meeting with minutes and an agenda, as
```

1    opposed to an ad hoc meeting that there may have

2    been of -- of management?

3         A.    That would be with the corporate

4    records of which I have no access.

5         Q.    So all I'm asking is for your

6    recollection, sir.  Do you recall when the first

7    time that the board of Vital Pharmaceuticals

8    met?

9         A.    No.

10        Q.    Okay.  Do you recall attending a

11   board meeting on or about September 29th of

12   2022?

13        A.    I -- no, I don't readily recall

14   that.

15        Q.    Okay.  Mr. Teresi, can I ask you to

16   bring up Tab 2B.  I guess we'll mark this as

17   Exhibit 2, Owoc Exhibit 2.

18             (Whereupon, Owoc Exhibit No. 2 was

19        marked for identification.)

20   BY MS. QUARTAROLO

21        Q.    And, Mr. Owoc, from time to time

22   during today's deposition, we will show you

23   documents.  If at any point in time you want to

24   review any portion of the document that's up on

25   the screen, my colleague will also drop a PDF

1    link into the chat so that you can access that

2    document directly.

3             Do you see that that document just

4    appeared in the chat?

5        A.   Yes, ma'am.

6        Q.   Okay.  My question for you,

7    Mr. Owoc, is do you recognize this document?

8        A.   Can I see it all the way to the

9    bottom and is this the document in its entirety?

10       Q.   We're happy to scroll through.  And,

11   again, as I just referenced, you -- you have a

12   PDF that is accessible to you that you can open

13   and scroll through as well.

14       A.   I don't really know how to do that.

15   Why would all these things be redacted if this

16   was a document that I've supposedly already

17   seen?

18       Q.   This is how it was produced in the

19   bankruptcy cases.

20       A.   So there's being information

21   withheld.  Thank you.

22       Q.   Yes.  Redactions were made for

23   privilege.

24       A.   Well, if I've already seen it, why

25   would it be privileged?

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

1           Q.    I'll leave that for your counsel to

2     explain to you.

3           MR. GILBERT:   Someone may have to

4        explain it to me as well.

5     BY MS. QUARTAROLO

6           Q.    So my colleague is now scrolling

7     through these materials.  Do you see -- do you

8     see the end of the document, Mr. Owoc?  We can

9     scroll back up to the beginning.  If there's any

10    portion of it you want to see --

11          A.    It looks like there's something

12    missing at the bottom.

13          Q.    -- we can look at it.  I'm sorry.

14    Go ahead.

15          A.    It looks like there's something

16    missing at the bottom.

17          Q.    So my question for you, Mr. Owoc, is

18    have you seen this document before?

19          A.    I don't know.  Is -- is my signature

20    on it or you -- you -- I -- I noticed you left

21    off the bottom of it.  I didn't see the last

22    little piece.

23          Q.    Was there a portion of this that you

24    want to see?

25          A.    All the way at the very end.  All

```
 1   right.  And is my signature the one --

 2        Q.    Yes, the one --

 3        A.    -- the one that you didn't -- the

 4   one that you didn't forge, is -- is that

 5   signature on here or no?

 6        Q.    Why don't we go to the page that is

 7   Bates stamped and just for the record, this is

 8   the September 29th board meeting minutes

 9   VPXJHO1238.

10            We -- can we please scroll to the

11   Bates No. 1243.  Mr. Owoc, do you see that?

12        A.    Yes.

13        Q.    Is that your signature?

14        A.    Is it my forged signature?

15        Q.    I asked you a question.  Is that

16   your signature?

17        A.    I don't know, is it?

18        Q.    Mr. Owoc, I'll ask the question

19   until you answer it.

20        A.    I don't know.  It could be my forged

21   signature.  I think there's a lot of chicanery

22   going on here and I -- I don't know if that's

23   real or not.

24        Q.    Do you recall signing the board

25   minutes for the September 29, 2022, board
```

1   meeting?

2          **A.**   I do not recall.

3          **Q.**   Okay.

4          **A.**   I remember being vehemently against

5   signing board minutes.  However, that does not

6   mean that I did or did not sign this because

7   Latham & Watkins would manipulate the board

8   meetings and wouldn't let me record them or have

9   a stenographer present.

10              Do you remember that, Amy?

11         **Q.**   Mr. Teresi, can you please scroll

12   down to the last page of this document.

13              Mr. Owoc, do you know what this is?

14         **A.**   No.

15         **Q.**   Do you see up at the top it says

16   September 29th, 2022, board meeting minutes

17   final audit report; do you see that?

18         **A.**   Yes.

19         **Q.**   Do you know what a final audit

20   report from Adobe Acrobat Sign is?

21         **A.**   No, ma'am.

22         **Q.**   Do you see the -- on this page, the

23   list of the -- it's listed under history; do you

24   see that?

25              MR. GILBERT:  Can you make the

```
 1              document larger so that it can be read?
 2                   THE WITNESS:  Thank you, Irwin.  Okay.
 3              And what is the question?
 4                   MS. QUARTAROLO:  And it also is
 5              accessible.
 6    BY MS. QUARTAROLO
 7              Q.   So do you see where it says
 8    September 29, 2022, board meeting minutes
 9    history; do you see that?
10              A.   Yes.
11              Q.   Okay.  And the first thing it says:
12    Document created by Yaylin Duran; do you see
13    that?
14              A.   Yes.
15              Q.   And who is Yaylin?
16              A.   Somebody that works in VPX in-house
17    legal.
18              Q.   Is she a paralegal?
19              A.   I don't know.
20              Q.   And it says document was created by
21    Yaylin Duran and beneath that it says document
22    emailed to Frank Massabki; do you see that?
23              A.   Yes.
24              Q.   Who is Frank Massabki?
25              A.   Former general counsel prior to
```

1    Gregg Metzger.

2         Q.   And then beneath that, it says email

3    viewed by Frank Massabki; do you see that?

4         A.   Yes.

5         Q.   And then it says signor

6    FrankMassabki@bangenergy.com entered name; do

7    you see that?

8         A.   Yes.

9         Q.   And beneath that it says document

10   e-signed by Frank Massabki; do you see that?

11        A.   Yes.

12        Q.   And beneath that it says document

13   emailed to CEO@bangenergy.com for signature; do

14   you see that?

15        A.   Yes.

16        Q.   That was your email address at the

17   time you were CEO of the company; is that

18   correct?

19        A.   That was my email that you hacked

20   into and had access to, correct, yes, the

21   debtors did that.

22        Q.   That was your email?

23        A.   That was -- the debtors had access

24   to that email and had hacked into that, yes.

25        Q.   What do you mean by the debtors had

1    access to that email?

2         A.   Well, they had access to the email.

3         Q.   What is your basis for saying that?

4         A.   I have no basis but I'm sure this --

5    the biggest mistake you ever made was

6    confiscating my computer because when you did

7    forensic, forensics is going to show exactly

8    what you and Vital did.

9         Q.   Then it says beneath that, email

10   viewed by CEO@bangenergy; do you see that?

11        A.   Yes.

12        Q.   And the -- the next two entries, I

13   guess two entries down, it says --

14        A.   I'm still answering that last

15   question but, yes, but that could mean it was

16   just viewed by the debtors who had hacked into

17   my computer.

18        Q.   And it says -- two entries down, it

19   says document e-signed by Jack Owoc and it lists

20   your email address; do you see that?

21        A.   Yeah.  Can I see where it's e-signed

22   by Frank and I, please?

23        Q.   Can we scroll back up to 1243?

24        A.   Yeah.  So this is quite interesting

25   here because that's not Frank Massabki's

```
 1    signature.  It's just a -- a retread, a recopy
 2    or whatever you want to call it, just like it
 3    was with mine.  So anybody could have signed
 4    this or any other documents and we believe
 5    there's a lot of forgery going on here.  This
 6    may or may not be one of those forgeries but
 7    anybody could have affixed Frank's signature
 8    here because that's not his real signature, is
 9    it, Amy?  And that's not my real signature, is
10    it, Amy?
11         Q.    Mr. Owoc from time-to-time, did you
12    e-sign documents during your time at the
13    companies?
14         A.    E-sign, please explain.
15         Q.    Do you what -- do you know what an
16    e-signature is?
17         A.    Please explain.
18         Q.    I'm asking if you know, the answer
19    is just yes or no?
20         A.    Please explain because I don't know.
21         Q.    Okay.  So are you aware that
22    documents, agreements, contracts, any documents
23    that require a signature that there's the
24    functionality through different platforms of
25    applying a signature electronically?
```

1      **A.**   Yes, applying a signature

2   electronically and these are both, look like

3   they were applied and not real signatures and --

4      **Q.**   And you under --

5      **A.**   -- they're certainly not wet

6   signatures and they're even worse because

7   they're -- they're copy and pasted signatures.

8      **Q.**   And you understand --

9      **A.**   You believe that to be Frank

10   Massabki's real signature?  You know it's not,

11   Amy.  Come on.

12      **Q.**   So, again, I'll ask the questions

13   here, Mr. Owoc.

14      **A.**   Go ahead.

15      **Q.**   For -- during your time as CEO of --

16   of the company, from time-to-time you signed

17   documents electronically, didn't you?

18      **A.**   Yes.

19      **Q.**   And --

20      **A.**   With a real signature.

21      **Q.**   Sometimes you did that by Adobe

22   Sign; is that correct?

23      **A.**   I can't recall.

24      **Q.**   So, Mr. Owoc, is it your testimony

25   that you signed the September 29, 2022, board

```
 1   minutes?

 2        A.   Is that this document right here?

 3        Q.   It is.

 4        A.   I'll stick to my previous answers.

 5        Q.   I don't believe you answered that

 6   question.

 7             Did you electronically sign this

 8   document, the September 29, 2022, board minutes?

 9        A.   This is not an official signature.

10   It's a signature stamp and I have no way of

11   knowing I signed it because the debtors hacked

12   into my computer.

13        Q.   When you say --

14        A.   Hacked into my home computer.  They

15   hacked into my emails.

16        Q.   So, Mr. Owoc, is it your testimony,

17   sitting here today --

18        A.   It's my testimony that anybody could

19   have signed this, including you, because it's a

20   signature stamp just like Frank Massabki's.

21   It's not a real signature, Amy.

22        Q.   So, again, just --

23        A.   I mean, are you even listening to me

24   because you keep asking the same --

25        Q.   I certainly am listening to you.
```

 1              A.    I don't think you are --

 2              Q.    Mr. Owoc --

 3              A.    -- because you keep asking the same

 4      question.  It's a signature stamp, not a real

 5      signature and anybody can do that --

 6              Q.    So, Mr. Owoc --

 7              A.    -- especially somebody who has

 8      hacked into all my electronic devices.

 9              Q.    Are you done, Mr. Owoc?

10              A.    No, I'm not.  I'm still thinking.

11      Who signed this, Amy.  That's what I'm thinking.

12              Q.    So, Mr. Owoc, just frankly, out of

13      respect for the court reporter, I'm going to ask

14      that we not talk over each other because it's

15      very difficult for her, she has a hard job, it's

16      very difficult for her when we're talking over

17      each other.

18              A.    Nobody is talking over anyone.

19              Q.    So I will ask the question again.

20      Is this your electronic signature on the

21      September 29, 2022, board minutes?

22              A.    I stick to my previous answers.

23              Q.    Please answer the question, sir.

24              A.    I stick to my previous answers.

25              Q.    You have not answered that question.

1        A.    I stick to my previous answers.

2        Q.    Mr. Owoc, are you refusing to answer

3    the question?

4        A.    No, I answered the question.

5    Please, Court Reporter, Madam Court Reporter,

6    read my answer to that question back, please.

7        MR. GILBERT:  Actually, Mr. Owoc, that

8        would be at the request of one of the

9        lawyers generally so let's -- let's just

10       go forward.

11       THE WITNESS:  All right.

12   BY MS. QUARTAROLO

13       Q.    So, Mr. Owoc, respectfully, I do not

14   think that you've answered that question and so

15   I'll ask it again and we will ask it until you

16   answer the question.

17            Mr. Owoc, is it your testimony that

18   this is your e-signature on the September 29,

19   2022, board minutes?

20       A.    This is an electronic stamp, not a

21   signature and therefore your question is invalid

22   and faulty logic and I cannot answer it.  It's

23   not a real signature, Amy.

24       Q.    Mr. Owoc, did you apply the

25   electronic signature that you see on this page?

```
 1          A.    I don't know but you know, Amy, that
 2    in all the minutes and all the board meetings
 3    that you -- you forged the minutes.  You faked
 4    the minutes.  You fraudulently made the minutes
 5    and there are strings of emails telling you that
 6    you did that.  And when I tried to record the
 7    board meetings and the CTO and the CRO meetings,
 8    you blocked me and it took 20 minutes for us to
 9    proceed because you wouldn't allow me to record
10    them because they were false.  And than I
11    suggested that we use a court reporter and you
12    also blocked that because it was your, you know,
13    Berger Singerman continuously manipulating the
14    minutes to create a false narrative.
15          So you know that, Amy, there was --
16    there was long drawn-out fights on these board
17    meetings about recording the meetings, which
18    you, Andrew Sorkin and Jordi Guso let -- refused
19    to let me record the meetings to have an
20    accurate record.  So we don't know, do we, Amy?
21    But as we sit here today, I don't know if I
22    signed that or not because It's not a real
23    signature so I can't sign it.  It's a signature
24    stamp.
25          Q.    And did you apply that signature
```

1    stamp?

2          A.   I don't know, Amy.  I just told you

3    I don't know.

4          Q.   If you turn back, let's turn to

5    1238.  And --

6          A.   I believe under the law I have the

7    right to read a document in its entirety before

8    commenting on that and with all these

9    redactions, I can't read the document.  So I'm

10   going to not comment on the document because I

11   can't read it and it's -- it's -- everything is

12   redacted.  So I think you're setting up a legal

13   trap here and I'm not going to get involved in

14   it.

15         Q.   Okay.  Well, Mr. Owoc, I -- I will

16   ask you my questions.

17         A.   What is the law on me being able to

18   read the entire document, Amy?

19         Q.   I'll -- I'll invite you to speak

20   with your counsel.

21         A.   The document in its entirety, Amy.

22         Q.   Mr. Owoc, all -- respectfully, I

23   will ask the questions.  You will answer them or

24   not.  If you decline to answer --

25         A.   Whenever you say respectfully, it

1    seems like you're being disrespectful so just if

2    you're going to be disrespectful just go ahead

3    and be disrespectful.

4         Q.   I will never disrespect you,

5    Mr. Owoc.

6         A.   Oh, you have many times.

7         Q.   I -- I will ask the questions.  You

8    will answer them or you won't and if you decline

9    to answer them then we'll see you on Monday

10   morning.

11        A.   I'll answer all of your questions

12   gladly but I can't comment on an incomplete

13   redacted -- greatly redacted documents with

14   redactions in like a 52-point font.

15        Q.   Okay.  So do you see at the bottom

16   of this page, it has --

17        A.   No, I don't because I can't see the

18   entire document.

19        Q.   Do you see where it says also

20   present by invitation of the board; do you see

21   that?

22        A.   Yes.

23        Q.   And there's a list of names; do you

24   see that?

25        A.   Yes.

Jeannie Reporting
Your Wish Is Our Job!     www.jeanniereporting.com
305-577-1705

 1          Q.   And let me back up.  At the top

 2   of -- or I guess under -- under the first

 3   paragraph it says board member present; do you

 4   see that?

 5          A.   Yes.

 6          Q.   It says Jack Owoc, correct?

 7          A.   Correct.

 8          Q.   And then scrolling down to also

 9   present and then continuing on, if we can scroll

10   down to the top of the next page, you see where

11   it says Paul J. Batista, counsel to Jack Owoc in

12   his individual capacity, Genovese, Joblove &

13   Batista, PA; do you see that?

14          A.   Yes.

15          Q.   Was it your understanding that Paul

16   Batista was in attendance at this meeting?

17          A.   I have no idea.

18          Q.   You don't recall?

19          A.   I don't recall.

20          Q.   And Mr. Batista was serving as your

21   counsel at this time in September 29th of 2022,

22   correct?

23          A.   I'm not sure of the dates.

24          Q.   Do you know when you engaged

25   Mr. Batista?

1          A.    I can't recall.

2          Q.    If you turn to 1254, do you see it

3    says Exhibit B, board presentation; do you see

4    that?

5          A.    Yes, ma'am.  You're asking me to

6    comment on a document with a missing exhibit, is

7    that what you're doing, Amy?

8          Q.    No, I'm going to show you exactly

9    what I'm asking about.

10         A.    The contract is invalid if there's

11   missing exhibits.  You do know that, Amy.

12         Q.    Mr. Owoc, if you -- we can turn to

13   Page 1259, and I'll ask you, I guess, just

14   generally from time-to-time various advisers to

15   the company made presentations to the board and

16   presented board materials; do you recall that?

17         A.    You would have to be more specific.

18         Q.    Well, I guess let's talk about this

19   particular board meeting, so we saw that you

20   were in attendance at this board meeting on

21   September 29th, right?

22         A.    I don't necessarily agree with that.

23   That's what the paper says.

24         Q.    But you don't -- you don't have any

25   basis to --

1        A.    What was the --

2        Q.    -- disagree with that, right?

3        A.    -- length of that meeting?  That

4    meeting was what, 15 minutes, 14 minutes?

5        Q.    So you recall that meeting?

6        A.    Does anybody have the -- the notes

7    of how long that meeting was?  I think I might

8    have but it was like a 14-minute meeting.

9        Q.    So do you recall the meeting on

10   September 29th?

11       A.    I don't know if I recall it or not

12   but if my memory serves me correct, this was

13   about a 14-minute meeting.

14       Q.    Okay.  And during that meeting, you

15   recall various advisers to the company providing

16   you with certain information, correct?

17       A.    Not necessarily, no.  I just believe

18   that there was bunch of different topics that

19   weren't covered thoroughly and I -- if somebody

20   can look up the time of this meeting, I think

21   there was like, I don't know, a half a dozen to

22   a dozen corporations that they were discussing

23   and the call ended I believe in less than 20

24   minutes, if my memory serves me correctly, maybe

25   even 14 minutes.

```
 1          Q.    Mr. Owoc, do you see the -- the page

 2     that is on the screen before you that's Bates

 3     stamped 1259?

 4          A.    I just see a big word that says

 5     redacted.

 6          Q.    And above that, the title of this

 7     slide says objectives of bankruptcy case and

 8     related considerations; do you see that?

 9          A.    Yes, ma'am.

10          Q.    And it lists under the title -- the

11     heading, filing entities.  It lists several

12     entities, correct?

13          A.    Several?  Let's see how many, one,

14     two, three, four, five, six, seven, eight, nine,

15     ten.  Ten different entities, yeah, that we -- I

16     think we discussed in roughly 14- to 20-minute

17     timeframes.

18          Q.    And you see that JHO Real Estate

19     Investment, LLC, is listed under the heading

20     filing entities, correct?

21          A.    I did, yes.

22          Q.    And it -- the first bullet says:

23     Filing entities are borrowers or guarantors on

24     bank debt and/or have other material

25     obligations, e.g. mechanics' liens, litigations
```

1     claims; do you see that?

2           A.    Yes, ma'am, and nobody ever

3     explained that to me nor was it discussed.

4           Q.    Do you -- you do recall seeing

5     this -- these materials during the board

6     meeting?

7           A.    No, I never seen them.  This was --

8           Q.    The --

9           A.    -- this was created afterwards to

10    the best of my recollection, but this is a

11    highly redacted document so we don't know, do

12    we, Amy?

13          Q.    Mr. Owoc, what is your basis to say

14    that this document was created afterwards?

15          A.    I have no basis.  Was it created

16    afterwards?  Because I've never seen this

17    document.

18          Q.    And, Mr. Owoc, the second bullet --

19          A.    This is part -- isn't this part of

20    the minutes, this document?  Minutes are

21    generally created afterwards, sometimes two

22    weeks afterwards because you create the minutes,

23    don't you, Ms. Sorkin [sic].

24          Q.    Mr. Owoc, you understand that board

25    presentations are then -- that were presented at

 1    a -- at a board meeting are then attached to

 2    board minutes; do you understand that?

 3         A.    Say that again, please?

 4         Q.    Do you understand that board

 5    presentation materials that may be presented and

 6    made available to board members are then

 7    attached to board meeting minutes?

 8         A.    I don't know.  I just know that

 9    Latham controls everything and manipulates it

10    according to their agenda.

11         Q.    Okay.  So let's look at the second

12    bullet point here under the filing entities

13    heading.  Do you see that?  And it lists certain

14    entities that will, quote, stay out to

15    facilitate out-of-court sales of properties; do

16    you see that?

17         A.    Where is that?

18         Q.    The second bullet point, sir.

19         MR. GILBERT:  I'm sorry, could you

20         make the document larger?  And are you

21         speaking of the second bullet point of

22         the three that are now near the top of

23         the screen?

24         MS. QUARTAROLO:  Yes, I think it's

25         clear what I'm referring to.

```
 1              MR. GILBERT:  I just wanted to make
 2         sure now that I can actually read it and
 3         is it --
 4              MS. QUARTAROLO:  And, Mr. Gilbert --
 5              MR. GILBERT:  And it's the -- and it's
 6         the second one you're referring to?
 7              MS. QUARTAROLO:  Yes, and,
 8         Mr. Gilbert, there is a PDF in the chat
 9         if you would like to open it separately.
10              MR. GILBERT:  Well, I prefer not to.
11         I think it's just fine when you enlarge
12         the document.  I just want to make sure,
13         Mr. Owoc, can you see it?
14              THE WITNESS:  Yes.  Now I can.
15              MR. GILBERT:  All right.
16              MS. QUARTAROLO:  And you --
17              MR. GILBERT:  Counsel, please proceed.
18              MS. QUARTAROLO:  Thank you.
19    BY MS. QUARTAROLO
20         Q.   And so you see under that second
21    bullet point it lists certain real estate
22    entities that will, quote, stay out to
23    facilitate out-of-court sales of properties; do
24    you see that?
25         A.   Yes.
```

 1          Q.    And those three entities are JHO GA,

 2    JHO NV, and Sheridan; do you see that?

 3          A.    Will stay out to facilitate -- what

 4    is will stay out to facilitate out-of-court

 5    sales?  What does that mean?

 6          Q.    I'm just asking if you see that

 7    bullet, sir.

 8          A.    I see the bullet, yes, but I don't

 9    understand the bullet.

10          Q.    Okay.  And you -- you understand --

11    you do see on this page that there's three

12    entities that are listed in the parentheses; do

13    you see that?

14          A.    Yes.

15          Q.    Do you recall, sir, discussing the

16    proposed Chapter 11 filings with advisers to the

17    debtors during this meeting?

18          A.    No.

19          Q.    You don't recall one way or the

20    other?

21          A.    Ask the question again, please?

22          Q.    You don't recall one way or the

23    other whether there was discussion during this

24    meeting about which entities would file for

25    Chapter 11 protection; is that right?

1          A.    There wasn't any.

2          Q.    Why do you say that?

3          A.    Because we never discussed that and

4    it was never explained to me.

5          Q.    Why do you say that?

6          A.    Because it never was.

7          Q.    And --

8          A.    Didn't I just tell you earlier, I

9    was alarmed to find that out very recently,

10   alarmed.  It was never discussed.  Nobody sat

11   down with me to discuss it.  It was never ever

12   discussed.  It was a scam that you and Jordi

13   Guso pulled behind everybody's back in

14   conjunction with VPX in-house to defraud me out

15   of hundreds of millions of dollars of real

16   estate.  That's what it is.

17         Q.    And --

18         A.    Do you recall your boss, Andrew

19   Sorkin, discussing this with me or Jordi Guso or

20   anybody, no, he never did.  And you dedicated

21   about 15 to 20 minutes to this meeting where

22   there is, I don't know, about seven different

23   major corporations.  That's how important it was

24   to you.  So I -- I consider that intentionally

25   deceptive.

1          Q.    And your personal counsel at the

2     time was Paul Batista; is that correct?

3          A.    You can say he was our personal

4     counsel but he was an abject failure that

5     committed gross malpractice.

6          Q.    But he was -- he served as your

7     counsel at this time?

8          A.    No, he did not serve me in any

9     manner whatsoever.  He failed hugely.

10         Q.    He was engaged as your counsel; is

11    that correct, Mr. Owoc?

12         A.    He was engaged in committing gross

13    and continuous malpractice.

14         Q.    And did you ever discuss with

15    Mr. Batista which entities would file for

16    bankruptcy?

17         A.    Absolutely not.  Batista was an

18    abject failure.

19            MS. QUARTAROLO:  Miss -- we can take

20         this document down.  Let's mark as

21         Exhibit 3 what is Tab 3.

22              (Whereupon, Owoc Exhibit No. 3 was

23         marked for identification.)

24    BY MS. QUARTAROLO

25         Q.    And, Mr. -- Mr. Owoc, just for the

1    record, this is the declaration of John DiDonato

2    in support of Chapter 11 petitions and first day

3    pleadings.

4         A.    Is this the same John DiDonato that

5    forged signatures?  Is that who you're talking

6    about?  Are we talking about the same

7    individual?

8         Q.    Mr. Owoc, I'll ask the questions.

9    This is for the record, document --

10        A.    You told me to ask a question if I

11   didn't understand and so that I can better

12   answer this, is he the one that was also

13   involved in the hostile takeover of VPX?  Are we

14   talking about the same one who gave himself the

15   title of CEO of an energy drink company; is that

16   the one?

17        Q.    If I can just finish for the record,

18   trying to make the record clear.  I gave the

19   title of the document and this is docket No. 26

20   as filed in the bankruptcy case.

21        A.    All right.

22        Q.    My question for you, Mr. Owoc, is do

23   you recognize this document?

24        A.    No, I don't and I don't put any

25   weight or anything on anything John DiDonato

1    does.  He's a complete fraud.

2         Q.    Have you seen this document before?

3         A.    To the best of my recollection, I

4    have not seen this document before.

5         Q.    Can we scroll down to Page 5 of this

6    document?

7         A.    I see the document.  Can you make it

8    bigger so I can read it.  And then just -- all

9    right.  If I'm going to comment on this

10   document, I'm going to need to read the entire

11   thing.

12        Q.    Feel free to take your time.

13   There's a PDF link in the chat.

14        A.    I don't know how to access the PDF

15   link and so I'll just read it here on, if you

16   don't mind.  You can start with Page 1, please.

17   I can tell you when to scroll down.

18        Q.    Happy to do so.

19        A.    What's the date of this document?

20        Q.    Scroll to the top.  This is

21   October 10th of 2022; do you see that?

22        A.    Yes, if you can page down to the No.

23   2.  No, too far.  Keep going, please.  Yeah,

24   nowhere in here does it say he was ever a CEO,

25   yet he made himself CEO of an energy drink,

1    that's laughable but I'm going to continue to

2    read.

3           Q.   And, Mr. Owoc --

4           A.   Please -- please don't interrupt me

5    when I'm reading, please.

6           Q.   For the record --

7           A.   Please.

8           Q.   -- I'm happy to have you read --

9           A.   You're interrupting me --

10          Q.   -- whatever you would like.

11          A.   -- when I'm reading.  I'm reading.

12          Q.   This is a 51-page document.

13          A.   You said you weren't going to talk

14   over me for the court reporter, so please allow

15   me to read the document so I can comment on it.

16   You're messing up my train of thought.  Please

17   do not interrupt me.

18               These -- his opinions are based --

19   his -- his statements are based on his opinions.

20   Interesting.  Okay.  Please page to No. 4.

21   Five, please.  Keep going, please.  Please keep

22   going.  Please go to No. 9.  Please keep going.

23   Please keep going.  All right.  Thirteen,

24   please.  Please keep going.  Too far.  Little

25   less.  Keep going.  Keep going to No. 17.  No.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

 1    19.  Twenty.  Please continue.  Twenty-one.

 2    Keep going.

 3            Irwin, take note of No. 22, please.

 4        MR. GILBERT:  Okay.  Done.

 5        THE WITNESS:  Twenty-three, please.

 6    Irwin, take note of Dr. Escalante and

 7    Eric Hillman, each who has a deep

 8    knowledge of industries in the debtors'

 9    product.  It would be letter B.

10        MR. GILBERT:  I see that.

11        THE WITNESS:  Thank you.  Twenty-four,

12    please.  Roman Numeral No. II, please.

13    Okay.  Keep going, please.  I just need

14    to see the last previous line.  Keep

15    going, please.  A little too much.  Wait,

16    never mind, just go to 27.

17            The debtors have not funded or

18    now funded on 27, does anybody know?

19    Irwin, make sure Carl gets a copy of

20    this, please.

21        MR. GILBERT:  Okay.  We can do that.

22    Each of these exhibits are going to be

23    attached to the transcript of the

24    deposition.

25        THE WITNESS:  No. 30, please.

```
 1          Thirty-three, please.  Thirty-four,

 2    please.  Thirty-five, please.

 3    Thirty-seven.  Thirty-eight.  Forty.

 4    Forty-one.

 5          Can you go back a second?  I need

 6    to see what the FAA verdict is.  Never

 7    mind.  Hold on.  Can anybody tell me what

 8    the FAA verdict is?  Anybody?

 9       MR. GILBERT:  That's not possible

10    during the deposition.  You just have to

11    read it and make the best out of it that

12    you can.

13       THE WITNESS:  All right.  Please go

14    back to where we were.

15       MS. QUARTAROLO:  We're there.

16       THE WITNESS:  Okay.  Forty-two,

17    please.  Please keep going.  Take note of

18    43, Irwin.  Forty-four, please.

19       MR. GILBERT:  Okay.  Got it.

20       THE WITNESS:  Please continue.

21       MS. QUARTAROLO:  And, Mr. Owoc, just

22    for the record, the only questions I'm

23    going to ask you are about the first half

24    of this document that you've already

25    read.  I'm happy to sit here and have you
```

1    read the rest of the document, if you

2    insist on doing so, but I just want to

3    make that clear for the record because

4    you've already been reviewing this

5    document for about 23 minutes.

6       THE WITNESS:  Forty-six, please.

7    Forty-eight, please.  Forty-nine.  Next

8    page, letter E.  Next page.  Please take

9    note, Irwin, of chapter -- excuse me --

10    Paragraph 54.

11       MR. GILBERT:  Okay.

12       THE WITNESS:  Thank you, sir.  Next

13    page, please.  Fifty-six.  Make note of

14    57, Irwin, it's false.  Fifty-eight,

15    please.  Fifty-nine.  No. 59 is false,

16    Latham's 22 hour -- 2,200-dollar an hour

17    rates are far above everybody else.

18    Please take note.

19         Sixty is false.  Sixty-one,

20    please.  Sixty-one is false.  I believe

21    Latham & Watkins has worked with some of

22    these firms and so outlined in 62 is

23    false.

24       MS. QUARTAROLO:  Mr. Owoc, just for

25    the record, there's no question pending.

```
 1              THE WITNESS:  Please go to No. 63 and
 2         do not interrupt my train of thought,
 3         please, Counselor.  Sixty-four, please.
 4         Notice in 65, Irwin, that it's about
 5         restructuring, not a fire sale of assets.
 6              Sixty-six, please.  Sixty-seven,
 7         please.  Sixty-seven is false.  Huron was
 8         an abject failure.  People were checking
 9         into mental hospitals due to their abuse
10         at VPX, the debtor.  Sixty-nine, please.
11         Sixty-nine, Huron and Rothschild failed.
12         They were abject failures and ruined a
13         multibillion dollar business.
14              Next page, please.  Seventy,
15         please.  Seventy-one, please.
16         Seventy-two, please.  Seventy-one is
17         false.  I tried to fire Rothschild and I
18         tried to fire Huron but the bank wouldn't
19         let me.
20              Seventy-three is false.  They
21         failed.  They destroyed a multibillion
22         dollar business.  Seventy-four, please.
23         Next page, please.  Seventy-seven,
24         please.  Make note of 77 where
25         individuals fed at the trough
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1          pathetically consuming gross majority of

 2          the hundred million dollar DIP financing

 3          making it unable to restructure VPX and

 4          lying to me that the hundred million

 5          would be used to restructure.  Next page,

 6          please.

 7              MS. QUARTAROLO:  Mr. Owoc, there's no

 8          question pending.

 9              THE WITNESS:  Next page.  I'm reading.

10          Do not interrupt my reading and my train

11          of thought.

12              MS. QUARTAROLO:  I think you're

13          interrupting your own reading --

14              THE WITNESS:  You're interrupting --

15              MS. QUARTAROLO:  -- and so I would

16          encourage you to finish up.

17              THE WITNESS:  I'm doing the best I

18          can.  This is a very long document with

19          lots of big words and I need to

20          understand what I need to comment on.  I

21          think you should afford me that courtesy,

22          Amy.

23              MR. GILBERT:  Counsel, there's a long

24          way to go here.  I wonder can -- can he

25          just review this on screen but off the
```

*Jeannie Reporting*   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

```
 1        record?  Can we go off the record?

 2            MS. QUARTAROLO:  I would be happy to

 3        go off the record and have him finish

 4        reviewing this.

 5            MR. GILBERT:  All right.  So,

 6        Mr. Owoc, keep going but I'm going to go

 7        step aside -- step away for a moment.

 8            THE WITNESS:  As long as somebody

 9        could page up on the document, I'm fine

10        with that.  Seventy-eight, please.

11            MR. GILBERT:  Sorry about that.  So

12        there's a gate box, do you see it?

13            THE WITNESS:  Irwin, we hear you on

14        speaker.  Seventy-eight, please.

15        Seventy-nine, please.

16            MR. TERESI:  Mr. Owoc, I just tried

17        giving you control to scroll the

18        document.  Let me know if that worked.

19            THE WITNESS:  It does not work.

20            MR. TERESI:  Okay.

21            THE WITNESS:  It may -- put that thing

22        back on the screen and let me see if I

23        can click on it, please?  No, you had

24        like a -- a little thing.  Okay.  Then it

25        disappeared real quick.
```

 1          MR. TERESI:  I'm working on doing it

 2      again.

 3          THE WITNESS:  Okay.

 4          MR. TERESI:  There.

 5          THE WITNESS:  It still won't let me.

 6      I clicked on it.  It still won't let

 7      me --

 8          MS. QUARTAROLO:  Hold on, just one

 9      second, one second.  Mr. Gilbert, are you

10      there?

11          MR. GILBERT:  I am.

12          MS. QUARTAROLO:  Okay.  Let's go off

13      the record and finish this and you let me

14      know when The Witness is ready to answer

15      questions.

16          MR. GILBERT:  All right.

17          THE WITNESS:  I have control of the

18      document now.

19          THE VIDEOGRAPHER:  Okay.  Let's go off

20      the record --

21          MR. GILBERT:  All right.  Let's go off

22      the record then.

23          THE VIDEOGRAPHER:  Off the record at

24      12:26.

25              (Whereupon, a brief recess was

```
 1              taken.)
 2              THE VIDEOGRAPHER:  Back on the record
 3          at 1:09.
 4  BY MS. QUARTAROLO
 5          Q.   Mr. Owoc, you understand you're
 6     still under oath; right?
 7          A.   You broke up.
 8          Q.   Can you hear me?
 9          A.   Now I can, yes.
10          Q.   You understand you're still under
11     oath; correct?
12          A.   Absolutely.
13          Q.   And just prior to the lunch break,
14     you spent about 40 minutes reviewing
15     Mr. DiDonato's first day declaration; right?
16          A.   Untrue mischaracterization.
17          Q.   Can you please just answer the
18     question, Mr. Owoc.
19          A.   I did.
20          Q.   Prior to the lunch break, did you
21     spend approximately 40 minutes reviewing
22     Mr. DiDonato's first day declaration?
23          A.   I don't know.  Did you time it or
24     are you rounding up, Amy, to make it sound like
25     I spent longer than I really did and defraud the
```

```
 1    judge like you continuously do?  What are you

 2    doing?

 3           Q.   No.  I --

 4           A.   Tell me the exact time, Amy.

 5           Q.   You can answer the question,

 6    Mr. Owoc.

 7           A.   Tell me the exact time on the record

 8    since you're trying to manipulate the record

 9    like you did with the minutes in the board

10    meeting.

11           Q.   I'll move to strike at

12    nonresponsive.

13           A.   Answer the question, Amy.

14           Q.   That's now how depositions work.

15           A.   Yes, it is.  You made a false

16    statement on the record.  Clarify yourself.

17           MR. GILBERT:  Mr. Owoc, I need you to

18           resist the temptation to ask questions.

19           THE WITNESS:  If Amy is going to lie

20           on the record, I need her to clarify

21           because she said at one point it was

22           27 minutes.  And I was on about two or

23           three more minutes and she just jumped to

24           40.  So she's going take that back and

25           file one of her emergency motions with
```

```
 1            the judge, her BS emergency motions, and

 2            lie to the judge again.  So, yes, I do

 3            need to know.

 4                MR. GILBERT:  If she does that, we'll

 5            deal with it.  For now just treat her

 6            questions as questions and answer them.

 7            It could be yes.  It could be no.  It

 8            could be you don't know, but just go

 9            ahead and do your best to answer the

10            questions.  Okay?

11                THE WITNESS:  I'll try, but I'm not

12            going to let her queer the record.

13                MR. GILBERT:  Counsel.

14                MS. QUARTAROLO:  There's a question

15            pending.  I'll ask that it be read back.

16                   (Whereupon, the last question was

17                read back by the court reporter.)

18                THE WITNESS:  No.

19    BY MS. QUARTAROLO

20            Q.   Did you -- prior to the lunch break,

21       did you review Mr. DiDonato's first day

22       declaration?

23            A.   Yes, briefly.

24            Q.   The record will reflect how long it

25       took.
```

1             Mr. Teresi, can you please pull up

2      Exhibit 3.

3             This is the document that you

4      reviewed prior to the lunch break; correct,

5      Mr. Owoc?

6         A.   I don't know.  Is it, Amy, or did

7      you switch it with another document?  Why don't

8      you page to the end and let me see.

9         Q.   No problem.

10            So, again, we've scrolled through

11     this document.  Do you see it, Mr. Owoc?

12        A.   No.  Because I just noticed now that

13     you tried to defraud me again because there's an

14     exhibit on there that I just saw now that I

15     didn't see before.  Very clever try.  Good try.

16        Q.   Is there some portion of this that

17     you would like to see, Mr. Owoc?

18        A.   I don't know.  An exhibit popped up

19     and now I don't see it.  There it is.  Why did

20     you try to deceive me by not showing this

21     exhibit?

22        Q.   This has been available to you the

23     entire time.

24        A.   No, it hasn't.  You never showed me

25     this part of the document.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1      Q.    I'm not going to engage in argument

2    with you, Mr. Owoc.

3      A.    Then stop arguing.  You lost the

4    argument.  Make it smaller so I can see it.  I

5    need a minute to review this.  Let the record

6    reflect that you just tried to deceive me by not

7    showing me this part of the document.

8           Let the record show that I've never

9    seen this before.  It's another fraud by John

10   DiDonato.  Go ahead.  Proceed, Counselor.

11     Q.    So we can leave aside the exhibit

12   for just a moment.  Prior to the break, you

13   reviewed the content of the declaration itself;

14   correct?

15     A.    Yes.

16     Q.    My question for you, Mr. Owoc, is:

17   Before sitting here today during your

18   deposition, have you seen this document before?

19     A.    To the best of my knowledge, no, and

20   it's a stamped signature that's a fraud.

21     Q.    Which stamped signature are you

22   referring to?

23     A.    We talked about it extensively, Amy.

24     Q.    I'm not trying to be argumentative,

25   Mr. Owoc.

1          **A.**   Were you drinking during lunch?  We

2     talked about it extensively.

3          MR. GILBERT:  Mr. Owoc, don't do that.

4        Don't do that.

5     BY MS. QUARTAROLO

6          **Q.**   Mr. Teresi, can you scroll down to

7     Page 5.

8               Mr. Owoc, do you see the chart that

9     is listed as part of Paragraph 10 here?

10         **A.**   Yes.

11         **Q.**   And you see the fourth row in that

12    chart is JHO Real Estate Investment, LLC?  Do

13    you see that?

14         **A.**   Yes.

15         **Q.**   And you say -- you see under the

16    description column, it says "Owner of the

17    Debtors' manufacturing facility in Phoenix,

18    Arizona."  Do you see that?

19         **A.**   Yes.  That's false.

20         **Q.**   And you see at the top in the body

21    of Paragraph 10, it says "A summary of the

22    operations and purpose for each Debtor can be

23    found in the following table."  Do you see that?

24         **A.**   Yes.

25         **Q.**   Did you review this document before

1       it was filed with the court?

2              A.     Absolutely not.  And it's a stamped

3       bogus signature, and nobody ever reviewed it

4       with me.  Latham Watkins and Berger Singerman

5       never discussed it with me.  In fact, I've never

6       even had a private meeting with Latham Watkins

7       or Berger Singerman ever.  Very interesting.

8              Q.     Thank you, Mr. Owoc.

9                     We can bring this down.  Let's bring

10      up Tab 4 and mark this as Exhibit 4.

11                     (Whereupon, OWOC Exhibit No. 4 was

12                 marked for identification.)

13      BY MS. QUARTAROLO

14             Q.     Just if you can scroll out to the

15      full document, and then we can scroll back in to

16      review the contents.  Can you do it so we can

17      see the Bates stamp on the document, please.

18      There we go.

19                     So just for the record, this is an

20      email that is from Mr. Sorkin at Latham &

21      Watkins to you, Jack Owoc, dated October 9,

22      2022, and the Bates stamp is VPX-JHO1096.  Do

23      you see that, Mr. Owoc?

24             A.     Not really.  Can you make it bigger,

25      please?

1         Q.    Sure.

2         A.    I don't recognize the "to" section

3    of the email.  That's not my email address.

4         Q.    Is it your position that you never

5    received this email?

6         A.    I don't know.  How about letting me

7    read it and maybe I can answer that question.

8         Q.    Feel free.

9         A.    Is this the entire email that's on

10   the screen right now?

11        Q.    Yes, it is, sir.  It is also in the

12   chat as a PDF and available for you to use --

13        A.    I can't access that.  I've told you

14   that several times already.  Are you sure you're

15   not going to pull a fast one on me like you did

16   on the last document and leave out an exhibit?

17        Q.    Mr. Owoc, there's no gotcha here.

18        A.    I'm trying to read the document.

19   Please don't interrupt me.

20              I have no idea what he's talking

21   about, and I don't recall seeing this document.

22   And my email is not affixed on there, just my

23   name.  It says Jack Owoc ExchangeLabs, Exchange

24   Administrative Group, whatever.  There is no

25   Bang Energy CEO email on here, nor do I recall

1   ever seeing this document.

2       Q.   So you don't recall receiving an

3   email from --

4       A.   I just said that, Amy.  Are we going

5   to play this game all day?  I just said no.

6       Q.   Mr. Owoc, I've tried to be very

7   respectful of you today.

8       A.   No.  You're not being respectful.  I

9   just said that I don't recognize the email.

10  It's not my email address.

11      Q.   So my question for you for the

12  record, Mr. Owoc, is:  Do you recall receiving

13  an email on or about --

14      A.   And I said I don't recall receiving

15  this email already.

16      Q.   Okay.  We're going to have to stop

17  the deposition and resume in person on Monday if

18  you're going to continue to interrupt me.

19      A.   Do what you got to do, but if I

20  answer your question, I need you to move on,

21  Counselor.  I said I don't recognize the

22  document, and it's not my email three times.

23      Q.   I need you to let me ask my

24  question.

25      A.   Go ahead.

```
 1              Q.    Do you recall receiving an email on

 2     or about October 9 of 2022 that contained a

 3     declaration that John DiDonato was to file in

 4     court in connection with the bankruptcy filing?

 5              A.    No, I do not.

 6              Q.    Did you review a declaration that

 7     was John DiDonato's declaration to be filed in

 8     court in connection with the bankruptcy filing?

 9              A.    To the best of my knowledge, I did

10     not.

11              Q.    Let's pull up Exhibit 5, which is

12     Tab 5.

13                   (Whereupon, OWOC Exhibit No. 5 was

14                marked for identification.)

15     BY MS. QUARTAROLO

16              Q.    Just for the record, it's an email

17     from Jack Owoc to Andrew Sorkin copying others,

18     dated October 9, 2022, Bates-stamped

19     VPX-JHO1167.

20                   Mr. Owoc, have you seen --

21              A.    For the record, Amy, you

22     mischaracterized this email.  Nowhere is my

23     email on this, and there's no way to tell it's

24     from me.  Because it just says Jack Owoc, and

25     there's no Bang email or anything like that.  So
```

Jeannie Reporting
Your Wish Is Our Job!    www.jeanniereporting.com
305-577-1705

1    I would please ask you, once again, stop

2    queering the record and saying things that

3    aren't true.  Where do you see my email, Amy?

4    If you do, I'll gladly answer your question.

5            Irwin, do you see my email?

6        Q.   Mr. Owoc, at the top under -- do you

7    see where it says "from"?

8        A.   Yes.  It says my name, and that's

9    not my email address.

10       Q.   So but you agree it has your name;

11   correct?  Yes or no?

12       A.   It has my name, but that's not my

13   email address.

14       Q.   And you see that this is a response

15   to the email from Mr. Sorkin that we just looked

16   at, and the content of the email that says Jack

17   Owoc, Bang Energy CEO, CSO, says "Approved."  Do

18   you see that?

19       A.   I don't know that that's to be true

20   because that looks like another manipulated

21   document because that's not my email address.

22   Anybody could have copied and pasted my

23   signature there.

24       Q.   What is your basis --

25       A.   That doesn't look -- that doesn't

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1    look -- my basis is it's not my email.  What
 2    other basis do I need to have?  It's a pretty
 3    strong basis.
 4         Q.    I need you to let me finish my
 5    question.
 6         A.    I need you to finish let me and then
 7    I'll let you go.
 8              That's a pretty strong basis when
 9    it's not my email.
10         Q.    So, Mr. Owoc, did you send this
11    email on or about October 9 of 2020?
12         A.    To the best of my knowledge, I did
13    not, and that's not my email, so how could I
14    have sent it?
15         Q.    What is your basis to say that you
16    did not send this email on or about October 9?
17         A.    Asked and answered, Amy.  I just
18    said it's not my email.
19         Q.    Is that the only basis?
20         A.    That's a pretty good basis, don't
21    you think?  It's not my email.  Yes, it is.
22         Q.    Take that down.  Let's bring up Tab
23    6, which will be Exhibit 6.
24              (Whereupon, OWOC Exhibit No. 6 was
25         marked for identification.)
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1  BY MS. QUARTAROLO

2      Q.    For the record, this is proof of

3  claim number 654 filed in connection with JHO

4  Real Estate Investment, LLC.

5          Do you see this document, Mr. Owoc?

6      A.    Yes, I do.

7      Q.    And it is dropped into the chat and

8  available for attendees to view on their own,

9  but it is up on the screen before you.

10         Do you recognize this document,

11 Mr. Owoc?

12     A.    You would have to make it bigger and

13 let me see it.

14         I do not recognize this document.

15 When was this filed?

16     Q.    Well, there's a date up at the top

17 that is December 19 of 2022.  Do you see that?

18     A.    Yes.

19     Q.    Do you know what a proof of claim

20 is, Mr. Owoc?

21     A.    Yes.  I think after looking at this,

22 Paul Battista may have filed it, but I don't

23 know.

24     Q.    You say you think Paul Battista may

25 have filed it.  What's your basis for saying

 1     that?

 2          A.    I have no basis.

 3          Q.    Do you recall authorizing

 4     Mr. Battista to file one or more proofs of claim

 5     on your behalf?

 6          A.    Yes.

 7          Q.    Do you recall signing those proofs

 8     of claim?

 9          A.    I do not.

10          Q.    Can we scroll down to Page 7 of 11

11     of the PDF.

12               Mr. Owoc, is that your signature?

13          A.    It looks like the first real

14     signature in wet ink you showed me today, but I

15     can't guarantee that a hundred percent because

16     there's a lot of fraud being committed here.

17          Q.    Mr. Owoc, do you believe that that

18     is your signature?

19          A.    I have no way of telling because you

20     continuously commit fraud with my signatures

21     using stamped signatures.  Any one of these can

22     be manipulated and stamped as we've just seen.

23          Q.    Mr. Owoc, do you recall signing a

24     proof of claim that was filed against JHO Real

25     Estate Investments, LLC?

1          **A.**    No, I do not.

2          **Q.**    Did you review this before it was

3    filed?

4          **A.**    I can't recall.

5          **Q.**    Did you approve it for filing?

6          **A.**    I can't recall.

7          **Q.**    Do you routinely sign documents that

8    you haven't reviewed or approved?

9          **A.**    Sometimes if it's a lengthy legal

10   document, I just trusted my attorneys and sign

11   it without reading it.  I'm not a lawyer, so I

12   don't understand all the legalese.  And so if I

13   have attorneys that I trust, like I used to

14   trust Latham & Watkins and Berger Singerman and

15   my in-house counsel until they colluded together

16   and signed away my legal rights to operate apart

17   from me when I was CEO and chairman of the

18   board, yes, up until that point, I did trust

19   them.  And, unfortunately, that trust destroyed

20   my entire business -- my business down the

21   drain.

22         **Q.**    Are you done, Mr. Owoc?

23         **A.**    Yes, I am.

24         **Q.**    Mr. Battista was your counsel in

25   December 2022; right?

1          A.    That's debatable.

2          Q.    It's yes or no.

3          A.    You would have to define counsel.

4          Q.    Was he engaged as your counsel in

5    December of 2022?

6          A.    He was more disengaged than engaged.

7          Q.    Was he authorized to file this proof

8    of claim on your behalf?

9          A.    I don't know.  You would have to ask

10   Mr. Battista.  You'll get your chance soon when

11   we set him for deposition.

12         Q.    Can you see the box that is checked

13   above your signature where it says "Check the

14   appropriate box," and it's checked by "I am the

15   creditor."  Do you see that?

16         A.    No, I don't.  Oh, yes, yes, I do.

17         Q.    Do you understand that by signing

18   this document you are representing that you're a

19   creditor of JHO Real Estate Investments, LLC?

20         A.    Explain creditor.

21         Q.    Well, you signed a document that

22   checks a box that says "I'm a creditor."  What

23   did that mean to you?

24         A.    I don't know unless you explain it.

25   It's a legal term.

1          Q.    So you didn't know at the time you

2     signed this document; is that right?

3          A.    I may have known.  Someone may have

4     explained it to me.  I don't know.  I sign a lot

5     of documents.

6          Q.    And you don't remember all the

7     documents you sign; is that right?

8          A.    Absolutely not.  During a period of

9     a few months, we signed about 400 -- over --

10    let's see.  One -- 360 distributor contracts

11    along with everything else.  No, I don't,

12    neither does any CEO of a multibillion dollar

13    business.  They trust their attorneys.

14         Q.    And, sorry, just to make sure that

15    the record is clear, I think I understood your

16    response, but it's that you signed many

17    documents and you don't remember all the

18    documents you signed; right?

19         A.    You know that, Amy.  Yes, that's

20    correct.

21         Q.    We can take this down.

22               Mr. Owoc, you indicated that your

23    email address when you were the CEO of the

24    debtors was ceo@bangenergy.com; right?

25         A.    Say that again, please.

1          Q.    You understand that your email

2     address at the time you were CEO of the debtors

3     was ceo@bangenergy.com; correct?

4          A.    Incorrect.

5          Q.    What about that statement was

6     incorrect?

7          A.    Well, that was not only my email but

8     the email that the debtors were accessing and

9     using as well.

10         Q.    And what is your basis to say that

11    the debtors were accessing that email?

12         A.    Because they hacked into my

13    computer, as I told you four or five times.

14         Q.    And what is your basis?

15         A.    And, again, they hacked in -- I have

16    no basis.  The basis will show up when the

17    forensics are done on the computer you guys

18    confiscated from my house.

19         Q.    Who else at the company do you

20    believe had access to your email address

21    ceo@bangenergy.com?

22         A.    I don't know.  Didn't you guys hire

23    a high-powered CIO and give somebody a C-suite

24    title that was just a consultant for the first

25    time in 29 years at VPX?  Isn't that what you

```
1    guys did to get him to do your will?  I think it
2    is.  So maybe you should ask the CIO because I
3    don't know his name, but I hear he's very
4    proficient in all games played on computers.
5         Q.   Mr. Owoc, do you believe that anyone
6    else had access to your email address
7    CEO@bangenergy --
8         A.   And coincidentally --
9         Q.   Let me finish.
10        A.   Let me finish.
11        Q.   Mr. Owoc --
12        A.   Coincidentally --
13        Q.   -- let me finish.
14        A.   -- I was supposed to interview the
15   CIO, and I was fired on the very day I was
16   supposed to interview him.  Do you think that's
17   a consequence, Amy?
18        Q.   I'm going to ask my question again.
19   I'm going to ask you to please not interrupt me
20   until I'm done, and then I will not interrupt
21   you and you can give your whole answer.
22             Do you believe that anyone else at
23   the company during the time when you were CEO
24   had access to your email account while -- excuse
25   me ceo@bangenergy.com?
```

1          A.    Absolutely.

2          Q.    Who?

3          A.    I don't know.  Ask the CIO.

4    Apparently, there was --

5          Q.    What is your basis --

6          A.    -- a hurry to get him in there and

7    fire me so that they could do their dirty work.

8          Q.    What is your basis to say --

9          A.    The basis is the CIO.  Ask John

10   DiDonato.  I don't know.

11         Q.    So I just want to make sure I

12   understand this.  The basis is that there's a

13   CIO who came into the company after you were

14   terminated?

15         A.    He was -- I believe he was hired

16   afterwards, but you guys are so sketchy.  And

17   there's so much fraud going, he might have been

18   working behind my back before he was even hired.

19   But my basis is not him.  It's just anybody in

20   IT instructed by John DiDonato to do John's

21   dirty work.

22         Q.    Is that everything?  Do you have

23   anything more in terms of your basis for that

24   statement?

25         A.    That's not a basis.

1    Q.    It's not a basis?

2    A.    I don't know.  What is a basis?

3    Q.    What is the basis for your statement

4    that you made on the record, Mr. Owoc, that you

5    believe that someone else had access to your

6    email account ceo@bangenergy.com?

7    A.    So that I can be crystal clear, you

8    attorneys use the word "basis" different from

9    laypeople.  So what do you mean by "basis"?

10   Q.    How do you understand that term?

11   A.    I don't understand it because you

12   keep manipulating and asking questions.  And I

13   thought I might have understood it, but I don't.

14   So now I'm asking you to please define it

15   because you're using it as a legal term.  And

16   the rest of the population, Amy, does not use it

17   that way.

18   Q.    If you don't understand a question,

19   I'm happy to rephrase.

20   A.    I don't understand the word "basis."

21   I just told you that.

22   Q.    Yes, Mr. Owoc.  So why do you say

23   that?

24   A.    Why do I say what?

25   Q.    Why do you say that you believe

```
 1     someone else was having access to your email

 2     account ceo@bangenergy.com?

 3          A.   Let's see.  You forged documents.

 4     You hacked into my email.  How much more reason

 5     do you need?

 6          Q.   So when you say hacked into your

 7     email, what are you referring to?

 8          A.   Hacked into my email.  Forensics

 9     will show -- let the forensics evidence speak

10     for itself.

11          Q.   What forensic evidence are you

12     speaking to?

13          A.   The forensic evidence that will come

14     as a result of confiscating my home computer out

15     of my house.

16          Q.   Sitting here today, Mr. Owoc, are

17     you aware of any evidence that demonstrates that

18     your email account was hacked into?

19          A.   Yes.

20          Q.   What evidence is that?

21          A.   I don't know.  We're going to have

22     to recover it from the hard drive.

23          Q.   So you have no evidence today?  You

24     believe that evidence is to come in the future;

25     right?
```

1        A.    The evidence is in the hands of the

2   forensic third party that's going to investigate

3   these cyber crimes.

4        Q.    Is there a specific person who you

5   believe hacked into your email account?

6        A.    I have no idea.  All of them are

7   very deceptive, manipulative, and commit fraud

8   almost on a daily basis.

9        Q.    Is there a specific time period in

10  which you believe your email account was hacked?

11       A.    I don't know.  You would have to ask

12  John DiDonato.

13       Q.    What -- I think we established this

14  before, but I just want to make sure I

15  understand your testimony.

16              From time to time you electronically

17  signed documents; right, Mr. Owoc?

18       A.    Correct.

19       Q.    And you certainly don't contend that

20  every single one of those documents that you

21  electronically signed is a forgery; correct?

22       A.    Correct.

23       Q.    And so how would you go about

24  determining which documents you believe are ones

25  that you applied your electronic signature to

1    and ones that you didn't apply your electronic

2    signature to?

3         A.    Well, the one we just saw just shows

4    that it was a stamp of Frank Massabki and a

5    stamp of my signature, that one is obvious.  For

6    the ones that aren't so obvious, I don't -- I'm

7    not a cyber crimes or computer expert, so I

8    wouldn't know.  And I leave that up to my

9    attorneys.

10         MS. QUARTAROLO:  Let's pull up Tab 7.

11    We'll mark this as Exhibit 7.

12              (Whereupon, OWOC Exhibit No. 7 was

13         marked for identification.)

14    BY MS. QUARTAROLO

15         Q.    Let's scroll out to see the full

16    first page.  And just for the record, this is

17    also being dropped into the chat so it is

18    accessible.  For the record, this is a document

19    titled "Written Consent of Sole Member and Sole

20    Manager of Quash Seltzer, LLC."  The Bates stamp

21    is VPX-JHO128.

22              Do you see this document, Mr. Owoc?

23         A.    Yes, ma'am.

24         Q.    Do you recognize this document?

25         A.    No, ma'am.

1    **Q.**   Let's scroll down to page six.  Do

2    you see that electronic signature that is on

3    this document?

4          **A.**   Let's zoom in on that.

5          **Q.**   Sure.

6          **A.**   So on all these signature that you

7    showed me thus far, they're supposed to be in

8    wet ink or they're invalid by law.  And this

9    doesn't even look like my signature.  It looks

10   like somebody made a bad rendition of a star, so

11   I have no recollection signing this.

12             I don't drink alcohol or use any

13   other type of drugs, but I don't recognize that

14   as my signature.  Now, it could be, but it looks

15   awfully strange.  It looks like another

16   signature stamp or something.  I have no idea

17   whether I signed this or not.

18        MR. GILBERT:  Excuse me, Counsel.  Can

19        you enlarge this a little bit more?

20        MS. QUARTAROLO:  Sure.

21        THE WITNESS:  Yeah.  And I want to

22        also point out that there's no such

23        individual on planet Earth as Jack H.

24        Owoc.  I never go by that.  I would have

25        never signed that.  I go by John Owoc or

1           John H. Owoc or Jack Owoc.  I don't go by

2           Jack H. Owoc because my dad's name is

3           Jack A. Owoc.  And that's confusingly

4           similar, especially an A. and an H. in a

5           signature.  So this looks like more fraud

6           here because there is no Jack H. Owoc.

7           If you find him, tell him to give me a

8           call.

9    BY MS. QUARTAROLO

10          Q.    And can you scroll back out, please.

11          A.    Does that look like my signature to

12   you, Amy?

13          Q.    Mr. Owoc, is it your testimony that

14   you did not sign this document?

15          A.    It's my testimony that I do not

16   know, but that doesn't look like my signature.

17   And there is no Jack H. Owoc on planet Earth to

18   the best of my knowledge.

19          Q.    Let's scroll down to the next page.

20                Mr. Owoc, do you recognize this

21   page?

22          A.    No, ma'am.

23          Q.    Do you see it says "Final Audit

24   Report," and it's dated October 10 of 2022.  Do

25   you see that?

```
 1              A.    Yes.

 2              Q.    And in the history that is set forth

 3     here, similar to the prior documents that we've

 4     looked at, you can see that this shows to be a

 5     document created by Yaylin Duran, subsequently

 6     emailed to ceo@bangenergy.com for signature.  Do

 7     you see that?

 8              A.    Yes.

 9              Q.    And it shows that the email was

10     viewed by ceo@bangenergy.com.  Do you see that?

11              A.    Viewed?

12              Q.    Yes.

13              A.    Where does it say that?

14              Q.    The third bullet segment there.  Do

15     you see that?

16            MR. GILBERT:  Could you make that just

17         a little larger, please?  Thank you.

18            THE WITNESS:  Yeah.  Did you happen to

19         check where that IP address is from, Amy?

20     BY MS. QUARTAROLO

21              Q.    Mr. Owoc, my question for you is:

22     Do you see where it says email --

23              A.    That's my question for you.  There's

24     an IP address there.  Did you do your diligence

25     and check where that was signed?
```

1      **Q.**    Mr. Owoc, respectfully, you'll be

2    answering the questions today.

3          **A.**    Okay.  Go ahead.

4          **Q.**    Do you see where it says "Email

5    viewed by ceo@bangenergy.com"?

6          **A.**    Yes.

7          **Q.**    And then you see it says "Signer

8    ceo@bangenergy.com entered the name signing as

9    John Owoc"?  Do you see that?

10         **A.**    I do see that, but I don't recognize

11   these IP addresses.  And why are the IP

12   addresses different?  If I signed them, why are

13   they radically different?  They would be the

14   same IP address.

15         **Q.**    Mr. Owoc, do you understand that if

16   you view a device from -- excuse me.  If you

17   view something from one device and then you open

18   it on a different device those may have --

19   generate different IP addresses.  Do you

20   understand that?

21         **A.**    Are you saying that I did that, Amy?

22         **Q.**    I'm asking if you understand that or

23   not?

24         **A.**    I -- I might.  Yeah, I do understand

25   that.  But then why is it different?

1      Q.    And you see the second to last

2    bullet here, it says "Document e-signed by John

3    Owoc."  And that has your email address.  Do you

4    see that?

5          A.    Yes.  And the debtors could have did

6    that because they had access to my emails.

7          Q.    And what is your basis to say the

8    debtors had access to your emails?

9          A.    They did.

10         Q.    Is there any basis that you have to

11    say that?

12         A.    As I sit here today, I don't have

13    proof.

14          MS. QUARTAROLO:  Let's bring this

15          down.  Let's pull up Tab 8, which will be

16          marked as Exhibit 8.

17              (Whereupon, OWOC Exhibit No. 8 was

18          marked for identification.)

19  BY MS. QUARTAROLO

20         Q.    Scroll out so I can see the Bates

21    stamp.  For the record, this document is titled

22    "Written Consent of Sole Member and Sole Manager

23    JHO Real Estate Investment, LLC," Bates-stamped

24    VPX-JHO158.

25              Do you see this document, Mr. Owoc?

```
 1                    Sorry.  I didn't hear you.
 2          A.    Yes.
 3          Q.    Okay.  And have you seen this
 4     document before?
 5          A.    Make it a little bigger.  Page to
 6     the end.  Page to the signature.  I do note that
 7     this is the exact same signature that was copied
 8     and pasted as a stamp on the Frank Massabki
 9     document, erratically different from the last
10     document.  That's what I know.  So I don't know.
11     Do I recall seeing the document?  No, I do not
12     recall.
13          Q.    Do you recall signing this document?
14          A.    No, I do not recall signing the
15     document.  Why is this the exact same signature
16     as the Frank Massabki.  It's an exact duplicate
17     of that stamp, Amy.
18          Q.    And let's scroll down to the
19     final --
20          A.    There is Jack H. Owoc.  Who is Jack
21     H. Owoc.
22          Q.    And --
23          A.    JHO Real Estate belongs to John
24     Owoc.  There is no Jack H. Owoc.
25          Q.    You don't dispute that you go by
```

1    Jack Owoc; correct?  That's how your name is

2    labeled on your Zoom.

3         **A.**   I dispute that I don't go -- I

4    dispute that I don't -- I go by Jack H. Owoc.  I

5    do not go by that.

6         **Q.**   And on the screen before you,

7    Mr. Owoc, is the final audit report.  Do you see

8    that?

9         **A.**   Yes.

10        **Q.**   And do you see, as the previous

11   documents we looked at, this indicates the

12   document was created by Yaylin Duran.  Do you

13   see that?

14        **A.**   Yes.

15        **Q.**   And it indicates beneath that the

16   document was emailed to ceo@bangenergy for

17   signature.  Do you see that?

18        **A.**   Yes, I do.

19        **Q.**   And it indicates that the email was

20   viewed by ceo@bangenergy.com?

21        **A.**   Yes, I do.  And these documents are

22   all fraud.

23        **Q.**   And you see that it says "Signer

24   ceo@bangenergy.com entered name at signing as

25   John Owoc"?

1          A.    Doesn't John DiDonato also go by

2    ceo@bangenergy.

3          Q.    Mr. Owoc, can you respond to the

4    question, please?

5          A.    Yes.  I see it.  And every document

6    you show me, I see it, but I don't think it's

7    authentic.

8          Q.    And what is your basis to say this

9    is not an authentic document?

10         A.    Refer to my previous answer.

11         Q.    I'm asking you with respect to this

12   document.

13         A.    We just spoke about the signature at

14   length, Amy.  The signature is the exact -- it's

15   a stamp.  It's not a real signature.

16         Q.    So your basis -- just to be clear,

17   your basis is that you think that signature was

18   an electronic signature?

19         A.    Refer to my previous answer.

20         Q.    Mr. Owoc, I'll wait for you to

21   answer the questions that I'm asking.

22         A.    It's not a wet -- it's not a wet ink

23   signature as required by law, and it's a

24   signature stamp, worse yet, which could have

25   been done by anybody.

1     **Q.**   Mr. Owoc, you're no lawyer; right?

2     **A.**   Excuse me?

3     **Q.**   You're not a lawyer; correct?

4     **A.**   In most instances, I'm far more

5   intelligent than lawyers, but, no, I'm not a

6   lawyer.

7     **Q.**   And what is your basis to say that

8   wet ink signatures are required?

9     **A.**   It's my limited knowledge of the law

10  in that specific area of the law.

11    **Q.**   Does anyone advise you that wet ink

12  signatures are required in order for signatures

13  to have a binding effect?

14    **A.**   Actually, I advised my attorneys of

15  that.

16    **Q.**   And why is it that you believe that

17  is the case?

18    **A.**   It's the law.

19    **Q.**   Is there a particular law you could

20  point me to?

21    **A.**   No, I can't.  I don't memorize

22  sections of the law.  I'm just -- I'll try to

23  for you in my continued deposition tomorrow, but

24  right now I just haven't done that.  I

25  apologize.

```
 1              Q.    And just turning back to this final

 2       audit record, you see that it says "Document

 3       e-signed by John Owoc," and it has your email

 4       address there?  Do you see that?

 5              A.    Yes.  And we all see that.

 6                MS. QUARTAROLO:  Can we take this down

 7             and pull up Tab 9, which we'll mark as

 8             Exhibit 9.

 9                     (Whereupon, OWOC Exhibit No. 9 was

10                marked for identification.)

11   BY MS. QUARTAROLO

12              Q.    Let's scroll all the way out so I

13       can see the Bates stamp at the bottom.

14                   Just for the record, this document

15       is titled "Written Consent of Sole Shareholder

16       and Sole Director of Bang Energy Canada, Inc."

17       and it's Bates-stamped VPX-JHO121.  Do you see

18       that document, Mr. Owoc?

19              A.    Yes, ma'am.

20              Q.    Do you recognize this document?

21              A.    No, ma'am.

22              Q.    Have you seen it before?

23              A.    I don't know.

24              Q.    Let's scroll down to Page 6.

25              A.    There's that same fake stamp
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1     signature.  It's amazing how good I am at
 2     replicating my signature.  Wow, down to the 16th
 3     of a millimeter.
 4            MR. GILBERT:  Excuse me, Counsel.  Can
 5        you enlarge so we can see this a little
 6        better.
 7            THE WITNESS:  Yeah.  Can you enlarge
 8        so we can see the fake signature?  Very
 9        good, Counselor.  Yes.  Good forgery
10        again there.  That is a stamp signature.
11        It's not my real signature, and it's not
12        a wet ink signature.  And I am not
13        Jack H. Owoc.
14            MR. GILBERT:  Thank you.  Thank you,
15        Counsel.
16            MS. QUARTAROLO:  Thank you.  We can
17        scroll up.  Excuse me.  We can zoom back
18        out.
19  BY MS. QUARTAROLO
20        Q.   Mr. Owoc, I believe you just used
21     the word "forgery."  What is your basis to
22     believe that this document is a forgery?
23        A.   It's somebody else used a stamp of
24     my signature.
25        Q.   And what's your basis to say that
```

1    someone else applied the electronic signature to

2    this document?

3         A.    I don't know.  We'll have a forensic

4    expert look at it.  All three documents you just

5    showed me have the exact same signature down to

6    a 32nd of a millimeter, and it's a stamp.  And

7    it's a fake name.  There is no Jack H. Owoc.

8    It's a fraud.

9         Q.    I'm sorry.  Are you done?  I didn't

10   mean to cut you off.

11        A.    Thank you.  It's just more and more

12   fraud on the part of all of the professionals

13   colluding together.

14        Q.    And let's scroll down to the next

15   page.  Do you see --

16        A.    Yes.  And I see all of these.  It's

17   emailed to CEO of Bang Energy.  It's viewed by

18   CEO of Bang Energy.  Its signer is Bang Energy

19   with a fake signature.  I see it all, Amy, yes.

20   And all your answers are always going to be

21   same.  I see exactly what you see.

22        Q.    So you see all of those things on

23   this final audit report?

24        A.    Absolutely.

25         MS. QUARTAROLO:  Thank you.  Let's go

```
 1            to Tab 10, which we'll mark as Exhibit

 2            10.

 3                   (Whereupon, OWOC Exhibit No. 10 was

 4               marked for identification.)

 5    BY MS. QUARTAROLO

 6            Q.   And just for the record, this is a

 7    document titled "Written Consent of Sole Member

 8    and Sole Manager of Rainbow Unicorn BEV, LLC,"

 9    Bates-stamped VPX-JHO142.

10                   Do you see this document, Mr. Owoc?

11            A.   Yes, ma'am.  Please scroll down to

12    the signature.

13            Q.   Just for the record, my first

14    question is going to be:  Have you seen this

15    document before?

16            A.   Look at that fake signature.  Wow.

17    Fake signature.  Fake name.  Don't ever recall

18    seeing this document before.  And I agree with

19    everything you say that as Bang Energy CEO, yes,

20    it was viewed fraudulently.  It was signed

21    fraudulently and everything else.  I agree with

22    you.

23            MR. GILBERT:  I apologize.  Counselor,

24            could you go ahead and enlarge again one

25            more time.  Okay.  Thank you.  Appreciate
```

```
 1       it.

 2              THE WITNESS:  Down to the hundredth of

 3         a millimeter, Irwin.  You didn't know I

 4         was that good, did you, Irwin?

 5   BY MS. QUARTAROLO

 6         Q.   I mean we can scroll down to the

 7   next page.  Can you see this final audit record

 8   and that has the same information indicating it

 9   was emailed and signed by ceo@bangenergy.com;

10   right?

11         A.   Yes.  And signed and viewed and

12   blah, blah, blah, same as the last, but it's a

13   fraud.

14              MR. GILBERT:  I apologize for

15         interrupting.

16                Can you enlarge this page,

17         please?  Just a tiny bit more.  Scroll

18         down a little bit.  Thank you very much.

19         I need just a second.

20              MS. QUARTAROLO:  And Mr. Owoc --

21              MR. GILBERT:  Hold on just a moment.

22         I apologize.  Can we take a very short

23         break, just two minutes?

24              MS. QUARTAROLO:  Not while a question

25         is pending.
```

```
 1          MR. GILBERT:  Okay.  Go ahead and ask

 2     your question then.

 3          THE WITNESS:  No.  I agree with Amy.

 4     I'm trying to make her feel good and

 5     happy because she thinks sometimes I

 6     don't agree with her.  But I agree

 7     wholeheartedly.  It says on this document

 8     email viewed by Bang Energy, signed by

 9     Bang Energy as John Owoc.  I don't agree

10     with that because it says signing as John

11     Owoc when, in fact, it says Jack H. Owoc.

12     It's a fraudulent signature, e-signed.

13     It says that, but this is all fraudulent.

14     You know that, Amy.

15          MS. QUARTAROLO:  And --

16          MR. GILBERT:  Counsel, I just need two

17     minutes.  Then you can resume.  Thank

18     you.

19          THE VIDEOGRAPHER:  Are we going off

20     record?

21          MS. QUARTAROLO:  I suppose we are.

22          THE WITNESS:  I say we stay on the

23     record because I enjoy Amy and would like

24     to continue with her.

25          THE VIDEOGRAPHER:  Okay.  We'll stay
```

1     on the record.

2        THE WITNESS:  Thank you.

3           Just for the record, I'm sitting

4     here waiting for everybody.

5        MS. QUARTAROLO:  I think the only

6     person we are waiting for, Mr. Owoc, is

7     your counsel.

8        THE WITNESS:  Thank you kindly.

9           (Whereupon, Mr. Gilbert was having a

10          phone discussion off the record.)

11       MR. GILBERT:  Mr. Owoc, Mr. Feldman is

12    going to take over for me now.

13       THE WITNESS:  All right.  All the best

14    to you, Irwin.  You did great today.  I

15    couldn't have done it without you.

16       MR. GILBERT:  I'm not so sure, but I

17    appreciate the compliment.  And to my

18    colleagues, thank you for your time, and

19    we will see you on Tuesday, if not

20    sooner.

21       MR. FELDMAN:  This is Jonathan

22    Feldman.

23           Andrea, are you taking -- are you

24    our court reporter for the day?  You look

25    to be the court reporter.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1          THE REPORTER:  I am Andrea with

2      Jeannie Reporting.  Yes, I am the court

3      reporter today.

4          MR. FELDMAN:  Okay.  Can you hear me

5      okay, first and foremost?

6          THE REPORTER:  Yes, I can.

7          MR. FELDMAN:  Great, let's roll.

8          THE WITNESS:  Just so you know,

9      Jonathan, we just went over what appear

10      to be a string of forgeries with all of

11      the same exact stamped signature.  It's a

12      stamp, not a signature, and it's

13      definitely not a wet signature.  So it's

14      just a stamp all of them the exact same

15      down to a hundredth of a millimeter.

16          Go ahead, Amy, please proceed.

17          MS. QUARTAROLO:  And would you please

18      pull up the document that we were

19      speaking about just before we took the

20      break to accommodate Mr. Gilbert.

21  BY MS. QUARTAROLO

22       Q.   So, Mr. Owoc, before the break, we

23   were looking at what's been marked as Exhibit 10

24   and, specifically, the final audit report in

25   connection with the Rainbow Unicorn BEV, LLC,

1      written consent.  Do you see that?

2              A.    Yes, ma'am.

3              Q.    And just to complete the questioning

4      on this document, you see that on this final

5      audit report it indicates that the document was

6      emailed to ceo@bangenergy.com for signature.

7      And it also notes that it was e-signed by John

8      Owoc, and it has that email address of

9      ceo@bangenergy.com.  Do you see that?

10             A.    Yeah.  Which is fraudulent,

11     Jonathan, because when you look at the

12     signature, it says Jack H. Owoc.  Could we look

13     at the signature, please, for a second?  See, it

14     says John Owoc here.  There is no Jack H. Owoc,

15     Jonathan.  Just so you're aware, there's John

16     Owoc and there's Jack Owoc.  And this same exact

17     stamp signature here, could you make that

18     bigger, please, appears on every document down

19     to a hundredth of a millimeter.  And there is no

20     Jack H. Owoc, as it said there.  So these to me

21     are all fraudulent.  It's a stamp.  It's not a

22     real signature that's just repetitively used by

23     somebody other than myself.  To the best of my

24     knowledge there is no Jack H. Owoc.  But go

25     ahead, Amy.

1          Q.    And just based on that statement

2     right there, I want you to look -- if we need to

3     blow it up even more, we can.

4          A.    Go ahead.

5          Q.    Do you see that under that

6     e-signature, it actually says John Owoc.  Do you

7     see that?  And it has a date, October 9, 2022.

8     Do you see that?

9          A.    Yeah.  After you blew it up into

10    about a -- what is that?  Like a 72 font that

11    can't be seen with the human eye?  Yeah, it's

12    all pixilated.  Yes, I do see it now.  Very

13    good.

14         Q.    Thank you.

15         A.    You can't see it with the human eye,

16    though.

17         Q.    Let's turn to --

18         A.    Now we can see it now, Jonathan, on

19    a regular document.  It's just more deceptive

20    stuff by Latham Watkins.

21              MS. QUARTAROLO:  Mr. Owoc, we're going

22         to turn to another exhibit, which we'll

23         mark as Exhibit 11.  I'll ask that Tab 11

24         be brought up on the screen.

25

```
1              (Whereupon, OWOC Exhibit No. 11 was
2          marked for identification.)
3    BY MS. QUARTAROLO
4              Q.   And, Mr. Feldman, I know you're
5    coming in fresh to this.  We are bringing up
6    exhibits on the screen.  They're also being
7    dropped into the chat in case you would like to
8    access them directly.
9              MR. FELDMAN:  Okay.  Great.  Thank
10        you.
11   BY MS. QUARTAROLO
12             Q.   So, Mr. Owoc, just for the record,
13   this is a document titled "Written Consent of
14   Sole Shareholder and Sole Director of Vital
15   Pharmaceuticals International Sales, Inc."
16   bearing the Bates stamp VPX-JHO135.  Do you see
17   that document on the screen?
18             A.   Yes, ma'am.
19             Q.   Have you seen this document before?
20             A.   I don't know.  It looks exactly like
21   all the other documents, same title; correct?
22             Q.   You understand that each of these
23   has a different entity in the title; correct?
24             A.   How would I -- different entity.
25   Okay.  Thank you for pointing that out.  Yes, I
```

1    do now.

2         Q.   And so you -- one of the previous

3    ones we looked at was for JHO Real Estate

4    Investments, LLC, and this one is for Vital

5    Pharmaceuticals International Sales, Inc, right?

6         A.   Correct.

7         Q.   And if you scroll down to Page 6 of

8    this document.

9         A.   There's that same fake signature

10   again.  Look at that, Jonathan, down to a

11   hundredth of a millimeter.

12        Q.   And, Mr. Owoc, do you recall signing

13   this document?

14        A.   No, ma'am.

15        Q.   And if you -- if we blow that

16   signature up, do you see that beneath the

17   electronic signature it says John Owoc, and it

18   has a date, October 9, 2022.  Do you see that?

19        A.   I don't know.  That's kind of hard

20   to read.  It's pixilated, and some of it is not

21   even readable on like 100-point font.

22        Q.   Are you able to read that or not?

23        A.   I'm not able to read the time stamp,

24   no.

25        Q.   But you see it says John Owoc.  Do

1    you see that?

2         **A.**    Yes.   After you blew it up to

3    100-point font that can't be seen on the regular

4    document.  Yes, very good job, Amy.  So let's

5    put the document at hundred percent, please, so

6    that we can view it just as you would view a

7    normal document so we can see if we can see

8    that, Jonathan.  Do you mind?

9              That's a hundred percent, and you

10   definitely can't see it to the human eye.  It's

11   not visible.

12        **Q.**   So, Mr. Owoc, we're going scroll

13   down.  This is the final audit report that is

14   attached to this document.  Do you see this

15   document, Mr. Owoc?

16        **A.**   Yes, ma'am.

17        **Q.**   And you would agree that similar to

18   the other final audit reports that we looked at

19   that accompanied the other written consents that

20   this one also indicates that the document was

21   emailed to ceo@bangenergy.com for signature and

22   also notes that the document was e-signed by

23   John Owoc?

24        **A.**   Fraudulently, yes.

25          MR. FELDMAN:  Objection to form.  Go

```
 1         ahead.
 2              THE WITNESS:  Fraudulently, yes, it
 3         was -- it wasn't to John Owoc.  It was to
 4         Jack H. Owoc.
 5  BY MS. QUARTAROLO
 6         Q.   But you did see that the signature
 7    has a label under this as John Owoc; right?
 8         A.   No.  We did not see that.  You can't
 9    see it to the human eye.  After you blow it up
10    500 times in size, you can see it.  But you
11    cannot see it.  Like when somebody is signing
12    it, they can't see it.  We just showed you that,
13    Amy, so please stop trying to be deceptive.
14    Because your firm and you are habitually
15    deceptive.
16         Q.   Mr. Owoc, the commentary is
17    unnecessary.
18         A.   No, it's necessary, because we got
19    to get it on the record.
20         Q.   So you understand that this document
21    indicates that the document was e-signed by John
22    Owoc and has the email address
23    ceo@bangenergy.com?
24         A.   This document is a fraud.  It says
25    that in writing, but it's a fraud.
```

1          Q.    And what is your basis sitting here

2     today to say that the document --

3          A.    It has a fake signature, and it's

4     the same fake stamped signature on all the

5     documents.  And it's not a wet signature

6     required by law.

7          Q.    And what is your basis to say that

8     the --

9          A.    The law is the basis, Amy.  The law.

10    I told you that already.  The law is the basis

11    requiring a wet signature.  I'm sorry you didn't

12    do your homework and don't have a grasp of the

13    knowledge of the law like I do.  I wish you did,

14    but you don't.  And so I'm trying to help you

15    out.

16         Q.    Mr. Owoc --

17         A.    Free of charge.  Free of charge,

18    Amy.

19         Q.    I need you to let me --

20         A.    I'm going to do it for you free.

21    I'm going to serve you.

22         Q.    Mr. Owoc, I need you to let me get

23    my question out before you start answering it.

24    Okay?

25         A.    Absolutely.

1        Q.    What is your basis to say that this

2     document is a fraud?

3        A.    Refer to my previous answers on this

4     document and all documents.

5        Q.    Well, I don't think you've answered

6     that question in connection with this document.

7        A.    Fake signature.  Fake name.  That's

8     pretty -- basis is that word you use that I'm

9     not even sure I understand because laypersons

10    don't use basis in their terminology.

11       Q.    And when you say --

12       A.    Should we Google the word "basis" so

13    that you can get a handle on how regular

14    non-attorneys understand that word?

15       Q.    So, Mr. Owoc, you said that you

16    believe that this document bears a fake

17    signature; correct?

18       A.    Stamped signature.

19       Q.    A stamped signature?

20       A.    Which is -- and it requires a wet

21    signature, yes.  Do you, Ms. Quartarolo, in your

22    infinite wisdom believe that those signatures

23    came out exactly the same like that and I signed

24    them down to a hundredth of a millimeter exactly

25    the same?  Do you believe that a jury is going

 1    to believe that?  I don't think you do, but go

 2    ahead and move on.  The document speaks for

 3    itself.

 4        Q.    The document may well speak for

 5    itself, Mr. Owoc, but I'm asking you a question.

 6            The question is:  What is your basis

 7    to say that this document bears a fake

 8    signature?

 9        A.    Because it's a stamp and it's not a

10    wet signature.  And a stamp is even worse yet.

11    It requires a wet ink signature.  Furthermore,

12    it's a stamp, which anybody can do, anybody can

13    forge, and somebody did forge, it looks like.

14        Q.    When you say --

15        A.    Furthermore, it's signed Jack H.

16    Owoc.  So I answered your question every time.

17    You refused to listen to the answer, and then

18    you run in circles and ask nothing substantive.

19    Ask a substantive question and move on.  This is

20    why we haven't got through any documents.  I

21    know you're going to cry to the judge tomorrow

22    and say Jack Owoc was combative.  But you've

23    asked nothing substantive, and we've been here

24    for hours, Amy.

25        Q.    Are you done?  Are you done,

1      Mr. Owoc?

2              **A.**   Are you done?

3              **Q.**   No, I'm not done.  I have lots of

4      questions for you.

5              **A.**   Proceed, Counselor.  If you're not

6      done, proceed.

7              **Q.**   Is there any other basis other than

8      what --

9              **A.**   There is no other basis.  We've

10     asked and answered that.  Move on, Counselor.

11             **Q.**   I'm sorry.  I --

12             **A.**   There's no other basis.

13            MS. QUARTAROLO:  Thank you.  Let's

14          pull up Tab 12, which we'll mark as

15          Exhibit 12.

16                 (Whereupon, OWOC Exhibit No. 12 was

17             marked for identification.)

18     BY MS. QUARTAROLO

19             **Q.**   For the record, this is document

20     titled "Written Consent of Sole Member and Sole

21     Manager of JHO Intellectual Property Holdings,

22     LLC," and bears the Bates stamp VPX-JHO165.

23                 Mr. Owoc, do you see this document

24     on the screen?

25             **A.**   Absolutely.

1          Q.    Have you seen this document before?

2          A.    I don't recall.

3          Q.    We scroll down to Page 6.

4          A.    To the fake signature?  Go ahead.

5     Watch, Jonathan.  Get ready.  Boom, there it is

6     again.

7          Q.    And, Mr. Owoc, you see that this

8     document bears an electronic signature?

9          A.    Yes.

10         Q.    And do you recall signing this

11    document?

12         A.    I do not.

13         Q.    And do you have any reason to

14    believe that you did not sign this document?

15         A.    Yes.  I'm not Jack H. Owoc.

16         Q.    Is that the only basis to believe

17    that you didn't sign this document?

18         A.    The signature looks like a fake

19    stamp, and it requires a wet signature.

20         Q.    Anything else?

21         A.    I have no other basis.

22         Q.    Can we scroll down to the next page.

23               Can you see this final audit record

24    there Adobe Acrobat Sign, Mr. Owoc, on the

25    screen?

```
 1              A.   Yes, ma'am.  Yes, I do.

 2              Q.   And you would agree that this

 3    document -- excuse me, this final audit report

 4    indicates that the document was emailed to

 5    ceo@bangenergy.com for signature?

 6              A.   Mischaracterization.  I don't

 7    believe that.  I believe the document is a

 8    fraud.

 9              Q.   You believe this final audit report

10    is a fraud?

11              A.   I believe that you're a fraud.

12              MR. FELDMAN:  Objection to form.  Go

13         ahead.

14    BY MS. QUARTAROLO

15              Q.   I'm sorry.  I didn't hear the answer

16    to my question.

17              A.   I'm sorry.  What was your question?

18              Q.   Do you -- well, let's start it this

19    way.  Do you see in the second -- in the middle

20    of the page where it says "Document emailed to

21    ceo@bangenergy.com for signature"?  Do you see

22    that?

23              A.   Yes, I do.

24              Q.   And do you see the second from the

25    bottom where it says "Document e-signed by John
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1    Owoc," and it has your email address,

2    ceo@bangenergy.com?  Do you see that?

3         MR. FELDMAN:  Objection to form.  Go

4         ahead.

5         THE WITNESS:  I see it, but it doesn't

6         mean anything.

7    BY MS. QUARTAROLO

8         Q.   Why do you say it doesn't mean

9    anything?

10        A.   I see it.  It doesn't mean that the

11   document is true.  It doesn't mean that the

12   document wasn't signed by somebody else.  We

13   went over this, Amy.

14        Q.   And what is your basis to say that

15   this document --

16        A.   I have no basis.  I have no other

17   basis other than the previous basis listed a

18   dozen times.

19        MS. QUARTAROLO:  Let's pull up Tab 13,

20        Exhibit 13.

21             (Whereupon, OWOC Exhibit No. 13 was

22        marked for identification.)

23   BY MS. QUARTAROLO

24        Q.   Just for the record, this is a

25   document titled "Written Consent of Sole

1    Shareholder and Sole Director of Vital

2    Pharmaceuticals, Inc.," and it bears the Bates

3    stamp VPX-JHO151.  Do you see this document on

4    the screen, Mr. Owoc?

5         A.   Yes, ma'am.

6         Q.   Do you recognize this document?

7         A.   No, ma'am.

8         Q.   If you scroll to Page 6 of the

9    document, do you see that this document bears an

10   electronic signature?

11        A.   A stamp, yes.

12        Q.   And do you believe that you signed

13   this document?

14        A.   Let me go back to my last question.

15   That's not an electronic signature.  To the best

16   of my knowledge, it's a stamp and anybody can

17   stamp it.

18        Q.   What does that mean, anyone can

19   stamp?

20        A.   Anybody can stamp it using Adobe.

21        Q.   And why do you say that?

22        A.   Why do you -- why do you think all

23   the stamps are exactly the same?

24        Q.   I'm asking you.

25        A.   Where's the wet signature required

```
1    by law?  Are you going to go around in circles

2    again about the wet signature by law or are you

3    going to have one of your

4    2,200-dollar-attorneys-an-hour look it up?

5          Q.    Mr. Owoc, just for the record,

6    again, you are not an attorney; correct?

7          A.    Correct, ma'am.

8          Q.    And my question for you is:  Do you

9    recall signing this document?

10         A.    No, ma'am.

11         Q.    Do you have any reason to believe

12   that the electronic signature on this document

13   is not one that you applied to the document?

14         A.    I do.

15         Q.    What is that basis?

16         A.    It looks like a stamp to me, and

17   it's not a wet signature required by law.

18         Q.    Anything else?

19         A.    No.  Do you have anything else?

20         Q.    Please scroll down is to the next

21   page.

22               Do you see the final audit report

23   attached to this document?

24         A.    I do, yes, ma'am.

25         Q.    And do you see in the middle of the
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1    page where it says that this document was

2    emailed to ceo@bangenergy.com for signature?

3         A.    Yes.  Just so you know, Jonathan,

4    they hacked into my email, so this could have

5    went to anybody.

6         Q.    Mr. Owoc, do you see that on the

7    document?

8         A.    I do.

9         Q.    And do you see the second --

10         A.    I see it, but yet I don't

11    authenticate it.  But go ahead.

12         Q.    What does that mean?

13         A.    I can't explain it any better.  The

14    words speak for themselves.

15         Q.    Thank you.  Do you see that the

16    second bullet from the bottom says "Document

17    e-signed by John Owoc" and has the email address

18    ceo@bangenergy.com?

19         A.    I see but don't authenticate and

20    don't agree with it.  It's not a signature.

21    It's a stamp.  Boom.  Bam.  That's what it is.

22         Q.    Mr. Owoc, are there any of the

23    debtor entities that you authorized for filing

24    in Chapter 11 petitions?

25         A.    Explain that in layman's terms,

```
 1          please.
 2                    Q.    You understand that Chapter 11
 3          petitions were filed for Vital Pharmaceuticals
 4          and various affiliates; correct?  We established
 5          that at the beginning of this deposition?
 6                    MR. FELDMAN:  Objection to form.  Go
 7              ahead.
 8              THE WITNESS:  I just learned that
 9              recently as we established in the
10              beginning of this deposition, and I
11              understand that Latham & Watkins and
12              Berger Singerman were supposed to sit
13              down and explain this and never once did
14              we have an in-person meeting.
15                    In fact, they purposely didn't
16              have a meeting because they wanted to
17              defraud me out of hundreds of millions of
18              dollars in real estate.  Isn't that true,
19              Amy?  Were you part of that?  Because
20              that is a major fraud.
21     BY MS. QUARTAROLO
22                    Q.    Mr. Owoc, again, respectfully --
23                    A.    Never sat me down once --
24                    Q.    -- I'll be asking the questions.
25                    A.    -- and explained these bogus
```

1    filings.  Never once.  Isn't that required by

2    law?  Isn't that your fiduciary duty at Latham &

3    Watkins, Amy?

4         Q.   Mr. Owoc, respectfully, the

5    questions will be asked by me, and I need you to

6    answer them.

7         A.   You just said --

8         Q.   The commentary is inappropriate, and

9    I will raise this with the judge if we have to.

10         A.   Please raise it to him because you

11   do anyhow with all your fake emergency motions.

12   Go ahead and raise it with him and cry like a

13   little baby.  That's what you do to try to rig

14   the bankruptcy court, and it leaves a black eye

15   on the bankruptcy court because you rig it, you

16   abuse it, and you weaponize it.

17         Q.   So, Mr. Owoc, my question --

18         A.   If you want to call the judge right

19   now, we can call the judge right now.  Let's go.

20         Q.   Mr. Owoc, my question for you is:

21   Of the entities that filed for Chapter 11

22   protection on or about October 10th of 2022, did

23   you authorize the filing of any of those

24   entities?

25         A.   To the best of my knowledge, I

1    didn't authorize them, and I was defrauded by

2    Berger Singerman and Latham Watkins, who never

3    took the time to explain to me about those.

4    Furthermore, we had an offer from KDP, which I

5    believe has about a 28-billion dollar market

6    cap, a legitimate offer for $3.2 billion, and

7    Rothchild queered the deal.

8              And then Berger Singerman blocked

9    for them and conducted a faulty investigation, a

10   fraud on the missing $3.2 billion.  And when Meg

11   Liz Owoc, Meg Liz Owoc, out of marketing, asked

12   on the board call to Rothchild and Berger

13   Singerman, she asked Jordi, she said, Jordi, did

14   you --

15        Q.   So, Mr. Owoc, I'm going to interrupt

16   you because --

17        A.   -- did you take any --

18        Q.   You're unable --

19        A.   Did you take any depositions?  Did

20   you do any emails?

21        MS. QUARTAROLO:  Mr. Feldman, he's not

22        allowed to testify to privileged

23        information, privileged communications,

24        and we will shut this deposition down

25        right now.

```
1              THE WITNESS:  No.  Jonathan, they did
2         not even get any emails for discovery or
3         make any calls and 3.2 billion dollars is
4         missing.  Jordi Guso is a fraud.  He's a
5         scam.  Go ahead, Amy.  That's the answer.
6              MS. QUARTAROLO:  Mr. Feldman, we need
7         to go off the record.  I need to speak
8         with you.
9              MR. FELDMAN:  Sure.
10             THE VIDEOGRAPHER:  Hold on.  We're off
11        the record at 2:18.
12                  (Whereupon, a brief recess was
13             taken.)
14             THE VIDEOGRAPHER:  We are back on the
15        record at 2:31.
16             MS. QUARTAROLO:  I'm sorry.  We can go
17        ahead and take the document down.
18        Thanks.
19             MR. FELDMAN:  So, Ms. Quartarolo just
20        briefly -- you expressed a concern
21        regarding disclosure of attorney-client
22        privileged communications and material in
23        which the privilege is controlled by the
24        debtor.  Mr. Owoc obviously is a lay
25        witness, not a lawyer, so his
```

```
1              understanding of privilege may not be as

2              comprehensive as us -- ones a lawyer may

3              have.

4                   So to the extent he's answering a

5              question which you believe he's somehow

6              disclosing such privileged materials,

7              just request for you to politely

8              interject and address or raise that issue

9              with Mr. Owoc.  And we, of course, will

10             accommodate your request not to disclose

11             that privileged material.  Okay?

12          MS. QUARTAROLO:  Thank you.

13          MR. FELDMAN:  You're welcome.  Go

14          ahead.

15   BY MS. QUARTAROLO

16          Q.   Mr. Owoc, in January of 2023, were

17     you the sole member of JHO Real Estate

18     Investments, LLC?

19          A.   I can't recall.

20          Q.   At any point in time have you

21     been -- have there been other members of JHO

22     Real Estate Investments, LLC?

23          A.   No.

24          Q.   Just you're the sole member;

25     correct?
```

Jeannie Reporting    www.jeanniereporting.com
Your Wish Is Our Job!    305-577-1705

1         **A.**    Correct.

2              MS. QUARTAROLO:  Can we pull up Tab

3         14, which we'll mark as Exhibit 14.

4                   (Whereupon, OWOC Exhibit No. 14 was

5              marked for identification.)

6    BY MS. QUARTAROLO

7         **Q.**    And just for the record, this is a

8    document titled "JHO Real Estate Investment,

9    LLC, Action by Unanimous Written Consent of

10   Member and Managers In Lieu of Meeting,

11   Effective January 7, 2023," and bearing the

12   Bates stamp VPX-JHO112.  Do you see this

13   document, Mr. Owoc?

14        **A.**    Make it a little bigger, please.

15        **Q.**    Do you see the document on the

16   screen, Mr. Owoc?

17        **A.**    Yes.  Just a little smaller, please.

18   Page to the end of the document, please.

19        **Q.**    So my question for you, Mr. Owoc, is

20   going to be:  Have you seen this document

21   before?

22        **A.**    Not that I can recall.

23        **Q.**    If we scroll to the page for the

24   signatures, Mr. Owoc, do you see that there's an

25   electronic signature under "Member."  Do you see

1    that?

2           **A.**    Make that bigger, please.  Yeah, so

3    as usual, you can see that these are both

4    stamps.  They're not signatures and they're

5    certainly not in wet ink.  Anybody could have

6    stamped these on there.

7           **Q.**    Do you specifically recall e-signing

8    this document?

9           **A.**    I do not.

10          **Q.**    Do you have any reason to believe

11   that you did not electronically sign this

12   document?

13          **A.**    Yes.  Because I didn't sign this.

14   Those aren't signatures and they're certainly

15   not wet ink signatures.

16          **Q.**    I guess -- so leaving aside the wet

17   ink signature, which we can debate with your

18   counsel, in terms of electronic signatures, do

19   you have any reason to believe that you did not

20   apply your electronic signature to this

21   document?

22          **A.**    Those are not electronic signatures.

23   They're a stamp.

24          **Q.**    What do you mean by stamp?

25          MR. GILBERT:  Objection to form.

1          THE WITNESS:  So are you -- so,

2          question, are you saying that I can sign

3          these the exact same way down to the

4          hundredth of a millimeter?  Or are they

5          stamped, Amy?  They're stamps.

6    BY MS. QUARTAROLO

7          Q.    What does that mean, sir?

8          A.    A stamp is -- a stamp is something

9    that anybody can take and affix to a document

10   like this.  If you page down to the director's

11   signature, I can make that abundantly clear as

12   well.

13         Q.    So we'll stay here.  I want to ask

14   you --

15         A.    Let's stay -- let's go down to the

16   signature so we can resolve this one point.  You

17   asked a question.

18         Q.    Mr. Owoc, respectfully, I'm asking a

19   question about these signatures.

20         A.    These are stamps.  They're not

21   signatures.  I just told you that.

22         Q.    And what is your basis to say that

23   this is a stamp?

24         A.    I just answered that.

25         Q.    What is a stamp, sir?

```
 1            A.   I'm trying to explain to you, but
 2      you won't let me.  So let's move on, Counselor.
 3      I offered to help you by going to the other
 4      signatures, but you don't want to do it.
 5            Q.   We can go to the other signatures.
 6            MR. FELDMAN:  Mr. Owoc, just answer
 7            the questions best you can, sir, and then
 8            let's just keep moving forward.  Thank
 9            you.
10      BY MS. QUARTAROLO
11            Q.   What do you mean by stamp in
12      reference to these electronic signatures?
13            A.   Those are exact same stamps.
14      They're not a signature.  They're a copy and
15      pasted stamp.  Anybody can do it.  You can do
16      it.  Jonathan can do it.  Anybody can do it.
17      They're the exact same.
18            Q.   And what --
19            A.   Do you think that was -- that I did
20      those both down to hundredth of a millimeter or
21      are they just copied?  They're copied.  You know
22      they are.  And thank you for showing this
23      document and proving my point.
24            Q.   Mr. Owoc, what is your reason to
25      believe that you did not apply this signature or
```

```
1    stamp, whatever it is you want it call it, to

2    this document?

3            MR. FELDMAN:  Form.

4            THE WITNESS:  Well, because it's a

5        fake.  It's not a wet ink signature

6        required by law.

7    BY MS. QUARTAROLO

8            Q.   What is your basis to say that this

9    is a fake?

10           A.   Because it's a stamp.

11           Q.   And if we scroll back up to the

12   first page, Mr. Owoc, do you recall receiving

13   this document?

14           A.   No.

15           Q.   Mr. Owoc, do you recall in or about

16   January 7 of 2023 certain changes to the

17   governance of the debtors boards were made?

18           A.   The governance of the debtors?  The

19   board of directors?

20           Q.   Correct.

21           A.   I can't recall the date, but there

22   was a point in time where they were changed.

23           Q.   And do you have any reason to

24   believe that wasn't on or about January 7 of

25   2023?
```

1        **A.**    I have no recollection either one

2    way or the other.

3        **Q.**    And do you see, sir, that this --

4    you see the title of this document references

5    JHO Real Estate Investment, LLC; right?

6        **A.**    Yes.

7        **Q.**    And if you look at the end of the

8    first paragraph here, it reads -- and I will --

9    so it says the -- let me start at the beginning,

10   just to make this clear, it says "The

11   undersigned, comprised of the sole member and,

12   after giving effect to their respective

13   appointments, all the managers of JHO Real

14   Estate Investment, LLC."  Do you see that?

15       **A.**    Yeah.

16       **Q.**    And then at the end of that

17   paragraph, it says "Consent and agree to the

18   authorization, approval and adoption of the

19   following resolutions."  Do you see that?

20       **A.**    Yeah.  But those -- these

21   individuals were never managers.  There's only

22   one manager and that's me, and that's reflected

23   on the corporate documents before, again, John

24   DiDonato forging them.

25       **Q.**    Mr. Owoc --

1      A.   Saying he was the CEO.  John forged

2    that, said he was the CEO, without any authority

3    from me as the managing member.

4          Q.   Do you understand the difference --

5          A.   Managing member, as you can see

6    here.

7          Q.   Are you done?

8          A.   Yes.

9          Q.   Do you understand the difference

10   between a member of an LLC and a manager of an

11   LLC?

12         A.   Not really, no.

13         Q.   Okay.  And then if you look at the

14   first "whereas" clause, about two thirds of the

15   way --

16         A.   I have to look, too, to see who

17   signed this because I -- you know, without

18   having to read -- I have the right to read the

19   whole document, but I at least want to see and

20   page down and see who signed this.

21         Q.   Sure.  We can absolutely go back to

22   the signature pages.  We looked at yours, and we

23   can look at the others as well.

24         A.   Let me look at mine real quick.  If

25   you can blow those up a little bit.  So we

1    notice that the other three board members did

2    not sign underneath me.  Go ahead.

3         Q.    If you would like to scroll down to

4    the next page, you see there are electronic

5    signatures for Bob Dickinson, Stephen Gray, Eric

6    Hillman, and Steven Panagoes; do you see that?

7         A.    I see that they are all stamps, yes.

8    This is what I was referring to as a stamp, not

9    an authentic signature and certainly not a wet

10   signature as required by law.

11        Q.    And can we scroll -- did you want to

12   look at anything else on this page, sir?

13        A.    I just want to make note to Jonathan

14   how their signatures are affixed in one area and

15   mine in another.

16        Q.    Can we scroll back up to the top,

17   please.

18              If you look at the "whereas" clause,

19   the first one on this page, it reads "Whereas,

20   on October 10, 2022, the LLC and certain of its

21   affiliates filed voluntary petitions for relief

22   under Title 11 United States Code."  Do you see

23   that?

24        A.    Yes, ma'am.

25        Q.    And you see up at the top in, I



1    guess, the third line of the paragraph "LLC is

2    defined as JHO Real Estate Investment, LLC."  Do

3    you see that?

4         A.    Yes, ma'am.

5         Q.    Let's look at the page number, the

6    Bates number at the bottom is 114.  And you see

7    here, sir, that it lists four individuals --

8    Mr. Owoc, Eric Hillman, Bob Dickinson, and

9    Mr. Panagoes -- as managers of the board of JHO

10   Real Estate?

11        A.    They were never managers of the

12   board, and I would never authorize them to be

13   managers, nor did I authorize any of this.  I

14   would never put this facility into bankruptcy

15   because it could produce a quarter of a billion

16   dollars a year and extremely high profits.  So I

17   would never willingly put this in.  Nobody

18   explained it to me and the signatures are all

19   very suspect.

20        Q.    But you don't dispute that that's

21   what this document says, right, that those four

22   individuals, yourself included, are managers of

23   JHO Real Estate?

24        A.    I think the document is a fraud, and

25   they're not managers and they've never been.

1    And if you look up the corporation online,

2    unless John DiDonato fraudulently changed it

3    again like he did in the first place, that would

4    not be reflected thereon.

5         Q.    But you don't dispute that those

6    four names are listed on this page; correct?

7         A.    On this page, yes, which means

8    nothing.

9         Q.    Thank you.  Can you scroll down to

10   116.  And in the middle of the page, do you see

11   the heading "Election of the Additional

12   Managers"?

13        A.    Yes.

14        Q.    I'll give you just a second.  I

15   don't want to read it into the record

16   necessarily, but I'll give you just a second to

17   read that section.  It's pretty short.

18        A.    Which section are we reading?

19        Q.    Under title or the heading "Election

20   of Additional Managers."

21        A.    Yes.  I've never seen this before,

22   nor would I authorize it.  Keep in mind,

23   Mr. Dickinson was fired on his first day, fired

24   on his first day, and they put him back on the

25   board without my permission because he colluded

1      with Eric Hillman and tried to force him to take

2      the side of him and Steve Dickinson.  His very

3      first day, he was openly fired in front of 34

4      people.

5              Mr. Gray ended up being the corrupt

6      board member put on and forced upon us by the

7      bank.  Both of these members are over 80 years

8      old and were highly incompetent and basically

9      half dead whenever we did any of these meetings.

10     Have no right being board members in an energy

11     drink whose average consumer is 20 years old,

12     which is 400 percent younger than these

13     individuals.  If they drank a sip of an energy

14     drink, they would die instantly.

15         Q.   So, Mr. Owoc, you don't dispute that

16     this document lists yourself, Mr. Hillman,

17     Mr. Dickinson, Mr. Panagoes, and Mr. Gray as the

18     managers of JHO Real Estate; correct?

19         A.   This document lists that, but this

20     document is a fraud.  And I never agreed to

21     that, and this is not what the records -- the

22     corporation records, the real ones, reflect.

23         Q.   And when you say this document is a

24     fraud, what is your basis to say that?

25         A.   The whole thing is a fraud.  To the

```
 1   best of my knowledge, I've never seen it before,

 2   and I would never put Dickinson on anything

 3   because he proved to be corrupt the very first

 4   day he was on the board when he colluded with

 5   Steve Panagoes, who is also corrupt, to sway the

 6   vote of Mr. Hillman and actually threatened

 7   Mr. Hillman who complained about it, as you

 8   know, Amy, openly in the board minutes that you

 9   took.

10        Q.   So, Mr. Owoc, I just want to ask

11   about something you just said.  You don't

12   dispute, do you, that Mr. Dickinson attended

13   board meetings and acted as a board member after

14   you purport to have fired him; right?

15        A.   I don't dispute that, no, but he was

16   not authorized.  He was fired.  He was fired

17   when I was the CEO, chairman of the board, and

18   sole shareholder and had the complete right to

19   do so.

20        Q.   And when was it that you indicate or

21   claim that you terminated Mr. Dickinson?

22        A.   I think I terminated him within 24

23   hours of hiring him after he -- after Eric

24   Hillman vehemently complained, that you heard,

25   that Andrew Sorkin heard, that Jordi Guso heard.
```



```
 1        On the line he complained vehemently that Bob
 2   Dickinson threatened Eric Hillman, threatened
 3   him, and he wasn't even there 24 hours, to the
 4   best of my recollection, and threatened him and
 5   said you better vote against Jack Owoc and vote
 6   with me and Steve Panagoes and it's just a
 7   disgraceful individual.  And I fired him
 8   immediately with 34 people present.  You don't
 9   dispute that, do you, Amy?  Because you were on
10   that call, weren't you, when I told him to leave
11   the call now you're fired.
12        Q.   And was that in December of 2022?
13        A.   I don't know.  Ask Andrew Sorkin
14   because I distinctly remember him being on the
15   line.
16        Q.   But you don't remember?
17        A.   It was Bob Dickinson's first or
18   second day.  You can look it up.
19        Q.   And between that day and your
20   termination as CEO in March, several months
21   later, Bob Dickinson continued to participate as
22   a board member; correct?
23             MR. FELDMAN:  Form.
24             THE WITNESS:  I never recognized him
25        as a board member, and, furthermore,
```

 1              Jonathan, I fired Dickinson, Panagoes,

 2         and Gray because sales dropped 57 percent

 3         because of their continuous habitual bad

 4         decisions.  They have no business being

 5         on the board of an energy drink.  They're

 6         all clueless as you can see yesterday in

 7         Mr. Panagoes' deposition where he

 8         perjured himself several times.

 9   BY MS. QUARTAROLO

10         Q.   And just to make the record clear,

11   Mr. Owoc, you indicated that you believe this

12   document is a fraud, and I want you to state for

13   the record all reasons why you think this

14   document is a fraud.

15         A.   I just think these signatures are

16   wrong, and I would never authorize this

17   document.

18         Q.   Anything else?

19         A.   No, ma'am.  We can continue, please,

20   Counselor.

21         Q.   We can take it down.

22              Mr. Owoc, are you -- sitting here

23   today, are you aware that the Phoenix facility

24   is among the assets that are being sold as part

25   of the sale process the debtors are pursuing?

1          A.    I don't understand the terminology

2     "sitting here today" as opposed to sitting here

3     tomorrow or yesterday?

4          Q.    No.  Well, I am deposing you today;

5     correct?

6          A.    Correct.

7          Q.    So today based on your knowledge,

8     are you aware that the Phoenix facility is among

9     the assets that are being sold as part of the

10    debtors sale process?

11         MR. FELDMAN:  Objection, form.

12         THE WITNESS:  I think -- I think the

13         debtors committed fraud on all the

14         potential prospective bidders and

15         everybody else and made them think that

16         they were part of the sale when, in fact,

17         they're not.  They're being contested.

18         And they are owned outright by me.

19    BY MS. QUARTAROLO

20         Q.    What does that mean, they're being

21    contested?

22         MR. GILBERT:  Objection, form.

23         THE WITNESS:  Didn't you just show me

24         a motion that we filed saying that they

25         were contested?  I don't know.

1    BY MS. QUARTAROLO

2         Q.    So when did you first become aware

3    that the Phoenix facility was part of the assets

4    being sold by the debtors?

5         A.    Very recently as I told you 16 times

6    now.

7         Q.    And do you have an estimate of when

8    that was?

9         A.    Very, very recently.

10        Q.    Like within the last month?

11        A.    And as I pointed out earlier,

12   Jonathan, the vice president of finance told me

13   I owned the facility.  Everybody told me I owned

14   the facility.  In fact, I sent an email very

15   clearly telling Andrew Sorkin and John DiDonato

16   and all the key stakeholders and Huron

17   Consulting Group and Rothchild and everybody

18   when we were doing the dip financing, make sure

19   that this is in my best interest.

20             And I believe it said something on

21   there that I owned these facilities.  I made

22   sure over and over.  I asked them to make sure

23   this was in my best interest.  Gregg Metzger

24   acknowledged and he said he would, and then he

25   went behind my back, Jonathan, and signed some

1   legal document when I was the CEO of the company

2   and chairman of the board with Berger and Latham

3   signing away my legal rights and circumventing

4   me as the CEO.  It's a complete fraud.

5       Q.   So I'm going to ask my question

6   again.  I think it's a fairly simple and

7   straightforward one, which is:  When did you

8   first learn that the Phoenix facility was among

9   the assets being sold as part of the debtors

10  sale process?

11      A.   Respectfully, Amy, I told you this

12  is probably the 17th time, very recently.

13      Q.   My question --

14      A.   I know you don't like that answer,

15  but that answer is going to stay the same.

16      Q.   What is very recently?  In the last

17  month?  I'm asking for an estimate.

18      A.   I'm not going to estimate on the

19  record.  Absolutely not.

20      Q.   Just sitting here today, you're

21  unable to provide an estimate of when you

22  learned that the Phoenix facility was among the

23  assets being sold?

24      A.   Anybody can provide an estimate, but

25  I will never provide any estimates or guesses

1    under oath.  That would be ridiculous.

2         Q.   Mr. Owoc, do you understand the

3    difference between a guess and an estimate?

4         A.   No.  I didn't know there was one,

5    but I'm sure you'll enlighten me.  Go ahead.

6         Q.   I'm happy to.  So like if I asked

7    you the size of my dining room table, that would

8    be a guess because you have no idea.  You've

9    never been to my dining room.  If I asked you to

10   provide an estimate as to the size of your

11   dining room table, you would be able to provide

12   me that estimate because you're either sitting

13   at your dining room table or you're familiar

14   with it.  And so you are able to provide that as

15   an estimate.  That's the distinction that I'm

16   trying to draw.

17             And so I'm asking you if you have an

18   estimate as to when you learned whether or not

19   the Phoenix facility was part of the assets

20   being sold through the debtors sale process?

21        A.   First of all, your description is an

22   insult to my intelligence, and you are asking me

23   to guess.  And I'm not going to guess.

24        Q.   So you're refusing to answer that

25   question, sir?

1    **A.**    No, I'm not.  I'm refusing to guess.

2    I'm not going to guess on the record.

3    **Q.**    When you were a board member of the

4    debtors, you attended meetings regularly;

5    correct?

6    **A.**    I was chairman of the board, yes.

7    **Q.**    And you attended board meetings

8    regularly; correct?

9    **A.**    I don't know if your

10   characterization is true.  I attended board

11   meetings, yes.

12   **Q.**    Did you learn during any of those

13   board meetings that the Phoenix facility was

14   among the assets being sold as part of the

15   debtors sale process?

16   **A.**    Not to my recollection, no.

17       MS. QUARTAROLO:  Let's pull up Tab 15,

18       we'll look at Exhibit 15, we'll mark this

19       Exhibit 15.

20           (Whereupon, OWOC Exhibit No. 15 was

21           marked for identification.)

22   BY MS. QUARTAROLO

23   **Q.**    For the record, this is "Vital

24   Pharmaceuticals and Certain Affiliates and

25   Subsidiaries Joint Meeting of the Restructuring

1    Committees" labeled VPX-BOD213.

2              Mr. Owoc, you were not a member of

3    the restructuring committee; correct?

4         A.    I think -- I don't know whether I

5    was or not because there was a lot of fraud and

6    deception going on with John DiDonato and Homer

7    Parkhill and Latham Watkins.

8         Q.    And I will represent to you that you

9    were not a member of the restructuring committee

10   for the debtors.  But you, nevertheless,

11   attended meetings of the restructuring

12   committee, didn't you?

13        A.    As the chairman, CEO, and sole

14   shareholder, yes.

15        Q.    And on these --

16        A.    And the restructuring people answer

17   to me.  Yes, you're correct, Amy.

18        Q.    And on these minutes from the

19   November 2nd, 2022, meeting of the restructuring

20   committee, you see your name listed under "also

21   present."  Do you see that?

22        A.    Yes.

23        Q.    And if we turn to Page 4 that bears

24   the Bates stamp 216, do you see under that first

25   heading it says "Phoenix Manufacturing Facility

1    Update."  Do you see that?

2            A.    Let me read that, please.  Yes.

3            Q.    And who is Mr. Delo who is

4    referenced in that first paragraph?

5            A.    I don't know.

6            Q.    Do you know --

7            A.    Pretty low importance because I

8    don't know who he is.

9            Q.    And you don't know that Charles

10   Delo -- have you ever met Charles Delo?

11           A.    To the best of my knowledge, no.

12           Q.    And are you familiar with him as

13   among the Rothchild bankers who are working on

14   this matter?

15           A.    I've heard his name before.

16           Q.    Have you ever met him?

17           A.    Refer to my previous answer.

18           Q.    I'm just asking if you ever met him

19   in person?

20           A.    I already answered that.

21           Q.    Have you ever met him on a board

22   meeting?

23           A.    Met him on a board meeting?  I don't

24   think you can meet somebody on a board meeting.

25           Q.    I'm happy to rephrase if you don't

1      understand my question, Mr. Owoc.

2                Did you and Mr. Delo ever attend

3      board meetings, the same board meetings of the

4      debtors?

5           A.   We may have.  We may not have.  I

6      can't recall.

7           Q.   And from this November 2nd, 2022,

8      restructuring committee meeting, do you recall

9      Mr. Delo, on behalf of Rothchild, presenting to

10     the board on an interest from parties with

11     respect to the Phoenix facility?

12          A.   It says here he would not recommend

13     that a company pursue a piecemeal sale of the

14     Phoenix facility at this time.  What does that

15     even mean?  And he has no authority to recommend

16     or not recommend anything.  That's my facility.

17          Q.   So my question is different,

18     Mr. Owoc.

19          A.   But my answer is that he can't

20     recommend that.  It's not his property.  That

21     would be like me recommending that his house not

22     be part of his estate and that we were going

23     sell it.

24          Q.   So, again, I'll ask my question.  I

25     think it's a slightly different question.

```
 1              A.    Mr. Delo, there's no way -- he's not

 2      a principal or anything of any organization.   I

 3      don't even know who he is.

 4              Q.    So I'm going to ask my question

 5      again.

 6              A.    All right.

 7              Q.    I'll ask you to listen to it and

 8      answer the question that I've asked, which is:

 9      Do you recall at the November 2nd, 2022,

10      restructuring committee meeting sitting through

11      a presentation by Mr. Delo about parties'

12      interest in connection with the Phoenix

13      manufacturing facility?

14              MR. FELDMAN:  Objection, form.

15              THE WITNESS:  Absolutely not.  As you

16          can see, there was major, major things on

17          the agenda for this day, and he writes

18          three short paragraphs comprised of about

19          40 words.  So it was of very little

20          importance, and, of course, I don't

21          remember.  And there's nothing -- there's

22          nothing substantial in what Mr. Delo

23          reports here.

24   BY MS. QUARTAROLO

25              Q.    But you understand from the first
```

1    page of this document, don't you, that you were

2    present for that meeting; correct?

3         A.    I may have been.  I don't know.

4    Let's see whose signature is on there.  I

5    remember, as you do, Amy, contesting the board

6    minutes and requesting that they be recorded and

7    you wouldn't let me.  Then I requested, because

8    the board minutes were faked by Latham Watkins

9    and manipulated to their agendas, that we have a

10   court reporter, and you wouldn't let me do that

11   either, would you?  Because you wanted to

12   recreate the record and the agenda.

13        Q.    Mr. Owoc, are you done?

14        A.    So I don't remember signing off on

15   any minutes, and you remember that was highly

16   contested.  One call we were waiting 20 minutes

17   with Jordi Guso about the recording because I

18   wouldn't give in to 34 of you who didn't want

19   the truth recorded.

20        Q.    Mr. Owoc, you were never asked to

21   sign minutes for the restructuring committee;

22   right?

23        A.    I was always asked to sign them.

24   They were sent to my emails all the time, and I

25   refused to sign them.  And I told you guys that

```
 1    the minutes were fake on numerous occasions.

 2    Read the minutes themselves, and if Latham

 3    recorded them properly, you'll see that all

 4    throughout the minutes.  And you do recall, Amy,

 5    that I asked to record it because I said the

 6    minutes were fake and I'm not signing it.  And

 7    you wouldn't let me.  Jordi Guso blocked me,

 8    blocked me from recording it.  Then I offered --

 9            MS. QUARTAROLO:  So, again,

10        Mr. Feldman, I'm going to interject.

11            MR. FELDMAN:  Mr. Owoc -- Mr. Owoc,

12        please -- Mr. Owoc, please just stop.  Go

13        ahead, Ms. Quartarolo, please.

14    BY MS. QUARTAROLO

15            Q.    Respectfully, Mr. Owoc, you are not

16    allowed to testify to the content of

17    communications with the company's counsel.  We

18    will have to stop the deposition if you

19    continue.

20            A.    There are our communications.  I'm

21    saying that I asked for a meeting to be recorded

22    when everybody is on there.

23            Q.    You are continuing on and we can

24    move on.

25            A.    Attorney-client privilege is waived
```

```
 1    because there's 20 --

 2           MR. FELDMAN:  Mr. Owoc -- Mr. Owoc --

 3           THE WITNESS:  -- that are not

 4       attorneys, so it's not attorney-client

 5       privileged.  I asked to record them, and

 6       I asked for a court reporter and you guys

 7       refused.

 8           MS. QUARTAROLO:  Mr. Feldman, we need

 9       to take a break.

10           MR. FELDMAN:  Mr. Owoc -- Mr. Owoc,

11       please stop.  Ms. Quartarolo, please just

12       give me a moment.

13              Mr. Owoc, rather than debate

14       Mr. Quartarolo on this issue, please, if

15       she just indicates to you that these are

16       materials that they believe are subject

17       to attorney-client privilege, just please

18       respect the request and do not allude to

19       it.  Just say I cannot answer

20       comprehensively because there's materials

21       that refer to the privilege and just

22       let's move on, sir.  Okay?  Let's not

23       debate Ms. Quartarolo about whether or

24       not it is, in fact, privileged.

25
```

1    BY MS. QUARTAROLO

2            Q.   Are you ready, Mr. Owoc?

3            MR. FELDMAN:  Please proceed.

4            THE WITNESS:  Yes, ma'am.

5            MS. QUARTAROLO:  Can we -- let's pull

6        up a different document.  Let's do Tab 23

7        and we will have this be Exhibit 16.

8                (Whereupon, OWOC Exhibit No. 16 was

9                marked for identification.)

10   BY MS. QUARTAROLO

11           Q.   This, for the record, is "Vital

12       Pharmaceuticals, Inc., and Certain Affiliates

13       and Subsidiaries Joint Special Meeting Board of

14       Directors/Managers" dated February 28, 2023,

15       bearing the Bates stamp VPX-BOD1004.

16                Do you see this document on the

17       screen, Mr. Owoc?

18           A.   Yes.

19           Q.   And you see that your name is listed

20       as among the board members present.  Do you see

21       that?

22           A.   Yes.

23           Q.   Do you have any reason to believe

24       that you were not present at the February 28

25       meeting of the boards?

```
 1              A.    I have no way of telling.  How would

 2       I know?

 3              Q.    Well, this document indicates it at

 4       least; right?

 5              A.    We've seen a lot of fraudulent

 6       documents today, so, no, I don't agree with it.

 7       And I don't believe I've seen it.  And where are

 8       the rest of the minutes for this?  Where is the

 9       rest of the information?

10              Q.    We'll get to the rest of the

11       information.  My question is:  Just -- well, I

12       guess sitting here today, do you recall being at

13       a February 28 board meeting?

14              A.    No.

15              Q.    Do you have any reason to believe

16       you were not at that board meeting?

17              A.    I don't have any reason to believe I

18       was at it.

19              Q.    So my question was different.  Do

20       you have any reason to believe that you were not

21       at that board meeting?

22              A.    Not -- I can't answer the question

23       because you won't accept my answer.

24              Q.    I actually think it's a very simple

25       question, and I will ask you to answer it.
```

```
 1              A.    I can't recall being at the meeting.

 2              Q.    Thank you.  Do you recall

 3    discussions during board meetings about

 4    diligence that would be provided as part of the

 5    Phase II diligence process with bidders?

 6              A.    Say that again.

 7              Q.    Sure.  So let me break that down.

 8    You understood that there were -- there was a

 9    diligence process going on in connection with

10    potential bidders for the company's assets;

11    right?

12              A.    Yes.

13              Q.    And you also understood that there

14    was a Phase I process followed by a Phase II

15    process; correct?

16              A.    I understood?  I didn't understand

17    anything because the process was flawed.  I just

18    remember that there was about a list of a

19    hundred potential bidders and strategics that

20    the debtors and Rothchild and Huron burned

21    through with zero success.

22              Q.    So do you recall that there were

23    discussions at the board level about what

24    diligence materials should be provided to which

25    bidders?
```

1          A.    I don't recall.

2          Q.    Do you recall at the board level

3    discussions about particular materials that you

4    felt shouldn't be included -- should not be

5    provided to certain bidders?

6          A.    Yes, Monster Energy.

7          Q.    And so do you recall that there was

8    discussion at the board level about what

9    diligence materials should be provided?

10         A.    I told the board that once they gave

11   information to Monster Energy all strategics,

12   everybody would drop out.  And, once again, on

13   the board meeting, I was right because when

14   Cerberus had an indication of interest up to a

15   billion dollars plus equity, they dropped out

16   when they knew Monster had access to the data

17   room.  And when Monster started making all these

18   strange requests, because no one is going to

19   battle with Monster when they have all the

20   company inside information in the bidding

21   process.

22              And so as soon as Monster entered as

23   Eric Hillman and I told the other board members,

24   everybody dropped out and the bidding process

25   was pretty much over.

1    **Q.**   Can we scroll down to the page four

2    of this document, which bears the Bates stamp

3    1007.  And, Mr. Owoc, in the -- I guess it's the

4    fourth paragraph here.  It's the paragraph that

5    begins "third".  Do you see that paragraph?

6        **A.**   Yes.

7        **Q.**   And about halfway through that

8    paragraph, there's a sentence that starts

9    "Mr. Gray."  Do you see that?

10       **A.**   Yes.

11       **Q.**   And it says "Mr. Gray, echoing

12   Mr. Panagoes' question, expressed his concern

13   with the level of detail that would be shared.

14   Mr. Parkhill responded that production detail

15   would allow, redacted, to understand the

16   run-rate capacity of Phoenix facility."

17            Did I read that correctly?

18       **A.**   I can't comment on this or any other

19   document until reading the entire document, and

20   I'm hesitant to answer questions where there's

21   redactions in the document.

22       **Q.**   Okay.  So do you see the reference

23   to the Phoenix facility in that sentence?

24       **A.**   I would have to read the entire

25   document before I'm going to comment on it.

 1    We've established this earlier.

 2         Q.   If you would like to take a break

 3    and read this document, I'm happy to accommodate

 4    that.

 5         A.   We don't need a break.  I'll read it

 6    on the record.

 7         Q.   I'm not going to let you burn time

 8    on the record as you did before.

 9         A.   This is -- I'm not burning time on

10    the record.  You're asking me to comment on

11    that -- on the document, and I have a right to

12    read it.  And I have the right to stay on the

13    record while I read it because it's my time.

14         Q.   If you insist on staying on the

15    record, I will reserve our right to go over the

16    seven hours.  I think this is an abuse of the

17    deposition process, but I'm happy to accommodate

18    you on or off the record to review any portions

19    of this document that you would like, but I will

20    get answers to my questions.

21         A.   I agree that this is an abuse of

22    this process, and you're the one abusing it by

23    not allowing me my right by law to read a

24    document before I'm going to comment on it.  So

25    I have to read the document, and I insist that

```
1    we stay on the record while I read it.

2              And I still don't know if I'm going

3    to comment on it.  I would have to get

4    permission from my attorney because there are

5    certain things redacted, and I don't necessarily

6    want to comment on something where there's

7    redactions, especially in the exact paragraph

8    where you're asking me questions.

9         Q.   Sir, would you like time to review

10   this document?

11        A.   Absolutely.

12        Q.   Would you like to review it

13   separately, or would you like my colleague to

14   scroll down through the document to enable your

15   review?

16        A.   I could -- I would rather scroll

17   myself because I could go a lot faster.

18        Q.   I will ask my colleague to turn over

19   control of this document to you.

20        A.   Thank you.  I would like the text to

21   be just slightly smaller so that I can go

22   through it quicker.  Great.  Perfect.  Okay.

23   Let's see.

24             THE WITNESS:  Jonathan, I would

25        instruct you to read the second paragraph
```

```
 1              down that says "Ninth."
 2                MR. FELDMAN:  Sure.
 3                THE WITNESS:  You notice there's
 4        redactions in the second paragraph under
 5        "Tenth" that are critical missing
 6        information, Jonathan, that I need to be
 7        able to comment on this document.
 8                MR. FELDMAN:  Okay.
 9                THE WITNESS:  We need to get the
10        unredacted version.
11                     Please read the one under
12        "Financial Updates," Jonathan.
13                MR. FELDMAN:  Yeah.
14                THE WITNESS:  That's where they gave
15        false forecasts, which caused all the
16        bidders to drop out, one of the things.
17        They kept lowering the bid and lowering
18        the bid and still failed by 50 percent or
19        more causing a lot of interested parties
20        to head for the hills.
21                     So here's the name, Jonathan, of
22        all the strategics that are interestingly
23        redacted.  Why would they be redacted?
24        What are they trying to hide?
25                     I'm ready to go.
```

1    BY MS. QUARTAROLO

2         Q.    All right.  Great.  So let's scroll

3    back up to Page 4 bearing the Bates stamp 1007.

4    And in the same paragraph that we were just

5    looking at that starts "Third," we read a

6    sentence into the record in the middle of the

7    page that starts with "Mr. Gray," and then

8    there's a sentence that starts with

9    "Mr. Parkhill."  Do you see those sentences in

10   the middle of that paragraph?

11        A.    Start reading it and let me see.

12        Q.    It says, again, for the record,

13   "Mr. Gray, echoing Mr. Panagoes' question,

14   expressed his concern with the level of detail

15   that would be shared.  Mr. Parkhill responded

16   that production detail would allow, redacted, to

17   understand the run-rate capacity of the Phoenix

18   facility."  Do you see that?

19        A.    Yes.

20        Q.    Did I read that correctly?

21        A.    Yes.  I don't understand what it

22   means because there's redaction.

23        Q.    You do not dispute that these

24   minutes indicate that there was discussion about

25   the Phoenix facility during this board meeting;

1    correct?

2            MR. FELDMAN:  Objection.

3            THE WITNESS:  About run rate, yes.

4        Nothing about ownership.

5    BY MS. QUARTAROLO

6        Q.    But the run-rate capacity of the

7    Phoenix facility; correct?

8        A.    Yeah.  That has nothing to do with

9    ownership.

10        Q.    And you understand that this was

11    part of the broader discussion about what

12    diligence materials would be provided to

13    potential bidders; correct?

14        A.    I do not and there's redactions as

15    well.

16        Q.    So you don't understand that?

17        A.    No.  I do not.

18        Q.    Okay.  So let's turn to the next

19    page, and under the paragraph that starts

20    "Ninth," you see that that reads -- excuse me,

21    "Ninth, Mr. Metzger introduced the Phoenix Plan

22    Production Analysis, and Mr. Burke and

23    Mr. Metzger provided a summary of the same."  Do

24    you see that?

25        A.    Yes.

1          Q.    And so you don't dispute that these

2     board minutes reference that there was a

3     discussion about the Phoenix Plan Production

4     Analysis in connection with what diligence

5     materials would be provided to potential

6     bidders; right?

7               MR. FELDMAN:  Form.  Go ahead.

8               THE WITNESS:  Mischaracterization.  I

9          don't read all of that that you read into

10         it, and there's redactions.  And so it's

11         difficult to comment, and this has

12         nothing, again, to do with ownership or

13         sale or anything like that.

14    BY MS. QUARTAROLO

15         Q.    And I'm not asking about ownership,

16    sir.  I'm just asking what the minutes reflect

17    in terms of there being discussion about the

18    Phoenix Plan Production Analysis.  Do you see

19    that?

20         A.    The minutes -- the minutes say what

21    they say.  Did I sign these minutes?

22         Q.    Let's go down to the board meeting

23    presentation, which bears the Bates number 1021.

24    Have you seen this document before, sir?

25         A.    Did I sign off on these minutes?

1          Q.    I'm just going to ask you a

2     question.  You're welcome to look at the

3     signatures on these documents.  These were

4     documents that were produced in the Chapter 11

5     cases.

6          A.    I need to see the signatures on the

7     documents to know what I'm commenting on.

8          Q.    Okay.  So I'm happy to show you a

9     signature block.  Let's scroll up to the

10    signature page.  So it says "At the joint

11    meeting of the Board held on May 15, Board

12    Members Steven Panagoes, Bob Dickinson, and

13    Stephen Gray approved and Acting Secretary of

14    the Board ratified the minutes of the foregoing

15    meeting of the board held on February 28, 2023."

16    Do you see that?

17         A.    So, interestingly, that the shell

18    board members, that were forced on us by the

19    bank, approved this, and Eric and I -- they

20    violated their fiduciary agreement because it's

21    always supposed to be five board members act in

22    unison.  And Eric and I aren't on here, and

23    they're also supposed to sign these board

24    minutes, sign -- sign off on them with the

25    DocuSigns and Adobe that was passed around.  And

```
 1    there's no signatures.  So this is as useless as

 2    the paper it's written on it.  It has

 3    redactions, and it's tough to comment on.

 4         Q.   Mr. Owoc, you understand that board

 5    members are permitted to vote to approve board

 6    meeting minutes; right?

 7              MR. FELDMAN:  Objection, form.

 8              THE WITNESS:  I understand that the

 9              fiduciary responsibility of the board is

10              that all five members have to act in

11              unison and approve things and disapprove

12              things, and that was rarely the case.

13    BY MS. QUARTAROLO

14         Q.   All right.  So let's go back down

15    to --

16         A.   As you can see here, where is --

17    where is the approval by Eric and I?  It's not

18    on there.  And so the document speaks for

19    itself, and it does not speak in your favor.

20         Q.   All right.  Let's go back down to

21    the document bearing the Bates stamp 1021.

22              And, Mr. Owoc, do you recall seeing

23    this board presentation providing expert -- an

24    update on expert session scheduling in

25    connection with the sale process?  Do you recall
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1    that?

2         A.    No, I don't recall it, and I didn't

3    sign it.

4         Q.    Well, you would never sign a board

5    presentation, would you?

6         A.    I would have -- I would have

7    authorized this, just like the other three board

8    members did.

9         Q.    Do you have any reason to believe

10   that you did not receive a copy of this board

11   presentation?

12        A.    Absolutely.  Why are -- why are

13   three out of the five board members on there and

14   I'm not on there?

15        Q.    Do you see under Number 1 on the far

16   left there's a series of numbered items.  Do you

17   see that on this page?

18        A.    Yes, ma'am.

19        Q.    And you see Number 10 lists "Arizona

20   facility site visit."  Do you see that?

21        A.    On the document that I never saw

22   before, yeah.

23        Q.    And it listed that there was an

24   Arizona facility site visit, and the date is

25   listed as February 15, 2023.  Do you see that?

1    A.    What is a site visit?

2    Q.    Do you understand that in connection

3    with the sale process there were certain site

4    visits that were scheduled for bidders to see

5    the facilities that they would be purchasing

6    from the debtors?

7    A.    Absolutely not.  I would have put a

8    stop to it immediately, and that's why they

9    didn't include me on here because it's a big

10   fraud, as you can see.  And thank you for

11   proving that, that only certain board members

12   knew.  And they purposely cut me out.

13        Jonathan, please make a note of that

14   fraud.

15   Q.    And you see that in the last-hand

16   column -- the last column under "Status," it

17   listed that that Arizona facility site visit is

18   listed as completed.  Do you see that?

19   A.    Yes, ma'am.  But what is a site

20   visit?  You don't know, do you, as we sit here

21   today?

22   Q.    Mr. Owoc, is it your testimony that

23   you are unaware, as the debtors CEO, that

24   bidders were visiting the Arizona facility?

25   A.    Yes, because Latham Watkins and

```
 1      Berger Singerman and the board was corrupt and

 2      they kept it from me.  Absolutely.

 3            Q.    Let's take this document down.

 4            MR. FELDMAN:  Ms. Quartarolo, if

 5         you're about to start your next topic, if

 6         you don't mind, can we just take a --

 7         let's say a five-minute break and just

 8         come back at 3:30 if that's okay?

 9         MS. QUARTAROLO:  Fine with me.

10         THE WITNESS:  How about a ten-minute

11      break.

12            MR. FELDMAN:  All right.  That's fine.

13         THE WITNESS:  Actually, I need a

14      15-minute break.

15         MR. FELDMAN:  Okay.  So

16      Ms. Quartarolo, 3:40, is that okay?

17         MS. QUARTAROLO:  That's fine.

18         MR. FELDMAN:  Thank you so much.

19         THE VIDEOGRAPHER:  Off the record at

20      3:26.

21               (Whereupon, a brief recess was

22         taken.)

23         THE VIDEOGRAPHER:  Back on the record

24      at 3:43.

25
```

1   BY MS. QUARTAROLO

2            Q.    Mr. Owoc, did someone join you in

3   the room?  I think you're on mute, sir.

4            A.    No one joined me in the room.  My

5   son just walked by and I waved to him.

6            Q.    Is anyone else in your family

7   present in the home with you today?

8            A.    I don't know.  It's a pretty big

9   home.  They may or may not be.

10           MS. QUARTAROLO:  Mr. Owoc, I'm going

11       to show you another document.  I'll ask

12       that Tab 16 be brought up.  We will mark

13       this as Exhibit 17.

14           (Whereupon, OWOC Exhibit No. 17 was

15           marked for identification.)

16  BY MS. QUARTAROLO

17           Q.    Mr. Owoc, do you see the document on

18  the screen?

19           A.    Yes.

20           Q.    Just for the record, this is titled

21  "Declaration of John H. Owoc in Support of

22  Motion to Dismiss Chapter 11 Bankruptcy of

23  Debtor JHO Real Estate Investment, LLC," and it

24  is Docket No. 1520.  Do you see that?

25           A.    Yes.

```
 1              Q.    Are you familiar with this document?

 2              A.    Yes.

 3              Q.    Let's scroll down to the last page.

 4        Is that your signature?

 5              A.    That looks like a proper wet ink

 6        signature.  I think so.

 7              Q.    And you recognize that as your

 8        signature?

 9              A.    Yes.

10              Q.    Do you know who drafted this

11        document?

12              A.    No, I don't.

13              Q.    Did you draft it?

14              A.    No, I did not.

15              Q.    Do you know when it was drafted?

16              A.    No, I do not.

17              Q.    Did you review this document before

18        signing?

19              A.    Yes, I did.

20              Q.    And did you make an effort to ensure

21        all of the statements in this declaration were

22        true and accurate?

23              A.    I go by my attorney's

24        recommendation, and I would never knowingly sign

25        something that was not true and accurate.
```

1          **Q.**   Great.  If we scroll back up, let's

2     actually look at Page 2, and I will direct your

3     attention to Paragraph 7 of this declaration.

4          **A.**   I'm going to need to read it real

5     quick, please.

6          **Q.**   Take your time.

7          **A.**   Can I have access to the cursor,

8     please?  Can somebody make this bigger or tell

9     me how to do it?  Wait, I think I see.  All

10    right.  Thank you.  And then access to the

11    cursor, please.  Okay.  Good.

12         **Q.**   Are you finished reading, Mr. Owoc?

13         **A.**   Yes, ma'am.

14         **Q.**   Since you took such a careful review

15    of this document, is there anything in this

16    document that you believe is in any way

17    inaccurate?

18         **A.**   State the question again so I can

19    give you a yes or no answer.

20         **Q.**   Is there anything in this

21    declaration that you believe is in any way

22    inaccurate?

23         **A.**   No.

24         **Q.**   Can we turn to Paragraph 7 on

25    Page 2.

1           **A.**    To the best of my knowledge, I

2     believe it's accurate.  Can you make that a

3     little bigger?  It looks like you're straining.

4           **Q.**    I'm straining?

5           **A.**    Yes.  Well, yes.

6           **Q.**    I'm good.

7           **A.**    You look like it.  You're leaning

8     towards the computer.

9           **Q.**    Paragraph 7 starts "I did not

10    discover that JHO Real Estate was a party to the

11    bankruptcy until recently in late April 2023."

12    Do you see that?

13          **A.**    Yes.  I've repeatedly said that in

14    today's deposition.

15          **Q.**    And you did say recently, and then

16    you declined to give me an estimate. So I --

17    based on this, my question for you is:  Is it

18    your testimony that you learned that JHO Real

19    Estate was a party to the bankruptcy in late

20    April 2023?

21          **A.**    To the best of my knowledge, yes.

22          **Q.**    And it continues on to reference one

23    of your attorneys.  Do you see that?

24          **A.**    Where is that, please?  Can you put

25    the cursor there, please?

1     Q.   It's the second clause.

2     A.   Maybe highlight that in yellow.

3     Q.   The second clause of that first

4  sentence.  Do you see that?

5     A.   Yes.  Let me read it, please.

6          Yes.

7     Q.   Which attorney are you referring to

8  there?

9     A.   I don't know.

10    Q.   These are your words, sir; correct?

11    A.   Correct.

12    Q.   And you just confirmed their

13 accuracy; correct?

14    A.   Correct.

15    Q.   So you don't know which attorney

16 you're referring to in this sentence?

17    A.   Correct, Amy.  That's what I said,

18 yes.

19    Q.   Do you know which law firm you're

20 referring to?

21    A.   No, ma'am, I don't.

22    Q.   Mr. Owoc, which of your attorneys

23 was charged with looking into the ownership of

24 the JHO Real Estate's sole asset?

25    A.   I don't know.  Maybe it's in this

```
 1   document and you can point that out.

 2          Q.    No.   It's not.   And so that's why

 3   I'm asking you a question.

 4          A.    I don't know.

 5          Q.    And you say that it was pointed out

 6   to you that the Phoenix facility was owned by

 7   JHO Real Estate and that JHO Real Estate was a

 8   debtor in this proceeding.   Do you see that?

 9          A.    Yes.

10          Q.    So who pointed that out to you?

11          A.    I can't recall.

12          Q.    Do you know if it was orally or in

13   writing?

14          A.    I can't recall.

15          Q.    Do you have any documents that show

16   when that was pointed out to you?

17          A.    Not that I'm aware of.

18          Q.    Did you look for any documents that

19   would show when that was pointed out to you?

20          A.    No, I did not.   The debtors have

21   most of my documents.

22          Q.    You do have text messages, sir;

23   right?

24          A.    Yes.

25          Q.    Did you look for text messages that
```

```
 1    showed when you were first made aware of when it
 2    was pointed out to you that the Phoenix facility
 3    was owned by JHO Real Estate?
 4          A.   I did not.
 5          Q.   And if we look next to paragraph 8,
 6    it says "I was not represented by Paul Battista
 7    until after the petition was filed."  Do you see
 8    that?
 9          A.   Yes, ma'am.
10          Q.   That's an inaccurate statement,
11    isn't it?
12          A.   I don't know.  Give me the dates and
13    let me confirm them for you.  I believe that
14    everything, to the best of my knowledge, in this
15    document is accurate.
16          Q.   Well, we looked at the September 29
17    board meeting minutes, correct, and Mr. Battista
18    was in attendance as your counsel; correct?
19          A.   What date was that, ma'am?
20          Q.   September 29, 2022.
21          A.   I don't know.
22          Q.   Do you not remember when you engaged
23    Paul Battista as your counsel?
24          A.   Absolutely not, ma'am.  I'm working
25    with seven firms and maybe up to 11 firms during
```

1    this process.

2            Q.    You understand that the petition

3    that you're referring to in this sentence, that

4    was filed on October 10 of 2022; right?

5            A.    Refresh my memory what a petition

6    is.

7            Q.    Chapter 11 petition, sir, is the

8    operative document that initiates a bankruptcy

9    case and is filed with The Court.  You

10   understand that the debtors filed for bankruptcy

11   on October 10?  We established that earlier.  Do

12   you understand that?

13           A.    If we established that earlier, I

14   understand it.  When was Paul Battista hired?

15           Q.    So my question is do you know

16   sitting here?

17           A.    No, I don't.

18           MS. QUARTAROLO:  Let's look at --

19           let's pull up Tab 17, which I guess is

20           now Exhibit 18.

21                  (Whereupon, OWOC Exhibit No. 18 was

22           marked for identification.)

23           THE WITNESS:  Is this a new exhibit?

24   BY MS. QUARTAROLO

25           Q.    It is.  We'll come back to that one,

1   sir, but this is going to be a new exhibit.

2          A.    Please make that about twice as big.

3          Q.    So before you jump there, let me

4   just state the document for the record.  So this

5   is a document that is entitled "Payment Details"

6   with some wire transfers, and it bears the Bates

7   stamp VPX-JHO1013.  Now we can blow it up for

8   you.

9          A.    Is this the document in its

10  entirety?

11         Q.    It is not.  And I'm happy to -- we

12  can facilitate your review by giving you access

13  to and control over it so you can scroll at your

14  leisure.

15         A.    All right.  So I'm supposed to be

16  scrolling through this?

17         Q.    If you would like to.

18         A.    Well, it depends what questions

19  you're going to ask me.

20         Q.    Would you like me to just direct you

21  and ask you questions and you can look at it as

22  you would like?

23         A.    Yeah.  I'll determine whether I need

24  to read the whole thing or not.

25         Q.    Okay.  So I guess first is:  Do you

1    recognize this document?

2          A.    No.

3          Q.    In the top right in the box labeled

4    "Beneficiary," do you see that?

5          A.    Yes, ma'am.

6          Q.    And it names Genovese Joblove and

7    Battista Trust Account.  Do you see that?

8          A.    Yes.

9          Q.    And that was Paul Battista's or was

10   Paul Battista's, at the time, law firm; is that

11   correct?

12         A.    Correct.

13         Q.    And the date on this document, if

14   you look at the left-hand column, lists a

15   transaction date of September 30, 2022.  Do you

16   see that?

17         A.    The extracted date?

18         Q.    I think there's -- well, there's

19   multiple dates that refer to September 30

20   throughout this page.

21         A.    Correct.  I see that, yes.

22         Q.    Okay.  And so the retainer amount

23   here or credit amount in the left-hand column is

24   $100,000.  Do you see that?

25         A.    Yes.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
 1          Q.    And was that the amount that was
 2    paid to Mr. Battista's law firm in connection
 3    with his engagement as counsel?
 4          A.    Yes.
 5          Q.    And if we look at page, I guess,
 6    Bates-stamped 1015, do you recognize this
 7    document?
 8          A.    Not really.
 9          Q.    Feel free to take a look at it if
10    you would like.
11          A.    All right.  Let's make it about
12    20 percent bigger, please.  You can go all the
13    way to the third paragraph, please.  I think you
14    jumped to the last paragraph.  Right there is
15    good.  I'll just read this.  All right.
16          Q.    Do you recognize this document, sir?
17          A.    I don't recognize it, but that
18    doesn't mean I didn't see it.  So it's just a
19    normal engagement letter.
20          Q.    Okay.  And if we scroll back up to
21    the first page of that engagement letter on
22    1015, do you see in the -- let's stop moving for
23    a second.  In the end of the fourth line down,
24    it references JHO Real Estate Investment, LLC.
25    Do you see that?
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

 1          A.    Yes, ma'am.

 2          Q.    And the full sentence says "I am

 3    pleased that you have decided to engage Genovese

 4    Joblove & Battista, PA, to represent and advise

 5    you in connection with your roles and interest

 6    in respect of (i) each of" -- and there's a list

 7    of entities, and among that list is JHO Real

 8    Estate Investment, LLC; correct?

 9          A.    Correct.

10          Q.    And it continues on to note "As they

11    negotiate to resolve issues with their senior

12    secured creditors and in the event they decide

13    to file Chapter 11 bankruptcy cases."  Do you

14    see that?

15          A.    Yes, I do.

16          Q.    Do you believe that you read this

17    letter on or about the time that you engaged

18    Mr. Battista as your counsel?

19          A.    I can't recall reading it.

20          Q.    Do you believe you received it?

21          A.    I don't know.  You control all my

22    emails, Amy.

23          Q.    Do you have any reason to believe

24    you did not receive it?

25          A.    Did you turn those responsive emails

1    over to us so that I can answer that question?

2         Q.   So you can't answer that sitting

3    here today?

4         THE WITNESS:  Jonathan, do you

5         remember if we got the responsive emails

6         in relation to Paul Battista that the

7         debtor now has in their possession?

8         MR. FELDMAN:  Sure.

9         THE WITNESS:  I don't remember it, but

10        he was supposed to resolve the issues.

11        Please put that back to the same size I

12        was reading it.  Thank you.

13             In the event they decide to file

14        Chapter 11, Paul was instructed very

15        specifically, and you know this by the

16        email the debtors hold, that not to allow

17        them to file Chapter 11 bankruptcy on any

18        of these properties, especially JHO.  But

19        as I pointed out earlier, Battista failed

20        miserably.  He was a malpractice

21        nightmare, and I said so in

22        documentations.

23             But I do question, Jonathan, why

24        their documents are attorney-client

25        privilege but mine are not.

1    BY MS. QUARTAROLO

2         **Q.**   So, Mr. Owoc, this letter is

3    dated --

4         **A.**   Can you answer that question,

5    Jonathan, for me?

6         **Q.**   Sir, the questions are going to be

7    directed to you, and the sooner that we get on

8    board with that, the sooner we can get through

9    this deposition.

10        **A.**   Well, this deposition is likely to

11   carry on for several days, and I have the

12   physical and mental stamina to go as long and as

13   late as you want.

14        **Q.**   I have no doubt.  So my question for

15   you, sir, is this letter from Mr. Battista to

16   you is dated September 29, 2022; correct?

17        **A.**   Correct.

18        **Q.**   And looking at -- scroll out just a

19   bit so I can see the Bates numbers, please.

20   Yeah, stay on this page.

21        **A.**   Can you page down to the bottom of

22   the page, please, to see if I signed this.

23   Yeah, that's exactly what I thought.

24        **Q.**   I'm sorry.  What did you mean by

25   that?

1          A.     I didn't sign it.

2          Q.     But you don't dispute that you, in

3     fact, engaged Mr. Battista as your counsel;

4     right?

5          A.     That's questionable.

6          Q.     You understand that he filed a

7     notice of appearance in the bankruptcy cases as

8     your counsel; correct?

9          A.     But did he ever appear?  Did Justin

10    Luna ever appear?  Did they not show up for

11    court?

12         Q.     Sir, my question for you is very

13    simple.  Are you aware that Mr. Battista filed a

14    notice of appearance as your counsel in the

15    Chapter 11 cases?

16         A.     I'm not aware that he filed a notice

17    of appearance, no.  I believe that he acted in

18    gross malpractice and didn't do anything.  In

19    fact, when our attorneys asked him what

20    documents he had, he had no documents after

21    supposedly working with me for a month and

22    running up the bill.

23         Q.     And at the beginning of this letter,

24    you agree that this letter is addressed to you;

25    correct?

1          **A.**    Correct.

2          **Q.**    And the first sentence reads "It was

3     a pleasure meeting and speaking with you today."

4     Do you see that?

5          **A.**    Yes, ma'am.

6          **Q.**    And so you agree that you met with

7     and spoke with Mr. Battista on September 29,

8     2022?

9          **A.**    I do not agree.

10          **Q.**    What do you not agree with?

11          **A.**    Where does it say that I met with

12     him on that day, or are you just making things

13     up, Amy, like you normally do?

14          **Q.**    Sir, I would urge you to be

15     respectful.

16          **A.**    Where does it say that I met with

17     him on that date?

18          **Q.**    Okay.  I'm going to ask you to read

19     aloud the first sentence of this letter.

20          **A.**    "It was a pleasure meeting and

21     speaking with you today."  That doesn't

22     necessarily mean on this date of this letter.

23          **Q.**    What do you think it means if it

24     doesn't mean that?

25          **A.**    I don't know what it means.  You can

1    ask Paul Battista.

2          Q.    And it says "I am pleased that you

3    have decided to engage Genovese Joblove &

4    Battista, PA."  Do you see that?

5          A.    Yes, ma'am.

6          Q.    And so by September 29 of 2022, you

7    had decided, Jack Owoc, to engage with

8    Mr. Battista and his firm to represent you as

9    counsel?

10          A.    Mischaracterization.  The document

11    is not signed as you can see below.

12          Q.    Do you believe that that is an

13    inaccurate statement?

14          A.    I believe it's a mischaracterization

15    of the document below that's not signed.

16          Q.    Okay.  That has nothing to do with

17    the question.  I'm asking you do you believe

18    that is a correct statement?

19          A.    Asked and answered.

20          Q.    Okay.

21          A.    Refer to previous --

22          Q.    It's not your place to interpose

23    objections, sir.

24          A.    It's not -- I didn't interpose an

25    objection.  I'm not an attorney.  Asked an

1    answered just simply means I asked and answered

2    the question.  I don't raise objections.

3         **Q.**   Right.

4         **A.**   I don't get paid $2,200 an hour.

5         **Q.**   Right.

6         **A.**   Thank you.

7         **Q.**   It says "I am pleased that you have

8    decided to engage Genovese Joblove & Battista."

9    So my question for you, sir, again is:  As of

10   September 29, 2022, had you decided to engage

11   Paul Battista and his firm to represent you as

12   counsel?

13        **A.**   I don't know.

14        **Q.**   Did you ever tell Mr. Battista that

15   you disagreed with this statement in the letter?

16        **A.**   I don't know.

17        **Q.**   Did you ever tell anyone else that

18   you disagreed with the statement in the letter?

19        **A.**   I don't know.  I can't recall.

20        **Q.**   Do you agree that the company on

21   your behalf paid $100,000 to Mr. Battista's law

22   firm in connection with this engagement as your

23   counsel?

24        **A.**   I cannot confirm or deny that.

25        **Q.**   If you look at that first page under

```
1      Romanette (ii), which is, I guess, three or four
2      lines up from the bottom?
3              A.    I don't understand Romanette.
4              Q.    Sorry.  If you don't understand
5      that.  It is where there's, in parentheses, two
6      small Roman numerals.  I refer to those as
7      Romanettes, but some people refer to them
8      differently.
9              A.    Thank you.
10             Q.    Do you see that?
11             A.    Yes.
12             Q.    Okay.  So I want to focus on that
13     clause of this sentence, and it references
14     certain other entities owned and/or controlled
15     by you that are not expected to file Chapter 11
16     bankruptcy cases.  Do you see that?
17             A.    Yes, ma'am.
18             Q.    Which entities are those?
19             A.    I don't know.
20             Q.    Did you ever --
21             A.    I have to read this.  Let me read
22     this, please.
23                   So Paul Battista is saying that
24     these are not expected to file Chapter 11 and he
25     indicates that he's going to fight this
```

1      consistent with the rules of professional

2      responsibilities which govern all attorneys.

3              So he's -- I think he's contesting

4      in this statement all of these and maybe some

5      additional entities of which he did not name

6      because he is probably new on the case.

7          Q.   And so that's what you take this

8      clause to mean?

9          A.   Absolutely.

10         Q.   And so when this says "certain other

11     entities," what entities do you believe this

12     letter is referring to by "certain other

13     entities"?

14         A.   I don't know.

15         Q.   As of September 29, 2022, did you

16     expect JHO Real Estate to file for Chapter 11

17     protection?

18         A.   Absolutely not.  It never had to

19     file because we had an offer that Rothchild

20     queered for 2.3 billion dollars from KDP,

21     another offer from Cerberus for a billion plus

22     equity, Jade Silver, Lewis Lluberas, and Frank

23     McCormack repeatedly saying that this sale was

24     going to cause generational wealth, them giving

25     a hundred million dollar book financing based on

1    the fact that the enterprise value of Vital

2    Pharmaceuticals alone was so great.

3            So I would never sell that Phoenix

4    facility.

5        **Q.**   Are you done?

6        **A.**   Yes, ma'am.

7        **Q.**   Let's take this document down.

8    Actually, hold on.  Before we -- put it back up

9    for a second.  Sorry, Joe.

10           If you scroll down to the page that

11   is 1020, Mr. Owoc, do you see this email at the

12   top from Sury Rodriguez?

13       **A.**   Yes, ma'am.

14       **Q.**   And who is Sury Rodriguez?

15       **A.**   I think you know who she is because

16   you guys deposed her.

17       **Q.**   I'm asking you, sir.  Who is --

18       **A.**   Right here it says vice president of

19   finance, that you can clearly see as well as

20   everybody else.

21       **Q.**   And you know that that was her

22   position at the time; correct?

23       **A.**   Can you blow that up for Amy to look

24   at, please, the title there.  Yes, vice

25   president of finance.

1          Q.    And do you see that she writes here,

2     "please send $100,000 retainer to Jack's

3     personal attorney that is approved by the bank."

4     Do you see that?

5          A.    Yes, ma'am.

6          Q.    And this was sent on sent September

7     30, 2022, this email?

8          A.    The email was sent, yes.

9          Q.    So did you instruct anyone to have

10    this amount paid to Mr. Battista?

11         A.    I don't know.  I can't recall.

12         Q.    Let's scroll down to the next page.

13         A.    If you're going to be showing me

14    email chains, start from the beginning of the

15    chain and let me read the whole chain prior to

16    answering questions, please.

17         Q.    You're welcome to look at any

18    portion of this document, sir, that's been

19    offered to you.

20         A.    No, it hasn't.

21         Q.    Can you scroll down, please.  Right

22    here.  Do you see the email?

23         A.    So are you saying that the Paul

24    Battista engagement letter and a bunch of

25    attached emails is all one document?

1          Q.    Indeed, I am.

2          A.    I find that very strange, so I need

3     to see the whole document from beginning to end.

4     If it's an email chain, that probably means

5     starting at the bottom.

6          Q.    Okay.  So why don't we give Mr. Owoc

7     access to this document again, and he can look

8     at it for himself.  Let us know when you're

9     ready to answer questions, sir.

10         MR. TERESI:  I just handed control

11     over to Mr. Owoc.

12         THE WITNESS:  I don't have control.

13         MR. TERESI:  Let's try it again.  You

14     should have it now.

15         THE WITNESS:  All right.  All right.

16     Go ahead, please.

17  BY MS. QUARTAROLO

18         Q.    All right.  Let's take back control

19     of document so we can scroll.  And scroll back

20     down to the page Bates-stamped 1021.

21              Mr. Owoc, do you see that email from

22     Paul Battista to you dated September 29 of 2022?

23         A.    Yes.

24         Q.    And do you recall receiving that on

25     September 29?

1          **A.**   No, I do not.

2          **Q.**   Do you have any reason to believe

3     that you didn't receive that document, this

4     email?

5          **A.**   I can't recall.

6          **Q.**   Sir, I'm asking whether or not you

7     have any reason to believe one way or the other.

8     I don't think "I don't recall" is a responsive

9     answer, so I'm going to ask the question again.

10    Do you have any reason to believe that you did

11    not receive this email on or about September 29?

12          MR. FELDMAN:  Objection to form.

13          THE WITNESS:  I can't recall.

14    BY MS. QUARTAROLO

15          **Q.**   It's a yes or no question.

16          MR. FELDMAN:  Objection to form.

17          THE WITNESS:  I can't recall.

18    BY MS. QUARTAROLO

19          **Q.**   What is it that you can't recall,

20    sir?

21          **A.**   Whether or not I received it.

22          **Q.**   And so that's a different question

23    that you answered, and so my question is, do you

24    have any reason to believe that you didn't

25    receive this email?

```
 1            A.   I can't recall.
 2            MS. QUARTAROLO:  Counsel, if the
 3       client -- if your client is going to
 4       continue this nonsense, we'll stop the
 5       deposition and resume on Monday.
 6            THE WITNESS:  Let's stop.
 7            MS. QUARTAROLO:  These are really,
 8       really simple questions.
 9            THE WITNESS:  If you threaten, let's
10       do it.  Go Monday, Tuesday, whenever you
11       want.
12            MS. QUARTAROLO:  It's not a threat,
13       sir.
14            THE WITNESS:  I think you need to
15       regroup, Amy, anyhow, and get some
16       substantive questions for the deposition,
17       maybe do a little more homework.
18            MR. FELDMAN:  Mr. Owoc --
19            THE WITNESS:  I really do.  I'm
20       willing to go all night.  She wants to
21       force me to answer a question.  If you
22       want to put your own answers, answer your
23       own questions, Amy.  If you want my
24       answer, I'll give you my answer.  If you
25       want your answer, then just answer your
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1          own questions.

2               MR. FELDMAN:  Ms. Quartarolo, to your

3          point that you were just trying to make

4          right now, I think his answer is actually

5          responsive.  If he doesn't recall, he

6          doesn't recall, and he's stated that a

7          couple times now.

8    BY MS. QUARTAROLO

9          Q.   Mr. Owoc, do you have any basis to

10   believe that you did not receive this email from

11   Mr. Battista?

12         A.   I can't recall.

13         Q.   The email itself, it says "per our

14   discussion today."  Do you see that?

15         A.   No, I don't.

16         Q.   Can we highlight that for him?

17         A.   Yes, I see it.  I see it.

18         Q.   Is it correct that you had a

19   discussion with Paul Battista on September 29 of

20   2022 about engaging him as your counsel?

21         A.   I can't recall.

22         Q.   The -- it also says in the second

23   paragraph there "If this is acceptable to you,

24   then please sign and return to me."  Do you see

25   that?

1          A.    Yeah.  And I didn't sign and return
2    it, did I?
3          Q.    Well, certainly, the version that we
4    looked at did not include your signature, but my
5    question for you is:  Do you believe that you
6    ever signed that document?
7          A.    I can't recall.
8          Q.    You don't know one way or the other?
9          A.    I can't recall.
10          MS. QUARTAROLO:  And let's take that
11          down and bring up Tab 18, which will be
12          Exhibit 19.
13               (Whereupon, OWOC Exhibit No. 19 was
14               marked for identification.)
15    BY MS. QUARTAROLO
16          Q.    Mr. Owoc, have you seen this
17    document before?
18          A.    Let me move this.
19          Q.    And just for the record, this is
20    titled "John Owoc's Privilege Log Dated July 6,
21    2023."
22          A.    I have not seen this document
23    before.
24          Q.    You've never seen this?
25          A.    Never seen it.

Jeannie Reporting    www.jeanniereporting.com
Your Wish Is Our Job!    305-577-1705

1          Q.    Do you understand what a privilege

2    log is?

3          A.    No, I don't.

4          Q.    Do you understand that your counsel

5    withheld certain documents on the basis of

6    privilege?

7          A.    No, I don't understand that.

8          Q.    Let's scroll to the next page.  And

9    so I'm going to point you to numbers 36 through

10   38.  Do you see that?

11         A.    Yes.

12         Q.    And so this is referencing three

13   documents that were withheld on the basis of

14   privilege that are dated October 1st, 2022.  Do

15   you see that?

16         A.    Yes.

17         Q.    Mr. Owoc, was Paul Battista serving

18   as your counsel on October 1st of 2022?

19         A.    I don't know.  I can't recall.

20         Q.    Do you know what your attorney's

21   basis to withhold these documents was?

22         A.    You would have to ask him.

23         Q.    We will do so.

24               Let's turn back to Tab 16, which is

25   Exhibit 17.  I want to direct your attention to

1    Paragraph 11.

2              A.    What document is this?

3              Q.    This is your declaration, sir.

4              A.    Okay.

5              Q.    And the very last sentence of

6    paragraph 11 -- I believe we can highlight that

7    for you to make it easier.

8              A.    Appreciate it.

9              Q.    It says "The Phoenix facility is

10   worth substantially more than the purchase

11   price."  Do you see that?

12             A.    Yes, ma'am.

13             Q.    What purchase price are you

14   referring to?

15             A.    The price that was paid for the

16   facility.

17             Q.    And remind everyone what price was

18   that?

19             A.    Well, it says that in No. 11, JHO

20   Real Estate paid 47.9 million.

21             Q.    And what is the basis for your

22   belief that the Phoenix facility is worth

23   substantially more than 47.9 million?

24             A.    I believe running three 8-hour

25   shifts a day, the Phoenix facility could produce

```
 1      70 million, 12-count cases.  So if you look at

 2      about $3.50 tolling fee per cases, what do you

 3      got there, Jonathan, 210,000,000?

 4              MR. FELDMAN:  Give or take.

 5              THE WITNESS:  Plus another 21, that's

 6          two-point -- 230,000,000, close to about

 7          250,000,000 in revenue a year, probably a

 8          profit on that is about a 200 million

 9          dollar EBITDA.  That would make that

10          facility selling EBITDA for about eight

11          times, about 1.6 billion it's probably

12          worth.  Quick math, though.

13      BY MS. QUARTAROLO

14          Q.    Sorry.  1.6 billion with a B?

15          A.    Yeah, with a B, yes.

16          Q.    Have you ever had an appraisal for

17      that property done?

18          A.    No, ma'am, I haven't.

19          Q.    And you're not an appraiser; right?

20          A.    I don't have to be an appraiser.  I

21      just gave you the figures of net worth and how

22      things are traded in our industry.

23          Q.    So my question for you is very

24      simple.  You're not an appraiser by trade;

25      correct?
```

```
 1            A.    You know, I have to restate that
 2     too.   So the facility today because it was built
 3     up with Red Bull there, Monster now, White Claw,
 4     everything like that.   We paid 47, but it's
 5     probably worth at least a hundred.   So, yeah,
 6     that facility is probably -- would sell to
 7     somebody in the beverage industry or someone
 8     wanting to get in, it could sell for closer
 9     probably maybe one-and-three-quarter billion.
10            It's a turnkey facility that has the
11     capabilities, as you read earlier from John
12     DiDonato, to produce 3,600 cans a minute.   Those
13     are blistering speeds.   Two full pallets out the
14     door every single minute robotically palletized.
15     And it's faster than any Coke, Pepsi, KDP
16     facility I ever visited, and it's far more
17     efficient and ten times cleaner.   So, yeah,
18     we're approaching for the right buyer 2 billion,
19     somewhere between 1.5 and 2 billion probably.
20            Q.    Are you done?
21            A.    Am I an appraiser?   No, but it's
22     just very simple mathematics.
23            Q.    Okay.   So we've established you're
24     not an appraiser; correct?
25            A.    No.   Last time I checked, I wasn't
```

 1    an appraiser.

 2            Q.    And you have no special skills in

 3    valuing properties; correct?

 4            A.    Yes.  I have a lot of special

 5    skills.  I made hundreds of millions of dollars

 6    in real estate that I turned over to the bank.

 7    That's pretty special.

 8            Q.    And do you have specific skills in

 9    valuing or appraising properties, sir?

10            A.    I have very specific skills in real

11    estate.  I've sold hundreds of millions of

12    dollars in real estate to the bank's credit.

13            Q.    Regardless of what has been sold,

14    are you in the business of valuing properties?

15            A.    Absolutely.  I value them for

16    myself.  I bought one facility for $41 million

17    in Olympia Springs and sold it for 87.  I bought

18    another property for 35,000,000 and sold it for

19    58.25 million.  Yes, I would consider myself an

20    expert in these big facilities.

21            Q.    Have you seen any documents that

22    suggest that the facility is worth any number

23    north of a billion dollars?

24            MR. FELDMAN:  Objection.

25            THE WITNESS:  No.  I've seen no

```
1              documents to that effect, but I know John
2              DiDonato is trying to scam us out of that
3              by selling for like tens of millions,
4              just the value of the building alone
5              rather than the product it can produce,
6              and he actually forged a document making
7              himself the CEO and the company has no
8              CEO.
9                   The guy is pathetic.  He forged
10             documents.  You guys continuously commit
11             fraud.
12      BY MS. QUARTAROLO
13             Q.   Are you done, sir?
14             A.   Yes, ma'am.  Why don't you pull up
15      that document by John DiDonato again so we can
16      look at it.
17             Q.   No.  I think I'll ask the questions
18      and you'll answer them.
19             A.   Go right ahead.  You certainly have
20      that right.  Go ahead.
21             Q.   Let's look at paragraph number 12.
22      So in paragraph number 12, it reads "It was
23      never revealed to me that there was a plan to
24      liquidate the assets of JHO Real Estate."  Do
25      you see that?
```

```
 1            A.   Yes, ma'am.  And that is correct.

 2            Q.   What do you mean by "never revealed

 3       to me"?

 4            A.   Never revealed speaks for itself.

 5            Q.   They're your words, sir, and I'm

 6       asking to understand them.  So please help me

 7       understand what that means.

 8            A.   It was never revealed to me speaks

 9       for itself.

10            Q.   By whom?

11            A.   There's no explanation.

12            Q.   It was never revealed to you by

13       whom?

14            A.   By anybody.

15            Q.   And --

16            A.   Basically, that refers to the people

17       responsible that were supposed to reveal it to

18       me was you, Latham Watkins, and Berger Singerman

19       and Gregg Metzger, but Gregg Metzger signed a

20       deal with you, didn't he, behind my back who

21       acted with you against me.

22                 Gregg is on the call if you want to

23       ask Gregg about that, feel free to, but that's

24       how you were able to circumvent me.

25                 You were supposed to sit down and
```

```
 1   explain that to me, and even Judge Russin said

 2   that in our last hearing.  He goes, well,

 3   certainly, they explained it to Mr. Owoc, didn't

 4   they?

 5              So I think you're in trouble, Amy,

 6   when you go in front of Judge Russin next time.

 7   The Honorable Judge Russin should -- your

 8   actions are punitive.  So, hopefully, he

 9   sanctions you, we sanction you, everything else.

10   Jonathan, please take note.

11        Q.   I will move to strike that as

12   entirely nonresponsive.

13        A.   Move to keep it on the record.

14        Q.   Mr. Owoc, paragraph 13, it says "On

15   around April 19, 2023, my attorneys discovered

16   that the Phoenix facility was included in the

17   bankruptcy estate."  Do you see that?

18        A.   Yes, ma'am.

19        Q.   Which attorneys is that referring

20   to?

21        A.   I don't know.  I can't recall.  I

22   have a lot of attorneys.

23        Q.   Did they then communicate that to

24   you that the Phoenix facility was included in

25   the bankruptcy estate?
```

1          A.    Yes.  I don't know the exact date

2     they communicated it to me, but, yes, they did.

3          Q.    Do you know how your attorneys

4     discovered that the Phoenix facility was

5     included in the bankruptcy estate?

6          A.    I do not know.

7          Q.    And do you know if they communicated

8     the fact that they had learned that the Phoenix

9     facility was included in the bankruptcy estate

10    to you orally or in writing?

11         A.    I don't know.

12         Q.    Mr. Owoc, did you ever discuss with

13    any of your personal counsel which entities were

14    to be included in the bankruptcy filings?

15         A.    Say that again, please.

16         MS. QUARTAROLO:  Can we read it back,

17         please.

18              (Whereupon, the last question was

19              read back by the court reporter.)

20         THE WITNESS:  I don't recall

21         discussing that, but the only thing that

22         I thought was in bankruptcy was Vital

23         Pharmaceuticals.  And then these other --

24         some of these other assets might have

25         been pledged or something.  I don't know,

```
 1              but the only one that I was aware that

 2              was in bankruptcy was Vital

 3              Pharmaceuticals.  And nothing else needed

 4              to be because it had a 3.2-billion dollar

 5              valuation.  Jonathan, listen to this.

 6                   It had a Kroll valuation, who is

 7              number one in the valuation space in the

 8              world, Kroll, Duff & Phelps, mark those

 9              down please, for 2.4 to $3.7 billion

10              consistent with the KDP offer.

11                   But there was three models

12              developed by Kroll, and one of the models

13              there was up to a 4.8-billion dollar

14              valuation, which I still think was a

15              little low, but that was with all the

16              heat from Monster and everything else all

17              complied.  And the documents Sury

18              Rodriguez provided for them that Huron

19              Consulting Group produced.

20                   So those are very accurate.  You

21              can't deny those.  And so it was worth

22              billions and billions of dollars until

23              Latham Watkins, Berger Singerman, and

24              everybody else queered the deal with

25              Rothchild, with John DiDonato and made it
```

1          worthless through all their chicanery and

2          tomfoolery.

3                  So, yes, I never thought that

4          anything else would have to be in

5          bankruptcy, nor would I ever agree to it

6          because there was billions of dollars

7          here.  Even Jade Silver over and over,

8          Lewis Lluberas and Frank McCormack from

9          Truist said that you will have

10         generational wealth.  Because those were

11         the deals that were being discussed.

12    BY MS. QUARTAROLO

13         **Q.**   Are you done, sir?

14         **A.**   I don't know.  Do you want me to

15    continue or do you want to go?  Either way --

16         **Q.**   I just want to -- I'm just waiting

17    for you to finish so I can ask a question.

18         **A.**   I'm finished.  When I stop talking,

19    I'm finished.

20         **Q.**   So in paragraphs -- let's scroll to

21    Paragraph 17, the second -- I guess it's the

22    third sentence of this paragraph reads "JHO Real

23    Estate had guaranteed certain indebtedness to a

24    lender group administered by Truist Bank, along

25    with several other companies."  Do you see that?

```
 1              A.   Wait.  Say that again.  Hold on.

 2              Q.   We'll highlight the sentence for

 3    you, sir.

 4              A.   Thank you kindly.

 5              Q.   Do you see that?

 6              A.   I'm reading, please.

 7                   Yes, I do.

 8              Q.   And that the certain indebtedness

 9    that you're referring to, you're referring to

10    the prepetition secured debt that Vital

11    Pharmaceuticals had; correct?

12              A.   I don't know.

13              Q.   You don't know what you're referring

14    to here?

15              A.   Let me read it again.  Just keep the

16    highlight on there if you could.

17                   Okay.  So with the highlight, go

18    ahead and ask me the question.

19              Q.   So, sir, the question is:  These are

20    your words; correct?

21              A.   These are the attorney's words that

22    I agreed to, yes.

23              Q.   Okay.  So when this sentence refers

24    to certain indebtedness, my question for you is

25    whether that's in reference to the pre-petition
```

```
 1    secured debt that Vital Pharmaceuticals had?
 2         A.   I don't know.  You would have to ask
 3    my attorneys.
 4         Q.   Well, these are your words, sir.  I
 5    guess I'll ask it differently.
 6         A.   No.  They're -- my attorneys crafted
 7    this.  I read it.  I agreed it and I signed it.
 8         Q.   Okay.  So what is the certain
 9    indebtedness that is referenced in this
10    sentence?
11         A.   I don't know, ma'am.  I just said
12    you would have to ask my attorneys.
13         Q.   And it is your understanding, sir,
14    that JHO Real Estate was a guarantor on the
15    Vital Pharmaceuticals pre-petition secured debt;
16    correct?
17         A.   I don't know.  I think the words
18    speak for themselves here where it had
19    guaranteed certain indebtedness.  But, again, I
20    was never advised that this was going to be put
21    in bankruptcy.  I would have never agreed to it,
22    and, again, the enterprise value was in billions
23    of Vital Pharmaceuticals until you and all the
24    other professionals destroyed the company.
25         Q.   So your -- sorry.  Your testimony is
```

```
 1    that you don't know if JHO Real Estate was a

 2    guarantor on that debt?

 3          A.   I don't know.

 4          Q.   Let's turn to -- we can take this

 5    document down.

 6          THE WITNESS:  Okay.  I'm going take a

 7          bathroom break for about ten minutes

 8          here.  Does anybody object to that.

 9          MS. QUARTAROLO:  That is perfectly

10          fine, sir.

11          MR. FELDMAN:  Thank you.

12          THE WITNESS:  Thank you, Amy, for your

13          kindness.

14          MS. QUARTAROLO:  We'll be back at

15          4:50.

16          THE VIDEOGRAPHER:  Off the record at

17          4:40.

18               (Whereupon, a brief recess was

19          taken.)

20          THE VIDEOGRAPHER:  Back on the record

21          at 4:51.

22          MS. QUARTAROLO:  Can we pull up what's

23          at Tab 21.  And are we up to Exhibit 20

24          now?  We'll mark this as Exhibit 20.

25          THE REPORTER:  Yes, Exhibit 20 is the
```

1           next number.  And you said this was Tab

2           21?

3               MS. QUARTAROLO:  It's Tab 21, but it's

4           Exhibit 20.

5                   (Whereupon, OWOC Exhibit No. 20 was

6               marked for identification.)

7    BY MS. QUARTAROLO

8           Q.   Perfect.  Let's scroll out to see

9    the whole first page.

10               Mr. Owoc, this is a document that is

11   titled "Supplemental Brief in Support of

12   Creditor Interested Party John H. Owoc's

13   Emergency Motion to Dismiss Chapter 11

14   Bankruptcy of Debtor JHO Real Estate Investment,

15   LLC."  Do you see that?

16          A.   Yes, ma'am.

17          Q.   And it's Docket Number 1574, just

18   for the record.

19               Mr. Owoc, have you seen this

20   document before?

21          A.   I can't recall.

22          Q.   I'll represent to you that this was

23   a filing that was made by your counsel

24   yesterday.  Do you recall signing off on this

25   filing before it was filed?

1        A.    Signing off?  No.

2        Q.    Did you review it before it was

3    filed?

4        A.    Make it bigger.  Let me see.  No, I

5    did not review it to the best of my knowledge.

6        Q.    And so your testimony is you've

7    never seen this before?

8        A.    To the best of my knowledge, I have

9    not seen this.

10       Q.    Let's scroll to page three.

11       A.    How many pages is this document

12   because I'd like to read if I'm going to be

13   commenting on it.

14       Q.    It is five pages, not including the

15   signature page.  If you would like to read it,

16   I'm happy to let you do so.

17       A.    Thank you.  If can you please make

18   it a little bigger and give me control of the

19   cursor.  Thank you.

20       MR. TERESI:  All right.  I'm going to

21      give you control now.

22       THE WITNESS:  Thank you.  Oops.

23       MS. QUARTAROLO:  I'm not sure -- I

24      don't mean to interrupt your flow,

25      Mr. Owoc, but someone is not on mute and

1          there's a conversation going on.

2              MR. FELDMAN:  Is it me,

3          Ms. Quartarolo?

4              MS. QUARTAROLO:  I don't know.

5              MR. FELDMAN:  Hold on one second.

6                  Is that better?

7              MS. QUARTAROLO:  I'm not hearing

8          anything.  It wasn't bothering me.  I

9          just didn't want someone to inadvertently

10         say something on the record.

11             THE WITNESS:  Okay.  I read the

12         document.  You can proceed, please.

13    BY MS. QUARTAROLO

14         Q.    All right.  Can we -- let's scroll

15    out just a bit, and if you need us to scroll

16    back in, let us know, sir.

17         A.    Scroll in just a little bit.

18         Q.    Make it a little bit bigger?

19         A.    That's good.  Thank you.

20         Q.    So let's scroll up to page 3.

21    Great.  The last sentence of this first

22    paragraph reads, "Perhaps" -- no, next sentence

23    "Perhaps far more important is the fact that the

24    email consent, which required electronic

25    signatures, did not reach Mr. Owoc and were

```
1    neither signed nor returned by him."  Do you see

2    that?

3            A.    Correct.

4            Q.    Is it your testimony, sir, that you

5    never received the written consent for JHO Real

6    Estate?

7            A.    To the best of my knowledge, I've

8    never received it.

9            Q.    Is it your testimony that you never

10   received any of the written consents in

11   connection with authorization for filing of

12   Chapter 11 cases?

13           A.    Wait a minute.  Let me read this

14   again.  Your first sentence was what?  I'm

15   sorry.  Your first question?

16           Q.    So the question that's pending is,

17   is --

18           A.    I need to know the first question

19   first.  I apologize.

20           Q.    Okay.  So I'll back up.  I'll ask

21   that question again.  Is it your testimony that

22   you never received the written consent for JHO

23   Real Estate and the authorization for the

24   Chapter 11 filing?

25           A.    Correct.
```

1          Q.     And the next question is, is it your

2     testimony that you never received any of the

3     written consents that we went over earlier today

4     for any of the debtor entities?

5          A.     Is that what this document says?

6          Q.     I'm just -- I pointed out a sentence

7     to you, and I'm asking you a question because

8     I'm trying to understand.

9          A.     From what we -- from what we saw

10     today, I -- I doubt that they have, but I know

11     for sure JHO Holdings never did receive.  And

12     you saw a bunch of copied and pasted signatures

13     that were not wet ink signatures.  So it's

14     likely that none of them made it to me, but

15     especially I'm confirming that JHO Holdings

16     never did.

17          Q.     Sorry.  You said JHO Holdings.  Are

18     you referring to JHO Real Estate?

19          A.     Yes.  I confused that just like

20     Jordi Guso did.

21          Q.     So when you say -- I just want to

22     make sure I understand this.  Your testimony is

23     that you did not receive the written consent for

24     JHO Real Estate; correct?

25          A.     Correct.

1          Q.    And your testimony is that you're

2    not sure whether you received the written

3    consents for the other debtor entities; is that

4    right?

5          A.    From what I saw today, it doesn't

6    appear that I did and that they were possibly

7    forgeries.

8          Q.    And I'm leaving aside any of the

9    issues that you've raised about signatures,

10   leaving aside any of the issues with regard to

11   whether you signed or didn't sign.  I just want

12   to know what you received.

13                Did you receive any of the written

14   consents for any of the debtor entities

15   authorizing the Chapter 11 filing?

16         A.    I don't remember or recall receiving

17   any of them.

18         Q.    If we can scroll down, let's scroll

19   down to the fifth page.  Actually, I apologize

20   if I asked you this, in advance.  You did not

21   see this document before it was filed?

22         A.    Correct.

23         Q.    Okay.  And this middle paragraph

24   here, let's highlight this second sentence.  So

25   this reads "The entity" -- well, let me back up.

1    The entity that is referenced in this sentence

2    refers to JHO Real Estate; correct?

3          A.    Correct.

4          Q.    So the entity could meet its

5    obligations to its creditors and did not need to

6    resort to filing bankruptcy.  Do you see that?

7          A.    Yes.

8          Q.    Do you know if -- let me strike

9    that.

10               How much cash did the debtors have

11   as of September 29, 2022?

12         A.    Was I still CEO then?

13         Q.    On September 29 of 2022, I believe

14   you were, sir.

15         A.    So the question is how much cash did

16   we have?

17         Q.    Yes.

18         A.    I think we had an adjusted EBITDA of

19   37,000,000.

20         Q.    So I'm not asking for EBITDA.  I'm

21   asking for cash.  Do you know?

22         A.    Well, as Panagoes testified

23   yesterday, we go by EBITDA so I'm going to go

24   with Mr. Panagoes and just tell you I know the

25   adjusted EBITDA was somewhere between 37 and

1      50,000,000.

2             Q.    So my question --

3             A.    That's to the best of my

4      recollection, because, again, I don't have any

5      access to documents anymore, only the debtors

6      do.

7             Q.    So sitting here today, sir, do you

8      know how much cash the debtors had on or about

9      September 29 of 2022?

10            A.    I do not.

11            Q.    Okay.

12            A.    But the --

13            Q.    Did you have a question?  Are you

14     done?

15            A.    Well, I thought you didn't answer

16     questions.  I was going to --

17            Q.    I'm not trying to cut you off, sir.

18            A.    Okay.  Let me just wait.  Read this

19     one second.

20                  Yeah.  So the highlighted thing says

21     the entity could meet its obligation to its

22     creditors.  Because, again, like I testified

23     earlier, we could have continued to make for

24     Bang Energy, which would be lucrative third

25     parties.  Rohan Oza from Shark Tank contacted

1     me, and they were possibly going to launch.  And

2     everybody wanted to run products with us.

3               So, again, at 3.50 tolling and the

4     capability of what I believed would be

5     70,000,000 cases a year if you really pushed the

6     envelope, yeah, all the money was there.  We had

7     all these other options.  Plus the facility,

8     plus we could have just made the debtor pay

9     rent.  The debtor is a tenant in sufferance in

10    probably four of my different properties.  Very

11    pathetic that the debtor never paid me.  So we

12    could have just charged the debtor rent.

13              And we also could have secured a

14    loan from a different bank quite easily for the

15    real estate as collateral.

16         Q.   Are you done?

17         A.   Yes, ma'am.

18         Q.   Okay.  So I just want to confirm

19    because I think that answer went around.

20              You don't know how much cash the

21    debtors had on or about September 29 of 2022;

22    correct?

23         A.   I do not know.

24         Q.   Okay.  Do you understand that in the

25    time period leading up to September 29 of 2022

1     the prepetition lenders had agreed to forebear

2     in taking action in connection with their debt,

3     the debt that they were owed?

4          A.   I can't recall any of those dates.

5     I know there were forbearances.  On which date

6     they were, I do not know.  But we should have --

7     if you look at this, actually, we should have

8     never filed bankruptcy to begin with because we

9     had more than enough value in real estate and

10    everything like that to pay off the bank debt.

11          So it was a big failure on

12    everybody's part to advise us not to even file

13    bankruptcy with Vital Pharmaceuticals let alone

14    the Phoenix plant, which is ridiculous.

15          Q.   Are you aware, sir, that that

16    forbearance period that you referenced expired

17    on September 29, 2022?

18          A.   No.  No, I was not aware.  I might

19    have been aware at the time, but I can't, you

20    know, remember all these dates.

21          Q.   Turning to, I guess, elsewhere in

22    this same paragraph.  These aren't numbered, so

23    bear with me.  We'll try to highlight it for

24    you.  The next sentence -- actually, two

25    sentences later that starts "however," Mr. Owoc,

1          this references $1.3 billion in sales.  Do you

2     see that?

3               A.    Yes, ma'am.

4               Q.    Is that net or gross?

5               A.    That's sales.

6               Q.    Gross sales?

7               A.    That's retail sales.

8               Q.    Okay.  Do you know over what period

9     of time that is?

10              A.    Twelve months.

11              Q.    Which 12 months?

12              A.    I believe that was the 2022 figure.

13              Q.    Let's highlight the next sentence.

14    This reads "Not one creditor has attempted to

15    assert its interest in the Phoenix property

16    since the bankruptcy was initiated."  Do you see

17    that?

18              A.    Yes, ma'am.

19              Q.    Are you aware that there were

20    mechanics liens filed against the Phoenix

21    facility?

22              A.    Yes, they could have easily been

23    paid off had we did what I said before, which is

24    either get a bank loan; do factoring; make VPX,

25    the debtor, pay rent; produce for third parties.

1    There was numerous options to easily pay these

2    off.

3        Q.   And are you aware that in connection

4    with those mechanics liens filed against the

5    Phoenix facility that foreclosure actions had

6    been initiated in the Arizona court?

7        A.   I wasn't aware, but that's a normal

8    process to get people to pay quicker.  But,

9    again, all of these -- all of these problems and

10   things were caused by the debtor who hired these

11   people and then stuck JHO Holdings -- Real

12   Estate Holdings with the bill.  The debtor ran

13   up these things.  They're the ones that put

14   these machines in and did all this stuff and

15   then skated out on the bill.

16            And so, actually, Jonathan, we

17   should file that as part of our thing in the

18   creditors.  Just ridiculous because they're the

19   ones that hired all these contractors and did

20   everything like that. JHO didn't hire them.  The

21   debtor hired them, and the debtor is a deadbeat

22   and never paid their bill.

23       Q.   So I just want to clarify.  You

24   aren't aware that there were foreclosure

25   proceedings initiated in Arizona state court in

1    connection with the Phoenix facility?

2           A.    I wasn't aware, but it doesn't

3    matter.  The debtor ran up those bills, and we

4    could have easily paid it by making the debtor

5    pay rent.  And the debtor is the one that hired

6    all these contractors and then never paid them

7    and then stuck JHO Holdings with the bill.  They

8    are a tenant in sufferance.

9                Right now today they're a tenant in

10   sufferance in the Phoenix facility.  They are a

11   tenant at sufferance in the Pembroke Pines

12   facility.  Just a bunch of pathetic individuals

13   that you represent.  It would be nice if they

14   would start paying their bills --

15          Q.    Did --

16          A.    -- and not sticking us with their

17   bills when they hire contractors and then we get

18   sued for their bad behavior.

19          Q.    Are you done?

20          A.    I can continue if you want, however.

21   That's just the tip of a very large iceberg,

22   Amy.

23          Q.    Excellent.  Are you aware that those

24   mechanics lienholders against the Phoenix

25   facility sought to lift the stay in the

```
 1    bankruptcy cases in order to proceed with that

 2    foreclosure action?

 3         A.   No, I'm not.

 4         MS. QUARTAROLO:  Why don't we take a

 5         quick break.  I just want to make sure I

 6         don't have anything else in my notes, but

 7         I think we are close to done, Mr. Owoc.

 8         I hope that is good news for you.

 9         THE WITNESS:  No.  That's very

10         upsetting because I just enjoy my time

11         with you, and I will continue this as

12         long as you would like.

13         MS. QUARTAROLO:  Thanks.  Mr. Feldman,

14         are you okay with a short break?

15         MR. FELDMAN:  Sure.

16         MS. QUARTAROLO:  Let's come back --

17         it's 5:14.  Let's come back at 5:20 if

18         that works for you.

19         THE VIDEOGRAPHER:  Off the record at

20         5:14.

21              (Whereupon, a brief recess was

22         taken.)

23         THE VIDEOGRAPHER:  Back on the record

24         at 5:21.

25
```

```
 1    BY MS. QUARTAROLO
 2           Q.    Mr. Owoc, did you understand that
 3    Vital Pharmaceuticals had filed for bankruptcy?
 4           A.    Yes, ma'am.
 5           Q.    And you understood that on or about
 6    October 10?
 7           A.    The date I'm not sure of, but, yeah,
 8    absolutely sure that Vital Pharmaceuticals filed
 9    bankruptcy.
10           Q.    And you recall, for example, having
11    a town hall with all of the employees on that
12    date explaining the bankruptcy; right?
13           A.    I don't recall it, but that doesn't
14    mean it didn't happen.
15           Q.    Did you authorize that filing?
16           A.    Of the bankruptcy?
17           Q.    Correct?
18           A.    Did I authorize it?  I think I would
19    have had to authorize it.
20           Q.    How do you think you authorized
21    that?
22           A.    I can't recall.  Just on the advice
23    of attorneys, I was wrongly advised that we
24    should have never filed bankruptcy because I'm
25    finding out now there was plenty of money in
```

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

 1    real estate and everything else to pay off the

 2    bank debt.

 3          Q.   Why are you seeking to dismiss only

 4    the JHO Real Estate bankruptcy?

 5          A.   Well, in lieu of today's deposition,

 6    we'll probably seek to get filed a motion to

 7    dismiss all of it because we're seeing a lot of

 8    fraud here the more we dig into this.

 9               Remember, we were late on the cases

10    because Justin Luna and Paul Battista did

11    absolutely nothing and left us with a huge

12    problem and very legally compromised, and so

13    we're just catching up to everything now.

14    You'll start to see more and more filings as we

15    go on.  Trust me.

16          MS. QUARTAROLO:  I have nothing

17          further at this point.  Thank you for

18          your time, Mr. Owoc.

19          THE WITNESS:  Thank you also.

20          Ms. Libeu, would you like to go?

21                    CROSS EXAMINATION

22    BY MS. LIBEU

23          Q.   Yes.  Just a couple of questions.  I

24    think I've even trimmed further, so do you

25    recall --

```
 1                MR. FELDMAN:  Ms. Libeu, before you

 2           get started, just to be clear, the scope

 3           of your questions are going to be with

 4           respect to the motion to dismiss; is that

 5           correct?

 6                MS. LIBEU:  It is, yes.

 7                MR. FELDMAN:  Okay.  Great.  Go ahead.

 8                MS. LIBEU:  And just for the record so

 9           the court reporter knows, this is Allison

10           Libeu from Hueston Hennigan, and I

11           represent Monster Energy.

12   BY MS. LIBEU

13           Q.   Mr. Owoc, do you recall

14   Ms. Quartarolo asked you some questions about a

15   declaration you signed in connection with the

16   motion to dismiss JHO Real Estate from the

17   bankruptcy?

18           A.   Yes, I do.

19           Q.   And do you recall saying that your

20   attorneys crafted that declaration?

21           A.   Correct.  They always draft -- they

22   always draft the declaration.

23           Q.   What did you do to make sure the

24   statements your attorneys put in your

25   declaration were accurate?
```

1          A.    I read over them, and to the best of

2     my knowledge, they were accurate.  And I signed

3     the declaration.

4          Q.    How much time did you take reviewing

5     the declaration?

6          A.    It just took one read.  Maybe there

7     were several parts I might have read over if I

8     was unsure of the language, and, you know, it's

9     pretty straightforward.  It's only a few pages

10    long, and I think double spaced, it's only five

11    pages, so it didn't take more than about 20

12    minutes.

13             MS. QUARTAROLO:  I want to show you a

14          document.  My colleague, Cassidy

15          O'Sullivan, is going to put it up.  It's

16          marked Tab 27, but it is -- I think will

17          be marked -- is the next one Exhibit 21,

18          Ms. Court Reporter?

19             THE REPORTER:  Yes, 21.

20             (Whereupon, OWOC Exhibit No. 21 was

21          marked for identification.)

22    BY MS. LIBEU

23          Q.    So this will be Exhibit 21.

24             And let me know if you can see the

25    document in front of you, sir.

1         A.    Yes, ma'am.  I can see it.

2         Q.    So do you see that this is -- this

3    is an email similar to the one that Ms.

4    Quartarolo showed you earlier today in

5    October 9, 2022, email from Andy Sorkin to you?

6         A.    Yes, ma'am.

7         Q.    And I know before you said you

8    couldn't confirm whether you had gotten this

9    email because you couldn't see whether or not it

10   went to your email address ceo@bangenergy.com.

11   Do you recall saying that?

12        A.    Yes, I do.

13        Q.    Do you see at the top of this

14   version that the "to" line it says Jack Owoc,

15   and then next to it, it says your email address

16   ceo@bangenergy.com?

17        A.    Yeah.  But that still doesn't

18   confirm that that went to my email.  Remember,

19   too, that the debtors have hacked into my email,

20   and they shut my email down.

21        Q.    Do you recall getting -- sorry, sir.

22   Go ahead.

23        A.    Yes.  So they had access to my

24   emails in Bang Energy, but it says "to" on

25   there.  But where does it show that I received

```
 1    it?  Did I respond to it?  Is there any other

 2    document in connection with this, Ms. Libeu?

 3         Q.   Do you remember Ms. Quartarolo

 4    earlier showed you a document where you

 5    responded?

 6         A.   I'm having trouble remembering.  I

 7    apologize, but maybe we can just move on with

 8    questions and I'll be able to help you.

 9         Q.   And so do you recall whether or not

10    you received this email from Mr. Sorkin that

11    we're looking at?

12         A.   I can't recall.

13         Q.   You can't recall one way or another?

14         A.   Right.

15         Q.   And I want to take a look at the

16    subject line there.  Do you see it says "First

17    day declaration for your review"?

18         A.   Yes.

19         Q.   And do you understand here that

20    Mr. Sorkin was telling you or giving you the

21    opportunity to review Mr. DiDonato's declaration

22    before it was filed with the bankruptcy court?

23         A.   Yes.  I believe I never signed that;

24    correct?

25         Q.   Mr. DiDonato's declaration would
```

1   have been signed by Mr. DiDonato.  My question

2   is -- my question is just very limited.  Did you

3   understand in this email where it says "First

4   day declaration for your review" that Mr. Sorkin

5   was giving you the opportunity to review

6   Mr. DiDonato's declaration before it was filed

7   with the court?

8        **A.**   If you tell me so, but I totally

9   agree with probably 70 to 80 percent of what

10  Mr. DiDonato put in that declaration.  I

11  consider Mr. DiDonato a complete fraud.

12       **Q.**   But you don't dispute that the

13  subject line indicates that you were given the

14  opportunity to review it; right, sir?

15       **A.**   I don't know if I ever opened this

16  email or ever read this email.  So I would have

17  to disagree with that.

18       **Q.**   What's your basis --

19       **A.**   I don't recall -- my basis is I

20  don't recall ever opening or reading this email.

21       **Q.**   And you don't recall one way or

22  another, is what you said earlier, whether you

23  received this email?

24       **A.**   Well, I can't ever recall opening or

25  reading this email, no.



```
1          Q.    And do you recall one way or another

2    whether you, in fact, read Mr. DiDonato's

3    declaration before it was filed with the court?

4          A.    Definitely never read it until now.

5    This would seem to be something that if Andrew

6    Sorkin was acting professionally and fiduciary

7    responsible that he would have had me sign

8    something to authorize this very important

9    document, and so I believe they would do a lot

10   of this stuff on purpose so that I wouldn't see

11   that in fact.

12         Q.    The ceo@bangenergy email address was

13   yours on October 29, 2022; right, sir?

14         A.    It was mine, but they were also --

15   they also accessed that email against my

16   authority.

17         Q.    And what's your basis for saying

18   that you -- what's your basis for thinking you

19   might not have received this particular email

20   that's been marked as Exhibit 21?

21         A.    Well, I don't know if I received it,

22   but I definitely don't even remember opening it.

23   I get a ton of emails as CEO, and I never recall

24   seeing this again.  And this would have been

25   super important, so this is something that
```

```
 1    Andrew Sorkin should have made sure I signed off

 2    on.

 3              But this is not the first time he's

 4    acted deceptively and unprofessionally.

 5         Q.   You mentioned a second ago that when

 6    you were CEO of the company you got a lot of

 7    email; is that right?

 8         A.   Yes, just like any CEO.

 9         Q.   And was it the case that you

10    sometimes didn't have the opportunity to read

11    all of your emails that were sent to you at this

12    account?

13         A.   Yes.  Probably like everybody on

14    this call.

15         Q.   And that's just because you were

16    busy, you know, running the company?  You just

17    didn't have time to read all of your emails all

18    the time?

19         A.   Correct.

20         Q.   Did you ever tell Mr. Sorkin --

21    actually, strike that.

22              We can take that down.

23         A.   I do not --

24         THE REPORTER:  Can you also drop that

25    in the chat, by the way?
```

1          MS. LIBEU:  Oh, yes.  Sorry.  Cassidy,

2      we'll put it in the chat so that everyone

3      has it.  Sorry about that.

4  BY MS. LIBEU

5          Q.   Mr. Owoc, did you understand that

6  the bankruptcy filing automatically stayed the

7  lender's ability to exercise remedies under the

8  pre-petition secured credit agreement?

9          A.   You're very intelligent, and I don't

10  know.  You just said something very

11  articulately, but you would have to break that

12  down in laymen's terms, please.

13          Q.   Sure.  You understood that the

14  company had a lender agreement or what's

15  sometimes called a pre-petition credit agreement

16  with VPX; right, sir?

17          MR. FELDMAN:  Form.  Go ahead.

18          THE WITNESS:  Who had that agreement?

19  BY MS. LIBEU

20          Q.   VPX and the lenders had an agreement

21  where VPX was loaned money by some lenders.  Do

22  you remember that, sir?

23          A.   Yes, I do.

24          Q.   And you testified a minute ago when

25  Ms. Quartarolo was asking you some questions

```
 1    about there being a forbearance period before

 2    VPX filed for bankruptcy.  Do you recall that?

 3         A.   Do I recall the forbearance?

 4         Q.   Yes.

 5         A.   Yeah.  I believe I recall there was

 6    some kind of forbearance.

 7         Q.   And did you understand that when the

 8    forbearance ended that the lenders would be able

 9    to execute on the loans that VPX had taken out?

10         A.   Not necessarily.

11         Q.   And why do you say "not

12    necessarily"?

13         A.   You know, not necessarily is just my

14    answer.  Forbearance is, you know, it's a

15    difficult thing to understand so I necessarily

16    didn't understand that they could execute on

17    that.

18         Q.   And did you understand that the

19    bankruptcy filings stopped the lender's ability

20    from being able to execute on the loans?

21         A.   Say that again a little slower,

22    please.

23         Q.   Sure.  Did you understand that by

24    filing bankruptcy that that entered a stay that

25    prevented the lenders from executing on the
```

1    loans?

2           A.    No.  I didn't because why are they

3    able to execute on the loans if we're in

4    bankruptcy right now?

5           Q.    If JHO Real Estate Investment, sir,

6    had not filed for bankruptcy --

7           A.    Were we talking about JHO or Vital?

8           Q.    We were talking about Vital a minute

9    ago.  I'm changing now to JHO Real Estate.

10          If JHO Real Estate Investment had

11    not filed for bankruptcy, how did you plan to

12    stop the lenders from foreclosing on the Phoenix

13    plant?

14          A.    Very easily, like I said earlier, we

15    could have taken rent from VPX which would have

16    been very easy because roughly 90 percent of

17    their business towards the end was done with us,

18    so that would have been a massive amount of

19    money at a 3.00 to $3.50 tolling charge.  They

20    were taking millions of cases every month.

21          We could have also charged rent.  We

22    could have run for other people.  Many people

23    approached me to run because there's a craziness

24    once Bang started a 16-ounce can, many sports

25    nutrition companies like Go, Celsius, Redcon,

```
 1    and a dozen others, probably two dozen others
 2    came out with 16-ounce energy drinks to follow
 3    the leader.
 4              Bang Energy VPX wanted to produce
 5    products, and we could have also took out a
 6    significant bank loan with another lender or got
 7    an investor.  We had many, many options where we
 8    would never have needed to file bankruptcy.
 9              We were ill advised by our
10    attorneys, and our attorneys conspired behind
11    our back.  They got Gregg Metzger, our in-house
12    legal, and they colluded with him, Latham
13    Watkins and Berger Singerman, and he signed
14    something with them that they would only run
15    legal information through Gregg Metzger.  And
16    this was unusual because for 29 years I ran
17    legal strategy at VPX and ran legal strategy up
18    until just recently for 68 cases, a dozen firms,
19    and eight in-house attorneys.
20              So when Gregg Metzger signed my
21    rights away, that was gross malpractice,
22    collusion with Berger Singerman and Latham
23    Watkins.
24         Q.    And, sir, all of the things you
25    mentioned about earning money by getting --
```

```
 1    making the debtors pay rent or getting other

 2    companies to run their products through the

 3    Phoenix plant, how did you plan to do that

 4    before the forbearance expired on September 29,

 5    2022?

 6         A.    Well, it would have been very easy

 7    had my attorneys properly sat me down and

 8    advised me, which they never did.  In fact, they

 9    did the opposite.  They colluded against me.

10    And so even Judge Russin said at the last

11    hearing with Jonathan present they did sit down

12    with you and they discussed this.

13              He automatically assumed that they

14    did that, but, unfortunately, he was wrong

15    because he doesn't know how corrupt these firms

16    are that they actually -- not only that they

17    didn't do it, they made sure I didn't know by

18    meeting in secret, in private, and colluding

19    together.

20         Q.    And so JHO at the time of the

21    bankruptcy filing didn't have funds sufficient

22    to pay off and prevent the lenders from

23    foreclosing; isn't that true, sir?

24              MR. FELDMAN:  Form.  Go ahead.

25              THE WITNESS:  It could have very
```

```
 1            easily got the money if it needed to if I
 2            was advised properly.  We could have just
 3            started making VPX pay rent.  They were a
 4            tenant at sufferance.  They continue to
 5            be a tenant at sufferance and have never
 6            paid me, and I think that's in over at
 7            least three or four facilities.
 8  BY MS. LIBEU
 9       Q.    I understand you're saying the
10  things that you could have done, but regardless
11  of how -- I'm not interested in how you were
12  advised, sir.  As of the day that the debtors
13  filed for bankruptcy, it's true, sir, isn't it,
14  that JHO Real Estate didn't have sufficient
15  funds to pay off the lenders to stop them from
16  foreclosing on the Phoenix plant?
17            MR. FELDMAN:  Objection to form.
18            THE WITNESS:  Had we been properly
19            advised, we had plenty of money.  I just
20            went over that very many times.
21  BY MS. LIBEU
22       Q.    But because you weren't properly
23  advised, you didn't have enough money?  Is that
24  what you're saying?
25       A.    We also had 1.3 billion in sales in
```



```
 1     2022.  In the last four years, we did over 4

 2     billion in sales that could have easily funded

 3     that from the debtor who was getting product

 4     produced in there for free.

 5          Q.    Sir, I want you to pay close

 6     attention.  I realize you were saying it's

 7     because you were not properly advised.  But the

 8     reality is that on the day that JHO Real Estate

 9     filed for bankruptcy it didn't have sufficient

10     funds to pay the lenders off in order to stop

11     any foreclosure; isn't that true?

12          MR. GILBERT:  Objection to form.  Go

13          ahead.

14          THE WITNESS:  I don't necessarily

15          agree with that statement, Ms. Libeu.

16   BY MS. LIBEU

17          Q.    And why don't you necessarily agree

18     with that statement?

19          A.    I believe we had plenty of money.

20     We could have just went to the bank and paid the

21     debt.

22          Q.    And where would that money on

23     October 10, 2020, to have come from?

24          A.    It could have came from any lender,

25     investor, anybody.  It could have came from
```

```
1    Rohan Oza from Shark Tank who reached out to me,

2    anybody.  I could have got money

3    instantaneously.

4         Q.   And did you have that money in

5    your -- available to you on that day, October

6    10, 2022?

7         A.   I don't know how much money was

8    necessary, but we had the funds.  We could have

9    taken it out of the bank.  We could have used

10   some of the property that I just sold where I

11   got 10 million dollars, roughly 10 million

12   dollars from the Georgia facility.  We had

13   numerous opportunities to pay that off.

14        Q.   And those properties were sold very

15   recently; right, sir?

16        A.   Not really.  JHO -- the Georgia was

17   sold a while ago.

18        Q.   When was that?

19        A.   I don't know.  You would have to

20   look that up.

21        Q.   Was it after the company filed for

22   bankruptcy?

23        A.   I don't know.

24        Q.   And the Sheridan A building and the

25   Sheridan C lot were sold in the last few months;
```

```
 1    right, sir?

 2         A.    Yes, they were.

 3         Q.    And so you didn't get any money from

 4    those properties until well after the companies

 5    filed for bankruptcy; right?

 6         A.    No.  When B was sold for 58.2

 7    million, that was a long time ago.

 8         Q.    I was asking about A and C, sir.

 9    You didn't get monies from Sheridan A and C

10    until after?

11         A.    On A and C, correct.  On B,

12    incorrect.

13         MS. LIBEU:  That's all of my

14         questions.  Thank you, sir.

15         THE WITNESS:  Thank you kindly.

16         Anybody else care to go?

17         MS. QUARTAROLO:  Hearing nothing

18         further, I think we can conclude today's

19         deposition.  Thank you for your time,

20         Mr. Owoc, and we will see you next week.

21         THE WITNESS:  God bless you.  Thank

22         you.

23              So, Jonathan, is there no

24         deposition then tomorrow?

25         MR. FELDMAN:  There is a deposition
```

```
 1          tomorrow of Mr. Delo.

 2             THE WITNESS:  Okay, but not of me?

 3             MR. FELDMAN:  No.

 4             THE WITNESS:  Thank you kindly.

 5             THE VIDEOGRAPHER:  Very good.  We're

 6       going off the record at 5:40 p.m.

 7

 8             (Whereupon, the deposition was

 9             concluded at 5:45   o'clock P.M)

10

11          AND FURTHER DEPONENT SAITH NOT.

12          -------------------

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      CERTIFICATE OF OATH

 2

 3        STATE OF FLORIDA          )

                                      SS:

 4        COUNTY OF PALM BEACH     )

 5

 6            I, ANDREA DENISE WEST, R.P.R.,F.P.R. and
          Notary Public, do hereby certify that JOHN H.
 7        OWOC, appeared via videoconference on the 7th
          day of July, 2023, was sworn by me for the
 8        purpose of giving testimony in the matter of IN
          RE: VITAL PHARMACEUTICALS, et al.

 9

10        He produced a driver's license as
          identification.

11

12            WITNESS MY HAND AND SEAL this 7th day of
          July, 2023.

13

14

15

16

17        _____

18        ANDREA DENISE WEST, RPR, FPR
          Notary Public - State of Florida
19        My Commission No. HH 379516

20        Expires:  JUNE 3, 2027

21

22                          ANDREA DENISE WEST
                         Notary Public - State of Florida
                              Commission # HH 379516
23                        My Comm. Expires Jun 3, 2027
                         Bonded through National Notary Assn.

24

25
```

```
 1                CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA      )

 3    COUNTY OF PALM BEACH )

 4       I, ANDREA DENISE WEST, R.P.R., F.P.R. and

 5    Notary Public, do hereby certify that I was

 6    authorized to and did stenographically report

 7    the deposition of JOHN H. OWOC, that a review of

 8    the transcript was not requested, and that the

 9    foregoing transcript, pages numbered 1 through

10    268, is a true record of my stenographic notes.

11       I further certify that I am neither attorney

12    or party, nor am I related to or employed by any

13    attorney or party connected with the action, nor

14    am I financially interested in the action.

15       WITNESS MY HAND AND SEAL this 9th day of

16    July, 2023   .

17

18

19    _____

20         ANDREA DENISE WEST, RPR, FPR

21

22

23

24

25
```

**MR. BERGER: [1]** 7/9

**MR. FELDMAN: [48]**
130/21 131/4 131/7
134/9 136/25 143/12
144/3 148/6 151/9
151/19 152/13 156/6
157/3 165/23 167/11
175/14 177/11 178/2
178/10 179/3 186/2
186/8 186/13 188/2
189/7 191/7 194/4
194/12 194/15 194/18
207/8 218/12 218/16
219/18 220/2 224/4
226/24 235/11 238/2
238/5 249/15 252/1
252/7 259/17 263/24
264/17 267/25 268/3

**MR. GILBERT: [68]**
5/22 6/13 6/19 7/23
10/11 10/17 11/4 11/9
11/15 12/21 13/11 13/25
14/4 23/19 24/3 24/11
26/24 28/11 31/17 32/12
32/16 33/1 35/6 37/2
37/18 37/22 38/4 38/9
50/16 57/3 59/25 67/7
76/19 77/11 77/5 77/10
77/15 77/17 84/4 84/10
84/21 85/9 85/19 86/11
88/23 89/5 89/11 90/11
90/16 90/21 92/17 93/4
93/13 96/3 115/18
117/16 125/4 125/14
127/23 128/14 128/21
129/1 129/16 130/11
130/16 154/25 167/22
265/12

**MR. KOROGLU: [1]**
7/4

**MR. MURTAGH: [1]**
7/14

**MR. SORKIN: [1]** 7/19

**MR. TERESI: [7]** 89/16
89/20 90/1 90/4 217/10
217/13 237/20

**MS. LIBEU: [4]** 252/6
252/8 259/1 261/13

**MS. O'SULLIVAN: [1]**
6/25

**MS. QUARTAROLO:**
**[82]** 5/15 10/15 10/20
11/8 11/11 11/22 23/25
27/5 27/13 31/13 32/6
32/15 36/18 36/23 37/25
38/7 43/3 43/7 52/2 60/4
76/24 77/4 77/7 77/16
77/18 80/19 85/15 85/21
86/24 88/7 88/12 88/15
89/2 90/8 90/12 93/14
114/10 115/20 119/14
124/6 125/16 126/25
128/20 128/24 129/15
129/21 130/5 131/17
133/21 141/13 144/19
150/21 151/6 151/16

**MR. WOLFE: [1]** 149/3

**MR. JOHNSON: [3]** 34/11 224/2

**MR. GREEN: [20]** 2/18
194/7 195/10 202/18
219/2 219/7 219/12
221/10 230/16 235/9
235/14 235/22 236/3
237/23 238/4 238/7
249/4 249/13 249/16
251/16 253/13 267/17

**MS. SKLAR: [1]** 5/18

**THE REPORTER: [12]**
6/16 6/23 7/2 7/7 7/12
7/17 7/21 131/1 131/6
235/25 253/19 258/24

**THE VIDEOGRAPHER:**
**[20]** 5/2 27/3 27/7
27/11 52/4 52/8 90/19
90/23 91/2 129/19
129/25 151/10 151/14
194/19 194/23 235/16
235/20 249/19 249/23
268/5

**THE WITNESS: [100]**
6/10 10/16 11/20 12/17
13/10 14/3 24/13 31/16
32/24 35/10 36/20 36/24
37/16 37/21 43/5 50/21
60/2 67/11 77/14 84/5
84/11 84/25 85/13 85/16
85/20 86/6 86/12 87/1
88/9 88/14 88/17 89/8
89/13 89/19 89/21 90/3
90/5 90/17 92/19 93/11
93/18 115/21 117/18
125/7 128/2 129/3
129/22 130/2 130/8
130/13 131/8 137/2
144/5 148/8 151/1 155/1
157/4 165/24 167/12
167/23 175/15 178/3
179/4 185/24 186/3
186/9 186/14 188/3
189/8 191/8 194/10
194/13 202/23 207/4
207/9 217/12 217/15
218/13 218/17 219/6
219/9 219/14 219/19
224/5 226/25 230/20
235/6 235/12 237/22
238/11 249/9 251/19
259/18 263/25 264/18
265/14 267/15 267/21
268/2 268/4

**$**

**$1 [1]** 36/8
**$1 billion [1]** 36/8
**$1.3 [1]** 246/1
**$1.3 billion [1]** 246/1
**$10 [1]** 42/20
**$10 million [1]** 42/20
**$100,000 [3]** 204/24
212/21 216/2
**$2,200 [1]** 212/4
**$3.2 [4]** 34/7 36/1 150/6
150/10
**$3.2 billion [3]** 34/7

150/10 150/10
261/19
**$3.7 [1]** 231/9
**$3.7 billion [1]** 231/9
**$41 [1]** 226/16
**$41 million [1]** 226/16
**$45,000 [1]** 36/10
**$67 [1]** 44/24
**$67 million [1]** 44/24

**1**

**1.3 [1]** 264/25
**1.5 [1]** 225/19
**1.6 [2]** 224/11 224/14
**1/7/23 [1]** 4/15
**10 [17]** 4/13 53/11 96/9
96/21 116/24 127/1
127/2 127/3 131/23
160/20 192/19 202/4
202/11 250/6 265/23
266/6 266/11
**10 million [1]** 266/11
**10/9/22 [2]** 4/10 4/19
**100 [1]** 4/11
**100-point [2]** 135/21
136/3
**10020 [2]** 2/9 3/15
**1007 [2]** 183/3 187/3
**1015 [2]** 205/6 205/22
**102 [1]** 4/11
**1020 [1]** 215/11
**1021 [3]** 189/23 191/21
217/20
**10:06 [1]** 1/10
**10:06 a.m [1]** 5/9
**10:30 [1]** 27/8
**10:30 p.m [1]** 8/15
**10:32 [1]** 27/12
**10th [3]** 53/4 82/21
149/22
**11 [54]** 4/14 18/7 18/11
20/2 20/7 20/16 25/24
25/25 26/4 28/15 29/2
29/15 29/19 30/13 31/6
32/5 32/20 33/5 33/15
35/20 38/13 38/15 39/16
39/17 40/20 78/16 78/25
81/2 104/10 133/23
133/23 134/1 147/24
148/2 149/21 160/22
190/4 195/22 201/25
202/7 206/13 207/14
207/17 209/15 213/15
213/24 214/16 223/1
223/6 223/19 236/13
239/12 239/24 241/15
**11/2/22 [1]** 4/16
**114 [2]** 4/12 161/6
**116 [1]** 162/10
**119 [1]** 4/12
**11:01 [1]** 52/5
**11:14 [1]** 52/9
**12 [10]** 4/14 28/7 29/25
30/3 141/14 141/15
141/16 227/21 227/22
246/11

**12-count [1]** 224/1
**1200 [1]** 2/10
**1223 [1]** 2/19
**1238 [1]** 69/5
**124 [1]** 4/13
**1243 [2]** 58/11 62/23
**1251 [1]** 3/15
**1254 [1]** 72/2
**1259 [2]** 72/13 74/3
**127 [1]** 4/13
**1271 [1]** 2/9
**12:26 [1]** 90/24
**13 [5]** 4/15 144/19
144/20 144/21 229/14
**134 [1]** 4/14
**14 [7]** 4/15 73/4 73/25
74/16 153/3 153/3 153/4
**14-minute [2]** 73/8
73/13
**141 [1]** 4/14
**144 [1]** 4/15
**15 [9]** 4/16 73/4 79/21
171/17 171/18 171/19
171/20 190/11 192/25
**15-minute [1]** 194/14
**1520 [1]** 195/24
**153 [1]** 4/15
**1574 [1]** 236/17
**16 [7]** 4/16 29/13 168/5
179/7 179/8 195/12
222/24
**16-ounce [2]** 261/24
262/2
**1600 [1]** 2/17
**16th [4]** 29/13 47/9
48/23 125/2
**17 [7]** 4/17 83/25
195/13 195/14 202/19
222/25 232/21
**171 [1]** 4/16
**179 [1]** 4/16
**17th [1]** 169/12
**18 [6]** 4/17 52/13 52/21
202/20 202/21 221/11
**1800 [1]** 3/4
**19 [7]** 4/9 4/18 84/1
103/17 221/12 221/13
229/15
**195 [1]** 4/17
**1:09 [1]** 91/3
**1st [2]** 222/14 222/18

**2**

**2 billion [2]** 225/18
225/19
**2,200-dollar [1]** 86/16
**2.3 [1]** 214/20
**2.4 [1]** 231/9
**2/28/23 [1]** 4/16
**20 [13]** 45/18 68/8 73/23
79/21 163/11 176/16
178/1 235/23 235/24
235/25 236/4 236/5
253/11
**20 percent [1]** 205/12
**20-minute [1]** 74/16
**200 [1]** 3/9

**200 million [1]** 224/8
**201 [1]** 3/4
**202 [1]** 4/17
**2020 [2]** 102/11 265/23
**2022 [54]** 4/9 53/4
53/11 53/25 55/12 58/25
59/16 60/8 64/25 65/8
66/21 67/19 71/21 82/21
97/22 100/2 100/18
103/17 105/25 106/5
116/24 133/7 135/18
149/22 160/20 165/12
172/19 174/7 175/9
201/20 202/4 204/15
208/16 210/8 211/6
212/10 214/15 216/7
217/22 220/20 222/14
222/18 242/11 242/13
243/9 244/21 244/25
245/17 246/12 254/5
257/13 263/5 265/1
266/6
**2023 [20]** 1/10 5/8
28/10 28/17 28/24 29/14
152/16 153/11 157/16
157/25 179/14 190/15
192/25 198/11 198/20
221/21 229/15 269/7
269/12 270/16
**2027 [1]** 269/20
**21 [10]** 4/19 224/5
235/23 236/2 236/3
253/17 253/19 253/20
253/23 257/20
**210,000,000 [1]** 224/3
**212 [1]** 2/10
**213 [2]** 2/6 2/24
**216 [1]** 172/24
**22 [6]** 4/10 4/16 4/17
4/19 84/3 86/16
**22-17842-PDR [2]** 1/3
5/4
**221 [1]** 4/18
**23 [6]** 4/15 4/16 4/18
29/11 86/5 179/6
**230,000,000 [1]** 224/6
**236 [1]** 4/18
**24 [3]** 46/25 164/22
165/3
**250,000,000 [1]** 224/7
**253 [1]** 4/19
**254 [1]** 4/4
**26 [1]** 81/19
**268 [1]** 270/10
**27 [3]** 84/16 84/18
253/16
**27 minutes [1]** 92/22
**2700 [1]** 3/5
**28 [4]** 179/14 179/24
180/13 190/15
**28-billion [1]** 150/5
**29 [29]** 4/9 47/21 58/25
60/8 64/25 65/8 66/21
67/18 108/25 201/16
201/20 208/16 210/7
211/6 212/10 214/15
217/22 217/25 218/11

**2**

29... [10] 220/19 242/11
242/13 243/9 244/21
244/25 245/17 257/13
262/16 263/4
29th [6] 55/11 58/8
59/16 71/21 72/21 73/10
2:18 [1] 151/11
2:31 [1] 151/15
2B [1] 55/16
2nd [3] 172/19 174/7
175/9

**3**

3,600 [1] 225/12
3.00 [1] 261/19
3.2 [1] 151/3
3.2-billion [1] 231/4
3.50 [1] 244/3
30 [4] 84/25 204/15
204/19 216/7
305 [2] 2/19 3/10
32nd [1] 126/6
33131 [2] 2/18 3/10
3328 [1] 2/15
33301 [1] 3/5
33316 [1] 2/14
335 [1] 2/5
34 [3] 163/3 165/8
176/18
35,000,000 [1] 226/18
358-6300 [1] 3/10
36 [1] 222/9
360 [1] 107/10
37 [1] 242/25
37,000,000 [1] 242/19
379516 [1] 269/19
38 [1] 222/10
3:26 [1] 194/20
3:30 [1] 194/8
3:40 [1] 194/16
3:43 [1] 194/24

**4**

4.8-billion [1] 231/13
40 [4] 91/14 91/21
92/24 175/19
400 [2] 2/23 107/9
400 percent [1] 163/12
4100 [1] 3/9
414-6883 [1] 3/16
43 [1] 85/18
4589 [1] 2/24
47 [1] 225/4
47.9 million [2] 223/20
223/23
4:40 [1] 235/17
4:50 [1] 235/15
4:51 [1] 235/21

**5**

50 percent [1] 186/18
50,000,000 [1] 243/1
500 [1] 137/10
51-page [1] 83/12
52-point [1] 70/14
523 [1] 2/22

57 [1] 86/14
57 percent [1] 166/2
58.2 [1] 267/6
58.25 million [1]
226/19
59 [1] 86/15
5:14 [2] 249/17 249/20
5:20 [1] 249/17
5:21 [1] 249/24
5:40 [1] 268/6
5:45 [1] 268/9

**6**

6/16/23 [1] 29/11
614-1223 [1] 2/19
62 [1] 86/22
63 [1] 87/1
6300 [1] 3/10
633 [1] 2/13
646 [1] 3/16
65 [1] 87/4
654 [2] 4/11 103/3
68 [1] 25/13
68 cases [1] 262/18
6883 [1] 3/16
6TH [1] 2/22

**7**

7/6/23 [1] 4/18
70 [3] 34/11 224/1
256/9
70,000,000 [1] 244/5
72 [1] 133/10
77 [1] 87/24
788-4589 [1] 2/24
7th [3] 1/10 269/6
269/12

**8**

8-hour [1] 223/24
80 [1] 4/10
80 percent [1] 256/9
80 years [1] 163/7
800 [1] 2/14
847-3328 [1] 2/15
87 [1] 226/17
891-8966 [1] 2/6
8966 [1] 2/6

**9**

9/30/22 [1] 4/17
90 percent [1] 261/16
90014 [1] 2/23
90071 [1] 2/5
906-1200 [1] 2/10
954 [1] 2/15
954-463-2700 [1] 3/5
97 [1] 4/10
9th [1] 270/15

**A**

a.m [2] 1/10 5/9
ability [2] 259/7 260/19
abject [4] 80/4 80/18
87/8 87/12

asked [3] 32/17 32/22
135/23
170/11 170/14 186/7
228/24 255/8 260/8
260/20 261/3
about [104] 16/12
18/20 20/17 20/20 28/7
28/7 29/25 31/5 35/4
38/19 39/15 47/24 48/23
49/7 51/16 51/17 52/15
52/24 53/4 53/25 55/11
68/17 72/9 72/18 73/13
78/24 79/21 79/22 81/6
81/6 81/14 85/23 86/5
87/4 89/11 91/14 92/22
95/23 96/2 98/6 98/21
99/13 100/2 102/11
102/16 107/9 108/5
113/23 122/13 131/19
133/10 146/2 149/22
150/3 150/5 155/19
157/15 157/24 159/14
164/7 164/11 175/11
175/18 176/17 178/23
181/3 181/18 181/23
182/3 182/8 183/7
187/24 188/3 188/4
188/11 189/3 189/15
189/17 194/5 194/10
203/2 205/11 206/17
218/11 220/20 224/2
224/6 224/8 224/10
224/11 228/23 235/7
241/9 243/8 244/21
250/5 252/14 253/11
259/3 260/1 261/7 261/8
262/25 267/8
above [4] 1/24 74/6
86/17 106/13
above-styled [1] 1/24
absolutely [24] 25/12
49/21 51/9 80/17 91/12
97/2 107/8 110/1 126/24
138/25 141/25 159/21
169/19 175/15 185/11
192/12 193/7 194/2
201/24 214/9 214/18
226/15 250/8 251/11
abundance [1] 33/22
abundantly [1] 155/11
abuse [4] 87/9 149/16
184/16 184/21
abusing [1] 184/8
accept [1] 180/23
acceptable [1] 112/14
access [27] 48/24 49/7
50/13 51/8 55/4 56/1
61/20 61/23 62/1 62/2
82/14 98/13 108/20
109/6 109/24 111/5
112/1 119/6 119/8 134/8
182/16 197/7 197/10
203/12 217/7 243/5
254/23
accessed [2] 47/20
257/15
accessible [3] 56/12

60/5 114/18
accessing [7] 49/2
49/20 50/1 50/24 51/5
108/8 108/11
accommodate [4]
131/20 152/10 184/3
184/17
accompanied [1]
136/9
according [2] 49/16
76/10
accordingly [1] 36/17
account [8] 109/24
111/6 112/2 112/18
113/5 113/10 204/7
258/12
accuracy [1] 190/13
accurate [8] 68/20
196/22 196/25 198/2
201/15 231/20 252/25
253/2
acknowledged [1]
168/24
Acrobat [1] 59/20
142/24
act [2] 190/21 191/10
acted [4] 164/13 209/17
228/21 258/4
acting [4] 20/13 20/14
190/13 257/6
action [5] 153/9 245/2
249/2 270/13 270/14
actions [2] 229/8 247/5
actually [23] 10/20 16/7
25/5 25/6 35/14 38/1
67/7 77/2 123/14 133/6
164/6 180/24 194/13
197/2 215/8 220/4 227/6
241/19 245/7 245/24
247/16 258/21 263/16
ad [1] 55/1
additional [5] 50/11
50/12 162/11 162/20
214/5
address [24] 61/16
62/20 98/3 99/10 101/9
101/13 101/21 107/23
108/2 108/20 109/6
117/19 117/24 118/14
119/3 124/4 132/8
137/22 144/1 147/17
152/8 254/10 254/15
257/12
addressed [1] 209/24
addresses [3] 118/11
118/12 118/19
adjusted [2] 242/18
242/25
administered [1]
232/24
Administrative [1]
98/24
Adobe [5] 59/20 64/21
142/24 145/20 190/25
adoption [1] 158/18
advance [2] 8/13
109/24

advice [3] 11/14 11/16
250/22
advise [3] 123/11 206/4
245/12
advised [11] 43/20
123/14 234/20 250/23
262/9 263/8 264/2
264/12 264/19 264/23
265/7
advisers [3] 72/14
73/15 78/16
affiliated [1] 18/9
affiliates [4] 148/4
160/21 171/24 179/12
affix [1] 155/9
affixed [3] 63/7 98/22
160/14
afford [1] 88/21
after [18] 5/12 6/7
41/18 51/8 103/21
110/13 133/9 136/2
137/9 158/12 164/13
164/23 164/23 201/7
209/20 266/21 267/4
267/10
afterwards [6] 75/9
75/14 75/16 75/21 75/22
110/16
again [73] 8/4 10/21
17/23 18/21 22/16 24/21
29/9 29/22 29/24 31/1
36/6 39/8 40/25 41/11
43/8 45/12 45/18 45/22
47/6 50/17 50/25 53/23
56/11 64/12 65/22 66/19
67/15 76/3 78/21 90/2
93/2 94/10 94/13 101/1
107/25 108/15 109/18
125/10 127/24 135/10
142/6 146/2 146/6
148/22 158/23 162/3
169/6 174/24 175/5
177/9 181/6 182/12
187/12 189/12 197/18
212/9 217/7 217/13
218/9 227/15 230/15
233/1 233/15 234/19
234/22 239/14 239/21
243/4 243/22 244/3
247/9 257/24 260/21
263/9
against [9] 59/4 104/24
165/5 228/21 246/20
247/4 248/24 257/15
263/9
agenda [4] 54/25 76/10
175/17 176/12
agendas [1] 176/9
ago [10] 26/13 46/22
49/4 49/9 49/19 258/5
259/24 261/9 266/17
262/16
agree [25] 18/16 53/18
72/22 101/10 127/18
127/21 129/3 129/6
129/6 129/9 136/17
143/2 147/20 158/17
180/6 184/21 209/24

agree... [8] 210/6 210/9
210/10 212/20 232/5
256/9 265/15 265/17
agreed [5] 163/20
233/22 234/7 234/21
245/1
agreement [7] 42/2
190/20 259/8 259/14
259/15 259/18 259/20
agreements [1] 63/22
ahead [41] 6/19 13/2
13/3 20/23 38/8 57/14
64/14 70/2 93/9 95/10
99/25 118/3 127/24
129/1 131/16 132/25
133/4 137/1 140/2 142/4
143/13 144/4 147/11
148/7 149/12 151/5
151/17 152/14 160/2
170/5 177/13 189/7
217/16 227/19 227/20
233/18 252/7 254/22
259/17 263/24 265/13
AKERMAN [2] 3/3 7/10
akerman.com [1] 3/6
al [3] 1/6 5/3 269/8
alarmed [6] 33/19
35/18 35/21 38/11 79/9
79/10
alcohol [1] 115/12
Alexa [2] 3/20 6/3
alibeu [1] 2/5
all [123] 6/12 6/15 6/21
7/23 7/24 11/23 13/8
13/11 14/16 24/3 25/12
31/17 36/15 37/22 42/6
44/23 52/23 54/22 55/5
56/8 56/15 57/25 57/25
66/8 67/11 68/2 68/2
69/8 69/22 70/11 77/15
81/21 82/8 83/23 85/13
89/5 90/16 90/21 99/5
105/12 107/6 107/17
109/4 113/6 115/6
121/22 124/5 124/12
126/4 126/12 126/16
126/19 126/20 126/22
129/13 130/13 130/13
131/10 131/14 132/21
133/12 134/21 138/4
139/4 145/22 149/11
158/13 160/7 161/18
166/6 166/13 167/13
168/16 170/21 175/6
176/24 177/3 182/11
182/17 182/19 186/15
186/22 187/2 189/9
191/10 191/14 191/20
194/12 196/21 197/9
203/15 205/11 205/12
205/16 206/21 214/2
214/4 216/25 217/15
217/15 217/18 219/20
231/15 231/16 232/1
234/23 237/20 238/14
244/6 244/7 245/20

allegations [1] 47/12
ALLISON [3] 2/22 4/4
252/9
allow [6] 51/14 69/9
83/14 183/15 187/16
207/16
allowed [3] 48/5 150/22
177/16
allowing [1] 184/23
allude [1] 178/18
almost [1] 113/8
alone [4] 44/25 215/2
227/4 245/13
along [4] 32/14 34/20
107/11 232/24
aloud [1] 210/19
already [13] 24/18
24/20 28/21 39/6 39/20
56/16 56/24 85/24 86/4
98/14 99/15 138/10
173/20
also [29] 3/18 34/7
55/25 60/4 68/12 70/19
71/8 81/12 98/11 114/17
115/22 122/1 132/7
134/6 136/20 136/22
164/5 172/20 181/13
190/23 220/22 244/13
251/19 257/14 257/15
258/24 261/21 262/5
264/25
always [6] 33/25
126/20 176/23 190/21
252/21 252/22
am [18] 8/18 65/25
90/11 105/23 106/14
125/1 125/12 131/1
131/2 167/4 206/2 211/2
212/7 217/1 225/21
270/11 270/12 270/14
amazing [1] 125/1
AMERICAS [2] 2/9 3/15
among [10] 40/18
41/15 166/24 167/8
169/8 169/22 171/14
173/13 179/20 206/7
amount [6] 37/7 204/22
204/23 205/1 216/10
261/18
AMY [85] 2/3 5/15
16/15 20/22 33/24 39/3
39/22 41/24 43/1 43/6
44/13 46/23 47/23 50/4
50/8 50/14 51/13 51/13
51/24 59/10 63/9 63/10
64/11 65/21 66/11 67/23
68/1 68/15 68/20 69/2
69/18 69/21 72/7 72/11
75/12 88/22 91/24 92/4
92/13 92/19 94/6 95/23
99/4 100/21 101/3
102/17 107/19 109/17
111/16 116/12 117/19

129/23 131/16 132/25
136/4 137/13 138/9
138/18 140/24 144/13
148/19 149/3 151/5
155/5 164/8 165/9
169/11 172/17 176/5
177/4 199/17 206/22
210/13 215/23 219/15
219/23 229/5 235/12
248/22
amy.quartarolo [1] 2/6
Analysis [3] 188/22
189/4 189/18
Andrea [8] 1/19 5/13
130/23 131/1 269/5
269/18 270/4 270/20
ANDREW [12] 2/4 7/17
7/19 41/23 68/18 79/18
100/17 164/25 165/13
168/15 257/5 258/1
Andy [1] 254/5
ANGELES [2] 2/5 2/23
another [19] 10/17
10/18 11/10 23/23 37/23
94/7 95/9 101/20 115/15
133/22 160/15 195/11
214/21 224/5 226/18
255/13 256/22 257/1
262/6
answer [92] 10/12 11/5
13/3 14/5 24/2 24/12
24/15 24/21 27/20 29/22
30/4 31/11 35/9 35/17
36/19 37/11 37/13 38/2
39/5 39/7 39/19 39/20
40/2 40/10 40/12 40/14
43/4 47/18 49/23 50/19
52/18 53/8 58/19 63/18
66/23 67/2 67/6 67/16
67/22 69/23 69/24 70/8
70/9 70/11 81/12 90/14
91/17 92/5 92/13 93/6
93/9 98/7 99/20 101/4
109/21 122/10 122/19
122/21 140/17 143/15
149/6 151/5 156/6
169/14 169/15 170/24
172/16 173/17 174/19
175/8 178/19 180/22
180/23 180/25 183/20
197/19 207/1 207/2
208/4 217/9 218/9
219/21 219/22 219/24
219/24 219/25 219/25
220/4 227/18 243/15
244/19 260/14
answered [24] 23/11
23/18 24/16 24/18 24/20
28/21 29/21 39/6 39/13
39/18 65/5 66/25 67/4
67/14 102/17 139/5
140/16 141/10 155/24
173/20 211/19 212/1
212/1 218/23
answering [6] 31/19

62/14 118/2 138/23
152/4 216/10
answers [9] 16/14 65/4
66/22 66/24 67/1 126/20
139/3 184/20 219/22
any [109] 8/24 9/12
10/9 11/2 11/13 11/25
12/11 13/18 13/21 17/16
17/20 17/24 18/19 18/22
21/14 23/3 27/4 29/17
30/7 34/8 34/16 40/22
41/5 44/7 45/24 46/6
46/10 46/13 47/10 48/25
51/3 51/7 52/23 55/23
55/24 57/9 63/4 63/22
72/24 79/1 80/8 81/24
104/21 107/12 112/17
115/12 119/10 140/20
141/7 142/13 146/11
147/13 147/22 149/23
150/17 150/19 150/20
151/2 151/3 152/20
154/10 154/19 157/23
159/2 161/13 163/9
169/25 171/12 175/2
176/15 179/23 180/15
180/17 180/20 183/18
184/18 192/9 197/16
197/21 200/15 200/20
206/23 207/17 216/17
218/2 218/7 218/10
218/24 220/9 225/15
226/21 226/22 230/13
239/10 240/2 240/4
241/8 241/10 241/13
241/14 241/17 243/4
245/4 255/1 258/8
265/11 265/24 267/3
270/12
anybody [28] 48/19
63/3 63/7 65/18 66/5
73/6 79/20 84/18 85/7
85/8 101/22 110/19
122/25 140/12 140/12
145/16 145/20 147/5
154/5 155/9 156/15
156/16 169/24 228/14
235/8 265/25 266/2
267/16
anyhow [3] 52/17
149/11 219/15
anymore [1] 243/5
anyone [14] 8/19 20/13
31/5 35/7 38/19 39/14
66/18 109/5 109/22
123/11 145/18 195/6
212/17 216/9
anything [31] 16/18
17/10 17/14 20/10 23/12
32/13 48/19 51/19 52/19
81/25 81/25 100/25
110/23 142/20 144/6
144/9 146/18 146/19
160/12 164/2 166/18
174/16 175/2 181/17
189/13 197/15 197/20
213/18 232/4 238/8

249/6
apart [1] 105/16
apologize [8] 26/24
123/25 127/23 128/14
128/22 239/19 241/19
255/7
Apparently [1] 110/4
appear [4] 131/9 209/9
209/10 241/6
appearance [1] 209/7
209/14 209/17
appearances [3] 2/1
3/1 5/12
appeared [2] 56/4
269/6
appearing [1] 5/25
appears [1] 132/18
application [1] 13/20
applications [2] 13/19
13/22
applied [4] 64/3 113/25
126/1 146/13
apply [5] 67/24 68/25
114/1 154/20 156/25
applying [2] 63/25 64/1
appointments [1]
158/13
appraisal [1] 224/16
appraiser [6] 224/19
224/20 224/24 225/21
225/24 226/1
appraising [1] 226/9
appreciate [5] 39/5
47/1 127/25 130/17
223/8
approached [1] 261/23
approaching [1]
225/18
appropriate [1] 106/14
approval [2] 158/18
191/17
approve [3] 105/5
191/5 191/11
approved [5] 101/17
105/8 190/13 190/19
216/3
approximately [2] 17/1
91/21
April [3] 198/11 198/20
229/15
April 19 [1] 229/15
April 2023 [2] 198/11
198/20
are [203] 5/23 5/24 6/11
7/25 8/4 8/5 8/7 8/16
8/24 9/3 12/2 12/8 12/18
14/8 14/13 15/11 15/21
18/6 18/12 19/8 19/8
20/6 20/14 21/1 21/6
22/7 22/19 25/3 25/6
25/13 27/3 28/18 31/16
44/8 45/1 46/16 47/13
48/1 48/4 50/3 50/4 50/5
50/13 51/22 52/2 53/2
54/8 63/21 64/2 65/23
66/1 66/9 67/2 68/5
74/23 75/20 75/25 76/1

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John M. Owoc - Taken 07/10/23

Case 2:19-cv-09402-FBR-RCS-810575v2 Filed 07/10/23 Page 275 of 301

**A**

are... **[145]** 76/6 76/20 76/22 78/1 78/12 81/6 81/13 83/18 83/19 84/22 85/23 86/17 90/9 91/24 92/1 95/21 98/14 99/4 105/22 106/18 108/17 110/16 112/7 112/11 112/16 113/6 113/24 118/11 118/12 118/21 121/21 123/8 123/12 126/9 126/20 129/19 129/21 130/6 130/23 130/23 132/21 134/5 135/22 137/14 140/25 140/25 141/2 145/23 146/1 146/2 146/6 147/22 151/14 154/3 154/22 155/1 155/2 155/4 155/20 156/13 156/21 156/22 159/7 160/4 160/7 160/14 161/18 161/22 162/6 162/18 163/7 166/15 166/22 166/23 166/24 166/25 167/8 167/9 167/18 170/14 170/22 173/12 173/13 176/13 177/15 177/20 177/23 178/3 178/15 178/16 179/2 180/7 185/4 186/5 186/22 186/24 191/5 192/12 192/12 193/23 196/1 197/12 199/7 199/10 207/24 207/25 208/6 209/13 210/12 213/15 213/18 213/24 215/5 216/23 219/7 222/14 223/13 224/22 225/13 225/20 226/14 227/13 229/8 231/20 232/13 233/19 233/21 234/4 235/23 240/17 243/13 244/16 245/15 246/19 247/3 248/8 248/10 248/19 248/23 249/7 249/14 251/3 252/3 261/2 263/16

**are based [1]** 83/18

**area [3]** 8/13 123/10 160/14

**aren't [6]** 101/3 114/6 154/14 190/22 245/22 247/24

**argue [1]** 39/25

**arguing [2]** 40/1 95/3

**argument [1]** 95/1 95/4

**argumentative [1]** 95/24

**Arizona [7]** 96/18 192/19 192/24 193/17 193/24 247/6 247/25

**around [6]** 8/15 12/1 146/1 190/25 229/15 244/19

**arrived [1]** 8/14

**articulately [1]** 259/11

14/13 164/10 165/13 167/18 174/24 175/4 190/25 191/18 191/24 19/13 23/7 29/13 29/17 33/4 36/19 41/14 41/16 41/20 42/3 42/3 42/12 42/20 43/4 45/19 54/25 55/16 56/11 56/13 57/4 64/15 68/21 71/20 80/6 80/10 80/20 81/20 89/8 89/8 93/6 96/9 97/10 98/12 104/22 106/4 108/9 108/13 111/15 112/14 114/11 115/14 115/23 118/8 119/12 119/16 120/8 120/16 121/10 121/24 122/23 124/7 127/1 127/19 128/12 129/9 129/10 131/23 132/20 133/23 136/6 137/7 141/14 148/9 152/1 152/2 153/3 154/3 155/11 159/3 159/5 159/23 160/8 160/10 161/2 161/9 163/17 164/7 164/13 165/20 165/21 165/25 166/6 166/24 167/2 167/9 168/5 168/11 169/4 169/9 170/10 170/14 170/18 171/14 172/13 173/12 175/15 176/5 179/20 181/4 182/22 182/22 182/22 184/8 188/14 191/1 191/1 191/16 192/25 193/10 193/18 193/20 193/23 195/13 196/7 201/18 201/23 203/2 203/21 205/3 206/10 206/18 207/19 208/12 208/12 208/13 209/3 209/7 209/14 211/8 211/11 212/9 212/11 212/22 213/6 214/15 215/19 215/19 220/20 222/18 225/11 229/11 235/24 242/11 242/22 244/15 247/17 249/11 249/12 251/14 257/20 257/23 264/12 269/10

**aside [5]** 89/7 95/11 154/16 241/8 241/10

**ask [79]** 6/13 10/21 11/9 13/1 14/1 15/20 15/24 16/3 16/7 16/24 19/11 21/19 24/25 35/7 36/15 40/9 41/11 45/3 45/11 46/3 47/6 48/6 48/8 50/18 55/15 58/18 64/12 66/13 66/19 67/15 67/15 69/16 69/23 70/7 72/13 78/21 81/8 81/10 85/23 92/18 93/15 99/23 101/1 106/9 109/2 109/18 109/19 110/3 110/9 113/11 129/1 133/23 140/18 140/19

199/7 199/15 207/24 211/25 216/9 270/15 270/13

**attorney's [3]** 196/23 222/20 233/21

**attorney-client [5]** 151/21 177/25 178/4 178/17 207/24

**attorney/client [6]** 20/22 31/8 31/11 31/21 52/16 52/20

**attorneys [53]** 20/21 25/5 25/6 25/8 25/10 25/13 25/16 35/23 38/17 38/20 38/24 39/2 39/10 39/15 40/8 40/13 43/15 43/19 43/20 45/3 45/23 46/1 46/4 46/5 46/7 46/11 105/10 105/13 107/13 111/8 114/9 123/14 139/14 146/4 178/4 198/23 199/22 209/19 214/2 229/15 229/19 229/22 230/3 234/3 234/6 234/12 250/23 252/20 252/24 262/10 262/10 262/19 263/7

**Audio [1]** 1/9

**Audio-Video [1]** 1/9

**audit [15]** 59/17 59/19 116/23 121/7 124/2 126/23 128/7 131/24 132/5 136/13 136/18 142/23 143/3 143/9 146/22

**authentic [3]** 122/7 122/9 160/9

**authenticate [2]** 147/11 147/19

**authority [3]** 159/2 174/15 257/16

**authorization [4]** 44/18 158/18 239/11 239/23

**authorize [13]** 26/17 43/18 43/22 149/23 150/1 161/12 161/13 162/6 166/16 250/15 250/18 250/19 257/8

**authorized [8]** 26/18 44/17 106/7 147/23 164/16 192/7 250/20 270/6

**authorizing [2]** 104/3 241/15

**automatically [2]** 259/6 263/13

**available [5]** 76/6 94/22 98/12 103/8 266/5

**AVENUE [3]** 2/5 2/9 3/15

**average [1]** 163/11

**avoid [1]** 14/1

**aware [39]** 8/7 8/16 9/2 10/8 18/6 19/8 19/8 20/6 20/14 21/2 21/6 25/13 29/5 33/24 37/4 40/22

41/7 50/13 53/2 63/21 112/17 132/15 166/23 167/8 168/2 200/17 201/1 209/13 209/16 231/1 245/15 245/18 245/19 246/19 247/3 247/7 247/24 248/2 248/23

**away [5]** 44/25 89/7 159/6 163/9 262/21

**awfully [1]** 115/15

**B**

**baby [1]** 149/13

**back [57]** 27/11 27/14 27/18 35/17 39/21 44/1 52/8 57/9 62/23 67/6 69/4 71/1 79/13 85/5 85/14 89/22 91/2 92/24 93/15 93/17 97/15 110/18 116/10 124/1 125/17 145/14 151/14 157/11 159/21 160/16 162/24 168/25 187/3 191/14 191/20 194/8 194/23 197/1 202/25 205/20 207/11 215/8 217/18 217/19 222/24 228/20 230/16 230/19 235/14 235/20 238/16 239/20 241/25 249/16 249/17 249/23 262/11

**bad [3]** 115/10 166/3 248/18

**ball [1]** 41/21

**Bam [1]** 147/21

**Bang [16]** 4/13 34/6 98/25 100/25 101/17 124/16 126/17 126/18 126/18 127/19 129/8 129/9 243/24 254/24 261/24 262/4

**bangenergy [5]** 62/10 109/7 121/16 122/2 257/12

**bangenergy.com [26]** 61/6 61/13 107/24 108/3 108/21 109/25 111/6 112/2 117/6 117/10 118/5 118/8 121/20 121/24 128/9 132/6 132/9 136/21 137/23 143/5 143/21 144/2 147/2 147/18 254/10 254/16

**bank [17]** 3/7 3/23 7/6 74/24 87/18 163/7 190/19 216/3 226/6 232/24 244/14 245/10 246/24 251/2 262/6 265/20 266/9

**bank's [2]** 35/24 226/12

**bankers [1]** 173/13

**bankruptcy [84]** 1/1 15/23 19/9 20/2 26/8 26/10 26/11 26/21 26/22 29/23 33/24 37/4 40/22 29/15

**B**          IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John McGowan - Volume VII, July 31, 2023
Case 3:22-bk-90032-CML Doc 1641-3 Filed 07/10/23 Page 276 of 301

bankruptcy... [71]
29/19 30/13 31/6 32/2
32/21 33/6 34/18 35/13
39/17 41/21 44/12 45/2
45/21 53/3 53/11 53/20
53/24 56/19 74/7 80/16
81/20 100/4 100/8
149/14 149/15 161/14
195/22 198/11 198/19
202/8 202/10 206/13
207/17 209/7 213/16
229/17 229/25 230/5
230/9 230/14 230/22
231/2 232/5 234/21
236/14 242/6 245/8
245/13 246/16 249/1
250/3 250/9 250/12
250/16 250/24 251/4
252/17 255/22 259/6
260/2 260/19 260/24
261/4 261/6 261/11
262/8 263/21 264/13
265/9 266/22 267/5

based [6] 83/18 83/19
133/1 167/7 198/17
214/25

basically [2] 163/8
228/16

basis [77] 49/25 51/10
51/11 54/5 54/7 62/3
62/4 72/25 75/13 75/15
101/24 102/1 102/2
102/3 102/8 102/15
102/19 102/20 103/25
104/2 108/10 108/14
108/16 108/16 110/5
110/8 110/9 110/12
110/19 110/23 110/25
111/1 111/2 111/3 111/8
111/9 111/20 113/8
119/7 119/10 122/8
122/16 122/17 123/7
125/21 125/25 138/1
138/7 138/9 138/10
139/1 139/8 139/10
139/12 140/6 141/7
141/9 141/12 142/16
142/21 144/14 144/16
144/17 144/17 146/15
155/22 157/8 163/24
222/9 222/5 222/13
222/21 223/21 256/18
256/19 257/17 257/18

Bates [27] 58/7 58/11
74/2 97/17 97/22 100/18
114/20 119/20 119/23
124/13 124/17 127/9
134/16 141/22 145/2
153/12 161/6 172/24
179/15 183/2 187/3
189/23 191/21 203/6
205/6 208/19 217/20

Bates-stamped [6]
100/18 119/23 124/17
127/9 205/6 217/20

bathroom [1] 235/7

Page 276
80/15 80/17

Battista [32] 103/22
103/24 104/4 105/24
106/10 201/6 201/17
201/23 202/14 204/7
206/4 206/18 207/6
207/19 208/15 209/3
209/13 210/7 211/1
211/4 211/8 212/8
212/11 212/14 213/23
216/10 216/24 217/22
220/11 220/19 222/17
251/10

Battista's [4] 204/9
204/10 205/2 212/21

battle [1] 182/19

be [119] 11/3 11/7
11/17 13/1 15/22 16/4
16/9 16/15 20/21 23/13
31/8 31/20 32/22 35/8
36/14 40/10 40/12 42/5
42/14 45/21 50/9 55/3
56/15 56/25 58/20 60/1
63/6 64/9 67/8 70/2 70/3
72/17 76/5 84/9 84/22
88/5 89/2 93/7 93/7 93/8
93/15 95/24 96/22 99/6
100/7 101/19 102/23
104/22 111/7 115/7
115/14 117/4 118/1
118/13 119/15 122/16
126/20 127/14 130/25
131/10 133/11 133/24
136/3 137/13 148/24
149/5 152/1 153/20
161/12 162/4 164/3
170/1 170/8 170/11
174/21 174/22 176/6
177/21 179/7 181/4
181/24 182/4 182/4
182/9 183/13 185/21
186/6 186/23 187/15
188/12 189/5 190/21
193/5 195/9 195/12
203/1 203/15 208/6
210/14 216/13 221/11
224/20 230/14 231/4
232/4 234/20 235/14
237/12 243/24 244/4
248/13 252/2 252/3
253/17 253/23 255/8
257/5 260/8 264/5

BEACH [2] 269/4 270/3

bear [1] 245/23

bearing [5] 134/16
153/11 179/15 187/3
191/21

bears [10] 139/16 140/7
141/22 142/8 145/2
145/9 172/23 183/2
189/23 203/6

beautiful [1] 13/23

because [122] 22/17
28/6 30/5 33/19 36/9
37/14 38/23 40/5 42/13

49/1 49/7 59/6
64/6 65/11 65/19 65/24
66/3 66/14 68/9 68/10
68/12 68/22 69/10 70/17
75/16 75/22 79/3 79/6
86/3 92/21 94/12 94/13
100/24 101/20 101/21
104/15 104/19 108/12
109/2 111/11 111/15
116/2 116/6 119/6 129/5
129/10 129/23 132/11
137/14 137/18 139/9
140/9 148/16 148/19
149/10 149/15 150/16
154/13 157/4 157/10
159/17 161/15 162/25
164/3 165/9 165/14
166/2 166/3 170/8
170/12 172/5 173/7
176/7 176/11 176/17
177/5 178/1 178/20
180/23 181/17 182/13
182/18 184/13 185/4
185/17 187/22 190/20
193/9 193/25 214/6
214/19 215/15 225/2
231/4 232/6 232/10
237/12 240/7 243/4
243/22 244/19 245/8
247/18 249/10 250/24
251/7 251/10 254/9
258/15 261/2 261/16
261/23 262/16 263/15
264/22 265/7

because we [1] 40/5

become [1] 168/2

been [42] 6/7 10/2
17/21 19/12 21/11 22/17
25/5 26/22 27/15 27/24
28/2 29/24 32/4 32/20
43/10 47/8 49/13 55/2
86/4 94/22 110/17
122/25 131/23 140/23
152/21 152/21 161/25
170/9 176/3 216/18
226/13 230/25 245/19
246/22 247/6 256/1
257/20 257/24 261/16
261/18 263/6 264/5

before [57] 1/19 19/22
43/11 43/15 53/1 57/18
69/7 74/2 82/2 82/4
94/15 95/9 95/17 95/18
96/25 103/9 105/2
110/18 113/14 120/4
121/6 124/22 127/15
127/18 131/19 131/22
134/19 138/23 142/1
153/21 158/23 162/21
164/1 173/15 183/25
184/8 184/24 189/24
192/22 196/17 203/13
215/8 221/17 221/23
236/20 236/25 237/2
237/7 241/21 246/23
252/1 254/7 255/22

49/17 59/6
256/6 257/3 260/1 263/4
264/9

begin [1] 249/6

beginning [7] 57/9
148/5 148/10 158/9
209/23 216/14 217/3

begins [1] 183/5

behalf [20] 2/2 2/12
2/20 3/2 3/7 3/12 5/16
5/19 7/5 7/11 7/15 7/20
20/13 20/15 41/25 42/4
104/5 106/8 174/9
212/21

behavior [1] 248/18

behind [6] 44/1 79/13
110/18 168/25 228/20
262/10

being [34] 35/21 40/19
40/19 41/8 41/16 41/17
50/19 56/20 59/4 69/17
70/1 99/8 104/16 114/17
134/6 163/5 163/10
165/14 166/4 166/24
167/9 167/17 167/20
168/4 169/9 169/23
170/20 171/14 180/12
181/1 189/17 232/11
260/1 260/20

belief [1] 223/22

believe [86] 7/21 9/22
34/13 36/14 42/9 43/16
49/13 49/15 49/19 50/24
51/4 51/7 63/4 64/9 65/5
69/6 73/17 73/23 86/20
104/17 108/20 109/5
109/22 110/15 111/5
111/25 112/24 113/5
113/10 113/24 123/16
125/20 125/22 139/22
139/22 139/25 140/1
142/14 142/16 143/7
143/7 143/9 143/11
145/12 146/11 150/5
152/5 154/10 154/19
156/25 157/24 166/11
168/20 178/16 179/23
180/7 180/15 180/17
180/20 192/9 197/16
197/21 198/2 201/13
206/16 206/20 206/23
209/17 211/12 211/14
211/17 214/11 218/2
218/7 218/10 218/24
220/10 221/5 223/6
223/24 242/13 246/12
255/23 257/9 260/5
265/19

believed [3] 33/25
34/17 244/4

belongs [1] 120/23

below [2] 211/11
211/15

beneath [7] 60/21 61/2
61/9 61/12 62/9 121/15
135/16

Beneficiary [1] 204/4

BERGER [19] 3/3 3/21
3/24 7/8 7/10 44/11 68/13

97/4 97/7 105/14 148/12
169/2 194/1 228/18
231/23 262/13 262/22

best [35] 13/2 21/15
23/6 23/11 24/23 30/14
46/14 50/18 75/10 82/3
85/11 88/17 93/9 95/19
100/9 102/12 116/18
130/13 132/23 145/15
149/25 156/7 164/1
165/4 168/19 168/23
173/11 198/1 198/21
201/14 237/5 237/8
239/7 243/3 253/1

better [5] 30/7 51/3
81/11 125/6 147/13
165/5 238/6

between [5] 159/10
165/19 170/3 225/19
242/25

BEV [2] 127/8 131/25

beverage [2] 34/5
225/7

beyond [1] 23/12

bid [2] 186/17 186/18

bidders [11] 167/14
181/5 181/10 181/19
181/25 182/5 186/16
188/13 189/6 193/4
193/24

bidding [2] 182/20
182/24

big [7] 74/4 88/19 193/9
195/8 203/2 226/20
245/11

bigger [13] 82/8 97/24
103/12 120/5 132/18
153/14 154/2 197/8
198/3 205/12 237/4
237/18 238/18

biggest [1] 62/5

bill [5] 209/22 247/12
247/15 247/22 248/7

billion [25] 34/7 34/14
36/1 36/8 40/12 150/5
150/6 150/10 151/3
161/15 182/15 214/20
214/21 224/11 224/14
225/9 225/18 225/19
226/23 231/4 231/9
231/13 246/1 264/25
265/2

billions [4] 231/22
231/22 232/6 234/22

bills [5] 248/3 248/14
248/17

binding [1] 182/8

BISCAYNE [3] 2/17
2/18 3/9

bit [8] 115/19 128/17
128/18 159/25 208/19
238/15 238/17 238/18

black [1] 149/14

blah [3] 128/12 128/12
128/12

bless [1] 267/21

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John H. Owoc - July 7th, 2023

B

Case 22-17842-PDR   Doc 2101-3   Filed 07/10/23   Page 267 of 301

**blew** [2] 133/9 136/2
**blistering** [1] 225/13
**block** [1] 190/9
**blocked** [5] 68/8 68/12 150/8 177/7 177/8
**blow** [6] 133/3 135/15 137/9 159/25 203/7 215/23
**board** [116] 4/9 4/16 34/25 35/25 41/19 42/1 42/5 42/7 42/8 42/13 53/15 53/21 54/2 54/4 54/6 54/11 54/17 54/20 54/22 54/25 55/7 55/11 58/8 58/24 58/25 59/5 59/7 59/16 60/8 64/25 65/8 66/21 67/19 68/2 68/7 68/16 70/20 71/3 72/3 72/15 72/16 72/19 72/20 75/5 75/24 76/1 76/2 76/4 76/6 76/7 92/9 105/18 150/12 157/19 160/1 161/9 161/12 162/25 163/6 163/10 164/4 164/8 164/13 164/13 164/17 165/22 165/25 166/5 169/2 171/3 171/6 171/7 171/10 171/13 173/21 173/23 173/24 174/3 174/3 174/10 176/5 176/8 179/13 179/20 180/13 180/16 180/21 181/3 181/23 182/2 182/8 182/10 182/13 182/23 187/25 189/2 189/22 190/11 190/11 190/14 190/15 190/18 190/21 190/23 191/4 191/5 191/9 191/23 192/4 192/7 192/10 192/13 193/11 194/1 201/17 208/8
**boards** [4] 53/20 53/25 157/17 179/25
**Bob** [6] 160/5 161/8 165/1 165/17 165/21 190/12
**BOD1004** [1] 179/15
**BOD213** [1] 172/1
**body** [1] 96/20
**bogus** [2] 97/3 148/25
**book** [1] 214/25
**Boom** [2] 142/5 147/21
**borrowers** [1] 74/23
**boss** [1] 79/18
**both** [4] 64/2 154/3 156/20 163/7
**bothering** [1] 238/8
**bottom** [13] 36/13 56/9 57/12 57/16 57/21 70/15 124/13 143/25 147/16 161/6 208/21 213/2 217/5
**bought** [2] 226/16 226/17

**Boy** [1] 133/9 136/2
**boundary** [2] 12/25 13/6
**BOWEN** [2] 3/8 7/5
**box** [5] 89/12 106/12 106/14 106/22 204/3
**brand** [1] 12/12
**break** [27] 19/7 24/5 24/25 45/6 45/6 51/17 51/21 52/12 91/13 91/20 93/20 94/4 95/12 128/23 131/20 131/22 178/9 181/7 184/2 184/5 194/7 194/11 194/14 235/7 249/5 249/14 259/11
**breaking** [1] 49/1
**breaks** [1] 52/23
**brief** [9] 4/18 27/9 52/6 90/25 151/12 194/21 235/18 236/11 249/21
**briefly** [3] 43/11 93/23 151/20
**brilliant** [1] 16/1
**bring** [7] 43/8 55/16 97/9 97/9 102/22 119/14 221/11
**bringing** [1] 134/5
**broader** [1] 188/11
**broke** [1] 91/7
**brother** [1] 40/10
**brought** [2] 133/24 195/12
**BS** [1] 93/1
**building** [2] 227/4 266/24
**built** [1] 225/2
**Bull** [1] 225/3
**bullet** [12] 74/22 75/18 76/12 76/18 76/21 77/21 78/7 78/8 78/9 117/14 119/2 147/16
**bunch** [4] 73/18 216/24 240/12 248/12
**Burke** [1] 188/22
**burn** [1] 184/7
**burned** [1] 181/20
**burning** [1] 184/9
**business** [9] 34/21 87/13 87/22 105/20 105/20 107/13 166/4 226/14 261/17
**busy** [1] 258/16
**buyer** [1] 225/18

**C**

**C-suite** [1] 108/23
**cables** [1] 49/8
**CALIFORNIA** [2] 2/5 2/23
**call** [14] 10/22 27/1 63/2 73/23 116/8 149/18 149/19 150/12 157/1 165/10 165/11 176/16 228/22 258/14
**called** [2] 22/8 259/15
**calls** [1] 151/3

**can't** [8] 9/16 15/7
23/23 116/13 189/23 262/2 265/24 265/25
**can** [199] 7/25 12/17 14/8 17/23 18/4 18/20 19/10 20/23 24/5 27/5 27/14 27/20 29/8 30/9 34/11 40/4 40/11 43/7 45/6 46/9 47/18 51/21 53/7 55/15 56/1 56/8 56/12 57/8 57/13 58/10 59/11 59/25 60/1 62/21 62/23 66/5 71/9 72/12 73/20 77/2 77/13 77/14 80/3 80/19 81/11 81/17 82/5 82/7 82/8 82/16 82/17 82/22 83/15 84/21 85/5 85/7 85/12 88/18 88/24 88/24 89/1 89/23 91/8 91/9 91/17 91/25 94/1 95/4 95/11 96/6 96/22 97/9 97/14 97/15 97/16 97/16 97/24 98/7 104/10 104/21 106/12 107/21 109/21 111/7 115/18 116/10 117/4 119/20 122/3 124/6 124/13 125/4 125/5 125/7 125/8 125/16 125/17 128/6 128/7 128/16 128/22 129/17 131/4 131/6 133/3 133/18 136/6 136/7 136/7 137/10 139/13 140/12 140/12 142/22 142/23 145/16 145/18 145/20 149/19 151/16 153/2 153/22 154/3 154/17 155/2 155/9 155/11 155/16 156/5 156/7 156/15 156/15 156/16 156/16 159/5 159/21 159/23 159/25 160/11 160/16 162/9 165/18 166/6 166/19 166/21 169/24 173/24 175/16 177/23 179/5 183/1 185/21 191/16 193/10 194/6 197/7 197/8 197/18 197/24 198/2 198/24 200/1 203/7 203/12 203/13 203/24 205/12 207/1 208/4 208/8 208/19 208/21 210/25 211/11 215/19 215/23 216/21 217/7 217/19 220/16 223/6 227/5 227/15 230/16 232/17 235/4 235/22 237/17 238/12 238/14 241/18 248/20 253/24 254/1 255/7 258/22 258/24 261/24 267/18
**Canada** [2] 4/13 124/16
**cannot** [4] 67/22 137/11 178/19 212/24
**cans** [1] 225/12
**cap** [1] 150/6
**capabilities** [1] 225/11
**capability** [1] 244/4
**capacity** [4] 71/12 183/16 187/17 188/6
**care** [1] 267/16
**careful** [1] 197/14
**Carl** [4] 15/24 15/25 16/1 84/19
**Carly** [1] 3/24
**carry** [1] 208/11
**case** [13] 1/3 5/3 23/21 34/12 46/22 74/7 81/20 123/17 134/7 191/12 202/9 214/6 258/9
**cases** [27] 10/2 10/7 18/7 18/12 19/9 20/7 20/16 25/14 34/11 35/13 40/20 53/3 53/12 56/19 190/5 206/13 209/7 209/15 213/16 224/1 224/2 239/12 244/5 249/1 251/9 261/20 262/18
**cash** [5] 242/10 242/15 242/21 243/8 244/20
**CASSIDY** [4] 2/21 6/24 253/14 259/1
**catching** [1] 251/13
**cause** [3] 1/24 12/25 214/24
**caused** [2] 186/15 247/10
**causing** [1] 186/19
**cellphone** [1] 14/21
**Celsius** [1] 261/25
**Cebo [65]** 9/13 40/23 41/2 41/6 41/14 42/12 61/13 61/17 62/10 64/15 81/15 82/24 82/25 98/25 101/17 105/17 107/12 107/23 107/24 108/2 108/3 108/21 109/7

32/24 33/7 33/13 40/21 45/16 44/6 45/19 46/1 48/15 51/2 53/17 54/14 64/23 68/23 69/9 69/11 70/12 70/17 72/1 98/13 104/15 105/4 105/6 123/21 133/11 133/15 136/3 136/10 137/8 137/12 147/13 152/19 157/21 174/6 174/19 180/22 181/1 183/18 200/11 200/14 206/19 207/2 212/19 216/11 218/5 218/13 218/17 218/19 219/1 220/12 220/21 221/7 221/9 222/19 229/21 231/21 236/21 245/4 245/19 250/22 255/12 255/13 256/24
**Cerberus** [3] 36/8 182/14 214/21
**certain** [24] 13/4 18/8 21/7 25/4 73/16 76/13 77/21 157/16 160/20 171/24 179/12 182/5 185/5 193/3 193/11 213/14 214/10 214/12 222/5 232/23 233/8 233/24 234/8 234/19
**certainly** [10] 49/6 64/5 65/25 113/19 154/5 154/14 160/9 221/3 227/19 229/3
**CERTIFICATE** [2] 268/13 269/24
**certify** [3] 269/6 270/5 270/11
**chain** [3] 216/15 216/15 217/4
**chains** [1] 38/21 216/14
**chairman** [6] 42/13 105/17 164/17 169/2 171/6 172/13
**chance** [1] 106/10
**changed** [2] 157/22 162/2
**changes** [1] 157/16
**changing** [1] 261/9
**chapter** [45] 18/7 18/11 20/2 20/7 20/16 25/24 25/25 26/4 28/15 29/2 29/15 29/19 30/13 31/6 32/5 32/20 33/5 33/15 35/20 38/13 38/15 39/15 39/17 40/20 78/16 78/25 81/2 86/9 147/24 148/2 149/21 190/4 195/22 202/7 206/13 207/14 207/17 209/15 213/15 213/24 214/16 236/15 239/12 239/24 241/15
**Chapter 11** [4] 147/24 190/4 206/13 241/15
**characterization** [1] 171/10
**charge** [3] 138/17 138/17 261/19
**charged** [3] 199/23 244/12 261/21
**Charles** [2] 173/9 173/10
**chart** [2] 96/8 96/12

109/23 109/25 111/6 112/2 117/6 117/10 118/5 118/8 121/16 121/20 121/24 122/2 126/17 126/18 127/19 128/9 132/6 132/9 136/21 137/23 143/5 143/21 144/2 147/2 147/18 159/1 159/2 164/17 165/20 169/1 169/4 172/13 193/23 227/7 227/8 242/12 254/10 254/16 257/12 257/23 258/6 258/8

Case 22-17842-PDR    Doc 1610-3    Filed 07/10/23    Page 278 of 301

**chat [10]** 56/1 56/4 77/8
82/13 98/12 103/7
114/17 134/7 258/25
259/2

**check [4]** 37/20 106/13
117/19 117/25

**checked [3]** 106/12
106/14 225/25

**checking [1]** 87/8

**checks [1]** 106/22

**chicanery [3]** 36/25
58/21 232/1

**CIO [6]** 108/23 109/2
109/15 110/3 110/9
110/13

**circles [2]** 140/18 146/1

**circumvent [1]** 228/24

**circumventing [1]**
169/3

**cited [1]** 42/9

**claim [9]** 4/11 28/23
103/3 103/19 104/4
104/8 104/24 106/8
164/21

**claimed [1]** 36/6

**claims [1]** 75/1

**clarify [4]** 20/12 92/16
92/20 247/23

**clause [6]** 159/14
160/18 199/1 199/3
213/13 214/8

**Claw [1]** 225/3

**clean [2]** 32/10 32/12

**cleaner [1]** 225/17

**clear [11]** 18/18 76/25
81/18 86/3 107/15 111/7
122/16 155/11 158/10
166/10 252/2

**clearly [2]** 168/15
215/19

**clever [1]** 94/15

**click [1]** 89/23

**clicked [1]** 90/6

**client [14]** 20/22 31/8
31/11 31/21 32/2 52/16
52/20 151/21 177/25
178/4 178/17 207/24
219/3 219/3

**client's [1]** 32/10

**close [3]** 224/6 249/7
265/5

**closer [1]** 225/8

**clueless [1]** 166/6

**Code [1]** 160/22

**coincidentally [2]**
109/8 109/12

**Coke [1]** 225/15

**collateral [1]** 244/15

**colleague [6]** 19/11
55/25 57/6 185/13
185/18 253/14

**colleagues [1]** 130/18

**colluded [5]** 43/2
105/15 162/25 164/4
262/12 263/9

**colluding [2]** 126/13

**column [5]** 96/16
193/16 193/16 204/14
204/23

**combative [1]** 140/22

**come [8]** 64/11 112/13
112/24 194/8 202/25
249/16 249/17 265/23

**comes [1]** 21/20

**coming [1]** 134/5

**comment [5]** 69/10
70/12 72/6 82/9 83/15
88/20 183/18 183/25
184/10 184/24 185/3
185/6 186/7 189/11
191/3

**commentary [2]** 137/16
149/8

**commenting [3]** 69/8
190/7 237/13

**Commission [1]** 269/19

**commit [1]** 104/20
113/7 227/10

**committed [4]** 50/2
80/5 104/16 167/13

**committee [10]** 3/12
4/16 5/20 172/3 172/9
172/12 172/20 174/8
175/10 176/21

**Committees [1]** 172/1

**committing [1]** 80/12

**communicate [1]**
229/23

**communicated [3]**
44/18 230/2 230/7

**communication [4]** 1/9
31/15 31/22 33/23

**communications [5]**
11/13 150/23 151/22
177/17 177/20

**companies [5]** 63/13
232/25 261/25 263/2
267/4

**company [19]** 42/6
61/17 64/16 72/15 73/15
81/15 108/19 109/23
110/13 169/1 174/13
182/20 212/20 227/7
234/24 258/6 258/16
259/14 266/21

**company's [2]** 177/17
181/10

**complained [3]** 164/7
164/24 165/1

**complete [6]** 6/21 82/1
132/3 164/18 169/4
256/11

**completed [1]** 193/18

**complied [1]** 231/17

**compliment [1]** 130/17

**compound [1]** 24/4

**comprehensive [1]**
152/2

**comprehensively [1]**
178/20

**comprised [2]** 158/11

**compromised [1]**
251/12

**computer [28]** 9/3 9/6
12/2 12/8 13/15 13/20
47/15 47/19 48/2 48/4
48/7 48/24 49/2 49/11
49/20 50/1 50/25 51/5
51/8 62/6 62/17 65/12
65/14 108/13 108/17
112/14 114/7 198/8

**computers [3]** 12/5
12/20 109/4

**concern [3]** 151/20
183/12 187/14

**conclude [1]** 267/18

**concluded [1]** 268/9

**conducted [1]** 150/9

**conducting [1]** 12/23

**confirm [6]** 30/23
201/13 212/24 244/18
254/8 254/18

**confirmed [1]** 199/12

**confirming [1]** 240/15

**confiscate [1]** 48/6

**confiscated [2]** 48/3
108/18

**confiscating [1]** 62/6
112/14

**confused [1]** 240/19

**confusing [1]** 22/18

**confusingly [1]** 116/3

**confusion [1]** 23/3

**conjunction [1]** 79/14

**connected [1]** 270/13

**connection [35]** 10/1
10/6 17/17 17/21 18/1
18/2 18/7 18/23 18/25
20/25 21/8 21/13 44/4
45/14 46/11 47/12 100/4
100/8 103/3 131/25
139/6 175/12 181/9
189/4 191/25 193/2
205/2 206/5 212/22
239/11 245/2 247/3
248/1 252/15 255/2

**CONRAD [4]** 2/12 3/19
3/20 6/2

**conradscherer.com [1]**
2/5

**consensus [1]** 27/4

**consent [22]** 4/12 4/12
4/13 4/13 4/14 4/14 4/15
4/15 114/19 119/22
124/15 127/7 132/1
134/13 141/20 144/25
153/9 158/17 238/24
239/5 239/22 240/23

**consents [5]** 136/19
239/10 240/3 241/3
241/14

**consequence [1]**
109/17

**consider [3]** 79/24
226/19 256/11

**considerations [1]**
74/8

**consistent [2]** 214/1
237/10

**conspired [1]** 262/10

**consultant [1]** 108/24

**Consulting [2]** 168/17
231/19

**consumer [1]** 163/11

**consuming [1]** 88/1

**contacted [1]** 243/25

**contained [1]** 100/2

**contains [2]** 11/6 31/18

**contend [1]** 113/19

**content [4]** 11/6 95/13
101/16 177/16

**contents [2]** 10/24
97/16

**contested [4]** 167/17
167/21 167/25 176/16

**contesting [2]** 176/5
214/3

**continue [14]** 34/6 40/5
83/1 84/1 85/20 99/18
129/24 166/19 177/19
219/4 232/15 248/20
249/11 264/4

**continued [4]** 3/1
123/23 165/21 243/23

**continues [2]** 198/22
206/10

**continuing [3]** 34/5
71/9 177/23

**continuous [2]** 80/13
166/3

**continuously [4]** 68/13
92/1 104/20 227/10

**contract [1]** 72/10

**contractors [3]** 247/19
248/6 248/17

**contracts [2]** 63/22
107/10

**contrary [1]** 32/8

**control [11]** 49/16
89/17 90/17 185/19
203/13 206/21 217/10
217/12 217/18 237/18
237/21

**controlled [2]** 151/23
213/14

**controls [1]** 76/9

**conversation [3]** 11/6
31/19 238/1

**conversations [2]**
10/13 31/4

**copied [5]** 101/22 120/7
156/21 156/21 240/12

**copy [4]** 64/7 84/19
156/14 192/10

**copying [1]** 100/17

**corporate [1]** 55/3
158/23

**corporation [4]** 23/7
24/22 162/1 163/22

**corporations [2]** 73/22
79/23

**correct [103]** 16/11
26/4 26/18 27/24 27/25
29/1 39/12 41/3 41/4

**consistent [2]** 53/13 53/16 53/22 54/3
54/17 54/18 61/18 61/20
64/22 71/6 71/7 71/22
73/12 73/16 74/12 74/20
80/2 80/11 91/11 94/4
95/14 101/11 107/20
108/3 113/18 113/21
113/22 121/1 123/3
134/21 134/23 135/6
139/17 146/6 146/7
148/4 152/25 153/1
157/20 162/6 163/18
165/22 167/5 167/6
171/5 171/8 172/3
172/17 176/2 181/15
188/1 188/7 188/13
199/10 199/11 199/13
199/14 199/17 201/17
201/18 204/11 204/12
204/21 206/8 206/9
208/16 208/17 209/8
209/25 210/1 211/18
215/22 220/18 224/25
225/24 226/3 228/1
233/11 233/20 234/16
239/3 239/25 240/24
240/25 241/22 242/2
242/3 244/22 250/17
252/5 252/21 255/24
258/19 267/11

**correctly [3]** 73/24
183/17 187/20

**corrupt [5]** 163/5 164/3
164/5 194/1 263/15

**corrupted [1]** 41/19

**cosullivan [1]** 2/24

**could [58]** 9/1 29/23
30/21 38/18 38/23 39/3
58/20 62/15 63/3 63/7
65/18 76/19 89/9 93/7
93/7 93/8 101/22 102/13
110/7 115/14 117/16
119/5 122/24 123/19
127/24 132/12 132/17
147/4 154/5 161/15
185/16 185/17 223/25
225/8 233/16 242/4
243/21 243/23 244/8
244/12 244/13 246/22
248/4 260/16 261/15
261/21 261/22 262/5
263/25 264/2 264/10
265/2 265/20 265/24
265/25 266/2 266/8
266/9

**couldn't [7]** 25/15 36/6
36/9 49/7 130/15 254/8
254/9

**counsel [74]** 5/11 7/10
8/7 10/5 10/9 10/14 11/2
11/11 12/18 18/1 18/13
18/24 20/13 21/3 21/8
21/12 23/23 26/14 26/25
30/19 31/5 31/17 32/21
37/3 37/17 37/22 40/3
44/2 44/3 44/7 48/18
48/24 50/17 50/21 52/12

**counsel...** [39] 57/1
60/25 69/20 71/11 71/21
77/17 80/1 80/4 80/7
80/10 88/23 93/13
105/15 105/24 106/3
106/4 115/18 125/4
125/15 129/16 130/7
154/18 177/17 201/18
201/23 205/3 206/18
209/3 209/8 209/14
211/9 212/12 212/23
219/2 220/20 222/4
222/18 230/13 236/23
**Counselor** [9] 87/3
95/10 99/21 125/9
127/23 141/5 141/10
156/2 166/20
**counsels** [1] 39/25
**count** [1] 224/1
**COUNTY** [2] 269/4
270/3
**couple** [3] 6/18 220/7
251/23
**course** [2] 152/9
175/20
**court** [41] 1/1 5/13 8/8
15/23 27/13 27/18 30/21
39/21 48/5 48/6 48/8
49/5 66/13 67/5 67/5
68/11 76/15 77/23 78/4
83/14 93/17 97/1 100/4
100/8 130/24 130/25
131/2 149/14 149/15
176/10 178/6 202/9
209/11 230/19 247/6
247/25 252/9 253/18
255/22 256/7 257/3
**Court's** [2] 8/11 49/17
**courtesy** [1] 88/21
**courtroom** [2] 15/22
16/5 16/9
**covered** [1] 73/19
**crafted** [2] 234/6
252/20
**craziness** [1] 261/23
**create** [2] 68/14 75/22
**created** [8] 60/12 60/20
75/9 75/14 75/15 75/21
117/5 121/12
**credit** [4] 204/23
226/12 259/8 259/15
**creditor** [7] 19/25
106/15 106/19 106/20
106/22 236/12 246/14
**creditors** [6] 3/12 5/21
206/12 242/5 243/22
247/18
**crime** [1] 36/12
**crimes** [5] 50/3 50/5
50/8 113/3 114/7
**critical** [1] 186/5
**CRO** [1] 68/7
**Cross** [2] 4/4 251/21
**crossed** [1] 13/5
**cry** [2] 140/21 149/12
**crystal** [1] 111/7

**cursor** [4] 197/7 197/11
198/25 237/19
**cut** [4] 8/10 126/10
193/12 243/17
**cyber** [5] 50/3 50/5 50/8
113/3 114/7

**D**

**dad's** [1] 116/2
**daily** [3] 54/5 54/6
113/8
**data** [1] 182/16
**date** [24] 29/10 37/15
53/1 53/2 53/10 53/11
53/15 54/13 82/19
103/16 133/7 135/18
157/21 192/24 201/19
204/13 204/15 204/17
210/17 210/22 230/1
245/5 250/7 250/12
**dated** [9] 97/21 100/18
116/24 179/14 208/3
208/16 217/22 221/20
222/14
**dates** [5] 71/23 201/12
204/19 245/4 245/20
**day** [27] 28/8 30/1 30/3
81/2 91/15 91/22 93/21
99/5 109/15 130/24
162/23 162/24 163/3
164/4 165/18 165/19
175/17 210/12 223/25
255/17 256/4 264/12
265/8 266/5 269/7
269/12 270/15
**days** [3] 31/2 46/22
208/11
**dead** [1] 163/9
**deadbeat** [1] 247/21
**deal** [5] 28/7 93/5 150/7
228/20 231/24
**deals** [1] 232/11
**debatable** [1] 106/1
**debate** [3] 154/17
178/13 178/23
**debt** [11] 35/15 74/24
233/10 234/1 234/15
235/2 245/2 245/3
245/10 251/2 265/21
**debtor** [30] 20/3 46/18
49/1 49/19 53/20 54/1
87/10 96/22 147/23
151/24 195/23 200/8
207/7 236/14 240/4
241/3 241/14 244/8
244/9 244/11 244/12
246/25 247/10 247/12
247/21 247/21 248/3
248/4 248/5 265/3
**debtors** [69] 2/2 3/2
5/17 7/16 7/20 17/21
17/25 18/2 18/4 18/13
18/23 18/25 21/4 21/6
21/12 28/17 40/20 40/23
41/2 41/6 41/8 41/14

**deceive** [1] 94/20 95/6
**December** [4] 103/17
105/25 106/5 165/12
**December 19** [1]
103/17
**December 2022** [1]
105/25
**deception** [1] 172/6
**deceptive** [5] 79/25
113/7 133/19 137/13
137/15
**deceptively** [1] 258/4
**decide** [2] 206/12
207/13
**decided** [5] 206/3 211/3
211/7 212/8 212/10
**decisions** [1] 166/4
**declaration** [28] 4/10
4/17 81/1 91/15 91/22
93/22 95/13 100/3 100/6
100/7 195/21 196/21
197/3 197/21 223/3
252/15 252/20 252/22
252/25 253/3 253/5
255/17 255/21 255/25
256/4 256/6 256/10
257/3
**decline** [1] 69/24 70/7
**declined** [1] 198/16
**dedicated** [1] 79/20
**deep** [1] 84/7
**define** [3] 18/4 106/3
111/14
**defined** [1] 161/2
**definitely** [1] 131/13
136/10 257/4 257/22
**defraud** [4] 79/14 91/25
94/13 148/17
**defrauded** [1] 150/1
**Delo** [9] 173/3 173/10
173/10 174/2 174/9
175/1 175/11 175/22
268/1
**demonstrates** [1]
112/17
**Denise** [5] 1/19 269/5
269/18 270/4 270/20
**deny** [2] 212/24 231/21
**depends** [1] 203/18
**DEPONENT** [1] 268/11
**deposed** [3] 8/17

**deposed** [1] 215/16
**deposing** [1] 167/4
**deposition** [42] 1/14
1/23 5/5 5/6 5/7 8/13
16/19 17/11 17/18 30/17
31/24 32/14 37/14 40/4
55/22 84/24 85/10 95/18
99/17 106/11 123/23
148/5 148/10 150/24
166/7 177/18 184/17
198/14 208/9 208/10
219/5 219/16 251/5
267/19 267/24 267/25
268/8 270/7
**depositions** [2] 92/14
150/19
**depth** [1] 37/5
**describe** [1] 10/13
**description** [3] 4/8
96/16 170/21
**destroyed** [3] 87/21
105/19 234/24
**detail** [4] 183/13 183/14
187/14 187/16
**Details** [1] 203/5
**determine** [1] 203/23
**determining** [1] 113/24
**developed** [1] 231/12
**device** [7] 12/2 12/4
13/18 49/4 118/16
118/17 118/18
**devices** [6] 12/1 14/7
14/9 14/10 15/10 66/8
**Dickinson** [12] 160/5
161/8 162/23 163/2
163/17 164/2 164/12
164/21 165/2 165/21
166/1 190/12
**Dickinson's** [1] 165/17
**did** [206] 8/12 14/18
16/18 16/21 17/10 17/16
18/22 19/2 19/24 21/24
25/22 26/6 26/9 26/17
28/1 28/9 28/12 28/14
29/1 29/4 29/14 30/11
30/18 31/3 31/4 34/25
35/3 35/20 37/22 38/4
38/4 38/6 38/14 38/19
39/1 39/14 40/17 41/14
41/22 42/7 43/16 43/18
43/22 45/24 46/1 46/2
46/5 46/6 46/8 46/10
47/4 47/10 47/23 48/18
48/20 48/23 52/11 52/15
54/1 59/6 59/6 61/21
62/6 62/8 63/11 64/21
65/7 67/24 68/6 68/25
74/21 79/20 80/8 80/14
91/19 91/20 91/23 91/25
92/9 93/20 93/21 94/6
94/19 96/25 98/15 100/6
100/9 102/10 102/12
102/16 105/2 105/5
105/18 106/23 109/1
116/14 117/18 117/24
117/24

**deposed** [1] 49/14 50/1 50/2
53/16 50/13 50/24 51/4
53/16 61/21 61/23 61/25
62/16 65/11 78/17 84/17
107/24 108/2 108/8
108/11 119/5 119/8
157/17 157/18 166/25
167/10 167/13 168/4
169/9 170/20 171/4
171/15 172/10 174/4
181/20 193/6 193/23
200/20 202/10 207/16
242/10 243/5 243/8
244/21 254/19 263/1
264/12
**debtors'** [2] 84/8 96/17

**128/4** 130/14 137/6
137/8 138/13 140/13
142/14 148/13 149/22
150/13 150/17 150/19
150/19 151/1 154/11
154/19 156/19 156/25
160/1 160/11 161/13
162/3 163/9 168/2 169/7
171/12 174/2 183/17
184/8 187/20 189/21
189/25 192/8 192/10
195/2 196/13 196/16
196/17 196/19 196/20
198/8 198/15 200/18
200/20 200/25 201/4
206/24 206/25 208/24
209/9 209/9 209/10
212/14 212/17 213/20
214/5 214/15 216/9
218/10 220/10 221/2
221/4 229/23 230/2
230/12 237/2 237/5
238/25 240/11 240/16
240/20 240/23 241/6
241/14 241/20 242/5
242/10 242/15 243/13
246/23 247/14 247/19
248/15 250/2 250/15
250/18 251/10 252/23
253/4 255/1 256/2
258/20 259/5 260/7
260/18 260/23 261/11
263/3 263/8 263/9
263/11 263/14 265/1
266/24 271/2
**did you** [1] 31/3
**didn't** [63] 17/8 19/24
20/10 26/9 38/25 46/19
48/19 49/6 53/21 54/5
57/21 58/3 58/4 64/17
79/8 81/11 94/15 107/1
108/22 114/1 120/1
126/9 128/3 138/11
142/17 143/15 148/15
150/1 154/13 167/23
170/4 172/12 176/18
181/16 192/2 193/9
205/18 209/1 209/18
211/24 218/3 218/24
221/1 228/20 229/3
238/9 241/11 243/15
247/20 250/14 253/11
258/10 258/17 260/16
261/2 263/17 263/17
263/21 264/14 264/23
265/9 267/3 270/10
**DiDonato** [21] 4/10
81/1 81/4 81/25 95/10
100/3 110/10 110/20
113/12 122/1 158/24
162/2 168/15 172/16
225/12 227/2 227/15
231/25 256/1 256/10
256/11
**DiDonato's** [8] 91/15
91/22 93/21 100/7
255/21 255/25 256/6

Case 22-17842-PDR   Doc 1810-10   Filed 07/11/23   Page 280 of 301

DiDonato's... [1] 257/2
die [1] 163/14
difference [3] 159/4
159/9 170/3
different [21] 11/18
63/24 73/18 74/15 79/22
111/8 118/12 118/13
118/18 118/19 118/25
120/9 134/23 134/24
174/17 174/25 179/6
180/19 218/22 244/10
244/14
differently [2] 213/8
234/5
difficult [4] 66/15 66/16
189/11 260/15
dig [1] 251/8
diligence [13] 45/24
46/1 46/7 46/11 47/10
117/24 181/4 181/5
181/9 181/24 182/9
188/12 189/4
dining [4] 170/7 170/9
170/11 170/13
dip [3] 34/23 88/2
168/18
direct [5] 4/4 6/9 197/2
203/20 222/25
directed [1] 208/7
directly [2] 56/2 134/8
Director [3] 124/16
134/14 145/1
director's [1] 155/10
directors [3] 34/25
157/19 179/14
Directors/Managers [1]
179/14
dirty [2] 110/7 110/21
disagree [3] 52/22 73/2
256/17
disagreed [2] 212/15
212/18
disappeared [1] 89/25
disapprove [1] 191/11
disclose [1] 152/10
disclosing [1] 152/6
disclosure [1] 151/21
disconnected [1] 49/8
discover [1] 198/10
discovered [2] 229/15
230/4
discovery [9] 10/1 10/6
17/22 18/1 18/24 21/2
21/8 21/13 151/2
discuss [3] 79/11 80/14
230/12
discussed [9] 34/3
74/16 75/3 79/3 79/10
79/12 97/5 232/11
263/12
discussing [4] 73/22
78/15 79/19 230/21
discussion [9] 78/23
130/10 182/8 187/24
188/11 189/3 189/17
220/14 220/19

disengaged [1] 106/6
disgraceful [1] 165/7
dismiss [27] 4/9 15/18
17/22 18/3 19/1 19/9
19/10 20/2 20/8 20/15
21/1 26/14 26/20 29/5
29/6 32/1 43/12 44/5
45/15 47/9 47/13 195/22
236/13 251/3 251/7
252/4 252/16
dismissed [2] 45/2
45/21
dispute [13] 120/25
121/3 121/4 161/20
162/5 163/15 164/12
164/15 165/9 187/23
189/1 209/2 256/12
disrespect [1] 170/2
disrespectful [3] 70/1
70/2 70/3
distinction [1] 170/15
distinctly [1] 165/14
distributor [1] 107/10
DISTRICT [1] 1/1
DIVISION [1] 1/2
do [494]
docket [3] 81/19 195/24
236/17
document [261] 19/19
19/22 20/8 21/16 21/17
21/19 21/25 29/9 43/10
43/15 55/24 56/2 56/3
56/7 56/9 56/16 57/8
57/18 59/12 60/1 60/12
60/20 60/21 61/9 61/12
62/9 65/2 65/8 69/7
69/9 69/10 69/18 69/21
70/18 72/6 75/11 75/14
75/17 75/20 76/20 77/12
80/20 81/9 81/19 81/23
82/2 82/4 82/6 82/7
82/10 82/19 83/12 83/15
85/24 86/1 86/5 88/18
89/9 89/10 90/18 94/3
94/7 94/11 94/25 95/7
95/18 96/25 97/15 97/17
98/16 98/18 98/21 99/1
99/22 101/21 103/5
103/10 103/14 105/10
106/18 106/21 107/2
114/18 114/22 114/24
115/3 116/14 117/5
119/2 119/21 119/25
120/4 120/9 120/10
120/11 120/13 120/15
121/12 121/16 122/5
122/9 122/12 124/2
124/14 124/18 124/20
125/22 126/2 127/7
127/10 127/15 127/18
129/7 131/18 132/4
132/5 132/18 133/19
134/13 134/17 134/19
135/8 135/13 136/4
136/5 136/17 136/25

136/20 136/21 136/22
138/2 139/2 139/4 139/6
139/16 140/2 140/4
140/7 141/14 141/23
142/1 142/8 142/11
142/14 142/17 143/3
143/4 143/7 143/20
143/25 144/11 144/12
144/15 144/25 145/3
145/6 145/9 145/9
145/13 146/9 146/12
146/13 146/23 147/1
147/7 147/16 151/17
153/8 153/13 153/15
153/18 153/20 154/8
154/12 154/21 155/9
156/23 157/2 157/13
158/4 159/19 161/21
161/24 163/16 163/19
163/20 163/23 166/12
166/14 166/17 169/1
176/1 179/6 179/16
180/3 183/2 183/19
183/19 183/21 183/25
184/3 184/11 184/19
184/24 184/25 185/10
185/14 185/19 186/7
189/24 191/18 191/21
192/21 194/3 195/11
195/17 196/1 196/11
196/17 197/15 197/16
200/1 201/15 202/8
203/4 203/5 203/9 204/1
204/13 205/7 205/16
211/10 211/15 215/7
216/18 216/25 217/3
217/7 217/19 218/3
221/6 221/17 221/22
223/2 227/6 227/15
235/5 236/10 236/20
237/11 238/12 240/5
241/21 253/14 253/25
255/2 255/4 257/9
documentations [1]
207/22
documents [57] 10/1
17/16 17/20 17/25 18/22
21/3 21/7 21/11 46/10
46/13 46/16 46/18 46/20
48/25 55/23 63/4 63/12
63/22 63/22 64/17 70/13
105/7 107/5 107/7
107/17 107/18 112/3
113/17 113/20 113/24
117/13 121/11 121/21
126/4 134/21 138/5
139/4 140/20 158/23
180/6 190/3 190/4 190/7
200/15 200/18 200/21
207/24 209/20 209/20
222/5 222/13 222/21
226/21 227/1 227/10
231/17 243/5
DocuSigns [1] 190/25
does [30] 10/22 12/11
30/2 59/5 73/6 78/5 82/1

82/2 84/18 89/19 93/4
117/12 111/8 116/1
107/2 111/6 148/6
110/7 122 111/9 128 6/1
doesn't [19] 101/25
101/25 115/9 116/16
122/1 144/5 144/8
144/10 144/11 205/18
210/21 210/24 220/5
220/6 241/5 248/2
250/13 254/17 263/15
dog [1] 8/23
doing [7] 34/24 72/7
86/2 88/17 90/1 92/2
168/18
dollar [11] 86/16 87/13
87/22 88/2 107/12 146/4
150/5 214/25 224/9
231/4 231/13
dollars [15] 34/14
42/25 79/15 148/18
151/3 161/16 182/15
214/20 226/5 226/12
226/23 231/22 232/6
266/11 266/12
don't [267] 9/9 9/11
9/15 9/18 9/21 9/24 10/3
12/10 13/21 15/1 16/6
16/8 17/2 18/15 19/6
21/5 22/1 22/3 22/13
24/1 24/13 25/9 25/10
25/18 25/21 28/4 28/4
30/6 31/23 32/9 35/6
35/22 36/20 37/11 37/13
39/23 43/16 43/24 44/7
44/14 45/4 46/16 47/4
48/8 48/17 49/4 49/10
50/3 51/6 51/13 51/18
54/10 54/11 54/14 55/13
56/14 57/19 58/6 58/17
58/20 58/22 60/19 63/20
65/5 66/1 68/1 68/20
68/21 69/2 69/3 70/17
71/18 71/19 72/22 72/24
72/24 73/11 73/21 75/11
75/23 76/8 78/8 78/19
78/22 79/22 81/24 81/24
82/14 82/16 83/4 91/23
93/8 94/6 94/7 94/18
94/19 96/3 96/4 98/2
96/8 98/19 98/21 99/2
99/9 99/14 99/21 101/19
102/20 103/22 105/12
106/9 106/16 106/24
107/4 107/6 107/11
107/17 108/22 109/3
110/3 110/10 111/2
111/11 111/13 111/18
111/20 112/21 113/13
113/19 114/6 115/12
115/13 116/1 118/10
119/12 120/10 120/25
121/3 121/4 122/6
123/21 124/23 126/3
127/17 129/16 129/24

334/20 135/19 138/12
140/1 142/2 143/6
147/10 147/19 147/20
156/4 161/20 162/5
162/15 163/15 164/11
164/15 165/8 165/13
165/16 167/1 167/25
169/14 171/9 172/4
173/5 173/8 173/9
173/23 173/25 175/3
175/20 176/1 176/3
176/14 180/6 180/7
180/17 182/1 184/5
185/2 185/5 187/21
188/16 189/1 189/9
192/2 193/20 194/6
195/8 196/12 199/9
199/15 199/21 199/25
200/4 201/12 201/21
202/17 205/17 206/21
207/9 209/2 210/25
212/2 212/4 212/13
213/4 213/19 214/14
216/11 217/6 217/12
218/8 218/8 220/15
221/8 222/3 222/7
222/19 224/20 227/14
229/21 230/1 230/11
230/20 230/25 232/14
233/12 233/13 234/2
234/11 234/17 235/1
235/3 237/24 238/4
241/16 243/4 244/20
249/4 249/6 250/13
256/12 256/15 256/19
256/20 256/21 257/21
257/22 259/9 265/14
265/17 266/7 266/19
266/23
done [29] 38/24 43/25
66/9 84/4 105/22 108/17
109/20 122/25 123/24
126/9 130/15 140/25
140/25 141/2 141/3
141/6 159/7 176/13
215/5 224/17 225/20
227/13 232/13 243/14
244/16 248/19 249/7
261/17 264/10
door [2] 38/22 225/14
double [1] 253/10
doubt [2] 208/14
240/10
down [81] 19/7 20/24
30/9 49/3 59/12 62/13
62/18 71/8 71/10 79/11
80/20 82/5 82/17 82/22
96/6 97/9 102/22 104/10
105/20 107/21 115/1
116/19 119/15 120/18
124/6 124/24 125/2
126/5 126/14 127/11
128/2 128/6 128/18
131/15 132/18 135/7
135/10 136/15 139/24

**D**

**down...** [42] 142/3
142/22 146/20 148/13
148/23 150/24 151/17
155/3 155/10 155/15
156/20 159/20 160/3
162/9 166/21 181/7
183/1 185/14 186/1
189/22 191/14 191/20
194/3 196/3 205/23
208/21 215/7 215/10
216/12 216/21 217/20
221/11 228/25 231/9
235/5 241/18 241/19
254/20 258/22 259/12
263/7 263/11
**dozen** [9] 5/23 35/4
35/5 73/21 73/22 144/18
262/1 262/1 262/18
**Dr.** [1] 84/6
**Dr. Escalante** [1] 84/6
**draft** [3] 196/13 252/21
252/22
**drafted** [2] 196/10
196/15
**drain** [1] 105/21
**drank** [1] 163/13
**draw** [1] 170/16
**drawn** [1] 68/16
**drawn-out** [1] 68/16
**drink** [6] 81/15 82/25
115/12 163/11 163/14
166/5
**drinking** [1] 96/1
**drinks** [1] 262/2
**drive** [1] 112/22
**driver's** [1] 269/10
**drop** [4] 55/25 182/12
186/16 258/24
**dropped** [6] 103/7
114/17 134/7 166/2
182/15 182/24
**drugs** [1] 115/13
**due** [1] 87/9
**Duff** [1] 231/8
**duly** [1] 6/7
**dumb** [1] 42/18
**duplicate** [1] 120/16
**Duran** [4] 60/12 60/21
117/5 121/12
**during** [20] 30/17 41/13
52/12 52/23 55/22 63/12
64/15 73/14 75/5 78/17
78/23 85/10 95/17 96/1
107/8 109/23 171/12
181/3 187/25 201/25
**duty** [1] 149/2

**E**

**e-sign** [2] 63/12 63/14
**e-signature** [3] 63/16
67/18 133/6
**e-signed** [11] 61/10
62/19 62/21 119/2 124/3
129/12 132/7 136/22
137/21 143/25 147/17
**e-signing** [1] 154/7

**each** [9] 4/5 30/17 35/5
66/14 66/17 84/7 84/22
96/22 134/22 206/6
**earlier** [13] 79/8 168/11
184/1 202/11 202/13
207/19 225/11 240/3
243/23 254/4 255/4
256/22 261/14
**earning** [1] 262/25
**Earth** [2] 115/23 116/17
**easier** [1] 223/7
**easily** [7] 244/14
246/22 247/1 248/4
261/14 264/1 265/2
**EAST** [1] 3/4
**easy** [2] 261/16 263/6
**EBITDA** [6] 224/9
224/16 242/18 242/20
242/23 242/25
**echoing** [2] 183/11
187/13
**editorial** [1] 14/1
**effect** [5] 31/20 33/23
123/13 158/12 227/1
**Effective** [1] 153/11
**effectuate** [1] 35/1
**efficient** [1] 225/17
**effort** [1] 196/20
**eight** [10] 25/14 40/11
74/14 85/3 86/7 86/14
89/10 89/14 224/10
262/19
**either** [5] 158/1 170/12
176/11 232/15 246/24
**Election** [2] 162/11
162/19
**electronic** [22] 12/1
66/8 66/20 67/20 67/25
113/25 114/1 115/2
122/18 126/1 135/17
142/8 145/10 145/15
147/12 153/25 154/18
154/20 154/22 156/12
160/4 238/24
**electronically** [7] 63/25
64/2 64/17 65/7 113/16
113/21 154/11
**ELIZABETH** [2] 2/8
**elizabeth.morris** [1]
2/10
**else** [33] 17/14 32/23
39/3 39/12 52/19 86/17
107/11 108/19 109/6
109/22 111/5 112/1
125/23 126/1 127/21
142/20 144/12 146/18
146/19 160/12 166/18
167/15 195/6 212/17
215/20 229/9 231/3
231/16 231/24 232/4
249/6 251/1 267/16
**elsewhere** [1] 245/21
**email** [107] 4/10 4/11
4/19 21/22 61/2 61/16
61/19 61/22 61/24 62/1
62/9 62/20 62/20 97/20

**engaged** [3] 71/24
60/10 80/11 206/16
201/22 206/17 209/3
**engagement** [6] 4/17
205/3 205/19 205/21
212/22 216/24
**engaging** [1] 220/20
**English** [1] 19/4
**enjoy** [2] 129/23 249/10
**enlarge** [1] 77/11
115/19 125/5 125/7
127/24 128/16
**enlighten** [1] 170/5
**enough** [3] 42/18 245/9
264/23
**ensure** [1] 196/20
**entered** [6] 61/6 118/8
121/24 182/22 260/24
**enterprise** [2] 215/1
234/22
**entire** [9] 40/11 69/18
70/18 82/10 94/23 98/9
105/20 183/19 183/24
**entirely** [1] 229/12
**entirety** [5] 42/6 56/9
69/7 69/21 203/10
**entities** [31] 18/9 18/12
18/19 53/21 54/1 74/11
74/12 74/15 74/20 74/23
76/12 76/14 77/22 78/1
78/12 78/24 80/15
147/23 149/21 149/24
206/7 213/14 213/18
214/5 214/11 214/11
214/13 230/13 240/4
241/3 241/14
**entitled** [2] 45/8 203/5
**entity** [12] 22/8 22/10
22/16 22/20 22/23 25/11
134/23 134/24 241/25
242/1 242/4 243/21
**entries** [3] 62/12 62/13
62/18
**envelope** [1] 244/6
**equity** [3] 36/8 182/15
214/22
**Eric** [10] 84/7 160/5
161/8 163/1 164/23
165/2 182/23 190/19
190/22 191/17
**ERICA** [1] 3/14
**erratically** [1] 120/9
**Escalante** [2] 84/6
**especially** [5] 66/7
116/4 185/7 207/18
240/15
**ESQUIRE** [21] 2/3 2/4
2/4 2/8 2/8 2/13 2/17
2/21 2/22 3/3 3/8 3/14
3/14 3/20 3/21 3/21 3/22
3/22 3/23 3/23 3/24
**established** [7] 113/13
148/4 148/9 184/1
202/11 202/13 225/23
**estate** [88] 20/3 22/8
22/19 22/22 23/5 23/16
22/19 22/22 23/5 23/16

26/7 26/21 28/3 28/15
29/1 29/14 29/19 30/12
31/6 32/1 32/3 32/19
33/5 33/15 35/19 38/12
38/15 45/2 45/20 74/18
77/21 79/16 96/12 103/4
104/25 106/19 119/23
120/23 135/3 148/18
152/17 152/22 153/8
158/5 158/14 161/2
161/10 161/23 163/18
172/4 172/4 195/23 198/10
198/19 200/7 200/7
201/3 205/24 206/8
214/16 223/20 226/6
226/11 226/12 227/24
229/17 229/25 230/5
230/9 232/23 234/14
235/1 236/14 239/6
239/23 240/18 240/24
242/2 244/15 245/9
247/12 251/1 251/4
252/16 261/5 261/9
261/10 264/14 265/8
**Estate's** [2] 39/15
199/24
**estimate** [11] 168/7
169/17 169/18 169/21
169/24 170/3 170/10
170/12 170/15 170/18
198/16
**estimates** [1] 169/25
**et** [2] 1/6 5/3 269/8
**even** [20] 64/6 65/23
73/25 97/6 110/18 115/9
133/3 135/21 139/9
140/10 151/2 165/3
174/15 175/3 229/1
232/7 245/12 251/24
262/7 263/10
**event** [5] 52/23 206/12
207/13
**ever** [36] 10/4 10/10
11/2 19/21 28/4 30/18
31/4 62/5 75/2 79/11
80/14 82/24 97/3 97/7
99/1 127/17 173/10
173/16 173/18 173/21
174/2 209/9 209/10
212/14 212/17 213/20
221/6 224/16 225/16
230/12 232/5 256/15
256/16 256/20 256/24
258/20
**every** [6] 113/20 122/5
132/18 140/16 225/14
261/20
**everybody** [14] 22/18
33/21 86/17 130/4
167/15 168/13 168/17
177/22 182/12 184/22
215/20 231/24 244/2
258/13
**everybody's** [2] 79/13
245/12
**everyone** [3] 7/22
223/17 259/2

**everything [15]** 44/12
69/11 76/9 107/11
110/22 127/19 127/21
201/14 225/4 229/9
231/16 245/10 247/20
251/1 251/13

**evidence [8]** 112/9
112/11 112/13 112/17
112/20 112/23 112/24
113/1

**exact [15]** 92/4 92/7
120/7 120/15 120/16
122/14 126/5 131/11
131/14 132/16 155/3
156/13 156/17 185/7
230/1

**exactly [9]** 52/13 62/7
72/8 126/21 134/20
139/23 139/24 145/23
208/23

**Examination [4]** 4/4 4/4
6/9 251/21

**examined [1]** 6/7

**example [1]** 250/10

**Excellent [1]** 248/23

**excess [1]** 34/13

**Exchange [1]** 98/23

**ExchangeLabs [1]**
98/23

**excuse [15]** 13/18
23/19 37/2 37/2 42/17
50/16 86/9 109/24
115/18 118/16 123/2
125/4 125/17 143/3
188/20

**execute [4]** 260/9
260/16 260/20 261/3

**executing [1]** 260/25

**exercise [2]** 37/7 259/7

**exhibit [84]** 4/9 4/9
4/10 4/11 4/11 4/12
4/12 4/13 4/13 4/14 4/14
4/15 4/15 4/16 4/16 4/17
4/17 4/18 4/18 4/19
19/13 19/15 43/8 55/17
55/17 55/18 72/3 72/6
80/21 80/22 94/2 94/14
94/18 94/21 95/11 97/10
97/11 98/16 100/11
100/13 102/23 102/24
114/11 114/12 119/16
119/17 124/8 124/9
127/1 127/3 131/23
133/22 133/23 134/1
141/15 141/16 144/20
144/21 153/3 153/4
171/18 171/19 171/20
179/7 179/8 195/13
195/14 202/20 202/21
202/23 203/1 221/12
221/13 222/25 235/23
235/24 235/25 236/4
236/5 253/17 253/20
253/23 257/20

**Exhibit 1 [2]** 19/13 43/8
**Exhibit 10 [1]** 131/23

**Exhibit 11 [1]** 133/22
**Exhibit 12 [1]** 134/1
**Exhibit 13 [1]** 141/15
41/17 41/15 42/21
**Exhibit 14 [1]** 153/3
**Exhibit 15 [2]** 171/18
171/19
**Exhibit 16 [1]** 179/7
**Exhibit 17 [2]** 195/13
222/25
**Exhibit 18 [1]** 202/20
**Exhibit 19 [1]** 221/12
**Exhibit 2 [1]** 55/17
**Exhibit 20 [1]** 235/23
**Exhibit 21 [1]** 257/20
**Exhibit 3 [2]** 80/21 94/2
**Exhibit 4 [1]** 97/10
**Exhibit 5 [1]** 100/11
**Exhibit 6 [1]** 102/23
**Exhibit 7 [1]** 119/16
**Exhibit 8 [1]** 114/11
**Exhibit 9 [1]** 124/8

**exhibits [3]** 72/11 84/22
134/6

**expect [1]** 214/16

**expected [2]** 213/15
213/24

**expensive [1]** 35/13

**expert [6]** 51/12 114/7
126/4 191/23 191/24
226/20

**expired [2]** 245/16
263/4

**Expires [1]** 269/20

**explain [16]** 19/10 30/7
51/2 57/2 57/4 63/14
63/17 63/20 106/20
106/24 147/13 147/25
148/13 150/3 156/1
229/1

**explained [6]** 75/3 79/4
107/4 148/25 161/18
229/3

**explaining [1]** 250/12

**explanation [1]** 228/11

**expressed [3]** 151/20
183/12 187/14

**expression [1]** 42/18

**extensively [2]** 95/23
96/2

**extent [2]** 32/17 152/4

**extracted [1]** 204/17

**extremely [1]** 161/16

**EYAL [3]** 3/3 7/7 7/9

**eye [5]** 133/11 133/15
136/10 137/9 149/14

**F**

**F.P.R [1]** 270/4

**FAA [2]** 85/6 85/8

**face [1]** 13/23

**facilitate [5]** 76/15
77/23 78/3 78/4 203/12

**facilities [4]** 168/21
193/5 226/20 264/7

**facility [69]** 23/8 23/10
23/17 24/10 24/24 25/16
33/21 34/1 34/2 34/5
34/10 34/16 38/22 40/18

167/8 168/3 168/13
168/14 169/8 169/22
170/19 171/13 172/25
174/11 174/14 174/16
175/13 183/16 183/23
187/18 187/25 188/7
192/20 192/24 193/17
193/24 200/6 201/2
215/4 223/9 223/16
223/22 223/25 224/10
225/2 225/6 225/10
225/16 226/16 226/22
229/16 229/24 230/4
230/9 244/7 246/21
247/5 248/1 248/10
248/12 248/25 266/12

**fact [15]** 13/5 97/5
129/11 148/15 167/16
168/14 178/24 209/3
209/19 215/1 230/8
238/23 257/2 257/11
263/8

**factoring [1]** 246/24

**factual [1]** 47/12

**failed [6]** 42/7 80/9
87/11 87/21 186/18
207/19

**failure [4]** 80/4 80/18
87/8 245/11

**failures [1]** 87/12

**fairly [1]** 169/6

**fake [21]** 124/25 125/8
126/7 126/19 127/16
127/17 127/17 135/9
138/3 138/4 139/7 139/7
139/16 140/7 142/4
142/18 149/11 157/5
157/9 177/1 177/6

**faked [2]** 68/3 176/8

**false [13]** 68/10 68/14
86/14 86/15 86/19 86/20
86/23 87/7 87/17 87/20
92/15 96/19 186/5

**familiar [5]** 22/7 22/20
170/13 173/12 196/1

**family [2]** 35/15 195/6

**far [8]** 82/23 83/24
86/17 115/7 123/4
192/15 225/16 238/23

**fast [1]** 98/15

**faster [2]** 185/17
225/15

**faulty [2]** 67/22 150/9

**favor [1]** 191/19

**February [5]** 179/14
179/24 180/13 190/15
192/25

**February 15 [1]** 192/25
**February 28 [4]** 179/14
179/24 180/13 190/15

**fed [2]** 44/24 87/25

**FEDERAL [1]** 2/13

**fee [1]** 224/2

**feel [7]** 45/5 47/24
82/12 98/8 129/4 205/9

228/23

**feelings [3]** 9/5 37/6
37/19

**feldman [11]** 2/16 2/17
2/19 130/11 130/22
134/4 150/21 151/6
177/10 178/8 249/13

**felt [1]** 182/4

**few [3]** 107/9 253/9
266/25

**fiduciary [5]** 42/2 149/2
190/20 191/9 257/6

**fifth [1]** 241/19

**Fifty [3]** 86/13 86/14
86/15

**Fifty-eight [1]** 86/14

**Fifty-nine [1]** 86/13

**Fifty-six [1]** 86/13

**fight [1]** 213/25

**fights [1]** 68/16

**figure [1]** 246/12

**figures [1]** 224/21

**file [19]** 20/10 26/9
26/12 78/24 80/15 92/25
100/3 104/4 106/7
206/13 207/13 207/17
213/15 213/24 214/16
214/19 245/12 247/17
262/8

**filed [63]** 1/23 19/8 20/7
20/15 25/23 26/4 26/7
26/10 26/14 26/20 29/5
29/7 30/12 32/2 33/5
33/15 35/19 38/12 38/15
43/15 47/9 53/4 53/12
81/20 97/1 100/7 103/3
103/15 103/22 103/25
104/24 105/3 148/3
149/21 160/21 167/24
201/7 202/4 202/9
202/10 209/6 209/13
209/16 236/25 237/3
241/21 245/8 246/20
247/4 250/3 250/8
250/24 251/6 255/22
256/6 257/3 260/2 261/6
261/11 264/13 265/9
266/21 267/5

**filing [33]** 25/25 26/18
31/6 32/21 39/16 43/18
43/23 44/12 44/17 45/25
47/11 48/22 53/20 53/24
74/11 74/20 74/23 76/12
100/4 100/8 105/5
147/23 149/23 236/23
236/25 239/11 239/24
241/15 242/6 250/15
259/6 260/24 263/21

**filings [6]** 32/5 78/16
149/1 230/14 251/14
260/19

**final [16]** 59/17 59/19
116/23 120/19 121/7
124/1 126/23 128/7
131/24 132/4 136/13
136/18 142/23 143/3
143/9 146/22

**finance [3]** 168/12
215/19 215/25

**Financial [1]** 186/12

**financially [1]** 270/14

**financing [4]** 34/24
88/2 168/18 214/25

**find [3]** 79/9 116/7
217/2

**finding [1]** 250/25

**fine [7]** 27/6 77/11 89/9
194/9 194/12 194/17
235/10

**finish [11]** 51/14 81/17
88/16 89/3 90/13 102/4
102/6 109/9 109/10
109/13 232/17

**finished [3]** 197/12
232/18 232/19

**fire [6]** 42/12 42/24 87/5
87/17 87/18 110/7

**fired [7]** 42/16 109/15
162/23 162/23 163/3
164/14 164/16 164/16
165/7 165/11 166/1

**firm [11]** 6/1 22/5 41/25
44/23 137/14 199/19
204/10 205/2 211/8
212/11 212/22

**firms [9]** 22/4 44/3
44/10 44/14 86/22
201/25 201/25 262/18
263/15

**first [58]** 6/7 9/19 15/7
25/22 28/2 30/11 30/24
33/4 33/14 35/18 40/17
54/19 55/6 60/11 71/2
74/22 81/2 85/23 91/15
91/22 93/21 104/13
108/24 114/16 127/13
131/5 157/12 158/8
159/14 160/19 162/3
162/23 162/24 163/3
164/3 165/17 168/2
169/8 170/21 172/24
173/4 175/25 199/3
201/1 203/25 205/21
210/2 210/19 212/25
236/9 238/21 239/14
239/15 239/18 239/19
255/16 256/3 258/3

**five [12]** 51/17 54/22
74/14 83/21 85/2 108/13
190/21 191/10 192/13
194/7 237/14 253/10

**five-minute [1]** 194/7

**flag [1]** 19/4

**flawed [1]** 181/17

**flexibility [1]** 12/22

**FLORIDA [10]** 1/1 1/20
1/22 2/14 2/18 3/5 3/10
269/2 269/18 270/2

**flow [1]** 237/24

**focus [1]** 213/12

**follow [2]** 37/8 262/2

**followed [1]** 181/14

**following [4]** 5/1 37/9
96/23 158/19

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of Gonzalo Owoc - July 7th, 2023

Case 22-17842-PDR    Doc 3410-3    Filed 07/10/23    Page 283 of 301

**F**

follows [1] 6/8
font [4] 70/14 133/10 135/21 136/3
forbearance [7] 245/16 260/1 260/3 260/6 260/8 260/14 263/4
forbearances [1] 245/5
force [2] 163/1 219/21
forced [2] 163/6 190/18
forcing [1] 41/19
forebear [1] 245/1
forecasts [1] 186/15
foreclosing [3] 261/12 263/23 264/16
foreclosure [4] 247/5 247/24 249/2 265/11
foregoing [2] 190/14 270/9
foremost [1] 131/5
forensic [6] 51/12 62/7 112/11 112/13 113/2 126/3
forensics [4] 62/7 108/17 112/8 112/9
forge [3] 58/4 140/13 140/13
forged [8] 58/14 58/20 68/3 81/5 112/3 159/1 227/6 227/9
forgeries [3] 63/6 131/10 241/7
forgery [5] 63/5 113/21 125/9 125/21 125/22
forging [1] 158/24
forgot [1] 46/23
form [20] 23/22 28/11 136/25 143/12 144/3 148/6 154/25 157/3 165/23 167/11 167/22 175/14 189/7 191/7 218/12 218/16 259/17 263/24 264/17 265/12
formal [5] 53/21 54/2 54/5 54/20 54/24
formed [4] 22/10 22/15 23/5 23/7
Former [1] 60/25
FORT [4] 1/2 2/14 3/5 8/12
forth [2] 47/13 117/2
Forty [7] 85/3 85/4 85/16 85/18 86/6 86/7 86/7
Forty-eight [1] 86/7
Forty-four [1] 85/18
Forty-nine [1] 86/7
Forty-one [1] 85/4
Forty-six [1] 86/6
Forty-two [1] 85/16
forward [3] 40/5 67/10 156/8
found [1] 96/23
four [16] 40/9 74/14 84/11 85/15 85/18 87/3 87/22 108/13 161/7 161/21 162/6 183/1

fourth [3] 96/11 183/4 205/23
FPR [2] 269/18 270/20
Frank [15] 34/20 41/22 60/22 60/24 61/3 61/10 62/22 62/25 64/9 65/20 114/4 120/8 120/16 214/22 232/8
Frank's [1] 63/7
frankly [1] 61/12
FrankMassabki [1] 61/6
fraud [36] 36/11 82/1 95/9 95/20 104/16 104/20 110/17 113/7 116/5 121/22 126/8 126/12 128/13 137/24 137/25 139/2 143/8 143/10 143/11 148/20 150/10 151/4 161/24 163/20 163/24 163/25 166/12 166/14 167/13 169/4 172/5 193/10 193/14 227/11 251/8 256/11
fraudulent [5] 129/12 129/13 132/10 132/21 180/5
fraudulently [6] 68/4 127/20 127/21 136/24 137/2 162/2
free [9] 45/5 82/12 98/8 138/17 138/17 138/20 205/9 228/23 265/4
fresh [1] 134/5
Friday [1] 1/10
friend [1] 34/18
front [3] 163/3 229/6 253/25
full [4] 97/15 114/15 206/2 225/13
fully [1] 37/19
functionality [1] 84/18
funded [3] 84/17 84/18 265/2
funds [4] 263/21 264/15 265/10 266/8
further [5] 251/17 251/24 267/18 268/11 270/11
furthermore [4] 140/11 140/15 150/4 165/25
future [1] 112/24

**G**

GA [1] 78/1
game [1] 99/5
games [1] 109/4
gate [1] 89/12
gave [7] 39/20 46/25 81/14 81/18 182/10 186/14 224/21
Gebert [2] 3/20 6/3
general [1] 60/25
generally [1] 15/11

et al. [2] 12/14 75/21
generate [1] 15/15
generational [6] 34/22 35/2 35/11 35/15 214/24 232/10
Genovese [5] 71/12 204/6 206/3 211/3 212/8
Georgia [2] 266/12 266/16
get [29] 6/23 15/14 36/13 69/13 106/10 109/1 110/6 137/19 138/22 139/13 142/5 151/2 180/10 184/20 185/3 186/9 208/7 208/8 212/4 219/15 225/8 246/24 247/8 248/17 251/6 252/2 257/23 267/3 267/9
gets [1] 84/19
getting [6] 36/10 47/7 254/21 262/25 263/1 265/3
GILBERT [13] 2/13 6/1 15/20 16/20 17/7 17/10 31/13 32/6 77/4 77/8 90/9 130/9 131/20
give [21] 11/16 24/15 42/14 42/19 48/18 48/19 108/23 109/21 116/7 162/14 162/16 176/18 178/12 197/19 198/16 201/12 217/6 219/24 224/4 237/18 237/21
given [1] 256/13
giving [8] 34/16 89/17 158/12 203/12 214/24 255/20 256/5 269/7
gladly [6] 21/20 24/21 22/22 53/8 70/12 114/3
go [98] 6/19 13/2 13/3 20/23 27/5 37/15 38/7 38/21 44/25 57/14 58/6 64/14 67/10 70/2 83/22 84/16 85/5 85/13 87/1 88/24 89/1 89/3 89/6 90/12 90/19 90/21 93/8 97/18 99/25 102/7 113/23 115/24 115/25 116/1 118/3 120/25 121/3 121/4 121/5 122/1 126/25 127/24 129/1 131/16 132/24 133/4 136/25 140/1 142/4 143/12 144/3 145/14 146/1 147/11 148/6 149/12 149/19 151/5 151/7 151/14 152/13 155/15 156/5 159/21 160/2 170/5 177/12 184/15 185/17 185/21 186/25 189/7 189/22 191/14 191/20 196/23 205/12 208/12 217/16 219/10 219/20 227/19 227/24 229/6 232/15 233/17 242/23 242/23

251/15 251/20 252/7 252/22 259/4 262/25 263/24 264/15 267/16
God [1] 267/21
goes [1] 229/2
going [120] 6/11 10/11 10/21 13/1 13/8 13/25 17/4 21/18 23/20 24/15 25/14 27/3 34/21 35/8 35/14 35/17 36/13 36/14 42/11 42/12 42/23 47/24 51/14 51/16 52/17 58/22 62/7 63/5 66/13 69/10 69/13 70/2 72/8 82/9 82/10 82/23 83/1 83/13 83/21 83/22 83/22 83/23 83/24 83/25 83/25 84/2 84/13 84/15 84/22 85/17 85/23 89/6 89/6 92/19 92/24 93/12 95/1 95/15 99/4 99/16 99/18 109/18 109/19 110/17 112/21 113/2 126/20 127/16 119/20 130/12 133/21 136/12 138/20 138/21 139/25 140/21 146/1 146/3 150/15 153/20 156/3 169/5 169/15 169/18 170/23 171/2 172/6 174/22 175/4 177/10 181/9 182/18 183/25 184/7 184/24 185/2 190/1 195/10 197/4 203/1 203/19 208/6 210/18 213/25 214/24 216/13 218/9 219/3 222/9 234/20 235/6 237/12 237/20 238/1 242/23 243/16 244/1 252/3 253/15 268/6
Goldberg [1] 3/22
Gonzalez [1] 3/19
good [19] 7/4 7/9 8/3 8/4 94/15 102/20 125/1 125/9 125/9 128/4 129/4 133/13 136/4 197/11 198/6 205/15 238/19 249/8 268/5
Google [1] 139/12
got [13] 38/8 85/19 99/19 137/18 140/20 207/5 224/3 258/6 262/6 262/11 264/1 266/2 266/11
gotcha [1] 98/17
gotten [1] 254/8
govern [2] 36/16 214/2
governance [2] 157/17 157/18
GRAND [1] 2/5
grasp [1] 138/12
Gray [1] 3/21 41/20 160/5 163/5 163/17 166/2 183/9 183/11 187/7 187/13 190/13
great [1] 130/14 131/7

134/9 185/22 187/2 197/1 215/2 238/21 252/7
greatly [1] 70/13
Greg [1] 3/20
Gregg [11] 3/23 33/20 61/1 168/23 228/19 228/19 228/22 228/23 262/11 262/15 262/20 262/20
gross [9] 35/12 42/10 80/5 80/12 88/1 209/18 246/4 246/6 262/21
group [4] 98/24 168/17 231/19 232/24
guarantee [1] 104/15
guaranteed [2] 232/23 234/19
guarantor [2] 234/14 235/2
guarantors [1] 74/23
guess [27] 17/2 17/4 19/12 27/5 54/15 55/16 62/13 71/2 72/13 72/18 154/16 161/1 170/3 170/8 170/23 170/23 171/1 171/2 180/12 183/3 202/19 203/25 205/5 213/1 232/21 234/5 245/21
guesses [1] 169/25
Guso [10] 3/21 22/18 68/18 79/13 79/19 151/4 164/25 176/17 177/7 240/20
guy [1] 227/9
guys [11] 47/21 48/2 51/13 108/17 108/22 109/1 110/16 176/25 178/6 215/16 227/10

**H**

habitual [1] 166/3
habitually [1] 137/14
hacked [17] 61/19 61/24 62/16 65/11 65/14 65/15 66/8 108/12 108/15 112/4 112/6 112/8 112/18 113/5 113/10 147/4 254/19
had [86] 5/1 8/10 9/10 25/13 25/23 26/7 26/14 26/22 27/24 28/2 28/15 29/1 29/14 29/19 30/12 32/4 32/20 33/15 34/1 34/8 34/16 35/19 38/12 38/15 39/16 49/3 61/20 61/23 61/24 61/25 62/2 62/16 89/23 97/6 108/20 109/6 109/24 111/5 119/6 119/8 150/4 164/18 182/14 182/16 209/20 209/20 211/7 212/10 214/18 214/19 220/18 224/16 230/8 231/4 231/6 232/23 233/11 234/1 234/18 242/18 243/8 244/6

**H**

had... **[24]** 244/21 245/1
245/9 246/23 247/5
250/3 250/19 254/8
254/23 257/7 259/14
259/18 259/20 260/9
261/6 261/10 262/7
263/7 264/18 264/19
264/25 265/19 266/8
266/12
**half [3]** 73/21 85/23
163/9
**halfway [1]** 183/7
**hall [1]** 250/11
**hand [5]** 193/15 204/14
204/23 269/12 270/15
**handed [1]** 217/10
**handle [2]** 39/11 139/13
**hands [1]** 113/1
**happen [2]** 117/18
250/14
**happened [1]** 42/25
**happy [17]** 19/7 20/11
53/9 56/10 82/18 83/8
85/25 89/2 111/19 129/5
170/6 173/25 184/3
184/17 190/8 203/11
237/16
**hard [3]** 66/15 112/22
135/19
**HARRIS [3]** 3/8 7/2 7/4
**has [42]** 10/9 10/9
12/12 12/23 12/24 13/5
19/12 20/15 42/20 49/15
66/7 66/15 70/16 84/7
86/21 94/22 101/10
101/12 119/3 124/3
128/8 132/8 133/7
134/23 135/18 137/7
137/22 138/3 144/1
147/17 150/5 174/15
188/8 189/11 191/2
207/7 211/16 225/10
226/13 227/7 246/14
259/3
**hasn't [2]** 94/24 216/20
**have [287]**
**haven't [5]** 49/5 105/8
123/24 140/20 224/18
**having [6]** 6/7 112/1
130/9 159/18 250/10
255/6
**he [75]** 36/6 36/6 36/8
36/8 36/9 52/17 79/20
80/3 80/4 80/6 80/6 80/8
80/9 80/10 80/12 81/12
82/24 82/25 88/24 106/4
106/6 106/7 110/15
110/15 110/17 110/18
159/1 159/2 162/3
162/25 163/3 164/3
164/4 164/4 164/15
164/16 164/16 164/23
165/1 165/3 166/7
168/24 168/24 168/24
173/8 174/12 174/15
174/19 175/3 175/17

209/2 209/20 213/24
214/5 214/6 217/7 220/5
220/5 227/6 227/9
228/20 229/2 229/8
257/7 262/13 263/13
263/14 263/15 269/10
**he's [13]** 82/1 98/20
109/3 150/21 151/4
152/4 152/5 175/1
213/25 214/3 214/3
220/6 258/3
**head [1]** 186/20
**heading [6]** 74/11
74/19 76/13 162/11
162/19 172/25
**hear [6]** 89/13 91/8
109/3 120/1 131/4
143/15
**heard [4]** 164/24
164/25 164/25 173/15
**hearing [6]** 15/18 16/13
229/2 238/7 263/11
267/17
**heat [1]** 231/16
**held [5]** 25/19 190/11
190/15
**Hello [1]** 6/25
**help [4]** 138/14 156/3
228/6 255/8
**HENNIGAN [3]** 2/21 7/1
252/10
**her [12]** 66/15 66/16
92/20 92/25 93/1 93/5
93/12 129/4 129/6
129/24 215/16 215/21
**here [72]** 6/12 12/18
26/2 28/25 29/25 30/25
33/3 34/19 36/11 36/15
51/24 51/24 58/5 58/22
62/25 63/5 63/8 64/13
65/2 65/17 68/21 69/13
76/12 82/15 82/24 85/25
88/24 95/17 96/9 98/17
98/25 104/16 112/16
116/6 117/3 119/2
119/12 130/4 132/14
132/17 138/1 140/23
155/13 158/8 159/6
161/7 166/22 167/2
167/2 169/20 174/12
175/23 180/12 183/4
190/22 191/16 193/9
193/20 202/16 204/23
207/3 215/18 216/1
216/22 232/7 233/14
234/18 235/8 241/24
243/7 251/8 255/19
**here's [1]** 186/21
**hereby [2]** 269/6 270/5
**hesitant [1]** 183/20
**HEUSTON [3]** 2/21 7/1
**heuston.com [2]** 2/24
2/25
**HH [1]** 269/19
**Hi [2]** 7/14 7/19

186/24
**hide [1]** 186/20
**high [2]** 108/23 161/16
**high-powered [1]**
108/23
**highlight [9]** 199/2
220/16 223/6 233/2
233/16 233/17 241/24
245/23 246/13
**highlighted [1]** 243/20
**highly [3]** 75/11 163/8
176/15
**HIGHWAY [1]** 2/13
**Hillman [10]** 84/7 160/6
161/8 163/1 163/16
164/6 164/7 164/24
165/2 182/23
**hills [1]** 186/20
**him [37]** 24/2 89/3
106/11 109/1 109/16
110/6 110/19 116/7
116/7 149/10 149/12
162/24 163/1 163/2
164/14 164/22 164/23
165/3 165/4 165/7
170/10 165/14 165/24
173/12 173/16 173/18
173/21 173/23 195/5
209/19 210/12 210/17
220/16 220/20 222/22
239/1 262/12
**himself [7]** 36/2 36/5
81/14 82/25 166/8 217/8
227/7
**hire [2]** 108/22 247/20
248/17
**hired [7]** 110/15 110/18
202/14 247/10 247/19
247/21 248/5
**hiring [1]** 164/23
**his [22]** 32/7 36/21 71/12
83/18 83/19 83/19 83/19
109/3 151/25 162/23
162/24 163/2 173/15
174/20 174/21 174/22
183/12 187/14 205/3
211/8 212/11 220/4
**historically [1]** 53/19
**history [4]** 35/14 59/23
60/9 117/2
**hkoroglu [1]** 3/11
**hoc [1]** 55/1
**hold [9]** 23/9 85/7 90/8
128/21 151/10 207/16
215/8 233/1 238/5
**Holdings [7]** 141/21
240/11 240/15 240/17
247/11 247/12 248/7
**holds [5]** 23/16 24/9
24/13 24/14 24/24
**home [8]** 8/5 8/14 48/11
48/14 65/14 112/14
195/7 195/9
**Homer [1]** 172/6
**homework [1]** 138/12
219/17
**Honorable [1]** 229/7
**hope [1]** 249/8

**hopefully [1]** 229/8
**hospitals [1]** 197/6
**hostile [4]** 34/24 35/24
41/22 81/13
**hour [6]** 17/3 86/16
86/16 146/4 212/4
223/24
**hours [8]** 28/7 30/1
30/3 46/25 140/24
164/23 165/3 184/16
**house [10]** 25/14 47/23
60/16 79/14 105/15
108/18 112/15 174/21
262/11 262/19
**how [45]** 9/10 12/15
16/23 17/6 23/12 25/19
35/3 47/23 56/14 56/18
73/7 74/13 79/23 82/14
92/14 93/24 98/6 102/13
111/10 112/4 113/23
121/1 125/1 134/24
139/13 160/14 180/1
194/10 197/9 224/21
228/24 230/3 237/11
242/10 242/15 243/8
244/20 250/20 253/4
261/11 263/3 263/15
264/11 264/11 266/7
**however [4]** 47/18 59/5
245/25 248/20
**Hueston [1]** 252/10
**huge [1]** 251/11
**hugely [1]** 80/9
**HUGH [3]** 2/4 7/13 7/14
**human [4]** 133/11
133/15 136/10 137/9
**humans [1]** 8/24
**hundred [8]** 88/2 88/4
104/15 136/5 136/9
181/19 214/25 225/5
226/11
**hundreds [5]** 42/22
79/15 148/17 226/5
226/11
**hundredth [7]** 128/2
131/15 132/19 135/11
139/24 155/4 156/20
**Huron [7]** 35/24 87/7
87/11 87/18 168/16
181/20 231/18
**hurry [1]** 110/6

**I**

**I'd [2]** 24/1 237/12
**I'll [42]** 21/20 24/21
29/22 38/7 38/7 53/8
53/18 57/1 58/18 64/12
65/4 67/15 69/19 69/19
70/11 72/13 81/8 82/15
92/11 93/11 93/15 101/4
102/7 122/20 123/22
133/23 148/24 162/14
162/16 174/24 175/7
184/5 195/11 203/23
205/15 219/24 227/17
234/5 236/22 239/20
239/20 255/8
**I'm [207]** 5/24 6/25 7/14

9/1 10/8 10/10 10/15
10/20 10/23 11/12 11/16
12/6 12/13 13/1 13/22
13/25 14/11 14/12 15/12
17/4 18/17 18/19 19/7
19/23 19/24 20/8 20/11
20/12 22/24 23/14 24/14
25/4 25/12 26/24 28/20
29/3 29/23 30/5 30/7
31/14 32/12 32/13 33/24
37/4 40/1 41/9 41/11
44/22 45/8 45/8 45/9
51/11 51/13 51/16 51/24
51/24 52/17 53/9 54/24
55/5 57/13 62/4 62/14
63/18 66/10 66/10 66/11
66/13 69/9 69/13 71/23
72/8 72/9 76/19 76/25
78/6 82/9 82/10 83/1
83/5 83/8 83/11 83/11
85/22 85/25 88/9 88/17
89/15 90/14 90/19 91/3
95/1 95/24 98/18 105/11
106/22 109/18 109/19
109/20 111/14 111/19
114/6 118/22 122/11
122/21 123/4 123/5
123/22 126/9 129/4
130/3 130/16 135/23
138/11 138/14 138/20
138/21 139/8 140/5
141/3 141/11 142/15
143/15 143/17 145/24
150/15 151/16 155/18
156/1 169/5 169/17
169/18 170/5 170/6
170/15 170/17 170/23
171/1 171/1 171/2
173/18 173/25 175/4
177/6 177/10 177/20
183/20 183/25 184/3
184/7 184/9 184/17
184/24 185/2 186/25
189/15 189/16 190/1
190/7 190/8 192/14
195/10 197/4 198/4
198/6 200/3 200/17
201/24 203/11 203/15
208/24 209/16 210/18
211/17 211/25 215/17
218/6 218/9 219/19
222/9 228/5 232/16
232/18 232/19 233/6
235/6 237/12 237/16
237/20 237/23 238/7
239/14 240/6 240/7
240/8 240/15 241/8
242/20 242/22 242/23
243/17 249/3 250/7
250/24 255/6 261/9
264/11
**I've [17]** 56/16 56/24
75/16 95/8 97/5 98/13
99/6 162/21 164/1
173/15 175/8 180/7
198/13 226/11 226/25
239/7 251/24

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John H. Owoc - Conducted on June 26, 2023
95/9 95/20 97/2 99/10
99/22 100/16 100/23
Page 285 of 301
Jade [7] 3/23 34/19
35/2 35/4 41/18 214/22
232/7

iceberg [1] 248/21

idea [7] 17/6 22/11
71/17 98/20 113/6
115/16 170/8

identification [22]
19/16 55/19 80/23 97/12
100/14 102/25 114/13
119/18 124/10 127/4
134/2 141/17 144/22
153/5 171/21 179/9
195/15 202/22 221/14
236/6 253/21 269/10

identify [2] 6/11 6/20

IGilbert [1] 2/15

ii [4] 84/12 181/5
181/14 213/1

ill [1] 262/9

illegally [2] 49/2 49/3

immediately [2] 165/8
193/8

implore [1] 40/3

importance [2] 173/7
175/20

important [4] 79/23
238/23 257/8 257/25

inaccurate [4] 197/17
197/22 201/10 211/13

inadvertently [1] 238/9

inappropriate [1] 149/8

INC [8] 1/6 5/3 26/11
124/16 134/15 135/5
145/2 179/12

include [3] 42/7 193/9
221/4

included [9] 32/4 32/20
161/22 182/4 229/16
229/24 230/5 230/9
230/14

including [3] 22/18
65/19 237/14

incoherent [2] 19/5
53/6

incohesive [1] 19/6

incompetent [1] 163/8

incomplete [1] 70/12

incorrect [3] 108/4
108/6 267/12

indebtedness [5]
232/23 233/8 233/24
234/9 234/19

Indeed [1] 217/1

independent [1] 46/7

indicate [2] 164/20
187/24

indicated [2] 107/22
166/11

indicates [11] 121/11
121/15 121/19 132/5
136/20 137/21 143/4
178/15 180/3 213/25
256/13

indicating [1] 128/8

indication [3] 36/3 36/7
182/14

individual [4] 71/12
81/7 115/23 165/7

161/22 163/13 248/12

industries [1] 84/8

industry [3] 41/21
224/22 225/7

infinite [1] 139/22

information [18] 10/6
10/23 10/25 21/7 29/17
33/4 50/6 51/12 56/20
73/16 128/8 150/23
180/9 180/11 182/11
182/20 186/6 262/15

informed [1] 30/15

initiated [11] 26/22
27/24 28/3 28/15 29/2
29/15 29/19 39/16
246/16 247/6 247/25

initiates [1] 202/8

ink [13] 104/14 115/8
122/22 123/8 123/11
125/12 140/11 154/5
154/15 154/17 157/5
196/5 240/13

inside [1] 182/20

insight [1] 32/18

insist [3] 86/2 184/14
184/25

instances [1] 123/4

instantaneously [1]
266/3

instantly [1] 163/14

instead [1] 35/11

instruct [5] 10/12 11/4
12/17 185/25 216/9

instructed [3] 48/20
110/20 207/14

insult [1] 170/22

Int [1] 4/14

intellectual [3] 42/14
42/20 141/21

intelligence [1] 170/22

intelligent [2] 123/5
259/9

intend [1] 15/17

intention [1] 34/16

intentionally [1] 79/24

intentions [1] 34/15

interest [9] 36/4 36/7
168/19 168/23 174/10
175/12 182/14 206/5
246/15

interested [5] 20/1
186/19 236/12 264/11
270/14

interesting [3] 62/24
83/20 97/7

interestingly [2] 186/22
190/17

interject [2] 152/8
177/10

International [2]
134/15 135/5

interpose [2] 211/22
211/24

interrupt [12] 51/15
51/18 83/4 83/17 87/2

237/24

interrupting [6] 26/25
51/20 83/9 88/13 88/14
128/15

interview [2] 109/14
109/16

introduced [1] 188/21

invalid [3] 67/21 72/10
115/8

inventions [1] 34/8

investigate [1] 113/2

investigation [7] 36/15
45/25 46/6 46/12 47/11
47/16 150/9

Investment [23] 20/3
22/8 22/19 25/23 26/3
26/7 30/12 32/1 32/4
74/19 96/12 103/4
119/23 153/8 158/5
158/14 161/2 195/23
205/24 206/8 236/14
261/5 261/10

Investments [6] 32/19
104/25 106/19 135/4
152/18 152/22

investor [2] 262/7
265/25

invitation [1] 70/20

invite [1] 69/19

involved [7] 25/5 41/24
44/3 44/8 50/4 69/13
81/13

IP [7] 4/14 117/19
117/24 118/11 118/11
118/14 118/19

iPhone [3] 14/23 14/25
15/8

IRWIN [22] 2/13 6/1
6/11 12/17 15/20 16/20
16/24 24/25 45/5 60/2
84/3 84/6 84/19 85/18
86/9 86/14 87/4 89/13
101/5 128/3 128/4
130/14

is [511]

isn't [11] 44/13 53/22
75/19 108/25 148/18
149/1 149/2 201/11
263/23 264/13 265/11

iso [1] 4/17

issue [2] 152/8 178/14

issues [4] 206/11
207/10 241/9 241/10

it [584]

it's [158] 9/7 10/21 15/1
15/2 16/16 16/17 19/25
22/17 24/14 24/16 24/17
27/6 28/7 31/10 32/9
39/4 39/24 42/22 47/17
47/17 49/23 59/23 62/21
63/1 64/10 65/10 65/18
65/19 65/21 66/4 66/14
66/15 67/22 68/22 68/23
69/11 69/11 76/24 77/5
77/5 77/11 86/14 87/4

237/21

interrupting

95/9 95/20 97/2 99/10
99/22 100/16 100/23
102/1 102/2 102/9
102/18 102/21 105/9
106/2 106/14 106/25
107/16 110/19 111/1
116/15 116/24 120/16
122/6 122/14 122/15
122/22 122/22 122/23
123/9 123/18 124/17
125/1 125/11 125/11
125/23 126/6 126/7
126/8 126/11 126/16
126/17 128/12 129/12
131/11 131/12 131/13
132/21 132/21 133/11
133/19 135/20 136/10
137/18 137/25 138/3
138/5 140/9 140/9
140/12 140/15 145/16
146/17 147/20 147/21
157/4 157/5 157/10
162/17 165/6 169/4
169/6 174/20 174/25
178/4 180/24 183/3
183/4 184/13 189/10
190/20 191/2 191/3
191/17 193/9 195/8
198/2 199/1 199/25
200/2 205/18 211/14
211/22 211/24 217/4
218/15 219/12 224/11
225/4 225/10 225/15
225/16 225/21 232/21
236/3 236/3 236/17
240/13 249/17 253/8
253/9 253/10 253/15
260/14 264/13 265/6

items [1] 192/16

its [15] 42/6 43/18
43/23 44/17 56/9 69/7
69/21 126/18 160/20
203/9 242/4 242/5
243/21 243/21 246/15

itself [10] 30/4 49/24
95/13 112/10 140/3
140/5 191/19 220/13
228/4 228/9

## J

Jack [34] 62/19 71/6
71/11 97/21 98/23
100/17 100/24 101/16
115/23 116/1 116/2
116/3 116/6 116/17
120/20 120/20 120/24
121/1 121/4 125/13
126/7 129/11 132/12
132/14 132/16 132/20
132/24 137/4 140/15
140/22 142/15 165/5
211/7 254/14

Jack H [9] 125/13 126/7
129/11 132/12 132/14
132/24 137/4 140/15
142/15

Jack's [1] 216/2

35/2 35/4 41/18 214/22
232/7

January [4] 152/16
153/11 157/16 157/24

January 7 [3] 153/11
157/16 157/24

Jeannie [1] 131/2

JHO [92] 4/11 4/12 4/14
4/15 20/3 22/8 22/19
22/22 23/4 23/16 24/9
25/20 25/22 26/3 26/7
26/21 28/3 28/14 29/1
29/14 29/18 30/12 31/5
32/1 32/3 32/19 33/5
33/14 35/19 38/12 38/15
39/15 45/1 45/20 74/18
78/1 78/2 96/12 103/3
104/24 106/19 119/23
120/23 135/3 141/21
152/17 152/21 153/8
158/5 158/13 161/2
161/9 161/23 163/18
195/23 198/10 198/18
199/24 200/7 200/7
201/3 205/24 206/7
207/18 214/16 223/19
227/24 232/22 234/14
235/1 236/14 239/5
239/22 240/11 240/15
240/17 240/18 240/24
242/2 247/11 247/20
248/7 251/4 252/16
261/5 261/7 261/9
261/10 263/20 264/14
265/8 266/16

JHO1013 [1] 203/7

JHO1096 [1] 97/22

JHO112 [1] 153/12

JHO1167 [1] 100/19

JHO121 [1] 124/17

JHO128 [1] 114/21

JHO135 [1] 134/16

JHO142 [1] 127/9

JHO151 [1] 145/3

JHO158 [1] 119/24

JHO165 [1] 141/22

JHOs [1] 22/17

job [2] 66/15 136/4

Joblove [5] 71/12 204/6
206/4 211/3 212/8

Joe [3] 3/20 20/24
215/9

JOHN [54] 1/14 2/12
4/3 4/10 5/5 5/6 6/4 6/6
20/1 81/1 81/4 81/25
95/9 100/3 100/7 110/9
110/20 113/12 115/25
116/1 118/9 119/2
120/23 121/25 122/1
124/3 129/9 129/10
132/7 132/14 132/15
133/6 135/17 135/25
136/23 137/3 137/7
137/21 143/25 147/17
158/23 159/1 162/2
168/15 172/6 195/21

Case 6:22-bk-15030 Doc 98-19 Filed 10/11/23 Page 285 of 301

**J**

JOHN... [8] 221/20
225/11 227/11 227/15
231/25 236/12 269/6
270/7
John's [1] 110/20
join [1] 195/2
joined [2] 6/18 195/4
joint [3] 171/25 179/13
190/10
JON [1] 2/8
jon.weichselbaum [1]
2/11
JONATHAN [30] 2/17
130/21 131/9 132/11
132/15 133/18 135/10
136/8 142/5 147/3 151/1
156/16 160/13 166/1
168/12 168/25 185/24
186/6 186/12 186/21
193/13 207/4 207/23
208/5 224/3 229/10
231/5 247/16 263/11
267/23
Jordi [12] 3/21 22/18
68/18 79/12 79/19
150/13 150/13 151/4
164/25 176/17 177/7
240/20
judge [11] 92/1 93/1
93/2 140/21 149/9
149/18 149/19 229/1
229/6 229/7 263/10
July [6] 1/10 5/8 221/20
269/7 269/12 270/16
July 6 [1] 221/20
July 7 [1] 5/8
jump [1] 203/3
jumped [2] 92/23
205/14
June [5] 29/13 29/13
47/9 48/23 269/20
June 16 [1] 29/13
June 16th [3] 29/13
47/9 48/23
jury [2] 47/24 139/25
just [223] 6/18 11/12
13/22 15/5 15/10 18/17
21/1 23/4 23/14 24/12
26/13 27/1 28/5 29/3
29/23 30/23 36/8 37/18
37/19 39/4 43/10 44/9
46/21 47/17 48/24 50/18
52/17 56/3 56/11 58/7
62/16 63/1 63/2 63/19
65/20 65/22 66/12 67/9
69/2 70/1 70/2 72/13
73/17 74/4 76/8 77/1
77/11 77/12 78/6 79/8
80/25 81/17 82/8 82/15
84/13 84/16 85/10 85/21
86/2 86/24 88/25 89/16
90/8 91/13 91/17 92/23
93/5 93/8 94/12 94/14
95/6 95/12 97/14 97/19
98/22 99/4 99/5 99/9
100/16 100/24 101/15

**K**

katiephang.com [1]
2/19
KDP [4] 150/4 214/20
225/15 231/10
keep [23] 13/8 36/21
37/20 65/24 66/3 82/23
83/21 83/21 83/22 83/23
83/24 83/25 83/25 84/2
84/13 84/14 85/17 89/6
111/12 156/8 162/22
229/13 233/15
kept [2] 186/17 194/2
key [1] 168/16
kick [1] 42/11
kind [3] 23/12 135/19
260/6
kindly [7] 13/10 35/10

130/8 233/4
kindness [1] 235/13
knew [3] 28/20 182/16
193/12
know [224] 9/9 9/11
9/15 9/16 9/18 9/21 9/24
10/3 12/10 13/21 15/1
15/1 15/7 16/6 16/9
18/20 21/5 21/18 21/22
22/3 22/13 22/14 23/4
23/12 25/9 25/10 25/18
25/19 25/21 28/9 28/12
28/14 28/19 28/24 29/4
29/14 30/20 31/23 33/8
33/11 35/22 36/21 40/22
43/6 43/14 44/7 44/9
44/14 44/17 45/4 45/8
45/16 47/20 48/8 48/17
49/4 49/8 49/10 50/3
51/2 51/6 51/17 54/10
54/11 54/16 56/14 57/19
58/17 58/20 58/22 59/13
59/19 60/19 63/15 63/18
63/20 64/10 68/1 68/1
68/12 68/15 68/20 68/21
69/2 69/3 71/24 72/11
73/11 73/21 75/11 76/8
76/8 79/22 82/14 84/18
89/18 90/14 91/23 93/3
93/8 94/6 94/18 98/6
101/19 103/19 103/23
106/9 106/24 107/1
107/4 107/19 108/22
109/3 110/3 110/10
111/2 112/21 113/11
114/8 116/16 120/10
120/10 124/23 126/3
128/3 129/14 131/8
134/4 134/20 135/19
140/21 147/3 156/21
159/17 164/8 165/13
167/25 169/14 170/4
171/9 172/4 173/5 173/6
173/8 173/9 175/3 176/3
180/2 185/2 190/7
193/20 195/8 196/10
196/15 199/9 199/15
199/19 199/25 200/4
200/12 201/12 201/21
202/15 206/21 207/15
210/25 212/13 212/16
212/19 213/19 214/14
215/15 215/21 216/11
217/8 221/8 222/19
222/20 225/1 227/1
229/21 230/1 230/3
230/6 230/7 230/11
230/25 232/14 233/12
233/13 234/2 234/11
234/17 235/1 235/3
238/4 238/16 239/18
240/10 241/12 242/8
242/21 242/24 243/8
244/20 244/23 245/5
245/6 245/20 246/8
253/8 253/24 254/7

256/15 257/21 258/16
263/15 260/19 230/18
263/15 263/17 266/7
266/19 266/23
knowing [2] 28/5 65/11
knowingly [1] 196/24
knowledge [23] 21/15
24/23 30/14 84/8 95/19
100/9 102/12 116/18
123/9 132/24 138/13
145/16 149/25 164/1
167/7 173/11 198/1
198/21 201/14 237/5
237/8 239/7 253/2
known [3] 28/24 41/20
107/3
knows [2] 42/21 252/9
KOROGLU [3] 3/8 7/3
7/5
Kroll [3] 231/6 231/8
231/12

**L**

label [1] 137/7
labeled [3] 121/2 172/1
204/3
language [1] 253/8
laptop [10] 9/7 9/8 9/12
9/17 9/20 9/23 9/25 10/4
10/10 11/3
large [1] 1/22 248/21
larger [3] 60/1 76/20
117/17
LAS [1] 3/4
last [30] 8/14 27/14
27/17 47/19 47/21 48/9
57/21 59/12 62/14 84/14
93/16 98/16 119/1 120/9
128/12 145/14 168/10
169/16 193/15 193/16
196/3 205/14 223/5
225/25 229/2 230/18
238/21 263/10 265/1
266/25
last-hand [1] 193/15
late [4] 198/11 198/19
208/13 251/9
later [2] 165/21 245/25
LATHAM [30] 2/3 2/7
3/20 5/16 7/15 7/19
42/10 42/17 43/25 44/10
59/7 76/9 86/21 97/4
97/6 97/20 105/14
133/20 148/11 149/2
150/2 169/2 172/7 176/8
177/2 193/25 228/18
231/23 262/12 262/22
Latham's [1] 86/16
LAUDERDALE [4] 1/2
2/14 3/5 8/12
laughable [1] 83/1
launch [1] 244/1
law [33] 32/1 6/1 22/4
22/5 44/3 44/9 44/14
49/2 69/6 69/17 115/8
122/23 123/9 123/10
123/11 123/13 123/19

138/6 138/9 138/9
138/10 138/13 146/1
146/2 146/17 149/2
157/6 160/10 184/23
199/19 204/10 205/2
212/21
lawyer [6] 105/11 123/1
123/3 123/6 151/25
152/2
lawyers [2] 67/9 123/5
lay [1] 151/24
layman's [1] 147/25
laymen's [2] 24/17
259/12
laypeople [1] 111/9
laypersons [1] 139/9
leader [1] 262/3
leading [1] 244/25
leaning [1] 198/7
learn [10] 25/22 26/6
28/2 29/1 30/12 30/18
40/17 41/15 169/8
171/12
learned [14] 29/18
30/24 32/18 33/4 33/9
33/11 33/14 35/18 38/12
148/8 169/22 170/18
198/18 230/8
learning [4] 29/3 29/23
34/14 39/16
least [7] 5/23 46/25
47/20 159/19 180/4
225/5 264/7
leave [6] 44/25 57/1
95/11 98/16 114/8
165/10
leaves [1] 149/14
leaving [5] 154/16
241/8 241/10
Lee [2] 3/19 5/10
left [5] 57/20 192/16
204/14 204/23 251/11
left-hand [2] 204/14
204/23
legal [22] 11/13 11/16
18/5 23/13 25/14 28/6
29/25 30/3 31/2 45/16
60/17 69/12 105/9
105/16 106/25 111/15
169/1 169/3 262/12
262/15 262/17 262/17
legalese [1] 105/12
legally [1] 251/12
legitimate [2] 36/1
150/6
leisure [1] 203/14
lender [4] 232/24
255/14 262/6 265/24
lender's [2] 259/7
260/19
lenders [9] 245/1
259/20 259/21 260/8
260/25 261/12 263/22
264/15 265/10
length [2] 73/3 122/14
lengthy [1] 105/9
less [2] 73/23 83/25

**L**

**let [59]** 18/20 23/4 23/20 39/10 47/6 47/6 59/8 68/18 68/19 71/1 87/19 89/18 89/22 90/5 90/6 90/13 93/12 94/8 95/5 95/8 99/23 102/4 102/6 102/7 103/13 109/9 109/10 109/13 112/9 138/19 138/22 145/14 156/2 158/9 159/24 173/2 176/7 176/10 177/7 181/7 184/7 187/11 199/5 201/13 203/3 213/21 216/15 217/8 221/18 233/15 237/4 237/16 238/16 239/13 241/25 242/8 243/18 245/13 253/24

**let's [86]** 11/18 13/7 13/7 36/24 47/14 67/9 67/9 69/4 72/18 74/13 76/11 80/20 90/12 90/19 90/21 97/9 100/11 102/22 107/10 112/3 114/10 114/15 115/1 115/4 116/19 119/14 119/15 120/18 124/12 124/24 126/14 126/25 131/7 133/17 136/4 141/13 143/18 144/19 149/19 155/15 155/15 156/2 156/8 161/5 171/17 176/4 178/22 178/22 179/5 179/6 185/23 187/2 188/18 189/22 190/9 191/14 191/20 194/3 194/7 196/3 197/1 202/18 202/19 205/11 205/22 215/7 216/12 217/13 217/18 219/6 219/9 221/10 222/8 222/24 227/21 232/20 235/4 236/8 237/10 238/14 238/20 241/18 241/24 246/13 249/16 249/17

**letter [15]** 84/9 86/8 205/19 205/21 206/17 208/2 208/15 209/23 209/24 210/19 210/22 212/15 212/18 214/12 216/24

**letters [4]** 41/25 42/4 42/9 43/1

**letting [1]** 98/6

**level [5]** 181/23 182/2 182/8 183/13 187/14

**Lewis [1]** 214/22 232/8

**LIBEU [7]** 2/22 4/4 251/22 252/1 252/10 255/2 265/15

**license [1]** 269/10

**lie [2]** 92/19 93/2

**lied [2]** 36/2 36/5

**lienholders [1]** 248/24

**lieu [2]** 153/10 251/5

**lift [1]** 248/25

**like [87]** 16/14 18/5 24/2 31/16 35/12 38/2 38/21 43/25 45/7 51/19 54/24 57/11 57/15 63/2 64/2 65/20 70/1 70/14 73/8 73/21 77/9 83/10 89/24 91/24 92/1 92/9 94/17 98/15 100/25 101/20 104/13 105/13 115/9 115/10 115/15 116/5 116/11 116/16 129/23 133/10 134/7 134/20 135/21 137/11 138/13 139/23 140/13 142/18 146/16 149/12 155/10 160/3 162/3 168/10 169/14 170/6 174/21 184/2 184/19 185/9 185/12 185/13 185/20 189/13 192/7 196/5 198/3 198/7 203/17 203/20 203/22 205/10 210/13 225/4 227/3 237/12 237/15 240/19 243/22 245/10 247/20 249/12 251/20 258/8 258/13 261/14 261/25

**likely [4]** 23/2 43/24 208/10 240/14

**limited [2]** 123/9 256/2

**LINDSAY [2]** 3/14 5/18

**line [9]** 51/14 84/14 161/1 165/1 165/15 205/23 254/14 255/16 256/13

**lines [1]** 213/2

**link [3]** 56/1 82/13 82/15

**liquidate [1]** 227/24

**list [5]** 59/23 70/23 181/18 206/6 206/7

**listed [12]** 59/23 74/19 78/12 96/9 144/17 162/6 172/20 179/19 192/23 192/25 193/17 193/18

**listen [6]** 14/4 37/9 43/21 140/17 175/7 231/5

**listening [2]** 65/23 65/25

**lists [10]** 62/19 74/10 74/11 76/13 77/21 161/7 163/16 163/19 192/19 204/14

**litigations [1]** 74/25

**little [21]** 57/22 83/24 84/15 89/24 115/19 117/17 120/5 125/5 128/18 149/13 153/14 153/17 159/25 175/19 198/3 219/17 231/15 237/18 238/17 238/18

**LOS [2]** 2/5 2/23

**loss [1]** 35/25

**lost [1]** 95/3

**lot [26]** 17/12 22/17 28/6 36/11 44/9 53/6 58/21 63/5 104/16 107/4 172/5 180/5 185/17 186/19 226/4 229/22 251/7 257/9 258/6 266/25

**lots [3]** 44/14 88/19 141/3

**low [2]** 173/7 231/15

**LOWENSTEIN [2]** 3/13 5/19

**lowenstein.com [2]** 3/16 3/17

**lowering [2]** 186/17 186/17

**lsklar [1]** 3/16

**Ltr [1]** 4/17

**lucrative [1]** 243/24

**Luis [3]** 3/22 34/18 35/4

**Luna [2]** 209/10 251/10

**lunch [5]** 91/13 91/20 93/20 94/4 96/1

**lw.com [3]** 2/6 2/10 2/11

**lying [1]** 88/4

**M**

**ma'am [64]** 8/6 9/5 15/9 15/16 17/15 17/19 19/20 20/10 26/16 44/19 52/25 56/5 59/21 72/5 74/9 75/2 114/23 114/25 116/22 124/19 124/21 127/11 132/2 134/18 135/14 136/16 143/1 145/5 145/7 146/7 146/10 146/24 160/24 161/4 166/19 179/4 192/18 193/19 197/13 199/21 201/9 201/19 201/24 204/5 206/1 210/5 211/5 213/17 215/13 215/13 216/5 223/12 224/18 227/14 228/1 229/18 234/11 236/16 244/17 246/3 246/18 250/4 254/1 254/6

**machines [1]** 247/14

**Madam [2]** 27/13 67/5

**made [2]** 56/22 62/5 68/4 72/15 76/6 82/25 92/15 111/4 115/10 157/17 167/15 168/21 201/1 226/5 231/25 236/23 240/14 244/8 258/1 263/17

**main [1]** 44/22

**major [4]** 79/23 148/20 175/16 175/16

**majority [1]** 88/1

**make [53]** 12/7 13/14 17/12 18/18 23/20 59/25 76/20 77/1 77/12 81/18 82/7 84/19 85/11 86/3

**86/13** 87/24 91/24 95/4 97/24 103/12 107/14 110/11 113/14 117/16 120/5 129/4 132/17 151/3 153/14 154/2 155/11 158/10 160/13 166/10 168/18 168/22 193/13 196/20 197/8 198/2 203/2 205/11 220/3 223/7 224/9 237/4 237/17 238/18 240/22 243/23 246/24 249/5 252/23

**making [7]** 88/3 182/17 210/12 227/6 248/4 263/1 264/3

**malpractice [6]** 42/11 80/5 80/13 207/20 209/18 262/21

**management [1]** 55/2

**manager [6]** 114/20 119/22 127/8 141/21 158/22 159/10

**managers [12]** 153/10 158/13 158/21 161/9 161/11 161/13 161/22 161/25 162/12 162/20 163/18 179/14

**managing [2]** 159/3 159/5

**manipulate [2]** 59/7 92/8

**manipulated [3]** 101/20 104/22 176/9

**manipulates [1]** 76/9

**manipulating [3]** 68/13 111/12

**manipulative [1]** 113/7

**manner [1]** 80/9

**MANNIX [1]** 3/14

**manufacturing [6]** 23/8 23/10 23/17 96/17 172/25 175/13

**many [11]** 35/3 44/3 70/6 74/13 107/16 237/11 261/22 261/24 262/7 262/7 264/20

**March [2]** 20/10 28/17 28/24 41/1 165/20

**mark [14]** 19/13 55/16 80/20 97/10 114/11 124/7 127/1 133/23 141/14 153/3 171/18 195/12 231/8 235/24

**marked [26]** 19/16 55/19 80/23 97/12 100/14 102/25 114/13 119/16 119/18 124/10 127/4 131/23 134/2 141/17 144/22 153/5 171/21 179/9 195/15 202/22 221/14 236/6 253/16 253/17 253/21 257/20

**market [1]** 150/5

**marketing [1]** 150/11

**markings [1]** 12/11

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John H. Owoc · March 24th, 2023

Case 22-17842-PDR    Doc 1610-1    Filed 07/10/23    Page 288 of 301

M

**Massabki [7]** 60/22
60/24 61/3 61/10 114/4
120/8 120/16

**Massabki's [3]** 62/25
64/10 65/20

**massive [1]** 261/18

**material [3]** 74/24
151/22 152/11

**materials [12]** 57/7
72/16 75/5 76/5 152/6
178/16 178/20 181/24
182/3 182/9 188/12
189/5

**math [1]** 224/12

**mathematics [1]**
225/22

**matter [5]** 17/22 31/19
173/14 248/3 269/7

**maximum [1]** 37/7

**may [25]** 19/23 25/5
27/15 47/2 47/8 55/1
57/3 63/6 63/6 76/5
89/21 103/22 103/24
107/3 107/3 118/18
140/4 152/1 152/2 174/5
174/5 176/3 190/11
195/9 195/9

**May 15 [1]** 190/11

**maybe [13]** 11/20 35/4
73/24 98/7 109/2 199/2
199/25 201/25 214/4
219/17 225/9 253/6
255/7

**McCormack [4]** 34/20
41/22 214/23 232/8

**me [200]** 6/2 12/7 12/25
13/19 14/9 16/14 18/20
21/19 23/4 23/19 23/20
27/6 33/21 34/23 37/2
37/2 39/7 40/9 42/11
42/12 42/16 43/20 44/25
46/3 46/4 47/6 50/16
51/20 57/4 59/8 65/23
68/8 68/9 68/19 69/17
71/1 72/5 73/12 73/24
75/3 79/4 79/11 79/14
79/19 80/8 81/10 83/4
83/9 83/14 83/15 83/17
85/7 86/9 87/19 88/4
88/21 89/18 89/22 90/5
90/7 90/13 91/8 92/4
92/7 94/8 94/13 94/20
94/24 95/6 95/7 97/4
97/5 98/6 98/15 98/19
99/18 99/23 100/24
102/4 102/6 103/13
104/14 105/17 107/4
109/9 109/10 109/13
109/19 109/25 110/7
115/7 115/18 116/7
118/16 122/6 123/2
123/20 125/4 125/17
126/5 130/12 131/4
132/20 138/19 138/22
143/3 145/14 146/16
148/17 148/23 149/5

191/6 191/20 201/17
203/25 210/20 265/18
267/3 216/20 285/18

**meetings [19]** 53/22
54/2 59/8 68/2 68/7 68/7
68/17 68/17 68/19 163/9
164/13 171/4 171/7
171/11 171/13 172/11
174/3 174/3 181/3

**MEG [4]** 2/12 6/4
150/10 150/11

**member [23]** 41/20
53/15 54/1 71/3 114/19
119/22 127/17 141/20
152/17 152/24 153/10
153/25 158/11 159/3
159/5 159/10 163/6
164/13 165/22 165/25
171/3 172/2 172/9

**members [23]** 42/1
42/5 42/8 54/4 54/6 54/8
54/11 54/23 76/6 152/21
160/1 163/7 163/10
179/20 182/23 190/12
190/18 190/21 191/5
191/10 192/8 192/13
193/11

**memorize [1]** 123/21

**memory [3]** 73/12
73/24 202/5

**mental [7]** 87/9 208/12

**mentioned [2]** 258/5
262/25

**Mesgs [1]** 4/18

**messages [2]** 200/22
200/25

**messing [1]** 83/16

**met [12]** 17/6 54/5 54/6
55/8 173/10 173/16
173/18 173/21 173/23
210/6 210/11 210/16

**Metzger [11]** 3/23 33/20
61/1 168/23 188/21
188/23 228/19 228/19
262/11 262/15 262/20

**MIAMI [2]** 2/18 3/10

**Michael [1]** 3/22

**middle [6]** 143/19
146/25 162/10 187/6
187/10 241/23

**might [10]** 32/22 37/14
73/7 110/17 111/13
118/24 230/24 245/18
253/7 257/19

**millimeter [9]** 125/3
126/6 128/3 131/15
132/19 135/11 139/24
155/4 156/20

**million [15]** 34/11
42/20 44/24 88/2 88/4
214/25 223/20 223/23
224/1 224/8 226/16
226/19 266/11 266/11
267/7

**millions [7]** 42/23
79/15 148/17 226/5
226/11 227/3 261/20

**mind [5]** 51/13 82/16

84/6 85/7 136/8 162/22
194/8

**mine [5]** 63/3 159/24
160/15 207/25 257/14

**Mins [1]** 4/16

**minute [13]** 51/16 73/8
73/13 74/16 95/5 194/7
194/10 194/14 225/12
225/14 239/13 259/24
261/8

**minutes [62]** 4/9 4/16
51/18 54/25 58/8 58/25
59/5 59/16 60/8 65/1
65/8 66/21 67/19 68/2
68/3 68/4 68/4 68/8
68/14 73/4 73/4 73/24
73/25 75/20 75/20 75/22
76/2 76/7 79/21 86/5
91/14 91/21 92/9 92/22
92/23 128/23 129/17
164/8 172/18 176/6
176/8 176/15 176/16
176/21 177/1 177/2
177/4 177/6 180/8
187/24 189/2 189/16
189/20 189/20 189/21
189/25 190/14 190/24
191/6 201/17 235/7
235/12

**mischaracterization [5]**
91/16 143/6 189/8
211/10 211/14

**mischaracterized [1]**
100/22

**miserably [1]** 207/20

**mismanage [1]** 35/12

**Miss [1]** 80/19

**missing [7]** 57/12 57/16
72/6 72/11 150/10 151/4
186/5

**mistake [1]** 62/5

**misunderstood [2]**
47/3 47/7

**model [2]** 12/8 12/12
13/14

**models [2]** 231/11
231/12

**moment [7]** 26/13 27/1
49/18 89/7 95/12 128/21
178/12

**Monday [5]** 40/7 70/9
99/17 219/5 219/10

**money [15]** 9/23 244/6
250/25 259/21 261/19
262/25 264/1 264/19
264/23 265/19 265/22
266/2 266/4 266/7 267/3

**monies [1]** 267/9

**MONSTER [14]** 2/20
3/24 7/1 7/11 42/19
182/6 182/11 182/16
182/17 182/19 182/22
223/5 231/16 252/11

**month [5]** 36/10 49/4
168/10 169/17 209/21
261/20

**months [5]** 107/9

165/20 246/10 246/11
398/25

**more [34]** 6/18 7/17
17/3 23/2 34/7 35/4
43/24 51/17 72/17 92/23
104/4 106/6 110/23
112/4 115/19 116/5
123/4 126/11 126/11
127/25 128/17 133/3
133/19 186/19 219/17
223/10 223/23 225/16
238/23 245/9 251/8
251/14 251/14 253/11

**morning [8]** 7/4 7/9 8/3
15/6 16/22 17/7 17/10
70/10

**MORRIS [1]** 2/8

**most [3]** 35/13 123/4
200/21

**mostly [1]** 19/3

**motion [34]** 4/9 15/18
16/17 16/17 17/22 18/3
18/25 19/19 19/20 20/2
20/7 20/15 20/25 26/13
26/20 29/5 29/6 31/25
43/11 44/4 44/13 44/21
45/15 45/25 47/9 47/11
47/13 48/23 167/24
195/22 236/13 251/6
252/4 252/16

**motions [1]** 44/12
92/25 93/1 149/11

**move [18]** 32/13 32/22
36/18 36/20 40/4 43/3
92/11 99/20 140/2
140/19 141/10 156/2
177/24 178/22 221/18
229/11 229/13 255/7

**moving [2]** 156/8
250/22

**Mr [17]** 7/2 7/7 36/23
47/17 66/2 80/25 116/20
128/20 149/4 153/19
158/25 175/1 176/13
177/12 177/15 178/10
219/18

**Mr. [305]**

**Mr. Batista [3]** 71/20
71/25 80/15

**Mr. Battista [13]** 104/4
120/6 130/10 201/17
206/18 208/15 209/3
209/13 210/7 211/8
212/14 216/10 220/11

**Mr. Battista's [2]** 205/2
212/21

**Mr. Burke [1]** 188/22

**Mr. Delo [6]** 173/3
174/2 174/9 175/11
175/22 268/1

**Mr. Dickinson [4]**
162/23 163/17 164/12
164/23

**Mr. DiDonato [3]** 256/1
256/10 256/11

**Mr. DiDonato's [7]**
91/15 91/22 93/21

**M**

Mr. DiDonato s... [4]
255/21 255/25 256/6
257/2

Mr. Feldman [7] 130/11
134/4 150/21 151/6
177/10 178/8 249/13

Mr. Gilbert [9] 17/7
17/10 31/13 32/6 77/4
77/8 90/9 130/9 131/20

Mr. Gray [6] 163/5
163/17 183/9 183/11
187/7 187/13

Mr. Hillman [3] 163/16
164/6 164/7

Mr. Metzger [2] 188/21
188/23

Mr. Owoc [213] 7/23
8/3 10/11 11/23 12/22
13/13 13/25 15/17 16/18
17/9 19/18 21/1 21/11
22/7 23/19 24/8 26/12
27/21 28/14 29/9 29/11
32/16 35/6 37/4 38/11
39/4 39/19 39/23 40/14
41/13 42/19 42/24 43/11
44/20 47/2 48/1 50/7
50/16 50/17 50/23 51/21
52/11 53/1 55/21 56/7
57/8 57/17 58/11 58/18
59/13 63/11 64/13 64/24
65/16 66/6 66/9 66/12
67/2 67/7 67/13 67/17
67/24 69/15 69/22 70/5
72/12 74/1 75/13 75/18
75/24 77/13 80/11 80/25
81/8 81/22 83/3 85/21
86/24 88/7 89/6 89/16
91/5 91/18 92/6 92/17
94/5 94/11 94/17 95/2
95/16 95/25 96/3 96/8
97/8 97/23 98/17 99/6
99/12 100/20 101/6
102/10 103/5 103/11
103/20 104/12 104/17
104/23 105/22 107/22
109/5 109/11 111/4
111/22 112/16 113/17
114/22 116/13 117/21
118/1 118/15 119/25
121/7 122/3 122/20
123/1 124/18 125/20
127/10 130/6 130/11
131/22 133/21 134/12
135/12 136/12 136/15
137/16 138/16 138/22
139/15 140/5 141/1
141/23 142/7 142/24
145/4 146/5 147/6
147/22 148/22 149/17
149/20 150/15 151/24
152/9 152/16 153/13
153/16 153/24 155/18
156/6 156/24 157/12
157/15 161/8 163/15
164/10 166/11 166/22
170/2 172/2 174/1

178/10 178/13 179/2
179/17 183/3 191/4
191/22 193/22 195/2
195/10 195/17 197/12
199/22 208/2 215/11
217/6 217/11 217/21
220/9 221/16 222/17
229/3 229/14 230/12
236/10 236/19 237/25
238/25 245/25 249/7
250/2 251/18 252/13
259/5 267/20

Mr. Panagoes [3] 161/9
163/17 242/24

Mr. Panagoes' [3]
166/7 183/12 187/13

Mr. Parkhill [3] 183/14
187/9 187/15

Mr. Quartarolo [1]
178/14

Mr. Schoeppl [2] 16/4
16/7

Mr. Sorkin [6] 97/20
101/15 255/10 255/20
256/4 258/20

Mr. Teresi [7] 19/12
30/10 43/7 55/15 59/11
94/1 96/6

Mr. Toresi [1] 29/8

Ms [7] 4/4 4/4 6/23
253/18 254/3 255/3
265/15

Ms. [15] 75/23 139/21
151/19 177/13 178/11
178/23 194/4 194/16
220/2 238/3 251/20
252/1 252/14 255/2
259/25

Ms. Libeu [3] 251/20
252/1 255/2

Ms. Quartarolo [11]
139/21 151/19 177/13
178/11 178/23 194/4
194/16 220/2 238/3
252/14 259/25

Ms. Sorkin [1] 75/23

MTD [1] 4/17

much [13] 37/4 84/15
110/17 112/4 128/18
182/25 194/18 242/10
242/15 243/8 244/20
253/4 266/7

multibillion [3] 87/13
87/21 107/12

multiple [2] 50/3
204/19

MURTAGH [3] 2/4 7/13
7/14

must [2] 11/9 26/21

mute [2] 195/3 237/25

my [245] 5/25 6/2 8/10
8/14 8/23 8/23 16/16
18/21 19/11 20/21 21/10
21/15 23/6 24/15 24/23
27/2 28/1 28/25 30/14

34/6 34/10 34/15 34/21
34/25 35/18 35/23
37/15 38/13 38/17 38/23
39/10 40/6 40/8 40/10
40/13 43/20 43/22 44/1
45/3 45/18 45/22 46/1
46/4 46/4 46/14 47/3
47/8 47/9 47/14 47/23
48/11 49/2 50/25 55/25
56/6 57/6 57/17 57/19
58/1 58/14 58/20 61/19
62/6 62/17 63/9 65/4
65/12 65/14 65/15 65/18
66/8 66/22 66/24 67/1
67/6 69/16 73/12 73/24
75/10 81/22 82/3 83/16
87/2 88/10 88/10 95/16
95/19 98/3 98/22 98/22
99/10 99/11 99/22 99/23
100/9 100/22 101/3
101/5 101/8 101/9
101/12 101/12 101/21
101/22 102/1 102/1
102/4 102/9 102/12
102/13 102/18 102/21
104/20 105/10 105/15
105/16 105/20 105/20
108/7 108/12 108/18
109/18 110/18 110/19
112/4 112/8 112/14
112/15 114/5 114/8
115/9 115/14 116/2
116/11 116/15 116/16
116/18 117/21 117/23
119/6 122/10 122/19
123/9 123/14 123/23
125/2 125/11 125/24
127/13 130/17 132/23
138/23 139/3 143/16
145/14 145/16 146/8
147/4 149/17 149/20
149/25 153/19 156/23
162/25 164/1 165/4
168/19 168/23 168/25
169/3 169/5 169/13
170/7 170/9 170/22
171/16 173/11 173/17
174/1 174/16 174/17
174/19 174/24 175/4
176/24 180/11 180/19
180/23 184/13 184/20
184/23 185/4 185/13
185/18 195/4 196/23
198/1 198/17 198/21
200/21 201/14 202/5
202/15 206/21 208/14
209/12 212/9 218/23
219/23 219/24 221/4
224/23 228/20 229/15
233/24 234/3 234/6
234/12 237/5 237/8
239/7 243/2 243/3
244/10 249/6 249/10
253/2 253/14 254/18
254/19 254/20 254/23
256/1 256/2 256/19
257/15 260/13 262/20

263/7 267/13 269/12
269/19 270/19 270/15

myself [5] 25/4 132/23
185/17 226/16 226/19

**N**

name [24] 6/1 12/12
12/12 14/8 22/16 40/11
61/6 98/23 101/8 101/10
101/12 109/3 116/2
118/8 121/1 121/24
126/7 127/17 139/7
172/20 173/15 179/19
186/21 214/5

names [4] 6/16 70/23
162/6 204/6

narrative [1] 68/14

near [2] 12/1 76/22

necessarily [13] 18/15
26/5 72/22 73/17 162/16
185/5 210/22 260/10
260/12 260/13 260/15
265/14 265/17

necessary [2] 137/18
266/8

need [43] 6/23 26/25
30/20 35/9 37/8 37/18
37/20 82/10 84/13 85/5
88/19 88/20 92/17 92/20
93/3 95/5 99/20 99/23
102/2 102/4 102/6 112/5
128/19 129/16 133/2
138/19 138/22 149/5
151/6 151/7 178/8 184/5
186/6 186/9 190/6
194/13 197/4 203/23
217/2 219/14 238/15
239/18 242/5

needed [3] 231/3 262/8
264/1

negotiate [1] 206/11

neither [3] 107/12
239/1 270/11

net [2] 224/21 246/4

never [73] 25/25 34/16
70/4 75/7 75/16 79/3
79/4 79/6 79/10 79/11
79/20 84/16 85/6 94/24
95/8 97/5 97/5 98/4
115/24 115/25 148/15
148/23 149/1 150/2
158/21 161/11 161/12
161/14 161/17 161/25
162/21 163/20 164/1
164/2 165/24 166/16
169/25 170/9 176/20
192/4 192/21 196/24
221/1 215/3 221/24
221/25 227/23 228/2
228/4 228/8 228/12
233/2 234/20 234/21
237/7 239/5 239/8 239/9
240/16 244/11 245/8
247/22 248/6 250/24
255/23 257/4 257/23
262/8 263/8 264/5

nevertheless [1]
217/10

new [7] 2/9 3/15 3/15
34/8 202/23 203/1 214/6

news [1] 249/8

next [34] 15/18 15/22
16/5 16/9 16/12 62/12
71/10 86/7 86/8 86/12
87/14 87/23 88/5 88/9
116/19 126/14 128/7
142/22 146/20 160/4
188/18 194/5 201/5
216/12 222/8 229/6
236/1 238/22 240/1
245/24 246/13 253/17
254/15 267/20

nice [1] 248/13

night [2] 8/14 219/20

nightmare [1] 207/21

nine [8] 19/3 25/14
26/6 36/7 86/15 87/10
87/11 89/15

Ninth [3] 186/1 188/20
188/21

no [211] 1/3 4/9 4/9
4/10 4/10 4/11 4/11 4/12
4/12 4/13 4/13 4/14 4/14
4/15 4/15 4/16 4/16 4/17
4/17 4/18 4/18 4/19
10/22 15/9 17/6 17/15
17/19 17/24 19/20 22/11
23/25 26/5 28/21 31/10
31/20 33/3 33/10 37/25
38/7 39/23 40/10 40/11
40/13 44/19 45/8 49/15
51/11 54/24 55/4 55/9
55/13 58/5 58/11 59/14
59/15 62/4 63/19 65/10
66/10 67/4 70/17 71/17
72/8 73/17 75/7 75/15
78/18 79/20 80/8 81/19
81/24 82/22 82/23 83/20
83/22 83/25 83/25 84/3
84/12 84/25 86/15 86/25
87/1 88/7 89/22 92/3
94/24 95/19 98/17 98/20
98/24 99/5 99/8 100/5
100/23 100/25 101/11
104/2 104/19 105/1
106/2 106/16 107/11
108/16 112/23 113/6
114/25 115/11 115/16
115/22 116/6 116/17
116/22 120/11 120/14
122/9 123/21 123/5
123/21 124/21 126/7
129/3 132/14 132/19
132/24 135/14 135/24
137/8 137/18 141/3
141/9 141/12 142/21
144/16 144/16 145/7
146/10 146/19 151/1
152/23 157/14 158/1
159/12 163/10 164/15
166/4 166/19 167/4
170/4 170/8 171/1

Case 22-17842-PDR Doc 1810-5 Filed 07/10/23 Page 290 of 301

no... [56]  171/16 173/11
174/15 175/1 180/1
180/6 180/14 182/18
188/17 191/1 192/2
195/4 195/24 196/12
196/14 196/16 197/19
197/23 199/21 200/2
200/20 202/17 204/2
208/14 209/17 209/20
216/20 218/1 218/15
220/15 222/3 222/7
223/19 224/18 225/21
225/25 226/2 226/25
226/25 227/7 227/17
228/11 234/6 237/1
237/4 238/22 245/18
245/18 249/3 249/9
256/25 261/2 267/6
267/23 268/3 269/19
No. [21]  19/15 55/18
80/22 97/11 100/13
102/24 114/12 119/17
124/9 127/3 134/1
141/16 144/21 153/4
171/20 179/8 195/14
202/21 221/13 236/5
253/20
No. 1 [1]  19/15
No. 10 [1]  127/3
No. 11 [1]  134/1
No. 12 [1]  141/16
No. 13 [1]  144/21
No. 14 [1]  153/4
No. 15 [1]  171/20
No. 16 [1]  179/8
No. 17 [1]  195/14
No. 18 [1]  202/21
No. 19 [1]  221/13
No. 2 [1]  55/18
No. 20 [1]  236/5
No. 21 [1]  253/20
No. 3 [1]  80/22
No. 4 [1]  97/11
No. 5 [1]  100/13
No. 6 [1]  102/24
No. 7 [1]  114/12
No. 8 [1]  119/17
No. 9 [1]  124/9
nobody [5]  66/18 75/2
79/10 97/3 161/17
non [1]  139/14
non-attorneys [1]
139/14
noncompound [1]  24/6
none [1]  240/14
nonresponsive [4]
36/19 43/4 92/12 229/12
nonsense [1]  219/4
normal [3]  136/7
205/19 247/7
normally [1]  210/13
north [1]  226/23
not [312]
Notary [4]  1/21 269/6
269/18 270/5
note [12]  84/3 84/6

no... [56]  96/17 100/4
100/9 143/12 144/3
142/12 153/10 163/23
37/16 37/11, 2023 54/25 187/1
167/22 175/14 188/2
191/7 211/25 218/12
218/16 226/24 264/17
265/12
objections [2]  23/21
211/23 212/2
objectives [1]  74/7
obligation [1]  74/4
obligations [2]  74/25
242/5
observe [1]  5/22
obvious [2]  114/5
114/6
obviously [1]  151/24
occasions [1]  177/1
occurred [2]  28/19
28/19
October [23]  53/4
53/11 53/25 82/21 97/21
100/2 100/18 102/11
102/16 116/24 133/7
135/18 149/22 160/20
202/4 202/11 222/14
222/18 250/6 254/5
257/13 265/23 266/5
October 10 [6]  53/11
160/20 202/4 202/11
250/6 265/23
October 10th [3]  53/4
82/21 149/22
October 1st [1]  222/14
October 29 [1]  257/13
October 9 [6]  97/21
100/2 100/18 102/11
135/18 254/5
off [39]  27/3 27/5 27/7
42/12 52/2 52/4 57/21
88/25 89/1 89/3 90/12
90/19 90/21 90/23
126/10 129/19 130/10
151/7 151/10 176/14
184/18 189/25 190/24
194/19 235/16 236/24
237/1 243/17 245/10
246/23 247/2 249/19
251/1 258/1 263/22
264/15 265/10 266/13
222/9
Numeral [1]  84/12
numerals [1]  213/6
numerous [3]  177/1
247/1 266/13
nutrition [1]  261/25
NV [1]  78/2
NY [1]  2/9

**O**

o'clock [2]  1/10 268/9
O'SULLIVAN [3]  2/21
6/24 253/15
oath [6]  36/2 36/5 91/6
91/11 170/1 269/1
object [3]  23/22 28/11
235/8
objection [17]  24/17

83/20 84/4 84/13 84/21
85/18 85/19 89/11 89/20
89/24 90/3 90/12 90/19
93/10 99/16 118/3 120/3
127/25 129/1 129/25
131/4 131/5 134/9
134/25 138/24 152/11
159/13 178/22 183/22
185/22 186/8 188/18
190/8 194/8 194/15
194/16 197/11 203/25
204/22 205/20 210/18
211/16 211/20 213/12
217/6 223/4 225/23
234/8 238/11 239/20
241/23 243/11 243/18
244/18 244/24 246/8
249/14 252/7 268/2
OLAS [1]  3/4
old [2]  163/8 163/11
Oliver [2]  3/19 5/9
Olivia [1]  3/19
Olympia [1]  226/17
once [7]  101/1 148/13
148/23 149/1 182/10
182/12 261/24
one [83]  2/18 7/17
22/10 21/16 27/1 34/3
35/12 42/8 44/15 48/5
50/10 50/11 50/11 58/1
58/2 58/3 58/4 63/6 67/8
74/13 77/6 78/19 78/22
81/12 81/14 81/16 84/1
85/4 86/19 86/20 87/15
87/16 90/8 90/9 92/21
92/25 98/15 104/4
104/21 107/10 113/20
114/3 114/5 118/17
127/24 135/2 135/4
136/20 146/3 146/13
155/16 158/1 158/22
160/14 160/19 169/7
170/4 176/16 182/18
184/22 186/11 186/16
195/4 198/22 202/25
216/25 218/7 221/8
226/12 229/11 231/1
231/7 231/12 238/5
243/19 246/14 248/5
253/6 253/17 254/3
255/13 256/21 257/1
one-and-three-quarter
[1]  225/9
ones [9]  25/6 113/24
114/1 114/6 135/3 152/2
163/22 247/13 247/19
ongoing [1]  36/12
online [2]  25/13 162/1
only [22]  21/15 26/10
34/17 36/9 40/6 40/8
53/15 85/22 102/19
108/7 130/5 142/16
158/21 193/11 230/21
231/1 243/5 251/3 253/9
253/10 262/14 263/16
Oops [1]  237/22

open [4]  13/20 56/12
77/9 118/17
opened [1]  256/15
opening [3]  256/20
256/24 257/22
openly [1]  163/3 164/8
operate [1]  105/16
operates [1]  24/24
operations [1]  96/22
operative [1]  202/8
opinions [2]  83/18
83/19
opportunities [1]
266/13
opportunity [4]  255/21
256/5 256/14 258/10
opposed [2]  55/1 167/2
opposing [1]  12/18
opposite [1]  263/9
options [3]  244/7 247/1
262/7
orally [3]  33/12 200/12
230/10
order [4]  13/14 123/12
249/1 265/10
organization [1]  175/2
organized [1]  36/12
original [1]  24/15
other [56]  5/23 11/25
12/1 13/19 13/19 13/21
14/7 14/13 14/16 15/10
34/8 38/20 39/1 39/14
44/23 63/4 66/18 66/23
74/24 78/20 76/18 102/2
115/13 132/23 134/21
136/18 136/19 141/7
141/7 141/9 141/12
142/21 144/16 144/17
152/21 156/3 156/5
158/2 160/1 182/23
183/18 192/7 213/14
214/10 214/12 218/7
221/8 230/23 230/24
232/25 234/24 241/3
244/7 255/1 261/22
263/1
others [5]  43/2 100/17
159/23 262/1 262/1
otherwise [1]  37/14
ounce [2]  261/24 262/2
our [17]  5/9 5/13 35/25
41/19 80/3 130/24
177/20 184/15 209/19
220/13 224/22 229/2
247/17 262/9 262/10
262/11 262/11
ours [1]  39/24
out [57]  21/20 48/11
44/13 66/12 68/16 76/14
76/15 77/22 77/23 78/3
78/4 78/4 79/9 79/14
85/11 97/14 98/16
112/14 114/15 115/22
116/10 119/20 124/22
125/18 134/25 138/15
138/23 139/23 148/17
150/11 168/11 182/12

November [3]  172/19
174/7 175/9
November 2nd [3]
172/19 174/7 175/9
now [60]  5/8 8/4 9/4
12/9 13/7 13/15 13/20
14/8 16/8 21/18 27/22
27/23 28/5 29/3 29/23
45/6 48/7 49/11 51/21
57/6 76/22 77/2 77/14
84/18 90/18 91/9 92/14
93/5 94/12 94/14 94/19
98/10 111/14 115/14
123/24 130/12 133/12
133/18 133/18 135/1
149/19 149/19 150/25
165/11 168/6 202/20
203/7 207/7 217/14
224/4 220/7 225/3
235/24 237/21 248/9
250/25 251/13 257/14
261/4 261/9
nowhere [2]  82/24
100/22
number [14]  5/4 34/13
103/3 161/5 161/6
189/23 192/15 192/19
226/22 227/21 227/22
231/7 236/1 236/17
number 654 [1]  103/3
numbered [3]  192/16
245/22 270/9
numbers [2]  208/19

noted [1]  6/14
notes [5]  73/6 132/7
136/22 249/6 270/10
nothing [17]  38/18
38/23 39/1 39/12 140/18
140/23 162/8 175/21
175/22 188/4 188/8
189/12 211/16 231/3
251/11 251/16 267/17
notice [8]  1/23 32/3
87/4 160/1 186/3 209/7
209/14 209/16
noticed [2]  57/20 94/12

offer [7]  36/1 36/4
150/4 150/6 214/19
214/21 231/10
offered [3]  156/3 177/8
216/19
official [4]  3/12 5/20
36/4 65/9
Oh [4]  11/22 70/6
106/16 259/1
okay [92]  7/2 7/7 7/12
12/7 14/2 14/15 15/21
20/6 26/12 28/23 33/1
35/9 37/20 38/9 45/11
48/22 49/18 50/20 53/14
55/10 55/15 56/6 59/3
60/2 60/11 63/21 69/15
70/15 73/14 76/11 78/10

**O**

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of Thomas Owoc - July 7th, 2023

Case 22-17842-PDR - Doc 1103-1 Filed 07/11/23 - Page 291 of 301

out... [25] 182/15
182/24 186/16 192/13
193/12 200/1 200/5
200/10 200/16 200/19
201/2 207/19 208/18
225/13 227/2 236/8
238/15 240/6 247/15
250/25 260/9 262/2
262/5 266/1 266/9
outlined [1] 86/22
outright [2] 34/1
167/18
over [29] 33/22 43/10
66/14 66/16 66/18 83/14
107/9 130/12 131/9
144/13 163/7 168/22
168/22 182/25 184/15
185/18 203/13 207/1
217/11 226/6 232/7
232/7 240/3 246/8 253/1
253/7 264/6 264/20
265/1
owed [1] 245/3
own [7] 9/23 23/9 88/13
103/8 219/22 219/23
220/1
owned [9] 33/21 33/25
167/18 163/18 168/13
168/21 200/6 201/3
213/14
Owner [1] 96/16
ownership [5] 188/4
188/9 189/12 189/15
199/23
owns [4] 23/16 24/9
24/13 24/24
OWOC [321]
Owoc's [3] 20/1 221/20
236/12
Oza [2] 243/25 266/1

**P**

P.A [1] 2/16
p.m [3] 8/15 268/6
268/9
PA [3] 71/13 206/4
211/4
page [83] 4/2 4/8 58/6
59/12 59/22 67/25 70/16
71/10 72/13 74/1 78/11
82/5 82/16 82/22 83/12
83/20 86/8 86/8 86/13
87/14 87/23 88/5 88/9
89/9 94/8 96/7 104/10
114/16 115/1 116/19
116/21 120/5 120/6
124/24 126/15 128/7
128/16 135/7 142/3
142/22 143/20 145/8
146/21 147/1 153/18
153/23 155/10 157/12
159/20 160/4 160/12
160/19 161/5 162/6
162/7 162/10 172/23
176/1 183/1 187/3 187/7
188/19 190/10 192/17

208/20 208/21 208/22
212/25 215/10 216/12
217/20 222/8 236/9
237/10 237/15 238/20
241/19
Page 1 [1] 82/16
Page 2 [2] 197/2 197/25
Page 4 [2] 172/23 187/3
Page 5 [1] 96/7
Page 6 [4] 124/24 135/7
142/3 145/8
Page 7 [1] 104/10
pages [6] 159/22
237/11 237/14 253/9
253/11 270/9
paid [15] 36/10 205/2
212/4 212/21 216/10
223/15 223/20 225/4
244/11 246/23 247/22
248/4 248/6 264/6
265/20
palletized [1] 225/14
pallets [1] 225/13
PALM [2] 269/4 270/3
Panagoes [11] 36/2
36/5 160/6 161/9 163/17
164/5 165/6 166/1
190/12 242/22 242/24
Panagoes' [3] 166/7
183/12 187/13
paper [2] 72/23 191/2
paragraph [35] 71/3
86/10 96/9 96/21 158/8
158/17 161/1 173/4
183/4 183/4 183/5 183/8
185/7 185/25 186/4
187/4 187/10 188/19
197/3 197/24 198/9
201/5 205/13 205/14
220/23 223/1 223/6
227/21 227/22 229/14
232/21 232/22 238/22
241/23 245/22
Paragraph 10 [2] 96/9
96/21
Paragraph 11 [1] 223/1
Paragraph 17 [1]
232/21
Paragraph 54 [1] 86/10
Paragraph 7 [2] 197/3
197/24
paragraph 8 [1] 201/5
paragraphs [2] 175/18
232/20
paralegal [1] 60/18
parentheses [2] 78/12
213/5
Parkhill [4] 172/7
183/14 187/9 187/15
part [22] 40/24 41/7
41/16 75/19 75/19 94/25
95/7 96/9 126/12 148/19
166/24 167/9 167/16
168/3 169/9 170/19
171/14 174/22 181/4

permission [2] 162/25
163/11
participating [1] 5/25
participate [1] 185/21
participate [1] 185/21
permitted [5] 24/6
person [7] 8/17 40/7
99/17 113/4 130/6
148/14 173/19
personal [4] 80/1 80/3
216/3 230/13
petition [15] 26/4 39/17
53/1 53/2 53/10 53/14
54/13 201/7 202/2 202/5
202/7 233/25 234/15
259/8 259/15
petitions [4] 81/2
147/24 148/3 160/21
PHANG [1] 2/16
PHARMACEUTICALS
[27] 1/6 5/3 9/14 18/8
18/10 26/11 34/17 54/12
54/21 55/7 134/15 135/5
145/2 148/3 171/24
179/12 215/2 230/23
231/3 233/11 234/1
234/15 234/23 245/13
250/3 250/8 269/8
Phase 3 [1] 181/5 181/14
181/14
Phase I [1] 181/14
Phase II [1] 181/5
Phelps [1] 231/1
Phoenix [52] 23/8
23/10 23/16 24/9 24/23
25/16 38/22 40/18 40/24
41/7 41/15 42/22 96/17
166/23 167/8 168/3
169/8 169/22 170/19
171/13 172/25 174/11
174/14 175/12 183/16
183/23 187/17 187/25
188/7 188/21 189/3
189/18 200/6 201/2
215/3 223/9 223/22
223/25 229/16 229/24
230/4 230/8 245/14
246/15 246/20 247/5
248/1 248/10 248/24
261/12 263/3 264/16
phone [4] 14/15 14/19
15/2 130/10
phones [2] 11/25 12/5
physical [1] 208/12
physician [1] 27/2
piece [1] 57/22
piecemeal [1] 174/13
Pines [1] 248/11
pixilated [2] 133/12
135/20
place [4] 5/7 32/9 162/3
211/22
plan [7] 15/21 188/21
189/3 189/18 227/23
261/11 263/3
planet [3] 40/12 115/23
116/17
planned [1] 37/15
plans [1] 34/1
plant [4] 245/14 261/14

263/3 264/16
platforms [1] 63/24
play [1] 99/5
played [1] 109/4
pleadings [1] 81/3
please [151] 17/23 24/2
27/2 32/21 39/9 40/2
40/25 41/11 45/11 50/17
53/23 58/10 59/11 62/22
63/14 63/17 63/20 66/23
67/5 67/6 76/3 77/17
78/21 82/16 82/23 83/4
83/4 83/5 83/7 83/14
83/16 83/20 83/21 83/21
83/22 83/22 83/22 83/23
83/24 83/24 84/1 84/3
84/5 84/12 84/12 84/13
84/15 84/20 84/25 85/1
85/2 85/2 85/13 85/17
85/17 85/18 85/20 86/6
86/7 86/8 86/13 86/15
86/18 86/20 87/1 87/3
87/3 87/6 87/7 87/10
87/14 87/15 87/15 87/16
87/22 87/23 87/24 88/6
89/10 89/14 89/15 89/23
91/17 94/1 97/17 97/25
98/19 101/1 107/25
109/19 111/14 116/10
117/17 122/4 127/11
128/17 131/16 131/17
132/13 132/18 136/5
137/13 146/20 148/17
149/10 153/14 153/17
153/18 154/2 160/17
166/19 173/2 177/12
177/12 177/13 178/11
178/11 178/14 178/17
179/3 186/11 193/13
197/5 197/18 197/11
198/24 198/25 199/5
203/3 205/12 205/13
207/11 208/19 208/22
213/22 215/24 216/2
216/16 216/21 217/16
220/24 228/6 229/10
230/15 230/17 231/9
233/6 237/17 238/12
259/12 260/22
pleased [3] 206/3 211/2
211/7
pleasure [2] 210/3
210/20
pledged [1] 230/25
plenty [3] 250/25
264/19 265/19
plus [5] 182/15 214/21
244/5 244/7 244/8
Pmt [1] 4/17
point [30] 9/13 13/4
21/20 26/6 29/21 29/18
41/5 41/5 41/14 55/23
70/14 76/12 76/18 76/21
77/21 92/21 105/18
115/22 123/20 135/21
136/3 152/20 155/16
156/23 157/22 200/1

parties [6] 18/12 34/9
174/10 186/19 243/25
246/25
parties' [1] 175/11
parts [1] 253/7
party [8] 18/13 20/11
49/15 113/2 198/10
198/19 236/12 270/12
270/13
passed [1] 190/25
past [1] 37/15
pasted [5] 64/7 101/22
120/8 156/15 240/12
pathetic [3] 227/9
244/11 248/12
pathetically [1] 88/1
patient [1] 13/2
Paul [20] 71/11 71/15
80/2 103/22 103/24
201/6 201/23 202/14
204/9 204/10 207/6
207/14 211/1 212/11
213/23 216/23 217/22
220/19 222/17 251/10
pay [14] 244/8 245/10
246/25 247/1 247/8
248/5 251/1 263/1
263/22 264/3 264/15
265/5 265/10 266/13
paying [1] 248/14
Payment [1] 203/5
PDF [7] 55/25 56/12
77/8 82/13 82/14 98/12
104/11
PDR [2] 1/3 5/4
Pembroke [1] 248/11
pending [1] 18/7 27/16
86/25 88/8 93/15 128/25
239/16
people [13] 7/25 40/12
44/23 87/8 163/4 165/8
172/16 213/7 228/16
247/8 247/11 261/22
261/22
Pepsi [1] 225/15
per [4] 34/12 34/14
220/13 224/2
percent [9] 104/15
136/5 136/9 163/12
166/2 186/18 205/12
256/9 261/16
Perfect [2] 185/22
236/8
perfectly [1] 235/9
Perhaps [2] 238/22
238/23
period [6] 107/8 113/9
244/25 245/16 246/8
260/1
perjured [3] 36/2 36/5

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of Prince (Vince) Reed - July 17th, 2023

Case 22-17842-PDR    Doc 1761-1    Filed 07/10/23    Page 292 of 301

**P**

point... [4] 220/3 222/9 224/6 251/17
pointed [8] 168/11 200/5 200/10 200/16 200/19 201/2 207/19 240/6
pointing [1] 134/25
politely [1] 152/7
popped [1] 94/18
population [1] 111/16
portion [5] 55/24 57/10 57/23 94/16 216/18
portions [1] 184/18
position [2] 98/4 215/22
Positive [1] 51/23
possession [6] 9/17 15/8 47/15 47/22 48/10 207/7
possible [1] 85/9
possibly [3] 25/15 241/6 244/1
potential [6] 34/5 167/14 181/10 181/19 188/13 189/5
powered [1] 108/23
pre [4] 233/25 234/15 259/8 259/15
pre-petition [4] 233/25 234/15 259/8 259/15
precise [1] 30/20
prefer [1] 77/10
premise [1] 37/9
preparation [1] 17/17
prepare [3] 16/19 17/11 36/16
prepetition [2] 233/10 245/1
present [12] 3/18 59/9 70/20 71/3 71/9 165/8 172/21 176/2 179/20 179/24 195/7 263/11
presentation [7] 72/3 76/5 175/11 189/23 191/23 192/5 192/12
presentations [2] 72/15 75/25
presented [3] 72/16 75/25 76/5
presenting [1] 174/9
president [3] 168/12 215/18 215/25
pretend [1] 11/15
pretty [10] 102/2 102/8 102/20 139/8 162/17 173/7 182/25 195/8 226/7 253/9
prevent [1] 263/22
prevented [1] 260/25
previous [13] 65/4 66/22 66/24 67/1 84/14 121/10 122/10 122/19 135/2 139/3 144/17 173/17 211/21
price [4] 223/11 223/13 223/15 223/17

printed [1] 37/9
prior [9] 7/7 9/4 45/25 47/11 48/22 53/14 53/19 53/24 54/12 60/25 91/13 91/20 93/20 94/4 95/12 117/3 216/15
prison [1] 50/11
Priv [1] 4/18
private [2] 97/6 263/18
privilege [17] 20/22 31/9 31/12 52/16 52/20 52/22 56/23 151/23 152/1 177/25 178/17 178/21 207/25 221/20 222/1 222/6 222/14
privileged [13] 10/23 10/25 11/7 11/13 31/14 56/25 150/22 150/23 151/22 152/6 152/11 178/5 178/24
probably [19] 28/7 30/21 41/24 43/2 49/4 169/12 214/6 217/4 224/7 224/11 225/5 225/6 225/9 225/19 244/10 251/6 256/9 258/13 262/1
problem [3] 17/24 94/9 251/12
problems [1] 247/9
proceed [11] 8/1 11/19 68/9 77/17 95/10 131/16 141/5 141/6 179/3 238/12 249/1
proceeding [6] 28/16 29/2 29/15 29/20 30/13 200/8
proceedings [2] 5/1 247/25
process [22] 40/19 40/24 41/17 44/12 166/25 167/10 169/10 170/20 171/15 181/5 181/9 181/14 181/15 181/17 182/21 182/24 184/17 184/22 191/25 193/3 202/1 247/8
produce [12] 34/2 34/6 34/9 34/11 34/21 35/14 161/15 223/25 225/12 227/5 246/25 262/4
produced [9] 17/21 17/25 21/7 21/12 56/18 190/4 231/19 265/4 269/10
producing [1] 34/4
product [4] 34/4 84/9 227/5 265/3
production [5] 183/14 187/16 188/22 189/3 189/18
products [3] 244/2 262/5 263/2
professional [3] 1/20 1/21 214/1
professionally [1] 257/6

professionals [2] 1/23 214/24
proficient [1] 109/4
profit [2] 34/14 224/8
profits [1] 161/16
proof [5] 103/2 103/19 104/24 106/7 119/13
proofs [2] 104/4 104/7
proper [1] 196/5
properly [5] 177/3 263/7 264/2 264/18 264/22 265/7
properties [9] 76/15 77/23 207/18 226/3 226/9 226/14 244/10 266/14 267/4
property [10] 42/14 42/15 42/21 42/23 141/21 174/20 224/17 226/18 246/15 266/10
proposed [1] 78/16
prospective [1] 167/14
protection [11] 25/24 26/1 31/7 33/6 33/15 35/20 38/13 38/16 78/25 149/22 214/17
proved [1] 164/3
provide [10] 10/10 32/17 46/10 51/12 169/21 169/24 169/25 170/10 170/11 170/14
provided [17] 10/4 11/3 18/22 22/2 46/14 46/19 46/20 46/21 49/14 181/4 181/24 182/5 182/9 188/12 188/23 189/5 231/18
providing [1] 73/15 191/23
proving [2] 156/23 193/11
Public [4] 1/21 269/6 269/18 270/5
pull [17] 19/12 29/8 94/1 98/15 100/11 114/10 119/15 124/7 131/18 141/14 144/19 153/2 171/17 179/5 202/19 227/14 235/22
pulled [1] 79/13
punishable [1] 50/10
punitive [1] 229/8
purchase [2] 223/10 223/13
purchased [3] 9/8 9/22 25/17
purchasing [1] 193/5
purport [1] 164/14
purpose [5] 22/14 23/4 96/22 257/10 269/7
purposely [2] 148/15 193/12
purposes [1] 10/5
pursuant [1] 1/22
pursue [1] 174/13
pursuing [1] 166/25
pushed [1] 244/5

**Q**

QUARTAROLO [17] 2/3 4/4 5/15 139/21 151/19 177/13 178/11 178/14 178/23 194/4 194/16 220/2 238/3 252/14 254/4 255/3 259/25
quarter [3] 34/13 161/15 225/9
Quash [2] 4/12 114/20
queer [1] 93/12
queered [3] 150/7 214/20 231/24
queering [1] 101/2
question [161] 10/12 10/18 10/21 10/22 11/5 11/5 11/10 11/18 14/4 14/5 18/21 21/10 23/22 23/24 24/2 24/5 24/12 24/19 24/21 27/14 27/15 27/17 27/20 28/1 28/12 28/22 28/25 31/10 31/18 37/10 37/11 37/12 37/13 37/23 38/2 38/5 38/13 39/4 40/2 41/11 43/22 45/11 45/17 45/18 46/3 47/3 47/8 47/10 47/17 50/25 53/8 56/6 57/17 58/15 58/18 60/3 62/15 65/6 66/4 66/19 66/23 66/25 67/3 67/4 67/6 67/14 67/16 67/21 78/21 81/10 81/22 86/25 88/8 91/18 92/5 92/13 93/14 93/16 95/16 98/7 99/11 99/20 99/24 101/4 102/5 109/18 111/18 117/21 117/23 122/4 127/14 128/24 129/2 138/23 139/6 140/5 140/6 140/16 140/19 143/16 143/17 145/14 146/8 149/17 149/20 152/5 153/19 155/2 155/17 155/19 169/5 169/13 170/25 174/1 174/17 174/24 174/25 175/4 175/8 180/11 180/19 180/22 180/25 183/12 187/13 190/2 197/18 198/17 200/3 202/15 207/1 207/23 208/4 208/14 209/12 211/17 212/24 212/9 218/9 218/15 218/22 218/23 219/21 221/5 224/23 230/18 232/17 233/18 239/19 233/24 239/15

put [23] 32/3 38/21 42/18 44/16 69/24 89/21 136/5 161/14 161/17 162/24 163/6 164/2 193/7 198/24 207/11 215/8 219/22 234/20 247/13 252/24 253/15 256/10 259/2

**Q**

questionable [1] 209/5
questioning [3] 51/15 51/19 132/3
questions [48] 13/3 18/19 24/6 35/7 35/8 50/9 50/18 50/19 52/18 64/12 69/16 69/23 70/7 70/11 81/8 85/22 90/15 92/18 93/6 93/6 93/10 111/12 118/2 122/21 141/4 148/24 149/5 156/7 183/20 184/20 185/8 203/18 203/21 208/6 216/16 217/9 219/8 219/16 219/23 220/1 227/17 243/16 251/23 252/3 252/14 255/9 255/25 267/14
quick [5] 89/25 159/24 197/5 224/12 249/5
quicker [2] 185/22 247/8
quite [3] 34/12 62/24 244/14
quote [2] 76/14 77/22

**R**

R.E [1] 4/11
R.P.R [1] 270/4
R.P.R.,F.P.R [1] 269/5
rabbits [1] 8/23
racket [1] 36/12
radically [1] 118/13
Rainbow [3] 4/13 127/8 131/25
raise [5] 149/9 149/10 149/12 152/8 212/2
raised [1] 241/9
ran [4] 247/12 248/3 262/16 262/17
rarely [1] 191/12
rate [4] 183/16 187/17 188/3 188/6
rates [1] 86/17
rather [3] 178/13 185/16 227/5
ratified [1] 190/14
Re [4] 1/4 4/15 5/2 269/8
reach [1] 238/25
reached [2] 12/24 266/1
read [74] 27/14 27/18 39/21 60/1 67/6 69/7 69/9 69/11 69/18 77/2 82/8 82/10 82/15 83/2 83/8 83/15 85/11 85/25 86/1 93/15 93/17 98/7 98/18 135/20 135/22 135/23 159/18 159/18 162/15 162/17 173/2 177/2 183/17 183/24 184/5 184/12

read... [37] 184/13 184/23 184/25 185/1 185/25 186/11 187/5 187/20 189/9 189/9 197/4 199/5 203/24 205/15 206/16 210/18 213/21 213/21 216/15 225/11 230/16 230/19 233/15 234/7 237/12 237/15 238/11 239/13 243/18 253/1 253/6 253/7 256/16 257/2 257/4 258/10 258/17

readable [1] 135/21

readily [1] 55/13

reading [16] 83/5 83/11 83/11 88/9 88/10 88/13 105/11 162/18 183/19 187/11 197/12 206/19 207/12 233/6 256/20 256/25

reads [9] 158/8 160/19 188/20 210/2 227/22 232/22 238/22 241/25 246/14

ready [5] 90/14 142/5 179/2 186/25 217/9

real [104] 20/3 22/8 22/19 22/22 23/4 23/16 24/9 25/20 25/23 26/3 26/7 26/21 28/3 28/15 29/1 29/14 29/18 30/12 31/6 32/1 32/3 32/19 33/5 33/14 35/19 38/12 38/15 39/15 42/15 45/1 45/20 58/23 63/8 63/9 64/3 64/10 64/20 65/21 66/4 67/23 68/22 74/18 77/21 79/15 89/25 96/12 103/4 104/13 104/24 106/19 119/23 120/23 122/15 125/11 132/22 135/3 148/18 152/17 152/22 153/8 158/5 158/13 159/24 161/2 161/10 161/23 163/18 163/22 195/23 197/4 198/10 198/18 199/24 200/7 200/7 201/3 205/24 206/7 214/16 223/20 226/6 226/10 226/12 227/24 232/22 234/14 235/1 236/14 239/5 239/23 240/18 240/24 242/2 244/15 245/9 247/11 251/1 251/4 252/16 261/5 261/9 261/10 264/14 265/8

reality [1] 265/8

realize [1] 265/6

really [12] 38/23 39/24 56/14 91/25 97/24 159/12 205/8 219/7 219/8 219/19 244/5 266/16

reason [13] 44/8 249/21
254/4

reasonably [1] 75/10

reasons [1] 166/13

recall [131] 9/19 21/19 21/23 22/6 25/25 28/4 28/4 29/16 31/1 32/25 33/7 33/13 33/24 40/21 43/12 43/17 44/6 44/19 46/9 47/22 48/12 48/15 49/20 53/5 53/17 54/14 54/19 55/6 55/10 55/13 58/24 59/2 64/23 71/18 71/19 72/1 72/16 73/5 78/15 78/19 78/22 79/18 98/21 98/25 99/2 99/12 99/14 100/1 104/3 104/7 104/23 105/4 105/6 120/11 120/12 120/13 120/14 127/17 135/12 142/2 142/10 146/9 152/19 153/22 154/7 157/12 157/15 157/21 174/6 174/8 175/9 177/4 180/12 181/1 181/2 181/22 182/1 182/2 182/7 191/22 191/25 192/2 200/11 200/14 206/19 212/19 216/11 217/24 218/5 218/8 218/13 218/17 218/19 219/1 220/5 220/6 220/12 220/21 221/7 221/9 222/19 229/21 230/20 236/21 236/24 241/16 245/4 250/10 250/13 250/22 251/25 252/13 252/19 254/11 254/21 255/9 255/12 255/13 256/19 256/20 256/21 256/24 257/1 257/23 260/2 260/3 260/5

receive [9] 192/10 206/24 218/3 218/11 218/25 220/10 240/11 240/23 241/13

received [15] 98/5 206/20 218/21 239/5 239/8 239/10 239/22 240/2 241/2 241/12 254/25 255/10 256/23 257/19 257/21

receiving [7] 99/2 99/12 99/14 100/1 157/12 217/24 241/16

recently [10] 79/9 148/9 168/5 168/9 169/12 169/16 198/11 198/15 262/18 266/15

recess [7] 27/9 52/6 90/25 115/12 194/21

recognize [19] 78/18 56/7 81/23 98/2 99/9 99/21 103/10 103/14 114/24 115/13 116/20 118/10 124/20 145/6 196/7 204/1 205/6 205/16 205/17

recognized [1] 165/24

recollection [10] 23/6 46/14 55/6 75/10 82/3 115/11 158/1 165/4 171/16 243/4

recommend [4] 174/12 174/15 174/16 174/20

recommendation [1] 196/24

recommending [1] 174/21

recopy [1] 63/1

record [114] 5/12 6/14 6/21 7/24 11/12 17/2 17/5 27/4 27/6 27/7 27/11 36/21 36/22 37/1 39/25 43/6 52/3 52/4 52/8 58/7 59/8 68/6 68/9 68/19 68/20 81/1 81/9 81/17 81/18 83/6 85/22 86/3 86/25 89/1 89/1 89/3 90/13 90/20 90/22 90/23 91/2 92/7 92/8 92/16 92/20 93/12 93/24 95/5 95/8 97/19 99/12 100/16 100/21 101/2 103/2 107/15 111/4 114/16 114/18 119/21 124/2 124/14 127/6 127/13 128/7 129/20 129/23 130/1 130/3 130/10 134/12 137/19 141/19 142/23 144/24 146/5 151/7 151/11 151/15 153/7 162/15 166/10 166/13 169/19 171/2 171/23 176/12 177/5 178/5 179/11 184/6 184/8 184/10 184/11 184/15 184/18 185/1 187/6 187/12 194/19 194/23 195/20 203/4 221/19 229/13 235/16 235/20 236/18 238/10 249/19 249/23 252/8 268/6 270/10

recorded [4] 176/6 176/19 177/3 177/21

recording [3] 68/17 176/17 177/8

records [3] 55/4 163/21 163/22

recover [1] 112/22

recreate [1] 176/12

Red [1] 225/3

redacted [11] 56/15 69/12 70/13 70/13 74/5 75/11 183/15 185/5 186/23 186/23 187/16

redaction [1] 187/22

redactions [5] 56/22 69/9 70/14 183/21 186/4 188/14 189/10 191/3

Redcon [1] 261/25

refer [16] 18/11 20/11 22/22 45/22 53/2 53/9 53/10 122/10 122/19 139/3 173/17 178/21 204/19 211/21 213/6 213/7

reference [5] 156/12 183/22 189/2 198/22 233/25

referenced [5] 56/11 173/4 234/9 242/1 245/16

references [4] 158/4 205/24 213/13 246/1

referencing [2] 48/25 222/12

referred [2] 23/17 40/18

referring [26] 18/19 20/8 20/12 22/24 25/3 25/4 46/16 48/1 48/4 54/9 76/25 77/6 95/22 112/7 160/8 199/7 199/16 199/20 202/3 214/12 223/14 229/19 233/9 233/9 233/13 240/18

refers [3] 228/16 233/23 242/2

reflect [4] 93/24 95/6 163/22 189/16

reflected [2] 158/22 162/4

Refresh [1] 202/5

refused [4] 68/18 140/17 176/25 178/7

refusing [3] 67/2 170/24 171/1

regard [2] 40/4 241/10

regarding [1] 151/21

regardless [2] 226/13 264/10

Registered [1] 1/20

regroup [1] 219/15

regular [3] 133/19 136/3 139/13

regularly [3] 54/2 171/4 171/8

related [2] 74/8 270/12

relation [1] 207/6

relief [4] 44/20 44/22 45/14 160/21

remedies [1] 99/3

remember [30] 20/17 20/19 22/1 25/15 26/15 35/3 36/7 36/9 43/1 59/4 59/10 107/6 107/17 165/14 165/16 175/21 176/5 176/14 176/15 181/18 201/22 207/5 207/9 241/16 245/20 251/9 254/18 255/3

redactions [5] 187/22 187/23

remembering [1] 255/6

remind [1] 223/17

Remote [1] 1/9

rendition [1] 115/10

rent [8] 244/9 244/12 246/25 248/5 261/15 261/21 263/1 264/3

repeatedly [3] 34/20 198/13 214/23

repetitively [1] 132/22

rephrase [3] 53/9 111/19 173/25

replicating [1] 125/2

report [12] 59/17 59/20 116/24 121/7 126/23 131/24 132/5 136/13 143/3 143/9 146/22 270/6

reporter [24] 1/20 1/21 5/13 6/14 27/13 27/18 30/21 38/5 39/21 66/13 67/5 67/5 68/11 83/14 93/17 130/24 130/25 131/3 176/10 176/18 230/19 252/9 253/18 270/1

Reporting [1] 131/2

reports [2] 136/18 175/23

represent [8] 6/3 172/8 206/4 211/8 212/11 236/22 248/13 252/11

represented [2] 8/8 201/6

representing [3] 31/5 42/6 106/18

represents [1] 44/4

request [5] 49/17 67/8 152/7 152/10 178/18

requested [4] 8/16 11/3 176/7 270/8

requesting [1] 176/6

requests [2] 21/2 182/18

require [1] 63/23

required [10] 122/23 123/8 123/12 138/6 145/25 146/17 149/1 157/16 160/10 238/24

requirements [1] 8/11

requires [3] 139/20 140/11 142/19

requiring [1] 138/11

reread [1] 38/5

reserve [1] 184/15

resist [1] 92/18

resolutions [1] 158/19

resolve [1] 155/16 206/11 207/10

resort [1] 242/6

respect [6] 66/13 122/11 174/11 178/18 206/6 252/4

respectful [3] 99/7 99/8 210/15

respectfully [11] 32/7

reteach [1] 187/22

remembering [1] 255/6

redactions [5] 187/22

257/22 259/22

**R**

respectfully... [10] 50/7
67/13 69/22 69/25 118/1
148/22 149/4 155/18
169/11 177/15

respective [1] 158/12

respond [2] 122/3
255/1

responded [3] 183/14
187/15 255/5

response [4] 35/21
38/14 101/14 107/16

responsibilities [1]
214/2

responsibility [2] 42/2
191/9

responsible [2] 228/17
257/7

responsive [4] 206/25
207/5 218/8 220/5

rest [6] 4/16 86/1
111/16 180/8 180/9
180/10

restate [1] 225/1

rested [1] 17/13

restraint [1] 37/8

restructure [2] 88/3
88/5

restructuring [10] 87/5
171/25 172/3 172/9
172/11 172/16 172/19
174/8 175/10 176/21

result [1] 112/14

resulted [1] 35/25

resume [3] 99/17
129/17 219/5

retail [1] 246/7

retainer [2] 204/22
216/2

retirement [1] 37/15

retread [1] 8/11

return [3] 8/12 220/24
221/1

returned [1] 239/1

Rev [1] 8/23

reveal [2] 10/24 228/17

revealed [5] 227/23
228/2 228/4 228/8
228/12

revealing [1] 31/20

revenue [1] 224/7

review [26] 17/16 18/22
21/24 55/24 88/25 93/21
95/5 96/25 97/16 100/6
105/2 184/18 185/9
185/12 185/15 196/17
197/14 203/12 237/2
237/5 255/17 255/21
256/4 256/5 256/14
270/7

reviewed [9] 17/20
17/24 21/14 21/16 43/14
94/4 95/13 97/3 105/8

reviewing [5] 86/4 89/4
91/14 91/21 253/4

rhetoric [1] 53/7

ridiculous [3] 170/1

right [104] 7/23 8/4 9/4
12/8 13/8 13/11 13/15
13/20 14/8 24/8 26/23
31/17 37/22 58/1 65/2
67/11 69/7 72/21 73/2
77/15 78/25 81/21 82/9
83/23 85/13 89/5 90/16
90/21 91/6 91/15 98/10
105/25 107/2 107/7
107/18 107/24 112/25
113/17 123/1 123/24
128/10 130/13 133/2
135/5 137/7 149/18
149/19 150/25 158/5
159/18 161/21 163/10
164/14 164/18 175/6
176/22 180/4 181/11
182/13 184/11 184/12
184/15 184/23 187/2
189/6 191/6 191/14
191/20 194/12 197/10
200/3 202/4 203/15
204/3 205/11 205/14
205/15 209/4 212/3
212/5 215/18 216/21
217/15 217/15 217/18
220/4 224/19 225/18
227/19 227/20 237/20
238/14 241/4 248/9
250/12 255/14 256/14
257/13 258/7 259/16
261/4 266/15 267/1
267/5

rights [3] 105/16 169/3
262/21

Robbins [1] 33/20

robotically [1] 225/14

Rodriguez [4] 33/20
215/12 215/14 231/18

Rohan [2] 243/25 266/1

roles [1] 206/5

roll [1] 131/7

Roman [2] 84/12 213/6

Romanette [2] 213/1
213/3

Romanettes [1] 213/7

room [9] 8/19 8/24
170/7 170/9 170/11
170/13 182/17 195/3
195/4

sanction [1] 229/9

sanctions [1] 229/9

SANDLER [2] 3/13 5/19

sat [3] 79/10 148/23
263/7

satisfy [1] 8/11

saw [7] 72/19 94/14
114/3 192/21 240/9
240/12 241/5

say [74] 14/18 15/3
17/23 20/19 22/16 24/16
25/2 35/3 35/18 37/12
40/25 44/25 44/16 46/20
48/13 49/25 53/17 53/23
54/8 65/13 69/25 75/13
76/3 79/2 79/5 80/3
82/24 96/15 102/15

**S**

said [42] 14/8 14/12
14/15 34/20 36/3 44/2
49/5 49/18 50/23 52/17
83/13 92/21 99/4 99/5
99/9 99/14 99/21 102/18
132/20 139/15 149/7
150/13 159/2 164/11
165/5 168/20 168/24
177/5 198/13 199/17
207/21 229/1 232/9
234/11 236/1 240/17
246/23 254/7 256/22
259/10 261/14 263/10

SAITH [1] 268/11

sale [15] 16/13 34/21
41/16 87/5 166/25
167/10 167/16 169/10
170/20 171/15 174/13
189/13 191/25 193/3
214/23

sales [14] 40/19 40/24
76/15 77/23 78/5 134/15
135/5 166/2 246/1 246/5
246/6 246/7 264/25
265/2

same [33] 12/6 16/14
65/24 66/3 81/4 81/6
81/14 118/14 120/7
120/15 124/25 126/5
126/21 128/8 128/12
131/11 131/14 132/16
134/21 135/9 138/4
139/23 139/25 145/23
155/3 156/13 156/17
169/15 174/3 187/4
188/23 207/11 245/22

scam [3] 79/12 151/5
227/2

scheduled [1] 193/4

scheduling [1] 191/24

SCHERER [4] 2/12 3/19
3/20 6/2

Schoeppl [6] 3/21
25/24 15/25 16/1 16/4
16/7

school [1] 19/2

science [1] 19/3

scope [1] 252/2

screen [17] 55/25 74/2
76/23 88/25 89/22 90/18
103/9 121/6 133/24
134/6 134/17 141/24
142/25 145/4 153/16
179/17 195/18

cut a] 19/5 40/20
187/17 185/16
187/11 188/3 188/6
244/2 261/22 261/23
262/14 263/2

run-on [1] 19/5

run-rate [3] 183/16
187/17 188/6

running [3] 209/22
223/24 258/16

Russin [4] 229/1 229/6
229/7 263/10

saying [23] 19/23 19/24
28/18 51/10 54/22 54/24
62/3 101/2 103/25
118/21 155/2 159/1
167/24 177/21 213/23
214/23 216/23 252/19
254/11 257/17 264/9
264/24 265/6

says [82] 29/11 59/15
60/7 60/11 60/20 60/21
61/2 61/5 61/9 61/12
62/9 62/13 62/18 62/19
70/19 71/3 71/6 71/13
72/3 72/23 74/4 74/7
74/22 96/16 96/21 98/23
100/24 101/7 101/8
101/16 101/17 106/13
106/22 116/23 117/22
118/4 118/7 119/2
121/23 124/2 129/7
129/10 129/11 129/13
132/12 132/14 133/6
137/13 137/25 137/24
143/20 143/25 147/1
147/16 158/9 158/10
158/17 161/21 172/25
174/12 183/11 186/1
187/12 190/10 201/6
206/2 211/2 212/7
214/10 215/18 220/13
220/22 223/9 223/19
229/14 240/5 243/20
254/14 254/15 254/24
255/16 256/3

103/24 107/25 108/10
108/11 111/24 112/3 112/6 117/13
111/25 112/6 117/13
119/7 119/11 122/8
123/7 125/25 127/19
129/22 138/2 138/7
139/1 139/11 140/7
140/14 140/22 144/8
144/14 145/21 155/22
157/8 163/23 163/24
178/19 181/6 189/20
189/21 194/7 198/15
200/5 210/11 210/16
240/21 260/11 260/21

scroll [65] 56/10 56/13
57/8 58/10 59/11 62/23
71/9 82/5 82/17 82/20
89/17 96/6 97/14 97/15
104/10 114/15 115/1
116/10 116/19 119/20
120/18 124/12 124/24
125/17 126/14 127/11
128/6 128/17 135/7
136/12 142/3 142/22
145/8 146/20 153/23
157/11 160/3 160/11
160/16 162/9 183/1
185/14 185/16 187/2
190/9 196/3 197/1
203/13 205/20 208/18
215/10 216/12 216/21
217/19 217/19 222/8
232/20 236/8 237/10
238/14 238/15 238/24
238/20 241/18 241/18

scrolled [1] 94/10

scrolling [3] 57/6 71/8
203/16

SEAL [2] 269/12 270/15

searched [1] 9/25

searching [1] 10/5

SEC [1] 16/1

second [31] 75/18
76/11 76/16 76/21 77/6
77/20 85/5 90/9 90/9
119/1 128/19 132/13
143/19 143/24 147/7
147/16 162/14 162/16
165/18 185/25 186/4
199/1 199/3 205/23
215/9 220/22 232/21
238/5 241/24 243/19
258/5

seconds [2] 52/14
52/21

secret [1] 263/18

Secretary [1] 190/13

section [4] 19/4 98/2
162/17 162/18

sections [1] 123/22

secured [6] 206/12
205/22 234/1 234/15
244/13 259/8

see [297]

seeing [8] 75/4 98/21
99/1 120/11 127/18
191/22 251/7 257/24

seek [1] 251/6

seeking [6] 44/21 44/22
45/1 45/14 45/20 251/3

seem [1] 257/5

seems [1] 70/1

seen [34] 19/21 56/17
56/24 57/18 75/7 75/16
82/2 82/4 95/9 95/18
100/20 104/22 120/3
124/22 127/14 133/11
134/19 136/3 142/1
153/20 162/21 164/1
180/5 180/7 189/24
221/16 221/22 221/24

Case 22-17842-PDR   Doc 1610-5   Filed 07/10/23   Page 295 of 301

**seen... [6]** 221/25
226/21 226/25 236/19
237/7 237/9

**segment [1]** 117/14

**self [1]** 37/7

**sell [5]** 34/23 174/23
215/3 225/6 225/8

**selling [2]** 224/10 227/3

**Seltzer [2]** 4/12 114/20

**senate [1]** 36/14

**send [3]** 102/10 102/16
216/2

**senior [1]** 206/11

**sent [7]** 102/14 168/14
176/24 216/6 216/6
216/8 258/11

**sentence [25]** 19/5
183/8 183/23 187/6
187/8 199/4 199/16
202/3 206/2 210/2
210/19 213/13 223/5
232/22 233/2 233/23
234/10 238/21 238/22
239/14 240/6 241/24
242/1 245/24 246/13

**sentences [2]** 187/9
245/25

**separate [1]** 23/7

**separately [2]** 77/9
185/13

**Sept [1]** 4/9

**September [33]** 55/11
58/8 58/25 59/16 60/8
64/25 65/8 66/21 67/18
71/21 72/21 73/10
201/16 201/20 204/15
204/19 208/16 210/7
211/6 212/10 214/15
216/6 217/22 217/25
218/11 220/19 242/11
242/13 243/9 244/21
244/25 245/17 263/4

**September 29 [8]** 60/8
64/25 201/20 211/6
212/10 214/15 217/25
242/11

**September 29th [4]**
58/8 59/16 71/21 72/21

**September 30 [1]**
204/15

**series [1]** 192/14

**serve [3]** 51/25 80/8
138/21

**served [6]** 10/2 10/6
18/2 18/24 21/3 80/6

**serves [2]** 73/12 73/24

**serving [2]** 71/20
222/17

**session [1]** 191/24

**set [8]** 24/6 24/22 25/2
25/6 25/10 47/13 106/11
117/2

**setting [2]** 12/5 69/12

**seven [9]** 51/16 74/14
79/22 85/3 87/6 87/7
87/23 184/16 201/25

**seventy [25]** 86/19
87/3 87/6 87/11 87/16
87/22 87/23 89/10 89/14
89/15

**Seventy-eight [2]** 89/10
89/14

**Seventy-four [1]** 87/22

**Seventy-nine [1]** 89/15

**Seventy-one [2]** 87/15
87/16

**Seventy-seven [1]**
87/23

**Seventy-three [1]** 87/20

**Seventy-two [1]** 87/16

**several [10]** 39/7 46/22
74/11 74/13 98/14
165/20 166/8 208/11
232/25 253/7

**shared [2]** 183/13
187/15

**shareholder [5]** 124/15
134/14 145/1 164/18
172/14

**sharing [1]** 50/5

**shark [4]** 34/3 34/4
243/25 266/1

**sharks [1]** 34/4

**she [15]** 12/24 13/5
41/22 60/18 66/15 92/21
92/23 93/4 129/5 150/13
150/13 178/15 215/15
216/1 219/20

**she's [2]** 12/19 92/24

**shell [1]** 190/17

**Sheridan [4]** 78/2
266/24 266/25 267/9

**Sheridan C [1]** 266/25

**shifts [1]** 223/25

**short [5]** 8/10 128/22
162/17 175/18 249/14

**should [13]** 88/21
109/2 139/12 181/24
182/4 182/9 217/14
229/7 245/6 245/7
247/17 250/24 258/1

**shouldn't [1]** 182/4

**show [15]** 55/22 62/7
72/8 95/8 108/16 112/9
122/6 167/23 190/8
195/11 200/15 200/19
209/10 253/13 254/25

**showed [8]** 94/24
104/14 115/7 126/5
137/12 201/1 254/4
255/4

**showing [4]** 94/20 95/7
156/22 216/13

**shows [3]** 114/3 117/4
117/9

**shut [2]** 150/24 254/20

**shutting [1]** 49/3

**SHUTTS [2]** 3/8 7/5

**shutts.com [1]** 3/11

**sic [1]** 75/23

**side [1]** 163/2

**sign [35]** 59/6 59/20
63/12 63/14 64/22 65/7

**signature [136]** 57/19
58/1 58/5 58/13 58/14
58/16 58/21 61/13 63/1
63/7 63/8 63/9 63/16
63/23 63/25 64/1 64/10
64/20 65/9 65/10 65/20
65/21 66/4 66/5 66/20
67/18 67/21 67/23 67/25
68/23 68/23 68/25 95/20
95/21 97/3 101/23
104/12 104/14 104/18
106/13 113/25 114/2
114/5 115/2 115/6 115/9
115/14 115/16 116/5
116/11 116/16 117/6
120/6 120/7 120/15
121/17 122/13 122/14
122/15 122/17 122/18
122/23 122/24 125/1
125/2 125/8 125/10
125/11 125/12 125/24
126/1 126/5 126/19
127/12 127/16 127/17
129/12 131/11 131/12
131/13 132/6 132/12
132/13 132/17 132/22
133/6 135/9 135/16
135/17 136/21 137/6
138/3 138/4 138/5
138/11 139/7 139/17
139/18 139/19 139/21
140/8 140/10 140/11
142/4 142/8 142/18
142/19 143/5 143/21
145/10 145/15 145/25
146/2 146/12 146/17
147/2 147/20 153/25
154/17 154/20 155/11
155/16 156/14 156/25
157/5 159/22 160/9
160/10 176/4 190/9
190/10 196/4 196/6
196/8 221/4 237/15

**signatures [32]** 64/3
64/6 64/7 81/5 104/20
104/21 123/8 123/12
123/12 139/22 153/24
154/4 154/14 154/15
154/18 154/22 155/19
155/21 156/4 156/5
156/12 160/5 160/14
161/18 166/15 190/3
190/6 191/1 238/25
240/12 240/13 241/9

**signed [57]** 6/17 61/10
62/19 62/21 63/3 64/16
64/25 65/11 65/15 66/11
64/25 65/21 65/25 66/11

**signature [136]** 57/19

(second column continues)

**six's** ... 105/7 105/10
118/3 118/9

**signed [57]** 107/7 118/14
142/14 142/17 142/24
154/11 154/13 155/2
160/2 176/21 176/23
176/25 189/21 189/25
190/23 190/24 190/24
192/3 192/4 196/24
209/1 220/24 221/1
241/11 257/7

**signature [136]** 57/19
58/1 58/5 58/13 58/14
58/16 58/21 61/13 63/1
63/7 63/8 63/9 63/16
63/23 63/25 64/1 64/10
64/20 65/9 65/10 65/20
65/21 66/4 66/5 66/20
67/18 67/21 67/23 67/25
68/23 68/23 68/25 95/20
95/21 97/3 101/23
104/12 104/14 104/18
106/13 113/25 114/2
114/5 115/2 115/6 115/9
115/14 115/16 116/5
116/11 116/16 117/6
120/6 120/7 120/15
121/17 122/13 122/14
122/15 122/17 122/18
122/23 122/24 125/1
125/2 125/8 125/10
125/11 125/12 125/24
126/1 126/5 126/19
127/12 127/16 127/17
129/12 131/11 131/12
131/13 132/6 132/12
132/13 132/17 132/22
133/6 135/9 135/16
135/17 136/21 137/6
138/3 138/4 138/5
138/11 139/7 139/17
139/18 139/19 139/21
140/8 140/10 140/11
142/4 142/8 142/18
142/19 143/5 143/21
145/10 145/15 145/25
146/2 146/12 146/17
147/2 147/20 153/25
154/17 154/20 155/11
155/16 156/14 156/25
157/5 159/22 160/9
160/10 176/4 190/9
190/10 196/4 196/6
196/8 221/4 237/15

**signature's [1]** 262/6

**signing [22]** 58/24 59/5
104/7 104/23 106/17
115/11 118/8 120/13
120/14 121/24 129/10
153/12 137/11 142/10
146/9 154/7 169/3
176/14 177/6 196/18
236/24 237/1

**signor [1]** 61/5

**Silver [5]** 3/23 34/19
41/19 214/22 232/7

**similar [4]** 116/4 117/3
136/17 254/3

**simple [6]** 169/6 180/24
209/13 219/8 224/24
225/22

**simplify [1]** 53/7

**simply [1]** 212/1

**since [3]** 92/8 197/14
246/16

**Singerman [3]** 3/21
68/13 97/4 97/7 105/14
148/12 150/2 150/8
150/13 194/1 228/18
231/23 262/13 262/22

**Singerman's [1]** 44/11

**single [2]** 113/20
225/14

**sip [1]** 163/13

**sir [73]** 13/9 23/15
24/12 37/21 50/21 55/6
66/23 76/18 78/7 78/15
86/12 98/11 155/7
155/25 156/7 158/3
160/12 161/7 170/25
178/22 185/9 189/16
189/24 195/3 199/10
200/22 202/7 203/1
205/16 208/6 208/15
209/12 210/14 211/23
212/9 215/17 216/18
219/13 218/20 219/14
219/13 223/3 226/9
227/13 228/5 232/13
233/3 233/19 234/4
234/13 235/10 238/16
239/4 242/14 243/7
245/15 253/25 253/25

**six's** ... 68/22 105/16 106/21
107/18 113/17 113/21
115/17 115/25 117/25
118/12 119/2 124/3
127/20 128/9 128/11
129/8 129/12 132/7
136/22 137/21 139/23
140/15 143/25 144/12
145/12 147/17 159/17
159/20 168/25 208/22
211/11 211/15 221/6
228/19 234/7 239/1
241/11 252/15 253/2
255/23 256/1 258/1
262/13 262/20

**signer [3]** 118/7 121/23
126/18

**significant [1]** 262/6

**signing [22]** 58/24 59/5

254/21 256/14 257/13
259/16 259/22 261/5
262/24 263/23 264/12
264/13 265/5 266/15
267/1 267/8 267/14

**sister [1]** 40/11

**sit [7]** 68/21 85/25
119/12 148/12 193/20
228/25 263/11

**site [5]** 192/20 192/24
193/1 193/3 193/17
193/19

**sitting [24]** 12/6 12/14
14/11 15/13 15/15 26/2
28/24 30/25 33/3 65/17
95/17 112/16 130/3
138/1 166/22 167/2
167/2 169/20 170/12
175/10 180/12 202/16
207/2 243/7

**six [6]** 22/3 74/14 86/6
86/13 87/6 115/1

**Sixty [9]** 86/19 86/19
86/20 87/3 87/6 87/6
87/7 87/10 87/11

**Sixty-four [1]** 87/3

**Sixty-nine [2]** 87/10
87/11

**Sixty-one [2]** 86/19
86/20

**Sixty-seven [2]** 87/6
87/7

**Sixty-six [1]** 87/6

**size [4]** 137/10 170/7
170/10 207/11

**skated [1]** 247/15

**sketchy [1]** 110/16

**skills [4]** 226/2 226/5
226/8 226/10

**SKLAR [2]** 3/14 5/18

**slept [1]** 17/12

**slide [1]** 74/7

**slightly [2]** 174/25
185/21

**slower [1]** 260/21

**small [1]** 213/6

**smaller [3]** 95/4 153/17
185/21

**so [329]** 34/7 40/19
41/8 41/16 166/24 167/9
168/4 169/9 169/23
170/20 171/14 226/11
226/13 226/17 226/18
266/10 266/14 266/17
266/25 267/6

**sold [20]** 114/19 114/19
119/22 119/22 124/15
124/16 127/7 127/8
134/14 134/14 141/20
141/20 144/25 145/1
152/17 152/24 158/11
164/18 172/13 199/24

**sole [20]** 114/19 114/19
119/22 119/22 124/15
124/16 127/7 127/8
134/14 134/14 141/20
141/20 144/25 145/1
152/17 152/24 158/11
164/18 172/13 199/24

**some [18]** 12/22 26/6
41/5 41/14 86/21 94/16
135/20 168/25 203/6
213/7 214/4 219/15

**some...** [6] 230/24
252/14 259/21 259/25
260/6 266/10
**somebody** [14] 60/16
66/7 73/19 89/8 108/23
115/10 125/23 132/23
137/11 140/13 144/12
173/24 197/8 225/7
**somehow** [1] 152/5
**someone** [11] 20/14
33/12 57/3 107/3 111/5
112/1 126/1 195/2 225/7
237/25 238/9
**something** [19] 11/20
32/22 43/21 57/11 57/15
115/16 118/17 155/8
164/11 168/20 185/6
196/25 230/25 238/10
257/5 257/8 257/25
259/10 262/14
**sometimes** [6] 64/21
75/21 105/9 129/5
258/10 259/15
**somewhere** [2] 225/19
242/25
**son** [1] 195/5
**soon** [2] 106/10 182/22
**sooner** [3] 130/20
208/7 208/8
**SORKIN** [23] 2/4 4/10
4/11 4/19 7/18 7/19
41/23 68/18 75/23 79/19
97/20 100/17 101/15
164/25 165/13 168/15
254/5 255/10 255/20
256/4 257/6 258/1
258/20
**sorry** [27] 5/6 14/12
26/24 30/8 41/10 41/12
57/13 76/19 89/11
107/14 120/1 126/9
138/11 141/11 143/15
143/17 151/16 208/24
213/4 215/9 224/14
234/25 239/15 240/17
254/21 259/1 259/3
**sought** [1] 248/25
**sound** [1] 91/24
**sounds** [2] 18/5 31/16
**SOUTH** [3] 2/13 2/17
3/9
**SOUTHERN** [1] 1/1
**space** [1] 231/7
**spaced** [1] 253/10
**speak** [8] 35/23 38/19
39/1 39/14 45/5 52/11
52/15 69/19 112/9 140/4
147/14 151/7 191/19
234/18
**speaker** [1] 89/14
**speaking** [7] 6/18 46/4
76/21 112/12 131/19
210/3 210/21
**speaks** [6] 30/4 49/23
140/2 191/18 228/4
228/8

**specie** [1] statement [13]... 92/16
226/7
**specific** [8] 12/19 44/15
72/17 113/4 113/9
123/10 226/8 226/10
**specifically** [1] 131/24
154/7 207/15
**speeds** [1] 225/13
**spend** [1] 91/21
**spent** [2] 91/14 91/25
**spoke** [9] 16/20 39/10
40/6 40/8 40/10 40/13
52/24 122/13 210/7
**sports** [1] 261/24
**Springs** [1] 226/17
**SS** [1] 269/3
**stakeholders** [1]
168/16
**stamina** [1] 208/12
**stamp** [59] 65/10 65/20
66/4 67/20 68/24 69/1
97/17 97/22 114/4 114/5
114/20 115/16 119/21
120/8 120/17 122/15
122/24 124/13 124/25
125/10 125/23 126/6
131/12 131/14 132/17
132/21 134/16 135/23
140/9 140/10 140/12
141/22 142/19 145/3
145/11 145/16 145/17
145/19 145/20 146/16
147/21 153/12 154/23
154/24 155/8 155/8
155/23 155/25 156/11
156/15 157/1 157/10
160/8 172/24 179/15
183/2 187/3 191/21
203/7
**stamped** [19] 58/7 74/3
95/20 95/21 97/2 100/18
104/21 104/22 119/23
124/17 127/9 131/11
138/4 139/18 139/19
154/6 155/5 205/6
217/20
**stamps** [6] 145/23
154/4 155/5 155/20
156/13 160/7
**Stand** [1] 27/2
**star** [1] 115/10
**start** [9] 82/16 138/23
143/18 158/9 187/11
194/5 216/14 248/14
251/14
**started** [4] 182/17
252/2 261/24 264/3
**starting** [1] 217/5
**starts** [7] 183/8 187/5
187/7 187/8 188/19
198/9 245/25
**state** [9] 1/22 51/1
166/12 197/18 203/4
247/25 269/2 269/18
270/2
**stated** [1] 220/6

**statement** [13] ... 92/16
133/1 201/10 211/13
211/18 212/15 212/18
214/4 265/15 265/18
**statements** [3] 83/19
196/21 252/24
**STATES** [2] 1/1 160/22
**Status** [1] 193/16
**stay** [15] 43/5 76/14
77/22 78/3 78/4 129/22
129/25 155/13 155/15
169/15 184/12 185/1
208/20 248/25 260/24
**stayed** [1] 259/6
**staying** [1] 184/14
**stays** [2] 36/21 36/25
**stenographer** [1] 59/9
**stenographic** [1]
270/10
**stenographically** [1]
270/6
**step** [2] 89/7 89/7
**Stephen** [2] 160/5
190/13
**Steve** [5] 36/1 36/4
163/2 164/5 165/6
**Steven** [3] 41/20 160/6
190/12
**stick** [5] 12/19 65/4
66/22 66/24 67/1
**sticking** [1] 248/16
**still** [11] 62/14 66/10
90/5 90/6 91/6 91/10
185/2 186/18 231/14
242/12 254/17
**stipulate** [1] 31/25
**stole** [1] 47/14
**stop** [18] 12/25 27/1
37/13 95/3 99/16 101/1
137/13 177/12 177/18
178/11 193/8 205/22
219/4 219/6 232/18
261/12 264/15 265/10
**stopped** [1] 260/19
**straightforward** [2]
169/7 253/9
**straining** [2] 198/3
198/4
**strange** [3] 115/15
182/18 217/2
**strategics** [3] 181/19
182/11 186/22
**strategy** [2] 262/17
262/17
**STREET** [1] 2/22
**strike** [7] 31/3 36/19
43/3 92/11 229/11 242/8
258/21
**string** [1] 131/10
**strings** [1] 68/5
**strong** [2] 102/3 102/8
**stuck** [2] 247/11 248/7
**stuff** [3] 133/20 247/14
257/10
**styled** [1] 1/24
**subject** [5] 31/18 37/6

178/16 255/16 256/13
**subsequent** [1] 50/2
**subsequently** [1] 117/5
**Subsidiaries** [2] 171/25
179/13
**substance** [1] 31/21
**substantial** [2] 34/12
175/22
**substantially** [2]
223/10 223/23
**substantive** [6] 11/21
11/23 140/18 140/19
140/23 219/16
**success** [1] 181/21
**such** [5] 21/8 28/2
115/22 152/6 197/14
**sued** [1] 248/18
**sufferance** [6] 244/9
248/8 248/10 248/11
264/4 264/5
**sufficient** [3] 263/21
264/14 265/9
**suggest** [1] 226/22
**suggested** [1] 68/11
**suite** [5] 2/14 2/17 3/4
3/9 108/23
**summary** [1] 96/21
188/23
**super** [1] 257/25
**Supplemental** [2] 4/18
236/11
**support** [3] 81/2 195/21
236/11
**suppose** [1] 129/21
**supposed** [11] 42/5
109/14 109/16 115/7
148/12 190/21 190/23
203/15 207/10 228/17
228/25
**supposedly** [2] 56/16
209/21
**sure** [49] 5/24 11/16
17/12 18/18 19/11 25/12
33/24 41/1 41/9 41/10
41/13 51/11 51/22 62/4
71/23 77/2 77/12 84/19
98/1 98/14 107/14
110/11 113/14 115/5
115/20 130/16 139/9
151/9 159/21 168/18
168/22 168/22 170/5
181/7 186/2 207/8
237/23 240/11 240/22
241/2 249/5 249/15
250/7 250/8 252/23
250/7 259/13 260/23
263/17
**surprised** [1] 33/16
**Sury** [4] 33/19 215/12
215/14 231/17
**suspect** [1] 161/19
**sway** [1] 164/5
**swear** [1] 5/13
**switch** [1] 94/7
**sworn** [2] 6/7 269/7

**Tab** [24] 19/14 55/16
80/21 97/10 100/12
102/22 114/10 119/15
124/7 127/1 133/23
141/14 144/19 153/2
171/17 179/6 195/12
202/19 221/11 222/24
235/23 236/1 236/3
253/16
**table** [10] 12/6 14/8
14/14 14/17 14/19 15/11
96/23 170/7 170/11
170/13
**take** [45] 20/23 30/9
34/24 41/19 45/6 51/16
51/21 80/19 82/12 84/3
84/6 85/17 86/8 86/18
92/24 102/22 107/21
124/6 128/22 130/12
150/17 150/19 151/17
155/9 163/1 166/21
178/9 184/2 194/3 194/6
197/6 205/9 214/7 215/7
217/18 221/10 224/4
229/10 235/4 235/6
249/4 253/4 253/11
255/15 258/22
**taken** [12] 1/19 27/10
48/13 52/7 91/1 151/13
194/22 235/19 249/22
260/9 261/15 266/9
**takeover** [4] 34/25
35/25 41/23 81/13
**taking** [5] 1/23 5/7
130/23 245/2 261/20
**talk** [3] 66/14 72/18
83/13
**talked** [2] 95/23 96/2
**talking** [11] 20/17 20/19
66/16 66/18 81/5 81/6
81/14 98/20 232/18
261/7 261/8
**Tank** [3] 34/4 243/25
266/1
**taught** [1] 19/4
**teach** [1] 19/2
**tell** [17] 12/7 30/21
32/21 52/17 79/8 82/17
85/7 92/4 92/7 100/23
116/7 197/8 212/14
212/17 242/24 256/8
258/20
**telling** [5] 68/5 104/19
168/15 180/1 255/20
**temptation** [1] 92/18
**ten** [8] 29/25 30/3 49/8
74/15 74/15 194/10
225/17 235/7
**ten-minute** [1] 194/10
**tenant** [6] 244/9 248/8
248/9 248/11 264/4
264/5
**tens** [1] 227/3
**Tenth** [1] 186/5
**tenure** [1] 41/14
**Teresi** [3] 3/20 19/12

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of Roberto Rodriguez-Rivera

Case 22-17842-PDR    Doc 1810-5    Filed 07/10/23    Page 297 of 301

| | | | | |
|---|---|---|---|---|
| **T** | **Teresi...** [6] 30/10 43/7 55/15 59/11 94/1 96/6 | **suite** [1] 18/3 | **state** [118] 5/23 7/12 8/24 12/22 14/15 14/19 14/20 16/15 27/15 28/5 49/7 51/7 53/6 53/7 54/20 55/1 57/23 68/5 68/15 68/16 73/18 73/21 77/8 78/23 79/1 79/22 85/15 90/4 90/10 94/14 94/16 94/19 97/18 98/22 98/24 101/23 110/4 110/6 113/4 113/9 116/6 116/17 117/14 117/24 119/10 120/20 120/24 123/19 124/4 125/10 126/7 132/14 132/19 132/20 132/24 133/2 141/7 141/9 142/5 142/24 147/22 152/21 154/6 157/21 160/4 165/3 168/21 170/4 172/5 175/16 176/4 177/20 177/22 181/8 181/8 181/13 181/18 181/22 182/7 185/4 187/24 189/2 189/17 191/18 192/13 192/14 192/23 193/3 197/15 197/20 198/25 199/8 203/3 205/14 215/24 220/23 224/3 225/3 227/23 231/11 231/13 232/6 233/16 244/6 245/5 246/19 247/1 247/24 250/25 253/6 254/25 255/1 255/16 260/1 260/5 265/4 267/23 267/25 | **86/22 104/21 113/3** 126/16 132/20 134/22 148/25 154/3 154/6 155/3 155/19 155/20 156/12 158/20 163/7 163/9 163/12 166/15 168/21 172/15 172/18 178/15 182/17 187/23 189/1 189/21 189/25 190/3 190/3 190/23 199/10 207/18 213/24 214/4 219/7 222/21 226/20 230/23 230/24 233/19 233/21 234/4 244/7 245/20 245/22 247/1 247/9 247/9 247/10 247/13 247/14 247/19 248/6 263/15 | **thing** [12] 23/13 26/10 80/11 82/11 89/21 89/24 163/25 203/24 230/21 243/20 247/17 260/15 |
| **Teresi...** [6] 30/10 43/7 55/15 59/11 94/1 96/6 | **term** [6] 18/5 24/14 24/18 106/25 111/10 111/15 | **suite** [1] 18/3 | | | **things** [19] 26/8 29/25 30/3 42/9 44/1 56/15 101/2 126/22 175/16 185/5 186/16 191/11 191/12 210/12 224/22 247/10 247/13 262/24 264/10 |

*(The remainder of this page is a multi-column legal deposition word index. Full entry-by-entry transcription follows.)*

**T**

**Teresi...** [6] 30/10 43/7 55/15 59/11 94/1 96/6
**term** [6] 18/5 24/14 24/18 106/25 111/10 111/15
**terminate** [2] 13/6 13/16
**terminated** [3] 110/14 164/21 164/22
**termination** [4] 28/10 28/16 51/8 165/20
**terminology** [2] 139/10 167/1
**terms** [5] 110/23 147/25 154/18 189/17 259/12
**Terry** [1] 3/21
**testified** [4] 6/8 242/22 243/22 259/24
**testify** [4] 15/17 32/10 150/22 177/16
**testimony** [21] 30/24 32/7 32/11 64/14 64/24 65/16 65/18 67/17 113/15 116/13 116/15 193/22 198/18 234/25 237/6 239/4 239/9 239/21 240/2 240/22 241/1 269/7
**text** [3] 185/20 200/22 200/25
**than** [24] 12/1 13/19 17/3 23/2 38/20 39/1 39/14 43/24 68/10 73/23 91/25 106/6 123/5 132/23 141/7 144/17 163/12 178/13 223/10 223/23 225/15 227/5 245/9 253/11
**thank** [65] 8/3 10/16 11/11 13/10 13/24 14/5 20/24 30/10 32/15 35/10 37/16 40/14 40/15 43/5 51/20 52/1 56/21 60/2 77/18 84/11 86/12 97/8 117/17 125/14 125/14 125/16 126/11 126/25 127/25 128/18 129/17 130/2 130/8 130/18 133/14 134/9 134/23 141/13 147/15 152/12 156/8 156/22 162/9 181/2 185/20 193/10 194/18 197/10 207/12 212/6 213/9 233/4 235/11 235/12 237/17 237/19 237/22 238/19 251/17 251/19 267/14 267/15 267/19 267/21 268/4
**Thanks** [2] 151/18 249/13
**that** [1245]
**that's** [90] 10/1 19/5 22/23 24/17 28/18 28/19 29/13 34/12 39/19 42/25

**suite** [1] 18/3

**Teresi...** [6] 30/10 43/7 55/15 59/11 94/1 96/6 63/9 66/11 72/23 74/2 79/16 79/23 83/1 85/9 92/14 95/20 96/19 98/3 98/9 101/8 101/12 101/19 101/21 102/8 102/13 102/20 106/1 107/19 109/16 110/25 113/2 116/3 117/23 120/10 121/1 132/22 135/19 136/9 139/7 145/15 147/21 149/13 151/5 158/22 158/22 161/20 170/15 174/16 186/14 193/8 194/8 194/12 194/17 199/17 200/2 201/10 208/23 209/5 211/15 214/7 216/18 218/22 224/5 226/7 228/23 233/25 238/19 239/16 243/3 246/5 246/7 247/7 248/21 249/9 257/20 258/15 264/6 267/13
**their** [27] 5/11 6/16 34/4 42/2 76/10 87/9 103/8 107/13 110/7 139/10 158/12 160/14 166/3 176/9 190/20 199/12 206/11 207/7 207/24 232/1 245/2 247/22 248/14 248/16 248/18 261/17 263/2
**them** [53] 6/20 11/3 12/20 15/12 18/13 21/14 35/9 37/20 39/11 46/19 46/21 47/15 59/8 68/10 69/23 70/8 70/9 75/7 93/6 105/19 113/6 118/12 131/14 134/8 139/24 149/6 150/1 150/9 158/24 161/12 167/15 168/22 176/23 176/25 177/3 178/5 190/24 201/13 207/17 213/7 214/24 226/15 227/18 228/6 231/18 240/14 241/17 247/20 247/21 248/6 253/1 262/14 264/15
**themselves** [3] 147/14 177/2 234/18
**then** [47] 7/12 37/13 51/16 61/2 61/5 62/9 70/9 71/8 71/9 75/25 76/1 76/6 82/8 89/24 90/22 95/3 97/15 102/6 109/20 118/17 118/17 118/25 129/2 129/17 140/17 150/8 156/7 158/16 159/13 168/24 176/7 177/8 187/7 197/10 198/15 219/25 220/24 229/23 230/23 242/12 247/11 247/15 248/6 248/7 248/17
**there's** [70] 12/5 14/12 18/6 18/7 22/17 23/3 28/6 29/24 33/22 36/11 36/12 36/14 38/18 38/23 52/22 56/20 57/9 57/11 57/15 58/21 63/5 63/23 70/23 72/10 78/11 82/13 86/25 88/7 88/23 89/12 93/14 94/13 98/17 100/23 100/25 103/16 104/16 110/12 110/17 115/22 117/23 124/25 132/15 132/16 135/9 141/12 153/24 158/21 175/11 175/21 175/21 178/1 178/20 183/8 183/20 185/6 186/3 187/8 187/22 188/14 189/10 191/1 192/16 204/18 204/18 206/6 213/5 228/11 238/1 261/23
**therefore** [1] 67/21
**thereon** [1] 162/4
**Thereupon** [2] 5/1 6/5
**these** [71] 6/12 10/2 10/7 13/3 41/25 42/4 56/15 57/7 64/2 68/16 69/8 75/5 83/18 84/12

**they** [115] 5/24 6/17 14/13 34/23 34/25 42/11 42/12 42/16 42/16 42/18 43/25 46/21 50/2 50/5 53/21 62/2 64/3 65/14 68/10 73/22 87/12 87/20 87/21 105/15 107/13 108/12 108/15 110/7 118/13 118/13 119/6 119/9 137/12 147/4 148/15 148/16 151/1 155/4 156/21 156/22 157/22 160/7 161/11 162/4 163/13 163/14 166/4 167/16 167/18 167/24 176/6 176/24 178/16 182/10 182/15 182/16 182/19 186/14 186/17 186/23 186/24 189/21 190/19 193/5 193/8 193/12 194/2 195/9 206/10 206/12 207/13 209/10 229/3 229/4 229/23 230/2 230/2 230/7 230/8 240/10 241/6 244/1 245/3 245/6 246/22 248/7 248/10 248/13 248/17 252/21 252/21 253/2 254/20 254/23 257/9 257/14 257/15 260/16 261/2 261/19 262/11 262/12 262/14 263/8 263/8 263/9 263/11 263/12 263/13 263/16 263/16 263/17 264/3 264/4 267/2
**they're** [31] 14/11 14/16 50/10 64/5 64/6 64/7 64/7 115/7 115/8 134/6 154/4 154/4 154/14 154/15 155/5 155/20 156/14 156/14 156/17 156/21 161/25 166/5 167/17 167/17 167/20 190/23 228/5 234/6 247/13 247/18 248/9
**they've** [1] 161/25

**thing** [12] 23/13 26/10 80/11 82/11 89/21 89/24 163/25 203/24 230/21 243/20 247/17 260/15
**things** [19] 26/8 29/25 30/3 42/9 44/1 56/15 101/2 126/22 175/16 185/5 186/16 191/11 191/12 210/12 224/22 247/10 247/13 262/24 264/10
**think** [79] 11/22 13/5 23/9 23/26/9 27/15 29/3 29/22 30/15 32/7 32/9 33/22 43/25 47/2 47/4 47/11 47/7 47/24 58/21 66/1 67/14 69/12 73/7 73/20 74/16 76/24 77/11 88/12 88/21 102/21 103/21 103/24 107/15 109/1 109/16 113/13 122/6 122/17 130/5 139/5 140/1 145/22 156/19 161/24 164/22 166/13 166/15 167/12 167/14 167/15 169/6 172/4 173/24 174/25 180/24 184/16 195/3 196/6 197/9 204/18 205/13 210/23 214/3 215/15 218/8 219/14 220/4 227/17 229/5 231/14 234/17 242/18 244/19 249/7 250/18 250/20 251/24 253/10 253/16 264/6 267/18
**thinking** [3] 66/10 66/11 257/18
**thinks** [1] 129/5
**third** [11] 34/8 49/15 113/2 117/14 161/1 183/5 187/5 205/13 232/22 243/24 246/25
**thirds** [1] 159/14
**Thirteen** [1] 83/23
**Thirty** [5] 85/1 85/1 85/2 85/3 85/3
**Thirty-eight** [1] 85/2
**Thirty-five** [1] 85/2
**Thirty-four** [1] 85/1
**Thirty-seven** [1] 85/3
**Thirty-three** [1] 85/1
**this** [456]
**thoroughly** [1] 73/19
**those** [44] 14/9 14/10 42/5 42/9 43/1 43/2 50/4 63/6 78/1 104/7 113/20 118/18 126/22 139/22 149/23 150/3 154/14 150/24 159/25 161/21 162/5 171/12 187/9 206/25 213/6 213/18 225/12 231/8 231/20 231/21 232/10 245/4 247/4 248/3 248/23

**T**

those... [2] 266/14 267/4

though [2] 133/16 224/12

thought [9] 26/10 83/16 87/2 88/11 111/13 208/23 230/22 232/3 243/15

threat [1] 219/12

threaten [1] 219/9

threatened [4] 164/6 165/2 165/2 165/4

three [23] 29/21 42/1 74/14 76/22 78/1 78/11 84/5 85/1 87/20 92/23 99/22 126/4 160/1 175/18 192/7 192/13 213/1 222/12 223/24 225/9 231/11 237/10 264/7

through [20] 44/21 56/10 56/13 57/7 63/24 94/10 140/20 170/20 175/10 181/21 183/7 185/14 185/22 203/16 208/8 222/9 232/1 262/15 263/2 270/9

throughout [1] 177/4 204/20

thus [1] 115/7

time [80] 5/8 9/19 11/21 13/4 17/8 28/9 28/16 28/20 29/4 29/18 30/21 33/5 39/24 40/23 48/9 49/9 50/12 53/3 54/20 55/7 55/21 55/21 55/23 61/17 63/11 63/11 63/12 64/15 64/16 64/16 71/21 72/14 72/14 73/20 80/2 80/7 82/12 91/23 92/4 92/7 94/23 107/1 108/2 108/25 109/23 113/9 113/16 113/16 127/25 130/18 135/23 140/16 150/3 152/20 157/22 169/12 174/14 176/24 184/7 184/9 184/13 185/9 197/6 204/10 206/17 215/22 225/25 229/6 244/25 245/19 246/9 249/10 251/18 253/4 258/3 258/17 258/18 263/20 267/7 267/19

timeframe [1] 32/18

timeframes [1] 74/17

times [16] 29/22 35/3 39/7 40/9 70/6 98/14 99/22 108/13 137/10 144/18 166/8 168/5 220/7 224/11 225/17 264/20

timing [1] 16/25

tiny [1] 128/17

tip [1] 248/21

title [11] 74/6 74/10

those... [2] 266/14 267/4

titled [12] 19/25 114/19 119/21 124/15 127/7 134/13 141/20 144/25 153/8 195/20 221/20 236/11

today [41] 5/25 8/20 8/25 16/18 26/2 28/25 30/25 31/24 33/3 65/17 68/21 95/17 99/7 104/14 112/16 112/23 118/2 119/12 130/14 131/3 138/2 166/23 167/2 167/4 167/7 169/20 180/6 180/12 193/21 195/7 207/3 210/3 210/21 220/14 225/2 240/3 240/10 241/5 243/7 248/9 254/4

today's [7] 16/19 17/11 17/17 55/22 198/14 251/5 267/18

together [3] 105/15 126/13 263/19

told [18] 33/12 33/21 40/9 69/2 81/10 98/13 108/13 111/21 138/10 155/21 165/10 168/5 168/12 168/13 169/11 176/25 182/10 182/23

tolling [3] 224/2 244/3 261/19

tomfoolery [2] 36/25 232/2

tomorrow [5] 123/23 140/21 167/3 267/24 268/1

ton [1] 257/23

too [6] 82/23 83/24 84/15 159/16 225/2 254/19

took [11] 47/21 48/11 48/16 68/8 93/25 131/19 150/3 164/9 197/14 253/6 262/5

top [14] 29/10 59/15 71/1 71/10 76/22 82/20 96/20 101/6 103/16 160/16 160/25 204/3 215/12 254/13

topic [2] 12/19 12/20 194/5

topics [1] 73/18

Toresi [1] 29/8

totaling [1] 34/12

totally [1] 256/8

touch [4] 48/20 48/21 49/6 49/6

touched [1] 49/5

tough [1] 191/3

towards [2] 198/8 261/17

TOWER [1] 2/18

town [1] 250/11

trade [1] 224/24

tragedy [1] 224/22

trail [3] 83/16 87/2 88/10

transaction [1] 204/15

transcript [3] 84/23 270/8 270/9

transfers [1] 203/6

trap [1] 69/13

treat [1] 93/5

tried [9] 15/5 68/6 87/17 87/18 89/16 94/13 95/6 99/6 163/1

trimmed [1] 251/24

trouble [2] 229/5 255/6

trough [2] 44/24 87/25

true [11] 101/3 101/19 144/11 148/18 171/10 196/22 196/25 263/23 264/13 265/11 270/10

TRUIST [6] 3/7 3/23 7/6 34/19 232/9 232/24

trust [7] 105/13 105/14 105/18 105/19 107/13 204/7 251/15

trusted [1] 105/10

truth [1] 176/19

try [9] 32/10 93/11 94/15 94/15 94/20 123/22 149/13 217/13 245/23

trying [17] 32/12 32/13 34/23 81/18 92/8 95/24 98/18 129/4 137/13 138/14 156/1 170/16 186/24 220/3 227/2 240/8 243/17

Tuesday [5] 15/22 16/5 16/10 130/19 219/10

turn [14] 15/5 69/4 69/4 72/2 72/12 133/17 133/22 172/23 185/18 188/18 197/24 206/25 222/24 235/4

turned [1] 226/6

turning [2] 124/1 245/21

turnkey [1] 225/10

Twelve [1] 246/10

Twenty [4] 84/1 84/1 84/5 84/11

Twenty-four [1] 84/11

Twenty-one [1] 84/1

Twenty-three [1] 84/5

twice [1] 203/2

two [20] 8/23 35/5 41/25 42/8 62/12 62/13 62/18 74/14 75/21 85/16 87/16 92/22 128/23 129/16 159/14 213/5 224/6 225/13 245/24 262/1

two-point [1] 224/6

Txt [1] 4/18

type [2] 14/1 115/13

**U**

unable [3] 88/3 150/18

retail... [1]

169/21

unaware [1] 193/23

unclear [1] 47/8

under [30] 36/2 36/5 59/23 64/4 69/6 71/2 71/2 74/10 74/19 76/12 77/20 91/6 91/10 96/15 101/6 133/5 137/7 153/25 160/22 162/19 170/1 172/20 172/24 186/4 186/11 188/19 192/15 193/16 212/25 259/7

underneath [1] 160/2

undersigned [1] 158/11

understand [85] 14/18 18/13 18/15 18/17 19/6 22/23 24/11 24/14 26/3 27/23 30/6 37/10 37/12 37/19 41/23 53/12 64/8 75/24 76/2 76/4 78/9 78/10 81/11 88/20 91/5 91/10 105/12 106/17 108/1 110/12 111/10 111/11 111/18 111/20 113/15 118/15 118/20 118/22 118/24 134/22 137/20 139/9 139/14 148/2 148/11 159/4 159/9 167/1 170/2 174/1 175/25 181/16 183/15 187/17 187/21 188/10 188/16 191/4 191/8 193/2 202/2 202/10 212/13 213/4 222/1 222/4 222/7 228/6 228/7 240/8 240/22 244/24 250/2 255/19 256/3 259/5 260/7 260/15 260/16 260/23 264/9

understanding [11] 23/15 23/15 24/8 34/10 40/15 45/9 45/13 45/19 71/15 152/1 234/13

understood [10] 26/22 41/18 47/5 107/15 111/13 181/8 181/13 181/16 250/5 259/13

unfortunately [3] 12/21 105/19 263/14

Unicorn [3] 4/13 127/8 131/25

unison [2] 190/22 191/11

UNIT [1] 2/23

UNITED [2] 1/1 160/22

unless [2] 106/24 162/2

unnecessary [1] 137/17

unplugged [1] 49/3

unprofessionally [1] 258/4

unredacted [1] 186/10

unsecured [2] 3/12

5/20

unsure [1] 253/8

until [15] 28/5 58/19 67/15 105/15 105/18 109/20 183/19 198/11 201/7 231/22 234/23 257/4 262/18 267/4 267/10

Untrue [1] 91/16

unusual [1] 262/16

up [96] 13/17 15/14 19/12 21/20 24/5 24/22 25/2 25/7 25/11 29/9 32/10 32/13 34/17 36/7 42/14 43/8 44/10 55/16 55/24 57/9 59/15 62/23 69/12 71/1 73/20 83/16 88/16 89/9 91/7 91/24 94/1 94/18 97/10 100/11 102/22 103/9 103/16 105/18 108/16 114/8 114/10 119/15 124/7 125/17 131/18 133/3 133/9 133/24 134/5 135/16 136/2 137/9 141/14 144/19 146/4 153/2 157/11 159/25 160/16 160/25 162/1 163/5 165/18 171/17 179/6 182/14 187/3 190/9 195/12 197/1 201/25 202/19 203/7 205/20 209/10 209/22 210/13 213/2 215/8 215/23 221/11 225/3 227/14 231/13 235/22 235/23 238/20 239/20 241/25 244/25 247/13 248/3 251/13 253/15 262/19 266/7

update [2] 173/1 191/24

Updates [1] 186/12

upon [6] 10/2 10/7 18/25 21/3 39/16 163/6

upsetting [1] 249/10

urge [1] 210/14

us [17] 41/19 42/19 46/25 68/8 152/2 163/6 190/18 207/1 217/8 227/2 238/15 238/16 244/2 245/12 248/16 251/11 261/17

use [7] 68/11 98/12 111/8 111/16 115/12 139/8 139/10

used [9] 9/12 46/13 47/19 88/5 105/13 125/20 125/23 132/22 266/9

useful [1] 11/17

useless [1] 191/1

using [5] 9/20 104/21 108/9 111/15 145/20

usual [1] 154/3

| V | | | |
|---|---|---|---|
| **vaguely [2]** 22/21 33/23 | vote [4] 164/6 165/5 165/5 191/5 | wasting [1] 225/8 wants [1] 219/20 was [341] | 160/19 162/18 163/9 166/19 166/29 167/24 168/18 172/23 174/5 |

vaguely [2] 22/21 33/23
valuation [4] 231/5 231/6 231/7 231/14
value [5] 215/1 226/15 227/4 234/22 245/9
valued [2] 42/20 42/22
valuing [3] 226/3 226/9 226/14
various [4] 22/4 72/14 73/15 148/4
vehemently [3] 59/4 164/24 165/1
verdict [2] 85/6 85/8
version [3] 186/10 221/3 254/14
very [53] 19/2 31/1 37/4 57/25 66/15 66/16 79/9 88/18 94/15 97/7 99/6 109/3 109/15 113/7 125/8 128/18 128/22 133/12 136/4 161/19 163/2 164/3 168/5 168/9 168/8 168/14 169/12 169/16 175/19 180/24 207/14 209/12 217/2 223/5 224/23 225/22 226/10 231/20 244/10 248/21 249/9 251/12 256/2 257/8 259/9 259/10 261/14 261/16 263/6 263/25 264/20 266/14 268/5
via [2] 5/7 269/6
vice [3] 168/12 215/18 215/24
Video [1] 1/9
videoconference [1] 269/6
videographer [2] 3/19 5/9
videotaped [2] 1/14 5/5
view [5] 103/8 118/16 118/17 136/6 136/6
viewed [11] 61/3 62/10 62/16 117/10 117/11 118/5 121/20 126/17 127/20 128/11 129/8
violated [1] 190/20
violation [1] 42/1
visible [1] 136/11
vision [1] 34/6
visit [5] 192/20 192/24 193/1 193/17 193/20
visited [1] 225/16
visiting [1] 193/24
visits [1] 193/4
VITAL [32] 1/6 5/2 9/13 18/8 18/10 26/11 34/17 54/4 54/4 54/12 54/21 55/7 62/8 134/14 135/4 145/1 148/3 171/23 179/11 215/1 230/22 231/2 233/10 234/1 234/15 234/23 245/13 250/3 250/8 261/7 261/8 269/8

vote [4] 164/6 165/5 165/5 191/5
VPX [31] 4/14 4/15 60/16 79/14 81/13 87/10 88/3 97/22 100/19 108/25 114/21 119/24 124/17 127/9 134/16 141/22 145/3 153/12 172/1 179/15 203/7 246/24 259/16 259/20 259/21 260/2 260/9 261/15 262/4 262/17 264/3
VPX-BOD1004 [1] 179/15
VPX-BOD213 [1] 172/1
VPX-JHO1013 [1] 203/7
VPX-JHO1096 [1] 97/22
VPX-JHO112 [1] 153/12
VPX-JHO1167 [1] 100/19
VPX-JHO121 [1] 124/17
VPX-JHO128 [1] 114/21
VPX-JHO135 [1] 134/16
VPX-JHO142 [1] 127/9
VPX-JHO151 [1] 145/3
VPX-JHO158 [1] 119/24
VPX-JHO165 [1] 141/22
VPXJHO1238 [1] 58/9

| W | | | |
|---|---|---|---|

wait [6] 84/15 122/20 197/9 233/1 239/13 243/18
waiting [4] 130/4 130/6 176/16 232/16
waived [1] 177/25
walked [1] 195/5
want [54] 17/2 18/17 35/6 37/6 38/4 39/7 39/21 47/18 51/15 51/18 54/14 55/23 57/10 57/24 63/2 77/12 86/2 110/11 113/14 115/21 133/2 149/18 155/13 156/4 157/1 159/19 160/11 160/13 162/15 164/10 166/12 176/18 185/6 208/13 213/12 219/11 219/22 219/23 219/25 222/25 228/22 232/14 232/15 232/16 238/9 240/21 241/11 244/18 247/23 248/20 249/5 253/13 255/15 265/5
wanted [7] 6/13 34/9 77/1 148/16 176/11

wasting [1] 225/8
wants [1] 219/20
was [341]
wasn't [11] 15/6 16/25 79/1 137/3 144/12 157/24 165/3 225/25 238/8 247/7 248/2
Watch [1] 142/5
WATKINS [26] 2/3 2/7 3/20 5/16 7/15 42/10 42/17 43/25 44/10 59/7 86/21 97/4 97/6 97/21 105/14 133/20 148/11 149/3 150/2 172/7 176/8 193/25 228/18 231/23 262/13 262/23
waved [1] 195/5
way [27] 23/12 56/8 57/25 65/10 78/19 78/22 88/24 100/23 104/19 111/17 124/12 143/19 155/3 158/2 159/15 175/1 180/1 197/16 197/21 205/13 218/7 221/8 232/15 255/13 256/21 257/1 258/25
we [242] 6/3 6/11 6/17 7/23 7/24 7/25 8/16 12/18 19/13 21/1 22/3 24/22 25/2 25/12 25/13 26/12 26/25 27/3 27/5 28/6 31/1 31/25 32/2 36/20 40/4 40/5 44/14 45/6 47/1 51/21 52/2 54/5 55/22 57/8 57/13 58/6 58/10 58/10 62/23 63/4 66/14 67/15 68/11 68/20 68/20 68/21 71/9 72/12 72/19 74/15 74/16 75/11 75/12 79/3 80/19 81/6 81/13 82/5 84/21 85/14 89/1 89/13 95/11 95/23 96/1 97/9 97/15 97/16 97/18 99/4 101/15 104/10 106/11 107/9 107/21 113/13 114/3 121/11 122/13 124/5 124/6 125/5 125/8 125/16 125/17 128/6 128/22 129/19 129/21 129/22 130/6 130/19 131/9 131/18 131/19 131/22 132/12 133/2 133/3 133/18 134/5 135/3 135/15 136/6 136/7 136/7 136/18 137/8 137/12 137/18 139/12 140/20 142/3 142/22 144/12 148/4 148/9 148/14 149/9 149/19 150/4 150/24 151/6 151/14 151/16 152/9 153/2 153/23 154/17 155/16 156/5 157/11 159/21 159/22 159/22 169/11

wants [1] 219/20
was [341]
wasn't [11] 15/6 16/25 79/1 137/3 144/12 157/24 165/3 225/25 238/8 247/7 248/2
Watch [1] 142/5
WATKINS [26] 2/3 2/7 3/20 5/16 7/15 42/10 42/17 43/25 44/10 59/7 86/21 97/4 97/6 97/21 105/14 133/20 148/11 149/3 150/2 172/7 176/8 193/25 228/18 231/23 262/13 262/23
waved [1] 195/5
way [27] 23/12 56/8 57/25 65/10 78/19 78/22 88/24 100/23 104/19 111/17 124/12 143/19 155/3 158/2 159/15 175/1 180/1 197/16 197/21 205/13 218/7 221/8 232/15 255/13 256/21 257/1 258/25

160/19 162/18 163/9 166/19 166/29 167/24 168/18 172/23 174/5 174/5 174/22 176/9 176/16 177/17 177/23 178/8 179/5 179/7 183/1 184/5 185/1 186/9 187/4 187/5 193/20 194/6 195/12 197/1 197/24 201/5 201/16 202/11 202/13 203/7 203/11 205/5 205/20 207/5 208/7 208/8 214/19 215/8 217/6 217/19 220/16 221/3 222/23 223/6 225/4 227/15 229/9 230/16 235/4 235/22 235/23 238/14 240/3 240/9 240/9 241/18 242/16 242/18 242/23 243/23 246/6 244/8 244/11 244/13 245/6 245/7 245/8 246/23 247/16 248/3 248/17 249/4 249/7 250/23 251/8 251/9 251/14 255/7 258/22 261/7 261/8 261/14 261/21 261/21 262/5 262/7 262/7 262/9 264/2 264/18 264/19 264/25 265/1 265/19 265/20 266/8 266/8 266/9 266/12 267/18 267/20
we'll [23] 55/16 70/9 93/4 114/11 124/7 126/3 127/1 129/25 133/22 141/14 153/3 155/13 171/18 171/18 180/10 202/25 219/4 233/2 235/14 235/24 245/23 251/6 259/2
we're [19] 18/18 29/24 29/25 36/13 42/23 56/10 66/16 85/15 99/16 112/21 133/21 136/12 151/10 225/18 251/7 251/13 255/11 261/3 268/5
we've [9] 43/10 94/10 104/22 117/3 140/23 141/9 180/5 184/1 225/23
wealth [5] 34/22 35/2 35/11 214/24 232/10
weaponization [1] 44/11
weaponize [1] 149/16
Wednesday [1] 16/12
week [4] 8/9 15/19 15/22 267/20
weeks [1] 75/22
WEICHSELBAUM [1] 2/8
weight [1] 81/25
welcome [3] 152/13 190/2 216/17

well [54] 5/22 11/15 12/21 16/16 17/13 18/6 24/3 32/6 37/15 39/3 42/3 47/14 52/13 56/13 56/24 57/4 62/2 69/15 72/18 77/10 103/16 106/21 108/7 108/9 114/3 139/5 140/4 143/18 155/12 157/4 159/23 167/4 180/3 180/11 188/15 192/4 198/5 201/16 203/18 204/18 208/10 215/19 221/3 223/19 229/2 234/4 241/25 242/22 243/15 251/5 256/24 257/21 263/6 267/4
went [10] 131/9 144/13 147/5 168/25 240/3 244/19 254/10 254/18 264/20 265/20
were [131] 5/1 6/17 8/8 9/13 17/25 18/22 21/3 25/8 33/15 34/15 34/23 35/18 38/11 38/17 40/22 40/23 41/2 41/6 41/6 41/24 42/11 42/12 46/13 46/13 48/24 49/8 50/1 50/24 51/5 53/4 53/12 53/15 54/1 54/12 54/16 56/22 61/17 64/3 68/10 72/20 73/22 75/25 85/14 87/8 87/12 96/1 107/23 108/2 108/8 108/11 109/23 110/13 131/18 131/23 148/3 148/12 148/19 152/16 157/17 157/22 158/21 161/11 163/8 165/9 167/16 167/25 168/18 171/3 172/2 172/9 174/22 176/1 176/8 176/16 176/20 176/24 177/17 177/6 179/24 180/16 180/20 181/8 181/22 187/4 190/3 190/4 190/18 193/3 193/4 193/24 196/21 201/1 220/3 222/13 228/17 228/24 228/25 230/13 232/10 232/11 238/25 240/13 241/6 242/14 244/1 245/3 245/5 245/6 246/19 247/10 247/24 251/9 252/25 253/2 253/7 256/13 257/12 258/6 258/11 258/15 261/7 261/8 264/14 262/9 264/3 264/11 265/6 265/7 266/14 266/25 267/2
weren't [4] 73/19 83/15 165/10 264/22
West [7] 1/19 2/22 5/13 269/5 269/18 270/4 270/20
wet [25] 64/5 104/14

IN RE: VITAL PHARMACEUTICALS, et al.
Depositing of John Hassler | July 9th, 2025

Case 22-17842-PDR   Doc 3511-3   Filed 07/10/23   Page 300 of
301

**W**

wet... [23]  115/8 122/22
122/22 123/8 123/11
125/12 131/13 138/5
138/11 139/20 140/10
140/11 142/19 145/25
146/2 146/17 154/5
154/15 154/16 157/5
160/9 196/5 240/13
**what [177]**  9/6 12/4
12/7 12/15 13/13 15/3
15/6 15/10 16/12 16/18
19/12 19/13 20/20 21/17
21/18 21/19 22/14 23/4
28/12 28/25 29/18 30/2
30/5 32/8 35/20 38/14
39/3 41/10 41/18 42/19
42/22 42/25 44/20 45/9
45/13 46/16 47/7 47/16
47/16 48/1 48/4 49/22
49/25 50/25 51/10 52/15
59/13 59/19 60/3 61/25
62/3 62/8 63/15 63/15
66/11 69/17 72/7 72/9
72/23 73/1 73/4 75/13
76/25 78/3 78/5 79/16
80/21 85/6 85/7 88/20
92/1 98/20 99/19 101/24
102/1 102/15 103/19
106/22 108/5 108/10
108/14 108/25 110/5
110/8 111/2 111/3 111/9
111/24 112/7 112/11
112/20 113/13 119/7
120/10 122/8 123/7
125/21 126/21 131/9
133/10 138/1 138/7
139/1 140/6 141/8
143/17 144/14 145/18
146/15 147/12 147/21
149/13 154/24 155/7
155/22 155/25 156/11
156/18 156/24 157/8
160/8 161/21 163/21
163/24 167/20 169/16
174/14 175/22 181/23
182/8 186/24 187/21
188/11 189/4 189/16
189/20 190/7 193/1
193/19 199/17 201/19
202/5 203/18 208/23
208/24 209/19 210/10
210/23 210/25 214/7
214/11 218/19 222/1
222/20 223/2 223/13
223/17 223/21 224/2
226/13 228/2 228/7
233/13 234/8 239/14
240/5 240/9 240/9 241/5
241/12 244/4 246/8
246/23 252/23 256/9
256/22 264/24
**what's [9]**  82/19 103/25
125/25 131/23 255/22
256/18 257/17 257/18
259/14
**whatever [6]**  46/7 46/18

when [108]  6/17 9/13
9/16 9/19 15/3 15/7
16/21 20/11 20/19 21/24
22/10 24/16 25/2 25/16
28/1 28/18 28/19 29/6
30/15 31/18 31/25 32/18
33/4 33/14 34/6 35/18
36/4 36/6 38/12 40/17
41/21 42/5 44/16 46/3
46/20 48/9 48/13 48/14
51/4 53/2 53/9 54/8
54/19 55/6 62/6 65/13
66/16 68/6 71/24 77/11
82/17 83/5 83/11 90/14
102/8 103/15 105/17
106/10 107/23 108/16
109/23 112/6 129/11
132/11 137/11 139/11
140/14 150/10 163/23
164/4 164/17 164/20
165/10 167/16 168/2
168/7 168/18 169/1
169/7 169/21 170/18
171/3 177/22 182/13
182/16 182/17 182/19
196/15 200/16 200/19
201/1 201/1 201/22
202/14 209/19 214/10
217/8 229/6 232/18
233/23 240/21 248/17
258/5 259/24 260/7
262/20 266/18 267/6
whenever [3]  69/25
163/9 219/10
where [49]  8/4 12/13
14/10 15/12 15/15 25/22
48/7 49/10 60/7 62/21
70/19 71/10 76/17 79/21
85/14 87/24 101/3 101/7
106/13 117/13 117/19
117/22 117/25 118/4
143/20 143/25 147/1
157/22 166/7 180/7
180/8 183/20 185/6
185/8 186/14 191/16
191/17 198/24 210/11
210/16 213/5 234/18
254/25 255/4 256/3
259/21 262/7 265/22
266/10
Where's [1]  145/25
whereas [3]  159/14
160/18 160/19
Whereupon [33]  19/15
27/9 27/17 52/6 55/18
80/22 90/25 93/16 97/11
100/13 102/24 114/12
119/17 124/9 127/3
130/9 134/1 141/16
144/21 151/12 153/4
171/20 179/8 194/21
195/14 202/21 221/13
230/18 235/18 236/5
249/21 253/20 268/8
whether [21]  62/14 16/4

178/23 203/23 218/6
218/21 233/25 241/2
241/11 254/8 254/9
255/9 256/22 257/2
which [67]  5/12 18/19
19/13 25/8 25/10 34/25
42/1 42/10 44/2 44/3
44/14 53/11 53/25 55/4
68/17 78/24 80/15 95/21
100/11 102/23 113/10
113/24 119/15 122/24
124/7 127/1 132/10
133/22 139/20 140/12
141/14 150/4 151/23
152/5 153/3 154/17
162/7 162/18 163/12
169/7 175/8 181/24
183/2 186/15 189/23
199/7 199/15 199/19
199/22 202/19 213/1
213/18 214/2 214/5
221/11 222/24 229/19
230/13 231/14 238/24
243/24 245/5 245/14
246/11 246/23 261/15
263/8
while [8]  40/23 41/6
46/21 109/24 128/24
184/13 185/1 266/17
White [1]  225/3
who [49]  8/22 9/8 15/25
22/2 25/2 34/20 41/20
42/21 44/8 44/8 44/23
48/16 54/8 54/11 60/15
60/24 62/16 66/7 66/11
81/5 81/14 84/7 108/19
110/2 110/13 113/4
120/20 150/2 159/16
159/20 164/5 164/7
173/3 173/3 173/8
173/13 175/3 176/18
196/10 200/10 215/14
215/15 215/17 228/20
231/6 247/10 259/18
265/3 266/1
whole [8]  47/14 109/21
159/19 163/25 203/24
216/15 217/3 236/9
wholeheartedly [1]
129/7
whom [7]  22/12 30/11
31/3 33/8 44/17 228/10
228/13
whose [2]  163/11 176/4
why [38]  16/3 26/17
33/18 36/20 56/15 56/24
58/6 79/2 79/5 94/7
94/19 111/22 111/24
111/25 118/11 118/12
118/25 120/15 123/16
140/20 144/8 145/21
145/22 145/22 166/13
186/23 192/12 192/12
193/8 200/2 207/23
217/6 227/14 249/4

251/3 260/11 261/2
265/7
will [65]  5/11 5/13 13/6
16/4 18/11 19/11 19/13
22/23 31/23 31/25 36/18
40/3 40/5 40/12 43/3
43/5 50/9 51/12 53/10
55/22 55/25 66/19 67/15
69/15 69/23 69/23 70/4
70/7 70/8 76/14 77/22
78/3 78/4 93/24 102/23
108/16 109/1 109/20
112/9 112/13 119/15
130/19 149/5 149/9
150/24 152/9 158/8
169/25 172/8 177/18
179/7 180/25 184/15
184/19 185/18 195/12
197/2 221/11 222/23
229/11 232/9 249/11
253/16 253/23 267/20
willing [1]  219/20
willingly [2]  42/14
161/17
wire [1]  203/6
wisdom [1]  139/22
wise [1]  37/16
wish [1]  138/13
withheld [1]  56/21
222/5 222/13
withhold [1]  222/21
within [2]  164/22
168/10
without [5]  105/11
130/15 159/2 159/17
162/25
witness [11]  4/2 5/14
10/19 11/10 11/18 23/24
37/24 90/14 151/25
269/12 270/15
won't [7]  11/15 42/19
70/8 90/5 90/6 156/2
180/23
wonder [1]  88/24
word [8]  18/4 74/4
111/8 111/20 125/21
139/8 139/12 139/14
words [9]  88/19 147/14
175/19 199/10 228/5
233/20 233/21 234/4
234/17
work [4]  89/19 92/14
110/7 110/21
worked [5]  44/15 86/21
89/18
working [12]  15/2 15/3
15/6 22/4 29/25 30/2
38/17 90/1 110/18
173/13 201/24 209/21
works [2]  60/16 249/18
world [1]  231/8
worse [5]  64/6 122/24
140/10
worth [9]  39/24 42/20
223/10 223/22 224/12
224/21 225/5 226/22
223/1

worthless [1]  232/1
would [145]  6/19 11/7
11/17 12/15 12/16 12/25
13/13 15/14 15/20 15/24
16/3 16/6 16/14 16/24
16/9 20/21 23/12 23/22
24/25 31/8 31/20 32/24
35/22 38/2 38/24 39/5
40/10 43/25 45/3 45/21
45/22 47/16 48/6 55/3
56/15 56/25 59/7 67/8
72/17 77/9 78/24 80/15
83/10 84/9 88/5 88/15
89/2 94/17 101/1 103/12
106/3 106/9 113/11
113/23 115/24 118/13
129/23 131/17 134/7
134/24 136/6 136/17
143/2 160/3 161/12
161/14 161/17 162/3
162/22 163/14 164/2
166/16 168/24 170/1
170/7 170/11 174/12
174/21 176/11 180/1
181/4 182/12 183/13
183/15 183/24 184/2
184/19 185/3 185/9
185/20 185/24 186/23
187/15 187/16 188/12
189/5 192/4 192/5 192/6
192/6 193/5 193/7
196/24 200/19 203/17
203/20 203/22 205/10
210/14 215/3 222/22
224/9 225/6 226/19
232/4 232/5 234/2
234/12 234/21 237/15
243/24 244/4 248/13
248/14 249/12 250/18
251/20 255/25 256/16
257/5 257/7 257/9
257/24 259/11 260/8
261/15 261/18 262/8
262/14 263/6 265/22
266/19
wouldn't [10]  42/13
59/8 68/9 87/18 114/8
76/8 176/10 176/18
177/7 257/10
Wow [2]  125/2 127/16
wrecking [1]  41/21
Writ [2]  4/13 4/15
write [1]  43/2
writes [2]  175/17 216/1
writing [5]  33/12 42/19
137/25 200/13 230/10
written [25]  4/12 4/12
4/13 4/14 4/14 4/15
33/22 114/19 119/22
125/17 127/7 132/1
134/13 136/19 141/20
144/25 153/9 191/2
239/5 239/10 239/22
240/3 240/23 241/2
241/13
wrong [2]  166/16

IN RE: VITAL PHARMACEUTICALS, et al.
Deposition of John M. McDonald January 11, 2023

Case 22-17842-PDR    Doc 1610-3    Filed 07/10/23    Page 301 of 301

W

**wrong...** [1] 263/14
**wrongly** [1] 250/23
**wrote** [3] 41/25 42/4
42/10

Y

**Yaylin** [5] 60/12 60/15
60/21 117/5 121/12
**yeah** [32] 14/3 20/17
23/2 62/21 62/24 74/15
82/23 115/21 117/18
118/24 125/7 132/10
133/9 133/11 154/2
158/15 158/20 186/13
188/8 192/22 203/23
208/20 208/23 221/1
224/15 225/5 225/17
243/20 244/6 250/7
254/17 260/5
**year** [9] 34/11 34/14
41/2 50/10 50/11 50/12
161/16 224/7 244/5
**years** [7] 19/3 47/21
108/25 163/7 163/11
262/16 265/1
**yellow** [1] 199/2
**yes** [245] 8/6 8/18 8/21
9/5 10/22 11/20 12/3
14/20 14/22 14/24 15/16
17/12 18/10 20/5 20/18
21/9 22/9 22/21 22/25
23/2 26/16 26/19 29/12
31/10 31/19 33/17 37/21
39/9 43/13 43/24 44/1
44/13 46/1 46/4 50/21
50/21 52/13 52/25 56/5
56/22 58/2 58/12 59/18
60/10 60/14 60/23 61/4
61/8 61/11 61/15 61/20
61/24 62/11 62/15 63/19
64/1 64/18 70/22 70/25
71/5 71/14 72/5 74/9
74/21 75/2 76/24 77/7
77/14 77/25 78/8 78/14
82/22 91/9 92/15 93/2
93/7 93/23 95/15 96/10
96/14 96/19 96/24 98/11
101/8 101/11 102/21
103/6 103/18 103/21
104/6 105/18 105/23
106/2 106/16 106/16
107/19 111/22 112/19
114/23 117/1 117/8
117/12 118/6 119/5
120/2 121/9 121/14
121/18 121/21 122/5
124/5 124/19 125/9
126/16 126/19 127/11
127/19 128/11 131/2
131/6 132/2 133/12
134/18 134/25 136/2
136/4 136/16 136/24
137/2 139/21 142/9
142/15 143/1 143/1
143/23 145/5 145/11
146/24 147/3 153/17

147/24 174/24 187/11 225/9
162/7 162/13 162/21
171/6 171/11 172/14
172/17 172/22 173/2
179/4 179/18 179/22
181/12 182/6 183/6
183/10 187/19 187/21
188/3 188/25 192/18
193/19 193/25 195/19
195/25 196/2 196/9
196/19 197/13 197/19
198/5 198/5 198/13
198/21 199/5 199/6
199/18 200/9 200/24
201/9 204/5 204/8
204/21 204/25 205/4
206/1 206/15 210/5
211/5 213/11 213/17
215/6 215/13 215/24
216/5 216/8 217/23
218/15 220/17 222/11
222/16 223/12 224/15
226/4 226/19 227/14
228/1 229/18 230/1
230/2 232/3 233/7
233/22 235/25 236/16
240/19 242/7 242/17
244/17 246/3 246/18
246/22 250/4 251/23
252/6 252/18 253/19
254/1 254/6 254/12
254/23 255/18 255/23
258/8 258/13 259/1
259/23 260/4 267/2
**yesterday** [6] 36/3 36/6
166/6 167/3 236/24
242/23
**yet** [5] 12/24 82/25
122/24 140/10 147/10
**YORK** [3] 2/9 3/15 3/15
**you** [1632]
**you'd** [1] 45/6
**you'll** [7] 16/9 106/10
118/1 170/5 177/3
227/18 251/14
**you're** [83] 13/15 15/15
21/18 23/20 24/3 24/4
30/2 32/17 33/24 35/7
35/8 41/10 42/5 44/21
45/14 45/20 46/3 47/15
49/16 50/19 51/20 54/22
69/12 70/1 70/2 72/5
72/7 77/6 81/5 83/9
83/16 88/12 88/14 91/5
91/10 92/8 98/14 99/8
99/18 106/18 111/15
123/1 123/3 132/15
134/4 140/21 141/5
143/11 150/18 152/13
152/24 165/11 169/20
170/12 170/13 170/24
172/17 184/10 184/22
185/8 190/2 194/5 195/3
198/3 198/7 199/16
199/19 202/3 203/19
216/13 216/17 217/8

224/24 225/23
233/13 241/1 259/9
264/9 264/24
**you've** [10] 6/14 67/14
85/24 86/4 139/5 140/22
170/8 221/24 237/6
241/9
**younger** [1] 163/12
**your** [262] 6/20 8/5 8/7
9/23 10/5 10/9 10/9
10/13 11/2 13/2 13/22
14/25 16/16 16/17 17/9
17/17 18/1 18/3 18/23
21/3 21/8 21/12 23/14
23/15 24/8 26/14 28/9
28/16 30/18 30/23 30/24
31/5 31/18 31/24 32/9
32/10 35/17 37/5 37/5
37/16 37/19 38/20 39/2
39/15 39/24 39/25 40/3
41/13 41/25 43/15 43/18
44/23 45/8 45/11 45/13
46/7 46/11 48/9 48/14
48/18 48/23 49/25 50/18
51/8 51/10 51/18 52/11
55/5 57/1 58/13 58/16
61/16 61/22 62/3 62/20
63/12 64/15 64/24 65/16
66/20 67/17 67/18 67/21
68/12 69/20 70/11 71/15
71/20 75/13 79/18 80/1
80/6 80/10 82/12 88/13
93/9 95/17 98/4 99/20
101/4 101/10 101/24
102/15 103/25 104/5
104/12 104/18 105/24
106/4 106/8 106/10
106/13 107/15 107/22
108/1 108/10 108/14
108/20 109/1 109/6
109/21 109/24 110/5
110/8 110/23 111/3
111/5 112/1 112/6
112/18 113/5 113/10
113/15 113/25 114/1
116/13 117/24 119/3
119/7 119/8 121/1 121/2
122/8 122/16 122/17
123/7 124/3 125/21
125/25 126/20 129/2
130/7 130/18 137/14
138/1 138/7 138/12
139/1 139/21 140/6
140/16 143/17 144/1
144/14 146/3 149/2
149/11 152/10 154/1
154/20 155/22 156/24
157/8 163/24 165/19
167/7 170/10 170/13
170/21 171/9 172/20
179/19 185/14 191/19
193/22 194/5 195/6
196/4 196/7 197/2 197/6
198/18 198/23 199/10
199/22 201/18 201/23

203/12 203/13 206/5
206/18 209/3 209/8
209/14 211/22 212/21
212/22 219/3 219/22
219/22 219/25 219/25
220/2 220/20 221/4
222/4 222/18 222/20
222/25 223/3 223/21
228/5 229/7 230/3
230/13 233/20 234/4
234/13 234/25 234/25
235/12 236/23 237/6
237/24 239/4 239/9
239/14 239/15 239/21
240/1 240/22 241/1
251/18 252/3 252/19
252/24 252/24 254/10
254/15 255/17 256/4
256/18 257/17 257/18
258/11 258/17 266/5
267/19
**yours** [3] 42/3 159/22
257/13
**yourself** [3] 92/16
161/22 163/16
**yourselves** [2] 36/16
36/16

Z

**zero** [1] 181/21
**zoom** [5] 5/7 13/19
115/4 121/2 125/17