# **EXHIBIT 4**

VITAL PHARMACEUTICALS, INC.
(a Florida corporation)

ACTION BY UNANIMOUS WRITTEN CONSENT
OF
THE SHAREHOLDER AND
BOARD OF DIRECTORS
IN LIEU OF MEETING

Effective: October 26, 2022

The undersigned, being the sole shareholder (the "Shareholder") and the sole member of the Board of Directors (the "Board" or "Board of Directors") of Vital Pharmaceuticals, Inc., a Florida corporation (the "Corporation"), hereby (a) take, authorize and adopt the following actions and matters, without and in lieu of a meeting, pursuant to Sections 607.0704 (as applicable to the Shareholder) and 607.0821 (as applicable to the Board of Directors), of the Florida Business Corporation Act (Chapter 607, Florida Statutes) (the "FBCA"), (b) waive any and all notices and requirements for notice, including of the time, date, place and/or purpose of or with regard to any meeting of the Shareholder and/or the Board of Directors of the Corporation and of or with regard to the actions and matters set forth in this action by unanimous written consent of the Shareholder and Board of Directors (the "Written Consent"), and (c) consent and agree to the authorization, approval and adoption of the following resolutions (collectively, the "Resolutions") as provided or described below:

**WHEREAS**, on and as of the date hereof (a) the Shareholder owns all of the issued and outstanding shares of capital stock of the Corporation enabling him to take the following actions by written consent without a shareholders' meeting pursuant to and in accordance with Section 607.0704 of the FBCA, and (b) the undersigned is the only duly elected member of the Board of Directors of the Corporation (and thus constitute the entire Board of Directors) enabling him to take the following actions by written consent without a Directors' meeting pursuant to and in accordance with Section 607.0821 of the FBCA; and

**WHEREAS**, the Shareholder and the Board of Directors, each of whom: (a) has reviewed in its entirety this Written Consent, the recitals and Resolutions included herein and the form,

content, terms and provisions of each exhibit annexed hereto and referenced herein, and (b) has had the opportunity to ask questions of and receive responses from senior management of the Corporation regarding the Resolutions, and the actions and matters set forth herein, have determined that the actions and matters described, provided for, authorized and ratified herein are desirable for, and are fair to and in the best interests of, the Corporation and the Shareholder.

Bylaws Amendment

**WHEREAS**, the Shareholder desires to amend (the "Amendment") Section 3.12 of the bylaws of the Corporation (the "Bylaws", and, as amended, the "Amended Bylaws"), adopted as of August 13, 2020, to provide a committee may consist of one person.

**NOW, THEREFORE, LET IT BE RESOLVED**, that Section 3.12 of the Bylaws is hereby deleted in its entirety and replaced with the following:

"**Section 3.12 Committees**. The Board of Directors, by resolution adopted by a majority of the then-existing Board of Directors, may designate from among its members one or more other committees, each of which shall have and may exercise all of the authority of the Board of Directors in the business and affairs of the Corporation except where the action of the full Board of Directors is required by statute. Each committee may consist of one member. Vacancies in the membership of a committee shall be filled by the Board of Directors at a regular or special meeting of the Board of Directors. The designation of any such committee and the delegation thereto of authority shall not operate to relieve the Board of Directors, or any member thereof, of any responsibility imposed upon the Board of Directors by law."

Restructuring Committee

**NOW, THEREFORE, BE IT RESOLVED**, that, after giving effect to the Amendment, the Board of Directors hereby create a restructuring committee composed of one (1) individual (the "Restructuring Committee") and appoints Steven G. Panagos to serve on the Restructuring Committee. The Restructuring Committee shall make recommendations to the Board of Directors regarding all aspects of the Corporation's restructuring, including with respect to filings (whether existing presently or in the future) under chapter 11 of the United States Bankruptcy Code, including without limitation the undertaking by the Corporation to satisfy any requirements of Section 3.1(b)(iii) of the Superpriority Secured Debtor-in-Possession Credit Agreement by and among the Corporation, as borrower, and certain other subsidiaries and affiliates of the Corporation from time to time as guarantors, the lenders party thereto from time to time (collectively, the "DIP Lenders") and Truist Bank, as administrative agent for the DIP Lenders.

Fixing Board Size

**NOW, THEREFORE, BE IT RESOLVED**, that, after giving effect to the Amendment, in accordance with Section 3.1 of the Amended Bylaws, the Shareholder hereby increases the number of members of the Board of Directors from one (1) to five (5) members (the "Board Increase").

Election of Board of Directors

**NOW, THEREFORE, BE IT RESOLVED**, that, after giving effect to the Board Increase, in connection with the election of the Board of Directors of the Corporation and the members thereof (each, a "Director") by and through this Written Consent (in lieu of holding an annual or other meeting of the Shareholder), the following persons be and hereby are, designated, elected and appointed to serve as Directors (and members of the Board of Directors) of the Corporation, in each case, to serve as such, in accordance with the articles of incorporation of the Corporation, the Amended Bylaws, and the FBCA, each until their respective successor is duly elected and qualified, or until his or her earlier death, resignation or removal:

      John H. Owoc, as Chairman of the Board
      Katherine Cole
      Dr. Guillermo Escalante
      Eric Hillman
      Steven G. Panagos

General Ratification and Authorization

**NOW, THEREFORE, BE IT RESOLVED**, that any matters, actions, transactions, and resolutions that were authorized, approved, taken, or entered into by any member of the Board or the Corporation's officers prior to the date hereof are hereby ratified, confirmed, approved, and adopted in all respects as the actions and deeds of the Corporation; and be it further

**RESOLVED**, that in addition to and without limiting the foregoing, the proper officers of the Corporation be, and each of them hereby is, for and in the name and on behalf of the Corporation, authorized to take, or cause to be taken, such further action, to make such filings and certifications, to deliver such notices, to execute and deliver, or cause to be delivered, all such agreements, instruments, notices and documents, to pay such fees and expenses, and to do all such things, in each case, as he or she may deem necessary or appropriate in order to effect and implement the purposes or to carry out the intent of the foregoing Resolutions (as conclusively evidenced by the execution, delivery, filing or performance of any such agreement, document or action, as the case may be), and any and all actions contemplated herein or heretofore taken by the directors, officers, employees, agents or shareholders of the Corporation in connection with the subject of the foregoing recitals and Resolutions be, and each of them hereby is, ratified, confirmed, approved and adopted in all respects as the act and deed of the Corporation.

This Written Consent may be executed in one or more counterparts, and by different parties hereto in separate counterparts, each of which when so executed shall be deemed an original, but all of which together shall constitute one and the same instrument. This Written Consent may be executed by manual, facsimile, conformed or electronic (including PDF) signature, with the same effect as an executed written original.

[Signature Page to Follow]

**IN WITNESS WHEREOF,** the undersigned have executed and delivered this Written Consent for the purposes described herein and in accordance with Florida law, effective as of the date first above written.

**SHAREHOLDER**:

_____
John Owoc (Oct 24, 2022 12:02 EDT)
John H. Owoc

**BOARD OF DIRECTORS**:

_____
John Owoc (Oct 24, 2022 12:02 EDT)
John H. Owoc

*[Signature Page to Written Consent – Vital Pharmaceuticals, Inc.]*