# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## **CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S WITNESS LIST**

Witness List Submitted on Behalf of:
[ ] Plaintiff  [ ] Defendant  [ ] Debtor  [X] Other: Creditors

| | |
|---|---|
| SUBMITTED BY: | Creditor John H. Owoc |
| | Conrad & Scherer, LLP |
| | 633 South Federal Highway, Suite 800 |
| | Fort Lauderdale, FL 33301 |
| | Phone: (954) 462-5500 |
| Date of Hearing/Trial: | July 11, 2023 |
| Type of Hearing/Trial: | Evidentiary Hearing on Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC |

### WITNESS LIST

1. John H. Owoc
   c/o Conrad & Scherer, L.L.P.
   633 South Federal Highway, Suite 800
   Fort Lauderdale, Florida 33301

2. Megan Owoc
   c/o Conrad & Scherer, L.L.P.
   633 South Federal Highway, Suite 800
   Fort Lauderdale, Florida 33301

3. Peter Sanchez
   Conrad & Scherer, L.L.P.
   633 South Federal Highway, Suite 800
   Fort Lauderdale, Florida 33301

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

4. Patrick Doliny
   c/o Conrad & Scherer, L.L.P.
   633 South Federal Highway, Suite 800
   Fort Lauderdale, Florida 33301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2023 a true and correct copy of this Witness List was served via CM/ECF electronic transmission to those parties registered to receive service in this case.

Respectfully submitted,

By: /s/ Irwin R. Gilbert
IRWIN R. GILBERT
*Counsel for Creditors Gilbert | Yarnell Corp. and Irwin R. Gilbert, P.A.*
Florida Bar No. 0099473
CONRAD & SCHERER, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com