# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

## CREDITOR AND INTERESTED PARY JOHN H. OWOC'S SUPPLEMENTAL EXHIBIT REGISTER

Exhibits Submitted on Behalf of: [ ] Plaintiff [ ] Defendant [ ] Debtor [X] Other: Creditor

SUBMITTED BY:    Creditor John H. Owoc
Conrad & Scherer, LLP
633 South Federal Highway, Suite 800
Fort Lauderdale, FL 33301
Phone: (954) 462-5500

Date of Hearing/Trial:    July 11, 2023

Type of Hearing/Trial:    Evidentiary Hearing on Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | IP Address Details for JHO Real Estate Investment LLC – Written Consent signed 10/9/22 (Miami) | | | |
| 2 | IP Address Details for JHO Real Estate Investment LLC – Written Consent signed 10/9/22 (Margate) | | | |
| 3 | IP Address Details for JHO Real Estate Investment - Second Amendment to Operating Agreement signed 12/14/22 (Southwest Ranches) | | | |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2023 a true and correct copy of this Exhibit Register was served via CM/ECF electronic transmission to those parties registered to receive service in this case.

    Respectfully submitted,

    By: /s/ Irwin R. Gilbert
    IRWIN R. GILBERT
    *Counsel for John H. Owoc*
    Florida Bar No. 0099473
    CONRAD & SCHERER, LLP
    633 South Federal Highway
    Fort Lauderdale, FL 33301
    Tel: (954) 847-3328 | Fax: (954) 463-9244
    Email: IGilbert@conradscherer.com