# 2022-12-14 - JHO Real Estate Investment - Second Amendment to Operating Agreement (Dickinson) (JG)

Final Audit Report 2022-12-14

| | |
|---|---|
| Created: | 2022-12-14 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhjjfBefTO7hwUgt5JxLemnozuUXxMqg- |

## "2022-12-14 - JHO Real Estate Investment - Second Amendment to Operating Agreement (Dickinson) (JG)" History

- Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
  2022-12-14 - 3:50:30 PM GMT- IP address: 107.115.159.130

- Document emailed to ceo@bangenergy.com for signature
  2022-12-14 - 3:54:15 PM GMT

- Email viewed by ceo@bangenergy.com
  2022-12-14 - 4:08:52 PM GMT- IP address: 104.47.55.254

- Signer ceo@bangenergy.com entered name at signing as Jack Owoc
  2022-12-14 - 4:09:27 PM GMT- IP address: 98.249.238.179

- Document e-signed by Jack Owoc (ceo@bangenergy.com)
  Signature Date: 2022-12-14 - 4:09:29 PM GMT - Time Source: server- IP address: 98.249.238.179

- Agreement completed.
  2022-12-14 - 4:09:29 PM GMT

**Adobe Acrobat Sign**

```
{
    "query": "98.249.238.179",
    "status": "success",
    "continent": "North America",
    "continentCode": "NA",
    "country": "United States",
    "countryCode": "US",
    "region": "FL",
    "regionName": "Florida",
    "city": "Davie",
    "district": "",
    "zip": "33330",
    "lat": 26.062,
    "lon": -80.3368,
    "timezone": "America/New_York",
    "offset": -14400,
    "currency": "USD",
    "isp": "Comcast Cable Communications, LLC",
    "org": "Comcast Cable Communications, Inc.",
    "as": "AS20214 Comcast Cable Communications, LLC",
    "asname": "COMCAST-20214",
    "mobile": false,
    "proxy": false,
    "hosting": false
}
```

## Frequently Asked Questions

How often do you update your database?

We update our database as soon as we have new information about an IP block. For each API request, you will always have the most accurate location data, without having to worry about updating a local database.

Are you still going to be here next year? Can I use your API in production?

IP-API has been running since 2012 and we are now providing one of the most popular and reliable IP Geolocation API.

Do I need an API key for the free endpoint?

We will never require an API key or registration and the API schema will not change.

How many requests can I do?

26°03'43.2"N 80°20'12.5"W





# 26°O3'43.2"N 80°20'12.5"W
26.062000, -80.336800

 Directions  Save  Nearby  Send to phone  Share

 Southwest Ranches, FL

3M67+Q7W Southwest Ranches, Florida