# 2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22

Final Audit Report     2022-10-10

| | |
|---|---|
| Created: | 2022-10-10 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqLo7-EiMbtuOYL1Wqryj8wZPdw8i3V4S |

## "2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22" History

- Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
  2022-10-10 - 1:45:25 AM GMT- IP address: 174.211.100.206

- Document emailed to ceo@bangenergy.com for signature
  2022-10-10 - 1:45:34 AM GMT

- Email viewed by ceo@bangenergy.com
  2022-10-10 - 2:02:56 AM GMT- IP address: 104.47.59.254

- Signer ceo@bangenergy.com entered name at signing as John Owoc
  2022-10-10 - 2:03:32 AM GMT- IP address: 166.205.159.133

- Document e-signed by John Owoc (ceo@bangenergy.com)
  Signature Date: 2022-10-10 - 2:03:34 AM GMT - Time Source: server- IP address: 166.205.159.133

- Agreement completed.
  2022-10-10 - 2:03:34 AM GMT

**Adobe Acrobat Sign**

```
{
    "query": "166.205.159.133",
    "status": "success",
    "continent": "North America",
    "continentCode": "NA",
    "country": "United States",
    "countryCode": "US",
    "region": "FL",
    "regionName": "Florida",
    "city": "Margate",
    "district": "",
    "zip": "33063",
    "lat": 26.2681,
    "lon": -80.2092,
    "timezone": "America/New_York",
    "offset": -14400,
    "currency": "USD",
    "isp": "AT&T Services, Inc.",
    "org": "Service Provider Corporation",
    "as": "AS7018 AT&T Services, Inc.",
    "asname": "ATT-INTERNET4",
    "mobile": true,
    "proxy": false,
    "hosting": false
}
```

## Frequently Asked Questions

How often do you update your database?

We update our database as soon as we have new information about an IP block. For each API request, you will always have the most accurate location data, without having to worry about updating a local database.

Are you still going to be here next year? Can I use your API in production?

IP-API has been running since 2012 and we are now providing one of the most popular and reliable IP Geolocation API.

Do I need an API key for the free endpoint?

We will never require an API key or registration and the API schema will not change.

How many requests can I do?

# 26°16'05.2"N 80°12'33.1"W



Map data ©2023    200 ft



## 26°16'05.2"N 80°12'33.1"W
26.268100, -80.209200

 Directions     Save     Nearby     Send to phone     Share

 Margate, FL

7Q9R+68V Margate, Florida