# 2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22

Final Audit Report  2022-10-10

| | |
|---|---|
| Created: | 2022-10-10 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqLo7-EiMbtuOYL1Wqryj8wZPdw8i3V4S |

## "2022-10-09 - JHO Real Estate Investment LLC - resolution (bankruptcy) (LW) 10.9.22" History

- Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
  2022-10-10 - 1:45:25 AM GMT- IP address: 174.211.100.206

- Document emailed to ceo@bangenergy.com for signature
  2022-10-10 - 1:45:34 AM GMT

- Email viewed by ceo@bangenergy.com
  2022-10-10 - 2:02:56 AM GMT- IP address: 104.47.59.254

- Signer ceo@bangenergy.com entered name at signing as John Owoc
  2022-10-10 - 2:03:32 AM GMT- IP address: 166.205.159.133

- Document e-signed by John Owoc (ceo@bangenergy.com)
  Signature Date: 2022-10-10 - 2:03:34 AM GMT - Time Source: server- IP address: 166.205.159.133

- Agreement completed.
  2022-10-10 - 2:03:34 AM GMT


Adobe Acrobat Sign

VPX-JHO0000000075

**Case 22-17842-PDR    Doc 1621-3    Filed 07/10/23    Page 2 of 3**

  

(https://whatismyipaddress.com)

IP Details For: 166.205.159.133

| | |
|---|---|
| Decimal: | 2798493573 |
| Hostname: | mobile-166-205-159-133.mycingular.net |
| ASN: | 7018 |
| ISP: | AT&T Mobility LLC |
| Services: | None detected |
| Assignment: | Likely Static IP (/dynamic-static) |
| Country: | United States |
| State/Region: | Florida |
| City: | Miami |
| Latitude: | 25.7743 (25° 46′ 27.37″ N) |
| Longitude: | -80.1936 (80° 11′ 36.97″ W) |





 25°46'27.5"N 80°11'37.0"W



# 25°46'27.5"N 80°11'37.0"W
25.774300, -80.193600

 Directions      Save      Nearby      Send to phone      Share

 1 E Flagler St, Miami, FL 33132

QRF4+PHC Miami, Florida