# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC., *et al.*[1]    Chapter 11

Debtors.    /    (Jointly Administered)

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Patricia A. Redmond ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Andrew G. Devore ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court for the District of Massachusetts and the Southern District of New York, the U.S. Court of Appeals for the Second, Ninth and Eleventh Circuits, and the U.S. Supreme Court, and qualified to practice in this court, who proposes to act as counsel for Robert Dickinson, Stephen Gray, and Steven Panagos ("Clients") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and

---

[1] The address of the Debtors is 1600 N. ParkDrive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated: July 10, 2023                   Patricia A. Redmond
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395

By: */s/ Patricia A. Redmond*
Patricia A. Redmond

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Andrew G. Devore, am a member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the State Bar of New York. I am a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Southern District of New York, the U.S. Court of Appeals for the Second, Ninth and Eleventh Circuits, and the U.S. Supreme Court, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I certify that I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Robert Dickinson, Stephen Gray, and Steven Panagos ("Clients"). I designate Patricia A. Redmond ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: July 10, 2023

                                                Andrew G. Devore
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Email: andrew.devore@ropesgray.com

By: *Andrew G. Devore*
     Andrew G. Devore

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC., *et al.*[1]           Chapter 11

                    Debtors.      /                 (Jointly Administered)

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No._____]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Andrew G. Devore ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Robert Dickinson, Stephen Gray, and Steven Panagos ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

---

[1] The address of the Debtors is 1600 N. ParkDrive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Patricia A. Redmond
> STEARNS WEAVER MILLER WEISSLER
> ALHADEFF & SITTERSON, P.A.
> Museum Tower, Suite 2200
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone: (305) 789-3553
> Facsimile: (305) 789-3395

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

### 

**Submitted by:**

**COPIES TO:**

Andrew G. Devore
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Telephone: (617) 951-7000
Email: andrew.devore@ropesgray.com

Patricia A. Redmond, is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

#11842779 v1