UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

## SUPPLEMENTAL JOINT EXHIBIT REGISTER OF THE DEBTORS AND THE PREPETITION AGENT AND DIP AGENT

**Exhibits Submitted on behalf of**

[ ] Plaintiff      [ ] Defendant      [ **X** ] Debtors      [ **X** ] Others

**Date of Hearing/Trial**: Tuesday, July 11, 2023 at 10:00 a.m.
**Type of Hearing/Trial**: Hearing on *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1466]

**SUBMITTED BY:**  Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com

—and—

Jordi Guso, Esq.
Florida Bar No. 0863580
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

*Counsel for the Debtors*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12265864-1

>—and—
>
>Luis M. Lluberas, Esq.
>MOORE & VAN ALLEN PLLC
>100 North Tryon Street, Suite 4700
>Charlotte, NC 28202-4003
>Tel. (704) 331-1000
>luislluberas@mvalaw.com
>
>—and—
>
>Harris J. Koroglu, Esq.
>Florida Bar No. 32597
>SHUTTS & BOWEN LLP
>200 South Biscayne Blvd., Ste. 4100,
>Miami, FL 33131
>Tel. (305) 415-9447
>hkoroglu@shutts.com
>
>*Counsel for Truist Bank*

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 66. | October 9, 2022 email from Adobe Sign to Jack Owoc re Vital Pharmaceuticals, Inc. resolution | | | |