UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____ / | (Jointly Administered) |

## **DEBTORS' EXHIBIT REGISTER**

**Exhibits Submitted on behalf of**

[ ] Plaintiff          [ ] Defendant          [ **X** ] Debtors          [ ] Others

**Date of Hearing/Trial**: Wednesday, July 12, 2023 at 10:00 a.m.
**Type of Hearing/Trial**: Hearing on *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] and *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1548].

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com
—and—
Jordi Guso, Esq.
Florida Bar No. 0863580
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12268772-2

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1548] [Settlement Agreement] | | | |
| 2. | *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] [Monster APA] | | | |
| 3. | *Certificate of Service* for ECF No. 1546 [ECF No. 1578] | | | |
| 4. | *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] | | | |
| 5. | *Certificate of Service* for ECF No. 1556 [ECF No. 1580] | | | |
| 6. | *Notice of Adjournment of Sale Hearing and Related Deadlines* [ECF No. 1514] | | | |
| 7. | *Certificate of Service* for ECF No. 1514 [ECF No. 1541] | | | |
| 8. | *Sworn Declaration of Paul Dechary* in support of sale | | | |
| 9. | Rothschild Summary of Monster APA Economics | | | |
| 10. | *Notice of Adjournment of Hearing as to Contract Objections* [ECF No. 1592] | | | |
| 11. | *Certificate of Service* for ECF No. 1592 [ECF No. 1629] | | | |
| 12. | *Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* [ECF No. 856] | | | |
| 13. | *Certificates of Service* for ECF No. 856 [ECF No. 911] | | | |
| 14. | *Certificate of Publication Notice for the Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing in the New York Times* [ECF No. 909] | | | |

12268772-2

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 15. | *Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 893] | | | |
| 16. | *Certificate of Service* for ECF No. 893 [ECF No. 927] | | | |
| 17. | *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 995] | | | |
| 18. | *Certificate of Service* for ECF No. 995 [ECF No. 1014] | | | |
| 19. | *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 1460] | | | |
| 20. | *Certificate of Service* for ECF No. 1460 [ECF No. 1465] | | | |
| 21. | *Third Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May Be Assumed and Assigned in Connection With a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto* [ECF No. 1624] | | | |
| 22. | Calendar of Debtors' Board Meetings [Demonstrative] | | | |
| 23. | Bidding Process Summary [Demonstrative] | | | |
| 24. | Summary of Monster APA Terms [Demonstrative] | | | |
| 25. | Bid Comparison Summary [Demonstrative] | | | |
| 26. | Summary of 9019 Settlement Terms [Demonstrative] | | | |

12268772-2

-4-

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 27. | Any filing on the docket in *In re Vital Pharmaceuticals, Inc.*, No. 22-17842-PDR (Bankr. S.D. Fla.) | | | |
| 28. | Any exhibit introduced by any other party | | | |
| 29. | Rebuttal or impeachment exhibits as necessary | | | |

12268772-2