UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____/ | (Jointly Administered) |

**DEBTORS' WITNESS LIST IN CONNECTION WITH HEARING ON
(A) NOTICE OF AUCTION CANCELLATION AND SUCCESSFUL BIDDER AND
(B) DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN
(I) THE DEBTORS, (II) MONSTER ENERGY COMPANY, (III) MONSTER
BEVERAGE CORPORATION, (IV) ORANGE BANG, INC.,
(V) THE COMMITTEE, AND (VI) THE SUPPORTING LENDERS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby identify the following witnesses who the Debtors may call to testify at the hearing to consider (A) the *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] and (B) *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1548], scheduled for hearing on July 12, 2023 at 10:00 a.m. (the "Hearing").

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12268827-1

1. Steven G. Panagos
   c/o Latham & Watkins LLP
   **Summary of expected testimony**:  Mr. Panagos is expected to testify regarding the considerations informing and process by which the Debtors, acting through their respective Boards of Directors and Managers, evaluated and approved the proposed sale transaction and entry into the Settlement Agreement.

2. Charles Delo
   c/o Latham & Watkins LLP
   **Summary of expected testimony**:  Mr. Delo is expected to testify regarding the process by which the Debtors sought financing and/or a buyer for their business, the bids received, and the value provided by the proposed sale transaction.

3. Any witness listed by any other party; and

4. Rebuttal witnesses as necessary.

The Debtors reserve their right to amend or supplement this Witness List as necessary in advance of the Hearing.

| | |
|---|---|
| Dated: July 11, 2023<br>      Miami, Florida | Respectfully submitted,<br><br> /s/ Jordi Guso              |

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted pro hac vice)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      liza.burton@lw.com
      jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[2] (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com

*Co-Counsel for the Debtors*

---

[2] Not admitted in Illinois. Admitted in New York.

-3-

12268827-1