UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

## NOTICE OF STATUS CONFERENCE HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**EMERGENCY MOTION OF JOHN H. OWOC'S FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO TERMINATION OF DEBTOR'S SUBCHAPTER S CORPORATION STATUS OR, ALTERNATVELY, FOR RELIEF FROM STAY [ECF NO. 1627]**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

| | |
|---|---|
| **Date:** | **July 12, 2023** |
| **Time:** | **10:00 AM** |
| **Location:** | **U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft. Lauderdale, FL 33301** |

2. The movant, or movant's counsel if represented by an attorney, must:

(a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

(b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The

audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

    4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court.

    These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by *pro hac vice* order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2023, a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case and in accordance with Local Rule 2002-1(H).

Dated: July 11, 2023

PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
Fax: (305) 614-1887

By: */s/ Jonathan S. Feldman*
    Jonathan S. Feldman (12682)
    feldman@katiephang.com
    service@katiephang.com