

**ORDERED in the Southern District of Florida on July 5, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' SEVENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE WITH
<u>EVOX FL PEMBROKE 20351 LLC</u>**

**THIS MATTER** having come before the Court on June 22, 2023 and June 29, 2023, at 1:30 p.m., in Fort Lauderdale, Florida, upon the *Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of (I) Unexpired Non-Residential Real Property Leases with*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12239828-2

(A) Evox FL Pembroke 20351 LLC; and (B) KP Properties of Ohio LLC; and (II) Executory Contracts with (A) Updike Distribution Logistics, LLC; and (B) Bitsight Technologies, Inc. (the "Motion") [ECF No. 1399] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDER** as follows:

1. The Debtors' rejection of the Evox FL Lease is **APPROVED**, effective as of May 31, 2023 (the "Rejection Date"). Evox FL is granted an allowed administrative claim in the amount of $4,000.00 for the reasonable value of the use and occupancy of the Evox Leased Premises after the Rejection Date.

**2. ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT OR LEASE; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT OR LEASE.**

3. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12239828-2