UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.,* | Case No. 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' *EX-PARTE* MOTION TO FILE EXHIBIT A TO
SWORN DECLARATION OF PAUL DECHARY UNDER SEAL**

Debtors Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") in the above-captioned chapter 11 cases, by and through undersigned counsel, move the Court, on an *ex-parte* basis, for the entry of an order, in substantially the form annexed hereto as **Exhibit 1**, authorizing the Debtors to file Exhibit A to the *Sworn Declaration of Paul Dechary* (Exhibit 8 to *Debtors' Exhibit Register* filed on July 11, 2023 [ECF Nos. 1630 and 1631]) under seal. In support of this Motion, the Debtors respectfully represent as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12270802-1

3. The statutory predicates for the relief sought herein are sections 105(a), 1107(a) and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 5005-1(A)(4).

**Background**

4. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

5. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

8. On July 11, 2023, the Debtors submitted *Debtors' Exhibit Register* [ECF No. 1630 and 1631] (the "Sale/Settlement Hearing Exhibit Register") with respect to the evidentiary hearing set for July 12, 2023 at 10:00 a.m. on the *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] and the *Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1548]. Included in the Sale/Settlement Hearing Exhibit Register at Exhibit 8, is the *Sworn Declaration of Paul Dechary* (the "Dechary Declaration"). Mr. Dechary is the Executive Vice President and Deputy General Counsel of Monster Beverage Corporation ("Monster Beverage"), the indirect parent of Blast Asset Acquisition, LLC, the successful bidder.

9. As referenced in paragraph 10 of the Dechary Declaration, on or about April 12, 2023, Monster Beverage and Monster Energy Company (collectively, "Monster") communicated to the Debtors, the Committee, and the Debtors' DIP Lenders, written correspondence incorporating proposed interim terms related to any proposed assignment of the Debtors' rights to use of the Bang Marks under the Arbitration Award (as such terms are defined in the Dechary Declaration) to a third party (the "Assignment Letter").

10. The terms of the Assignment Letter are confidential and, accordingly, the Assignment Letter was not attached to the Dechary Declaration.

### Relief Requested

11. By this Motion, the Debtors request authority to file the Assignment Letter under seal pursuant to Local Rule 5005-1, in order to protect the confidential nature of the Assignment Letter.

### Authority for the Relief Requested

12. Section 107(b) the Bankruptcy Code, as effectuated through Bankruptcy Rule 9018, provides the mechanism though which a bankruptcy court can, if justice so requires, protect an entity with respect to a "trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b)(1). Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires … to protect the estate or any entity in respect of a trade secret or other confidential research …." Fed.R.Bankr.P. 9018.

13. Commercial information includes, among other things, any information that would cause "an unfair advantage to competitors by providing them information as to the commercial operations of the debtor." *In re Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994).

14. The Debtors submit that under the circumstances of these cases, maintaining the confidentiality of the Assignment Letter falls within the scope of commercial information that may be protected pursuant to section 107(b)(1).

15. For these reasons, the Debtors respectfully request authority to file the Assignment Letter (Exhibit A to the Dechary Declaration) **under seal**, as permitted by Local Rule 5005-1.

16. The Debtors further request that the Assignment Letter be maintained under seal by the Clerk, even after the administrative closing of the Debtors' chapter 11 cases, or in any conversion to chapter 7 cases.

17. The undersigned counsel has conferred with counsel for Committee, counsel for Monster, as well as with the Office of the United States Trustee as to the relief requested herein, and has been advised that neither the Committee, Monster, nor the United States Trustee has any objection to this Motion.

**WHEREFORE,** for the reasons set forth above, the Debtors respectfully request entry of an order, substantially in the form annexed hereto as **Exhibit 1**, (i) authorizing the Debtors to file the Assignment Letter (Exhibits A to the Dechary Declaration), **under seal**; (ii) directing the Clerk of the Court to maintain the Assignment Letter **under seal** even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases, and (iii) granting such other and further

relief as is just and proper.

| | |
|---|---|
| Dated:  July 12, 2023<br>　　　　Miami, Florida | Respectfully submitted, |
| | /s/ Jordi Guso |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:   george.davis@lw.com<br>　　　　 tj.li@lw.com<br>　　　　 brian.rosen@lw.com<br>　　　　 jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:   jguso@bergersingerman.com<br>　　　　 mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

12270802-1                              5

## **EXHIBIT "1"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*                               Case No. 22-17842-PDR
                                                                    (Jointly Administered)
    Debtors.[1]

_____/

### ORDER GRANTING DEBTORS' *EX-PARTE* MOTION TO FILE EXHIBIT A TO SWORN DECLARATION OF PAUL DECHARY UNDER SEAL

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to File Exhibit A to Sworn Declaration of Paul Dechary Under Seal* (the "Motion") [ECF No. ____] filed by the Debtors.[2] The Motion seeks entry of an order authorizing the Debtors to file the Assignment Letter (Exhibit A to the *Sworn Declaration of Paul Dechary* (Exhibit 8 to the Sale/Settlement Hearing

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

12270808-1

Exhibit Register [ECF Nos. 1630 and 1631])) under seal.  The Court, having considered the Motion, having noted that the Committee, Monster, and the Office of the United States Trustee have no objection to the Motion, and upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to file the Assignment Letter (Exhibit A to the *Sworn Declaration of Paul Dechary* (Exhibit 8 to the Sale/Settlement Hearing Exhibit Register [ECF Nos. 1630 and 1631])) under seal in accordance with Local Rule 5005-1.

3. The Assignment Letter shall be maintained under seal even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases of the Debtors.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

12270808-1