IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before July 1, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**, and on three (3) confidential parties, not included herein:

- **Notice of Adjournment of Auction** (Docket No. 1445)

Furthermore, on or before July 1, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**, and on three (3) confidential parties, not included herein:

- **Notice of Modified Sale-Related Dates and Deadlines** (Docket No. 1457)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Adjournment of Auction** (Docket No. 1394)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit D**, and one (1) confidential party, not included herein:

- **Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines** (Docket No. 1416)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Notice of Hearing re Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief [ECF No. 707], Notice of Extension of Certain Sale-Related Deadlines [ECF No. 1283]; and Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines [ECF No. 1416]** (Docket No. 1417)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit E**, and on nine (9) confidential parties, not included herein:

- **Notice of Adjournment of Sale Hearing and Related Deadlines** (Docket No. 1514)

Dated: July 12, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**

Case 22-17842-PDR Doc 1638 Filed 07/12/23 Page 3 of 12



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abimelek Rodriguez Correa | | 2836 SE Morningside Blvd | | Port St Lucie | FL | 34952-5707 |
| Anthony Dennison | | 7101 Chase Oaks Blvd | Apt 1714 | Plano | TX | 75025-5918 |
| Duke Secured Financing 2009-1PAC, LLC | c/o Duke Realty Corporation | Attn: Florida Market, Vice President, Regional Asset Manager | 300 S Orange Ave Ste 1100 | Orlando | FL | 32801-3375 |
| InfinityQS International Inc. | | 4221 W Boy Scout Blvd | Ste 390 | Tampa | FL | 33607-5780 |
| Kimber Thomson | | 9570 Zarda Dr | Unit 208 | Lenexa | KS | 66227-8421 |
| Lucy Martinez | | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Soflo Movement Anthony Tony Roth | | 12203 Pioneers Way | Apt 1420 | Orlando | FL | 32832-2839 |
| Tristen Z Penrod | | 1283 W Parklane Blvd | Apt 135 | Chandler | AZ | 85224-5218 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**



# Exhibit B
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Alexandra Tobon | 8800 NW 107th Ct | Unit 217 | Doral | FL | 33178-2178 |
| Courtney Wikie | 3730 S Mill Ave | Apt H105 | Tempe | AZ | 85282-4937 |
| George Darryl Kelly | 2401 Westridge St | Apt 3204 | Houston | TX | 77054-1536 |
| Grace Kathleen Mcavoy Costello | 2930 Barnard St | Unit 8101 | San Diego | CA | 92110-5766 |
| Jamell Dennis | 3030 Belt Line Rd | Apt 1714 | Garland | TX | 75044-6905 |
| Jeffrey Steven Urstadt | 1900 Samford Trace Ct | Apt 3307 | Auburn | AL | 36830-6550 |
| Kaley Lopresti | PO Box 5711 | | Longview | TX | 75608-5711 |
| Patricia Rossana Levano Neyra | 8353 Morning Star Rd | | Lake Worth | FL | 33467-1713 |
| Prime Power Services, Inc. | PO Box 96512 | | Charlotte | NC | 28296-0512 |
| Robert Gary Miller | 1611 Timbertop St | Apt 108 | Lancaster | OH | 43130-0167 |
| Sticky.IO | 150 Spear St | Ste 900 | San Francisco | CA | 94105-5118 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit C**

Case 22-17842-PDR    Doc 1638    Filed 07/12/23    Page 7 of 12

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Dylan Anthony Watson | 4709 Ramshead Dr | | Valrico | FL | 33594-9344 |
| Lucy Martinez | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Melissa Diaz-Fernandez | 1126 Meadowlark Ave | | Miami Springs | FL | 33166-3108 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Anthony Dennison | 7101 Chase Oaks Blvd | Apt 1714 | Plano | TX | 75025-5918 |
| Balboa Capital Corporation | 101 NE 3rd Ave | Ste 1810 | Ft Lauderdale | FL | 33301-1279 |
| Chelsea Magnusen | 4387 SW 10th Pl | Apt 105 | Deerfield Bch | FL | 33442-8314 |
| Lucy Martinez | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Timothy Jacob Hodges | 904 Harrison St | | Commerce | TX | 75428-2263 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit E**



## Exhibit E
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 86, LLC Matter Media Group Sage Rosen | 1187 Piedra Morada Dr | | Pacific Plsds | CA | 90272-1902 |
| Aaron J Uson | 2232 12th St | Apt 427 | Everett | WA | 98201-1879 |
| Alexandra Tobon | 8800 NW 107th Ct | Unit 217 | Doral | FL | 33178-2178 |
| Andra L Pearson | 15380 W Fillmore St | Apt 3020 | Goodyear | AZ | 85338-4678 |
| Arandy Reyna Meraz | 3730 S Mill Ave | Apt J202 | Tempe | AZ | 85282-4943 |
| Better Brands, Inc. | 4377 N Kings Hwy | Ste 217 | Myrtle Beach | SC | 29577-2773 |
| Cesar Alberto Montelongo | 7601 W Glendale Ave | Unit 2096 | Glendale | AZ | 85303-3018 |
| Courtney Wikie | 3730 S Mill Ave | Apt H105 | Tempe | AZ | 85282-4937 |
| David Nebieridze | 13105 Ixora Ct | Apt 207 | North Miami | FL | 33181-2319 |
| Davontay D Goode | 11875 W Mcdowell Rd | Apt 2101 | Avondale | AZ | 85392-3109 |
| Devyn Ashley O'Brien | 2556 E Lodgepole Dr | | Gilbert | AZ | 85298-8480 |
| Dylan Anthony Watson | 4709 Ramshead Dr | | Valrico | FL | 33594-9344 |
| Eric N Peters | 10800 S Colossal Cave Pl | | Vail | AZ | 85641-6427 |
| Infinite Lists LLC Caylus Cunningham | 19915 S Culver Rd | | Cheney | WA | 99004-7012 |
| Jacob A. Colbin | 15-2714 Pahoa Village Rd | Unit H1 | Pahoa | HI | 96778-9728 |
| James Paul Bracco | PO Box 6145 | | Laguna Niguel | CA | 92607-6145 |
| Keiran S Larkin | 7518 S 15th Dr | | Phoenix | AZ | 85041-6935 |
| Kendall Hawkins | 6545 Sunset Pines St | | Las Vegas | NV | 89148-4250 |
| Leonel Roman | 10010 NW 6th Ter | | Miami | FL | 33172-4029 |
| Liliana Lisette Acosta | 914 N Chester Ave | | Inglewood | CA | 90302-1710 |
| Mary Kate Winter | 1025 Sharon Loopse | | Salem | OR | 97306-1572 |
| Melissa Malonson | 9350 N 67th Ave | Apt 221 | Glendale | AZ | 85302-3964 |
| Nicholas Paul Debellis | 14190 NE 199th Ln | | Fort Mc Coy | FL | 32134-4790 |
| Paul Stephen Soto | 2002 E Houghton Ave | | Spokane | WA | 99217-8705 |
| Samantha Ellen Deutch | 1305 Rolling Fld | | New Braunfels | TX | 78132-0127 |
| Shatoya N Moreland | 5610 NW 12th St | | Lauderhill | FL | 33313-6237 |
| Tiffany Jeannine Miles | 14155 W Mountain View Blvd | Apt 1048 | Surprise | AZ | 85374-4831 |
| Tristen Z Penrod | 1283 W Parklane Blvd | Apt 135 | Chandler | AZ | 85224-5218 |
| Wesley Barnes | 209 Halo Dr | | Wellford | SC | 29385-9226 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1