UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

**NOTICE OF WITHDRAWAL OF INTERESTED PARTIES'
EMERGENCY MOTION FOR ENTRY OF AN ORDER FOR COMMITTEE OF
UNSECURED CREDITORS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE
IMPOSED FOR VIOLATIONS OF THE COURT'S PROTECTIVE ORDER AND
CONFIDENTIALITY AGREEMENT [DE 823] AND FOR OTHER RELIEF**

Interested Parties John H. Owoc and Megan E. Owoc hereby files this Notice to Withdraw the *Emergency Motion for Entry of an Order for Committee of Unsecured Creditors to Show Cause Why Sanctions Should Not Be Imposed for Violations of the Court's Protective Order and Confidentiality Agreement* [D.E. 823] and for Other Relief [D.E. 1470] filed on June 16, 2023.

Dated: July 12, 2023

Respectfully submitted,

By: */s/ Irwin R. Gilbert*
IRWIN R. GILBERT
*Counsel for John Owoc and Megan Owoc*
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Notice to Withdraw Document was served on July 12, 2023 via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Irwin R. Gilbert*
IRWIN R. GILBERT