

**ORDERED in the Southern District of Florida on July 12, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*[1] | Chapter 11 |
| Debtors.      / | (Jointly Administered) |

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 1623]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Andrew G. Devore ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Robert Dickinson, Stephen Gray, and Steven Panagos ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

---

[1] The address of the Debtors is 1600 N. ParkDrive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Patricia A. Redmond
> STEARNS WEAVER MILLER WEISSLER
> ALHADEFF & SITTERSON, P.A.
> Museum Tower, Suite 2200
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone: (305) 789-3553
> Facsimile: (305) 789-3395

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by:**

**COPIES TO:**

Andrew G. Devore
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Telephone: (617) 951-7000
Email: andrew.devore@ropesgray.com

Patricia A. Redmond, is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

#11842779 v1