

**ORDERED in the Southern District of Florida on July 12, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.* | Case No. 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

_____/

**ORDER GRANTING DEBTORS'** ***EX-PARTE*** **MOTION TO FILE EXHIBIT A TO SWORN DECLARATION OF PAUL DECHARY UNDER SEAL**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion to File Exhibit A to Sworn Declaration of Paul Dechary Under Seal* (the "Motion") [ECF No. 1637] filed by the Debtors.[2] The Motion seeks entry of an order authorizing the Debtors to file the Assignment Letter (Exhibit A to the *Sworn Declaration of Paul Dechary* (Exhibit 8 to the Sale/Settlement Hearing

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

12270808-1

Exhibit Register [ECF Nos. 1630 and 1631])) under seal.  The Court, having considered the Motion, having noted that the Committee, Monster, and the Office of the United States Trustee have no objection to the Motion, and upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to file the Assignment Letter (Exhibit A to the *Sworn Declaration of Paul Dechary* (Exhibit 8 to the Sale/Settlement Hearing Exhibit Register [ECF Nos. 1630 and 1631])) under seal in accordance with Local Rule 5005-1.

3. The Assignment Letter shall be maintained under seal even after the administrative closing of these chapter 11 cases, or in any converted chapter 7 cases of the Debtors.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*