UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]        Case No.: 22-17842-PDR

         Debtors.                                        (Jointly Administered)
_____/

**AGREED *EX PARTE* MOTION TO CONTINUE JULY 20, 2023 FINAL EVIDENTIARY HEARING ON ARDAGH METAL PACKAGING USA CORP.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**

Ardagh Metal Packaging USA Corp. ("Ardagh"), by and through undersigned counsel, pursuant to Local Rules 5071-1 and 9013-1(C)(8), and with the agreement of Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), moves the Court, on an *ex parte* basis, for the entry of an agreed order continuing the final evidentiary hearing scheduled for July 20, 2023 at 1:30 p.m. to consider the *Motion for Relief From the Automatic Stay, and Alternatively, For Adequate Protection, and for Allowance of an Administrative Claim* (the "Stay Relief Motion") [ECF No. 330 (Redocketed from ECF No. 305)] filed by Ardagh Metal Packaging USA Corp. ("Ardagh"), and states:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11936702-1

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6.      On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

7.      On November 10, 2022, Ardagh filed the Stay Relief Motion seeking relief from the automatic stay to recover and to pursue state law rights and remedies with respect to unreturned beverage can packaging, including plastic pallets, top frames, slip-sheets and layer pads (collectively, the "Unreturned Ardagh Dunnage").  The Stay Relief Motion further requests the entry of an order directing the Debtors to provide statements reflecting the location and amounts of all Unreturned Ardagh Dunnage and instructing the Debtors to cooperate in order to ensure that all remaining Unreturned Ardagh Dunnage is promptly recovered, or, in the alternative, granting Ardagh adequate protection, and granting Ardagh an administrative expense claim for the value of the Unreturned Ardagh Dunnage.

8.      On June 6, 2023, the Court entered an *Agreed Order Granting Agreed* Ex Parte *Motion to Continue June 15, 2023, Final Evidentiary Hearing on Motion for Relief from the*

11936702-1

*Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* [ECF No. 1437], which continued the June 15, 2023 hearing on the Stay Relief Motion to July 20, 2023 at 1:30 p.m.

**Relief Requested**

9.       The Debtors and Ardagh have been diligently working on resolving the issues that are the subject of the Stay Relief Motion, but have been unable to do so as of the filing of this Motion.

10.       Accordingly, by this Motion, Ardagh requests the Court to continue the July 20, 2023 final evidentiary hearing to consider the Stay Relief Motion for a period of forty-five (45) days.   A continuance of the July 20, 2023, final evidentiary hearing on the Stay Relief Motion will provide the Debtors and Ardagh additional time to continue their efforts to resolve the Stay Relief Motion.

11.       The Debtors' counsel has advised that the Debtors consent to the forty-five-day continuance requested in this Motion and to the rescheduling of a final evidentiary hearing to consider the Stay Relief Motion.

12.       Further, as required by Local Rule 5071-1(C), the undersigned counsel certifies that the Debtors and Ardagh consent to a continuance of the July 20, 2023, final evidentiary hearing on the Stay Relief Motion as requested herein.

13.       This is the Debtors' and Ardagh's sixth request for a continuance of the hearing to consider the Stay Relief Motion, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully request the Court to enter an agreed order, in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) continuing the July 20, 2023, final evidentiary hearing on the Stay Relief Motion for a period of forty-five (45) days, or as soon

11936702-1

thereafter as the Court's calendar permits, and (iii) granting such other and further relief as the

Court deems just and proper.

Dated:  July 13, 2023                      Respectfully submitted,


                                           /s/ Ronald Bruckmann
                                           David H. Conaway (NC Bar #10648)
                                           *Pending Admission Pro Hac Vice*
                                           Ronald D.P. Bruckmann (FL Bar # 84912)
                                           SHUMAKER, LOOP & KENDRICK, LLP
                                           101 S. Tryon Street, Suite 2200
                                           Charlotte, NC  28280
                                           Telephone:  704.375.0057
                                           dconaway@shumaker.com
                                           rbruckmann@shumaker.com

                                           *Attorneys for Ardagh Metal Packaging USA Corp. f/k/a*
                                           *Ardagh Metal Beverage USA Inc.*

11936702-1

## EXHIBIT A

## (Proposed Order)

11936702-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No. 22-17842-PDR

        Debtors.                                          (Jointly Administered)

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO
CONTINUE JULY 20, 2023 FINAL EVIDENTIARY HEARING ON MOTION
FOR RELIEF FROM THE AUTOMATIC STAY, AND ALTERNATIVELY, FOR
ADEQUATE PROTECTION, AND FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM**

**THIS MATTER** came before the Court upon the *Agreed Ex Parte Motion to Continue*

*July 20, 2023 Final Evidentiary Hearing on Motion for Relief From the Automatic Stay, and*

*Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* [ECF No.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11936703-1

_____] (the "Motion") filed on July ____, 2023, by Ardagh Metal Packaging USA Corp. ("Ardagh").  The Court, having considered the Motion, having noted that the Debtors consent to the relief requested in the Motion, and finding good cause to continue the July 20, 2023, final evidentiary hearing to consider the Stay Relief Motion.  It is

ORDERED that:

1.      The Motion is **GRANTED**.

2.      The final evidentiary hearing to consider the Stay Relief Motion [ECF No. _____] filed by Ardagh, presently scheduled for July 20, 2023 at 1:30 p.m., is **CONTINUED**.

3.      The Court will conduct the final evidentiary hearing to consider the Stay Relief Motion on _____, **2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

4.      The deadline for the filing of responses or objections to the Stay Relief Motion shall be 4:30 p.m. on the second business day prior to the final evidentiary hearing set forth above, in accordance with Local Rule 5005-1(F)(1).

# # #

Submitted by:
Ronald Bruckmann, Esq.
Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 945-2171
Email:  rbruckmann@shumaker.com

*(Attorney Jordi Guso, Esq. is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2