UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61283-CIV-SMITH

JOHN OWOC,

    Plaintiff,

v.

ROBERT H. DICKINSON, *et al.*,

    Defendants.

_____/

## ORDER OF TRANSFER

This matter is before the Court on Defendants' Notice of Removal [DE 1]. Upon review of the record and pursuant to Local Rule 87.2(a), it is

**ORDERED** that the above numbered case is transferred to the Bankruptcy Court of the Southern District of Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of July, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE