CLOSED,LMR

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:23-cv-61283-RS
### Internal Use Only

Owoc v. Dickinson et al  
Assigned to: Judge Rodney Smith  
Case in other court: 17th Judicial Circuit for Broward County, FL, CACE-23-014222  
Cause: 28:1441 Notice of Removal

Date Filed: 07/06/2023  
Date Terminated: 07/12/2023  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**Plaintiff**

**John Owoc**     represented by     **Irwin R Gilbert**  
Conrad & Scherer, LLP  
633 South Federal Highway  
Fort Lauderdale, FL 33301  
954-462-5500  
Fax: 954-463-9244  
Email: IGilbert@conradscherer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert H. Dickinson**     represented by     **Elizabeth Mercedes Rodriguez**  
Ford & Harrison LLP  
Suite 2130  
1 S.E. 3rd Avenue  
Miami, FL 33131  
305-808-2100  
Fax: 305-808-2101  
Email: erodriguez@fordharrison.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Gray**     represented by     **Elizabeth Mercedes Rodriguez**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Panagos**     represented by     **Elizabeth Mercedes Rodriguez**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2023 | 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT - Complaint) Filing fee $ 402.00 receipt number AFLSDC-16743135, filed by STEVEN PANAGOS, Stephen Gray, Robert H. Dickinson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Civil Cover Sheet)(Rodriguez, Elizabeth) (Entered: 07/06/2023) |
| 07/06/2023 | 2 | Clerks Notice of Judge Assignment to Judge Rodney Smith.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lisette M. Reid is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (jas) (Entered: 07/06/2023) |
| 07/12/2023 | 3 | ORDER OF TRANSFER. This matter is before the Court on Defendants' Notice of Removal [DE 1]. Upon review of the record and pursuant to Local Rule 87.2(a), it is ORDERED that the above numbered case is transferred to the Bankruptcy Court of the Southern District of Florida. Signed by Judge Rodney Smith on 7/12/2023. *See attached document for full details.* (nan) (Entered: 07/13/2023) |
| 07/13/2023 | 4 | NOTICE of Compliance re 3 Order Dismissing/Closing Case, A Copy of the Docket Sheet, Order-DE# 3 and all other documents were placed in the Bankruptcy Mailbox. (nan) (Entered: 07/13/2023) |