IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (attached hereto as **Exhibit A**)

Dated: July 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Serina Tran*
　　　　　　　　　　　　　　　　　　　　　　　Serina Tran
　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 855-493-7375
　　　　　　　　　　　　　　　　　　　　　　　Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# **<u>Exhibit A</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF PROPOSED SALE,**
**BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on October 10, 2022, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions commencing these cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") entered an order [ECF No. 854] (the "Bidding Procedures Order")[2]:

  i.  approving proposed bidding procedures (the "Bidding Procedures"), attached as **Exhibit 1** to the Bidding Procedures Order, by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all of their assets (the "Assets") through either (a) one or more sales of the Assets (each, a "Sale Transaction") or (b) a transaction through a plan of reorganization;

  ii. approving the Bid Protections, as defined and described in the Bidding Procedures;

  iii. establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "Assumption and Assignment Procedures");

  iv. approving the form and manner of the Sale Notice, attached as **Exhibit 2** to the Bidding Procedures Order;

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

US-DOCS\138326879.9

v. approving the form and manner of the Assumption Notice, attached as **Exhibit 3** to the Bidding Procedures Order;

vi. approving the form and manner of the Post-Auction Notice, attached as **Exhibit 4** to the Bidding Procedures Order;

vii. scheduling a date for an auction if the Debtors receive one or more Qualified Bids (the "Auction");

viii. scheduling a hearing to approve one or more Sale Transactions, as necessary (the "Sale Hearing"); and

ix. granting related relief.

**ALL INTERESTED OR POTENTIALLY AFFECTED PARTIES SHOULD CAREFULLY READ THE BIDDING PROCEDURES AND THE BIDDING PROCEDURES ORDER.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the Sale Transaction and the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances in accordance with section 363(f) of the Bankruptcy Code will be held before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E. Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 on **July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.[3] The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT A SALE OBJECTION**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE A SALE OBJECTION ON OR BEFORE THE APPLICABLE DEADLINE IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY SALE OBJECTION TO THE SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTORS' ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS EFFECTED THEREUNDER.**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice is subject to the terms and conditions of the Bidding Procedures Order, with the Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage parties in interest to review such document in its entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Bidding Procedures Order, may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins

---

[3] To the extent the Sale Hearing occurs virtually, participation instructions will be provided on the agenda filed on the docket prior to the Sale Hearing.

LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

Copies of the Bidding Procedures and the Bidding Procedures Order may be examined by interested parties free of charge at the website established for these chapter 11 cases by the Debtors' court-approved noticing, claims, and solicitation agent, Stretto, Inc., at https://cases.stretto.com/VitalPharmaceuticals.

| | |
|---|---|
| Dated: July 9, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |
| George A. Davis (admitted *pro hac vice*)<br>Liza L. Burton (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>            liza.burton@lw.com<br>            jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>            mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[4] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com
            whit.morley@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

---

[4]   Not admitted in Illinois.  Admitted in New York.

