## EXHIBIT C

## Adjourned Objections

| Objector [ECF No.] | Status |
|---|---|
| *Formal Objections* | |
| Santander Consumer USA, Inc. d/b/a Chrysler Capital [ECF No. 1000] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| SLBS Limited Partnership d/b/a Summit Distributing [ECF No. 1054] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Archer Daniels Midland Company, ADM Wild Europe GmbH & Co. KG and Wild Flavors [ECF No. 1040] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| LPUSA, LLC, d/b/a Network [ECF No. 1074] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| C.K.S. Packaging, Inc. [ECF No. 1081] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Doehler USA Inc. [ECF No. 1087] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |

12272946-1

| Objector [ECF No.] | Status |
|---|---|
| Ally Bank [ECF No. 1090] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Ardagh Metal Packaging USA Corp [ECF No 1101] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Graphic Packaging International [ECF Nos. 1102 & 1480] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Fona International, Inc. [ECF No. 1106] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Prologis Targeted US Logistics Fund L.P. [ECF Nos. 1108, 1577] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Ball Metal Beverage Container Corp [ECF No. 1110] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| U.S. Bank Nation Association d/b/a U.S. Bank Equipment Finance [ECF No. 1415] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Premier Distributing Company [ECF No. 1547] | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| *Informal Objections* | |
| Krones Inc. | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |