**EXHIBIT D**[8]

**Schedule of Interests Affecting Real Property Located at:**
**1635 S. 43rd Ave., Phoenix, Maricopa County, AZ**

11.  Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing
      Amount:      $541,400,000.00
      Dated:        December 3, 2020
      Grantor:     JHO Real Estate Investment, LLC, a Florida limited liability company
      Trustee:       Stewart Title & Trust of Phoenix, Inc., a Delaware corporation
      Beneficiary:  Truist Bank, as Administrative Agent
      Recording Date: December 14, 2020
      Recording No.:     20201230181

16.  Mechanic's Lien
      Claimant:    Nexus Steel, L.L.C.
      Amount:     $313,512.91
      Recording Date: January 20, 2022
      Recording No.:     20220060823

19.  Mechanic's Lien
      Claimant:    Hardrock Concrete Placement Co., Inc.
      Amount:     $669,195.67
      Recording Date:   March 22, 2022
      Recording No.:     20220257254

20.  Mechanic's Lien
      Claimant:    Stellar Group, Inc.
      Amount:     $7,722,974.37
      Recording Date: March 23, 2022
      Recording No.:     20220259809

21.  Mechanic's Lien
      Claimant:    Faith Technologies Incorporated, a Wisconsin corporation
      Amount:     $807,781.00
      Recording Date: March 24, 2022
      Recording No.:     20220266675

22.  Mechanic's Lien
      Claimant:    Faith Technologies Incorporated, a Wisconsin corporation
      Amount:     $2,777,007.15
      Recording Date: March 24, 2022
      Recording No.:     20220266676

---

[8]  Number references in this Exhibit are to Schedule B, Part I, of Chicago Title commitment no. CT349230039 Dated May 23, 2023, attached as **Exhibit E** hereto.

12272946-1

23.  Mechanic's Lien
     Claimant:     HACI Mechanical Contractors, Inc.
     Amount:     $224,126.00
     Recording Date:     April 22, 2022
     Recording No.:     20220357919

26.  Notices of Lis Pendens
     Court:     Superior Court of Maricopa County, AZ
     Case No.:     CV2022-008873
     Plaintiff:     Nexus Steel, LLC
     Defendant:     JHO Real Estate Investment, LLC, et al.
     Recording Dates and Recording Nos.:     July 13, 2022, Recording No. 20220570741
     August 10, 2022, Recording No. 20220633035
     August 25, 2022, Recording No. 20220667523
     September 21, 2022, Recording No. 20220726494
     October 3, 2022, Recording No. 20220753033
     October 21, 2022, Recording No. 20220791939

31.  Any lien, or right to a lien, for services, labor, materials or equipment whether or not shown by the public records.

34.  Mechanic's Lien
     Claimant:     CM Builders, Inc., d/b/a Integrated Masonry
     Amount:     $145,637.30
     Recording Date:     April 4, 2022
     Recording No.:     20220297171

12272946-1