## EXHIBIT E

**Schedule B, Part I of Chicago Title Commitment**

12272946-1

CHICAGO TITLE INSURANCE COMPANY

COMMITMENT NO. CT349230039
AMENDMENT 1

## SCHEDULE B, PART I - Requirements

All of the following Requirements must be met:

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

5. Notice: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

6. Intentionally Deleted

7. Intentionally Deleted

8. Intentionally Deleted

9. The Company will require the following documents for review prior to the issuance of any title insurance predicated upon a conveyance or encumbrance from the entity named below.

    Limited Liability Company:   Blast Asset Acquisition LLC, a Delaware limited liability company

    a.    A copy of its operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member.

    b.    If a domestic Limited Liability Company, a copy of its Articles of Organization and all amendment thereto with the appropriate filing stamps.

    c.    If the Limited Liability Company is member-managed a full and complete current list of members certified by the appropriate manager or member.

    d.    A current dated certificate of good standing from the proper governmental authority of the state in which the entity was created.

    e.    If less than all members, or managers, as appropriate, will be executing the closing documents, furnish evidence of the authority of those signing.

    The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

10. Intentionally Deleted

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

Copyright American Land Title Association. All rights reserved.

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



ALTA Commitment for Title Insurance (07/01/2021)
Page 4
Printed:  06.02.23 @ 11:58 AM
AZ-CT-FWPY-01085.043349-SPS-1-23-CT349230039

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | COMMITMENT NO. CT349230039<br>AMENDMENT 1 |

## SCHEDULE B, PART I - Requirements
(continued)

11. Furnish for recordation a full release/reconveyance of deed of trust:

    | | |
    |---|---|
    | Amount: | $541,400,000.00 |
    | Dated: | December 3, 2020 |
    | Trustor/Grantor: | JHO Real Estate Investment, LLC, a Florida Limited Liability Company |
    | Trustee: | Stewart Title & Trust of Phoenix, Inc., a Delaware Corporation |
    | Beneficiary: | Truist Bank |
    | Recording Date: | December 14, 2020 |
    | Recording No.: | 20201230181 |

    The Deed of Trust set forth above is purported to be a "Credit Line" Deed of Trust. It is a requirement that the Trustor/Grantor of said Deed of Trust provide written authorization to close said credit line account to the Lender when the Deed of Trust is being paid off through the Company or other Settlement/Escrow Agent or provide a satisfactory subordination of this Deed of Trust to the proposed Deed of Trust to be recorded at closing.

12. Furnish a copy of the Cancellation Instruction (Credit Line Authorization), signed by the Borrower and sent to the Lender, for the Deed of Trust shown in Requirement No. 11.

13. Intentionally Deleted

14. Intentionally Deleted

15. The Company will require that an Owner's Affidavit be completed by the party(s) named below before the issuance of any policy of title insurance.

    Party(s):    JHO Real Estate Investment, LLC, a Florida limited liability company

    The Company reserves the right to add additional items or make further requirements after review of the requested Affidavit.

16. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

    | | |
    |---|---|
    | Claimant: | Nexus Steel, LLC |
    | Amount: | $313,512.91 |
    | Recording Date: | January 20, 2022 |
    | Recording No: | 20220060823 |

17. Intentionally Deleted

18. Intentionally Deleted

19. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

Copyright American Land Title Association. All rights reserved.

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



| CHICAGO TITLE INSURANCE COMPANY | COMMITMENT NO. CT349230039 |
|---|---|
| | AMENDMENT 1 |

## SCHEDULE B, PART I - Requirements
(continued)

      Claimant:      Hardrock Concrete Placement Co., Inc.
      Amount:      $669,195.67
      Recording Date:      March 22, 2022
      Recording No:      20220257254

20. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

      Claimant:      Stellar Group, Inc.
      Amount:      $7,722,974.37
      Recording Date:      March 23, 2022
      Recording No:      20220259809

21. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

      Claimant:      Faith Technologies Incorporated, a Wisconsin Corporation
      Amount:      $807,781.00
      Recording Date:      March 24, 2022
      Recording No:      20220266675

22. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

      Claimant:      Faith Technologies Incorporated, a Wisconsin Corporation
      Amount:      $2,777,007.15
      Recording Date:      March 24, 2022
      Recording No:      20220266676

23. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

      Claimant:      HACI Mechanical Contractors, Inc.
      Amount:      $224,126.00
      Recording Date:      April 22, 2022
      Recording No:      20220357919

