

**ORDERED in the Southern District of Florida on July 14, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____ / | |

**ORDER DENYING CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF DEBTOR JHO REAL ESTATE INVESTMENT, LLC**

**THIS MATTER** came before the Court for an evidentiary hearing on July 11, 2023, at 10:00 a.m., in Fort Lauderdale, Florida, to consider *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1466] (the "Motion") filed by John H. Owoc. The Court, having

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12281698-1

considered (a) the Motion, (b) the *Debtors' Preliminary Response (Scheduling) to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [ECF No. 1482], (c) the *United States Trustee Objection to the Emergency Relief Requested and Preliminary Objection to the Owner's and Creditor's Motion to Dismiss Chapter 11 Case of JHO Real Estate Investment, L.L.C.* [ECF No. 1484], (d) the *Declaration of John H. Owoc in Support of Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1520], (e) the *Supplemental Brief in Support of Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1574], (f) the *Supplemental Declaration of John H. Owoc in Support of Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1586], (g) the *Debtors' Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [ECF No. 1588], (h) *Prepetition Agent's and DIP Agent's Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC and Joinder to Debtors' Objection Thereto* [ECF No. 1589], and (i) *The Official Committee of Unsecured Creditors' Joinder to Debtors' Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1597], having considered the evidence and testimony offered at the hearing on July 11, 2023, and being otherwise fully advised in the premises, and for good cause, it is

    **ORDERED** that the Motion is **DENIED** for the reasons announced on the record at the hearings held on July 11 and 12, 2023.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

12281698-1