

**ORDERED in the Southern District of Florida on July 14, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |

/

**AMENDED ORDER (I) AUTHORIZING AND APPROVING (A) THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR
OF ALL LIENS, CLAIMS, AND ENCUMBRANCES AND (B) THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IN CONNECTION THEREWITH, AND (II) GRANTING RELATED RELIEF**
(*Amends ECF No. 1654 to correct Exhibit B*)

---

[1]    The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12272946-1

**THIS MATTER** came before the Court for hearing on July 12, 2023, at 10:00 a.m., in Fort Lauderdale, Florida, upon the motion [ECF No. 707] (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Sale Order"), (i) authorizing (a) the sale of substantially all of the Debtors' assets free and clear of all claims, liens, liabilities, rights, interests, and encumbrances (except for Assumed Liabilities and Permitted Encumbrances), and (b) the assumption and assignment of certain of the Debtors' executory contracts and unexpired leases, and (ii) granting related relief; and this Court having entered the *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 854] (the "Bidding Procedures Order"); and Blast Asset Acquisition LLC, the buyer (the "Buyer"), having been selected as the Successful Bidder; and upon the Buyer and certain of the Debtors having entered into that certain *Asset Purchase Agreement*, dated as of June 28, 2023, a copy of which is attached hereto as **Exhibit A** (as may be amended, modified, or supplemented in accordance with the terms of this Sale Order and such agreement, the "Asset Purchase Agreement"); and this Court having reviewed the 9019 Motion; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the objections[3] to the entry of the Sale Order and the resolutions of those objections reflected in this Sale Order; and this Court having reviewed the Motion and a hearing having been held to consider the relief

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in, as applicable, the Asset Purchase Agreement (as defined herein), or if not defined therein, the Motion, or the Bidding Procedures Order (as defined herein).

[3]    Such objections include the *Limited Objection of Creditor ThermoLife International, LLC to Second Revised Proposed Sale Order [ECF No. 1628]* [ECF No. 1633].

2

requested in the Motion (the "Sale Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and evidence adduced at the Sale Hearing or otherwise establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and at the Sale Hearing; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**THE COURT HEREBY FINDS THAT:[4]**

**<u>JURISDICTION</u>**

A.        This Court has jurisdiction to hear and determine the Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).

B.        Venue of the Debtors' above-captioned chapter 11 cases (these "<u>Chapter 11 Cases</u>") and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        This Sale Order constitutes a final order within the meaning of 28 U.S.C. § 158(a). Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), and to any extent necessary under Bankruptcy Rule 9014 and Rule 54(b) of the Federal Rules of Civil Procedure, as made applicable by Bankruptcy Rule 7054, this Court expressly finds that there is no just reason for delay in the implementation of this Sale Order, and expressly directs entry of this Sale Order as set forth herein.

D.        The statutory predicates for the relief sought in the Motion are sections 105(a), 363, and 365 of the Bankruptcy Code, as supplemented by Bankruptcy Rules 2002, 6004, 6006, 9007, 9008, and 9014, and the applicable Local Rules.

---

[4]    The findings and conclusions set forth herein constitute this Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014.  To the extent that any of the following findings of fact constitute conclusions of law, they are adopted as such.  To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

12272946-1

## NOTICE OF THE SALE AND THE CURE PAYMENTS

E.        As evidenced by the affidavits and/or certificates of service filed with the Court,[5]

proper, timely, adequate, and sufficient notice of, *inter alia*, the Motion, the Bidding Procedures,

the Assumption and Assignment Procedures, the Asset Purchase Agreement, the sale of the

Purchased Assets pursuant to the terms of the Asset Purchase Agreement and this Sale Order (the

"Sale"), the Sale Hearing, and all deadlines related thereto, has been provided in accordance with

sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007,

9008, and 9014, and in compliance with the Bidding Procedures Order, to all parties required to

receive such notice.

F.        The Debtors served the *Notice of Proposed Sale, Bidding Procedures, Auction, and

Sale Hearing* [ECF No. 856] (the "Sale Notice") on all parties required to receive such notice

under the Bidding Procedures Order and applicable rules, published such notice in *The New York*

---

[5]     Such affidavits and/or certificates of service were filed by the Debtors at [ECF No. 710] (certificate of service regarding the Motion); [ECF No. 735] (certificate of service regarding hearing on Motion); [ECF No. 841] (certificate of service regarding revised Bidding Procedures Order and declaration in support of Bidding Procedures); [ECF No. 847] (certificate of service regarding extension of certain transaction deadlines); [ECF No. 909] (certificate of publication of Sale Notice); [ECF No. 911] (certificate of service of Bidding Procedures Order and Sale Notice); [ECF No. 927] (certificate of service of initial Assumption Notice (as defined herein) and proposed form of Sale Order); [ECF No. 1014] (certificate of service of first supplemental Assumption Notice); [ECF No. 1042] (certificate of service of Sale Notice); [ECF No. 1125] (certificate of service of Sale Notice and initial Assumption Notice); [ECF No. 1155] (certificate of service of initial Assumption Notice); [ECF No. 1186] (certificate of service of initial Assumption Notice and Sale Notice); [ECF No. 1252] (certificate of service of initial Assumption Notice and Sale Notice); [ECF No. 1305] (certificate of service of extension of transaction deadlines); [ECF No. 1360] (certificate of service of Sale Order and initial Assumption Notice); [ECF No. 1383] (certificate of service of Sale Notice and initial Assumption Notice); [ECF No. 1392] (certificate of service of Sale Notice and extension of certain transaction milestones); [ECF No. 1403] (certificate of service of notice of adjournment of Auction); [ECF No. 1414] (certificate of service of Sale Notice and extension of certain transaction milestones); [ECF No. 1439] (certificate of service of extension of certain transaction milestones and adjournment of Auction); [ECF No. 1462] (certificate of service of extension of certain transaction milestones and adjournment of Auction); [ECF No. 1464] (certificate of service of extensions of certain transaction milestones, including the Sale Hearing); [ECF No. 1493] (supplemental certificate of service of notice of adjournment of Auction and extensions of certain transaction milestones, including the Sale Hearing); [ECF No. 1541] (certificate of service of notice of adjournment of Sale Hearing); [ECF No. 1578] (certificate of service of filing of revised proposed Sale Order and notice of Auction cancellation and Successful Bidder); and [ECF No. 1580] (certificate of service of amended notice of Auction cancellation and Successful Bidder).

4

*Times* and posted the Sale Notice on the Debtors' Case Website. Such publication of the Sale Notice conforms to the requirements of the Bidding Procedures Order and Bankruptcy Rules 2002(l) and 9008 and was reasonably calculated to provide notice to any affected party and afford any affected party the opportunity to exercise any rights related to the Motion and the relief granted by this Sale Order. Service and publication of the Sale Notice was appropriate and reasonably calculated to provide all interested parties with timely and proper notice of the sale of the Purchased Assets, including the proposed sale of the Purchased Assets free and clear of all liens, claims, encumbrances, and interests (other than Assumed Liabilities and Permitted Encumbrances), the Sale, the Bidding Procedures, and the Sale Hearing.

G.     The Debtors served the (i) *Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 893]; (ii) *Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 995]; (iii) *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 1460]; and (iv) *Third Supplemental Notice of (I) Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Costs with Respect Thereto* [ECF No. 1624] (together, the "Assumption Notice") on each of the counterparties to the Assumed Agreements and Assumed Real Property Leases in accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order. The service of the Assumption Notice was sufficient under the circumstances and in full compliance with the Assumption and

Assignment Procedures and the Bidding Procedures Order, and no further notice need be provided in respect of the Debtors' assumption and assignment to the Buyer of the Assumed Agreements and Assumed Real Property Leases that have been (or may be) selected by the Buyer to be assumed and assigned in connection with the Sale[6] or the Cure Costs (as defined in the Assumption Notice or as otherwise agreed by the Buyer and the counterparty to any Assumed Agreements or Assumed Real Property Leases). All counterparties to the Assumed Agreements and Assumed Real Property Leases have had an adequate opportunity to object to the assumption and assignment of the Assumed Agreements and Assumed Real Property Leases and the Cure Costs. Service of the Assumption Notice was appropriate and reasonably calculated to provide all interested parties with timely and proper notice of the potential assumption and assignment of the Assumed Agreements and Assumed Real Property Leases in connection with the sale of the Purchased Assets and the related Cure Costs.

H.     The Debtors served the (i) *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] and (ii) *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] (collectively, the "Designation Notice") on all parties required to receive such notice under the Bidding Procedures Order and applicable rules. Because only one Qualified Bid was received for substantially all of the Debtors' assets, which was submitted by the Buyer, no Auction was conducted.

I.     The notice described in the foregoing paragraphs is due, proper, timely, adequate, and sufficient notice of the Motion, the Bidding Procedures, the Sale Hearing, the assumption and assignment of the Assumed Agreements and Assumed Real Property Leases, the Sale, and the

---

[6]    For avoidance of doubt, as used herein, Assumed Agreements and Assumed Real Property Leases shall only include those Assumed Agreements and Assumed Real Property Leases to which a Debtor is a party.

12272946-1

entry of this Sale Order, and has been provided to all parties in interest. Such notice was, and is, good, sufficient, and appropriate under the circumstances of these Chapter 11 Cases, provided a fair and reasonable opportunity for parties in interest to object, and to be heard, with respect thereto, and was timely provided in accordance with sections 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, 9007, 9008, and 9014, and the applicable Local Rules. Accordingly, no other or further notice with respect to such matters is necessary or shall be required.

### BUSINESS JUDGMENT

J.      The Debtors have demonstrated good, sufficient, and sound business purposes and justifications for, and compelling circumstances to promptly consummate, the Sale and the other transactions contemplated by the Asset Purchase Agreement and related documents (together with the Asset Purchase Agreement, the "Transaction Documents"), including, without limitation, the assumption, assignment, and/or transfer of the Assumed Agreements and Assumed Real Property Leases (collectively, the "Transaction") pursuant to sections 105, 363, and 365 of the Bankruptcy Code, prior to and outside of a plan of reorganization, and such action is an appropriate exercise of the Debtors' business judgment and in the best interests of the Debtors, their estates, and their creditors. Such business reasons include, but are not limited to, the fact that: (i) there is substantial risk that the Debtors will lose access to the financing necessary to maintain their day-to-day business operations, including, among other reasons, the impending maturity of the DIP Facility; (ii) the Asset Purchase Agreement and the Closing present the best opportunity to maximize the value of the Debtors' estates; and (iii) unless the Sale is concluded expeditiously as provided for in this Sale Order and pursuant to the Asset Purchase Agreement, potential creditor recoveries may be substantially diminished.

12272946-1

## GOOD FAITH OF THE BUYER; NO COLLUSION

K.    The Buyer is purchasing the Purchased Assets in good faith and is a good faith purchaser within the meaning of section 363(m) of the Bankruptcy Code, and therefore is entitled to, and granted pursuant to paragraph 35 below, the full rights, benefits, privileges, and protections of that provision, and has otherwise proceeded in good faith in all respects in connection with the Transaction in that, *inter alia*: (i) the Buyer recognized that the Debtors were free to deal with any other party interested in acquiring the Purchased Assets; (ii) the Buyer complied with the provisions in the Bidding Procedures Order; (iii) the Buyer agreed to subject its bid to the competitive bidding procedures set forth in the Bidding Procedures Order; (iv) all payments to be made by the Buyer and other agreements or arrangements entered into by the Buyer in connection with the Sale have been disclosed; and (v) the negotiation and execution of the Asset Purchase Agreement and the other Transaction Documents were at arms' length and in good faith.

L.    None of the Debtors, the Buyer, any other party in interest, or any of their respective Representatives has engaged in any conduct that would cause or permit the Asset Purchase Agreement or any of the Transaction Documents, or the consummation of the Transaction, to be avoidable or avoided, or for costs or damages to be imposed, under section 363(n) of the Bankruptcy Code, or has acted in bad faith or in any improper or collusive manner with any Person (as defined in the Asset Purchase Agreement) in connection therewith.

## HIGHEST OR OTHERWISE BEST OFFER

M.    In accordance with the Bidding Procedures Order, the Asset Purchase Agreement was deemed a Qualified Bid for the Purchased Assets.

N.    The Debtors conducted a competitive marketing and sale process in accordance with, and have otherwise complied in all material respects with, the Bidding Procedures Order,

12272946-1

and accordingly have afforded a full, fair, and reasonable opportunity for any Person to make a higher or otherwise better offer to purchase the Purchased Assets.

O.      The Asset Purchase Agreement constitutes the highest or otherwise best offer for the Purchased Assets and represents a fair and reasonable offer to purchase the Purchased Assets under the totality of circumstances of these Chapter 11 Cases.

P.      The Transaction described in the Asset Purchase Agreement will provide a greater benefit to the Debtors, their estates, and their creditors than any alternative transaction.

## NO FRAUDULENT TRANSFER

Q.      The Asset Purchase Agreement and the other Transaction Documents were not entered into, and the Transaction is not being consummated, for the purpose of hindering, delaying, or defrauding creditors of the Debtors under applicable law, and none of the parties to the Asset Purchase Agreement or parties to any of the other Transaction Documents are consummating the Transaction with any fraudulent or otherwise improper purpose.  The purchase price for the Purchased Assets constitutes reasonably equivalent value, fair consideration and fair value for the conveyance of such Purchased Assets under the Bankruptcy Code, the Uniform Fraudulent Transfer Act, the Uniform Voidable Transactions Act, the Uniform Fraudulent Conveyance Act, and any other applicable laws of the United States, any state, territory, or possession, the District of Columbia or any applicable foreign laws.

## VALIDITY OF TRANSFER

R.      The Debtors have full corporate power and authority (i) to seek approval of and perform all of their obligations under the Asset Purchase Agreement and the other Transaction Documents; and (ii) to consummate the Transaction.  Subject to the entry of this Sale Order, no further consents or approvals are required for the Debtors to consummate the Transaction or otherwise perform their obligations under the Transaction Documents, except in each case as

9

otherwise expressly set forth in the Final DIP Order (which consents or approvals have already been obtained),[7] the Asset Purchase Agreement, or the other applicable Transaction Documents.

S.    The Debtors' rights, title, and interest in the Purchased Assets constitute property of the Selling Entities' bankruptcy estates and title thereto is vested in their estates within the meaning of section 541(a) of the Bankruptcy Code.  As of the date of the closing of the Transaction ("Closing," and such date, the "Closing Date"), the transfer of the Purchased Assets to the Buyer, including, without limitation, the assumption, assignment, and transfer of the Assumed Agreements and Assumed Real Property Leases, will be a legal, valid, and effective transfer thereof, and will vest the Buyer with good and marketable title to, and all right, title, and interest in and to the Purchased Assets, free and clear of all Interests (as defined below) except for Assumed Liabilities and Permitted Encumbrances accruing or arising any time prior to the Closing Date, except as expressly set forth in the Asset Purchase Agreement.

## SECTION 363(F) IS SATISFIED

T.    The Buyer would not have entered into the Asset Purchase Agreement and would not consummate the transaction contemplated thereby if the sale of the Purchased Assets, including the assumption, assignment, and transfer of the Assumed Agreements and Assumed Real Property Leases to the Buyer, were not free and clear of all Interests of any kind or nature whatsoever (except for Assumed Liabilities and Permitted Encumbrances), or if the Buyer or any of its affiliates, subsidiaries, or any of its Representatives would, or in the future could, be liable for any such Interests (except for Assumed Liabilities and Permitted Encumbrances).

---

[7]    The "Final DIP Order" means the *Final Order (I) Approving Postpetition Financing, (II) Authorizing Use Of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* entered on January 12, 2023 [ECF No. 638].

12272946-1

U.      The Debtors may sell or otherwise transfer the Purchased Assets free and clear of all Interests (except for Assumed Liabilities and Permitted Encumbrances) to the extent set forth herein because, in each case, one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Those holders of Interests against the Debtors, their estates, or any of the Purchased Assets who did not object, or who withdrew their objection to the Sale or the Motion, are deemed to have consented thereto pursuant to section 363(f)(2) of the Bankruptcy Code.  Those holders of such Interests who did object fall within one or more of the other subsections of section 363(f) and are adequately protected by the terms of this Sale Order, including, as applicable, by having their Interests, if any, attach to the portion of the Sale Proceeds (as defined below) attributable to the Purchased Assets in which such creditor alleges or asserts an Interest, in the same order of priority, with the same validity, force, and effect, that such creditor had against the Purchased Assets immediately prior to consummation of the Sale, subject to any claims and defenses the Debtors and their estates may possess with respect thereto.

V.      As used in this Sale Order, the terms "Interest" and "Interests" include all of the following, in each case, to the extent against or with respect to the Debtors, or in, on, or against, or with respect to any of the Purchased Assets: liens (including as defined in section 101(37) of the Bankruptcy Code, and whether consensual, statutory, possessory, judicial, or otherwise), claims (as defined in section 101(5) of the Bankruptcy Code) ("Claims"), debts (as defined in section 101(12) of the Bankruptcy Code), encumbrances, obligations, liabilities, demands, guarantees, actions, suits, defenses, deposits, credits, allowances, options, rights, restrictions, limitations, contractual commitments, or interests of any kind or nature whatsoever, whether known or unknown, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, perfected or unperfected, allowed or disallowed, contingent or

12272946-1

noncontingent, liquidated or unliquidated, matured or unmatured, material or non-material, disputed or undisputed, whether arising prior to, on, or subsequent to, the commencement of these Chapter 11 Cases, and in each case, whether imposed by agreement, understanding, law, equity, or otherwise, including, but not limited to: (i) mortgages, security deeds, deeds of trust, pledges, charges, security interests, levies, hypothecations, encumbrances, easements, servitudes, leases, subleases, licenses, rights-of-way, encroachments, restrictive covenants, restrictions on transferability, voting, sale, transfer or other similar restrictions, rights of setoff (except for setoffs validly exercised before the Petition Date, or preserved in a timely filed proof of claim or motion filed with the Court), rights of use or possession, conditional sale arrangements, deferred purchase price obligations, profit sharing interest, or any similar rights; (ii) all Claims, including, without limitation, all rights or causes of action (whether in law or equity) including, but not limited to, all claims and equitable remedies for specific performance or injunctive relief, arising out of all unassumed contracts relating to the Purchased Assets that have not been expressly assumed by the Buyer under the Asset Purchase Agreement, proceedings, warranties, guarantees, indemnities, rights of recovery, setoff (except for setoffs validly exercised before the Petition Date, or preserved in a timely filed proof of claim or motion filed with the Court), indemnity or contribution, obligations, demands, restrictions, indemnification claims, or liabilities relating to any act or omission of the Debtors or any other Person, consent rights, options, contract rights, covenants, and interests of any kind or nature whatsoever (known or unknown, matured or unmatured, accrued, or contingent and regardless of whether currently exercisable), whether arising prior to or subsequent to the commencement of these Chapter 11 Cases, and whether imposed by agreement, understanding, law, equity, or otherwise; (iii) all debts, liabilities, obligations, contractual rights and claims, including labor, employment, and pension claims; (iv) any rights

12

that purport to give any party a right or option to effect any forfeiture, modification, right of first offer or first refusal, or consents, or termination of the Debtors' or the Buyer's interest in the Purchased Assets, or any similar rights; (v) any rights under labor or employment agreements; (vi) any rights under pension, multiemployer plan (as such term is defined in section 3(37) or section 4001(a)(3) of the Employment Retirement Income Security Act of 1974 (as amended, "ERISA")), health or welfare, compensation or other employee benefit plans, agreements, practices, and programs, including, without limitation, any pension plans of the Debtors or any multiemployer plan to which the Debtors have at any time contributed to or had any liability or potential liability; (vii) any other employee claims related to worker's compensation, occupation disease, or unemployment or temporary disability, including, without limitation, claims that might otherwise arise under or pursuant to (a) ERISA, (b) the Fair Labor Standards Act, (c) Title VII of the Civil Rights Act of 1964, (d) the Federal Rehabilitation Act of 1973, (e) the National Labor Relations Act, (f) the Age Discrimination and Employment Act of 1967 and the Age Discrimination in Employment Act, each as amended, (g) the Americans with Disabilities Act of 1990, (h) the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended, including, without limitation, the requirements of Part 6 of Subtitle B of Title I of ERISA and Section 4980B of the Internal Revenue Code of any similar state law, (i) state discrimination laws, (j) state unemployment compensation laws or any other similar state laws, (k) any other state or federal benefits or claims relating to any employment with the Debtors or any of their predecessors, or (l) the WARN Act (29 U.S.C. §§ 2101, et seq.) or any state or other laws of similar effect; (viii) any bulk sales or similar law; (ix) any tax statutes or ordinances or other laws of similar effect, including, without limitation, the Internal Revenue Code of 1986, as amended, and any taxes arising under or out of, in connection with, or in any way relating to the operation of the Purchased

Assets before the closing of a Sale; (x) any unexpired and executory contract or unexpired lease or pre- or post-petition contract to which the Debtors are a party that is not an Assumed Agreement or Assumed Real Property Lease, including, but not limited to, claims or equitable remedies for specific performance or injunctive relief, arising out of such contracts that relate to the Purchased Assets in any way, as well as any rights that a non-debtor party may elect to retain under such contract or lease; (xi) any other excluded liabilities under the Asset Purchase Agreement; and (xii) Interests arising under or in connection with any acts, or failures to act, of the Debtors or any of their predecessors, affiliates, or subsidiaries, including, but not limited to, Interests arising under any doctrines of successor liability (to the greatest extent permitted by applicable law), or transferee or vicarious liability, violation of the Securities Act, the Exchange Act, or other applicable securities laws or regulations, breach of fiduciary duty, or aiding or abetting breach of fiduciary duty, or any similar theories under applicable law or otherwise.

### NOT A SUCCESSOR; NOT A SUB ROSA PLAN

W.      The Buyer is not, and shall not be deemed to, as a result of any action taken in connection with the Transaction (i) be a successor to or a mere continuation or substantial continuation (or other such similarly situated party) to the Debtors or their estates; or (ii) have, *de facto* or otherwise, merged or consolidated with or into the Debtors.

X.      The Sale does not constitute a *de facto* plan of reorganization or liquidation or an element of such a plan for the Debtors, as it does not and does not propose to impermissibly restructure the rights of the Debtors' creditors nor impermissibly dictate the terms of a chapter 11 plan for the Debtors.

12272946-1

## ASSUMPTION, ASSIGNMENT AND/OR TRANSFER OF THE ASSUMED AGREEMENTS AND ASSUMED REAL PROPERTY LEASES

Y.      The Debtors have demonstrated that (i) it is an exercise of their sound business judgment to assume and assign the Assumed Agreements and Assumed Real Property Leases to the Buyer in each case in connection with the consummation of the Transaction, and (ii) the assumption and assignment of the Assumed Agreements and Assumed Real Property Leases to the Buyer is in the best interests of the Debtors, their estates, their creditors, and other parties in interest.  The Assumed Agreements and Assumed Real Property Leases being assigned to the Buyer are an integral part of the Purchased Assets being purchased by the Buyer and, accordingly, such assumption, assignment and cure of any defaults under the Assumed Agreements and Assumed Real Property Leases are reasonable and enhance the value of the Debtors' estates.  Each and every provision of the documents governing the Purchased Assets or applicable non-bankruptcy law that purports to prohibit, restrict, or condition, or could be construed as prohibiting, restricting, or conditioning assignment of any of the Purchased Assets, if any, have been or will be satisfied or are otherwise unenforceable under section 365 of the Bankruptcy Code.  Any non-Debtor counterparty to an Assumed Agreement or Assumed Real Property Lease that has not filed with this Court an objection to such assumption and assignment in accordance with the terms of the Motion and the Assumption Notice is deemed to have consented to such assumption and assignment.

Z.      To the extent necessary or required by applicable law, the Debtors (or the Buyer on behalf of the Debtors) has or will have as of the Closing Date (i) cured, or provided adequate assurance of cure, of any default existing prior to the Closing Date with respect to the Assumed Agreements and Assumed Real Property Leases, within the meaning of sections 365(b)(1)(A) and 365(f)(2)(A) of the Bankruptcy Code, and (ii) provided compensation, or adequate assurance of

12272946-1

compensation, to any party for any actual pecuniary loss to such party resulting from such default, within the meaning of section 365(b)(1)(B) of the Bankruptcy Code. Subject to the terms of this Sale Order, and except as otherwise determined by separate order of the Court after the date hereof, the respective Cure Costs set forth on **Exhibit B** hereto are the sole amounts necessary under sections 365(b)(1)(A) and 365(f)(2)(A) of the Bankruptcy Code to cure all such monetary defaults and pay all actual pecuniary losses under the Assumed Agreements and Assumed Real Property Leases.

AA.    The promise of the Buyer to perform (and the Buyer's financial wherewithal to perform) the obligations first arising under the Assumed Agreements and Assumed Real Property Leases after their assumption and assignment to the Buyer constitutes adequate assurance of future performance within the meaning of sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code to the extent that any such assurance is required and not waived by the counterparties to such Assumed Agreements and Assumed Real Property Leases. Except for those objections and other disputes listed as adjourned on **Exhibit C** (collectively, the "Adjourned Objections"), any objections to the foregoing, the determination of any Cure Costs, or otherwise related to or in connection with the assumption, assignment, or transfer of any of the Assumed Agreements and Assumed Real Property Leases to the Buyer are hereby overruled on the merits or otherwise treated as set forth in paragraph 3 below. Those non-Debtor counterparties to Assumed Agreements and Assumed Real Property Leases who did not object to the assumption, assignment, or transfer of their applicable Assumed Agreement or Assumed Real Property Lease, or to their applicable Cure Cost, are deemed to have consented thereto for all purposes of this Sale Order. All rights of the parties with respect to the issues raised in the Adjourned Objections are preserved. This Court has

12272946-1

scheduled a hearing for July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) to address the Adjourned Objections.

### COMPELLING CIRCUMSTANCES FOR AN IMMEDIATE SALE

BB.    Time is of the essence in consummating the Transaction.  In order to maximize the value of the Purchased Assets, it is essential that the sale and assignment of the Purchased Assets occur within the time constraints set forth in the Asset Purchase Agreement.  This Sale Order constitutes a final order within the meaning of 28 U.S.C. § 158(a).  Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), and to any extent necessary under Bankruptcy Rule 9014 and Rule 54(b) of the Federal Rules of Civil Procedure, as made applicable by Bankruptcy Rule 7054, this Court expressly finds that there is no just reason for delay in the implementation of this Sale Order, and, sufficient cause having been shown, waives any such stay, and expressly directs entry of this Sale Order as set forth herein.  The Debtors have demonstrated compelling circumstances and a good, sufficient and sound business purpose and justification for the immediate approval and consummation of the Transaction as contemplated by the Asset Purchase Agreement.  The Buyer, being a good faith purchaser under section 363(m) of the Bankruptcy Code, may close the Transaction contemplated by the Asset Purchase Agreement at any time after entry of this Sale Order, subject to the terms and conditions of the Asset Purchase Agreement.

CC.    The consummation of the Transaction is legal, valid, and properly authorized under all applicable provisions of the Bankruptcy Code, including, without limitation, sections 105, 363, and 365 of the Bankruptcy Code, and all of the applicable requirements of such sections have been complied with in respect of the Transaction.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

**GENERAL PROVISIONS**

1.      The Motion, and the relief requested therein, is granted and approved, and the Transaction contemplated thereby and by the Asset Purchase Agreement and Transaction Documents are approved, in each case as set forth in this Sale Order.

2.      This Court's findings of fact and conclusions of law set forth in the Bidding Procedures Order are incorporated herein in their entirety by reference.

3.      Other than the Adjourned Objections, which are hereby preserved pending further order of the Court, all objections to the Motion or the relief requested therein that have not been withdrawn, waived, resolved, adjourned, or otherwise settled as set forth herein, as announced to this Court at the Sale Hearing or by stipulation filed with this Court, and all reservations of rights included therein, are hereby denied and overruled on the merits.  Those parties who did not object to the Motion or the entry of this Sale Order in accordance with the Bidding Procedures Order, or who withdrew their objections thereto, are deemed to have consented to the relief granted herein for all purposes, including, without limitation, pursuant to section 363(f)(2) of the Bankruptcy Code.

**APPROVAL OF ASSET PURCHASE AGREEMENT; BINDING NATURE**

4.      The Asset Purchase Agreement and the other Transaction Documents, and all of the terms and conditions thereof, are hereby approved as set forth herein, specifically including the mutual releases set forth in Section 7.16 of the Asset Purchase Agreement, subject in all cases to the terms thereof.

5.      The consideration provided by the Buyer for the Purchased Assets under the Asset Purchase Agreement is fair and reasonable and shall be deemed for all purposes to constitute

18

reasonably equivalent value, fair value, and fair consideration under the Bankruptcy Code, the Uniform Fraudulent Transfer Act, the Uniform Voidable Transactions Act, the Uniform Fraudulent Conveyance Act, and any other applicable law, and the Transaction may not be avoided or rejected by any Person, or costs or damages imposed or awarded against the Buyer, under section 363(n) or any other provision of the Bankruptcy Code.

6.    Pursuant to sections 105, 363, and 365 of the Bankruptcy Code, the Debtors are authorized and empowered to, and shall, take any and all actions necessary or appropriate to (i) consummate the Transaction pursuant to and in accordance with the terms and conditions of the Asset Purchase Agreement and the other Transaction Documents and otherwise comply with the terms of this Sale Order, and (ii) execute and deliver, perform under, consummate, implement, and take any and all other acts or actions as may be reasonably necessary or appropriate to the performance of their obligations as contemplated by the Asset Purchase Agreement and the other Transaction Documents, in each case without further notice to or order of this Court. The Transaction authorized herein shall immediately be of full force and effect.

7.    In accordance with this Sale Order and subject to the terms of the Asset Purchase Agreement, each of the following Debtor entities (i) JHO Intellectual Property Holdings, LLC; (ii) JHO Real Estate Investment, LLC; (iii) Quash Seltzer, LLC; and (iv) Rainbow Unicorn Bev, LLC, is authorized, but not directed, in its sole discretion, to (a) contribute and transfer all of its respective right, title, and interest (free and clear of all Liabilities and Encumbrances other than the Assumed Liabilities and Permitted Encumbrances or as set forth on Section 2.1 of the Seller Disclosure Schedule in the Asset Purchase Agreement) in and to all of the assets (including any Purchased Assets) of or held by such Debtor entity to Debtor Vital Pharmaceuticals via a contribution of such assets to Debtor Vital Pharmaceuticals and such contribution and transfer

19

shall be deemed to have occurred prior to the Closing, and/or (b) assign and transfer all of the Liabilities of such Debtor entity (including any Assumed Liabilities) to Debtor Vital Pharmaceuticals via an assignment and assumption of such Liabilities by Debtor Vital Pharmaceuticals.

8.      This Sale Order shall be binding in all respects upon the Debtors, their estates, all creditors, all holders of equity interests in the Debtors, all holders of any Claim(s) (whether known or unknown) against the Debtors, all holders of Interests (whether known or unknown) against, in, or on, all or any portion of the Purchased Assets, all non-Debtor parties to the Assumed Agreements and Assumed Real Property Leases, the Buyer, and all successors and assigns of the foregoing, including, without limitation, any trustee, if any, subsequently appointed in these Chapter 11 Cases or upon a conversion to Chapter 7 under the Bankruptcy Code of these Chapter 11 Cases, or, to the extent applicable, other plan fiduciaries, plan administrators, liquidating trustees, or other estate representatives appointed or elected in the Debtors' Chapter 11 Cases.

**TRANSFER OF ASSETS FREE AND CLEAR OF INTERESTS; INJUNCTION**

9.      Pursuant to sections 105(a), 363(b), 363(f), 365(a), 365(b), and 365(f) of the Bankruptcy Code, the Debtors are authorized and directed to transfer the Purchased Assets, including but not limited to the Assumed Agreements and Assumed Real Property Leases, to the Buyer on the Closing Date in accordance with the Asset Purchase Agreement and the other Transaction Documents.  Upon and as of the Closing Date, such transfer shall constitute a legal, valid, binding, and effective transfer of such Purchased Assets free and clear of all Interests of any kind or nature whatsoever (except as expressly set forth in the Asset Purchase Agreement with respect to Permitted Encumbrances and Assumed Liabilities) and shall vest the Buyer with all right, title, and interest to and in such Purchased Assets subject only to the Permitted Encumbrances and Assumed Liabilities expressly set forth in the Asset Purchase Agreement.  For

20

the avoidance of doubt, the transfer of the Purchased Assets by the Debtors to the Buyer pursuant to the Asset Purchase Agreement and this Sale Order shall be free and clear of the Interests set forth in Requirements 11, 16, 19, 20, 21, 22, 23, 26, and 34 of Schedule B, Part I of the Form Title Commitment attached as **Exhibit E** hereto, including, without limitation, the Interests described on the attached **Exhibit D** (Schedule of Interests).

10.     All such Interests shall attach solely to the Sale Proceeds with the same validity, priority, force, and effect that they now have as against the Purchased Assets, subject to any claims and defenses the Debtors and their estates or any other Person may possess with respect thereto. This Sale Order shall be effective as a determination that, on and as of the Closing, all Interests of any kind or nature whatsoever (except for Assumed Liabilities and Permitted Encumbrances) have been unconditionally released, discharged, and terminated in, on, or against the Purchased Assets (but not the proceeds thereof).  The provisions of this Sale Order authorizing and approving the transfer of the Purchased Assets free and clear of Interests shall be self-executing, and neither the Debtors nor the Buyer shall be required to execute or file releases, termination statements, assignments, consents, or other instruments in order to effectuate, consummate, and implement the provisions of this Sale Order.

11.     Except as expressly permitted by the Asset Purchase Agreement or this Sale Order, all Persons holding Interests (other than Assumed Liabilities and Permitted Encumbrances) are hereby forever barred, estopped, and permanently enjoined from asserting their respective Interests against the Buyer, and each of its properties and assets, including, without limitation, the Purchased Assets.

12.     On and after the Closing Date, the Buyer shall be authorized to execute and file such documents, and to take all other actions as may be necessary, on behalf of each holder of an

21

12272946-1

Interest to release, discharge, and terminate such Interests in, on and against the Purchased Assets (but not the proceeds thereof) as provided for herein, as such Interests may have been recorded or may otherwise exist.  On and after the Closing Date, and without limiting the foregoing, the Buyer shall be authorized to file termination statements, mortgage releases, or lien terminations in any required jurisdiction to remove any mortgage, record, notice filing, or financing statement recorded to attach, perfect, or otherwise notice any Interest that is extinguished or otherwise released pursuant to this Sale Order.  This Sale Order constitutes authorization under all applicable jurisdictions and versions of the Uniform Commercial Code (the "UCC") and other applicable law for the Buyer to file UCC and other applicable termination statements with respect to all security interests in, liens on, or other Interests in the Purchased Assets.

13.    On and after the Closing, the Persons holding an Interest (other than an Assumed Liability or Permitted Encumbrance expressly set forth in the Asset Purchase Agreement) shall execute such documents and take all other actions as may be reasonably necessary to release their respective Interests in the Purchased Assets (but not the proceeds thereof), as such Interests may have been recorded or otherwise filed.  The Buyer may, but shall not be required to, file a certified copy of this Sale Order in any filing or recording office in any federal, state, county, or other jurisdiction in which the Debtors are incorporated or has real or personal property, or with any other appropriate clerk or recorded with any other appropriate recorder, and such filing or recording shall be accepted and shall be sufficient to release, discharge, and terminate any of the Interests as set forth in this Sale Order as of the Closing Date.  All Persons that are in possession of any portion of the Purchased Assets on the Closing Date shall promptly surrender possession thereof to the Buyer at the Closing.

14.     On and after the Closing Date, no holder of an Interest in or against the Debtors or the Purchased Assets (other than Assumed Liabilities and Permitted Encumbrances) shall interfere with the Buyer's title to, or use and enjoyment of, the Purchased Assets based on or related to such Interest, including, but not limited to, filing or prosecuting any action against the Debtors or Buyer, including, but not limited to, for specific performance or injunctive relief, relating to the Purchased Assets in any way.

15.     The transfer of the Purchased Assets to the Buyer pursuant to the Asset Purchase Agreement and the other Transaction Documents does not require any consents other than specifically provided for in the Asset Purchase Agreement or as otherwise provided for herein.

16.     Upon consummation of the Sale and the Closing Date, other than with respect to payment of Cure Costs, all cash proceeds of the Sale (the "Sale Proceeds") will be applied in the following order:

i.     *First*, pursuant to the Court's April 27, 2023 *Order Conditionally Denying Joint Motion For Relief From The Automatic Stay To Continue Action In Non-Bankruptcy Forum* [ECF No. 670], subject to the terms set forth in paragraph 17 of this Sale Order, $16.5 million out of the Sale Proceeds (the "Asserted Lien Amount") to satisfy and release in full the liens and claims of mechanics, repairmen, workmen, suppliers or materialmen liens (the "Asserted Liens") as set forth in Section 3.1(c) of the Asset Purchase Agreement, and initially deposited into a segregated interest bearing account (the "Asserted Lien Escrow Account") in the name of Debtor Vital Pharmaceuticals, debtor in possession, to be held and disbursed pursuant to the terms set forth in paragraph 17 of this Sale Order;

12272946-1

ii. *Second,* an amount of Sale Proceeds equal to $8,000,000 shall be set aside in a segregated account reserved for the payment of the WARN Act and other employee liabilities described in Section 3.1(c) of the Asset Purchase Agreement, subject in all respects to the terms thereof;

iii. *Third,* an amount of Sale Proceeds equal to $1,000,000 to pay in full all principal and interest under the loan agreements, financing agreements, or lease arrangements with respect to the vehicles that constitute the Purchased Assets to the extent outstanding as of the Closing in accordance with Section 7.22 of the Asset Purchase Agreement;

iv. *Fourth,* an amount of Sale Proceeds equal to $20,000,000 (in respect of items (a), (b), and (c) of the Carve-Out (as defined in paragraph 37 of the Final DIP Order)) plus an estimate not to exceed $50,000 (in respect of items (d), (e), and (f) of the Carve-Out), shall be deemed deposited into a Carve-Out Escrow (as defined in paragraph 37 of the Final DIP Order), in full and complete satisfaction of any obligations in connection with the Carve-Out as defined in the Final DIP Order, or any other obligations (if any) of the DIP Agent, the DIP Lenders, the Pre-Petition Agent or the Pre-Petition Lenders (each as defined in the Final DIP Order) in respect of professional fees and expenses (and other Carve-Out obligations) payable in connection with these Chapter 11 Cases and without for avoidance of doubt the requirement of a Carve-Out Termination Notice or any other notice or action;

v. *Fifth,* an amount equal to the sum of (A) $287,000,000, less (B) any unfunded portion of the commitments under the DIP Facility at such time, plus (C) an amount

equal to the unreimbursed professional fees and expenses of the DIP Agent accrued through the Closing Date, less (D) an amount equal to the aggregate amount of interest accrued in respect of the DIP Facility that the Debtors pay to the DIP Agent during the period from June 6, 2023 through the Closing Date, if any, to the outstanding obligations under the DIP Facility (to be applied in accordance with the DIP Facility or as otherwise determined by the Administrative Agent under the DIP Facility and otherwise permitted under applicable law (the "DIP Partial Payoff")); and

vi.    *Sixth,* the remainder of the Sale Proceeds shall be deposited into a segregated interest-bearing account (the "Sale Proceeds Account") to fund expenses of the Debtors' estates in the ordinary course, or to make such other distributions to creditors as may be authorized by further Court order.

Reasonable notice of any request for the release of Sale Proceeds from the Sale Proceeds Account or the Asserted Lien Escrow Account shall be filed with this Court and given to the Debtors and all parties in interest asserting a Claim to, or Interest in, the Sale Proceeds and the rights of the Debtors and all parties in interest to object to the release of all or any part of the Sale Proceeds from the Sale Proceeds Account or the Asserted Lien Escrow Account is hereby fully preserved. All Claims and Interests will attach to the Sale Proceeds to the same extent and with the same priority as existed immediately prior to consummation of the Sale, subject to any claims, defenses and objections, if any, that the Debtors, their estates, or any other party in interest may possess with respect thereto; *provided that* the foregoing does not alter or impair any parties' rights provided under the Final DIP Order (except as specifically provided above).

12272946-1

17.     Notwithstanding anything in this Sale Order or the Asset Purchase Agreement to the contrary, Sale Proceeds in an amount equal to the Asserted Lien Amount in and on the Owned Real Property only, shall be placed in the Asserted Lien Escrow Account as soon as reasonably practicable after receipt of the Sale Proceeds and shall remain in the Asserted Lien Escrow Account pending further order of the Court or agreement between the Debtors and Stellar Group, Inc. ("Stellar"), Faith Technologies, Incorporated, and CM Builders, Inc. d/b/a Integrated Masonry, acting on their own behalf and on behalf of no other party; *provided that*, on or before July 31, 2023, Stellar shall deliver to the Debtors an analysis of what Stellar believes are the valid and perfected liens upon the Owned Real Property, and in an amount Stellar believes is necessary to satisfy the Asserted Liens (the "Final Asserted Lien Amount"); *provided, however*, that in no event shall the Debtors (or any party) be required to pay any amounts in excess of the Asserted Lien Amount, which amount shall fully and finally resolve and release all liens and claims of mechanics, repairmen, workmen, suppliers or materialmen liens with respect to the Asserted Liens; *provided further, that*, the Debtors and Stellar shall work in good faith to resolve any disputes as to the Final Asserted Lien Amount.  The Owned Real Property transferred to the Buyer pursuant to the Sale that is subject to the Asserted Liens shall pass free and clear of all Interests notwithstanding the Asserted Liens in consideration of the payment provided in paragraph 16(i) of this Sale Order.  For the avoidance of doubt, to the extent that the Asserted Liens are deemed valid by order of the Court or agreement between the Debtors, Stellar, or any other holder of an Asserted Lien, such liens shall attach solely to the funds in the Asserted Lien Escrow Account.  For the avoidance of doubt, if the Final Asserted Lien Amount, as determined by the Court (in the event that either the Debtors, Stellar, or any other holder of an Asserted Lien cannot reach an agreement), is less than the Asserted Lien Amount, the Debtors shall be entitled to release of funds in excess of the Final

26

12272946-1

Asserted Lien Amount so determined held in the Asserted Lien Escrow Account, which funds shall be deposited in the Sale Proceeds Account.

18.     On the Closing Date, this Sale Order shall be construed and shall constitute for any and all purposes a full and complete general assignment, conveyance, and transfer to the Buyer of the Purchased Assets and the Debtors' interests in the Purchased Assets acquired by the Buyer under the Asset Purchase Agreement.  This Sale Order is and shall be effective as a determination that, on the Closing Date, all Interests of any kind or nature whatsoever existing as to the Purchased Assets prior to the Closing Date (other than Assumed Liabilities and Permitted Encumbrances), shall have been unconditionally released, discharged, and terminated to the fullest extent permitted by applicable law, and that the conveyances described herein have been effected.

19.     This Sale Order is and shall be binding upon and govern the acts of all Persons (including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, and federal, state, and local officials) who may be required by operation of law, the duties of their office, or contract to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any lease.  Each of the foregoing Persons shall accept for filing any and all of the documents and instruments necessary and appropriate to release, discharge, and terminate any of the Interests or to otherwise consummate the Transaction contemplated by this Sale Order, the Asset Purchase Agreement, or any Transaction Document.

**ASSUMED AGREEMENTS AND**
**ASSUMED REAL PROPERTY LEASES; CURE PAYMENTS**

20.     Pursuant to sections 105(a), 363, and 365 of the Bankruptcy Code, and subject to and conditioned upon the Closing Date, the Debtors' assumption, assignment, and transfer to the

Buyer of the Assumed Agreements and Assumed Real Property Leases is hereby authorized and approved in full subject to the terms set forth below.

21.　　Upon and as of the Closing, the Debtors are authorized and empowered to, and shall, assume, assign, and/or transfer each of the Assumed Agreements and Assumed Real Property Leases to the Buyer free and clear of all Interests (except as expressly set forth in the Asset Purchase Agreement with respect to Permitted Encumbrances and Assumed Liabilities). The payment of the applicable Cure Costs (if any), or—with respect to any disputed Cure Costs— the reservation by the Debtors (or the Buyer on behalf of the Debtors) of an amount of cash that is equal to the lesser of (i) the amount of any cure or other compensation asserted by the applicable counterparty to such Assumed Agreement or Assumed Real Property Lease as required under section 365 of the Bankruptcy Code, or (ii) the amount approved by order of this Court to reserve for such payment (such lesser amount, the "Alleged Cure Claim") shall, pursuant to section 365 of the Bankruptcy Code and other applicable law, (a) effect a cure, or provide adequate assurance of cure, of all defaults existing thereunder as of the Closing Date, and (b) compensate, or provide adequate assurance of compensation, for any actual pecuniary loss to such non-Debtor party resulting from such default.  Accordingly, on and as of the Closing Date, other than such payment or reservation, neither the Debtors nor the Buyer shall have any further liabilities or obligations to the non-Debtor counterparties to the Assumed Agreements and Assumed Real Property Leases with respect to, and the non-Debtor counterparties to the Assumed Agreements and Assumed Real Property Leases shall be forever barred, estopped, and permanently enjoined from seeking, any additional amounts or Claims that arose, accrued, or were incurred at any time on or prior to the Closing Date on account of the Debtors' cure or compensation obligations arising under section 365 of the Bankruptcy Code.  Notwithstanding anything to the contrary in the Motion, the

Asset Purchase Agreement, or this Sale Order, from and after the assumption and assignment of such Assumed Agreements and Assumed Real Property Leases after the Closing, the Buyer shall comply with the terms of each Assumed Agreement and Assumed Real Property Lease. The Buyer has provided adequate assurance of future performance under the relevant Assumed Agreements and Assumed Real Property Leases within the meaning of section 365(f) of the Bankruptcy Code.

22.    To the extent any provision in any Assumed Agreement or Assumed Real Property Lease assumed and assigned pursuant to this Sale Order (including, without limitation, any "change of control" provision) (i) prohibits, restricts, or conditions, or purports to prohibit, restrict, or condition, such assumption or assignment, or (ii) is modified, breached, or terminated, or deemed modified, breached, or terminated by any of the following: (a) the commencement of these Chapter 11 Cases; (b) the insolvency or financial condition of the Debtors at any time before the closing of these Chapter 11 Cases; (c) the Debtors' assumption and assignment of such Assumed Agreement or Assumed Real Property Lease; or (d) the consummation of the Transaction, then such provision shall be deemed modified so as to not entitle the non-Debtor counterparty thereto to prohibit, restrict, or condition such assumption or assignment, to modify or terminate such Assumed Agreement or Assumed Real Property Lease, or to exercise any other default-related rights or remedies with respect thereto, including, without limitation, any such provision that purports to allow the non-Debtor counterparty thereto to recapture such Assumed Agreements and Assumed Real Property Leases, impose any penalty thereunder, condition any renewal or extension thereof, impose any rent acceleration or assignment fee, or increase or otherwise impose any other fees or other charges in connection therewith. All such provisions constitute unenforceable anti-assignment provisions that are void *ab initio* and of no force and effect pursuant to sections 365(b), 365(e), and 365(f) of the Bankruptcy Code; *provided, however*, this paragraph

22 shall only apply to the assumption and assignment of the Assumed Agreements and Assumed Real Property Leases effectuated as part of the Sale and nothing in this Sale Order shall permit any further or other assignment, assignment and assumption, or other transfer of any Assumed Agreements or Assumed Real Property Leases except as expressly permitted under and in accordance with the terms of such Assumed Agreements and Assumed Real Property Leases.

23.     All requirements and conditions under sections 363 and 365 of the Bankruptcy Code for the assumption by the Debtors and assignment to the Buyer of the Assumed Agreements and Assumed Real Property Leases have been satisfied.  Upon the Closing, in accordance with sections 363 and 365 of the Bankruptcy Code, the Buyer shall be fully and irrevocably vested with all right, title, and interest of the Debtors in and under the Assumed Agreements and Assumed Real Property Leases free and clear of any Interest (other than Permitted Encumbrances and Assumed Liabilities as provided for in the Asset Purchase Agreement), and each Assumed Agreement or Assumed Real Property Lease shall be fully enforceable by the Buyer in accordance with its respective terms and conditions, except as limited or modified by the provisions of this Sale Order.  Upon and as of the Closing, the Buyer shall be deemed to be substituted for the Debtors as a party to the applicable Assumed Agreements and Assumed Real Property Leases and, accordingly, the Debtors shall be relieved, pursuant to section 365(k) of the Bankruptcy Code, from any further liability under the Assumed Agreements and Assumed Real Property Leases.  The Buyer shall have no liability arising or accruing under the Assumed Agreements and Assumed Real Property Leases on or prior to the Closing Date, except as otherwise expressly provided in the Asset Purchase Agreement or this Sale Order.

24.     To the extent a non-Debtor counterparty to a Assumed Agreement or Assumed Real Property Lease failed to timely object to a Cure Cost in accordance with the Bidding Procedures

12272946-1

Order and Assumption Notice, such Cure Cost shall be deemed to be finally determined and any

such non-Debtor counterparty shall be prohibited from challenging, objecting to, or denying the

validity and finality of the Cure Cost at any time, and such Cure Cost, when paid, shall be deemed

to resolve any defaults or other breaches with respect to any Assumed Agreement or Assumed

Real Property Lease to which it relates.  Unless as otherwise set forth in this Sale Order or the

Asset Purchase Agreement, the non-Debtor counterparties to the Assumed Agreements and

Assumed Real Property Leases are barred from asserting against the Debtors, their estates, and the

Buyer, any default or unpaid obligation allegedly arising or occurring before the Closing Date, any

pecuniary loss resulting from such default, or any other obligation under the Assumed Agreements

and Assumed Real Property Leases arising or incurred prior to the Closing Date, other than the

applicable Cure Costs.  Upon the payment of the applicable Cure Costs or the reservation of the

Alleged Cure Claims, if any, the Assumed Agreements and Assumed Real Property Leases will

remain in full force and effect, and no default shall exist, or be deemed to exist, under the Assumed

Agreements and Assumed Real Property Leases as of the Closing Date nor shall there exist, or be

deemed to exist, any event or condition which, with the passage of time or giving of notice, or

both, would constitute such a default.

25.    All counterparties to the Assumed Agreements and Assumed Real Property Leases

shall be deemed to have consented to such assumption and assignment under section 365(c)(1)(B)

of the Bankruptcy Code and the Buyer shall enjoy all of the Debtors' rights, benefits, and privileges

under each such Assumed Agreement and Assumed Real Property Lease as of the applicable date

of assumption and assignment without the necessity to obtain any non-Debtor parties' written

consent to the assumption or assignment thereof.

26.     Upon payment of the Cure Costs, no default or other obligations arising prior to the Closing Date shall exist under any Assumed Agreement or Assumed Real Property Lease, and, except as otherwise set forth in this Sale Order, each non-Debtor party is forever barred and estopped from: (i) declaring a default by the Debtors or the Buyer under such Assumed Agreement or Assumed Real Property Lease; (ii) raising or asserting against the Debtors or the Buyer, or the property of either of them, any assignment fee, default, breach, or claim of pecuniary loss, or condition to assignment, arising under or related to the Assumed Agreements and Assumed Real Property Leases; or (iii) taking any other action against the Buyer as a result of any Debtor's financial condition, bankruptcy, or failure to perform any of its obligations under the relevant Assumed Agreement or Assumed Real Property Lease, in each case in connection with the Sale. Except as otherwise set forth in this Sale Order, each non-Debtor counterparty is also forever barred and estopped from raising or asserting against the Buyer any assignment fee, default, breach, Claim, pecuniary loss, or condition to assignment arising under or related to the Assumed Agreements and Assumed Real Property Leases existing as of the Closing Date or arising by reason of the Closing of the Sale other than the Cure Costs.

27.     Nothing in this Sale Order, the Motion, or in any notice or any other document is or shall be deemed an admission by the Debtors that any Assumed Agreement or Assumed Real Property Lease is an executory contract or unexpired lease under section 365 of the Bankruptcy Code. Individual purchase orders issued by vendors with whom the Debtors have master supply agreements shall not be deemed to constitute one and the same contract as the master supply agreement. The Debtors may assume and assign to the Buyer a vendor's master supply agreement without assuming and assigning or paying claims arising under individual purchase orders issued

by such vendor, and such claims shall not constitute Cure Costs under the master supply agreement.

28.     The failure of the Debtors or the Buyer, or any non-Debtor party to enforce at any time one or more terms or conditions of any Assumed Agreement or Assumed Real Property Lease shall not be a waiver of such terms or conditions or of their respective rights to enforce every term and condition of the Assumed Agreements and Assumed Real Property Leases.

## **ADDITIONAL INJUNCTION; NO SUCCESSOR LIABILITY**

29.     Effective upon the Closing Date and except as expressly set forth in the Asset Purchase Agreement with respect to Permitted Encumbrances and Assumed Liabilities, all Persons forever barred, estopped, and permanently enjoined from asserting against the Buyer any Interest of any kind or nature whatsoever such Person had, has, or may have against or in the Debtors, their estates, officers, directors, managers, shareholders, or the Purchased Assets, including, without limitation, the following actions: (i) commencing or continuing in any manner any action or other proceeding, the employment of process, or any act (whether in law or equity, in any judicial, administrative, arbitral, or other proceeding) to collect or recover any Interest; (ii) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order with respect to an Interest; (iii) creating, perfecting, or enforcing any Interest; (iv) asserting any right of subrogation, setoff or recoupment of any kind with respect to an Interest (except if such right was asserted before the Petition Date, or preserved in a timely filed proof of claim or motion filed with the Court); (v) commencing or continuing any action in any manner or place, that does not comply with or is inconsistent with the provisions of this Sale Order, other orders of this Court, the Asset Purchase Agreement, the other Transaction Documents, or any other agreements or actions contemplated or taken in respect thereof; or (vi) revoking, terminating, failing, or refusing to transfer or renew any license, permit, or authorization to operate any of the Purchased Assets or

12272946-1

conduct any of the businesses operated with the Purchased Assets in connection with the Sale, in each case of (i) through (vi), as against the Buyer, or any of its affiliates or subsidiaries, or any of their respective Representatives, or any of its or their respective property or assets, including the Purchased Assets.

30.    To the greatest extent available under applicable law, the Buyer shall be authorized, as of the Closing Date, to operate under any license, permit, registration, and governmental authorization or approval of the Debtors with respect to the Purchased Assets, and all such licenses, permits, registrations, and governmental authorizations and approvals are deemed to have been, and hereby are, deemed to be transferred to the Buyer as of the Closing Date.

31.    To the extent provided by section 525 of the Bankruptcy Code, no governmental unit may revoke or suspend any grant, permit, or license relating to the operation of the Purchased Assets sold, transferred, assigned, or conveyed to the Buyer on account of the filing or pendency of these Chapter 11 Cases or the consummation of the Sale.  Each and every federal, state, and local governmental agency or department is hereby authorized and directed to accept any and all documents and instruments necessary and appropriate to consummate the Sale set forth in the Asset Purchase Agreement.

32.    Subject to the terms, conditions, and provisions of this Sale Order, Persons are hereby forever prohibited and barred from taking any action that would adversely affect or interfere (i) with the ability of the Debtors to sell and transfer the Purchased Assets to Buyer in accordance with the terms of the Asset Purchase Agreement (subject to the Permitted Encumbrances and Assumed Liabilities) and this Sale Order, and (ii) with the ability of the Buyer to acquire, take possession of, use and operate the Purchased Assets in accordance with the terms of the Asset Purchase Agreement and this Sale Order.

34

33.     The Buyer shall not be deemed, as a result of any action taken in connection with the Transaction contemplated by the Asset Purchase Agreement or the Transaction Documents to: (i) be a successor to the Debtors or their estates; (ii) have, *de facto* or otherwise, merged or consolidated with or into the Debtors or their estates; (iii) be a continuation or substantial continuation of the Debtors or any enterprise of the Debtors; (iv) have a common identity with the Debtors; (v) have acquired the trade or business of any of the Debtors for any purpose under applicable U.S. federal law (including the Bankruptcy Code and the Internal Revenue Code of 1986, as amended); or (vi) be held out to the public as a continuation of the Debtors or the Debtors' trade or business.

34.     Except as expressly set forth in the Asset Purchase Agreement or this Sale Order with respect to Assumed Liabilities or Permitted Encumbrances, the transfer of the Purchased Assets, including, without limitation, the assumption, assignment, and transfer of any Assumed Agreement and Assumed Real Property Lease, to the Buyer shall not cause or result in, or be deemed to cause or result in, the Buyer, any of its affiliates or subsidiaries, or any of their respective representatives, having any liability, obligation, or responsibility for, or any Purchased Assets being subject to or being recourse for, any Interest whatsoever, whether arising under any doctrines of successor, transferee, or vicarious liability or any kind or character, including, but not limited to, under any theory of foreign, federal, state, or local antitrust, environmental, successor, tax, ERISA, assignee, or transferee liability, labor, product liability, employment, *de facto* merger, substantial continuity, or other law, rule, or regulation, whether known or unknown as of the Closing Date, now existing or hereafter arising, whether asserted or unasserted, fixed or contingent, liquidated or unliquidated with respect to the Debtors or any obligations of the Debtors arising prior to the Closing Date, breach of fiduciary duty, aiding or abetting breach of fiduciary

duty, or otherwise, whether at law or in equity, directly or indirectly, and whether by payment or otherwise. The Buyer shall not be deemed to have expressly or implicitly assumed any of the Debtors' liabilities (other than a Permitted Encumbrance or Assumed Liability expressly set forth in the Asset Purchase Agreement). Except as otherwise provided herein or in the Asset Purchase Agreement, the transfer of the Purchased Assets to the Buyer pursuant to the Asset Purchase Agreement shall not result in the Buyer or the Purchased Assets having any liability or responsibility for, or being required to satisfy in any manner, whether in law or in equity, whether by payment, setoff, or otherwise, directly or indirectly, any claim against the Debtors or against any insider of the Debtors or Interests (other than Assumed Liabilities or Permitted Encumbrances).

## **GOOD FAITH**

35. The Transaction contemplated by this Sale Order, the Asset Purchase Agreement, and the other Transaction Documents is undertaken by the Buyer without collusion and in good faith, as that term is defined in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale and Transaction shall not alter, affect, limit, or otherwise impair the validity of the Sale or Transaction (including the assumption, assignment, and/or transfer of the Assumed Agreements and Assumed Real Property Leases), except for so long as such authorization and consummation are duly stayed pending such appeal. The Buyer is a good faith purchaser within the meaning of section 363(m) of the Bankruptcy Code and, as such, is entitled to, and is hereby granted, the full rights, benefits, privileges, and protections of section 363(m) of the Bankruptcy Code. The Buyer is also not an "insider" of any Debtor, as that term is defined in the Bankruptcy Code.

12272946-1

**OTHER PROVISIONS AND RESOLUTIONS OF SALE OBJECTIONS**

36.     Pursuant to Bankruptcy Rules 6004(h), 6006(d), 7062, and 9014, this Sale Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the stay provisions provided for in Bankruptcy Rules 6004(h) and 6006(d) are hereby expressly waived and shall not apply.  In the absence of any Person obtaining a stay pending appeal, the Debtors and the Buyer are free to close the Transaction under the Asset Purchase Agreement at any time pursuant to the terms thereof.

37.     The Buyer shall not be required, pursuant to section 365(l) of the Bankruptcy Code or otherwise, to provide any additional deposit or security with respect to any of the Assumed Agreements and Assumed Real Property Leases to the extent not previously provided by the Debtors.

38.     Neither the Buyer nor the Debtors shall have an obligation to close the Transaction until all conditions precedent in the Asset Purchase Agreement to each of their respective obligations to close the Transaction have been met, satisfied, or waived in accordance with the terms of the Asset Purchase Agreement.  The provisions of this Sale Order are self-executing.  In the absence of any Person obtaining a stay pending appeal, the Debtors and the Buyer are free to close the Transaction under the Asset Purchase Agreement at any time pursuant to the terms thereof.  The Transaction contemplated by the Asset Purchase Agreement is undertaken by the Buyer in good faith, as that term is used in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Transaction shall not affect the validity of the sale of the Purchased Assets to the Buyer (including the assumption and assignment by the Debtors of any of the Assumed Agreements and Assumed Real Property Leases), except for so long as such authorization is duly

stayed pending such appeal.  The Buyer is a buyer in good faith of the Purchased Assets, and is entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.

39.     Nothing in this Sale Order shall modify or waive any closing conditions or termination rights set forth in the Asset Purchase Agreement, and all such conditions and rights shall remain in full force and effect in accordance with their terms.

40.     No bulk sales law or any similar law of any state or other jurisdiction applies in any way to the Transaction.

41.     The failure to specifically include any particular provision of the Asset Purchase Agreement in this Sale Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Court that the Asset Purchase Agreement be authorized and approved in its entirety.

42.     The Asset Purchase Agreement and the other Transaction Documents may be modified, amended, or supplemented in a writing signed by the parties thereto, provided that any such modification, amendment, or supplement does not have a material adverse effect on the Debtors' estates or their creditors, without further notice to or order of this Court.  Any modifications, amendments or supplements having a material adverse effect on the Debtors' estates or their creditors shall be subject to the approval of this Court after notice and a hearing.

43.     Broward County.  To the extent that Broward County, Florida ("Broward County"), has valid, perfected, enforceable, senior and non-avoidable liens for 2023 property taxes and non-ad valorem assessments arising under state law on any proceeds from the Transaction (the "2023 Broward County Liens"), proceeds shall be placed in a segregated account in the aggregate amount of $125,965.61 as adequate protection for Broward County's claims or used to pay Broward County on account of such claims promptly following Closing.  The 2023 Broward County Liens

shall attach to such proceeds to the same extent and with the same priority as the liens they now hold against the property of the Debtors.  Any funds placed in a segregated account shall be on the order of adequate protection and shall constitute neither the allowance of the claims of Broward County, nor a cap on the amounts they may be entitled to receive.  Furthermore, the 2023 Broward County Liens shall remain subject to any objections any party would otherwise be entitled to raise as to the priority, validity or extent of such liens.  Any funds segregated pursuant to this paragraph may be distributed only upon agreement between Broward County and the Debtors, or by subsequent order of the Court, duly noticed to Broward County.

44.    <u>Chubb</u>.  Notwithstanding anything to the contrary in the Motion, the Asset Purchase Agreement, any lists of Assumed Agreements and Assumed Real Property Leases to be assumed and assigned and/or any Assumption Notices, this Sale Order, or any documents relating to any of the foregoing: nothing shall permit or otherwise effect a sale, an assignment, or any other transfer of: (i) any insurance policies that have been issued by Federal Insurance Company, Great Northern Insurance Company, Chubb Custom Insurance Company, Vigilant Insurance Company, and/or any of their U.S.-based affiliates and successors (collectively, the "<u>Chubb Companies</u>") and all agreements, documents or instruments relating thereto (collectively, the "<u>Chubb Insurance Contracts</u>"); and/or (ii) any rights, proceeds, benefits, claims, rights to payments and/or recoveries under such Chubb Insurance Contracts to the Buyer; *provided, however*, that to the extent any claim with respect to the Purchased Assets arises that is covered by the Chubb Insurance Contracts, the Debtors may pursue such claim in accordance with the terms of the Chubb Insurance Contracts, and, if applicable, turn over to the Buyer any such insurance proceeds (each, a "<u>Proceed Turnover</u>"), *provided, further, however*, that the Chubb Companies shall not have any duty to effectuate a Proceed Turnover or liability related to a Proceed Turnover.

45.    <u>OBI/Monster Escrow Account</u>.    The *Order Granting Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approved Agreement Regarding Royalty that Accrued Postpetition* [ECF No. 639] (the "<u>Royalty Order</u>") is modified such that both the Debtors' and Buyers' obligations under the Royalty Order shall be deemed satisfied following distribution of the OBI/Monster Escrow Amount (and if applicable, payment of such amount from reserves from the Sale Proceeds established in accordance with this Sale Order) in accordance with Section 7.19 of the Asset Purchase Agreement.  For the avoidance of doubt, upon Closing of the Transaction under the Asset Purchase Agreement and the satisfaction of the terms of Section 7.19 of the Asset Purchase Agreement, the Debtors shall have no further financial obligations to MEC or Orange Bang, Inc. with respect to the Postpetition Royalty (as defined in the Royalty Order).

46.    <u>Owoc Objection</u>.    To resolve the objection filed by Mr. John H. Owoc in the *Preliminary Objection to Debtors' Expedited Motion to Approve Compromise Between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders* [ECF No. 1584] (the "<u>Owoc Objection</u>"), with respect to, among other things, the entry of this Sale Order and the 9019 Order, the DIP Agent, the Supporting Lenders, the Committee, Buyer, MEC, MBC, and the Debtors have agreed to the following, and Mr. Owoc has agreed to withdraw the Owoc Objection in exchange thereof:

      i.    <u>Disputed Property</u>.  For the avoidance of doubt, nothing in this Sale Order, the Asset Purchase Agreement, the 9019 Order, or Settlement Agreement (as defined in the 9019 Order) shall be construed to authorize the transfer of any property that is determined to be owned by the Excluded Parties from the Selling Entities to the Buyer.

ii.   <u>Excluded Parties' Direct Claims</u>.  For the avoidance of doubt, nothing in this Sale Order, the Asset Purchase Agreement (including Section 7.16 thereof), the 9019 Order, or Settlement Agreement (as defined in the 9019 Order) shall be construed to release or compromise any direct claims or defenses held by any Excluded Party against any other party, including, but not limited to, the Debtors, Supporting Lenders, the DIP Agent, MEC, and MBC.

iii.   <u>Owoc Subrogation Claims</u>.  For the avoidance of doubt, nothing in this Sale Order, the Asset Purchase Agreement, the 9019 Order, or the Settlement Agreement (as defined in the 9019 Order) shall be read to prevent any of the Excluded Parties from asserting any rights of subrogation, whether under the Bankruptcy Code or applicable law, against the Debtors, if any; provided that the Debtors retain all rights and defenses in connection therewith.

47.   For the avoidance of doubt, nothing herein prevents ThermoLife International, LLC ("<u>ThermoLife</u>") from pursuing claims against Buyer based on its post-closing conduct, including but not limited to intellectual property infringement claims related to the Purchased Assets, and does not prevent ThermoLife from filing such claims, if any, outside of the Bankruptcy Court; *provided, however*, Buyer reserves the right to argue that any claims asserted by ThermoLife against Buyer which are not related to intellectual property infringement claims are subject to the mandatory or discretionary jurisdiction of the Bankruptcy Court.

48.   This Court retains jurisdiction, pursuant to its statutory powers under 28 U.S.C. § 157(b), to, among other things: (i) interpret, implement, and enforce the terms and provisions of this Sale Order, the Asset Purchase Agreement, the Transaction Documents, and any amendments thereto and any waivers and consents given thereunder; (ii) compel delivery of the Purchased

12272946-1

Assets to the Buyer; (iii) compel performance of obligations owed to the Debtors; (iv) resolve any disputes related to the Transaction Documents; (v) compel delivery of any waivers, releases, or other related documentation reasonably requested by the Debtors or the Buyer to evidence the release of any Interests in the Purchased Assets; (vi) enforce the injunctions and limitations of liability set forth in this Sale Order; (vii) enter any orders under sections 363 and 365 of the Bankruptcy Code with respect to the Assumed Agreements and Assumed Real Property Leases; and (viii) consistent with this paragraph, any action commenced against the Buyer relating to any of the above or relating to the liabilities of the Buyer with respect to the Purchased Assets shall be commenced before this Court.

49.     All time periods set forth in this Sale Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

50.     Consistent with the terms of the Asset Purchase Agreement, the Debtors are authorized to change their legal names, and file any necessary documents to effectuate such name changes, without further order of the Court.  The Debtors shall file a motion to correct the debtor's name pursuant to Local Rule 1009-1(B).

51.     Nothing contained in any plan of reorganization or liquidation, or order of any type or kind entered in (i) these Chapter 11 Cases, (ii) any subsequent chapter 7 case into which these Chapter 11 Cases may be converted, or (iii) any related proceeding subsequent to entry of this Sale Order, shall conflict with or derogate from the provisions of the Asset Purchase Agreement or the terms of this Sale Order.  To the extent of any such conflict or derogation, the terms of this Sale Order shall govern.

52.     To the extent that this Sale Order is inconsistent with any prior order or pleading with respect to the Motion, the terms of this Sale Order shall govern.

12272946-1

53.     To the extent there are any inconsistencies between the terms of this Sale Order, on the one hand, and the Asset Purchase Agreement or any Transaction Document, on the other hand, the terms of this Sale Order shall govern.

54.     The provisions of this Sale Order are non-severable and mutually dependent.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12272946-1

# EXHIBIT A

**Asset Purchase Agreement**

*EXECUTION VERSION*

---

**ASSET PURCHASE AGREEMENT**

**BY AND AMONG**

**VITAL PHARMACEUTICALS, INC., AS THE SELLER,**

**EACH OF THE AFFILIATES OF THE SELLER LISTED ON <u>SCHEDULE I</u>**

**AND**

**BLAST ASSET ACQUISITION LLC, AS THE BUYER,**

**SOLELY FOR PURPOSES OF <u>SECTION 7.16</u>,**

**MONSTER ENERGY COMPANY**

**AND**

**SOLELY FOR PURPOSES OF <u>SECTION 7.16</u> AND <u>SECTION 10.16</u>,**

**MONSTER BEVERAGE CORPORATION**

**DATED AS OF JUNE 28, 2023**

---

## TABLE OF CONTENTS

**Page**

ARTICLE I DEFINITIONS ....................................................................................................4

    Section 1.1    Definitions...........................................................................................4
    Section 1.2    Construction ......................................................................................21

ARTICLE II PURCHASE AND SALE ..............................................................................22

    Section 2.1    Purchase and Sale of Assets..............................................................22
    Section 2.2    Excluded Assets .................................................................................25
    Section 2.3    Assumed Liabilities ...........................................................................27
    Section 2.4    Excluded Liabilities ...........................................................................28
    Section 2.5    Assumption and Assignment of Certain Contracts...................................29
    Section 2.6    Designation of Assets and Liabilities ................................................31
    Section 2.7    Consents to Certain Assignments .....................................................31
    Section 2.8    Wrong Pockets ...................................................................................32

ARTICLE III PURCHASE PRICE; DEPOSIT ..................................................................33

    Section 3.1    Purchase Price ...................................................................................33
    Section 3.2    Deposit Escrow; Deposit Release .....................................................34
    Section 3.3    Allocation..........................................................................................36
    Section 3.4    Closing Cash Amount ........................................................................37

ARTICLE IV THE CLOSING .............................................................................................38

    Section 4.1    Time and Place of the Closing...........................................................38
    Section 4.2    Deliveries by the Seller......................................................................38
    Section 4.3    Deliveries by the Buyer .....................................................................39

ARTICLE V REPRESENTATIONS AND WARRANTIES OF THE SELLING
    ENTITIES ...........................................................................................................39

    Section 5.1    Organization, Standing and Corporate Power .........................................39
    Section 5.2    Authority; Execution and Delivery; Enforceability .................................39
    Section 5.3    No Conflicts.......................................................................................40
    Section 5.4    Legal Proceedings and Orders ..........................................................41
    Section 5.5    Permits ...............................................................................................41
    Section 5.6    Compliance with Law........................................................................42
    Section 5.7    Absence of Certain Developments.....................................................42
    Section 5.8    Financial Statements ..........................................................................42
    Section 5.9    Employee Benefit Plans.....................................................................43
    Section 5.10    Material Contracts..............................................................................45
    Section 5.11    Intellectual Property; Information Technology .................................46
    Section 5.12    Data Privacy.......................................................................................47
    Section 5.13    Taxes..................................................................................................48

Section 5.14    Insurance ................................................................................48
Section 5.15    Title to Assets; Real Property ...............................................49
Section 5.16    Environmental Matters ..........................................................50
Section 5.17    Brokers ...................................................................................51
Section 5.18    OFAC; Foreign Corrupt Practices Act; Anticorruption Laws ..................51
Section 5.19    Material Customers; Material Suppliers .................................51
Section 5.20    Affiliate Transactions ............................................................52
Section 5.21    Sufficiency of Assets .............................................................52
Section 5.22    Food Regulatory Matters ......................................................52

ARTICLE VI REPRESENTATIONS AND WARRANTIES OF THE BUYER ......................53

Section 6.1    Organization and Good Standing .............................................53
Section 6.2    Authority Relative to this Agreement ......................................53
Section 6.3    No Violation; Consents ...........................................................53
Section 6.4    Legal Proceedings and Orders ................................................54
Section 6.5    Brokers ....................................................................................54
Section 6.6    Buyer Funding ........................................................................54
Section 6.7    Solvency ..................................................................................55

ARTICLE VII COVENANTS OF THE PARTIES ...............................................................55

Section 7.1    Conduct of Business of the Selling Entities ............................55
Section 7.2    Allowed Claims of MEC and Orange Bang, Inc. ...................57
Section 7.3    Access to and Delivery of Information; Maintenance of Records; Transition and Destruction ............................................57
Section 7.4    Expenses .................................................................................59
Section 7.5    Further Assurances .................................................................59
Section 7.6    Public Statements ...................................................................60
Section 7.7    Governmental Authority Approvals and Cooperation ............60
Section 7.8    Termination or Assumption of Certain Intellectual Property Licenses/Agreements ..............................................................62
Section 7.9    Employee Matters ...................................................................63
Section 7.10    Tax Matters ...........................................................................65
Section 7.11    Submission for Bankruptcy Court Approval ..........................66
Section 7.12    Adequate Assurance ..............................................................67
Section 7.13    Transfer of Purchased Assets; Wind-Down of Subsidiaries; Payments Received ...............................................................67
Section 7.14    Name Changes .......................................................................69
Section 7.15    Purchased Assets "AS IS;" Certain Acknowledgements .........69
Section 7.16    Mutual Release .......................................................................70
Section 7.17    Withholding ...........................................................................73
Section 7.18    Title Matters ..........................................................................74
Section 7.19    OBI/Monster Escrow .............................................................74
Section 7.20    Contributions .........................................................................75
Section 7.21    Reservation of Rights .............................................................75
Section 7.22    Vehicle Loans ........................................................................76

Section 7.23    Ratification ................................................................................76

ARTICLE VIII CONDITIONS TO CLOSING ..................................................................76

Section 8.1    Conditions to Each Party's Obligations to Effect the Closing ..................76
Section 8.2    Conditions to Obligations of the Buyer ...........................................77
Section 8.3    Conditions to Obligations of the Selling Entities ...............................77
Section 8.4    Frustration of Closing Conditions .................................................78

ARTICLE IX TERMINATION; WAIVER ......................................................................78

Section 9.1    Termination ..........................................................................78
Section 9.2    Procedure and Effect of Termination ............................................81
Section 9.3    Extension; Waiver ...................................................................82

ARTICLE X MISCELLANEOUS PROVISIONS ...............................................................82

Section 10.1    Amendment and Modification ..................................................82
Section 10.2    Survival ...............................................................................82
Section 10.3    Notices ................................................................................82
Section 10.4    Assignment ..........................................................................83
Section 10.5    Severability ..........................................................................84
Section 10.6    Governing Law .....................................................................84
Section 10.7    Acknowledgement and Release; Non-Recourse ............................84
Section 10.8    Submission to Jurisdiction; WAIVER OF JURY TRIAL .................85
Section 10.9    Counterparts ........................................................................86
Section 10.10   Incorporation of Schedules and Exhibits ....................................87
Section 10.11   Entire Agreement ..................................................................87
Section 10.12   Specific Performance .............................................................87
Section 10.13   Bulk Sales or Transfer Laws ...................................................88
Section 10.14   Seller Disclosure Schedule .....................................................88
Section 10.15   Mutual Drafting; Headings; Information Made Available ...............89
Section 10.16   Guarantee ...........................................................................89
Section 10.17   Use of Retained Records........................................................91
Section 10.18   Approval of the Bankruptcy Court ...........................................92

SCHEDULES

Schedule I               Other Selling Entities

Seller Disclosure Schedules

Section 1.1(a)           Business Marks
Section 1.1(b)           Permitted Encumbrances
Section 1.1(c)           Real Property Leases
Section 2.1(d)           Assumed Agreements
Section 2.1(e)           Assumed Real Property Leases
Section 2.1(f)           Owned Real Property
Section 2.1(h)           Personal Property Assets
Section 2.2             Excluded Assets
Section 2.4(j)           Additional Excluded Liabilities
Section 2.5(a)           Amounts Necessary to Cure Defaults of Assumed Contracts
Section 3.1(a)           Entourage Assets
Section 5.2             Authority; Execution and Delivery; Enforceability
Section 5.3(a)           Required Consents and Approvals
Section 5.4             Legal Proceedings and Orders
Section 5.5             Permits
Section 5.6             Compliance with Laws
Section 5.7             Absence of Certain Developments
Section 5.8             Financial Statements
Section 5.9             Employee Benefit Plans
Section 5.10            Material Contracts
Section 5.11            Intellectual Property
Section 5.13            Taxes
Section 5.14            Insurance
Section 5.15            Title to Assets; Real Property
Section 5.17            Brokers
Section 5.19            Material Customers; Material Suppliers
Section 5.20            Affiliate Transactions
Section 5.21            Sufficiency of Assets
Section 5.22            Food Regulatory Matters
Section 7.1             Conduct of Business of Selling Entities
Section 7.3             Trade Secret Cooperation
Section 7.8(b)           Termination of Certain Intellectual Property Licenses/Agreements
Section 7.8(c)           Assumption of Certain Intellectual Property Licenses/Agreements
Section 9.1(k)           Budget

EXHIBITS

Exhibit A               Form of Sale Order
Exhibit B               Form of Assignment and Assumption Agreement
Exhibit C               Form of Bill of Sale

Exhibit D          Form of Intellectual Property Assignment Agreements
Exhibit E          Escrow Agreement
Exhibit F          Form of Mutual Release of Liability
Exhibit G          Form of Owner's Affidavit
Exhibit H          Form of Deed

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (as amended, modified or supplemented from time to time, this "Agreement") is made and entered into as of June 28, 2023, by and among Vital Pharmaceuticals, Inc., a Florida corporation (the "Seller"), the Affiliates of the Seller listed on Schedule I (such Affiliates, together with the Seller, the "Selling Entities"), and Blast Asset Acquisition LLC, a Delaware limited liability company (the "Buyer"), solely for purposes of Section 7.16, Monster Energy Company, a Delaware corporation ("MEC"), and solely for purposes of Section 7.16 and Section 10.16, Monster Beverage Corporation, a Delaware corporation ("MBC"). Each of the Selling Entities and the Buyer are referred to herein as a "Party" and collectively as the "Parties." Capitalized terms used but not otherwise defined herein have the meanings set forth in Article I.

## RECITALS

WHEREAS, the Seller and the other Debtor Entities commenced voluntary cases under the Bankruptcy Code in the Bankruptcy Court on October 10, 2022 (the "Petition Date");

WHEREAS, each of the Seller and the other Debtor Entities continues to be in possession of its assets and is authorized under the Bankruptcy Code to continue the operation of its businesses as a debtor-in-possession;

WHEREAS, the Buyer desires to purchase from the Selling Entities, and the Selling Entities desire to sell to the Buyer, those assets of the Selling Entities which are more particularly described in the provisions hereof, and the Buyer desires to assume from the Selling Entities, certain specified liabilities, in each case pursuant to the terms and subject to the conditions set forth herein;

WHEREAS, as a condition and inducement to the Selling Entities' willingness to enter into this Agreement, MBC is joining in this Agreement to guarantee the obligations of the Buyer in connection with this Agreement (MBC in its capacity as the provider of such guarantee, the "Guarantor") pursuant to and to the extent set forth in Section 10.16 hereof;

WHEREAS, HSR filings were submitted by the Buyer and Seller on May 23, 2023, after which the Buyer withdrew its HSR filing on June 6, 2023, and the Buyer resubmitted that filing on June 7, 2023;

WHEREAS, the Buyer and Seller received second requests from the FTC on June 22, 2023;

WHEREAS, if the second requests are not rescinded by the FTC, the investigation is not closed, and/or the HSR Act waiting period (including any extensions thereof) has not expired or been terminated by June 30, 2023, this Agreement shall automatically terminate on such date, unless such date is expressly extended in writing by both the Buyer and the Selling Entities;

WHEREAS, upon this Agreement terminating pursuant to Section 9.1(g)(i) hereof, the Deposit shall immediately be returned to the Buyer;

3

**WHEREAS**, the Selling Entities and the Buyer have agreed that the sale, transfer and assignment of the Purchased Assets and the Assumed Liabilities from the Selling Entities to the Buyer shall be effected pursuant to sections 105, 363 and 365 of the Bankruptcy Code; and

**WHEREAS**, in connection with the Bankruptcy Case and subject to the terms and conditions contained herein, following entry of the Sale Order, the Selling Entities shall sell and transfer to the Buyer, and the Buyer shall purchase and acquire from the Selling Entities, pursuant to sections 105, 363 and 365 of the Bankruptcy Code, the Purchased Assets, and the Buyer shall assume from the Selling Entities the Assumed Liabilities, all as more specifically provided herein and in the Sale Order.

**NOW**, **THEREFORE**, in consideration of the premises and of the mutual covenants and agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, hereby agree as follows:

## ARTICLE I
## DEFINITIONS

Section 1.1    Definitions.    A defined term has its defined meaning throughout this Agreement and in each Exhibit and Schedule to this Agreement, regardless of whether it appears before or after the place where it is defined.  As used in this Agreement, the following terms have the meanings specified below:

"9019 Motion" means the *Debtors' Expedited Motion to Approve Compromise between (I) the Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) the Supporting Lenders.*

"9019 Order" means an order entered by the Bankruptcy Court granting the 9019 Motion, in form and substance reasonably acceptable to the Seller and the Buyer.

"ACA" has the meaning given to such term in Section 5.9(c).

"Accounting Firm" has the meaning given to such term in Section 3.3.

"Accounts Receivable" means any and all (a) accounts receivable, notes receivable, trade receivables and other amounts receivable generated by the Business or otherwise owed to the Selling Entities (whether current or non-current), together with all security or collateral therefor and any interest or unpaid financing charges accrued thereon, including all causes of action pertaining to the collection of amounts payable, or that may become payable, to the Selling Entities with respect to products sold or services performed on or prior to the Closing Date, (b) license and royalty receivables payable, or that may become payable, to the Selling Entities with respect to products sold or services performed on or prior to the Closing Date and (c) other amounts due to the Selling Entities which the Selling Entities have historically classified as accounts receivable in the Seller Financial Statements with respect to products sold or services performed on or prior to the Closing Date.

"Affiliate" means, with respect to any specified Person, any other Person that directly or indirectly, through one or more intermediaries, controls, is controlled by or is under common control with, such specified Person.  For purposes of this definition, "control" (and any similar term) means the power of one or more Persons to direct, or cause the direction of, the management or affairs of another Person by reason of ownership of voting stock, as general partner or managing member or by Contract or otherwise.

"Agreement" has the meaning given to such term in the Preamble hereto.

"Allocation" has the meaning given to such term in Section 3.3.

"Anticorruption Laws" means all Laws of any jurisdiction applicable to the Selling Entities or the Business from time to time concerning or relating to bribery or corruption.

"Assignment and Assumption Agreement" means one or more Assignment and Assumption Agreements to be executed and delivered by the Buyer and the Selling Entities at the Closing, with respect to the Assumed Agreements, Assumed Liabilities, and the Assumed Real Property Leases, substantially in the form of Exhibit B.

"Assumed Agreements" has the meaning given to such term in Section 2.1(d).

"Assumed Liabilities" has the meaning given to such term in Section 2.3.

"Assumed Real Property Leases" has the meaning given to such term in Section 2.1(e).

"Assumed WARN Act Liabilities" has the meaning given to such term in Section 7.9(b).

"Assumption Approval" has the meaning given to such term in Section 2.5(g).

"Balance Sheet Date" has the meaning given to such term in Section 5.8(a).

"Bankruptcy Case" means the Seller's and the Debtor Entities' cases commenced under Chapter 11 of the Bankruptcy Code jointly administered under Case No. 22-17842 (PDR) in the Bankruptcy Court.

"Bankruptcy Code" means Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*, as amended.

"Bankruptcy Court" means the United States Bankruptcy Court for the Southern District of Florida or such other court having competent jurisdiction over the Bankruptcy Case.

"Bill of Sale" means one or more Bills of Sale to be executed and delivered by the Selling Entities to the Buyer at the Closing, substantially in the form of Exhibit C.

"Business" means the business of designing, formulating, manufacturing, marketing, distributing and selling energy and performance beverages, nutritional supplements and low alcohol beverages and products, services and merchandising to the extent relating to the foregoing,

including under the Business Marks, in each case, as conducted by the Selling Entities in the United States of America.

"Business Day" means any day that is not a Saturday, Sunday or other day on which banks are required or authorized by Law to be closed in New York, New York.

"Business Marks" means all Trademarks in all classes of goods and services containing, in whole or in part, the names, terms or logos listed on Section 1.1(a) of the Seller Disclosure Schedule, or any combinations or variation thereof.

"Business Names" means "Bang," "Bang Energy" and any names being used by the Selling Entities as of the date of this Agreement.

"Buyer" has the meaning given to such term in the Preamble hereto.

"Buyer Default Termination" has the meaning given to such term in Section 3.2.

"Buyer Fundamental Representations" has the meaning given to such term in Section 8.3(b).

"Buyer Related Party" means, collectively, the Buyer and its Affiliates (including MEC and MBC) and each of the foregoing's respective current and former Representatives; but excluding, in all cases, any Excluded Parties.

"Buyer Releasing Party" has the meaning given to such term in Section 7.16(a).

"California District Court" means the United States District Court for the Central District of California.

"California District Court Action" means the action including the Seller, MEC, and John H. "Jack" Owoc filed in the California District Court, captioned *Monster Energy Co. v. Vital Pharmaceuticals, Inc.*, Case No. 18-cv-1882 (C.D. Cal., filed Sept. 4, 2018), including the appeals thereof and any other related Proceedings.

"California District Court Action Allowed Unsecured Claim" means an allowed general unsecured claim in the Bankruptcy Case in favor of MEC in an amount equal to (i) $292,939,761.00, minus the amount of any remittitur granted by the California District Court pursuant to any ruling on the Seller Post-Verdict Motion (or, in the case of a judgment notwithstanding the verdict in favor of the Seller or a grant of a new trial, minus the entire amount), plus accrued interest (if any) until the Petition Date, plus (ii) fifty percent (50%) of any additional award as shall be determined by the California District Court, including, pursuant to any ruling on the MEC Post-Verdict Motion, plus accrued interest until the Petition Date.

"Cash" means any cash and cash equivalents (including checks, deposits, demand deposits, money markets or similar accounts, escrow accounts, checking account balances, marketable securities, short-term instruments, certificates of deposits, time deposits, bankers' acceptances, commercial paper, security entitlements, securities accounts or deposits, commodity Contracts,

commodity accounts, government securities and any other cash equivalents, whether on hand, in transit, in banks or other financial institutions, or otherwise held by or on behalf of any Person).

"Cash Purchase Price" means an amount equal to (a) Three Hundred Sixty Two Million Dollars ($362,000,000.00) plus (b) the Closing Cash Amount minus (c) the Deposit.  For the purposes of the definition of "Cash Purchase Price," the "Deposit" shall include any interest accrued on the amount deposited by the Buyer into the Escrow Account pursuant to Section 3.2.

"Claim" has the meaning given to such term in Section 101(5) of the Bankruptcy Code, except when used in the definition of Excluded Estate Claims and in Section 7.16, in which cases it has the meaning given in Section 7.16.

"Closing" has the meaning given to such term in Section 4.1.

"Closing Cash Amount" means, without duplication, the aggregate amount of (i) the Purchased Assets which will be acquired by the Buyer at the Closing pursuant to and in accordance with Section 2.1(c), calculated based upon and consistent with the books and financial records of the Selling Entities; and (ii) to the extent the Buyer designates as an Assumed Agreement or an Assumed Real Property Lease, as applicable, in accordance with Section 2.5, any Non-Real Property Contract or Real Property Lease that any Selling Entity is seeking to reject, all amounts, costs and expenses incurred, owing or outstanding as of the Closing, or paid by the Selling Entities after (x) filing a motion to reject or (y) otherwise providing written notice to the Buyer of the Selling Entities' intent to reject, but as of or prior to the Closing (or if later, the date on which such Non-Real Property Contract or Real Property Lease, as applicable, is assumed by the Buyer), under all such Non-Real Property Contracts and Real Property Leases.

"Closing Date" has the meaning given to such term in Section 4.1.

"Closing Payroll Period" has the meaning given to such term in Section 7.9(d).

"Closing Statement" has the meaning given to such term in Section 3.4(b).

"COBRA" has the meaning given to such term in Section 7.9(b).

"Code" means the Internal Revenue Code of 1986, as amended.

"Cohen Matter" means the action including MEC and Stephen Cohen filed in the Superior Court for the State of California, County of San Diego, captioned *Monster Energy Co. v. Stephen Cohen*, Case No. 37-2019-00051917 (San Diego Super. Ct., filed Sept. 26, 2019).

"Confidentiality Agreement" means, collectively, (i) the Confidentiality and Non-Disclosure Agreement, by and between the Seller and MEC, dated February 15, 2023, and (ii) the Clean Team Addendum thereto dated as of the same date.

"Consent" means any approval, consent, ratification, designation, permission, clearance, waiver or other authorization.

7

"Contract" means, with respect to any Person, any lease, sublease, contract, license, sublicense or other agreement (including any employment, marketing, distributor or other type of contract or agreement) to which such Person is a party or by which such Person is bound, whether written or oral, and that is legally enforceable against such Person.

"Contract Notice Period" has the meaning given to such term in Section 2.5(d).

"Cure Payments" has the meaning given to such term in Section 2.5(f).

"Cure Schedule" has the meaning given to such term in Section 7.11(b).

"Debtor Entities" means (a) the Seller, (b) Bang Energy Canada, Inc., a Florida corporation, (c) JHO Intellectual Property Holdings, LLC, a Florida limited liability company, (d) JHO Real Estate Investment, LLC, a Florida limited liability company, (e) Quash Seltzer, LLC, a Florida limited liability company, (f) Rainbow Unicorn Bev, LLC, a Florida limited liability company, and (g) Vital Pharmaceuticals International Sales, Inc., a Delaware corporation.

"Deed" means one or more Special Warranty Deeds transferring fee simple title (or the local equivalent) of the applicable Owned Real Property to the Buyer to be executed, notarized, and delivered by the applicable Selling Entities to the Buyer at Closing, in each case, in all material respects in the form attached hereto as Exhibit H.

"Dees Matter" means the action including MEC and Bryan Shane Dees filed before JAMS, captioned *Monster Energy Co. v. Bryan Shane Dees*, Case No. 1310025232 (JAMS, filed Oct. 8, 2020).

"Deposit" has the meaning given to such term in Section 3.2.

"DIP Lenders" has the meaning given to such term in the DIP Order.

"DIP Obligations" has the meaning given to such term in the DIP Order.

"DIP Order" means the Final Order *(I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief*, ECF No. 638, filed on January 12, 2023.

"D&O Claims" means all rights, claims and causes of action against any current or former director, officer, equityholder or Transferred Employee of any Selling Entity and all rights, claims and causes of action under director and officer, fiduciary, employment practices and similar insurance policies maintained by any Selling Entity.

"D&O Insurance" has the meaning given to such term in Section 2.2(o).

"Documentary Materials" has the meaning given to such term in Section 2.1(i).

"DOJ" has the meaning given to such term in Section 7.7(a).

8

"DOL" has the meaning given to such term in Section 5.9(b).

"Employees" means all employees of the Selling Entities, including those on disability or a leave of absence, whether paid or unpaid.

"Encumbrance" means any charge, lien (statutory or otherwise), mortgage, lease, hypothecation, encumbrance, pledge, security interest, option, right of use, first offer or first refusal, easement, servitude, encroachment or similar restriction or other encumbrance affecting any right or title to the Purchased Assets.

"Entourage Assets" has the meaning given to such term in Section 3.1(a).

"Entourage Consideration" has the meaning given to such term in Section 3.1(a).

"Entourage IP Holdings" means Entourage IP Holdings, LLC, a Florida limited liability company.

"Environmental Laws" means Laws relating to pollution, natural resources, Hazardous Materials, or the protection of the environment or to occupational health and safety.

"Environmental Permits" means any permit, certificate, consent, registration, notice, approval, identification number, license or other authorization required under any applicable Environmental Law.

"ERISA" has the meaning given to such term in Section 5.9(a).

"ERISA Affiliate" has the meaning given to such term in Section 5.9(e).

"Escrow Account" has the meaning given to such term in Section 3.2.

"Escrow Agent" has the meaning given to such term in Section 3.2.

"Escrow Agreement" has the meaning given to such term in Section 3.2.

"Excluded Assets" has the meaning given to such term in Section 2.2.

"Excluded Estate Claims" means (i) any rights, claims or causes of action as of the Closing of any Selling Entity or any of its Affiliates (including any D&O Claims) against any of the Excluded Parties and (ii) any rights, claims or causes of action that relate to any Excluded Assets or Excluded Liabilities.

"Excluded Liabilities" has the meaning given to such term in Section 2.4.

"Excluded Parties" means each of John "Jack" H. Owoc, Megan E. Owoc, each of their family members, any of their Affiliates, and any trusts or other estate planning vehicles of which any of the foregoing are trustees or beneficiaries, in each case that are not Selling Entities, including Entourage IP Holdings, LLC, Cognitive IP Holdings, LLC, Fun Energy, LLC, Bang Energy Family, LLC, Bang Gyms, LLC, Candemonium, LLC, Captain Crunch Fishing, LLC, Liquid IP Holdings, LLC, The Fixx, LLC, Bang Vapes, LLC, Ultra Experiences, LLC, Bang

Foods, LLC, Energy Train, LLC, VPX Swim and Sports Gear, LLC, Stoked Seltzer, LLC, Stoked Brands, LLC, Birth Right, LLC, Bang Energy International, LLC, JHO GA-1 Investment, LLC, JHO NV-1 Investment, LLC, Sheridan Real Estate Investment A, LLC, Sheridan Real Estate Investment B, LLC and Sheridan Real Estate Investment C, LLC.

"Excluded WARN Act Liabilities" has the meaning given to such term in Section 7.9(b).

"FCPA" has the meaning given to such term in Section 5.18(b).

"FDA" has the meaning given to such term in the definition of "Food Regulatory Laws."

"Filing Fees" has the meaning given to such term in Section 7.7(a).

"Final Allocation" has the meaning given to such term in Section 3.3.

"Final Order" means a judgment or order of the Bankruptcy Court (or any other court of competent jurisdiction) entered by the clerk of the Bankruptcy Court (or such other court) on the docket in the Bankruptcy Cases (or the docket of such other court), which has not been modified, amended, reversed, vacated or stayed (other than such modifications or amendments that are consented in writing to by the Buyer) and as to which (a) the time to appeal, petition for certiorari, or move for a new trial, stay, reargument or rehearing has expired and as to which no appeal, petition for certiorari or motion for new trial, stay, reargument or rehearing shall then be pending or (b) if an appeal, writ of certiorari, new trial, stay, reargument or rehearing thereof has been sought, such order or judgment of the Bankruptcy Court (or other court of competent jurisdiction) shall have been affirmed by the highest court to which such order was appealed, or certiorari shall have been denied, or a new trial, stay, reargument or rehearing shall have expired, as a result of which such proceeding or order shall have become final in accordance with Rule 8002 of the Federal Rules of Bankruptcy Procedure; *provided* that the possibility that a motion under Rule 60 of the Federal Rules of Civil Procedures, or any analogous rule under the Federal Rules of Bankruptcy Procedure, may be filed relating to such order, shall not cause an order not to be a Final Order.

"Food Regulatory Laws" means all laws, regulations, and requirements relating to food and beverage manufacturing, storage, preparation, packaging, marketing, advertising, labeling and sale, including the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 301 et seq., the Federal Trade Commission Act, 15 U.S.C. § 41 et seq., the California Safe Drinking Water and Toxic Enforcement Act of 1986 (also known as Proposition 65), Cal. Health & Safety § 25249.5 et seq., relevant provisions of 9 C.F.R. pt. 66 (the United States Department of Agriculture's national mandatory bioengineered food disclosure standard), and other applicable laws and regulations administered or issued by the U.S. Food and Drug Administration ("FDA"), the FTC, or any similar governmental entity where the Selling Entities' products are manufactured, stored, prepared, packaged, marketed, advertised, labeled or sold.

"Fraud" means an act committed by (a) the Selling Entities, in the making to the Buyer of the representations and warranties expressly contained in Article V (as qualified by the Seller Disclosure Schedules and in accordance with the express terms and conditions (including limitations and exclusions) of this Agreement) or in the certificate to be delivered pursuant to Section 8.2(c), and (b) the Buyer, in the making to the Selling Entities of the representations and

10

warranties expressly contained in <u>Article VI</u> (in accordance with the express terms and conditions (including limitations and exclusions) of this Agreement) or in the certificate to be delivered pursuant to <u>Section 8.3(c)</u>, in any such case, that constitutes actual and intentional fraud under Delaware Law (and does not in any case include any fraud or claim based on equitable fraud, constructive knowledge, promissory fraud, reckless or negligent misrepresentation or omission, or a similar theory).

"<u>FTC</u>" has the meaning given to such term in <u>Section 7.7(a)</u>.

"<u>GAAP</u>" means generally accepted accounting principles in the United States.

"<u>General Enforceability Exceptions</u>" means (a) bankruptcy, insolvency, fraudulent transfer, reorganization, moratorium and other similar Laws of general application affecting or relating to the enforcement of creditors' rights generally and (b) general equitable principles, whether considered in a proceeding at law or in equity.

"<u>Governmental Authority</u>" means any federal, municipal, state, regional, provincial, local or foreign governmental, quasi-governmental, self-regulatory, administrative or regulatory authority, department, agency, board, bureau, commission or body (including any court, arbitral body or similar tribunal), including the Bankruptcy Court.

"<u>Governmental Authorization</u>" means any Permit or Consent issued, granted, given or otherwise made available by or under the authority of any Governmental Authority or pursuant to any Law.

"<u>Guaranteed Obligations</u>" is defined in <u>Section 10.16(a)</u>.

"<u>Guarantor</u>" has the meaning given to such term in the Recitals above.

"<u>Hazardous Materials</u>" means any material, substance or waste that is listed, classified, regulated, characterized or otherwise defined as "hazardous," "toxic," "radioactive," a "pollutant," or "contaminant," (or words of similar intent or meaning) under any Environmental Laws, including any quantity of asbestos in any form, urea formaldehyde, PCBs, radon gas, mold, crude oil or any fraction thereof, all forms of natural gas, petroleum products, petroleum breakdown products, petroleum by-products or petroleum derivatives.

"<u>HSR Act</u>" has the meaning given to such term in <u>Section 7.7(a)</u>.

"<u>Intellectual Property</u>" means the global intellectual or proprietary rights, which may exist or be created under the Laws of any jurisdiction in the world, including all: (a) rights associated with works of authorship (including can art, text, and graphics, packaging art, text and graphics, and website art, text and graphics and copyrights in the Trademarks), including exclusive exploitation rights, mask work rights, copyrights, and moral and similar attribution rights; (b) Trademarks, and design rights; (c) proprietary rights in internet domain names, IP addresses, social media and third-party website handles, pages, and accounts including the access information for the same; (d) trade secrets, formulas, recipes, and ingredients lists, including the access information for the same, know-how, technical data, processes, techniques, lists of or information relating to suppliers and customers, pricing lists and methodologies, cost and market share data,

marketing and business plans, financial forecasts and histories, and budgets; (e) patents, industrial design and other industrial property rights; (f) rights in or relating to any and all registrations, goodwill, issuances, provisionals, reissuances, continuations, continuations-in-part, revisions, substitutions, reexaminations, renewals, extensions, combinations, divisions, and reissues of, and applications for, any of the foregoing rights and all common law rights; (g) rights of publicity; and (h) rights to prosecute, sue, enforce, or recover or retain damages, costs, or attorneys' fees with respect to the past, present and future infringement, misappropriation, dilution, unauthorized use or disclosure, or other violation of any of the foregoing.

"Inventory" means all inventory (including raw materials, products in-process, finished products, goods in transit, packaging materials and other inventories) owned by any of the Selling Entities relating to the Business, wherever located and whether in the Selling Entities' warehouses, distribution facilities or otherwise.

"IP Assignment Agreements" means the Intellectual Property Assignment Agreements to be executed and delivered by the Selling Entities and the Buyer, substantially in the forms attached hereto as Exhibit D, or as amended as necessary to meet local jurisdictional requirements.

"IRS" means the U.S. Internal Revenue Service.

"IT Systems" means any and all information, payment and communications technologies owned or controlled by the Selling Entities and used in the conduct of the Business, including all computers, hardware, software (whether in object or source code form), databases, servers, workstations, routers, hubs, switches, data communication lines, networks and all other information technology systems included therein.

"Joint Defense Agreement" means that certain Common Interest and Joint Defense Agreement, to be entered into by the Parties' Representatives on behalf of the applicable Party, in the form mutually agreed upon by the Parties.

"Knowledge" means, as to a particular matter, the actual knowledge after reasonable due inquiry with respect to any Selling Entity, of John DiDonato (Chief Transformation Officer) and Gene Bukovi (Chief Operating Officer).

"Law" means any federal, state, local, municipal or foreign law, statute, legislation, common law, rule, regulation, ruling, directive, treaty, ordinance, code, or other similar requirement having the effect of law issued, enacted, adopted, promulgated, implemented or otherwise put into effect by any Governmental Authority.

"Leased Real Property" has the meaning given to such term in Section 5.15(d).

"Leopardo Matter" means the action including MEC, MBC, and Joao Paulo "JP" Leopardo filed in the United States District Court for the Central District of California, captioned *Monster Energy Co. v. Joao Paulo Leopardo*, Case No. 5:20-cv-02076 (C.D. Cal., filed Oct. 5, 2020).

"Liability" means any indebtedness, obligation, lien, loss, damage, claim, fine, penalty, judgment, duty, responsibility, expense (including reasonable attorneys' fees and reasonable costs of investigation and defense) or liability of any nature, whether known or unknown, asserted or

unasserted, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, direct or indirect, fixed, absolute or contingent, matured or unmatured, ascertained or ascertainable, disputed or undisputed, secured or unsecured, joint or several, vested or unvested, due or to become due, executory, determined or determinable, whether in contract, tort, strict liability, or otherwise.

"Material Adverse Effect" means any event, change, condition, circumstance, development, occurrence or effect that has had or would have, individually or in the aggregate, a material adverse effect on (i) the results of operations and condition (financial or otherwise) of the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, or (ii) the ability of the Selling Entities to consummate the Transactions; *provided, however*, that none of the following events, changes, conditions, circumstances, developments, occurrences or effects shall be taken into account, individually or in the aggregate, in determining whether a "Material Adverse Effect" has occurred for purposes of the foregoing clause (i): (a) the identity of the Buyer and the announcement of the signing of this Agreement or the other Transaction Documents or the filing of the Petitions (including any action or inaction by the customers, suppliers, landlords, employees, consultants of the Selling Entities and their respective Affiliates as a result thereof) or compliance with any obligation (including any obligation to not take action) expressly required by this Agreement or the other Transaction Documents; (b) (i) the commencement or pendency of the Bankruptcy Case, (ii) any objections in the Bankruptcy Court to (A) this Agreement, the other Transaction Documents or any of the Transactions, (B) the Sale Order or the reorganization of the Selling Entities and their Affiliates, or (C) the assumption or rejection of any Assumed Agreements, or (iii) any Order of the Bankruptcy Court or any actions or omissions of the Debtor Entities in compliance therewith; (c) the negotiation, announcement or pendency of this Agreement or the Transactions, the identity, nature or ownership of the Buyer or the Buyer's plans with respect to the Purchased Assets and the Assumed Liabilities, including the impact thereof on the relationships, contractual or otherwise, of the Business with employees, customers, lessors, suppliers, distributors, vendors or other commercial partners or litigation arising from or relating to this Agreement or the Transactions; (d) (i) actions or omissions taken or not taken by or on behalf of the Selling Entities or any of their respective Affiliates (x) to the extent permitted or required pursuant to this Agreement or (y) at the express written request of the Buyer or its Affiliates or (ii) the failure to take any action if such action is expressly prohibited by this Agreement; (e) actions taken by the Buyer or its Affiliates; (f) actions not taken by or on behalf of the Selling Entities or any of their Affiliates which (i) require the approval of the Buyer, and (ii) with respect to which the Selling Entities have requested the approval of the Buyer and such approval was not timely provided (after the disclosure to the Buyer of all material relevant facts and information); (g) failure of any Selling Entity to meet any internal or published projections, forecasts, estimates, performance metrics, operating statistics or predictions (it being understood that the foregoing shall not preclude any assertion that the facts or occurrences giving rise to or contributing to such failure that are not otherwise excluded from the definition of Material Adverse Effect should be deemed to constitute, or be taken into account in determining whether there has been, or would be, a Material Adverse Effect); (h) changes in applicable Law, GAAP or other generally accepted accounting principles in any other applicable jurisdiction, or in the interpretation, directives or enforcement of any of the foregoing, or any changes or prospective changes in general legal, regulatory or political conditions; (i) volcanoes, tsunamis, pandemics, earthquakes, fires, floods, storms, hurricanes, tornadoes or other natural disasters; (j) changes in general economic conditions, currency exchange rates or United States or international debt or equity markets; (k) events or conditions generally affecting the industry or markets in which the

Selling Entities operate; (l) national or international political or social conditions (including tariffs, riots or protests) or any national or international hostilities, acts of terror or acts of war (whether or not declared), or any escalation or worsening of any such conditions, hostilities, acts of terror or acts of war (whether or not declared); and (m) any pandemic or epidemic (including COVID-19 or any variation thereof), including outbreaks or additional waves of outbreaks and any escalation or worsening thereof, of any contagious diseases and any direct or indirect consequence thereof; *provided*, *however*, that in the cases of clauses (h) through (m) above, such event, change, condition, circumstance, development, occurrence or effect will not be taken into account in determining whether there has been a "Material Adverse Effect" only to the extent that such event, change, condition, circumstance, development, occurrence or effect does not have a materially disproportionate impact on the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, as compared to other participants in the industries in which the Selling Entities operate.

"Material Contract" has the meaning given to such term in Section 5.10(a).

"Material Customers" has the meaning given to such term in Section 5.19(a).

"Material Suppliers" has the meaning given to such term in Section 5.19(b).

"MBC" has the meaning given to such term in the Preamble hereto.

"MEC" has the meaning given to such term in the Preamble hereto.

"MEC Post-Verdict Motion" means that certain *Plaintiff Monster Energy Company's Post-Verdict Motion for Equitable Relief, Fees, and Costs* filed at docket number 928 by MEC that is pending before the court in the California District Court Action.

"Nguyen Matter" means the action including MEC and Quang Nguyen filed before JAMS, captioned *Monster Energy Co. v. Quang Nguyen*, Case No. 1110026280 (JAMS, filed Oct. 8, 2020).

"Non-Real Property Contracts" means the Contracts (including any open purchase orders) related to the Business to which any Selling Entity is a party other than the Real Property Leases.

"OBI/Monster Escrow Account" means the escrow account established pursuant to the OBI/Monster Escrow Order.

"OBI/Monster Escrow Amount" means, as of the applicable date of determination, the amounts required to be funded by the Debtor Entities pursuant to the OBI/Monster Escrow Order into the OBI/Monster Escrow Account that, in the aggregate, are equal to 5% of actual net sales of BANG-branded products that take place on and after the Petition Date through the Closing Date.

"OBI/Monster Escrow Excess" means, as of the applicable date of determination, any amounts funded by the Debtor Entities into the OBI/Monster Escrow Account in excess of the OBI/Monster Escrow Amount.

"OBI/Monster Escrow Fund" means, as of the applicable date of determination, an aggregate amount equal to all amounts funded by the Debtor Entities into the OBI/Monster Escrow Account.

"OBI/Monster Escrow Order" means the *Order Granting Debtors' and Creditors Monster Energy Company and Orange Bang, Inc.'s Joint Agreed Motion to Approve Agreement Regarding Royalty that Accrues Postpetition* [Dkt. No. 639].

"OBI/Monster Escrow Shortfall" means, as of the applicable date of determination, only to the extent that the OBI/Monster Escrow Amount is greater than the OBI/Monster Escrow Fund, an amount equal to (i) the OBI/Monster Escrow Amount minus (ii) the OBI/Monster Escrow Fund. Notwithstanding anything to the contrary herein, if the OBI/Monster Escrow Fund is greater than or equal to the OBI/Monster Escrow Amount, then the OBI/Monster Escrow Shortfall shall be zero.

"OBI/Monster Matter" means the action including the Seller, JHO Intellectual Property Holdings, LLC, Orange Bang, Inc., and MEC filed in the United States District Court for the Central District of California, captioned *Vital Pharms., Inc. and JHO Intellectual Prop. Holdings, LLC v. Orange Bang, Inc. and Monster Energy Co.*, Case No. 5:20-cv-1464, including the related arbitration proceedings and ruling, judgment, and appeals and other related Proceedings.

"OBI/Monster Matter Allowed Unsecured Claim" means an allowed general unsecured claim in the Bankruptcy Case jointly in favor of MEC and Orange Bang, Inc. in the amount of $216,131,658.35, plus accrued interest until the Petition Date; *provided, however*, that MEC agrees to subordinate any recoveries on its 100% share of the California District Court Action Allowed Unsecured Claim and its 50% share of the OBI/Monster Matter Allowed Unsecured Claim until the Selling Entities recover $5 million from the Excluded Assets, including Excluded Estate Claims, for the benefit of their estates. MEC shall not have an allowed administrative claim in the Bankruptcy Case, provided that the DIP Lenders and the Prepetition Secured Parties agree that they also will not have any allowed administrative claims in the Bankruptcy Case.

"OFAC" has the meaning given to such term in Section 5.18(a).

"Offered Employee" has the meaning given to such term in Section 7.9(a).

"Orange Bang Trademark License Action" means the adversary proceeding filed in the Bankruptcy Case by the Debtor Entities Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC against Orange Bang, Inc. and MEC, captioned *Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC v. Orange Bang, Inc. and Monster Energy Company*, Bankr. Adv. Pro. No. 23-01031, including the related Proceeding pending in the United States District Court for the Southern District of Florida, Case No. 23-cv-60599, the related Proceeding pending in the United States District Court for the Central District of California, Case No. 23-cv-03862, and any other related Proceedings.

"Order" means any order, writ, judgment, injunction, decree, rule, ruling, directive, determination or other award made, issued, entered or rendered by or with any Governmental Authority, whether preliminary, interlocutory or final, including any Order entered by the Bankruptcy Court in the Bankruptcy Case (including the Sale Order).

15

"Ordinary Course of Business" means, with respect to the Business, the ordinary and usual course of day-to-day operations of the Business consistent with past practice, in each case taking into account the Business becoming distressed and the contemplation, commencement, consummation and pendency of the Bankruptcy Case.

"Outside Date" has the meaning given to such term in Section 9.1(g)(ii).

"Owned Real Property" has the meaning given to such term in Section 2.1(f).

"Party" or "Parties" has the meaning given to such term in the Preamble hereto.

"Permits" has the meaning given to such term in Section 5.5.

"Permitted Encumbrances" means: (a) Encumbrances for Taxes, special assessments, utilities or other governmental charges not yet due and payable, that are being contested in good faith (in the case of each such contest, to the extent constituting accrued liabilities on the financial statements of Selling Entities (or the applicable Selling Entity)) or the nonpayment of which is permitted or required by the Bankruptcy Code, (b) statutory Encumbrances and rights of set-off of landlords, carriers, warehousemen, mechanics, repairmen, workmen, customs brokers or agencies, suppliers and materialmen arising in the Ordinary Course of Business, in each case for amounts not yet delinquent or that are being contested in good faith (in each case of such a contest, which accrued as liabilities on the Selling Entities' balance sheet), (c) non-exclusive, and terminable without payment, licenses of or other grants of rights to use Intellectual Property that are not material to the Business granted in the Ordinary Course of Business, and excluding any licenses or grants of rights to Excluded Parties, (d) Laws now or hereafter in effect relating to real property, leases, license agreements and other occupancy agreements, Encumbrances that are zoning regulations, building codes, entitlements and easements and similar Encumbrances, and other similar matters affecting title to such real property and other title defects which do not have a Material Adverse Effect on the current use by the Selling Entities of the real property subject thereto, (e) all matters that would be disclosed on an accurate current survey or title report or are otherwise filed or recorded in the applicable public records of the Owned Real Property or property subject to Real Property Leases that do not materially interfere with the current use by the Selling Entities of the Owned Real Property or the property subject to Real Property Leases, taken as a whole, (f) statutory Encumbrances creating a security interest in favor of landlords with respect to property of the Selling Entities which do not interfere with the current use of such leased real property by the Selling Entities in any material respect, (g) Encumbrances arising from applicable Laws of general application which do not interfere with the current operation of the Business in any material respect, (h) Encumbrances contained in or created by the Assumed Agreements or the Assumed Real Property Leases, (i) Encumbrances arising by operation of law under Article 2 of any state's Uniform Commercial Code (or successor statute) in favor of a seller of goods or buyer of goods, (j) subdivision, site plan control, development, reciprocal, servicing, facility, facility cost sharing or similar agreements currently existing or entered into, which do not materially interfere with the current use by the Selling Entities of the Owned Real Property, (k) purchase money liens and Encumbrances securing rental payments under capital lease arrangements, (l) the Encumbrances disclosed on Section 1.1(b) of the Seller Disclosure Schedule, or (m) such other Encumbrances which would not be material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole. For the avoidance of all doubt, in no event

shall the presence of any tenants or other persons or occupants in, at or on the Owned Real Property (in each case, without the Buyer's express written authorization) be deemed to be Permitted Encumbrances.

"Person" means any individual, corporation, partnership, limited partnership, limited liability company, syndicate, group, trust, association or other organization or entity or Governmental Authority.  References to any Person include such Person's successors and permitted assigns.

"Personal Information" means any information that is considered "personally identifiable information," "personal information" or "personal data" by any applicable Privacy Laws.

"Petition" means the voluntary petition under Chapter 11 of the Bankruptcy Code filed by the Debtor Entities with the Bankruptcy Court.

"Petition Date" has the meaning given to such term in the Recitals.

"Post-Closing Tax Period" means any taxable period beginning after the Closing Date and the portion of any Straddle Period beginning after the Closing Date.

"Post-Verdict Motions" means, collectively, the MEC Post-Verdict Motion and the Seller Post-Verdict Motion.

"Pre-Closing Tax Period" means any taxable period ending on or prior to the Closing Date and the portion of any Straddle Period ending on the Closing Date.

"Prepetition Secured Parties" has the meaning given to such term in the DIP Order.

"Privacy Laws" means any applicable Laws, regulations, and requirements relating to the data privacy, information security, data breach notification, and the processing of Personal Information, including as applicable, the Federal Trade Commission Act, General Data Protection Regulation ("GDPR"), and U.S. state privacy laws and regulations including the California Consumer Privacy Act.

"Proceeding" has the meaning given to such term in Section 5.4.

"Professional Services" has the meaning given to such term in Section 2.4(b).

"Property Taxes" has the meaning given to such term in Section 7.10(e).

"Purchase Price" has the meaning given to such term in Section 3.1(a).

"Purchased Assets" has the meaning given to such term in Section 2.1.

"Real Property Leases" means all leases, subleases, tenancy agreements, licenses, and other occupancy Contracts with respect to real property pursuant to which any Selling Entity is a party listed or described on Section 1.1(c) of the Seller Disclosure Schedule.

"Registered IP" means all Seller IP that is registered, filed, pending or issued under the authority of, with or by any Governmental Authority and all applications for any of the foregoing and renewals thereof.

"Regulatory Clearance" has the meaning given to such term in Section 8.1(b).

"Regulatory Laws" has the meaning given to such term in Section 7.7(b).

"Related Persons" has the meaning given to such term in Section 10.16(a).

"Release" means disposing, discharging, injecting, spilling, leaking, pumping, pouring, leaching, dumping, emitting, escaping or emptying into or upon the indoor or outdoor environment, including any soil, sediment, subsurface strata, surface water, drinking water, ground water, ambient air, the atmosphere or any other media.

"Representatives" means, with respect to a particular Person, any director, officer, manager, employee or other authorized representative of such Person or its Subsidiaries, including such Person's attorneys, accountants, consultants, investment bankers, professionals, financial advisors and restructuring advisors.

"Retained Employee" has the meaning given to such term in Section 7.9(a).

"Retained Records" has the meaning given to such term in Section 2.1.

"Sale Hearing" means the hearing at which the Bankruptcy Court considers entry of the Sale Order.

"Sale Order" means an Order of the Bankruptcy Court, substantially in the form attached hereto as Exhibit A (with any amendments and modifications thereto as the Title Company may reasonably request) or otherwise acceptable to the Buyer, which Order shall, among other things, (a) approve, pursuant to sections 105, 363 and 365 of the Bankruptcy Code, (i) the execution, delivery and performance by the Selling Entities of this Agreement, (ii) the sale of all of the Purchased Assets to the Buyer on the terms set forth herein and free and clear of all Encumbrances (other than Assumed Liabilities and Permitted Encumbrances), (iii) the assignment and assumption by the Selling Entities and the assignment to the Buyer of all Assumed Agreements and Assumed Real Property Leases, and (iv) the performance by the Selling Entities of their respective obligations under this Agreement, (b) authorize each of the Selling Entities and the Buyer to execute and file termination statements, instruments of satisfaction, releases and similar documents with respect to all Encumbrances that any Person has with respect to the Purchased Assets, (c) find that the Buyer is a buyer in good faith for purposes of section 363(m) of the Bankruptcy Code, and (d) order that the Buyer is receiving good and marketable title to all of the Purchased Assets free and clear of all Encumbrances (other than Assumed Liabilities and Permitted Encumbrances).

"Security Incident" means (a) any unauthorized access, acquisition, interruption, alteration or modification, loss, theft, corruption or other unauthorized processing of Personal Information or Seller IP, (b) inadvertent, unauthorized, and/or unlawful sale, or rental of Personal Information or other Seller IP, or (c) any breach of the security of or other unauthorized access to or use of or other compromise to the integrity or availability of the IT Systems.

"Seller" has the meaning given to such term in the Preamble hereto.

"Seller Compensation and Benefit Program" has the meaning given to such term in Section 5.9(a).

"Seller Disclosure Schedule" has the meaning given to such term in the Preamble to Article V.

"Seller Financial Statements" has the meaning given to such term in Section 5.8(a).

"Seller Fundamental Representations" has the meaning given to such term in Section 8.2(b).

"Seller IP" means all Intellectual Property owned by the Selling Entities.

"Seller Post-Verdict Motion" means that certain *Defendant Vital Pharmaceuticals Inc.'s Notice of Motion and Motion for JNOV, New Trial, and Remittitur* filed at docket number 921 that is pending before the court in the California District Court Action.

"Seller Properties" has the meaning given to such term in Section 5.15(b).

"Seller Related Party" means, collectively, the Selling Entities, their respective Subsidiaries and other Affiliates, and each of the foregoing's respective current and former Representatives and owners; but excluding, in all cases, any Excluded Parties.

"Seller Releasing Party" has the meaning given to such term in Section 7.16(b).

"Selling Entities" has the meaning given to such term in the Preamble hereto.

"Service Provider" has the meaning given to such term in Section 5.9(a).

"Specified Employees" has the meaning given to such term in Section 7.9(a).

"Specified Event" means that objections to entry of the Sale Order have been filed and served by one or more the Excluded Parties on or before June 26, 2023 at 12:00 p.m. (eastern time) or such other later objection deadline as may be established or allowed by the Bankruptcy Court or specified by agreement of the Debtor Entities.

"Specified Termination" means a termination of this Agreement by the Buyer pursuant to Section 9.1(i).  Notwithstanding anything to the contrary herein or otherwise, any termination of this Agreement by the Buyer pursuant to Section 9.1(b), Section 9.1(c), Section 9.1(f), Section 9.1(g)(ii), Section 9.1(i), Section 9.1(j) or Section 9.1(k) at a time when the Seller would have been entitled to terminate this Agreement pursuant to Section 9.1(d) or Section 9.1(h) shall constitute a Buyer Default Termination and not a Specified Termination.

"Specified Termination Amount" means $10,000,000.

"Straddle Period" means any taxable period that includes, but does not end on, the Closing Date.

19

"Subsidiary" means, with respect to any Person, (a) any corporation or similar entity of which at least 50% of the securities or interests having, by their terms, ordinary voting power to elect members of the board of directors, or other persons performing similar functions with respect to such corporation or similar entity, is held, directly or indirectly by such Person and (b) any partnership, limited liability company or similar entity of which (i) such Person is a general partner or managing member or has the power to direct the policies, management or affairs or (ii) such Person possesses a 50% or greater interest in the total capitalization or total income of such partnership, limited liability company or similar entity.

"Tax" means all U.S. federal, state, local or non-U.S. income, gross receipts, capital gains, license, payroll, employment, excise, severance, stamp, occupation, premium, windfall profits, environmental, capital stock, ad valorem, value added, inventory, franchise, profits, withholding, social security, unemployment, disability, real property, personal property, sales, use, transfer, registration, escheat or unclaimed property liability (whether or not considered a tax under local law), alternative or add-on minimum, estimated, and other taxes, assessments, charges, duties, fees, levies or other governmental charges of any kind whatsoever (whether payable directly or by withholding and whether or not requiring the filing of a return) imposed by any Governmental Authority (to the extent the foregoing are taxes or in the nature of a tax), and including any interest, penalty, or addition thereto.

"Tax Return" means any return, claim for refund, declaration, report, statement, information return or other similar document (including any related or supporting information, amendments, schedule or supplements of any of the foregoing) required to be filed with any Governmental Authority with respect to Taxes.

"Terminated Employee" has the meaning given to such term in Section 7.9(a).

"Title Company" means Chicago Title Company.

"Trade Dress Action Allowed Unsecured Claim" means an allowed general unsecured claim in the Bankruptcy Case in favor of MEC in the amount of $58,000 as taxable litigation costs awarded to MEC and its affiliate Reign Beverage Company, LLC ("Reign") and due from the Seller pursuant to that certain Order entered on December 17, 2021, granting the Motion for Bill of Costs filed by MEC and Reign against the Seller in the case filed in the United States District Court for the Southern District of Florida, captioned *Vital Pharmaceuticals, Inc. v. Monster Energy Company et al.*, Case No. 0:19-cv-60809 (filed March 28, 2019) (the "Trade Dress Action"); *provided, however*, that MEC agrees to subordinate any recoveries on its 100% share of Trade Dress Action Allowed Unsecured Claim until the Selling Entities recover $5 million from the Excluded Assets, including Excluded Estate Claims, for the benefit of their estates. MEC shall not have an allowed administrative claim in the Bankruptcy Case, provided that the DIP Lenders and the Prepetition Secured Parties agree that they also will not have any allowed administrative claims in the Bankruptcy Case.

"Trade Secret Matters" means the Cohen Matter, the Dees Matter, the Leopardo Matter, the Nguyen Matter, and the Troglia Matter.

"Trademarks" means any and all trade names, corporate names, logos, slogans, taglines, trade dress, trademarks, service marks, certification marks, collective marks, and other source or business identifiers and general intangibles of a like nature, and common law rights, as well as trademark and service mark registrations and applications therefor, and all goodwill associated with the foregoing, whether protected, created, or arising under the laws of the United States (including common law) or any other jurisdiction or under any international convention.

"Transaction Documents" means this Agreement (including the Seller Disclosure Schedule), the Assignment and Assumption Agreement, the Bill of Sale, the IP Assignment Agreements, the Deeds, the Escrow Agreement, the Joint Defense Agreement and any other Contract to be entered into by the Parties in connection with the Transactions.

"Transactions" means the transactions contemplated by this Agreement and the other Transaction Documents, including the purchase and sale of the Purchased Assets in exchange for the Purchase Price and the assumption of the Assumed Liabilities.

"Transfer Taxes" has the meaning given to such term in Section 7.10(a).

"Transferred Employees" has the meaning given to such term in Section 7.9(a).

"Troglia Matter" means the action including MEC and Shannon Troglia filed before JAMS, captioned *Monster Energy Co. v. Shannon Troglia*, Case No. 1110026279 (JAMS, filed Oct. 8, 2020).

"TTAB Matter" means the proceeding including JHO Intellectual Property Holdings, LLC and MEC filed in the United States Patent and Trademark Office before the Trademark Trial and Appeal Board (TTAB), captioned *Monster Energy Co.* v. *JHO Intellectual Prop. Holdings, LLC*, Cancellation No. 92070514 (TTAB, filed Feb. 5, 2019).

"Union" means a labor union, trade union, works council or any other employee representative body.

"VPX Florida Matters" means the actions including the Seller, MEC, and MBC filed in the United States District Court for the Southern District of Florida, captioned (i) *Vital Pharmaceuticals, Inc. v. Monster Beverage Co., et al.*, No. 0:19-cv-61974 (S.D. Fla., filed Aug. 7, 2019); and (ii) *Vital Pharmaceuticals, Inc. v. Monster Beverage Corp., et al.*, No. 0:22-cv-61621 (S.D. Fla., filed Aug. 31, 2022).

"WARN Act" means the federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq. (1988) and any similar Laws, including Laws of any country, state or other locality that is applicable to a termination of employees.

"Willful Breach" has the meaning given to such term in Section 9.2.

Section 1.2    Construction.  The terms "hereby," "hereto," "hereunder" and any similar terms as used in this Agreement refer to this Agreement in its entirety and not only to the particular portion of this Agreement where the term is used.  The terms "including," "includes" or similar terms when used herein shall mean "including, without limitation," and will not be construed to

limit any general statement that it follows to the specific or similar items or matters immediately following it.  The word "or" when used in this Agreement is not meant to be exclusive unless expressly indicated otherwise.  The word "extent" in the phrase "to the extent" means the degree to which a subject or other thing extends, if applicable, and such phrase does not mean simply "if." The word "will" shall be construed to have the same meaning as the word "shall."  Any reference to "days" means calendar days unless Business Days are expressly specified.  The meaning of defined terms shall be equally applicable to the singular and plural forms of the defined terms, and the masculine gender shall include the feminine and neuter genders, and vice versa, as the context shall require.  Any reference to any federal, state, provincial, local or foreign statute or Law shall be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.  Unless otherwise indicated, references to (a) Articles, Sections, Schedules and Exhibits refer to Articles, Sections, Schedules and Exhibits of and to this Agreement, (b) references to $ (Dollars) are to United States Dollars and (c) a Contract means such Contract as amended from time to time.  When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period will be excluded.  If the last day of such period is a day other than a Business Day, the period in question will end on the next succeeding Business Day; *provided*, that the foregoing shall not apply to Section 3.4 and Section 7.4.  All references to dates and times herein, except as otherwise specifically noted, shall refer to New York City time. All accounting terms used in this Agreement and not otherwise defined herein shall have the respective meanings ascribed to such terms under GAAP.

## ARTICLE II
## PURCHASE AND SALE

Section 2.1    Purchase and Sale of Assets.  Pursuant to sections 105, 363 and 365 of the Bankruptcy Code and on the terms and subject to the satisfaction of the conditions contained in this Agreement, at the Closing, the Selling Entities shall sell, assign, convey, transfer and deliver to the Buyer, and the Buyer shall purchase and acquire from the Selling Entities, all of the Selling Entities' right, title and interest, free and clear of all Liabilities and Encumbrances (other than the Assumed Liabilities and Permitted Encumbrances), in and to all of the properties, rights, interests and other tangible and intangible assets of the Selling Entities of every nature (wherever located, whether real, personal or mixed, whether or not required to be reflected on a balance sheet prepared in accordance with GAAP), including any assets acquired by the Selling Entities after the date hereof but prior to the Closing (collectively, the "Purchased Assets"); *provided*, *however*, that notwithstanding anything to the contrary herein, the Purchased Assets shall not include any Excluded Assets.  Without limiting the generality of the foregoing, the Purchased Assets shall include all of the Selling Entities' right, title and interest in and to the following (except to the extent listed as, or otherwise constituting, an Excluded Asset):

(a)    all Accounts Receivable of the Selling Entities, except any Accounts Receivable set forth in Section 2.2(k), in each case subject to any rights of set-off pursuant to Section 2.3(e);

(b)    all Inventory as of the Closing, including Inventory that is obsolete or otherwise not saleable;

22

(c)        (i) all royalties, advances, prepaid assets, prepaid expenses, prepaid license payments, prepaid rents, security and other deposits, prepayments and other current assets, including any non-fungible tokens or cryptocurrency, (ii) any other prepaid items and deferred items (including all prepaid rentals and unbilled charges, fees and deposits), (iii) all rent, real estate Taxes, utility, lease, association fees or other similar operating expenses or payments that have been paid for the month in which the Closing occurs, in each case prorated to reflect the number of days from and including the Closing Date to the end of the period for which such expense or payment relates (it being understood that the Buyer is to receive the benefit of such amounts for such post-Closing period), and (iv) all premiums and other amounts paid by the Selling Entities as of the Closing in respect of insurance policies of the Selling Entities under which the rights to insurance proceeds constitute Purchased Assets pursuant to Section 2.1(r)(ii), in each case prorated to reflect the remaining coverage period under such insurance policies from and including the Closing Date to the end of such coverage period, in the case of each of clauses (i), (ii) and (iii), to the extent relating to the Purchased Assets and the Assumed Liabilities as of the Closing and excluding, for the avoidance of doubt, the items set forth in Section 2.2(j);

(d)        all Non-Real Property Contracts listed in Section 2.1(d) of the Seller Disclosure Schedule (as amended from time to time in accordance with Section 2.5 hereof, the "Assumed Agreements") assumed and assigned to the Buyer pursuant to Section 2.5;

(e)        all Real Property Leases listed in Section 2.1(e) of the Seller Disclosure Schedule (as amended from time to time in accordance with Section 2.5 hereof, the "Assumed Real Property Leases") assumed and assigned to the Buyer pursuant to Section 2.5;

(f)        all real property and any buildings, fixtures, and improvements thereon or thereto owned by the Selling Entities as of the Closing (collectively, the "Owned Real Property") listed in Section 2.1(f) of the Seller Disclosure Schedule;

(g)        all Seller IP and with respect to art, text and graphics used on cans and product packaging for products or, to the extent in the Selling Entities' possession, proposed products of the Business, files containing such works for at least the past five (5) years;

(h)        all items of machinery, equipment, vehicles (as set forth on Schedule 1.1(b) attached to Section 1.1(b) of the Seller Disclosure Schedule and subject to Section 7.22), supplies, furniture, fixtures, leasehold improvements (to the extent of the Selling Entities' rights to any leasehold improvements under Assumed Real Property Leases) and other tangible personal property and fixed assets owned by the Selling Entities as of the Closing, including the personal property assets listed in Section 2.1(h) of the Seller Disclosure Schedule;

(i)        all books, records, information, files, data, plans, servers, e-mails, and archival backups (whether written, electronic or in any other medium), advertising and promotional materials and similar items of the Selling Entities as of the Closing (except as otherwise described in Section 2.2), including any and all customer, distributor, supplier and vendor lists, mailing lists, and video and media footage and related materials (whether edited or unedited) that was filmed by or on behalf of any of the Selling Entities, in each case other than those items in Section 2.1(l) and excluding the agreements and rights set forth in Section 2.2(c) (collectively, the "Documentary Materials");

23

(j)  the OBI/Monster Escrow Amount;

(k)  subject to Section 2.8(b), all rights to the websites, domain names, telephone, and facsimile numbers and e-mail addresses used by each Selling Entity;

(l)  all rights of the Selling Entities under non-disclosure or confidentiality, invention and/or Intellectual Property assignment, work made for hire agreements with current Employees, former Employees or current or former directors, consultants, independent contractors and agents of any of the Selling Entities, and any records, documents or other information relating to Transferred Employees, and any materials to the extent containing information about any Transferred Employee in each case, that may be transferred under applicable Law, the written employment policies of the Selling Entities and the Seller Compensation and Benefit Programs, but in each case excluding (i) the agreements and rights set forth in Section 2.2(c) and (ii) any such rights to the extent necessary to pursue Excluded Estate Claims;

(m)  all of the rights and benefits accruing under all Permits (other than Environmental Permits which are addressed in Section 2.1(n)) held by the Selling Entities, in each case, to the extent related to the Business and to the extent such Permits are transferrable;

(n)  all Environmental Permits needed for operations at the Owned Real Property and sites subject to Assumed Real Property Leases, to the extent such Environmental Permits are transferable;

(o)  any credits, allowances, rebates (including any vendor or supplier rebates), or rights of setoff (other than against the Selling Entities) arising out of or relating to any of the Purchased Assets as of the Closing;

(p)  any rights, claims or causes of action as of the Closing of any Selling Entity (including any D&O Claims) relating to or arising from the Purchased Assets, the Assumed Liabilities, or the Bankruptcy Case, including (i) any of the foregoing against any Seller Related Parties, (ii) any of the foregoing against the Buyer and/or any of the Buyer's Affiliates (including MEC, MBC, and any of their respective Affiliates), and (iii) all preference or avoidance claims and all other causes of action of the Selling Entities, in the case of each of clauses (i), (ii) and (iii), excluding the items in Section 2.1(r), the Excluded Estate Claims and any rights, claims or causes of action to the extent they relate to any Excluded Assets or Excluded Liabilities; *provided*, that any preference or avoidance claims acquired by the Buyer pursuant to clause (iii) above shall be automatically released upon Closing;

(q)  all rights, title, and interest (but only to the extent relating to the period from and after the Closing) to use the BANG trademark in exchange for a 5% continuing royalty on net sales of BANG-branded products payable to MEC and Orange Bang, Inc., pursuant to that certain judgment entered on September 29, 2022 by the Hon. Dale S. Fischer, U.S. District Judge for the Central District of California, adopting the final arbitration award issued on April 4, 2022 against the Seller and JHO Intellectual Property Holdings, LLC and in favor of Orange Bang, Inc. and MEC, in the case styled as *Vital Pharmaceuticals, Inc. v. Orange Bang, Inc.*, Case No. 5:20-cv-01464 (excluding any right, title and interest in and to the OBI/Monster Escrow Excess);

24

(r)    (i) other than the items set forth in the immediately following clause (ii), all rights, claims (including claims for past, present and future infringement or misappropriation or other violation of Seller IP), and causes of action of the Selling Entities as of the Closing against Persons (including the Buyer and/or any of the Buyer's Affiliates) other than the Selling Entities (regardless of whether or not such claims and causes of action have been asserted by the Selling Entities), (ii) to the extent that the Buyer notifies the Seller in writing (at Buyer's sole election) at least two (2) Business Days prior to the Closing Date of its election to assume as a Purchased Asset rights to claims or proceeds under any insurance policy of the Selling Entities (other than D&O Insurance or insurance policies described in Section 2.2(g)) with respect to Purchased Assets or Assumed Liabilities, all rights to claims or proceeds with respect to the Purchased Assets or Assumed Liabilities (regardless of whether such rights are currently exercisable) under such insurance policies so elected by the Buyer, and (iii) other than the items set forth in the immediately preceding clause (ii), all rights of indemnity, warranty rights, rights of contribution, rights to refunds, rights of reimbursement and other rights of recovery possessed by the Selling Entities as of the Closing (regardless of whether such rights are currently exercisable), in the case of each of clauses (i), (ii) and (iii), to the extent related to the Purchased Assets and/or the Assumed Liabilities, and in each case, excluding any rights, claims or causes of action to the extent they relate to any Excluded Assets or Excluded Liabilities; and

(s)    product bar codes and GTIN codes owned by each Selling Entity;

*provided*, that notwithstanding anything to the contrary or otherwise in this Section 2.1, and without limiting the scope of the Excluded Assets contained in Section 2.2, "Purchased Assets" will not include any books, records, information, correspondence, files or other similar information or materials (whether written, electronic or in any other medium), to the extent subject to attorney client, attorney work product or other privilege or to the extent reasonably necessary for any Debtor Entity to pursue any Excluded Estate Claims or all correspondences or communications prior to the Closing among any Selling Entity or any of its Affiliates and their respective Representatives and their counsel or any other third party that relate to the negotiation of Transactions or any other transaction relating to the sale of the assets of the Selling Entities or any of their Affiliates (including any archival copies of such communications) (collectively, the "Retained Records").

Section 2.2    Excluded Assets.  Notwithstanding any provision herein to the contrary, the Purchased Assets shall not include the following (collectively, the "Excluded Assets"):

(a)    (i) all of the capital stock or other equity interests owned by the Selling Entities in any of their respective Subsidiaries or other Affiliates, or any securities convertible into, exchangeable or exercisable for shares of capital stock or other equity interests of any of the Selling Entities, their respective Subsidiaries or Affiliates, and (ii) any properties, rights, interests and other tangible and intangible assets directly held by any Subsidiaries or other Affiliates of the Selling Entities;

(b)    except for the Documentary Materials and the items described in Section 2.1(l), any records, documents or other information relating to current or former Employees that are not Transferred Employees, and any materials to the extent containing information about any Employee (including any Transferred Employee), disclosure of which would violate applicable Law, the written employment policies of the Selling Entities, or any Seller Compensation and

Benefit Program, it being agreed that the Buyer shall, at any time prior to the Closing and without in any way affecting the Purchase Price, have the right, in its sole discretion, to designate additional records, data, documents and other information as Excluded Assets based upon the Buyer's determination that the transfer of the same to the Buyer would violate applicable Law, the written employment policies of the Selling Entities, or any Seller Compensation and Benefit Program;

(c)     any restrictive covenant, non-compete, non-solicit, no-hire or similar agreements with any current or former Employees and all rights of the Selling Entities under such agreements;

(d)     the Selling Entities' (i) minute books and other corporate books and records relating to their organization and existence and the Selling Entities' books and records relating to Taxes of the Selling Entities, including Tax Returns filed by or with respect to the Selling Entities, and (ii) books, records, information, files, data and plans (whether written, electronic or in any other medium), advertising and promotional materials and similar items exclusively relating to any Excluded Assets or Excluded Liabilities;

(e)     the Selling Entities' rights under this Agreement and the other Transaction Documents, and all cash and non-cash consideration payable or deliverable to the Selling Entities pursuant to the terms and provisions hereof and thereof;

(f)     any Contracts other than the Assumed Agreements and the Assumed Real Property Leases;

(g)     (i) all director and officer insurance policies, and (ii) all other current and prior insurance policies of the Selling Entities (x) related to any Excluded Asset or Excluded Liability or (y) to the extent not related to the Purchased Assets or the Business;

(h)     all rights, claims and causes of action of any Selling Entity and all rights of indemnity, warranty rights, rights of contribution, rights to refunds or prepayments, rights of reimbursement and other rights of recovery, including rights to insurance proceeds (including in all cases the proceeds of D&O Claims), of any Selling Entity (regardless of whether such rights are currently exercisable), in each case (i) related to any Excluded Asset or Excluded Liability or (ii) not related to the Purchased Assets or the Business;

(i)     all Retained Records;

(j)     (i) all Cash of the Selling Entities and their respective Subsidiaries and other Affiliates, (ii) the OBI/Monster Escrow Excess and (iii) all bank and deposit accounts of the Business, the Selling Entities and their respective Subsidiaries and other Affiliates (excluding, for the avoidance of doubt, the items set forth in Section 2.1(c) and Section 2.1(j));

(k)     (i) all intercompany Accounts Receivable of any Selling Entity owed to it by another Selling Entity or any of the Subsidiaries of the Selling Entities, (ii) any Accounts Receivable owing to any Selling Entity or any of the Subsidiaries of the Selling Entities by any Excluded Party, and (iii) any Accounts Receivable owing to any Subsidiary of any Selling Entity by any other Person;

(l)      any Seller Compensation and Benefit Program or stock option, restricted stock or other equity-based benefit plan of the Selling Entities, and the Selling Entities' right, title and interest in any assets of or relating thereto;

(m)      all Excluded Estate Claims;

(n)      all Tax refunds, overpayments, credits or other attributes with respect to Taxes that are Excluded Liabilities;

(o)      (i) any "tail" policy providing directors' and officers' liability insurance coverage for the benefit of those Persons who are covered by the Selling Entities' directors' and officers' liability insurance policies as of the date hereof or at the Closing with respect to matters occurring prior to the Closing (together with the policies described in Section 2.1(g)(i), "D&O Insurance"), and (ii) all rights and benefits of any nature of the Selling Entities with respect to insurance policies  (including those retained by the Selling Entities pursuant to Section 2.2(g)), including all insurance recoveries thereunder and rights to assert claims with respect to any such insurance recoveries, other than those rights to claims or proceeds that the Buyer has elected in writing to assume pursuant to Section 2.1(r)(ii);

(p)      the Selling Entities' right, title and interest in and to the other assets, if any, set forth in Section 2.2 of the Seller Disclosure Schedule; and

(q)      all assets that are directly or indirectly owned by the Excluded Parties.

Section 2.3      Assumed Liabilities.  Subject to the terms and conditions of this Agreement, effective as of the Closing, the Buyer shall assume and agree to pay, perform and discharge when due in accordance with their respective terms the Assumed Liabilities.  For purposes of this Agreement, "Assumed Liabilities" means, without duplication, only the following Liabilities (to the extent not paid prior to the Closing):

(a)      all Liabilities arising out of the conduct of the Business or relating to the Purchased Assets (including any accounts payable or other amounts payable), in each case, to the extent such Liabilities (i) arise from and after the Closing, or (ii) arise from or relate to (A) events, facts and circumstances first existing after the Closing, or (B) directly or indirectly manufacturing, selling, offering to sell, marketing, promoting or advertising any products or services, or the conduct of the Business, by the Buyer or any of its Affiliates, in each case, from and after the Closing;

(b)      all Liabilities of the Selling Entities arising under the Assumed Agreements and the Assumed Real Property Leases from and after the Closing Date (excluding any liability or obligation with respect to such Contracts as a result of any violation or breach of any such Contracts or any violation of Law or any tort in each case which first occurred or arose on or prior to the Closing Date), plus any such Liabilities of the Selling Entities arising under the Assumed Agreements and the Assumed Real Property Leases from and after the Petition Date that are accrued, but not yet due as of the Closing, in the Ordinary Course of Business;

(c)      the Cure Payments, to the extent not paid by the Buyer at Closing pursuant to Section 2.5(f) hereof;

(d)      any Liability for Taxes with respect to the Purchased Assets for any Post-Closing Tax Period (as determined in accordance with Section 7.10(a));

(e)      with respect to any Accounts Receivable that are Purchased Assets pursuant to Section 2.1(a), the amount of any corresponding Liability that is entitled to be set off with respect to such Accounts Receivable, in each case not to exceed the amount of such Accounts Receivable; and

(f)      the Assumed WARN Act Liabilities and Liabilities or obligations of the Selling Entities under COBRA, in each case pursuant to Section 7.9(b).

Section 2.4    Excluded Liabilities.  Notwithstanding anything to the contrary herein, the Buyer shall not assume or be obligated to pay, perform or otherwise discharge or in any other manner be liable or responsible for any Liabilities of, or Proceeding against, the Selling Entities, other than the Assumed Liabilities (all such Liabilities that the Buyer is not assuming being referred to collectively as the "Excluded Liabilities").  The Excluded Liabilities include the following (other than the Assumed Liabilities):

(a)      all Liabilities for (i) Transfer Taxes, (ii) Taxes with respect to the Purchased Assets for any Pre-Closing Tax Period (as determined in accordance with Section 7.10(b)) and (iii) Taxes of the Selling Entities and their equity holders;

(b)      all Liabilities of the Selling Entities relating to legal services, accounting services, financial advisory services, investment banking services or any other professional services ("Professional Services") performed in connection with this Agreement and any of the transactions contemplated hereby, and any pre-Petition or post-Petition Claims for such Professional Services;

(c)      all Liabilities of the Selling Entities with respect to current and former Employees, Service Providers, and current and former directors and officers of the Selling Entities (including Liabilities under or relating to any Seller Compensation and Benefit Program, any workers compensation and unemployment benefits related Liabilities, any Liabilities for deferred salary, wages, unused vacation, sick days, personal days or leave earned and/or accrued, and any Liabilities pursuant to the WARN Act, including the Excluded WARN Act Liabilities pursuant to Section 7.9(b)), in any case arising up to and including the Closing and in each case, other than any Assumed Liabilities set forth in Section 2.3(f);

(d)      all Liabilities of the Selling Entities arising under the Assumed Agreements and the Assumed Real Property Leases to the extent such Liabilities arise prior to the Closing Date or relate to events, facts and circumstances first existing prior to the Closing Date, other than any Assumed Liabilities;

(e)      all Liabilities relating to Excluded Assets, Excluded Parties, and all intercompany accounts payable and other amounts payable owed by any Selling Entity, and any other intercompany obligations owed by any Selling Entity, to any other Selling Entity, any Subsidiary, any Excluded Party, or any of their respective Affiliates;

28

(f)    all Liabilities of any Selling Entity, whether in respect of indebtedness for borrowed money or otherwise, to the extent such Liabilities arise prior to the Closing Date or relate to events, facts and circumstances first existing prior to the Closing Date, other than any Cure Payments and any Assumed Liabilities;

(g)    all Liabilities of any Selling Entity to any current, former or prospective shareholder or other holder of equity securities or equity-linked securities of such Selling Entity, including all Liabilities of such Selling Entity related to the right to or issuance of any capital stock or other equity securities or the payment of any dividend or other distribution on or in respect of any capital stock or other equity securities;

(h)    all Liabilities of the Subsidiaries (or any of them) of any Selling Entity;

(i)    subject in all respects to Section 2.3, all Liabilities (including with respect to product liability, false advertising, deceptive business practices, consumer protection laws, trademark infringement, trade dress infringement, false designation of origin, false patent marking, patent infringement, trade libel, unfair competition, breach of contract, breach of warranty, and unjust enrichment) arising out of the conduct of the business or relating to the Purchased Assets, in each case, to the extent such Liabilities (i) arise prior to the Closing, or (ii) arise from or relate to (A) events, facts and circumstances first existing before the Closing, (B) any product (including products containing Super Creatine) of the Selling Entities that was manufactured prior to the Closing, (C) any product (including products containing Super Creatine) of the Selling Entities that has been sold and delivered to third parties, including distributors and/or retailers prior to the Closing, or (D) any actions taken, directly or indirectly, in manufacturing, selling, offering to sell, marketing, promoting, or advertising Super Creatine or any products or services of the Selling Entities, or in the conduct of the Business, prior to the Closing; and

(j)    all Liabilities listed in Section 2.4(j) of the Seller Disclosure Schedule.

Section 2.5    Assumption and Assignment of Certain Contracts.  The Sale Order shall provide for the assumption by the Selling Entities, and the Sale Order shall provide for the assignment by the Selling Entities to the Buyer, effective upon the Closing, of the Assumed Agreements and the Assumed Real Property Leases on the terms and conditions set forth in the remainder of this Section 2.5.

(a)    The Debtor Entities have provided reasonably timely and proper written notice of the Sale Hearing to all parties to any executory Contracts or unexpired leases to which any Debtor Entity is a party that are (or may be) the Assumed Agreements or the Assumed Real Property Leases.  The Debtor Entities shall take all other actions reasonably necessary to cause such Contracts to be assumed by the Debtor Entities and assigned to the Buyer pursuant to section 365 of the Bankruptcy Code.  At the Closing, the Debtor Entities shall assume and assign to the Buyer the Assumed Agreements and the Assumed Real Property Leases that may be assigned by any such Debtor Entity to the Buyer pursuant to sections 363 and 365 of the Bankruptcy Code. Section 2.5(a) of the Seller Disclosure Schedule sets forth the Selling Entities' good faith estimate (on a vendor by vendor basis) as of the date of this Agreement of the amounts necessary to cure defaults, if any, with respect to each counterparty to any of the Assumed Agreements set forth in Section 2.1(d) of the Seller Disclosure Schedule, the Assumed Real Property Leases set forth in

Section 2.1(e) of the Seller Disclosure Schedule, and the Contracts listed in Section 7.8(c) of the Seller Disclosure Schedule, in each case as determined by the Selling Entities based on the their books and records and good faith judgment.  The Selling Entities shall provide an update of such good faith estimate not less than five (5) Business Days prior to the Closing Date.

(b)     From and after the date of this Agreement, unless this Agreement is terminated, until two (2) Business Days prior to the Closing, the Buyer may, in its sole discretion, designate any Contract of any Selling Entity as an Assumed Agreement or Assumed Real Property Lease, as applicable, or remove any such Contract from Section 2.1(d), Section 2.1(e), Section 2.5(a), or Section 7.8(c) of the Seller Disclosure Schedule, respectively, such that it is not an Assumed Agreement or Assumed Real Property Lease, in each case by providing written notice of such designation or removal to the Selling Entities, in which case Section 2.1(d), Section 2.1(e), Section 2.5(a), or Section 7.8(c) of the Seller Disclosure Schedule, as applicable, shall automatically be deemed to be amended to include or remove, as applicable, such Contract as an Assumed Agreement or an Assumed Real Property Lease, in each case, (i) without any adjustment to the Purchase Price (other than any Cure Payment, any adjustment in respect of the Closing Cash Amount or Section 3.4) and (ii) to the extent permitted by applicable Law.

(c)     In the case of any amendment by the Buyer of Section 2.1(d), Section 2.1(e), or Section 7.8(c) of the Seller Disclosure Schedule pursuant to Section 2.5(b), the Selling Entities shall give notice to the other parties to any Contract to which such amendment relates of the removal or addition of such Contract from Section 2.1(d), Section 2.1(e), or Section 7.8(c) of the Seller Disclosure Schedule, as applicable.

(d)     From and after the date of this Agreement until the earlier of the Closing and the termination of this Agreement, the Selling Entities may move to reject any Contract which is not an Assumed Agreement or an Assumed Real Property Lease; *provided* that the Selling Entities shall provide the Buyer with not less than five (5) Business Days prior written notice ("Contract Notice Period") of such motion and the Buyer may (in the Buyer's sole discretion) direct the Selling Entities not to move to reject such Contract during the Contract Notice Period; *provided, however*, that the Buyer may, at any time during the Contract Notice Period, designate such Contract as an Assumed Agreement or an Assumed Real Property Lease in accordance with Section 2.5(b) and the Selling Entities shall not thereafter reject or seek to reject such Contract.

(e)     The Debtor Entities shall file the Cure Schedule no later than one (1) week prior to the Closing Date.  The Bankruptcy Court shall deem any non-debtor party to a Contract included on the Cure Schedule that does not timely file an objection with the Bankruptcy Court to have given any required Consent to the assumption of such Contract by the Debtor Entity and assignment to the Buyer pursuant to section 365 of the Bankruptcy Code.

(f)     In connection with the assumption and assignment to the Buyer (as requested in writing by the Buyer) of any Assumed Agreement or Assumed Real Property Lease pursuant to this Section 2.5, in addition to the Purchase Price, the Buyer shall bear and pay, in addition to the Cash Purchase Price, all of the cure amounts, as determined by the Bankruptcy Court, if any, necessary to cure all defaults, if any (such amounts, collectively, the "Cure Payments"); *provided*, that to the extent such Cure Payments are not made prior to the Closing, all

Liabilities related to such Cure Payments shall be assumed by the Buyer at the Closing as Assumed Liabilities. No Selling Entity shall have any liability for such Cure Payments.

(g)     The Seller shall use its reasonable best efforts to obtain an order of the Bankruptcy Court to assign the Assumed Agreements and the Assumed Real Property Leases to the Buyer (the "Assumption Approval") on the terms set forth in this Section 2.5. In the event the Selling Entities are unable to assign any such Assumed Agreement or Assumed Real Property Lease to the Buyer pursuant to an order of the Bankruptcy Court, then the Parties shall use commercially reasonable efforts prior to the Closing to obtain, and to cooperate in obtaining, all Consents and Governmental Authorizations from Governmental Authorities and third parties necessary to assume and assign such Assumed Agreement or Assumed Real Property Lease to the Buyer; *provided*, *however*, that the Seller shall not be required to pay any amount or incur any obligation to any Person from whom any such Consent or Governmental Authorization may be required in order to obtain such Consent.

(h)     In addition to all other rights granted to the Buyer regarding the designation of Contracts to be Assumed Agreements or Assumed Real Property Leases hereunder, the Buyer shall have the right after the Closing to designate in writing, additional Contracts as Assumed Agreements or Assumed Real Property Leases, in each case to the extent permitted by applicable Law, until such Contracts are sold, transferred, rejected or wound down by the Debtor Entities. The Debtor Entities shall provide timely and proper written notice of such assumption and assignment to all parties to any such additional Assumed Agreements or Assumed Real Property Leases and take all other actions reasonably necessary to cause such Contracts to be assumed by the Debtor Entities and assigned to the Buyer pursuant to section 365 of the Bankruptcy Code. The Buyer shall be responsible for (i) any Cure Payments due and owing under such Assumed Agreements or Assumed Real Property Leases so designated by the Buyer post-Closing and (ii) any amounts (A) described in the definition of "Closing Cash Amount", or (B) contemplated by Section 3.4(a) to be paid by the Buyer in respect of such Assumed Agreements or Assumed Real Property Leases designated post-Closing.

Section 2.6     Designation of Assets and Liabilities. From and after the date of this Agreement, unless this Agreement is terminated, until two (2) Business Days prior to the Closing Date, the Buyer may, in its sole discretion by written notice to the Selling Entities, (a) designate any of the Purchased Assets as additional Excluded Assets and/or (b) designate any of the Excluded Liabilities as additional Assumed Liabilities, which notice shall set forth in reasonable detail the assets or Liabilities so designated; *provided*, that (i) there shall be no increase or reduction in the Purchase Price in connection with any such designation by the Buyer (other than any adjustment in respect of the Closing Cash Amount or Section 3.4) and (ii) the Buyer shall not be permitted to designate as an Excluded Asset pursuant to this Section 2.6, any Purchased Assets or items included or taken into account in the Closing Cash Amount. Notwithstanding any other provision hereof, the Liabilities of the Selling Entities under or related to any Purchased Asset excluded under this paragraph shall constitute Excluded Liabilities.

Section 2.7     Consents to Certain Assignments. If notwithstanding the applicable provisions of Sections 363 and 365 of the Bankruptcy Code and the Sale Order and the commercially reasonable efforts of the Selling Entities and the Buyer pursuant to Section 2.5(g), (a) any Consent or Governmental Authorization is not obtained prior to Closing and as a result

thereof the Buyer shall be prevented by a third party from receiving the rights and benefits with respect to a Purchased Asset intended to be transferred hereunder, or (b) any Purchased Asset is not otherwise capable of sale and/or assignment (after giving effect to the Sale Order and the Bankruptcy Code), then, in any such case, the Selling Entities shall, prior to the closing of the Bankruptcy Case and subject to any approval of the Bankruptcy Court that may be required and at the request of the Buyer, cooperate with the Buyer in any lawful and commercially reasonable arrangement under which the Buyer would, to the extent practicable, obtain (for no additional cost or consideration) the economic claims, rights and benefits under such asset and assume the economic burdens and obligations with respect thereto in accordance with this Agreement, including by subcontracting, sublicensing or subleasing to the Buyer, and the Buyer shall assume any related burden and obligation with respect to such Purchased Asset to the extent such burden and obligation would constitute an Assumed Liability if such Purchased Asset was transferred at Closing; *provided*, that the Selling Entities' cooperation obligations contemplated by this <u>Section 2.7</u> shall not include any obligation by any Selling Entity or any of its Affiliates to pay money (advance or otherwise) to any third party or to incur out-of-pocket expenses unless the Buyer funds such amounts.  The Buyer shall cooperate with the Selling Entities in order to enable the Selling Entities to provide to the Buyer the benefits contemplated by this <u>Section 2.7</u>.  The Selling Entities shall as promptly as practicable pay to the Buyer when received all monies received by the Selling Entities attributable to such Purchased Asset from and after the Closing Date and the Buyer shall reasonably promptly pay the Selling Entities for all reasonable and documented out-of-pocket costs incurred by the applicable Selling Entities associated with, arising or resulting from such arrangement.  Notwithstanding the foregoing, this <u>Section 2.7</u> shall not be deemed to require any Selling Entity or any of its Affiliates to make available, or enter into any arrangement to provide, any Permit or the use or benefit thereof to the Buyer or any of its Affiliates; *provided* that this sentence shall not limit the Selling Entities' obligations under <u>Section 7.5</u>.

      Section 2.8    <u>Wrong Pockets</u>.

      (a)    From and after the Closing, if either the Buyer or any Selling Entity becomes aware that any right, property or asset forming part of the Purchased Assets has not been transferred to the Buyer or that any right, property or asset forming part of the Excluded Assets has been transferred to the Buyer, such Party shall promptly notify the other Party and the Parties shall, as soon as reasonably practicable thereafter, use reasonable best efforts to cause such right, property or asset (and any related Liability) to be transferred at the expense of the Party that is seeking the assets to be transferred to it and with any necessary prior Consent, to (i) the Buyer, in the case of any right, property or asset forming part of the Purchased Assets which was not transferred to the Buyer at or in connection with the Closing, or (ii) the applicable Selling Entity, in the case of any right, property or asset forming part of the Excluded Assets which was transferred to the Buyer at the Closing.  In furtherance of the foregoing, if after the Closing, the Buyer discovers any Contract that should have been disclosed in <u>Section 2.1(d)</u> of the Seller Disclosure Schedule or <u>Section 2.1(e)</u> of the Seller Disclosure Schedule that was not assumed, then the Buyer may at its sole discretion elect to include such Contract in <u>Section 2.1(d)</u> of the Seller Disclosure Schedule or <u>Section 2.1(e)</u> of the Seller Disclosure Schedule, as applicable, as if disclosed thereon at Closing or to exclude such Contract from the Purchased Assets; *provided* that in the event the Buyer elects to include such Contract, the Buyer shall be responsible to make all Cure Payments with respect to such Contract.

(b)     From and after the Closing, if either the Buyer or any Selling Entity or any of their respective Affiliates (other than any Excluded Parties) receives any (i) funds or property that is, in the reasonable determination of the receiving Party, intended for or otherwise the property of the other Party pursuant to the terms of this Agreement or any other Transaction Document, the receiving Party shall reasonably promptly (A) notify and (B) forward such funds or property to, the other Party (and, for the avoidance of doubt, the Parties acknowledge and agree that there is no right of offset with respect to such funds or property, whether in connection with a dispute under this Agreement or any other Transaction Document or otherwise) or (ii) mail, courier package, facsimile transmission, purchase order, invoice, service request or other document that is, in the reasonable determination of the receiving Party, intended for or otherwise the property of the other Party pursuant to the terms of this Agreement or any other Transaction Document, the receiving Party shall reasonably promptly (A) notify and (B) forward such document or property to, the other Party.

(c)     From and after the Closing, if either the Buyer or any Selling Entity or any of their respective Affiliates (other than any Excluded Parties) pays any amount to any third party in satisfaction of any Liability of the other Party pursuant to the terms of this Agreement or any other Transaction Document, (i) the paying Party shall promptly notify the other Party of such payment and (ii) to the extent the paying Party is not obligated to make such payment pursuant to the terms of this Agreement or any other Transaction Document, the other Party shall promptly reimburse the paying Party for the amount so paid by the paying Party to such third party (and, for the avoidance of doubt, the Parties acknowledge and agree that there is no right of offset with respect to such amount, whether in connection with a dispute under this Agreement or any other Transaction Document or otherwise).

## ARTICLE III
## PURCHASE PRICE; DEPOSIT

Section 3.1     Purchase Price.

(a)     The consideration for the sale and transfer of the Purchased Assets from the Selling Entities to the Buyer (collectively, the "Purchase Price") shall be: (i) an amount in cash equal to the Cash Purchase Price, plus (ii) the Deposit, plus (iii) the assumption of the Assumed Liabilities, plus (iv) an additional Ten Million Dollars ($10,000,000.00) (the "Entourage Consideration") paid by the Buyer in cash promptly (but not later than thirty (30) days) following the satisfaction of either of the following conditions: (A) the Buyer's receipt (pursuant to transfer documents in form and content reasonably satisfactory to the Buyer) of title to and ownership of the Intellectual Property owned by, or purported to be owned by, Entourage IP Holdings (the "Entourage Assets") free and clear of all Encumbrances (other than Permitted Encumbrances, and excluding any Entourage Assets that have been abandoned, invalidated or cancelled), or (B) the Selling Entities' exercise of commercially reasonable efforts to secure for the Buyer, the Entourage Assets set forth in Section 3.1(a)(i) and Section 3.1(a) (ii) of the Seller Disclosure Schedule (excluding any Entourage Assets that have been abandoned, invalidated or cancelled), resulting in the Buyer's receipt (pursuant to transfer documents in form and content reasonably satisfactory to the Buyer) of title to and ownership of at least the Entourage Assets set forth in Section 3.1(a)(i) of the Seller Disclosure Schedule (excluding any Entourage Assets that have been abandoned, invalidated or cancelled). Upon such transfer of the applicable Entourage Assets, the Entourage

Assets (excluding any Entourage Assets that have been abandoned, invalidated or cancelled) shall be deemed Purchased Assets hereunder.

(b)     On the Closing Date, the Buyer shall pay or cause to be paid to the Seller or its designee(s), by wire transfer of immediately available funds to an account or series of accounts designated by the Seller prior to the Closing, an amount or amounts in cash equal, in the aggregate, to the Cash Purchase Price, Price, which Cash Purchase Price shall be used, directed and applied as provided in Section 3.1(c) below.

(c)     Concurrently with the Closing, the Selling Entities shall use, direct and apply the Cash Purchase Price as follows: (i) the amount necessary, currently estimated at approximately Sixteen Million Dollars ($16,000,000), shall be used to satisfy in full any outstanding Encumbrances imposed by Law against the Owned Real Property that have been or may be asserted by any mechanics, repairmen, workmen, suppliers or materialmen; (ii) Four Million Dollars ($4,000,000) shall be set aside in a segregated account and reserved for the payment of the Excluded WARN Act Liabilities; (iii) Four Million Dollars ($4,000,000) shall be set aside in a segregated account and reserved for the payment of all Liabilities owing to prior and/or current employees of the Selling Entities that constitute Excluded Liabilities other than the Excluded WARN Act Liabilities (it being agreed that following payment in full of all such Liabilities in subsections (i) through (iii) hereof, all amounts then remaining in such reserves shall be released to the Debtor Entities); and (iv) the remainder of the Cash Purchase Price shall be paid to the Debtor Entities, subject to payment of the DIP Obligations as set forth in the Sale Order. Notwithstanding anything to the contrary herein or otherwise, to the extent any portion of the Cash Purchase Price remains after the pursuit of the Excluded Estate Claims, such remaining consideration shall be retained for the benefit of the Debtor Entities' estates and not be distributed to any Buyer Related Party, the DIP Lenders and/or the Prepetition Secured Parties.

Section 3.2     Deposit Escrow; Deposit Release.  The Seller and the Buyer have entered into an escrow agreement (the "Escrow Agreement") with Citibank, N.A. (the "Escrow Agent"), a copy of which is attached hereto as Exhibit E, and the Buyer has deposited into an escrow account (the "Escrow Account") with the Escrow Agent an amount equal to Twenty-Five Million Dollars ($25,000,000) (together with any interest accrued thereon prior to the Closing Date, the "Deposit") by wire transfer of immediately available funds pursuant to the terms of this Agreement and the Escrow Agreement.  The Deposit shall not be subject to any Encumbrance, attachment, trustee process or any other judicial process of any creditor of any of the Parties; *provided,* that the Seller's right to receive the Deposit in accordance with the terms of this Agreement shall be subject to the liens securing the DIP Obligations.  The Deposit (or, in the case of a Specified Termination, a portion of the Deposit equal to the Specified Termination Amount, together with a pro rata portion of any received investment income on the Deposit, if any) shall become payable to the Seller upon the earliest to occur of (i) the Closing, (ii) a Specified Termination, and (iii) the termination of this Agreement (A) by the Seller pursuant to Section 9.1(d) or Section 9.1(h), (B) by the Buyer pursuant to Section 9.1(b), Section 9.1(c), Section 9.1(f), Section 9.1(g)(ii), Section 9.1(i), Section 9.1(j), or Section 9.1(k) or by the Seller pursuant to Section 9.1(g)(ii), in each case (solely with respect to this clause (B)) at a time when the Seller would have been entitled to terminate this Agreement pursuant to Section 9.1(d) or Section 9.1(h), or (C) a termination by the Buyer or the Seller pursuant to Section 9.1(g)(ii) (solely in the event that (I) all of the conditions set forth in Section 8.1 and Section 8.2 have been satisfied or waived (other than (x) those conditions to

Closing that by their terms or their nature are to be satisfied at the Closing, but subject to such conditions being satisfied assuming the Closing would occur and (y) the conditions in Section 8.1(c) and Section 8.2(e), solely as a result of the Sale Order having been entered but not having become a Final Order), (II) the Seller has confirmed in writing that it is ready, willing and able to waive the conditions in Section 8.1(c) and Section 8.3(d) and consummate the Closing, and (III) within three (3) days of such written confirmation from the Seller, (x) the Buyer fails to consummate the Closing, (y) the Buyer states in writing that it is not willing to waive the conditions in Section 8.1(c) and Section 8.2(e), or (z) the Buyer does not confirm in writing to the Seller that it is willing to waive the conditions in Section 8.1(c) and Section 8.2(e) (any such termination described in the foregoing clause (iii)(A), clause (iii)(B) or clause (iii)(C), a "Buyer Default Termination").  If the Closing occurs, the Deposit shall be delivered to an account designated by the Selling Entities by wire transfer of immediately available funds as payment of a portion of the Purchase Price.  Upon a termination of this Agreement by the Buyer pursuant to Section 9.1(j) or Section 9.1(k) or by virtue of an automatic termination pursuant to Section 9.1(g)(i) hereof, the Deposit (together with any investment income received thereon) shall be immediately delivered to an account designated by the Buyer (by wire transfer of immediately available funds) to be retained by the Buyer for its own account, except to the extent that there is a dispute between Buyer and Seller about a termination pursuant to Section 9.1(j) or Section 9.1(k) and the disposition of the Deposit is resolved consensually in writing or pursuant to an Order of the Bankruptcy Court (or other court having jurisdiction under this Agreement), in which event the Deposit will not be distributed to the Buyer and shall be held in the Escrow Account until any portion of the Deposit that is otherwise payable to the Seller pursuant to such consensual resolution or Order of the Bankruptcy Court (or other court having jurisdiction under this Agreement) (including in respect of the Specified Termination Amount) in connection with a Specified Termination or Buyer Default Termination shall be paid to the Seller (without duplication) in accordance with the provisions hereof.  If the Deposit (or, in the case of a Specified Termination, a portion of the Deposit equal to the Specified Termination Amount, together with a pro rata portion of any received investment income on the Deposit) becomes payable to the Seller by reason of a Specified Termination or Buyer Default Termination, as applicable, then either (A) the Seller and the Buyer shall jointly instruct the Escrow Agent to disburse, or (B) the Seller or the Buyer shall deliver to the Escrow Agent a final and non-appealable written Order from a court of competent jurisdiction directing the Escrow Agent to disburse, the Deposit (or, in the case of a Specified Termination, a portion of the Deposit equal to the Specified Termination Amount, together with a pro rata portion of any received investment income on the Deposit) to the Seller, in each case in accordance with the Escrow Agreement, and the Escrow Agent shall, within two (2) Business Days after receiving such written instruction or Order, as the case may be, disburse the Deposit (or, in the case of a Specified Termination, a portion of the Deposit equal to the Specified Termination Amount, as applicable and without duplication, together with a pro rata portion of any received investment income on the Deposit) to Seller by wire transfer of immediately available funds to the account designated in writing by the Seller to be retained by the Seller for its own account and, in the case of a Specified Termination, any amounts remaining in the Escrow Account after such disbursement to the Seller to Buyer by wire transfer of immediately available funds to the account designated in writing by Buyer to be retained by Buyer for its own account.  If this Agreement or the transactions contemplated herein are terminated other than for a termination which constitutes a Buyer Default Termination or a Specified Termination, then either (A) the Seller and the Buyer shall jointly instruct the Escrow Agent to refund, or (B) the Seller or the Buyer shall deliver to the Escrow

Agent a final and non-appealable written Order from a court of competent jurisdiction directing the Escrow Agent to refund, the Deposit to the Buyer, in each case in accordance with the Escrow Agreement, and the Escrow Agent shall, within two (2) Business Days after receiving such written instruction or Order, as the case may be, refund the Deposit to an account designated by the Buyer in writing by wire transfer of immediately available funds to be retained by the Buyer for its own account.  The Escrow Agent's escrow fees and charges shall be paid by the Buyer.  For purposes of this Section 3.2, "pro rata portion" shall be calculated based on the Specified Termination Amount expressed as a percentage of the Deposit (excluding any interest for this purpose).  For the avoidance of doubt, in the event of a Specified Termination, the Seller shall retain $10,000,000 of the Deposit and the Buyer shall receive a refund of $15,000,000 of the Deposit, plus each Party shall receive a prorated portion of any investment income on the Deposit.  Notwithstanding anything to the contrary herein (including in Article IX or Section 10.12), any recovery by the Seller of the Specified Termination Amount from the Deposit pursuant to the terms of this Section 3.2 solely in the case of a Specified Termination (and not in the case of a Buyer Default Termination or any other scenario, event, fact or circumstance) shall constitute the Seller's and the other Selling Entities' sole and exclusive remedy against the Buyer under this Agreement solely with respect to such Specified Termination (and not with respect to a Buyer Default Termination or any other scenario, event, fact or circumstance), other than in the event of Fraud; *provided* that until such time as the Buyer pays or causes to be paid to the Seller the Specified Termination Amount, the remedies available to the Seller and the Selling Entities hereunder shall be in addition to any other remedy to which it is entitled at law or in equity, and the election to pursue an injunction or specific performance shall not restrict, impair or otherwise limit the Selling Entities from, in the alternative, seeking to collect the Specified Termination Amount (for the avoidance of doubt and notwithstanding anything to the contrary herein (including in Section 9.2(a) hereof), while the Selling Entities may pursue both a grant of specific performance to the extent permitted by Section 10.12(b) in connection with any breach of this Agreement by the Buyer, MEC or MBC and the payment of the Specified Termination Amount, as applicable, under no circumstances shall the Selling Entities be permitted or entitled to (i) receive both a grant of specific performance to require the Buyer to consummate the Closing and payment of the Specified Termination Amount or (ii) solely with respect to a Specified Termination (and not with respect to a Buyer Default Termination or any other scenario, event, fact or circumstance), seek specific performance or any other remedy (other than collection of the Specified Termination Amount) in the event that Buyer has timely and validly exercised its rights hereunder to terminate this Agreement pursuant to a Specified Termination).

Section 3.3    Allocation.  The Buyer shall, not later than one hundred twenty (120) days after the Closing Date, prepare and deliver to the Seller an allocation of the Purchase Price (and the Assumed Liabilities and other relevant items, to the extent properly taken into account for Tax purposes) among the Purchased Assets  (the "Allocation") in accordance with Section 1060 of the Code, the Treasury Regulations thereunder and other applicable Law for the Seller's review and approval (such approval not to be unreasonably withheld, conditioned or delayed).  Any reasonable comments provided by the Seller to the Buyer in accordance with this Section 3.3 shall be considered by the Buyer in good faith.  The Allocation shall be conclusive and binding on the Parties unless the Seller notifies the Buyer in writing that the Seller objects to one or more items reflected in the Allocation, and specifies the reasonable basis for such objection, within thirty (30) days after delivery to the Seller of the Allocation.  In the case of such an objection, the Seller and the Buyer shall negotiate in good faith to resolve any disputed items.  Any resolution by the Seller

and the Buyer shall be conclusive and binding on the parties once set forth in writing (any such conclusive and binding Allocation, the "Final Allocation"). If the Seller and the Buyer are unable to resolve all disputed items within fifteen (15) days after the delivery of the Seller's written objection to the Buyer, the Buyer and the Seller shall jointly retain a mutually agreed independent internationally recognized accounting firm (the "Accounting Firm") (which may in turn select an appraiser, if needed) to resolve any disputed item(s). The costs, fees and expenses of the Accounting Firm shall be borne equally by the Buyer and the Seller. The Accounting Firm shall resolve any such dispute within ninety (90) days after the retention, and the Final Allocation shall be adjusted to reflect any such resolution of any disputed item(s). The Parties agree to (and shall cause their Affiliates (in the case of the Selling Entities, other than any Excluded Parties) to) file all Tax Returns (including the filing of IRS Form 8594 with their U.S. federal income Tax Return for the taxable year that includes the date of the Closing) consistent with, and shall not take any position in connection with Tax matters that is inconsistent with, the Final Allocation unless otherwise required by a final determination within the meaning of Section 1313 of the Code or any corresponding provision of state, local or non-U.S. Law, or as the Buyer or the Seller (as applicable) determines is necessary to settle a dispute with a Tax authority after making a good faith effort to defend the Final Allocation. In the event that a Governmental Authority disputes the Final Allocation, the Party receiving notice of such dispute shall promptly notify the other Party hereto, and the Seller and the Buyer shall, and shall cause their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) to, use their reasonable best efforts to defend such Final Allocation in any applicable proceeding.

Section 3.4    Closing Cash Amount.

(a)    At least one (1) Business Day prior to the Closing Date, the Seller shall prepare and deliver, or cause to be prepared and delivered, to the Buyer a statement setting forth in reasonable detail the Seller's good faith calculation of the Closing Cash Amount. During the period beginning on the delivery of such statement and ending upon the delivery of the Closing Statement pursuant to Section 3.4(b), the Buyer shall have an opportunity to review such statement and provide reasonable comments with respect to such statement to the Seller in good faith, and the Seller shall in good faith consider such comments so provided by the Buyer. Notwithstanding anything to the contrary herein or otherwise, to the extent that, following the Closing, the Buyer identifies for the Seller in writing items set forth in Section 2.1(c) and the corresponding Contracts that the Buyer would like to acquire or assume as a Purchased Asset, then if and to the extent such item has not been sold, transferred, terminated, rejected or wound down, or returned to the Selling Entities, the applicable Selling Entity shall sell and transfer such item to the Buyer in exchange for payment by the Buyer to the Seller of the amount of such item (calculated in the same manner as the Closing Cash Amount, *mutatis mutandis*) by wire transfer of immediately available funds.

(b)    On the calendar day immediately preceding the Closing Date, the Seller shall prepare and deliver, or cause to be prepared and delivered, to the Buyer a statement (the "Closing Statement") setting forth in reasonable detail the Closing Cash Amount, taking into account any comments from the Buyer provided in accordance with Section 3.4(a) that the Seller in respect of the Closing Statement or the Closing Cash Amount has determined to incorporate into the Closing Statement; *provided*, that if there is any disagreement or dispute between the Buyer and the Seller with respect to the Closing Statement or the calculation of the Closing Cash Amount, such disagreement shall not delay or impede the Closing and the Seller's calculation of

the Closing Cash Amount, absent manifest error, set forth in the Closing Statement shall control; *provided further* that the Buyer shall have the opportunity to present any disagreement or dispute with respect to the Closing Statement to the Bankruptcy Court for determination after the Closing.

## ARTICLE IV
## THE CLOSING

Section 4.1    Time and Place of the Closing.    Upon the terms and subject to the satisfaction or, to the extent permitted by applicable Law, waiver of the conditions contained in Article VIII of this Agreement, the closing of the sale of the Purchased Assets and the assumption of the Assumed Liabilities contemplated by this Agreement (the "Closing") shall take place either by virtual means or at the offices of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, at 9:00 a.m. (eastern time) as promptly as practicable, and at no time later than the third (3rd) Business Day following the date on which the conditions set forth in Article VIII have been satisfied or, to the extent permitted by applicable Law, waived by the applicable Party in writing (other than conditions which by their nature are to be satisfied at the Closing, but subject to the satisfaction or, to the extent permitted, waiver of such conditions at or prior to the Closing), or at such other place and time as the Buyer and the Seller may mutually agree.  The date on which the Closing actually occurs is herein referred to as the "Closing Date."

Section 4.2    Deliveries by the Seller.  At or prior to the Closing, the Seller shall deliver or cause to be delivered the following to the Buyer:

(a)    the Bill of Sale, duly executed by the Selling Entities;

(b)    the Assignment and Assumption Agreement, duly executed by the Selling Entities;

(c)    the IP Assignment Agreements, duly executed by the applicable Selling Entities;

(d)    Deeds with respect to all Owned Real Property, duly executed by the applicable Selling Entities;

(e)    a certified copy of the Sale Order as entered by the Bankruptcy Court;

(f)    the certificate contemplated by Section 8.2(c); and

(g)    certified copies of the resolutions duly adopted by the Selling Entities' board of directors (or similar governing body) authorizing the execution, delivery and performance of this Agreement and each of the Transactions; and

(h)    a properly executed IRS Form W-9 from each Selling Entity (or, if applicable, its regarded owner for U.S. federal income tax purposes), but excluding any Selling Entity that transfers all of the Purchased Assets held by such Selling Entity to Seller in accordance with Section 7.20 prior to the Closing; *provided*, that notwithstanding anything else contained herein to the contrary, the only remedy for a failure to make the delivery contemplated by this Section 4.2(h) shall be to make any withholding required by Law resulting therefrom as provided

38

in Section 7.17 and such failure shall not constitute a breach of covenant, agreement or obligation hereunder or constitute a failure of a condition precedent to Closing set forth in Section 8.1 or Section 8.2 to be satisfied.

Section 4.3    Deliveries by the Buyer.  At or prior to the Closing, the Buyer shall deliver or cause to be delivered the following to the Seller:

(a)    the Cash Purchase Price, payable in accordance with Section 3.1(b);

(b)    the Deposit in accordance with Section 3.2;

(c)    the Bill of Sale, duly executed by the Buyer (or its designee);

(d)    the Assignment and Assumption Agreement, duly executed by the Buyer (or its designee);

(e)    the IP Assignment Agreements, duly executed by the Buyer (or its designee);

(f)    certified copies of the resolutions duly adopted by the Buyer's board of directors (or similar governing body) authorizing the execution, delivery and performance of this Agreement and each of the Transactions; and

(g)    the certificate contemplated by Section 8.3(c).

## ARTICLE V
## REPRESENTATIONS AND WARRANTIES OF THE SELLING ENTITIES

Except as set forth in the disclosure schedule delivered by the Seller to the Buyer (the "Seller Disclosure Schedule") pursuant to this Agreement and subject to such exceptions that result from the filing and commencement of the Bankruptcy Case, including the entry of the Sale Order and any other Orders of the Bankruptcy Court necessary to consummate the Transactions, each Selling Entity hereby represents and warrants to the Buyer (in the case of any assets or liabilities of the Selling Entities, solely with respect to the Purchased Assets and the Assumed Liabilities) as follows:

Section 5.1    Organization, Standing and Corporate Power.  Each Selling Entity is a corporation or other entity duly organized, validly existing and, to the extent applicable, in good standing (or its equivalent) under the laws of the jurisdiction of its incorporation or organization and has the requisite corporate or other entity power and authority to own or lease all of its properties and assets and to carry on its business as it is now being conducted.  Each Selling Entity is duly licensed or qualified to do business in each jurisdiction in which the nature of the business conducted by it or the character or location of the properties and assets owned or leased by it makes such licensing or qualification necessary, except where the failure to be so licensed or qualified would not have a Material Adverse Effect.

Section 5.2    Authority; Execution and Delivery; Enforceability.  Each of the Selling Entities has, subject to the entry and effectiveness of the Sale Order, all necessary power and

（）

authority to execute and deliver this Agreement and the other Transaction Documents to which it is or will be a party, to perform and comply with each of its obligations hereunder and thereunder and, upon entry and effectiveness of the Sale Order, in accordance with the terms hereof and thereof, will have all necessary corporate or similar authority to consummate the Transactions. Subject to the entry and effectiveness of the Sale Order, the execution and delivery by the Selling Entities of this Agreement and the other Transaction Documents to which any Selling Entity is or will be a party, the performance and compliance by the Selling Entities with each of their obligations herein and therein, and the consummation by it of the Transactions have been duly and validly authorized and approved by all necessary corporate or other action on the part of the Selling Entities, and no other corporate or other Proceedings on the part of the Selling Entities and no other stockholder votes are necessary to authorize the execution of this Agreement or the other Transaction Documents, or the performance or consummation by the Selling Entities of the Transactions. Subject to the entry and effectiveness of the Sale Order, each Selling Entity has duly and validly executed and delivered this Agreement and will (as of the Closing) duly and validly execute and deliver the other Transaction Documents to which it is a party and, assuming the due authorization, execution and delivery by the Buyer of this Agreement and the other Transaction Documents to which it is party, and by the other parties to the Transaction Documents, this Agreement constitutes and the other Transaction Documents will constitute (as of the Closing) legal, valid and binding obligations of each Selling Entity, enforceable against such Selling Entity in accordance with its terms, subject in all cases the General Enforceability Exceptions.

Section 5.3    No Conflicts.

(a)    The authorization, execution and delivery of this Agreement and the other Transaction Documents does not and will not, and the performance by the Selling Entities of this Agreement and the other Transaction Documents will not, except to the extent excused by or unenforceable as a result of the filing of the Bankruptcy Case and except for the entry and effectiveness of the Sale Order, with or without notice, lapse of time or both, (i) conflict with or violate any provision of any Selling Entity's organizational or governing documents, (ii) assuming that all consents, approvals, authorizations and permits described in Section 5.3(b) have been obtained and all filings and notifications described in Section 5.3(b) have been made and any waiting periods thereunder have terminated or expired, conflict with or violate any Law, Permit or Order applicable to any Selling Entity or by which any property or asset of any Selling Entity is bound or affected (iii) except as set forth in Section 5.3(a) of the Seller Disclosure Schedule, require any notice, Consent or approval under, violate, result in any breach of or any loss of any benefit under, constitute a change of control or default (or an event which with notice or lapse of time or both would become a default) under or give to others any right of termination, vesting, amendment, acceleration or cancellation of, or result in the creation of an Encumbrance (other than a Permitted Encumbrance), in each case on or with respect to any Purchased Assets pursuant to or under, any Material Contract or material Permit to which any Selling Entity is party or (iv) result in the creation of any Encumbrance (other than Permitted Encumbrances) on any of the Purchased Assets, except, with respect to clauses (ii), (iii) and (iv), for any such conflicts, violations, breaches, defaults or other occurrences which would not, individually or in the aggregate, have a Material Adverse Effect.

(b)    Assuming the accuracy of the representations and warranties of the Buyer in Section 6.3(a), the execution and delivery by the Selling Entities of this Agreement and the other

Transaction Documents does not and will not, and the consummation by the Selling Entities of the Transactions and compliance by the Selling Entities with any of the terms or provisions hereof will not, require any Consent, approval, authorization or permit of, registration with, or filing with or notification to, any Governmental Authority, except (i) compliance with any applicable requirements under the Regulatory Laws, (ii) the entry of the Sale Order by the Bankruptcy Court and (iii) such other Consents where the failure to obtain such Consents would not, individually or in the aggregate, have a Material Adverse Effect.

Section 5.4    Legal Proceedings and Orders.  Except as would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, or except as described in Section 5.4 of the Seller Disclosure Schedule, other than in connection with the Bankruptcy Case, there is no pending or threatened in writing or to the Knowledge of the Selling Entities otherwise threatened, action, suit, arbitration, proceeding (including any civil, criminal, administrative, investigative or appellate proceeding or any informal proceeding) or investigation pending or being heard by or before, or otherwise involving, any Governmental Authority, arbitrator, arbitration panel, advertising self-regulatory body or any other Person (each a "Proceeding") against or affecting the Selling Entities, the Business, the Purchased Assets or the Assumed Liabilities and as of the date hereof, no Person has commenced or, threatened in writing, or to the Knowledge of the Selling Entities, otherwise threatened to commence any Proceeding (a) that relates to any of the Selling Entities, the Business, the Purchased Assets or the Assumed Liabilities, or (b) that would have the effect of preventing, materially delaying, making illegal or otherwise materially interfering with any of the transactions contemplated by this Agreement. Except as described in Section 5.4 of the Seller Disclosure Schedule, there is no material Order to which any of the Selling Entities or any of the Purchased Assets is subject.  Except as would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, no suit, action or other Proceeding is pending or threatened in writing before any Governmental Authority seeking to restrain the Selling Entities from consummating the Transactions or prohibit their entry into this Agreement or prohibit the Closing, or seeking damages as a result of the consummation of this Agreement or the Transaction Documents.

Section 5.5    Permits.    Except as set forth in Section 5.5 of the Seller Disclosure Schedule, other than in connection with or as a result of the Bankruptcy Case, each of the Selling Entities has all material federal, state, provincial, local and foreign governmental licenses, franchises, permits, certificates, registrations, consents, certificates, rights, agreements, consents, approvals, orders, exemptions, billing, qualifications and authorizations ("Permits") necessary for the conduct of their business and the use of their properties and assets, as presently conducted and used, and each of the Permits is valid, subsisting and in full force and effect in all material respects, and except as would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, no event has occurred or circumstance exists that may result in the revocation, default, withdrawal, suspension, cancellation, or modification of or to any Permit. The Selling Entities have not during the past five (5) years received any notice from any Governmental Authority or any other Person of (A) any actual or potential violation of any Permit, or (B) any actual or potential revocation, withdrawal, suspension, cancellation, termination of or modification of any such Permit and all applications for renewal and other filings required to have been made with respect to the Selling Entity's Permits have been duly made on a timely basis with the appropriate Governmental Authorities, in

each case, except as would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole.

Section 5.6     Compliance with Law.  Each of the Selling Entities is in compliance in all material respects with, and since January 1, 2018 has been in compliance in all material respects with all Laws and Orders relating to the Purchased Assets, except (a) for such past noncompliance as has been remedied and imposes no continuing current or future obligations or costs on such Selling Entity or (b) as set forth in Section 5.6 of the Seller Disclosure Schedule.  Except as would not, individually or in the aggregate, have a Material Adverse Effect, none of the Selling Entities has received any written notice, citation, complaint, Order, or, to the Knowledge of the Selling Entities, other communication since January 1, 2018 from a Governmental Authority that alleges that such Selling Entity is not in compliance in any material respect with any Law or Order.

Section 5.7     Absence of Certain Developments.  Since the Balance Sheet Date, (a) no Material Adverse Effect has occurred, (b) except as set forth in Section 5.7 of the Seller Disclosure Schedule and other than in connection with the Bankruptcy Case, the Business has been conducted, in all material respects in the Ordinary Course of Business, and (c) none of the Selling Entities have taken or agreed to take any action that, if taken after the date hereof, would require the consent of the Buyer pursuant to Section 7.1.

Section 5.8     Financial Statements.

(a)     Section 5.8(a) of the Seller Disclosure Schedule contains: (i) the Selling Entities' consolidated unaudited balance sheet as of the latest date available prior to the date hereof (such date, the "Balance Sheet Date") and the related unaudited statements of income and cash flows for the 12-month period then ended, and (ii) the Selling Entities' consolidated unaudited balance sheet and statements of income and cash flows for the latest fiscal year available prior to the date hereof (all such financial statements referred to in (i) and (ii), the "Seller Financial Statements").  Except as set forth in Section 5.8(a) of the Seller Disclosure Schedule, the Seller Financial Statements present fairly in all material respects the financial condition, results of operations and cash flows of the Selling Entities as of the times and for the periods referred to therein in all material respects in accordance with GAAP, consistently applied (subject in the case of the unaudited financial statements to (x) the absence of footnote disclosures and other presentation items, and (y) changes resulting from year-end adjustments none of which are material). The Seller Financial Statements are based on the books and records of the Selling Entities, and the books and records are accurate and complete in all material respects.

(b)     All notes and accounts receivable of the Selling Entities related to the Business are reflected properly on their books and records, are valid receivables subject to no setoffs or counterclaims, and are current and collectible subject to the reserve for bad debts set forth on the applicable Seller Financial Statements as adjusted for the passage of time through the Closing in accordance with the past custom and practice of the Selling Entities related to the Business. The accounts payable and accruals of the Selling Entities related to the Business have arisen in bona fide arm's length transactions in the Ordinary Course of Business.

(c)     The Selling Entities do not have any material Liabilities required by GAAP to be reflected or reserved on a consolidated balance sheet of the Seller (or the notes thereto) except

(i) as expressly disclosed, reflected or reserved against in the most recent balance sheet included in the Seller Financial Statements or the notes thereto, (ii) for Liabilities arising out of or in connection with this Agreement, the other Transaction Documents, or the Transactions, or disclosed in <u>Section 5.8(b)</u> of the Seller Disclosure Schedule, (iii) for Liabilities that, individually or in the aggregate, have not been, or would not be, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole or (iv) Liabilities that will be or are Liabilities of the Selling Entities as debtors in the Bankruptcy Case, and that will not result in any Encumbrance (other than a Permitted Encumbrance) on the Purchased Assets following the entry of the Sale Order.

Section 5.9    <u>Employee Benefit Plans</u>.

(a)    <u>Section 5.9(a)</u> of the Seller Disclosure Schedule sets forth a true and complete list of each material (i) "employee benefit plan" as defined in Section 3(3) of the Employee Retirement Income Security Act of 1974, as amended ("<u>ERISA</u>"), whether or not subject to ERISA, (ii) end of service or severance, termination protection, retirement, pension, profit sharing, deferred compensation, phantom, equity or equity-based, health or welfare, employment, independent contractor, vacation, change in control, transaction, retention, bonus or other incentive, fringe benefit, paid time off or similar plan, agreement, arrangement, program or policy, or (iii) other plan, Contract, policy or arrangement providing compensation or benefits, in each case whether or not written, in the case of clauses (i)-(iii), that is sponsored, maintained, administered, contributed to or entered into by any Selling Entity or any of their ERISA Affiliates (as defined in paragraph (e) below), for the benefit of any current or former directors, officers, employees or individual independent contractors of any Selling Entity (each, a "<u>Service Provider</u>" and, such programs, regardless of materiality, the "<u>Seller Compensation and Benefit Programs</u>"). No Seller Compensation and Benefit Program that is subject to Laws of any jurisdiction other than the United States is a defined benefit pension plan.

(b)    With respect to each material Seller Compensation and Benefit Program, the Seller has made available to the Buyer, as of the date hereof, or as reasonably practicable thereafter, to the extent applicable, true, correct and complete copies of (i) the Seller Compensation and Benefit Program document, including any amendments thereto, and all related trust documents, insurance contracts or other funding vehicles, (ii) a written description of such Seller Compensation and Benefit Program if such plan is not set forth in a written document, (iii) the most recent summary plan description together with the summary or summaries of all material modifications thereto, (iv) the most recent IRS determination or opinion letter, (v) the three most recent finalized and filed annual reports (Form 5500 series and all schedules and financial statements attached thereto), (vi) the three most recent yearly compliance testing results performed under the Code, and (vii) all material and non-routine correspondence to or from the IRS, the United States Department of Labor ("<u>DOL</u>"), the Pension Benefit Guaranty Corporation or any other Governmental Authority received in the last three (3) years prior to the date hereof with respect to such Seller Compensation and Benefit Program.

(c)    (i) Each Seller Compensation and Benefit Program has been administered in accordance with its terms and is in compliance (both in form and operation) with all applicable Laws, in each case in all material respects, including ERISA, the Code and the Patient Protection and Affordable Care Act of 2010, as amended (the "<u>ACA</u>"), (ii) there has been no material

violation of, or material failure to comply with, ERISA, the Code or the ACA with respect to the filing of applicable returns, reports, documents and notices regarding any of the Seller Compensation and Benefit Programs with any Governmental Authority or the furnishing of such notices or documents to the participants or beneficiaries of the Seller Compensation and Benefit Programs, and (iii) no material Proceeding has been brought, or to the Knowledge of the Selling Entities is threatened, against or with respect to any Seller Compensation and Benefit Program, including any material audit or inquiry by any Governmental Authority (other than routine claims for benefits and appeals thereof).

(d)     Each Seller Compensation and Benefit Program that is intended to be qualified under Section 401(a) of the Code has received or is the subject of a favorable determination letter from the IRS or, with respect to a pre-approved plan, can rely on an opinion or advisory letter from the IRS to the pre-approved plan sponsor, to the effect that such plan is exempt from federal income taxes under Section 401(a) of the Code.

(e)     None of the Selling Entities or any trade or business that, together with any Selling Entity would be deemed a single employer within the meaning of Section 4001 of ERISA (an "ERISA Affiliate") or other applicable Laws maintains, contributes to, or sponsors (or has in the past six years maintained, contributed to or sponsored), or otherwise has any Liability in respect of, a multiemployer plan as defined in Section 3(37) of ERISA, a plan subject to Title IV or Section 302 of ERISA or Section 412 of the Code, a "multiple employer welfare arrangement" within the meaning of Section 3(40) of ERISA, "multiple employer plan" within the meaning of Section 413(c) of the Code, or an employee welfare benefit plan (as defined in Section 3(1) of ERISA) that is a self-insured group health plan.  No Seller Compensation and Benefit Program provides post-employment health or welfare benefits for any current or former director, officer, employee or individual independent contractor of any Selling Entity (or their dependents), in any jurisdiction, other than as required under Section 4980B of the Code at the participant's sole expense or as required by other applicable Law.

(f)     Except as set forth in Section 5.9(f) of the Seller Disclosure Schedule, neither the execution and delivery of this Agreement, shareholder approval of this Agreement, nor any of the transactions contemplated by this Agreement will (either alone or upon the occurrence of any additional or subsequent events): (i) entitle any current or former Service Provider to any increase in severance pay; (ii) accelerate the time of payment, funding or vesting, or materially increase the amount of compensation (including stock or stock-based compensation) due to any such individual under a Seller Compensation and Benefit Program; (iii) limit or restrict the right of the Selling Entities to merge, amend or terminate any Seller Compensation and Benefit Programs; or (iv) result in "excess parachute payments" within the meaning of Code section 280G(b) of the Code to any "disqualified individual" (as such term is defined in proposed Treasury Regulation section 1.280G-1).  No Seller Compensation and Benefit Program provides for the gross-up or reimbursement of Taxes under Section 4999 or Section 409A of the Code or otherwise.

(g)     None of the Selling Entities is a party to, or otherwise bound by, any collective bargaining agreement or other Contract with a Union.  No Employee (in such capacity) is represented by a Union.  To the Knowledge of the Selling Entities, there are no Union organizing activities or demands of any Union for recognition or certification pending or threatened against

44

any Selling Entity, and there have been no such activities or demands for the past three (3) years prior to the date hereof.

Section 5.10    Material Contracts.

(a)    Section 5.10(a) of the Seller Disclosure Schedule sets forth a list of each Material Contract as of the date of this Agreement.  For purposes of this Agreement, "Material Contract" means any of the following types of the Contracts to which a Selling Entity is a party or by which a Selling Entity is bound:

(i)    any license or assignment of, or Encumbrance on, any material Intellectual Property whether or not it involves payments and any agreement that addresses the right to use any material Intellectual Property;

(ii)    any Contract or group of related Contracts with the same party for the purchase of products or services, in either case, under which the aggregate undelivered balance of such products and services has a selling price in excess of $50,000.00 and which is not terminable by such Selling Entity upon notice of ninety (90) days or less (other than purchase orders entered into in the Ordinary Course of Business);

(iii)    any Contract that contains any provision (A) materially limiting the right of the Selling Entities to engage in any business, compete with any Person, or operate anywhere in the world, or (B) granting any exclusivity right, right of first refusal, right of first negotiation or offer or similar right to any third party or containing a "most favored nation" provision in favor of any third party, other than a Contract that can be terminated upon notice of ninety (90) days or less;

(iv)    any Contract relating to any acquisition or disposition by such Selling Entity of any business (whether by asset or stock purchase or otherwise) or any merger, consolidation or similar business combination transaction, in each case, pursuant to which such Selling Entity has an outstanding obligation to pay purchase price in excess of $50,000.00;

(v)    any Contract with any Material Customer or Material Supplier;

(vi)    any Contract with any distributor;

(vii)    any Contract pursuant to which any Selling Entity offers or obligates itself to pay any material volume discounts, rebates or other promotional allowances or commissions; or

(viii)    any joint venture, shareholder, limited liability company operating, partnership or similar Contract or any Contract concerning the sharing of profits.

(b)    Each Material Contract is in full force and effect and a valid and binding obligation of each Selling Entity party thereto, as applicable, and, to the Knowledge of the Selling Entities, the other parties thereto, enforceable against each of them in accordance with its terms,

45

except, in each case, as set forth in Section 5.10(b) of the Seller Disclosure Schedule or as such enforceability may be limited by the General Enforceability Exceptions.

(c)     None of the Selling Entities is, and to the Knowledge of the Selling Entities, the other parties thereto are not, in material breach of or default under the Material Contracts (or is alleged to be in breach of or default under), has provided or received any notice of any intention to terminate any Material Contract, and none of the Selling Entities has waived any material rights under any Material Contracts, except, in each case, (i) as a result of the Bankruptcy Case, (ii) as set forth in Section 5.10(c) of the Seller Disclosure Schedule, (iii) as may be cured upon entry of the Sale Order and payment of the Cure Payments, or (iv) for Contracts that have been or will be rejected in the Bankruptcy Case. Complete and correct copies of each Material Contract (including all modifications, amendments, and supplements thereto and waivers thereunder) have been made available to the Buyer.

Section 5.11    Intellectual Property; Information Technology.

(a)     Section 5.11(a) of the Seller Disclosure Schedule sets forth, as of the date of this Agreement, a complete and accurate list of all (i) Registered IP, (ii) domain names included in the Seller IP, and (iii) social media handles included in the Seller IP.  Other than as filed by MEC or Orange Bang, Inc., and except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, none of the Registered IP is involved in any opposition, cancellation, nullity, reissue, reexamination, inter partes review or proceeding, post-grant review, interference, derivation, or other proceeding or action challenging the use, validity, issuance, registration, enforceability, inventorship, authorship, or ownership of such Registered IP.

(b)     Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, or as set forth in Section 5.11(b) of the Seller Disclosure Schedule, the Seller IP that is being assigned per this Agreement together with all Intellectual Property licensed or made available to the Selling Entities pursuant to the Assumed Agreements contain all the material Intellectual Property needed to operate the Business in substantially the same manner as currently conducted by the Selling Entities.

(c)     Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, and as set forth in Section 5.11(c) of the Seller Disclosure Schedule, with respect to each trade secret being transferred as part of the Seller IP, including recipes, formulas, and ingredients lists, each Selling Entity has taken reasonable precautions to protect the secrecy, confidentiality, and value of its trade secrets and, to the Knowledge of the Selling Entities, the trade secrets have not been used, divulged, or appropriated either for the benefit of any Person (other than the Selling Entities) or to the detriment of the Selling Entities and no trade secret is subject to any adverse claim or has been challenged or threatened in any way.

(d)     Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, and as set forth in Section 5.11(d) of the Seller Disclosure Schedule, to the Knowledge of the Selling

Entities, none of the Selling Entities is infringing, misappropriating, diluting, or otherwise violating any Intellectual Property rights of any Person.  Except as would not have a Material Adverse Effect, there is no Proceeding pending and none of the Selling Entities has received any written charge, complaint, claim, demand, or notice (other than from any Buyer Related Party or Orange Bang, Inc. and any of its Affiliates) since January 1, 2020 (or earlier, if presently not fully resolved) alleging: either (i) any such infringement, misappropriation, dilution, or violation or (ii) challenging the use, validity, inventorship, authorship, ownership, or enforceability of any Seller IP.  To the Knowledge of the Selling Entities, none of the Selling Entities are in breach of any contract relating to the Seller IP, except (A) as a result of the Bankruptcy Case, (B) as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, (C) as may be cured upon entry of the Sale Order and payment of the Cure Payments, (D) for Contracts that have been or will be rejected in the Bankruptcy Case or (E) any such assertions by any Buyer Related Party or Orange Bang, Inc. and any of its Affiliates in any Proceeding.

(e)    To the Knowledge of the Selling Entities, except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, no Person is infringing, misappropriating, diluting or otherwise violating any Seller IP.  No Selling Entity has made or asserted any charge, complaint, claim, demand or notice since January 1, 2020 alleging any such infringement, misappropriation, dilution, or violation.

(f)    To the Knowledge of the Selling Entities, the IT Systems operate as required by the Selling Entities.

Section 5.12    <u>Data Privacy</u>.

(a)    As it relates to the Business and Purchased Assets, the Selling Entities have been at all times since January 1, 2020, and remain in compliance in all material respects with all applicable: (i) externally published policies relating to the Selling Entities' processing of Personal Information; (ii) terms of any material agreements to which the Selling Entities are bound relating to the processing of Personal Information by the Selling Entities; and (iii) Privacy Laws.

(b)    Since January 1, 2020, the Selling Entities have implemented and maintained, and continue to maintain as of the date hereof commercially reasonable administrative, technical, and physical measures designed to protect Personal Information with respect to the Business and Seller IP against loss, damage, and unauthorized access, use, modification, or other misuse and the continued, materially uninterrupted and error-free operation of its services and IT Systems as currently conducted by the Business. Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, since January 1, 2020, each of the Selling Entities have timely and reasonably remediated and addressed known critical and high security assessment findings relating to its implementation of administrative, technical, and physical security measures with respect to the Business.  To the Knowledge of the Selling Entities, as of the date of this Agreement, there are no unremediated security assessment findings that have been identified as "critical."

(c)     Except as set forth in Section 5.12(c) of the Seller Disclosure Schedule, since January 1, 2020, there have not been any Security Incidents related to the Business that would be material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, and to the Knowledge of the Selling Entities, there are currently no facts or circumstances which would serve as the basis for any such Security Incident.

Section 5.13    Taxes.

(a)     All income and other material Tax Returns relating to the Business or the Purchased Assets that are required by applicable Law to be filed by or with respect to any Selling Entity have been timely filed (taking into account any extension of time within which to file), and all such Tax Returns are true, complete, and accurate in all material respects.

(b)     Each of the Selling Entities has timely paid all material Taxes relating to the Business or the Purchased Assets due and owing by it (whether or not required to be shown on a Tax Return), including any material Taxes required to be withheld from amounts owing to, or collected from, any employee, creditor, or other third party and all such material Taxes required to be withheld have been properly withheld and remitted, other than Taxes not due as of the date of the filing of the Bankruptcy Case as to which subsequent payment was not required by reason of the Bankruptcy Case or Taxes that are being contested in good faith in appropriate Proceedings as set forth in Section 5.13(b) of the Seller Disclosure Schedule.

(c)     No material deficiencies for Taxes relating to the Business or the Purchased Assets have been claimed, proposed or assessed by any Governmental Authority in writing against the Selling Entities except for deficiencies which have been fully satisfied by payment, settled or withdrawn or adequately reserved for in accordance with GAAP or other generally accepted accounting principles applicable to the financial statements of the Selling Entities.

(d)     There are no material audits, examinations, investigations or other proceedings ongoing or pending against or with respect to the Selling Entities with respect to any Taxes relating to the Business or the Purchased Assets and no written notification has been received by the Selling Entities that such a material audit, examination, investigation or other proceeding has been proposed.

(e)     There are no Encumbrances for Taxes relating to the Business or the Purchased Assets upon any property or assets of the Selling Entities, except for Permitted Encumbrances.

(f)     After the Closing Date, the Buyer will not be required to include any material item of income in, or exclude any material item of deduction from, taxable income for any Post-Closing Tax Period with respect to the Purchased Assets or the Business as a result of any installment sale or other open transaction, undertaken, closing agreement entered into, change in accounting method made, improper method of accounting used, or any of the Purchased Assets constituting a prepaid amount or advanced payment received or deferred revenue accrued, in each case, prior to the Closing.

Section 5.14    Insurance.  The Selling Entities are insured with policies in such amounts and with such deductibles and covering such risks as the Selling Entities reasonably believe are

48

generally deemed adequate and customary in all material respects for the Business.  Except as set forth in Section 5.14 of the Seller Disclosure Schedule, all premiums due and payable under the applicable insurance policies of the Selling Entities to the extent relating to the Business have been timely paid as of the date of this Agreement. No Selling Entity has been denied in writing any insurance coverage for which it has applied, except as would not be, or would not be, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole.

Section 5.15    Title to Assets; Real Property.

(a)    The Selling Entities have good and valid title to, or have good and valid leasehold interests in, all material tangible personal property that is included in the Business (other than the Excluded Assets), free and clear of all Encumbrances other than Permitted Encumbrances, and except (i) to the extent that such Encumbrances will not be enforceable against such material tangible personal property following the Closing in accordance with the Sale Order or (ii) as set forth in Section 5.15(a) of the Seller Disclosure Schedule.  The Purchased Assets and all other material tangible personal property owned or leased by the Selling Entities in connection with the Business are in good operating condition and repair, ordinary wear and tear excepted.

(b)    (i) A Selling Entity owns fee simple title to the Owned Real Property and (ii) the Selling Entity set forth in Section 5.15(b) of the Seller Disclosure Schedule, as applicable, has valid leasehold interests in the real property leased pursuant to the Real Property Leases (the real property described in the foregoing clauses (i) and (ii), collectively, the "Seller Properties"), in each case sufficient to conduct the Business as currently conducted and free and clear of all Encumbrances (other than Permitted Encumbrances).

(c)    Except as set forth in Section 5.15(c) of the Seller Disclosure Schedule or in any title commitment or title policy delivered to Buyer or its representatives:  (i) there is no pending or, to the Knowledge of the Selling Entities, threatened, condemnation, or expropriation or other Proceeding relating to the Owned Real Property; (ii) there are no leases, subleases, licenses, concessions or other Contracts of the Selling Entities, as applicable, written or oral, granting to any Person the right to use or occupy any portion of the Owned Real Property; (iii) to the Knowledge of Selling Entities, there are no rights of first refusal, reversionary rights, purchase options, rights of first offer recorded or unrecorded, affecting any portion of the Owned Real Property; (iv) to the Knowledge of Selling Entities, no Person (other than a Selling Entity) has the right to possess any portion of the Owned Real Property; and (v) none of the Selling Entities have received any written notice of any violation of applicable Laws relating to the Owned Real Property and, to the Knowledge of the Selling Entities, the Selling Entities and their respective Owned Real Property are in compliance, in all material respects, with all material applicable Laws relating to the Owned Real Property.

(d)    Section 5.15(d) of the Seller Disclosure Schedule contains a complete and accurate list of all of the Selling Entities' underlying leases, subleases, and sub-leases, tenancy agreements, licenses or other rights of occupation (written or oral) affecting any real property used or occupied, or permitted to be used or occupied, by the Selling Entities (the "Leased Real Property"), and all amendments, extensions, renewals, guaranties, modifications, or supplements thereto, together with the amount of security deposit thereunder. True, complete and correct copies of all the Real Property Leases have been delivered or made available to the Buyer prior to the

49

date hereof. There are no Real Property Leases entered into by the Selling Entities (with respect to the Business) that are currently in effect except as set forth in <u>Section 5.15(d)</u> of the Seller Disclosure Schedule. The Seller or a Selling Entity, as applicable, holds a valid leasehold interest in the Leased Real Property of which it is a lessee or sublessee free and clear of all Encumbrance (other than Permitted Encumbrances), and each Real Property Lease is fully enforceable against the Seller or a Selling Entity, as applicable, and, to the Knowledge of the Selling Entities, the applicable lessor(s), sublessor(s) or sublessee(s), as the case may be, in accordance with its terms. Neither the Seller or the Selling Entities nor, to the Selling Entities' Knowledge, the applicable lessor, sublessor and/or sublessee, as the case may be, is in default in the performance, observance or fulfillment of any material monetary obligation, covenant or condition contained in any Real Property Lease to which it is a party or bound, and no event has occurred that (with or without the giving of notice or lapse of time, or both) would constitute such a material monetary default by the Seller or the Selling Entities, as applicable.

(e)    To the Selling Entities' Knowledge, neither the Leased Real Property nor any part thereof has been expropriated or condemned, nor has any Selling Entities received any written notice of any proposed expropriation or condemnation. Neither the Seller nor any of the other Selling Entities has received written notice of, or has Knowledge of, any proposed assessment for public improvement with respect to the Leased Real Property. As of the date hereof, neither the Seller nor any of the other Selling Entities has provided or received any written notice of any material default with respect to any Real Property Lease, which material default has not been remedied. The present use and operation of the Leased Real Property conforms to the permitted use under each of the Real Property Leases in all material respects.

(f)    The Selling Entities have made available to the Buyer true and correct copies of the most recent title insurance commitments and policies and surveys for all Owned Real Property in their possession, and, where requested by the Buyer, any plans, specifications, manuals and reports relating to the physical condition of any improvements on the Owned Real Property, possessed by, or in the control of, the Selling Entities.

(g)    To the Knowledge of the Selling Entities, since January 1, 2022, no Selling Entity has received any written notice of any condition which would have a material adverse effect on the use and enjoyment of the Owned Real Property for the purposes for which the Selling Entities currently use the Owned Real Property, except (i) for any such condition which has been remedied in all material respects or no longer exists in any manner which would result in a material adverse effect on the use and enjoyment of the Owned Real Property for the purposes for which the Selling Entities currently use the Owned Real Property, or (ii) to the extent the party submitting such written notice to the Selling Entities has withdrawn or is deemed to have withdrawn such written notice.

Section 5.16    <u>Environmental Matters</u>.

(a)    None of the Selling Entities has received any written notification of any allegation of actual or potential responsibility for any material Release or threatened Release of any Hazardous Materials, the subject matter of which has not been resolved.

(b)    None of the Selling Entities has any material unresolved obligations pursuant to any consent decree or consent order or is otherwise subject to any material unresolved obligations pursuant to any judgment, decree, or judicial or administrative order, in each case, relating to material compliance with applicable Environmental Laws, Environmental Permits or to the investigation, sampling, monitoring, treatment, remediation, response, removal or cleanup of Hazardous Materials.

(c)    No Selling Entity has treated, stored, disposed of, arranged for the disposal of, transported, handled, released, nor, to the Knowledge of the Selling Entities, exposed any Person to, any Hazardous Materials except in compliance in all material respects with applicable Environmental Laws.

Section 5.17    Brokers.  Except for Rothschild & Co US Inc. or as set forth in Section 5.17 of the Seller Disclosure Schedule, none of the Selling Entities have used any investment banker, broker, finder or similar agent in connection with the Transactions, and no Person is entitled to any investment banker, brokerage, financial advisory, finder's or other similar fee or commission payable by any Selling Entity in connection with the Transactions.  Any such fees shall be paid in full by the Selling Entities.

Section 5.18    OFAC; Foreign Corrupt Practices Act; Anticorruption Laws.

(a)    Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, no Selling Entity or, to the Knowledge of the Selling Entities, any director, officer, or employee acting on behalf of such Selling Entity, is currently, or during the past five (5) years prior to the date hereof has been, subject to any U.S. sanctions administered by the Office of Foreign Assets Control of the U.S. Treasury Department ("OFAC").

(b)    Except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, no Selling Entity or, to the Knowledge of the Selling Entities, any director, officer, agent, employee or other person acting on behalf of such Selling Entity has during the past five (5) years prior to the date hereof, in the course of its actions for, or on behalf of, such Selling Entity (i) used any corporate funds for any unlawful contribution, gift, entertainment or other unlawful expenses relating to political activity; (ii) made any direct or indirect unlawful payment to any domestic government official "foreign official" (as defined in the U.S. Foreign Corrupt Practices Act of 1977, as amended, and the rules and regulations thereunder (collectively, the "FCPA")) or employee from corporate funds; (iii) violated or is in violation of any provision of the FCPA or any applicable non-U.S. anti-bribery statute or regulation; or (iv) made any unlawful bribe, rebate, payoff, influence payment, kickback or other unlawful payment.

(c)    The Selling Entities have implemented and maintain in effect policies and procedures that are designed to ensure material compliance by the Selling Entities with Anticorruption Laws.

Section 5.19    Material Customers; Material Suppliers.

(a)      Section 5.19(a) of the Seller Disclosure Schedule sets forth a list of the twenty (20) largest customers (measured by revenue) of the Selling Entities, taken as a whole (collectively, the "Material Customers") during the twelve (12) month period ended May 31, 2023. Except as set forth in Section 5.19(a) of the Seller Disclosure Schedule, there has been no written or, to the Knowledge of the Selling Entities, oral notice received from any such party of any termination, cancellation or material limitation of, or any materially adverse modification or change in, the business relationship of the Selling Entities with any Material Customer.

(b)      Section 5.19(b) of the Seller Disclosure Schedule sets forth a list of the twenty (20) largest vendors and suppliers (measured by fees paid) of the Selling Entities, taken as a whole (collectively, the "Material Suppliers") during the twelve (12) month period ended May 31, 2023. Except as set forth in Section 5.19(b) of the Seller Disclosure Schedule, there has been no written or, to the Knowledge of the Selling Entities, oral notice received from any such party of any termination, cancellation or material limitation of, or any materially adverse modification or change in, the business relationship of the Selling Entities with any Material Suppliers.

Section 5.20   Affiliate Transactions.   Except as set forth in Section 5.20 of the Seller Disclosure Schedule and except for any Excluded Assets or Excluded Liabilities, no Affiliate of the Selling Entities (other than (x) another Selling Entity or Subsidiary of such Selling Entity or (y) any Excluded Party), or any officer or director of the Selling Entities or any Subsidiary of any Selling Entity or any former officers or directors of the Selling Entities or any of their respective Subsidiaries (a) is a party to any agreement or transaction with the Selling Entities having a potential or actual value or a contingent or actual liability exceeding $50,000.00, other than (i) loans and other extensions of credit to directors and officers of the Selling Entities for travel, business or relocation expenses or other employment-related purposes in the Ordinary Course of Business, (ii) employment arrangements in the Ordinary Course of Business and (iii) the Seller Compensation and Benefit Programs, (b) has any material interest in any material property used in the Business by the Selling Entities or any of their respective Subsidiaries or (c) owns any material interest in, or is an officer, director, employee or consultant of, any Person which is, or is engaged in business as a supplier or customer of the Selling Entities or their respective Subsidiaries.

Section 5.21   Sufficiency of Assets.   Except as set forth in Section 5.21 of the Seller Disclosure Schedules and except as has not been, or would not be, individually or in the aggregate, material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole, the Purchased Assets are sufficient to allow the Buyer as of immediately following the Closing to conduct the Business as currently conducted by the Selling Entities.

Section 5.22   Food Regulatory Matters.

(a)      Except as set forth on Section 5.22(a) of the Seller Disclosure Schedules, each Selling Entity is, and has been since January 1, 2020, in material compliance with all Food Regulatory Laws. Since January 1, 2020, the Selling Entities have not (i) received written notice of any adverse inspection, finding of deficiency, or other finding of non-compliance from any Governmental Authority or (ii) been part of or subject to any pending or, to the Knowledge of the Selling Entities, threatened FDA, FTC, Advertising Self-Regulatory Council, or equivalent state, local, or foreign agency action, including any FDA Form 483, Warning Letter, Untitled Letter,

52

Cyber Letter, civil investigative demand, seizure, injunction, detention, refusal of admittance, recall, market withdrawal, civil penalty, criminal investigation or penalty, disqualification or debarment, or class action demand letter alleging non-compliance with any applicable Food Regulatory Laws, in each case with respect to clauses (i) and (ii), except as would not be material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole.

(b)    Since January 1, 2020, no recalls, withdrawals, post-sale warnings, safety alerts, suspensions, seizures, or similar actions are pending or, to the Knowledge of the Selling Entities, threatened, or have been conducted by the Selling Entities or in relation to any products manufactured or distributed by or on behalf of the Selling Entities, in each case except as would not be material to the Business, the Purchased Assets and the Assumed Liabilities, taken as a whole.

## ARTICLE VI
## REPRESENTATIONS AND WARRANTIES OF THE BUYER

The Buyer hereby represents and warrants to the Selling Entities as follows:

Section 6.1    Organization and Good Standing.  The Buyer is a limited liability company duly organized, validly existing and, to the extent applicable, in good standing (or its equivalent) under the jurisdiction of its incorporation or organization and has the requisite corporate power and authority to own or lease all of its properties and assets and to carry on its business as it is being conducted on the date hereof.  The Buyer is duly licensed or qualified to do business in each jurisdiction in which the nature of the business conducted by it or the character or location of the properties and assets owned or leased by it makes such licensing or qualification necessary, except for those licenses or qualifications the absence of which would not prevent or materially delay the consummation of the Transactions.

Section 6.2    Authority Relative to this Agreement.  The Buyer has all necessary power and authority to execute and deliver this Agreement and the other Transaction Documents to which it is party, to perform and comply with each of its obligations hereunder and thereunder and to consummate the Transactions.  The execution and delivery by the Buyer of this Agreement and the other Transaction Documents to which it is party, the performance and compliance by the Buyer with each of its obligations herein and therein and the consummation by the Buyer of the Transactions have been duly and validly authorized and approved by all necessary corporate or other action on the part of the Buyer and no other corporate or other proceedings on the part of the Buyer and no stockholder votes are necessary to authorize this Agreement, the other Transaction Documents to which it is party or the performance or consummation by the Buyer of the Transactions.  The Buyer has duly and validly executed and delivered this Agreement, and the other Transaction Documents to which it is party will be duly executed and delivered by the Buyer as of the Closing and, assuming the due and valid authorization, approval, execution and delivery by the Selling Entities of this Agreement and the other Transaction Documents, this Agreement and the other Transaction Documents to which the Buyer is party constitutes or will constitute the Buyer's legal, valid and binding obligation, enforceable against the Buyer in accordance with its terms, subject to the General Enforceability Exceptions.

Section 6.3    No Violation; Consents.

53

(a)      The authorization, execution and delivery of this Agreement or the other Transaction Documents by the Buyer does not and will not, and the performance by the Buyer of this Agreement and the other Transaction Documents to which it is party will not, with or without notice, lapse of time or both, (i) conflict with or violate any provision of the organizational documents of the Buyer, (ii) assuming that all consents, approvals, authorizations and permits described in <u>Section 6.3(b)</u> have been obtained and all filings and notifications described in <u>Section 6.3(b)</u> have been made and any waiting periods thereunder have terminated or expired, conflict with or violate any Law or Order applicable to the Buyer or its Affiliates, or by which any property or asset of the Buyer is bound or affected or (iii) require any consent or approval under, result in any breach of or any loss of any benefit under, constitute a change of control or default (or an event which with notice or lapse of time or both would become a default) under or give to others any right of termination, vesting, amendment, acceleration or cancellation of, or result in the creation of an Encumbrance on any property or asset of the Buyer, pursuant to, any Contract or Permit to which the Buyer is a party, except, with respect to clauses (ii) and (iii), for any such conflicts, violations, breaches, defaults or other occurrences which would not, individually or in the aggregate, prevent or materially delay the consummation of the Transactions.

(b)      Assuming the accuracy of the representations and warranties of the Selling Entities in <u>Section 5.3(a)</u>, the execution and delivery by the Buyer of this Agreement and the other Transaction Documents to which it is party does not and will not, and the consummation by the Buyer of the Transactions and compliance by the Buyer with any of the terms or provisions hereof will not, require any consent, approval, authorization or permit of, or filing with or notification to, any Governmental Authority, except (i) compliance with any applicable requirements under the Regulatory Laws, (ii) the entry of the Sale Order by the Bankruptcy Court or (iii) such other Consents where failure to obtain such Consents would not, individually or in the aggregate, prevent or materially delay the Transactions.

Section 6.4      <u>Legal Proceedings and Orders</u>.  Except for the Bankruptcy Case, there is no Proceeding pending, or to the knowledge of the Buyer, threatened that, individually or in the aggregate, would prevent or materially delay the Transactions, and the Buyer is not subject to any outstanding Order that, individually or in the aggregate, would prevent or materially delay the Transactions.

Section 6.5      <u>Brokers</u>.  Except for Evercore Group L.L.C., the Buyer has not used any investment banker, broker, finder or similar agent in connection with the Transactions, and no Person is entitled to any investment banker, brokerage, financial advisory, finder's or other similar fee or commission payable by the Buyer or any of its Affiliates in connection with the Transactions.  Any such fees shall be paid in full by the Buyer.

Section 6.6      <u>Buyer Funding</u>.  The Buyer has, and will have at the Closing, sufficient available funds to pay the Purchase Price and any other payments to be made by the Buyer hereunder, including any fees, costs and expenses incurred or payable by the Buyer hereunder, under the other Transaction Documents or in connection with the Transactions.  The Buyer's obligations hereunder and under any other Transaction Documents are not subject to any condition regarding the Buyer's obtaining of funds to consummate the Transactions.

Section 6.7    <u>Solvency</u>.  Immediately after giving effect to the Transactions, the Buyer shall be solvent and shall: (a) be able to pay its debts as they become due; (b) own property that has a fair saleable value greater than the amounts required to pay its debt (including a reasonable estimate of the amount of all contingent liabilities); and (c) have adequate capital to carry on its business.  In connection with the Transactions, the Buyer has not incurred debts beyond its ability to pay as they become absolute and matured, which would render the Buyer insolvent as of the date hereof or immediately following the Closing.

**ARTICLE VII**
**COVENANTS OF THE PARTIES**

Section 7.1    <u>Conduct of Business of the Selling Entities</u>.  Except (u) as set forth on <u>Section 7.1</u> of the Seller Disclosure Schedules, (v) any limitations on operations imposed by the Bankruptcy Court or the Bankruptcy Code, (w) as required by applicable Law, Order or a Governmental Authority, (x) to the extent related to an Excluded Asset or an Excluded Liability, (y) as contemplated or required by the terms of any Transaction Document, or (z) as otherwise consented to in writing by the Buyer (which may not be unreasonably withheld, conditioned or delayed), during the period commencing on the date of this Agreement and continuing through the Closing or the earlier termination of this Agreement in accordance with its terms:

(a)    each of the Selling Entities shall use commercially reasonable efforts to (i) operate the Business in the Ordinary Course of Business, (ii) preserve in all material respects the Purchased Assets (excluding sales of Inventory), (iii) keep available the services of its present employees, (iv) comply in all material respects with all applicable Law, and (v) preserve its present relationships with Material Suppliers, Material Customers and other Persons having material business relations therewith; and

(b)    the Selling Entities shall not:

(i)    acquire (whether by merger, consolidation or acquisition of stock or assets or otherwise) or make any investment in any interest in, any material assets, securities, properties, interests or businesses for the conduct of the Business, tangible or intangible, other than purchases of Inventory in the Ordinary Course of Business;

(ii)    sell, lease (as lessor), license, transfer or otherwise dispose of (or permit to become subject to any Encumbrance, other than (A) Permitted Encumbrances, (B) Encumbrances arising under any Order of the Bankruptcy Court relating to the use of cash collateral (as defined in the Bankruptcy Code) or (C) Encumbrances arising in connection with any debtor-in-possession financing of the Selling Entities) any material Purchased Assets (including any Seller IP), except for (1) non-exclusive, revocable (upon sixty (60) days' notice or less without additional payment), licenses granted in the Ordinary Course of Business, except to any Excluded Parties, (2) the sale of Inventory in the Ordinary Course of Business, (3) the collection of receivables or the payment of payables, and (4) the use of prepaid assets or amounts and Documentary Materials in the conduct of the Business;

55

(iii)    incur or make any material capital expenditures, except (A) to the extent permitted by the terms of the Selling Entities' existing financing arrangements (including any existing debtor-in-possession financing), (B) capital expenditures made in the Ordinary Course of Business or (C) capital expenditures that are provided for in any Selling Entity's budget for calendar year 2023;

(iv)    amend in any material and adverse respect or voluntarily terminate any Assumed Agreement or Assumed Real Property Lease, in each case other than in the Ordinary Course of Business; *provided*, that no Selling Entity shall be required to enter into any extension or amendment with respect to any Assumed Agreement or Assumed Real Property Lease that would otherwise terminate prior to the Closing;

(v)    merge or consolidate with or into any legal entity, dissolve, liquidate or otherwise terminate its existence;

(vi)    amend the certificate of incorporation, bylaws or comparable organizational documents of any Selling Entity or in a manner that would materially delay or impede the Selling Entities' ability to consummate the Transactions;

(vii)    incur any material indebtedness for borrowed money, enter into any capital lease or guarantee any such indebtedness, in each case that would constitute an Assumed Liability, other than (A) the DIP Obligations, (B) in accordance with the DIP Order or (C) accounts payable or other amounts payable in the Ordinary Course of Business;

(viii)    make any material loans, advances or capital contributions to, or investments in, any other Person (other than any other Selling Entity) with respect to the Business;

(ix)    make any change in any method of accounting or accounting practice or policy, except as required by applicable Law or GAAP;

(x)    commence, settle or propose to settle any material Proceedings that could materially diminish the value of the Purchased Assets or impair title thereto, in each case other than (A) any Proceeding in respect of which any related liability is covered by an insurance policy, (B) any Proceeding involving an amount less than $300,000.00 or (C) any Proceeding that would otherwise be settled in the Ordinary Course of Business;

(xi)    materially change any Tax accounting elections, methods, principles or practices relating to the Business or the Purchased Assets, except insofar as may be required by applicable Law or GAAP or other generally accepted accounting principles applicable to any Selling Entity (or any interpretation thereof);

(xii)    except as required by Law or Contracts, employee benefit plans, as provided in any incentive or retention program or similar arrangement approved by the Bankruptcy Court, as disclosed in Section 5.9(a) of the Seller Disclosure Schedule that provide that liabilities are solely the liability of the Selling Entities, the Buyer or any Affiliate of the Buyer, or solely with respect to Specified Employees or Terminated

Employees for compliance with Section 7.9, (A) pay any material bonus or similar payment to, or increase the amount of the wages, salary, commissions, fringe benefits or other compensation or remuneration payable to, any Employees or Service Providers, other than immaterial payments or changes for non-executive management Employees in the Ordinary Course of Business, (B) become a party to, establish, amend, commence participation in, terminate or commit itself to the adoption of any plan that would be a Seller Compensation and Benefit Program, (C) accelerate the vesting of or lapsing of restrictions with respect to any stock-based compensation or other long-term incentive compensation under any Seller Compensation and Benefit Program, (D) grant any new awards under any Seller Compensation and Benefit Program, (E) amend or modify any outstanding award under any Seller Compensation and Benefit Program, or (F) enter into, amend or terminate any collective bargaining agreement or other agreement with a labor union, works council or similar organization; or

(xiii)    authorize any of the foregoing, or commit or agree to do any of the foregoing.

Section 7.2    Allowed Claims of MEC and Orange Bang, Inc.  Effective as of the Closing, and subject to entry of the 9019 Order, each of the Selling Entities hereby unconditionally and irrevocably agrees for all purposes that the following claims shall be deemed allowed in the Bankruptcy Case: the California District Court Action Allowed Unsecured Claim, the Trade Dress Action Allowed Unsecured Claim, and the OBI/Monster Matter Allowed Unsecured Claim.  MEC agrees to subordinate any recoveries on its 100% share of the California District Court Action Allowed Unsecured Claim and its 50% share of the OBI/Monster Matter Allowed Unsecured Claim until the Selling Entities recover $5 million from the Excluded Assets, including Excluded Estate Claims, for the benefit of their estates.  MEC shall not have an allowed administrative claim in the Bankruptcy Case, *provided* that the DIP Lenders and the Prepetition Secured Parties agree that they also will not have any allowed administrative claims in the Bankruptcy Case.   No Affiliates or Representatives of MEC shall have allowed claims in the Bankruptcy Case other than those of MEC provided for in this Section 7.2.   Immediately following execution of this Agreement, the applicable Parties shall enter into a joint stipulation to stay the Orange Bang Trademark License Action and any proceedings occurring therein, including any pending motion to withdraw the reference or any responses thereto, pending the occurrence of either (a) the Closing or (b) the termination of this Agreement.

Section 7.3    Access to and Delivery of Information; Maintenance of Records; Transition and Destruction.

(a)    From the date of this Agreement until the earlier of the Closing and the termination of this Agreement, to the extent permitted by applicable Law, the Selling Entities shall during ordinary business hours and upon reasonable prior notice (i) give the Buyer and the Buyer's Representatives reasonable access to the Seller's accountants, counsel, financial advisors and other authorized outside representatives, officers and senior management and the employees of the Selling Entities in their respective principal places of business, the Selling Entities' customers, vendors and creditors, all books, records and other documents and data in the locations in which they are normally maintained, and all offices and other facilities of the Selling Entities related to the Business; *provided*, *however*, that, in connection with such access, the Buyer and the Buyer's

Representatives shall minimize disruption to the Business; *provided, further,* that in connection with the Buyer's and/or the Buyer's Representatives' access of such offices and other facilities, the Buyer and/or the Buyer's Representatives shall not materially interfere with the use and operation of such offices and other facilities, and shall comply with all reasonable safety and security rules and regulations for such offices and other facilities, (ii) permit the Buyer and the Buyer's Representatives to make such reasonable inspections and copies of all books, records and other documents in the possession of the Selling Entities related to the Business, as the Buyer may reasonably request, and (iii) furnish the Buyer with such reasonably available financial and operating data and other information as the Buyer and the Buyer's Representatives may from time to time reasonably request. For the avoidance of doubt and without limiting the Selling Entities' other obligations under this Section 7.3, the Selling Entities shall use commercially reasonable efforts to provide to the Buyer, at the Buyer's sole cost and expense, all information and materials heretofore reasonably requested by the Buyer with respect to the Purchased Assets and/or the Assumed Liabilities. Notwithstanding anything to the contrary set forth in this Section 7.3(a), no access to, or examination of, any information or other investigation shall be permitted to the extent that it would require disclosure of information subject to attorney-client, attorney work product or other privilege, or would breach or violate any Contract to which any Selling Entity is a party (or is bound by or whose assets or properties are bound by or subject to) or any applicable Law (including the Retained Records). The Buyer agrees to, and will cause its Representatives to, sign any reasonable and customary access letters required in connection with any such provision of information or access or the conduct of any such investigation or examination contemplated by this Section 7.3(a) and Section 7.3(b). Notwithstanding anything to the contrary herein, in no event shall any of the Selling Entities or their respective Affiliates be required to provide the Buyer or any of its Affiliates or their respective Representatives with access to or copies of any trade secrets, recipes and formulas related to the Business at any time prior to the Closing, except as otherwise specifically set forth on Section 7.3(a) of the Seller Disclosure Schedules.

(b)     Between the Closing Date and the complete dissolution and liquidation of the Selling Entities (which shall occur no earlier than six (6) months after the Closing), the Buyer and the Buyer's Representatives shall have reasonable access to, and the opportunity (at the Buyer's sole cost) to copy, the Selling Entities' books and records, including access to passwords and log in information to access Seller IP, e.g. to access websites, social media, trade secrets including recipes, formulas, and ingredients lists, can art and packaging art digital files, etc. and all information pertaining to the Assumed Agreements and Assumed Real Property Leases, in the possession of the Selling Entities to the extent that (i) such books, records and information relate to any period prior to the Closing Date and are not already in the possession of the Buyer or the Buyer's Representatives and (ii) such access is reasonably required by the Buyer in connection with the Assumed Liabilities, the operation of the Business following the Closing, or the Purchased Assets. Such access shall be afforded by the Seller upon receipt of reasonable advance notice and during normal business hours and without undue disruption to its business or that of any other Selling Entity. Before disposing of any books and records constituting Excluded Assets (whether prior to or in connection with) its dissolution, the Seller shall (x) give the Buyer at least thirty (30) days prior written notice of such disposition and (y) give the Buyer a reasonable opportunity, at the Buyer's expense, to segregate and remove such books and records relating to the Purchased Assets, the Business, and the Assumed Liabilities as the Buyer may select and/or to copy at the Buyer's sole cost and expense such books and records to the extent relating to the Purchased Assets, the Business, and/or the Assumed Liabilities as the Buyer may select. Notwithstanding

anything to the contrary set forth in this Section 7.3(b), no access to, or examination of, any information or other investigation shall be permitted to the extent that it would require disclosure of information subject to attorney-client, attorney work product or other privilege, or would breach or violate any Contract to which any Selling Entity is a party (or is bound by or whose assets or properties are bound by or subject to) or any applicable Law (including the Retained Records).

(c)     Between the Closing Date and the complete dissolution and liquidation of the Selling Entities (up to a maximum of four (4) years following the Closing Date), the Selling Entities and their Representatives shall have reasonable access to (and the right to download and make copies of) all of the books, records, documents and information of the Selling Entities delivered to the Buyer at Closing or pursuant to Section 7.3(b) above, and reasonable access to, and the reasonable assistance of, the employees and other Representatives of the Buyer and the Business, to the extent that (i) such books, records, documents and information relate to any period prior to the Closing Date or the winding down of any remaining business, assets or liabilities of the Selling Entities, the dissolution and liquidation of the Selling Entities, the performance of the obligations of the Selling Entities hereunder and under the other Transaction Documents (including obligations under Section 2.8), or any Excluded Asset or Excluded Liability (including in connection with any Excluded Estate Claims) and (ii) such access is reasonably required by the Debtor Entities in connection with the Bankruptcy Case, the Excluded Liabilities or the Excluded Assets (including in connection with any Excluded Estate Claims). Such access shall be afforded by the Buyer upon receipt of reasonable advance notice and during normal business hours and without undue disruption to its business, and the Buyer shall permit the Selling Entities and their Representatives to make such reasonable copies of such books, records and information as they may reasonably request. Notwithstanding anything to the contrary set forth in this Section 7.3(c), no access to, or examination of, any information or other investigation shall be permitted to the extent that it would require disclosure of information subject to attorney-client, attorney work product or other similar privilege, or would breach or violate any Contract to which the Buyer or any Affiliate thereof is a party (or is bound by or whose assets or properties are bound by or subject to) or any applicable Law; *provided* that the Buyer shall use commercially reasonable efforts to cooperate and provide such information or access without waiving any such privilege or resulting in such breach or violation.

(d)     All information obtained by the Buyer or the Buyer's Representatives pursuant to Section 7.3(a) shall be subject to the terms of the Confidentiality Agreement.

Section 7.4     Expenses.     Except to the extent otherwise specifically and expressly provided herein or in the Sale Order, whether or not the Transactions are consummated, all costs and expenses incurred in connection with this Agreement and the Transactions shall be borne by the Party incurring such costs and expenses.

Section 7.5     Further Assurances.

(a)     Subject to the terms and conditions of this Agreement, at all times prior to the earlier of the Closing and the termination of this Agreement in accordance with its terms, each of the Parties shall use its commercially reasonable efforts to take, or cause to be taken, all actions, and to do, or cause to be done, all things reasonably necessary, proper or advisable under applicable Laws to consummate and make effective the Transactions (including obtaining evidence of the

Selling Entities' authority to consummate the transactions contemplated by this Agreement, and authority of the person(s) executing the documents required to be executed by the Selling Entities); *provided*, that the foregoing shall not require any document, instrument, agreement or other item to be delivered or obtained, or any action to be completed, prior to the Closing (other than the Closing deliverables set forth in Section 4.2 and Section 4.3) as a condition precedent to the consummation of the Closing, and any such failure to deliver or obtain, or complete such action, shall not (by itself) result in the failure of any condition to Closing set forth in Article VIII.

(b)    From time to time, on or after the Closing Date until the dissolution and liquidation of the Selling Entities, as and when requested by either Party and at such requesting Party's expense, the other Party will execute and deliver, or cause to be executed and delivered, all such further conveyances, notices, assumptions, assignments, documents and other instruments as such requesting Party may reasonably deem necessary or desirable to evidence and effectuate the Transactions (including for the avoidance of doubt, the transfer and conveyance of any Purchased Assets that may be in the possession of the Selling Entities or their Affiliates (other than any Excluded Parties) to the Buyer).

(c)    Except as set forth herein, nothing in this Section 7.5 shall (i) require the Selling Entities or the Buyer to make any expenditure or incur any obligation on their own or on behalf of another Party or (ii) prohibit any Selling Entity from ceasing operations or winding up its affairs following the Closing.

(d)    From time to time prior to the Closing, each Party shall promptly notify the other in writing if such Party obtains knowledge that such Party's and, if applicable, MEC's or MBC's, representations, warranties, covenants or agreements in this Agreement or any disclosure schedules provided by the Seller to the Buyer are not true, correct and complete, to the extent such failure to be so true, correct and complete would cause any of the conditions to the Closing set forth in Section 8.1 or Section 8.3 to not be satisfied; *provided*, that such written notice provided pursuant to this Section 7.5(d) shall not amend, limit, modify or otherwise affect the rights or obligations of the Parties under this Agreement.

Section 7.6    Public Statements.  Unless (a) in the reasonable judgment of the disclosing Party after consultation with counsel, otherwise required by or necessary to comply with applicable Law or the rules or regulations of any applicable securities exchange, and (b) except for disclosure of matters that become a matter of public record as a result of the Bankruptcy Case or in connection with any litigation or other Proceeding, and any filings or notices related thereto, the Buyer, on the one hand, and the Selling Entities, on the other hand, shall consult with each other before issuing any press release or otherwise making any public statement with respect to this Agreement, the Transactions or the activities and operations of the other Parties and shall not issue any such release or make any such statement without the prior written consent of the Seller or the Buyer, respectively (such consent not to be unreasonably withheld, conditioned or delayed).

Section 7.7    Governmental Authority Approvals and Cooperation.

(a)    Each of the Buyer and the Selling Entities, having already submitted a notification and report form pursuant to the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended (the "HSR Act"), and the Buyer having withdrawn and refiled its notification

and report form pursuant to the HSR Act, shall, if required, assure that any additional notification and report forms and responses to supplemental requests for information to be made shall be made in substantial compliance with the requirements of the HSR Act. The Buyer shall bear and be responsible for all filing fees for any filings required to be made under any Regulatory Law (the "Filing Fees") by the Buyer and the Selling Entities. Each of the Buyer and the Selling Entities shall (and shall cause their respective Affiliates (other than any Excluded Parties) to) furnish to the other such necessary information and reasonable assistance as the other may reasonably request in connection with its preparation of any filing or submission which is necessary under the Regulatory Laws. The Selling Entities and the Buyer shall keep each other apprised of the status of any communications with, and any inquiries or requests for additional information received from, the United States Federal Trade Commission (the "FTC") and the United States Department of Justice (the "DOJ") relating to the transactions contemplated hereby. Each of the Buyer and the Selling Entities shall use its reasonable best efforts to obtain any clearance required under the Regulatory Laws for the consummation of the transactions contemplated hereby as promptly as reasonably practicable, including making a good faith effort to respond to reasonable requests in a so-called Voluntary Access Letter as promptly as practicable (with a goal of submitting responses within five (5) calendar days of receipt).

(b)     The Buyer and the Selling Entities shall each use reasonable best efforts to resolve such objections, if any, as may be asserted by any Governmental Authority with respect to the transactions contemplated by this Agreement under the HSR Act, the Sherman Act, as amended, the Clayton Act, as amended, the Federal Trade Commission Act, as amended, and any other applicable United States federal or state or foreign Laws that are designed to prohibit, restrict or regulate actions having the purpose or effect of monopolization or restraint of trade or lessening competition through merger or acquisition or any Laws with respect to foreign investment (collectively, the "Regulatory Laws"). The Buyer and the Selling Entities, including their Affiliates (in the case of the Selling Entities, other than any Excluded Parties), shall each use reasonable best efforts to take such action as may be reasonably required to cause the expiration of the notice periods under the HSR Act or other Regulatory Laws with respect to such transactions as promptly as possible after the execution of this Agreement. Notwithstanding anything to the contrary provided herein, the Buyer and the Selling Entities each agrees to use its reasonable best efforts, and to take any and all steps necessary, to eliminate each and every impediment under any Regulatory Law that is asserted by any Governmental Authority or any other Person so as to enable the Parties hereto to expeditiously close the transactions contemplated hereby, prior to the Outside Date, *provided*, *however*, the Buyer will have no obligation to (and the Selling Entities and their Affiliates (other than any Excluded Parties) will not, without the Buyer's consent) (i) propose, negotiate, commit to or effect, by hold separate orders, or otherwise, the sale, divesture or disposition of its assets, properties or businesses or any of the Purchased Assets, or enter into any consent decree or settlement agreement with any Governmental Authority, (ii) agree to limitations on the operation or conduct of the Buyer's or the Selling Entities' businesses or operations, including the Business, or (iii) waive any of the applicable conditions to this Agreement set forth in Article VIII. Without limiting the foregoing, the Buyer further agrees to use its reasonable best efforts to defend through litigation on the merits any claim asserted in court by any party in order to avoid entry of, or to have vacated or terminated, any decree, order or judgment (whether temporary, preliminary or permanent) that would prevent the Closing from occurring prior to the Outside Date.

(c)    Each Party (i) shall cooperate with each other Party in connection with the filings and Consents contemplated by this Section 7.7, (ii) shall promptly inform each other Party of any substantive communication received by such Party from any Governmental Authority (other than the Bankruptcy Court) concerning this Agreement, the Transactions and any filing, notification or request for Consent related thereto, and (iii) shall permit each other Party to review in advance any proposed written communication or information submitted to any such Governmental Authority (other than the Bankruptcy Court) in response thereto and in good faith consider the other Party's reasonable comments on drafts of any such communication or information.  In addition, none of the Selling Entities or the Buyer shall (and shall ensure that their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) do not) agree to participate in any substantive meeting, discussion, telephone call or conference with any Governmental Authority (other than the Bankruptcy Court) in respect of any filings, investigation or other inquiry with respect to this Agreement, the Transactions or any such filing, notification or request for Consent related thereto unless it consults with the other Parties in advance and, to the extent permitted by any such Governmental Authority and applicable Law, gives the other Parties the opportunity to attend and participate thereat, in each case to the maximum extent practicable. Notwithstanding anything in this Agreement to the contrary, the Buyer will, on behalf of the parties control and lead all communications and strategy related to any review of the Transactions by a Governmental Authority under the Regulatory Laws after considering in good faith any reasonable advice provided by the Seller in good faith.  The Selling Entities and the Buyer shall, and shall cause their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) to, furnish the Buyer or the Selling Entities (and the Buyer's Representatives and the Seller's Representatives, as applicable), as the case may be, copies of all material correspondence, filings and communications between it and its Affiliates (in the case of the Selling Entities, other than any Excluded Parties) (and the Buyer's Representatives and the Seller's Representatives, as applicable) on the one hand, and the Governmental Authority (other than the Bankruptcy Court) or members of its staff on the other hand, with respect to this Agreement, the Transactions or any such filing, notification or request for Consent related thereto (in each case, excluding documents and communications which are subject to preexisting confidentiality agreements or to the attorney-client privilege or work product doctrine).  Each of the Selling Entities and the Buyer shall (and shall cause their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) to) furnish each other Party with such necessary information and assistance as such other Party and its Affiliates (in the case of the Selling Entities, other than any Excluded Parties) may reasonably request in connection with its preparation of necessary filings, registrations or submissions of information to any Governmental Authority in connection with this Agreement, the Transactions and any such filing, notification or request for Consent related thereto.

(d)    The Parties shall not take any action, or refrain from taking any action, or permit any action to be taken or not taken, that would have the effect of preventing, materially delaying, making illegal or otherwise materially interfering with the ability of the Parties to consummate any of the Transactions.

Section 7.8    Termination or Assumption of Certain Intellectual Property Licenses/Agreements.

(a)    At or prior to the Closing, the Selling Entities shall terminate the Trademark License Agreement, dated September 29, 2021, by and between JHO Intellectual Property

Holdings, LLC and Vital Pharmaceuticals, Inc. d/b/a Bang Energy, including any amendments thereto, including Amendment No. 1 to Trademark License Agreement, dated June 2022, by and between JHO Intellectual Property Holdings, LLC and Vital Pharmaceuticals, Inc. d/b/a Bang Energy, and as further amended by the parties thereto on April 25, 2023.  For the avoidance of doubt, if this Agreement is terminated, the Selling Entities shall cease to have any obligations under this Section 7.8(a).

(b)    Thereafter, but at or prior to the Closing, the Selling Entities shall use commercially reasonable efforts to deliver a notice of termination for each intellectual property license and/or agreement (whether oral or in writing) set forth in Section 7.8(b) of the Seller Disclosure Schedule.  For the avoidance of doubt, if this Agreement is terminated, the Selling Entities shall cease to have any obligations under this Section 7.8(b).

(c)    Prior to the earlier of the Closing and the termination of this Agreement, with respect to the Agreements listed in Section 7.8(c) of the Seller Disclosure Schedule, the Buyer may elect at its sole discretion to assume and maintain those agreements, and where necessary, the Selling Entities shall use commercially reasonable efforts to communicate with the other parties to such agreements and request consent to assign such agreements under the existing terms to the Buyer.

(d)    From and after the Closing and prior to the dissolution and liquidation of the Selling Entities, to the extent that the Buyer becomes aware of any other intellectual property licenses and/or agreements (whether oral or in writing) involving a grant of rights or license or Encumbrance in or to the Seller IP, the Buyer shall have the option to request by written notice to the Selling Entities that the Selling Entities use commercially reasonable efforts (at the Buyer's expense) to deliver a notice of termination for such license and/or agreement and the Selling Entities shall promptly take such commercially reasonable steps (at the Buyer's expense) to deliver such notice.

Section 7.9    Employee Matters.

(a)    Prior to the Closing or thereafter, the Buyer may make an offer of employment, to commence as of or following the Closing, to any of the Employees, in the Buyer's sole discretion (each such Employee who receives an offer of employment, an "Offered Employee").  Each Offered Employee who accepts such an offer of employment with the Buyer is referred to herein as a "Transferred Employee."  Each Employee that is not an Offered Employee, and each Offered Employee that is not a Transferred Employee, shall be referred to herein as a "Specified Employee."  The Selling Entities may elect to continue the employment of any Specified Employee following the Closing (such an Employee, a "Retained Employee").  The Selling Entities shall terminate the employment of all Employees, except any Retained Employees, effective as of the Closing, regardless of whether the Employees are Offered Employees, Transferred Employees or Specified Employees.  Any Specified Employee who is terminated by the Selling Entities effective as of the Closing pursuant to this Section 7.9(a) is referred to herein as a "Terminated Employee."  Notwithstanding the foregoing, nothing herein will, after the Closing Date, impose on the Buyer any obligation to retain any Transferred Employee in its employment for any amount of time or on any terms and conditions of employment.

63

(b)     Prior to and including the Closing Date, with respect to each current and former employee of the Selling Entities, the Selling Entities shall assume, pay and discharge the Liabilities of the Selling Entities for (i) all deferred salary, wages, unused vacation, sick days, personal days or leave earned and/or accrued by such current or former employee prior to and through the Closing Date, and (ii) any severance obligations or Liabilities, including any obligations or Liabilities that arise under any Seller Compensation and Benefit Program, arising prior to and including the Closing Date.  The Buyer shall be solely responsible for any Liabilities under the WARN Act that arise out of the termination of any Employee who works at, or who reports to, receives assignments from, or is otherwise assigned to, the Selling Entities' employment site in Phoenix, Arizona, except any Retained Employee, at any time upon or following the Closing (the "Assumed WARN Act Liabilities"). The Selling Entities shall be solely responsible for any Liabilities under the WARN Act that arise out of the termination of (x) any Retained Employee at any time prior to, on or after the Closing, and (y) any Employee up to and including the Closing who works at, or who reports to, receives assignments from, or is otherwise assigned to, any of the Selling Entities' employment sites other than the Selling Entities' employment site in Phoenix, Arizona (the "Excluded WARN Act Liabilities").  To the extent required by applicable Law, the Buyer shall assume, pay and discharge the Liabilities of the Selling Entities under Section 4980B of the Code ("COBRA") (and any comparable state law) for all individuals who are "M&A qualified beneficiaries," as such term is defined in U.S. Treasury Regulation Section 54.4980B-9, from and after the Closing.

(c)     After the execution of this Agreement through the Closing or the earlier termination of this Agreement in accordance with its terms, the Selling Entities shall provide the Buyer and its Affiliates with reasonable access to the Employees and with non-privileged information, including Employee records and Seller Compensation and Benefit Program data, as reasonably requested by the Buyer and such Affiliates, except as may be prohibited by Law as reasonably determined by the Selling Entities, and the written employment policies of the Selling Entities or any Seller Compensation and Benefit Program, to evaluate Employees to whom the Buyer may make an offer of employment. Except as otherwise required by applicable Law, the Buyer shall not be obligated to provide any severance, separation pay, notice pay, or other payments or benefits, including any employee retention payments or employee incentive plan payments, to any Employee on account of any termination of such Employee's employment by the Selling Entities on or prior to Closing, and such benefits (if any) shall remain obligations of the Selling Entities, except as to the Assumed WARN Act Liabilities.

(d)     Following the Closing, the Selling Entities shall process the payroll for, and pay (or cause to be paid) within the time limits required by applicable Law, the base wages, base salary, bonuses, and ordinary course sales commissions accrued during the payroll period in which the Closing Date falls (the "Closing Payroll Period"), and accrued but unused paid time off that must be paid following termination of employment pursuant to applicable Law, with respect to each Employee employed at any time during the Closing Payroll Period.  The Closing Payroll Period shall extend from the final payroll date preceding the Closing through and including the Closing Date.

(e)     Nothing in this Agreement is intended to (i) be treated as an amendment to any particular Seller Compensation and Benefit Program, (ii) prevent the Buyer or its Affiliates from amending or terminating any of its benefit plans, in accordance their terms, (iii) prevent the

64

Buyer or its Affiliates, after the Closing, from terminating the employment of any Transferred Employee or other Service Provider, or (iv) create any third-party beneficiary rights in any Employee or Service Provider employee, or any beneficiary or dependent thereof, with respect to the compensation, terms and conditions of employment and/or benefits that may be provided to any Employee or Service Provider or under any Seller Compensation and Benefit Program or any other plan maintained by the Buyer or its Affiliates.

Section 7.10    Tax Matters.

(a)    Any sales, use, goods and services, harmonized sales, property transfer or gains, documentary, stamp, registration, recording, value added, or similar Tax payable in connection with the sale or transfer of the Purchased Assets and the assumption of the Assumed Liabilities ("Transfer Taxes") shall be borne by the Selling Entities as an Excluded Liability and paid by the Selling Entities when any such Transfer Taxes are required by applicable Law to be paid. The Selling Entities and the Buyer shall (and shall cause their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) to) cooperate in good faith to minimize the incidence of any Transfer Taxes. The Selling Entities shall prepare and file all necessary Tax Returns or other documents with respect to all such Transfer Taxes and promptly provide to the Buyer as-filed copies of such Tax Returns and proof of payment of all such Transfer Taxes.

(b)    For purposes of this Agreement, all Taxes and Tax Liabilities with respect to the Business and the Purchased Assets that relate to the Straddle Period shall be apportioned between the Pre-Closing Tax Period and Post-Closing Tax Period as follows: (i) in the case of property and similar Taxes on a per-diem basis, and (ii) in the case of all other Taxes (other than Transfer Taxes), as though the taxable year terminated at the close of business on the Closing Date.

(c)    The Seller and the Buyer agree to furnish or cause to be furnished to each other, upon request, as promptly as practicable, such information and assistance as is reasonably necessary for the filing of Tax Returns, the making of any election relating to Taxes, the preparation for any audit or other proceeding by Governmental Authority and the prosecution or defense of any claim, suit or other proceeding relating to any Tax. Such information and assistance shall include providing reasonable access to any of the books and records of the Selling Entities retained by the Selling Entities or delivered to the Buyer at Closing or provided pursuant to Section 7.3(b). Access to books and records shall be afforded upon receipt of reasonable advance notice and during normal business hours.

(d)    The Parties agree to treat any payment made from one Party to another pursuant to this Agreement that is not reflected as part of the Purchase Price under this Agreement as an adjustment to the Purchase Price for all income Tax purposes, unless otherwise required by applicable Law.

(e)    All real property Taxes, personal property Taxes and similar *ad valorem* Taxes with respect to the Purchased Assets ("Property Taxes") with respect to a Straddle Period shall be apportioned between the Selling Entities, on the one hand, and the Buyer, on the other hand, in accordance with Section 7.10(b). The Selling Entities shall be liable for the proportionate amount of such Property Taxes that is attributable to the Pre-Closing Tax Period, and the Buyer

shall be liable for the proportionate amount of such Property Taxes that is attributable to the Post-Closing Tax Period. Upon receipt of any bill for such Property Taxes (or in the case of any prepaid Property Taxes attributable to Post-Closing Tax Periods (which shall be offset by any Property Taxes for Pre-Closing Tax Periods that are reasonably estimated to be due after the Closing Date), on the Closing Date, or as promptly as practicable following the Closing Date), the Buyer or the Selling Entities, as applicable, shall present a statement to the other setting forth the amount of reimbursement to which each is entitled under this Section 7.10(e) (taking into account the amounts of Property Taxes, if any, that the Buyer or the Selling Entities remitted to a Governmental Authority for any taxable period (or portion thereof) for which the other is responsible pursuant to this Section 7.10(e) and taking into account the estimated amount of any Property Taxes for Pre-Closing Tax Periods offset against prepaid Property Taxes at the Closing), together with such supporting evidence as is reasonably necessary to calculate the proration and reimbursement amount. The proration amount shall be paid by the party owing it to the other within ten (10) days after delivery of such statement, absent manifest error. The Buyer shall cause any Tax Returns for Property Taxes with respect to the Purchased Assets that are due after the Closing for any Straddle Period to be prepared in a manner consistent with past practice, to the extent consistent with applicable Law. The Buyer shall provide a draft of any such Tax Return to the Selling Entities at least ten (10) days prior to the due date thereof for the Selling Entities' review and shall consider in good faith any of the Selling Entities' comments thereto provided to Buyer within five (5) days of receipt of such Tax Return.

Section 7.11    Submission for Bankruptcy Court Approval.

(a)    The Buyer agrees that it will promptly take such actions as are reasonably requested by the Debtor Entities to assist in obtaining entry of the Sale Order, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for the purposes, among others, of providing necessary assurances of performance by the Buyer under this Agreement and any Assumed Agreements and demonstrating that the Buyer is a "good faith" purchaser under section 363(m) of the Bankruptcy Code. The Debtor Entities shall give notice under the Bankruptcy Code of the request for entry of the Sale Order to all Persons entitled to such notice, including all Persons that have asserted Encumbrances in the Purchased Assets and all non-debtor parties to the Assumed Agreements and the Assumed Real Property Leases, and other appropriate notice, including such additional notice as the Bankruptcy Court shall direct or as the Buyer may reasonably request, and provide appropriate opportunity for hearing, to all parties entitled thereto, of all motions, orders, hearings, or other Proceedings in the Bankruptcy Court relating to this Agreement or the Transactions.  The Debtor Entities shall be responsible for making all appropriate filings relating to this Agreement or the Transactions with the Bankruptcy Court, which filings shall be submitted, to the extent practicable, to the Buyer prior to their filing with the Bankruptcy Court for the Buyer's prior review.

(b)    An initial list of the agreements, contracts and other leases that may ultimately constitute the Assumed Agreements and the Assumed Real Property Leases (as amended, modified or supplemented from time to time, the "Cure Schedule") was filed prior to the date of execution of this Agreement, and an amended Cure Schedule was filed on June 13, 2023.  Upon revision of Section 2.1(d) or Section 2.1(e) of the Seller Disclosure Schedule in accordance with Section 2.5(b), the Seller shall add any Assumed Agreements or Assumed Real Property Leases, respectively, to the Cure Schedule or remove any Assumed Agreements or

Assumed Real Property Leases (other than Assumed Agreements and Assumed Real Property Leases irrevocably designated for assumption pursuant to Section 2.5(d)) from such exhibit, as applicable.  The Cure Schedule shall set forth the amounts necessary to cure defaults under each Assumed Agreement and Assumed Real Property Lease shown thereon, as reasonably determined in good faith by the Seller.  In cases in which the Seller is unable to establish that a default exists, the relevant cure amount shall be set at $0.00.

(c)     From the date of this Agreement, each Debtor Entity and the Buyer shall consult with one another regarding pleadings which any of them intends to file with the Bankruptcy Court in connection with, or which might reasonably affect, the Bankruptcy Court's entry of the Sale Order.

(d)     If the Sale Order or any other orders of the Bankruptcy Court relating to this Agreement or the Transactions shall be appealed by any Person (or if any petition for certiorari or motion for reconsideration, amendment, clarification, modification, vacation, stay, rehearing or reargument shall be filed with respect to the Sale Order or other such order), subject to rights otherwise arising from this Agreement, the Buyer and the Selling Entities shall use their reasonable best efforts to obtain an expedited resolution of any such appeal, petition or motion, in each case, that will facilitate consummation of the Transactions.

Section 7.12   Adequate Assurance.  The Buyer shall provide adequate assurance as required under the Bankruptcy Code of the future performance by the Buyer of each Assumed Agreement and each Assumed Real Property Lease.  The Buyer agrees that it will, and will cause its Affiliates to, promptly take all actions reasonably required to assist in obtaining a Bankruptcy Court finding that there has been an adequate demonstration of adequate assurance of future performance under the Assumed Agreements and Assumed Real Property Lease, including furnishing affidavits, non-confidential financial information and other documents or information for filing with the Bankruptcy Court and making the Buyer's Representatives available to testify before the Bankruptcy Court.

Section 7.13   Transfer of Purchased Assets; Wind-Down of Subsidiaries; Payments Received.

(a)     From and after the date hereof until the earlier of the termination of this Agreement and the Closing, the Parties will use commercially reasonable efforts to make all necessary arrangements for the Buyer to have access to, and take possession of, the Purchased Assets and, at the Buyer's expense, to transfer the same to a location owned or operated by the Buyer, to the extent necessary, in each case as promptly as practicable following the Closing.  The foregoing includes, but is not limited to, using commercially reasonable efforts to transfer physical possession of all Seller IP, including formulas, recipes, ingredients and supplier lists, other trade secrets, graphics, can art, packaging art, and log in information for accessing the websites, domain names, and social media pages, in each case constituting Seller IP, in, as applicable, an electronic or digital format as used by the Selling Entities in the Ordinary Course of Business (such as working files (e.g. .ai files) for labels and artwork) or physical delivery of physical assets (e.g. printing plates, keys to access trade secrets) and documents to the Buyer as promptly as practicable following the Closing. From and after the date hereof until the earlier of the termination of this Agreement and the Closing, the Parties shall use commercially reasonable efforts to work together

in good faith to ensure that such delivery (whether physical, electronic, digital, or otherwise) contemplated by the preceding provisions of this Section 7.13(a) is in a format reasonably accessible and acceptable to Buyer.

(b)     The method for transferring any trade secrets constituting Seller IP to the Buyer following the Closing in accordance with the provisions hereof will be an industry standard method that is designed to be secure and subject to Buyer's approval, which approval will not be unreasonably withheld, conditioned or delayed.

(c)     Except as needed to fulfill any Selling Entity's obligations under this Agreement or with the Buyer's separate express written approval (such approval not to be unreasonably withheld, conditioned or delayed), and except as permitted pursuant to the proviso in Section 7.14, immediately following the Closing, the Selling Entities shall at their sole cost and expense cease all design, development, manufacture, use, sale, offering for sale, importation, exportation, and distribution of any products bearing or using any of the Seller IP.

(d)     Except as needed to fulfill any Selling Entity's obligations under this Agreement or with the Buyer's separate express written approval (such approval not to be unreasonably withheld, conditioned or delayed), and except as permitted pursuant to the proviso in Section 7.14, immediately following the Closing, the Selling Entities (i) shall hold in confidence (for non-public Seller IP) and not use commercially for their own benefit or for the benefit of anyone else, any Seller IP, (ii) shall limit dissemination of and access to the Seller IP only to Persons specified by Buyer and shall terminate access to the Seller IP from any other Persons, (iii) shall not provide to anyone else other than Persons specified by Buyer (in any form or format whatsoever) access to or copies of any of the Seller IP, and (iv) shall not misappropriate any of the Seller IP.

(e)     Except as needed to fulfill any Selling Entity's obligations under this Agreement or with the Buyer's separate express written approval, except as permitted pursuant to the proviso in Section 7.14, and except for any Excluded Assets, following the Closing, promptly after the Selling Entities transfer all of the Seller IP to Buyer pursuant to Section 7.13(a), and in a format deemed reasonably acceptable to Buyer in writing, the Selling Entities shall at their sole cost and expense, (i) destroy all remaining tangible and intangible information, documents, and materials (in whatever form or format) in Selling Entities' possession or control which evidence, include or contain to any extent all or any portion of the Seller IP through a third party service (other than the Seller's third party advisors (including legal and financial advisors)), and (ii) confirm to Buyer in writing by way of certificate of destruction that such destruction has been completed. Notwithstanding the foregoing, the Selling Entities shall not be required to destroy data from disaster recovery systems, archival backups or e-mail; *provided* that, the Selling Entities shall maintain the confidentiality of all non-public Seller IP included in such data, and all such data is destroyed in due course in line with the Selling Entities' standard retention and disposition procedures.

(f)     The Selling Entities shall use commercially reasonable efforts to wind-down and dissolve their respective Subsidiaries, as promptly as reasonably possible following the Closing; *provided* that, the foregoing shall not amend or modify the 90-day period set forth in Section 7.14 or limit or restrict any of the rights of the Selling Entities under Section 7.14.

68

Notwithstanding anything to the contrary in this Agreement, following the Closing, the Selling Entities shall be permitted to sell or destroy any Excluded Assets in connection with winding down, liquidation or dissolution of the Selling Entities or any of their Affiliates.

Section 7.14   Name Changes.  The Selling Entities shall, and shall cause their respective Affiliates (other than any Excluded Parties) to, use commercially reasonable efforts, at the Seller's sole cost and expense, to obliterate, mask or remove all Business Names from all public facing Excluded Assets that are owned by (or in the custody or control of) the Selling Entities, within ninety (90) days following the Closing Date (or such reasonable longer period as necessary to effectuate any wind down or dissolution of such entity); *provided* that, the Selling Entities and their respective Affiliates shall be permitted to (a) use the Business Names as former names for legal and notice purposes in connection with the Bankruptcy Case, in connection with the filing of Tax Returns and for the wind down process for the Selling Entities or their Affiliates or in other legal documents related to the foregoing, and (b) solely to the extent necessary to effectuate the foregoing reference the historic relationship between the Seller, the Selling Entities or their respective Affiliates and the Business.

Section 7.15   Purchased Assets "AS IS;" Certain Acknowledgements.

(a)      The Buyer agrees, warrants and represents that (i) the Buyer is purchasing the Purchased Assets on an "AS IS" and "WITH ALL FAULTS" basis based solely on the Buyer's own investigation of the Selling Entities, the Purchased Assets, the Assumed Liabilities, the Excluded Assets, the Excluded Liabilities and the Business, and (ii) neither the Selling Entities nor any of the Seller's Representatives has made any warranties, representations or guarantees, express, implied or statutory, written or oral, respecting the Selling Entities, the Purchased Assets, the Assumed Liabilities, the Excluded Assets, the Excluded Liabilities or the Business, the financial performance of the Selling Entities, the Purchased Assets, the Assumed Liabilities, the Excluded Assets, the Excluded Liabilities or the Business, or the physical condition of the Purchased Assets, except as expressly set forth in Article V (as modified by the Seller Disclosure Schedule) or in the other Transaction Documents.  The Buyer further acknowledges that the consideration for the Purchased Assets specified in this Agreement has been agreed upon by the Selling Entities and the Buyer after good-faith arms-length negotiation in light of the Buyer's agreement to purchase the Purchased Assets "AS IS" and "WITH ALL FAULTS."  The Buyer agrees, warrants and represents that, except for the express representations and warranties of the Selling Entities set forth in Article V of this Agreement (as modified by the Seller Disclosure Schedule) or in the other Transaction Documents, the Buyer has relied, and shall rely, solely upon its own investigation of all such matters, and that the Buyer assumes all risks with respect thereto. EXCEPT AS SET FORTH IN ARTICLE V OF THIS AGREEMENT (AS MODIFIED BY THE SELLER DISCLOSURE SCHEDULE) OR IN THE OTHER TRANSACTION DOCUMENTS, THE SELLING ENTITIES MAKE NO EXPRESS WARRANTY, NO WARRANTY OF MERCHANTABILITY, NO WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, AND NO IMPLIED OR STATUTORY WARRANTY WHATSOEVER WITH RESPECT TO ANY REAL OR PERSONAL PROPERTY OR ANY FIXTURES OR THE BUSINESS OR THE SELLING ENTITIES, THE PURCHASED ASSETS, THE ASSUMED LIABILITIES, THE EXCLUDED ASSETS, THE EXCLUDED LIABILITIES OR THE BUSINESS.

(b)    The Selling Entities agree that neither the Buyer nor any of its Representatives has made any warranties, representations or guarantees, express, implied or statutory, written or oral, except as expressly set forth in Article VI.

Section 7.16    Mutual Release.

(a)    Effective as of the Closing, the Buyer, MEC and MBC, on behalf of themselves and each Buyer Related Party (each, a "Buyer Releasing Party") hereby unconditionally and irrevocably and forever releases and discharges the Seller Related Parties, of and from, and hereby unconditionally and irrevocably waives, and dismisses with prejudice, any and all claims, debts, losses, expenses, proceedings, covenants, liabilities, suits, judgments, damages, actions and causes of action, obligations, accounts, and liabilities of any kind or character whatsoever (collectively, regardless of who owns or holds them, the foregoing items are referred to as "Claims"), known or unknown, suspected or unsuspected, in contract, direct or indirect, at law or in equity, relating to the Bankruptcy Case, the Purchased Assets, the Assumed Liabilities, the VPX Florida Matters, and the Orange Bang Trademark License Action that such Buyer Releasing Party ever had, now has or ever may have or claim to have against any Seller Related Party, for or by reason of any matter, circumstance, event, action, inaction, omission, cause or thing whatsoever arising prior to the Closing (including in respect of the management or operation of the Business or the Bankruptcy Case), including, for the avoidance of doubt, any Claims that are Purchased Assets; *provided, however*, that (i) the release contained in this Section 7.16(a) does not in any way apply to, affect, limit, waive, compromise, release, discharge or otherwise alter or impair any of the past, present or future rights, claims, causes of action, damages, remedies, defenses, or rights of any kind or nature whatsoever that the Buyer or any Buyer Related Party (including MEC and MBC) may have against John H. "Jack" Owoc or any Excluded Parties; (ii) subject to entry of the 9019 Order, MEC or the Buyer (or its designee) shall be deemed to have, for all purposes and with the unconditional and irrevocable agreement of the Selling Entities and any Seller Related Party, which is hereby granted, the California District Court Action Allowed Unsecured Claim, the Trade Dress Action Allowed Unsecured Claim, and the OBI/Monster Matter Allowed Unsecured Claim, in full satisfaction of any liabilities or other obligations the Selling Entities and any Seller Related Parties may have on account of the California District Court Action, the Trade Dress Action, and OBI/Monster Matter and the facts and circumstances at issue in such matters; (iii) the release contained in this Section 7.16(a) does not apply to, affect, limit, waive, compromise, release, discharge or otherwise alter any claims, causes of action, defenses, or rights of any kind or nature whatsoever of the Buyer or any Buyer Related Party (including MEC and MBC) asserted in, arising out of, or relating to the California District Court Action, the OBI/Monster Matter, and the TTAB Matter; *provided*, that subject to and upon allowance of the claims set forth in clause (ii) above, neither the Buyer nor any Buyer Related Party shall seek to recover any fees, costs or other monetary relief against the Selling Entities or any Seller Related Parties except amounts awarded by the jury's verdict or already raised in the MEC Post-Verdict Motions, without duplication of the California District Court Action Allowed Unsecured Claim, and such matters shall proceed as to the Seller for the sole purpose of liquidating the California District Court Action Allowed Unsecured Claim; and (iv) the release contained in this Section 7.16(a) shall not apply to or otherwise affect (A) the Buyer's, MEC's or MBC's rights, or any Selling Entity's obligations, under this Agreement or any other Transaction Document, or (B) any claim of any Buyer Related Party that is based upon Fraud. Except for the matters described in clauses (i), (ii), (iii) and (iv) in the immediately preceding sentence (subject to the limitations set

forth therein, as applicable) and Section 7.16(e), Section 7.16(f) and Section 7.16(g) below, the Buyer, MEC and MBC hereby covenant not to sue, and to cause each other Buyer Releasing Party not to sue, any Seller Related Party in any Proceeding for any of the Claims expressly released pursuant to the preceding sentence, and each of the Buyer Releasing Parties agrees that in the event that any such Proceeding shall be commenced, the covenant not to sue contained in this Section 7.16(a) shall constitute a complete defense to any such Proceeding so instituted.  For the avoidance of doubt, the Buyer and each Buyer Related Party (or its designee) may (in its sole discretion) litigate and pursue with the unconditional and irrevocable agreement of the Selling Entities (which is hereby granted) and enforce the judgments or other results and determinations of the California District Court Action, the OBI/Monster Matter, and the TTAB Matter; *provided* that the Buyer, MEC and MBC hereby covenant not to, and to cause each other Buyer Releasing Party to agree not to, (A) appeal any judgment entered in the California District Court Action; (B) appeal the judgment entered in the OBI/Monster Matter; and (C) seek recovery of monetary damages, fees, costs, or other monetary relief from any Selling Entity or Seller Related Party in the TTAB Matter or, subject to allowance of the California District Court Action Allowed Unsecured Claim and the OBI/Monster Matter Allowed Unsecured Claim as set forth above, the California District Court Action or OBI/Monster Matter.  Notwithstanding the foregoing or anything to the contrary herein or otherwise, in the event that any appeal is taken in any Proceeding, including the matters described in clauses (A), (B) and (C) in the immediately preceding sentence, by John H. "Jack" Owoc, any Excluded Parties, or any Persons acting in concert with, participation with, or at the direction of John H. "Jack" Owoc or any Excluded Parties, the Buyer, MEC, MBC, and each Buyer Related Party (or its designee) may (in its sole discretion) file an appeal in such Proceeding solely with respect to such party or parties (or any other party except the Selling Entities or any Seller Related Parties).

(b)    Effective as of the Closing, each of the Selling Entities, on behalf of itself and each Seller Related Party (each, a "Seller Releasing Party") hereby unconditionally and irrevocably and forever releases and discharges the Buyer Related Parties, of and from, and hereby unconditionally and irrevocably waives, and dismisses with prejudice, any and all Claims, known or unknown, suspected or unsuspected, in contract, direct or indirect, at law or in equity, relating to the Bankruptcy Case, the OBI/Monster Matter, the California District Court Action (other than those matters expressly preserved in this Section 7.16(b)), the VPX Florida Matters, the Orange Bang Trademark License Action, the TTAB Matter, the Purchased Assets, or the Assumed Liabilities that such Seller Releasing Party ever had, now has or ever may have or claim to have against any Buyer Related Party, for or by reason of any matter, circumstance, event, action, inaction, omission, cause or thing whatsoever arising prior to the Closing, *provided, however*, that the Seller may (in its sole discretion) continue to litigate and pursue the specific matters it raised in its already-filed Post-Verdict Motions in the California District Court Action (for the avoidance of doubt, the Seller cannot seek to recover any fees, costs, or other relief it has not already raised in the Post-Verdict Motions), and such matters shall proceed as to the Seller for the sole purpose of liquidating the California District Court Action Allowed Unsecured Claim; *provided further that* this release (i) shall not apply to or otherwise affect any Selling Entity's rights, or the Buyer's, MEC's or MBC's obligations, under this Agreement or any other Transaction Document and (ii) shall not apply to any claim of any Seller Related Party that is based upon Fraud by any Buyer Related Party.  Each of the Selling Entities hereby covenants to, and to cause each other Seller Releasing Party to (A) stipulate to and agree not to appeal or otherwise challenge any judgment entered in the California District Court Action, (B) dismiss with prejudice any appeals of the

71

California District Court Action, (C) stipulate to and agree not to appeal or otherwise challenge the judgment entered in the OBI/Monster Matter, (D) dismiss with prejudice any appeals of the OBI/Monster Matter, and (E) dismiss with prejudice the VPX Florida Matters and the Orange Bang Trademark License Action against all known and unknown persons, entities, and parties. Each of the Selling Entities hereby covenants not to sue, and to cause each other Seller Releasing Party not to sue, any Buyer Related Party in any Proceeding for any of the Claims expressly released pursuant to this Section 7.16(b), and each of the Seller Releasing Parties agrees that in the event that any such Proceeding shall be commenced, the covenant not to sue contained in this Section 7.16(b) shall constitute a complete defense to any such Proceeding so instituted. Each of the Selling Entities hereby expressly agrees to, and acknowledges, the California District Court Action Allowed Unsecured Claim, the Trade Dress Action Allowed Unsecured Claim, and the OBI/Monster Matter Allowed Unsecured Claim, and agrees not to assert any objection thereto at any time.

(c)     Without limiting the foregoing, each of the Parties, on behalf of itself and the other Buyer Releasing Parties and Seller Releasing Parties, respectively, with respect to the Claims expressly released in Section 7.16(a) and Section 7.16(b) above only, expressly waives and releases any and all rights and benefits under Section 1542 of the California Civil Code (or any analogous law of any other state), which reads as follows: "A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party." As to the Claims expressly released in Section 7.16(a) and Section 7.16(b) above only, each of the Parties, on behalf of itself and the other Buyer Releasing Parties and Seller Releasing Parties, respectively, expressly waives all rights afforded by any statute which limits the effect of a release with respect to unknown claims. Each of the Parties, on behalf of itself and the other Buyer Releasing Parties and Seller Releasing Parties, respectively, understands the significance of this release of unknown claims as to the Claims expressly released in Section 7.16(a) and Section 7.16(b) above only and the waiver of statutory protection against a release of unknown claims as to the Claims expressly released in Section 7.16(a) and Section 7.16(b) above only, and acknowledges and agrees that this waiver is an essential and material term of this Agreement. As to the Claims expressly released in Section 7.16(a) and Section 7.16(b) above only, each of the Parties, on behalf of itself and the other Buyer Releasing Parties and Seller Releasing Parties, respectively acknowledges that each Party will be relying on the waivers and releases provided in this Section 7.16 in connection with entering into this Agreement and that this Section 7.16 is intended for the benefit of, and will grant express third party beneficiary rights to, each Seller Related Party and Buyer Related Party, respectively, to enforce this Section 7.16.

(d)     Notwithstanding anything to the contrary herein or otherwise, each beneficiary of a release under this Section 7.16 shall be an express third party beneficiary of this Section 7.16 with the full power to enforce the terms of this Section 7.16 as if it were a party to this Agreement for such purpose.

(e)     Notwithstanding anything to the contrary herein or otherwise, and for the avoidance of doubt, nothing in this Section 7.16 or any other provision of this Agreement (or as part of any other agreement or as a condition to acquiring any of the Purchased Assets) shall in any way apply to, affect, limit, waive, compromise, release, discharge or otherwise alter or impair

any of the past, present or future rights, claims, causes of action, damages, remedies, defenses, or rights of any kind or nature whatsoever that the Buyer or any Buyer Related Party (including MEC and MBC) may have against the Excluded Parties, including rights, claims, causes of action, damages, remedies, defenses, and rights of any kind or nature whatsoever asserted in, arising out of, or relating to the California District Court Action, that certain jury verdict and award in an amount not less than $271,924,174 that was entered on September 29, 2022 in the California District Court Action, and any rights, claims, causes of actions, damages, remedies, defenses, and rights of any kind or nature whatsoever as they relate to the Seller IP, all of which rights, claims, causes of actions, damages, remedies, defenses, and rights of any kind or nature whatsoever the Buyer and each Buyer Related Party hereby expressly preserves.

(f)     Notwithstanding anything to the contrary herein or otherwise, and for the avoidance of doubt, nothing in this Section 7.16 or any other provision of this Agreement (or as part of any other agreement or as a condition to acquiring any of the Purchased Assets) shall in any way apply to, affect, limit, waive, compromise, release, discharge or otherwise alter or impair any of the past, present or future rights, claims, causes of action, damages, remedies, defenses, or rights of any kind or nature whatsoever that the Buyer or any Buyer Related Party (including MEC and MBC) may have against the Excluded Parties, all of which rights, claims, causes of action, damages, remedies, defenses, and rights of any kind or nature whatsoever the Buyer and each Buyer Related Party hereby expressly preserves.

(g)     Notwithstanding anything to the contrary herein or otherwise, and for the avoidance of doubt, nothing in this Section 7.16 or any other provision of this Agreement (or as part of any other agreement or as a condition to acquiring any of the Purchased Assets) shall in any way apply to, affect, limit, waive, compromise, release, discharge or otherwise alter or impair any of the past, present or future rights, claims, causes of action, damages, remedies, defenses, or rights of any kind or nature whatsoever asserted in, arising out of, or relating to the Trade Secret Matters or that the Buyer or any Buyer Related Party (including MEC and MBC) may have against Stephen Cohen, Bryan Shane Dees, Joao Paulo "JP" Leopardo, Quang Nguyen, and/or Shannon Troglia, all of which rights, claims, causes of action, damages, remedies, defenses, and rights of any kind or nature whatsoever the Buyer and each Buyer Related Party hereby expressly preserves, *provided, however,* that MEC will dismiss with prejudice the Trade Secret Matters as to those, if any, of Stephen Cohen, Bryan Shane Dees, Joao Paulo "JP" Leopardo, Quang Nguyen, and Shannon Troglia who execute and deliver to MEC a mutual release of liability substantially in the form of Exhibit F within seven (7) Business Days after the Closing Date.

Section 7.17    Withholding.  Notwithstanding anything herein to the contrary, any Selling Entity, the Buyer or any of their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) shall be entitled to deduct and withhold from any amounts payable by them pursuant to this Agreement such amounts (and only such amounts) as it is required to deduct and withhold with respect to such payment under any provision of U.S. federal, state, local or non-U.S. Tax Law.  Except in the case of compensatory payments or failure to deliver a duly completed IRS Form W-9 to the extent required by Section 4.2(h), the Buyer shall notify the Seller of its intention to deduct or withhold no later than five (5) Business Days prior to any such deduction or withholding, and shall cooperate in good faith with the Seller and its Affiliates (other than any Excluded Parties) to minimize any such deduction and withholding.  Any amounts so deducted and withheld in accordance with this Section 7.17 and timely paid over to the appropriate

73

Governmental Authority shall be treated for all purposes of this Agreement as having been paid to the Party that would otherwise have received such amount but for the required deduction or withholding.

Section 7.18    Title Matters.

(a)    Prior to the earlier of the Closing and the valid termination of this Agreement pursuant to Article IX, the applicable Selling Entity shall (i) execute and provide an owner's title affidavit in the form and content attached as Exhibit G hereto, and (ii) without limiting the obligations of the applicable Selling Entity set forth in Section 2.1 and/or Section 7.5 of this Agreement, use commercially reasonable efforts to satisfy any other reasonable requests of the Title Company for information or documentation from the applicable Selling Entity in connection with the issuance to Buyer of Title Company's owner's policy of title insurance with respect to the Owned Real Property. For the avoidance of all doubt, the Parties' respective rights and obligations under this Section 7.18 are cumulative with (and do not limit in any respect) their respective rights and obligations under Section 7.5 hereof.

(b)    If, prior to the earlier of the Closing and the valid termination of this Agreement pursuant to Article IX, the Buyer provides written notice to the Seller that (i) the Title Company has refused to issue an owner's policy of title insurance with respect to the Owned Real Property substantially in the form agreed to between the Buyer and the Title Company as of the date hereof, and (ii) the Buyer desires that the Seller use commercially reasonable efforts to assist the Buyer in obtaining an owner's policy of title insurance with respect to the Owned Real Property, then the Seller shall use commercially reasonable efforts, at the Buyer's sole cost and expense, to contact and coordinate with nationally recognized title insurance companies approved by the Buyer in writing (such approval not to be unreasonably withheld, conditioned or delayed) in furtherance of assisting the Buyer in obtaining an owner's policy of title insurance with respect to the Owned Real Property; *provided*, that the foregoing shall not require any owner's policy of title insurance, document, instrument, agreement or other item to be delivered or obtained, or any action to be completed, or any liability, indemnity or other obligation not expressly set forth herein to be undertaken, at or prior to the Closing as a condition precedent to the consummation of the Closing, and any failure to deliver or obtain any of the foregoing or complete or undertake any of the foregoing shall not (by itself) result in the breach or failure of any obligation of the Seller or the Selling Entities or of any condition to Closing set forth in Article VIII.

Section 7.19    OBI/Monster Escrow. Promptly following the Closing (and no later than five (5) Business Days after the Closing), the Seller shall notify the Buyer of the Seller's calculation of the OBI/Monster Escrow Amount. The Buyer shall provide the Seller and its Representatives with post-Closing access to and copies of such books, records and other information constituting Purchased Assets as may be reasonably necessary for the Seller to provide such calculation. The Buyer shall have three (3) Business Days to object in writing to the Seller's calculation. Absent such objection, the Seller shall cause the OBI/Monster Escrow Amount to be distributed to a designated trust account of intellectual property counsel for MEC and Orange Bang Inc. in final settlement and full satisfaction of any post-petition amounts payable to MEC or Orange Bang Inc. in connection with the OBI/Monster Matter and neither MEC nor Orange Bang Inc. shall have any Claim against the Selling Entities or their estates with respect to such amounts. For the avoidance of doubt, the Selling Entities shall (i) use commercially reasonable efforts to make the

first July 2023 payment due and payable to the OBI/Monster Escrow Account in accordance with the OBI/Monster Escrow Order, and (ii) be entitled to keep the OBI/Monster Escrow Excess and, in the event of an OBI/Monster Escrow Shortfall, the Buyer shall be paid such amount from reserves from the sale proceeds established by the Seller in accordance with the Sale Order and coordinate with Orange Bang Inc. as to its share of any such OBI/Monster Escrow Shortfall.

Section 7.20    Contributions.    Between the date hereof and the earlier of the termination of this Agreement in accordance with its terms and the Closing Date, each of the following Selling Entities, (a) JHO Intellectual Property Holdings, LLC, (b) JHO Real Estate Investment, LLC, (c) Quash Seltzer, LLC and (d) Rainbow Unicorn Bev, LLC may, at such Selling Entity's sole discretion, (i) contribute and transfer all of its respective right, title and interest (free and clear of all Liabilities and Encumbrances other than the Assumed Liabilities and Permitted Encumbrances or as set forth on Section 2.1 of the Seller Disclosure Schedule) in and to all of the assets (including any Purchased Assets) of or held by such Selling Entity to the Seller via a contribution of such assets to the Seller and such contribution and transfer shall be deemed to have occurred prior to the Closing and/or (ii) assign and transfer all of the Liabilities of such Selling Entity (including any Assumed Liabilities) to the Seller via an assignment and assumption of such Liabilities by the Seller; *provided* that the documents evidencing any contribution and transfer of any Seller IP pursuant to the foregoing provisions of this Section 7.20 shall be in forms similar to those set forth in Exhibit D hereto.    The Seller shall provide the Buyer with drafts of documents evidencing any contribution and transfer to the Seller pursuant to this Section 7.20 at least two (2) Business Days prior to the execution thereof and shall consider any reasonable comments thereto proposed by the Buyer in good faith.    For the avoidance of doubt, this Section 7.20 is not intended to, and shall not (i) modify the scope of the Purchased Assets, the Assumed Liabilities, the Excluded Assets and/or the Excluded Liabilities under this Agreement or (ii) adversely affect, in any material respect, the Buyer's rights under this Agreement.

Section 7.21    Reservation of Rights.    Notwithstanding anything to the contrary in this Agreement, but subject to the other provisions of this Section 7.21, each of the Selling Entities, the Buyer and their respective Affiliates reserves the right to take the position against the Excluded Parties or other unaffiliated third parties that the Excluded Assets (including Intellectual Property) of the Excluded Parties are owned by Persons other than the Excluded Parties.    Nothing in this Agreement shall, vis-à-vis the Excluded Parties or other unaffiliated third parties, (a) limit the ability of any of the Selling Entities, the Buyer or their respective Affiliates to take the position that the Excluded Parties do not own the Excluded Assets or (b) be interpreted as an admission or acknowledgement that the Excluded Parties do own any Excluded Assets.    Notwithstanding anything to the contrary herein, the Parties acknowledge and agree that Seller IP shall not be deemed to include any Intellectual Property held in the name of, or purported to be owned by, any of the Excluded Parties; *provided* that, to the extent that any Person is successful in enforcing against the Excluded Parties the position that the Excluded Parties do not own certain Intellectual Property treated as Excluded Assets hereunder and such items of Intellectual Property would have been Seller IP if such determination was in effect prior to the Closing, then, and only then, any such Intellectual Property shall be deemed to be Purchased Assets hereunder.    For purposes of this Section 7.21, "unaffiliated third parties" shall mean Persons who are not parties to this Agreement and who are not Affiliates (other than the Excluded Parties) of any Party; *provided*, in no event shall any Excluded Party be deemed an "unaffiliated third party" for purposes of this Section 7.21.

Section 7.22    Vehicle Loans.    At or reasonably promptly following the Closing, the applicable Selling Entities shall, using a portion of the Cash Purchase Price paid by the Buyer to the Seller hereunder, make payments to pay in full all principal and interest under the loan agreements, financing agreements or lease agreements with respect to the vehicles that constitute the Purchased Assets to the extent outstanding as of the Closing and, upon receipt of the title certificates to such vehicles from the applicable lienholder or lessor, as applicable, to deliver such title certificates to the Buyer.

Section 7.23    Ratification.    In the event that the Buyer submits a request in writing to the applicable Selling Entity, in each case, by no later than 5:00 p.m., Eastern Time on Thursday, July 6, 2023, then, such Selling Entity shall deliver to the Buyer prior to or at the Closing, an unanimous written consent of the board of directors or board of managers, as applicable, of such Selling Entity pursuant to which such board of directors or board of managers, as applicable, ratifies the chapter 11 filing by such Selling Entity in connection with the Bankruptcy Case and such Selling Entity's consummation of the Transactions.

# ARTICLE VIII
# CONDITIONS TO CLOSING

Section 8.1    Conditions to Each Party's Obligations to Effect the Closing.    The respective obligations of each Party to consummate the Closing shall be subject to the satisfaction or, to the extent permitted by applicable Law, waiver in a joint writing by the Buyer and the Seller, at or prior to the Closing, of the following conditions:

(a)    (i) no Law or Order shall have been enacted, entered, promulgated, adopted, issued or enforced by the Bankruptcy Court or any other Governmental Authority having competent jurisdiction that is then in effect and has the effect of making the transactions contemplated by this Agreement illegal or otherwise prohibiting, restraining or enjoining the consummation of the transactions contemplated hereby, (ii) no temporary restraining order, preliminary or permanent injunction or other Order issued by any court of competent jurisdiction or other similar legal restraint shall be in effect that has the effect of prohibiting, restraining, enjoining or otherwise making illegal the consummation of any of the transactions contemplated by this Agreement and (iii) there shall be no pending or threatened Governmental Authority investigation under the Regulatory Laws of any of the transactions contemplated by this Agreement;

(b)    the HSR Act waiting period (including any extensions thereof) shall have expired or been terminated and no temporary restraining Order, preliminary or permanent injunction or other Order issued by any court of competent jurisdiction at the request of the FTC or the DOJ shall be in effect that has the effect of enjoining, prohibiting, restraining, or otherwise making illegal the consummation of any of the Transactions (together, the "Regulatory Clearance");

(c)    the Bankruptcy Court shall have entered a Sale Order and such Sale Order shall be a Final Order; and

(d)    the Bankruptcy Court shall have entered the 9019 Order.

Section 8.2     Conditions to Obligations of the Buyer.   The obligation of the Buyer to consummate the Closing shall be subject to the satisfaction or, to the extent permitted by applicable Law, waiver at or prior to the Closing of the following additional conditions:

(a)     the Selling Entities shall have performed and complied in all material respects with the covenants contained in this Agreement which are required to be performed and complied with by the Selling Entities on or prior to the Closing Date;

(b)     (i) the representations and warranties of the Selling Entities set forth in Article V (other than the Seller Fundamental Representations and Section 5.7(a) (*Absence of Certain Developments*)), disregarding for these purposes any exception in such representations and warranties relating to materiality or a Material Adverse Effect, shall be true and correct as of the date of this Agreement and as of the Closing Date as though made at and as of the Closing Date (except for those representations and warranties which address matters only as of an earlier date in which case such representation or warranty shall have been true and correct as of such earlier date), except for such failures to be true and correct as would not have a Material Adverse Effect, (ii) the representations and warranties set forth in Section 5.1 (*Organization, Standing and Corporate Power*), Section 5.2 (*Authority; Execution and Delivery; Enforceability*), Section 5.3(a)(i) (*No Conflicts*) and Section 5.17 (*Brokers*) (collectively, the "Seller Fundamental Representations"), disregarding for these purposes any exception in such representations and warranties relating to materiality or a Material Adverse Effect, shall be true and correct in all respects, except for any de minimis breaches or inaccuracies, as of the date of this Agreement and as of the Closing Date as though made at and as of the Closing Date (except for those representations and warranties which address matters only as of an earlier date in which case such representation or warranty shall have been true and correct as of such earlier date), and (iii) the representations and warranties set forth in Section 5.7(a) (*Absence of Certain Developments*) shall be true and correct in all respects as of the date of this Agreement and as of the Closing Date as though made at and as of the Closing Date;

(c)     the Buyer shall have received a certificate from an officer of the Seller, solely in such individual's capacity as an officer of the Seller, to the effect that the conditions set forth in Section 8.2(a) and Section 8.2(b) have been satisfied;

(d)     the Buyer shall have received the other items to be delivered to it pursuant to Section 4.2; and

(e)     the Bankruptcy Court shall have entered a Sale Order and such Sale Order shall be a Final Order.

Any condition specified in this Section 8.2 may be waived by the Buyer; *provided, however*, that no such waiver shall be effective against the Buyer unless it is set forth in a writing executed by the Buyer.

Section 8.3     Conditions to Obligations of the Selling Entities.   The obligation of the Selling Entities to consummate the Closing shall be subject to the satisfaction or, to the extent permitted by applicable Law, waiver at or prior to the Closing of the following additional conditions:

(a)    the Buyer shall have performed and complied in all material respects with the covenants and agreements contained in this Agreement which are required to be performed and complied with by the Buyer on or prior to the Closing Date;

(b)    (i) the representations and warranties of the Buyer set forth in Article VI (other than the Buyer Fundamental Representations), disregarding for these purposes any exception in such representations and warranties relating to materiality, shall be true and correct as of the date of this Agreement and as of the Closing Date as though made at and as of the Closing Date (except for those representations and warranties which address matters only as of an earlier date in which case such representation or warranty shall have been true and correct as of such earlier date), except for such failures to be true and correct as would not have a material adverse effect on the Buyer or its ability to consummate the Transactions, and (ii) the representations and warranties set forth in Section 6.1 (*Organization and Good Standing*), Section 6.2 (*Authority Relative to this Agreement*), Section 6.3(a)(i) (*No Violation; Consents*) and Section 6.5 (*Brokers*) (collectively, the "Buyer Fundamental Representations"), disregarding for these purposes any exception in such representations and warranties relating to materiality, shall be true and correct in all respects, except for any de minimis breaches or inaccuracies, as of the date of this Agreement and as of the Closing Date as though made at and as of the Closing Date (except for those representations and warranties which address matters only as of an earlier date in which case such representation or warranty shall have been true and correct as of such earlier date);

(c)    the Seller shall have received a certificate from an officer of the Buyer, solely in such individual's capacity as an officer of the Buyer, to the effect that the conditions set forth in Section 8.3(a) and Section 8.3(b) have been satisfied;

(d)    the Bankruptcy Court shall have entered a Sale Order and such Sale Order shall be a Final Order; and

(e)    the Seller shall have received the other items to be delivered to it pursuant to Section 4.3.

Any condition specified in this Section 8.3 may be waived by the Seller; *provided*, *however*, that no such waiver shall be effective against the Seller unless it is set forth in a writing executed by the Seller.

Section 8.4    Frustration of Closing Conditions. None of the Selling Entities or the Buyer may rely on or assert the failure of any condition set forth in Article VIII to be satisfied if such failure was proximately or primarily caused by such Party's failure to comply with this Agreement in all material respects.

## ARTICLE IX
## TERMINATION; WAIVER

Section 9.1    Termination. This Agreement may be terminated at any time prior to the Closing by:

(a)    mutual written consent of the Seller and the Buyer;

(b)      the Seller or the Buyer, if (i) there shall be any applicable Law that makes consummation of the Transactions illegal or otherwise prohibited, or (ii) consummation of the Transactions would violate any nonappealable final Order, decree or judgment of the Bankruptcy Court or any other Governmental Authority having competent jurisdiction; *provided*, that no termination may be made by a Party under this <u>Section 9.1(b)</u> if such Party is then in material breach of any of its representations, warranties, covenants or agreements hereunder such that the conditions set forth in <u>Article VIII</u> would not then be satisfied;

(c)      the Buyer, if the Sale Order is not entered by July 14, 2023; *provided*, that no termination may be made by the Buyer under this <u>Section 9.1(c)</u> if the Buyer is in material breach of any of its representation, warranties, covenants or agreements hereunder;

(d)      the Seller, if:

(i)      any of the representations and warranties of the Buyer contained in <u>Article VI</u> shall be inaccurate such that the condition set forth in <u>Section 8.3(b)</u> would not then be satisfied; or

(ii)      the Buyer shall have failed to perform or comply with any of the covenants or agreements contained in this Agreement to be performed and complied with by the Buyer prior to the Closing Date, such that the condition set forth in <u>Section 8.3(a)</u> would not then be satisfied;

*provided, however*, that if an inaccuracy in any of the representations and warranties of the Buyer or a failure to perform or comply with a covenant or agreement by the Buyer is curable by the Buyer within ten (10) Business Days after the date of written notice from the Seller to the Buyer of the occurrence of such inaccuracy or failure, then the Seller may not terminate this Agreement under this <u>Section 9.1(d)</u> on account of such inaccuracy or failure (x) prior to the earlier of (1) the date that is ten (10) Business Days following the delivery of such written notice to the Buyer and (2) the Outside Date or (y) if such inaccuracy or failure shall have been fully cured (1) during such ten (10) Business Day period or (2) if the Outside Date occurs prior to the end of such ten (10) Business Day period, on or prior to the Outside Date; *provided, further*, that no termination may be made by the Seller under this <u>Section 9.1(d)</u> if the Seller is in material breach of any of its representations, warranties, covenants or agreements hereunder;

(e)      the Buyer, if:

(i)      any of the representations and warranties of the Selling Entities contained in <u>Article V</u> shall be inaccurate such that the condition set forth in <u>Section 8.2(b)</u> would not then be satisfied; or

(ii)      the Selling Entities shall have failed to perform or comply with any of the covenants or agreements contained in this Agreement to be performed and complied with by the Selling Entities prior to the Closing Date, such that the condition set forth in <u>Section 8.2(a)</u> would not then be satisfied;

*provided, however*, that if an inaccuracy in any of the representations and warranties of the Selling Entities or a failure to perform or comply with a covenant or agreement by any of the Selling Entities is curable by it within ten (10) Business Days after the date of written notice from the Buyer to the Seller of the occurrence of such inaccuracy or failure, then the Buyer may not terminate this Agreement under this <u>Section 9.1(e)</u> on account of such inaccuracy or failure (x) prior to the earlier of (1) the date that is ten (10) Business Days following the delivery of such written notice to the Seller and (2) the Outside Date or (y) if such inaccuracy or failure shall have been fully cured (1) during such ten (10) Business Day period or (2) if the Outside Date occurs prior to the end of such ten (10) Business Day period, on or prior to the Outside Date; *provided, further*, that no termination may be made by the Buyer under this <u>Section 9.1(e)</u> if the Buyer is in material breach of any of its representations, warranties, covenants or agreements hereunder;

(f)        the Buyer, if the Bankruptcy Case is dismissed or converted to a case under Chapter 7 of the Bankruptcy Code and neither such dismissal nor conversion expressly contemplates the Transactions; *provided*, that no termination may be made by the Buyer under this <u>Section 9.1(f)</u> if the Buyer is in material breach of any of its representations, warranties, covenants or agreements hereunder;

(g)        (i) automatic effect and without the need for further action by Seller or Buyer, if the Regulatory Clearance has not been obtained and the condition set forth in <u>Section 8.1(b)</u> has not been satisfied by 11:59 p.m. Eastern Time on June 30, 2023, unless Buyer and Seller, in their respective sole discretion, mutually elect in writing to extend such deadline, or (ii) the Buyer or the Seller, if the Closing has not occurred within seventeen (17) days after entry of the Sale Order and, in any event, by August 3, 2023 (such date set forth in this clause (ii) the "<u>Outside Date</u>"); *provided*, that the right to terminate this Agreement under clause (ii), under this <u>Section 9.1(g)</u> shall not be available to any Party if such Party is then in material breach of any of its representations, warranties, covenants or agreements hereunder such that the conditions set forth in <u>Article VIII</u> would not then be satisfied;

(h)        the Buyer or the Seller, if (i) in the case of the Seller being the terminating Party, all of the conditions set forth in <u>Section 8.1</u> and <u>Section 8.2</u>, and in the case of the Buyer being the terminating Party, all of the conditions set forth in <u>Section 8.1</u> and <u>Section 8.3</u>, have been satisfied or waived (other than those conditions to Closing that by their terms or their nature are to be satisfied at the Closing, but subject to such conditions being satisfied assuming a Closing would occur), (ii) the Buyer or the Seller, as applicable, has confirmed in writing that it is ready, willing and able to consummate the Closing, and (iii) the other Party has failed to consummate the Closing by the date the Closing is required to have occurred pursuant to <u>Section 4.1</u>; *provided*, that no termination may be made by a Party under this <u>Section 9.1(h)</u> if such Party is in material breach of any of its representations, warranties, covenants or agreements hereunder;

(i)        the Buyer by written notice to the Seller within two (2) Business Days following the occurrence of a Specified Event; *provided*, that no termination may be made by the Buyer under this <u>Section 9.1(i)</u> if the Buyer is in material breach of any of its representations, warranties, covenants or agreements hereunder; *provided, further*, that if such written notice is not received by the Seller prior to such deadline specified in this <u>Section 9.1(i)</u>, the Buyer's right to

terminate this Agreement pursuant to this Section 9.1(i) shall be automatically and irrevocably waived;

(j)       the Buyer by written notice to Seller within two (2) Business Days following any issuance by the Bankruptcy Court of a stay of the Sale Order after the entry of the Sale Order; *provided*, that no termination may be made by the Buyer under this Section 9.1(j) if the Buyer is in material breach of any of its representations, warranties, covenants or agreements hereunder; *provided, further*, that if such written notice is not received by the Seller prior to such deadline specified in this Section 9.1(j), the Buyer's right to terminate this Agreement pursuant to this Section 9.1(j) shall be automatically and irrevocably waived; or

(k)       the Buyer or the Seller, if (i) the DIP Lenders fail to forbear from exercising any remedies relating to the DIP Obligations through the Closing Date or to fund the Selling Entities through the entry of the Sale Order or (ii) if the Buyer, the Selling Entities, and the DIP Lenders do not agree upon a financing arrangement that will allow the Selling Entities' operations to continue in the Ordinary Course of Business through the Closing Date, which financing arrangement provides for financing of the Selling Entities' operations based upon the budget attached in Section 9.1(k) of the Seller Disclosure Schedules; *provided*, that no termination may be made by any Party under this Section 9.1(k) if such Party is in material breach of any of its representations, warranties, covenants or agreements hereunder.

Section 9.2       Procedure and Effect of Termination.  In the event of termination of this Agreement by either the Seller or the Buyer pursuant to Section 9.1, written notice thereof shall forthwith be given by the terminating Party to the other Party and this Agreement shall terminate and the transactions contemplated hereby shall be abandoned, without further action by any of the Parties; *provided, however*, that (a) neither Party shall be relieved of, or released from, any Liability arising from any Willful Breach by such Party prior to the termination of this Agreement pursuant to this Article IX, except in the event that Buyer has timely and validly exercised its rights hereunder to terminate this Agreement solely pursuant to a Specified Termination (and not with respect to a Buyer Default Termination or any other scenario, event, fact or circumstance), with respect to which receipt of the Specified Termination Amount is Seller's and the Selling Entities' exclusive remedy pursuant to Section 3.2 hereof, (b) no Party shall be relieved of, or released from, any Liability arising from Fraud by such Party, and (c) this Section 9.2, Section 3.2, Section 7.4 and Article X and the Confidentiality Agreement shall remain in full force and effect and survive any termination of this Agreement.  For the avoidance of all doubt, the Buyer and the Selling Entities hereby expressly agree that to the extent of any inconsistency between the terms and provisions of this Agreement and those of any bid procedures or other order of the Bankruptcy Court in the Bankruptcy Case regarding the handling and disposition of the Deposit, the terms and provisions of this Agreement shall govern and control.  For purposes of this Agreement, "Willful Breach" means with respect to any breaches of, or failures to perform, any of the representations, warranties, covenants, obligations or agreements contained herein, a material breach that is a consequence of an act or failure to act undertaken by the breaching Person with knowledge that such Person's act or failure to act would, or would reasonably be expected to, result in or constitute a material breach of this Agreement.

Section 9.3       Extension; Waiver.  At any time prior to the Closing, the Seller (on behalf of each of the Selling Entities), on the one hand, or the Buyer, on the other hand, may, to the extent

permitted by applicable Law (a) extend the time for the performance of any of the obligations or other acts of the Buyer (in the case of an agreed extension by the Seller) or the Seller (in the case of an agreed extension by the Buyer), (b) waive any inaccuracies in the representations and warranties of the Buyer (in the case of a wavier by the Seller) or the Seller (in the case of a waiver by the Buyer) contained herein or in any document delivered pursuant hereto, (c) waive compliance with any of the agreements of the Buyer (in the case of a wavier by the Seller) or the Seller (in the case of a waiver by the Buyer) contained herein, or (d) waive any condition to its obligations hereunder.  Any agreement on the part of the Seller, on the one hand, or the Buyer, on the other hand, to any such extension or waiver shall be valid only if set forth in a written instrument signed on behalf of the Seller or the Buyer, as applicable.  The failure or delay of any Party to assert any of its rights under this Agreement or otherwise shall not constitute a waiver of those rights, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise of any rights hereunder.

## ARTICLE X
## MISCELLANEOUS PROVISIONS

Section 10.1    Amendment and Modification.  This Agreement may be amended, modified or supplemented only by a written instrument signed by the Seller, on behalf of each of the Selling Entities, and the Buyer.

Section 10.2    Survival.  None of the representations and warranties of the Parties in this Agreement, in any instrument delivered pursuant to this Agreement, or in the Schedules or Exhibits attached hereto shall survive the Closing, and no Party hereto shall, or shall be entitled to, make any claim or initiate any action against any other Party with respect to any such representation or warranty from or after the Closing.  None of the covenants or agreements of the Parties in this Agreement shall survive the Closing, and no Party hereto shall, or shall be entitled to, make any claim or initiate any action against any other Party with respect to any such covenant or agreement from or after the Closing, other than (a) the covenants and agreements of the Parties contained in this Article X, Section 3.2 and Section 3.3, which shall survive the consummation of the Transactions until fully performed in accordance with their respective terms, (b) those other covenants and agreements contained herein that by their terms apply, or that are to be performed in whole or in part, after the Closing, which shall survive the consummation of the Transactions until fully performed in accordance with their respective terms, (c) any rights or remedies of any Person for breach of any such surviving covenant or agreement and (d) any Liability on account of Fraud.

Section 10.3    Notices.  All notices or other communications required or permitted under, or otherwise made in connection with, this Agreement shall be in writing and shall be deemed to have been duly given or made (a) when delivered in person, (b) when sent if delivered or transmitted by email (*provided*, no "bounce back" or notice of non-delivery is generated), (c) upon receipt after dispatch by registered or certified mail, postage prepaid, or (d) on the next Business Day if transmitted by national overnight courier (with confirmation of delivery), in each case, addressed as follows:

(a)    If to any Selling Entity or the Selling Entities, to:

Vital Pharmaceuticals, Inc.
1600 N Park Drive
Weston, FL 33326
Attention:      Gregg Metzger
                John Didonato
Email: gregg.metzger@bangenergy.com
        jdidonato@hgc.com

with a mandated copy (which shall not constitute notice) to:

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attention:      Andrew Sorkin
                Daniel Mun
                Caroline Reckler
Email: andrew.sorkin@lw.com
        daniel.mun@lw.com
        caroline.reckler@lw.com

(b)     If to the Buyer, to:

Monster Energy Company
1 Monster Way
Corona, California 92879
Attention:  Aaron P. Sonnhalter, Sr. Vice President
Email:  aaron.sonnhalter@monsterenergy.com

with a mandated copy (which shall not constitute notice) to:

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Attention:      Richard M. Pachulski
                Teddy Kapur
Email: rpachulski@pszjlaw.com
        tkapur@pszjlaw.com

Section 10.4    Assignment.    Neither this Agreement nor any of the rights, interests or obligations hereunder shall be assigned by any Party (whether by operation of law or otherwise) without the prior written consent of the other Parties, and any such assignment shall be null and void; *provided*, *however*, that nothing in this Agreement shall limit the right of the Buyer to assign its rights or delegate its responsibilities, liabilities and obligations under this Agreement in whole or in part to any Affiliate of the Buyer or to assign, license, transfer, or otherwise dispose of any of the Seller IP and other Purchased Assets in any manner in its sole discretion; *provided, further*, that no such assignment shall be permitted to the extent it would subject any amounts payable to the Seller or any other Selling Entities in connection with this Agreement to any incremental

withholding or other Tax that would be borne by the Seller, the other Selling Entities or their respective Affiliates or direct or indirect equity holders.  No assignment by any Party shall relieve such Party of any of its obligations hereunder.  Any attempted or purported assignment in violation of this Section 10.4 will be deemed void *ab initio*.  Subject to the foregoing, this Agreement and all of the provisions hereof shall be binding upon, inure to the benefit of and be enforceable by the Parties and their respective successors and permitted assigns, including, in the case of the Selling Entities, the trustee in the Bankruptcy Case. For the avoidance of all doubt, nothing in this Section 10.4 or elsewhere in this Agreement shall, but subject in all respects to the second proviso to the first sentence of this Section 10.4) be deemed to restrict or prohibit the Buyer from, in the Buyer's sole discretion, designating an Affiliate(s) to take title to the Purchased Assets (or any portion(s) thereof).

Section 10.5    Severability.  If any term or other provision of this Agreement is invalid, illegal or incapable of being enforced by any rule of Law or public policy, all other terms, conditions and provisions of this Agreement shall nevertheless remain in full force and effect so long as the economic or legal substance of the transactions contemplated hereby is not affected in any manner materially adverse to any Party.  Upon a determination that any term or other provision of this Agreement is invalid, illegal or incapable of being enforced, the Parties shall negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the fullest extent possible.

Section 10.6    Governing Law.  Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement, and all claims and causes of action arising out of, based upon, or related to this Agreement or the negotiation, execution or performance hereof, shall be governed by, and construed, interpreted and enforced in accordance with, the Laws of the State of Delaware, without regard to choice or conflict of law principles that would result in the application of any Laws other than the Laws of the State of Delaware.  Notwithstanding the foregoing or anything to the contrary herein, this Section 10.6 shall not apply to the California District Court Action, the OBI/Monster Matter, the Trade Secret Matters, the VPX Florida Matters, the Orange Bang Trademark License Action, and/or any litigation or other Proceeding involving a Buyer Releasing Party and a Seller Releasing Party that is currently pending in any jurisdiction or other forum as of the date of this Agreement.

Section 10.7    Acknowledgement and Release; Non-Recourse.

(a)    The Buyer acknowledges that the Selling Entities are the sole Persons bound by, or liable with respect to, the obligations and Liabilities of the Selling Entities under this Agreement and the other Transaction Documents, and that no Affiliate of any Selling Entity or any of their respective subsidiaries or any current or former officer, director, stockholder, agent, attorney, employee, representative, advisor or consultant of any Selling Entity or any such other Person shall be bound by, or liable with respect to, any aspect of this Agreement and the other Transaction Documents; *provided, however*, that no Person shall be relieved of, or released from, any Liability arising from Fraud by such Person.  Each of the Selling Entities acknowledges that the Buyer is the sole Persons bound by, or liable with respect to, the obligations and Liabilities of the Buyer under this Agreement and the other Transaction Documents, and that no Affiliate of the Buyer or any of their respective subsidiaries or any current or former officer, director, stockholder,

agent, attorney, employee, representative, advisor or consultant of the Buyer or any such other Person shall be bound by, or liable with respect to, any aspect of this Agreement and the other Transaction Documents; *provided*, *however*, that no Person shall be relieved of, or released from, any Liability arising from Fraud by such Person. This Agreement may only be enforced against, and any claims or causes of action that may be based upon, arise out of or relate to this Agreement, or the negotiation, execution or performance of this Agreement may only be made against the entities that are expressly identified as parties hereto and no other Person that is not a party hereto shall have any liability for any Liabilities of the parties to this Agreement or for any claim (whether in tort, contract or otherwise) based on, in respect of, or by reason of, the Transactions or in respect of any oral representations made or alleged to be made in connection herewith. In no event shall any party hereto or any of its Affiliates, and the Parties hereby agree not to and to cause their respective Affiliates (in the case of the Selling Entities, other than any Excluded Parties) not to, seek to enforce this Agreement against, make any claims for breach of this Agreement against, or seek to recover monetary damages from, any Person not a party to this Agreement.

(b)     Notwithstanding anything to the contrary herein or otherwise, each beneficiary of this Section 10.7 shall be an express third party beneficiary of this Section 10.7 with the full power to enforce the terms of this Section 10.7 as if it were a party to this Agreement for such purpose.

Section 10.8     Submission to Jurisdiction; WAIVER OF JURY TRIAL.

(a)     Any action, claim, suit or Proceeding arising out of, based upon or relating to this Agreement or the transactions contemplated hereby shall be brought solely in the Bankruptcy Court (or any court exercising appellate jurisdiction over the Bankruptcy Court). Each Party hereby irrevocably submits to the exclusive jurisdiction of the Bankruptcy Court (or any court exercising appellate jurisdiction over the Bankruptcy Court) in respect of any action, claim, suit or Proceeding arising out of, based upon or relating to this Agreement or any of the rights and obligations arising hereunder, and agrees that it will not bring any action arising out of, based upon or related thereto in any other court; *provided*, *however*, that, if the Bankruptcy Case is closed or dismissed, any action, claim, suit or Proceeding arising out of, based upon or relating to this Agreement or the Transactions shall be heard and determined solely in a state or federal court located in the State of Delaware and any state appellate court therefrom within the State of Delaware. Each Party hereby irrevocably waives, and agrees not to assert as a defense, counterclaim or otherwise, in any such action, claim, suit or Proceeding, (a) any claim that it is not personally subject to the jurisdiction of the above named courts for any reason other than the failure to serve process in accordance with Section 10.3, (b) any claim that it or its property is exempt or immune from jurisdiction of any such court or from any legal process commenced in such courts (whether through service of notice, attachment prior to judgment, attachment in aid of execution of judgment, execution of judgment or otherwise) and (c) to the fullest extent permitted by applicable Law, any claim that (i) the suit, action or Proceeding in such court is brought in an inconvenient forum, (ii) the venue of such suit, action or Proceeding is improper or (iii) this Agreement or any other agreement or instrument contemplated hereby or entered into in connection herewith, or the subject matter hereof or thereof, may not be enforced in or by such courts. Each Party agrees that notice or the service of process in any action, claim, suit or Proceeding arising out of, based upon or relating to this Agreement or any of the rights and obligations arising hereunder or thereunder, shall be properly served or delivered if delivered in

the manner contemplated by Section 10.3. Notwithstanding anything to the contrary, the foregoing shall not limit the right to pursue actions, claims, counter-claims or other challenges before the US Patent and Trademark Office, U.S. Trademark Trial and Appeal Board, WIPO, any IP office globally, or any similar administrative forum or tribunal in the U.S. or in foreign jurisdictions, including any appeals thereto, at the Federal Circuit or other administrative forum or court, or to pursue takedowns via any website. Notwithstanding the foregoing or anything to the contrary herein, this Section 10.8(a) shall not apply to, and nothing contained in this Agreement (or any other agreement or as a condition to acquiring any of the Purchased Assets) shall affect the governing law, jurisdiction, venue and forum of, the California District Court Action, the OBI/Monster Matter, the Trade Secret Matters, the VPX Florida Matters, the Orange Bang Trademark License Action, and/or any litigation or other Proceeding involving a Buyer Releasing Party and a Seller Releasing Party that is currently pending in any jurisdiction or other forum as of the date of this Agreement.

(b)    EACH OF THE PARTIES HERETO IRREVOCABLY WAIVES TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW ANY AND ALL RIGHT SUCH PARTY MAY HAVE TO TRIAL BY JURY IN ANY ACTION, CLAIM, SUIT OR PROCEEDING (WHETHER BASED IN CONTRACT, TORT OR OTHERWISE) BETWEEN THE PARTIES HERETO ARISING OUT OF, BASED UPON OR RELATING TO THIS AGREEMENT OR THE OTHER TRANSACTION DOCUMENTS OR THE NEGOTIATION, EXECUTION OR PERFORMANCE HEREOF OR THEREOF. Notwithstanding the foregoing or anything to the contrary herein, this Section 10.8(b) shall not apply to the California District Court Action, the OBI/Monster Matter, the Trade Secret Matters, the VPX Florida Matters, the Orange Bang Trademark License Action, and/or any litigation or other Proceeding involving a Buyer Releasing Party and a Seller Releasing Party that is currently pending in any jurisdiction or other forum as of the date of this Agreement.

Section 10.9    Counterparts. This Agreement, the agreements referred to herein, and each other agreement or instrument entered into in connection herewith or therewith or contemplated hereby or thereby, and any amendments hereto or thereto, to the extent signed and delivered by means of a photographic, photostatic, facsimile, portable document format (.pdf), DocuSign, electronic signature or similar reproduction of such signed writing using a facsimile machine or electronic mail shall be treated in all manner and respects as an original agreement or instrument and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in person. No party hereto or to any such agreement or instrument shall raise the use of a facsimile machine or electronic mail to deliver a signature or the fact that any signature or agreement or instrument was transmitted or communicated through the use of a facsimile machine or electronic mail or that any signature is in facsimile or electronic format (including .pdf or DocuSign) as a defense to the formation or enforceability of a contract and each such party forever waives any such defense. To the extent that any such signature is considered not acceptable by any authority or governmental body, the Parties agree to re-execute any such agreements in a manner acceptable to such authority or governmental body.

Section 10.10 Incorporation of Schedules and Exhibits. All Schedules, the Seller Disclosure Schedule and all Exhibits attached hereto and referred to herein are hereby incorporated herein by reference and made a part of this Agreement for all purposes as if fully set forth herein.

Section 10.11 <u>Entire Agreement</u>.  This Agreement (including all Schedules, the Seller Disclosure Schedule and all Exhibits), the Confidentiality Agreement and the other Transaction Documents constitute the entire agreement among the Parties with respect to the subject matter hereof and supersede all prior agreements and understandings among the Parties with respect thereto, *provided* that (i) the Confidentiality Agreement shall automatically terminate as of the Closing and (ii) to the extent that any other provision of this Agreement (including Section 7.3 hereof) conflicts with any term or provision of the Confidentiality Agreement, such other provision of this Agreement shall govern and control.

Section 10.12 <u>Specific Performance</u>.

(a)     The Selling Entities agree that irreparable damage may occur in the event that any provision of this Agreement is not performed in accordance with its specific terms or was otherwise breached and that monetary damages may not be an adequate remedy for any breach or threatened breach of any of the provisions of this Agreement.  It is accordingly agreed that (i) the Buyer shall be entitled to an injunction or injunctions to prevent breaches of this Agreement and to enforce specifically the terms and provisions of this Agreement, and any such injunction shall be in addition to any other remedy to which the Buyer is entitled, at law or in equity, (ii) the Selling Entities waive any requirement for the securing or posting of any bond in connection with the obtaining of any specific performance or injunctive relief and (iii) the Selling Entities will waive, in any action for specific performance, the defense of adequacy of a remedy at Law.  The Buyer's pursuit of specific performance at any time will not be deemed an election of remedies or waiver of the right to pursue any other right or remedy to which the Buyer may be entitled, including the right to pursue remedies for liabilities or damages incurred or suffered by the Buyer in the case of a breach of this Agreement.

(b)     The Buyer agrees that irreparable damage may occur in the event that any provision of this Agreement is not performed in accordance with its specific terms or was otherwise breached and that monetary damages may not be an adequate remedy for any breach or threatened breach of any of the provisions of this Agreement.  It is accordingly agreed that (i) the Selling Entities shall be entitled to an injunction or injunctions to prevent breaches of this Agreement and to enforce specifically the terms and provisions of this Agreement, and any such injunction shall be in addition to any other remedy to which the Selling Entities are entitled, at law or in equity, (ii) the Buyer waives any requirement for the securing or posting of any bond in connection with the obtaining of any specific performance or injunctive relief and (iii) the Buyer will waive, in any action for specific performance, the defense of adequacy of a remedy at Law. The Selling Entities' pursuit of specific performance at any time will not be deemed an election of remedies or waiver of the right to pursue any other right or remedy to which the Selling Entities may be entitled, including the right to pursue remedies for liabilities or damages incurred or suffered by the Selling Entities in the case of a breach of this Agreement.

Section 10.13 <u>Bulk Sales or Transfer Laws</u>. Each of the Parties hereby waives compliance with the provisions of the bulk sales, bulk transfers, or similar Laws of all applicable jurisdictions that may be applicable to the sale of the Purchased Assets under this Agreement.

Section 10.14 <u>Seller Disclosure Schedule</u>.  The Seller Disclosure Schedule has been arranged for purposes of convenience in separately numbered sections corresponding to the

sections of this Agreement, and it is expressly understood and agreed that (a) the disclosure of any fact or item in any section of the Seller Disclosure Schedule shall be deemed disclosure with respect to any other Section or subsection of the Seller Disclosure Schedule to the extent the applicability of the disclosure to such other Section or subsection is reasonably apparent on the face of such disclosure without the need for a cross-reference, (b) the disclosure of any matter or item in the Seller Disclosure Schedule shall not be deemed to constitute an acknowledgement that such matter or item is required to be disclosed therein, (c) the mere inclusion of an item in the Seller Disclosure Schedule as an exception to a representation or warranty shall not be deemed an admission that such item represents a material exception, any violation of Law or breach of Contract or material fact, event or circumstance or that such item has had or would be reasonably likely to have a Material Adverse Effect, (d) the information and disclosures contained therein shall not be construed or otherwise deemed to constitute, any representation, warranty, covenant or obligation of the Selling Entities or any other Person except to the extent explicitly provided in this Agreement, and (e) the disclosures set forth in the Seller Disclosure Schedule shall not be deemed to expand the scope of any, or create any new, representation, warranty, covenant or agreement set forth herein.  The specification of any dollar amount or the inclusion of any item in the representations and warranties contained in this Agreement, the Seller Disclosure Schedule or the attached exhibits is not intended to imply that the amounts, or higher or lower amounts, or the items so included, or other items, are or are not required to be disclosed (including whether such amounts or items are required to be disclosed as material or threatened) or are within or outside of the Ordinary Course of Business, and neither Party will use the fact of the setting of the amounts or the fact of the inclusion of any item in this Agreement, the Schedules or exhibits in any dispute or controversy between the Parties as to whether any obligation, item or matter not set forth or included in this Agreement, the Seller Disclosure Schedule or Exhibits hereto is or is not required to be disclosed (including whether the amount or items are required to be disclosed as material or threatened) or are within or outside of the Ordinary Course of Business.  The information contained in this Agreement, in the Seller Disclosure Schedule and Exhibits hereto is disclosed solely for purposes of this Agreement.  The Selling Entities may (but shall not be obligated to), with the consent of the Buyer in its sole discretion, supplement or amend the Seller Disclosure Schedule to reflect (i) any fact, event or condition arising after the date hereof and prior to the Closing which, if existing or occurring as of the date of this Agreement, would have been required to be described in the Seller Disclosure Schedule in order to avoid any representation or warranty of the Selling Entities contained in this Agreement from being untrue or inaccurate and (ii) any fact, event or condition which first became known to a Knowledge party of any Selling Entity listed in clause (b) of the definition of "Knowledge" after the date hereof which, if known to such person prior to the date of this Agreement, would have been required to be described in the Seller Disclosure Schedule in order to avoid any representation or warranty of the Selling Entities contained in this Agreement which is subject to the Knowledge of the Selling Entities or any other Selling Entity from being untrue or inaccurate.  To the extent that there are any additional Purchased Assets, Excluded Assets, Assumed Liabilities or Excluded Liabilities identified after the date of this Agreement, the Selling Entities and the Buyer shall work together in good faith to address any modifications, amendments, supplements or the like that may be required or appropriate to the Seller Disclosure Schedules in accordance with the other provisions hereof.

Section 10.15  Mutual Drafting; Headings; Information Made Available.  The Parties participated jointly in the negotiation and drafting of this Agreement and the language used in this Agreement shall be deemed to be the language chosen by the Parties to express their mutual intent.

If an ambiguity or question of intent or interpretation arises, then this Agreement will accordingly be construed as drafted jointly by the Parties, and no presumption or burden of proof will arise favoring or disfavoring any Party by virtue of the authorship of any of the provisions of this Agreement.  The descriptive headings and table of contents contained in this Agreement are included for convenience of reference only and shall not affect in any way the meaning or interpretation of this Agreement.  To the extent this Agreement refers to information or documents to be made available (or delivered or provided) to the Buyer or its Representatives, the Selling Entities shall be deemed to have satisfied such obligation if the Seller or any of its Representatives has made such information or document available (or delivered or provided such information or document) to the Buyer or any of its Representatives, whether in an electronic data room, via electronic mail, in hard copy format or otherwise.

Section 10.16  <u>Guarantee</u>.

(a)    Guarantor hereby irrevocably, absolutely and unconditionally guarantees the due, punctual and complete performance and payment (and not merely collection) in full of Buyer's obligations under this Agreement up to the Purchase Price as and when due and payable and as and when required to be performed pursuant to this Agreement (the "<u>Guaranteed Obligations</u>") and agrees that the Selling Entities shall be entitled to enforce directly against Guarantor any of the Guaranteed Obligations thirty (30) days after having made written demand of the Buyer.  Guarantor irrevocably expressly waives (i) any and all rights or defenses arising by reason of any applicable Law which would otherwise require any election of remedies by the Selling Entities, (ii) presentment to, demand of payment from and protest to any other Person of any of the Guaranteed Obligations, and also waives notice of acceptance of its guarantee and notice of protest for nonpayment not provided for in this <u>Section 10.16</u>, (iii) all defenses which may be available by virtue of any valuation, stay, moratorium or other similar applicable Law now or hereafter in effect, any right to require the marshaling of assets of the Buyer, Guarantor or any other Person interested in the Transactions, and all suretyship defenses generally, (iv) any and all rights or defenses arising by reason of any applicable Law which would otherwise require any election of remedies by any Selling Entity, (v) any requirement that the Selling Entities exhaust any right or take any action against the Buyer or any other Person, any collateral security or any other guarantor or surety, and (vi) any right to subrogation to any of the rights of the Buyer or any other Person against the Selling Entities, reimbursement, indemnification or contribution from the Selling Entities in respect of payments made by Guarantor hereunder or any other similar rights. The Guaranteed Obligations shall not be subject to any reduction, limitation, impairment or termination for any reason, including any claim of waiver, release, surrender, alteration or compromise, and shall not be subject to any defense or setoff, counterclaim, recoupment or termination whatsoever by reason of the invalidity, illegality or unenforceability of the Guaranteed Obligations.  Guarantor hereby agrees and acknowledges that its obligations hereunder shall not be released or discharged in whole or in part, or otherwise affected by (A) any change in the corporate existence, structure or ownership of the Buyer or Guarantor or any insolvency, bankruptcy, reorganization or other similar Proceeding of the Buyer or Guarantor or any of their respective former, current or future direct or indirect equity holder, controlling person, general or limited partner, officer, director, employee, investment professional, manager, stockholder, member, agent, Affiliate, assignee, representative or financing source of any of the foregoing (collectively, the "<u>Related Persons</u>") or affecting any of their respective assets, (B) any change in the manner, place or terms of payment or performance, or any change or extension of the time of

payment or performance of, renewal or alteration of, the Guaranteed Obligations, any liability incurred directly or indirectly in respect thereof, or any amendment or waiver in accordance with the terms and conditions of this Agreement or the documents entered into in connection therewith, in each case, made in accordance with the terms thereof, (C) the right by statute or otherwise to require any Selling Entity to institute suit against the Buyer or any of its Related Persons or to exhaust any rights and remedies which such Selling Entity has or may have against the Buyer or any of its Related Persons, (D) the failure or delay on the part of the Selling Entities to assert any claim or demand or to enforce any right or remedy against the Buyer or Guarantor, (E) the existence of any claim, set-off or other similar right which the Guarantor may have at any time against the Buyer or the Selling Entities or their respective Affiliates, whether in connection with the Guaranteed Obligations or otherwise, (F) the adequacy of any other means the Selling Entities may have of obtaining payment of the Guaranteed Obligations, (G) the value, genuineness, validity, regularity, illegality or enforceability (as it relates to the Buyer) of this Agreement or the Transaction Documents, or (H) any other act or omission that may in any manner or to any extent vary the risk of the Guarantor.  Notwithstanding any of the foregoing or anything else in this Section 10.16, nothing herein shall be deemed to waive or limit Guarantor's right or ability to assert as defenses to this guarantee any claims, defenses or other rights that the Buyer may have to the enforcement of Buyer's obligations under this Agreement. This guarantee shall be binding upon the successors and assigns of Guarantor and shall inure to the benefit of the Seller and its successors and assigns. In the event that Guarantor or any of its successors or assigns transfers or conveys in one transaction or a series of transactions all or substantially all of its assets to any Person, Guarantor shall cause proper provision to be made so that such successor or assign shall expressly assume this guarantee.

(b)     Guarantor represents and warrants the following as of the date hereof and as of the Closing:

(i)     Guarantor is a corporation, duly organized, validly existing and in good standing under the Laws of the State of Delaware and has all necessary power and authority to own, operate or lease the properties and assets now owned, operated or leased by it and to carry on its business as it has been and is currently conducted.

(ii)     Guarantor has all necessary corporate authority and legal capacity to enter into, deliver and perform this Agreement and each Transaction Document to which it is, or will be as of the Closing, a party, to carry out its obligations hereunder and thereunder and to consummate the Transaction. Guarantor is duly licensed or qualified to do business and is in good standing in each jurisdiction in which the properties owned or leased by it or the operation of its business makes such licensing or qualification necessary, except to the extent that the failure to be so licensed, qualified or in good standing would not adversely affect the ability of Guarantor to carry out its obligations under this Agreement and to consummate the Transaction. The execution and delivery of this Agreement and the Transaction Documents by Guarantor, the performance by Guarantor of its obligations hereunder and thereunder and the consummation by Guarantor of the Transactions have been duly authorized by all requisite action on the part of Guarantor. This Agreement has been duly executed and delivered by Guarantor, and (assuming due authorization, execution and delivery by the Selling Entities), Guarantor's obligations under this Section 10.16 constitutes the legal, valid and binding obligations of Guarantor,

enforceable against Guarantor in accordance with its terms, except as enforcement hereof may be limited by the General Enforceability Exceptions.

(iii)    Assuming that all applicable requirements of the HSR Act have been satisfied with respect to the Transactions, the execution, delivery and performance of this Agreement by Guarantor does not and will not (A) violate, conflict with or result in the breach of governing documents of Guarantor, (B) conflict with or violate any Law or Order applicable to Guarantor or its assets, properties or businesses, or (C) contravene or conflict with, result in any breach or violation of, constitute a default (or event which with the giving of notice or lapse of time, or both, would become a default) under, require any consent under, or give to others any rights of termination, amendment, acceleration, suspension, revocation or cancellation of, any Contract to which Guarantor is a party, except, in the case of clauses (B) and (C), for any such conflicts, violations, breaches, defaults or other occurrences which would not, individually or in the aggregate, prevent Guarantor from performing or complying with, or materially delay the performance by Guarantor of or compliance by Guarantor with, its obligations under this <u>Section 10.16</u>.

(iv)    The execution, delivery and performance of the provisions of this <u>Section 10.16</u> by Guarantor does not and will not require any Governmental Authorization or notice to any Governmental Authority, except applicable requirements of the HSR Act with respect to the Transactions.

(v)    Guarantor has, and will have at all times that this Agreement is in effect, financial means at its disposal to enable Guarantor to pay the Guaranteed Obligations immediately when due pursuant to the terms and subject to the conditions of this Agreement, and immediately after giving effect to the Transactions, Guarantor will be solvent and have adequate capital to carry on its business.

(c)    Notwithstanding anything to the contrary in this <u>Section 10.16</u>, in no event shall any damages recovered against Guarantor on account of the Guaranteed Obligations exceed an amount equal to the Purchase Price.

Section 10.17  <u>Use of Retained Records</u>.  Notwithstanding anything to the contrary herein or otherwise, the Buyer agrees that the Buyer, its Affiliates and their respective Representatives shall not, directly or indirectly, use any Retained Records in connection with any Proceeding, whether pending, threatened, or not yet asserted or threatened against or with respect to (a) the Selling Entities, their Affiliates or any of their respective directors, officers, employees, managers, counsel, accountants, consultants or other Representatives, or (b) any assets or properties of the Selling Entities.  The Buyer agrees, on its own behalf and on behalf of its directors, officers, managers, employees, and Affiliates and their respective Representatives, that, as to all Retained Records, all applicable privileges and other protections shall remain vested in the Selling Entities and shall not transfer to the Buyer, or be claimed by the Buyer any of its Affiliates or their respective Representatives.

Section 10.18  <u>Approval of the Bankruptcy Court</u>.  Notwithstanding anything herein to the contrary, any and all of the Selling Entities' obligations from and after the Closing under this Agreement are subject to approval of the Bankruptcy Court.  Once this Agreement is fully executed

by the Parties, the Selling Entities shall be bound by the terms of this Agreement applicable prior to the Closing and shall not have the right, whether on estate fiduciary grounds or otherwise, to terminate this Agreement except pursuant to the express terms of Section 3.2 and Section 9.1 hereof.  Notwithstanding anything to the contrary herein, the Selling Entities' rights and interests (and the Buyer's, MBC's and MEC's obligations) under this Agreement shall be effective immediately upon execution of this Agreement by the Parties.

* * * * *

IN WITNESS WHEREOF, the Parties hereto have caused this Asset Purchase Agreement to be executed as of the date first written above.

**SELLING ENTITIES:**

**VITAL PHARMACEUTICALS, INC.**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

**VITAL PHARMACEUTICALS**
**INTERNATIONAL SALES, INC.**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

**JHO INTELLECTUAL PROPERTY**
**HOLDINGS, LLC**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

**JHO REAL ESTATE INVESTMENT, LLC**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

**QUASH SELTZER, LLC**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

[Signature Page to Asset Purchase Agreement]

**RAINBOW UNICORN BEV, LLC**

By: _____
Name: John DiDonato
Title: Chief Transformation Officer

**BUYER**:

**BLAST ASSET ACQUISITION LLC, A DELAWARE LIMITED LIABILITY COMPANY**

By: _____
Name: Hilton H. Schlosberg
Title:  Co-Chief Executive Officer

THE UNDERSIGNED HEREBY JOINS IN THIS AGREEMENT FOR THE SOLE AND EXCLUSIVE PURPOSE OF AGREEING TO THE TERMS AND PROVISIONS OF SECTION 7.16 HEREOF:

**MONSTER ENERGY COMPANY**

By: _____
Name: Hilton H. Schlosberg
Title:  Vice Chairman of the Board of Directors,
         Co-Chief Executive Officer

THE UNDERSIGNED HEREBY JOINS IN THIS AGREEMENT FOR THE SOLE AND EXCLUSIVE PURPOSE OF AGREEING TO THE TERMS AND PROVISIONS OF SECTION 7.16 AND SECTION 10.16 HEREOF:

**MONSTER BEVERAGE CORPORATION**

By: _____
Name: Hilton H. Schlosberg
Title:  Vice Chairman of the Board of Directors,
          Co-Chief Executive Officer

[Signature Page to Asset Purchase Agreement]

## Schedule I

1. Vital Pharmaceuticals International Sales, Inc., a Delaware corporation

2. JHO Intellectual Property Holdings, LLC, a Florida limited liability company

3. JHO Real Estate Investment, LLC, a Florida limited liability company

4. Quash Seltzer, LLC, a Florida limited liability company

5. Rainbow Unicorn Bev, LLC, a Florida limited liability company

## EXHIBIT B

**Schedule of Cure Costs**

Contracts and Leases Subject to Assumption and Assignment with Cure Costs

*Regardless of whether included below, this Exhibit A shall serve as notice with respect to any and all amendments, modifications, supplements, etc. with respect to the Contracts and Leases included below.

| No. | Counterparty Name | Counterparty Address | Debtor | Description | Cure Amount |
|---|---|---|---|---|---|
| 1 | Doehler USA Inc. | 400 High Point Road, Suite 100, Cartersville, GA 30120 | Vital Pharmaceuticals, Inc. | Promissory Note Agreement, dated September 29, 2022 | $22,000,000.00 |
| 2 | Refresco Beverages US Inc. | Jason Bush 8112 Woodland Center Blvd Tampa FL 33614-2403 | Vital Pharmaceuticals, Inc. | Co-Packing Agreement and Amended LOI, dated June 25, 2017 | $9,689,098.52 |
| 3 | Trinity Logistics Inc. | 50 FALLON AVE / SEAFORD DE 19973-1578 / US | Vital Pharmaceuticals, Inc. | Invoices for Goods and Services, dated June 12, 2022 | $6,130,992.54 |
| 4 | Ardagh Metal Beverage USA, Inc. | 8770 W BRYN MAWR AVE STE 175 / CHICAGO IL 60631-3515 / US | Quash Seltzer LLC | Invoices for Delivery of Cans, Refused Cans, Dunnage, and Associated Legal Fees, dated November 30, 2021 | $5,580,826.21 |
| 5 | Doehler USA Inc. | 400 High Point Road, Suite 100, Cartersville, GA 30120 | Vital Pharmaceuticals, Inc. | Settlement Agreement & Mutual Release, dated September 29, 2022 | $4,895,665.00 |
| 6 | Expolanka USA LLC | 230-79 INTERNATIONAL AIRPORT CENTER BLVD / SPRNGFLD GDNS NY 1 | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $2,078,224.58 |
| 7 | RXO Capacity Solutions, LLC | 11215 N COMMUNITY HOUSE RD / CHARLOTTE NC 28277-4960 / US | Vital Pharmaceuticals, Inc. | Credit Application Agreement | $1,940,016.10 |
| 8 | Priority-1, Inc | 1800 E ROOSEVELT RD / LITTLE ROCK AR 72206-2516 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated June 27, 2022 | $1,736,742.63 |
| 9 | England Logistics, Inc | 4701 W 2100 S / SALT LAKE CTY UT 84120-1223 / US | Vital Pharmaceuticals, Inc. | Acknowledgement and Agreement for Allowed Claim, dated December 19, 2022 | $1,497,503.99 |
| 10 | Green Wave Ingredients (GWI) | P.O. BOX 102922 / PASADENA CA 91189-2922 / US | Vital Pharmaceuticals, Inc. | Purchase Orders (Various) | $1,366,920.12 |
| 11 | Nelson Mullins | 1320 Main St Fl 17 Columbia SC 29201-3268 | Vital Pharmaceuticals, Inc. | Engagement Letter re: Ball Metal Beverage Container Co., dated October 14, 2020 | $1,074,342.26 |
| 12 | Fona International, Inc. | Attn: Jesse Crofton 1900 Averill Road Geneva IL 60134 | Vital Pharmaceuticals, Inc. | Flavor Exclusivity Letter, dated October 05, 2017 | $868,369.18 |
| 13 | Premier Distributing Company | 4321 Yale Boulevard NE, Albuquerque, NM 87107 | Vital Pharmaceuticals, Inc. | FINAL Settlement Agreement, dated April 01, 2022 | $857,000.00 |
| 14 | Inventus, LLC Legility | PO BOX 130114 / DALLAS TX 75313-0114 / US | Vital Pharmaceuticals, Inc. | Invoice for Technical Support and On-Site Maintenance, dated June 06, 2022 | $835,457.94 |
| 15 | Direct Connect Logistix, Inc. | 314 W MICHIGAN ST / INDIANAPOLIS IN 46202-3204 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated July 05, 2022 | $725,372.36 |
| 16 | Total Quality Logistics, LLC TQL | PO Box 634558, Cincinnati, OH 45263 | Vital Pharmaceuticals, Inc. | General Terms and Conditions, dated November 07, 2019 | $721,828.55 |
| 17 | Wild Flavors, Inc. | 1261 Pacific Ave / Erlanger KY 41018 / US | Vital Pharmaceuticals, Inc. | Floor Stock Agreement, dated December 07, 2021 | $714,836.30 |
| 18 | Shanghai Freeman Americas, LLC | 2035 NJ-27 #3005 Edison NJ 08817 | Vital Pharmaceuticals, Inc. | Bill of Lading (Various) | $609,209.00 |
| 19 | Inovar Packaging Group, LLC | Attn: John Attayek, CEO 611 Magic Mile Arlington TX 76011 | Vital Pharmaceuticals, Inc. | Manufacturing and Supply Agreement, dated December 16, 2016 | $605,122.30 |
| 20 | Gordon & Rees | 1111 Broadway / Oakland CA 94607 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated February 21, 2019 | $574,187.64 |
| 21 | CHEP USA | 5897 Windward Pkwy Alpharetta GA 30005-2044 | Vital Pharmaceuticals, Inc. | Hire Agreement, dated 2019 | $560,431.11 |
| 22 | CW Carriers Dedicated Inc | 509 S FALKENBURG RD / TAMPA FL 33619-8005 / US | Vital Pharmaceuticals, Inc. | Invoices for Delivery of Dry and Refrigerated Goods, dated November 26, 2021 | $550,331.00 |
| 23 | Khalsa Transportation Inc | 13371 South Fowler Avenue / Selma CA 93662 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $516,464.00 |
| 24 | Parallel Products | P.O. X 775347 / CHICAGO IL 60677-5347 / US | Quash Seltzer LLC | Product/Service Agreement | $510,858.25 |
| 25 | J.B. Hunt Transport, Inc. | 615 JB HUNT CORPORATE DR / LOWELL AR 72745-9143 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $498,282.44 |
| 26 | PeakActivity, LLC | 1880 N CONGRESS AVE STE 210 / BOYNTON BEACH FL 33426-8674 / | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $478,632.22 |
| 27 | Glen Raven Logistics Inc. | 1831 N PARK AVE / BURLINGTON NC 27217-1137 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services Rendered, dated July 14, 2021 | $467,173.45 |
| 28 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Agreement for the Sale of Equipment, dated August 19, 2019 | $456,550.43 |
| 29 | FedEx Corporate Services | c/o Bankruptcy Department 3965 Airways Blvd Module G 3rd Floor Memphis TN 38116-5017 | Vital Pharmaceuticals, Inc. | FedEx Transportation Services Agreement, dated October 17, 2017 | $439,220.07 |
| 30 | Fusion Logistics Services, LLC | PO BOX 33080 / LAKELAND FL 33807-3080 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services Rendered, dated May 25, 2022 | $431,787.00 |
| 31 | Steven Douglas Associates, LLC. Steven Douglas | 1301 International Pkwy # 510 / Fort Lauderdale FL 33323 / U | Vital Pharmaceuticals, Inc. | Invoices for Services Rendered (IT Analyst), dated May 27, 2022 | $386,668.48 |

| 32 | Nelson Mullins | 1320 Main St Fl 17 Columbia SC 29201-3268 | Vital Pharmaceuticals, Inc. | Engagement Letter re: Alfen / Elegance Brands, Inc., dated August 12, 2020 | $378,086.52 |
|----|----|----|----|----|----|
| 33 | Tactix Group Inc. Sklar Furnishings | 6300 N FEDERAL HWY / BOCA RATON FL 33487-3250 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $369,916.15 |
| 34 | Salesforce.com, Inc. | 415 MISSION ST / SAN FRANCISCO CA 94105-2533 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $369,253.69 |
| 35 | Information Resources, Inc. | Attn: General Counsel, 150 N. Clinton Street Chicago IL 60661 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated December 15, 2018 | $363,635.98 |
| 36 | Recycle America LLC | 1001 FANNIN ST / HOUSTON TX 77002-6706 / US | Quash Seltzer LLC | Offer for filling of Bang Energy 12x500ml, dated April 08, 2022 | $321,659.00 |
| 37 | Genesis Global Recruiting, Inc. | 3000 SW 148th Ave Suite 116 Miramar FL 33027-4181 | Vital Pharmaceuticals, Inc. | Statement of Work, dated August 24, 2020 | $291,242.20 |
| 38 | CSPC Innovations USA Inc | 1221 W STATE ST / ONTARIO CA 91762-4015 / US | Vital Pharmaceuticals, Inc. | Invoices for Caffeine Delivery, dated August 05, 2022 | $281,600.00 |
| 39 | R&K Logistics, Inc. | PO BOX 668 / PALATINE IL 60078-0668 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $245,854.00 |
| 40 | Assemblers Inc. | 2850 W COLUMBUS AVE / CHICAGO IL 60652-1620 / US | Vital Pharmaceuticals, Inc. | Invoices (Various) | $231,432.99 |
| 41 | Nelson Mullins | 1320 Main St Fl 17 Columbia SC 29201-3268 | Vital Pharmaceuticals, Inc. | Engagement Letter re: ProSupps, Et Al., dated June 02, 2015 | $215,677.52 |
| 42 | Echo Global Logistics, Inc. | 600 W. CHICAGO AVE. / CHICAGO IL 60654-2801 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services Rendered, dated September 16, 2022 | $202,517.41 |
| 43 | Quarles & Brady LLP | 411 E WISCONSIN AVE STE 2400 / MILWAUKEE WI 53202-4428 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered and Unreimbursed Costs Incurred, dated June 09, 2022 | $200,348.64 |
| 44 | Alto Freight | 2867 SURVEYOR ST / POMONA CA 91768 / US | Vital Pharmaceuticals, Inc. | Invoices for Handling and Storage, dated June 16, 2022 | $196,285.65 |
| 45 | Chestnut Hill Technologies | Attn: Jack McCarthy 300 SE 2nd Street Suite 600 Ft Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Information Technology Master Services Agreement, dated December 12, 2019 | $195,770.00 |
| 46 | Show me Shipping dba Unishippers | 8106 CLAUDE GILBERT TRI / DENVER CO 28037 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $193,734.86 |
| 47 | VIRUN The Hamilton Group (Delaware) | PO Box 352 North Syracuse NY 13212 | Vital Pharmaceuticals, Inc. | Invoices for Goods and Services, dated August 16, 2022 | $192,206.85 |
| 48 | Resource Label Resource Label Group, LLC. | 147 SEABOARD LN / FRANKLIN TN 37067-8217 / US | Vital Pharmaceuticals, Inc. | Invoices for the Sale of Products, dated July 28, 2022 | $184,373.88 |
| 49 | Skip Shapiro Enterprises, LLC | 318 HAWTHORN ST / NEW BEDFORD MA 02740-2376 / US | Vital Pharmaceuticals, Inc. | Invoices for Waste and Recycling Services Provided, dated August 01, 2022 | $175,123.52 |
| 50 | Suddath Global Logistics, LLC | 815 South Main Street Jacksonville FL 32207 | Vital Pharmaceuticals, Inc. | Contract Logistics Agreement, dated September 13, 2018 | $171,745.01 |
| 51 | ADM Archer Daniels Midland Company | 4666 E FARIES PKWY / DECATUR IL 62526-5630 / US | Vital Pharmaceuticals, Inc. | Invoices for Shipment of Flavors, dated July 08, 2022 | $161,988.72 |
| 52 | Network LeasePlan U.S.A.,Inc. | 1165 SANCTUARY PKWY / ALPHARETTA GA 30009-4738 / US | Vital Pharmaceuticals, Inc. | Vehicle Management Services Agreement, dated February 04, 2019 | $159,786.12 |
| 53 | Shorr Packaging Corp. | 4000 FERRY RD / AURORA IL 60502-9540 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $145,432.75 |
| 54 | Navajo Express, Inc. | 1400 W 64TH AVE / DENVER CO 80221-2430 / US | Quash Seltzer LLC | Product/Service Agreement | $144,372.00 |
| 55 | EG America LLC EG Retail America LLC | 165 FLANDERS RD / WESTBOROUGH MA 01581-1032 / US | Vital Pharmaceuticals, Inc. | 2023 Vendor Planning Agreement, dated November 21, 2022 | $137,904.41 |
| 56 | American International Foods | 8066 Fulton St E Ada MI 49301 | Vital Pharmaceuticals, Inc. | Invoices (Various) | $129,702.98 |
| 57 | Kuckelman Torline Kirkland, Inc. | 10740 NALL AVE / OVERLAND PARK KS 66211-1367 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated May 19, 2022 | $129,188.45 |
| 58 | Sunbelt Rentals | 2341 Deerfield Drive Fort Mill SC 29715 | Vital Pharmaceuticals, Inc. | Invoices for Rental Equipment, dated August 24, 2022 | $124,845.38 |
| 59 | Takasago International Corporation | PO BOX 502111 / PHILADELPHIA PA 19175-2111 / US | Vital Pharmaceuticals, Inc. | Invoices for Sale of Flavors, dated July 12, 2022 | $116,592.04 |
| 60 | Milk Specialties Company | c/o Ehrenstein Charbonneau Calderin Attn: Michael D. Ehrenstein & Latasha N. Johnson 501 Brickell Key Drive, Suite 300 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Limited Release, dated February 15, 2017 | $101,245.85 |
| 61 | Hollins Management Group, Inc. | 1450 N BENSON AVE UNIT A / UPLAND CA 91786-2127 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $99,346.37 |
| 62 | RMARR Consulting LLC | 5599 BERMUDA DUNES CIR / LAKE WORTH FL 33463-6571 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $98,201.46 |
| 63 | Scotlynn USA Division | 9597 GULF RESEARCH LN / FORT MYERS FL 33912-4552 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated August 02, 2022 | $94,453.00 |
| 64 | Krones, Inc. | 9600 South 58th St Franklin WI 53132-6300 | Vital Pharmaceuticals, Inc. | Overhaul Agreement Line C368601, Maintenance Contract 5112147, dated June 06, 2021 | $83,456.38 |
| 65 | Krones, Inc. | 9600 South 58th St Franklin WI 53132-6300 | Vital Pharmaceuticals, Inc. | Overhaul Agreement Line C368600, Maintenance Contract 5112145, dated June 06, 2021 | $83,456.38 |

| 66 | Presence From Innovation | 4847 PARK 370 BLVD / HAZELWOOD MO 63042-4412 / US | Vital Pharmaceuticals, Inc. | Invoices for Display Items, dated August 31, 2022 | $79,127.22 |
|----|----|----|----|----|----|
| 67 | Berkemeyer Attorney & Counselors | Benjamin Constant, Edificio Jacaranda 4th Floor 835 / 1206 A | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated April 11, 2022 | $74,185.50 |
| 68 | WB Warehousing & Logistics, Inc. | 3700 River Road / West Bend WI 53095 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $70,170.39 |
| 69 | Faulkner ADR Law, PLLC | 12770 COIT RD STE 720 / DALLAS TX 75251-1454 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $68,395.00 |
| 70 | The Mercova Group LLC | 8180 NW 36TH ST / DORAL FL 33166-6645 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $67,226.76 |
| 71 | Hitachi Capital America Corp | 21925 Network Place / Chicago IL 60673-1219 / US | Vital Pharmaceuticals, Inc. | Motor Vehicle Security Agreement, dated April 19, 2021 | $57,848.24 |
| 72 | Cherokee Chemical Co., Inc dba C.C.I. Chemical | 3540 E 26TH ST / VERNON CA 90058-4103 / US | Vital Pharmaceuticals, Inc. | Invoices for Industrial Water Treatment Services, Equipment, Training | $57,174.31 |
| 73 | LMR Auto Transport Brokerage Inc. | 4395 AMSTERDAM ST / N CHARLESTON SC 29418-5921 / US | Vital Pharmaceuticals, Inc. | Invoices for Transport of Vehicles, dated August 15, 2022 | $54,400.00 |
| 74 | Closure Systems International, Inc. | 7820 Innovation Blvd / Suite 100 / Indianapolis IN 46278 / US | Vital Pharmaceuticals, Inc. | Invoices for Chemical Delivery, dated September 13, 2022 | $53,602.40 |
| 75 | Transportation Management Solutions | 18450 PINES BLVD # 203 / PEMBROKE PINES FL 33029 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated August 22, 2022 | $53,152.00 |
| 76 | Transportation Management Solutions, Inc. | 18450 PINES BLVD # 203 / PEMBROKE PINES FL 33029 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $53,152.00 |
| 77 | Modinco S.A | N 50-20 Floor 9 Carrera 52 / Medellin / CO | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $50,925.00 |
| 78 | Knight Transportation Services, Inc. | 20002 N. 19th Ave / Phoenix AZ 85027-4250 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated July 14, 2022 | $50,912.00 |
| 79 | Universal Protection Service, LP Allied Universal Security S | 161 WASHINGTON ST STE 600 / CONSHOHOCKEN PA 19428-2083 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $50,021.02 |
| 80 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Equipment Schedule | $49,181.79 |
| 81 | RaceTrac Petroleum, Inc. | 3225 Cumberland Boulevard Suite 100 Atlanta GA  30339 | Vital Pharmaceuticals, Inc. | Business Development Agreement between Racetrac Petroleum, Inc., dated August 25, 2009 | $48,210.00 |
| 82 | Scott Laboratories, Inc. | P.O. BOX 888198 / LOS ANGELES CA 90088-8198 / US | Vital Pharmaceuticals, Inc. | Equipment Operating Lease and Use Agreement, dated March 30, 2023 | $43,234.02 |
| 83 | Prinova US LLC | 36780 Eagle Way Chicago IL 60678-1367 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $43,201.50 |
| 84 | Shanghai Kenda Textile Co. Ltd. | RM101, BLD #1, NO.168 JIXIN RD, MINHANG DISTRICT, SHANGHAI, CHINA, 201104 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $42,832.92 |
| 85 | DSM Nutritional Products, Inc. | 45 Waterview Blvd / Parsippany, NJ 07054-7611 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $41,425.00 |
| 86 | 1600FLL, LLC | 200 South Orange Ave Suite 1375 Orlando FL 32801 | Vital Pharmaceuticals, Inc. | Eigth Lease Amendment, dated April 21, 2022 | $40,024.96 |
| 87 | CK Waitt Industrial, LLC CK Properties, Inc | 301 South College Street / Charlotte NC 28202 / US | Vital Pharmaceuticals, Inc. | Lease Agreement, dated February 21, 2019 | $38,901.05 |
| 88 | SupplyOne Miami | 3505 NW 112TH ST / MIAMI FL 33167-3312 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $38,866.00 |
| 89 | Twin City Security | 105 GARFIELD ST S STE 100 / CAMBRIDGE MN 55008-1767 / US | Vital Pharmaceuticals, Inc. | Invoices for Security Services Performed, dated June 30, 2022 | $38,825.75 |
| 90 | Border States Industries Inc. Border States Electrical Suppl | NW 7235 PO BOX 1450 / MINNEAPOLIS MN 55485-1450 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $38,770.02 |
| 91 | Andersen Material Handling | 30575 Anderson Ct / Wixom MI 48393 / US | Vital Pharmaceuticals, Inc. | Invoices for Services Rendered and Equipment Provided, dated June 02, 2022 | $38,535.50 |
| 92 | Apex Refrigeration & Boiler Co. | 2801 W WILLETTA ST / PHOENIX AZ 85009-3542 / US | Vital Pharmaceuticals, Inc. | Invoices for Maintainance and Replacement of Parts, dated July 06, 2022 | $36,268.00 |
| 93 | Accountemps Robert Half | 12400 COLLECTIONS CENTER DRIVE / CHICAGO IL 60693-0124 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $36,083.61 |
| 94 | Aquionics, Inc | 4215-E UART ANDREW BLVD STE E / CHARLOTTE NC 28217-1586 / US | Vital Pharmaceuticals, Inc. | Invoices for UV Equipment, dated May 13, 2022 | $34,764.97 |
| 95 | Yellowstone Landscape - Southeast, LLC. Yellowstone Landscap | P.O. X 101017 / ATLANTA GA 30392-1017 / US | Vital Pharmaceuticals, Inc. | Invoice for Landscaping Services | $33,868.26 |
| 96 | Statco Engineering & Fabricators, Inc. | 7595 REYNOLDS CIR / HUNTINGTN BCH CA 92647-6787 / US | Vital Pharmaceuticals, Inc. | Invoices for Items Sold, dated July 05, 2022 | $33,863.75 |
| 97 | States Logistics Services, Inc. | 5650 DOLLY AVE / BUENA PARK CA 90621 / US | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated January 11, 2023 | $33,733.44 |
| 98 | Keller Warehousing & Co-Packing LLC | 24862 ELLIOT ROAD / DEFIANCE OH 43512 / US | Quash Seltzer LLC | Invoices for Storage Services, dated August 01, 2022 | $33,454.40 |
| 99 | Cintas Corp-Phoenix | P.O. Box 29059 / Phoenix AZ 85038-9059 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $33,365.59 |
| 100 | R&L Carriers | 600 Gilliam Rd / Port William OH 45164-2000 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated August 23, 2022 | $32,762.48 |
| 101 | Ryder Truck Rental Inc. | P.O. BOX 96723 / CHICAGO IL 60693-6723 / US | Vital Pharmaceuticals, Inc. | Lease Agreement | $31,431.21 |

| 102 | Grainger | 2191 SW 2nd St., BLDG 8 / Pompano Beach FL 33069-3100 / US | Vital Pharmaceuticals, Inc. | Invoices for Goods Provided, dated February 09, 2022 | $30,601.22 |
|---|---|---|---|---|---|
| 103 | IBT West LLC | 4203 W ADAMS ST / PHOENIX AZ 85009-4631 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $29,366.87 |
| 104 | NJ Malin & Associates LLC | PO BOX 843860 / DALLAS TX 75284-3860 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $29,281.62 |
| 105 | Guard-Systems, Inc | 1190 MONTEREY PASS RD / MONTEREY PARK CA 91754-3615 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $28,575.00 |
| 106 | Ketone Labs, LLC | Attn: Tom Williams 2157 Lincoln Street Salt Lake City UT 84106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 09, 2021 | $28,000.00 |
| 107 | Extra Duty Solutions Hart Halsey LLC. | 1 WATERVIEW DR STE 101 / SHELTON CT 06484-4368 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $27,327.30 |
| 108 | Werner Enterprises, Inc. | P.O. Box 45308 / Omaha NE 68145 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated March 02, 2022 | $27,266.00 |
| 109 | Western Packaging North, Inc. Western Nutraceutical Packagin | 1041 Avenue M / Grand Prairie TX 75050 / US | Vital Pharmaceuticals, Inc. | Co-manufacturing Agreement | $27,080.59 |
| 110 | Wheeler Material Handling | 9839 S Tyron Street / Charlotte NC 28273 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $26,780.85 |
| 111 | Action Elec. & Mechanical Contractors Action Electric Co., I | 2600 COLLINS SPRINGS DR SE / ATLANTA GA 30339-1720 / US | Vital Pharmaceuticals, Inc. | Invoices for Maintainance and Repairs, dated December 31, 2021 | $26,296.04 |
| 112 | Toyota Material Handling Systems Atlanta Fork Lifts, Inc. | 3111 E Ponce De Leon Avenue / Scottdale GA 30079 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $26,004.51 |
| 113 | Longbow Advantage USA, Inc. | 555 Briarwood Circle #118 Ann Arbor MI | Vital Pharmaceuticals, Inc. | Statement of Work Proposal, dated June 21, 2019 | $25,657.50 |
| 114 | Matthiesen, Wickert & Lehrer S. C. | 1111 E. Summer St. P.O. Box 270670 / Hartford WI 53027-0670 | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered for Webb & Gerritsen Inc vs Vital Pharmaceuticals Inc, dated October 19, 2022 | $24,926.50 |
| 115 | Krones, Inc. | 9600 South 58th St Franklin WI 53132-6300 | Vital Pharmaceuticals, Inc. | Filling Valve Rebuild Agreement, Maintenance Contract 5113441, dated October 07, 2021 | $24,904.71 |
| 116 | Krones, Inc. | 9600 South 58th St Franklin WI 53132-6300 | Vital Pharmaceuticals, Inc. | Filling Valve Rebuild Agreement, Maintenance Contract 5113448, dated October 07, 2021 | $24,904.71 |
| 117 | Volume Logistics LLC | P.O. X 150127 / OGDEN UT 84415-0127 / US | Quash Seltzer LLC | Logistics / Storage Agreement | $24,685.00 |
| 118 | Seidor USA Corp | 18 Augusta Pines Dr Suite 240W Spring TX 77389 | Vital Pharmaceuticals, Inc. | Master Professional Service Agreement | $24,469.33 |
| 119 | Speed Pallets Corp. | 3233 NW 67TH STREET / MIAMI FL 33147 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $24,395.00 |
| 120 | Reinhold Cohn and Partners | Habarzel Street 26A / 6971037 Israel / IL | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $24,196.76 |
| 121 | Rex Three, Inc. | 15431 SW 14TH ST / DAVIE FL 33326-1937 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $23,622.31 |
| 122 | EmpHire Staffing, Inc | 8320 W SUNRISE BLVD STE 108 / PLANTATION FL 33322-5434 / US | Vital Pharmaceuticals, Inc. | Direct Hire Agreement, dated August 06, 2019 | $23,169.18 |
| 123 | FORVIS, LLP | 910 E SAINT LOUIS ST STE 400 / SPRINGFIELD MO 65806-2570 / U | Vital Pharmaceuticals, Inc. | Invoices for Expert Witness Services, dated July 14, 2022 | $23,168.00 |
| 124 | Domino Amjet, Inc | 3809 Collection Center Drive / Chicago IL 60693 / US | Vital Pharmaceuticals, Inc. | Services Agreement, dated March 16, 2023 | $23,070.60 |
| 125 | The A/C Ductologist, LLC | 4700 SW 83RD TER / DAVIE FL 33328-3712 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $22,345.00 |
| 126 | Southwest Battery Company | 4320 E BROADWAY RD / PHOENIX AZ 85040-8808 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $22,167.05 |
| 127 | Kim & Chang | 17F 21-15 Jeongdong-gil / 04518 / KR | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $21,917.23 |
| 128 | CalRecycle | PO BOX 2711 / SACRAMENTO CA 95812-2711 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $21,911.62 |
| 129 | Naumann Hobbs | 4335 E WOOD ST / PHOENIX AZ 85040-2045 / US | Vital Pharmaceuticals, Inc. | Invoices for Forklift Rentals and Servicing, dated July 18, 2022 | $21,730.65 |
| 130 | Superior Equipment Corp. | PO Box 3003 / Lantana FL 33465 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $21,278.87 |
| 131 | Industrial Physics Bev / Canning Inc. | 40 MCCULLOUGH DR / NEW CASTLE DE 19720-2227 / US | Vital Pharmaceuticals, Inc. | Invoices for Goods Provided, dated June 13, 2022 | $20,944.50 |
| 132 | AMMS Inc. | 16043 AGINCOURT DR / HUNTERSVILLE NC 28078-5856 / US | Vital Pharmaceuticals, Inc. | Invoices for Guard Labor, dated June 30, 2022 | $20,690.00 |
| 133 | VWR International | P.O. BOX 640169 / PITTSBURGH PA 15264-0169 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $20,541.47 |
| 134 | Briggs Equipment | 10550 N Stemmons Freeway / Dallas TX 75220 / US | Vital Pharmaceuticals, Inc. | Invoices for the Sale of Equipment, dated April 29, 2020 | $19,309.70 |
| 135 | Evolution Logistics | 9800 NW 100TH RD / MEDLEY FL 33178-1239 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $18,767.51 |
| 136 | Video for the Legal Profession, Inc. | 2500 HOLLYWOOD BLVD STE 309-4 / HOLLYWOOD FL 33020-6615 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $18,200.00 |
| 137 | Power House Gym Fitness Center Daniel Rue | 9 E Long St / Columbus OH 43015 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $18,000.00 |
| 138 | KMR Roofing, LLC | 10424 W STATE ROAD 84 / DAVIE FL 33324-4271 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $17,600.00 |
| 139 | 365 Mechanical, LLC | 1817 S HORNE STE 10 / MESA AZ 85204-6526 / US | Vital Pharmaceuticals, Inc. | Invoices for Cleaning Services Rendered, dated July 14, 2022 | $17,471.72 |

| | | | | |
|---|---|---|---|---|
| 140 | Miner, LTD | P.O. BOX 953381 / SAINT LOUIS MO 63195-3381 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $16,340.23 |
| 141 | National Distributors, Inc. | Attn: Time Longstaff 116 Wallace Avenue South Portland ME 04106 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 19, 2021 | $15,795.00 |
| 142 | Zion Packaging | 575 Alcoa Cir Suite B Corona CA 92878-9203 | Vital Pharmaceuticals, Inc. | Beverage Production and Packaging Agreement, dated June 01, 2022 | $15,451.92 |
| 143 | Nordson Corporation | PO BOX 802586 / CHICAGO IL 60680-2586 / US | Vital Pharmaceuticals, Inc. | Invoices for Sale of Equipment, dated August 08, 2022 | $15,359.13 |
| 144 | TOMRA North America | 900 E. 136 Street / Bronx, NY 10454 / US | Vital Pharmaceuticals, Inc. | Invoices for Bottle Deposit, Handling, Pickup, and Recycling, dated July 09, 2022 | $15,283.00 |
| 145 | American International Chemical, Inc. | 2000 W PARK DR STE 300 / WESTBOROUGH MA 01581-3957 / US | Vital Pharmaceuticals, Inc. | Invoices for Chemical Delivery, dated July 07, 2022 | $14,427.50 |
| 146 | Uline | 12575 Uline Dr Pleasant Prairie WI 53158 | Vital Pharmaceuticals, Inc. | Invoices for Shipping Materials, dated June 23, 2022 | $14,236.71 |
| 147 | Global Industrial Equipment | 7400 Channel Rd / Skokie, IL 60076 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $14,185.75 |
| 148 | TeleComp Inc. | 7575 DR PHILLIPS BLVD STE 220 / ORLANDO FL 32819-7221 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $13,748.79 |
| 149 | Metrohm USA, Inc | PO Box # 405562 Atlanta GA 30384 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $13,665.30 |
| 150 | Aesus Packaging Systems Inc | 188 Oneida / Pointe-Claire QC H9R 1A8 / CA | Vital Pharmaceuticals, Inc. | Invoices for Packaging Equipment Supplies, dated June 22, 2022 | $13,647.58 |
| 151 | Staples Business Advantage | 2077 Convention Center Concourse / Atlanta GA 30337 / US | Vital Pharmaceuticals, Inc. | Invoices for Office Equipment Sold, dated December 29, 2021 | $13,582.36 |
| 152 | Evoqua Water Technologies LLC | 181 Thorn Hill Road / Warrendale PA 15086 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $13,536.35 |
| 153 | Synergy Flavors, Inc. | P.O. X 4543 / CAROL STREAM IL 60122-4543 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $13,534.84 |
| 154 | Southwest Convenience Stores LLC | 7102 Commerce Way / Brent TN 37027 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $13,518.00 |
| 155 | A Master Build LLC | 10253 SW 49th Manor / Cooper CIty FL 33328 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $13,319.90 |
| 156 | Rivadeneyra Trevinio y de Campo SC | 31 Puente 418 7 8 Reforma Sur Metro / 72160 / MX | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $13,289.64 |
| 157 | Trane US Inc, | PO BOX 406469 / ATLANTA GA 30384-6469 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $12,948.00 |
| 158 | ASG Services, LLC | 2770 Faith Industrial Dr NE / Buford GA 30518 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $12,787.36 |
| 159 | Enterprise Holdings, Inc. EAN Services, LLC dba Damage Recov | PO BOX 801770 / KANSAS CITY MO 64180-1770 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $12,780.10 |
| 160 | Concentra - Occupational Health Centers of the Southwest, P. | PO Box 82549  Hapeville GA 30354 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $12,534.00 |
| 161 | Fiske & Company | 1000 S. Pine Island Road Suite 440 Plantation FL 33324 | Vital Pharmaceuticals, Inc. | Engagement Letter, dated May 22, 2018 | $12,370.32 |
| 162 | Albertsons Companies Foundation | 11555 DUBLIN CANYON RD / PLEASANTON CA 94588-2815 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $12,000.00 |
| 163 | Guillermo Escalante | 6916 Baroque Ct / San Bernardino CA 92407 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $11,887.50 |
| 164 | UBI Logistics (China) Limited Shenzhen Branch | #5 South Huancheng Rd Room 815-816 Block C1 Bantian Sub-District Longgang District Shenzhen 518129 China | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $11,308.81 |
| 165 | GreatAmerica Financial Services | PO BOX 660831 / DALLAS TX 75266-0831 / US | Vital Pharmaceuticals, Inc. | Lease with Maintenance Agreement, dated November 30, 2022 | $11,012.41 |
| 166 | Verizon Business Network Services Inc | PO Box 15069 Albany NY 12212 | Vital Pharmaceuticals, Inc. | US Services Agreement | $10,917.83 |
| 167 | DEPENDABLE PACKAGING SOLUTIONS | PETER SENGELMANN 5255 NW 159th St. Miami  FL 33014 | Vital Pharmaceuticals, Inc. | PROPOSAL FOR: COMBI ALPHAPACK SERVO PICK & PLACE CASE PACKER, dated June 08, 2018 | $10,834.21 |
| 168 | Jimerson Birr, P.A. | 1 INDEPENDENT DR STE 1400 / JACKSONVILLE FL 32202-5011 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $10,807.78 |
| 169 | Fire Systems, Inc. | 4700 HIGHLANDS PKWY SE / SMYRNA GA 30082-7221 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $10,259.23 |
| 170 | Appgate Cybersecurity, Inc. | 2 ALHAMBRA PLZ STE PH-1-B / CORAL GABLES FL 33134-5202 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $9,972.60 |
| 171 | Prologis Targeted U.S. Logistics Fund, L.P. | 1800 Wazee Street / Denver CO 80202 / US | Vital Pharmaceuticals, Inc. | Clear Lease Agreement, dated May 20, 2019 | $9,950.19 |
| 172 | Fuller Enterprises USA, Inc. | 1735 E Grevillea Ct / Ontario CA 91761 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $9,795.00 |
| 173 | Trane US, Inc | PO BOX 406469 / ATLANTA GA 30384-6469 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $9,561.00 |
| 174 | Icon Owner Pool 1 LA Non-Business Parks, LLC | c/o GLP US Management LLC Attn: Lease Administration Two North Riverside Plaza, Suite 2350 Chicago IL 60606 | Vital Pharmaceuticals, Inc. | Multi-Tenant Industrial Triple Net Lease, dated June 21, 2019 | $9,025.27 |
| 175 | ECOLAB, Inc.-NY | PO BOX 21755 / New York NY 10087 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $9,021.37 |
| 176 | Olga Alexandrovna Abramovich | Revolucii 60/1 office 522 / 641000 Perm / RU | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $9,001.50 |
| 177 | BROOKE WARREN-HALL HOUSE OF HANDLE LLC | 11 ANTHEM POINTE CT / HENDERSON NV 89052-6605 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $9,000.00 |

| 178 | The Jobsquad | 4161 EDISON LAKES PKWY STE 350 / MISHAWAKA IN 46545-3451 / U | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $9,000.00 |
|---|---|---|---|---|---|
| 179 | Rexcord Industrial Realty, L.P. | c/o Insurance Tracking Service Inc. PO Box 20270 Long Beach FL 90801 | Vital Pharmaceuticals, Inc. | Evidence of Commercial Property Insurance, dated June 14, 2019 | $8,695.40 |
| 180 | Rexford Industrial Realty, L.P. | 710 S. Dupont Ave / Ontario CA 90074-0028 / US | Vital Pharmaceuticals, Inc. | Standard Industrial Multi-Tenant Lease , dated May 08, 2019 | $8,695.40 |
| 181 | Crown Credit Company | 44 S. Washington St. / New Bremen OH 45869 / US | Vital Pharmaceuticals, Inc. | Lease Agreement, dated March 19, 2016 | $8,587.58 |
| 182 | Thomson Reuters- West | PO Box 6292 / Carol Stream IL 60197 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $8,459.54 |
| 183 | Firmenich Incorporated | PO BOX 7247 - 8502 / PHILADELPHIA PA 19170-0001 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $8,436.91 |
| 184 | Veritext | 2 SOUTH AYNE BLVD STE 2250 / MIAMI FL 33131-1815 / US | Vital Pharmaceuticals, Inc. | Invoices for Deposition Services, dated August 30, 2022 | $8,356.30 |
| 185 | Agilent Technologies,  Inc. | 5301 Stevens Creek Blvd / Santa Clara, CA 95051 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $8,334.13 |
| 186 | Taro Patch Holding LLC | PO BOX 452741 / LOS ANGELES CA 90045-8538 / US | Vital Pharmaceuticals, Inc. | Standard Industrial/Commercial Single-Tenant Lease – Net, dated September 01, 2022 | $8,303.47 |
| 187 | Duke Realty Limited Partnership | 75 Remittance Drive, Suite 3205 / Chicago IL 60675-3205 / US | Vital Pharmaceuticals, Inc. | Lease Agreement, dated February 11, 2019 | $8,136.97 |
| 188 | Florida Industrial Supply & Equipment Sales, Inc. | 1190 Lape Lane / The Villages FL 32163 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $8,102.50 |
| 189 | Landmark Industries | 11111 Wilcrest Green Suite 100 / Houston TX 77042 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $7,925.00 |
| 190 | Corporate Creations International, Inc. | 801 US HIGHWAY 1 / NORTH PALM BEACH FL 33408 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $7,748.00 |
| 191 | WestRock Multi Packaging Solutions, Inc | 1040 West Marietta St. NW / Atlanta GA 30318 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $7,675.00 |
| 192 | Pettit Kohn Ingrassia Lutz & Dolin | 11622 EL CAMINO REAL / SAN DIEGO CA 92130-2049 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated May 23, 2022 | $7,562.50 |
| 193 | Premier Broker Partners, LLC | 188 FRIES MILL RD STE G2 / TURNERSVILLE NJ 08012-2015 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $7,393.42 |
| 194 | ACCRALAW Office Angar Abello Conception Regala and Cruz | 22nd Floor ACCRALAW Tower 2nd Ave. Cor. / 1635 Bonifacio Glo | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $7,195.00 |
| 195 | Maverik, Inc. | 880 West Center Street North Salt Lake UT 84054 | Vital Pharmaceuticals, Inc. | Customer Development Agreement, dated January 01, 2014 | $7,161.80 |
| 196 | Flavor Materials International | PO Box 352 North Syracuse NY 13212 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $7,120.48 |
| 197 | SHI International Corporation | PO BOX 952121 / DALLAS TX 75395-2121 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $7,018.44 |
| 198 | Matheson Tri-Gas, Inc | 7320 N.W. 58th Street / Miami FL 33166 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $7,008.09 |
| 199 | Radwell International, Inc. | 1 Millennium Drive / Willingboro, NJ 08046 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $6,947.36 |
| 200 | Stretto, Inc. | 410 EXCHANGE STE 100 / IRVINE CA 92602-1331 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $6,920.00 |
| 201 | White & Amundson, APC | 402 W. ROADWAY STE 1140 / SAN DIEGO CA 92101-8513 / US | Vital Pharmaceuticals, Inc. | Invoices for Expert Witness Services, dated July 31, 2022 | $6,883.14 |
| 202 | Neogen Corporation | 620 Lesher Place Lansing MI 48912 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $6,663.40 |
| 203 | Cintas Corporation, Location 017 | P.O. Box 636525 / Cincinnati OH 45263-6525 / US | Vital Pharmaceuticals, Inc. | Invoices for Uniform Rental Agreement, dated November 20, 2019 | $6,557.50 |
| 204 | CKS Packaging, Inc. | 350 Great Southwest Parkway Atlanta GA 30336 | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated November 09, 2022 | $6,522.11 |
| 205 | AU Energy, LLC | 41805 ALBRAE ST / FREMONT CA 94538-3144 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $6,390.38 |
| 206 | Berner Food and Beverage, Inc. | 2034 E Factory Road Dakota IL 61018 | | Beverage Production and Packaging Agreement, dated September 01, 2020 | $6,375.00 |
| 207 | Pest Pro Rid All, LLC | 5812 JOHNSON ST / HOLLYWOOD FL 33021-5636 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $6,234.89 |
| 208 | Abasan SDN BHD | K-03-06 Block K No. 2 Jalan Solaris / 50480 Kuala Lumpur / M | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $6,213.00 |
| 209 | Jani-King of Phoenix related Services, Inc. | PO BOX 51526 / LOS ANGELES CA 90051-5826 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $6,011.35 |
| 210 | Electric Supply, Inc | 917 W MADISON ST / PHOENIX AZ 85007-3117 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $6,005.29 |
| 211 | Genesis Coito | 1643 11th St Sw Naples FL 34117 | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $6,000.00 |
| 212 | Ecolab Pest Elimination Ecolab, Inc. | 26252 Network Place / Chicago IL 60673 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $5,864.59 |
| 213 | Arbon Equipment Corporation - Southeast | 7060 W State Road 84 / Davie FL 33317 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $5,731.76 |
| 214 | U.S. Bank National Association | 1310 MADRID ST STE 100 / MARSHALL MN 56258-4001 / US | Vital Pharmaceuticals, Inc. | Lease Agreement | $5,699.70 |
| 215 | Duke Energy | PO Box 1090 Charlotte NC 28201 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $5,423.30 |
| 216 | Ankus Consulting Inc | 12555 Orange Drive / Davie FL 33330 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $5,333.33 |
| 217 | CT Corsearch | 6060 N Central Expy Suite 334 Dallas TX 75206-5204 | Vital Pharmaceuticals, Inc. | User Agreement, dated September 13, 2011 | $5,120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 218 | Friesens Corporation | P.O. X 556 / PEMBINA ND 58271-0556 / US | Vital Pharmaceuticals, Inc. | Invoice for 1,000 Mango Bango, dated April 06, 2022 | $5,000.00 |
| 219 | Svetlana Bilialova | Akademika Koroleva 4/1 / 129515 Moscow / RU | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $5,000.00 |
| 220 | Shoebox Ltd | 80 Aberdeen St. Suite 301 / Ottowa ON K1S 5R5 / CA | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $4,991.16 |
| 221 | Dennemeyer & Associates, LLC | 2 N. IVERSIDE PLZ STE 1500 / CHICAGO IL 60606-2608 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered in Relation to Trademark Filing, dated June 28, 2017 | $4,926.80 |
| 222 | Sigma-Aldrich Inc. | PO BOX 535182 / Atlanta GA 30353-5182 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $4,766.16 |
| 223 | Colony Capital, Inc. | 13727 Noel Road, Suite 750 Dallas TX 75240 | Vital Pharmaceuticals, Inc. | Tenant Handbook | $4,738.54 |
| 224 | Everman Trade Center, L.P. | Asset Manager/Everman Trade Center c/o Holt Lunsford Commercial 5950 Berkshire Lane Suite 900 Dallas TX 75225 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated October 22, 2019 | $4,660.46 |
| 225 | National Safety Compliance, Inc. | PO BOX 3160 / LAGUNA HILLS CA 92654-3160 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $4,604.65 |
| 226 | Stephany Gonzalez | Erick Del Valle PH Atlantis #18A Panama 0801 Panama | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $4,430.45 |
| 227 | Doug Hedden Electric, Inc | 5722 S FLAMINGO RD / COOPER CITY FL 33330-3206 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $4,397.94 |
| 228 | Spot Coolers | 29749 Network Place / Chicago IL 60673-1297 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $4,351.21 |
| 229 | Kamps Pallets | PO BOX 675126 / DETROIT MI 48267 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $4,312.11 |
| 230 | Stauber Performance Ingredients, Inc. | 4120 N. Palm Street / Fullerton CA 92835-1026 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $4,240.00 |
| 231 | Delta Diversified Enterprises | 425 W. Gemini Dr. / Tempe AZ 85283 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $4,150.00 |
| 232 | Centimark Corp. Questmark Flooring | 2400 W Union Hills Dr. Suite # 170 / Phoenix AZ 85027 / US | Vital Pharmaceuticals, Inc. | Invoice for Service Call, dated June 21, 2022 | $4,000.00 |
| 233 | Aker BioMarine Antarctic US LLC | 15 S GRADY WAY STE 610 / RENTON WA 98057-3218 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $3,875.00 |
| 234 | Smart Technology Solutions | 3440 NE 192ND ST APT 1L / AVENTURA FL 33180-2422 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $3,785.12 |
| 235 | Core-Mark International, Inc | 1500 SOLANA BLVD STE 3400 / WESTLAKE TX 76262-5318 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $3,776.00 |
| 236 | NV, LLC | 417 Bateasville Rd / Simpsonville SC 29681 / US | Vital Pharmaceuticals, Inc. | Lease Agreement | $3,737.39 |
| 237 | FleetWash | PO BOX 36014 / NEWARK NJ 07188-6014 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $3,729.22 |
| 238 | Thermo Electron North America LLC | 5225 VERONA RD / FITCHBURG WI 53711-4497 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $3,628.37 |
| 239 | Freeman Audio Visual Canada | 2365 Matheson Blvd. E / Mississauga, ON L4W 5B3 / CA | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $3,545.04 |
| 240 | 7-11 FOASC | 885 Patriot Dr. #G / Moorpark CA 93021 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $3,500.00 |
| 241 | Varni Brothers Corporation | 400 Hosmer Avenue Modesto CA 95351 | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated October 2022 | $3,474.58 |
| 242 | Daisy Duke Promotions, LLC | 7132 WASHINGTON ST / KANSAS CITY MO 64114-1343 / US | Quash Seltzer LLC | Invoices for Promotional Event, Products & Supply, dated January 14, 2022 | $3,400.47 |
| 243 | Dash in Food Stores, Inc | 102 CENTENNIAL ST / LA PLATA MD 20646-5967 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $3,302.80 |
| 244 | Todd King | 23009 SE 14TH ST / SAMMAMISH WA 98075-9339 / US | Vital Pharmaceuticals, Inc. | Invoices for Deposition Preparation, dated June 01, 2022 | $3,267.00 |
| 245 | Litigation Services & Technologies | D HUGHES PKWY STE 700 / LAS VEGAS NV 89169-5983 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered in Relation to Monster Energy Company  Litigation, dated May 27, 2022 | $3,159.70 |
| 246 | MATHIAS SELLANES BAEZ MAGUS & BOSHI LLC | 1830 S OCEAN DR / HALLANDLE BCH FL 33009-7696 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $3,000.00 |
| 247 | Communikay Graphics BeAed LP | 1900 HIGHWAY 35 BYP N / ALVIN TX 77511-4786 / US | Vital Pharmaceuticals, Inc. | Invoice for Shipping and Handling Charges, dated October 19, 2022 | $2,970.12 |
| 248 | Global Montello Group Corp. | 15 North East Industrial Rd. / Branford CT 06405 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,928.86 |
| 249 | Securitas Security Services USA, Inc. | Attn: Donald Rogers, District Manager 2111 East Highland Ave Suite 350 Phoenix AZ 85051 | Vital Pharmaceuticals, Inc. | Security Services Agreement, dated October 01, 2019 | $2,925.12 |
| 250 | Light F/X Pro's | 7261 NW 43rd Street / Miami FL 33166 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $2,863.00 |
| 251 | Wilson Lue | 250 University Ave. / Toronto ON M5H 3E5 / CA | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $2,851.73 |
| 252 | Jackson Lewis, P.C. | 1133 WESTCHESTER AVE STE S-125 / WEST HARRISON NY 10604-3580 | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $2,800.00 |
| 253 | GreenRoad Technologies, Inc | 8900 SHOAL CREEK BLVD STE 111 / AUSTIN TX 78757-6840 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,772.92 |
| 254 | CL&D Graphics LLC dba CL&D Digital | 1101 W 2ND ST / OCONOMOWOC WI 53066-3401 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $2,653.87 |

| 255 | Cellhire USA LLC | 550 N BOWSER RD. STE 740 / RICHARDSON TX 75081 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,600.00 |
|-----|------------------|-----------------------------------------------------|------------------------------|----------------------------------------------------------------------|-----------|
| 256 | United Data Technologies, Inc. | 2900 Monarch Lakes Blvd. Suite 300 Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated November 05, 2019 | $2,550.00 |
| 257 | Spoor & Fisher | 11 Byls Bridge Boulevard Building No. 14, Highveld Ext 73, Centurion Pretoria 0157 South Africa | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $2,535.78 |
| 258 | DMM Fleet Washing & Detail | 402 Water Tower Cir Colchester VT 05446 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $2,505.00 |
| 259 | Fire Controls, INC. | 2721 NW 19TH ST / POMPANO BEACH FL 33069-5232 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $2,504.48 |
| 260 | Kramer IP Search, LLC | 225 Reinekers Lane Suite 300 / Alexandria VA 22314 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $2,450.00 |
| 261 | Posimat-Bottle Tech, Inc | 1646 NW 108TH AVE / MIAMI FL 33172-2007 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,445.31 |
| 262 | Block One Technologies | 5920 Yellowstone Rd Suite 1 / Cheyenne WY 82009 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $2,439.39 |
| 263 | Cumberland Farms, Inc. | 165 FLANDERS RD / WESTBOROUGH MA 01581-1032 / US | Vital Pharmaceuticals, Inc. | Invoices for Bang Energy Rebates, dated October 31, 2022 | $2,428.27 |
| 264 | Coverall North America Inc. | 2955 MOMENTUM PL / CHICAGO IL 60689-5329 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,390.62 |
| 265 | Harmony Enterprises, Inc | 704 MAIN AVE N / HARMONY MN 55939-8839 / US | Vital Pharmaceuticals, Inc. | Employment Agreement | $2,369.44 |
| 266 | Southern California Edison | 4175 S Laspina St Tulare CA 93274 | Vital Pharmaceuticals, Inc. | Services Agreement | $2,338.91 |
| 267 | Extreme Process Solutions, LLC | 5030 SW 29TH AVE / FT LAUDERDALE FL 33312-5814 / US | Vital Pharmaceuticals, Inc. | Invoice for Piping Room Modifications, dated May 09, 2022 | $2,278.00 |
| 268 | A Mom with a Mop Residential Cleaning | 12531 STONEBRIAR RIDGE DR / DAVIDSON NC 28036-8626 / US | Vital Pharmaceuticals, Inc. | Invoices for Cleaning Services Rendered, dated September 13, 2022 | $2,250.00 |
| 269 | Patent & Law Firm YUS, LLC | Prospekt Mira 3rd Floor Office XIV, Room 14 6 / 129090 Mosco | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $2,230.00 |
| 270 | Kaman Industrial Technologies | FILE 25356 / LOS ANGELES CA 90074-0001 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,220.17 |
| 271 | Culver Equipment, LLC. | 2487 S GILBERT RD STE 106-268 / GILBERT AZ 85295-2818 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $2,198.02 |
| 272 | Bell Stores Inc | 7977 HILLS & DALES RD NE / MASSILLON OH 44646 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $2,178.38 |
| 273 | Saia Ltl Freight | Jasmine Sade Williams 929 Knollwood Dr Desoto TX 75115 | Vital Pharmaceuticals, Inc. | Payment Agreement, dated October 24, 2014 | $2,177.37 |
| 274 | J Robbin Law PLLC | 200 BUSINESS PARK DR STE 103 / ARMONK NY 10504-1751 / US | Vital Pharmaceuticals, Inc. | Invoice for Legal Services Rendered in Relation to Brown v VPX, dated July 06, 2022 | $2,130.00 |
| 275 | Gopakumar Nair Associates | PO Box 150127 Ogden UT 84415-0127 | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $2,075.00 |
| 276 | Ana Paula Galvan Moreno | Dieguinos 79 / 58090 Santa Maria / MX | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $2,000.00 |
| 277 | TNC Promotional Marketing, LLC | 1129 E. Dominguez St / Suite K / Carson CA 90746 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $2,000.00 |
| 278 | ARCS Network Cabling Arch Cabling | 1025 NW 69TH AVE / MARGATE FL 33063-3448 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $1,990.00 |
| 279 | Saminchem Incorporated | Scarlett Hernandez 9481 Stoneybrock Pl Rancho Cucamonga CA 91730 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $1,952.50 |
| 280 | Off Madison Ave, LLC | 5555 E VAN BUREN ST STE 215 / PHOENIX AZ 85008-3486 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,950.00 |
| 281 | Byline Financial Group | BIN 88205 / MILWAUKEE WI 53288-8205 / US | Vital Pharmaceuticals, Inc. | Lease Agreement - $1.00 Option, dated July 16, 2020 | $1,793.81 |
| 282 | Vac-U-Max | 69 WILLIAM ST / BELLEVILLE NJ 07109-3040 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,780.56 |
| 283 | Envirosure Solutions, LLC | 1018 E Guadalupe Road / Tempe AZ 85283 / US | Vital Pharmaceuticals, Inc. | Invoice for Bulk Chemical Inventory and EPA Report, dated April 20, 2022 | $1,760.00 |
| 284 | C.H. Robinson Worldwide, Inc. | 14701 Charlson Rd Suite 2400 Eden Prairie MN 55347 | Vital Pharmaceuticals, Inc. | Cargo Waiver of Liability and Idemnification Agreement | $1,702.73 |
| 285 | National Construction Rentals, Inc | P.O. BOX X 841461 / LOS ANGELES CA 90084-1461 / US | Vital Pharmaceuticals, Inc. | Rental Agreement | $1,696.43 |
| 286 | Spectrum Chemical MFG Corp. | 769 JERSEY AVE / NEW BRUNSWICK NJ 08901-3605 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $1,680.03 |
| 287 | Shinsegi Patent Law Firm | 25 Seolleung-ro 119-gil Gangnam-gu / 06100 Seoul / KP | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,678.15 |
| 288 | ABF Freight | 6402 NW 74th Ave. / Miami FL 33166-3635 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $1,640.28 |
| 289 | Otis Elevator Company | 840 Franklin Court Suite 200 / Marietta GA 30067 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $1,590.00 |
| 290 | Kimball Midwest | 4800 ROBERTS RD / COLUMBUS OH 43228-9791 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $1,545.55 |
| 291 | Videojet | 1500 N. Mittel Blvd. Wood Dale, IL 60191-1073 | Vital Pharmaceuticals, Inc. | Customer Information, dated November 02, 2017 | $1,542.32 |
| 292 | Molly Maid of Denver West | 9797 W. Colfax Ave / Lakewood CO 80215 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,429.63 |

| | | | | | |
|---|---|---|---|---|---|
| 293 | Pelican Insurance Agency, Inc. | 499 NW 70TH AVE / PLANTATION FL 33317-7500 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,401.26 |
| 294 | NRAMOS | Ave. Cayetano Germosen, Res / 11102 Jardines del Sur / DO | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,400.00 |
| 295 | R&L Truckload Services, LLC | 7290 COLLEGE PKWY STE 200 / FORT MYERS FL 33907-5649 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services, dated December 08, 2021 | $1,375.00 |
| 296 | Love's Travel Stops & County Stores | 10601 N PENNSYLVANIA AVE / OKLAHOMA CITY OK 73120-4108 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $1,370.11 |
| 297 | Lantech.com LLC | 1000 Bluegrass Parkway / Louisville KY 40299 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,350.63 |
| 298 | Erica W. Stump, P.A. | 110 E Broward Blvd., Suite 1700 / Fort Lauderdale FL 33301 / | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,340.00 |
| 299 | Law Offices of Olaf J Muller | 939 S BROADWAY APT 808 / LOS ANGELES CA 90015-4488 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,331.50 |
| 300 | Nuspark Automation & Packaging System | 400 Streeprock Drive / Toronto M3J 2X1 / CA | Vital Pharmaceuticals, Inc. | Services Agreement | $1,291.10 |
| 301 | Glanbia Nutritionals, Inc. | 523 6th Street Monroe WI 53566 | Vital Pharmaceuticals, Inc. | Supply Agreement | $1,252.13 |
| 302 | Crown Lift Trucks | 2971 Center Port Cir  Pompano Beach FL 33064 | Vital Pharmaceuticals, Inc. | Maintenance Service Agreement, dated July 01, 2022 | $1,249.32 |
| 303 | Rival Graphix | 310 WHITFIELD AVE / SARASOTA FL 34243 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,242.75 |
| 304 | MBI Industrial Medicine Inc. | 3501 W OSBORN RD / PHOENIX AZ 85019-4037 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,221.00 |
| 305 | The Optimist Club of Cooper City, Inc. | 9710 STIRLING RD STE 107 / HOLLYWOOD FL 33024-8018 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,200.00 |
| 306 | Sun State Landscape Management | 3942 W Lincoln Street / Phoenix AZ 85009 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $1,197.30 |
| 307 | Moore Rabinowitz Law, P.A. | 8751 W Broward Blvd. Suite 300 / Plantation FL 33324 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated July 05, 2022 | $1,192.00 |
| 308 | Steven Kunz | 1466 E GLACIER PL / CHANDLER AZ 85249-5459 / US | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 19, 2022 | $1,182.07 |
| 309 | GTT Americas, LLC | P.O. Box 842630 / Dallas TX 75284-2630 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $1,169.39 |
| 310 | Esquire Deposition Solutions, LLC | PO BOX 846099 / DALLAS TX 75284-6099 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $1,142.00 |
| 311 | Anton Paar USA, Inc | 2824 Columbia Street Torrance CA 90503 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $1,116.65 |
| 312 | IPnavigent Associates, Inc | 419 10TH ST STE 350 / SAN FRANCISCO CA 94103-4303 / US | Vital Pharmaceuticals, Inc. | Statement of Work, dated July 04, 2019 | $1,110.50 |
| 313 | Motion Industries | 2501 S.W. 160th Ave., Suite 100 / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,090.07 |
| 314 | VB Quality Solutions LLC | 5720 BOZEMAN DR APT 11521 / PLANO TX 75024-5704 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,054.95 |
| 315 | San Diego Gas & Electric | P.O. Box 25111 / Santa Ana CA 92799-5111 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $1,021.21 |
| 316 | MIX3 SOUND, INC | 16405 NW 8TH AVE / MIAMI FL 33169-5812 / US | Vital Pharmaceuticals, Inc. | Invoice for Rental, dated July 05, 2022 | $1,000.00 |
| 317 | BEYOND TECHNOLOGIES LLC | 201 N Illinois Street, 16th floor, South Tower / Indianapoli | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $999.00 |
| 318 | Western Overseas Corporation | PO Box 90099 Long Beach CA 90809 | Vital Pharmaceuticals, Inc. | Western Overseas Hold Harmless Agreement, dated June 11, 2017 | $994.63 |
| 319 | Phenomenex | PO BOX 749397 / LOS ANGELES CA 90074-9397 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $984.87 |
| 320 | Barrington Chemical Corporation | 500 MAMARONECK AVE / HARRISON NY 10528-1633 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $974.55 |
| 321 | OneCBIZ Inc CBIZ Brining Taylor Zimmer | 401 B ST STE 2150 / SAN DIEGO CA 92101-4201 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $962.50 |
| 322 | Top-Notch Investigation, Inc | 1025 Gateway Blvd / Boynton Beach FL 33426-8348 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $960.00 |
| 323 | Advance Scientific & Chemical, Inc. | 2345 SW 34th St / Ft. Lauderdale FL 33312 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $934.00 |
| 324 | Mobile Force Refueling, LLC | P.O. X 13427 / TEMPE AZ 85284-0058 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $929.11 |
| 325 | Cox Communications | P.O. BOX 53249 / PHOENIX AZ 85072-3249 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $917.40 |
| 326 | Town of Medley | 7777 NW 72 Ave / Medley FL 33166 / US | Vital Pharmaceuticals, Inc. | Invoices for Transportation Services | $915.87 |
| 327 | Estefania Ortiz | 442 Southwest 4th Ave Fort Lauderdale FL 33315 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $896.49 |
| 328 | Pat Vitamins, Inc. | 9839 S Tyron St Charlotte NC 28273 | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $887.50 |
| 329 | Advanced Laboratories, Inc. | 8969 CLEVELAND RD / CLAYTON NC 27520-7198 / US | Vital Pharmaceuticals, Inc. | Invoices for Laboratory Testing of Samples, dated August 19, 2022 | $884.57 |
| 330 | Toshiba America Business Solutions Inc | P.O. BOX 402709 / ATLANTA GA 30384-2709 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $880.70 |
| 331 | Ricky Heaven Cleaning Services | 6307 HIRONDEL ST / HOUSTON TX 77087-6814 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $875.00 |
| 332 | Marine Corps Community Service Business and Support Services | 3044 Catlin Ave / Quantico VA 22134-5003 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $850.00 |
| 333 | Solitude Lake Management LLC | 1320 Brookwood Drive Suite H / Little Rock AR 72202 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $842.66 |

| 334 | Cintas Protection No 2 | P.O. Box 656925 / Cincinnati OH 45263-6925 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $831.63 |
|---|---|---|---|---|---|
| 335 | Post & Schell P,C. | 1600 John F. Kennedy Blvd / Philadelphia PA 19103 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $825.00 |
| 336 | Orkin Pest Control | P.O. BOX 7161 / PASADENA CA 91109-7161 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $815.68 |
| 337 | Full Spectrum Group, LLC Full Spectrum Analytics | 23332 MILL CREEK DR STE 205 / LAGUNA HILLS CA 92653-7929 / U | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $801.80 |
| 338 | Lorenzo Lugtigheid | Laan Van avant Garde 314 Rotterdam 3059RA Netherlands | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $800.00 |
| 339 | Thomas Scientific Holdings, LLC | 1654 HIGH HILL RD / SWEDESBORO NJ 08085-1780 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $764.57 |
| 340 | Bailey Whissel Productions | 99 Yorkville Ave Toronto / ON M5R 1C1 | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $750.00 |
| 341 | Sonitrol of Fort Lauderdale Sonitrol Security Solutions | 1770 NW 64TH ST STE 630 / FT LAUDERDALE FL 33309-1853 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $721.37 |
| 342 | Neovia Auckland Limited | PO Box 1963, Shortland Street / Auckland 1140 | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $690.00 |
| 343 | Orkin, LLC-FT. Worth | 3601 NE Loop 820, Suite 100 / Forth Worth TX 76137 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $683.91 |
| 344 | Datasite LLC | P. O. BOX 74007252 / CHICAGO IL 60674-7252 / US | Vital Pharmaceuticals, Inc. | Invoice for Pages Processed, dated October 14, 2022 | $675.65 |
| 345 | Alarmnet Security Computer Vision USA36 | 3609 SW 161 Terrace / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $673.78 |
| 346 | Tucker Hill Air Plumbing & Electric | 1553 W ELNA RAE ST STE 101 / TEMPE AZ 85281-5222 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $670.35 |
| 347 | Global Bodybuilding Organization, LLC | PO Box 270125 / Flower Mound TX 75027-0125 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $650.00 |
| 348 | Micro Precision Calibration, Inc. | 22835 INDUSTRIAL PL / GRASS VALLEY CA 95949-6326 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $627.60 |
| 349 | Lehrman Beverage Law, PLLC | 2911 Hunter Mill Road Suite 303 / Oakton VA 22124 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $622.12 |
| 350 | Brandon Daniels | 628 PINEBRANCH CIR / WINTER SPGS FL 32708-5641 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $600.00 |
| 351 | EnsembleIQ - Stagnito Partners Canada, Inc. | 20 Eglinton Ave W Suite 1800 Toronto ON M4R 1K8 Canada | Vital Pharmaceuticals, Inc. | Customer Agreement | $576.20 |
| 352 | Counsel Press, Inc. | PO BOX 65019 / BALTIMORE MD 21264-5019 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $559.00 |
| 353 | Orkin LLC- Carrollton | 3330 KELLER SPRINGS RD STE 250 / CARROLLTON TX 75006-5053 / | Vital Pharmaceuticals, Inc. | Services Agreement | $547.86 |
| 354 | Gaslamp District Media | 1804 GARNET AVE # 434 / SAN DIEGO CA 92109-3352 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $500.00 |
| 355 | SPS Commerce, Inc. | 333 South Seventh Street Suite 1000 Minneapolis MN 55402 | Vital Pharmaceuticals, Inc. | 1Screen Services - Kwik Trip Business Collaboration, dated December 09, 2022 | $500.00 |
| 356 | Fayca Legal Sociedad Anonima | San Jose, Sabana Norte, Edificio Sabana / 99999 / CR | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $480.25 |
| 357 | Georgia Gas Distributions, Inc. | PO BOX 250149 / ATLANTA GA 30325-1149 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $470.18 |
| 358 | ADM Wild Europe GmbH & Co. KG | Am Schlangengraben 3-5 / 13597 Berlin / DE | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $464.40 |
| 359 | Shelburne Sherr Court Reporters, Inc | 501 W BROADWAY STE 1330 / SAN DIEGO CA 92101-8475 / US | Vital Pharmaceuticals, Inc. | Invoices for Court Reporting Services, dated June 08, 2021 | $456.25 |
| 360 | RONAN ANDRES SZWARC | 404 E 88TH ST / NEW YORK NY 10128-6613 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $451.61 |
| 361 | Safelite Fulfillment, Inc dba Safelite AutoGlass | PO BOX 633197 / CINCINNATI OH 45263-3197 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $449.37 |
| 362 | PNC Bank | 200 E Broward Blvd Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Business Application, dated March 21, 2018 | $432.34 |
| 363 | PNC Equipment Finance, LLC | 655 Business Center Drive / Horsham PA 19044 / US | Vital Pharmaceuticals, Inc. | Lease Agreement | $432.34 |
| 364 | Frank Gay Services, LLC. | 3763 Mercy Star Court / Orlando FL 32808 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $425.00 |
| 365 | John Buck | 781 N Pennock St Philadelphia PA 19130 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 03, 2021 | $424.46 |
| 366 | Ariana Abreu | 9744 SW 154 Pl Miami FL 33196 | Vital Pharmaceuticals, Inc. | Employment Agreement | $400.00 |
| 367 | Munson Machinery Co., Inc. | 210 SEWARD AVE / UTICA NY 13502-5750 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $398.60 |
| 368 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Vehicle Lease Service Agreement, dated July 19, 2021 | $389.57 |
| 369 | City of Fort Myers | PO Box 30185 / Tampa FL 33630-3185 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $364.68 |
| 370 | Christian Diaz | 2226 Pinecrest Ct Fullerton CA 92831 | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $357.40 |
| 371 | Chemline dba Sci-Chem Water Treatment | 1662 BROAD ST / KISSIMMEE FL 34746-4282 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $350.00 |
| 372 | Sara Sheperd | 39273 HIGHWAY 101 / PORT ORFORD OR 97465-9547 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $350.00 |
| 373 | GPM Investments, LLC EZ Mart EZ Mart | 602 FALVEY AVE / TEXARKANA TX 75501-6627 / US | Vital Pharmaceuticals, Inc. | Customer Agreement | $349.32 |

| | | | | | |
|---|---|---|---|---|---|
| 374 | Eurofins Food Chemistry Testing US Inc. | 2200 RITTENHOUSE ST STE 175 / DES MOINES IA 50321-3155 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $348.84 |
| 375 | CubeSmart Asset Management, LLC | 13627 Amargosa Road Victorville CA 92392 | Vital Pharmaceuticals, Inc. | Florida Self-Storage/Parking Space Rental Agreement, dated June 01, 2019 | $340.50 |
| 376 | Paolas Creations LLC | 11256 NW 42ND TER / DORAL FL 33178-1806 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $340.00 |
| 377 | Vegas Maid LLC | 8545 W Warm Springs Rd Ste A4182 / Las Vegas NV 89113 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $340.00 |
| 378 | Arnold Machinery Company | 3800 Quentin St / Denver CO 80239 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $339.78 |
| 379 | Molly Maid of Colorado Springs | 1925 Dominion Way Suite 104 / Colorado Springs CO 80918 / US | Vital Pharmaceuticals, Inc. | Invoices for Cleaning Services Rendered, dated December 04, 2020 | $336.00 |
| 380 | All-Zone Air | 10690 NW 123rd Street Rd, Suite 101 / Medley FL 33178 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $327.52 |
| 381 | Southern Specialized Services Inc. | 8926 SE BAHAMA CIR / HOBE SOUND FL 33455-4311 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $320.00 |
| 382 | Berkeley Research Group LLC | 2200 POWELL ST STE 1200 / EMERYVILLE CA 94608-1833 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Analysis Rendered, dated September 13, 2021 | $317.10 |
| 383 | The Sullivan Group | PO BOX 14419 / LONG BEACH CA 90853-4419 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $310.00 |
| 384 | MacKinnon Equipment Inc | Lock Box 841272 / Dallas TX 75284-1272 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $301.63 |
| 385 | Cole Parmer | 13927 COLLECTIONS CENTER DRIVE / CHICAGO IL 60693-0001 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $283.51 |
| 386 | Roadnet Technologies Inc Omnitracs | P.O. Box 840720 / Dallas TX 72584 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $275.00 |
| 387 | Allstate Resource Management Inc. | 6900 SW 21st Court Bldg # 9 / Davie FL 33317 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $270.97 |
| 388 | RV Advisor Consumer | 8 THE GRN STE A / DOVER DE 19901-3618 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $250.00 |
| 389 | MeshWrx, Inc. | 501 West Southern Ave. / Orange CA 92865 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $240.00 |
| 390 | Alexis Serafin Valencia | 12153 Brazos Ct Jurupa Valley CA 91752 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $227.73 |
| 391 | DocketTrack Software | 2345 WAUKEGAN RD STE 155 / BANNOCKBURN IL 60015-1592 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $225.00 |
| 392 | DSD Partners LLC | P.O. Box 1299 / Midlothian VA 23113 / US | Vital Pharmaceuticals, Inc. | Invoices for Bang Energy Invoice Consolidation and processing, dated April 30, 2022 | $223.52 |
| 393 | Harmon Electric Inc | 945 W. Deer Valley Rd. / Phoenix AZ 85027 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $213.20 |
| 394 | Stephanie Olvera | 3609 Cotten Dr Denton TX 76207 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 21, 2020 | $196.78 |
| 395 | Estudio Olaechea S. Civil De R. L. | Bernardo Monteagudo 201 / 27 San Isidro / PE | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $189.54 |
| 396 | You've Got MAIDS | 1945 IBIS BAY CT / OCOEE FL 34761 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $180.00 |
| 397 | Regus Management de Mexico SA de CV | Av. Paseo de la Reforma 350 Cuauhtemoc Distrito Federal 6600 Mexico | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $172.84 |
| 398 | Kramer & Amador, P.C. | 225 REINEKERS LN STE 300 / ALEXANDRIA VA 22314-3199 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $170.00 |
| 399 | BirdEye, Inc | 2479 E BAYSHORE RD STE 175 / PALO ALTO CA 94303-3228 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $158.00 |
| 400 | Smarter Sorting | 1101 E. 6TH ST / AUSTIN TX 78702-3210 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $155.82 |
| 401 | The Cleaning Company of California, Inc | 3954 Murphy Canyon Drive, Suite D203 / San Diego CA 92123 / | Vital Pharmaceuticals, Inc. | Services Agreement | $150.97 |
| 402 | Suburban Propane, LP. | PO BOX 260 / WHIPPANY NJ 07981-0260 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $145.31 |
| 403 | Environmental Marketing Services | 107 WALL ST STE 1 / CLEMSON SC 29631-2921 / US | Vital Pharmaceuticals, Inc. | Invoices for Bio Container Pickup, dated September 08, 2022 | $138.00 |
| 404 | Brumm, Vega & Associates, Inc. | 12864 BISCAYNE BLVD # 438 / NORTH MIAMI FL 33181-2007 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $136.50 |
| 405 | Western States Fire Protection Co. dba Signal One Fire and C | 4346 E ELWOOD ST STE 100 / PHOENIX AZ 85040-0901 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $135.00 |
| 406 | Total Filtration Services, Inc | 13002 COLLECTIONS CENTER DRIVE / CHICAGO IL 60693 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $130.22 |
| 407 | Saunders & Co Lawyers | 131 Victoria Street Christchurch Central City 8013 New Zealand | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $127.88 |
| 408 | Steel-Toe-Shoes.com Cyber Marketing Network, Inc | 800 WISCONSIN ST UNIT 15 / EAU CLAIRE WI 54703-3560 / US | Vital Pharmaceuticals, Inc. | Invoices for Items Sold, dated August 01, 2022 | $125.85 |
| 409 | Mia Lynn Carastro | 4501 S Datura Ave / Tampa FL 33611 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $120.38 |
| 410 | 5 Star Janitorial, Inc. | 7349 MILLIKEN AVE / RCH CUCAMONGA CA 91730-7435 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $111.77 |
| 411 | Reliant Gases, LTD | P.O. Box 671243 / DALLAS TX 75267-1243 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $108.60 |

| | | | | |
|---|---|---|---|---|
| 412 | Shearn Delamore & CO | 7th Floor/ Wisma Hamzah Knong Hing NO, 1, Leboh / 50100 Kuala | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $100.11 |
| 413 | Orkin - Houston | 3901 BRAXTON DR / HOUSTON TX 77063-6303 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $100.00 |
| 414 | VALERIE VARGAS | 21151 SAN SIMEON WAY APT 206 / MIAMI FL 33179-1989 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $100.00 |
| 415 | GPS Tracking Communications | ATTN: LOCKBOX OPERATIONS 515782 / 20500 BELSHAW AVENUE CA 90 | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $95.76 |
| 416 | Jaleel Airic Brown | 9252 CRIMSON CT / DALLAS TX 75217-8659 / US | Vital Pharmaceuticals, Inc. | Employment Agreement | $80.69 |
| 417 | GRM Information Management Services of Miami,LLC | P.O Box 744494 / Atlanta GA 33074-4494 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $80.00 |
| 418 | Stephanie Parker Ash | 10630 NW 83RD CT / PARKLAND FL 33076-4759 / US | Vital Pharmaceuticals, Inc. | Employment Agreement | $76.87 |
| 419 | AT&T | PO Box 10330 Fort Wayne IN 46851-0330 | Vital Pharmaceuticals, Inc. | AT&T Mobile Business Agreement, dated June 02, 2015 | $75.79 |
| 420 | Xtreme Air Services | 308 US HIGHWAY 80 E / SUNNYVALE TX 75182-9394 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $75.72 |
| 421 | RICHELLE LEHRER CORIAT | 18800 NE 29TH AVE APT 706 / MIAMI FL 33180-2850 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $67.50 |
| 422 | Shenzhen Kingguand Nameplate Co. LTD | 1-3/F.No.9 Shabolong New Road, Pingshan New District Shenzhen, Guangdong China | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $61.92 |
| 423 | Valentina Mata | 14608 Murfield Ct Charlotte NC 28278 | Vital Pharmaceuticals, Inc. | Employment Agreement | $50.61 |
| 424 | Kappa Laboratories, Inc | 2577 NW 74TH AVE / MIAMI FL 33122-1417 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $50.00 |
| 425 | Krishel Law Firm - Daniel Krishel | 4500 Park Granada / Calabasas CA 91302 / US | Vital Pharmaceuticals, Inc. | Professional Services Agreement | $50.00 |
| 426 | Office of the Alcoholic Beverage OABCC | 820 North French Street Suite 325 / Wilmington DE 19801 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $50.00 |
| 427 | ZOE KLOPFER | 934 MERCED ST / REDLANDS CA 92374-4931 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $47.37 |
| 428 | DongGuan Panther Sporting Goods Co.,Ltd YuJa Security Protec | A615 Hongxi Center No2 Nancheng Tai Yuk Rd Dongguan Guangdong  52300 China | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $47.30 |
| 429 | Olivia Aviv | 11936 Southwest 47th St Cooper City FL 33330 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 30, 2020 | $42.63 |
| 430 | Anthony Joseph Adriatico | 1600 N PARK DR / WESTON FL 33326-3278 / US | Vital Pharmaceuticals, Inc. | Employment Agreement | $36.76 |
| 431 | Morrison Timing Screw dba Morrison Container Handling Sol. | 335 W 194TH ST / GLENWOOD IL 60425-1501 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $35.20 |
| 432 | CSK Cole, Scott & Kissane, PA | 9150 S DADELAND BLVD STE 1400 / MIAMI FL 33156-7855 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated January 12, 2022 | $31.00 |
| 433 | Eunice Renee Garcia | 5141 North F St San Bernardino CA 92407 | Vital Pharmaceuticals, Inc. | Employment Agreement | $30.00 |
| 434 | Isabella Solarte | 1254 SW 116 Ave Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement | $29.25 |
| 435 | KP Industrial Inc. AVTECH Industrial | 7225 W ROOSEVELT ST STE 172 / PHOENIX AZ 85043-2207 / US | Vital Pharmaceuticals, Inc. | Services Agreement | $23.26 |
| 436 | Penske Truck Leasing | PO BOX 7429 / PASADENA CA 91109-7429 / US | Vital Pharmaceuticals, Inc. | Lease Agreement | $22.98 |
| 437 | Penske Truck Leasing | 2675 Morgantown Rd Reading PA 19607 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 29, 2021 | $22.98 |
| 438 | Spotless Cleaning Team LLC | 4955 NW 199 St. Lot#379 / Miami Gardens FL 33055 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $20.00 |
| 439 | Viral Nation Inc. | 2355 Skymark Ave #200 / Mississauga ON L4W 4Y6 / CA | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $19.48 |
| 440 | Nicole Zorzetth Quiroz | 12202 Taylors Crossing Dr / Tomball TX 77375 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $14.94 |
| 441 | Brocotish Entertainment, Inc | 435 Buena Vista Ave. 102 / Alameda CA 94501 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $11.08 |
| 442 | Shopify, Inc | 150 Elgin Street / Ottawa ON K2P 2L8 / CA | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $8.99 |
| 443 | Hach Company | PO BOX 389 / LOVELAND CO 80539-0389 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $6.99 |
| 444 | Teledyne TapTone | 49 EDGERTON DR / N FALMOUTH MA 02556-2821 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $6.94 |
| 445 | Kylie Nicole Fisher | 2 VILLAGEVIEW DR / BARBOURSVILLE WV 25504-9309 / US | Vital Pharmaceuticals, Inc. | Talent Services Agreement | $3.59 |
| 446 | Baker Tilly US, LLP | P.O.BOX 7398 / MADISON WI 53707-7398 / US | Vital Pharmaceuticals, Inc. | Invoices for Legal Services Rendered, dated February 28, 2022 | $0.50 |
| 447 | 14 West, LLC | 1701 Pearl St Ste 4 Waukesha WI 53186-5600 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated November 12, 2020 | $0.00 |
| 448 | 1800 Wazee Street | Prologis 17777 Center Court Drive Denver CO 80202 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated May 20, 2019 | $0.00 |
| 449 | 4141 Holdings, LLC | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Amended Limited Liability Company Operating Agreement, dated February 28, 2002 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 450 | 4141 Holdings, LLC | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Mortgage Modification Agreement, dated April 30, 2013 | $0.00 |
| 451 | 5 Star Beverage, Inc. | 7720 Formula Place #A San Diego CA 92126 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement | $0.00 |
| 452 | 6751342 Canada Inc., d/b/a Victoria Park | 376 Victoria Suite 240 Westmount Quebec H3Z 1C3 Canada | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated August 04, 2010 | $0.00 |
| 453 | 7-Eleven, Inc | 3200 Hackberry Road Irving TX 75063 | Vital Pharmaceuticals, Inc. | Insurance and Indemnification Agreement, dated July 31, 2018 | $0.00 |
| 454 | 7-Eleven, Inc. | Attn: EDI Business Manager and Legal Department 3200 Hackberry Road Irving TX 75063 | Vital Pharmaceuticals, Inc. | FDI Trading Agreement, dated July 18, 2018 | $0.00 |
| 455 | 7-Eleven, Inc. | Attn: EDI Business Manager and Legal Department 3200 Hackberry Road Irving TX 75063 | Vital Pharmaceuticals, Inc. | Hold Harmless Agreement, dated November 15, 2019 | $0.00 |
| 456 | 7-Eleven, Inc. | Attn: EDI Business Manager and Legal Department 3200 Hackberry Road Irving TX 75063 | Vital Pharmaceuticals, Inc. | INSURANCE AND INDEMNIFICATION AGREEMENT, dated July 31, 2018 | $0.00 |
| 457 | 81 North Mini-Storage | 3508 Hopewell Rd Anderson SC 29621 | Vital Pharmaceuticals, Inc. | Lease, dated June 11, 2018 | $0.00 |
| 458 | 84.51 LLC | 100 West Fifth Street, Cincinnati, OH 45202 | Vital Pharmaceuticals, Inc. | Stratum Access Master Terms of Services Kroger Data, dated November 12, 2021 | $0.00 |
| 459 | A & B Beverage Company, L.L.C. | 3901 Tull Avenue Muskogee OK 74403 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 28, 2019 | $0.00 |
| 460 | A & B Distributing Company, Inc. | Attn: Lanny Layman 10777 High Point Road Olive Branch MS 38654 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 10, 2018 | $0.00 |
| 461 | A & B Distributing Company, Inc. | Attn: Lanny Layman 10777 High Point Road Olive Branch MS 38654 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 18, 2021 | $0.00 |
| 462 | A & B Distributing Company, Inc. | Attn: Lanny Layman 10777 High Point Road Olive Branch MS 38654 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated December 19, 2021 | $0.00 |
| 463 | A Cappione Inc | 32-54 Liberty Ave Massena NY 13662 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 13, 2021 | $0.00 |
| 464 | A to Z Management Consulting, LLC | 13010 Morris Rd, Bldg 1 Ste 600, Alpharetta, GA 30004 | Vital Pharmaceuticals, Inc. | FSSC 22000 Consulting Proposal, dated April 26, 2023 | $0.00 |
| 465 | A. Cappione, Inc. | David P. Cappione 54 Liberty Avenue Massena NY 13662 | Vital Pharmaceuticals, Inc. | Release Agreement, dated May 15, 2020 | $0.00 |
| 466 | A. Gallo & Company | 85 Thomaston Road Lichtfield  CT 06759 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2019 | $0.00 |
| 467 | A.B. Beverage Company Inc. | 1983 Richland Ave East Aiken SC 29801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 | $0.00 |
| 468 | A.L. George LLC | Attn: Austin George - President 1 Link Drive Binghampton NY 13904 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 11, 2021 | $0.00 |
| 469 | A.L. George LLC | Attn: Austin George - President 1 Link Drive Binghampton NY 13904 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated March 30, 2021 | $0.00 |
| 470 | A.L. George LLC | Austin George 1 Link Drive Binghampton NY 13904 | Vital Pharmaceuticals, Inc. | Non-Exclusive Distribution Agreement, dated February 04, 2021 | $0.00 |
| 471 | AAP Fitness, Inc. | Jeffrey P. Greenberg / Alan K. Geer, 30226 Emmetts CT Wesley Chapel, FL 33544 | Vital Pharmaceuticals, Inc. | General Lease, dated April 24, 2008 | $0.00 |
| 472 | Aaron J Rubin | 7 Tree Top Dr Rochester NY 14625 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 22, 2021 | $0.00 |
| 473 | Aaron J Uson | 4925 Henley St Blaine WA 98230 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 10, 2021 | $0.00 |
| 474 | Aaron Sandoval Aramis | 4800 Fort Suitevens St Apt 703 Orlando FL 32822 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 14, 2022 | $0.00 |
| 475 | AB InBev UK Limited | Bureau 90 Fetter Ln London EC4A 1EN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 22, 2019 | $0.00 |
| 476 | Abbie Smith, MS, CSCS | c/o University of Oklahoma Department of Health & Exercise Science 1401 Asp Ave.  Lab #106 Norman OK 73019 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 13, 2009 | $0.00 |
| 477 | Abdelrahman Ammar | 14500 North 46th St Apt 433 B Tampa FL 33613 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 478 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 30, 2018 | |
| 479 | Abimelek Rodriguez Correa | 1310 Southeast San Sovina Terr Port St Lucie FL 34952 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | |
| 480 | Abite Brewing Company, LLC | 21084 Highway 36, Abita Springs, LA 70433 | JHO Intellectual Property Holdings, LLC | Co-Existence Agreement, dated October 08, 2020 | $0.00 |
| 481 | Absolute Web Services | Roman Yoffe, 2875 NE 191st Street, Suite 404, Miami, FL 33180 | Vital Pharmaceuticals, Inc. | Custom Woodcommerce Web Development | $0.00 |
| 482 | Absolute Web Services, Inc. | 2875 NE 191st Street Suite 404 Miami FL 33180 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated February 14, 2017 | $0.00 |
| 483 | Acceleration eMarketing, Inc | 32 East 31st Street 9th FL New York, NY 10016 | Vital Pharmaceuticals, Inc. | Acceleration Ad Serving Attachment, dated June 28, 2010 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 484 | AccuReg, Inc. | Loui J. Silvestri, 4400 SW 95Th Avenue, Davie, FL 33328 | Vital Pharmaceuticals, Inc. | Master Professional Services Agreement, dated September 30, 2008 | $0.00 |
| 485 | Ace Beverage LLC | Mike Krohn 401 South Anderson Street Los Angeles CA 90033 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 04, 2018 | $0.00 |
| 486 | Ace of Spades Holdings, LLC | 540 West 26th Street, New York, NY 10001 | JHO Intellectual Property Holdings, LLC | Co-Existence Agreement, dated September 12, 2022 | $0.00 |
| 487 | Ace Tools Co., Ltd. | R.235 Building A Mingxi Industrial Park Huaide South Road Fuyong Town Shenzhen City Bao'an District 518103 China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 10, 2020 | $0.00 |
| 488 | ACIBG, Corp. | 5 Victoria Hts East Aurora NY 14052 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 26, 2021 | $0.00 |
| 489 | Active Threat Response, LLC - Michael Mcbride | info@atresponse.org | Vital Pharmaceuticals, Inc. | Vistor Non-Disclosure Agreement, dated October 18, 2019 | $0.00 |
| 490 | Adam A Gonzales | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 14, 2022 | $0.00 |
| 491 | Adam B Nuckols | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2021 | $0.00 |
| 492 | Adam Echeverria | 5734 South 34th Place Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 493 | Adam M Arch | 20 Pennsylvania Ave Fairless Hills PA 19030 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 494 | Adam N Pis | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 495 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 11, 2019 | |
| 496 | Adam Wroten | 1921 Kimball St Brooklyn NY 11234 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 497 | Adams Beverages of North Carolina, LLC | 7505 Statesville Road Charlotte NC 28269 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 20, 2018 | $0.00 |
| 498 | Adan Flores Alberto | 12321 West Florence St Avondale AZ 85323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 499 | Adan Vasquez Ernesto | 4240 Heritage Way Acworth GA 30102 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 500 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated January 04, 2021 | |
| 501 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated January 04, 2021 | |
| 502 | Adept Payments, Inc. | 4590 E Thousand Oaks Blvd # 215 West Lake Vlg CA 91362 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated February 18, 2019 | $0.00 |
| 503 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |
| 504 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated December 01, 2021 | |
| 505 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 506 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release Authorizing VPX to Use Image, Likeness, Performances and Testimonials, dated February 10, 2009 | |
| 507 | Adly Lopez Rodelie | 8214 West Meadowbrook Ave Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 26, 2021 | $0.00 |
| 508 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 509 | ADP Screening and Selection Services, Inc. | 301 Remington Street Fort Collins CO 80524 | Vital Pharmaceuticals, Inc. | Client Agreement for Access to Motor Vehicle Records, dated July 25, 2017 | $0.00 |
| 510 | ADP, LLC | One ADP Boulevard Roseland NJ 7068 | Vital Pharmaceuticals, Inc. | Addendum to ADP Workforce Now Comprehensive Service Master Services Agreement, dated May 21, 2019 | $0.00 |
| 511 | Adrian Arredondo | 4508 Southwest 160th Ave Apt 724 Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 31, 2022 | $0.00 |
| 512 | Adrian R Valdez | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 12, 2020 | $0.00 |
| 513 | Adriana A Moya | 205 West Portland St Unit 144C Phoenix AZ 85003 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 514 | Adriana Gondres | 3921 SW 160th Ave #303 Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 10, 2019 | $0.00 |
| 515 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 21, 2011 | |
| 516 | ADS Laboratorio Nutricional LTDA-EPP | Ricardo Armando De Angelis De Souza Rodovia Carl FIscher 2705 Matao SP 15990-000 Brazil | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 05, 2013 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 517 | Advance Aesthetic | 2/120 Bang Lamung Nong Prue Chonburi 20150 Thailand | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality & Non-Circumvention Agreement, dated August 01, 2016 | $0.00 |
| 518 | Advance Beverage Co., Inc. | Michael Lazzerini 5200 District Boulevard Bakersfield CA 93313 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 30, 2017 | $0.00 |
| 519 | Advanced Chemical Transport, Inc. | Attn: Shawn Ball, Vice President 967 Mabury Road San Jose CA 95133 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated September 30, 2021 | $0.00 |
| 520 | Aerotek Scientific, LLC | 3689 Collection Ctr Dr Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Direct Placement Agreement, dated November 19, 2019 | $0.00 |
| 521 | Aerotek, Inc. | 7301 Parkway Drive Hanover MD 21076 | Vital Pharmaceuticals, Inc. | Direct Placement Agreement, dated November 19, 2019 | $0.00 |
| 522 | AFP Distributors d/b/a Southeast Beverage | Andrew Phillips P.O. Box 180 Athens OH 45701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 | $0.00 |
| 523 | AFP Distributors Inc., dba Southeast Beverage Company | Attn: Austin Phillips PO Box 180 Athens OH 45701 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 25, 2021 | $0.00 |
| 524 | AFP Distributors, d/b/a Southeast Beverage | 60 Elm St Canal Winchester OH 43110 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 07, 2019 | $0.00 |
| 525 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 30, 2018 | |
| 526 | Agnieszka Pietraszkiewicz | 10444 Northwest 48th Manor Coral Springs FL 33076 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | $0.00 |
| 527 | Agora Lab, Inc. | 2804 Mission College Blvd Santa Clara CA 95054 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated November 06, 2020 | $0.00 |
| 528 | Aidemy Fashion Co. LTD | 523900 Donsgguan Guangdong / CN | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 529 | Aileen M Carpenter | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 530 | Airgas USA, LLC | 3737 Worsham Avenue Long Beach CA 90808 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated August 31, 2019 | $0.00 |
| 531 | Ajax Turner Co, Inc. | Scott Turner, President 4010 Centrepointe Drive La Vergne TN 37086 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 11, 2016 | $0.00 |
| 532 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 25, 2021 | |
| 533 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated April 25, 2021 | |
| 534 | Aker BioMarine Antarctic US LLC | 707 So. Grady Way Suite 600 Renton WA 98057 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 28, 2020 | $0.00 |
| 535 | Al Pugh Distributing Company, Inc. | 13548 History Land Hwy Warsaw VA 22572 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 04, 2019 | $0.00 |
| 536 | Al Pugh Distributing Company, Inc. | 13548 History Land Hwy Warsaw VA 22572 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated January 11, 2023 | $0.00 |
| 537 | Alabama Crown Distributing Co. | 1330 Corporate Woods Drive Alabaster AL 35007 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 18, 2019 | $0.00 |
| 538 | AlaBev, LLC | Harry A. Kampakis, President 211 Citation Court Birmingham AL 35209 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 09, 2017 | $0.00 |
| 539 | Alan Jay Chevrolet Buick GMC | 441 US HWY #27N PO Box 9200 Sebring  FL 33870 | Vital Pharmaceuticals, Inc. | Commercial Addendum to Retail Installment Contract, dated February 19, 2021 | $0.00 |
| 540 | Alan Jay Chevrolet Buick GMC | 441 US HWY #27N PO Box 9200 Sebring  FL 33870 | Vital Pharmaceuticals, Inc. | Commercial Addendum to Retail Installment Contract, dated September 28, 2020 | $0.00 |
| 541 | Alan Jay Chrysler Jeep Dodge of Wachula | 2003 Us Hwy 27 South Sebring FL 33870 | Vital Pharmaceuticals, Inc. | Conditional Delivery Agreement / Separate Odometer Disclosure Statement and Acknowledgment, dated February 12, 2021 | $0.00 |
| 542 | Alan Jay Chrysler Jeep Dodge of Wauchilla | 1401 US HIghway 17 S Wauchula FL 33783 | Vital Pharmaceuticals, Inc. | Conditional Delivery Agreement, dated February 12, 2021 | $0.00 |
| 543 | Alan Lendvay | 11136 West Spartan Ct Sun City AZ 85351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 17, 2018 | $0.00 |
| 544 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 29, 2021 | |
| 545 | Alanic International Corp. | 8730 Wilshire Blvd Penthouse Beverly Hills CA 90211 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 07, 2020 | $0.00 |
| 546 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 547 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 548 | Albany Beverage Co. | 1208 Moultrie Road Albany  GA 31705 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2019 | $0.00 |
| 549 | Alber and Leff Foods Company | Attn: Lee B Hurwitz 3115 Washington Pike Bridgeville PA 15017 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 15, 2018 | $0.00 |
| 550 | Albert Carrillo Herrera | 12941 West Tara Ln Surprise AZ 85374 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 26, 2018 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 551 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 552 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 553 | Alberto Cortez | 5916 Providence Crossing Trail Orlando FL 32829 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 27, 2010 | $0.00 |
| 554 | Alberto Rios Antonio | 3500 SE Oak Grove Blvd Apt 43 Milwaukie OR 97267 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 555 | Alberto Urena M | 27612 Pleaseure Ride Loop Wesley Chapel FL 33544 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 556 | Albertsons Companies, Inc. | 250 Parkcenter Blvd Boise ID 83706 | Vital Pharmaceuticals, Inc. | Continuing Commodity Guaranty and Indemnity Agreement, dated October 24, 2018 | $0.00 |
| 557 | Albertsons Companies, LLC | 251 E Parkcenter Blvd Boise ID 83706 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Mutual Nondisclosure Agreement, dated October 11, 2018 | $0.00 |
| 558 | Albreco, Inc. | 1040 Technecenter Dr. Millford OH 45150 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 08, 2020 | $0.00 |
| 559 | ALD Group Limited | ALD Building No. 2 Industrial 3rd Road Shiyan Town Bao'an District Shenzen China | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated June 22, 2021 | $0.00 |
| 560 | ALDA 4747 W. Buckeye LLC | Attn: Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Industrial Lease, dated November 15, 2019 | $0.00 |
| 561 | ALDA West LLC | 1900 Ave Of the Stars Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Re: Letter of Intent for the Purchase of 1635 S. 43rd Avenue, Phoenix, AZ 85009, dated June 19, 2019 | $0.00 |
| 562 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 26, 2018 | |
| 563 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 18, 2018 | |
| 564 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 27, 2021 | |
| 565 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 27, 2021 | |
| 566 | Alejandro Abreu | 8275 Southwest 152nd Ave Apt D 209 Miami FL 33193 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 567 | Alejandro Figueroa | 11717 Lakewood Blvd Apt 25 Downey CA 90241 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 568 | Alejandro Grajales | 11948 NW 11th St Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 569 | Alejandro Maldonado | 7002 W Indian School Rd Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 16, 2021 | $0.00 |
| 570 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 18, 2021 | |
| 571 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 18, 2021 | |
| 572 | Alessio La Torraca | 437 NW 57th Ave # 21S Miami FL 33126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 23, 2019 | $0.00 |
| 573 | Alex Dorlus | 12120 NW 15th Ave Miami FL 33167 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 574 | Alex Martinez | 11830 Winterset Cove Dr Riverview FL 33579 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 575 | Alex Obrien Scott | 4353 Pinewood Rd Melbourne FL 32934 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 22, 2021 | $0.00 |
| 576 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 10, 2019 | |
| 577 | Alexander Angueira | 2673 Southwest 14th Ct Deerfield Beach FL 33442 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 27, 2022 | $0.00 |
| 578 | Alexander Arneson Ray | 740 Academy Dr 304 Kissimmee FL 34744 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 14, 2022 | $0.00 |
| 579 | Alexander Catoni | 8751 Northwest 166th Terrace Miami Lakes FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 580 | Alexander Dangel Ross | 2848 Wild Laurel Ct Norcross GA 30071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 18, 2021 | $0.00 |
| 581 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 28, 2018 | |
| 582 | Alexander Santacruz Luis | 2918 North 88th Dr Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 583 | Alexandra Belli | alexandra.belli_v@bangenergy.com | Vital Pharmaceuticals, Inc. | Confidentiality and Non-Disclosure Agreement, dated December 22, 2021 | $0.00 |
| 584 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated August 28, 2016 | |

| 585 | Alexandra Soto | 7224 SW 101 Ct Miami FL 33173 | Vital Pharmaceuticals, Inc. dba VPX/REDLINE | Letter re Notice of Violation of Non Disclosure, Non-Compete, Confidentiality Agreement, dated October 26, 2022 | $0.00 |
| 586 | Alexandra Tobon | 17710 Northwest 73rd Ave Apt 208 Hialeah FL 33015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2020 | $0.00 |
| 587 | | | Vital Pharmaceuticals, Inc. | Select Team Agreement, dated December 19, 2018 | |
| 588 | Alexandria Anagnostis Christine | 8891 Southwest 142nd Ave Apt 827 Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 589 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 24, 2021 | |
| 590 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated September 22, 2011 | |
| 591 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 24, 2021 | |
| 592 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 24, 2021 | |
| 593 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated December 18, 2018 | |
| 594 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 595 | Alexia Admor French Designer Group LTD | 1385 Broadway Suite 310 New York NY 10018 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement | $0.00 |
| 596 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 12, 2018 | |
| 597 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated December 27, 2018 | |
| 598 | Alexis Lerma Miguel | 7433 W Globe Ave Phoenix AZ 85043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2019 | $0.00 |
| 599 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 02, 2019 | |
| 600 | Alford Distributing company | Jeff Alford, CFO 344 W. Crown Court Imperial CA 92251 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 29, 2018 | $0.00 |
| 601 | Alfred Gomez | 12425 Laurel Ave Whittier CA 90605 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 602 | Alfredo Nieves | 6317 Lawton Ave Las Vegas NV 89107 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2022 | $0.00 |
| 603 | Alfredo Riera Jesus | 8620 NW 97th Ave Apt 212 Medley FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 16, 2018 | $0.00 |
| 604 | Alicia Sierra Adelia | 3523 West Blvd Los Angeles CA 90016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2021 | $0.00 |
| 605 | Alisia Braxton R | 2510 Gotham Way Valrico FL 33596 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2022 | $0.00 |
| 606 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 13, 2017 | |
| 607 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 12, 2021 | |
| 608 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated April 12, 2021 | |
| 609 | All American Licensing & Management Group | 1455 Upper Ranch Road Westlake Village CA 91362 | Vital Pharmaceuticals, Inc. | Deal Memo/Proposal for Mandalay Bay, dated August 28, 2014 | $0.00 |
| 610 | All Pro Fitness Distribution Inc. | Cort Allen 7557 W. Carmelo Ave. Tracy CA 95304 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 611 | All Pro Fitness Distribution, Inc. | Cort Allen 7557 W. Carmelo Ave. Tracy CA 95304 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2007 | $0.00 |
| 612 | All Sport | Paul Burleson 8280 Stayton Drive Suite A Jessup MD 20794 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 15, 2009 | $0.00 |
| 613 | All Sport Inc. | Paul Burleson 8280 Stayton Drive Suite A Jessup MD 20794 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - NC, SC), dated January 09, 2009 | $0.00 |
| 614 | All Sport, Inc. | Gary Smith 720 Jewell Drive Waco TX 76702 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2009 | $0.00 |
| 615 | Allan Catolos Bandoma | 2051 Carmen St West Covina CA 91792 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 11, 2020 | $0.00 |
| 616 | Allen Lund Company LLC | 4529 Angeles Crest Highway Suite 300 La Canada CA 91011 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated July 29, 2021 | $0.00 |
| 617 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 30, 2021 | |
| 618 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated November 30, 2021 | |
| 619 | Alliance Beverage Distributing, LLC | Eric Monroe 4490 60th SE Grand Rapids MI 49512 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 620 | Allied Waste Transportation (Republic Services) | 4811 W Lower Buckeye Phoenix AZ 85043 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated November 18, 2019 | $0.00 |
| 621 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 19, 2017 | |
| 622 | Allisson Rincon Penagos | 1068 Lavender Cir Weston FL 33327 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2019 | $0.00 |
| 623 | Ally Financial | PO Box 8110 Cockeysville MD 21030 | Vital Pharmaceuticals, Inc. | Retail Installment Sale Contract - Simple Finance Charge (with Arbitration Provision) | $0.00 |
| 624 | Ally Financial | 500 Woodward Ave Detroit MI 48226 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated June 20, 2017 | $0.00 |
| 625 | Allyson Temple Nicole | 1309 Clark Springs Dr Keller TX 76248 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 626 | Alma Alvarado-Garcia | 7435 W Beryl Ave Peoria AZ 85345 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 627 | ALNA Packaging Co., Ltd. | 12922 115 Avenue Surrey BC V3R 0E2 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated March 02, 2022 | $0.00 |
| 628 | Alnost Guatemala S.A. | 10 Aveninda 12-60 Zona 14 Edificio Avita Apartmento 3C Torre Sur Guatemala | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated August 11, 2021 | $0.00 |
| 629 | Alphonso Raymond | 555 Southwest Sundance Tr Port Saint Lucie FL 34953 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 28, 2019 | $0.00 |
| 630 | Altius Logística Internacional Peru S.A.C. | Avenida Jorge Chavez No 631 Piso 4 Miraflores Lima 15074 Peru | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated September 30, 2021 | $0.00 |
| 631 | Alturna-Tech Inc | 2300 Glades Road, Suite 302E Boca Raton FL 33431 | Vital Pharmaceuticals, Inc. dba Bang Energy | Mutual Non-Disclosure Agreement, dated January 01, 2020 | $0.00 |
| 632 | Altus Global Trade Solutions | 2400 Veterans Memorial Blvd, Ste 300 Kenner LA 70062 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated August 29, 2017 | $0.00 |
| 633 | Alvaro Serna | 24219 Pansy Way Lake Elsinore CA 92532 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 634 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 22, 2021 | |
| 635 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 22, 2021 | |
| 636 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 19, 2018 | |
| 637 | Alyssa Consaul Nicole | 7830 Northwest 53rd Ct Lauderhill FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 638 | Alyssa Figueroa Lynnae | 112 Candle Wood Dr Hendersonville TN 37075 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 03, 2021 | $0.00 |
| 639 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador National Team Agreement, dated March 08, 2017 | |
| 640 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 21, 2018 | |
| 641 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 25, 2017 | |
| 642 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 09, 2018 | |
| 643 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 11, 2011 | |
| 644 | Amanda Vazquez-Rios Elise | 8845 Valencia Oaks Ct Orlando FL 32825 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 04, 2021 | $0.00 |
| 645 | Amazon Fulfillment Services, Inc. | 410 Terry Ave N Seattle WA 98109 | Vital Pharmaceuticals, Inc. | MDF/COOP Agreement, dated November 17, 2011 | $0.00 |
| 646 | Amazon Fulfillment Services, Inc. | 410 Terry Ave N Seattle WA 98109 | Vital Pharmaceuticals, Inc. | Vendor Terms and Conditions, dated January 19, 2010 | $0.00 |
| 647 | Amber Serrano Cecile | 951 East 10th Place Hialeah FL 33010 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2020 | $0.00 |
| 648 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 21, 2017 | |
| 649 | Amber Vick R | 125 Baker St Apt 143 Costa Mesa CA 92626 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2021 | $0.00 |
| 650 | American Beer Distributors | 256 Court Street Brooklyn NY 11231 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 23, 2019 | $0.00 |
| 651 | American Clinical Solutions, LLC | 2424 N Federal Highway Suite 455 Boca Raton FL 33431 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated November 20, 2019 | $0.00 |
| 652 | American International Group, Inc. | 175 Water Street, New York, NY, 10038, United States | Vital Pharmaceuticals, Inc. | Foreign Liability Insurance Policy, dated May 31, 2023 | $0.00 |
| 653 | American Media, Inc. | Attn: Annemarie Aune 4 New York Plaza 4th Floor New York NY 10004 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Release, dated May 28, 2015 | $0.00 |
| 654 | American Packaging Capital, Inc. | Greg R. Williams, 1491 San Carlos Ave Concord, California 94518 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated August 30, 2007 | $0.00 |

| 655 | American Soy Products, Inc. | 1474 North Woodland Drive Saline MI 48176 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated November 01, 2017 | $0.00 |
|---|---|---|---|---|---|
| 656 | American Soy Products, Inc. | 1474 North Woodland Dr. Saline Michigan 48176 | Vital Pharmaceuticals, Inc. | Supply & Processing Agreement, dated June 01, 2017 | $0.00 |
| 657 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 13, 2011 | |
| 658 | Aminolabs Group NV | Research Campus 6 Hasselt 3500 Belgium | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated November 19, 2018 | $0.00 |
| 659 | Amy Gold Elise | 2850 Northeast 14th St Cau Pompano Beach FL 33062 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 05, 2014 | $0.00 |
| 660 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 01, 2018 | |
| 661 | Amy Maros | c/o Mark J. Berkowitz, P.A., One Ten Tower, 110 SE 6th Street, Suite 1700, Ft. Lauderdale, FL 33301 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated July 01, 2022 | $0.00 |
| 662 | Amy McAllister Lynn | 20570 Vine Dr Macomb MI 48044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 01, 2019 | $0.00 |
| 663 | AMZ Atlas, LLC | 120 19TH ST N, STE 2054, BIRMINGHAM, AL 35203 | Vital Pharmaceuticals, Inc. | Client Services Agreement, dated December 07, 2022 | $0.00 |
| 664 | AMZ Atlas, LLC | 120 19TH ST N, STE 2054, BIRMINGHAM, AL 35203 | Vital Pharmaceuticals, Inc. | Amendment No. 1 to Client Services Agreement, dated April 01, 2023 | $0.00 |
| 665 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 666 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 667 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 21, 2018 | |
| 668 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 03, 2017 | |
| 669 | AnaBio Technologies LTD | 11 Herbert Street Dublin D02 RW27 Ireland | Vital Pharmaceuticals, Inc. | Sole Distributor Supply Agreement - Term Sheet, dated July 02, 2018 | $0.00 |
| 670 | AnaBio Technologies LTD | 11 Herbert Street Dublin CO D02RW27 Ireland | Vital Pharmaceuticals, Inc. dba VPX | Confidentiality & Non-Circumvention Agreement, dated May 07, 2018 | $0.00 |
| 671 | Anayansi Ramirez Root Esther | 1421 West Ocotillo Rd Phoenix AZ 85013 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 672 | ANDA, Inc. | 6280 W 3rd St Apt 231 Los Angeles CA 90036 | Vital Pharmaceuticals, Inc. | Continuing Guaranty and Indemnification Agreement, dated March 27, 2008 | $0.00 |
| 673 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 20, 2021 | |
| 674 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated September 20, 2021 | |
| 675 | Andler Packaging Corporation | 6630 NW 16th Terrace Fort Lauderdale FL 33309 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated December 12, 2019 | $0.00 |
| 676 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated September 28, 2021 | |
| 677 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated September 28, 2021 | |
| 678 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated May 29, 2018 | |
| 679 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated May 10, 2018 | |
| 680 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated May 18, 2018 | |
| 681 | Andrea Gil Cecilia | 1469 Northwest 153rd Ave Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 01, 2021 | $0.00 |
| 682 | Andrea Marcano Reimundez Del Mar | 4206 Eastgate Dr 3133 Orlando FL 32839 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 683 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 17, 2021 | |
| 684 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 17, 2021 | |
| 685 | Andreina Mendez | 242 East Riverbend Dr Sunrise FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 09, 2022 | $0.00 |
| 686 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated January 02, 2018 | |
| 687 | Andrew Alvarez | 9969 Sepulveda Blvd Apt 101 Los Angeles CA 91345 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 09, 2014 | $0.00 |
| 688 | Andrew Baltazar John | 4727 Dozier St Los Angeles CA 90022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 02, 2018 | $0.00 |
| 689 | Andrew Colapietro J | 25 Waters Edge Dr Lewiston ME 4240 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |

| 690 | Andrew De La Torre Jr Juan | 18928 West Jefferson St Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 05, 2015 | $0.00 |
| 691 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 21, 2017 | |
| 692 | Andrew LaRocca | c/o The Law Firm of Patrick H. Gonyea, PA., 8176 Woodland Center Blvd, Tampa, FL 33614 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated July 29, 2022 | $0.00 |
| 693 | Andrew Richard Blakely | 3 Bancroft Lane Kings Hill West Malling Kent ME19 4BQ United Kingdom | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated February 15, 2019 | $0.00 |
| 694 | Andrew Samples Lee | 8120 East Whitton Ave Scottsdale AZ 85251 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 09, 2021 | $0.00 |
| 695 | Andrew Schade Michael | 21 Abbey Ln Annville PA 17003 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 21, 2020 | $0.00 |
| 696 | Andrew Wisdom David | 13805 Northwest 22nd St Sunrise FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 03, 2008 | $0.00 |
| 697 | Andy Rodriguez | 1962 South Palomar Dr Deltona FL 32738 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2019 | $0.00 |
| 698 | Angel Alvarez David | 6645 Sylmar Ave  112A Van Nuys CA 91405 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 10, 2021 | $0.00 |
| 699 | Angel Aponte Alfredo | 7260 Suiterling Rd  102 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 22, 2018 | $0.00 |
| 700 | Angel Iglesias Ricardo | 880 Sorrento Dr Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 701 | | | Vital Pharmaceuticals, Inc. | Exclusive Athlete Endorsement/Transformation Agreement, dated May 15, 2008 | |
| 702 | Angel Tellez Leogardo | 7013 W Catalina Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 12, 2021 | $0.00 |
| 703 | Angel Torres | 6701 Johnson St # 209 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 704 | Angela Ruiz McDavis | 2902 West Sweetwater Ave Apt 3009 Phoenix AZ 85029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 705 | Angelica Cabrejos | 1617 South Federal Highway Apt 2-516 Pompano Beach FL 33062 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 20, 2021 | $0.00 |
| 706 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated December 17, 2018 | |
| 707 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 29, 2018 | |
| 708 | Angell Distributing | Mr. Robert Angell 455 Kunzler Ranch Rd Suite B Ukiah CA 95482 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 709 | Anheuser- Busch, LLC | One Busch Pl St Louis MO 63118 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality Agreement, dated 2018 | $0.00 |
| 710 | Anheuser-Busch LLC | One Busch Place St. Louis MO 63118 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated December 03, 2020 | $0.00 |
| 711 | Anheuser-Busch, LLC | 125 West 24th Street 10th New York NY 10024 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 | $0.00 |
| 712 | Anheuser-Busch, LLC d/b/a Western Beverage Co. | Attn: Barry Galgoci 18300 NE Portal Way Portland OR 97230 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 | $0.00 |
| 713 | Anibal Hernandez Jose | 630 85th St Apt 203 Miami Beach FL 33141 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 714 | Anibal Madrueno S | 5411 South 13th Ave Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
| 715 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 31, 2017 | |
| 716 | Anmar Investment Group LLC | 1151 Chenille Circle Weston FL 33327 | Vital Pharmaceuticals, Inc. | Equipment Operating Lease and Use Agreement, dated January 01, 2022 | $0.00 |
| 717 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 09, 2017 | |
| 718 | Anna Keener Jane | 930 Benge Dr Apt 108 Arlington TX 76013 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2020 | $0.00 |
| 719 | | | Vital Pharmaceuticals, Inc. | AFFILIATE MEMBER AGREEMENT, dated June 22, 2018 | |
| 720 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 19, 2017 | |
| 721 | Annye Posada Carolina | 1800 North Bayshore Dr Apt 2404 Miami FL 33132 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 28, 2020 | $0.00 |
| 722 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 723 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated December 01, 2021 | |
| 724 | Anthony Anselmo | 2534 NE 42nd Ave Portland OR 97213 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2022 | $0.00 |

| 725 | Anthony Calderon | 8840 Fontainebleau Blvd Apt 403 Miami FL 33172 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 21, 2018 | $0.00 |
|---|---|---|---|---|---|
| 726 | Anthony Campana Charles | 18 Key West Ct Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2022 | $0.00 |
| 727 | Anthony Cerullo | 5141 Waterwood Dr Bartow FL 33830 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 16, 2018 | $0.00 |
| 728 | Anthony Clayton | 10401 SW 51St St Cooper City FL 33328 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 27, 2021 | $0.00 |
| 729 | Anthony Collins C | 13440 Old Englishtown Rd Wellington FL 33414 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 730 | Anthony Dolson David | 4682 Aventura Canyon Ct Las Vegas NV 89139-7652 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 07, 2010 | $0.00 |
| 731 | Anthony Fernandez G | 4510 East Wood St Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 14, 2021 | $0.00 |
| 732 | Anthony Fernandez Jr Gerardo | 4510 East Wood St Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2019 | $0.00 |
| 733 | Anthony Gaudioso Patrick | 8577 Boca Glades Blvd W Unit C Boca Raton FL 33434 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 734 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated January 19, 2021 | |
| 735 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated January 19, 2021 | |
| 736 | Anthony Muro | 2233 Fairview Rd  #H Costa Mesa CA 92627 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2022 | $0.00 |
| 737 | Anthony Ombrellaro (Insight Global) | c/o Insight Global 4170 Ashford Dunwoody Rd NE,  Suite 250 Brookhaven GA 30319 | Vital Pharmaceuticals, Inc. | Vistor Non-Disclosure Agreement, dated October 16, 2019 | |
| 738 | Anthony Oropeza Michael | 2392 Southeast 16th Alley Gresham OR 97080 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 739 | Anthony Ortega Ray | 8307 South 47th Ave Phoenix AZ 85339 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 18, 2022 | $0.00 |
| 740 | Anthony Perriello Joseph | 14708 West Poinsettia Dr Surprise AZ 85379 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 27, 2021 | $0.00 |
| 741 | | | Vital Pharmaceuticals, Inc. | Exclusive Athlete Endorsement/Spokesperson Agreement, dated April 05, 2010 | |
| 742 | Anthony Robert Connors | 370 West Pleasantview Ave #305 Hackensack NJ 07601 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated November 15, 2011 | $0.00 |
| 743 | | | Vital Pharmaceuticals, Inc. | ELITE AGREEMENT, dated June 23, 2019 | |
| 744 | Anthony Velasquez Alejandro | 11657 Marina Dr Jacksonville FL 32246 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 04, 2018 | $0.00 |
| 745 | Anthony Wallace Jr | 3779 Maiden Fern Ln Snellville GA 30039 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 08, 2020 | $0.00 |
| 746 | | | Vital Pharmaceuticals, Inc. | Talent Services Agreement, dated August 13, 2017 | |
| 747 | | | Vital Pharmaceuticals, Inc. | Exclusive Athlete Endorsement Agreement, dated March 21, 2008 | |
| 748 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 23, 2019 | |
| 749 | Antoinette Suchenko & Jared Charlap | Attn: Benjamin J. Sweet, Esq. Nye, Stirling, Hale & Miller, LLP 1145 Bower Hill Road, Suite 104, Pittsburgh, PA 15243 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated August 20, 2020 | $0.00 |
| 750 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated December 02, 2016 | |
| 751 | Anton Gholston L | 1875 Calida Dr Apt 402 West Palm Beach FL 33411 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 752 | | | Vital Pharmaceuticals, Inc. | Addendum #3 Model Consent and Release Agreement, dated April 04, 2016 | |
| 753 | Antonio Consulting, Inc. | Attn: Jose Antonio 4511 NW 7th Street Deerfield Beach FL 33442 | Vital Pharmaceuticals, Inc. | Research Agreement, dated November 26, 2018 | $0.00 |
| 754 | Antonio Coronado Jr | 3421 North 64th Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 03, 2022 | $0.00 |
| 755 | Antonio Estrada J | 4113 West 11th Ct Hialeah FL 33012 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 06, 2021 | $0.00 |
| 756 | Antonio Guerrero Salcedo | 13281 Northwest 5th St Plantation FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 757 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated November 15, 2021 | |
| 758 | Antonio Ornelas Hernandez | 3210 N 50th Dr Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 759 | Antonio Tracy Marcellos | 1244 West C St Kannapolis NC 28081 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 15, 2017 | $0.00 |

| 760 | Antonyous Rezk Rezk Gerges | 4261 Monticello Gardens Place Tampa FL 33613 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 14, 2019 | $0.00 |
|---|---|---|---|---|---|
| 761 | Antwan Johnson Edward | 2880 Northwest 207th St Miami Gardens FL 33056 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 762 | Aon's Affinity Insurance Services, Inc. | WedSafe and Private Event Insurance 300 Jericho Quadrangle Jericho  NY 11753 | Vital Pharmaceuticals, Inc. | Final Summary Special Event Insurance, dated December 11, 2019 | $0.00 |
| 763 | AP Sound, Inc., d/b/a All Pro Integrated Systems ("All Pro") | Attn: David Fanugao 806 Beverly Parkway Pensacola FL 32505 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 20, 2020 | $0.00 |
| 764 | Apollonia Cooley Shanay | 501 Hidden Dale Dr Fort Worth TX 76140 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $0.00 |
| 765 | Apple, Inc. | 1 APPLE PARK WAY / CUPERTINO CA 95014-0642 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 766 | Applied Food Sciences | Attn: Brian Happel 8708 S. Congress Ave STE B290 Austin, TX 78745 | Vital Pharmaceuticals, Inc., d/b/a VPX | Visit Non-Disclosure Agreement, dated October 10, 2019 | $0.00 |
| 767 | Aproz Sources Minerales SA | Routes des Riddes 327 Aproz CH-1994 Switzerland | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated September 17, 2021 | $0.00 |
| 768 | Apta Marketing Solutions LLC | 280 Moon Clinton Rd Ste F Moon Twp PA 15108 | Vital Pharmaceuticals, Inc. | Data Service Agreement, dated August 16, 2016 | $0.00 |
| 769 | AquaPurine Holdings, LLC | Attn: Hector Lopez 103 Meirs Road Cream Ridge NJ 08514 | JHO Intellectual Property Holdings, LLC | Patent License Agreement, dated December 05, 2017 | $0.00 |
| 770 | Arch Specialty Insurance Company | 1299 Farnam Street, Suite 500, Omaha, NE 68102 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 771 | Archer-Daniels-Midland Company | 4666 Faries Pkwy Decatur IL 62526-0000 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated July 26, 2019 | $0.00 |
| 772 | Arcs Network Cabling, LLC | 5639 Old Chapel Hill Rd. Durham, NC 27707 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated September 18, 2020 | $0.00 |
| 773 | Arena Operating Company, LTD. | 1 Panther Pkwy, Fort Lauderdale,  FL 33323 | Vital Pharmaceuticals, Inc. | Sponsorship and Advertising Agreement, dated September 05, 2019 | $0.00 |
| 774 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet / ACH Transfer Authorization Form / Direct Deposit Set-Up Form / W-9 / Select Agreement, dated November 01, 2021 | |
| 775 | | | Vital Pharmaceuticals, Inc. | Ambassador (National Team) Agreement, dated June 03, 2018 | |
| 776 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated September 27, 2017 | |
| 777 | Ariel Moya Gedaly | 5617 Soft Skies Dr Sarasota FL 34238 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 02, 2019 | $0.00 |
| 778 | Arizona Beverage Company, LLC | 644 Linn Street, Suite 318 Cincinatti OH 45203 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 10, 2007 | $0.00 |
| 779 | Ark Transportation Ltd. | 17830 Englewood dr. #23 Cleveland OH 44130 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 21, 2021 | |
| 780 | Armada Nutrition LLC | 4637 Port Royal Road Spring Hills TN 37174 | Vital Pharmaceuticals, Inc. dba VPX | Confidentiality & Non-Circumvention Agreement, dated September 05, 2017 | |
| 781 | Armando Madrigal | 929 Maple St Denton TX 76201 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 782 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 04, 2021 | |
| 783 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated September 04, 2021 | |
| 784 | Armer Protection | 3665 Park Central Blvd n N. Pompona Beach FL 33064 | Vital Pharmaceuticals, Inc. | Fire Alarm System Service and Monitoring Agreement, dated August 18, 2016 | $0.00 |
| 785 | Arnaldo Barrios Lozano Jose | 10850 N Kendall Dr  114 Miami FL 33176 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 12, 2022 | $0.00 |
| 786 | Arnold Fitness Expo | 1215 Worthington Woods Blvd Worthington OH 43085 | Vital Pharmaceuticals, Inc. | AGREEMENT OF WAIVER OF LIABILITY, INDEMNIFICATION, AND MEDICAL RELEASE | $0.00 |
| 787 | Arochi & Lindner S.C. ("A&L") | Insurgentes Sur  1605-Floor 20  Mexico City San José, Insurgentes 3900 Mexico | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY & NON-DISCLOSURE AGREEMENT, dated October 03, 2018 | $0.00 |
| 788 | Arpac LLC | Jeff Carey 9555 West Irving Park Rd Schiller Park IL 60176 | Vital Pharmaceuticals, Inc. | Purchase Order/ Integrated Packaging System, dated March 25, 2017 | $0.00 |
| 789 | ARPAC, LLC | 9555 W Irving Park Rd Schiller Park IL 60176 | Vital Pharmaceuticals, Inc. | Agreement, dated March 25, 2017 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 790 | Arthur Alvarado Steven | 3109 South 100th Ln Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 791 | Arthur J. Gallagher Risk Management Services, Inc. | 2850 Golf Road, Rolling Meadows IL 63008 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 31, 2019 | $0.00 |
| 792 | Arthur R. Gren Co, Inc. | 1886 Mason Drive Jamestown NY 14701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 18, 2019 | $0.00 |
| 793 | Artisan Packaging Company LP | 291 West Wolf Street Harrisonburg VA 22802 | Vital Pharmaceuticals, Inc. | Confidential Disclosure Agrement, dated December 20, 2019 | $0.00 |
| 794 | Arturo Benavides J | 24250 N 23rd Ave Unit 2190 Phoenix AZ 85085-1974 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 795 | Arturo Gomez | 13262 Northwest 8th Terrace Miami FL 33182 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 21, 2020 | $0.00 |
| 796 | | | Quash Seltzer, LLC | Dang Contact Info Sheet/ Ambassador Agreement, dated October 11, 2021 | |
| 797 | | | Vital Pharmaceuticals, Inc. | Dang Contact Info Sheet/ Ambassador Agreement, dated October 11, 2021 | |
| 798 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated September 30, 2021 | |
| 799 | | | Vital Pharmaceuticals, Inc. | Contact Info Sheet / Model Release and Affidavit / Exclusive Promotional Modeling Contract, dated August 28, 2013 | |
| 800 | | | Vital Pharmaceuticals, Inc. | Vital Pharmaceuticals, Inc., dated October 05, 2015 | |
| 801 | Ashley Lauren Arbuckle | 5630 Dorothy Dr San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 802 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 20, 2018 | |
| 803 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit/ Exclusive Promotion Model Contract, dated October 13, 2013 | |
| 804 | | | Vital Pharmaceuticals, Inc. | Vital Pharmaceuticals, Inc., dated April 10, 2014 | |
| 805 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 05, 2019 | |
| 806 | Aslim Baksh | 3156 NW 83rd Way Plantation FL, 33024 | Vital Pharmaceuticals, Inc. | Waiver of Liability , dated October 09, 2013 | $0.00 |
| 807 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Consent to Participate in Research Product Testing, dated January 18, 2010 | |
| 808 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 30, 2018 | |
| 809 | Aspen Specialty Insurance Company | 175 Capital Blvd, STE 300, Rocky Hill, CT 06067 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 810 | Assemblies Unlimited Inc. | 141 Covington Dr. Bloomingdale IL 60108 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 28, 2020 | $0.00 |
| 811 | ASSTRA TRANS INC | 100 COREY AVE ST PETE BEACH NY 33706 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 04, 2021 | $0.00 |
| 812 | Atilio Herrarte Stanley | 630 South Lake St Unit 203 Burbank CA 91502 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 813 | Atlanta Beverage Company | 5000 Fulton Industrial Boulevard Atlanta GA 30336 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 | $0.00 |
| 814 | Atlantic Chemicals Trading of North America, Inc. | 116 N. Maryland Aveneue Suite 210 Glendale CA 91206 | Vital Pharmaceuticals, Inc. dba VPX Sports | Confidential Settlement Agreement and Mutual Release, dated August 19, 2015 | $0.00 |
| 815 | Atlantic Packaging | 806 N 23rd Street  Wilmington NC 28405 | Vital Pharmaceuticals, Inc. | Terms and Conditions, dated June 01, 2011 | $0.00 |
| 816 | Atlantic Packaging, Inc. | 806 N. 23rd Street Wilmington NC 28405 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 06, 2019 | $0.00 |
| 817 | Atlantic Partners | 6001 Broken Sound Parkway Suite 506 Boca Raton FL 33487 | Vital Pharmaceuticals, Inc. | Fee Agreement, dated January 16, 2019 | $0.00 |
| 818 | Atlas Beverage LLC | Bud Dunn 2955 W Columbia Ave Battle Creek MI 49015 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 819 | Atlas Distributing Inc. | 44 Southbridge Street Auburn MA  01501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 01, 2019 | $0.00 |
| 820 | Atlas Sales, Inc | Attn: Bud Dunn 2955 W Columbia Ave Battle Creek MI 49015 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |

| 821 | Attitude Sports Wear | Jammer Road, Talwara Mughlian, Sialkot, Pakistan 51311 info@attitude-sportswear.com attitudesportswear04@gmail.com | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 07, 2021 | $0.00 |
|---|---|---|---|---|---|
| 822 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated June 01, 2018 | |
| 823 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated March 13, 2018 | |
| 824 | Austin Swecker Edward | 4590 49th Ave S Apt 211 Fargo ND 58104 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 07, 2020 | $0.00 |
| 825 | Austin Teate Alonzo | 21043 Northeast 4th Ct Miami FL 33179 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 26, 2021 | $0.00 |
| 826 | Avanti Nutritional Laboratories, LLC | 14050 Palmetto Frontage Road Attn: Gilberto Diaz Miami Lakes FL 33016 | Vital Pharmaceuticals, Inc. | Finished Goods Development and Supply Agreement, dated September 22, 2017 | $0.00 |
| 827 | Avanti Nutritional Laboratories, LLC | 14050 Palmetto Frontage Road Miami Lakes FL 33016 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated July 26, 2017 | $0.00 |
| 828 | | | Quash Seltzer, LLC | Select Agreement, dated October 01, 2021 | |
| 829 | Avery Rosenzweig Edison | 1317 S Terrace Rd Apt T4028A Tempe AZ 85281 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 14, 2019 | $0.00 |
| 830 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 21, 2018 | |
| 831 | AXIS Surplus Insurance Company | 10000 Avalon Boulevard, Suite 200, Alpharetta, GA 30009 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 832 | Aybar Pardo De Figueroa | 1592 Lake Breeze Dr Wellington FL 33414 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 17, 2021 | $0.00 |
| 833 | AZPack Property, LLC | 7255 S. Kyrene Road Suite 104 Tempe AZ 85283 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2021 | $0.00 |
| 834 | B & K Distributing | Attn: Chris Kaminski, President 1140 13th Street Steamboat Spgs CO 80477 | Quash Seltzer, LLC | Exclusive Distribution Agreement (Hard Seltzer), dated January 18, 2021 | $0.00 |
| 835 | B&B Beverage | 6401 W Hamilton Park Drive  Colombus  GA 31909 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 05, 2019 | $0.00 |
| 836 | B&E Juice Inc. | 550 Knowlton St Bridgeport  CT 06608 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2019 | $0.00 |
| 837 | B&K Distributing | Chris Kominski 1140 13th St Steamboat Springs CO 80487 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 18, 2021 | $0.00 |
| 838 | B.L. Cream Company, dba Alber & Leff Foods Company | 3115 Washington Pike, Bridgeville, PA 15017 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated March 18, 2021 | $0.00 |
| 839 | Baker Distributing Corporation | 130 Orion Dr Colchester VT 05446 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated April 05, 2021 | $0.00 |
| 840 | Baker Distributing Corporation | 395 N Shrewsbury Rd, N Clarendon, VT, 05759-9412 130 Orion Dr, Colchester, VT, 05446 | Vital Pharmaceuticals, Inc. | Non-Exclusive Distribution Agreement, dated June 11, 2021 | $0.00 |
| 841 | Balboa Capital Corporation | 2010 Main Street 11th Floor Irvine CA 92614 | Vital Pharmaceuticals, Inc. | Master Lease Agreement, dated January 09, 2009 | $0.00 |
| 842 | Bamko, LLC | Matthew Whiteley, Head of Sales 11620 Wilshire Blvd. Suite 610 Los Angeles CA 90025 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 09, 2019 | $0.00 |
| 843 | Bang Energy Canada, Inc. | 100 King St W Suite 5600 Toronto ON M5X 1C9 Canada | Vital Pharmaceuticals, Inc. | Certificate of Election to and Incumbency of Officer of Corporation with Specimen Signature, dated December 05, 2019 | $0.00 |
| 844 | Bang Energy DV | Rijksweg Zuid 27 Sittard 6131 AL Netherlands | Vital Pharmaceuticals, Inc. | Certificate of Election to and Incumbency of Director of Dutch Private Limited Liability Company with Specimen Signature, dated December 05, 2019 | $0.00 |
| 845 | Bang Jets, LLC | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Certificate of Election to and Incumbency of Manager of Limited Liability Company with Specimen Signature, dated December 05, 2019 | $0.00 |
| 846 | Bank of America Company | 100 North Tryon Street Charlotte NC 28255 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 847 | Banning NV | Statenlaan 55 5223 LA Hertogenbosch Netherlands | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated July 13, 2017 | $0.00 |
| 848 | Bannon Hyland James | 17552 West Polaris Dr Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 09, 2017 | $0.00 |
| 849 | Banuba ("Cyprus") Limited | Irina Abramova, Director 2nd Flat/Office 202 Nicosia 2003  Cyprus | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 04, 2020 | $0.00 |

| 850 | Barbara Ramirez Margarita | 2829 Southwest 15th Ct Fort Lauderdale FL 33312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
|---|---|---|---|---|---|
| 851 | Barry-Wehmiller Design Group, Inc. | 8235 Forsyth Boulevard Clayton MO 63105 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure Agreement, dated November 06, 2018 | $0.00 |
| 852 | Bart Reinhard, Christian Kasparian | 2233 S. Ontario St. Suite 150 Burbank CA 91504 | Vital Pharmaceuticals, Inc. | Commercial Real Estate Services Counter Proposal, (dated May 10, 2019 | $0.00 |
| 853 | BatchMaster Software, Inc. | Tony Singleton, 23191 LaCadena Drive, Suite 101 Laguna Hills CA 92653 | Vital Pharmaceuticals, Inc. | Software Licenses (Proposal), dated November 29, 2012 | $0.00 |
| 854 | Baumgarten Distributing Co., Inc. | 1618 W Detweiller Dr. Peoria IL 61615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 25, 2011 | $0.00 |
| 855 | Bavaria S.A. | Carrera 53 A No. 127-35 Bogota DC Columbia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Non-Disclosure Agreement, dated November 11, 2019 | $0.00 |
| 856 | Bay Area Distributing | Attn: Michael Bosnich, VP/GM 1061 Factory St Richmond CA 94801 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated December 31, 2020 | $0.00 |
| 857 | Bayardo Detrinidad J | 5907 113th Terrace East Parrish FL 34219 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 18, 2021 | $0.00 |
| 858 | BDO USA, LLP | 515 E Las Olas Blvd 5th Floor Ft. Lauderdale FL 33301 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 28, 2020 | $0.00 |
| 859 | BearField B.V. | Herengracht 514 1017 CC Amsterdam Netherlands | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 01, 2019 | $0.00 |
| 860 | Bebidas Poty Ltda. | Rodovia Abel Pinho Maia, Km 12,5 Potirendaba Distrito Industrial 15105 000 Brasil | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 16, 2021 | $0.00 |
| 861 | Becknell Properties | 2750 E 146th St Suite 200 Camel IN 46033 | Vital Pharmaceuticals, Inc. | Fourth Lease Amendment, dated September 20, 2016 | $0.00 |
| 862 | Becknell Properties | 2750 E 146th St Suite 200 Camel IN 46033 | Vital Pharmaceuticals, Inc. | License Agreement, dated September 01, 2014 | $0.00 |
| 863 | Becknell Properties | 4242 1st Avenue Suite D Lyons IL 60534 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure Agreement, dated November 06, 2018 | $0.00 |
| 864 | Becknell Services, LLC dba Hartrich Becknell Construction | Attn: Robert Thompson III 4242 South First Ave Suite D Lyons IL 60534 | Vital Pharmaceuticals, Inc. | Standard Form of Agreement, dated January 26, 2010 | $0.00 |
| 865 | Bellavance Beverage Company | 46 Pettengill Rd Londonderry NH 03053 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 26, 2019 | $0.00 |
| 866 | Bellavance Beverage Company, LLC | Attn: Joseph A. Bellavance, IV 46 Pettingill Road Londonderry NH 03053 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated June 29, 2021 | $0.00 |
| 867 | Belvac Production Machinery, Inc. | 237 Graves Mill Road Lynchburg VA 24502 | Vital Pharmaceuticals, Inc. | Equipment Purchase Agreement, dated March 10, 2020 | $0.00 |
| 868 | Belvac Production Machinery, Inc. | Tony Lacey, Executive Strat. Growth 237 Graves Mills Road Lynchburg VA 24502 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 12, 2019 | $0.00 |
| 869 | Belvac Production Machinery, Inc. | 237 Graves Mill Road, Lynchburg, VA 24502-4203 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 04, 2022 | $0.00 |
| 870 | Ben Beckmann | ben.beckmann_v@bangenergy.com | Vital Pharmaceuticals, Inc. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 28, 2021 | $0.00 |
| 871 | Ben E. Keith Company | 601 East 7th Street Fort Worth TX 76102 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2011 | $0.00 |
| 872 | Benderson Development Company, LLC | Attn: Joseph P. Kieffer 7978 Cooper Creek Blvd Suite 100 University Park FL 34201 | Vital Pharmaceuticals, Inc. | Indemnity Agreement BDC, dated April 20, 2021 | $0.00 |
| 873 | Benjamin Durfee Mark | 6154 Pine Banks Ct Las Vegas NV 89141 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 874 | | | Vital Pharmaceuticals, Inc. | Consultant Agreement, dated March 31, 2021 | |
| 875 | Berlin Packaging L.L.C. | Attn: CFO & General Counsel 525 West Monroe Street Chicago IL 60661 | Vital Pharmaceuticals, d.b.a. VPX Sports | Mutual Confidentiality Agreement, dated March 08, 2017 | |
| 876 | Berlin Packaging, LLC | Sales Representative (Signature unidentifiable) 525 West Monroe 14th Floor Chicago IL 60661 | Vital Pharmaceuticals, Inc. | Customer Mold and Supply Agreement, dated August 01, 2013 | |
| 877 | Berner Food & Beverage, LLC | Attn: Kirby J. Harris 2034 E Factory Road Dakota IL 61018 | Vital Pharmaceuticals, Inc. | Beverage Production and Packaging Agreement Amendment, dated October 30, 2020 | |
| 878 | Bernie Little Beverages | 8061 Associate Blvd, Sebring, FL 33876 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - FL), dated January 20, 2010 | |
| 879 | Bernie Little Beverages, LLC | Kenneth W. Daley 1314 SW 17th St Ocala FL 34471 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 21, 2010 | |
| 880 | Bernie Little Dist., Inc. | Keith Harris / Robert Aranda, 1701 South Florida Avenue Lakeland, FL 33803 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 13, 2010 | |
| 881 | Bernie Little Distributors, Inc. | Attn: Robert Aranda 1701 South Florida Avenue Lakeland FL 33803 | Vital Pharmaceuticals, Inc. | Mutual General Release, dated February 06, 2013 | |
| 882 | Berry Global | 800 E Horizon Dr. Henderson NV 89015 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 09, 2021 | |
| 883 | Best Beverages of West Memphis, LLC | Attn: Walker McWherter 800 E Barton West Memphis AR 72303 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated September 01, 2021 | |
| 884 | Best Serv | 1448-2 Speonk Riverhead Road Speonk NY 11927 | Vital Pharmaceuticals, Inc. | Distributor Agreement | |

| | | | | | |
|---|---|---|---|---|---|
| 885 | Better Brands, Inc. | 908 Jackson St Myrtle Beach SC 29577 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 05, 2018 | $0.00 |
| 886 | Bevcore Management, Inc. | Attn: Jeff J. White 22924 Banbury Court Murrieta CA 92562 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated August 24, 2016 | $0.00 |
| 887 | Bevcore Management, Inc. | Attn: Jeff White 22924 Banbury Court Murrieta CA 92562 | Vital Pharmaceuticals, Inc. d/b/a VPX/Redline | Confidential Settlement Agreement and Mutual Release, dated September 29, 2015 | $0.00 |
| 888 | Beverage Distributors, Inc. | Attn: Mike Conway 3800 King Avenue Cleveland OH 44114 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 889 | Bevpac NZ (1996) Limited | PO Box 58348 Botany Aukland New Zealand | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 23, 2019 | $0.00 |
| 890 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 31, 2018 | |
| 891 | Big Geyser Inc. | 57-65 48th Street Maspeth NY 11378 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 892 | Big Geyser, Inc. | Jerry Reda 57-65 48th Street Maspeth NY 11378 | Vital Pharmaceuticals, Inc. | DISTRIBUTION AGREEMENT, dated July 01, 2009 | $0.00 |
| 893 | Big Horn Beverage | Attn: Troy Kane 479 Fort Rd Sheridan WY 82801 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated December 01, 2020 | $0.00 |
| 894 | Big Pine Self Storage | 160 N Main St, Big Pine, CA 93513 | Vital Pharmaceuticals, Inc. | Self Service Storage Rental Agreement #9, dated September 01, 2022 | $0.00 |
| 895 | Big Pine Self Storage | 160 N Main St, Big Pine, CA 93513 | Vital Pharmaceuticals, Inc. | Self Service Storage Rental Agreement #21, dated September 01, 2022 | $0.00 |
| 896 | Big Red Inc. d/b/a All Sport Distributing | Attn: Paul Burleson 8280 Stayton Drive, Suite A Jessup MD 20794 | Vital Pharmaceuticals, Inc. | Letter re: All Sport Distributing Distribution Agreement, dated February 06, 2009 | $0.00 |
| 897 | Big Red Inc. d/b/a All Sport Distributing Co., MD | Paul Burleson 8280 Stayton Drive Suite A Jessup MD 20794 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2009 | $0.00 |
| 898 | Bigger than Life Advertising Inc. | 9380 Activity Rd Ste H San Diego CA 92126 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 899 | Bill Campbell, Ph.D | 4138 Knollpoint Drive Wesley Chapel FL 33544 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 19, 2009 | $0.00 |
| 900 | Bill Southerland Jhon | 10437 Stonebank St Bellflower CA 90706 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 901 | Bill's Distributing, Ltd. | Attn: Cory Giertz 5900 Packer Drive NE Menomonie WI 54751 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 22, 2021 | $0.00 |
| 902 | Bill's Distributing, Ltd. | Attn: Cory Giertz 5900 Packer Drive NE Menomonie WI 54751 | Quash Seltzer, LLC | Amendment to Distributor Agreement, dated February 23, 2021 | $0.00 |
| 903 | Billy Parker D | 1337 Franklin St Altamonte Springs FL 32701 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 904 | Bingqing Cai | 4178 Cascade Terrace Weston FL 33332 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 905 | BioNeutra North America Inc. | 9608- 25th Ave Edmonton Alberta T6N 1J4 Canada | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 25, 2020 | $0.00 |
| 906 | Bioneutra North America Inc. | 9608- 25th Ave Edmonton Alberta T6N 1J4 Canada | Vital Pharmaceuticals, Inc., d/b/a VPX Sport | Non-Disclosure Agreement, dated June 10, 2016 | $0.00 |
| 907 | BioTrillion, Inc. | Savan Devani, CEO and Founder 338 Spear Street #29C San Francisco CA 94105 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 12, 2021 | $0.00 |
| 908 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 909 | Blach Distributing | 474-340 Commercial Way Susanville CA | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 23, 2018 | $0.00 |
| 910 | Black Beverage LLC | Attn: Patrick Black 131 W Main Street Elko NV 89801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 27, 2018 | $0.00 |
| 911 | Blake Consultants, Ltd. | Griffins Court, 24 - 32 London Road Newbury Berks RG14 1JX United Kingdom | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 09, 2020 | $0.00 |
| 912 | Blispak Acquisition Corp. a/k/a Blispak | James Horan, 1 Apollo Drive Whippany, New Jersey 07981 | Vital Pharmaceuticals, Inc. | Letter re: Settlement Agreement, dated August 29, 2017 | $0.00 |
| 913 | Blue Ocean Innovative Solutions, Inc. | 3201 SW Regency Parkway Suite 5 Bentonville AR 72712 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement, dated November 22, 2011 | $0.00 |
| 914 | Blue Yonder Inc | 15059 North Scottsdale Road Ste. 400 / Scottsdale AZ 85254 / | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 915 | Blujay Solutions, Inc. | 915 E 32ND ST STE B / HOLLAND MI 49423-9123 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 916 | Board of Regents of the University of Oklahoma | 1401 Asp Avenue Room 109 Norman OK 73019 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Confidentiality Agreement | $0.00 |
| 917 | Bob Hall LLC | 5600 SE Crain Hwy, Upper Marlboro, MD 20772 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 03, 2022 | $0.00 |
| 918 | Bobby Fisher Distributing | Attn: Maria Fisher 2024 Selma Pike Springfield OH 45505 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 919 | Bobby Fisher Distributing | Attn: Maria Fisher 2024 Selma Pike Springfield OH 45505 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 24, 2021 | $0.00 |

| 920 | Body Shop Colombia S.A.S. | CL 38 sur 40 41, Envigado  Antioquia Colombia | Vital Pharmaceuticals, Inc. | EXCLUSIVE DISTRIBUTION AGREEMENT , dated February 22, 2019 | $0.00 |
|---|---|---|---|---|---|
| 921 | Bodybuilding.com, LLC | 2026 S. Silverstone Way Meridian  ID 83642 | Vital Pharmaceuticals, Inc. | Vendor Agreement, dated July 20, 2012 | $0.00 |
| 922 | BofA Securities, Inc. | 100 North Tryon Street Charlotte NC 28255 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 923 | Bonaventure Resort and Spa | 250 Racquet Club Road Weston  FL 33326 | Vital Pharmaceuticals, Inc. | Bonaventure Contract, dated December 02, 2015 | $0.00 |
| 924 | Boosin Craft co., LTD. | Room 606, Building 10, Hejing Industrial Park, No. 895, Asian Games Avenue Shiji Town, Panyu District Guangzhou Guangdong   China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 925 | Booster TIC LLC | Alda West LLC Jersey Industrial Capital LLC 1900 Avenue of the Stars, Suite 320 Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Re: Letter of Intent for the Purchase of 1635 S. 43rd Avenue, Phoenix, AZ 85009, dated June 19, 2019 | $0.00 |
| 926 | Boston Wyatt Michael | 9372 West Cordes Rd Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 31, 2018 | $0.00 |
| 927 | Bottling Group, LLC | c/o Pepsi Beverages Company Attn: Mark Darrow, Region Vice President - Mountain Region 4610 S Ulster Street Suite 200 Denver CO 80237 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 01, 2018 | $0.00 |
| 928 | Bottomley Distributing Co. Inc. | 755 Yosemite Drive Milpitas CA 95035 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 07, 2019 | $0.00 |
| 929 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 30, 2019 | |
| 930 | Braden Guyot Tyler | 19 Quail Hollow Dr Las Vegas NV 89014 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 931 | | | Quash Seltzer, LLC | Elite Agreement, dated October 15, 2021 | |
| 932 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated October 15, 2021 | |
| 933 | Bradley Hovey Tyler | 3320 Roundabout Dr Middleburg FL 32068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 16, 2022 | $0.00 |
| 934 | Bradley M. Braun, PH.D | 2816 E Robinson St. Orlando FL 33326 | Vital Pharmaceuticals, Inc., DBA VPX/Redline | Confidentiality Agreement | $0.00 |
| 935 | Bradley Mills C | 6944 Windwood Trail Fort Worth TX 76132 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 936 | Bradley Pasquale Jr. Richard | 1917 East Kathleen Rd Phoenix AZ 85022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 10, 2018 | $0.00 |
| 937 | Brady Leiter J | 13538 Santa Anita Ct Herriman UT 84096 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 938 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated April 30, 2016 | |
| 939 | Branch Banking & Trust | 110 E Broward Boulevard 21st Floor Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | BB&T Guaranty Agreement, dated December 05, 2019 | $0.00 |
| 940 | Branch Banking & Trust | 110 E Broward Boulevard 21st Floor Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Wire Terms and Conditions, dated December 05, 2019 | $0.00 |
| 941 | Branch Banking & Trust | P.O. Box 1290 Whiteville NC 28472 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated November 01, 2018 | $0.00 |
| 942 | Branch Banking & Trust Company | PO Box 580050 Charlotte NC 28258-0050 | Vital Pharmaceuticals, Inc. | 2002 Master Agreement, dated December 03, 2019 | $0.00 |
| 943 | Branch Banking & Trust Company | PO Box 580050 Charlotte NC 28258-0050 | Vital Pharmaceuticals, Inc. | First Amendment to Amended and Restated Loan Agreement, dated December 05, 2019 | $0.00 |
| 944 | Branch Banking and Trust Company | PO Box 580050 Charlotte NC 28258-0050 | Vital Pharmaceuticals, Inc. | Loan Settlement Statement, dated December 05, 2019 | $0.00 |
| 945 | Branch Banking and Trust Company | PO Box 580050 Charlotte NC 28258-0050 | Vital Pharmaceuticals, Inc. | Post-Closing Agreement, dated December 05, 2019 | $0.00 |
| 946 | BRAND & JUVENTUS | IMG Worldwide LLC Luis Rodriguez 150 Alhambra Circle Suite 950 Coral Gables, FL 33134 | Vital Pharmaceuticals, Inc. | SLEEVE JERSEY PROPOSAL | $0.00 |
| 947 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 19, 2019 | |
| 948 | Brand Packaging Group | 85 Price Parkway Farmingdale NY 11735 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 20, 2020 | $0.00 |
| 949 | Branden Fisher C | 3468 Cortez St Riverside CA 92504 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 950 | | | Vital Pharmaceuticals, Inc. | Exclusive Athlete Endorsement/Transformation Agreement, dated May 12, 2008 | |
| 951 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Agreement Authorizing VPX to Use Image, Likeness, Performances and Testimonials and Affidavit, dated April 29, 2008 | |

| 952 | Brandismex Americas, Inc. | 8600 NW 30th Terrace Miami FL 33122 USA | Vital Pharmaceuticals, Inc. | Second Amendment to Exclusive Distribution Agreement, dated November 22, 2021 | $0.00 |
|---|---|---|---|---|---|
| 953 | Brandon Commerce Center, LLC | 333 N. Falkenburg Rd. Unite C-304 Tampa FL 33619 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated August 30, 2016 | $0.00 |
| 954 | Brandon Haskell C | 6052 Royal Birkdale Dr Lake Worth FL 33463 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 955 | | | Quash Seltzer, LLC | Elite Agreement, dated January 01, 2021 | |
| 956 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated January 01, 2021 | |
| 957 | Brandon Luna James | 10914 Luana Dr North Jacksonville FL 32246 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 14, 2019 | $0.00 |
| 958 | Brandon Mercado | 7116 Pasture Ct Rancho Cucamonga CA 91739 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 959 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 10, 2021 | |
| 960 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 10, 2021 | |
| 961 | Brandon Roberts Luvonoczek | 422 Broward St Jacksonville FL 32204 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 962 | Brandsimex Americas Inc. | Humberto G. Nivilac, Vice President 8600 NW 30th Terrace Doral FL 33122 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 10, 2021 | $0.00 |
| 963 | Brandsimex Americas, Inc. | 8600 NW 30th Terrace Miami FL 33122 USA | Vital Pharmaceuticals, Inc. | Amendment No. 1 to the Exclusive Distribution Agreement, dated June 07, 2021 | $0.00 |
| 964 | Brandywine Capital | Attn: Documentation Department 113 East Evans Street West Chester PA 19380 | Vital Pharmaceuticals, Inc. | Equipment Finance Agreement, dated April 07, 2014 | $0.00 |
| 965 | Brandywine Capital | Attn: Documentation Department 113 East Evans Street West Chester PA 19380 | Vital Pharmaceuticals, Inc. | Service Agreement, dated April 07, 2014 | $0.00 |
| 966 | Brandywine Capital Associates, Inc. | 113 E. Evans Street West Chester PA 19380 | Vital Pharmaceuticals, Inc. | Equipment Finance Agreement, dated April 07, 2014 | $0.00 |
| 967 | | | Vital Pharmaceuticals, Inc. | Fitness Model Endorsement Agreement, dated July 20, 2016 | |
| 968 | Brayden Crabtree Elijah | 222 East Jefferson St Unit 1012 Phoenix AZ 85004 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 969 | Brendan Darmanie Najee | 606 North Verona Ave Avon Park FL 33825 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 10, 2018 | $0.00 |
| 970 | Brendan Merz Allan | 2720 N Mildred Ave Apt 2 Chicago IL 60614 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 971 | Brenlin Inc. | 26071 Merit Circle Suite 114 Laguna Hills CA 92653 | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 972 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 973 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated January 01, 2022 | |
| 974 | Brent Boucaud | 1944 Southwest 101St Ave Davie FL 33324 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2019 | $0.00 |
| 975 | | | Vital Pharmaceuticals, Inc. | Work for Hire Agreement | |
| 976 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 14, 2021 | |
| 977 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated December 14, 2021 | |
| 978 | Brett Hayes A | 4631 Meramec Blvd Eureka MO 63025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 24, 2019 | $0.00 |
| 979 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated March 24, 2018 | |
| 980 | Brett Wein Jason | 4750 59th St Apt 2F Woodside NY 11377 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 981 | Brewers Distributing Company | 2421 W. Townline Peoria IL 61615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 29, 2018 | $0.00 |
| 982 | | | Quash Seltzer, LLC | Elite Agreement, dated May 13, 2021 | |
| 983 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 13, 2021 | |
| 984 | Brian Addison M | 64 Imperial Dr S Mulberry FL 33860 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 19, 2022 | $0.00 |
| 985 | Brian Baker K | 21 New Britain Dr Wilton NY 12831 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 01, 2020 | $0.00 |
| 986 | Brian Bedesem D | 823 Edge Hill Rd Glenside PA 19038 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2021 | $0.00 |
| 987 | Brian Kyle Lawrence | 1597 West Beach Plum Dr Citrus Springs FL 34434 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 04, 2018 | $0.00 |
| 988 | Brian Martin Lee | 19222 N 54th Ln Glendale AZ 85308 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 01, 2019 | $0.00 |

| 989 | Brian Milkolazyk | 168 Compose Street Somerset MA 02726 | Vital Pharmaceuticals, Inc. | General Release, dated December 18, 2012 | $0.00 |
|---|---|---|---|---|---|
| 990 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 10, 2018 | |
| 991 | Brian Sherwood | 3250 Dale Rd Suite M1 Modesto CA 95356 | Vital Pharmaceuticals, Inc. | COOLER LOAN AGREEMENT, dated August 02, 2017 | $0.00 |
| 992 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated September 28, 2017 | |
| 993 | Brian Stewart Eugene | 11441 Magnolia Ave Apt 167 Riverside CA 92505 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2020 | $0.00 |
| 994 | Brian Taylor Melvin | 19 Bridge Pointe Douglasville GA 30134 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 995 | Brian Trevino Michael | 240 Lanier Place Clayton NC 27527 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2020 | $0.00 |
| 996 | Brian W. Armstrong | 7611 Coventry Woods Drive Dublin OH 43017 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality and Non-Solicitation Agreement, dated August 06, 2015 | $0.00 |
| 997 | Brian Wilk A | 25 Abbotts Crossing Rd Coventry RI 2816 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 25, 2019 | $0.00 |
| 998 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated September 17, 2021 | |
| 999 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated March 10, 2016 | |
| 1000 | Briana Gutierrez Patrice | 3061 SW 114th Ave Miami FL 33165 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 24, 2021 | $0.00 |
| 1001 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated November 07, 2017 | |
| 1002 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated September 06, 2016 | |
| 1003 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 1004 | Brianna Marincovich Keely | 1909 Blue Sage Ct Brandon FL 33511 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 22, 2021 | $0.00 |
| 1005 | Briar's U.S.A., Inc. | 891 Georges Road South Brunswick NJ 08852 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 19, 2008 | $0.00 |
| 1006 | Briar's USA | 891 Georges Rd Monmouth Junction NJ 08852 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - NJ), dated August 19, 2010 | $0.00 |
| 1007 | Briar's USA, Inc. | 891 Georges Rd. . Monmouth Junction NJ | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 19, 2019 | $0.00 |
| 1008 | Briar's USA, Inc. | 891 Georges Rd. . Monmouth Junction NJ | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 14, 2022 | $0.00 |
| 1009 | Bridge 2 Bridge Beverages Company, Inc. | 5210 1st St Bremerton WA 98312 | Vital Pharmaceuticals, Inc. | Distributor Agreement Letter, dated December 15, 2019 | $0.00 |
| 1010 | Briem & Associates, LLC, d/b/a Briem Engineering | 4134 Rider Trail North Earth City MO 63045 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 23, 2019 | $0.00 |
| 1011 | Brightfractal, Inc | 601 N. Congress Ave, STE 206, Delray Beach, FL 33445 | Vital Pharmaceuticals, Inc. | Settlement Agreement & General Release, dated November 15, 2022 | $0.00 |
| 1012 | BRIGHTFRACTAL, INC. D/B/A FRACTL | 601 N Congress Ave Ste 205 Delray Beach FL 33445-4627 | Vital Pharmaceuticals, Inc. | STATEMENT OF WORK #1, dated August 12, 2019 | $0.00 |
| 1013 | BrightFractl Inc., d/b/a Fractl | 601 N. Congress Ave. Suite 206 Delray Beach FL 33445 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 03, 2019 | $0.00 |
| 1014 | British American Tobacco Servicios SA de CV | Francisco I Madero 2750 Col Centro Monterrey Nuevo Leon   Mexico CP 64000 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 28, 2020 | $0.00 |
| 1015 | Brittanie Ramos Nicole | 11888 Banana Ave Fontana CA 92337 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 1016 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated December 02, 2016 | |
| 1017 | | | Quash Seltzer, LLC | Elite Agreement, dated September 01, 2021 | |
| 1018 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated September 01, 2021 | |
| 1019 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 10, 2018 | |
| 1020 | Britvic Soft Drinks Limited | Trystan Farnworth, Director of Convenience and Impulse Breakspear Park, Breakspear Way Hemel Hempstead Hertfordshire HP2 4TZ Great Britain | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated March 06, 2019 | $0.00 |
| 1021 | Broad and Cassel | One Financial Plaza Fort Lauderdale FL 33394 | Vital Pharmaceuticals, Inc. | Engagement for Expert Fee Services , dated December 09, 2014 | $0.00 |
| 1022 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 01, 2018 | |

| 1023 | Brooke Curry Buckman | 10940 City Center Blvd Apt 108 Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2021 | $0.00 |
|---|---|---|---|---|---|
| 1024 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 18, 2019 | |
| 1025 | | | Quash Seltzer, LLC | Select Agreement, dated September 01, 2021 | |
| 1026 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated September 01, 2021 | |
| 1027 | Brooklyn Bottling of Milton NY, Inc. | 643 South Road Milton NY 12547 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 29, 2018 | $0.00 |
| 1028 | Brookshire Grocery Company | Attn: General Counsel 1600 WSW Loop 323 Tyler TX 75701 | Vital Pharmaceuticals, Inc. | BGC Warranty & Indemnity Agreement, dated November 05, 2018 | $0.00 |
| 1029 | Broward Paper & Packaging, Inc. | 1201 NE 45th Street Fort Lauderdale FL 33334 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 26, 2020 | $0.00 |
| 1030 | Brown Distributing Company | Attn: Mark Urban 51 Swans Road Newark OH 43055 | Vital Pharmaceuticals, Inc. | Distributor Agreement dated August 08, 2018 | $0.00 |
| 1031 | Brown Distributing Company | 7986 Villa Park Dr, Richmond, VA 23228 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated December 07, 2022 | $0.00 |
| 1032 | Brown Distribution Co | Richard Brown 51 Swans Rd NE Newark OH 43055 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 19, 2021 | $0.00 |
| 1033 | Bruce Hayward | 21 Gooderham Drive Georgetown ON L7G-5R7 Canada | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 13, 2012 | $0.00 |
| 1034 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 23, 2017 | |
| 1035 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 29, 2021 | |
| 1036 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated November 29, 2021 | |
| 1037 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 14, 2021 | |
| 1038 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated September 14, 2021 | |
| 1039 | Bryan Conley David | 2896 Majestic Oaks Ln Green Cove Springs FL 32043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 14, 2020 | $0.00 |
| 1040 | Bryan Dees Shane | 12148 Bella Palazzo Dr Fort Worth TX 76126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 11, 2021 | $0.00 |
| 1041 | Bryan Fite Adams | 806 West 5th St Apt 219 Charlotte NC 28202 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 1042 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Agreement Authorizing VPX to Use Image, Likeness, Performances and Testimonials and Affidavit, dated April 30, 2008 | |
| 1043 | | | Quash Seltzer, LLC | Elite Agreement, dated February 01, 2022 | |
| 1044 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated February 01, 2022 | |
| 1045 | BTG Spedition und Logistik GmbH | Siegfried Braun, Head of Road IZ NO Sud, Strasse 14 Objekt 32 2355 Wiener Neudorf Austria | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 04, 2022 | $0.00 |
| 1046 | Buc-ee's, Ltd. | 327 FM 2004, Lake Jackson, Texas 77566 | Vital Pharmaceuticals, Inc. | Rebate Agreement, dated April 11, 2023 | $0.00 |
| 1047 | Bud Distributing, Inc | Attn: Jeff Nate 52322 M-51 North Dowagiac MI 49047 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1048 | Budweiser Distributing Company of Borger L.P. | 100 S. Philadelphia Amarillo TX 79104 | Vital Pharmaceuticals, Inc. | First Amendment to Distributor Agreement, dated December 19, 2019 | $0.00 |
| 1049 | Budweiser Distributing Company of Borger LP | 100 S Philadelphia Amarillo TX 79104 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 21, 2018 | $0.00 |
| 1050 | Budweiser Distributing Company of Borger, LP | Dean Morrison 100 S Philadelphia Amarillo TX 79104 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated July 23, 2021 | $0.00 |
| 1051 | Budweiser of Chattanooga | 2059 Wilma Rudolph Boulevard Clarksville TN 37040 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 | $0.00 |
| 1052 | Budweiser of Spartanburg | 6645 Pottery Road Spartanburg SC 29303 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 21, 2018 | $0.00 |
| 1053 | Budweiser-Busch Distributing Co, Inc, | Chris Fuchs 1050 E. I-65 Service Rd. N. Mobile AL 36617 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 01, 2008 | $0.00 |
| 1054 | Budweiser-Busch Distributing Co, Inc. | Attn: Chris Fuchs 1050 E. I-65 Service Rd. N. Mobile AL 36617 | Vital Pharmaceuticals, Inc. | Distributor Agreement | |
| 1055 | Bueno Beverage Co. | Attn: Randy Bueno PO Box 5025 Visalia CA 93278 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 15, 2021 | $0.00 |
| 1056 | Bulbstorm, Inc. | 5050 North 40th Street Suite 140 Phoenix AZ 85018 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated January 04, 2011 | $0.00 |

| 1057 | Bulu, Inc. ("Bulu Box") | Attn: Adam Choate 1320 P Street Suite 200 Lincoln NE 68508 | Vital Pharmaceuticals, Inc. | Brand Partner Sampling and Promotions Agreement, dated April 20, 2017 | $0.00 |
|---|---|---|---|---|---|
| 1058 | Buquet Distributing Co., Inc. | Attn: Carleton Casey  100 Eagles Nest Court Houma  LA 70360 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 01, 2018 | $0.00 |
| 1059 | Burke Distibuting Co. LLC. | 89 Teed Drive Randolph MA 02368 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 01, 2019 | $0.00 |
| 1060 | Busch-Transou. LC | Attn: Kenneth W. Daley 545 River Birch Road Midway FL 32343 | Vital Pharmaceuticals, Inc. | Distributor Agreement , dated March 15, 2019 | $0.00 |
| 1061 | Buske Lines, Inc. aka Buske Logistics | #7 West Gateway Commerce Center Drive Edwardsville IL 62025 | Vital Pharmaceuticals, Inc. dba Bang Energy | Non- Disclosure Agreement, dated October 22, 2018 | $0.00 |
| 1062 | Buzzfeed, Inc. | 111 East 18th Street New York NY 10003 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 03, 2020 | $0.00 |
| 1063 | C & C Distributors, Inc. | Attn: David J. Smith 101 Second Street Newport AR 72112 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 18, 2021 | $0.00 |
| 1064 | C & C Distributors, Inc. | Attn: David J. Smith 101 Second Street Newport AR 72112 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated April 02, 2021 | $0.00 |
| 1065 | C.H Robinson Worldwide, Inc. | 14701 Charlson Road Eden Prairie MN 55347 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 17, 2021 | $0.00 |
| 1066 | Cabot Industrial Value Fund VI Operating CIVF VI-TX1M01-M04, | One Beacon Street, Suite2800 / Boston MA 02108 / US | Vital Pharmaceuticals, Inc. | Lease Agreement, dated October 22, 2019 | $0.00 |
| 1067 | Caden Novikoff Samuel | 1316 Calle Ultimo Oceanside CA 92056 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 1068 | Caffey Distributing Company Inc. | 8749 W Market St Greensboro NC 27409-9653 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated April 06, 2021 | $0.00 |
| 1069 | Caffey Distributing Company, Inc. | Attn: Chris Caffey PO Box 579 Colfax NC 27235 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 03, 2021 | $0.00 |
| 1070 | Caleb Adair Luke | 2820 Lexington Ct Oviedo FL 32765 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 20, 2022 | $0.00 |
| 1071 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Agreement Authorizing VPX to Use Image, Likeness, Performances and Testimonials and Affidavit, dated April 30, 2008 | |
| 1072 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 20, 2021 | |
| 1073 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 20, 2021 | |
| 1074 | California Natural Products | 1250 East Lathrop Road Lathrop CA 95330 | Vital Pharmaceuticals, Inc dba VPX | Mutual Confidentiality Agreement, dated March 30, 2017 | $0.00 |
| 1075 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated July 31, 2015 | |
| 1076 | Caloujery Prosper | 2601 Northwest 47th Terrace Lauderdale Lakes FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 22, 2017 | $0.00 |
| 1077 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Agreement Authorizing VPX to Use Image, Likeness, Performances and Testimonials and Affidavit, dated April 30, 2008 | |
| 1078 | | | Quash Seltzer, LLC | Select Agreement, dated February 01, 2022 | |
| 1079 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated February 01, 2022 | |
| 1080 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador National Team Agreement, dated June 22, 2017 | |
| 1081 | Camilo Samaniego | 1326 East Saint Charles Ave Phoenix AZ 85042 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 23, 2020 | $0.00 |
| 1082 | Camren Kelly Q | 5270 NW 88th Ave  103 Lauderhill FL 33321 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2021 | $0.00 |
| 1083 | Canada Dry Bottling Co. of Lansing, Inc. | 5206 Pierson Hwy, Lansing, MI 48917 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated September 30, 2021 | $0.00 |
| 1084 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 08, 2021 | |
| 1085 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated November 08, 2021 | |
| 1086 | CANDY CO | 64 N. 1550 W. Lindon UT 84042 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 20, 2021 | $0.00 |
| 1087 | Cannon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Addendum to Add Additional Equipment to Acquisition Agreement, dated June 18, 2018 | $0.00 |

| 1088 | Cannon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Lease Upgrade, Trade-In, Return or Buy-Out Reimbursement Addendum to Agreement, dated October 25, 2018 | $0.00 |
|---|---|---|---|---|---|
| 1089 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Addendum to Lease Agreement for application # 1550435, dated October 16, 2018 | $0.00 |
| 1090 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated October 16, 2018 | $0.00 |
| 1091 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Lease Agreement # 1587812, dated May 29, 2019 | $0.00 |
| 1092 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Lease Agreement # 1595487 | $0.00 |
| 1093 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Lease Agreement # S0871702.01, dated September 25, 2018 | $0.00 |
| 1094 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Addendum to Agreement for Application #1076627, dated July 02, 2018 | $0.00 |
| 1095 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Addendum to Agreement for Application #1595487, dated June 21, 2019 | $0.00 |
| 1096 | Canon Financial Services, Inc. | 14904 Collections Drive Chicago IL 60693 | Vital Pharmaceuticals, Inc. | Addendum to Lease Agreement for application # 1073013, dated October 10, 2017 | $0.00 |
| 1097 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Acquisition Agreement Lease or Purchase # S0871702.01, dated September 25, 2018 | $0.00 |
| 1098 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Acquisition Agreement Lease or Purchase # S0887357.01, dated October 16, 2018 | $0.00 |
| 1099 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Acquisition Agreement Lease or Purchase # S0962335.03, dated May 22, 2019 | $0.00 |
| 1100 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Acquisition Agreement Lease or Purchase # S0981875, dated June 26, 2019 | $0.00 |
| 1101 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Closed End Motor Vehicle Lease (with Arbitration Provision), dated November 29, 2021 | $0.00 |
| 1102 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Lease and Acquisition Agreement, dated June 26, 2019 | $0.00 |
| 1103 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Lease Upgrade, Trade-In, Return or Buy-Out Reimbursement Addendum to Agreement #1595487 | $0.00 |
| 1104 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Lease with Maintenance Agreement, dated December 21, 2020 | $0.00 |
| 1105 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Release, dated September 29, 2022 | $0.00 |
| 1106 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Software Acquisition Agreement Lease or Purchase, dated September 26, 2018 | $0.00 |
| 1107 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Software Acquisition Agreement Lease or Purchase, dated July 06, 2018 | $0.00 |
| 1108 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc. | Special Leased Equipment Reimbursement & Return Agreement, dated September 27, 2017 | $0.00 |
| 1109 | Canon Solutions America, Inc. | One Canon Park Melville NY 11747 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 18, 2019 | $0.00 |
| 1110 | Capes Sokol Goodman Sarachan P.C. | John Meyer 8182 Maryland Avenue 15th Floor St. Louis MO 63105 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 08, 2021 | $0.00 |
| 1111 | Capital Distributing LLC | 421 N Portland Ave, Oklahoma City, OK 73107 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 21, 2022 | $0.00 |
| 1112 | Capitol Beverage Sales, Limited Partnership | Paul Morrissey, Jr. P.O. Box 180 20240 South Diamond Lake Road Rogers MN 55374 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 12, 2018 | $0.00 |
| 1113 | Capsuline Inc | 3236 sw 30th Dania Beach FL 33312 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 08, 2021 | $0.00 |
| 1114 | Capsuline inc DBA Ajix, Capscanada | 3236 sw 30th Dania Beach FL 33312 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 30, 2021 | $0.00 |
| 1115 | Captive-8 Inc. | 421 7th Ave Suite 800 New York NY 10001 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 07, 2021 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1116 | Cardenas Markets LLC | 2501 E Guasti Road Ontario CA 91761 | Vital Pharmaceuticals, Inc. | Insurance Agreement Letter, dated May 08, 2019 | $0.00 |
| 1117 | Cardinal Distributing Company, LLC | 269 Jackrabbit Lane Bozeman MT 59718 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated November 20, 2021 | $0.00 |
| 1118 | Carey Distributors, Inc | Attn: Terry Loughlin PO Box B Fruitland MD 21826 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated March 03, 2021 | $0.00 |
| 1119 | Carey, O'Malley, Whitaker, & Mueller, P.A. | Michael R. Carey, Esquire 712 S Oregon Avenue Tampa FL 33606 | Vital Pharmaceuticals, Inc. | Settlement Stipulation, dated December 29, 2014 | $0.00 |
| 1120 | Cargill, Incorporated | 15407 McGinty Road West Wayzata MN 55391 | Vital Pharmaceuticals, Inc. | Material Transfer and Mutual Confidentiality Agreement, dated September 14, 2018 | $0.00 |
| 1121 | Carl Hamilton Gosnel | 3090 Northwest 46th Avenue Lauderdale Lakes FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 1122 | | | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 16, 2009 | |
| 1123 | Carlin Tucker Andrew | 1205 Tree Lodge Parkway Lithia Springs GA 30122 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 1124 | Carlos Batista Gonzalez | 2982 Clipper Cove Ln Apt 102 Kissimmee FL 34741 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 02, 2022 | $0.00 |
| 1125 | Carlos Duranza Jr | 5841 Southwest 119th Ave Cooper City FL 33330 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2022 | $0.00 |
| 1126 | Carlos Garza | 3010 Calla Lily Trail Richmond TX 77406 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 23, 2022 | $0.00 |
| 1127 | Carlos Gonzalez Ernesto | 8302 NW 7th St  #13 Miami FL 33126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 24, 2015 | $0.00 |
| 1128 | Carlos Gutiérrez de Piñeres Andrés | 12421 SW 50th Ct Apt 303 Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 1129 | | | Vital Pharmaceuticals, Inc. | Athlete Endorsement Agreement, dated May 01, 2016 | |
| 1130 | Carlos Ornelas Hernandez | 3210 North 50th Dr Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 1131 | Carlos Rodriguez Sanchez E | 17169 Southwest 49th Place Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 1132 | Carlos Sierra | 9399 NW 121 Terr Hialeah Gardens FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 15, 2021 | $0.00 |
| 1133 | Carlson & Lyter Distributing, Inc. dba C & L Distributing | Tom Dick 1020 Industrial Drive South P.O. Box 457 Sauk Rapids MN 56379 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 30, 2018 | $0.00 |
| 1134 | Carolina Beverage Group | Attn: Joe Ryan 110 Barley Park Lane Mooresville NC 28115 | Vital Pharmaceuticals, Inc. | Letter of Agreement, dated July 05, 2016 | $0.00 |
| 1135 | Carolina Beverage Group, LLC | 110 Barley Park Lane Mooresville NC 28115 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 19, 2021 | $0.00 |
| 1136 | Carolina Eagle Dist | 3231 N Weslyean Boulevard  Rocky Mountain NC 27804 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 12, 2018 | $0.00 |
| 1137 | Carolina Manufacturer's Services, Inc. | Attn: President 2650 Pilgrim Court Winston-Salem NC 27106 | Vital Pharmaceuticals, Inc. | Coupon Redemption Program Agreement, dated January 07, 2013 | $0.00 |
| 1138 | Carolina Premium Beverage, LLC | Attn: Chris Caffey PO Box 579 Colfax NC 27235 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 03, 2021 | $0.00 |
| 1139 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 24, 2017 | |
| 1140 | | | Quash Seltzer, LLC | Elite Agreement, dated October 01, 2021 | |
| 1141 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated October 01, 2021 | |
| 1142 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated October 28, 2014 | |
| 1143 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 1144 | Carroll Distributing Company | Attn: Mike Dougherty - Vice President 1553 Chad Carroll Way Melbourne FL 32940 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 10, 2023 | $0.00 |
| 1145 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 22, 2021 | |
| 1146 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated September 22, 2021 | |
| 1147 | Casey Rogers Lee | 802 North Luther Rd Candler NC 28715 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 24, 2019 | $0.00 |
| 1148 | | | Vital Pharmaceuticals, Inc. | Fitness Model Agreement, dated March 01, 2016 | |
| 1149 | Castle Crow & Company, LLC | 101 Mission Street Suite 500 San Francisco CA 94105 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated October 19, 2017 | $0.00 |
| 1150 | Catalent, Inc. | 14 Schoolhouse Road Somerset NJ 08873 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 16, 2021 | $0.00 |
| 1151 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated June 11, 2011 | |

| 1152 | Cayden Jaeger Trace | 7211 Boxelder Ct Jacksonville FL 32244 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 09, 2021 | $0.00 |
|---|---|---|---|---|---|
| 1153 | CBS Miami Integrated Marketing | Michelle LaChapelle, 8900 W 18th Terrace Doral FL 33172 | Vital Pharmaceuticals, Inc. | Chili Cook Off Agreement, dated December 01, 2016 | $0.00 |
| 1154 | CCC NV, LLC | 937 Tahoe Boulevard, Suite 100 Incline Village NV 89451 | Vital Pharmaceuticals, Inc. | Non-Disclosure Agreement, dated February 14, 2017 | $0.00 |
| 1155 | CCRS Warehousing & Logistics | 201 Second Street Kewaskum WI 53040 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | NonDisclosure Agreement, dated July 06, 2018 | $0.00 |
| 1156 | CDW Direct, LLC | PO BOX 75723 / CHICAGO IL 60675-5723 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 1157 | CDZ Sales Inc. | Attn: Donna Shami 11760 Marco Beach Dr Suite 4 Jacksonville FL 32224 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated October 05, 2015 | $0.00 |
| 1158 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 04, 2021 | |
| 1159 | | | | Trainer Services Agreement, dated November 04, 2021 | |
| 1160 | Cei Nutri Inc | 2625 Weston Road Weston FL 33326 | Vital Pharmaceuticals, Inc. | Distribution Agreement, dated February 23, 2015 | $0.00 |
| 1161 | | | Vital Pharmaceuticals, Inc. | Letter re: Exclusive Promotional Modeling Contract with Vital Pharmaceuticals, Inc. Executed July 22, 2012, dated March 05, 2013 | |
| 1162 | CELEBRATION BRANDS LIMITED | 214 Spanish Town Road Kingston JAM | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated April 29, 2019 | $0.00 |
| 1163 | | | | Brand Ambassador (National Team) Agreement, dated March 23, 2017 | |
| 1164 | Centennial Bank | Attn: David A. Druey 6300 NE 1st Avenue Fort Lauderdale FL 33334 | Vital Pharmaceuticals, Inc. dba VPX | Confidentiality Agreement, dated April 17, 2018 | $0.00 |
| 1165 | Center Point Flex Owner LLC | Center Point Business Park Building D 1907-1911 US Highway 301 Tampa FL 33610 | Vital Pharmaceuticals, Inc. | Lease Proposal, dated September 14, 2018 | $0.00 |
| 1166 | Center Point Flex Owner, LLC | 31920 Del Obispo St Suite 260 San Juan Capistrano CA 92675 | Vital Pharmaceuticals, Inc. | First Amendment to Lease, dated July 23, 2019 | $0.00 |
| 1167 | Center Point Flex Owner, LLC | 31920 Del Obispo St Suite 260 San Juan Capistrano CA 92675 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated November 01, 2018 | $0.00 |
| 1168 | Central Distributing Co. | 3244 F 1/2 Rd, Clifton, CO 81520 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 20, 2022 | $0.00 |
| 1169 | Central Distributors, Incorporated | 1876 Lager Lane Jackson TN 38305 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 01, 2017 | $0.00 |
| 1170 | Central States Beverage Company of Missouri, L.L.C. | Attn: John Kane, VP/General Manager 14220 Wyandotte Kansas City MO 64145 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated April 12, 2021 | $0.00 |
| 1171 | Centric Brands, LLC | 28 Liberty St. New York NY 10005 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 29, 2020 | $0.00 |
| 1172 | Cepham Inc. | Anand Swaroop 319 Enclave Lane Bedminster NJ 07921 | Vital Pharmaceuticals, Inc. | Supply Agreement, dated May 14, 2008 | $0.00 |
| 1173 | Cesar Gonzalez | 694 San Remo Dr Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 29, 2018 | $0.00 |
| 1174 | Cesar Nolazco Jose Estrada | 928 Southwest 4th Ave Cape Coral FL 33991 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 16, 2018 | $0.00 |
| 1175 | Ceva Freight Canada Corp. | 1880 Matheson Blvd E Mississauga ON L4W 0C2 CAN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 1176 | Chad Anderson M | 15 Consella Way Franklinton NC 27525-7702 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 1177 | Chad M. Kersick, Ph. D. | c/o Metabolic & Applied Biochemistry Laboratories University of Oklahoma 1401 Asp Avenue Room 109 Norman OK 73019 | Vital Pharmaceuticals, Inc. | Research Agreement, dated April 01, 2008 | $0.00 |
| 1178 | Chad M. Kersick, Ph.D. | 1401 Asp Avenue Room 109 Norman OK 73019 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Confidentiality Agreement | $0.00 |
| 1179 | Chad Sandifer Ray | 3806 SW 5th Pl Cape Coral FL 33914 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 08, 2019 | $0.00 |
| 1180 | Chad Snow Eugene | 11155 SW Hall Blvd Apt 57 Tigard OR 97223 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 18, 2019 | $0.00 |
| 1181 | Chafin Rollins | 3515 Southeast 3rd Place Cape Coral FL 33904 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 21, 2020 | $0.00 |
| 1182 | Champagne Beverage Company, Inc. | Attn Charles E. "Chuck" Reese, Chief Financial Officer One Bud Place Madisonville LA 70447 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 20, 2011 | $0.00 |
| 1183 | Chantal Hernandez Glanert | 19511 Belmont Dr Cutler Bay FL 33157 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 15, 2018 | $0.00 |
| 1184 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated April 15, 2018 | |
| 1185 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |

| | | | | | |
|---|---|---|---|---|---|
| 1186 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated December 01, 2021 | |
| 1187 | Charles Chiaverini | 21391 Town Lakes Drive #119 Boca Raton FL 33486 | Vital Pharmaceuticals, Inc. | Letter re: Engagement Agreement, dated October 05, 2015 | $0.00 |
| 1188 | | | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated November 17, 2015 | |
| 1189 | Charles Horaney Edward | 19173 Innisbrook Ct North Fort Myers FL 33903 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 1190 | Charles Jean Noel E | 7200 NW 20th St Sunrise FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 07, 2011 | $0.00 |
| 1191 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 1192 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 1193 | Chas Seligman Distributing Co. | 10885 Clydesdale Way Walton KY 41094 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 30, 2019 | $0.00 |
| 1194 | Chase Bennett Wayne | 6616 Dartmouth Rd Lakeland FL 33809 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 06, 2018 | $0.00 |
| 1195 | Chase Shtogrin | 7314 Watson'S Parish Dr O'Fallon MO 63368 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 1196 | Chase Stiverson T | 1046 Mclain Blvd Lancaster OH 43130 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 07, 2018 | $0.00 |
| 1197 | Chelsea F.C. | Fulham Rd London SW6 1HS UK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 09, 2020 | $0.00 |
| 1198 | Chelsea FC PLC | Stamford Bridge Fulham Road London SW6 1HS England | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Mutual Non-Disclosure Agreement Commercial Terms, dated September 11, 2020 | $0.00 |
| 1199 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated May 01, 2014 | |
| 1200 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated October 19, 2021 | |
| 1201 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated October 19, 2021 | |
| 1202 | Chemycos Technology Co., Ltd. | 1 Queens Road Central Hong Kong, China | Vital Pharmaceuticals, Inc. | Amended Settlement Agreement, dated February 07, 2014 | $0.00 |
| 1203 | Cheny Julian | 13182 Southwest 194th St Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 22, 2020 | $0.00 |
| 1204 | CHEP USA | 5897 Windward Pkwy Alpharetta GA 30005-2044 | Vital Pharmaceuticals, Inc. | Hire Agreement, dated 2018 | $0.00 |
| 1205 | Cherry Bekaert LLP | 2525 Ponce de Leon Boulevard Suite 1040 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Agreement for Professional Engagement, dated October 02, 2015 | $0.00 |
| 1206 | Chestnut Hill Technologies | Attn: John D."Jack" McCarthy 300 SE 2nd Street Ft. Lauderdale FL 33301 | Vital Pharmaceuticals, Inc., DBA Bang Energy | MUTUAL NON-DISCLOSURE AGREEMENT, dated December 12, 2019 | $0.00 |
| 1207 | Chevron | 8741 W Broward Blvd Plantation  33311 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated February 02, 2016 | $0.00 |
| 1208 | Cheyenne Beverage, Inc. | Attn: Todd Lewis 2208 E Allison Rd Cheyenne WY 82007 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 11, 2021 | $0.00 |
| 1209 | Cheyenne Beverage, Inc. | Attn: Todd Lewis 2208 E Allison Rd Cheyenne WY 82007 | Quash Seltzer, LLC | DISTRIBUTOR AGREEMENT, dated January 01, 2019 | $0.00 |
| 1210 | Cheyenne Beverage, Inc. | Attn: Todd Lewis 2208 E Allison Rd Cheyenne WY 82007 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1211 | Chitrang Desai Dharmeshkumar | 4945 Deckside Loop Lakeland FL 33812 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 15, 2021 | $0.00 |
| 1212 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated April 16, 2013 | |
| 1213 | Christian Diaz Osvaldo | 2226 Pinecrest Ct Fullerton CA 92831 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 1214 | Christian Gonzalez | 133 S172nd Dr Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 1215 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 1216 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 1217 | Christian Longe-Marshall James | 16450 West Van Buren St Apt 2066 Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 19, 2020 | $0.00 |
| 1218 | Christian Penoucos Sacha | 620 Northeast 52nd Terrace Miami FL 33137 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 08, 2020 | $0.00 |
| 1219 | Christian Sasieta | 156 NW 118th Dr Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 17, 2020 | $0.00 |
| 1220 | Christian Sosa Torres Alberto | 1981 Woolbright Rd Bldg E Apt 205 Boynton Beach FL 33426 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1221 | Christian Soza Giovanni | 1690 Hilton Head Ct Apt 2320 El Cajon CA 92019 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 02, 2022 | $0.00 |
| 1222 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated June 07, 2011 | |
| 1223 | Christina Diaz | 2586 NW 94th Ave Coral Springs FL 33065 | Vital Pharmaceuticals, Inc. dba VPX/REDLINE | Letter re: Notice of Violation of Non Disclosure, Non-Compete, Confidentiality Agreement, dated October 26, 2022 | $0.00 |
| 1224 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement , dated April 27, 2017 | |
| 1225 | Christina Weronik | 470 Northeast 5th Ave Apt 3215 Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 03, 2021 | $0.00 |
| 1226 | Christine King E | 275 Equestrian Dr Rockwall TX 75032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 1227 | Christine Longero Marie | 2712 Strand Ln Mckinney TX 75071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 1228 | Christopher Blanco Daniel | 421 E Dunbar #65 Tempe AZ 85282 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2019 | $0.00 |
| 1229 | Christopher Carey | 433 Haverlake Cir Apopka FL 32712 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 1230 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated July 17, 2017 | |
| 1231 | Christopher Conner Michael | 18344 W Mercer Ln Surprise AZ 85388 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 17, 2021 | $0.00 |
| 1232 | Christopher Jones | 13820 South 44th St Unit 1114 Phoenix AZ 85044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 09, 2020 | $0.00 |
| 1233 | Christopher Morrison John | 301 Southwest 1St Ave Apt 1402-B Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 23, 2020 | $0.00 |
| 1234 | Christopher Poland Honn | 10348 Glenn Abbey Ln Fishers IN 46037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 27, 2020 | $0.00 |
| 1235 | Christopher Rees Nunez | 16601 N 12th St  1092 Phoenix AZ 85022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 12, 2019 | $0.00 |
| 1236 | Christopher Schwalen Lawrence | 704 Auburn Way Morgan Hill CA 95037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 24, 2018 | $0.00 |
| 1237 | Christopher Weatherford Lee | 1213 Warbler Ave Forney TX 75126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 1238 | Christy Bare Anne | 11340 Northwest 27th Ct Plantation FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 1239 | Christy Bare Anne | 11340 Northwest 27th Ct Plantation FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 03, 2019 | $0.00 |
| 1240 | Christy Morris L | 26 Sunset Hills Cir Choctaw OK 73020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |
| 1241 | | | Quash Seltzer, LLC | Select Agreement, dated September 01, 2021 | |
| 1242 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated August 20, 2021 | |
| 1243 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 19, 2017 | |
| 1244 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated September 01, 2021 | |
| 1245 | Chrysler Capital | 1601 Elm Street Suite 1400 Dallas TX 75201 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure Agreement, dated September 21, 2018 | $0.00 |
| 1246 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 14, 2018 | |
| 1247 | Chubb Group of Insurance Companies | 15 Mountain View Road Warren NJ 07059 | Vital Pharmaceuticals, Inc. | Insuring Agreement, dated December 04, 2010 | $0.00 |
| 1248 | CI421 4747 W. Buckeye LLC | Attn: Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Industrial Lease, dated November 15, 2019 | $0.00 |
| 1249 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 01, 2018 | |
| 1250 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 1251 | | | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 23, 2009 | |
| 1252 | Cindy Larez D | 5132 Southwest 140th Terrace Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 03, 2018 | $0.00 |
| 1253 | Cisco Systems, Inc. | 170 West Tasman Drive San Jose CA 95134-1706 | Vital Pharmaceuticals, Inc. | Mutual Non-Disclosure Agreement, dated August 26, 2020 | $0.00 |
| 1254 | CITIBANK,N.A. | 388 Greenwich Street New York NY | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 20, 2021 | $0.00 |
| 1255 | City Beverage - Illinois, LLC d/b/a Lakeshore Beverage LLC | 1105 E. Lafayette St., Bloomington, IL 61701 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated September 02, 2022 | $0.00 |
| 1256 | City Beverage Company, Inc. | JT Dixon 1471 Weeksville Road Elizabeth City NC 27909 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 17, 2018 | $0.00 |

| 1257 | City Beverages LLC | Attn: Colby F. Kiene PO Box 620608 Orlando FL 32862 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 05, 2023 | $0.00 |
|---|---|---|---|---|---|
| 1258 | City Brewery LLC | 925 South Third Street La Crosse WI 54601 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 21, 2022 | $0.00 |
| 1259 | City Brewing Company LLC | 5151 E Raines Road Memphis TN 38118 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated July 16, 2018 | $0.00 |
| 1260 | City National Bank of Florida, Inc. | Boca del Mar Banking Center 7000 W Palmetto Park Road Suite 100 Boca Raton FL 33433 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure & Confidentiality Agreement, dated August 24, 2016 | $0.00 |
| 1261 | City Securites Insurance, LLC | Capital City Securities, 3789 Attucks Dr Powell OH 43065 | Vital Pharmaceuticals, Inc. | Personal Property Insurance Participation Form, dated December 14, 2015 | $0.00 |
| 1262 | CK Afton Ridge II | 301 S. College St Charlotte NC 28202 | Vital Pharmaceuticals, Inc. dba VPX Sports | Non Disclosure Agreement, dated January 08, 2019 | $0.00 |
| 1263 | CK Afton Ridge II, LLC | c/o Childress Klein 301 South College Street Suite 2800 Charlotte NC 28202-6021 | Vital Pharmaceuticals, Inc. | Standard Warehouse Lease Agreement, dated March 15, 2019 | $0.00 |
| 1264 | CKS Packaging, Inc | 350 Great Southwest Parkway Atlanta GA 30336 | Vital Pharmaceuticals, Inc. | Purchase and Supply Agreement, dated January 07, 2017 | $0.00 |
| 1265 | CKS Packaging, Inc | 350 Great Southwest Parkway Atlanta GA 30336 | Vital Pharmaceuticals, Inc. | First Amendment to Purchase and Supply Agreement, dated July 20, 2018 | $0.00 |
| 1266 | Claire Stone | 840 Embarcadero Del Norte Golrta CA 94553 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Release, dated October 06, 2021 | $0.00 |
| 1267 | Classic Distributing and Beverage Group | Attn: Joe Sanchez, III 120 N Puente Ave City of Industry CA 91746 | Vital Pharmaceuticals, Inc. | Letter re: Authorization to Distribute Products, dated May 18, 2011 | $0.00 |
| 1268 | Classic Distributing and Beverage Group, Inc. | Attn: John B. Thomas 120 North Puente Ave Industry CA 91746 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 24, 2021 | $0.00 |
| 1269 | Clatstop Distributing Company | 1375 SE 12th Pl, Warrenton, OR 97146 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 25, 2022 | $0.00 |
| 1270 | Claudia Lopez M | 1252 Northwest 141St Ave Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 05, 2017 | $0.00 |
| 1271 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 01, 2018 | |
| 1272 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 30, 2018 | |
| 1273 | Clayten VanWingerden Thomas | 147 Forest Edge Dr Saint Johns FL 32259 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 1274 | Clement Maureal Garciano | 5612 Frost Ln Flower Mound TX 75028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 1275 | Cleonice Glanert | 2436 Okeechobee Ln Fort Lauderdale FL 33312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 21, 2020 | $0.00 |
| 1276 | Cleveroad | 2 Park Ave New York NY 10016 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 31, 2018 | $0.00 |
| 1277 | CliniExperts Services Private Limited | Unit 325 City Centre Mall Plot No 5 Dwarka Sector 12 New Delhi 110075 India | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 24, 2021 | $0.00 |
| 1278 | Closure Systems International Inc | 7820 Innovation Boulevard Suite 100 Indianapolis IN 46278 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 23, 2019 | $0.00 |
| 1279 | Coast Beverage Group | 2701 Dow Avenue Tustin CA 92780 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 06, 2007 | $0.00 |
| 1280 | Coast Beverage Group; Straub Distributing Company | Mark Danner 2701 Dow Avenue Tustin CA 92780 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2007 | $0.00 |
| 1281 | Coast Beverage Group, LLC | Attn: Bob Groux, President 410 West Grove Avenue Orange CA 92865 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 19, 2008 | $0.00 |
| 1282 | Coast Beverage Group, LLC | Attn: Bob Groux, President 410 West Grove Avenue Orange CA 92865 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 10, 2008 | $0.00 |
| 1283 | Coast Beverages | 8609 Production Ave San Diego CA 92121 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - CA), dated February 22, 2008 | $0.00 |
| 1284 | COASTAL BEVERAGE COMPANY, INC. | 461 N Corporate Dr Wilmington NC 28401-2305 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated April 06, 2021 | $0.00 |
| 1285 | Coastal Beverage Company, Inc. | 461 N Corporate Dr Wilmington NC 28401-2305 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 1286 | Cody Cullen Brian | 146 Pearl St Clinton MA 1510 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 1287 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated September 24, 2021 | |
| 1288 | Cody Lei | 343 Northwest Byron St Port St Lucie FL 34983 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 1289 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Team Agreement, dated January 15, 2018 | |

| 1290 | Cody Phillips | 1819 Dove Field Place Brandon FL 33510 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
|------|---------------|----------------------------------------|------------------------------|------------------------------------------------|-------|
| 1291 | Cody Shanley Allan | 5216 Bryant Irvin Rd Apt 2180 Fort Worth TX 76132 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 11, 2020 | $0.00 |
| 1292 | Cognis Corporation | 5051 Estecreek Drive Cincinnati OH 45232 | Vital Pharmaceuticals, Inc. | TRADEMARK SUBLICENSE AGREEMENT, dated June 04, 2007 | $0.00 |
| 1293 | Cold Spring Brewery Company | 219 Red River Avenue N. Cold Spring MN 56320 | Vital Pharmaceuticals, Inc., d/b/a VPX | CONFIDENTIALITY & NON-CIRCUMVENTION AGREEMENT, dated July 09, 2018 | $0.00 |
| 1294 | Cold Springs Brewery Company | 219 Red River Avenue N Cold Springs MN 56320 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 20, 2021 | $0.00 |
| 1295 | COLFIN INDUSTRIAL ACQUISITIONS, LLC, | 13727 Noel Road Suite 750 Dallas TX 75240 | Vital Pharmaceuticals, Inc. | Proposed Industrial Building Lease, dated September 04, 2018 | $0.00 |
| 1296 | COLHOC Limited Partnership d/b/a Columbus Blue Jackets | 200 West Nationwide Boulevard Columbus OH 43215 | Vital Pharmaceuticals, Inc. | 2011-2012 Vendor Participation Agreement, dated December 02, 2012 | $0.00 |
| 1297 | Colin Wilborn, Ph.D. | c/o Human Performance Laboratory Department of Exercise and Sport Science University of Mary Hardin Baylor UMHB Box 8010 Belton TX 76513 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 16, 2009 | $0.00 |
| 1298 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 1299 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated January 01, 2022 | |
| 1300 | College City Beverage, Inc | Christopher Sawyer 700 Railway St S Dundas MN 55019 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 31, 2018 | $0.00 |
| 1301 | College City Beverage, Inc. | 700 Railway St. S Dundas MN 55019 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 31, 2018 | $0.00 |
| 1302 | Colony Capital | PO Box 209263 Austin TX 78720-9263 | Vital Pharmaceuticals, Inc. | Customer Contact Information, dated September 27, 2018 | $0.00 |
| 1303 | Colony Insurance Company | 8720 Stony Point Pkwy Ste 400 Richmond, VA, 23235 | Vital Pharmaceuticals, Inc. | Excess Liquor Insurance Policy | $0.00 |
| 1304 | Colony Insurance Company | 8720 Stony Point Pkwy Ste 400 Richmond, VA, 23235 | Vital Pharmaceuticals, Inc. | Liquor Liability Insurance Policy, dated May 31, 2023 | $0.00 |
| 1305 | Colorado Eagle LLC | Steven A. Busch 130 Greenhorn Drive Pueblo CO 81004 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 27, 2019 | $0.00 |
| 1306 | COLUMBIA PICTURES | Katherine Talutis, 10202 W Washington Blvd Culver City California 90232 | Vital Pharmaceuticals, Inc. | R.C: "The International" - Product Placement Agreement, dated November 12, 2007 | $0.00 |
| 1307 | Comcast Cable Communications Management, LLC | 1701 John F. Kennedy Boulevard Philadelphia PA 19103-2838 | Vital Pharmaceuticals, Inc. | Mutual Confidentiality and Nondisclosure Agreement, dated November 01, 2019 | $0.00 |
| 1308 | Comedpra, LTDA. | Flormorado Empresarial Calle 117 #6a-60 Ofic 306 Bogota Colombia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 11, 2021 | $0.00 |
| 1309 | Comercializadora Eloro S.A. | Carretera Mexico-Pachuca Km. 12.5 Rustica Xalostoc Ecatepec de Morelos Estado de Mexico 55340 Mexico | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 28, 2021 | $0.00 |
| 1310 | Commander Beverage | Attn: Wayne Swain, GM/Vice President Admiral Development  531 West 600 North Sale Lake City UT 84116 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 11, 2010 | $0.00 |
| 1311 | Commerce Bancshares, Inc. | 1000 Walnut St Kansas City MO 64106 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 21, 2021 | $0.00 |
| 1312 | Commerce Bank | 209 E Main Street California MO 65018 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 20, 2021 | $0.00 |
| 1313 | Competimex SC | Julio Alejandro Millan Iglesia #2, Torre E, Despacho 1203 San Angel Mexico DF 01090 Mexico | Vital Pharmaceuticals, Inc. | Professional Services Proposal, dated March 25, 2019 | $0.00 |
| 1314 | Competimex, S.C. | Julio Alejandro Millan jamillan@competimex.com Iglesia #2 Torre E Despacho 1203 Col Tizapan San Angel Mexico, DF CP 01090 | Vital Pharmaceuticals, Inc. | Project Proposal for Vital Pharmaceutical February 2019, dated March 25, 2019 | $0.00 |
| 1315 | Compound Solutions Inc. | 1930 Palomar Point Way Suite 105 Carlsbad CA 92008 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated May 28, 2019 | $0.00 |
| 1316 | Compound Solutions, Inc. | 1930 Palomar Point Way Suite 105 Carlsbad CA 92008 | Vital Pharmaceuticals, Inc. | Distribution and Warranty Agreement, dated November 15, 2017 | $0.00 |
| 1317 | Compound Solutions, Inc. | 1930 Palomar Point Way Suite 105 Carlsbad CA 92008 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 09, 2021 | $0.00 |
| 1318 | Compound Solutions, Inc. | 1930 Palomar Point Way Suite 105 Carlsbad CA 92008 | Vital Pharmaceuticals, Inc. | Theacrine Dietary Ingredient Sublicense and Warranty Agreement, dated September 16, 2014 | $0.00 |

| 1319 | Conectys Serv Telecom SRL Corp. | 1 Preciziei Bvd District 6 Bucharest 062202 Romania | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 29, 2020 | $0.00 |
|---|---|---|---|---|---|
| 1320 | Connect Technology Group | 1734 Bluffview Lane Carrollton TX 75007 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1321 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 1322 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated August 23, 2016 | |
| 1323 | Conrade Matthews Mark A | 5172 Clarion Oaks Dr Orlando FL 32808 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 15, 2019 | $0.00 |
| 1324 | Contemporary Marketing Inc. | Michael Okun 1569 Barclay Boulevard Buffalo Grove IL 60089 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement | $0.00 |
| 1325 | Contemporary Marketing, Inc. | Attn: Michael Okun 1569 Barclay Boulevard Buffalo Grove IL 60089 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement, dated April 27, 2005 | $0.00 |
| 1326 | Contract Pharmacal Corp | 165 Oser Avenue Hauppauge NY 17788 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 21, 2020 | $0.00 |
| 1327 | Cooper Woods Leland | 1100 East Apache Blvd Apt 5069 Tempe AZ 85281 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 1328 | Corali Marquez Iparraguirre | 330 Patio Village Terrace Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 24, 2022 | $0.00 |
| 1329 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 01, 2021 | |
| 1330 | Core5 Services LLC | Attn: Linda Booker 1230 Peachtree Street NE Suite 3560 Atlanta GA 30309 | Vital Pharmaceuticals, Inc. | Facilities Management Agreement, dated October 04, 2017 | $0.00 |
| 1331 | Core-Mark International, Inc. | Suite 207, 3445-114th Ave. SE Calgary Alberta T2Z 0K6 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1332 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 29, 2017 | |
| 1333 | Corey Carneau Scott | 3500 SE Oak Grove Blvd Apt 44 Milwaukie OR 97267 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 30, 2018 | $0.00 |
| 1334 | Corey Connett Edward | 2101 James Dr Gadsden AL 35907 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 18, 2022 | $0.00 |
| 1335 | Corey Distributors, Inc. | David T. Laughlin P.O. Box B  110 N Dulany Avenue Fruitland MD 21826 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 10, 2021 | $0.00 |
| 1336 | Corey Leja | 850 Spring Creek Ct Elk Grove Village IL 60007 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 23, 2019 | $0.00 |
| 1337 | | | Quash Seltzer, LLC | Elite Agreement, dated January 01, 2022 | |
| 1338 | Cornerstone Systems, Inc. | 3250 Players Club Parkway Memphis TN 38125 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 20, 2022 | $0.00 |
| 1339 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 1340 | Corwin Beverage Company | Attn: Courtney Barker 219 S Timm Rd Ridgefield WA 98642 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 11, 2010 | $0.00 |
| 1341 | Costco Wholesale | 999 Lake Dr Issaquah WA 98027-8990 | Vital Pharmaceuticals, Inc. | Basic Supplier Agreement, dated April 12, 2018 | $0.00 |
| 1342 | Costco Wholesale Corporation | Attn: Vendor Maintenance 999 Lake Drive Issaquah WA 98027 | Vital Pharmaceuticals, Inc. | Costco Wholesale Basic Supplier Agreement United States and its Territories (2017), dated April 12, 2018 | $0.00 |
| 1343 | Costco Wholesale Japan, Ltd. | 3-1-4 Ikegami-Shincho Kawasaki-ku Kawasaki-shi Kanagawa 210-0832 Japan | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1344 | Couch Distributing Company, Inc. | Geoffrey Couch 104 Lee Road Watsonville CA 95076 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 07, 2019 | $0.00 |
| 1345 | County Distributing Company Inc. | Attn: Paul Beykirch 1800 Eagle View Dr Sedalia MO 65301 | Vital Pharmaceuticals, Inc. | Notice of Acquisition & Contract Assignment (VPX-KBDC Distribution Agreement), dated December 13, 2019 | $0.00 |
| 1346 | Coupang Global, LLC | Attn: Accounts Receivable 1560 Sierra Ridge Drive Riverside CA 92507 | Vital Pharmaceuticals, Inc. | Product Supply Agreement, dated March 23, 2021 | $0.00 |
| 1347 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 10, 2021 | |
| 1348 | Courtney McDonough | 800 El Dorado Parkway Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 1349 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador National Team Agreement, dated March 28, 2017 | |
| 1350 | Courtney Wilkie Paige | 2706 Taylor Street Hollywood, FL 33020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 1351 | Courtyard by Marriott San Diego Downtown | 530 Broadway San Diego CA 92101 | Vital Pharmaceuticals, Inc. | ROOMS AGREEMENT, dated August 12, 2019 | $0.00 |
| 1352 | Courtyard Dallas Arlington/Entertainment District | 1500 Nolan Ryan Expressway Arlington TX 76011 | Vital Pharmaceuticals, Inc. | Letter of Intent, dated August 15, 2019 | $0.00 |

| 1353 | Cox Business | 1550 W Deer Valley Rd Phoenix AZ 85027 | Vital Pharmaceuticals, Inc. | Contractor Services Agreement, dated December 18, 2019 | $0.00 |
|---|---|---|---|---|---|
| 1354 | Craig Dalbec Jeffery | 8672 West Bajada Rd Peoria AZ 85383 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 21, 2017 | $0.00 |
| 1355 | Craig Verwey William | 1565 Ibis Dr Orange Park FL 32065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 13, 2019 | $0.00 |
| 1356 | Crazy Discounted | 5332 West Samantha Way Laveen AZ 85339 | Vital Pharmaceuticals, Inc. | DISTRIBUTION AGREEMENT, dated N/A | $0.00 |
| 1357 | Create Social Group, LLC | 16146 Morrison St Encino CA 91436 | Vital Pharmaceuticals, Inc. | Addendum to Advertiser Agreement, dated July 21, 2021 | $0.00 |
| 1358 | Create Social Group, LLC | 16146 Morrison St Encino CA 91436 | Vital Pharmaceuticals, Inc. | General Advertising Terms and Conditions, dated July 22, 2019 | $0.00 |
| 1359 | Creative Compounds, LLC | 600 Daugherty Street Scott City Missouri 63780 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated April 22, 2019 | $0.00 |
| 1360 | Creative International | Moh Muslim Pura malkay kalan Sialkot Punjab 51310 Pakistan | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 05, 2020 | $0.00 |
| 1361 | Creative Sales and Marketing, LLC | Attn: David Smith 16607 Blanco Road Suite 804 San Antonio TX 78232 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated January 01, 2016 | $0.00 |
| 1362 | Credit Suisse Securities (USA) LLC | 80 State Street Albany NY 12207 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1363 | Creem Distributors | 960 Coral Ridge Drive Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 1364 | Crio Inversiones S.A. de C.V. | Urban Industrial Plan De La Laguna #14 Antiguo Cuscatlan La Libertad El Salvador | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 16, 2019 | $0.00 |
| 1365 | Cristian Rodriguez | 1643 Keena Dr Las Vegas NV 89011 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 22, 2007 | $0.00 |
| 1366 | Cristian Ruiz | 16293 Southwest 11th St Pembroke Pines FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 1367 | Cristiano Silva | 1772 Aspen Ln Weston FL 33327 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 1368 | Cristina Benavente Maria | 2273 Nova Village Dr Davie FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 06, 2020 | $0.00 |
| 1369 | Crossfit Katy LLC | 1315 W Grand Parkway S Katy TX 77494 | Vital Pharmaceuticals, Inc. | Platinum Level Sponsor Agreement, dated September 28, 2019 | $0.00 |
| 1370 | Crossmark, Inc. | 5100 Legacy Drive Plano TX 75024 | Vital Pharmaceuticals, Inc. | Statement of Work for Demos, dated June 19, 2019 | $0.00 |
| 1371 | Crown Beverages, Inc. | Attn: Paul Bond, General Manager 1650 Linda Way Sparks NV 89431 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 12, 2007 | $0.00 |
| 1372 | Crown Beverages, LLC | 916 W. Darlington Street Florence SC 29501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 24, 2018 | $0.00 |
| 1373 | Crown Cork & Seal USA Inc | Christine J. Horn & Jake Soumis 770 Township Line Rd Yardley PA 19067-4219 | Vital Pharmaceuticals, Inc. | VPX/Crown Incremental Supply of Ends Letter, dated June 14, 2021 | $0.00 |
| 1374 | Crown Cork & Seal USA, Inc | 770 Township Line Rd Yardley PA 19067 | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated February 24, 2023 | $0.00 |
| 1375 | CROWN Cork & Seal USA, Inc | 770 Township Line Rd Yardley PA 19067 | Vital Pharmaceuticals, Inc. | Nondisclosure Agreement, dated December 13, 2018 | $0.00 |
| 1376 | Crown Cork & Seal USA, Inc. | Attn: James Yackish 770 Township Line Road Yardley PA 19067 | Vital Pharmaceuticals, Inc. | First Amendment to Supply Agreement, dated February 01, 2021 | $0.00 |
| 1377 | Crown Cork & Seal USA, Inc. | Attn: James Yackish 770 Township Line Road Yardley PA 19067 | Vital Pharmaceuticals, Inc. | Container Supply Agreement, dated January 01, 2020 | $0.00 |
| 1378 | Crown Cork & Seal USA, Inc. | Attn: James Yackish 770 Township Line Road Yardley PA 19067 | Vital Pharmaceuticals, Inc. | Container Supply Agreement, dated May 28, 2019 | $0.00 |
| 1379 | Crown Cork & Seal USA, Inc. | Attn: James Yackish 770 Township Line Road Yardley PA 19067 | Vital Pharmaceuticals, Inc. | North America Incremental Supply of Ends Agreement, dated June 14, 2021 | $0.00 |
| 1380 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated June 22, 2017 | |
| 1381 | CSOFT International | 501 Boylston St 10th Floor Boston  MA 02116 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 16, 2021 | $0.00 |
| 1382 | CubeSmart Asset Management, LLC | 13627 Amargosa Road Victorville CA 92392 | Vital Pharmaceuticals, Inc. | CALIFORNIA RENTAL AGREEMENT, dated December 14, 2015 | $0.00 |
| 1383 | CubeSmart Management | 550 Harper Street Stuart FL 34994 | Vital Pharmaceuticals, Inc. | Florida Self-Storage Rental Agreement, dated December 23, 2015 | $0.00 |
| 1384 | Cumberland Farms, Inc. | 165 Flanders Road Westborough MA 01581 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated May 19, 2021 | $0.00 |
| 1385 | Cumberland Group, LLC | 300 Galleria Parkway Suite 1600 Atlanta GA 30339 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated August 14, 2020 | $0.00 |
| 1386 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated October 13, 2016 | |

| 1387 | Curtis Fleming-Davis Russell | 40774 West Portis Dr Maricopa AZ 85138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 06, 2022 | $0.00 |
|---|---|---|---|---|---|
| 1388 | Cushman & Wakefield of Florida, Inc. | Attn: Chris Metzger 225 NE Mizner Blvd Ste 300 Boca Raton FL 33432 | Vital Pharmaceuticals, Inc., d/b/a VPX/Redline | Confidentiality Agreement, dated May 31, 2018 | $0.00 |
| 1389 | Cushman & Wakefield of Florida, LLC | Attn: Chris Metzger 225 NE Mizner Blvd Suite 300 Boca Raton FL 33432 | Vital Pharmaceuticals, Inc., d/b/a VPX/Redline | Confidentiality Agreement, dated May 31, 2018 | $0.00 |
| 1390 | CVS Health Corporation | One CVS Drive Woonsocket RI 02895 | Vital Pharmaceuticals, Inc. | Indemnification Agreement, dated October 31, 2018 | $0.00 |
| 1391 | CVS Pharmacy, Inc. | Anna Umberto, Vice President, Strategic Procurement One CVS Drive Woonsocket RI 02895 | Vital Pharmaceuticals, Inc. | Purchase Agreement for SBT Suppliers, dated November 06, 2018 | $0.00 |
| 1392 | CyberCoders, Inc. | Attn: Shane Lamb 6591 Irvine Center Drive Suite #200 Irvine CA 92618 | Vital Pharmaceuticals, Inc. | Direct Hire Services Agreement, dated December 18, 2018 | $0.00 |
| 1393 | Cydney Hatch Afton | 11064 South Old Bridge Rd South Jordan UT 84009 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2019 | $0.00 |
| 1394 | CytoSport, Inc. | Attn: Ms. Roberta White 4795 Industrial Way Benecia CA 94510 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Release, dated September 27, 2012 | $0.00 |
| 1395 | Cyxtera Cybersecurity | 2333 Ponce de Leon Blvd Suite 900 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2021 | $0.00 |
| 1396 | Cyxtera Cybersecurity (AppGate) | 2333 Ponce de Leon Blvd Suite 900 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2021 | $0.00 |
| 1397 | Cyxtera Cybersecurity Inc. dba Appgate | 2333 Ponce de Leon Blvd Suite 900 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 20, 2021 | $0.00 |
| 1398 | D.H. Smith and Associates d/b/a Creative Sales and Marketing | David Smith 1301 Barkmore San Antonio TX 78258 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement | $0.00 |
| 1399 | Daisy Grunewald | 15560 Southwest 136th St Unit 211 Miami FL 33196 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 1400 | Dakota Sales Co., Inc. | 1916 Demers Avenue Grand Forks ND 58201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 | $0.00 |
| 1401 | Dale Egelston K | 7503 Carolina Ln Vancouver WA 98664 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 1402 | Damaris Feliciano | 990 Coral Ridge Dr  #301 Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 16, 2022 | $0.00 |
| 1403 | Damarys Carreras Perez | 15886 Southwest 84th St Miami FL 33193 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 26, 2021 | $0.00 |
| 1404 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 01, 2017 | |
| 1405 | Dana Abdulhay K | 2100 SW 152 Pl Miami FL 33185 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 04, 2018 | $0.00 |
| 1406 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 01, 2021 | |
| 1407 | Daniel Ajibike Adewumi Adebowal | 8417 Seven Hills Rd Arlington TX 76002 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 18, 2022 | $0.00 |
| 1408 | Daniel Bolen James | 14530 S Juniper Shade Dr Herriman UT 84096 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |
| 1409 | Daniel Bolivar Enrique | 19340 Northwest 7th St Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 1410 | Daniel Burnett J | 31877 Corte Montecito Temecula CA 92592 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 04, 2021 | $0.00 |
| 1411 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated April 15, 2016 | |
| 1412 | Daniel Hurtes Scott | 12431 Baywind Ct Boca Raton FL 33428 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 07, 2021 | $0.00 |
| 1413 | Daniel Jacque Adeniji | 7943 W 2nd Ct  201 Hialeah FL 33014 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 1414 | Daniel L. Jacob & Company, Inc. | Attn: Dan Jacob 4900 Carpenter Rd Ysiplanti MI 48197 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 31, 2021 | $0.00 |
| 1415 | Daniel L. Jacob and Company, Inc. | Jency Marcantel 2403 E. High Street Jackson MS 49203 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 1416 | Daniel Lee Yu-Chieh | 3100 Jeanetta St Apt 101 Houston TX 77063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 1417 | Daniel Lopez Martin | 8704 W Cp Hayes Dr Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 16, 2021 | $0.00 |
| 1418 | Daniel Martinez Montoya | 2050 West Romley Ave Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 21, 2019 | $0.00 |
| 1419 | Daniel Palmer D | 5130 Bull Run Dr Baton Rouge LA 70817 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 1420 | Daniel Tellez Ruben | 7013 W Catalina Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 01, 2019 | $0.00 |
| 1421 | Daniel Velez | 901 S Country Club Dr  1008 Mesa AZ 85210 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 1422 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 16, 2019 | |

| | | | | | |
|---|---|---|---|---|---|
| 1423 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 12, 2017 | |
| 1424 | Danield Najera-Armenta | 7622 West College Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 20, 2019 | $0.00 |
| 1425 | | | Quash Seltzer, LLC | Select Agreement, dated April 28, 2021 | |
| 1426 | Daniella Giafardino | 4531 NW 13th Ave Pompano Beach FL 33064 | Vital Pharmaceuticals, Inc. | Acknowledgement of Receipt and Understanding, dated September 22, 2011 | $0.00 |
| 1427 | Daniella Mares Almada | 21202 West Encanto Blvd Buckeye AZ 85396 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 31, 2022 | $0.00 |
| 1428 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 12, 2021 | |
| 1429 | Danielle Brown Lisa | 13501 AnNE Browers Rd Charlotte NC 28213 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2021 | $0.00 |
| 1430 | Danielle Cohen Elizabeth | 21243 Southwest 89th Ct Cutler Bay FL 33189 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 1431 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated October 14, 2014 | |
| 1432 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 22, 2012 | |
| 1433 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 16, 2017 | |
| 1434 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 24, 2018 | |
| 1435 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated November 28, 2016 | |
| 1436 | Danielle Pomerantz | Attn: Scott A. Bassman, Esq. Cole, Scott & Kissane, P.A. 110 SE 6th Street, Suite 2700, Fort Lauderdale, FL 33301 | Vital Pharmaceuticals, Inc. | Settlement Agreement & Mutual Release, dated March 03, 2022 | $0.00 |
| 1437 | Danielle Pomerantz | Attn: Scott A. Bassman, Esq. Cole, Scott & Kissane, P.A. 110 SE 6th Street, Suite 2700, Fort Lauderdale, FL 33301 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated March 03, 2022 | $0.00 |
| 1438 | Danielson Jean-Baptiste | 112 S Sequoia Dr West Palm Beach FL 33409 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 08, 2019 | $0.00 |
| 1439 | Danny Benabe S | 44247 Kramer Ln Maricopa AZ 85138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 1440 | Danone de Mexico S.A. de C.V. | Calle Mario Pani #400 Colonia Santa Fe Alcaldia Cuajimalpa de Morelos Ciudad de Mexico 05348 Mexico | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 28, 2019 | $0.00 |
| 1441 | Danville Distributing Co. | P.O. Box 11805 Danville VA 24543 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 23, 2019 | $0.00 |
| 1442 | Danville Distributing Co. | P.O. Box 11805 Danville VA 24543 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated February 17, 2023 | $0.00 |
| 1443 | Danyiel Evans | 1121 Northwest 43 Terrace Fort Lauderdale FL 33313 | Vital Pharmaceuticals, Inc. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 08, 2021 | $0.00 |
| 1444 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated February 23, 2019 | |
| 1445 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 19, 2018 | |
| 1446 | Dariel Rodriguez Barrera | 2040 Northwest 93rd Ave Pembroke Pines FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2021 | $0.00 |
| 1447 | Dario Loredo Calderon | 2047 North 51St Dr Phoenix AZ 85035 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 18, 2019 | $0.00 |
| 1448 | Darnell Begay | 4621 North 19th Ave Phoenix AZ 85015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 08, 2020 | $0.00 |
| 1449 | Darryl McClish L | 12811 Segovia Dr Litchfield Park AZ 85340 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2021 | $0.00 |
| 1450 | Darryn S. Willoughby, Ph.D. | 501 Aspen Incline Drive Hewitt TX 76643 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 23, 2009 | $0.00 |
| 1451 | Darryn S. Willoughby, PhD | DSW Nutra-Sciences 501 Aspen Incline Drive Hewitt TX 76643 | Vital Pharmaceuticals, Inc. | Development Agreement, dated 2011 | $0.00 |
| 1452 | Darryn S. Willoughby, PhD | DSW Nutra-Sciences 501 Aspen Incline Drive Hewitt TX 76643 | Vital Pharmaceuticals, Inc. | Research Agreement, dated March 02, 2009 | $0.00 |
| 1453 | Daryl Lehman Scott | 3442 Hickory Ave Adair IA 50002 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 16, 2019 | $0.00 |
| 1454 | Dash LLC, dba Royalty Nutrition | Attn: David Shellito, CEO 100 W 5th Street #4F Long Beach CA 90802 | JHO Intellectual Property Holdings, LLC | Indemnification and Defense Agreement | $0.00 |
| 1455 | Dash, LLC, d/b/a Royal Nutrition | Attn: David Shellito, CEO 100 W 5th Street #4F Long Beach CA 90802 | JHO Intellectual Property Holdings, LLC | Trademark Purchase and Assignment Agreement, dated March 11, 2019 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 1456 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Select Team Agreement, dated September 08, 2017 | |
| 1457 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 07, 2021 | |
| 1458 | David Aguilar Christopher | 304 East Beth Dr Phoenix AZ 85042 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 02, 2018 | $0.00 |
| 1459 | David Andrade | 1292 Northwest 171St Terrace Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 1460 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 06, 2018 | |
| 1461 | David Burgess A | 408 Tracy Cir Nokomis FL 34275 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 1462 | David Buschman Brian | 21550 Box Springs Rd  2062 Moreno Valley CA 92557 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2020 | $0.00 |
| 1463 | David Cervantes Jr | 5204 South 85th West Ave Tulsa OK 74107 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 1464 | David Fridkin | 1945 S Ocean Dr Apt 605 Hallandale Beach FL 33009 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 1465 | David Gil A | 17901 NW 48 Ct Miami Gardens FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 1466 | David Guevara Adrian | 6570 San Homero Way Buena Park CA 90620 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 03, 2019 | $0.00 |
| 1467 | David James | 933 Apollo Beach Blvd Unit 103 Apollo Beach FL 33572 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 1468 | David Jordan L | 483 N Lakeview Dr Lake Helen FL 32744 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 1469 | David M. Benjamin, PhD | 77 Florence Street Suite 107 Chestnut Hill MA 02467 | Vital Pharmaceuticals, Inc. | Expert Engagement Agreement, dated April 26, 2011 | $0.00 |
| 1470 | David Mauga | 4447 West Earll Dr Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 1471 | David Morelock Ray | 6319 Mill Grove Rd Indian Trail NC 28079 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 01, 2019 | $0.00 |
| 1472 | David Nebieridze | 220 NW 48th St Miami FL 33127 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2021 | $0.00 |
| 1473 | David Nemes Averaham | 1134 East Caroline Ct Ontario CA 91764 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 1474 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 1475 | David Podkulski John | 1613 Saunders Ave Saint Paul MN 55116 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 1476 | David Polanco Dominic | 1000 Sellers Dr Ne Apt 1 Albuquerque NM 87112-5168 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 1477 | David Power Michael | 1001 Northwest 94th Terrace Plantation FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 22, 2019 | $0.00 |
| 1478 | David Rangel | 1813 Hideaway Place Apt 101 Corona CA 92881 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 1479 | David Serrano Ramirez | c/o Smith & Green Law, PLLC, 3101 N. Central Avenue, Suite 690, Phoenix AZ, 85012 | Vital Pharmaceuticals, Inc. | Mediation Settlement Agreement, dated August 08, 2022 | $0.00 |
| 1480 | David Serrano Ramirez | c/o Smith & Green Law, PLLC, 3101 N. Central Avenue, Suite 690, Phoenix AZ, 85012 | Vital Pharmaceuticals, Inc. | Closure Letter, dated August 11, 2022 | $0.00 |
| 1481 | David Shellito | Attn: David Shellito, CEO 100 W 5th Street #4F Long Beach CA 90802 | JHO Intellectual Property Holdings, LLC | Indemnification and Defense Agreement | |
| 1482 | David Villalobos Esi | 707 West Saint Kateri Ave Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 1483 | David Whaley Lee | 8781 Wiles Rd Apt 201 Coral Springs FL 33067 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 1484 | Davis, Giard, & Associates, Inc. | Attn: Marc Davis 1252 Elm Street Suite 23 West Springfield MA 01809 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated October 05, 2015 | |
| 1485 | Davontay Goode D | 11875 West Mcdowell Rd Apt 2138 Avondale AZ 85392 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 1486 | Daxin Lau-Huang | 3756 Plantation Oaks Blvd Orange Park FL 32065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | $0.00 |
| 1487 | Dayana Abdulhay | 2100 Southwest 152nd Place Miami FL 33185 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 1488 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated February 23, 2017 | |
| 1489 | Dayton Heidelberg Distributing Co., LLC | 3601 Dryden Rd, Moraine, OH 45439 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated July 17, 2022 | $0.00 |
| 1490 | Daytona Beverages LLC | 2275 Mason Ave Daytona Beach FL 32117 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 02, 2023 | $0.00 |
| 1491 | DBS Law | 155 NE 100th Street Suite 205 Seattle WA 98125 | Vital Pharmaceuticals, Inc. | Engagement of DBS Law Agreement, dated February 15, 2019 | $0.00 |

| 1492 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 05, 2018 | |
|------|---|---|---|---|---|
| 1493 | De Jure Praedae C.V. | 177 Lewis Ave Brooklyn NY 11221 | Vital Pharmaceuticals, Inc. | Tax Consulting Engagement Letter, dated May 25, 2017 | $0.00 |
| 1494 | Dean Distributing Inc | 1215 Ontario Rd Green Bay WI 54311 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 02, 2018 | $0.00 |
| 1495 | Dean Distributing, Inc. | 1215 Ontario Rd Green Bay WI 54311-8009 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 17, 2021 | $0.00 |
| 1496 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 14, 2021 | |
| 1497 | | | Vital Pharmaceuticals, Inc. | Ambassador (National Team) Agreement, dated August 06, 2018 | |
| 1498 | Debora Duarte Jaye | 228 Bent Creek Dr Hutto TX 78634 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 1499 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 1500 | Defense Commisary Branch | Brand Name Resale Branch Attn: Learr (Paula Damron) 1300 E Avenue Fort Lee VA 23801-1800 | Vital Pharmaceuticals, Inc. | Solicitation/Contract/Order for Commercial Items), dated September 03, 2019 | $0.00 |
| 1501 | Deibel Laboratories of FL, Inc. | 1315A NW 53rd Ave Gainesville FL 32609 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 31, 2021 | $0.00 |
| 1502 | Deibel Laboratories of Florida, Inc. | 1315A NW 53rd Avenue Gainesville FL 32609 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated January 09, 2018 | $0.00 |
| 1503 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated October 23, 2014 | |
| 1504 | Del Sierra Beverage, LLC | Attn: Mr. Robert Stewart 26002 East River Road Escalon CA 95320 | Vital Pharmaceuticals, Inc. | Beverage Agreement, dated February 04, 2019 | $0.00 |
| 1505 | Delaney Distributors, Inc. | David Edwards 510 1st Street West Williston ND 58801 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated September 21, 2018 | $0.00 |
| 1506 | Dell Financial Services | 4307 Collection Center Dr. / Chicago IL 60693 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 1507 | Deloitte Restructuring Inc. Trustee of The Estate of Canusa Products | Teneo, 280 Park Ave 4th Floor New York, NY 10017 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Release, dated April 21, 2014 | $0.00 |
| 1508 | Delray Chevron #202682 | 1909 West Atlantic Ave Delray Beach FL 33444 | Vital Pharmaceuticals, Inc. | COOLER AGREEMENT, dated February 03, 2016 | $0.00 |
| 1509 | Delta Pacific Beverage Company LLC | Attn: Christopher Dunn & Mathew Brown 747 Wilshire Avenue, Bldg. A Stockton CA 95203 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 1510 | Delta Pacific Beverage Company, LLC | Christopher Dunn Mathew Brown 747 Wilshire Avenue Bldg. A Stockton CA 95203 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2012 | $0.00 |
| 1511 | Delta Sierra Beverage, LLC | 3700 Finch Road Modesto CA 95357 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2018 | $0.00 |
| 1512 | Demi Nguyen Haimy | 12323 LuSuiterleaf Dr Cypress TX 77429 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 1513 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated November 02, 2021 | |
| 1514 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated December 15, 2019 | |
| 1515 | Dennie Stacy Shane | 3397 Loblolly Dr Sophia NC 27350 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 29, 2019 | $0.00 |
| 1516 | Dennis Ruiz | 10700 City Center Blvd Apt 5219 Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2011 | $0.00 |
| 1517 | Dennis Valdez | 1101 North Gilbert Rd Apt 85234 Gilbert AZ 85234 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 23, 2019 | $0.00 |
| 1518 | Deon Mosley A | 11 South 12th St Apt 2116 Phoenix AZ 85034 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2022 | $0.00 |
| 1519 | Deonta Coley D | 94 North 174th Dr Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 05, 2018 | $0.00 |
| 1520 | Derek Andrew, Inc. | 901 104th Avenue Bellevue WA 98004 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated September 09, 2008 | $0.00 |
| 1521 | Derek Simon | 11122 Topeka Place Hollywood FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 22, 2018 | $0.00 |
| 1522 | Derius King Jordan | 9229 Harbor Stream Ave Las Vegas NV 89149 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 1523 | Desert Sand Ventures, LLC | 3773 Howard Hughes Parkway Suite 500S Las Vegas NV 89169 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 25, 2022 | $0.00 |
| 1524 | Desiderio Lora Jr | 2425 Victory Ave Unit 509 Dallas TX 75219 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 10, 2020 | $0.00 |
| 1525 | Design Group Facility Solutions, Inc. | Attn: Sebastian Vega - Partner 8235 Forsyth Blvd Suite 900 St Louis MO 63105 | Vital Pharmaceuticals, Inc. | Revised Conception Engineering Design & Master Planning Services Proposal, dated April 16, 2019 | $0.00 |

| 1526 | Destiny Alvarez M | 11854 Southwest 13th St Apt 121 11854 Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
|---|---|---|---|---|---|
| 1527 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador National Team Agreement, dated March 29, 2017 | |
| 1528 | Devrol Palmer | 8441 SW 39 Ct Davie FL 33328 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2020 | $0.00 |
| 1529 | Devyn O'Brien Ashley | 6827 S St Andrews Way Gilbert AZ 85298 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 26, 2018 | $0.00 |
| 1530 | Dexter Jackson James-Ajani | 15548 Valley High Ln Victorville CA 92394 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 30, 2007 | $0.00 |
| 1531 | DF OPCO LLC dba Dari Farms | Dennis Silva Jr 55 Gerber Drive Tolland CT 06084 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 24, 2018 | $0.00 |
| 1532 | DH Biosciences LLC | 4630 S Kirkman Road Unit 368 Orlando FL 32811 | Vital Pharmaceuticals, Inc. | Release and Indemnification Agreement, dated November 17, 2016 | $0.00 |
| 1533 | Diamond Beverages Oy | Ayritie 8 A Vanta Uusimaa 01510 Finland | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 11, 2020 | $0.00 |
| 1534 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated April 29, 2011 | |
| 1535 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 01, 2018 | |
| 1536 | Diana Ocampo | 8818 NW 109 Terr Hialeah Gardens FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 19, 2019 | $0.00 |
| 1537 | DiCentral Corporation | Attn: Legal Department 1199 NASA Parkway Houston TX 77058 | Vital Pharmaceuticals, Inc. | Service and License Agreement, dated June 05, 2014 | $0.00 |
| 1538 | Dick Distributing Co. Inc. | Mark Dick 1303 7th Street N.E. Grand Rapids MN 55744 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 20, 2018 | $0.00 |
| 1539 | Dieck & Co. OHG | PorschestraSe 4 Huckelhoven 41836 Germany | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 09, 2019 | $0.00 |
| 1540 | Diego Corpus Cordova Antonio | 830 S Dobson Rd #95 Mesa AZ 85202 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 06, 2022 | $0.00 |
| 1541 | DigitizeYourBrand Inc. | 25255 Cabot Road Suite 116 Laguna Hills CA 92653 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 20, 2019 | $0.00 |
| 1542 | Direct Connect Logistics | 314 West Michigan St Indianapolis IN 46202 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 16, 2021 | $0.00 |
| 1543 | Disruption Labs and its affiliates, Inc | 8201 East Riverside Drive Suite 650 Austin TX 78744 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 24, 2021 | $0.00 |
| 1544 | Disruption Labs and its affiliates, Inc. | 8201 East Riverside Drive Suite 650 Austin TX 78744 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated August 24, 2021 | $0.00 |
| 1545 | Dixi Andrade Ortega Carolina | 3881 West State Rd 84 Apt 205 Davie FL 33312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 18, 2019 | $0.00 |
| 1546 | DNP International Co., Inc. | David Ji, 14241 Firestone Blvd La Mirada CA 90638 dji@dnpint.com | Vital Pharmaceuticals, Inc. | Common Legal Interest and Information Sharing Agreement | $0.00 |
| 1547 | Doehler USA Inc. | 400 High Point Road, Suite 100, Cartersvilla, GA 30120 | Vital Pharmaceuticals, Inc. | Manufacturing and Supply Agreement, dated December 22, 2022 | $0.00 |
| 1548 | Doldo Brothers, Inc. | Attn: Pat Doldo PO Box 115 Watertown NY 13601 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated March 31, 2021 | $0.00 |
| 1549 | Doll Distributing, LLC | Darrin Fidler 500 Industrial Lane Worthington MN 56187 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 24, 2018 | $0.00 |
| 1550 | Domingo Dalina Melo | 2544 East La Jolla Dr Tempe AZ 85282 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 05, 2019 | $0.00 |
| 1551 | Dominque Fenton Anthony | 2280 Gulfstream Dr Miramar FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
| 1552 | Don Lee Distirbutor, Inc., dba West Side Beer Distributing | Attn: Kyle Klopcic 5400 Patterson Ave SE Grand Rapids MI 49512 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1553 | Don Lee Distributor, Inc., dba West Side Beer Distributing | Attn: Kyle Klopcic 5400 Patterson Ave SE Grand Rapids MI 49512 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1554 | Don Lee Distributor, Inc., dba West Side Beer Distributing | Attn: Kyle Klopcic 5400 Patterson Ave SE Grand Rapids MI 49512 | Quash Seltzer, LLC | Indemnity Agreement, dated June 21, 2021 | $0.00 |
| 1555 | Don Xiong Lee | 2614 Caralea Valley Dr North Carolina NC 28027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 06, 2008 | $0.00 |
| 1556 | Donaghy Sales LLC | 2363 S. Cedar Ave. Fresno CA 93725 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 04, 2019 | $0.00 |
| 1557 | Donaghy Sales, LLC | Ryan Donaghy 2363 S. Cedar Avenue Fresno CA 93725 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 31, 2018 | $0.00 |
| 1558 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 20, 2019 | |
| 1559 | Donald Rodriguez R | 8913 West Gibson Ln Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | |

| | | | | | |
|---|---|---|---|---|---|
| 1560 | Dongguan Panther Sporting Goods Co., Ltd. | A615 Hongxi Center No. 2 Nancheng Tai Tou Road Dongguan Guangdong China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 1561 | Dongguan Senlinbao hat&cap Industrial Co., Ltd. | 3rd Road of Xihu Shilong Town Dongguan City Guangdong Province China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 1562 | Donovan Dengler Richard | 1954 Hunters Ridge Dr Bloomfield Hills FL 48304 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2022 | $0.00 |
| 1563 | Dorian Sawyer M | 3021 NW 187 St Miami Gardens FL 33056 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2017 | $0.00 |
| 1564 | Dorothy Dibiase Family Limited Partnership | Attn: Mr. Paul Dibiase PO Box 780 Lynnfield MA 01940 | Vital Pharmaceuticals, Inc. | Letter of Intent for the Purchase of Flaming Road Land, dated October 16, 2018 | $0.00 |
| 1565 | Doug Kalman, Ph.D. | c/o Metavantage Sciences, Inc. 4100 Forest Drive Weston FL 33332 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 17, 2009 | $0.00 |
| 1566 | Douglas Bradley Jr. C | 1705 Powell Mill Rd Spartanburg SC 29301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 1567 | Douglas Gibson II Daniel | 1430 Northwest 196th Terrace Miami FL 33169 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 1568 | Douglas Smotherman Dwight | 3028 Jacob Dr Wylie TX 75098 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 1569 | Dove Wear | 302 SW 4th Street Ct. Dania FL 33004 | Vital Pharmaceuticals, Inc., DBA VPX/Redline | Confidentiality Agreement | $0.00 |
| 1570 | DPS Holdings, Inc. | 5301 Legacy Drive Plano TX 75024 | Vital Pharmaceuticals, Inc., d/b/a Redline/VPX | Confidentiality Agreement, dated August 04, 2017 | $0.00 |
| 1571 | Dr Signs Express, LLC, d/b/a FASTSIGNS DAVIE | 40 N.W. 3rd Street Suite 101 Miami FL 33128 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated November 20, 2019 | $0.00 |
| 1572 | Dr. Maurizio Balestrino | DINOGMI University of Genova Largo Daneo 3 Genova IT | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 01, 2019 | $0.00 |
| 1573 | Dr. Pepper Snapple Group | 5301 Legacy Drive Plano TX 75024 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2008 | $0.00 |
| 1574 | Dr. Pepper Snapple Group | 6301 Legacy Drive Plano TX 75024 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Confidentiality Agreement, dated August 30, 2018 | $0.00 |
| 1575 | | | Vital Pharmaceuticals, Inc. | Athlete Endorsement Agreement, dated June 01, 2016 | |
| 1576 | Drink King Distributing Company Inc. | 120 Fieldcrest Ave Edison NJ 08837 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 12, 2018 | $0.00 |
| 1577 | Drinks Adviser Limited | Officepods 19 Unit 1 Cranford Business Centre Stillorgan Road Dublin 4 D04X6H0 Ireland | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated February 14, 2019 | $0.00 |
| 1578 | Drudesk, LLC | 34G Bozhenko Str. Lutsk City 4301 Ukraine | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated June 15, 2020 | $0.00 |
| 1579 | D-S Beverages, Inc. | 201 17th St. North Moorhead MN 56560 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 31, 2018 | $0.00 |
| 1580 | D-Trans LLC | 5933 NE Win Sievers Dr #105 Portland OR 97220 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1581 | Duke Machaka O | 5573 Pacific Blvd Apt 3515 Boca Raton FL 33433 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 1582 | Dunne Beverage Distributors, Inc. | Attn: Jimmy Haughie 1448-2 Speonk Riverhead Rd Speonk NY 11972 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2008 | $0.00 |
| 1583 | Dusten Welch B | 10700 2nd St Mansfield TX 76063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 1584 | Dustin Loftman Lee | 1006 Hansen St West Palm Beach FL 33405 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 31, 2018 | $0.00 |
| 1585 | Dustin Rosser C | 265 Moore St Trion GA 30753 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2019 | $0.00 |
| 1586 | Dutchess Beer Distributors Inc. | 5 Laurel Street  Poughkeepsie NY 12601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 19, 2018 | $0.00 |
| 1587 | Dwayne Rhymer Olandzo | 10725 Sleigh Bell Ln Charlotte NC 28216 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 1588 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 1589 | Dylan Gulledge Reid | 6234 Chamar Cir Kannapolis NC 28081 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 1590 | Dylan Watson Anthony | 15501 Bruce B Downs Blvd Apt 3323 Tampa FL 33647 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 1591 | Dynamic Integrated Security, Inc. | 600 NORTH PARK DR. Westin  FL  33326 | Vital Pharmaceuticals, Inc. | Security Service Agreement , dated August 01, 2019 | $0.00 |
| 1592 | D-Zingers Manufactures, Inc. | 10701 Northwest 107th Ct Medley FL 33178 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 20, 2020 | $0.00 |
| 1593 | E&F Distributing Co. | Todd Egizii 1030 North Grand Ave West Springfield IL 62702 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 11, 2011 | $0.00 |
| 1594 | Eagle Beverage Company | Attn: Dan Dorsey Jr 1043 County Route 25 Oswego NY 13126 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 26, 2018 | $0.00 |

| 1595 | Eagle Beverage, Inc. | Attn: Dove IVIII 101 Broadwater of Great Falls MT 59405 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated November 12, 2021 | $0.00 |
|---|---|---|---|---|---|
| 1596 | Eagle Distributing Co. | Michael Craig 310 Radford Place Knoxville TN 37917 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 13, 2017 | $0.00 |
| 1597 | Eagle Distributing of Nebraska, LLC | Attn: Bruce V. Nelsen 1100 South Bud Blvd Fremont NE 68025 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 14, 2019 | $0.00 |
| 1598 | Eagle Distributing of Texarkana, Inc. | 310 Radford Pl Knoxville TN 37917-4936 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated February 23, 2021 | $0.00 |
| 1599 | Eagle Rock Distributing Company | Steven C. Economos 6205-A Best Friend Road Norcross GA 30071 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 08, 2018 | $0.00 |
| 1600 | Ecolab | 1 Ecolab Place EGH/6, St. Paul, MN 55102 | Vital Pharmaceuticals, Inc. | Food & Beverage Agreement, dated April 19, 2019 | $0.00 |
| 1601 | Ecolab Inc. | 1 Ecolab Place St. Paul MN 55102 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 15, 2019 | $0.00 |
| 1602 | Econocomm Inc., d/b/a Mobile Communications | 3733 NW 16th St. Lauderhill FL 33316 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | |
| 1603 | Ed F. Davis, Inc. | 2310 Ed F Davis Rd Durant OK 74701 | Vital Pharmaceuticals, Inc. | EXCLUSIVE DISTRIBUTION AGREEMENT, dated February 19, 2021 | $0.00 |
| 1604 | Ed F. Davis, Inc. | 2600 Westside Drive Durant OK 74701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 27, 2016 | $0.00 |
| 1605 | ED F. Davis, Inc. | 2600 Westside Drive Durant OK 74701 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 1606 | Edgar Coin Jr. L | 1848 East Turney Ave Phoenix AZ 85016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 1607 | Edgar Fernandez | 921 N 17 Ct  929 Hollywood FL 33020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 03, 2020 | $0.00 |
| 1608 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 07, 2021 | |
| 1609 | Edgar Martinez | 1606 West Myrtle Ave Visalia CA 93277 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 1610 | Edgar Soto German | 286 E Raleigh Dr Chandler AZ 85286 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 1611 | EDI Specialists, Inc. dba EDI Staffing | 31 Bellows Road PO Box 116 Raynham MA 02767 | Vital Pharmaceuticals, Inc. | Placement Services Agreement, dated December 11, 2018 | $0.00 |
| 1612 | EDM Distributors, LLC | Angela Mack 3576 California Road Orchard Park NY 14127 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 27, 2018 | $0.00 |
| 1613 | Eduardo Ruiz | 12537 West Washington St Avondale AZ 85323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 06, 2021 | $0.00 |
| 1614 | Edward Corsino | 372 Northeast 36th Terrace Homestead FL 33033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2022 | $0.00 |
| 1615 | Edward Diaz | 9444 Woodman Ave Arleta CA 91331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 28, 2020 | $0.00 |
| 1616 | Edward Smith Allen | 904 Northeast 10th Ln Cape Coral FL 33909 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 15, 2019 | $0.00 |
| 1617 | Edward Suggs M | 9870 Bellasera Cir Myrtle Beach SC 29579 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 16, 2018 | $0.00 |
| 1618 | Edward Utley Jr., Inc. | P.O. Box 382 Henderson KY 42420 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated January 21, 2022 | |
| 1619 | Edward Utley Jr., Inc. | P.O. Box 382 Henderson KY 42420 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated July 28, 2021 | $0.00 |
| 1620 | Edward Utley Jr., Inc. | P.O. Box 382 Henderson KY 42420 | Quash Seltzer, LLC | Rider, dated July 28, 2021 | $0.00 |
| 1621 | Edward Utley Jr., Inc. | P.O. Box 382 Henderson KY 42420 | Quash Seltzer, LLC | Indemnity Agreement, dated July 28, 2021 | |
| 1622 | Edward Utley Jr., Inc. | P.O. Box 382 Henderson KY 42420 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated November 01, 2019 | |
| 1623 | Edwards Anderson | 820 Renaissance Pointe 105 Altamonte Springs FL 32714 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 27, 2021 | $0.00 |
| 1624 | Edwin Mejias Figueroa | 3921 SW 160th Ave #303 Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 1625 | Edwin Perez Alejandro | 4080 Fort Dr Riverside CA 92509 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 23, 2019 | $0.00 |
| 1626 | Edwin Reyes Ramon | 1087 Bismarck Dr Campbell CA 95008 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 1627 | EFL Group | 1975 Linden Blvd. Suite 200 Elmont NY 11003 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated September 30, 2020 | $0.00 |
| 1628 | EGE Trading LLC., d/b/a 1SOCK2SOCK | Maltepe Turkey Litros Yolu/yol Sok. No:3 D:1/C Istambul 34010 Turkey | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 18, 2021 | $0.00 |
| 1629 | Eileen Velazaco-Serrano | 346 Jamacha Rd Apt 135 El Cajon CA 92019 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 20, 2021 | $0.00 |
| 1630 | Eina Watford Marie | 8481 Springtree Dr Apt 303B Sunrise FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 14, 2019 | $0.00 |

| 1631 | Elegance Brands Inc., | c/o the Kepplar Law Firm, 8751 W. Broward Boulevard, Suite 105, Plantation FL 33324 | Vital Pharmaceuticals Inc. | Settlement Agreement, dated June 16, 2022 | $0.00 |
|------|------|------|------|------|------|
| 1632 | Elegance Brands, Inc. n/k/a Sway Energy Corp. | 9100 Wilshire Blvd Ste 362W, Beverly Hills, CA 90212 | Vital Pharmaceuticals, Inc. | Confidential Mediation Settlement Agreement, dated February 04, 2022 | $0.00 |
| 1633 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 17, 2018 | |
| 1634 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 21, 2017 | |
| 1635 | Elgina Cantave | 4370 NW 12th Ct Lauderhill FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
| 1636 | Eliana Morgenstern Rebecca | 8315 Belay St Las Vegas NV 89166 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 1637 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated April 26, 2016 | |
| 1638 | Elissa Rivera | 6110 Southwest 41St Ct Apt B Davie FL 33314 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 1639 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated January 19, 2021 | |
| 1640 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated September 30, 2011 | |
| 1641 | Elizabeth Castillo Payero | 5350 Northwest 84th Ave Apt 1803 Doral FL 33166 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 15, 2017 | $0.00 |
| 1642 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 28, 2017 | |
| 1643 | Elizabeth Morales Nolan | 9071 Northwest 16th St Plantation FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 28, 2016 | $0.00 |
| 1644 | ElleCo Construction | Stephen Sloan, 201 W Commerce St Dallas, TX 75208 | Vital Pharmaceuticals, Inc. | Proposal, dated October 08, 2019 | $0.00 |
| 1645 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated October 30, 2021 | |
| 1646 | Elli-Ana Hauser Shaine | 4004 Risa Ct San Diego CA 92124 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2022 | $0.00 |
| 1647 | eMaint Enterprises LLC | 307 Fellowship Road Suite 116 Mount Laurel NJ 08054 | Vital Pharmaceuticals, Inc. | Subscription and Order Form Agreement, dated January 01, 2020 | $0.00 |
| 1648 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 31, 2018 | |
| 1649 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 15, 2021 | |
| 1650 | | | Vital Pharmaceuticals, Inc. | Ambassador (National Team) Agreement, dated May 11, 2018 | |
| 1651 | Emma McGuinness Quinn | 5514 Los Palma Vista Dr Orlando FL 32837 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 06, 2020 | $0.00 |
| 1652 | Engineered Tax Services, Inc. | 303 Evernia Street #300 West Palm Beach FL 33401 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated February 11, 2019 | $0.00 |
| 1653 | England Logistics, Inc | 4701 W 2100 S / SALT LAKE CTY UT 84120-1223 / US | Vital Pharmaceuticals, Inc. | Logistics Services Guide Terms and Conditions, dated August 18, 2017 | $0.00 |
| 1654 | England Logistics, Inc | 4701 W 2100 S / SALT LAKE CTY UT 84120-1223 / US | Vital Pharmaceuticals, Inc. | Logistics Services Guide Terms and Conditions Amended by the Rider, dated February 21, 2022 | $0.00 |
| 1655 | Enmarket | 2112 Rankin Street Savannah GA 31415 | Vital Pharmaceuticals, Inc. | 2018 Agreement | $0.00 |
| 1656 | EN-R-G Foods LLP | c/o Hovey Williams LLP, 10801 Mastin Boulevard, Suite 1000, Corporate Woods, Building 84, Overland park, Kansas 66210 | JHO Intellectual Property Holdings, LLC | Settlement Agreement, dated February 24, 2023 | $0.00 |
| 1657 | Entercom Florida, LLC d/b/a WKIS-FM | 8300 NE 2nd Ave Suite 200 Miami FL 33138 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Event Sponsorship Agreement (Food and Non-Alcoholic Beverage Sampling), dated December 17, 2019 | $0.00 |
| 1658 | Enterprise Florida, Inc. | 201 Alhambra Circle Suite 610 Coral Gables, FL 33134 | Vital Pharmaceuticals, Inc. | Certificado de Venta Libre y Saneamiento, dated June 20, 2019 | $0.00 |
| 1659 | Entertainment Outfitters, LLC., d/b/a E.O.I. | 14 Schoolhouse Road Somerset NJ 08873 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 15, 2021 | $0.00 |
| 1660 | EPAC Miami, LLC | 3600 NW 59th St Miami FL 33142 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 1661 | EPAC Miami, LLC. | 3600 NW 59th Street Miami FL 33142 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 1662 | EPIK Brands Pty Ltd. | Ste 306 30-36 Bay St Double Bay NSW 2028 Australia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated May 19, 2019 | $0.00 |
| 1663 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 06, 2017 | |
| 1664 | Eric Allen Justin | 12345 Southwest 151St St Apt A-203 Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 21, 2020 | $0.00 |

| 1665 | Eric Amarante | 727 Dakota Dr San Jose CA 95111 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 1666 | Eric Andrade Yovany | 232 Southwest 23rd St Apt 3 Fort Lauderdale FL 33315 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 06, 2021 | $0.00 |
| 1667 | Eric Beyer Joseph | 14508 West Ventura St Surprise AZ 85379 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 27, 2022 | $0.00 |
| 1668 | Eric Joseph | 151 NE 82nd St  3 Miami FL 33138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 1669 | Eric Patton | 2700 Cedar Creek Ln Apt 4022 Denton TX 76210 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 1670 | Eric Peters N | 1301 West Lambert Ln Apt 7104 Oro Valley AZ 85737 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 25, 2021 | $0.00 |
| 1671 | Erica Castelazo | 11850 NW 20th Ct Plantation FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 05, 2021 | $0.00 |
| 1672 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 1673 | Erick Gonzalo Perez | 350 West 20th St Apt 8 Hialeah FL 33010 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 08, 2019 | $0.00 |
| 1674 | Erie Beer Company | PO Box 1205 Erie PA 16512-1205 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated August 13, 2021 | |
| 1675 | Erie Beer Company | PO Box 1205 Erie PA 16512-1205 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated May 10, 2021 | |
| 1676 | Erik De Santiago | 17458 Burma St Los Angeles CA 91316 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 10, 2022 | $0.00 |
| 1677 | Erik Iniguez | 8522 Serapis Avenue Pico Rivera CA 90660 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 1678 | Erik McKee Michael | 747 Washington Crossing Rd Newtown PA 18940 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 03, 2021 | $0.00 |
| 1679 | Erik Vitela Fernandez O | 4527 West Marlette Ave Glendale AZ 85301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 1680 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 05, 2018 | |
| 1681 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated April 05, 2015 | |
| 1682 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 25, 2018 | |
| 1683 | Erisbraun, Inc. d/b/a TotalE | 2816 E Robinson Street Orlando FL 32806 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated February 21, 2014 | $0.00 |
| 1684 | ESHA Research, Inc. | 4747 Skyline Rd S, Ste 100, Salem, OR 97306 | Vital Pharmaceuticals, Inc. | Invoice for Genesis R&D Food and Supplements Annual Subscription, dated September 14, 2022 | $0.00 |
| 1685 | ESPN, Inc. | Attn: Kaliana Pagano / Zachery Hollman / Greg Wilson 935 Middle St, Bristol, CT 06010 | Vital Pharmaceuticals, Inc. | Distribution Exclusivity Acknowledgement, dated May 06, 2010 | $0.00 |
| 1686 | Esposito Intellectual Enterprises LLC | 750 3rd Ave 11th Fl New York NY 10017 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | |
| 1687 | Esteban Gaucin Chavez | 9310 West Bennet Plaza Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 1688 | Esteban Gaucin Guerrero | 9310 West Bennet Plaza Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 04, 2018 | $0.00 |
| 1689 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit | |
| 1690 | Estefania Serrano | 560 Conservation Dr Weston FL 33327 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated April 25, 2014 | |
| 1691 | Estefania Serrano Talia | 560 Conservation Dr Weston FL 33327 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 1692 | Esther Capeluto-Campagna A | 3792 San Simeon Cir Weston FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 28, 2021 | $0.00 |
| 1693 | Esther Polanco C | 6530 Ridgelock Ct Davie FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 25, 2021 | $0.00 |
| 1694 | Esurance Property and Casualty Insurance Company | Elly Vidovich evidovich@esurance.com (916) 625-3663 | Vital Pharmaceuticals, Inc. | Letter, dated March 07, 2018 | $0.00 |
| 1695 | Ethan Cohen Haim | 8476 S Moondance Cellars Ct Las Vegas NV 89139 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2019 | $0.00 |
| 1696 | Ethan Mata Joseph | 3870 Prescott Loop Lakeland FL 33810 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2020 | $0.00 |
| 1697 | | | Quash Seltzer, LLC | Select Agreement, dated February 01, 2021 | |
| 1698 | Eugene Bukovi | 836 Lavender Cir Weston FL 33327 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2022 | $0.00 |
| 1699 | Euler Hermes | 100 Red Brook Blvd Owing Mills MD 21117 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 29, 2021 | $0.00 |
| 1700 | Euler Hermes North America Insurance Company | 800 Red Brook Blvd. Owings Mills MD 21117 | Vital Pharmaceuticals, Inc. | CONFIDENTIALITY AGREEMENT, dated June 13, 2018 | $0.00 |
| 1701 | Eunice Garcia Renee | 5141 North F St San Bernardino CA 92407 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 12, 2021 | $0.00 |

| 1702 | Eurofins MET Laboratories | 914 W Patapsco Ave Baltimore MD 21230 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
|---|---|---|---|---|---|
| 1703 | Europa Sports Products | c/o Ebix BPO PO Box 12010-84 Hemet CA 92456 | Vital Pharmaceuticals, Inc. | Indemnity Agreement | $0.00 |
| 1704 | Europa Sports Products, Inc. | Todd Barber PO Box 12010-84 Hemet CA 92456 | Vital Pharmaceuticals, Inc. | VENDOR REQUIREMENTS | $0.00 |
| 1705 | Eusere Regulatory Services | Kitiniitynkatu 2 C 35 33850 Tampere Finland | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 15, 2020 | $0.00 |
| 1706 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 05, 2018 | |
| 1707 | Evan Beard Thomas | 203 Depot Ave 5-316 Delray Beach FL 33444 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 20, 2009 | $0.00 |
| 1708 | Evan Popham Thomas | 395 WestcheSuiter Ave Apt 6E Port Chester NY 10573 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2021 | $0.00 |
| 1709 | | | Vital Pharmaceuticals, Inc. | Fitness Model Endorsement Agreement, dated December 01, 2016 | |
| 1710 | Evan Waytovich | ewayto@tampabay.rr.com | Vital Pharmaceuticals, Inc. | Letter re Winner Sweepstakes Recission, dated December 11, 2019 | $0.00 |
| 1711 | Evans Transportation Services, Inc | 21755 Gateway Rd Brookfield WI 53045 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 20, 2021 | $0.00 |
| 1712 | Evanston Insurance Company | c/o Traub Lieberman Straus & Shrewsberry LLP Attn: Copernicus T. Gaza Mid-Westchester Executive Park Seven Skyline Drive Hawthorne NY 10532 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Release, dated September 26, 2011 | $0.00 |
| 1713 | Evanston Insurance Company | c/o Traub Lieberman Straus & Shrewsberry LLP Attn: Copernicus T. Gaza Mid-Westchester Executive Park Seven Skyline Drive Hawthorne NY 10532 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Release, dated April 26, 2013 | $0.00 |
| 1714 | Everman Trade Center, L.P. | 5950 Berkshire Lane Suite 900 Dallas TX 75225 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated May 01, 2019 | $0.00 |
| 1715 | EverWest Real Estate Investors, LLC. | 1099 18th Street Suite 2900 Denver CO 80202 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated November 30, 2021 | $0.00 |
| 1716 | EVIO Labs, Inc. | Kaycha Holdings LLC 4131 SW 47th Ave Suite 1408 Davie, Florida 33314 | Vital Pharmaceuticals, Inc. | Customer Terms of Service Agreement | $0.00 |
| 1717 | EVOLUTION LOGISTICS CORP. | 9800 NW 100 Road Suite #1 Medley FL 33178 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 02, 2021 | $0.00 |
| 1718 | Evoqua Water Technologies LLC | 210 Sixth Avenue Suite 3300 Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated January 07, 2022 | $0.00 |
| 1719 | eWorkplace Solutions, Inc. (d.b.a. BatchMaster Software, Inc.) | Batchmasters Ingrid Leon ileon@batchmaster.com 23191 La Cadena Drive Suite 101 Laguna Beach Hills, California 92653 | Vital Pharmaceuticals, Inc. | Annual Software Enhancement & Technical Support Plan, dated August 04, 2015 | $0.00 |
| 1720 | Exclusive Beverage | Eli Trujillo 176 Central Ave Suite 19 Farmingdale NY 11735 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2008 | $0.00 |
| 1721 | Executive Label Inc. | 5447 NW 24TH ST STE 5 / MARGATE FL 33063-7773 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $0.00 |
| 1722 | Expert Aviation, Inc. | 1090 Airglades Blvd / Clewiston FL 33440 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated March 01, 2021 | $0.00 |
| 1723 | Extra Space Storage | 15555 Yates Rd, Victorville, CA 92395 | Vital Pharmaceuticals, Inc. | Rental Agreement #D018, dated September 01, 2022 | $0.00 |
| 1724 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Lease Agreement #8035, dated September 01, 2022 | $0.00 |
| 1725 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Insurance Addendum - CA #8035, dated September 01, 2022 | $0.00 |
| 1726 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Insurance Addendum - CA Earthquake #8035, dated September 01, 2022 | $0.00 |
| 1727 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Addendum to Rental Agreement for Business Tenants #8035, dated September 01, 2022 | $0.00 |
| 1728 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Lease Agreement #0001, dated September 01, 2022 | $0.00 |
| 1729 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Addendum to Rental Agreement for Vehicle Storage #0001, dated September 01, 2022 | $0.00 |
| 1730 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Insurance Addendum - CA #0001, dated September 01, 2022 | $0.00 |
| 1731 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Insurance Addendum - CA Earthquake #0001, dated September 01, 2022 | $0.00 |

| 1732 | Extra Space Storage | 42654 10th St, Lancaster, CA 93534 | Vital Pharmaceuticals, Inc. | Addendum to Rental Agreement for Business Tenants #0001, dated September 01, 2022 | $0.00 |
|---|---|---|---|---|---|
| 1733 | Extra Space Storage | 15555 Yates Rd, Victorville, CA 92395 | Vital Pharmaceuticals, Inc. | Rental Agreement #D027, dated September 01, 2022 | $0.00 |
| 1734 | Extra Space Storage | 15555 Yates Rd, Victorville, CA 92395 | Vital Pharmaceuticals, Inc. | Rental Agreement #P023, dated September 01, 2022 | $0.00 |
| 1735 | Extra Space Storage | 15555 Yates Rd, Victorville, CA 92395 | Vital Pharmaceuticals, Inc. | Rental Agreement #P025, dated September 01, 2022 | $0.00 |
| 1736 | Extreme Decorations, Corp. | 14361 SW 120th St. Suite 104 Miami FL 33186 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 28, 2020 | $0.00 |
| 1737 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 1738 | F.C.S. Industrial Services, Inc. | 6917 Narcoossee Road Suite 708 Orlando FL 32822 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 01, 2020 | $0.00 |
| 1739 | Fabiano Bros, Inc | Joseph R. Fabiano 1885 Bevanda Ct. Bay City MI 48706 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1740 | Fabiano Brothers - Wisconsin, LLC | Joseph R. Fabiano II 1885 Bevanda Court Bay City MI 48706 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated February 18, 2021 | $0.00 |
| 1741 | Fabiano Brothers, Inc | Joseph R. Fabiano II 1600 Modern Street Detroit MI 48203 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated January 29, 2021 | $0.00 |
| 1742 | Fabiano Brothers, Inc. - Michigan, LLC | Joseph R. Fabiano II 1885 Bevanda Ct. Bay City MI 48706 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 05, 2018 | $0.00 |
| 1743 | Fabiola Excellent | 5900 Northwest 44th St Apt 808 Lauderhill FL 33319 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 1744 | Fabricio Martin | 500 SW 145th Ave Apt 508 Pembroke Pines FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2021 | $0.00 |
| 1745 | Facebook | 1 Hacker Way, Menlo Park, CA 94025 | Vital Pharmaceuticals, Inc. | CONTACT INFORMATION SHEET | $0.00 |
| 1746 | Fahr Beverage, Inc. | Robert Fahr PO Box 358 1369 Martin Road Waterloo IA 50701 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 21, 2018 | $0.00 |
| 1747 | Falls Distributing Co. Inc. | Michael Stokes, 3811 Tarry St. Wichita Falls, TX 76308 Mstokes@fallsdistributing.com | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - TX), dated March 06, 2009 | $0.00 |
| 1748 | | | Vital Pharmaceuticals, Inc. | Sponsorship Agreement, dated June 26, 2012 | |
| 1749 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 1750 | Farah Group Company SRL | Calle Pidagro No. 25 El Millon Santo Domingo Dominican Republic | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated August 24, 2021 | $0.00 |
| 1751 | FARO IMP EXP DIST LTDA. | Rua Cesar Augusto Dalcoquio 5001 sala 7A Itajai SC 88311-500 Brazil | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 01, 2021 | $0.00 |
| 1752 | Favorite Brands, LLC. | 3900 N. McColl Rd. McAllen TX 78501 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Distributor Agreement | $0.00 |
| 1753 | Favour Sports | Bismillah Chowk Pasrur Road Sialkot 51310 Pakistan | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 10, 2020 | $0.00 |
| 1754 | Federal Express Canada Corporation | 5985 Explorer Drive Mississauga ON L4W 5K6 | Vital Pharmaceuticals, Inc. | Federal Express Canada Corporation General Agency Agreement and Power of Attorney with Power to Appoint a Sub-Agent, dated November 12, 2019 | $0.00 |
| 1755 | Federal Insurance Company | 202B Hall's Mill Road, Whitehouse Station, NJ 08889 | Vital Pharmaceuticals, Inc. | Workers Compensation Insurance Policy, dated May 31, 2023 | $0.00 |
| 1756 | Federal Insurance Company | 202B Hall's Mill Road, Whitehouse Station, NJ 08889 | Vital Pharmaceuticals, Inc. | Excess Auto Liability Insurance Policy, dated May 31, 2023 | $0.00 |
| 1757 | Federal Insurance Company | 202B Hall's Mill Road, Whitehouse Station, NJ 08889 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 1758 | Federica Santaella Isabel | 6081 West Suburban Dr Pinecrest FL 33156 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2019 | $0.00 |
| 1759 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated October 01, 2021 | |
| 1760 | Fedex | c/o Bankruptcy Department 3965 Airways Blvd Module G 3rd Floor Memphis TN 38116-5017 | Vital Pharmaceuticals, Inc. | FedEx Ship Manager - Print Your Label(s) | $0.00 |
| 1761 | FedEx Trade Networks Trade Services, Inc | General Counsel 6075 Poplar Avenue Suite 300 Memphis TN 38119 | Vital Pharmaceuticals, Inc. | CONSULTING AGREEMENT, dated November 21, 2017 | $0.00 |
| 1762 | FedEx Trade Networks Trade Services, Inc. | Attn: General Counsel  6075 Poplar Avenue Suite 300  Memphis TN 38119 | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated November 21, 2017 | $0.00 |
| 1763 | Felipe Grando Kroeff | 8300 Northwest 115th Ct Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 1764 | Felipe Rodriguez Jose | 14920 Castlegate Ave Davie FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 1765 | Felipe Vergara Aleman | 1915 East Turney Ave Phoenix AZ 85016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 27, 2022 | $0.00 |
| 1766 | Ferdinand Carey Jr. Charles | 11851 Northwest 31St St Sunrise FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 1767 | | Quash Seltzer, LLC | Elite Agreement, dated June 08, 2021 | |
| 1768 | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated April 08, 2017 | |
| 1769 | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 15, 2021 | |
| 1770 | Fidelity National Title Group | Attn: Michele Seibold 8363 W Sunset Rd, Suite 100 Las Vegas NV 89113 | Vital Pharmaceuticals, Inc. | Purchase Agreement and Joint Escrow Instructions | $0.00 |
| 1771 | Fifth Third Bank | 1560 Sawgrass Corporate Parkway, Suite 220 Sunrise, FL 3323 Gary Singer, Esq Mombach Boyle Hardin PA 500 East Broward Blvd Ft Lauderdale FL 33394 | Vital Pharmaceuticals, Inc. | Second Amendment to Forbearance and Loan Modification Agreement, dated December 20, 2013 | $0.00 |
| 1772 | Filadelfo Gamino | 22722 Lukens Ln Perris CA 92570 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 1773 | Film Source International | 3301 Gateway Centre Blvd. Pinellas Park FL 33782 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated October 14, 2020 | $0.00 |
| 1774 | FIRST Insurance Funding | 450 Skokie Blvd Ste 1000 Northbrook IL 60062 | Vital Pharmaceuticals, Inc. | Commercial Premium Finance Agreement, dated February 08, 2022 | $0.00 |
| 1775 | FirstLease | 185 Commerce Drive  Unit 102 Fort Washington PA 19034 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated October 21, 2009 | $0.00 |
| 1776 | Fischer-Thompson Beverages Inc. | Robert Thompson 25 Ironia Road Flanders NJ 07836 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 20, 2019 | $0.00 |
| 1777 | Fischer-Thompson Beverages Inc. | Robert Thompson 25 Ironia Road Flanders NJ 07836 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 19, 2022 | $0.00 |
| 1778 | Fish Collection Inc. | 20340 NW 15 Ct. North Miami FL 33179 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 1779 | Fit Lab LLC | Attn: Lukas J Fischer 7950 NW 53rd Avenue #337 Miami FL 33166 | Vital Pharmaceuticals, Inc. | ADDENDUM TO SETTLEMENT AGREEMENT, dated June 09, 2016 | $0.00 |
| 1780 | Fit Lab LLC | Attn: Lukas J Fischer 7950 NW 53rd Avenue #337 Miami FL 33166 | Vital Pharmaceuticals, Inc. | Private Label Manufacturing Agreement for Mircrotabs in Liquid Capsules, dated October 30, 2014 | $0.00 |
| 1781 | FLANIGAN DISTRIBUTING OF DOOR COUNTY INC. | Attn: Brian Flanigan 5600 Gordon Rd.  Sturgeon Bay WI 54235 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 31, 2018 | $0.00 |
| 1782 | Flathead Beverage Co. | 1390 Us Highway 2 W Kalispell MT 59901-3414 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated November 14, 2021 | $0.00 |
| 1783 | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 30, 2019 | |
| 1784 | Flavio Alexandre Marrone Schmidt | 10441 Northwest 11th St Unit 101 Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2021 | $0.00 |
| 1785 | Flavor Producers, Inc. | Jeff Harris, 28350 W Witherspoon Pkwy Valencia CA 91355 | Vital Pharmaceuticals, Inc. | Flavor Exclusivity Agreement, dated November 08, 2017 | $0.00 |
| 1786 | Flex Nutrition International Inc. (Dba. OB&EB Representacaoe Dist & Suplementos Nutricionais Ltda.) | 620 SE 13th Street Fort Lauderdale FL 33316 | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 1787 | Floral City Beveral | 720 Huber Dr Monroe MI 48162 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated January 29, 2021 | $0.00 |
| 1788 | Florida Aquastore, Inc. | 4722 N.W. Boca Raton Blvd Suite C-102 Boca Raton FL 33431 | Vital Pharmaceuticals, Inc. d/b/a Bang Energy | Confidentiality and Nondisclosure Agreement, dated October 27, 2020 | $0.00 |
| 1789 | Florida Beverage Sales LLC | Attn: Mark Rohling 4005 Deerwood Cir Pace FL 32571 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 25, 2008 | $0.00 |
| 1790 | Florida Drilling, Inc. | Matthew T. Davidson, Esq., 7733 Hooper Road West Palm Beach FL 33411 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1791 | Florida Drilling, Inc. | Matthew T. Davidson, Esq., 7733 Hooper Road West Palm Beach FL 33411 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 08, 2020 | $0.00 |
| 1792 | Florida Panthers Hockey Club, LTD. | Attn: President, CEO One Panthers Parkway Sunrise FL 33323 | Vital Pharmaceuticals, Inc. | Sponsorship and Advertising Agreement, dated September 05, 2019 | $0.00 |
| 1793 | Florida State University Research Foundation, Inc. | Attn: Dr. Kirby W. Kemper, President 874 Traditions Way Suite 300 Tallahassee FL 32306-4166 | Vital Pharmaceuticals, Inc. | Research Agreement, dated December 01, 2010 | $0.00 |
| 1794 | Florida Supplement, L.L.C. | 10301 Commerce Parkway Miramar FL 33025 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated October 14, 2017 | $0.00 |
| 1795 | FLP LLC | Matthew T. Davidson, Esq., 2405 S. Roosevelt Street Tempe AZ 85282 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 08, 2021 | $0.00 |
| 1796 | Flush Fitness Pty Ltd. | 288 Lorimer Street Port Melbourne VIC 3207 Australia | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality & Non-Circumvention Agreement, dated August 18, 2016 | $0.00 |
| 1797 | Fogg Filler Company | 3455 John F. Donnely Drive Holland MI 49424 | Vital Pharmaceuticals, Inc. | Sale and Purchase Agreement, dated August 07, 2012 | $0.00 |

| 1798 | Folsom Distributing Co., Inc. | Attn: Jim Folsom 250 Citrus Lane Wood River IL 62095 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 22, 2010 | $0.00 |
|---|---|---|---|---|---|
| 1799 | Folsom Distributing Company | Jim Folsom 250 Citrus Lane Wood River IL 62095 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 09, 2018 | $0.00 |
| 1800 | Fona International Inc. | 1900 Averill Road Geneva IL 60134 | Vital Pharmaceuticals, Inc. DBA VPX | Mutual Confidentiality Agreement, dated February 12, 2019 | $0.00 |
| 1801 | Fona International, Inc. | Attn: Jesse Crofton 1900 Averill Road Geneva IL 60134 | Vital Pharmaceuticals, Inc. | Rebate Agreement, dated July 01, 2018 | $0.00 |
| 1802 | FORZA Industries Ltd. | Forza Technology Centre 4&5 Javelin Enterprise Park Ashford Kent TN248DE300 UK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 20, 2018 | $0.00 |
| 1803 | Four Seasons Beer | Joseph D Smeester P.O. Box 2100 Iron Mountain MI 49802 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 1804 | Four Seasons Beer Dist. | Joseph D Smeester P.O. Box 2100 Iron Mountain MI 49802 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated February 01, 2021 | $0.00 |
| 1805 | Four Seasons Beer Distributors, Inc. | Joseph D Smeester P.O. Box 2100 Iron Mountain MI 49802 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated September 22, 2021 | $0.00 |
| 1806 | Francis Massabki | 7330 Ocean Terrace  1101 Miami Beach FL 33141 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 07, 2019 | $0.00 |
| 1807 | Francisco Vasquez Gamez J | 4235 West Denton Ln Phoenix AZ 85019 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 1808 | Francisco Zazueta-Osorio | 22758 West Mohave St Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 29, 2022 | $0.00 |
| 1809 | Frandy Michel Andre | 4625 Northwest 9th Dr Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 06, 2019 | $0.00 |
| 1810 | Frank Guagenti | 4245 Palm Forest Dr South Delray Beach FL 33445 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 1811 | Frank Marcantoni Michael | 2506 West Stroud Ave Apt 211 Tampa FL 33629 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 1812 | Fred Garcia Abraham | 8051 4th St Apt 29 Buena Park CA 90621 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 13, 2020 | $0.00 |
| 1813 | Fred Martinez | 9767 West 34th Ln Hialeah FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2022 | $0.00 |
| 1814 | Frederick Armstrong III W | 6008 PiNE Creek Dr St Augustine FL 32092 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 1815 | Freedom Beverage | Attn: Sean Pierce 19907 E Walnut Drive South City of Industry CA 91789 | Vital Pharmaceuticals, Inc. | Letter re: Authorization to Distribute Products, dated March 01, 2010 | $0.00 |
| 1816 | Freight Essentials LLC/CEO | 1830 S. Ocean Drive Unit 4808 Hallandale Beach FL 33009 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 13, 2021 | $0.00 |
| 1817 | Freight Logistics International Rhenus Logistics LLC. | 3320 NW 67TH AVE UNIT 900 / MIAMI FL 33122-2265 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 1818 | Fremont Distributing, LLC | Carl Asbell 425 N. Broadway Avenue Riverton WY 82501 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2019 | $0.00 |
| 1819 | Freyr | 150 College Rd W Ste 102 Princeton NJ 08540 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated August 03, 2018 | $0.00 |
| 1820 | Freyr, Inc. | 150 College Rd W Ste 102 Princeton NJ 08540 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Nondisclosure Agreement, dated August 13, 2018 | $0.00 |
| 1821 | Friaaz AZ | CMS Sialkot Sialkot 51310 Pakistan | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated August 24, 2020 | $0.00 |
| 1822 | Frio Distributing, LLC | Jimmy Murdock 3801 East Highway 90 Del Rio TX 78840 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2019 | $0.00 |
| 1823 | Fritz Tilus C | 11003 Royal Palm Blvd Coral Springs FL 33065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 1824 | Frontier Equity, LLC | 5950 Berkshire Ln Ste 900 Dallas  TX 75225 | Vital Pharmaceuticals, Inc., DBA Bang Energy | NON-DISCLOSURE & CONFIDENTIALITY AGREEMENT, dated October 15, 2019 | $0.00 |
| 1825 | Full Circle Distributor | 1200 Watercrest Way Cheswick PA 15024 | Vital Pharmaceuticals, Inc. | Mutual Release Agreement, dated June 04, 2020 | $0.00 |
| 1826 | Future Perfect Worldwide, Inc. | Michael G. Levine 3315 Berkmar Drive Suite 2A Charlottesvile VA 22901 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Non-Exclusive Right to Represent & Fee Agreement, dated December 12, 2018 | $0.00 |
| 1827 | G & L Properties | 2101 Barrancas Avenue Pensacola FL 32502 | Vital Pharmaceuticals, Inc. | Loftin Properties Lease Addendum, dated December 13, 2018 | $0.00 |
| 1828 | G&G Distributors Inc | Michael Falcone 2543 Centreville Road Centreville MD 21617 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated March 02, 2021 | $0.00 |
| 1829 | G&G Distributors, Inc. | Michael Falcone P.O. Box 186 Centreville MD 21617 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 11, 2021 | $0.00 |
| 1830 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 01, 2018 | |
| 1831 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 21, 2018 | |

| | | | | | |
|---|---|---|---|---|---|
| 1832 | | | | Contract Info Sheet, WIRE PAYMENT FORM, ELITE AGREEMENT, dated May 08, 2019 | |
| 1833 | Gabriel Diaz Mariano | 1013 Better Days Place Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 1834 | Gabriel Karanopoulos James Lee | 4146 East Mendez St Apt 226 Long Beach CA 90815 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 1835 | Gabriel Rodriguez | 1730 Lancelot Loop Tampa FL 33619 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 09, 2022 | $0.00 |
| 1836 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated June 25, 2018 | |
| 1837 | Gabriela Hernandez Gonzalez Cristina | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 10, 2019 | $0.00 |
| 1838 | Gabriella Calderon Blancas | 4329 West Orangewood Ave Glendale AZ 85301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 1839 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |
| 1840 | Gabriella Verne A | 850 Sunflower Cir Weston FL 33327 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 1841 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated October 15, 2021 | |
| 1842 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 21, 2018 | |
| 1843 | Gabrielle McKean Megan | 504 Bedford Ave Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 14, 2020 | $0.00 |
| 1844 | Gain[z] Box, LLC | 3609 W MacArthur Blvd Ste 808 Santa Ana CA 92704 | Vital Pharmaceuticals, Inc. | Service Agreement, dated January 05, 2022 | $0.00 |
| 1845 | Galdino Martinez | 5227 South 46th St Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 09, 2021 | $0.00 |
| 1846 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 1847 | Gary De Myer Francis | 10857 Madison Dr Boynton Beach FL 33437 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2022 | $0.00 |
| 1848 | Gary Puchalski John | 2423 East Detroit Ct Chandler AZ 85225 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 02, 2022 | $0.00 |
| 1849 | Gaspari Nutrition, Inc. | 575 Prospect Street Suite 230 Lakewood NJ 08701 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 11, 2011 | $0.00 |
| 1850 | Gauntlett & Associates | 18400 Von Karman Suite 300 Irvine CA 92612 | Vital Pharmaceuticals, Inc. | Retainer & Deposit Agreement, dated December 26, 2018 | $0.00 |
| 1851 | Gaven Obrecht | 6307 Montezuma Rd San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 1852 | Gavin McGrail Hugh | 5150 West Eugie Ave Apt 2056 Glendale AZ 85304 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 19, 2019 | $0.00 |
| 1853 | Gavin Stoub William | 1047 Willow Ln Batavia IL 60510 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2019 | $0.00 |
| 1854 | Gavin Teevan H | 243 Erin Ct Greenwood IN 46142 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 29, 2021 | $0.00 |
| 1855 | GBL Distributing Company | Pat Gault / Dan Litchfield, PO BOX 6130 Santa Barbara CA 93160 sbgl@gbldist.com | Vital Pharmaceuticals, Inc. | Letter re: Authorization to Distribute Products, dated June 01, 2013 | $0.00 |
| 1856 | GDP Global Drinks Partnership GmbH ("GDP") | Marien Strasse 17 Munich 82319 Germany | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated February 26, 2019 | $0.00 |
| 1857 | GDS - Grow Dietary Supplements do Brasil Ltda | Rua Ferrucio Brinatti, No. 231 Vila Sulamericana, Carapicuiba SP CEP 06394-050 | Vital Pharmaceuticals, Inc. | Licensing Agreement, dated March 15, 2016 | $0.00 |
| 1858 | GE Capital Commercial Inc. dba Ford Credit Commercial Leasing; Colonial Pacific Leasing Corporation dba Ford Credit Commercial Leasing | 500 N Capital of Texas Hwy Bldg 1, Austin TX 78746-3334 | Vital Pharmaceuticals, Inc. | Master Lease Agreement (Vehicle), dated April 26, 2011 | $0.00 |
| 1859 | GE Capital Commercial Inc. dba Ford Credit Commrcial Leasing | 300 E John Carpenter Freeway Suite 204 Irving TX 75062-2712 | Vital Pharmaceuticals, Inc. | Schedule and Addendum No. 8487934-006 ("Schedule") to Master Lease Agreement No. 8497934, dated June 01, 2011 | $0.00 |
| 1860 | GE Capital Commercial Inc. dba Ford Credit Commercial Leasing | PO Box 650575 Dallas TX 75265-0575 | Vital Pharmaceuticals, Inc. | Commercial Lease, dated May 04, 2015 | $0.00 |
| 1861 | Geisy Montealegre Ruano | 7051 Environ Blvd  132 Lauderhill FL 33319 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 1862 | Gelhlen Schols Logistics | Steenbergstraat 31 Kerkade AB 6465 Netherlands | Vital Pharmaceuticals, Inc. | Non-Disclosure Agreement, dated January 10, 2018 | $0.00 |
| 1863 | GEMCAP Investments, LLC | 7570 NW 14th Street, Suite 106-B Miami FL 33126 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy | Confidentiality And Non-Disclosure Agreement, dated December 07, 2019 | $0.00 |
| 1864 | Gemcap Investments, LLC dba Gemcap Logistics | Lawrence J. Roberts and Associates 249 Catalonia Ave, Coral Gables, FL 33317 | Vital Pharmaceuticals, Inc. | Settlement Agreement & Mutual Release, dated March 17, 2021 | $0.00 |

| 1865 | Gene Clinton Craig | 1004 Rainbow Cliff Ct Las Vegas NV 89123 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 16, 2017 | $0.00 |
|---|---|---|---|---|---|
| 1866 | Gene Gausselin E | 345 W 44th St Apt 4 San Bernardino CA 92407 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 1867 | General Nutrition Corporation | Purchasing Department 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Canada Purchasing Agreement, dated August 21, 2019 | $0.00 |
| 1868 | General Nutrition Corporation dba Nutrimarket | 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Vendor Exhibition Agreement | $0.00 |
| 1869 | General Nutrition Corporation fka General Nutrition Distribution, L.P. | 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Purchasing Agreement #4384 Addendum #R, dated July 19, 2018 | $0.00 |
| 1870 | General Nutrition Corporation, f/k/a General Nutrition Distribution, L.P. | 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Purchasing Agreement # 4384 Addendum # Q, dated March 23, 2018 | $0.00 |
| 1871 | General Nutrition Distribution L.P. d/b/a NutriMarket | 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Vendor Exhibition Agreement, dated November 24, 2008 | $0.00 |
| 1872 | General Nutrition Distribution, LP | Purchasing Department 300 Sixth Avenue Pittsburgh PA 15222 | Vital Pharmaceuticals, Inc. | Purchasing Agreement, dated November 20, 2013 | $0.00 |
| 1873 | General Transport, Inc. ("General Transport") | 1100 Jenkins Blvd. Akron OH 44306 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 1874 | General Transport, Inc. ("General Transport") | 1100 Jenkins Blvd. Akron OH 44306 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 25, 2020 | $0.00 |
| 1875 | General Transport, Inc. ("General Transport") | 1100 Jenkins Blvd. Akron OH 44306 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 25, 2020 | $0.00 |
| 1876 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 26, 2017 | |
| 1877 | Genesis Global Recruiting, Inc. ("Genesis") | 3000 Southwest 148 Avenue 116 Miramar FL 33027 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2020 | $0.00 |
| 1878 | Geneva Club Beverage Co. Inc. | Robert W. Anpinia Jr. 1 Pepsi Lane Geneva NY 14456 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated May 04, 2021 | $0.00 |
| 1879 | Geneva Club Beverage Co., Inc. | Robert W. Anpinia Jr. 1 Pepsi Lane Geneva NY 14456 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 08, 2021 | $0.00 |
| 1880 | Geo. A. Mueller Beer Co. | 1506 McBride Ave. Decatur IL 62526 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 16, 2011 | $0.00 |
| 1881 | Geography LLC | Attn: Georgii Korobov Proezd 4807, 3, Bldg. 8, Block 1, Room #16 Moscow, Zelenograd 122489 Russian Federation | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated July 19, 2016 | $0.00 |
| 1882 | George Harris III M | 6262 Seminole Dr Olive Branch MS 38654 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 26, 2019 | $0.00 |
| 1883 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 03, 2021 | |
| 1884 | Gerald Roberson Lee | 12828 North 57th Ave Glendale AZ 85304 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 08, 2018 | $0.00 |
| 1885 | Gerardo Hernandez | 10511 West Heatherbrae Dr Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2019 | $0.00 |
| 1886 | Gerardo Martinez | 3845 West Cactus Wren Dr Phoenix AZ 85051 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 1887 | German Tinoco C | 25332 Southwest 108th Ave Homestead FL 33032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2020 | $0.00 |
| 1888 | Geroge H. Parsells | Mcelroy Deutsch Mulvaney Carpenter LLP 1300 Mount Kemble Avenue, PO Box 2075 Morristown NJ 07962 | Vital Pharmaceuticals, Inc. | Retainer, dated July 05, 2011 | $0.00 |
| 1889 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 28, 2018 | |
| 1890 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 28, 2021 | |
| 1891 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 1892 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated August 23, 2016 | |
| 1893 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated January 13, 2021 | |
| 1894 | Gideon Eckhouse Barak | 5900 Lindenhurst Ave Los Angeles CA 90036 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 1895 | Gina De Angelis S | 9840 NW 2nd Ct Plantation FL 33324 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2021 | $0.00 |
| 1896 | Gintzler Graphics, Inc ("Gintzler Graphics") | 100 Lawrence Bell Drive  Buffalo NY 14221 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 14, 2021 | $0.00 |
| 1897 | Giorgio Moreno Armani | 828 West Julie Dr Tempe AZ 85283 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 12, 2020 | $0.00 |
| 1898 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 16, 2018 | |

| | | | | | |
|---|---|---|---|---|---|
| 1899 | Giuseppe Mannino | 10115 Elderberry Park Ln Tomball TX 77375 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 1900 | Givaudan Flavors Corporation ("Givaudan Flavors") | 1199 Edison Drive, Cincinnati OH 45216 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated January 20, 2022 | $0.00 |
| 1901 | Givaudan Flavors Corporation ("Givaudan Flavors") | 1199 Edison Drive, Cincinnati OH 45216 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated November 11, 2020 | $0.00 |
| 1902 | Glanbia Nutritionals Inc. ("Glanbia") | 5500 Nobel Drive Suite 250 Fitchburg WI 53711 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated May 20, 2019 | $0.00 |
| 1903 | Glazer Beer and Beverage, LLC ("Glazer") | Attn: Phil Meacham 14911 Quorum Drive, Suite 200  Dallas, TX 75254 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated October 18, 2019 | $0.00 |
| 1904 | Glazer's Beer & Beverage of Texas LLC | 14911 Quorum Drive, Suite 200 Dallas TX 75254 | Vital Pharmaceuticals, Inc. | Letter re: Exclusive Distribution Agreement dated January 18, 2021, dated April 28, 2021 | $0.00 |
| 1905 | Glazer's Beer and Beverage of Texas LLC | 1002 S Callaghan Rd San Antonio TX 78227 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated August 06, 2021 | $0.00 |
| 1906 | Glazer's Beer and Beverage of Texas, LLC | 1002 S Callaghan Rd San Antonio TX 78227 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated May 03, 2021 | $0.00 |
| 1907 | Glen Fannin Michael | 9874 NamaSuite Loop Apt 4205 Orlando FL 32836 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 28, 2020 | $0.00 |
| 1908 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated December 14, 2018 | |
| 1909 | Globalbev Bebidas e Alimentos SA ("Globalbev Bebidas") | Attn:  Bernardo Lobato Fernandes Rua Ministro Orozimbo Nonato 102, Vila da Serra Vila da Serra, , MG, CNPJ 04175027/0001-76 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated September 21, 2021 | $0.00 |
| 1910 | Globalbev Bebidas e Alimentos SA (Globalbev Bebidas) | Attn:  Bernardo Lobato Fernandes Rua Ministro Orozimbo Nonato 102 Vila da Serra, , MG, CNPJ : 04175027/0001-76 Nova Lima | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated September 21, 2021 | $0.00 |
| 1911 | Globe Consultancy Services Pty Ltd | Baulkham Hills Business Centre, PO Box 6318 Baulkham Hills, HSW, 2153, Australia | JHO Intellectual Property Holdings, LLC | Settlement Agreement, dated June 29, 2022 | $0.00 |
| 1912 | Gloria Solarte Isabella | 1254 SW 116 Ave Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 01, 2021 | $0.00 |
| 1913 | Gloria Soto N | 101 Berkley Rd Apt 305 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 1914 | GLP US Management LLC | Two North Riverside Plaza  Suite 2350 Chicago IL 60606 | Vital Pharmaceuticals, Inc. | Multi-Tenant Industrial Triple Net Lease, dated June 14, 2019 | $0.00 |
| 1915 | Glynn & Finley, LLP | 100 Pringle Ave #500 Walnut Creek CA 94596 | Vital Pharmaceuticals, Inc. | Engagement for Legal Representation, dated July 05, 2021 | $0.00 |
| 1916 | GNC # 2265 | 9774 Glades Rd Boca Raton FL 33434 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated January 27, 2016 | $0.00 |
| 1917 | GNC (Shanghai) Trading Co. Ltd. | c/o GNC Holdings, Inc. 75 Hopper Pl, Pittsburgh, PA 15222 | Vital Pharmaceuticals, Inc. | Mutual Nondisclosure Agreement, dated November 09, 2018 | $0.00 |
| 1918 | Gold Coast Eagle Distributing, LLLP | Attn: John W. Saputo 7051 Wireless Court Sarasota FL 34240 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 04, 2023 | $0.00 |
| 1919 | Golden Beverage Company, L.L.C. | Brett Birt 2361 B Avenue Ogden UT 84401-1201 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 18, 2018 | $0.00 |
| 1920 | Golden Eagle Distribing, Inc. | 9669 Highway 168 Hannibal MO 63401 | Quash Seltzer, LLC | Rider, dated July 27, 2021 | $0.00 |
| 1921 | Golden Eagle Distributing, Inc. | Mark Meisenheimer - President 5235 Charter Oak Drive Paducha KY 42001 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated July 27, 2021 | $0.00 |
| 1922 | Golden Eagle Distributing, Inc. | Mark Meisenheimer - President 5235 Charter Oak Drive Paducha KY 42001 | Quash Seltzer, LLC | Indemnity Agreement, dated July 27, 2021 | $0.00 |
| 1923 | Golden Eagle of Arkansas, Inc. | Barry Capps 1900 East 15th Street Little Rock AR 72202 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated January 31, 2021 | $0.00 |
| 1924 | Golden Eagle of Arkansas, Inc. | Attn: Robby Vogel 1900 East 15th Street Little Rock, AK 72202 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated October 26, 2021 | $0.00 |
| 1925 | Golden Eagle of Arkansas, LLC | 1900 E 15th St Little Rock AR 72202-5708 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated November 03, 2021 | $0.00 |
| 1926 | Golub Corporation | 461 Nott Street Schenectady NY 12308 | Vital Pharmeceuticals, Inc., DBA VPX Sports | Confidential Service Agreement, dated September 03, 2019 | $0.00 |
| 1927 | GoodCat, LLC. | 1440 Rail Head Blvd. Suite 5 Naples FL 34110 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated August 18, 2021 | $0.00 |
| 1928 | Gossett & Gossett, P.A. | Attn: Ronald P. Gossett 4700 Sheridan St. Building I Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Retainer Agreement, dated March 15, 2015 | $0.00 |
| 1929 | Grace Costello Kathleen Mcavoy | 3833 Ingraham St Apt A107 San Diego CA 92109 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 1930 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |

| 1931 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 01, 2021 | |
|------|---|---|---|---|---|
| 1932 | Grant Thorton, LLP | 1301 International Pkwy #300 Fort Lauderdale FL 33323 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 1933 | Granville Keys | 16 West Alicen Ct Phoenix AZ 85021 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 20, 2020 | $0.00 |
| 1934 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Critical Vendor Agreement, dated March 29, 2023 | $0.00 |
| 1935 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 14, 2022 | $0.00 |
| 1936 | Graphic Packaging International, LLC | 1500 Riveredge Parkway Suite 100 Atlanta GA 30328 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 16, 2019 | $0.00 |
| 1937 | Graphic Packaging International, LLC | Attn: General Counsel 1500 Riveredge Parkway Atlanta GA 30328 | Vital Pharmaceuticals, Inc. | Agreement for the Sale of Equipment, dated September 2021 | $0.00 |
| 1938 | Great Bay Distributors, Inc. | Attn: Ron Petrini CEO 2750 Eagle Ave N St. Petersburg FL 33716 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 03, 2023 | $0.00 |
| 1939 | Great Lakes Label, LLC | 910 Metzgar Ct NW Comstock Park MI 49321 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 16, 2021 | $0.00 |
| 1940 | Great Northern Insurance Company | 100 South 5th Street, Suite 1800, Minneapolis, MN 55402 | Vital Pharmaceuticals, Inc. | Business Auto Insurance Policy, dated May 31, 2023 | $0.00 |
| 1941 | Great Plains Distributors, LP | Rich Porcaro 5701 East Hwy 84 Lubbock TX 79404 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated May 13, 2021 | $0.00 |
| 1942 | Great Plains Distributors, LP | Rich Porcaro 5701 East Hwy 84 Lubbock TX 79404 | Quash Seltzer, LLC | Indemnity Agreement, dated February 18, 2021 | $0.00 |
| 1943 | Great State Beverage Inc | Attn: Ron Fournier 1001 Quality Dr Hooksett NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 1944 | Great State Beverages | 1311 Dayton St Suite D Salinas CA 93901 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - NH) | $0.00 |
| 1945 | Great State Beverages d/b/a Premium Beverage Distributors | Attn: Ronald Fournier 1000 Quality Dr Hooksett NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 06, 2007 | $0.00 |
| 1946 | Great State Beverages Inc | Attn Ron Fournier 1000 Quality Drive Hooksett NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 09, 2007 | $0.00 |
| 1947 | Green Bay Packaging Inc. | 1700 North Webster Ct Green Bay WI | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 13, 2022 | $0.00 |
| 1948 | Green Mountain Energy Company | PO Box 121233 Dept 1233 Dallas TX 75312-1233 | Vital Pharmaceuticals, Inc. | Enrollment Authorization, dated October 03, 2018 | $0.00 |
| 1949 | Greenlight Staffing Services, Inc. | 1440 Coral Ridge Drive Suite 435 Coral Springs FL 33071-3345 | Vital Pharmaceuticals, Inc. | Staffing Agreement, dated May 07, 2012 | $0.00 |
| 1950 | Greenspoon Marder, P.A. | Attn: Peter R. Siegel, Esq One Boca Place 2255 Glades Road, Suite 400-E Boca Raton FL 33431 | Vital Pharmaceuticals, Inc. | Letter re: Miscellaneous Labor and Employment Matters, dated September 29, 2017 | $0.00 |
| 1951 | Gregg B. Fields, Ph.D | Florida Atlantic University 5353 Parkside Drive Building MC17 Jupiter FL 33458 | Vital Pharmaceuticals, Inc. | Expert Witness Retention Contract, dated September 08, 2015 | $0.00 |
| 1952 | Gregg B. Fields, Ph.D. | 5353 Parkside Drive Jupiter FL 33458 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement | $0.00 |
| 1953 | Gregg Ginalick Allen | 330 Willow Run Prosper TX 75078 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $0.00 |
| 1954 | Gregg Metzger Howard | 1513 Northwest 178th Way Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 1955 | Gregg Shore William | 808 Rogers Ct Casselberry FL 32707 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2021 | $0.00 |
| 1956 | Gregg Titus David | 4200 Yellowleaf Dr Fort Worth TX 76133 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 01, 2019 | $0.00 |
| 1957 | Gregorio Cruz | 6755 North 83rd Ave Apt 11101 Glendale AZ 85303 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2018 | $0.00 |
| 1958 | Gregory Decker F | 768 Ilwaco Place Northeast Renton WA 98059 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 14, 2022 | $0.00 |
| 1959 | Gregory Donadio | 9059 West Sunrise Blvd Plantation FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 02, 2021 | $0.00 |
| 1960 | Gregory Robbins R | 1901 North Ocean Blvd Unit 2C Fort Lauderdale FL 33305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 1961 | Grellner Sales & Service, Inc. | 3705 Highway V Rolla MO 65401-8575 | Quash Seltzer, LLC | Indemnity Agreement, dated April 09, 2021 | $0.00 |
| 1962 | Grellner Sales & Service, Inc. | Attn: Rodney Edwards, 3705 State Hwy, Rolla, MO 65401 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 19, 2023 | $0.00 |
| 1963 | Grellner Sales and Service, Inc | Rodney Edwards 3705 Highway V Rolla MO 65401 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated April 19, 2021 | $0.00 |
| 1964 | Greyson Technologies, Inc. | 6350 N. Andrews Ave. Suite 200 Fort Lauderdale FL 33309 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 17, 2019 | $0.00 |
| 1965 | Grocery Corporation Pty Limited | 22 Darley Road Suite 28 Manly NSW 2095 AU | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 17, 2019 | $0.00 |
| 1966 | GROCERY SUPPLY COMPANY | PO Box 638 75483-0638 130 Hillcrest 75482 Sulpher Springs TX | Vital Pharmaceuticals, Inc. | HOURS OF OPERATION | $0.00 |

| 1967 | GRUPO JUMEX, S.A. de C.V. | Carretera Mexico-Pachuca Km.12.5 Rustica Xalostoc Ecatepec de Morelos Estado de Mexico 55340 Mexico | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 28, 2021 | $0.00 |
|---|---|---|---|---|---|
| 1968 | GSC Enterprises, Inc., dba Grocery Supply Company | P.O. Box 638, Sulphur Springs, Texas 75483 | Vital Pharmaceuticals, Inc. | GSC - Vendor Agreement, dated April 20, 2023 | $0.00 |
| 1969 | GUANGDONG-HONG KONG SMART PRINTING (GZ)CO.,LTD | No. 9 Baihesan Rd East area of the Economic Technology Development Zone of Guangzhou China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 21, 2021 | $0.00 |
| 1970 | Guillermo Campos R | 18141 SW 144th Ct Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2022 | $0.00 |
| 1971 | Gulf Coast Beverages, Inc. | Attn Darrel Duchesneau 5525 Telephone Road Houston TX 77375 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 1972 | Gulf Coast Beverages, Inc., d/b/a Natural Brands Beverages | Attn: Robert Thalji 5525 Telephone Rd Ste E Houston TX 77375 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 01, 2007 | $0.00 |
| 1973 | Guru Enterprises, Inc. | P.O. Box 3072 43456 Ellsworth Street Fremont CA 94539 | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 1974 | Gustavo Paiva E | 11745 West Atlantic Blvd Apt 36 Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 25, 2022 | $0.00 |
| 1975 | Gustavo Terrazas Casias | 19392 West Woodlands Ave Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 12, 2021 | $0.00 |
| 1976 | Guthy-Renker LLC | 100 N Pacific Coast Hwy Ste 1600 El Segundo, CA 90245 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated August 04, 2014 | $0.00 |
| 1977 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 19, 2017 | |
| 1978 | H. Cox and Son, Inc. | Mark C. Ribec 1402 Sawyer Road Traverse City MI 49685 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 1979 | H. COXAND Son INC. | Mark E. Ribel 1402 Sawyer Rd. Taverse City MI 49685 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated January 29, 2021 | $0.00 |
| 1980 | H.B. Fuller Company - Michael Anderson | 1200 Willow Lake Blvd St. Paul, MN 55110-5146 | Vital Pharmaceuticals, Inc. | Vistor Non-Disclosure Agreement, dated September 26, 2019 | $0.00 |
| 1981 | Hal Gerson Kevin | 210 Camilo Ave Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 23, 2019 | $0.00 |
| 1982 | | | Vital Pharmaceuticals, Inc. | Fitness Model Agreement, dated April 01, 2016 | |
| 1983 | Haley Sedgewick Rose | 10103 L Pavia Blvd Venice FL 34292 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 27, 2022 | $0.00 |
| 1984 | Hallmark Insurance Company | 5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, TX 75240-2345 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy | $0.00 |
| 1985 | Hammond Beverage Group of Maryland LLC | Erin Murcia, General Manager 15827 Commerce Court Upper Marlboro MD 20774 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated October 26, 2021 | $0.00 |
| 1986 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 06, 2018 | |
| 1987 | Hand Family Companies KY, LLC, d/b/a Budweiser of Hopkinsville | 2059 Wilma Rudolph Blvd. Clarksville TN 37040 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 30, 2015 | $0.00 |
| 1988 | Hankook Optimum Sports Inc. | 301 Jungyoun Geovil BD 122-3 Yeonhui-dong Seodaemun-gu Seoul 120-825 South Korea | Vital Pharmaceuticals, Inc. | Memorandum of Understanding, dated September 09, 2010 | $0.00 |
| 1989 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated October 11, 2021 | |
| 1990 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 03, 2019 | |
| 1991 | Hannah Williamson Joy | 7700 Jasmine Falls Dr Las Vegas NV 89179 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 15, 2020 | $0.00 |
| 1992 | Hans Hernandez Miguel | 619 Orton Ave Apt 304 Fort Lauderdale FL 33304 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 23, 2020 | $0.00 |
| 1993 | Haralambos Beverage Co. | Attn: Anthony Haralambos 2300 Pellissier Pl City of Industry CA 90601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 1994 | Harboes Bryggeri A/S | Spegerborgvej 34 Skaelskor 4230 Denmark | Vital Pharmaceuticals, Inc. | Acceptance of Responsibility - Use of Cans and Product Packaging, dated November 08, 2019 | $0.00 |
| 1995 | Harboes Bryggeri A/S | Spegerborgvej 14 4230 Skaelkor Denmark | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 21, 2021 | $0.00 |
| 1996 | Harboes Bryggeri AS | Spegerborgvej 14 Skaelskor 4230 Denmark | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated April 01, 2019 | $0.00 |
| 1997 | Harbor Pacific Bottling, Inc. | 50 Schouweiler Tract Road East Elma WA 98541 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2018 | $0.00 |
| 1998 | Harris Beverages, LLC | Jay Harris 3505 Hillsborough Rd Durham  NC 27705 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 12, 2018 | $0.00 |
| 1999 | Harris Fahie Jr | 6330 Southwest 34th St Miramar FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 2000 | Harry Hale James | 516 Bankhead Dr Cary NC 27519 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 23, 2020 | $0.00 |
| 2001 | Haven Hansana Pauline | 1010 Pakse St Venus TX 76084 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 15, 2020 | $0.00 |

| 2002 | Haven Hansana Pauline | 1010 Pakse St Venus TX 76084 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
|---|---|---|---|---|---|
| 2003 | Havre Distributors, Inc | 935 1St St Havre MT 59501-3705 | Quash Seltzer, LLC | EXCLUSIVE DISTRIBUTION AGREEMENT, dated November 22, 2021 | $0.00 |
| 2004 | Hawk Enterprises | Carl W. Halkyer Jr 1010A Underwood Rd. Olyphant PA 18447 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 28, 2018 | $0.00 |
| 2005 | Healy Wholesale Company | PO Box 36157 Fayetteville NC 28303-1157 | Quash Seltzer, LLC | Amendment to Exclusive Distribution Agreement, dated April 06, 2021 | $0.00 |
| 2006 | Healy Wholesale Company, Inc. | PO Box 36157 Fayetteville NC 28303-1157 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 18, 2021 | $0.00 |
| 2007 | Heather Gray Lynn | 3427 Nassau St Everett WA 98201 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 11, 2021 | $0.00 |
| 2008 | Hector Lira Salguero Manuel | 12210 West Riverside Ave Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 27, 2020 | $0.00 |
| 2009 | Hector Ortiz De Jesus | 968 SW 143rd Ave Pembroke Pines FL 33027-3302 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 29, 2014 | $0.00 |
| 2010 | Hector Rodriguez | 5463 Northwest Norris Ave Port St Lucie FL 34986 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 2011 | Hector Sanchez Gonzalez Manuel | 250 West Juniper Ave Unit 59 Gilbert AZ 85233 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 2012 | Hector Torres Santiago Luis | 8477 Sandstone Lake Dr Apt 101 Town 'N' Country FL 33615 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 05, 2019 | $0.00 |
| 2013 | Hedinger Beverage Distributing Co., Inc. | Attn: Keith G. Hedinger PO Box 52 950 South St. Charles Street Jasper IN 47546 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 03, 2019 | $0.00 |
| 2014 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated January 23, 2014 | |
| 2015 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated October 12, 2011 | |
| 2016 | Heimark Distributing, LLC | 82851 Avenue 45 Indio CA 92201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 10, 2018 | $0.00 |
| 2017 | Heith Warshaw Michael | 54 Queen AnNE Ln Wappingers Fall NY 12590 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 05, 2018 | $0.00 |
| 2018 | Hellay Australia Pty Ltd. | 8/9 Monterey Rd Dandenong VIC 3175 Australia | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated May 07, 2018 | $0.00 |
| 2019 | Hemberga Dryckesgrossisten AB | Frihamnsgatan 28 115 56 Stockholm Sweden | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 2020 | Henry Barefoot Martinez | 8451 SW 163rd Pl Miami FL 33193 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 2021 | Henry Diaz | 2838 Live Oak St Huntington Park CA 90255 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 2022 | Hensel Phelps Construction Co. | 3125 East Wood Street Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | STANDARD DESIGN-BUILD AGREEMENT AND GENERAL CONDITIONS BETWEEN OWNER AND DESIGN-BUILDER, dated May 04, 2020 | $0.00 |
| 2023 | Hensley & Co | 4201 North 45th Avenue Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreemen, dated August 12, 2022 | $0.00 |
| 2024 | Hensley & Co | 4201 North 45th Avenue Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | First Addendum to Exclusive Distribution Agreemen, dated August 18, 2022 | $0.00 |
| 2025 | Hensley Beverage Company | 4201 North 45th Avenue Phoenix AZ 85031 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 01, 2010 | $0.00 |
| 2026 | Heriberto Adorno | 247 Cascade Bend Dr Ruskin FL 33570 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 11, 2021 | $0.00 |
| 2027 | Hernandez Construction, LLC; South Florida Distribution Center, LLC | Alex Hernandez, President 20351 Sheridan Street Pembroke Pines FL 33332 | Vital Pharmaceuticals, Inc. | Project Site Visit Indemnification Agreement, dated December 11, 2019 | $0.00 |
| 2028 | Heuer M.D. Research, Inc. | 4630 S. Kirkman Road Unit 368 Orlando FL 32811 | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated January 24, 2014 | $0.00 |
| 2029 | HH Staffing Services | 2910 University Parkway Sarasota FL 34243 | Vital Pharmaceuticals, Inc. | Master Agreement, dated November 09, 2018 | $0.00 |
| 2030 | High Country Beverage Corp. | Steve Nichols 4200 Ronald Reagan Boulevard Johnstown CO 80534 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 01, 2019 | $0.00 |
| 2031 | High Peaks Distributing | 1016 State Route 3 Saranac Lake NY 12983 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 | $0.00 |
| 2032 | High Peaks Distributing LLC | Attn: Chad McCraith 20 Burrstone Road New York Mills NY 13417 | Quash Seltzer, LLC | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated August 18, 2021 | $0.00 |
| 2033 | Hilda Restrepo | 6120 NW 186th St #206 Hialeah FL 33015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 12, 2020 | $0.00 |
| 2034 | Hilliard Distributing Co., Inc. | Attn: Jack P Hilliard, Jr 1000 Independence Brayn TX 77803 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive), dated July 31, 2009 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2035 | Hilliard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - TX) | $0.00 |
| 2036 | Hillyer Group, LLC | 650 Graham Rd, Ste 106 Cuyahoga Falls, OH 44221 | Vital Pharmaceuticals, Inc. | Letter re: Proposal for Chief Restructuring Advisor ("Engagement Agreement"), dated October 28, 2014 | $0.00 |
| 2037 | Hilmar Cheese Company, Inc. | PO Box 901 Hilmar CA 95324 | Vital Pharmaceuticals, Inc. | Credit Application, dated October 09, 2019 | $0.00 |
| 2038 | Hitachi Capital America Corp. | 251 Little Falls Dr Wilmington DE 19808 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 03, 2020 | $0.00 |
| 2039 | Hi-Tech Pharmaceuticals Inc. | 6015-B Unity Drive Norcross GA 30071 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement, dated January 20, 2015 | $0.00 |
| 2040 | HM Capital Partners | 200 Crescent Court Suite 1600 Dallas TX 75201 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated March 01, 2021 | $0.00 |
| 2041 | Hoffman Beverage | 4105 S. Military Highway Chesapeake VA 23321 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 20, 2018 | $0.00 |
| 2042 | Hoffman Beverage | 4105 S. Military Highway Chesapeake VA 23321 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated December 13, 2022 | $0.00 |
| 2043 | Holland Industrial Group | Alexandra Holland 13105 NW 42nd Ave Opa Locka, FL 33054 | Vital Pharmaceuticals, Inc. | Auction Sale Agreement, dated January 26, 2022 | $0.00 |
| 2044 | Holston Distributing Co., Inc. | 310 Lafe Cox Drive Johnson City TN 37604 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 12, 2018 | $0.00 |
| 2045 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 25, 2017 | |
| 2046 | Horasio Horosco | 3353 E Ave T2 Palmdale CA 93550 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 2047 | Horizon Beverage Company LP | 8380 Pardee Drive Oakland CA 94621 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2048 | Hormel Foods Corporation | c/o Century Foods International 400 Century Court Sparta WI 54656 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated March 29, 2018 | $0.00 |
| 2049 | Horseshoe Beverage Co. | 590 Enterprise Drive Neenah WI 54956 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated July 17, 2018 | $0.00 |
| 2050 | Horseshoe Beverage Company ("Horseshoe"), LLC | 1101 Moasis Dr Little Chute WI 54140 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 06, 2020 | $0.00 |
| 2051 | Houchens Food Group, Inc | 700 CHURCH ST / BOWLING GREEN KY 42101-1816 / US | Vital Pharmaceuticals, Inc. | Platinum Merchandising Execution Program, dated November 21, 2022 | $0.00 |
| 2052 | Houchens Industries | 700 Church Street Bowling Green KY 42101 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 25, 2021 | $0.00 |
| 2053 | HP Hood LLC | President Six Kimball Lane Lynnfield MA 01940 | Vital Pharmaceuticals, Inc. | Contract Packaging Agreement, dated August 01, 2008 | $0.00 |
| 2054 | Hubei ORG Packaging Co., Ltd | No. 69 of Guishan Road Yangtz River Industrial Park Xianning City Hubei Province China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 27, 2020 | $0.00 |
| 2055 | Human Performance Magazine | 530 Walnut Street Suite 850 Philadelphia PA 19106 | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 20, 2011 | $0.00 |
| 2056 | Humes Distributing, Inc. | Roger Brown 400 North 5th Street Fort Dodge IA 50501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 10, 2019 | $0.00 |
| 2057 | Hunter & Michaels Executive | 8330 LBJ Freeway, Suite 580 Dallas TX 75243 | Vital Pharmaceuticals, Inc. | Hunter & Michaels Executive Search Firm, dated October 13, 2021 | $0.00 |
| 2058 | Hunter Hernandez | 2300 Wedekind Rd Apt 64 Reno NV | Vital Pharmaceuticals, Inc. | Endorsement Agreement, dated 2011 | $0.00 |
| 2059 | Hunter Leffler Michelle | 5904 Reiter Ave Las Vegas NV 89108 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 14, 2019 | $0.00 |
| 2060 | Hurley Sports | 741 Street #2 Puran Nagar Paris Road Sialkot Punjab 51310 Pakistan | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 15, 2020 | $0.00 |
| 2061 | Huron Distributors | Attn: Jim Johnston 509 Cavanaugh St Alpena MI 49707 | Quash Seltzer, LLC | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 2062 | Huron Distributors Inc. | Jim Johnston 509 Cavanaugh Street Alpina MI 49707 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 2063 | Huron Distributors Inc. | James E. Johnston 509 Cavanaugh Street Alpena MI 49707 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 14, 2018 | $0.00 |
| 2064 | Hussein Delawar | 1500 Stadium Ct Lehigh Acres FL 33971 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 30, 2019 | $0.00 |
| 2065 | Hybrid Shipping and Logistics LLC | 11552 NW 87TH PL Hialeah FL 33018 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 07, 2021 | $0.00 |
| 2066 | I.PALIOURIS MON.EPE Trading as Premium Brands | Vouliagmenis Ave 538 Athens 17456 Greece | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 20, 2021 | $0.00 |
| 2067 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 18, 2021 | |

| 2068 | Icon FL Orlando Industrial Owner Pool 5 GA/FL, LLC | Attn: Lease Administration c/o GLP US Management, LLC Two North Riverdale Plaza Suite 2350 Chicago IL 60606 | Vital Pharmaceuticals, Inc. | Multi-Tenant Industrial Triple Net Lease, dated November 10, 2017 | $0.00 |
|------|------|------|------|------|------|
| 2069 | Icon FL Orlando Industrial Owner Pool 5 GA/FL, LLC (fka BRE/FL Orlando Indstrl) | c/o Link Industrial Management LLC 220 Commerce Drive, Suite 400 Fort Washington PA 19034 | Vital Pharmaceuticals, Inc. | Letter re: Lease with respect to property located at 4187-4213 34th Street, Orlando, FL, dated September 26, 2019 | $0.00 |
| 2070 | Icon International, Inc. | Clarence V. Lee III One East Weaver Street Greenwich CT 06831 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 18, 2020 | $0.00 |
| 2071 | Idaho Beverages, Inc. | 2108 1st Ave. N Lewiston ID 83501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2011 | $0.00 |
| 2072 | Idaho Milk Products Inc. | 2249 S Tiger Dr / Jerome ID 83338 / US | Vital Pharmaceuticals, Inc. | Materials / Packaging Agreement | $0.00 |
| 2073 | IdeoClick | 568 1st Ave S, Suite 600 Seattle WA 98104 | Vital Pharmaceuticals, Inc. | Ideoclick Fulfillment Services Agreement, dated April 14, 2016 | $0.00 |
| 2074 | iEntertain Inc | 2600 S Douglas Road Suite 508 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Videographer Agreement, dated August 10, 2018 | $0.00 |
| 2075 | IGHTY SUPPORT, LLC | 1509 W Hebron Pkwy Ste 120 Carrollton TX 75010 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 2076 | Ignite International, Ltd | 3308 Towewood Drive, Farmers Branch, Tx 75234 | JHO Intellectual Property Holdings, LLC | FINAL Co-Existence Agreement, dated August 05, 2022 | $0.00 |
| 2077 | Ike Auen Distributing Company Inc | Jim Auen 102 N Grant Rd  Carrol IA 51401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 09, 2019 | $0.00 |
| 2078 | ImagiNutrition, Inc | Anthony L. Almada 32565 Golden Lantern Ste B, PMB 477 Dana Point CA 92629 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Nunc Pro Tunc Confidentiality and Non-Disclosure Agreement, dated September 21, 2018 | $0.00 |
| 2079 | Imer Amador Esquivel Alfredo | 19310 NW 37 Ave Miami Gardens FL 33056 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 30, 2020 | $0.00 |
| 2080 | IMG Worldwide, LLC | 150 Alhambra Circle, Suite 950 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 15, 2020 | $0.00 |
| 2081 | Ina Walters Consuelo | 10843 South 175th Dr Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 23, 2020 | $0.00 |
| 2082 | Industrial Power Truck Leasing, LLC, d/b/a Industrial Power Truck & Equipment | Peter Cippari 712 N. Beach St. Fort Worth TX 76111 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 14, 2019 | $0.00 |
| 2083 | Ingram Micro Inc. | 3351 Michelson Drive Suite 100 Irvine CA 92612 | Vital Pharmaceuticals, Inc dba VPX | Non-Disclosure Agreement, dated September 18, 2018 | $0.00 |
| 2084 | Insight Global, LLC | 4170 Ashford Dunwoody RdNE Suite 250 Brookhaven GA 30319 | Vital Pharmaceuticals, Inc. | Statement of Work, dated September 09, 2019 | $0.00 |
| 2085 | Integrated Technology Services | 4980 NW 165th St., Unit A-7 Miami Gardens FL 33014 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 2086 | Inter Miami FC, LLC | 800 Douglas Rd 12th Floor Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Exhibit A Rights, dated July 08, 2020 | $0.00 |
| 2087 | Intermountain Business Forms, Inc. | Candece Hadley 22 North 1400 West Centerville UT 84014 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 09, 2020 | $0.00 |
| 2088 | Intermountain Distributing Co. | 1010 Intermountain St Billings MT 59101-7721 | Quash Seltzer, LLC | Exclusive Distribution Agreement (Hard Seltzer), dated November 18, 2021 | $0.00 |
| 2089 | International Appraisals, Inc | Ronald Savill intappraise@aol.com | Vital Pharmaceuticals, Inc. | Agreement for Appraisal Service , dated October 23, 2014 | $0.00 |
| 2090 | International Management Group | Luis Rodriguez 150 Alhambra Circle, Suite 950 Coral Gables FL 33134 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement | $0.00 |
| 2091 | International Paper Company | Veronica Salazar, Account Manager 6400 Poplar Ave. Memphis TN 38197 | Vital Pharmaceuticals, Inc. | Confidentiality and Non-Disclosure Agreement, dated January 06, 2020 | $0.00 |
| 2092 | International Society of Sports Nutrition | Erica Stump, 110 E Broward Blvd Suite 1700 Ft Lauderdale FL  33301 | Vital Pharmaceuticals, Inc. | Sponsorship Agreement, dated May 06, 2019 | $0.00 |
| 2093 | Intocell Distributors, LLC | Lisa Krinsky 140 NW 16TH ST Boca Raton FL 33432 | Vital Pharmaceuticals, Inc. | Substituted Settlement Agreement, dated May 01, 2014 | $0.00 |
| 2094 | Intrastate Distributors, Inc. | 6400 E 8 Mile Rd Detroit MI 48234-1111 | Quash Seltzer, LLC | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated December 02, 2021 | $0.00 |
| 2095 | Inversiónes Reyes Pericon | Calle Topater #1105 Urb Illampu El Alto Bolivia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 08, 2021 | $0.00 |
| 2096 | IQ Formulations, LCC | Jay Cohen 10151 N.W. 67th St. Tamarac FL 33321 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 29, 2019 | $0.00 |
| 2097 | Irina Garcia Caridad | 11431 Lakeside Dr Apt 1402 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 2098 | Isabel Bolivar | 10958 SW 232 Ter Miami FL 33032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 2099 | Isabel Montes Perez | 11437 West Yavapai St Avondale AZ 85323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 18, 2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 2100 | | Quash Seltzer, LLC | Elite Agreement, dated February 01, 2022 | |
| 2101 | | Vital Pharmaceuticals, Inc. | Addendum to Elite Agreement, dated May 05, 2021 | |
| 2102 | Isicoff, Ragatz & Koenigsberg | 1200 Brickell Avenue Suite 1900 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated April 10, 2007 | $0.00 |
| 2103 | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 19, 2017 | |
| 2104 | itelligence, Inc. | Timothy P. Breen, Chief Financial Officer 10856 Reed Hartman Highway Cincinnati OH 45242 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 26, 2019 | $0.00 |
| 2105 | Ivan Enriquez Agustin | 909 SE 9th Ave Ocala FL 34471-3849 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2106 | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 03, 2021 | |
| 2107 | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, ACH Transfer Authorization Form, W9, Trainer Services Agreement, dated September 03, 2021 | |
| 2108 | Ivan Morales Del Carmen | 14442 Southwest 179th Ln Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 2109 | Ivan Morales Rico O | 14442 Southwest 179th Ln Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 19, 2022 | $0.00 |
| 2110 | Ivan Perez | 27225 Staten Place Valencia CA 91354 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 2111 | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated April 26, 2015 | |
| 2112 | Ivanhoe Capital Advisors, LLC | 4405 Three Oaks Road Suite B Crystal Lake IL 60014 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality & Non-Circumvention Agreement, dated July 21, 2015 | $0.00 |
| 2113 | Izabella Falconi | c/o Lucy's Bazar Brazil Inc. dba Vitaflex 5263 International Drive C-2 Orlando FL 32819 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated September 09, 2013 | $0.00 |
| 2114 | Izabella Falconi, Bella | Lucy Bazar Brazil, Inc., 5263 International Drive, C2 Orlando, FL 32819 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement | $0.00 |
| 2115 | J.B. Hunt Transport, Inc. | Melindsa Yeaman 615 J.B. Hunt Corporate Drive Lowell AK 72745 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 01, 2020 | $0.00 |
| 2116 | J.J. Taylor Distributing Company of Minnesota, Inc. | Attn: President/GM 701 Industrial Blvd NE Minneapolis MN 55413 | Quash Seltzer, LLC | Exclusive Distribution Agreement (Hard Seltzer), dated March 01, 2021 | $0.00 |
| 2117 | J.J. Taylor Distributing Company of Minnesota, Inc. | Attn: President/GM 701 Industrial Blvd NE Minneapolis MN 55413 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated April 01, 2021 | $0.00 |
| 2118 | J.J. Taylor Distributing Florida, Inc. | Attn: President/GM 5102 16th Ave South Tampa FL 33619 | Quash Seltzer, LLC | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated April 05, 2021 | $0.00 |
| 2119 | Jack Chanthaphoumy | 3668 Marbon Rd Jacksonville FL 32223 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 2120 | Jack Hillard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 01, 2021 | $0.00 |
| 2121 | Jack Hillard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated March 12, 2021 | $0.00 |
| 2122 | Jack Hillard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated April 28, 2021 | $0.00 |
| 2123 | Jack Hillard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated August 19, 2021 | $0.00 |
| 2124 | Jack Hillard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated January 06, 2022 | $0.00 |
| 2125 | Jack Hilliard Distributing Co., Inc. | Attn: Ron Longoria 1000 Independence Ave Bryan TX 77803 | Quash Seltzer, LLC | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated April 09, 2021 | $0.00 |
| 2126 | Jack Hilliard Distributing Co., Inc. | 1000 Independence Ave Bryan TX 77803-2032 | Vital Pharmaceuticals, Inc. | Asset Sales Agreement, dated September 07, 2022 | $0.00 |
| 2127 | Jack Owoc | 1600 N Park Dr Weston FL 33326 | Vital Pharmaceuticals, Inc. | Restricted Stock Agreement, dated May 03, 2013 | $0.00 |
| 2128 | Jacked In the Box LLC | 401 East Jackson Street Suite 3300 Tampa FL 33602 | Vital Pharmaceuticals, Inc. | SERVICE AGREEMENT, dated January 04, 2022 | $0.00 |
| 2129 | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 08, 2021 | |
| 2130 | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 19, 2021 | |

| # | Name | Address | Counterparty | Agreement | Amount |
|---|------|---------|--------------|-----------|--------|
| 2131 | Jacob Choate Hogan | 116 Shepherd Valley Rd Mooresville NC 28115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 09, 2018 | $0.00 |
| 2132 | Jacob Gonzalez Manuel | 9336 Roadmaster Court Las Vegas NV 89178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 2133 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 20, 2017 | |
| 2134 | | | Vital Pharmaceuticals, Inc. | Work for Hire Agreement | |
| 2135 | Jacob Payne | 1975 Cody St Lakewood CO 80215 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 03, 2020 | $0.00 |
| 2136 | Jacob Potter Daniel | 4402 N 113th Dr Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2019 | $0.00 |
| 2137 | Jacob Williamson Chatt | 7700 Jasmine Falls Dr Las Vegas NV 89179 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 05, 2022 | $0.00 |
| 2138 | Jacobo Estrada Lopez | 5175 Genoa St Ave Maria FL 34142 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 2139 | Jacqueline Ortuno Michelle | 18822 Northwest 89th Ave Hialeah FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2020 | $0.00 |
| 2140 | Jacqueline Whittaker Patricia | 503 West Conference Dr Boca Raton FL 33486 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 27, 2022 | $0.00 |
| 2141 | Jade Jacoby Orion | 4700 North 16th St Apt 254 Phoenix AZ 85016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |
| 2142 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2143 | Jaden Conkling Alexander | 6710 Collins Rd Apt 418 Jacksonville FL 32244 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 2144 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 2145 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 2146 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 24, 2018 | |
| 2147 | Jagoda Iwanzcuzk | President Q-Bev Sp zoo Cybernetyki 7 St Warszawa 02-677 | Vital Pharmaceuticals, Inc. | Beverage Production and PA Beverage Production and Packaging Agreement, dated January 01, 2021 | $0.00 |
| 2148 | Jaice Martinez | 4420 SW 52nd Ct  4 Fort Lauderdale FL 33314 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 23, 2019 | $0.00 |
| 2149 | | | Quash Seltzer, LLC | Elite Agreement, dated May 19, 2021 | |
| 2150 | Jaime Montes | 4742 Canehill Ave Lakewood CA 90713 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2020 | $0.00 |
| 2151 | Jaime Redmon Kristen | 1801 Mccord Way Apt 738 Frisco TX 75033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2152 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated September 28, 2017 | |
| 2153 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated October 10, 2014 | |
| 2154 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team Agreement), dated September 20, 2017 | |
| 2155 | | | Quash Seltzer, LLC | Select Agreement, dated February 01, 2022 | |
| 2156 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 2157 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated October 01, 2021 | |
| 2158 | Jamal Terry Roydel | 10421 West Georgia Ave Glendale AZ 85307 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 2159 | | | Vital Pharmaceuticals, Inc. | Bang Fuel Team Agreement, dated September 21, 2018 | |
| 2160 | James Balbes E | 7321 Atlanta St Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 30, 2018 | $0.00 |
| 2161 | James Bracco Paul | 110 MatisSE Cir Aliso Viejo CA 92656 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 17, 2014 | $0.00 |
| 2162 | James Diamond Robert | 555 Fallwood Dr Concord NC 28025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 2163 | James Diggs Allen | 1713 Lake Clay Dr Lake Placid FL 33852 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 20, 2019 | $0.00 |
| 2164 | James Dominique | 1441 Southwest 97th Ave Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 11, 2022 | $0.00 |
| 2165 | James Dominique | 1441 Southwest 97th Ave Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated September 22, 2021 | $0.00 |
| 2166 | James Fuzi Dean | 7177 West Bajada Rd Peoria AZ 85383 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 2167 | James Hellkamp Matthew | 9547 Brehm Rd Cincinnati OH 45252 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2168 | James Jang Jin | 14505 NW Oak Shadow Ct Portland OR 97229 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 2169 | James Johns III L | 8694 Via Mar Rosso Lake Worth FL 33467 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 2170 | James Johnson Rob Blake | 420 Circuit Dr Roseville CA 95678 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2171 | James Lacour Bernard | 1415 Genesis Dr Mansfield TX 76063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 03, 2021 | $0.00 |
| 2172 | James Mannella Patrick | 4107 Guilford Rd Rockford IL 61107 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 2173 | James Paul M | 5125 Heron Place Coconut Creek FL 33073 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 2174 | James Schutt | 14584 West Hidden Terrace Loop Litchfield Park AZ 85340 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 2175 | James Smith | 10081 Lee Vista Blvd Apt 10104 Orlando FL 32829 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2176 | James Via Andrew | 175 Hidden Lake Loop Haines City FL 33844 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 2177 | James Walker Leroy | 1518 17th Ave North Lake Worth FL 33460 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2021 | $0.00 |
| 2178 | James Whitehead Jr. Mitchell | 7930 Granada Blvd Miramar FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 2179 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated June 02, 2011 | |
| 2180 | | | Quash Seltzer, LLC | Transfer Services Agreement, dated January 14, 2021 | |
| 2181 | | | Vital Pharmaceuticals, Inc. | Transfer Services Agreement, dated January 14, 2021 | |
| 2182 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 22, 2019 | |
| 2183 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2184 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated April 02, 2018 | |
| 2185 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 2186 | Janice Cruz | 510 Northwest 86th Ave Pembroke Pines FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 03, 2020 | $0.00 |
| 2187 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 26, 2018 | |
| 2188 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 02, 2021 | |
| 2189 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 31, 2018 | |
| 2190 | Jared Jimenez Wade | 5155 Central Ave Apt 33 Riverside CA 92504 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 2191 | Jared Morrison Dalton | 6250 Mountain ViNE Ave Kannapolis NC 28081 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2018 | $0.00 |
| 2192 | Jarred Tims David | 901 Ebenezer Rd Palmer TX 75152 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 2193 | | | Quash Seltzer, LLC | Elite Agreement, dated October 01, 2021 | |
| 2194 | Jason Aparcana | 9459 SW 18th St Miramar, FL 33025 | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated September 30, 2021 | $0.00 |
| 2195 | Jason Aparcana Alfredo | 9459 SW 18th St Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2022 | $0.00 |
| 2196 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated October 05, 2017 | |
| 2197 | Jason Ellis | 32 Gingerwood Irvine CA 92603 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality Agreement, dated October 05, 2017 | $0.00 |
| 2198 | Jason English Robert Frederick | 9950 58th St East Parrish FL 34219 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 2199 | Jason Fuerbach L | 18425 135th St East Bonney Lake WA 98391 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 08, 2020 | $0.00 |
| 2200 | Jason Hinton Dwayne | 4446 Lower Meadow Dr Mulberry FL 33860 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 09, 2022 | $0.00 |
| 2201 | Jason Hoak Allen | 3300 Windsor Dr Sacramento CA 95864 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2021 | $0.00 |
| 2202 | Jason Ocheltree Lee | 11416 East Quicksilver Ave Mesa AZ 85212 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 27, 2021 | $0.00 |
| 2203 | Jason Robert Trujillo | 2110 Sweetbroom Circle, Bldg 5, Apt 101, Lutz, FL 33559 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated October 14, 2021 | $0.00 |

| 2204 | Jason Schnaible George | 3529 Meadowbrook Dr Napa CA 94558 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 20, 2020 | $0.00 |
|---|---|---|---|---|---|
| 2205 | Jason Sonchik Allen | 2215 E Crest Ln Phoenix AZ 84024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
| 2206 | Jason Tran Manh Duc | 32721 Fullerton Ct Union City CA 94587 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2207 | Jasper Products, LLC | 3877 E 27th Street Joplin MO 64804 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure & Confidentiality Agreement, dated April 08, 2016 | $0.00 |
| 2208 | Javier D. Perez | 1018 Grove Park Circle Boynton Beach FL 33436 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Invention, Non-Disclosure, Non-Competition, And Non-Solicitation Agreement, dated October 09, 2017 | $0.00 |
| 2209 | Javier Esparza L | 44609 Calston Ave Lancaster CA 93535 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 29, 2021 | $0.00 |
| 2210 | Javier Hernandez | 12775 Southwest 189th Ct Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2020 | $0.00 |
| 2211 | Javier Nunez | 7416 West Turney Ave Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2021 | $0.00 |
| 2212 | Javier Salas | 17915 SW 138th Ct Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2020 | $0.00 |
| 2213 | | | Quash Seltzer, LLC | Elite Agreement, dated January 01, 2022 | |
| 2214 | Jay Hoffman, Ph.D. | c/o Koach Sport and Nutrition 415 Briggs Road Langhorne PA 19047 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 19, 2009 | $0.00 |
| 2215 | Jayla Thach Alicia | 2333 Garden Park Ct Arlington TX 76013 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2017 | $0.00 |
| 2216 | | | Vital Pharmaceuticals, Inc. | Contract Photographer Agreement, dated June 26, 2018 | |
| 2217 | | | Quash Seltzer, LLC | Select Agreement, dated May 04, 2021 | |
| 2218 | JB METROPOLITAN DISTRIBUTORS PTY LIMITED | Robert Spiteri, Imports and Exports Manager 368-370 Newbridge Rd Moorebank NSW 2170 Australia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 10, 2018 | $0.00 |
| 2219 | JC Mensore Distributing | 134 N Bridge St, New Martinsville, WV 26155 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 18, 2022 | $0.00 |
| 2220 | JDA Software Group Inc. | 15059 North Scottsdale Road Suite 400 Scottsdale AZ 85254 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 06, 2019 | $0.00 |
| 2221 | JDA Software Group, Inc. | Reema Omeri 15059 North Scottsdale Road, Suite 400 Scottsdale AZ 85254 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 06, 2019 | $0.00 |
| 2222 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 2223 | Jean Paul Senior Arzuaga | 14666 Southwest 126th Place Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 25, 2022 | $0.00 |
| 2224 | Jeff Bloom | 3708 Somerset Drive Apt. 1 Seaford NY 11783 | Vital Pharmaceuticals, Inc., DBA VPX/Redline | Confidentiality Agreement | $0.00 |
| 2225 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 06, 2017 | |
| 2226 | Jeff Stout, Ph.D. | c/o University of Oklahoma Department of Health & Exercise Science 1401 Asp Ave. Lab #106 Norman OK 73019 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 13, 2009 | $0.00 |
| 2227 | Jeff White | 15751 SW 41st Street Suite 300 Davie  FL 33331 | Vital Pharmaceuticals, Inc. | Agreement for Cellular/ Blackberry Corporate Telephones, dated October 14, 2009 | $0.00 |
| 2228 | Jeff White | 15751 SW 41st Street Suite 300 Davie  FL 33331 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated November 28, 2011 | $0.00 |
| 2229 | Jefferson Distributing Company | Attn: Richard Raposa 799 Mid Atlantic Parkway Martinsburg WV 25404 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 16, 2018 | $0.00 |
| 2230 | Jefferson Distributing Company, Inc. | 799 Mid Atlantic Parkway Martinsburg WV 25404 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated March 18, 2021 | $0.00 |
| 2231 | Jefferson Distributing Company, Inc. | 799 Mid Atlantic Parkway / Martinsburg WV 25404 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 01, 2022 | $0.00 |
| 2232 | Jeffery Wanous Lane | 11126 20th Dr Southeast Everett WA 98208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 31, 2022 | $0.00 |
| 2233 | Jeffrey Aubrey Allen | 1300 Via Lugano Cir Apt 209 Boynton Beach FL 33436 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2021 | $0.00 |
| 2234 | Jeffrey Huber T. | 6828 NW 12th Ct Plantation FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 2235 | Jeffrey Lay Allen | 15932 Wolf Run Findlay OH 45840 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2022 | $0.00 |
| 2236 | Jeffrey Quick Lee | 318 Orchard Cir Hayden AL 35079 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |

| 2237 | Jeffrey Reiter Peter | 8710 Ferry Rd Grosse Ile Township MI 48138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
|---|---|---|---|---|---|
| 2238 | Jeffrey Urstadt Steven | 820 South Park Rd 03-17 Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 16, 2021 | $0.00 |
| 2239 | Jeffry Edlen David | 12706 214th Ave East Bonney Lake WA 98391 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 18, 2016 | $0.00 |
| 2240 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 15, 2019 | |
| 2241 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 09, 2011 | |
| 2242 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 20, 2021 | |
| 2243 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 14, 2021 | |
| 2244 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 14, 2021 | |
| 2245 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2246 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated August 04, 2011 | |
| 2247 | Jennifer Peix | 2400 Limehouse Ln Apt 208 Oviedo FL 32765 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 2248 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2249 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 22, 2017 | |
| 2250 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 10, 2018 | |
| 2251 | Jeremy Barron Michael | 519 White Wing Ct Dickinson TX 77539 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 2252 | Jeremy Bennett Gamrin | 238 Sudbury St Marlborough MA 01752 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
| 2253 | Jeremy Carpenter Matthew | 702 Cape Cod Cir Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 2254 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 07, 2019 | |
| 2255 | Jeremy Ybarra Jay | 2989 N Brooklyn Dr Buckeye AZ 85396 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 08, 2020 | $0.00 |
| 2256 | Jermaine Jarrett D | 2396 Northwest 89th Dr Coral Springs FL 33065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 20, 2020 | $0.00 |
| 2257 | Jerry Walker | 2011 Northwest 55th Ave Apt 303 Lauderhill FL 33313 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 12, 2020 | $0.00 |
| 2258 | Jersey Industrial Capital LLC | 1900 Avenue Of The Stars, Suite 320 Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Re: Letter of Intent for the Purchase of 1635 S. 43rd Avenue, Phoenix, AZ 85009, dated June 19, 2019 | $0.00 |
| 2259 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated November 13, 2017 | |
| 2260 | | | Vital Pharmaceuticals, Inc. | Work for Hire Agreement | |
| 2261 | Jesse Michal Ronald | 14242 Alderwood Rd Lake Hughes CA 93532-1448 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 27, 2020 | $0.00 |
| 2262 | Jesse Peterson Lance | 5597 Somersby Rd Windermere FL 34786 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 2263 | Jessica Allison Hali | 796 Hill Dr Apt H West Palm Beach FL 33415 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 16, 2022 | $0.00 |
| 2264 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 2265 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 19, 2021 | |
| 2266 | Jessica Leguizamon Alexandra | 6790 Southwest 10th Ct Pembroke Pines FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 30, 2018 | $0.00 |
| 2267 | | | Quash Seltzer, LLC | Elite Agreement, dated May 29, 2021 | |
| 2268 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2269 | Jessica Pineda-Diaz Joelle Tyree | 10650 Southeast Sunnyside Rd Bldg C Clackamas OR 97015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 2270 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 2271 | Jesus Alcazar | 8438 N 54th Dr Glendale AZ 85302-6107 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 2272 | Jesus Alfaro David | 25114 Geddy Dr Land O' Lakes FL 34639 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 2273 | Jesus Gutierrez Armando | 3240 Las Vegas Blvd North Apt 237 Las Vegas NV 89115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2274 | Jesus Martinez | 37511 Sabal St Palmdale CA 93552 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 2275 | Jesus Mendez Silvio | 5211 Southwest 155th Ave Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 1996 | $0.00 |
| 2276 | Jesus Monter Ortiz E | 534 West Princeton Ave Gilbert AZ 85233 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2021 | $0.00 |
| 2277 | Jesus Ramos Hernandez | 530 W Elena Ave Mesa AZ 85210 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 2278 | Jesus Serna | 17394 Valencia Ave  #34 Fontana CA 92335 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 17, 2021 | $0.00 |
| 2279 | Jesus Velasquez Leopoldo | 1007 Peach Grove Riverside CA 92501 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2280 | Jhana Hyman Neshae | 12017 Northwest 13th St Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 03, 2018 | $0.00 |
| 2281 | JHO Intellectual Property Holdings, LLC | John H. Owoc 1721 SW 131 Terrace Davie FL 33325 1600 North Park Drive Weston, FL 33326 | Vital Pharmaceuticals, Inc. | Trademark License Agreement, dated March 14, 2019 | $0.00 |
| 2282 | JHO Real Estate Investment, LLC | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | 1635 South 43rd Avenue, Phoenix AZ Lease Agreement, dated December 22, 2020 | $0.00 |
| 2283 | Jimena Villegas | 12878 Southwest 135th St Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 10, 2022 | $0.00 |
| 2284 | Jinan Erjin Import & Export Co., Ltd | Jinan Erjin Import & Export Co., Ltd. Licheng District Jinan City, Shandong Province China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 06, 2019 | $0.00 |
| 2285 | Jing Guo | 785 Heron Rd Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 29, 2019 | $0.00 |
| 2286 | JinJiang Simple Imp. & Exp. Co., Ltd. | No.230, Haibin Rd., Haibin Community, Xibin Town, Jinjiang City Jinjiang, Fujian, 362200 China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 10, 2020 | $0.00 |
| 2287 | jLAN Technologies | Attn: Andres Link, President 4651 Sheridan Street Suite 475 Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Estimate, Proposal and Statement of work, dated April 11, 2012 | $0.00 |
| 2288 | jLAN Technologies, Inc. | Attn: Andres Link, President 4651 Sheridan Street Suite 475 Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Professional Services Agreement, dated April 11, 2012 | $0.00 |
| 2289 | Joan Edmundo Jumenez Suero | Attn: Sarah Stemer Orion Intellectual Property Law Group 6067 Dudley Court, Arvada, CO 80004 Kushnirsky Gerber PLLC 27 Union Square W # 301, New York, NY 10003 | Vital Pharmaceuticals Inc. | Confidential Settlement & Release Agreement, dated April 26, 2022 | $0.00 |
| 2290 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 2291 | Joe Rodriguez Angel | 10801 West 3rd St Cashion AZ 85329 | | Employment Agreement, dated April 26, 2021 | $0.00 |
| 2292 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated September 27, 2017 | |
| 2293 | Joel T. Cramer, PhD | 5431 W Chancery Rd. Lincoln NE 68521 | Vital Pharmaceuticals, Inc. | EXPERT CONSULTANT / WITNESS AGREEMENT, dated April 30, 2014 | $0.00 |
| 2294 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2295 | John A. Conkling Distributing. Inc. | Dan Conkling 44414 South Dakota Hwy 50 Yankton SD 57078 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2296 | John Farrar James | 3719 Northwest 84th Ave Apt 3C Sunrise FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 2297 | John H. Mowbray | c/o Fennemore Craig, P.C. Bank of America Plaza 300 South Fourth Street, Suite 1400 Las Vegas NV 89101 | Vital Pharmaceuticals, Inc. | Letter re: Bonanza Distribution Agreement for REDLINE, dated June 13, 2008 | $0.00 |
| 2298 | John H. Owoc | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Certificate of Election to and Incumbency of Officer of Corporation with Specimen Signature, dated December 05, 2019 | $0.00 |
| 2299 | John H. Owoc | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Credit and Security Agreement, dated October 31, 2014 | $0.00 |
| 2300 | John H. Owoc | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Mortgage Modification Agreement, dated April 30, 2013 | $0.00 |
| 2301 | John Hall William | 13364 Beach Blvd Unit 940 Jacksonville FL 32224 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2302 | John Helm Benjamin | 629 Gaines Rd Hernando MS 38632 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 2303 | John Kaufman Richard | 5570 NW 107th Ave #910 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 2304 | John Lenore & Co. | Jamie Lenore 1250 Delevan Drive San Diego CA 92102 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 30, 2021 | $0.00 |

| 2305 | John Matheson McGregor | 5930 Cherry Oak Dr Valrico FL 33596 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
|---|---|---|---|---|---|
| 2306 | John Matthews J | 1324 Arrowsmith Ave Orlando FL 32809 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 16, 2022 | $0.00 |
| 2307 | John Morrow Fossey | 6141 Sherman Cir Minneapolis MN 55436 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2019 | $0.00 |
| 2308 | John Mullarkey Distributors, Inc. | Dan Mullarkey 2200 Ridge Road Glenview IL 60025 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 01, 2008 | $0.00 |
| 2309 | John Owoc H | 16720 Stratford Ct Southwest Ranches FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2310 | John Schrody Joseph | 711 Longwood Dr Allen TX 75013 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 11, 2022 | $0.00 |
| 2311 | John Self | 105 Governors Dr SW Leesburg VA 20175 | JHO Intellectual Property Holdings, LLC | Copyright Assignment Agreement, dated January 04, 2018 | $0.00 |
| 2312 | John Smith II Paul | 2531 SW 2nd Terr Cape Coral FL 33993 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 2313 | John Smith Paul | 2531 Southwest 2nd Terrace Cape Coral FL 33991 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 2314 | Johnson Distributing Company | Richard Johrison 4571 N Valdosta Rd Valdosta GA 31602 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 25, 2018 | $0.00 |
| 2315 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated April 01, 2021 | |
| 2316 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 20, 2021 | |
| 2317 | Jon Fuller | 212 South Ballard, Silver City NM 88061 | Vital Pharmaceuticals, Inc. | General Release, dated August 08, 2007 | $0.00 |
| 2318 | Jon Lamar Michael | 103 Russell St Lorena TX 76655 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 2319 | Jon Muir | 3665 Plum Creek Drive St. Cloud MN 56301 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement | $0.00 |
| 2320 | Jonathan Alphonse R | 4639 Jetty St Orlando FL 32817 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2321 | Jonathan Gamboa Adam | 4139 Paramount Blvd Apt 4 Pico Rivera CA 90660 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 2322 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated September 23, 2017 | |
| 2323 | Jones Lang LaSalle | Attn: Anne Kupperman 5802 Breckenridge Parkway, Suite 102 Tampa FL 33610 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated November 01, 2018 | $0.00 |
| 2324 | Jones Lang Lasalle | Attn: Anne Kupperman 5802 Breckenridge Parkway, Suite 102 Tampa FL 33610 | Vital Pharmaceuticals, Inc. | Letter of Intent for the Purchase of Flaming Road Land, dated October 16, 2018 | $0.00 |
| 2325 | Jones Lang LaSalle Americas, Inc. | Attn: Head of U.S. Industrial Property Management and General Counsel 200 East Randolph Drive Chicago IL 60601 | Vital Pharmaceuticals, Inc. | Facilities Management Agreement, dated October 04, 2017 | $0.00 |
| 2326 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. | 200 E Randolph St Chicago IL 60601 | Vital Pharmaceuticals, Inc. | Engagement for Legal Services Agreement | $0.00 |
| 2327 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated January 12, 2022 | |
| 2328 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated October 11, 2014 | |
| 2329 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 25, 2021 | |
| 2330 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 29, 2018 | |
| 2331 | Jordan Storey Tyler | 3244 Northwest 84th Ave Apt 410 Sunrise FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 2332 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated June 10, 2018 | |
| 2333 | Jorge Alvarez Jr. | 21220 West Granada Rd Buckeye AZ 85396 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 2334 | Jorge Rios | 15344 SW 70th Lane Miami FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 01, 2012 | $0.00 |
| 2335 | Jo's Globe Dist Co. | Michael Marrara 1151 Greenbag Road Morgantown WV 26508 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 31, 2021 | $0.00 |
| 2336 | Jo's Globe Dist Co. | Michael Marrara 1151 Greenbag Road Morgantown WV 26508 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 2337 | Jo's Globe Distributing Co. | Attn: Michael Marrara 1151 Greenbag Road Morgantown WV 26508 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 14, 2018 | $0.00 |
| 2338 | Jose Antonio | 4511 NW 7th Street Deerfield Beach FL 33442 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2007 | $0.00 |
| 2339 | Jose Arias Luis | 3016 Summer HouSE Dr Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 2340 | Jose Chavez L | 12622 West Apodaca Dr Litchfield Park AZ 85340 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 17, 2020 | $0.00 |
| 2341 | Jose Martinez Guadalupe | 11272 Cypress Ave Riverside CA 92505 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 05, 2022 | $0.00 |
| 2342 | Jose Mata Manuel | 3870 Prescott Loop Lakeland FL 33810 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 09, 2022 | $0.00 |
| 2343 | Jose Medina Alvarez Hector | 7410 E Drummer Ave Mesa AZ 85208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 2344 | Jose Medina Eduardo | 7410 E Drummer Ave Mesa AZ 85208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 05, 2017 | $0.00 |
| 2345 | Jose Molina Lago Carlos | 3301 Southwest 9th St Apt 24 Miami FL 33135 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 07, 2019 | $0.00 |
| 2346 | Jose Montero Miguel | 4115 Copper Canyon Blvd Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 2347 | Jose Moreno | 3741 West Oregon Ave Phoenix AZ 85019 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 2348 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated December 15, 2021 | |
| 2349 | Jose Rosales Luis | 7359 Craner Avenue Los Angeles CA 91352 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2350 | Jose Sotolongo Travieso Manuel | 843 SE 8th Ct Hialeah FL 33010 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 05, 2019 | $0.00 |
| 2351 | Jose Vazquez Rosales Antonio | 6120 ReeSE Rd Apt 112 Davie FL 33314 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 26, 2020 | $0.00 |
| 2352 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated October 13, 2021 | |
| 2353 | Joseph Davy Michael | 15064 Calle Verano Chino Hills CA 91709 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | $0.00 |
| 2354 | Joseph Deniz Jesus | 6943 West Hubbell St Phoenix AZ 85035 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 16, 2021 | $0.00 |
| 2355 | Joseph Farris Douglas | 1024 N 2nd Ave Apt 436C Phoenix AZ 85003 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2356 | Joseph Gates Michael | 4904 Needles Ct Las Vegas NV 89130 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 15, 2019 | $0.00 |
| 2357 | Joseph Huntowskan | 25262 Treliage Ave Plainfield IL 60585 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2009 | $0.00 |
| 2358 | Joseph Johnson Christopher | 263 Timberlake Cir Douglasville GA 30134 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2019 | $0.00 |
| 2359 | Joseph Macklin III | 2334 West Tanner Ranch Rd San Tan Valley AZ 85142 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 10, 2021 | $0.00 |
| 2360 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 2361 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated December 01, 2021 | |
| 2362 | Joseph Morales Francisco | 291 East 4th Ave Apt 4 Hialeah FL 33010 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 21, 2019 | $0.00 |
| 2363 | Joseph Mullarkey Distributors, Inc | Attn: Dan Mullarkey 2200 Ridge Road Glenview IL 60025 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement between Vital Pharmaceuticals, Inc.("Manufacturer") and Joseph Mullarkey Distributors, Inc. ("Distributor") ("Agreement") executed on October 1, 2008, dated April 01, 2010 | $0.00 |
| 2364 | Joseph Mullarkey Distributors, Inc. | Dan Mullarkey / Kevin P Mullarkey 2200 Ridge Road Glenview IL 60025 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2008 | $0.00 |
| 2365 | Joseph Mullarkey Distributors, Inc. | Dan Mullarkey / Kevin P Mullarkey 2200 Ridge Road Glenview IL 60025 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement executed on October 1, 2008, dated April 01, 2010 | $0.00 |
| 2366 | Joseph Nickell | 1491 Old 122 Rd Lebanon OH 45036 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 05, 2019 | $0.00 |
| 2367 | Joseph Orozco Anthony | 3353 E Ave T2 Palmdale CA 93550-9241 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2022 | $0.00 |
| 2368 | Joseph Perez Michael | 2241 S Sherman Cir  C316 Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 04, 2019 | $0.00 |
| 2369 | Joseph Powers | PO Box 537 Phoenix AZ 85001 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 2370 | Joseph Roosta | 16300 Golf Club Rd  214 Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 13, 2020 | $0.00 |
| 2371 | Joseph Tallent | 8431 74th Ave N Seminole FL 33777 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 2372 | Josephine Lopez | 7943 West Hess Ave Phoenix AZ 85043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 2373 | | | Vital Pharmaceuticals, Inc. | Contract Photographer Agreement, dated June 28, 2018 | |
| 2374 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated September 19, 2021 | |

| 2375 | Joshua Cabrera H | 3468 Foxcroft Rd # 308 Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 08, 2020 | $0.00 |
| 2376 | Joshua Cook Lynn | 16790 Edward Dr Gulf Shores AL 36542 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 11, 2019 | $0.00 |
| 2377 | Joshua Edwards | 7400 Tallow Wind Trail Apt F Fort Worth TX 76133 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 06, 2022 | $0.00 |
| 2378 | Joshua Eliot Harrison | 1301 Southwest 82nd Ave Plantation FL 33324 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 2379 | Joshua Griego | 5828 Ermemin Ave Northwest Albuquerque NM 87114 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 21, 2021 | $0.00 |
| 2380 | Joshua Griffin Don | 189 Cr 428 Lorena TX 76655 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 11, 2020 | $0.00 |
| 2381 | Joshua Kozak J | 6048 Madison Ave Ottumwa IA 52501 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
| 2382 | Joshua Moreno Steve | 26788 North Claudette St Apt 356 Canyon Country CA 91351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 2383 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated October 21, 2021 | |
| 2384 | Joshua Wilson David | 10543 Northwest 3rd St Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 23, 2019 | $0.00 |
| 2385 | Josue Vargas Mercado | 200 NE 38th St  5 Oakland Park FL 33334 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2021 | $0.00 |
| 2386 | JP Morgan | JP Morgan Securities, 383 Madison Avenue New York, NY 10179 | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated October 14, 2021 | $0.00 |
| 2387 | JRB Convenience | 660 Linton Blvd Delray Beach FL 33444 | Vital Pharmaceuticals, Inc. | COOLER AGREEMENT, dated February 03, 2016 | $0.00 |
| 2388 | Juan Avila | 15225 West Hearn Rd Surprise AZ 85379 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 19, 2018 | $0.00 |
| 2389 | Juan Garza Francisco | 5010 South 6th St Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 2390 | Juan Gaytan Donosa Alberto | 299 North Comanche Dr Chandler AZ 85224 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 2391 | Juan Jimenez Manuel | 26487 Arboretum Way Unit 2103 Murrieta CA 92563 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 08, 2021 | $0.00 |
| 2392 | Juan Ramos Manuel | 142 Wilton Dr Apt 3 Campbell CA 95008 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 2393 | Juan Rios Carlos | 825 North Rowan Ave Los Angeles CA 90063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 21, 2019 | $0.00 |
| 2394 | Juan Ruiz C | 653 Bedford Ave Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2395 | Juan Velez Cock Gonzalo | 5630 Northwest 114th Path Apt 105 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 06, 2019 | $0.00 |
| 2396 | JuanCarlos Wong II | 215 Castro Place Erie CO 80516 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 16, 2019 | $0.00 |
| 2397 | Jucary Estrada Airam | 1725 Main St Apt 1010 Houston TX 77002 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 21, 2019 | $0.00 |
| 2398 | Julian Feiss W | 4930 Magnolia Run Dr Sugarland TX 77478 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 2399 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 20, 2021 | |
| 2400 | Julianna Lippe E | 1535 Everglades Blvd S Naples FL 34117 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 13, 2020 | $0.00 |
| 2401 | Julianna Lippe E | 1535 Everglades Blvd S Naples FL 34117 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 2402 | JuliusWorks, Inc | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated August 01, 2019 | $0.00 |
| 2403 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated January 01, 2022 | |
| 2404 | Justin Brumfield | 4400 Northwest 8th St Coconut Creek FL 33066 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 2405 | Justin Castro Michael | 17617 N 9th St  3105 Phoenix AZ 85022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 15, 2019 | $0.00 |
| 2406 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated June 08, 2017 | |
| 2407 | Justin Niemeyer Thomas | 1720 Northeast 40th Ct Oakland Park FL 33334 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 2408 | Justin Nunez Daniel | 13436 Cypress Ave Chino CA 91710 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 2409 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 19, 2021 | |
| 2410 | Justin Stevens Michael | 4826 W Milada Dr Phoenix AZ 85339 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2411 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 10, 2021 | |

| | | | | | |
|---|---|---|---|---|---|
| 2412 | Kabrick Distributing, Inc. | Thr Schdl 1805 South Benjamin Box 78 Mason CIty IA 50401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 11, 2018 | $0.00 |
| 2413 | | | Vital Pharmaceuticals, Inc. | CONTACT INFORMATION SHEET, dated March 10, 2016 | |
| 2414 | | | Vital Pharmaceuticals, Inc. | CONTACT INFORMATION SHEET, dated May 01, 2014 | |
| 2415 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated April 13, 2021 | |
| 2416 | Kajal Boghara Shailesh | 510 Northeast 17th Ave Apt 101 Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 17, 2022 | $0.00 |
| 2417 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated August 23, 2019 | |
| 2418 | Kaleigh OConnell | 1120 NE Pierce Place Lees Summit MO 64086 | Vital Pharmaceuticals, Inc. | LIVE POWERFULLYTM, dated December 19, 2018 | $0.00 |
| 2419 | Kalen Bull Courtney | 6564 Secluded Ave Las Vegas NV 89110 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 10, 2013 | $0.00 |
| 2420 | | | Vital Pharmaceuticals, Inc. | CONTACT INFORMATION SHEET, dated October 22, 2017 | |
| 2421 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated March 09, 2011 | |
| 2422 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 2423 | | | Vital Pharmaceuticals, Inc. | Letter re: Notice of Violation of Exclusive Promotional Modeling Contract executed on July 22, 2012, dated August 23, 2013 | |
| 2424 | Karen Karie Louise | 7725 South 67th Ln Phoenix AZ 85339 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 2425 | Karen Kwan Jessy | 19028 East Cardinal Way Queen Creek AZ 85142 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 07, 2018 | $0.00 |
| 2426 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 20, 2017 | |
| 2427 | Kari Murphy Gene | 2699 Wax Rd Southeast Aragon GA 30104 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 07, 2020 | $0.00 |
| 2428 | Karin Albright | 6616 Dartmouth Rd Lakeland FL 33809 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 2429 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet / ACH Transfer Authorization Form / W-9 / Select Agreement, dated December 01, 2021 | |
| 2430 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated June 26, 2017 | |
| 2431 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 20, 2019 | |
| 2432 | Karsten Pascua Valeros John | 3018 El Ku Ave Escondido CA 92025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 06, 2021 | $0.00 |
| 2433 | | | Vital Pharmaceuticals, Inc. | MODEL RELEASE and AFFIDAVIT, W-9, dated April 08, 2011 | |
| 2434 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 2435 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 2436 | Katelyn Sisk Nicole | 8110 Pike Rd Apt 1316 Charlotte NC 28262 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 2437 | Katherine Bailey Rena | 2608 Forsythe Ln Concord NC 28025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 30, 2019 | $0.00 |
| 2438 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated November 12, 2021 | |
| 2439 | Katherine Gonzalez Michelle | 20355 Northeast 34th Ct Apt 1123 Aventura FL 33180 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 21, 2020 | $0.00 |
| 2440 | Kathleen Calderon-Sousa J | 1451 Northwest 108th Ave Apt 302 Plantation FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 2441 | Kathleen Cole Ann | 54548 Jack Drive Macomb MI 48042 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 18, 2021 | $0.00 |
| 2442 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated August 22, 2019 | |
| 2443 | Katrina Giles | 7617 Shoal Creek Blvd Austin TX 78757 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |
| 2444 | Kaufman, Rossin & Co. | 2699 S. Bayshore Drive Miami FL 33133 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated February 26, 2019 | $0.00 |
| 2445 | KAUFMAN, ROSSIN & CO., P.A | 2699 South Bayshore Drive Miami  FL 33133 | Vital Pharmaceuticals, Inc. | AGREEMENT FOR PROFESSIONAL ENGAGEMENT, dated December 27, 2018 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 2446 | KAUFMAN, ROSSIN & CO., P.A. | 2699 South Bayshore Drive Miami FL 33133 | Vital Pharmaceuticals, Inc. | AGREEMENT FOR PROFESSIONAL ENGAGEMENT, dated December 27, 2018 | $0.00 |
| 2447 | Kaufman, Rossin & Co., P.A. | 2699 South Bayshore Drive Miami FL 33133 | Vital Pharmaceuticals, Inc. | Contract for Engagement of Services Reviewed | $0.00 |
| 2448 | Kaycee Vielma Gil S | 7000 Idyllwild Ln Riverside CA 92503 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 26, 2021 | $0.00 |
| 2449 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 2450 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated July 17, 2017 | |
| 2451 | | | Quash Seltzer, LLC | Elite Agreement, dated June 04, 2021 | |
| 2452 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated October 15, 2021 | |
| 2453 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 2454 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 11, 2018 | |
| 2455 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, dated October 19, 2021 | |
| 2456 | KCF | Frank Fenimore 200 Cascade Blvd. Milford CT 06460 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 2457 | KCF Nutrition Distributors, Inc. | Attn: Frank Fenimore 200 Cascade Blvd Milford CT 06460 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 2458 | Kehe Distributors, LLC | Kohner Mann Kailas 4650 N Port Washington Rd, Milwaukee WI 53212 12740 Gran Bay Parkway Jacksonville, FL 32258 | Vital Pharmaceuticals, Inc. | Final Notice, dated July 25, 2014 | $0.00 |
| 2459 | Keiran Larkin S | 5148 W Warner St Phoenix AZ 85043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 12, 2018 | $0.00 |
| 2460 | Keith Butler Antoine | 506 Rosemont Dr Decatur GA 30032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 10, 2022 | $0.00 |
| 2461 | Kelby Bello / KRA Asset Group, LLC / KRA Finance, LLC | 15242 SW 20TH ST, MIRAMAR, FL 33027 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated May 19, 2020 | $0.00 |
| 2462 | Keller Logistics Group Inc. | 24862 Elliott Rd. Defiance OH 43512 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 09, 2021 | $0.00 |
| 2463 | Kelley Faulk T | 1408 10th Ave Se Ruskin FL 33570 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 07, 2019 | $0.00 |
| 2464 | Kellie Mignoli Ann | 10761 North Saratoga Dr Hollywood FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2021 | $0.00 |
| 2465 | | | Vital Pharmaceuticals, Inc. | Fitness Model Agreement, dated January 26, 2016 | |
| 2466 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 10, 2021 | |
| 2467 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 26, 2019 | |
| 2468 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated April 08, 2017 | |
| 2469 | Kelly Kayla Nguyen | 8398 West Denton Ln Glendale AZ 85305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 2470 | Kelly Ramirez Serrano Ocampo | c/o Smith & Green Law, PLLC, 3101 N. Central Avenue, Suite 690, Phoenix AZ, 85012 | Vital Pharmaceuticals, Inc. | Mediation Settlement Agreement, dated August 08, 2022 | $0.00 |
| 2471 | Kelly Serrano Ramirez Ocampo | c/o Smith & Green Law, PLLC, 3101 N. Central Avenue, Suite 690, Phoenix AZ, 85012 | Vital Pharmaceuticals, Inc. | Closure Letter, dated August 11, 2022 | $0.00 |
| 2472 | | | Vital Pharmaceuticals, Inc. | Ambassador (National Team) Agreement, dated February 22, 2017 | |
| 2473 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 23, 2021 | |
| 2474 | | | Vital Pharmaceuticals, Inc. | Work for Hire Agreement | |
| 2475 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet | |
| 2476 | Kenna Mikesell Nicole | 1776 East Sierra Madre Ct Gilbert AZ 85296 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 2477 | Kenneth Chapman Andrew | 3940 Appletree Dr Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2478 | Kenneth Harris David | 6153 N 89th Ave Glendale AZ 85305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 2479 | Kenneth Hartwick J | 1535 Evening Spirit Ave Las Vegas NV 89183 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 2480 | Kenneth Herrera | 107-43 Inwood St Jamaica NY 11435 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 2481 | K-Enterprises | Attn: Michael E. Welsh, President 101 Commerce Dr Danville IN 46122 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 09, 2007 | $0.00 |

| 2482 | Kenton Powell Dwayne | 1477 Pheasant Run New Richmond WI 54017 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 12, 2019 | $0.00 |
|---|---|---|---|---|---|
| 2483 | Kentucky Eagle, Inc. | Attn: David Stubblefield, Vice President/General Manager 2440 Innovation Drive Lexington KY 40511 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated March 02, 2021 | $0.00 |
| 2484 | Kentucky Eagle, Inc. | Attn: David Stubblefield, Vice President/General Manager 2440 Innovation Drive Lexington KY 40511 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated March 02, 2021 | $0.00 |
| 2485 | Kentucky Eagle, Inc. | 2440 Innovation Drive Lexington KY 40511 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 30, 2019 | $0.00 |
| 2486 | Kenz LLC | 8683 W Sahara Ave, Ste 180 Las Vegas NV 89117 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 21, 2023 | $0.00 |
| 2487 | Kerry Quebec | 187 Boul Begin Sainte Claire QC G0R 2V0 Canada (418) 833-3301 | Vital Pharmaceuticals, Inc. | Indemnification Agreement, dated March 01, 2009 | $0.00 |
| 2488 | Keshaad Johnson Etrell | 17544 W Hearn Rd Surprise AZ 85388 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2019 | $0.00 |
| 2489 | Ketone Labs, LLC | Attn: Tom Williams 2157 Lincoln Street Salt Lake City UT 84106 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated January 25, 2019 | $0.00 |
| 2490 | Ketone Labs, LLC | 2157 Lincoln Street Salt Lake City UT 84106 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 04, 2021 | $0.00 |
| 2491 | Kevin Anderson & Associates Inc. | 1115 Broadway Floor 10 New York NY 10010 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2021 | $0.00 |
| 2492 | Kevin Conde | 2829 SW 13th Ct Fort Lauderdale FL 33312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2021 | $0.00 |
| 2493 | Kevin Dooley B | 3501 Jepsen Dr # 3220 Forth Worth TX 72364 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2494 | Kevin Einsmann | 1612 Allenton Ave Brandon FL 33511 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2495 | Kevin Foster Joseph | 3010 West Yorkshire Dr Apt 2009 Phoenix AZ 85027-3910 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2019 | $0.00 |
| 2496 | Kevin Hamilton Andre | 14557 Zachary Dr South Jacksonville FL 32218 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 13, 2020 | $0.00 |
| 2497 | Kevin Hooks Rhyne | 218 West ArmiSuitead Dr Brandon MS 39042 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2498 | Kevin Kennedy Michael | 7577 East Calle Granada Anaheim CA 92808 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 2499 | Kevin Koschier A | 10105 N Silver Palm Dr Estero FL 33928 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 04, 2021 | $0.00 |
| 2500 | Kevin McGinnis David | 5338 N 77th St Scottsdale AZ 85250 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 2501 | Kevin Shelp | 12395 61St Ln North West Palm Beach FL 33412 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 2502 | Kevin Thompson A | 10619 W Clairmont Cir Tamarac FL 33321 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 2503 | Keystone Distributing | 3717 Paragon Drive Columbus OH 43228 | Vital Pharmaceuticals, Inc. | Distribution Agreement, dated March 11, 2011 | $0.00 |
| 2504 | Khalsa Transportation Inc. | 13371 South Fowler Ave Selma CA 93662 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 18, 2020 | $0.00 |
| 2505 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 01, 2021 | |
| 2506 | Kimber Thomson Leigh | 230 S Cherrywood Dr #103 Lafayette CO 80026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 03, 2020 | $0.00 |
| 2507 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Model Agreement, dated May 01, 2014 | |
| 2508 | Kimberly Ryder | 201 S Hoskins Rd #214 Charlotte NC 28208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 23, 2020 | $0.00 |
| 2509 | Kimberly Santore Jan | 1778 NE 38th St Oakland Park FL 33334 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 02, 2020 | $0.00 |
| 2510 | King Parret & Droste LLP | 450 Newport Center Drive Suite 500 Newport Beach CA 92660 | Vital Pharmaceuticals, Inc. | Legal Services Agreement, dated February 02, 2012 | $0.00 |
| 2511 | Kira Lovas Marie | 1130 North 2nd St Apt 303 Phoenix AZ 85004 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 12, 2019 | $0.00 |
| 2512 | KK Integrated Logistics, Inc. | 501 4th Avenue PO Box 396 Menominee MI 49858 | Vital Pharmaceuticals, Inc. | Confidential Stipulation and Order for Dismissal, dated June 08, 2015 | $0.00 |
| 2513 | Kleyber Valdes | 2040 Northwest Flagler Terrace Apt 2 Miami FL 33125 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 14, 2021 | $0.00 |
| 2514 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 23, 2019 | |
| 2515 | KMR Construction Management, Inc. | 10424 W State Road 84 Suite 10 Davie FL 33324 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 30, 2020 | $0.00 |

| 2516 | Koach Sports and Nutrition | Jay R. Hoffman PhD 419 Briggs Rd Langhorne PA 19047 | Vital Pharmaceuticals, Inc. | Research Agreement - "Meltdown", dated April 04, 2008 | $0.00 |
|---|---|---|---|---|---|
| 2517 | Koerner Distributor, Inc. | Attn: Jordan Koerner 1601 Pike Avenue Effingham IL 62401 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 23, 2021 | $0.00 |
| 2518 | Koerner Distributor, Inc. | Attn: Jordan Koerner 1601 Pike Avenue Effingham IL 62401 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated April 23, 2021 | $0.00 |
| 2519 | Kohlfeld Distributing, Inc. | Attn: Courtland Kohlfeld 4691 East Jackson Blvd. Jackson MO 63755 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 21, 2021 | $0.00 |
| 2520 | Kohlfeld Distributing, Inc. | Attn: Courtland Kohlfeld 4691 East Jackson Blvd. Jackson MO 63755 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated January 27, 2021 | $0.00 |
| 2521 | Kolay Tun, d/b/a D.I., Brokerage | 40 Exchange Place Suite 2010 New York NY 10005 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidential Finder's Fee Agreement, dated January 24, 2017 | $0.00 |
| 2522 | Konings Drinks BV | Teteringsedijk 227 Breda ME 4817 Netherlands | Vital Pharmaceuticals, Inc. | Konings Drinks BV Offer Letter, dated April 28, 2022 | $0.00 |
| 2523 | Konsey Tekstil ITH.IHR.SAN.TIC.LTD.STI | 1. Sk.Sariana Marmaris Mugla 48700 TR | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 2524 | Krista Ali | 11737 West Atlantic Blvd Apt 6 Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Confidentiality and Non-Disclosure Agreement, dated November 03, 2021 | $0.00 |
| 2525 | Krista Owoc Marie | 11807 SW 47th Ct Fort Lauderdale FL 33330-4007 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 02, 2021 | $0.00 |
| 2526 | | | Vital Pharmaceuticals, Inc. | Fitness Model Agreement, dated April 04, 2016 | |
| 2527 | Kristen Oubre L | 3242 West Acoma Dr Phoenix AZ 85053 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 21, 2018 | $0.00 |
| 2528 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated February 14, 2017 | |
| 2529 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 09, 2018 | |
| 2530 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2531 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 28, 2017 | |
| 2532 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 06, 2019 | |
| 2533 | KW Beverage | 825 Bluff Road Columbia SC 29201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2018 | $0.00 |
| 2534 | Kwangdong Pharmaceutical Ltd. | 85 Seochojungangro Seoul SK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 19, 2021 | $0.00 |
| 2535 | Kwik Stop | 700 S Federal Hwy Ft. Lauderdale FL 33302 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated February 02, 2016 | $0.00 |
| 2536 | Kyle Kozlowski Andrew | 8313 Solano Bay Loop Apt 1531 Tampa FL 33635 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 09, 2019 | $0.00 |
| 2537 | Kyle Mabe Aaron | 4026 West Saint Kateri Dr Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 22, 2021 | $0.00 |
| 2538 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 23, 2019 | |
| 2539 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 2540 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated December 01, 2021 | |
| 2541 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated December 29, 2016 | |
| 2542 | L & E Bottling Co., Inc. | 3200 Mottman Rd Sw Tumwater WA 98512-5658 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 22, 2019 | $0.00 |
| 2543 | L Catterton Growth Managing Partner IV, Limited Partnership | 599 West Putnam Ave. Greenwich CT 06830 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 30, 2021 | $0.00 |
| 2544 | L Catterton Management Limited | 599 W Putnam Ave Greenwich CT 06830 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated December 01, 2021 | $0.00 |
| 2545 | L&E Bottling Co., Inc | 3200 Mottman Road SW Olympia WA 98512 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2015 | $0.00 |
| 2546 | L&H Investments LLC dba Bernie Little Distributors | Attn: Joseph Little 4105 Maine Ave Eaton Park FL 33840 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 2023 | $0.00 |
| 2547 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit | |
| 2548 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 01, 2021 | |
| 2549 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 01, 2021 | |

| 2550 | LaGrange Grocery Company | 143 Busch Drive LaGrange GA 30241 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2018 | $0.00 |
|---|---|---|---|---|---|
| 2551 | Lake Beverage Corp. | Attn: Bernie Schroeder, President 900 John Street West Henrietta NY 14586 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 31, 2018 | $0.00 |
| 2552 | Lakeshore Beverage LLC | Attn: Charles W. Hand 400 N Elizabeth Street Chicago IL 60624 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 | $0.00 |
| 2553 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 21, 2018 | |
| 2554 | Lamon Burkley Dewayne | 8709 Flying Ranch Rd Fort Worth TX 76134-4168 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 2555 | LaMonica Beverages , Inc. | Michael J. LaMonnica, Jr. 4060 Rock Valley Parkway Loves Park iL 61111 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 29, 2018 | $0.00 |
| 2556 | Landmark American Insurance Company | 945 East Paces Ferry Road NE, Suite 1800, Atlanta, GA 30326 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 2557 | Lane Ory A | 79 Southwest 12th St Apt 3305 Miami FL 33130 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 04, 2010 | $0.00 |
| 2558 | Lanice Davison Mechelle | 7723 South 45th Ln Phoenix AZ 85339 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 09, 2021 | $0.00 |
| 2559 | Lanorris Drayton Louis | 677 Northwest 42nd Ave Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 01, 2022 | $0.00 |
| 2560 | LAPCO Inc, d/b/a Humboldt Beer Distributors | Attn: Scott Cooper, General Manager 202 Commercial Street Eureka CA 95501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 12, 2018 | $0.00 |
| 2561 | Laron Turner William | 7545 Oso Blanca Rd Unit 3209 Las Vegas NV 89149 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 2562 | Larry Morillo Mendez J | 6420 Northwest 102nd Path Apt 303 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 30, 2016 | $0.00 |
| 2563 | Larry Thaxton Eugene | 15310 West Evans Dr Surprise AZ 85379 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 03, 2022 | $0.00 |
| 2564 | Larry's Distributing Co., Inc. | Attn: Tyson R. Gutschow 3815 Playbird Road Sheboygan WI 53083 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 17, 2021 | $0.00 |
| 2565 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2566 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 02, 2011 | |
| 2567 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated August 23, 2021 | |
| 2568 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated October 06, 2018 | |
| 2569 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated November 18, 2014 | |
| 2570 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated September 01, 2017 | |
| 2571 | Laurel A. Decker, P.A. | Attn: Laurel A. Decker 519 N D Street Lake Worth FL 33460 | Vital Pharmaceuticals, Inc. | Independent Contractor's Agreement | $0.00 |
| 2572 | Laurel A. Decker, P.A. | Attn: Laurel A. Decker 519 N D Street Lake Worth FL 33460 | Vital Pharmaceuticals, Inc. DBA VPX/Redline | Independent Contractor Non-Disclosure and Confidentiality Agreement | $0.00 |
| 2573 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 03, 2019 | |
| 2574 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated March 08, 2019 | |
| 2575 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 08, 2019 | |
| 2576 | Laurence Costa | 5410 Marlatt St Jurupa Valley CA 91752 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 17, 2006 | $0.00 |
| 2577 | Law360 | Paul Kevins 111 West 19th Street, 5th Floor New York NY 10011 | Vital Pharmaceuticals, Inc. | Subscription Order Form - Enterprise Plan, dated December 09, 2019 | $0.00 |
| 2578 | Lawrence Blackwood John | 2930 Sandwell Dr Winter Park FL 32792 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 2579 | Lawson Rivenbark Ray | 5105 Flowes Store Rd Concord NC 28025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 2580 | LawToolBox | Attn: Will Gosnell PO BOX 176209, Denver CO 80217 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated March 08, 2019 | $0.00 |
| 2581 | LawToolBox.com, Inc. | PO BOX 176209 Denver, CO 80217 | Vital Pharmaceuticals, Inc. | Pallet | $0.00 |
| 2582 | Layne Christensen Company | 1209 N Orange St Wilmington DE 19801 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 24, 2020 | $0.00 |
| 2583 | Lazaro Diaz | c/o Fedex, 942 South Shady Grove Road, Memphis, TN 38120 | Vital Pharmaceuticals, Inc. dba VPX | Voter Non-Disclosure Agreement, dated October 30, 2019 | $0.00 |
| 2584 | Lazaro Medina Revilla | 2665 Havenwood Rd West Palm Beach FL 33415 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 19, 2021 | $0.00 |
| 2585 | LDF Sales & Distributing, Inc. | Attn: Sandy Elliot 10610 E 26th Circle North Wichita KS 67226 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 | $0.00 |
| 2586 | LDF Sales & Distributing, Inc. | 10610 E 26TH CIR N / WICHITA KS 67226-4536 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 11, 2022 | $0.00 |

| 2587 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 02, 2018 | |
| 2588 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 01, 2018 | |
| 2589 | Lebolo Construction Management, Inc. | 2100 Corporate Drive Boynton Beach FL 33426 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated December 05, 2019 | $0.00 |
| 2590 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2591 | Leda Lerida | 6441 SW 20 Ct Miramar FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 19, 2013 | $0.00 |
| 2592 | Lee & Associates - Industry, Inc. | Attn: Ben Fukukura 13181 Crossroads Pkwy North Ste 300 City of Industry, CA 91746 562-699-75000 | Vital Pharmaceuticals, Inc. | Disclosure Regarding Real Estate Agency Relationship, dated August 24, 2017 | $0.00 |
| 2593 | Lee Kindel B | 544 Hartzell School Rd Fombell PA 16123 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 2594 | Lee McCucheon aka Lee Priest | PO Box 49 Telerah  2320 Australia | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated February 01, 2011 | $0.00 |
| 2595 | Legacy Distributing Group NEW AGE | 18245 E 40th Avenue, Aurora, CO 80011 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 11, 2022 | $0.00 |
| 2596 | LegalSearch, Inc | 510 East 85th Street New York NY 10028 | Vital Pharmaceuticals, Inc. | Search Fee Agreement | $0.00 |
| 2597 | Lem Taylor, Ph.D. | c/o Human Performance Laboratory Department of Exercise and Sport Science University of Mary Hardin Baylor UMHB Box 8010 Belton TX 76513 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 16, 2009 | $0.00 |
| 2598 | Leonardo Zuluaga | 12374 Northwest 12th Ct Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2599 | Lerby Sylvera David | 1372 Avon Ln Apt 210 North Lauderdale FL 33068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2600 | Leroy Cobb | 3201 Meridius Place Unit 304 Kissimmee FL 34747 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 2601 | Levis Cordero | 18620 NW 48th Pl Miami FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 19, 2021 | $0.00 |
| 2602 | Leviticus Meymand Tomas | 1512 Hollow Hill Dr Bryan TX 77802 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 20, 2019 | $0.00 |
| 2603 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2604 | Lexington Insurance Company | 99 High St, Floor 24, Boston, MA 02110-2378 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 2605 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet / ACH Payment Form / W-9 / Brand Ambassador Agreement / Rules & Regulations, dated October 18, 2017 | |
| 2606 | Lhaura Rodriguez | 10825 Southwest 88th St Apt 140 Miami FL 33176 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 2607 | Lia Panzacchi Beatrice | 1420 Brickell Bay Dr Apt 104 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 23, 2022 | $0.00 |
| 2608 | Liana Roman | 10717 Northwest 76th Ln Medley FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 2609 | Liangxi Li | 10371 NW 17th Ct Plantation FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2022 | $0.00 |
| 2610 | Liangxi Li | 10871 NW 12th Place Weston FL 33322 | Vital Pharmaceuticals, Inc. | Confidential Employee Loan Agreement, dated April 06, 2018 | $0.00 |
| 2611 | Linal, Inc. | 900-C River Street Windsor CT 06095 | Vital Pharmaceuticals, Inc. | Nondisclosure & Non-circumvention Agreement, dated May 05, 2016 | $0.00 |
| 2612 | Lincoln Financial Media Company of Florida aka Waxy-Fm | 20450 Northwest Second Avenue Miami FL 33169 | Vital Pharmaceuticals, Inc. | General Release, dated July 07, 2014 | $0.00 |
| 2613 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated January 01, 2015 | |
| 2614 | Link Logistics | 3400 NE 192 St. Suite 107 Aventura FL 33180 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated August 01, 2021 | $0.00 |
| 2615 | LinkedIn Corporation | 62228 Collections Center Drive, Chicago IL 60693-0622 | Vital Pharmaceuticals, Inc. | Subscription Services Agreement | $0.00 |
| 2616 | Lisa Fernandez Marie | 1395 NE 33rd Ave  107 Homestead FL 33033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 08, 2014 | $0.00 |
| 2617 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated January 03, 2018 | |
| 2618 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 10, 2011 | |
| 2619 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 15, 2018 | |

| 2620 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
|---|---|---|---|---|---|
| 2621 | Lithia Springs Holdings, LLC | 5 International Drive Suite 125 Rye Brook NY 10573 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 07, 2019 | $0.00 |
| 2622 | LiveWorld, Inc. | 2105 South Bascom Ave #195 Campbell CA 95008 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 02, 2020 | $0.00 |
| 2623 | Livingston | 670 Young St Tonawanda NY 14150-4403 | Vital Pharmaceuticals, Inc. | Pricing Agreement, dated April 03, 2019 | $0.00 |
| 2624 | Livingston International Inc. | 405 The West Mall Toronto ON M9C 5K7 Canada | Vital Pharmaceuticals, Inc. | Client Service Agreement | $0.00 |
| 2625 | Livingston International, Inc. | 425 South Financial Place Gateway Plaza Suite 3200 Chicago IL 60605 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 26, 2019 | $0.00 |
| 2626 | Lizbeth Ruiz | 1118 East 7th St Mesa AZ 85203 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 30, 2017 | $0.00 |
| 2627 | Lloyd Distributing Company, Inc. | Attn: Rodney Edwards 3705 Highway V Rolla MO 65401 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated April 20, 2021 | $0.00 |
| 2628 | Lloyd Distributing Company, LLC | 23731 State Highway 11 Kirksville MO 63501-7709 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated May 05, 2021 | $0.00 |
| 2629 | Lloyd-James Plant Based Sales & Marketing | Suite 203-2780 Granville Street Vancouver BC V6H-3J3 Canada | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 12, 2018 | $0.00 |
| 2630 | Lloydlyn Garcon | 6170 SW 5th Street Margate FL 33068 (305) 978-7842 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 25, 2020 | $0.00 |
| 2631 | Lloyd's of London | 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017 | Vital Pharmaceuticals, Inc. | Stock Thru Put / Cargo / General Liability Insurance Policy, dated May 31, 2023 | $0.00 |
| 2632 | Lloyd's of London | 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017 | Vital Pharmaceuticals, Inc. | General Liability Insurance Policy, dated May 31, 2023 | $0.00 |
| 2633 | Lloyd's of London | 280 Park Avenue, East Tower, 25th Floor, New York, NY 10017 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy | $0.00 |
| 2634 | LMI Tech Systems, LLC | 4860 N. Royal Atlanta Drive Tucker GA 30084 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 2635 | Locher Bros., Inc. | Attn: Tim Hukriede 18098 365th Avenue Green Isle MN 55338 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated April 02, 2021 | $0.00 |
| 2636 | Logan Bean Patrick | 501 Southeast 2nd St Apt 1204 Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2011 | $0.00 |
| 2637 | Logan Beverage | Leonard DelBaggio 150 W 14th Street Tyrone PA 16686 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 21, 2021 | $0.00 |
| 2638 | Logan Beverage, Inc. | Attn: Leonard DelBaggio 150 W 14th St Tyrone PA 16686 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 21, 2021 | $0.00 |
| 2639 | Logan Watson Michael | 2850 University Square Dr Unit 226 Tampa FL 33612 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $0.00 |
| 2640 | London Wilson Wayne | 4337 Hedge Dr East Lakeland FL 33812 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 06, 2018 | $0.00 |
| 2641 | Lone Star Cable | 2340 E. Trinity Mills Ste. 300 Carrollton TX 75006 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 2642 | Long Beverage, Inc. | 10500 World Trade Blvd Raleigh NC 27617 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated April 06, 2021 | $0.00 |
| 2643 | Long Beverage, Inc. | 10500 World Trade Blvd Raleigh NC 27617 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated March 09, 2021 | $0.00 |
| 2644 | Longbow Advantage USA, Inc. | 555 Briarwood Circle Suite 118 Ann Arbor MI 48108 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated January 30, 2019 | $0.00 |
| 2645 | Louceria Ford Sherrell | 11121 Veterans Memorial Hwy Lot 59 Douglasville GA 30134 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 2646 | Lourdes Barsky | 1844 Southwest 142nd Place Miami FL 33175 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 25, 2021 | $0.00 |
| 2647 | Love Bottling Company | 3200 S 24th Street West Muskogee OK 74402 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2648 | LSQ Funding Group, LLC | 2600 Lucien Way Ste 100 Maitland FL 32751 | Vital Pharmaceuticals, Inc. | Confidentiality & Non-Circumvention Agreement, dated April 06, 2015 | $0.00 |
| 2649 | Lu Li | 252 Aspen Way Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2022 | $0.00 |
| 2650 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 2651 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 05, 2017 | |
| 2652 | Lucas Hill Eugene | 3580 Organ Church Rd Rockwell NC 28138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 06, 2022 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2653 | Lucero Alejo | 5000 Southwest 148th Ave Southwest Ranches FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 2654 | Lucky 7 Beverage Co | 545 Southwest 2nd Avenue Canby OR 97013 | Vital Pharmaceuticals, Inc. | Authorized Distribution Agreement, dated February 10, 2023 | $0.00 |
| 2655 | Lucozade Ribena Suntory Limited | 2 Longwalk Road Stockley Park Uxbrideg UB11 1BA UK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 2656 | Ludington Beverage Co. Inc | Attn: Rick Tyndall 816 N Washington Ave. Ludington MI 49431 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 2657 | Ludington Beverage Co. Inc. | Rick Tyndall 816 N Washington Ave Ludington MI 49431 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 2658 | Ludwig & Associates | Bob Ludwig, President 3003 Meadow View Ct Harrison City PA 15636 | Vital Pharmaceuticals, Inc. | Fee Agreement, dated October 28, 2019 | $0.00 |
| 2659 | Luis Caro | luis.caro_v@bangenergy.com | Vital Pharmaceuticals, Inc. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 28, 2021 | $0.00 |
| 2660 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 31, 2018 | |
| 2661 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated September 01, 2021 | |
| 2662 | Luis Garcia Lamas Miguel | 8177 NW 8th St Apt D3 Miami FL 33126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 2663 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated February 01, 2022 | |
| 2664 | Luis Reyes Velez Rafael | 4053 Abbey Ct Haines City FL 33844 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 23, 2022 | $0.00 |
| 2665 | Luis Rios | 18432 NW 22nd St, Pembroke Pines FL (954) 433-7681 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 10, 2008 | $0.00 |
| 2666 | Luis Rodriguez Rafael | 14440 SW 51St St Miami FL 33175 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2021 | $0.00 |
| 2667 | Luis Villarreal Carlos | 4621 West Ellis St Phoenix AZ 85339 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 08, 2018 | $0.00 |
| 2668 | Luis Villarreal Jr Carlos | 4522 North 15th Ave Phoenix AZ 85015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2021 | $0.00 |
| 2669 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated October 17, 2014 | |
| 2670 | Luisa Benjumea F | 8498 Telfair Dr  124 Kissimmee FL 34747 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 2671 | | | Vital Pharmaceuticals, Inc | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2672 | | | Quash Seltzer, LLC | Elite Team Agreement, dated December 01, 2021 | |
| 2673 | Lukas J. Fischer | 7950 NW 53RD ST Suite 337 Miami, FL 33166 | Vital Pharmaceuticals, Inc. | ADDENDUM TO SETTLEMENT AGREEMENT, dated June 09, 2016 | $0.00 |
| 2674 | Luke Chop William | 2850 University Square Dr Room 478C Tampa FL 33612 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 2675 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated October 25, 2017 | |
| 2676 | Luke Locascio Joseph | 7001 NW 5th St Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 02, 2019 | $0.00 |
| 2677 | Luke Short Charles Toan | 1428 South Terrace Rd Tempe AZ 85281 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 24, 2019 | $0.00 |
| 2678 | Lunchbox Technologies Inc. | 1216 Broadway New York NY 10001 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated September 27, 2021 | $0.00 |
| 2679 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 18, 2018 | |
| 2680 | Luz Morales Johanna | 14831 Southwest 18th St Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 2681 | Luz Rodriguez | 402 SW 74th Ave North Lauderdale FL 33068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 2682 | Lysnel Petit Frere | 551 NW 42nd Ave  606 Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2022 | $0.00 |
| 2683 | M & C Beverage, Inc | Carter Mollgaard 419 North 9th Street Miles City MT 59301 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 | $0.00 |
| 2684 | M. M. Fowler, Inc. dba Family Fare | 4220 Neal Road / Durham NC 27705 / US | Vital Pharmaceuticals, Inc. | 2023 Shelf Slotting Agreement, dated October 21, 2022 | $0.00 |
| 2685 | M. Price Distributing, LLC | Chance Price One Budweiser Street Hampton VA 23661 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 12, 2018 | $0.00 |
| 2686 | M.K. Distributors, Inc. | Attn: Nick Makris 310 South Linden Street Pine Bluff AR 71601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 | $0.00 |
| 2687 | Mac Papers | PO BOX 745747 / ATLANTA GA 30374-5747 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 2688 | Maceoo, LLC | 3722 S Las Vegas Blvd #2302 Las Vegas NV 89103 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 23, 2020 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2689 | Mac's Convenience Stores | PO Box 347 Columbus IN 47202 | Vital Pharmaceuticals, Inc. | Sponsorship Agreement, dated December 01, 2010 | $0.00 |
| 2690 | Madeline Dellinger Elizabeth | 722 Bryson Way Southlake TX 76092 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 27, 2020 | $0.00 |
| 2691 | Madeline Hubbard Grace | 128 Mesa Dr Johnson City TN 37615 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 2692 | Made-Rite Company | Les Rickett 315 East Industrial Boulevard Longview TX | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 01, 2008 | $0.00 |
| 2693 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 17, 2021 | |
| 2694 | Madison Bottling Company | Scot Roth 2369 Hwy 40  Madison MN 56256 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 18, 2018 | $0.00 |
| 2695 | Madison Bottling Company | 2369 HWY 40 / MADISON MN 56256 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement Reinstatement, dated October 11, 2022 | $0.00 |
| 2696 | Madison Holmes Lee | 7170 Barton Creek Ct Las Vegas NV 89113 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 27, 2022 | $0.00 |
| 2697 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 20, 2021 | |
| 2698 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated July 13, 2018 | |
| 2699 | Magic Leap, Inc. | 7500 West Sunrise Boulevard Plantation FL 33322 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated October 26, 2021 | $0.00 |
| 2700 | Maikel Contreras Rojas J | 11665 SW 17th St Bldg 172 Pembroke Pines FL 33025-1700 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 02, 2019 | $0.00 |
| 2701 | Main Beverage | Attn: Dave Niewiadomski 202 S. Lansing Owosso MI 48867 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 2702 | Main Street Ingredients | 2340 Enterprise Avenue La Crosse WI 54603 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement | $0.00 |
| 2703 | Main Street Ingredients | 2340 Enterprise Avenue La Crosse WI 54603 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Manufacturing, Confidentiality, and Non-Compete Agreement | $0.00 |
| 2704 | Maine Distributors, Inc. | Attn Douglas Solman, President 5 Coffey Street Bangor ME 04401 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated September 03, 2021 | $0.00 |
| 2705 | Makasa Covin | 1474 Nena Hills Ct. Tallahassee FL 32304 | Vital Pharmaceuticals, Inc. | Residential Lease Agreement, dated January 25, 2013 | $0.00 |
| 2706 | Makenzie Wiemer Taylor | 5515 East 5th St Tulsa OK 74112 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 05, 2018 | $0.00 |
| 2707 | Makers Nutrition | 315 Oser Ave Hauppauge NY 11788 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 05, 2021 | $0.00 |
| 2708 | Malcolm Green Rashad | 2324 W Scissortail Ct North Las Vegas NV 89084 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2709 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 25, 2019 | |
| 2710 | Managed Mobile, Inc. | 1901 Nancita Circle Placentia CA 92870 | Vital Pharmaceuticals, Inc. | Statement of Service Terms, dated August 02, 2018 | $0.00 |
| 2711 | Manchester United Football Club Limited | Sir Matt Busby Way Old Trafford Manchester M16 0RA UK | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 09, 2021 | $0.00 |
| 2712 | Mane Inc. | 2501 Henkle Dr. Lebanon OH 45036 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 29, 2021 | $0.00 |
| 2713 | Mango Technologies, Inc. DBA ClickUp | 350 10TH AVE STE 500 / SAN DIEGO CA 92101-7497 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 2714 | Manhattan Associates, Inc. | Bruce Richards, SVP and Chief Legal Officer 2300 Windy Ridge Parkway, 10th Floor, Atlanta, Georgia 30339 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 11, 2019 | $0.00 |
| 2715 | Manjit Gill S | 19512 SW 53rd St Miramar FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 01, 2019 | $0.00 |
| 2716 | ManTech Advanced Systems International Incorporated | 2251 Corporate Park Drive Herndon VA 20171 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 01, 2021 | $0.00 |
| 2717 | Manuel Fraijo | 8002 W Orange Dr Glendale AZ 85303-5564 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 2718 | Manuel Gallardo A | 7803 Northwest 194th St Hialeah FL 33015 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 04, 2022 | $0.00 |
| 2719 | Map Legacy, Inc., dba Signature Grand | 1995 E. Oakland Park Blvd. #210, Fort Lauderdale, FL 33306 | Vital Pharmaceuticals, Inc. | Proposal for Settlement, dated October 28, 2020 | $0.00 |
| 2720 | Map Legacy, Inc., dba Signature Grand | Jerome R. Schechter, P.A. 1995 E. Oakland Park Blvd. #210, Fort Lauderdale, FL 33306 | Vital Pharmaceuticals, Inc. | Stipulation for Dismissal with Prejudice, dated April 01, 2021 | $0.00 |
| 2721 | Maple City Ice Co., Inc. | Attn: John P. Hipp 371 Cleveland Road Norwalk OH 44857 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 25, 2019 | $0.00 |

| 2722 | Maple City Ice Co., Inc. | John P, Hipp 371 Cleveland Road Norwalk OH 44857 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 25, 2019 | $0.00 |
|---|---|---|---|---|---|
| 2723 | Marc Bower Edward | 18133 North Cook Dr Maricopa AZ 85138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 25, 2019 | $0.00 |
| 2724 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated January 01, 2022 | |
| 2725 | Marc J. Kesten, Esq. | 9220 Trotters Ln Parkland FL 33067 | Vital Pharmaceuticals, Inc. | Power of Attorney for Acts Before Invima, dated June 07, 2019 | $0.00 |
| 2726 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 20, 2021 | |
| 2727 | Marchetti Distributing Co., Inc. | Attn: JoAnn L. Jorgensen 700 Emeline Street Sault Ste. Marie MI 49783 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 2728 | Marchetti Distributing Company Inc. | Attn: JoAnn L. Jorgensen 700 Emeline Street Sault Ste. Marie MI 49783 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated February 01, 2021 | $0.00 |
| 2729 | Marckel Bell L | 422 Tala Dr Sw Concord NC 28027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 25, 2022 | $0.00 |
| 2730 | Marcum, LLP | 450 East Las Olas Boulevard Ninth Floor Ft. Lauderdale FL 33301 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 11, 2020 | $0.00 |
| 2731 | Marcus, Clegg & Mistretta | One Canal Plaza Suite 600 Portland ME 04101 | Vital Pharmaceuticals, Inc. | Engagement Letter, dated July 07, 2014 | $0.00 |
| 2732 | Marden-Kate, Inc. | 575 Underhill Blvd. Suite 222 Syosset NY 11791 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 09, 2020 | $0.00 |
| 2733 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated June 02, 2011 | |
| 2734 | Margaret Sycalik Elizabeth | 4406 Feagan St Unit A Houston TX 77007 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 05, 2019 | $0.00 |
| 2735 | | | Vital Pharmaceuticals, Inc. | Addendum "3" MODEL RELEASE and AFFIDAVIT, dated February 24, 2014 | |
| 2736 | | | Quash Seltzer, LLC | Select Agreement, dated October 01, 2021 | |
| 2737 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 27, 2018 | |
| 2738 | Maria Corona Angeles | 574 Southwest 183rd Way Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 2739 | Maria De Leon A | 3513 Salzedo St Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 18, 2021 | $0.00 |
| 2740 | Maria Demiranda Alejandra | 25080 Southwest 107th Ave Homestead FL 33032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 20, 2020 | $0.00 |
| 2741 | Maria Diaz Guadalupe | 7906 West Cavalier Dr Glendale AZ 85303 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 11, 2019 | $0.00 |
| 2742 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet | |
| 2743 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2744 | Maria Morales Camila | 1480 Northwest North River Dri Apt 609 Miami FL 33125 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 31, 2019 | $0.00 |
| 2745 | Maria Solis Del Pilar | 13279 Northwest 5th St Plantation FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2022 | $0.00 |
| 2746 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2747 | Maribel Flecha | 3265 Countryside View Dr St Cloud FL 34772 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 2748 | Maricarmen Rozas | 14821 SW 54th St Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 2749 | Marice Pomo | 8421 Sheraton Dr Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 01, 2021 | $0.00 |
| 2750 | | | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 18, 2009 | |
| 2751 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 27, 2018 | |
| 2752 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated June 03, 2011 | |
| 2753 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 16, 2021 | |
| 2754 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated April 30, 2016 | |
| 2755 | Mario Arauz | 19515 NW 55 Cir Pl Miami FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 26, 2016 | $0.00 |
| 2756 | Mario Gelig Alvarado | 12418 West Monroe St Avondale AZ 85323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 2757 | Mario Guerrero | 436 North Bellflower Blvd Apt 118 Long Beach CA 90814 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 16, 2022 | $0.00 |

| 2758 | Mario Quagliatta III Gustavo | 12761 Southwest 20th Street Miami FL 33175 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
|---|---|---|---|---|---|
| 2759 | Marissa Garcia A | 3958 Devenshire Ct Coconut Creek FL 33073 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 2760 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement - Marketing Contractor Services Agreement, W-9 and direct deposit forms, dated February 25, 2019 | |
| 2761 | | | Vital Pharmaceuticals, Inc. | Fitness Model Endorsement Agreement, dated November 01, 2016 | |
| 2762 | Mark Caporale | 21278 Calistoga Road Middletown CA 95461 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated October 18, 2017 | $0.00 |
| 2763 | Mark Euceda Anthony | 5442 Pomona Blvd East Los Angeles CA 90022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 20, 2020 | $0.00 |
| 2764 | Mark Fagan W. | 4649 Gillespie Ln Plant City FL 33567 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 07, 2020 | $0.00 |
| 2765 | | | Quash Seltzer, LLC | Elite Agreement, dated September 01, 2021 | |
| 2766 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 2767 | Markstein Beverage Co. of Sacramento | Hayden Markstein 60 Main Avenue Sacramento CA 95838 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 07, 2018 | $0.00 |
| 2768 | Markstein Sales Company | 1645 Dr In Way Antioch CA 94506 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 18, 2019 | $0.00 |
| 2769 | Marlisse Garcia Angel | 6257 Shore PiNE Ct Rancho Cucamonga CA 91739 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 04, 2015 | $0.00 |
| 2770 | Marlon Mais Olando | 9520 Northwest 9th Ct Plantation FL 33324 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2019 | $0.00 |
| 2771 | Maroone Ford of Margate | 5401 West Copans Road Margate FL 33063 | Vital Pharmaceuticals, Inc. | Addendum for commercial Ford van lease agreement, dated November 22, 2011 | |
| 2772 | Maroone Ford of Margate | 5401 West Copans Road Margate FL 33063 | Vital Pharmaceuticals, Inc. | Commercial Ford Van lease agreement, dated August 19, 2011 | |
| 2773 | Maroone Ford of Margate | 5401 West Copans Road Margate FL 33063 | Vital Pharmaceuticals, Inc. | Retail Purchase Agreement, dated April 23, 2012 | |
| 2774 | Marsala Beverage Limited Partnership | Attn: Damon Marsala, President 825 Stone Avenue Monroe LA 71201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 02, 2018 | $0.00 |
| 2775 | Marsh & McLennan Agency LLC, d/b/a Marsh & McLennan Insurance Agency LLC | 9171 Towne Centre Drive Suite 500 San Diego CA 92122 | Vital Pharmaceuticals, Inc. | Mutual Non-Disclosure Agreement, dated January 08, 2019 | $0.00 |
| 2776 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 04, 2018 | |
| 2777 | Martino Montalto J | 39852 Bridgeview St Harrison Township MI 48045 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 05, 2020 | $0.00 |
| 2778 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated October 01, 2016 | |
| 2779 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated May 25, 2017 | |
| 2780 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated February 06, 2018 | |
| 2781 | Mary Hinson Deese | 15928 White St Apt 207 Charlotte NC 28278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2021 | $0.00 |
| 2782 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated December 18, 2018 | |
| 2783 | Mary Perkins Lynne | 590 Brinkburn Point Ave Las Vegas NV 89178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 2784 | Mary Winter Kate | 2669 Michael Ct Northeast Salem OR 97305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 11, 2008 | $0.00 |
| 2785 | Matagrano, Inc. | 440 Forbes Blvd S San Fran CA 94080-2015 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated February 06, 2019 | $0.00 |
| 2786 | Matchbox Mobile, Inc. | 10695 Dean Martin Drive USA Unit 1201 Las Vegas NV 89141 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 02, 2020 | $0.00 |
| 2787 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated September 22, 2018 | |
| 2788 | Mathias Pedersen Brix | 4305 Laurel Ridge Cir Weston FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 22, 2021 | $0.00 |
| 2789 | Mathias Properties, Inc. | 5571 Bleaux Ave. Suite A Springdale AR 72764 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 09, 2020 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2790 | | | Quash Seltzer, LLC | Elite Agreement, dated May 03, 2021 | |
| 2791 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 03, 2021 | |
| 2792 | Matrix-Exclusive Beverage | 154 Marine St. Farmingdale NY 11735 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2793 | Matt Dunwoody | 4418 Shrewbury Pl Land O' Lakes, FL 34638 | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated October 13, 2021 | $0.00 |
| 2794 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated September 09, 2016 | |
| 2795 | Matthew Acton | 26 Prentice Road Levittown NY 11756 | Vital Pharmaceuticals, Inc. | Consent and Release for Use of Likeness, dated April 01, 2016 | $0.00 |
| 2796 | Matthew Buswell Wayne | 200 E Alessandro #71 Riverside CA 92508 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 31, 2021 | $0.00 |
| 2797 | Matthew Camp | 851 Briargrove Ave Davenport FL 33837 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 30, 2020 | $0.00 |
| 2798 | Matthew Cox Tyson | 106 Greenbriar Spartanburg SC 29302 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 2799 | Matthew Fearneyhough Len | 2754 Greenbrier Dr Cleveland TN 37312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 19, 2022 | $0.00 |
| 2800 | Matthew Garza | 605 Bunting Ave Fountain CO 80817-1807 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 17, 2019 | $0.00 |
| 2801 | Matthew Lotterman E | 600 Fairbanks Ct Unit 2507 Chicago IL 60611 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 26, 2019 | $0.00 |
| 2802 | Matthew Malone David | 513 Niagara Falls Dr Anna TX 75409 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 02, 2022 | $0.00 |
| 2803 | Matthew Owen Shuler | 824 Walden Hills Court Augusta GA 30909 | Vital Pharmaceuticals,Inc., DBA VPX Sports | Confidential Settlement Agreement and General Release | $0.00 |
| 2804 | Matthew Phillips Allen | 3042 Southwest Indian Place Redmond OR 97756 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 29, 2022 | $0.00 |
| 2805 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated January 03, 2021 | |
| 2806 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated September 20, 2016 | |
| 2807 | Matthew Tomlinson R | 3003 EaSuitern Ave Baltimore MD 21224 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 30, 2021 | $0.00 |
| 2808 | Matthew Wolov Blake | 4710 Pin Oaks Cir Rockwall TX 75032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2809 | | | Quash Seltzer, LLC | Elite Agreement, dated January 01, 2022 | |
| 2810 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated January 01, 2022 | |
| 2811 | Mauricio Gonzalez-Maya Andres | 3842 San Simeon Cir Weston FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 2812 | Maverick Distribution LLC | Attn: Tim Thomas 1322 E Harman Ave Omaha NE 68110 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 15, 2019 | $0.00 |
| 2813 | Maverick Distribution, LLC | 1322 E Hartman Ave Omaha NE 68110 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated September 24, 2019 | $0.00 |
| 2814 | Maverick, Inc. | Attn: Mark Keller 880 W. Center Street North Salt Lake UT 84054 | Vital Pharmaceuticals, Inc. | Standard Vendor Terms and Conditions for Products, dated December 14, 2015 | $0.00 |
| 2815 | Maverik, Inc. | 185 S STATE ST STE 800 / SALT LAKE CTY UT 84111-1549 / US | Vital Pharmaceuticals, Inc. | Standard Vendor Terms and Conditions for Food Product Agreement, Amendment #3, dated December 22, 2022 | $0.00 |
| 2816 | MayPro | 2975 Westchester Avenue Purchase  NY 10577 | Vital Pharmaceuticals, Inc. | Credit Application, dated February 25, 2014 | $0.00 |
| 2817 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |
| 2818 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated December 01, 2021 | |
| 2819 | McCraith Beverages Inc | Chad McCraith 20 Burrstone Road New York Mills NY 13417 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 | $0.00 |
| 2820 | Mccraith Beverages, Inc. | Attn: Chad McCraith 20 Burrstone Road New York Mills NY 13417 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated August 18, 2021 | $0.00 |
| 2821 | McLane Company, Inc. | 4747 McLane Parkway Temple TX 76504 | Vital Pharmaceuticals, Inc. | Supplier Agreement, dated August 23, 2016 | $0.00 |
| 2822 | McLane Distributing | Attn: Teresa Voelter 4747 McLane Pkwy Temple TX 76504 | Vital Pharmaceuticals, Inc. | Letter re: Nationwide Distribution of Products by McLane Distributing, dated February 01, 2011 | $0.00 |
| 2823 | McQuade Distributing Co., Inc. | Attn: Shannon McQuade-Ely 1150 Industrial Dr Bismarck ND 58501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 12, 2018 | $0.00 |

| 2824 | MDL Group | Attn: Jarrad Katz 5960 S. Jones Blvd Las Vegas NV 89118 | Vital Pharmaceuticals, Inc. | Purchase Agreement and Joint Escrow Instructions | $0.00 |
|---|---|---|---|---|---|
| 2825 | Meadwestvaco Packaging Systems LLC | 1040 West Marietta Street, NW | Vital Pharmaceuticals, Inc. | Equipment Lease, dated January 08, 2006 | $0.00 |
| 2826 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated April 30, 2019 | |
| 2827 | Medisca Inc | 661 Route 3 Unit C Plattsburgh NY 12901 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 26, 2021 | $0.00 |
| 2828 | Mediterranean Shipping | Isidora Goyenechea 3120 / 8696406 Santiago / CL | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $0.00 |
| 2829 | Medium Rare Live, LLC | 280 Park Ave South 4M New York NY 10010 | Vital Pharmaceuticals, Inc. | AGREEMENT, dated July 01, 2019 | $0.00 |
| 2830 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated February 21, 2017 | |
| 2831 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated February 15, 2017 | |
| 2832 | Megan Owoc | 1721 SW 131 Terrace Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 2833 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement | |
| 2834 | Melissa Malonson Ann | 12911 West Central St Surprise AZ 85374 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 21, 2021 | $0.00 |
| 2835 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 28, 2021 | |
| 2836 | Melville Law | Attn: Marc Kesten 101 NE 3rd Avenue Suite 1500 Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Engagement Letter, dated November 06, 2018 | $0.00 |
| 2837 | Mercedes Goldseth Dawn | 86607 Illusive Lake Crt Yulee FL 32097 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 18, 2019 | $0.00 |
| 2838 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 2839 | MERCPL, LLC | c/o Treasure Coast Commercial Real Estate, Inc. Attn: Pamela Delgado-Burt PO Box 899 Stuart FL 34995 | Vital Pharmaceuticals, Inc. | Commercial Lease Agreement, dated July 01, 2017 | $0.00 |
| 2840 | Merieux NutriSciences Corporation | 111 East Wacker Drive #2300 Chicago IL 60601-4214 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated April 23, 2019 | $0.00 |
| 2841 | MERRILL LYNCH, PIERCE. FENNER & SMITH INCORPORATED | 701 Brickell Ave 11th Miami, FL 33131 | Vital Pharmaceuticals, Inc. | CONSENT TO ADVISORY REFERRAL, dated January 16, 2012 | $0.00 |
| 2842 | Mervenne Beverage, Inc. | Jim Permesang 4209 M 40 Holland MI 49423 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 2843 | Mervenne Beverage, Inc. | Jim Permesang 4209 M 40 Holland MI 49423 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 2844 | Mesa Distributing Co., Inc. | Nick Gagliardi, President 8870 Liquid Court San Diego CA 92121 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2845 | Metavantage Science, Inc. | 4100 FOREST DRIVE, WESTON, FL, 33332 | Vital Pharmaceuticals, Inc. | Retainer and Agreement | $0.00 |
| 2846 | MetLife Insurance | P.O. Box 804466 / Kansas City MO 64180-4466 / US | Vital Pharmaceuticals, Inc. | Insurance Agreement | $0.00 |
| 2847 | Metro Beverage of Philadelphia, Inc. | 455 Dunksferry Rd Bensalem PA 19020 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 04, 2018 | $0.00 |
| 2848 | Metro Fire Equipment, Inc. | 63 South Hamilton Place Gilbert AZ 85233 | Vital Pharmaceuticals, Inc. | Service / Maintenance Equipment Agreement, dated April 04, 2023 | $0.00 |
| 2849 | MFP 4747 W. Buckeye LLC | Attn: Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles CA 90067 | Vital Pharmaceuticals, Inc. | Industrial Lease, dated November 15, 2019 | $0.00 |
| 2850 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 01, 2021 | |
| 2851 | Miami Apparel Group LLC | 8533 Franjo Rd Cutler Bay FL 33189 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 2852 | Miami Flower Walls, LLC | 5846 S Flamingo Rd Cooper City FL 33330 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 06, 2020 | $0.00 |
| 2853 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated October 06, 2021 | |
| 2854 | Michael Carrion | 3195 Coral Ridge Dr Coral Springs FL 33065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 12, 2021 | $0.00 |
| 2855 | Michael Cloutier J | 31 Temple Dr Methuen MA 1844 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 2856 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |
| 2857 | Michael Delgiudice | 4703 South Saint Brides Cir Orlando FL 32812 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
| 2858 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 27, 2019 | |
| 2859 | Michael Diaz II E | 9860 Sheridan St Apt 101 Pembroke Pines FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 14, 2019 | |

| | | | | |
|---|---|---|---|---|
| 2860 | | | Quash Seltzer, LLC | Elite Agreement, dated April 30, 2021 | |
| 2861 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated April 30, 2021 | |
| 2862 | Michael Gilmer Lee | 4592 S Point Rd Diamond Springs CA 95619 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 23, 2018 | $0.00 |
| 2863 | Michael Greer Christopher | 3700 Northeast Akin Cir Unit B Lees Summit MO 64064 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2010 | $0.00 |
| 2864 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 16, 2018 | |
| 2865 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated April 19, 2018 | |
| 2866 | Michael Kennedy L | 1727 W CatheriNE Dr Anaheim CA 92801 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 2867 | | | Vital Pharmaceuticals, Inc. | Exclusive Athlete Endorsement Agreement, dated September 23, 2008 | |
| 2868 | Michael Long Anthony | 504 Early Wyne Dr Taylorsville KY 40071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 2869 | Michael McKnight J | 605 Ave H Delray Beach FL 33483 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 2870 | Michael Monahan J | 2970 Oakland Dr Green Cove Springs FL 32043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 27, 2021 | $0.00 |
| 2871 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 01, 2017 | |
| 2872 | Michael O'Rielly Eugene | 15218 South 42nd St Phoenix AZ 85044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 2873 | | | Vital Pharmaceuticals, Inc. | Talent Endorsement Agreement, dated July 24, 2017 | |
| 2874 | Michael Prange L | 5636 N Rogers Ave Chicago IL 60646 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 06, 2021 | $0.00 |
| 2875 | Michael Renick Wesley | 656 Desert Passage St Henderson NV 89002 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 2876 | Michael Sayih Paul | 1119 Northwest 143rd Ave Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 21, 2020 | $0.00 |
| 2877 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated September 01, 2021 | |
| 2878 | Michael Spadea Dominick | 5187 College Ave San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 17, 2021 | $0.00 |
| 2879 | Michael Tate Raymond | 1019 Enfilar Ln Arlington TX 76017-6344 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 2880 | Michael Tripp II B | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 04, 2019 | $0.00 |
| 2881 | Michael Watson | 3848 Aspen Leaf Dr Boynton Beach, FL 33436 | Vital Pharmaceuticals, Inc. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 16, 2021 | $0.00 |
| 2882 | Michael Watson Ray | 3848 Aspen Leaf Dr Boynton Beach FL 33436 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 2883 | Michael Weddel J | 6731 Grace Hammock Rd St Cloud FL 34773 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 30, 2019 | $0.00 |
| 2884 | Michael Woods Winston | 3764 Sedgewick St Sw Concord NC 28027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 30, 2019 | $0.00 |
| 2885 | Michael Zmerzlikar Anthony | 4895 Summit View Dr El Dorado CA 95623 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 2886 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 2887 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated November 01, 2021 | |
| 2888 | | | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release Authorizing VPX to Use Image, Likeness, Performances and Testimonials, dated March 29, 2008 | |
| 2889 | Michelle Castaneda Ruby | 7565 Blanchard Ave Fontana CA 92336 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 13, 2022 | $0.00 |
| 2890 | Michelle Gardner M | 9521 Stanley Ln Tamarac FL 33321 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 11, 2021 | $0.00 |
| 2891 | Micro Printing Inc. | 2571 Northwest 4th Court Fort Lauderdale FL 33311 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 03, 2020 | $0.00 |
| 2892 | Mid-State Beverage Co. | Attn: Theodore Weiss 1805 East Third Street Williamsport PA 17701 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 09, 2021 | $0.00 |
| 2893 | Midwest Assembly, Warehouse, & Distribution LLC | 5001 S River Road West Bend WI 53095 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | NonDisclosure Agreement, dated July 06, 2018 | $0.00 |
| 2894 | Miguel Aguilar | 27480 Cherry Creek Dr Valencia CA 91354 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 15, 2019 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2895 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 28, 2021 | |
| 2896 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated October 28, 2021 | |
| 2897 | Miguel Barajas Wenceslao | 16428 Ruby Lake Weston FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 23, 2019 | $0.00 |
| 2898 | Miguelina Santana A | 3323 Northwest 79th Way Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 30, 2020 | $0.00 |
| 2899 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated April 12, 2018 | |
| 2900 | Mike Hopkins Distributor Company, Inc | 1751 Hwy 290 West Brenham TX 77834 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - TX) | $0.00 |
| 2901 | Mike Hopkins Distributor Company, Inc, | Mike Hopkins P.O. Box 1919 Brenham TX 77834 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2009 | $0.00 |
| 2902 | Mike Schoeman | 320 Via Villagio Hypoluxo, FL 33462 | Vital Pharmaceuticals, Inc. | Vistor Non-Disclosure Agreement, dated October 31, 2019 | $0.00 |
| 2903 | Mike Sullivan Sales Company | Attn: Mark Sullivan 1674 East Cliff Road Burnsville MN 55337 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated December 14, 2015 | $0.00 |
| 2904 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 12, 2019 | |
| 2905 | Milad Abramov | 420 Queens Rd Unit 10 Charlotte NC 28207 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 01, 2019 | $0.00 |
| 2906 | Milan Entertainment S.R.L | Via Aldo Rossi 8 Milan Milan 20149 Italy | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 10, 2022 | $0.00 |
| 2907 | Milk Specialties Company | c/o Ehrenstein Charbonneau Calderin Attn: Michael D. Ehrenstein & Latasha N. Johnson 501 Brickell Key Drive, Suite 300 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Limited Release, dated June 28, 2013 | $0.00 |
| 2908 | Milk Specialties Company dba Milk Specialties Global | Flying Cloud Drive Suite 500 Eden Prairie MN 55344 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Release, dated May 28, 2013 | $0.00 |
| 2909 | Milk Specialties Company dba Milk Specialties Global | Flying Cloud Drive Suite 500 Eden Prairie MN 55344 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated December 31, 2013 | $0.00 |
| 2910 | Milk Specialties Company dba Milk Specialties Global | Flying Cloud Drive Suite 500 Eden Prairie MN 55344 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated June 28, 2013 | $0.00 |
| 2911 | Milk Specialties Company dba Milk Specialties Global | Flying Cloud Drive Suite 500 Eden Prairie MN 55344 | Vital Pharmaceuticals, Inc. dba VPX Sports | Mutal Confidentiality and Non-Disclosure Agreement, dated June 03, 2016 | $0.00 |
| 2912 | Mill Haven Foods, LLC | 211 Leer St PO Box 132 New Lisbon WI 53950 | Vital Pharmaceuticals, Inc. | Sales Contract Agreement, dated February 15, 2017 | $0.00 |
| 2913 | Mill Haven Foods, LLC | 211 Leer St PO Box 132 New Lisbon WI 53950 | Vital Pharmaceuticals, Inc. | Settlement Agreement | $0.00 |
| 2914 | Millennium Media, LLC | 3 Chaser Court Holmdel NJ 07733 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Release, dated June 16, 2014 | $0.00 |
| 2915 | Mina, Inc. | Peter Boutros, President 19 Veterans Way Edgewater NJ 07020 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement, dated September 28, 2007 | $0.00 |
| 2916 | MindFire Internet Solutions, Inc | 30 Corporate Park Suite 301 Irvine CA 92606 | Vital Pharmaceuticals, Inc. | Services Agreement, dated August 02, 2011 | $0.00 |
| 2917 | Mini Investments LLC | 6332 Galleon Dr Mechanicsburg PA | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 10, 2022 | $0.00 |
| 2918 | Mission Beverage Company | Attn: Doug Yingling, President 550 South Mission Road Los Angeles CA 90033 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 07, 2018 | $0.00 |
| 2919 | Missouri Eagle LLLC. | 242 Hwy MM Lebanon MO 65536 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 17, 2018 | $0.00 |
| 2920 | Mitchell Beverage Of Maryland, LLC | c/o Chesapeake Beverage Company 10000 Franklin Square Drive Nottingham MD 21236 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated August 10, 2021 | $0.00 |
| 2921 | Mitchell Distributing | 100 James E. Chaney Drive Meridian MS 39307 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 | $0.00 |
| 2922 | Mitchell Distributing Company, Inc. | 100 49th Ave Meridian MS 39307 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 03, 2021 | $0.00 |
| 2923 | Mitlo, Inc. | 19 Paddock Street Avenell NJ 07001 | Vital Pharmaceuticals, Inc dba VPX/Redline | Confidential Settlement Agremeent and Release, dated February 16, 2017 | $0.00 |
| 2924 | MKA Quadrat GMBN | Attn: Alexandrea Schlosser Nibelungenweg 11-13, D-50996 Koln Germany | Vital Pharmaceuticals, Inc., DBA Bang Energy | Confidentiality and Non-Disclosure Agreement , dated March 03, 2019 | $0.00 |
| 2925 | MLF Group, LLC | 86776 McVay Eugene OR 97405 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 2926 | MLF Group, LLC. | Andy Moore / Eric Forrest 86776 McVay Highway, Eugene OR 97405 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - OR) | $0.00 |
| 2927 | Mockler Beverage Company | 11811 Reiger Rd Baton Rouge LA 70809-4925 | Vital Pharmaceuticals, Inc. | Release Agreement, dated June 12, 2020 | $0.00 |
| 2928 | Mockler Beverage Company, ALP | Patrick Mockler, President 11811 Reiger Road Baton Rouge LA 70809 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 08, 2011 | $0.00 |

| 2929 | Moises Campos Batista | 1700 Mindanao Dr  907 Jacksonville FL 32246 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 22, 2020 | $0.00 |
|---|---|---|---|---|---|
| 2930 | Molson Coors Brewing Company UK Limited D/B/A Molson Coors Beverage Company | 137 High Street Burton Upon Trent Staffordshire DE14 1JZ, England | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 11, 2020 | $0.00 |
| 2931 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated July 18, 2017 | |
| 2932 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated September 01, 2016 | |
| 2933 | Monarq B.V. | Stargardlaan 1 1404 Bussum The Netherlands | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 14, 2021 | $0.00 |
| 2934 | Monica Lara Marie | 8438 North 54th Dr Glendale AZ 85302 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 23, 2019 | $0.00 |
| 2935 | Monica Schlosser | 11570 Gorham Dr Cooper City FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 14, 2017 | $0.00 |
| 2936 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 29, 2021 | |
| 2937 | Morgan Spencer Gage | 7810 N 14th Place #1028 Phoenix AZ 85020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 28, 2021 | $0.00 |
| 2938 | Morgan Valorie Smith | 910 W Timberlane Drive Mount Holly NC 28120 | Quash Seltzer, LLC | Transfer Services Agreement, dated September 19, 2021 | $0.00 |
| 2939 | Morris Distributing | Ron Morris, President 454 Payran Street Petaluma CA 94952 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT | $0.00 |
| 2940 | Morris Distributing Co., Inc. | Ron Morris 3800 Lakeville Hwy, Petaluma CA 949952 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - CA) | $0.00 |
| 2941 | Morris Polich & Purdy LLP | 1055 W 7th Ste Ste 2400 Los Angeles, CA | Vital Pharmaceuticals, Inc. | Attorney-Client Fee Agreement | $0.00 |
| 2942 | Morseen Lindsay | 5891 NW 16th Court Sunrise FL 33313 | Vital Pharmaceuticals, Inc. | Employee Loan Agreement, dated March 15, 2017 | $0.00 |
| 2943 | Mountain Eagle Inc. | 559 Industrial Park Rd Beaver WV 25813 | Vital Pharmaceuticals, Inc. | Letter re: Amendment to Distributor Agreement, dated August 13, 2019 | $0.00 |
| 2944 | Mountain State Beverage | 300 Grienbrier Road  Summersville WV 26651 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 | $0.00 |
| 2945 | Mountain State Beverage, Inc. | 300 Greenbrier Rd Summersville WV 26651-1826 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 07, 2021 | $0.00 |
| 2946 | Mountain State Beverage, Inc. | 300 Greenbrier Rd Summersville WV 26651-1826 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated October 26, 2021 | $0.00 |
| 2947 | Mountain West Distributing, Inc. d/b/a Mountain West - AZ | 2889 South 900 West Salt Lake City UT 84119 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated No | $0.00 |
| 2948 | Mountains to Main Street Half Marathon | 300 S. Main Street Greenville, SC US 29601 (864) 280-9828 | Vital Pharmaceuticals, Inc. | 2021 Prisma Half Marathon Sponsorship, dated April 09, 2021 | $0.00 |
| 2949 | Mr. Ritu | 162 Savage Drive Cambridge Ontario N1T1SF Canada | Vital Pharmaceuticals, Inc. | Letter re: Settlement Agreement - Final Payment, dated March 14, 2017 | $0.00 |
| 2950 | MSC Industrial Supply Co. | 2300 East Newlands Drive / Fernley NV 89408-0000 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 2951 | Muinda Royal | 7820 NW 45th St Lauderhill FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 25, 2018 | $0.00 |
| 2952 | Mullally Distributing Comnpany | 1401 Martin Street Cuba MO 65435 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 07, 2019 | $0.00 |
| 2953 | Murphy Oil USA, Inc. | Merchandise Legal 200 Peach Street El Dorado AR 71730 | Vital Pharmaceuticals, Inc. | BEVERAGE AGREEMENT , dated July 22, 2019 | $0.00 |
| 2954 | Murray Market Development Inc. | 6415 64th Street Delta BC V4K4E2 Canada | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 07, 2018 | $0.00 |
| 2955 | Mussetter Distributing | 12979 Earhart Ave Auburn CA 95602 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive) | $0.00 |
| 2956 | Muxie Distributing Co. | Attn: Jeff Paolina, President 5120 Guernsey St Bellaire OH 43906 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 28, 2021 | $0.00 |
| 2957 | Muxie Distributing Co. | Attn: Jeff Paolina  5120 Guernsey St.  Bellaire OH 43906 | Vital Pharmaceuticals, Inc., DBA VPX/Redline | Confidentiality and Non-Disclosure Agreement, dated December 14, 2018 | $0.00 |
| 2958 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated September 28, 2021 | |
| 2959 | Myrlande Boni Ulysse | 3820 Hunt Rd Unit 204 Tampa FL 33614 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 2960 | Nairobi Erby | 8107 North 31St Dr Apt 8107 Phoenix AZ 85051 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 30, 2019 | $0.00 |
| 2961 | Najah Textile & Garments Ltd. | 158 South Khailkur National University Gazipur Bangladesh, | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 2962 | Nancy Torres | 6701 Johnson St  209 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 06, 2020 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 2963 | Naskorsports Bv | Attn: Eügene Scholl Trappistenweg 8 Venlo 5928 LM The Netherlands | Vital Pharmaceuticals, Inc. | Letter Agreement for Return of Bang, dated April 14, 2016 | $0.00 |
| 2964 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated September 22, 2016 | |
| 2965 | | | Vital Pharmaceuticals, Inc. | Exclusive VPX Athlete Agreement, dated December 04, 2015 | |
| 2966 | | | Vital Pharmaceuticals, Inc. | Exclusive VPX Athlete Letter Agreement, dated December 04, 2015 | |
| 2967 | Natalia Carreno | 65 Southwest 12th Ave Apt 508 Deerfield Beach FL 33442 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2014 | $0.00 |
| 2968 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 2969 | Natalie Cabrera Ann | 5482 West 20th Ave Hialeah FL 33016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 12, 2022 | $0.00 |
| 2970 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated January 09, 2018 | |
| 2971 | Natalie Estevez L | 5440 NW 182nd St Miami Gardens FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 19, 2018 | $0.00 |
| 2972 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 14, 2017 | |
| 2973 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 18, 2021 | |
| 2974 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 08, 2011 | |
| 2975 | Nathaniel Russell S | 485 RidgestoNE Dr Franklin TN 37064 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2021 | $0.00 |
| 2976 | National Dry Company LTd. | 30 Arrow Road Toronto Ontario M9M 2L7 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 09, 2019 | $0.00 |
| 2977 | | | Quash Seltzer, LLC | Select Agreement, dated September 01, 2021 | |
| 2978 | Natural Alternatives International, Inc. | 1535  Faraday Ave Carlsbad CA 92008 | Vital Pharmaceuticals, Inc. | Agreement, dated August 04, 2011 | $0.00 |
| 2979 | Nature's Way Purewater Systems Inc. d/b/a US Hydrations | 164 Commerce Road Pittson  PA 18640 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 20, 2018 | $0.00 |
| 2980 | Nauser Beverage Company | Attn: Greg Nauser 6000 Paris Rd Columbia MO 65202 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 30, 2021 | $0.00 |
| 2981 | Nauser Beverage Company | Attn: Greg Nauser 6000 Paris Rd Columbia MO 65202 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated May 05, 2021 | $0.00 |
| 2982 | Nautilus Hotel | 1825 Collins Ave Miami Beach FL 33139 | Vital Pharmaceuticals, Inc. | Group and Social Event Terms & Conditions, dated July 11, 2019 | $0.00 |
| 2983 | Navigators Specialty Insurance Company | ONE HARTFORD PLAZA. HARTFORD, CT 06155 | Vital Pharmaceuticals, Inc. | Excess Liquor Insurance Policy | $0.00 |
| 2984 | Nayla Norton Nicole | 2532 Pointe Marie Dr Henderson NV 89044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 15, 2019 | $0.00 |
| 2985 | Nefertia Jones | 570 Northwest 102nd Ave Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2019 | $0.00 |
| 2986 | Neftaly Guevara Efrain | 9968 Arleta Ave Los Angeles CA 91331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 20, 2021 | $0.00 |
| 2987 | Neiko Paolino J | 1115 Davenport Bridge Ln Unit 308 Brandon FL 33511 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 02, 2018 | $0.00 |
| 2988 | Nelson Jimenez | 5169 NW Wisk Fern Cir Port Saint Lucie FL 34986 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2018 | $0.00 |
| 2989 | Nelson Morinvil | 820 SW 10th St  2 Pompano Beach FL 33060 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 30, 2020 | $0.00 |
| 2990 | Nemont Beverage Corporation | 174 Mt Hwy 24 North Glasgow MT 59230 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 24, 2021 | $0.00 |
| 2991 | Nemont Beverage Corporation | Tim Jennings, President 174 Mt Hwy 24 N Glasgow MT 59230 | Vital Pharmaceuticals, Inc. | Non-Exclusive Distribution Agreement, dated September 30, 2021 | $0.00 |
| 2992 | Nerilien Joseph Leslie | 4914 6th St West Lehigh Acres FL 33973 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 2993 | Nevada Beverage Company | Attn Henry Dominguez, Co-Owner and CEO 3940 W Tropicana Avenue Las Vegas NV 89103 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 01, 2015 | $0.00 |
| 2994 | New Age Distributing, Inc. | Don Franz 1400 East 28th Street Little Rock AR 72206 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated April 01, 2008 | $0.00 |
| 2995 | New Hampshire Distributors, LLC | Attn: Christopher A. Brown, President & CEO 65 Regional Drive Concord NH 03301 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated June 02, 2021 | $0.00 |
| 2996 | New West Distributing, Inc. | Attn: Jim Brant, General Manager 325 E Nugget Avenue Sparks NV 89432 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 08, 2018 | $0.00 |

| 2997 | Nexem Staffing, Inc. | 4100 MacArthur Blvd #150 Newport Beach CA 92660 | Vital Pharmaceuticals, Inc. | Temporary Staffing Service Agreement, dated October 03, 2018 | $0.00 |
|------|------|------|------|------|------|
| 2998 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 18, 2018 | |
| 2999 | NFL Players Association | Attn: Mark Levin 63 Gene Upshaw Place 1133 20th Street NW Washington DC 20036 | Vital Pharmaceuticals, Inc. | NFL Collective Bargaining Agreement, dated March 15, 2020 | $0.00 |
| 3000 | NFP Property & Casualty Services, Inc. Sports | 500 West Madison Street Suite 2710 Chicago, IL 60661 | VItal Pharmaceuticals, Inc. dba VPX | Mutual Nondisclosure Agreement, dated January 07, 2016 | $0.00 |
| 3001 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated March 11, 2010 | |
| 3002 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 04, 2021 | |
| 3003 | Nicholas Bridgwood Miles | 111 Hamilton St Belchertown MA 1007 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 3004 | Nicholas Chavez Andrew | 509 Lynne Dr Grand Prairie TX 75052 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2021 | $0.00 |
| 3005 | Nicholas Dolan Ryan | 4231 Craighill Ln Charlotte NC 28278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2021 | $0.00 |
| 3006 | Nicholas Hopkins B | 40 Greybarn Ln Apt 203 Amityville NY 11701 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 10, 2008 | $0.00 |
| 3007 | Nicholas Knight Andre Juan | 1520 Northwest 125th Ave Apt 10201 Sunrise FL 33323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $0.00 |
| 3008 | Nicholas Meinhardt L | 25725 Lakeland Dr Loxley AL 36551 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 09, 2022 | $0.00 |
| 3009 | Nicholas Molde | 114 W Bluejay Way Ontario CA 91762 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2019 | $0.00 |
| 3010 | Nicholas Santoro Ronald | 1814 San Antonio Way #105 Rockledge FL 32955 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2020 | $0.00 |
| 3011 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 15, 2018 | |
| 3012 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3013 | | | Quash Seltzer, LLC | Elite Agreement, dated June 22, 2021 | |
| 3014 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated October 07, 2011 | |
| 3015 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 29, 2018 | |
| 3016 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 28, 2017 | |
| 3017 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated December 14, 2018 | |
| 3018 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 14, 2019 | |
| 3019 | Nicole Wynne Elizabeth | 6565 South SyracuSE Way Unit 2211 Centennial CO 80111 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 3020 | Nidia Oliva Luisa | 10040 NW 9th St Cir Apt 204 Miami FL 33172 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 3021 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 11, 2017 | |
| 3022 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3023 | Nila Azuero Patricia | 1900 Southwest 8th St Apt E908 Miami FL 33135 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 3024 | Nilmarie Segarra | 18550 NW 22nd Ct Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 06, 2022 | $0.00 |
| 3025 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 29, 2018 | |
| 3026 | Ninrod Esteban Obed | 6039 Miles Ave Huntington Park CA 90255 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 3027 | No Bugs Left Behind | 7331 NW 37 St Unit 4 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Service Agreement, dated August 18, 2017 | $0.00 |
| 3028 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 25, 2019 | |
| 3029 | Noelia Lopez Rosales | 1625 East Silverbirch Ave Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 13, 2022 | $0.00 |
| 3030 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated September 12, 2013 | |
| 3031 | Noraida Herrera | 11201 SW 55St Box 376 Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 30, 2019 | $0.00 |
| 3032 | Nor-Cal Beverage Co., Inc. | 2286 Stone Blvd. West Sacramento CA 95691 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated May 06, 2016 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3033 | Nor-Cal Beverage Company, Inc. | 2286 Stone Blvd West Sacramento CA 95691 | Vital Pharmaceuticals, Inc. | Contract Manufacturing and Packaging Agreement, dated January 01, 2018 | $0.00 |
| 3034 | North Texas Fence & Deck | 114 S. Carriage House Way Wylie TX 75098 | Vital Pharmaceuticals, Inc. | Proposal, dated October 01, 2018 | $0.00 |
| 3035 | Northeast Beverage Corp, of Connecticut | 1202 Jefferson Blvd Warwick RI 02886 | Vital Pharmaceuticals, Inc. | FIRST AMENDMENT TO DISTRIBUTOR AGREEMENT, dated February 01, 2020 | $0.00 |
| 3036 | Northeast Beverage Corp. | 32 Robinson Blvd. Orange CT 06477 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 30, 2019 | $0.00 |
| 3037 | Northeast Beverage Corp. of Connecticut | Attn: Jacquelyn Mancini 119 Hopkins Hill Rd West Greenwich RI 02817 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 31, 2021 | $0.00 |
| 3038 | Northeast Sales Dist. | Attn: David Black 840 Ronald Wood Rd Winder GA 30680 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 11, 2021 | $0.00 |
| 3039 | Northeast Sales Distributing | David Black 840 Ronald Wood Road Winder GA 30680 | Vital Pharmaceuticals, Inc. | Agreement and Indemnity, dated January 11, 2021 | $0.00 |
| 3040 | Northern Eagle Inc. | 333 Jersey Mt. Road Romney WV 26157 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 | $0.00 |
| 3041 | Northwest Beverage Inc. | 1320 GREENWOOD ST WEST, THIEF RIVER FALLS, MN 56701 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 25, 2022 | $0.00 |
| 3042 | NoSo Holdings, LLC | Attn: Jeff Stevens 300 US Highway 1 South Cheraw SC 29520 | Vital Pharmaceuticals, Inc. | Contract Manufacturing Agreement, dated January 09, 2019 | $0.00 |
| 3043 | Novel Ingredient Services, LLC | Attn: Bob Green 10 Henderson Drive West Caldwell NJ 07006 | Vital Pharmaceuticals, Inc. | Settlement and Release Agreement, dated May 07, 2012 | $0.00 |
| 3044 | Novelart Topicz | 2121 Section Road Cincinnati OH 45237 | Vital Pharmaceuticals, Inc. | Shots Distribution Agreement, dated April 13, 2023 | $0.00 |
| 3045 | Novembal USA Inc. | 8606 W Ludlow Dr Peoria AZ 85381 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 27, 2022 | $0.00 |
| 3046 | Nubia Pineros Patricia | 13110 Southwest 44th St Miramar FL 33027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 16, 2019 | $0.00 |
| 3047 | Nuforma Distributors, LLC | Adolfo Graubard 1061 Twin Branch Lane Weston FL 33326 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 09, 2014 | $0.00 |
| 3048 | Nutra Blend Foods, Inc. | 162 Savage Drive Cambridge Ontario N1T1SF Canada | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated June 30, 2015 | $0.00 |
| 3049 | Nutrablend Foods, LLC (NY LLC) & Nutrablend Foods, Inc. (Canadian corporation) | c/o Tripp Scott, P.A, 110 S.E. Sixth Street, Fifteenth Floor, Fort Lauderdale, FL, 33301 | Vital Pharmaceuticals Inc. | Notice of Service of Proposal for Settlement, dated June 20, 2022 | $0.00 |
| 3050 | Nutrablend Foods, LLC (NY LLC) & Nutrablend Foods, Inc. (Canadian corporation) | c/o Tripp Scott, P.A, 110 S.E. Sixth Street, Fifteenth Floor, Fort Lauderdale, FL, 33301 | Vital Pharmaceuticals, Inc. | Notice of Acceptance of Proposal for Settlement, dated June 24, 2022 | $0.00 |
| 3051 | Nutrablend Foods, LLC (NY LLC) & Nutrablend Foods, Inc. (Canadian corporation) | c/o Tripp Scott, P.A, 110 S.E. Sixth Street, Fifteenth Floor, Fort Lauderdale, FL, 33301 | Vital Pharmaceuticals, Inc. | Joint Stipulation of Dismissal with Prejudice, dated July 14, 2022 | $0.00 |
| 3052 | NutraSource, Inc. | 6309 Morning Dew Court Clarksville MD 21029 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated December 03, 2015 | $0.00 |
| 3053 | Nutraveris Consulting | Siege Social 18C Rue du Sabot Ploufragan 22440 France | Vital Pharmaceuticals, Inc. dba VPX | Non- Disclosure & Confidentiality Agreement, dated March 31, 2016 | $0.00 |
| 3054 | Nutrition Express Corporation | 2575 West 237th St Torrance CA 90505-5216 | Vital Pharmaceuticals, Inc. | Bonus Buy Agreement, dated December 15, 2014 | $0.00 |
| 3055 | Nutrition Formulators, Inc. | Attn: Adolfo Graubard 14700 NW 60th Avenue Miami Lakes FL 33014 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Addendum to Manufacturing, Confidentiality, and Non-Compete Agreement | $0.00 |
| 3056 | Nutritional Alliance | James Airaghi 423 NE 2nd Ave Hallandale Beach FL 33009 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement, dated August 08, 2019 | $0.00 |
| 3057 | Nutritional Laboratories, Inc. | 2151 Logan Street Clearwater FL 33765 | Vital Pharmaceuticals, Inc., d/b/a/ VPX/REDLINE | Non-Disclosure/Confidentiality Agreement, dated July 19, 2017 | $0.00 |
| 3058 | Nutritional Power Center (NPC) | 11402 NW 41st St # 121 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated January 20, 2016 | $0.00 |
| 3059 | Nutritional Power Center Pines | 18451 Pines Blvd Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated January 26, 2016 | $0.00 |
| 3060 | Nutroganics, Inc. | 6701 Democracy Boulevard Suite 300 Bethesda MD 20817 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement | $0.00 |
| 3061 | Nutry Pro | R Joana Antoniolli Scarassatti Numero 289 Paulinia SP Brazil | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 3062 | Nuveen Global Investments, LLC | 333 W. Wacker Drive Chicago IL 60606 | Vital Pharmaceuticals, Inc., DBA Bang Energy | NON-DISCLOSURE & CONFIDENTIALITY AGREEMENT, dated October 21, 2019 | $0.00 |
| 3063 | Nuveen Global Investments, LLC | 333 W. Wacker Drive Chicago IL 60606 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 14, 2019 | $0.00 |
| 3064 | NV, LLC | 417 Batesville Rd Simpsonville SC 29681 | Vital Pharmaceuticals, Inc. dba VPX Sports | Subordination, Non-Disturbance and Attornment Agreement and Estoppel Certificate, dated March 14, 2019 | $0.00 |
| 3065 | NWO Beverage, Inc. | Attn: P.I. Sullivan 6700 Wales Road Northwood OH 43619 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 25, 2021 | $0.00 |

| 3066 | Nyah Aguayo Alyssa | 432 Capitol St Salinas CA 93901 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
|---|---|---|---|---|---|
| 3067 | | | Quash Seltzer, LLC | Elite Agreement, dated January 01, 2022 | |
| 3068 | Object 9 | 1145 Zonolite Road Suite 2 Atlanta GA 30306 | Vital Pharmaceuticals, Inc. | Overview of Agreement, dated March 13, 2012 | $0.00 |
| 3069 | Object 9 Mobile (09M) | 1145 Zonolite Road, NE Suite 2 Atlanta GA 30306 | Vital Pharmaceuticals, Inc. | Business Summary (Zero Impact Diet Program), dated December 07, 2011 | $0.00 |
| 3070 | Octavio Maginnis Castro | Bellevuelaan 187 Haarlem 2012BX The Netherlands | JHO Intellectual Property Holdings, LLC | Copyright Assignment Agreement, dated November 30, 2017 | $0.00 |
| 3071 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated September 19, 2017 | |
| 3072 | | | Vital Pharmaceuticals, Inc. | Videographer Agreement, dated September 27, 2017 | |
| 3073 | Octavious Moring Dexsthon | 1726 Southwest Buttercup Avenu Port St Lucie FL 34953 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 3074 | Odell Coles Thomas | 5608 Chiefly Ct Charlotte NC 28212 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 18, 2019 | $0.00 |
| 3075 | Oettinger Brauerei GmbH | Brauhausstr. 8 Dettingen 86732 Germany | Vital Pharmaceuticals, Inc, d/b/a Bang Energy | Confidentiality And Non-Disclosure Agreement, dated July 10, 2019 | $0.00 |
| 3076 | Old Dominion Freight Line, Inc. | c/o Lawrence J. Roberts & Associates, P.A. 249 Catalonia Avenue Coral Gables FL 33134 | Vital Pharmaceuticals, Inc. | Settlement Stipulation, dated July 22, 2014 | $0.00 |
| 3077 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 19, 2021 | |
| 3078 | Olivia Juarez Andrea | 14245 South 48th St PMB 124 Phoenix AZ 85044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 31, 2020 | $0.00 |
| 3079 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 27, 2017 | |
| 3080 | Oltman, Flynn & Kubler | 415 Galleria Professional Building 915 Middle Riber Drive Suite 415 Fort Lauderdale FL 33304 | Vital Pharmaceuticals, Inc. | Attorney-Client Fee and Cost Agreement, dated March 25, 2015 | $0.00 |
| 3081 | O'Malley Beverage | 1601 North Woodbine Road St. Joseph MO 64506 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 | $0.00 |
| 3082 | Omar Favela A | 117 Heritage Dr Crowley TX 76036 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 3083 | Omar Rodriguez | 10052 Barnett Loop Port Richey FL 34668 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 3084 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 | |
| 3085 | One A LLC d/b/a One A Architechure | 2100 Corporate Drive Boynton Beach FL 33426 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 04, 2019 | $0.00 |
| 3086 | ONE Brands, LLC | 5400 W.T. Harris Boulevard, Suite L, Charlotte, North Carolina 28269 | JHO Intellectual Property Holdings, LLC | Settlement Agreement, dated May 17, 2022 | $0.00 |
| 3087 | Onhaskell I Limited Partnership | Attn: Scott Bader 14093 Balboa Blvd. Sylmar CA 91342 | Vital Pharmaceuticals, Inc. | Specialty License Agreement, dated January 17, 2019 | $0.00 |
| 3088 | OnHaskell I, LP | 14093 Balboa Blvd Sylmar CA 91342 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Non-Disclosure Agreement, dated January 17, 2019 | $0.00 |
| 3089 | Oona Lawrence Aleecia | 4103 Monticello Gardens Place Apt 301A Tampa FL 33613 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2020 | $0.00 |
| 3090 | Orange & Blue Distributing Co., Inc. | Attn: Matt Everette 2902 Lager Drive Champaign IL 61822 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 09, 2011 | $0.00 |
| 3091 | ORANGE BANG | Two North  13115 Telfair Avenue Sylmar CA 91342 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated August 01, 2010 | $0.00 |
| 3092 | Oril, Inc. | 1850 82 Street Apartment 3H Brooklyn NY 11214 | Vital Pharmaceuticals, Inc, d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 15, 2020 | $0.00 |
| 3093 | Orion McCants Ernest | 912 Coade StoNE Dr Seffner FL 33584 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 29, 2021 | $0.00 |
| 3094 | Orlando Daniel Gonzalez | 19652 E Country Club Dr Aventura FL 33180 | Vital Pharmaceuticals, Inc. | Transfer Services Agreement, dated October 16, 2021 | $0.00 |
| 3095 | Orlando Pulido | 500 NE 2nd St  122 Dania Beach FL 33004 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 26, 2020 | $0.00 |
| 3096 | Ortho-Nutra, LLC | 103 Meirs Road Cream Ridge NJ 08514 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality and Material Transfer Agreement, dated June 14, 2017 | $0.00 |
| 3097 | Osborne Distribuidora SA | Calle Salvatierra 6 Madrid 28034 Spain | Vital Pharmaceuticals, Inc, d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 15, 2020 | $0.00 |
| 3098 | Oscar Bravo D | 7280 Stirling Rd Apt 205 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 17, 2018 | $0.00 |
| 3099 | Oscar Santiago | 25302 Beechwood Dr Land O' Lakes FL 34639 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 24, 2019 | $0.00 |
| 3100 | Oscar Valdaliso A | 5053 NW 195th Ter Miami Gardens FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 13, 2022 | $0.00 |

| 3101 | Oscar Visoso Jesus | 30827 W Flower St Buckeye AZ 85396 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 09, 2000 | $0.00 |
|------|-------------------|-----------------------------------|----------------------------|--------------------------------------------|-------|
| 3102 | Osprey Beverages | 4255 South Hwy 89 Jackson WY 83001 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 11, 2021 | $0.00 |
| 3103 | Ovation Travel Group | Sunil Mahtori, EVP CFO 666 Third Avenue New York NY 10017 | Vital Pharmaceuticals, Inc. | Letter/Performance Agreement for Travel Management Services, dated October 02, 2018 | $0.00 |
| 3104 | Ovation Travel Group, Inc. | 666 Third Avenue, New York NY 10017 | Vital Pharmaceuticals, Inc. | Amendment No.1 to the Letter Agreement, dated November 06, 2018 | $0.00 |
| 3105 | Oy Kopparberg Finland Ab | Tiilenpolttajankuja 5 A Vantaa 1720 Finland | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 3106 | PA Short Distributing Co. | 440 INDUSTRIAL DR / HOLLINS VA 24019-8572 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated December 13, 2022 | $0.00 |
| 3107 | | | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated September 01, 2017 | |
| 3108 | Pablo Tomasielli H | 1441 SE 20th Rd Homestead FL 33035 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 17, 2021 | $0.00 |
| 3109 | Paca Foods, LLC | 5212 Cone Road Tampa FL 3610-5302 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated February 02, 2016 | $0.00 |
| 3110 | Pacific Beverage Company | Attn: Jeff Jordano 5305 Ekwill Street Santa Barbara CA 93111 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 15, 2017 | $0.00 |
| 3111 | Pacific Western Sales | 2980 Enterprise St Brea CA 92821 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 15, 2020 | $0.00 |
| 3112 | Paige Marx | 1036 Oriole St Charlotte NC 28203 | Vital Pharmaceuticals, Inc. | Transfer Services Agreement, dated December 13, 2021 | $0.00 |
| 3113 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 27, 2021 | |
| 3114 | Paige Obrecht | 6172 Mary Ln Dr San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 3115 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated April 08, 2017 | |
| 3116 | Pan American Properties Corp. | Puerto Rica 9 Claudia St Amelia Industrial Park Guaynabo 00968 Puerto Rico | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2021 | $0.00 |
| 3117 | PanTheryx, Inc | 2235 South Central Ave Phoenix AZ 85004 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 01, 2021 | $0.00 |
| 3118 | Panway International Limited | Unit 622, Bldg 4 No. 142 Gaozhai Rd Fuuzhou Fujian China | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 3119 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated May 14, 2019 | |
| 3120 | Paola Herrera Napolitano Estefania | 7875 Northwest 107th Ave Bldg 4 Doral FL 33178 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 08, 2020 | $0.00 |
| 3121 | Paradise Beverages, Inc. | 94-1450 Moaniani Street Waipahu HI 96797 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 22, 2019 | $0.00 |
| 3122 | Paragon Distributing LLC | 911 E 4th Avenue Anchorage AK 99501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 26, 2019 | $0.00 |
| 3123 | | | Vital Pharmaceuticals, Inc. | Contact Information Sheet, ACH Transfer Authorization Form, W9, Elite Agreement, dated May 30, 2019 | |
| 3124 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 23, 2019 | |
| 3125 | Paris Art Label, Inc. | 217 River Avenue Patchogue NY 11772 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidential Settlement Agreement and Mutual Release, dated April 13, 2017 | $0.00 |
| 3126 | | | Vital Pharmaceuticals, Inc. | Elite Agreement - Marketing Contractor Services Agreement, W-9 and direct deposit forms, dated January 01, 2022 | |
| 3127 | Parks McBride Ryan | 555 Northeast 8th St Fort Lauderdale FL 33304 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2022 | $0.00 |
| 3128 | Patken Corp. DBA Everlasting Embroidery | 2600 NW 55th Ct #237 Fort Lauderdale FL 33309 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 14, 2021 | $0.00 |
| 3129 | Patrice Dewar Helen | 273 Duval Ct Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 3130 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated May 06, 2021 | |
| 3131 | Patricia Levano Neyra Rossana | 3510 Silver Lace Ln 48 Boynton Beach FL 33436 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 3132 | Patricia Velez-Ornelas Maribel | 1619 Renee St Lancaster CA 93535 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 26, 2020 | $0.00 |
| 3133 | Patrick Doliny | 14531 SW 24th St Davie, FL 33325 | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated June 17, 2021 | $0.00 |

| 3134 | Patrick Gueret | 633 Summerlake Dr East Mobile AL 36608 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 12, 2022 | $0.00 |
|---|---|---|---|---|---|
| 3135 | Patrick Hastings Dean | 4338 East Hartford Ave Phoenix AZ 85032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 16, 2019 | $0.00 |
| 3136 | Patrick J. Doliny | 14531 SW 24th St Davie FL 33325 | Vital Pharmaceuticals, Inc. | Confidentiality and Non-Disclosure Agreement, dated November 03, 2021 | $0.00 |
| 3137 | Patrick Kovach James | 3311 Southridge Dr Unit B Acworth GA 30101 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 30, 2018 | $0.00 |
| 3138 | Patrick McDonald Allen | 42 Crestwood Rd Rockaway NJ 7866 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 3139 | Patrick McMahon | 4367 55th Ave Bettendorf IA 52722 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 14, 2019 | $0.00 |
| 3140 | Patrick Rutherford Allen | 16019 West Linden St Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2021 | $0.00 |
| 3141 | Patrick Vilus | 3673 High PiNE Dr Coral Springs FL 33065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 14, 2017 | $0.00 |
| 3142 | Paul Bojorquez Felix E | 17798 West Calavar Rd Surprise AZ 85388 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 05, 2021 | $0.00 |
| 3143 | Paul Borrelli M | 107 Northwest 133rd Terrace Bldg 51  201 Plantation FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 3144 | Paul M. La Bounty, Ph.D. | c/o Department of Health, Human Performance and Recreation One Bear Place 97313 Waco TX 76798-7313 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 01, 2009 | |
| 3145 | Paul Small Robert | 17051 NE 35th Ave  307 North Miami Beach FL 33160 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 15, 2021 | $0.00 |
| 3146 | Paul Soto Stephen | 7301 North Mahr Ct Spokane WA 99208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 3147 | Paul Specter Daniel | 9821 Shallow Creek Dr Waco TX 76708 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 3148 | Paula Baysinger Ida | 317 8th Ave Columbia TN 38401 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 3149 | | | Quash Seltzer, LLC | Select Agreement, dated October 01, 2021 | |
| 3150 | Paycom Payroll, LLC dba Paycom | Randy Peck, Report Agent 7501 W Memorial Rd Oklahoma City OK 73142-1404 | Vital Pharmaceuticals, Inc. | Payroll Service Agreement | $0.00 |
| 3151 | PDI of Ashland, Inc. | Attn: Jeff Sandlin 309 Birch Street Hazard KY 41701 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated July 28, 2021 | $0.00 |
| 3152 | PDI of Ashland, Inc. | Attn: Jeff Sandlin 309 Birch Street Hazard KY 41701 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated July 28, 2021 | $0.00 |
| 3153 | Pecht Distributors, Inc. | 514 New Street P.O. Box 538 Lawrenceville VA 23868 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 23, 2019 | $0.00 |
| 3154 | Pedro Gonzalez | 2505 Bloods Grove Cir Delray Beach FL 33445 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 26, 2019 | $0.00 |
| 3155 | Pedro Nolasco | 11117 Leadwell St Los Angeles CA 91352 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 3156 | Pedro Romero R | 1910 SW 97th Terrace Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 28, 2022 | $0.00 |
| 3157 | Pendleton Bottling, Inc. | Attn: Jason Dickerson VP of Sales 4480 Westgate Drive Pendleton OR 97801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2017 | $0.00 |
| 3158 | Penn Beer Distributors, Inc. | Attn: Nick Funchion 2801 Township Line Road Hatfield PA 19440 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 23, 2021 | $0.00 |
| 3159 | Penn Beer Distributors, Inc. | Attn: Nick Funchion 2801 Township Line Road Hatfield PA 19440 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated August 23, 2021 | $0.00 |
| 3160 | Penske Truck Leasing Co., L.P. | 2675 Morgantown Rd Reading PA 19607 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 04, 2021 | $0.00 |
| 3161 | Pepin Distributing Company, LLC | Attn: Greg McLeod - President 4121 N 50th St Tampa FL 33610 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 04, 2023 | $0.00 |
| 3162 | PepperJam Exchange, a GSI Media, Inc. Company | Sheena Lymaster, Account Executive 7 South Main Street, 3rd Floor Wilkes-Barre PA 18701 | Vital Pharmaceuticals, Inc. | Program Management Service Agreement, dated June 12, 2013 | $0.00 |
| 3163 | Pepsi Cola of Corvallis, Inc. | Ken Pastega 2636 NE Belvue  Corvalis OR 97330 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 23, 2010 | $0.00 |
| 3164 | Pepsi Northwest Beverages, LLC | 3003 Rw Johnson Boulevard Turnwater WA 98512 | Vital Pharmaceuticals, Inc., d/b/a/ VPX/REDLINE | Non-Disclosure/Confidentiality Agreement, dated June 30, 2017 | $0.00 |
| 3165 | Pepsico, Inc | 700 Anderson Hill Road, Purchase, NY 10577 | Vital Pharmaceuticals Inc., Quash Seltzer LLC, JHO Intellectual Property Holdings LLC, Elite IP Holdings LLC | Settlement Agreement, dated June 21, 2022 | $0.00 |
| 3166 | Perfect Nutrition | 16606 Schoenborn Street North Hills CA 91343 | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 3167 | Perfect Shaker, Inc. | 919 North Market Street Suite 950 Wilmington DE 19801 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 10, 2020 | $0.00 |
| 3168 | Performance Capital Corporation | Eric J Barash, President 2606 South Federal Hwy Fort Lauderdale FL 33316 | Vital Pharmaceuticals, Inc. | Retainer Agreement, dated June 17, 2014 | $0.00 |

| 3169 | Performance Food Group, Inc. | Attn: Executive Vice President Operations 12500 West Creek Pkwy Richmond VA 23238 | Vital Pharmaceuticals, Inc. | Foodservice Products Supplier Agreement, dated July 19, 2019 | $0.00 |
|---|---|---|---|---|---|
| 3170 | Performance Food Group, Inc. | Attn: Executive Vice President Operations 12500 West Creek Pkwy Richmond VA 23238 | Vital Pharmaceuticals, Inc. | Foodservice Products Supplier Agreement, dated March 01, 2001 | $0.00 |
| 3171 | Performance Food Group, Inc., dba Vistar | Attn: Executive Vice President Operations 12500 West Creek Pkwy Richmond VA 23238 | Vital Pharmaceuticals, Inc. | Deferred Bottle Deposit Payment Agreement, dated March 01, 2023 | $0.00 |
| 3172 | Performance Food Group, Inc., dba Vistar | Attn: Executive Vice President Operations 12500 West Creek Pkwy Richmond VA 23238 | Vital Pharmaceuticals, Inc. | Marketing Agreement, dated January 03, 2023 | $0.00 |
| 3173 | Perry Distributors, Inc. | Attn: Jeff Sandlin, General Manager 309 Birch Street Hazard KY 41701 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated July 28, 2021 | $0.00 |
| 3174 | Perry Distributors, Inc. | Attn: Jeff Sandlin, General Manager 309 Birch Street Hazard KY 41701 | Vital Pharmaceuticals, Inc. | Rider, dated July 28, 2021 | $0.00 |
| 3175 | Perry Distributors, Inc. | Attn: Jeff Sandlin, General Manager 309 Birch Street Hazard KY 41701 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated July 28, 2021 | $0.00 |
| 3176 | Persian Mokamel Iranian | 12 Derakshan Alley Setayesh Street Satarkhan Avenue Tehran 1457763711 Iran | Vital Pharmaceuticals, Inc. | Distribution Agreement | $0.00 |
| 3177 | Pete Hill | c/o Bernick's Beverages and Vending 113 27th North East, Suite P Minneapolis MN 55418 | Vital Pharmaceuticals, Inc. | Letter re: Authorization to Distribute Products, dated March 01, 2011 | $0.00 |
| 3178 | | | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated August 01, 2015 | |
| 3179 | Peter Cinieri | 8069 Clear Shores Circle Delray Beach, FL 33446 | Vital Pharmaceuticals, Inc. | Vistor Non-Disclosure Agreement, dated September 19, 2019 | $0.00 |
| 3180 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 05, 2021 | |
| 3181 | Peter Leonard N | 1508 Lakeview Dr Royal Palm Beach FL 33411 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 3182 | Peter Roccosalvo Anthony | 193 Jerome Ave Staten Island NY 10305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 3183 | Petitpren Inc. | Attn: Brad Petitpren 44500 N Groesbeck Hwy Clinton Twp MI 48036 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 3184 | Petitpren Inc. | Attn: Brad Petitpren 44500 N Groesbeck Hwy Clinton Twp MI 48036 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 19, 2023 | $0.00 |
| 3185 | Petitpren, Inc. | Brad Petitpren 44500 N. Groesbeck Highway Clinton Twp MI 48036 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement (Territory Amendment), dated January 29, 2021 | $0.00 |
| 3186 | PGP International, Inc. | c/o Hackleman, Olive & Judd, P.A. Attn:Christian A. Petersen & Kara Strochlic 2438 East Las Olas Blvd. Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Limited Release, dated June 28, 2013 | $0.00 |
| 3187 | Pharmacenter LLC | 15851 SW 41st St Davie FL 33331 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 04, 2020 | $0.00 |
| 3188 | PHD Corporation Ptd Ltd t/a Performance Health Distribution | 37 Bentley Street Wetherill Park New South Wales 2164 Australia | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 16, 2019 | $0.00 |
| 3189 | Phil Isle | c/o Bridge 2 Bridge Beverages 5120 1st Street Bremerton WA 98312 | Vital Pharmaceuticals, Inc. | Letter re: VPX deciding to keep territory lines in Mason County, Washington | $0.00 |
| 3190 | Philip DeLuca | 948 Arbor Hill Cir Minneola FL 34715 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2018 | $0.00 |
| 3191 | Philip Rosas Andres | 5614 Tranquility Oaks Dr Apt 106 Tampa FL 33624 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 14, 2020 | $0.00 |
| 3192 | Phillip Humaran | 11023 North Kendall Dr Apt M203 Miami FL 33176 | Vital Pharmaceuticals, Inc. | Employment AGREEMENT, dated July 11, 2007 | $0.00 |
| 3193 | Physique by Design | 713 Shotgun Rd Fort Lauderdale FL 33326 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated January 20, 2016 | $0.00 |
| 3194 | Pierre Balian | 4145 Pearl St Lake Elsinore CA 92530 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 3195 | Pike Distributors | 353 US 41 Negaunee MI 49837 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 01, 2021 | $0.00 |
| 3196 | Pike Distributors Inc. | 353 US 41 East Negaunee MI 49837 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 31, 2021 | $0.00 |
| 3197 | Pilot Travel Centers LLC, "Pilot Travel Ceners" d/b/a Pilot Flying J | Mike Schneider 1261 Pacific Ave Erlanger KY 41018 | Vital Pharmaceuticals, Inc. | Warranty, Indemnification, and Insurance Agreement, dated November 02, 2018 | $0.00 |
| 3198 | Pisani Company, Inc. | Attn: Dale Pisani PO Box 40 Atlantic Mine MI 49905 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 30, 2021 | $0.00 |
| 3199 | Planet Muscle, LLC | 11512 Poema Place Unit 201 Chatsworth CA 91311 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidential Settlement Agreement and Mutual Release, dated August 03, 2015 | $0.00 |
| 3200 | Plant City Sunoco # 229 | 2911 James L Redman Pkwy Plant City FL 33566 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated February 01, 2016 | $0.00 |
| 3201 | Play Ball Marketing | Larry Garza 17203 NW Military, Suite 8306 San Antonio TX 78257 | Vital Pharmaceuticals, Inc. | Contract Agreement, dated September 16, 2019 | $0.00 |

| 3202 | Polar Beverages Co. Inc | 1001 Southbridge St, Worcester, MA 01610 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 30, 2022 | $0.00 |
|---|---|---|---|---|---|
| 3203 | PoliteMail Software | Attn Legal Notice 300 Constitution Ave., Suite 200 Portsmouth NH 03801 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated November 04, 2020 | $0.00 |
| 3204 | Powdersville Self Storage | 11411 Anderson Rd Greenville  SC 29611 | Vital Pharmaceuticals, Inc. | Rental Agreement, dated July 12, 2016 | $0.00 |
| 3205 | PR Lewis Business Center II, LLC | c/o PGIM Real Estate Attn: PRISA Asset Manager 4 Embarcadero Center Suite 2700 San Francisco CA 94111 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Mutual Non-Disclosure Agreement, dated January 18, 2019 | $0.00 |
| 3206 | Premier Distributing Company | 4321 Yale Boulevard NE, Albuquerque, NM 87107 | Vital Pharmaceuticals Inc. | Distributor Agreement, dated January 28, 2019 | $0.00 |
| 3207 | Premier Distributing Company | 4321 Yale Boulevard NE, Albuquerque, NM 87107 | Vital Pharmaceuticals, Inc. | Legacy Reinstatement, dated August 12, 2022 | $0.00 |
| 3208 | Premier Glazer's Beer & Beverage, LLC | Attn: President and General Manager 2505 Murray Sioux City IA 51111 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 29, 2021 | $0.00 |
| 3209 | Premier Glazer's Beer and Beverage, LLC | Attn: President and General Manager 2505 Murray Sioux City IA 51111 | Vital Pharmaceuticals, Inc. | Agreement and Indemnity, dated March 22, 2021 | $0.00 |
| 3210 | Premier Packaging LLC | 3900 Produce Rd. Louisville KY 40218 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 26, 2021 | $0.00 |
| 3211 | Presidio | 12100 Sunset Hills Road, Suite 300, Reston, VA 20190-3295 | Vital Pharmaceuticals, Inc., d/b/a VPX | Visit Non-Disclosure Agreement, dated October 31, 2019 | $0.00 |
| 3212 | Presidio Network Solutions LLC | 1 Penn Plaza, Suite 2832 New York NY 10119 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated January 22, 2020 | $0.00 |
| 3213 | Presidio Networked Solutions LLC | 12100 Sunset Hills Road Suite 300 Reston VA 20190-3295 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 05, 2019 | $0.00 |
| 3214 | Presidio Networked Solutions, LLC | Attn: Jay Staples, Associate General Counsel 3340 Peachtree Rd N.E., Suite 2700, Atlanta, GA 30326 | Vital Pharmaceuticals, Inc. | Mediated Settlement Agreement, dated December 07, 2021 | $0.00 |
| 3215 | Principle Life Insurance Company | Butters Realty and Management, LLC 6820 Lyons Technology Circle Suite 100 Coconut Creek FL 33073 | Vital Pharmaceuticals, Inc. | First Amendment to Lease, dated February 27, 2009 | $0.00 |
| 3216 | Prinova (Changzhou) Solutions Co., Ltd | No.5, LingXiang Road Wujin Economic Zone Changzhou Jiangsu 213149 CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 26, 2021 | $0.00 |
| 3217 | Prinova Europe Limited | 10 Aldersgate Street London EC1A 4HJ England | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated September 21, 2017 | $0.00 |
| 3218 | Prinova US LLC | 285 E Fullerton Avenue Carol Stream IL 60188 | Vital Pharmaceuticals, Inc. dba VPX | Confidentiality & Non-Circumvention Agreement, dated September 05, 2017 | $0.00 |
| 3219 | Prinova US LLC, d/b/a Prinova USA | 285 E. Fullerton Ave. Carol Stream IL 60188 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated May 24, 2019 | $0.00 |
| 3220 | Prinova US LLC, d/b/a Prinova USA ("Prinova") | Attn: Roberto Elias 285 E. Fullerton Ave. Carol Stream IL 60188 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated May 24, 2019 | $0.00 |
| 3221 | Pri-Pak, Inc. | 2000 Schenley Place Greendale IN 47025 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated November 17, 2017 | $0.00 |
| 3222 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 3223 | PRO SUPPS USA, LLC | 5501 Headquarters Drive, Suite 150W, Plano, TX 75024 | Vital Pharmaceuticals, Inc. | Proposal for Settlement, dated October 18, 2019 | $0.00 |
| 3224 | Process Brand Evolution Ltd. | Building 1 - 2201 No.735 Liyang Road Hong Kou District Shanghai 200080 CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated May 24, 2019 | $0.00 |
| 3225 | Productos de Prestigio, S.A. | Milla 8 Via Transistmica Omar Torrijos San Miguelito Parque Industrial Correagua  Panama City PA | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated February 03, 2022 | $0.00 |
| 3226 | PROFESSIONAL FIGHTERS LEAGUE | 320 W 37th Street 14th Floor New York NY 10018 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 09, 2021 | $0.00 |
| 3227 | PROFESSIONAL SUPPLEMENTS, LLC | Attn: Jeffrey C. Schneider, P.A. LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP 201 South Biscayne Blvd, 22nd Floor Miami, Florida 33131 | Vital Pharmaceuticals, Inc. | Notice of Acceptance of Settlement, dated November 18, 2019 | $0.00 |
| 3228 | PROFESSIONAL SUPPLEMENTS, LLC | Attn: Jeffrey C. Schneider, P.A. LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP 201 South Biscayne Blvd, 22nd Floor Miami, Florida 33131 | Vital Pharmaceuticals, Inc. | Order Granting Joint Stipulation of Dismissal, dated September 08, 2022 | $0.00 |

| 3229 | Promixx, Ltd. | Unit 3 Freemans Parc Penarth Road Cardiff CF11 8EQ GB | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
|---|---|---|---|---|---|
| 3230 | PROPERTY MANAGEMENT INC | 2901 2 Bluegrass Blvd, Ste 420, Lehi UT 84043 | Vital Pharmaceuticals, Inc. | Discount Check | $0.00 |
| 3231 | PS Business Parks, L.P. | Attn: Leasing 2316 Walsh Avenue Santa Clara CA 95051 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated March 20, 2018 | $0.00 |
| 3232 | PS Business Parks, LP | Attn: Leasing 2316 Walsh Avenue Santa Clara CA 95051 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated March 20, 2018 | $0.00 |
| 3233 | Public Storage | 11770 Southwest Fwy, Houston, TX 77031 | Vital Pharmaceuticals, Inc. | Rental Agreement #A42, dated June 06, 2023 | $0.00 |
| 3234 | Public Storage | 11770 Southwest Fwy, Houston, TX 77031 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #A42, dated June 06, 2023 | $0.00 |
| 3235 | Public Storage | 11770 Southwest Fwy, Houston, TX 77031 | Vital Pharmaceuticals, Inc. | Rental Agreement #A37, dated June 06, 2023 | $0.00 |
| 3236 | Public Storage | 11770 Southwest Fwy, Houston, TX 77031 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #A37, dated June 06, 2023 | $0.00 |
| 3237 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #9044, dated May 25, 2023 | $0.00 |
| 3238 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #9044, dated May 25, 2023 | $0.00 |
| 3239 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #9037, dated May 25, 2023 | $0.00 |
| 3240 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #9037, dated May 25, 2023 | $0.00 |
| 3241 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #9014, dated May 25, 2023 | $0.00 |
| 3242 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #9014, dated May 25, 2023 | $0.00 |
| 3243 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #9010, dated May 25, 2023 | $0.00 |
| 3244 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #9010, dated May 25, 2023 | $0.00 |
| 3245 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #5016, dated May 25, 2023 | $0.00 |
| 3246 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #9007, dated May 25, 2023 | $0.00 |
| 3247 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #9007, dated May 25, 2023 | $0.00 |
| 3248 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #7111, dated May 24, 2023 | $0.00 |
| 3249 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #7111, dated May 24, 2023 | $0.00 |
| 3250 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #7103, dated May 24, 2023 | $0.00 |
| 3251 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #7103, dated May 24, 2023 | $0.00 |
| 3252 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #3074, dated May 24, 2023 | $0.00 |
| 3253 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Addendum to Lease/Rental Agreement for Parking Space #3074, dated May 24, 2023 | $0.00 |
| 3254 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #3073, dated June 05, 2023 | $0.00 |
| 3255 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #4063, dated June 05, 2023 | $0.00 |
| 3256 | Public Storage | 8149 Aircenter Court, Orlando, FL 32809 | Vital Pharmaceuticals, Inc. | Rental Agreement #4025, dated June 05, 2023 | $0.00 |
| 3257 | Public Storage | 3345 S Rainbow Blvd, Las Vegas, NV 89146 | Vital Pharmaceuticals, Inc. | Rental Agreement #B036, dated June 14, 2023 | $0.00 |
| 3258 | Public Storage | 2317 Main Street, Chula Vista, CA 91911 | Vital Pharmaceuticals, Inc. | Rental Agreement #C141, dated June 17, 2023 | $0.00 |
| 3259 | Public Storage | 1010 W Lumsden Road, Brandon, FL 33511 | Vital Pharmaceuticals, Inc. | Rental Agreement #4008, dated June 14, 2023 | $0.00 |
| 3260 | Publigraphic, LLC | 8430 Northwest 61st Street Miami FL 33166 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 10, 2020 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3261 | Publix Super Market Inx | 3300 Publix Corporate Parkway Lakeland FL 33811 | Vital Pharmaceuticals, Inc. | Continuing Guaranty and Indemnity Agreement/ Standard Non Disclosure Agreement, dated March 15, 2017 | $0.00 |
| 3262 | PumpMan LLC | 160 Pehle Ave, Suite 307, Saddle Brook, NJ 07663 | Vital Pharmaceuticals, Inc. | Continuing Indemnity Agreement, dated May 19, 2022 | $0.00 |
| 3263 | Pure Beverage Co, Inc. | 1835 Stout Field West Dr # 101 Indianapolis IN 46241-4018 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive), dated September 15, 2009 | $0.00 |
| 3264 | Pure Beverage Company | 1806 Stout Field West Drive Indianapolis IN 46241 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 09, 2018 | $0.00 |
| 3265 | Pure Beverages | 2301 Airwest Blvd Plainfield IN 46168 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated July 01, 2022 | $0.00 |
| 3266 | Pure Beverages | 2301 Airwest Blvd Plainfield IN 46168 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated October 14, 2022 | $0.00 |
| 3267 | Purple Mood Media, LLC | 1505 E Robinson Street Orlando 32801 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Non-Disclosure & Confidentiality Agreement, dated November 07, 2016 | $0.00 |
| 3268 | Purple Moon Media | 1505 E. Robinson St. Orlando FL 32801 | Vital Pharmaceuticals, Inc. | Website Development Brief dated 11/30/16, dated January 02, 2017 | $0.00 |
| 3269 | Q Tonic, LLC | 20 Jay St, Suite 630, Brooklyn, NY 11201 | Elite IP Holdings, LLC | Settlement Agreement, dated June 13, 2022 | $0.00 |
| 3270 | Q-Bev Sp. Z o.o | Warsaw, ul. Cybernetyki 7, 02-677 Warsaw Poland | Vital Pharmaceuticals Inc. | Settlement Agreement, dated May 23, 2022 | $0.00 |
| 3271 | QTR Corporation | 4705 S 129TH EAST AVE / TULSA OK 74134-7005 / US | Vital Pharmaceuticals, Inc. | 2023 Pricing Agreement, dated December 15, 2022 | $0.00 |
| 3272 | Quail Mountain, Inc., d/b/a Pepsi Cola | Attn: Leo Bocchi, President 4033 Miller Avenue Klamath Falls OR 97603 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 05, 2018 | $0.00 |
| 3273 | Quality Acquisition Company, LLC dba Eagle Brands Sales | Attn: General Manager 3201 NW 72nd Ave Miami FL 33122 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 04, 2023 | $0.00 |
| 3274 | Quality Software Systems Inc | Ed Troianello 200 Centennial Avenue Piscataway NJ 08854 | Vital Pharmaceuticals, Inc. | Quality Software Systems, Inc. License and Integration Agreement, dated August 05, 2005 | $0.00 |
| 3275 | Quality Professional ("Quality Professional") | Rehmat Pura, Kothay Bhiko Chore Sialkot Sialkot Pakistan | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 3276 | Quality Professional ("Quality Professional") | Attn: Hifza Ali, Rehmat Pura, Kothay Bhiko Chore Sialkot Sialkot Pakistan | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 16, 2020 | $0.00 |
| 3277 | Quang Nguyen T | 211 9th St Marina CA 93933 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 21, 2019 | $0.00 |
| 3278 | Quash Seltzer, LLC, d/b/a Mixx ("MIXX") | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | AFFILIATE MEMBER AGREEMENT, dated 2022 | $0.00 |
| 3279 | Quash Seltzer, LLC, d/b/a Mixx ("MIXX") | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | BRAND AMBASSADOR AGREEMENT , dated 2022 | $0.00 |
| 3280 | Quash Seltzer, LLC, d/b/a Mixx (MIXX) | 1600 North Park Drive Weston FL 33326 | Vital Pharmaceuticals, Inc. | BRAND AMBASSADOR AGREEMENT | $0.00 |
| 3281 | Queen City Beverage, Inc. Braun Distributing | 153 26TH ST W / DICKINSON ND 58601-6550 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement Reinstatement, dated November 03, 2022 | $0.00 |
| 3282 | Queen City Beverage, Inc., d/b/a Braun Distributing | 153 26th Street  West Dickson ND 58601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 19, 2018 | $0.00 |
| 3283 | Quentin Wilson J | 1025 W Knox Ave Unit D Spokane WA 99205 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 10, 2018 | $0.00 |
| 3284 | Quinton Davis Lashawn | 501 Hidden Dale Dr Fort Worth TX 76140 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2022 | $0.00 |
| 3285 | Quinton Smith Robert | 5 Vineyard Haven Dr Pooler GA 31322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 3286 | R & H dba Hodgen Distributing | 4340 Westgate Pl, Pendleton, OR 97801 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 13, 2022 | $0.00 |
| 3287 | R & S Beverage Company | Attn: R. Michael Ramirez, President 17500 Adelanto Road Adelanto CA 92301 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 02, 2018 | $0.00 |
| 3288 | R&K Distributors, Inc. | Attn: John K. Martin, President 1302 E Whaley Street Longview TX 75601 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 09, 2021 | $0.00 |
| 3289 | R.A. Jeffreys Distributing Company, LLC | 420 Civic Boulevard Raleigh NC 27610 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 31, 2018 | $0.00 |
| 3290 | R.H. Barringer Distributing Company | 1620 Fairfax Road Greensboro NC 27407 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 07, 2018 | $0.00 |
| 3291 | R.H. Barringer Distributing Company | 1620 Fairfax Road Greensboro NC 27407 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated February 02, 2023 | $0.00 |
| 3292 | R.L. Lipton Distributing Company, LLC. | 425 Victoria Road Austintown OH 44515 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2019 | $0.00 |
| 3293 | R.R. Donnelley & Sons | 35 W. Wacker Dr Chicago IL 60601 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 04, 2020 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3294 | R.R. Donnelley & Sons Company ("R.R. Donnelley & Sons") | 35 W. Wacker Dr Chicago IL 60601 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated September 10, 2020 | $0.00 |
| 3295 | | | Vital Pharmaceuticals, Inc. | Fitness Model Agreement | |
| 3296 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated September 25, 2013 | |
| 3297 | Rachel Jackson Malissa | 318 thomas Dorsey Dr Apt 9 Villa Rica GA 30180 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 3298 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated April 27, 2011 | |
| 3299 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 3300 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated June 15, 2018 | |
| 3301 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 28, 2021 | |
| 3302 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 09, 2021 | |
| 3303 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 13, 2021 | |
| 3304 | Rakeeb Mehter Ahmead | 8124 Cantabria Falls Dr Boynton Beach FL 33473 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 06, 2019 | $0.00 |
| 3305 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 13, 2021 | |
| 3306 | Ralphs Grocery Company | Attn: Legal Department PO Box 54143 Los Angeles CA 90054 | Vital Pharmaceuticals, Inc. | Continuing Warranty and Guaranty, dated August 03, 2007 | $0.00 |
| 3307 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 3308 | Randy Brinkley Edwin | 2600 Whippoorwill Ln White Hall AR 71602 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 09, 2021 | $0.00 |
| 3309 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated October 09, 2017 | |
| 3310 | RAPID NUTRITION PTY LTD | Simon St. Ledger, Chief Executive Officer, Managing Director and Executive Director 40-46 Nestor Drive Meadowbrook QLD 4131 Australia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 22, 2018 | $0.00 |
| 3311 | RAPID NUTRITION PTY LTD (RAPID) | Attn: Simon St. Ledger 40-46 Nestor Drive, Meadowbrook Qld 4131 Australia | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 3312 | Rappaport Osborne & Rappaport & Kiem, PL | 1300 N Federal Hwy, Boca Raton FL 33432 | Vital Pharmaceuticals, Inc. | Retainer Agreement | $0.00 |
| 3313 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 29, 2021 | |
| 3314 | Ray Patel | c/o Tri-State Wholesale 3636 1/2 Ringgold Road East Ridge TN 37412 | Vital Pharmaceuticals, Inc. | Letter re: Unauthorized Use of Vital Pharmaceuticals, Inc.'s Trademarks and Unfair Competition, dated February 09, 2016 | $0.00 |
| 3315 | Raymond Lazinsky H | 12171 Beach Blvd Apt 806 Jacksonville FL 32246 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 08, 2021 | $0.00 |
| 3316 | Raymond Ramirez | 25240 Old Farm St Moreno Valley CA 92553 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 3317 | | | Quash Seltzer, LLC | Select Agreement, dated November 08, 2021 | |
| 3318 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3319 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 3320 | Rbrothers LLC | Attn: Wesley Polsdorfer 1288 Research Road Gahanna OH 43230 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated March 01, 2018 | $0.00 |
| 3321 | RBrothers, LLC | 5639 Brookshire Boulevard Suite C Charlotte North Carolina 28216 | Vital Pharmaceuticals, Inc. | Assignment of Leases, Guaranties and Warranties, dated March 14, 2019 | $0.00 |
| 3322 | RBrothers, LLC | 5639 Brookshire Boulevard Suite C Charlotte North Carolina 28216 | Vital Pharmaceuticals, Inc. | Lease, dated February 01, 2018 | $0.00 |
| 3323 | RBrothers, LLC | 5639 Brookshire Boulevard Suite C Charlotte North Carolina 28216 | Vital Pharmaceuticals, Inc. | Tenant Estoppel Form, dated February 08, 2019 | $0.00 |
| 3324 | REACH24H Consulting Group ("REACH24H") | Attn: Crystal Yang 14th floor, Building 3, Haichuang Technology Center 1288 West Wenyi Road Hangzhou 311121 China | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 01, 2021 | $0.00 |
| 3325 | REACH24H Consulting Group (REACH24H) | Attn: Crystal Yang 14th floor, Building 3, Haichuang Technology Center 1288 West Wenyi Road Hangzhou 311121 China | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT , dated July 01, 2021 | $0.00 |
| 3326 | Real Madrid Club De Futbol | Avenida de las Fuerzas Armadas 402, Madrid, Spain 28055 | Vital Pharmaceuticals, Inc., DBA Bang Energy | Non-Disclosure Agreement, dated June 22, 2020 | $0.00 |

| # | Name | Address | Counterparty | Agreement | Amount |
|---|------|---------|--------------|-----------|--------|
| 3327 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 01, 2018 | |
| 3328 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated October 11, 2021 | |
| 3329 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 3330 | Reddy Atury | Reddy Prasanna (reddy.atury_v@bangenergy.com) | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated June 30, 2021 | $0.00 |
| 3331 | Redline Coffee, L.L.C. | 2575 48th Street Unit C Boulder CO 80301 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated October 28, 2010 | $0.00 |
| 3332 | Redline Media Group, Inc. | 5700 Stirling Road Suite 100 Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Settlement and Coexistence Agreement, dated November 15, 2012 | $0.00 |
| 3333 | Redline Staffing Inc. | 1151 Harbor Bay Parkway, Suite 126 Alameda 94502 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated July 15, 2011 | $0.00 |
| 3334 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 28, 2018 | |
| 3335 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated August 08, 2021 | |
| 3336 | Refresco Beverages US Inc. | Jason Bush 8112 Woodland Center Blvd Tampa FL 33614-2403 | Vital Pharmaceuticals, Inc. | Second Amended Letter of Intent Relative to Purchase and Installment of Equipment Refresco Beverages US Inc's Manufacturing Facility in Wilson, NC, dated January 17, 2019 | $0.00 |
| 3337 | Refresco Beverages US Inc. | Jason Bush 8112 Woodland Center Blvd Tampa FL 33614-2403 | Vital Pharmaceuticals, Inc. | Letter re: VPX - Date Coding / Shelf-Life Indemnification, dated June 22, 2017 | $0.00 |
| 3338 | Regents Capital Corporation | 3200 Park Center Drive Suite 250 Costa Mesa CA 92626 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality Agreement, dated January 12, 2016 | $0.00 |
| 3339 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 26, 2018 | |
| 3340 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 23, 2021 | |
| 3341 | Regino Gonzalez Fabelo | 5505 NW 7th St W 308 Miami FL 33126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 16, 2021 | $0.00 |
| 3342 | | | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 01, 2009 | |
| 3343 | Related Services, Inc. d/b/a Jani-King of Phoenix ("Related") | Attn: Ed Antos 7740 N. 16th Street Suite 110 Phoenix AZ 85020 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 07, 2019 | $0.00 |
| 3344 | Renato Gonzalez Maza Miguel | 13969 Southwest 155th Terrace Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 04, 2021 | $0.00 |
| 3345 | Rene Otero | 4530 Blush Ct Lorain OH 44053 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 27, 2020 | $0.00 |
| 3346 | Republic National Distributing Company, LLC | 751 NW 31St Ave Ft Lauderdale FL 33311 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated May 05, 2021 | $0.00 |
| 3347 | Republic National Distributing Company, LLC | 751 NW 31St Ave Ft Lauderdale FL 33311 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 28, 2021 | $0.00 |
| 3348 | Resort Beverage Co., Inc. | Attn: Joel D. Rossi, President PO Box 143 2903 Route 611 Tannersville PA 18372-0143 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 09, 2021 | $0.00 |
| 3349 | Resource Label Group, LLC | 147 Seaboard Lane Franklin TN 37067 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 20, 2020 | $0.00 |
| 3350 | Resource Label Group, LLC (RLG) | 147 Seaboard Lane Franklin TN 37067 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 3351 | Resource Label Group, LLC ("RLG") | 147 Seaboard Lane Franklin TN 37067 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 15, 2020 | $0.00 |
| 3352 | Retal PA, LLC | Admir Dobraca, CEO & President 55 South Washington Street Donora PA 15033 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 04, 2019 | $0.00 |
| 3353 | Retal PA, LLC ("RPA") | Attn: Admir Dobraca 55 South Washington Street Donora PA 15033 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 04, 2019 | $0.00 |
| 3354 | Returnable Services, LLC | 150 Mt. Vernon Avenue Augusta ME 04330 | Vital Pharmaceuticals, Inc. | STATE OF MAINE COLLECTION SERVICE AGREEMENT, dated May 05, 2017 | $0.00 |
| 3355 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 07, 2019 | |
| 3356 | Rexford Industrial Realty, Inc. | 11620 Wilshire Boulevard Suite 1000 Los Angeles CA 90025 | Vital Pharmaceuticals, Inc. | Standard Confidentiality and Nondisclosure Agreement, dated July 28, 2017 | $0.00 |
| 3357 | Reyes Perez | 4138 Maris Ave Pico Rivera CA 90660 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2016 | $0.00 |

| 3358 | RFA Regulatory Affairs | 2nd Floor 98 Glebe Point Road Glebe Sydney NSW 2037 Australia | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 30, 2018 | $0.00 |
|---|---|---|---|---|---|
| 3359 | RG Refresco Embotelladora de México, S.A. de C.V. ("Refresco") | San Pablo Xochimehuacan Puebla 72014 Mexico | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 08, 2021 | $0.00 |
| 3360 | RG Refresco Embotelladora de Mxico, S.A. de C.V. (Refresco) | De los Palos No. 35 San Pablo Xochimehuacan Puebla Puebla 72014 Mexico | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 07, 2021 | $0.00 |
| 3361 | Ricardo Almeida Lobato | 10044 Burrock Dr Santee CA 92071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 21, 2022 | $0.00 |
| 3362 | Ricardo Flores | 25866 West Dunlap Rd Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 3363 | Ricardo Molieri Enrique | 14467 Southwest 139th Ave Cir West Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 24, 2022 | $0.00 |
| 3364 | Ricardo Ortiz | 1120 Ayer Dr Gilroy CA 95020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 08, 2021 | $0.00 |
| 3365 | Richard Clark Thomas | 5 Scarlet Oak Ct Lake Saint Louis MO 63367 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 3366 | Richard Davis L | 3725 Briar Ln Orange Park FL 32065 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 3367 | Richard Ferrari | c/o Barbat, Mansour & Suciu PLLC 6905 Telegraph Rd. Suite 115 Bloomfield Hills MI 48301 | Vital Pharmaceuticals, Inc. | Settlement Agreement and Mutual Release, dated August 06, 2015 | $0.00 |
| 3368 | Richard Florance John | 2439 1/2 8th Ave N Uppr St Petersburg FL 33713 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 3369 | Richard Heisler Vernon | 7225 Hamiltonhills Dr Cincinnati OH 45244 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 12, 2020 | $0.00 |
| 3370 | Richard J. Bloomer, PhD | 6359 Quail Ridge Cove Bartlett TN 38135 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 06, 2009 | $0.00 |
| 3371 | Richard J. Wurtman, M.D. | c/o Department of Brain and Cognitive Sciences Room 46-2005 Massachusetts Institute of Technology 77 Massachusetts Avenue Cambridge MA 02139-4307 | Vital Pharmaceuticals, Inc. | Letter re: terms of agreement for consulting services, dated August 27, 2011 | $0.00 |
| 3372 | Richard Martinez E | 2540 Country Hills Rd  222 Brea CA 92821 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 3373 | Richard McGuire Matthew | 9018 Suntree Ln Gulfport MS 39503 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 04, 2019 | $0.00 |
| 3374 | Richard Moreno | 804 West 6th St Pomona CA 91766 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2021 | $0.00 |
| 3375 | Richard Orta John | 230 East DunNE Ave Apt 221 Morgan Hill CA 95037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 22, 2021 | $0.00 |
| 3376 | Richard Ramos C | 5150 N 99th Ave #3119 Glendale AZ 85305 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 10, 2020 | $0.00 |
| 3377 | Richard Rodriguez | 6099 Overseas Hwy Lot 15 E Marathon FL 33050 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 3378 | Richard Sutherland A | 840 SW 80th Ave North Lauderdale FL 33068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2016 | $0.00 |
| 3379 | Richard Toledo E | 10401 N Blvd Tampa FL 33613 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 25, 2019 | $0.00 |
| 3380 | Richard Wells Dylan | 1767 Foggy Day Dr Middleburg FL 32068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 3381 | Richard Zalmanowski S | 9915 Mayfield Livonia MI 48150 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 27, 2020 | $0.00 |
| 3382 | Richmond Communications Group, Inc (RCG) | 2750 Northaven Rd Ste 202 Dallas TX 75229-7057 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 3383 | Rick Antonacci | c/o General Distributors, Inc. 13895 Fir Street Oregon City OR 97045 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement, dated April 12, 2010 | $0.00 |
| 3384 | Ricky Millender Lamar | 7940 W Watkins St Phoenix AZ 85043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2021 | $0.00 |
| 3385 | Rico Robinson Ray | 13120 WeatherstoNE Dr Spring Hill FL 34609 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 3386 | Rigoberto Quiroz Jimenez | 9920 W Camelback Rd Apt 1048 Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2020 | $0.00 |
| 3387 | Rikki Romero Timothy | 10634 East Knowles Ave Mesa AZ 85209 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 29, 2022 | $0.00 |
| 3388 | Rita Rendon Serafina | 9821 West Fern Ln Miramar FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 3389 | Rita Varano A | 2320 T St Richmond VA 23223 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2021 | $0.00 |
| 3390 | Rite Aid Corporation | Attn: Manager, Front End Returns 30 Hunter Lane Camp Hill PA 17011 | Vital Pharmaceuticals, Inc. | Guaranteed Sales Agreement and Rite Aid Returns Agreement, dated February 22, 2008 | $0.00 |
| 3391 | Rite Aid Hdqtrs. Corp. | PO Box 3165 Harrisburg, PA 17105 | Vital Pharmaceuticals, Inc., d/b/a VPX/Redline | Confidential Settlement Agreement and Mutual Release, dated December 07, 2015 | $0.00 |

| 3392 | Rite Aid Headquarters Corp. | 1200 Intrepid Avenue, 2nd Floor, Philadelphia, PA 19112 | Vital Pharmaceuticals, Inc. | Returns Agreement, dated August 01, 2019 | $0.00 |
|---|---|---|---|---|---|
| 3393 | Rival Graphix LLC ("Rival Graphix") | 2903 9th St West Bradenton Bradenton FL 34205 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 21, 2021 | $0.00 |
| 3394 | RL Distributing Inc. | 5850 Washington Blvd Culver City CA 91730 | Vital Pharmaceuticals, Inc. | Authorization to Distribute Products, dated December 08, 2010 | $0.00 |
| 3395 | RLI Insurance Company | 9025 N. Lindbergh Drive, Peoria, IL 61615 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy, dated May 31, 2023 | $0.00 |
| 3396 | RMC Distributors, LLC d/b/a RMC Distributing Company | 1525 N. Newport Road Colorado Springs CO 80916 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 21, 2019 | $0.00 |
| 3397 | Robert Burnett William | 85 Chrysanthemum Dr Ormond Beach FL 32174 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 3398 | Robert Campos | 4577 E 6th Los Angeles CA 90022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 3399 | Robert E. Carter Enterprises Incorporated, d/b/a Superior Products Company | Attn: Mark Carter, Vice President 110 E County Road 53 Willows CA 95988 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 21, 2018 | $0.00 |
| 3400 | Robert E. Carter Enterprises, Inc dba Superior Products Company | Attn: Mark Carter 110 E County Road 53 Willows CA 95988 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated December 28, 2020 | $0.00 |
| 3401 | Robert E.C. Wildman, Ph.D. | 2211 Ben Franklin Drive Pittsburgh PA 15237 | Vital Pharmaceuticals, Inc. | Writer Agreement, dated February 13, 2009 | $0.00 |
| 3402 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 3403 | Robert Gary R | 708 Myrtle Ave Green Cove Springs FL 32043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 17, 2022 | $0.00 |
| 3404 | Robert Gocklin Thomas | 401 Illinois Ave St Cloud FL 34769 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 3405 | Robert Goode III Joseph | 1553 Little Rock Blvd Charleston SC 29412 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 27, 2021 | $0.00 |
| 3406 | Robert Johnson Paul | 272 Brookspring Rd Columbia SC 29223 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2020 | $0.00 |
| 3407 | Robert Kennedy Lewis | 405 Forest Knoll Dr Apt 5 Roseville CA 95678 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 04, 2019 | $0.00 |
| 3408 | Robert Kennedy Lowell | 6010 Drexel Ln Apt 11-08 Fort Myers FL 33919 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 09, 2019 | $0.00 |
| 3409 | Robert Miller Gary | 5446 Latham Manor Dr Gainesville GA 30506 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 11, 2022 | $0.00 |
| 3410 | Robert Reiset & Co., Inc. | 725 Dedham Street Canton MA 02021 | Vital Pharmaceuticals, Inc. | Mutual Non-Disclosure Agreement, dated August 09, 2019 | $0.00 |
| 3411 | Robert Richards Jasen | 6123 113th Terrace East Parrish FL 34219 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 3412 | Robert Ruiz Antonio | 220 SW 116th Av Unit 15-308 Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 02, 2020 | $0.00 |
| 3413 | Robert Sullivan James | 4916 Olaughlin Ct Southwest Mableton GA 30126 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 13, 2020 | $0.00 |
| 3414 | Roberto Ceniceros Carlos | 10546 Oxnard St Los Angeles CA 91606 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 3415 | Roberto Enriquez | 16194 North Desert Sage St Surprise AZ 85378 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 06, 2020 | $0.00 |
| 3416 | Roberto Lamboy | 157 Tracy Cir Haines City FL 33844 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2020 | $0.00 |
| 3417 | Roberto Perez | 10218 Lev Ave Arleta CA 91331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 14, 2021 | $0.00 |
| 3418 | Rocco J. Testani Inc. | 29 Phelps Street Binghamton NY 13901 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 15, 2019 | $0.00 |
| 3419 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated December 09, 2017 | |
| 3420 | Rodney Brown James | 5550 Twin Oak Dr Douglasville GA 30135 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 3421 | Rodney McComb Verl | 1083 South 224th Ln Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 3422 | Rodney Roberts Ludell | 2597 Carol Cir Douglasville GA 30135 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
| 3423 | Rodney Rooplal | 1337 Brandy Lake View Cir Winter Garden FL 34787 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 09, 2021 | $0.00 |
| 3424 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated April 14, 2021 | |
| 3425 | Rodolfo Gaytan Donosa | 40075 West Robbins Dr Maricopa AZ 85138 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 18, 2019 | $0.00 |
| 3426 | Rodrigo Rodriguez Gonzalez Alonso | 511 Southeast 5th Ave Apt 2415 Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 3427 | Roger Harris | Newport Trial Group, 4100 Newport Place, Suite 800, Newport Beach CA 92660 | Vital Pharmaceuticals, Inc. | Agreement, dated August 04, 2011 | $0.00 |

| 3428 | Roger Jean-Louis | 6325 Seminole Terrace Margate FL 33063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 19, 2021 | $0.00 |
|---|---|---|---|---|---|
| 3429 | Roger Zaldivar | 510 NW 7th Ave Cape Coral FL 33993 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2021 | $0.00 |
| 3430 | ROGERS COLISEUM 52ND STREET, LLC | 155 East 55 St 5th Floor New York NY 10022 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated February 01, 2020 | $0.00 |
| 3431 | Rogo Distributors | Attn: Clement Sayers 65 Roberts Street E Hartford CT 06108 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 31, 2018 | $0.00 |
| 3432 | Roland M. Esparza | 2110 Artesia Blvd #B137 Redondo Beach, CA 90278 (310) 502-1037 | Vital Pharmaceuticals, Inc. | Employment Acknowledgement Agreement, dated March 05, 2012 | $0.00 |
| 3433 | Ronny's a'la Carte, Inc. | Attn: Ronny Shiflet 4709 Ecton Dr. Marietta GA 30066 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 01, 2007 | $0.00 |
| 3434 | Rosalio Montez Rene-Paul | 419 Sandy Shores Dr Glenn Heights TX 75154 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2020 | $0.00 |
| 3435 | | | Quash Seltzer, LLC | Select Agreement, dated December 01, 2021 | |
| 3436 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 17, 2021 | |
| 3437 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 3438 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 3439 | RouteOne | 31500 Northwestern HWY STE 300 Farmington Hills MI 48334 | Vital Pharmaceuticals, Inc. | Conditional Delivery Agreement, dated February 12, 2021 | $0.00 |
| 3440 | Roy Bryn A | 3420 Goldenhills St Deltona FL 32738 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 19, 2021 | $0.00 |
| 3441 | Roy Roberts Michael | 4323 East Gatewood Rd Phoenix AZ 85050 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 02, 2022 | $0.00 |
| 3442 | RSM US LLP (RSM) | 80 State Street Albany NY 12207-2543 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | $0.00 |
| 3443 | Ruben Franco JR | 7622 West College Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2020 | $0.00 |
| 3444 | Ruben Hernandez | 20173 West Tonto St Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 05, 2020 | $0.00 |
| 3445 | Ruben Salazar | 818 S Flower St Inglewood CA 90301 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 28, 2019 | $0.00 |
| 3446 | Ruben Santana | 1016 North 191St Ave Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 24, 2020 | $0.00 |
| 3447 | Ruben Villalobos Jr Arturo | 9338 Autumn Storm San Antonio TX 78249 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 30, 2020 | $0.00 |
| 3448 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 3449 | Runyon Insurance Services, LLC ("RIS") | 8905 W Post Road Suite 210 Las Vegas NV 89148 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 23, 2020 | $0.00 |
| 3450 | Runyon Insurance Services, LLC (RIS) | 8905 W Post Road Suite 210  Las Vegas NV 89148 | Vital Pharmaceuticals, Inc., DBA Bang Energy | MUTUAL NON-DISCLOSURE AGREEMENT, dated December 12, 2019 | $0.00 |
| 3451 | Russ Phillip | 700 Enterprise Dr. Oak Brook IL 60523 | Vital Pharmaceuticals, Inc. | Release and Agreement, dated May 06, 2008 | $0.00 |
| 3452 | Rustam Saitov M | 410 Southeast 16th Ct Apt 311 Fort Lauderdale FL 33316 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 15, 2022 | $0.00 |
| 3453 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated July 19, 2017 | |
| 3454 | RX Muscle, Inc. | Attn: Dave Palumbo 3708 Somerset Drive Seaford NY 11783 | Vital Pharmaceuticals, Inc. | Vital Pharmaceuticals, Inc., DBA VPX/Redline, DBA VPX Sports, dated June 07, 2011 | $0.00 |
| 3455 | RX Muscle, Inc. | Attn: Dave Palumbo 3708 Somerset Drive Seaford NY 11783 | Vital Pharmaceuticals, Inc. | Advertising and Consulting Agreement, dated November 03, 2010 | $0.00 |
| 3456 | Ryan Broadbent Marshall | 9745 East Empress Ave Mesa AZ 85208 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 06, 2020 | $0.00 |
| 3457 | Ryan Cobb Hawkins | 1361 Sky Ridge Ct San Marcos CA 92078 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 15, 2018 | $0.00 |
| 3458 | Ryan Garczynski Cameron | 30 Beauregard Dr Spencer NC 28159 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 27, 2018 | $0.00 |
| 3459 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated September 05, 2019 | |
| 3460 | Ryan Owoc | 11807 SW 47 Ct Cooper City FL 33330 | Vital Pharmaceuticals, Inc. | Absolute and Perpetual Release and Consent to Participate in Research Product Testing, dated January 14, 2010 | $0.00 |
| 3461 | Ryan Owoc | 11807 SW 47 Ct Cooper City FL 33330 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 24, 2020 | $0.00 |
| 3462 | Ryan Rutherford Scott | 1837 N 209th Ave Buckeye AZ 85396 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 29, 2020 | $0.00 |

| 3463 | Ryan Thornlow Joseph | 5575 Barney Dr Dublin OH 43016 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2009 | $0.00 |
|---|---|---|---|---|---|
| 3464 | Ryan Wellbrock Coulter | 5902 Lomond Dr San Diego CA 92120 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 24, 2020 | $0.00 |
| 3465 | Rylan Lashua Thomas | 13021 Firth Ct Apt A-25-B Tampa FL 33612 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 3466 | S&S Distributing, Inc. | 2000 Riley Road Sparta WI 54656 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 08, 2018 | $0.00 |
| 3467 | S. & S. Distributing, Inc. | Attn: David Schamhofer 2000 Riley Road Sparta WI 54656 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 03, 2021 | $0.00 |
| 3468 | S.A.N. Nutrition Corporation | 716 N Ventura Road Oxnard CA 93030 | Vital Pharmaceuticals, Inc. | Agreement and Mutual Limited Release, dated July 03, 2007 | $0.00 |
| 3469 | SA Technologies Inc (SAT) ("SAT") | 3031 Tisch Way, 110 Plaza West San Jose CA 95128 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 27, 2022 | $0.00 |
| 3470 | SA Technologies Inc (SAT) ("SAT") | 3031 Tisch Way, 110 Plaza West San Jose CA 95128 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 27, 2022 | $0.00 |
| 3471 | Sabrina Diamond-Ortiz Victoria | 15855 Southwest 143rd Path Miami FL 33177 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 16, 2015 | $0.00 |
| 3472 | Saccani Distributing Company | Attn: Gary Saccani 2600 5th Street Sacramento CA 95818 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated June 15, 2021 | $0.00 |
| 3473 | Saccani Distributing Company, Inc. | Attn: Gary Saccani 2600 5th Street Sacramento CA 95818 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 21, 2007 | $0.00 |
| 3474 | Safeway Inc. | 5918 Stoneridge Mall Road Pleasanton CA 94588-3229 | Vital Pharmaceuticals, Inc. | Continuing Commodity Guaranty and Indemnity Agreement, dated January 25, 2010 | $0.00 |
| 3475 | Salt River Project Agricultural Improvement and Power District | C - 160 3230 E BRdway Rd Phoenix AZ 85040 | Vital Pharmaceuticals, Inc. | Distribution Interconnection Agreement, dated November 12, 2019 | $0.00 |
| 3476 | Salvador Vela III | 902 Gembler Rd Apt 1207 San Antonio TX 78219 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 25, 2022 | $0.00 |
| 3477 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 10, 2018 | |
| 3478 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 07, 2021 | |
| 3479 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 01, 2011 | |
| 3480 | Samantha Deutch Ellen | 856 Coach HouSE Rd Henderson NV 89002 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 20, 2021 | $0.00 |
| 3481 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated October 14, 2021 | |
| 3482 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 07, 2021 | |
| 3483 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 07, 2021 | |
| 3484 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated September 15, 2011 | |
| 3485 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 24, 2021 | |
| 3486 | Samantha Villegas Donette | 108 Reserve Cir Apt 108 Oviedo FL 32765 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2021 | $0.00 |
| 3487 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated October 14, 2021 | |
| 3488 | Samuel Jimenez | 6244 1/2 Wilcox Ave Bell CA 90201 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2021 | $0.00 |
| 3489 | Samuel Parrish Robert | 9324 Stanmoor Ln Jacksonville FL 32244 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 08, 2021 | $0.00 |
| 3490 | Samuel Reichley Griffith | 3008 West Las Palmaritas Dr Phoenix AZ 85051 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 19, 2018 | $0.00 |
| 3491 | Samuel Rodriguez | 4511 SW 33rd Dr West Park FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 28, 2022 | $0.00 |
| 3492 | Sand Dollar Distributors, LLC | Greg Sandefur 2828 Center Port Circle Pompano Beach FL 33069 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 3493 | Sand Dollar Distributors, LLC | Greg Sandefur 2828 Center Port Circle Pompano Beach FL 33069 | Vital Pharmaceuticals, Inc. | Letter re Sand Dollar Proposals for Distribution Agreement/ Settlement Proposal, dated February 04, 2011 | $0.00 |
| 3494 | Santander Consumer USA Inc. DBA Chrysler Capital | 1601 Elm Street, Suite 800 Dallas TX 75201 | Vital Pharmaceuticals, Inc. | Retail Installment Sale Contract - Simple Finance Charge (with Arbitration Provision) | $0.00 |
| 3495 | Santorian, LLC d/b/a LegalBillReview.com (Santorian, LLC) | 11 Bala Avenue  Bala Cynwyd PA 19004 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 04, 2021 | $0.00 |
| 3496 | Sanzo Beverage Co. Inc | Attn: Christopher Sanzo PO Box 396 Olean  NY 14760 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 07, 2018 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3497 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated December 29, 2021 |
| 3498 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated July 19, 2019 |
| 3499 | | | Quash Seltzer, LLC | Elite Agreement, dated December 01, 2021 |
| 3500 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 14, 2017 |
| 3501 | Sarah Houx Marie | 2 North Slope Ln Pomona CA 91766 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 3502 | Sarah Kacena Maria | 10025 Boca Vue Dr Apt 208 Boca Raton FL 33428 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 3503 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated September 09, 2021 |
| 3504 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated June 21, 2018 |
| 3505 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated June 03, 2018 |
| 3506 | | | Vital Pharmaceuticals, Inc. | Select Agreement; Contact information Sheet, ACH Transfer Authorization Form, and W9, dated December 01, 2021 |
| 3507 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement; Contact information Sheet, ACH Transfer Authorization Form, and W9, dated January 28, 2021 |
| 3508 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 16, 2021 |
| 3509 | SCG & Associates, Inc. D/B/A Team SCG | 4001 S.W. 47TH Avenue Suite 202 Davie FL 33314 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 3510 | SCG & Associates, Inc. D/B/A Team SCG ("Team SCG") | 4001 S.W. 47TH Avenue Suite 202 Davie FL 33314 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 27, 2020 | $0.00 |
| 3511 | Schilling Distributing Company LLC | Attn: Charles H. Schilling II 2901 Moss Street Lafayette LA 70501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 17, 2017 | $0.00 |
| 3512 | Schilling Distributing Company, Inc. | Jeremy Theriot 2901 Moss Street Lafayette LA 70501 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2012 | $0.00 |
| 3513 | Schilling Distributing Company, Inc. | Attn: Jeremy Theriot  2901 Moss St.  Lafayette LA 70501 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated November 30, 2022 | $0.00 |
| 3514 | Schneider National Carriers, Inc. | 3101 PACKERLAND DR / GREEN BAY WI 54313-6187 / US | Vital Pharmaceuticals, Inc. | Logistics / Storage Agreement | $0.00 |
| 3515 | Schott Distributing Company, Inc. | 6735 Hwy 14 E. Rochester MN 55904 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 02, 2018 | $0.00 |
| 3516 | Scientific Editing | 4978 Yonge St Toronto ON M2N 7GE CA | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 05, 2021 | $0.00 |
| 3517 | Scotlynn USA Division | 9597 Gulf Research Lane Fort Myers FL 33912 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated October 28, 2021 | $0.00 |
| 3518 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 |
| 3519 | Scott J. Therrien | 2300 Pellissier Place City of Industry CA 90601-1503 | Vital Pharmaceuticals, Inc. | Letter re: Outstanding Balance owed to Vital Pharmaceuticals, Inc. by 5 Star Beverage, Inc., dated May 08, 2012 | $0.00 |
| 3520 | Scott Kacherian Thomas | 24 Lebel Way Rowley MA 1969 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 3521 | Scott Laboratories, Inc. | 1480 Cader Lane Petaluma CA 94954 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated June 26, 2019 | $0.00 |
| 3522 | Scott Laboratories, Inc. | 1480 Cader Lane Petaluma CA 94954 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated September 27, 2018 | $0.00 |
| 3523 | SCP-G Parker Drive LLC | c/o SilverCap Partners LLC Attn: Trey Dempsey 6101 Carnegie Boulevard, Suite 425 Charlotte NC 28209 | Vital Pharmaceuticals, Inc. | Lease Agreement, dated August 01, 2019 | $0.00 |
| 3524 | SDC Nutrition | 170 Industry Drive Pittsburgh  PA 15275 | Vital Pharmaceuticals, Inc. | Confidentiality & Non-Circumvention Agreement, dated February 12, 2015 | $0.00 |
| 3525 | Seaboard Marketing | Attn: Tom Hcaley 131 Westfield Ave Clark NJ 07066 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated October 05, 2015 | $0.00 |
| 3526 | Sean Davis A | 158 Birdfield Ct St Augustine FL 32092 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 18, 2021 | $0.00 |
| 3527 | Sean Delveaux Charles | 10139 Baronne Cir Dallas TX 75218 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 25, 2019 | $0.00 |
| 3528 | Sean Drake Christopher | 3183 Gus Robinson Rd Powder Springs GA 30127 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 03, 2019 | $0.00 |

| 3529 | Sean Eubanks C | 2207 Southwest 1st Ct Fort Lauderdale FL 33312 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 11, 2019 | $0.00 |
|---|---|---|---|---|---|
| 3530 | Sean Harrum Michael | 8520 W Palm Ln  1004 Phoenix AZ 85037 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 10, 2020 | $0.00 |
| 3531 | Sean Moritz Patrick | 200 Carlisle Dr Miami Springs FL 33166 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 01, 2019 | $0.00 |
| 3532 | Seattle Bike Supply, Inc. | 7620 South 192nd Kent WA 98032 | Vital Pharmaceuticals, Inc. | Consent Agreement, dated March 31, 2008 | $0.00 |
| 3533 | Seaview Beverage Inc. | 195 Lehigh Ave Lakewood NJ 08701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 20, 2019 | $0.00 |
| 3534 | Seaview Beverage Inc. | 195 LEHIGH AVE / LAKEWOOD NJ 08701-4555 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated October 17, 2022 | $0.00 |
| 3535 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 18, 2021 | |
| 3536 | Sebastian Florez | 350 Lakeview Dr  101 Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 11, 2019 | $0.00 |
| 3537 | Select-Sales and Marketing Group | Attn: Joe Murphy 807 SW 1st St Suite 21 Bentonville AR 72712 | Vital Pharmaceuticals, Inc. | Contract Broker Commission Agreement, dated October 05, 2015 | $0.00 |
| 3538 | Selin Mathai T | 11912 NW 12th St Pembroke Pines FL 33026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 23, 2020 | $0.00 |
| 3539 | Seltzer Holdings LLC | Attn: Robert P. Seltzer 4117 Wagon Trail Ave Las Vegas NV 89118 | Vital Pharmaceuticals, Inc. | Purchase Agreement and Joint Escrow Instructions | $0.00 |
| 3540 | Senpa Beverage Corp. | 2085 Lake Road Elmira NY 14905 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 12, 2018 | $0.00 |
| 3541 | Serena A Kirchner, Inc | Matt Kirchner 2740 Charleston Road Lancaster PA 17603 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 3542 | Serena A. Kirchner Inc | Attn: Matt Kirchner 2740 Charlestown Rd Lancaster PA 17603 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 3543 | Sergio Rojo Alejandro Arzate | 3514 West Chambers St Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 3544 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 01, 2019 | |
| 3545 | Servicio Automotriz Heca, S.A. DE C.V. | Avenida Paseo De La Reforma 42 Centro Cuauhtemoc Ciudad de Mexcio 06040 MX | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 07, 2022 | $0.00 |
| 3546 | Seth Strasburg Ammon | 708 N 153rd Ave Goodyear AZ 85338 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2022 | $0.00 |
| 3547 | SG Gateway Services | Super Park Precinct, Corner of Brollo & Barbara Roads, Isando, Kempton Park, Johannesburg South Africa | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated July 15, 2019 | $0.00 |
| 3548 | Shaanxi Cuiying Biological Company, Ltd | Suite 1-602 Building 4 Jiaheyuan North Houji Road Yangling City Shaanxi CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated January 26, 2022 | $0.00 |
| 3549 | Shae Jenkins Lamont | 707 East Eason Ave Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 01, 2019 | $0.00 |
| 3550 | Shahina Rashid | 11911 SW 49 Ct Cooper City FL 33330 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 05, 2019 | $0.00 |
| 3551 | Shandong Gaotang JBS Bioengineering Co., Ltd. | Gaotang County Liaocheng City Shandong CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 09, 2019 | $0.00 |
| 3552 | Shane Darrow Graham | 5984 Kingslake Dr Hilliard OH 43026 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 07, 2021 | $0.00 |
| 3553 | Shanghai Freemen Europe B.V. | Lange Kleiweg 52H Rijswijk 2288GK NL | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 02, 2020 | $0.00 |
| 3554 | Shanghai Handim Chemical Co., LTD | Lane 633 Lianxing Road Pudong Shanghai 201201 CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 30, 2021 | $0.00 |
| 3555 | Shanghai Kenda Textile Co. Ltd | Building 7, No.8868 Chuannanfeng Road Fengcheng Town Fengxian Shanghai CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 3556 | Shannon Troglia Kyle | 1670 W Gunstock Loop Chandler AZ 85286 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 21, 2019 | $0.00 |
| 3557 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 05, 2017 | |
| 3558 | Shatoya Moreland N | 707 West Alverdez Ave Clewiston FL 33440 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 08, 2019 | $0.00 |
| 3559 | Shaun Capilitan Phillip Java | 122 Delaware St Apt 1301 Kansas City MO 64105 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2022 | $0.00 |
| 3560 | Shaun Leftwich M | 3320 Roundabout Dr Middleburg FL 32068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 03, 2020 | $0.00 |
| 3561 | Shawn Storey Patrick | 3244 Northwest 84th Ave Apt 410 Sunrise FL 33351 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2017 | $0.00 |
| 3562 | Shawn Walker Allen | PO Box 853 Newberry FL 32669 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 07, 2022 | $0.00 |
| 3563 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |

| | | | | |
|---|---|---|---|---|
| 3564 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated November 08, 2014 | |
| 3565 | Sheetz, Inc. | Attn: General Counsel 5700 Sixth Avenue Altoona PA 16602 | Vital Pharmaceuticals, Inc. | Vendor Master Agreement | $0.00 |
| 3566 | | | Quash Seltzer, LLC | Brand Ambassador Agreement, dated April 01, 2021 | |
| 3567 | Shelbi Meek Leneigh | 2710 Grand Ave Unit 63 San Diego CA 92109 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2020 | $0.00 |
| 3568 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated September 07, 2016 | |
| 3569 | Shell | 2020 S State Rd 7 Ft Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated February 15, 2016 | $0.00 |
| 3570 | Shell/Chombliss Ltd | 1410 N Park Dr Weston FL 33326 | Vital Pharmaceuticals, Inc. | Cooler Agreement, dated January 18, 2016 | $0.00 |
| 3571 | Shelly Moore | 15821 Huntridge Road Davie FL 33331 | Vital Pharmaceuticals, Inc. | Severance Agreement and General Release, dated May 02, 2014 | $0.00 |
| 3572 | Shenijua Johnson Nicole | 1805 Sundance Dr St Cloud FL 34771 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2018 | $0.00 |
| 3573 | Shenzhen Kinggaund Namplate Co. Ltd | Bantian Group commercial center, 4/F Bantian Town Longgang Dafapu community Shenzhen CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 3574 | Shenzhen Kinggaund Namplate Co. Ltd | Bantian Group commercial center, 4/F Bantian Town Longgang Dafapu community Shenzhen CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 15, 2020 | $0.00 |
| 3575 | Shereen Grant Frances | 7415 NW 33 St  # 1101 Hollywood FL 33024 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 25, 2022 | $0.00 |
| 3576 | SherlockTalent Inc | 1666 Kennedy Causeway Suite 604 North Bay Village FL 33141 | Vital Pharmaceuticals, Inc. | Terms of Business for Direct Hire Staff, dated December 17, 2018 | $0.00 |
| 3577 | Shutterstock, Inc | 350 Fifth Ave 21St Floor New York NY 10118 | Vital Pharmaceuticals, Inc. | Team Subscription Custom License, dated July 21, 2017 | $0.00 |
| 3578 | Shweta Gahlot | 13712 Blueberry Hill Dr Little Elm TX 75068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 30, 2005 | $0.00 |
| 3579 | Sidel Canana Inc. | 1045 Highway 13 North Laval Quebec H7W 4V3 Canada | Vital Pharmaceuticals, Inc. | Commercial Offer: Engineering Services, Conceptual Line Design, dated October 28, 2019 | $0.00 |
| 3580 | Signature Grand | 6900 State Road 84 Davie FL 33317 | Vital Pharmaceuticals, Inc. | Signature Grand Corporate & Organization Reservation Agreement, dated November 07, 2018 | $0.00 |
| 3581 | Sikander Khan | 1320 Southwest 116th Way Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 13, 2019 | $0.00 |
| 3582 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated February 16, 2018 | |
| 3583 | Silas Aguiar Santos | 888 Brickell Key Dr Apt 2400 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 04, 2021 | $0.00 |
| 3584 | Silver Eagle Beverages, LLC | Attn: Dane Johnson 4609 West US Highway 90 W San Antonio TX 78237 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated January 18, 2021 | $0.00 |
| 3585 | Silver Eagle Distributors Houston, LLC | c/o CT Corporation System 1999 Bryan St Ste 900 Dallas TX 75201 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 19, 2021 | $0.00 |
| 3586 | Silver Eagle Distributors Houston, LLC | c/o CT Corporation System 1999 Bryan St Ste 900 Dallas TX 75201 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 18, 2021 | $0.00 |
| 3587 | Silver Eagle Distributors Houston, LLC | c/o CT Corporation System 1999 Bryan St Ste 900 Dallas TX 75201 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 19, 2021 | $0.00 |
| 3588 | Silvina Sonin De La Plaza Andrea | 330 Southwest 2nd Ave Apt 15 Hallandale Beach FL 33009 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 27, 2012 | $0.00 |
| 3589 | Simmons da Silva LLP | 201 County Court Blvd. Suite 200 Brampton ON L6W 4L2 Canada | Vital Pharmaceuticals, Inc. | Engagement Letter, dated January 15, 2019 | $0.00 |
| 3590 | Sino Bio USA | Lisa Orecchio 1600 Boston Providence Hwy. Suite 247 Walpore MA 02081 | Vital Pharmaceuticals, Inc. | Development Agreement, dated August 01, 2010 | $0.00 |
| 3591 | Sino Goods IMP. & EXP. | Yatai Caifu Center Level 26 Hutang Wujin Changzhou Jiangsu CN | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated 2020 | $0.00 |
| 3592 | Sipindipity Refreshments, LLC | Attn: Shelley Brown Floyd, CEO PO Box 320087 Flowood MS 39232 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 | $0.00 |
| 3593 | Skyland Distributing | 1 Overland Industrial Blvd. Asheville NC 28806 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 | $0.00 |
| 3594 | Skyland Distributing Co. | Attn: Brian Eddington 1 Overland Industrial Blvd Asheville NC 28806 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 11, 2021 | $0.00 |
| 3595 | Skyland Distributing Company | 1 Overland Industrial Blvd Asheville NC 28806-1376 | Vital Pharmaceuticals, Inc. | Agreement and Indemnity, dated January 11, 2021 | $0.00 |
| 3596 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 30, 2018 | |

| 3597 | SLBS Limited Partnership d/b/a Summit Distributing | S. Kim Barrow 3201 Rider Trail South St. Louis MO 63045 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 08, 2021 | $0.00 |
|------|------|------|------|------|------|
| 3598 | SLBS Limited Partnership, dba Summit Distributing | Attn: S. Kim Barrow 3201 Rider Trail South St. Louis MO 63045 | Quash Seltzer, LLC | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated March 08, 2021 | $0.00 |
| 3599 | SLBS Limited Partnership, dba Summit Distributing | Attn: S. Kim Barrow 3201 Rider Trail South St. Louis MO 63045 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated March 08, 2021 | $0.00 |
| 3600 | Sleeve Seal, LLC | 14000 Dineen Drive Little Rock AR 72206 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 17, 2021 | $0.00 |
| 3601 | SLIMSTOCK PARTICIPATIONS B.V. | JBC 1, Jumeriah Lake Towers 29th Floor Cluster G Dubai UAE | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 10, 2018 | $0.00 |
| 3602 | Smartsheet, Inc. | 10500 NE 8TH ST / BELLEVUE WA 98004-4345 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 3603 | Smith Brothers Distributing Company | Attn: Francis X Smith, President 1207 N Third St Bardstown KY 40004 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated July 30, 2021 | $0.00 |
| 3604 | Smith Brothers Distributing Company | Attn: Francis X Smith, President 1207 N Third St Bardstown KY 40004 | Vital Pharmaceuticals, Inc. | Rider, dated July 30, 2021 | $0.00 |
| 3605 | Smith Brothers Distributing Company | Attn: Francis X Smith, President 1207 N Third St Bardstown KY 40004 | Vital Pharmaceuticals, Inc. | Indemnity Agreement, dated July 30, 2021 | $0.00 |
| 3606 | Smith Distributing Co | Attn: Drew Brining 1195 E Huron Ave Bad Axe MI 48413 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 31, 2021 | $0.00 |
| 3607 | Smith Distributing Co. | Andrew Brining 1195 E Huron Ave Bad Axe MI 48413 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 31, 2021 | $0.00 |
| 3608 | Snapple Distributors, Inc | Attn: Mr. Joseph Poli, 433 Blair Road Avenel NJ 07001 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT | $0.00 |
| 3609 | Snapple Distributors, Inc. | Attn: Joseph Poli, President 433 Blair Rd Avenel NJ 07001 | Vital Pharmaceuticals, Inc. | Distribution Agreement, dated 2007 | $0.00 |
| 3610 | | | Vital Pharmaceuticals, Inc. | Addendum #3 Model Consent and Release Agreement, dated December 13, 2016 | |
| 3611 | Social Toaster | Steve Mahaney, Chief Sales Officer Unknown Unknown Unknown Unknown | Vital Pharmaceuticals, Inc. | Statement of Work 1 | $0.00 |
| 3612 | Socius Ingredients, LLC | Attn: Legal Department 1033 University Place Suite 110 Evanston IL 60201 | Vital Pharmaceuticals, Inc., d/b/a/ VPX/REDLINE | Non-Disclosure/Confidentiality Agreement, dated February 12, 2018 | $0.00 |
| 3613 | Soda Express | 11135 SW Industrial Way # 10-1 Tualatin OR 97062 | Vital Pharmaceuticals, Inc. | Authorized Distribution Agreement, dated February 10, 2023 | $0.00 |
| 3614 | | | Vital Pharmaceuticals, Inc. | Affiliate Member Agreement, dated September 22, 2021 | |
| 3615 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 23, 2019 | |
| 3616 | SoFlo Movement Inc. | 15781 NW 7th Street Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | AGREEMENT, dated August 24, 2018 | $0.00 |
| 3617 | Solarwinds Worldwide, LLC | Attn: Legal Department 7171 Southwest Parkway Building 400 Austin TX 78735 | Vital Pharmaceuticals, Inc. | Velcorin Supply Agreement | $0.00 |
| 3618 | Solomon Appeals, Mediation & Arbitration | Donna Greenspan Solomon, Esq. 901 South Federal Hwy. Ste. 300 Ft. Lauderdale FL 33316 | Vital Pharmaceuticals, Inc. | Engagement Letter, dated May 09, 2019 | $0.00 |
| 3619 | Solugen Blending LLC | 14549 Minetta St. Houston TX 77035 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated June 03, 2021 | $0.00 |
| 3620 | Sommer Aguilar Shalyn | 140 N Lincoln St Redlands CA 92374 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 14, 2022 | $0.00 |
| 3621 | | | Vital Pharmaceuticals, Inc. | Talent Services Agreement, dated August 13, 2017 | |
| 3622 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 26, 2018 | |
| 3623 | South State Bank | Simpsonville Five Forks 520 Gervais Street PO Box 100113 Columbia SC 29202-3113 | Vital Pharmaceuticals, Inc. dba VPX Sports | Subordination, Non-Disturbance and Attornment Agreement and Estoppel Certificate, dated March 14, 2019 | $0.00 |
| 3624 | Southeast Bottling & Beverage Company | 15340 Citrus Country Drive Dade City FL 33523 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated August 23, 2017 | $0.00 |
| 3625 | Southeastern Grocers, Inc.; Winn-Dixie Stores, Inc.; BI-LO, LLC | SVP, Merchandising - Center Store 8928 Prominence Parkway Bldg. 200 Jacksonville FL 32256 | Vital Pharmaceuticals, Inc. | (i)Corporate Reclamation Agreement; (ii) Discontinued Item Agreement; (iii) Product Recall and Removal Processing Fee Agreement; and (iv) Vendor Indemnity Agreement, dated May 10, 2019 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3626 | Southeastern Marketing & Distribution Inc. | 1017 Shive Lane Suite B Bowling Green KY 42103 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 27, 2018 | $0.00 |
| 3627 | Southern Beverage Co., Inc. | Attn: Theo Costas, Jr. 1939 Davis Johnson Dr Richland MS 39218 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated March 09, 2021 | $0.00 |
| 3628 | Southern Beverage Distributors, LLC. | 401 Industrial Drive Batesville MS 38606 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 23, 2018 | $0.00 |
| 3629 | Southern Beverage Distributors, LLC. | 401 Industrial Drive Batesville MS 38606 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2019 | $0.00 |
| 3630 | Southern Crown Partners, LLC | 1320 US 80 Savannah GA 31408 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2018 | $0.00 |
| 3631 | Southern Eagle Distributing, Inc. | Attn: Bobby Burgess 5300 Glades Cut Off Rd Fort Pierce FL 34981 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 05, 2023 | $0.00 |
| 3632 | Southern Eagle Sales & Service, LP | 5300 Blair Drive Metairie LA 70003 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 02, 2011 | $0.00 |
| 3633 | Southern Eagle Sales and Service, L.P. | Attn: Chad Hoffmeister, General Manager 5300 Blair Drive Metairie LA 70003 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 24, 2018 | $0.00 |
| 3634 | Southern Illinois Beverage, Inc. | Boyd Ahlers 887 N. Washington Street Nashville IL 62263 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 01, 2008 | $0.00 |
| 3635 | Southland Corporation | 2711 North Haskell Avenue Dallas TX 75204-2906 | Vital Pharmaceuticals, Inc. | Insurance and Indemnification Agreement, dated February 15, 2007 | $0.00 |
| 3636 | Southwest Beverage Company | 108 Franklin St Leesville LA 71446 | Vital Pharmaceuticals, Inc. | Amendment to Distributor Agreement, dated August 16, 2019 | $0.00 |
| 3637 | Southwest Beverage Company, Inc | 3600 Broad Street LA 70615 | Vital Pharmaceuticals, Inc. | Second Amendment to Distributor Agreement, dated November 26, 2019 | $0.00 |
| 3638 | Southwest Beverage Company. Inc. | Attn: Ben Marriner, President 3860 Broad Street Lake Charles LA 70615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 30, 2018 | $0.00 |
| 3639 | Southwest Distributors, Inc. | Attn: Rob Belote, Owner 1036 Gordon Covington Rd Summit MS 39666 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated August 19, 2021 | $0.00 |
| 3640 | Sovran Acquisition Limited - Uncle Bob's Self Storage #53 | 195 E. Fairfield Dr. Pensacola FL 32503 | Vital Pharmaceuticals, Inc. | Rental Agreement - not executed, dated February 01, 2016 | $0.00 |
| 3641 | Sovran Acquisition Limited - Uncle Bob's Self Storage #99 | 1005 S. Alexander St. Plant City FL 33563-8403 | Vital Pharmaceuticals, Inc. | Rental Agreement - not executed, dated Not listed | $0.00 |
| 3642 | SP Drinks & Food LTDA | 1564 Setor B Brazil Alameda Itajuba Valinhos Joapiranga SP BR | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated December 15, 2021 | $0.00 |
| 3643 | Sparkling City Distributors, LLC | Attn: Julia K Kriegel 1401 S Padre Island Dr, Corpus Christi, TX 78416 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated October 25, 2021 | $0.00 |
| 3644 | Speed Ego International | 11-KM, Zafarwal Road Ratta Arraian Opp Sialkot PK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated November 03, 2020 | $0.00 |
| 3645 | SpeedPro Imaging | 1776 N COMMERCE PKWY / WESTON FL 33326-3277 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 3646 | Speedway, LLC | 500 Speedway Drive Enon OH 45323 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated August 20, 2020 | $0.00 |
| 3647 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated December 14, 2018 | |
| 3648 | Spirit & Sanzone Distributors Co., Inc. | c/o Hochheiser & Akmal, PLLC, 910 Franklin Ave., Suite 220, Garden City, NY 11530 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated September 12, 2022 | $0.00 |
| 3649 | Spirit and Sanzone Distributors Co., Inc. | 6495 Fly Road East Syracuse NY 13057 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 07, 2018 | $0.00 |
| 3650 | Splash 4 Partners, LLC | 3435 Reagans Way Zanesville OH 43701 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement, dated February 05, 2015 | $0.00 |
| 3651 | Spoke Studios LLC | Attn: Angela Solis 484 PACIFIC STREET, THIRD FLOOR STAMFORD CT 06902 | Vital Pharmaceuticals, Inc. | Materials Release, dated June 22, 2021 | $0.00 |
| 3652 | SportShaker, LLC. | 601 S Main Street Schulenburg TX 78956 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated July 07, 2020 | $0.00 |
| 3653 | Spriggs Distributing Co. | Attn: Nicholas A. Williams 1 Childress Pl South Charleston WV 25309 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 3654 | Spriggs Distributing Co., Inc. | 140 3rd Ave. West Huntington WV 25701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 04, 2018 | $0.00 |
| 3655 | Squire Patton Boggs (UK) LLP | 148 Edumund Street Rutland House Birmingham B3 2JR UK | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, dated April 14, 2019 | |

| | | | | |
|---|---|---|---|---|
| 3656 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated November 03, 2017 | |
| 3657 | St. Joseph Beverage, LLC | Attn: Kevin Lilly 5509 Corporate Dr St. Joseph MD 64507 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (MIXX Hard Seltzer), dated May 14, 2021 | $0.00 |
| 3658 | St. Onge Company | 1400 Williams Road York PA 17402 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated October 17, 2019 | $0.00 |
| 3659 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3660 | | | Vital Pharmaceuticals, Inc. | Trainer Services Agreement, dated January 26, 2022 | |
| 3661 | | | Vital Pharmaceuticals, Inc. | Addendum #3 Model Consent and Release Agreement, dated December 02, 2016 | |
| 3662 | Stagnaro Distributing, Inc. | Michael J. Stagnaro, CEO 351 Wilmer Ave Cincinnati OH 45226 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 3663 | Stagnaro, Saba & Patterson Co, L.P.A. | Jeffrey G. Stagnaro, Esq. 2623 Erie Ave Cincinnati OH 45208 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 27, 2021 | $0.00 |
| 3664 | Standard Beverage Corporation | Attn: CFO 2526 E. 36th Circle No. Wichita KS 67219 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated February 28, 2021 | $0.00 |
| 3665 | Standard Distributing Company, Inc | Attn: Steve Zarett 100 Mews Dr New Castle DE 19720 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 05, 2021 | $0.00 |
| 3666 | Standard Distributors, Inc | 1801 Spencer Mountain Road Gastonia NC 28054 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 05, 2018 | $0.00 |
| 3667 | Standard Sales Company, L.P. | Attn: Sean Moore 4800 42nd St Suite 400 Odessa TX 79762 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 18, 2021 | $0.00 |
| 3668 | Standard Sales Company, L.P. | Attn: Sean Moore 4800 42nd St Suite 400 Odessa TX 79762 | Vital Pharmaceuticals, Inc. | Rider, dated March 25, 2021 | $0.00 |
| 3669 | Standard Sales Company, L.P. | Attn: Sean Moore 4800 42nd St Suite 400 Odessa TX 79762 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated March 25, 2021 | $0.00 |
| 3670 | Standard Sales Company, L.P. | Attn: Sean Moore 4800 42nd St Suite 400 Odessa TX 79762 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated January 13, 2023 | $0.00 |
| 3671 | Standard Sales LP | 200 S John Ben Shepperd Pkwy Odessa TX 79761-2012 | Vital Pharmaceuticals, Inc. | Amendment to Exclusive Distribution Agreement, dated January 21, 2022 | $0.00 |
| 3672 | Standard Sales, LP | 440 Produce Road Louisville KY 40219 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 01, 2019 | $0.00 |
| 3673 | StarStone National Insurance Company | 201 East Fifth Street, Suite 1200, Cincinnati, OH 45202 | Vital Pharmaceuticals, Inc. | Commercial Property Insurance Policy | $0.00 |
| 3674 | States Logistics Services, Inc. | 5650 DOLLY AVE / BUENA PARK CA 90621 / US | Vital Pharmaceuticals, Inc. | Co-manufacturing Agreement | $0.00 |
| 3675 | States Logistics Services, Inc. | 5650 Dolly Avenue Buena Park CA 90621 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated July 13, 2021 | $0.00 |
| 3676 | States Logistics Services, Inc. | 5650 DOLLY AVE / BUENA PARK CA 90621 / US | Vital Pharmaceuticals, Inc. | Warehouse Agreement, dated September 28, 2021 | $0.00 |
| 3677 | States Logistics Services, Inc. | 5650 DOLLY AVE / BUENA PARK CA 90621 / US | Vital Pharmaceuticals, Inc. | First Amendment to Warehouse Agreement, dated May 15, 2023 | $0.00 |
| 3678 | Statewide Mini Storage | 1500 State St, Barstow, CA 92311 | Vital Pharmaceuticals, Inc. | Self Storage Rental Agreement, Contract #3312, dated September 27, 2022 | $0.00 |
| 3679 | Statewide Mini Storage | 1500 State St, Barstow, CA 92311 | Vital Pharmaceuticals, Inc. | Self Storage Rental Agreement, Contract #3314, dated September 30, 2022 | $0.00 |
| 3680 | Statewide Propane, LLC | PO Box 901309 Homestead FL 33090 | Vital Pharmaceuticals, Inc. | Commercial LP Gas Supply and Lease Agreement, dated August 26, 2020 | $0.00 |
| 3681 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated April 13, 2021 | |
| 3682 | Stein Distributing Company | Attn: Johnny Grizzaffi & Catherine Stein 601 North Phillippi Street Boise ID 83706 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 23, 2019 | $0.00 |
| 3683 | Stephanie Ash Parker | 558 East Stonewall St Apt 386 Charlotte NC 28202 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 3684 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 21, 2017 | |
| 3685 | Stephanie Khouri S | 478 Bay Ln Key Biscayne FL 33149 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 13, 2020 | $0.00 |
| 3686 | Stephanie Medina Moran | 920 North Orange Grove Ave Colton CA 92323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 25, 2019 | $0.00 |
| 3687 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 20, 2011 | |

| | | | | | |
|---|---|---|---|---|---|
| 3688 | Stephen Alexander | 1651 S Dobson Road #147 Mesa AZ 85202 | Vital Pharmaceuticals, Inc. | Product Placement Agreement, dated November 22, 2017 | $0.00 |
| 3689 | Stephen Cohen J | 1202 Red Bud Ln Canton GA 30114 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 23, 2019 | $0.00 |
| 3690 | Stephen Madaras Howard | 490 19th St Southwest Naples FL 34117 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 03, 2019 | $0.00 |
| 3691 | Stephen Quinton Earl | 21115 E Estrella Rd Apt 2124 Queen Creek AZ 85142-5593 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 3692 | Stephen Santoro Joseph | 11929 Northeast Prescott St Portland OR 97220 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 14, 2020 | $0.00 |
| 3693 | Stephen Street Franklin | 4305 North 10th St Tampa FL 33603 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2020 | $0.00 |
| 3694 | Stephens Distributing Company | Attn: Todd Stephens / President 5650 Anglers Ave Fort Lauderdale FL 33312 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 04, 2023 | $0.00 |
| 3695 | Stephon Sykes II Livias | 2403 West LoNE Cactus Dr Apt 179 Phoenix AZ 85027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 23, 2021 | $0.00 |
| 3696 | Steve Aoki ("Aoki") | 9100 Wilshire Boulevard Suite 100W Beverly Hills CA 90212 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY & NON-DISCLOSURE AGREEMENT, dated February 08, 2019 | $0.00 |
| 3697 | Steve Brooks Brandt | 11609 West Hill Dr Avondale AZ 85323 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 3698 | Steve Curtis Lawrence | 2604 WaterstoNE Dr Orange Park FL 32073 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 12, 2022 | $0.00 |
| 3699 | Steven Addison Earl | 2403 Oakview Dr Jacksonville FL 32246 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 08, 2019 | $0.00 |
| 3700 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated July 31, 2018 | |
| 3701 | Steven Darabos | 122 Ricewood Ln Moncks Corner SC 29461 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 06, 2020 | $0.00 |
| 3702 | Steven Guerrero Martin | 13415 Cranston Ave Sylmar CA 91342 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 3703 | Steven Kelly Michael | 21 Obispo Rancho Santa Margarita CA 92688 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 3704 | Steven Kriz J | 16312 Brookefield Dr Edmond OK 73013 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 3705 | Steven Kunz F | 1466 East Glacier Place Chandler AZ 85249 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 3706 | Steven Narvaez Gerard | 265 Stonehouse Rd Trumbull CT 6611 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 07, 2019 | $0.00 |
| 3707 | Steven Sanchez | 7421 Indigo Ln Fontana CA 92336 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 28, 2021 | $0.00 |
| 3708 | Steven Soto Jr | 13625 South 48th St Apt 2146 Phoenix AZ 85044 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 22, 2021 | $0.00 |
| 3709 | Steven Suarez | 2100 North 145th Ave Apt 1115 Goodyear AZ 85395 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 02, 2019 | $0.00 |
| 3710 | Stevenson Beer Distributing Co. | Attn: Kurt Stevenson 201 E Madison Box 592 Trinity TX 75862 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated February 22, 2021 | $0.00 |
| 3711 | Stevenson Beer Distributing Co., Ltd. | Kurt Stevenson P.O. Box 592 Trinity TX 75862 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 05, 2021 | $0.00 |
| 3712 | Stevie Ryan Marie | 1505 Monument Hill Rd Apt 3040 Charlotte NC 28213 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 03, 2019 | $0.00 |
| 3713 | Stipe Miocic, LLC | 19800 Ridge Road North Royalton OH 44133 | Vital Pharmaceuticals, Inc. | Talent Endorsement Agreement, dated March 01, 2018 | $0.00 |
| 3714 | StockBagDepot.com | 5418 Schaefer Ave. Chino CA 91710 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement | $0.00 |
| 3715 | Stoked, LLC | 1600 North Park Drive Weston FL 33326 | Quash Seltzer, LLC | Affiliate Member Agreement, dated April 01, 2021 | $0.00 |
| 3716 | Stolle Machinery Company, LLC | 6949 South Potomac Street Centennial CO 80112 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Mutual Non-Disclosure Agreement, dated December 14, 2018 | $0.00 |
| 3717 | Stop-N-Go | 1626 OAK ST / LA CROSSE WI 54603-2308 / US | Vital Pharmaceuticals, Inc. | 2023 CMA Agreement, dated October 07, 2022 | $0.00 |
| 3718 | Storage King USA - 1501 Cap Circle | 1501 Capital Circle NW Tallahassee FL 32303 | Vital Pharmaceuticals, Inc. | Rental Agreement Contract, dated November 11, 2016 | $0.00 |
| 3719 | Straub Distributing Company | Attn: Mr. Mark Danner, President/CEO 2701 Dow Ave Tustin CA 92780 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 3720 | Straub Distributing Company, Ltd. | Attn: Mark Danner, President E. La Palma Avenue Anaheim CA 92807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 06, 2018 | $0.00 |
| 3721 | Strong Arm Touring, Inc. | 2635 West 79 Street Hialeah FL 33016 | Vital Pharmaceuticals, Inc. | Agreement, dated December 12, 2018 | $0.00 |
| 3722 | Sujata Santiago U | 16831 NW 21St Apt 204 Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 24, 2017 | $0.00 |
| 3723 | Sulicor S.A.S. | KM 1.5 VIA FUNZA SIBERIA BD 10 PAR. Industrial San Diego Funza 25286 Columbia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated October 13, 2021 | $0.00 |
| 3724 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 17, 2011 | |

| | | | | | |
|---|---|---|---|---|---|
| 3725 | Summer Wyatt Marie | 9372 West Cordes Rd Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 02, 2017 | $0.00 |
| 3726 | Summit Beverage Group, LLC | 211 Washington Avenue Marion VA 24354 | Vital Pharmaceuticals, Inc., d/b/a VPX | Confidentiality & Non-Circumvention Agreement, dated December 31, 2017 | $0.00 |
| 3727 | Summit Beverage of Oregon Inc. | 100 C St, Phoenix, OR 97535 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 23, 2022 | $0.00 |
| 3728 | Suncoast Beverage Sales, LLC | Attn: Tom Mitchell / CEO 2996 Hanson St Fort Meyers FL 33916 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 04, 2023 | $0.00 |
| 3729 | Sundesa, LLC | Attn: General Counsel 250 South 850 East Lehi UT 84043 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 13, 2018 | $0.00 |
| 3730 | Sundesa, LLC, d/b/a Blender Bottle Company | Douglas Espenschied, Esq. 250 S. 850 E. Lehi UT 84043 | Vital Pharmaceuticals, Inc. | Settlement Agreement/Vital Pharmaceuticals, Inc. (VPX) - Shaker Cups, dated November 20, 2018 | $0.00 |
| 3731 | Sunil Garib G | 6770 NW 22nd Ct Margate FL 33063 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 17, 2022 | $0.00 |
| 3732 | Sun-Pac Manufacturing, Inc. | c/o Carey, O'Malley, Whitaker & Mueller, P.A Attn Michael R. Carey 712 S Oregon Ave Tampa FL 33606 | Vital Pharmaceuticals, Inc. | Amendment to Settlement Stipulation, dated December 29, 2014 | $0.00 |
| 3733 | Sun-Pac Manufacturing, Inc. | 602 N. Newport Avenue Tampa FL 33606 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Manufacturing, Confidentiality, and Non-Compete Agreement | $0.00 |
| 3734 | Super Center Concepts, Inc. | 15510 Carmenita Rd Santa Fe Springs CA 90670 | Vital Pharmaceuticals, Inc. | Standard Vendor Agreement, dated February 26, 2019 | $0.00 |
| 3735 | Super Health Center | Attn: Kevin Staab PO Box 18215 Fairfield OH 45018 | Vital Pharmaceuticals, Inc. | Authorized Distributor Agreement, dated February 06, 2018 | $0.00 |
| 3736 | Superior Beverages, LLC | Attn: Don Warmington 12 Randy Johnson Street Superior WI 54880 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 21, 2018 | $0.00 |
| 3737 | Superior Beverages, LLC | Attn: Don Warmington 12 Randy Johnson Street Superior WI 54880 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement Reinstatement, dated October 25, 2022 | $0.00 |
| 3738 | Superior Products Company | Mark Carter 100 E County Rd 53 Willows CA 95988 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated December 28, 2020 | $0.00 |
| 3739 | Superior Supplements Pty Ltd. | 22 Grimes Court Derrimut VIC 3030 Australia | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality & Non-Circumvention Agreement, dated April 18, 2018 | $0.00 |
| 3740 | Suphia Khatun | 5456 NW 184 St Opalocka FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 09, 2019 | $0.00 |
| 3741 | Supplement Safety Solutions, LLC. | c/o Stephen Schmitz, M.D. 103 Meirs Rd Cream Ridge NJ 08514 | Vital Pharmaceuticals, Inc. | Consulting Agreement, dated April 03, 2013 | $0.00 |
| 3742 | Surplus Management LLC | 5144 N Springs Way Coral Springs FL 33076 | Vital Pharmaceuticals, Inc. | Auction Sale Agreement, dated January 26, 2022 | $0.00 |
| 3743 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated October 01, 2021 | |
| 3744 | Susan Jones Lynn | 1255 Fairlake Trace Apt 311 Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2005 | $0.00 |
| 3745 | Suzanne Kohler Elizabeth | 7880 North 8000 West Lehi UT 84043 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 3746 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 31, 2018 | |
| 3747 | Swartz and Sons Distributors Inc | 3815 38th St Brentwood MD 20722 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 26, 2018 | $0.00 |
| 3748 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 13, 2017 | |
| 3749 | Sysco Corporation and/or its Affiliates | Attn: Vice President of Merchandising 1390 Enclave Parkway Houston TX 77077 | Vital Pharmaceuticals, Inc. | Hold Harmless Agreement and Guaranty/Warranty of Product, dated October 27, 2010 | $0.00 |
| 3750 | | | Quash Seltzer, LLC | Contact Info Sheet, ACH Transfer form, W-9, Brand Ambassador Agreement, , dated October 18, 2021 | |
| 3751 | Tactix Group Inc., d/b/a Sklar Furnishings | 6300 North Federal Highway Boca Raton FL 33487 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated October 18, 2019 | $0.00 |
| 3752 | | | Vital Pharmaceuticals, Inc. | brand ambassador, dated June 20, 2018 | |
| 3753 | Taft Mays A | 2748 S Cupertino Dr Gilbert AZ 85295 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 13, 2021 | $0.00 |
| 3754 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 3755 | Tairi Ortiz | 8960 NW 8th St Pembroke Pines FL 33024-6410 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2021 | $0.00 |
| 3756 | Takasago Europe GmbH | Industriestrasse 53909 Zülpich Germany | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated December 01, 2020 | $0.00 |
| 3757 | Takasago International (S) Pte Ltd | 5 Sunview Road 627616 Singapore | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 02, 2021 | $0.00 |

| 3758 | Takasago International Corp. USA | 4 Volvo Drive Rockleigh NJ 07647 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated September 13, 2021 | $0.00 |
|---|---|---|---|---|---|
| 3759 | | | Quash Seltzer, LLC | Elite Agreement, dated June 14, 2021 | |
| 3760 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 18, 2019 | |
| 3761 | Tanager Beverages LLC | Attn: Joe Kondelis 22 Road 2 AB Cody WY 82414 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 20, 2021 | $0.00 |
| 3762 | Tanager Beverages, LLC | Joe Kondelis 22 Road 2 AB Cody WY 82414 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 24, 2021 | $0.00 |
| 3763 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3764 | Tanner Allford Robert | 11802 SW 16th St Pembroke Pines FL 33025 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 10, 2022 | $0.00 |
| 3765 | Tanya Pagan Pierobon | 3191 North Oasis Dr Boynton Beach FL 33426 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 18, 2022 | $0.00 |
| 3766 | Tarver Distributing Co., Inc. | Attn: Ross H. Tarver 8360 Hiwassee Street Charleston TN 37310 | Vital Pharmaceuticals, Inc. | Release Agreement, dated June 03, 2020 | $0.00 |
| 3767 | Tarver Distributing Company Inc. | Attn: Ross H. Tarver 8360 Hiwassee Street Charleston TN 37310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 08, 2016 | $0.00 |
| 3768 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated September 23, 2013 | |
| 3769 | Tavian Grubbs Shanod | 2680 Hammondville Rd Pompano Beach FL 33069 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 09, 2020 | $0.00 |
| 3770 | Tayler Berblinger Jane | 5115 63rd St San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 30, 2017 | $0.00 |
| 3771 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated September 20, 2021 | |
| 3772 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated May 01, 2019 | |
| 3773 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 3774 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 3775 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 3776 | TCS Group, Inc. | 3922 Coral Ridge Drive Coral Springs FL 33065 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated September 04, 2020 | $0.00 |
| 3777 | Team Direct Management LLC | Attn: Noah Bremen 5417 Pinnacle Point Dr Ste 501 Rogers AR 72758 | Vital Pharmaceuticals, Inc. | Sales Representative Agreement, dated 2007 | $0.00 |
| 3778 | Team Lone Star | N MacArthur Blvd Ste 120 Irving TX 75063 | Vital Pharmaceuticals, Inc. | Bill of Sale, dated November 01, 2011 | $0.00 |
| 3779 | Technology Transfer Corporation | 1920 E Hallandale Blvd. Hallandale Beach FL 33009 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated June 15, 2020 | $0.00 |
| 3780 | Ted Burnette W | 600 1E Ladera Ln Anaheim CA 92807 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 01, 2022 | $0.00 |
| 3781 | Templeton & Company, LLC. | 222 Lakeview Avenue Suite 1200 West Palm Beach FL 33401 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated February 27, 2019 | $0.00 |
| 3782 | Tera Stroud M | 108 Crystalwood Ct Nw Concord NC 28027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 18, 2019 | $0.00 |
| 3783 | Terborg Distributing Inc | Attn: Brian Jonkman 8946 N 700 W DeMotte IN 46310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 17, 2018 | $0.00 |
| 3784 | Teresa Perez Nicole | 12870 Southwest 117th St Miami FL 33186 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 13, 2019 | $0.00 |
| 3785 | Terry Colding Eugene | 2702 Wilder Park Dr Plant City FL 33566 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 22, 2019 | $0.00 |
| 3786 | Terymer Collazo | 14441 Lexington Pl Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 13, 2019 | $0.00 |
| 3787 | Tetra Financial Group, LLC | AvTech Capital - Tetra Financial Group, LLC PO Box 7551 Convington, WA 98042-0044 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement, dated January 11, 2016 | $0.00 |
| 3788 | Tetra Pak, Inc. | 3300 Airport Road Denton TX 76207 | Vital Pharmaceuticals, Inc. dba VPX Sports | Mutual Confidentiality Agreement, dated October 17, 2018 | $0.00 |
| 3789 | Tevin Jackson Mitchell Jonn | 2205 S 84th Ave Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 07, 2020 | $0.00 |
| 3790 | Texas A&M University Commerce | Attn: Dr. Bukuo Ni 2200 Campbell Street Commerce TX 75428 | Vital Pharmaceuticals, Inc. | Confidential Service Agreement, dated November 04, 2016 | $0.00 |
| 3791 | Teyo Brandwell | 1621 Shields Ave Encinitas CA 92024 | Vital Pharmaceuticals, Inc. | Vendor Purchase Program Agreement, dated April 12, 2018 | $0.00 |
| 3792 | TFG-Florida, L.P. | 3165 East Millrock Drive Suite 400 Salt Lake City UT 84121 | Vital Pharmaceuticals, Inc. | Agreement and Bill of Sale, dated September 18, 2014 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3793 | TFG-Florida, L.P. | 3165 East Millrock Drive Suite 400 Salt Lake City UT 84121 | Vital Pharmaceuticals, Inc. | Amended and Restated Lease Schedule No. 002 to Master Lease Agreement, dated May 27, 2010 | $0.00 |
| 3794 | TFG-Florida, L.P. | 3165 East Millrock Drive Suite 400 Salt Lake City UT 84121 | Vital Pharmaceuticals, Inc. | Master Lease Agreement, dated July 30, 2009 | $0.00 |
| 3795 | TFG-Florida, L.P. | 3165 East Millrock Drive Suite 400 Salt Lake City UT 84121 | Vital Pharmaceuticals, Inc. | Partial Acceptance and Authorization, dated March 09, 2017 | $0.00 |
| 3796 | TFG-Florida, L.P. | 3165 East Millrock Drive Suite 400 Salt Lake City UT 84121 | Vital Pharmaceuticals, Inc. | Partial Acceptance and Authorization for Progress Payments / Lease Schedule, dated June 18, 2019 | $0.00 |
| 3797 | TGA Cactus DC II LLC | c/o Nuveen Real Estate 4675 MacArthur Court, Suite 1100 Newport Beach CA 92626 | Vital Pharmaceuticals, Inc. | Industrial Lease, dated April 01, 2020 | $0.00 |
| 3798 | The Alliance Group | 5290 Overpass Road Suite 122 Santa Barbara CA 93111 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated November 30, 2021 | $0.00 |
| 3799 | The Board of Trustees of the Leland Stanford Junior University | 450 Jane Stanford Way Stanford, CA 94305–2004 | Vital Pharmaceuticals, Inc. | Confidential Settlement and Mutual Release, dated August 30, 2019 | $0.00 |
| 3800 | The Cansultants LLC | 6895 Counselors Way Alpharetta GA 30005 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated September 06, 2019 | $0.00 |
| 3801 | The Cansultants LLC | 6895 Counselors Way Alpharetta GA 30005 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang") | Confidentiality & Non-Disclosure Agreement, dated September 09, 2019 | $0.00 |
| 3802 | The Center for Applied Health Sciences, LLC | 6570 Seville Dr, Canfield OH 44406 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 15, 2021 | $0.00 |
| 3803 | The Firestone Group Inc. | 3205 Saint James Drive Boca Raton FL 33434 | Vital Pharmaceuticals, Inc., d/b/a/ VPX/REDLINE | Non-Disclosure/Confidentiality Agreement, dated June 09, 2017 | $0.00 |
| 3804 | The Haskell Company | Keith Perkey 111 Riverside Ave. Jacksonville FL 32202 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 12, 2019 | $0.00 |
| 3805 | The HB Group, LLC | 15892 S Rockwell Park Cove Herriman UT 84096 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 07, 2020 | $0.00 |
| 3806 | The Heineken Company , Brazil | R. Olimpiadas, 205 - Itaim Bibi Sao Paulo - SP 04546-004 Brazil | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 21, 2021 | $0.00 |
| 3807 | The Heineken Company ,Brazil | Rafael Rizzi, Director of Business Strategy R. Olimpiadas, 205 - Itaim Bibi Sao Paulo - SP 04546-004 Brazil | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 21, 2021 | $0.00 |
| 3808 | The Huntington National Bank | 7 Easton Oval, Columbus, OH 43219 | Vital Pharmaceuticals, Inc. | Receivables Purchase Agreement, dated June 30, 2021 | $0.00 |
| 3809 | The Hype House LA, LLC | 4440 Hayvenhurst Ave Encino CA 91436 | Vital Pharmaceuticals, Inc. | Materials Release | $0.00 |
| 3810 | The Kroger Co. | 1014 Vine Street, Cincinnati, OH 45202 | Vital Pharmaceuticals, Inc. | Standard Vendor Agreement, dated November 02, 2018 | $0.00 |
| 3811 | The Kroger Co. | 1014 Vine Street, Cincinnati, OH 45202 | Vital Pharmaceuticals, Inc. | Ship to Home Addendum to the Standard Vendor Agreement, dated December 07, 2021 | $0.00 |
| 3812 | The Lewis Bear Company | 6120 Enterprise Drive Pensacola FL 32505 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 20, 2018 | $0.00 |
| 3813 | The Lewis Bear Company | 6120 Enterprise Drive Pensacola FL 32505 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated December 14, 2022 | $0.00 |
| 3814 | The Made-Rite Company, LTD | PO Box 3283 Longview, TX 75606 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 03, 2021 | $0.00 |
| 3815 | The Medical Institute for Weight Loss, Inc. | Richard J. Rose, M.D. 2999 NE 191st St Suite 705 Aventura FL 33139 | Vital Pharmaceuticals, Inc. | Settlement Agreement | $0.00 |
| 3816 | The MHM Group, Inc. | 2129 Via Teca San Clemente CA 92673 | Vital Pharmaceuticals, Inc. | Production and Advertising Agreement, dated December 01, 2011 | $0.00 |
| 3817 | The Miami Beach Edition | 2901 Collins Avenue Miami Beach FL 33140 | Vital Pharmaceuticals, Inc. | Catering Contract, dated July 22, 2019 | $0.00 |
| 3818 | The Noel Corporation | Mike Sutton, Contract Packaging Manager 1001 S. 1st Street Yakima WA 98901-3403 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated May 22, 2019 | $0.00 |
| 3819 | The Odom Corporation | 11400 SE 8th Street, Suite 300, Bellevue, WA 98004 | Vital Pharmaceuticals, Inc. | Distribution Agreement, dated September 30, 2022 | $0.00 |
| 3820 | The Probst Group | 17035 West Wisconsin Avenue Suite 120 Brookfield WI 53005 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 14, 2020 | $0.00 |
| 3821 | The Staffing Resource Group, Inc. | 4343 Anchor Plaza Pkwy Suite 125 Tampa FL 33634 | Vital Pharmaceuticals, Inc. | Payment Agreement Contract, dated November 17, 2014 | $0.00 |
| 3822 | The Superlative Group, Inc, | 2843 Franklin Blvd. Cleveland OH 44113 | Vital Pharmaceuticals, Inc DBA Bang Eneergy | CONFIDENTIALITY AGREEMENT, dated December 19, 2019 | $0.00 |
| 3823 | The University of Memphis | Attn: Mable Dixon 315 Administration Building Memphis TN 38152 | Vital Pharmaceuticals, Inc. | Amendment to the Agreement, dated November 15, 2008 | $0.00 |
| 3824 | The University of Memphis | Attn: Mable Dixon 315 Administration Building Memphis TN 38152 | Vital Pharmaceuticals, Inc. | Sponsored Research Agreement, dated August 07, 2008 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3825 | ThermoLife International, Inc. | 1334 E Chandler Blvd Phoenix AZ 85048 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated April 04, 2013 | $0.00 |
| 3826 | Thermo-Pak, Co. | Jeff Simpson, GM 360 Balm Court Wood Dale IL 60191 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 30, 2020 | $0.00 |
| 3827 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 21, 2013 | |
| 3828 | Thomas Andre | 230 Turner Center P.O. Box 1848 University MS 38677-1848 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated October 18, 2021 | $0.00 |
| 3829 | Thomas Chavez | 3314 West WindroSE Dr Phoenix AZ 85029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 03, 2017 | $0.00 |
| 3830 | Thomas Del Duca J | 985 Colonial Dr Mount Pleasant SC 29464 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 24, 2021 | $0.00 |
| 3831 | Thomas Foss Allen | 5609 South 30th Glen Phoenix AZ 85041 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 30, 2019 | $0.00 |
| 3832 | Thomas Garrigan L | 7410 Panama St Miramar FL 33023 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 26, 2021 | $0.00 |
| 3833 | Thomas Group, LLC, d/b/a Eagle Distributing Co. | 5463 Skylane Blvd Santa Rosa CA 94503 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 18, 2018 | $0.00 |
| 3834 | Thomas Hebert | 2575 Tupelo Ave Mims FL 32754 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 13, 2021 | $0.00 |
| 3835 | Thomas Llewellyn R | 1232 Belhaven Ln Ponte Vedra FL 32081 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 3836 | Thomas Marincovich | 1909 Blue Sage Ct Brandon FL 33511 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 21, 2022 | $0.00 |
| 3837 | Thomas McAlister II Preston | 7937 Roswell Rd Apt A Sandy Springs GA 30350 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 3838 | Thomas Perez Anthony | 10236 West Preston Ln Tolleson AZ 85353 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 13, 2017 | $0.00 |
| 3839 | Thomas Principe Santino | 1616 Aspen Meadows Dr Henderson NV 89014 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 08, 2021 | $0.00 |
| 3840 | Thompson Legal Services, Inc. | 799 Brickell Plaza Suite 603 Miami FL 33131 | Vital Pharmaceuticals, Inc. | Employee Placement Agreement, dated September 22, 2008 | $0.00 |
| 3841 | Thorntons Inc. | Attn: Marketing Implementation Manager 2600 James Thornton Way Louisville KY 40245 | Vital Pharmaceuticals, Inc. | Indemnification Agreement, dated January 03, 2019 | $0.00 |
| 3842 | Three Lakes Distributing dba O'Connor Distributing- Three Lakes Division | Attn: Ryan O'Connor 1515 E 4th St Little Rock AR 72202 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated November 11, 2021 | $0.00 |
| 3843 | Three Rivers Distributing, LLC dba O'Connor Distributing- Three Rivers Division | Attn: Ryan O'Connor 1515 E 4th St Little Rock AR 72202 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated November 11, 2021 | $0.00 |
| 3844 | Tia McCall Nakesha | PO Box 266824 Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 01, 2021 | $0.00 |
| 3845 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated August 30, 2017 | |
| 3846 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated May 11, 2018 | |
| 3847 | Tiffany Hallich Nicole | 16439 NW 16th St Pembroke Pines FL 33028 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 23, 2019 | $0.00 |
| 3848 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated May 10, 2011 | |
| 3849 | Timothy Amko Paul | 7383 Southwest 9th Ct Plantation FL 33317 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 14, 2021 | $0.00 |
| 3850 | Timothy H. Shaffer | c/o Schian Walker P.L.C 1850 North Central Avenue Suite 900 Phoenix AZ 85004-4531 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated November 26, 2014 | $0.00 |
| 3851 | Timothy Hodges Jacob | 6968 Clarkridge Dr Apt 302 Dallas TX 75236 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 07, 2017 | $0.00 |
| 3852 | Timothy Kotowski Jay | 6325 Chadmore Ln Sw Ocean Isle Beach NC 28469 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 16, 2022 | $0.00 |
| 3853 | Tina Carter Michelle | 7913 Footman Way Raleigh NC 27615 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2021 | $0.00 |
| 3854 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated January 01, 2018 | |
| 3855 | Tino Sangster St George | 306 Forrest Crest Ct Ocoee FL 34761 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2022 | $0.00 |
| 3856 | Tipton Mills Foods, LLC • d/b/a Tipton Mills | 835 S Mapleton Street Columbus IN 47201 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 16, 2021 | $0.00 |
| 3857 | Tipton Mills Foods, LLC dba Tipton Mills | 835 S Mapleton Street Columbus IN 47201 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 09, 2021 | $0.00 |
| 3858 | TMF Group B.V. | Herikerbergweg 238 1101 CM Amsterdam Netherlands, registered with the Kamer van Koophandel under number KvK 34210962 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 25, 2022 | $0.00 |
| 3859 | TMF USA Inc. | 80 SW 8th Street Suite 2900 Miami FL 33130 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 13, 2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3860 | TNC Promotional Marketing, LLC | 1129 E Dominguez Street Ste K Carson CA 90746 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated July 09, 2020 | $0.00 |
| 3861 | TOK Corp | 3111 N University Drive Suite 105 Coral Springs FL 33065 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 15, 2020 | $0.00 |
| 3862 | Tomasz Leszczynski T | 104 Hillvue Dr Seven Fields PA 16046 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 19, 2021 | $0.00 |
| 3863 | Tommy Ruelas Michael Richard | 7242 West College Dr Phoenix AZ 85033 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 12, 2021 | $0.00 |
| 3864 | Toney Freeman | 655 S. Preston Court Alpharetta GA 30022 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 23, 2003 | $0.00 |
| 3865 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 09, 2018 | |
| 3866 | | | Vital Pharmaceuticals, Inc. | Select Team Agreement, dated February 14, 2019 | |
| 3867 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador Agreement, dated November 01, 2021 | |
| 3868 | Torrey Kyles A | 4720 Baileys Lake Rd Nw Apt 104 Concord NC 28027 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 20, 2020 | $0.00 |
| 3869 | Total Quality Logistics, LLC | 4289 Ivy Pointe Blvd Cincinnati OH 45245 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated December 15, 2021 | $0.00 |
| 3870 | Total Quality Logistics, LLC TQL | PO Box 634558, Cincinnati, OH 45263 | Vital Pharmaceuticals, Inc. | Customer Application, dated November 07, 2019 | $0.00 |
| 3871 | Tow Distributing Corporation | 3100 3rd Ave. P.O.Box 3527 Mankato MN 56002 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 21, 2018 | $0.00 |
| 3872 | Tow Distributing Corporation | 3100 3RD AVE / MANKATO MN 56001-2728 / US | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement Reinstatement, dated October 19, 2022 | $0.00 |
| 3873 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Contract, dated September 06, 2013 | |
| 3874 | Transportation Alliance Bank Inc. | 4185 Harrison Blvd Ogden UT 84403 | Vital Pharmaceuticals, Inc. | Confidentiality Agreement | |
| 3875 | Transportation Management Solutions, Inc. | 18450 Pines Boulevard Ste 203 Pembroke Pines FL 33029 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated November 08, 2021 | $0.00 |
| 3876 | Transworld Business Brokers, LLC | 2121 Vista Pkwy West Palm Beach, Florida 33411 | Vital Pharmaceuticals, Inc. | Confidentiality/Disclosure/Registration Agreement (TWCA), dated July 19, 2016 | $0.00 |
| 3877 | Travelers Property Casualty Company of America | PO Box 660317 / Dallas TX 75266-0317 / US | Vital Pharmaceuticals, Inc. | Product/Service Agreement | $0.00 |
| 3878 | Travelers Property Casualty Company of America | 1 Tower Sq, Hartford, CT, 06183 | Vital Pharmaceuticals, Inc. | Boiler & Machinery Insurance Policy, dated May 31, 2023 | $0.00 |
| 3879 | Travis Deal Allen | 5115 63rd St San Diego CA 92115 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 13, 2019 | $0.00 |
| 3880 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated March 27, 2018 | |
| 3881 | Travis Hendrix Scot | 7078 Post Rd Winston GA 30187 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |
| 3882 | Trekker Logistics, LLC | 8122 Bunkum Rd Caseyville IL 62232 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 11, 2021 | $0.00 |
| 3883 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 07, 2019 | |
| 3884 | Trevor Guthrie | 7816 Southside Blvd  187 Jacksonville FL 32256 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 26, 2020 | $0.00 |
| 3885 | Triangle Distributing Co. | Attn: Peter H. Heimark, President 12065 E. Pike Street Santa Fe Springs CA 90670 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 09, 2018 | $0.00 |
| 3886 | Tri-Cities Beverage Corp. | Ryland Thomas 612 Industrial Park Drive Newport News VA 23608 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 03, 2008 | $0.00 |
| 3887 | | | Vital Pharmaceuticals, Inc. | Triller Influencer Network Brand Promotion Agreement, dated September 20, 2018 | |
| 3888 | Trilliant Food & Nutrition, LLC | 1101 Moasis Drive / Little Chute WI 54140 / US | Vital Pharmaceuticals, Inc. | Co-manufacturing Agreement | $0.00 |
| 3889 | Tri-State Juice Company | Attn: Ken Bachey 201 Milford Pkwy Milford OH 45150 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2008 | $0.00 |
| 3890 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 20, 2017 | |
| 3891 | Tristen Ferguson Robert | 23675 Southwest 120th Ave Homestead FL 33032 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 29, 2021 | $0.00 |
| 3892 | Tristian Scott L | 1123 Junipero St  3 Long Beach CA 90804 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 30, 2021 | $0.00 |
| 3893 | Troy Boone Matthew | 6313 Spring HouSE Place Bridgeville PA 15017 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 31, 2022 | $0.00 |
| 3894 | Troy Seydel S | 3145 Poppy St West Sacramento CA 95691 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 08, 2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3895 | Tru Blu Beverages Pty Ltd | 43 Mons Street Condell Park NSW 2200 Australia | Vital Pharmaceuticals, Inc., d/b/a VPX/REDLINE | Non-Disclosure/Confidentiality Agreement, dated March 13, 2018 | $0.00 |
| 3896 | Tulip Interfaces, Inc. | 561 Windsor St Ste B204 Somerville MA 02143 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 3897 | | | Vital Pharmaceuticals, Inc. | Contract Videographer Agreement, dated February 13, 2018 | |
| 3898 | TWI Group, LLC | PO Box 60086 Las Vegas NV 89160 | Vital Pharmaceuticals, Inc. | Settlement Agreement, dated October 24, 2018 | $0.00 |
| 3899 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated September 12, 2018 | |
| 3900 | TXU Energy Retail Company LLC | Attn: Retail Contract Administration 6555 Sierra Drive 1-W-1 Irving TX 75039 | Vital Pharmaceuticals, Inc. | Base Contract for Supply of Electricity, dated August 23, 2019 | $0.00 |
| 3901 | Ty Meissner Jason | 18149 Rachael Dr Sandy OR 97055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 11, 2019 | $0.00 |
| 3902 | Tyler Bullerwell Austin | 8678 Falling Blue Place Riverview FL 33578 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 14, 2021 | $0.00 |
| 3903 | Tyler Nobis Dwayne | 30 W Carter Dr 7-206 Tempe AZ 85282 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 29, 2021 | $0.00 |
| 3904 | Tyler Sales Company, Inc. | Jim Tyler 2100 Park Street Muskegon Heights MI 49444 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement , dated January 29, 2021 | $0.00 |
| 3905 | Tyler Sales Company, Inc. | Jim Tyler 2100 Park Street Muskegon Heights MI 49444 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement (Hard Seltzer), dated January 29, 2021 | $0.00 |
| 3906 | Tyson Harper Leigh | 12803 Orpington St Orlando FL 32826 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 28, 2022 | $0.00 |
| 3907 | U.S. Customs and Border Protection Bureau for Livingston International, Inc. | 670 Young St Tonawanda NY 14150-4403 | Vital Pharmaceuticals, Inc. | U.S. Power of Attorney (POA), dated March 15, 2019 | $0.00 |
| 3908 | UB Distributors, LLC. | 1213-1217 Grand Street Brooklyn NY 11211 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 05, 2018 | $0.00 |
| 3909 | UL Verification Services Inc. | 333 Pfingsten Rd, Northbrook, IL 60062-2002 | Vital Pharmaceuticals, Inc. | Invoice for Annual Subscription Services, dated July 05, 2023 | $0.00 |
| 3910 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated April 08, 2018 | |
| 3911 | Ullman, Shapiro & Ullman, LLP | Steven Shapiro 299 Broadway Suite 1700 New York NY 10007 | Vital Pharmaceuticals, Inc. | Retainer Agreement, dated April 15, 2011 | $0.00 |
| 3912 | Ultimate Staffing Services LP | 333 City Blvd. West, Suite 100 Orange CA 92868 | Vital Pharmaceuticals, Inc. | General Release, dated September 15, 2014 | $0.00 |
| 3913 | Uncle Bob's Management, LLC | 6467 Main Street Williamsville NY 14221 | Vital Pharmaceuticals, Inc. | RENTAL AGREEMENT - FLORIDA , dated January 14, 2016 | $0.00 |
| 3914 | Under Armour, Inc., | 1020 Hull Street Baltimore MD 21230 | Vital Pharmaceuticals, Inc. | SETTLEMENT AGREEMENT, dated January 23, 2015 | $0.00 |
| 3915 | Underground Beverage Brands, LLC | Sean Pierce 750 Columbia Street Brea CA 92821 | Vital Pharmaceuticals, Inc. | Delinquent Account, dated October 07, 2011 | $0.00 |
| 3916 | UNIBEV LIMITED | 222 Marcus Garvey Dr Kingston 11 Jamaica | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated January 12, 2022 | $0.00 |
| 3917 | UniChem | 1905 S Lynx Ave Ontario CA 91761-8055 | Vital Pharmaceuticals, Inc. | Application for Credit Terms | $0.00 |
| 3918 | Unified Strategies Group, Inc. | 1000 Village Dr Suite 200 Greensburg PA 15601 | Vital Pharmaceuticals, Inc. | USG Performance Ads & Promotions, dated October 01, 2019 | $0.00 |
| 3919 | UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA | 40 Rector St 4th Floor New York NY 10006 | Vital Pharmaceuticals, Inc. | LETTER OF KOSHER CERTIFICATION, dated December 28, 2018 | $0.00 |
| 3920 | Union of Orthodox Jewish Congregations of America, Kashruth Division | Rabbi YAtzchok Mincer 11 Broadway New York NY 10004 | Vital Pharmaceuticals, Inc. | AGREEMENT, dated November 01, 2018 | $0.00 |
| 3921 | United | PO Box 1214 Charlotte NC 28201-1214 | Vital Pharmaceuticals, Inc. | United States Food and Drug Administration Consumer Complaint / Injury Report, dated July 17, 2019 | $0.00 |
| 3922 | United Beverage, Inc. | Cody Drake PO Box 818 Hickory NC 28603 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 03, 2021 | $0.00 |
| 3923 | United Beverage, Inc. | Cody Drake PO Box 818 Hickory NC 28603 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 08, 2021 | $0.00 |
| 3924 | United Data Technologies, Inc. d/b/a UDT | 2900 Monarch Lakes Blvd, Suite 300 Miramar, FL 33027 | Vital Pharmaceuticals, Inc. | MUTUAL NON-DISCLOSURE AGREEMENT, dated November 05, 2019 | $0.00 |
| 3925 | United Distribuing, Inc. | 5500 United Drive Smyrna GA 30082 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2008 | $0.00 |
| 3926 | United Distributors, Inc. | Mike Mulder 5500 United Drive Smyrna GA 30082 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 25, 2021 | $0.00 |
| 3927 | United HealthCare Services, Inc. | 3100 S.W. 145th Ave 2nd Floor / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Administrative Services Agreement, Contract No. 916825, dated January 01, 2020 | $0.00 |
| 3928 | United HealthCare Services, Inc. | 3100 S.W. 145th Ave 2nd Floor / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Financial Renewal and Terms Amendment, dated May 27, 2022 | |

| | | | | | |
|---|---|---|---|---|---|
| 3929 | United HealthCare Services, Inc. | 3100 S.W. 145th Ave 2nd Floor / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Financial Renewal and Terms Amendment, dated February 14, 2023 | $0.00 |
| 3930 | United Natural Foods, Inc. | 313 Iron Horse Way Providence RI 02908 | Vital Pharmaceuticals, Inc. | Supplier Agreement, dated January 26, 2016 | $0.00 |
| 3931 | United Wholesale & Nutrition LLC | 9102 NW 106TH ST Medley FL 33178 | Vital Pharmaceuticals, Inc. | Distributorship Authorization , dated January 22, 2015 | $0.00 |
| 3932 | UnitedHealthcare Insurance Company | 3100 S.W. 145th Ave 2nd Floor / Miramar FL 33027 / US | Vital Pharmaceuticals, Inc. | Stop Loss Policy, GA-916825AL, dated January 01, 2020 | $0.00 |
| 3933 | United-Johnson Brothers of Alabama, LLC | President 6000 Greenwood Parkway, Suite 100 Bessemer AL 35022 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 06, 2021 | $0.00 |
| 3934 | University of Oklahoma | University of Oklahoma 1401 Asp Avenue Room 109 Norman OK 73019 | Vital Pharmaceuticals, Inc. | Research Agreement, dated April 01, 2008 | $0.00 |
| 3935 | University of South Alabama | 307 University Blvd N, AD-200 Mobile AL 36688-0002 | Vital Pharmaceuticals, Inc. | Amendment 2 to University Service Agreement, dated March 22, 2018 | $0.00 |
| 3936 | University of South Alabama | 307 University Blvd N, AD-200 Mobile AL 36688-0002 | Vital Pharmaceuticals, Inc. | Material Transfer Agreement, dated June 08, 2016 | $0.00 |
| 3937 | University of South Alabama | 307 University Blvd N, AD-200 Mobile AL 36688-0002 | Vital Pharmaceuticals, Inc. | SERVICE AGREEMENT, dated October 14, 2016 | $0.00 |
| 3938 | USI Insurance Services, LLC | 200 Summit Lake Drive Suite 350 Valhalla NY 10595 | Vital Pharmaceuticals, Inc., d/b/a VPX Sports | Confidentiality & Non-Circumvention Agreement, dated September 30, 2017 | $0.00 |
| 3939 | Valencia Pipe Company, Inc. | Andrew Dervin 28839 Industry Drive Valencia CA 91355 | Vital Pharmaceuticals, Inc. | Specialty License Agreement, dated May 03, 2019 | $0.00 |
| 3940 | Valentina Mata V | 14608 Murfield Ct Charlotte NC 28278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 3941 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated April 26, 2017 | |
| 3942 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 09, 2018 | |
| 3943 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated February 03, 2018 | |
| 3944 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Local Team) Agreement, dated April 08, 2017 | |
| 3945 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated May 21, 2019 | |
| 3946 | Valle Redondo SA de CV | Hacienda de Temixco 18 Bosques de Echegaray Naucalpan de Juarez Estado de Mexico 53310 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated February 03, 2022 | $0.00 |
| 3947 | Valley Distributors, Inc. | Michael Runser PO Boc 2007 Lewiston ME 04241 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated August 17, 2021 | $0.00 |
| 3948 | Valley Sales Company, Inc. | 1218 8th Street SE Jamestown ND 58401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 17, 2018 | $0.00 |
| 3949 | Valrico Mini Storage | 2108 Jelane Dr Valrico FL 33594 | Vital Pharmaceuticals, Inc. | Rental Agreement, dated January 15, 2016 | $0.00 |
| 3950 | Vanessa Coatney Ann | 405 Kayla St Troy TX 76579 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 26, 2020 | $0.00 |
| 3951 | Vanessa De La Torre Elizabeth | 2560 Southwest 140th Ave Miami FL 33175 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 20, 2020 | $0.00 |
| 3952 | | | Vital Pharmaceuticals, Inc. | Photographer Agreement, dated October 10, 2014 | |
| 3953 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated November 01, 2021 | |
| 3954 | | | Quash Seltzer, LLC | Elite Agreement, dated November 01, 2021 | |
| 3955 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated December 14, 2017 | |
| 3956 | Varni Brothers Corporation | 400 Hosmer Avenue Modesto CA 95351 | Vital Pharmaceuticals, Inc. | Co-Packing Agreement, dated January 30, 2019 | $0.00 |
| 3957 | Varni Brothers Corporation | 400 Hosmer Avenue Modesto CA 95351 | Vital Pharmaceuticals, Inc. | Addendum to Co-Packing Addendum for Sleeving Services, dated July 18, 2022 | $0.00 |
| 3958 | Varni Brothers Corporation | 400 Hosmer Avenue Modesto CA 95351 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 23, 2018 | $0.00 |
| 3959 | Vaxxen Labs, Inc. | Andrew Kowalich 5310 Warren Road #9 Cortland OH 44410 | JHO Intellectual Property Holdings, LLC | Exhibit A - Form of Letter of Consent, dated May 16, 2019 | $0.00 |
| 3960 | Vaxxen Labs, Inc. | Andrew Kowalich 5310 Warren Road #9 Cortland OH 44410 | JHO Intellectual Property Holdings, LLC | Coexistence Agreement, dated June 07, 2019 | $0.00 |
| 3961 | Vedeqsa, Inc. | 11 Penn Plaza 5th Floor Suite 5105 New York NY 10001 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement | $0.00 |
| 3962 | Venetian Casino Resort, LLC, | Marc J. Keston 3355 Las Vegas Boulevard South Las Vegas NV 89109 | Vital Pharmaceuticals, Inc. | Agreement, dated September 11, 2019 | $0.00 |
| 3963 | Venture South Distributors, Inc. d/b/a Watkins Distributing Sales & Service; Centennial Distributing | Mitch Wattens 104 Crandon Blvd Key Biscayne FL 33149 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 26, 2021 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3964 | Venture Transportation Partners LLC | 1101 Harding Ct Indianapolis IN 46268 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 3965 | Verizon Business Network Services Inc | PO Box 15069 Albany NY 12212 | Vital Pharmaceuticals, Inc. | Amendment to US Services Agreement | $0.00 |
| 3966 | Verizon Business Network Services Inc | Shawn Harrs One Verizon Way Basking Ridge NJ 07920 | Vital Pharmaceuticals, Inc. | Non-Disclosure Agreement, dated October 01, 2019 | $0.00 |
| 3967 | | | Vital Pharmaceuticals, Inc. | Select Agreement, dated January 01, 2021 | |
| 3968 | Veslos Pty. Ltd. | PO Box 358 Dulwich Hill New South Wales Australia | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated June 18, 2019 | $0.00 |
| 3969 | Victor La Tempa J | 7642 East Boise St Mesa AZ 85207 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 08, 2021 | $0.00 |
| 3970 | Victoria Austin Yurievna | 209 West Riverbend Dr Sunrise FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 04, 2021 | $0.00 |
| 3971 | Victoria Ballanti | 3924 Osprey Ct Weston FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 06, 2020 | $0.00 |
| 3972 | | | Vital Pharmaceuticals, Inc. | Modeling Agreement, dated May 04, 2014 | |
| 3973 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (Select Team) Agreement, dated December 14, 2018 | |
| 3974 | | | Quash Seltzer, LLC | Select Agreement, dated January 01, 2022 | |
| 3975 | VideoJet | 1500 N. Mittel Blvd. Wood Dale, IL 60191-1073 | Vital Pharmaceuticals, Inc. | Full Care Package Agreement, dated September 22, 2015 | $0.00 |
| 3976 | Vincent Joseph Russo | 608 Washington Avenue Kenilworth NJ 07003 | Vital Pharmaceuticals, Inc. | Independent Contractor Agreement, dated May 01, 2014 | $0.00 |
| 3977 | Vincent Milano Michael | 2490 Martin Ave Bellmore NY 11710 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 3978 | VIP Sports Getaway, LLC | 104 Spinks Rd Abilene TX 79603 | Vital Pharmaceuticals, Inc. | Contract Agreement, dated September 16, 2019 | $0.00 |
| 3979 | Virgil Osborn III Leroy | 2616 Sands Rd Lakeland FL 33810 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 27, 2020 | $0.00 |
| 3980 | Virginia Beverage Company | 306 WALLING ROAD, BRISTOL, VA 24201 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 14, 2022 | $0.00 |
| 3981 | Virginia Eagle Distributing Company LLC | Attn: Scott Heinz 827 Lee Hwy PO Box 496 Verona VA 24482 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 19, 2018 | $0.00 |
| 3982 | Virginia Eagle Distributing Company LLC | Attn: Scott Heinz 827 Lee Hwy PO Box 496 Verona VA 24482 | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated December 07, 2022 | $0.00 |
| 3983 | Vista Insurance Partners of IL dba A J Renner & AS | 6 W Hubbard St 4th Fl Chicago IL 60610 | Vital Pharmaceuticals, Inc. | Insuring Agreement, dated December 04, 2010 | $0.00 |
| 3984 | Vitaflex | 1083 S Hiawassee Road Suite 628 Orlando FL 32835 | Vital Pharmaceuticals, Inc. | Distributor Agreement | $0.00 |
| 3985 | Vital Pharmaceuticals International Sales, Inc. | 1600 N Park Drive Weston, FL 33326 | Vital Pharmaceuticals, Inc. | Certificate of Election to and Incumbency of Officer of Corporation with Specimen Signature, dated December 05, 2019 | $0.00 |
| 3986 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated November 15, 2018 | |
| 3987 | Vitamin Shoppe Industries Inc. | 2101 91st Street North Bergen NJ 07047 | Vital Pharmaceuticals, Inc. | Vitamin Shoppe Purchase Agreement, dated March 01, 2011 | $0.00 |
| 3988 | Vitamin Shoppe Industries LLC | 300 Harmon Meadow Blvd Secaucus NJ 07094 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 29, 2021 | $0.00 |
| 3989 | Vitamin Shoppe Industries, Inc. | 2101 91St North Bergen NJ 07047 | Vital Pharmaceuticals, Inc. | Freight Collect Addendum to Supply Agreement, dated September 12, 2013 | $0.00 |
| 3990 | Vitamin Shoppe Procurement Services, Inc. | 2101 91St North Bergen NJ 07047 | Vital Pharmaceuticals, Inc. | Freight Collect Addendum, dated November 16, 2015 | $0.00 |
| 3991 | Viviana Muci Torres Eugenia | 10710 NW 66th St  105 Doral FL 33178-4552 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | $0.00 |
| 3992 | VO5 | 2460 Grand Central Parkway Suite 12  Orlando FL 32839 | Vital Pharmaceuticals, Inc. | Talent Endorsement Agreement, dated May 15, 2017 | $0.00 |
| 3993 | Volunteer Beer Distributing Company, Inc. | Attn: Mike McWherter, President One Volunteer Place PO Box 30 Dresden TN 38225 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 01, 2017 | $0.00 |
| 3994 | VRM Media, Inc. | 431 Cranbury Road Suite C East Brunswick NJ 08816 | Vital Pharmaceuticals, Inc. | Non Disclosure and Confidentiality Agreement, dated March 31, 2017 | $0.00 |
| 3995 | Vyctoria Sanchez M | 10418 Wagner Way Riverside CA 92505 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 03, 2019 | $0.00 |
| 3996 | W.A. DeHart, Inc. | Chris Trate 1130 Old Route 15 New Columbia PA 17856 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 12, 2021 | $0.00 |
| 3997 | W.H. Edwards Co., dba Midwest Distribution | Attn: Stebe Edwards - President, 421 NW Capital Drive, Lee's Summit, MO 64086 | Vital Pharmaceuticals, Inc. | Foodservice Products Supplier Agreement, dated March 24, 2023 | |

| 3998 | Walgreen Co. | 200 Wilmot Road Deerfield IL 60015 | Vital Pharmaceuticals, Inc. | Business Agreement, dated October 24, 2019 | $0.00 |
|---|---|---|---|---|---|
| 3999 | Walgreen Co. | 200 Wilmot Road Deerfield IL 60015 | Vital Pharmaceuticals, Inc. | Electronic Payments Agreement, dated December 12, 2018 | $0.00 |
| 4000 | Walgreens | Attn: Scott Minger 200 Wilmot Road #2209 Deerfield IL 60015-4681 | Vital Pharmaceuticals, Inc. | Letter re: MELTDOWN 72 CT Manufactured by Vital Pharmaceuticals, Inc., dated February 10, 2012 | $0.00 |
| 4001 | Wal-Mart Stores, Inc. | Attn: General Merchandise Manager 702 SW 8th Street Bentonville AR 72716 | Vital Pharmaceuticals, Inc. | Supplier Agreement, dated May 03, 2007 | $0.00 |
| 4002 | Walton Beverage Company Inc. | Attn: Jim Callaghan 1350 Pacific Pl Ferndale WA 98248 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 11, 2010 | $0.00 |
| 4003 | Walton Beverage Company, Inc. | 1350 Pacific Pl Ferndale WA 98248-8985 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated January 17, 2019 | $0.00 |
| 4004 | Wantz Distributors, Inc. | General Manager 11743 Hopewell Road Hagerstown MA 21740 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated March 03, 2021 | $0.00 |
| 4005 | Watson Inc. | 301 Heffernan Dr West Haven CT 06516 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Nondisclosure Agreement, dated August 13, 2018 | $0.00 |
| 4006 | Wayne Densch, Inc. | Attn: John Williams 2900 West First St Sanford FL 32771 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 08, 2023 | $0.00 |
| 4007 | WDI LLC | 1100 Wilburn Rd Sun Prairie WI 53590 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 17, 2021 | $0.00 |
| 4008 | WDI LLC, d/b/a Wisconsin Distributors | Attn: Casey Trudgeon 900 Progress Way Sun Prairie WI 53590 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 07, 2018 | $0.00 |
| 4009 | Weinstein Beverage Company | Joseph Weinstein 410 Peters Street East Wenatchee WA 98801 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT | $0.00 |
| 4010 | Wells Fargo Bank, N.A. | 350 East Las Olas Blvd Fort Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Non-Disclosure Agreement, dated January 17, 2019 | $0.00 |
| 4011 | Wells Fargo Bank, National Association | Attn: Roanne Disalvatore One East Broward Blvd, 2nd Floor Ft. Lauderdale FL 33301 | Vital Pharmaceuticals, Inc. | Mortgage Modification Agreement, dated April 30, 2013 | $0.00 |
| 4012 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 30, 2021 | |
| 4013 | Wendell Distributing Company Inc | Attn: Lisa Harman 650 Madison Avenue Cape Charles VA 23310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 23, 2019 | $0.00 |
| 4014 | Werner Enterprises Inc. | 14507 Frontier Rd Omaha NE 68138 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality & Non-Disclosure Agreement, dated July 23, 2021 | $0.00 |
| 4015 | | | Vital Pharmaceuticals, Inc. | Elite Agreement, dated June 20, 2019 | |
| 4016 | Wesley Baker Paul | 14722 Baytown Ct Huntersville NC 28078 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 28, 2019 | $0.00 |
| 4017 | Wesley Barnes | 4255 Pebble Ridge Cir Apt 102 Colorado Springs CO 80906 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 02, 2020 | $0.00 |
| 4018 | Wesley Haring James | 1200 Scotia Dr Apt 401 Hypoluxo FL 33462 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 18, 2017 | $0.00 |
| 4019 | Wesley Witter Jr. Dale | 8249 West Dreyfus Dr Peoria AZ 85381 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 01, 2021 | $0.00 |
| 4020 | West Atlantic Logistics Corp. | 227 Hwy 49 S Concord NC 28025 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated 2020 | $0.00 |
| 4021 | West LLC | 11808 Miracle Hills Drive Omaha NE 68154 | Vital Pharmaceuticals, Inc. | Master Services Agreement, dated May 29, 2019 | $0.00 |
| 4022 | West Side Beer Distributing | Kyle Klopcik 5400 Patterson Ave SE Grand Rapids MI 49512 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 29, 2021 | $0.00 |
| 4023 | Westcore Properties, LLC | 4350 La Jolla Village Drive Suite 900 San Diego CA 92122 | Vital Pharmaceuticals, Inc. | Confidentiality and Non-Disclosure Agreement, dated October 04, 2019 | $0.00 |
| 4024 | Western Beverage Company | Attn: Barry Galgoci 18300 NE Portal Way Portland OR 97230 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 | $0.00 |
| 4025 | Western Beverage LLC dba Double Eagle Distribtuing | Attn: Barry Galgoci 18300 NE Portal Way Portland OR 97230 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 05, 2023 | $0.00 |
| 4026 | Western Distributing Company | Kirk Klungness P.O. Box 1969 Casper WY 82602 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated February 19, 2021 | $0.00 |
| 4027 | Western Distributing Company | Kirk Klungness PO Box 1969 Casper KY 82602 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 14, 2021 | $0.00 |
| 4028 | Western Wyoming Beverages, INC | Sean M Valentine 100 Reliance Road PO Box 1336 Rock Springs WY 82901 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated January 19, 2021 | $0.00 |
| 4029 | Western Wyoming Beverages, Inc. | Attn: Sean Valentine 100 Reliance Road Rock Springs WY 82901 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 04, 2019 | $0.00 |
| 4030 | Westley Misilagi Paul | 10431 Cochran Ave Riverside CA 92505 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 16, 2020 | $0.00 |
| 4031 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated January 15, 2018 | |
| 4032 | Wiam Oussir | 2142 Van Buren St Apt 504 Hollywood FL 33020 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 21, 2020 | $0.00 |
| 4033 | Wicker Smith O'Hara McCoy & Ford, P.A. | Suntrust Center Suite 1400 PO Box 14460 Fort Lauderdale FL 33302 | Vital Pharmaceuticals, Inc. | Agreement to Represent, dated March 06, 2013 | $0.00 |

| 4034 | Wil Fischer Distributing Co., Inc. | 3539 W. Farm Road 142 Springfield MI 65807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 15, 2018 | $0.00 |
|---|---|---|---|---|---|
| 4035 | Wil Fischer Distributing Company, Inc. | Attn: Dr. Jeff Gower, CEO 3539 W. Farm Road 142 Springfield MO 65807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 15, 2018 | $0.00 |
| 4036 | Wild Flavors, Inc. | Attn: Legal Department 1261 Pacific Avenue Erlanger KY 41018 | Vital Pharmaceuticals, Inc. dba VPX/Redline | Confidentiality Agreement, dated July 28, 2020 | $0.00 |
| 4037 | William Bauman Clyde | 5754 High Ridge Loop Lakeland FL 33812 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 08, 2021 | $0.00 |
| 4038 | William Bethel M | 597 Southwest Ray Ave Port St Lucie FL 34983 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 14, 2019 | $0.00 |
| 4039 | William Dunwoody M | 4418 Shrewbury Pl Land O' Lakes FL 34638 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 03, 2020 | $0.00 |
| 4040 | | | Vital Pharmaceuticals, Inc. | Fitness Athlete Endorsement Agreement, dated April 01, 2016 | |
| 4041 | | | Vital Pharmaceuticals, Inc. | Videographer Agreement, dated August 04, 2017 | |
| 4042 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated January 20, 2019 | |
| 4043 | William Housley III Clay | 106 Hillcrest Way Crandall TX 75114 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 01, 2021 | $0.00 |
| 4044 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 22, 2021 | |
| 4045 | William Malnar Anthony | 5325 Austin Rd Lake Cormorant MS 38641 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 25, 2019 | $0.00 |
| 4046 | William Mize Christopher | 90 Austin Cir Oakland TN 38060 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated August 22, 2022 | $0.00 |
| 4047 | William Suiter A | 9160 Pomelo Rd East Ft Myers FL 33967 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 07, 2022 | $0.00 |
| 4048 | Willie Powell Jr B | 19310 Southwest 54th St Miramar FL 33029 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 02, 2019 | $0.00 |
| 4049 | Wilson-McGinley, Inc | John McGinley 123 36th Street Pittsburgh PA 15201 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 30, 2021 | $0.00 |
| 4050 | Winkel Distributing Company | Attn: Kody Winkel 2200 South Redhills Drive Richfield UT 84701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 | $0.00 |
| 4051 | Winona Foods, Inc. | 1552 Lineville Road Green Bay WI 54313 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Manufacturing, Confidentiality, and Non-Compete Agreement | $0.00 |
| 4052 | Winsome Kirlew | 2800 NW 199th Avenue Plantation  FL 33323 | Vital Pharmaceuticals, Inc. | Severance Agreement and General Release, dated April 25, 2014 | $0.00 |
| 4053 | | | Vital Pharmaceuticals, Inc. | Work for Hire Agreement, dated August 06, 2012 | |
| 4054 | Winston Delawar Photography, LLC | 8400 SW 41st Street Davie FL 33328 | Vital Pharmaceuticals, Inc. | Premise Use Agreement, dated September 01, 2012 | $0.00 |
| 4055 | Winston Williams Egbert | 9520 Northwest 9th Ct Plantation FL 33324 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 08, 2020 | $0.00 |
| 4056 | Wirenet Communications, Inc | 4355 E Airport Drive Suite 104 Ontario CA 91764 | Vital Pharmaceuticals, Inc. dba Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 05, 2019 | $0.00 |
| 4057 | Wirenet Communications, Inc. | 4355 E Airport Dr Ste 104 Ontario 91761 Canada | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 05, 2019 | $0.00 |
| 4058 | WJW Associates, LTD. | 6952 W 12th St Jacksonville FL 32220 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated August 24, 2020 | $0.00 |
| 4059 | Wodika Devine, Inc. | Attn: Dana Wodika 25625 Southfield Rd. Southfield MI 48075 | Vital Pharmaceuticals, Inc. | SALES REPRESENTATIVE AGREEMENT, dated July 19, 2012 | $0.00 |
| 4060 | Wonder Lab Films, LLC | 3560 Meadow Gate Dr Muirrysville PA 15668 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality and Non-Disclosure Agreement, dated September 11, 2020 | $0.00 |
| 4061 | Wood Business Systems | 5555 Nob Hill Road Sunrise  FL 33351 | Vital Pharmaceuticals, Inc. | Equipment Order/Service Agreement, dated June 28, 2012 | $0.00 |
| 4062 | Woodberry Properties, LLC | PO Box 89188 Tampa FL 33689 | Vital Pharmaceuticals, Inc. | Commercial Lease Agreement, dated September 01, 2017 | $0.00 |
| 4063 | Wright Beverage Distributing | 3165 Brighton Henrietta Townline Rd, Rochester, NY 14623 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 01, 2022 | $0.00 |
| 4064 | Wright Enrichment, Inc. d/b/a the Wright Group | 6428 Airport Road Crowley LA 70526-1365 | Vital Pharmaceuticals, Inc., DBA VPX/Redline | Mutual Non-Disclosure Agreement, dated March 15, 2018 | $0.00 |
| 4065 | Wright National Flood Insurance | P.O. BOX 33003 / ST PETERSBURG FL 33733-8003 / US | Vital Pharmaceuticals, Inc. | Flood Insurance (GA) | $0.00 |
| 4066 | Xavier Guerrero | 824 Lewis St Pomona CA 91768 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 05, 2019 | $0.00 |
| 4067 | Xiaoxi Liao | 104 NW 133rd Terrace Apt 201 Plantation FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated September 05, 2013 | $0.00 |
| 4068 | | | Vital Pharmaceuticals, Inc. | Brand Ambassador (National Team) Agreement, dated March 29, 2017 | |
| 4069 | Yadelin Luzardo | 6651 Falconsgate Ave Davie FL 33331 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 20, 2022 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 4070 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated May 01, 2014 | |
| 4071 | Yag Mag, Inc. | Anand Swaroop 319 Enclave Lane Bedminster NJ 07921 | Vital Pharmaceuticals, Inc. | Supply Agreement, dated June 18, 2008 | $0.00 |
| 4072 | | | Quash Seltzer, LLC | Affiliate Member Agreement, dated September 26, 2021 | |
| 4073 | Yan Munoz Santiago K | 9405 East Gobbler Dr Floral City FL 34436 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated April 12, 2021 | $0.00 |
| 4074 | Yanilis Polito-Guzman | 4200 Sheridan St Apt 201 Hollywood FL 33021 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 24, 2021 | $0.00 |
| 4075 | Yarianis Castro | 1269 West 26th Place Apt 3 Hialeah FL 33010 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 03, 2022 | $0.00 |
| 4076 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated June 01, 2018 | |
| 4077 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated October 02, 2018 | |
| 4078 | | | Vital Pharmaceuticals, Inc. | Exclusive Promotional Modeling Agreement, dated March 10, 2016 | |
| 4079 | Yaylin Duran | 5583 NW 200th Ln Miami FL 33055 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated October 14, 2019 | $0.00 |
| 4080 | Ydalia Lubin Rosalie | 10237 Northwest 7th St Coral Springs FL 33071 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 11, 2019 | $0.00 |
| 4081 | | | Vital Pharmaceuticals, Inc. | Elite Team Agreement, dated July 17, 2018 | |
| 4082 | Yenelipse Torres | 7301 W 29th Way Hialeah Gardens FL 33018 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 28, 2021 | $0.00 |
| 4083 | Yesenia Gonzalez Yeslin | Hillside Meadow Place Brandon FL 33610 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 02, 2019 | $0.00 |
| 4084 | Yessica Irizarry Nicole | 9826 NW 26th St Sunrise FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated January 25, 2021 | $0.00 |
| 4085 | YM&U Group Ltd. ("YM&U") | 9100 Wilshire Boulevard Suite 100W  Beverly Hills CA  90212 | Vital Pharmaceuticals, Inc., DBA Bang Energy | CONFIDENTIALITY & NON-DISCLOSURE AGREEMENT, dated February 08, 2019 | $0.00 |
| 4086 | Yneiris Maggiolo Carrera De Los A | 1223 Fairlake Trace Apt 816 Weston FL 33326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 04, 2018 | $0.00 |
| 4087 | Young's Market Company of Arizona, LLC d/b/a Republic National Distributing Company of Arizona | Thomas E. Cole 809 Jefferson Highway New Orleans LA 70221 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated May 01, 2021 | $0.00 |
| 4088 | Young's Market Company of Arizona, LLC d/b/a Republic National Distributing Company of Arizona | Thomas E. Cole 809 Jefferson Highway New Orleans LA 70221 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated May 01, 2021 | $0.00 |
| 4089 | Young's Market Company, LLC d/b/a Young's Market Company of Hawaii | Thomas E. Cole 809 Jefferson Highway New Orleans LA 70221 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated April 28, 2021 | $0.00 |
| 4090 | Young's Market Company, LLC d/b/a Young's Market Company of Hawaii | Thomas E. Cole 809 Jefferson Highway New Orleans LA 70221 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated April 28, 2021 | $0.00 |
| 4091 | Your Collection Solution, Inc. | 5400 South University Drive Suite 116 Davie FL 33328 | Vital Pharmaceuticals, Inc. | Retention Agreement, dated December 06, 2012 | $0.00 |
| 4092 | Yubelkis Colon | 8411 Northwest 24th Ct Sunrise FL 33322 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 30, 2019 | $0.00 |
| 4093 | Yunior Sanchez | yunior.sanchez@bangenergy.com | Vital Pharmaceuticals, Inc. | Marketing Project X Confidentiality and Non-Disclosure Agreement, dated September 22, 2021 | $0.00 |
| 4094 | Yvens Darius | 1127 Lake Terry Dr Apt E West Palm Beach FL 33411 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated February 14, 2022 | $0.00 |
| 4095 | Yvette M Atondo | 7702 Roundrock Rd Dallas TX 75248 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated July 11, 2022 | $0.00 |
| 4096 | | | Quash Seltzer, LLC | Select Agreement, dated November 01, 2021 | |
| 4097 | Zachary J Lollis | 1600 N Park Dr Weston FL 33326-3278 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 18, 2020 | $0.00 |
| 4098 | Zachary Lindsey | 1848 Openwoods Rd Middleburg FL 32068 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated November 19, 2019 | $0.00 |
| 4099 | Zachary McDaniel | 23405 W Mohave St Buckeye AZ 85326 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated March 02, 2020 | $0.00 |
| 4100 | Zachary Owoc John | 196 Hanging Moss Dr Oviedo FL 32765 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 15, 2021 | $0.00 |
| 4101 | Zachary Reyes Charles | 4625 45th Ave Se Apt C3 Lacey WA 98503-5909 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated May 03, 2021 | $0.00 |
| 4102 | | | Vital Pharmaceuticals, Inc. | Model Release and Affidavit, dated July 05, 2011 | |
| 4103 | | | Vital Pharmaceuticals, Inc. | brand ambassador, dated March 28, 2018 | |

| 4104 | Zero Pack LLC | 2440 SW 67th Avenue Miami FL 33155 | Vital Pharmaceuticals, Inc. | Services Agreement, dated September 30, 2021 | $0.00 |
| 4105 | Zhihui Zheng | 252 Aspen Way Davie FL 33325 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated June 06, 2022 | $0.00 |
| 4106 | Zip Inc., d/b/a Zip Beverage | Kyle Watkins 1301 Scott Street Missoula MT 59802 | Vital Pharmaceuticals, Inc. | Exclusive Distribution Agreement, dated November 08, 2021 | $0.00 |
| 4107 | Zip Inc., d/b/a Zip Beverage | Kyle Watkins 1301 Scott Street Missoula MT 59802 | Quash Seltzer, LLC | Exclusive Distribution Agreement, dated November 08, 2021 | $0.00 |
| 4108 | Zip, Inc., d/b/a Zip Beverage | Attn: Bill Watkins 1301 Scott Street Missoula MT 59802 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 22, 2015 | $0.00 |
| 4109 | Zitlaly Esparza Berenice | 16632 Rorimer St La Puente CA 91744 | Vital Pharmaceuticals, Inc. | Employment Agreement, dated December 01, 2021 | $0.00 |
| 4110 | | | Quash Seltzer, LLC | Trainer Services Agreement, dated November 13, 2021 | |
| 4111 | ZOHO Corporation | 4141 Hacienda Drive, Pleasanton, CA 94588-8549 | Vital Pharmaceuticals, Inc. | Invoice for Annual Subscription for Endpoints Central Cloud UEM Edition, dated May 02, 2023 | $0.00 |
| 4112 | Zuffa, LLC | 6650 S Torrey Pines Dr, Las Vegas, NV 89118 | Vital Pharmaceuticals, Inc., d/b/a Bang Energy | Confidentiality Agreement, dated September 30, 2020 | $0.00 |
| 4113 | Zuma & Sons Distributors, Corp. | Attn: Carlos Zumarraga 9302 NW 101 St Medley FL 33178 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 | $0.00 |
| 4114 | Zumbro River Brand Inc. | 138 West Front Street Owatonna MN 55060 | Vital Pharmaceuticals, Inc. d/b/a VPX Sports | Non-Disclosure and Confidentiality Agreement | $0.00 |
| 4115 | Zurama (Sury) Rodriguez | 8301 NW 15th Ct Coral Springs FL 33071-6212 | Vital Pharmaceuticals, Inc. | Employment Agreement | $0.00 |

# EXHIBIT C

## Adjourned Objections

| Objector [ECF No.] | | Status |
|---|---|---|
| | *Formal Objections* | |
| Santander Consumer USA, Inc. d/b/a Chrysler Capital<br>[ECF No. 1000] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| SLBS Limited Partnership d/b/a Summit Distributing<br>[ECF No. 1054] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Archer Daniels Midland Company, ADM Wild Europe GmbH & Co. KG and Wild Flavors<br>[ECF No. 1040] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| LPUSA, LLC, d/b/a Network<br>[ECF No. 1074] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| C.K.S. Packaging, Inc.<br>[ECF No. 1081] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |
| Doehler USA Inc.<br>[ECF No. 1087] | | Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time) |

| Objector [ECF No.] | Status |
|---|---|
| Ally Bank [ECF No. 1090] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Ardagh Metal Packaging USA Corp [ECF No 1101] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Graphic Packaging International [ECF Nos. 1102 & 1480] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Fona International, Inc. [ECF No. 1106] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Prologis Targeted US Logistics Fund L.P. [ECF Nos. 1108, 1577] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Ball Metal Beverage Container Corp [ECF No. 1110] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| U.S. Bank Nation Association d/b/a U.S. Bank Equipment Finance [ECF No. 1415] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Premier Distributing Company [ECF No. 1547] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| *Informal Objections* | |
| Krones Inc. | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |

12272946-1

**EXHIBIT D**[8]

**Schedule of Interests Affecting Real Property Located at:**
**1635 S. 43rd Ave., Phoenix, Maricopa County, AZ**

11.  Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing
      Amount:        $541,400,000.00
      Dated:          December 3, 2020
      Grantor:       JHO Real Estate Investment, LLC, a Florida limited liability company
      Trustee:        Stewart Title & Trust of Phoenix, Inc., a Delaware corporation
      Beneficiary:   Truist Bank, as Administrative Agent
      Recording Date: December 14, 2020
      Recording No.:     20201230181

16.  Mechanic's Lien
      Claimant:      Nexus Steel, L.L.C.
      Amount:        $313,512.91
      Recording Date: January 20, 2022
      Recording No.:     20220060823

19.  Mechanic's Lien
      Claimant:      Hardrock Concrete Placement Co., Inc.
      Amount:        $669,195.67
      Recording Date:    March 22, 2022
      Recording No.:     20220257254

20.  Mechanic's Lien
      Claimant:      Stellar Group, Inc.
      Amount:        $7,722,974.37
      Recording Date: March 23, 2022
      Recording No.:     20220259809

21.  Mechanic's Lien
      Claimant:      Faith Technologies Incorporated, a Wisconsin corporation
      Amount:        $807,781.00
      Recording Date: March 24, 2022
      Recording No.:     20220266675

22.  Mechanic's Lien
      Claimant:      Faith Technologies Incorporated, a Wisconsin corporation
      Amount:        $2,777,007.15
      Recording Date: March 24, 2022
      Recording No.:     20220266676

---

[8]  Number references in this Exhibit are to Schedule B, Part I, of Chicago Title commitment no. CT349230039 Dated May 23, 2023, attached as **Exhibit E** hereto.

23.  Mechanic's Lien
       Claimant:        HACI Mechanical Contractors, Inc.
       Amount:        $224,126.00
       Recording Date:     April 22, 2022
       Recording No.:     20220357919

26.  Notices of Lis Pendens
       Court:          Superior Court of Maricopa County, AZ
       Case No.:       CV2022-008873
       Plaintiff:        Nexus Steel, LLC
       Defendant:     JHO Real Estate Investment, LLC, et al.
       Recording Dates and Recording Nos.:     July 13, 2022, Recording No. 20220570741
                                          August 10, 2022, Recording No. 20220633035
                                          August 25, 2022, Recording No. 20220667523
                                          September 21, 2022, Recording No. 20220726494
                                          October 3, 2022, Recording No. 20220753033
                                          October 21, 2022, Recording No. 20220791939

31.  Any lien, or right to a lien, for services, labor, materials or equipment whether or not shown by the public records.

34.  Mechanic's Lien
       Claimant:        CM Builders, Inc., d/b/a Integrated Masonry
       Amount:        $145,637.30
       Recording Date:     April 4, 2022
       Recording No.:     20220297171

**EXHIBIT E**

**Schedule B, Part I of Chicago Title Commitment**

COMMITMENT NO. CT349230039

CHICAGO TITLE INSURANCE COMPANY

AMENDMENT 1

## SCHEDULE B, PART I - Requirements

All of the following Requirements must be met:

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

5. Notice: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

6. Intentionally Deleted

7. Intentionally Deleted

8. Intentionally Deleted

9. The Company will require the following documents for review prior to the issuance of any title insurance predicated upon a conveyance or encumbrance from the entity named below.

   Limited Liability Company:   Blast Asset Acquisition LLC, a Delaware limited liability company

   a. A copy of its operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member.

   b. If a domestic Limited Liability Company, a copy of its Articles of Organization and all amendment thereto with the appropriate filing stamps.

   c. If the Limited Liability Company is member-managed a full and complete current list of members certified by the appropriate manager or member.

   d. A current dated certificate of good standing from the proper governmental authority of the state in which the entity was created.

   e. If less than all members, or managers, as appropriate, will be executing the closing documents, furnish evidence of the authority of those signing.

   The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

10. Intentionally Deleted

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

CHICAGO TITLE INSURANCE COMPANY

COMMITMENT NO. CT349230039
AMENDMENT 1

## SCHEDULE B, PART I - Requirements
(continued)

11.     Furnish for recordation a full release/reconveyance of deed of trust:

Amount:             $541,400,000.00
Dated:              December 3, 2020
Trustor/Grantor:    JHO Real Estate Investment, LLC, a Florida Limited Liability Company
Trustee:            Stewart Title & Trust of Phoenix, Inc., a Delaware Corporation
Beneficiary:        Truist Bank
Recording Date:     December 14, 2020
Recording No.:      20201230181

The Deed of Trust set forth above is purported to be a "Credit Line" Deed of Trust.  It is a requirement that the Trustor/Grantor of said Deed of Trust provide written authorization to close said credit line account to the Lender when the Deed of Trust is being paid off through the Company or other Settlement/Escrow Agent or provide a satisfactory subordination of this Deed of Trust to the proposed Deed of Trust to be recorded at closing.

12.     Furnish a copy of the Cancellation Instruction (Credit Line Authorization), signed by the Borrower and sent to the Lender, for the Deed of Trust shown in Requirement No. 11.

13.     Intentionally Deleted

14.     Intentionally Deleted

15.     The Company will require that an Owner's Affidavit be completed by the party(s) named below before the issuance of any policy of title insurance.

Party(s):           JHO Real Estate Investment, LLC, a Florida limited liability company

The Company reserves the right to add additional items or make further requirements after review of the requested Affidavit.

16.     Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

Claimant:           Nexus Steel, LLC
Amount:             $313,512.91
Recording Date:     January 20, 2022
Recording No:       20220060823

17.     Intentionally Deleted

18.     Intentionally Deleted

19.     Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association.  All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use.  All other uses are prohibited.  Reprinted under license from the American Land Title Association.



**CHICAGO TITLE INSURANCE COMPANY**

COMMITMENT NO. CT349230039
AMENDMENT 1

## SCHEDULE B, PART I - Requirements
(continued)

       Claimant:         Hardrock Concrete Placement Co., Inc.
       Amount:          $669,195.67
       Recording Date:   March 22, 2022
       Recording No:    20220257254

20.      Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

       Claimant:         Stellar Group, Inc.
       Amount:          $7,722,974.37
       Recording Date:   March 23, 2022
       Recording No:    20220259809

21.      Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

       Claimant:         Faith Technologies Incorporated, a Wisconsin Corporation
       Amount:          $807,781.00
       Recording Date:   March 24, 2022
       Recording No:    20220266675

22.      Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

       Claimant:         Faith Technologies Incorporated, a Wisconsin Corporation
       Amount:          $2,777,007.15
       Recording Date:   March 24, 2022
       Recording No:    20220266676

23.      Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

       Claimant:         HACI Mechanical Contractors, Inc.
       Amount:          $224,126.00
       Recording Date:   April 22, 2022
       Recording No:    20220357919

24.      Intentionally Deleted

25.      Intentionally Deleted

26.      Dismiss the pending court action referred to below and furnish for recordation a release of the lis pendens:

       Court:             Superior Court
       Case No:        CR2022-008873

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN
LAND TITLE
ASSOCIATION

**CHICAGO TITLE INSURANCE COMPANY**

COMMITMENT NO. CT349230039
AMENDMENT 1

## SCHEDULE B, PART I - Requirements
(continued)

| | |
|---|---|
| County: | Maricopa |
| Plaintiff: | Nexus Steel, LLC, an Arizona limited liability company |
| Defendant: | JHO Real Estate Investment, LLC, a Florida Limited Liability Company, et al |
| Lis Pendens Recording Date: | July 13, 2022 |
| Lis Pendens Recording No: | 20220570741, and recorded August 10, 2022 in |
| Lis Pendens Recording No: | 20220633035, and recorded August 25, 2022 in |
| Lis Pendens Recording No: | 20220667523, and recorded September 21, 2022 in |
| Lis Pendens Recording No: | 20220726494, and recorded October 3, 2022 in |
| Lis Pendens Recording No: | 20220753033, and recorded October 21, 2022 |
| Lis Pendens Recording No: | 20220791939 |

27.    Institute proceedings in the bankruptcy court where a petition was filed:

Name of Debtor:     JHO Real Estate Investment, LLC, a Florida Limited Liability Company
U.S. District Court:  Southern District of Florida, Fort Lauderdale Division
Case No.             22-17847-SMG

Leading to the entry of a Final Non-appealable Order

Authorizing the transaction to be insured.

Provide a certified copy of the Order called for above.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

28.    Intentionally Deleted

29.    Furnish for recordation a deed as set forth below:

Type of deed:   Warranty Deed
Grantor(s):     JHO Real Estate Investment, LLC
Grantee(s):     Purchaser with contractual rights

Note: ARS 11:1133 may require the completion and filing of an Affidavit of Value.

30.    Intentionally Deleted

31.    Information reviewed and/or in the possession of the Company indicates that improvements to the land are being contemplated, are underway or recently completed. Furnish documents required by the Company for review and approval by Company's Corporate Underwriting Department. Documents requested for review will be used to determine if an indemnification by the seller/borrower, and/or contractor will be acceptable to the Company. Any

---

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association. All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



COMMITMENT NO. CT349230039

**CHICAGO TITLE INSURANCE COMPANY**

AMENDMENT 1

### SCHEDULE B, PART I - Requirements
(continued)

indemnity must be on the Company's form.  Spouses and individual principals of corporations or other entities may be required to join in the execution of said indemnity.

Please contact your Escrow Officer or Title Officer for clarification as to what documentation will be needed to begin the underwriting review process.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

32.    The transaction contemplated in connection with this Report is subject to the review and approval of the Company's Corporate Underwriting Department.  The Company will require a liability amount and list of requested endorsements prior to submitting the transaction for said approval. Failure to provide this information may result in the closing being delayed.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

33.    Notwithstanding anything to the contrary in this Commitment, upon entry of a sale order that is not subject to appeal in JHO Real Estate Investment LLC's pending chapter 11 bankruptcy case (which sale order contains "free and clear" language pursuant to section 363 of the United States Bankruptcy Code acceptable to Chicago Title and the motion seeking which was properly served on the parties named in the following listed Requirements), each of Requirements 11, 16, 19, 20, 21 - 23, 26, 31 and 34 of this Schedule B, Part 1 shall conclusively be deemed satisfied

34.    Furnish for recordation a release of the notice and claim of mechanic's or materialman's lien by

Claimant:              Integrated Masonry
Amount:               $145,637.30
Recording Date:    April 4, 2022
Recording No:       20220297171

Tax Note:

Year:                          2022
Tax Parcel No:            105-14-001Q
Total Tax:                   $401,833.68
First Installment Amount:    $PAID
Second Installment Amount: $PAID

Note:  Any documents being executed in conjunction with this transaction must be signed in the presence of an authorized Company employee, an authorized employee of a Company agent, an authorized employee of the insured lender, or by using Bancserv or other Company-approved third-party service.  If the above requirement cannot be met, please call the Company at the number provided in this report.

---

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association.  All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use.  All other uses are prohibited.  Reprinted under license from the American Land Title Association.



AMERICAN
LAND TITLE
ASSOCIATION

COMMITMENT NO. CT349230039
AMENDMENT 1

CHICAGO TITLE INSURANCE COMPANY

## SCHEDULE B, PART I - Requirements
(continued)

### END OF SCHEDULE B, PART I

*This page is only a part of a 2021 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company.  This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; Schedule B, Part II-Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright American Land Title Association.  All rights reserved.**

The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use.  All other uses are prohibited.  Reprinted under license from the American Land Title Association.