4

# **<u>Exhibit B</u>**



Exhibit B
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| A&R Distribution, LLC | | 4642 Cummings Park Dr | Antioch | TN | 37013-3218 |
| ABC Products Corp | | 100-3 Patco Court | Islandia | NY | 11749 |
| Adams Beverage LLC. | | 141 Industrial Dr | Birmingham | AL | 35211-4445 |
| All Star Health | | 5951 Skylab Rd | Huntington Beach | CA | 92647 |
| Allen Beverages Inc Gulfport | | 13300 Dedeaux Rd | Gulfport | MS | 39503-4518 |
| Amcon Distributing | | 2517 Ellington Road | Quincy | IL | 62305 |
| Ameerally, Fadil | | 16710 SW 14th Street | Pembroke Pnes | FL | 33027-1409 |
| American Beer Company, Inc | | 1665 Smoot Rd | Smoot | WV | 24977-7039 |
| American Fitness Wholesaler -MA AmericanFitma | | 243 Stafford | Worcester | MA | 01603 |
| Andrew Miller Drew Miller | | 14720 Columbine Street . | Thornton | CO | 80602-7338 |
| Army & Air Force Exchange Service | | 3911 S Walton Walker Blvd | Dallas | TX | 75236-1509 |
| Arrowrock Supply | | 7681 Lemhi Street | Boise | ID | 83709 |
| Bama Budweiser of Sylacauga, Inc. All Things Good Distributi | | 2400 Highway 280 | Harpersville | AL | 35078-6767 |
| Better Life | | 2380 N Tustin Ave H | Santa Ana | CA | 92705 |
| Bisignano, Anthony | | 2 Church Street | Carmel | NY | 10512 |
| Bob Hall, LLC | | 5600 Crain Hwy | Uppr Marlboro | MD | 20772-4137 |
| Bobby Fisher Distributing, Inc. | | 2024 Selma Rd | Springfield | OH | 45505-4238 |
| Body Fitness Aruba Bodyfitaruba Bodyfitaruba | | 5425 NW 72nd Ave | Miami | FL | 33166 |
| Bodybuilding.com-ID | | 5777 N Meeker Ave. | Boise | ID | 83713 |
| Branwell, Teyo | | 2033 Willowood Lane | Encinitas | CA | 92024 |
| Brown Distributing Co LLC | | 7986 VIlla Park Dr | Richmond | VA | 23228-6506 |
| Burkhardt Sales & Service | | 3935 Inman Rd | St Augustine | FL | 32084-0534 |
| C&S Wholesale Grocers | | 47 Old Ferry Rd | Brattleboro | VT | 05301-9240 |
| C. Store Imports | | 912 SE 44th St | Oklahoma Clty | OK | 73129 |
| CA Foods International Corp. | | 5943 NW 66th Way | Parkland | FL | 33067-1333 |
| Capital Distributing | | 421 N Portland Ave | Oklahoma Clty | OK | 73107-6109 |
| Carolina Bottling Company | | 1413 Jake Alexander Blvd S | Salisbury | NC | 28146-8359 |
| Carolina Premium Beverage LLC | | 151 Odell School Rd | Concord | NC | 28027-9733 |
| Cavalier Spirits LLC Cavalier Distributing Florida | | 3960 Frontage Rd S Ste 820 | Lakeland | FL | 33815-3219 |
| CCM Coffee Enterprises Inc. Frank & Joe's Coffee House | | 2919 Bob Ave | Wichita Falls | TX | 76308-1028 |
| Central Distributing Company Colorado | | PO Box 489 | Grand Jct | CO | 81502-0489 |
| Central Distributors, Inc. Maine | | 15 Foss Rd | Lewiston | ME | 04240-1303 |
| Choice USA Beverage Inc DBA Sundrop Bottling co INC | | 603 Groves St | Lowell | NC | 28098-1702 |
| Clatsop Dist. Company | | PO Box 420 | Astoria | OR | 97103-0420 |
| Clayton, Bobby (Jack's Nephew) | | 2128 W Geneva Road | Peoria | IL | 61615 |
| Compass Group North America | Attn: Tim Lendino | 2400 Yorkmont Road | Charlotte | NC | 28217 |
| Core-Mark-175 | | 1055 Salt River Road | Leitchfield | KY | 42754 |
| Core-Mark-256 | | 3797 Windsor Drive | Aurora | CO | 80011 |
| Core-Mark-44 | | 13551 S.E. Johnson Rd. | Portland | OR | 97222 |
| Core-Mark-48 | | 123 Montano Rd. NW Suite A | Albuquerque | NM | 87107 |
| Core-Mark-53 | | 4007 N. Industrial PK 1st | Spokane Valley | WA | 99216 |
| Core-Mark-71 | | 1635 S. 070 W Ste B | Salt Lake Cty | UT | 84104-4762 |
| Core-Mark-75 | | 6401 Will Rogers Blvd | Fort Worth | TX | 76134-3006 |
| CPT International USA LLC | | 12950 Executive Drive | Sugar Land | TX | 77478 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 4