24. Intentionally Deleted

25. Intentionally Deleted

26. Dismiss the pending court action referred to below and furnish for recordation a release of the lis pendens:

      Court:      Superior Court
      Case No:      CR2022-008873

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | COMMITMENT NO. CT349230039<br>AMENDMENT 1 |

## SCHEDULE B, PART I - Requirements
(continued)

County: Maricopa
Plaintiff: Nexus Steel, LLC, an Arizona limited liability company
Defendant: JHO Real Estate Investment, LLC, a Florida Limited Liability Company, et al
Lis Pendens Recording Date: July 13, 2022
Lis Pendens Recording No: 20220570741, and recorded August 10, 2022 in
Lis Pendens Recording No: 20220633035, and recorded August 25, 2022 in
Lis Pendens Recording No: 20220667523, and recorded September 21, 2022 in
Lis Pendens Recording No: 20220726494, and recorded October 3, 2022 in
Lis Pendens Recording No: 20220753033, and recorded October 21, 2022
Lis Pendens Recording No: 20220791939

27. Institute proceedings in the bankruptcy court where a petition was filed:

    Name of Debtor: JHO Real Estate Investment, LLC, a Florida Limited Liability Company
    U.S. District Court: Southern District of Florida, Fort Lauderdale Division
    Case No. 22-17847-SMG

    Leading to the entry of a Final Non-appealable Order

    Authorizing the transaction to be insured.

    Provide a certified copy of the Order called for above.

    The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

28. Intentionally Deleted

29. Furnish for recordation a deed as set forth below:

    Type of deed: Warranty Deed
    Grantor(s): JHO Real Estate Investment, LLC
    Grantee(s): Purchaser with contractual rights

    Note: ARS 11:1133 may require the completion and filing of an Affidavit of Value.

30. Intentionally Deleted

31. Information reviewed and/or in the possession of the Company indicates that improvements to the land are being contemplated, are underway or recently completed. Furnish documents required by the Company for review and approval by Company's Corporate Underwriting Department. Documents requested for review will be used to determine if an indemnification by the seller/borrower, and/or contractor will be acceptable to the Company. Any

---

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

Copyright American Land Title Association. All rights reserved.

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



AMERICAN LAND TITLE ASSOCIATION

CHICAGO TITLE INSURANCE COMPANY  COMMITMENT NO. CT349230039
AMENDMENT 1

## SCHEDULE B, PART I - Requirements
(continued)

indemnity must be on the Company's form.  Spouses and individual principals of corporations or other entities may be required to join in the execution of said indemnity.

Please contact your Escrow Officer or Title Officer for clarification as to what documentation will be needed to begin the underwriting review process.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

32. The transaction contemplated in connection with this Report is subject to the review and approval of the Company's Corporate Underwriting Department.  The Company will require a liability amount and list of requested endorsements prior to submitting the transaction for said approval. Failure to provide this information may result in the closing being delayed.

    The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

33. Notwithstanding anything to the contrary in this Commitment, upon entry of a sale order that is not subject to appeal in JHO Real Estate Investment LLC's pending chapter 11 bankruptcy case (which sale order contains "free and clear" language pursuant to section 363 of the United States Bankruptcy Code acceptable to Chicago Title and the motion seeking which was properly served on the parties named in the following listed Requirements), each of Requirements 11, 16, 19, 20, 21 - 23, 26, 31 and 34 of this Schedule B, Part 1 shall conclusively be deemed satisfied

34. Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

    Claimant:            Integrated Masonry
    Amount:              $145,637.30
    Recording Date:      April 4, 2022
    Recording No:        20220297171

    Tax Note:

    Year:                           2022
    Tax Parcel No:                  105-14-001Q
    Total Tax:                      $401,833.68
    First Installment Amount:       $PAID
    Second Installment Amount:      $PAID

    Note:  Any documents being executed in conjunction with this transaction must be signed in the presence of an authorized Company employee, an authorized employee of a Company agent, an authorized employee of the insured lender, or by using Bancserv or other Company-approved third-party service.  If the above requirement cannot be met, please call the Company at the number provided in this report.

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

Copyright American Land Title Association.  All rights reserved.

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use.  All other uses are prohibited.  Reprinted under license from the American Land Title Association.



ALTA Commitment for Title Insurance (07/01/2021)                                    Printed: 06.02.23 @ 11:58 AM
Page 8                                    AZ-CT-FWPY-01085.043349-SPS-1-23-CT349230039

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | COMMITMENT NO. CT349230039<br>AMENDMENT 1 |

## SCHEDULE B, PART I - Requirements
(continued)

**END OF SCHEDULE B, PART I**

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

Copyright American Land Title Association. All rights reserved.

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.