## Exhibit B
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Craig Stein Beverage Vancouver | | 5408 NE 88th St Ste B101 | Vancouver | WA | 98665-0990 |
| Creative Drinks Inc | | 778 Camden Ave | Campbell | CA | 95008-4102 |
| CStein Inc DBA CSB Boise | | 4719 S Market St Ste 100 | Boise | ID | 83705-5415 |
| Dari Farms DF OPCO, LLC | | 55 Gerber Dr | Tolland | CT | 06084-2851 |
| DAS Companies, Inc. | | 724 Lawn Rd | Palmyra | PA | 17078-8379 |
| David Castro - Carstock Promo | | 1309 W L St | Wilmington | CA | 90744-3231 |
| DN Nutrition | | 5725 Gunn hwy | Tampa | FL | 33625 |
| Doldo Brothers Inc | | PO Box 115 | Watertown | NY | 13601-0115 |
| Double Happy Nutrition DH Nutrition DH Nutrition | | 86 Caya Ernesto Petronia 86 | Oranjestad | | |
| Drink King Distributing Co., Inc. | | 120 Fieldcrest Ave | Edison | NJ | 08837-3656 |
| Eastern Shore Distributing LP | | 811 Snow Hill Rd | Salisbury | MD | 21804-1938 |
| Era Consulting Group, LLC. | | 12555 Biscayne Blvd # 710 | North Miami | FL | 33181-2522 |
| E-town Marketing & Distributing LLC | | 605 Elm Rd | Elizabethtown | KY | 42701 |
| Farner-Bocken Co. | | DBA PO Box 368 | Carroll | IA | 51401 |
| Foodbuy (Compass, Canteen) | Attn: Jake Hartman | 2400 Yorkmont Road | Charlotte | NC | 28217 |
| G & K Sales, INC | | 1 E Allen St | Wentzville | MO | 63385-1568 |
| Gault, Willie | | 5189 Gaynor Ave. | Encino | CA | 91436 |
| Giant Eagle, Inc. GetGo | | 101 Kappa Dr | Pittsburgh | PA | 15238-2809 |
| Global Provisions Inc | | 947 Eve St | Delray Beach | FL | 33483-4968 |
| GNC Distribution | | 1002 South 63rd Avenue | Phoenix | AZ | 85043 |
| Greater Austin Merchants Cooperative Ass | | 8801 Research Blvd Ste 100 | Austin | TX | 78758-6514 |
| Guy Distributing Co. Inc | | 25785 Point Lookout Road, Pox 307 | Leonardtown | MD | 20650 |
| H.T. Hackney | | 1520 13th St SW | Hickory | NC | 28602-4941 |
| Haralambos Beverage Company | | 2300 Pellissinger Place | City of Industry | CA | 90601 |
| HEB Grocery Company | | PO Box 839977 | San Antonio | TX | 78283-3977 |
| Icenhour, Daniel | | 1304 Cedarwood Dr. | Westlake | OH | 44145 |
| Import Warehouse | | 11029 Harry Hines Blvd Ste A | Dallas | TX | 75229-5787 |
| J.C. Mensore Distributor, Inc. | | 134 N Bridge St | New Martinsburg | WV | 26155-1619 |
| JJ Distributors | | 3415 Fern Valley Rd | Louisville | KY | 40213-3529 |
| Joel Ruiz - Car Stock Promo | | 4731 Autumn Pine Ln | Houston | TX | 77084-7165 |
| Kenz LLC Fabulous Freddy's | | 4350 S Durango Dr Ste 100 | Las Vegas | NV | 89147-8627 |
| Kimball Distributing Inc | | 1555 Avenue S Suite 104 | Grand Prairie | TX | 75050 |
| Kingdom Nutrition | | 646 West Front Street | Hutto | TX | 78634 |
| Kmart | | 3051 Lakeview Rd | Lawrence | KS | 66049 |
| KW Associates - Columbia | | 825 Bluff Rd | Columbia | SC | 29201-4709 |
| KW Associates, LLC - Piedmont | | 2101 Highway 86 | Piedmont | SC | 29673-8324 |
| L&H Distributing | | 1309 N Washington St | Tullahoma | TN | 37388-2321 |
| Lakeshore Beverage Company | | 400 N Elizabeth St | Chicago | IL | 60642-6534 |
| Legacy Distribution Group New Age Distributing | | 18245 E 40th Ave | Aurora | CO | 80011-0805 |
| Lottery Shop | | 15030 Old Oak Dr | Strongville | OH | 44149 |
| M & C Beverage, Inc. DBA Watkins | | 419 N 9th St | Miles CIty | MT | 59301-3304 |
| M Price Distributing Company | | 1 Budweiser St | Hampton | VA | 23661-1774 |
| Marco Supermarket | | 19 Dr Schaepmanstraat | San Nicolas | | 00297 |
| Max Distributing Alexander Stearns LLC | | 1601 Westpark Dr. | Little Rock | AR | 72204 |
| Maximum Nutrition PS. Z.O.O. | | Port of Miami | Miami | FL | 33132 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 4



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Meijer | | 2653 Walker Ave NW | Grand Rapids | MI | 49544 |
| Metro Beverage of Philadelphia | | 455 Dunksferry Rd | Bensalem | PA | 19020-5907 |
| Mihlstin, Charles | | 8018 SW 17th Place | Davie | FL | 33324 |
| Morato Group LLC Proven Distribution | | 12301 NW 112th Ave Unit 108 | Medley | FL | 33178-1064 |
| Natural Body - Ozone Park, NY | | 107-6 Cross Bay Blvd | Ozone Park | NY | 11417 |
| North Fulton Metals LLC dba Fulton Metals Recycling | | 11460 N Fulton Industrial Blvd | Alpharetta | GA | 30009-4781 |
| Novelart Manufacturing Company Topicz | | 2121 Section Rd | CIncinnati | OH | 45237-3509 |
| Nutra Health Supply | | 1228 Midas Cv | Cordova | TN | 38018 |
| NW Beverages LLC | | 11400 SE 8th St Ste 300 | Bellevue | WA | 98004-6409 |
| Ocampo, Demetrio | | 9105 South Austin Drive | Phar | TX | 78577 |
| O'Connor Distributing | | 111 Overton St | Hot Springs | AR | 71901-6312 |
| Pacific Fitness And Nutrition | | 4428 Mala'ai Street | Honolulu | HI | 96818 |
| Parts and Services Solutions, LLC | | 4833 Lumber Ln Ste 113 | Knoxville | TN | 37921-3959 |
| Pasha Wholesale | | 15-A Locust Place | Huntington Station | NY | 11746 |
| Pepsi Bottling Co. of Corbin, KY | | 1000 Cumberland Falls Hwy | Corbin | KY | 40701-2713 |
| Pepsi Bottling Co. of New Haven , MO | | PO Box 77 | New Haven | MO | 63068-0077 |
| Pepsi Bottling Urbandale, IA | | 2835 106th Street | Urbandale | IA | 50322 |
| Pepsi Co. Corporate | | 1111 Westchester Ave | White Plains | NY | 10604-3525 |
| Pepsi Cola Ogdensburg Bottlers - PCBC | | PO Box 708 1001 Mansion Ave | Ogdensburg | NY | 13669 |
| Pepsi of Hudson Valley | | 1 Pepsi Way | Newburgh | NY | 12550-3921 |
| PitCo Foods | | 567 CInnabar Street | San Jose | CA | 95110 |
| PIVO Inc DBA High Plain Beverages | | PO Box 771 | Scottsbluff | NE | 69363-0771 |
| Pugs, Inc. | | 215 N 1800 West | Lindon | UT | 84042 |
| Pure Beverage Company | | 1835 Stout Field West Dr # 101 | Indianapolis | IN | 46241-4018 |
| Quality Beverage LLC | | 1413 Jake Alexander Blvd S | Salisbury | NC | 28146-8359 |
| Quality Brands of Omaha | | 13255 Centech Rd | Omaha | NE | 68138-3490 |
| R&H Inc. dba Hodgen Distributing | | PO Box 386 | Pendleton | OR | 97801-0386 |
| R.H. Barringer Dist. Co., Inc. | | 1620 Fairfax Rd | Greensboro | NC | 27407-4139 |
| RaceTrac Corporate | | 3325 Cumberland Club Dr | Atlanta | GA | 30339 |
| Raymex Distribution Inc. | | 8307 Killiam Industrial Blvd | Laredo | TX | 78045 |
| Refreshment Services - Decatur, IL | | 2112 N Brush College Rd | Decatur | IL | 62526-5555 |
| Rich & Rhine | | PO Box 301547 | Portland | OR | 97294-9547 |
| Riverside Refreshments, Inc. | | 2719 Mike Padgett Hwy | Augusta | GA | 30906-3735 |
| Saccani Distributing Co. | | 2600 5th St | Sacramento | CA | 95818-2848 |
| Sam's Club | | 702 SW 8th St | Bentonville | AR | 72716-6209 |
| Smith Beverages | | 105 E Clark Street | Laramie | WY | 82072 |
| Soda Express Inc. | | PO Box 1197 | Tualatin | OR | 97062-1197 |
| Sound Beverage Dist Inc | | 3901 Airport Way | Bellingham | WA | 98226-9159 |
| Steve DeAtley - Redline DSD South | | 1500 N Park Drive | Weston | FL | 33326 |
| Suministros E Inversiones, S.A. De C.V | | Boulevard Altamira 10 | Residencial VIlla Galicia | | 00000 |
| Summit Beverage of Oregon, Inc | | 100 C St | Phoenix | OR | 97535-7775 |
| Suplementos nino | | 68-124 Av 13 N | Maracaibo | | 04002 |
| Supplement Warehouse - Davie Fl | | 4677 South University Dr | Davie | FL | 33328 |
| Swartz and Sons Distributors | | 3815 38th St | Brentwood | MD | 20722-1708 |
| Taber, Ben | | 256 Stockton St | N Ft Myers | FL | 33903 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| The House of LaRose, Inc. | | 6745 Southpointe Pkwy | Brecksville | OH | 44141-3267 |
| Total Nutrition - Weston | | 1500 North Park Drive | Weston | FL | 33326 |
| Tri Star Wholesale Louisiana | | 900 Gertsner Memorial Drive | Lake Charles | LA | 70601 |
| Tricon Specialty Foods | | 6911 1st Ave N | Birmingham | AL | 35206-5002 |
| Triple P Distributing Co. Inc North Florida Sales Inc. | | 3601 Regent Blvd | Jacksonville | FL | 32224-6500 |
| Tri-State Brandz | | 2171 Gibbs Rd | Goshen | OH | 45122-9503 |
| Union Beer Distributors, LLC | | 46 Meadowlands Pkwy | Secaucus | NJ | 07094-2900 |
| United Distributors of GA | | 5500 United Dr SE | Smyrna | GA | 30082-4755 |
| USI Weston | | 1440 N Park Dr | Weston | FL | 33326-3207 |
| Vern's & Son, Inc. | | PO Box 1059 | Hermiston | OR | 97838-3059 |
| Virginia Eagle Distributing Company, LLC | | 827 Lee Hwy | Verona | VA | 24482-2811 |
| Vitamin World Inc | | 4320 Veterans Highway | Holbrook | NY | 11741 |
| W.H Edwards Co Midwest Distribution | | 421 NW Capital Dr | Lees Summit | MO | 64086-4719 |
| Windham Pepsi-Cola Bottling Co., Inc. | | 90 Industrial Drive | Holden | MA | 01520 |
| Worcester Pepsi-Cola Bottling Co., Inc. | | 90 Industrial Drive | Holden | MA | 01520 |
| Wright Wisner Distributing Corp Wright Beverage Distributing | | 3165 Brighton Henrietta Rd | Rochester | NY | 14623-2751 |
| Young's Market Company dba RNDC of HI | | 14402 Franklin Ave | Tustin | CA | 92780-7013 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 4 of 4