United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 10 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Patricia A. Redmond, c/o Stearns Weaver Miller et al., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Aleksas Barauskas | on behalf of Creditor Suddath Global Logistics LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com |

District/off: 113C-0                              User: admin                                  Page 2 of 10
Date Rcvd: Jul 12, 2023                          Form ID: pdf004                              Total Noticed: 1

Aliette D Rodz
    on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
    on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com
    amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
    on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com
    amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
    on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com,
    Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
    on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com janet.salinas@akerman.com

Andrew Sorkin
    on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
    on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law
    dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Entourage IP Holding  LLC bss@slp.law,
    dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Archer Daniels Midland Company bss@slp.law
    dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Creditor Wild Flowers Inc. bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman
    on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Capitol Records  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Musica  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
    on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carolyn Tatkin
    on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
    on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, mburns@tblaw.com

Christopher R Thompson
    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Craig I Kelley
    on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

| | |
|---|---|
| Craig I Kelley | on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Dain De Souza | on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Dain De Souza | on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com |
| Daniel Harvath | on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com |
| Daniel Harvath | on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com |
| David Samole, Esq | on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| David B Marks | on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com |
| David H Conaway, Esq | on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com |
| David L Gay, Esq. | on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| Dennis J LeVine, Esq | on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| Douglas Spelfogel | on behalf of Interested Party John H. Owoc a/k/a Jack H. Owoc dspelfogel@mayerbrown.com |
| Edward M Fitzgerald, Esq | on behalf of Creditor RXO Capacity Solutions  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Edward M Fitzgerald, Esq | on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Eric S Pendergraft | on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S. Golden, Esq. | on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eric S. Golden, Esq. | on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eyal Berger, Esq. | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com |
| Fernando J Menendez | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| G Steven Fender | on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |

District/off: 113C-0     User: admin     Page 5 of 10
Date Rcvd: Jul 12, 2023     Form ID: pdf004     Total Noticed: 1

Gavin N Stewart
    on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Irwin R Gilbert
    on behalf of Defendant John H. Owoc igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Interested Party Jack H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
    on behalf of Interested Party Megan Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Isaac M Marcushamer, Esq.
    on behalf of Creditor VS Carbonics  Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran
    on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes
    on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
    on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright
    on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.
    on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
    on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
    on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz
    on behalf of Creditor CM Builders  Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
    on behalf of Creditor Lease Plan USA  LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd
    on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com,

bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.
on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.
on behalf of Creditor C.K.S. Packaging  Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony
on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jonathan S. Feldman
on behalf of Creditor Entourage IP Holding  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
on behalf of Interested Party Elite Island  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
on behalf of Interested Party Megan Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
on behalf of Defendant John H. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
on behalf of Defendant Entourage IP Holdings  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
on behalf of Defendant Megan E. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
on behalf of Interested Party Jack H. Owoc feldman@katiephang.com  service@katiephang.com

Jordi Guso, Esq.
on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

Case 22-17842-PDR    Doc 1660    Filed 07/14/23    Page 7 of 12

| District/off: 113C-0 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | | |
|---|---|---|
| | | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | | |
| | | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jorge Espinosa | | |
| | | on behalf of Plaintiff ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Jorge Espinosa | | |
| | | on behalf of Creditor ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Joseph A Pack | | |
| | | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | | |
| | | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | | |
| | | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | | |
| | | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | | |
| | | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Justin M Luna | | |
| | | on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | | |
| | | on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | | |
| | | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | | |
| | | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | | |
| | | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | | |
| | | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | | |
| | | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | | |
| | | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 8 of 10 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Leyza F. Blanco, Esq.
    on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com

Marc P Barmat
    on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;staff1@furrcohen.com

Mark Alan Salzberg
    on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Mark S. Roher, Esq.
    on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Martin L Sandler, Esq
    on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com

Matthew F Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Matthew G Davis
    on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Megan W Murray
    on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com

Melissa A. Campbell
    on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D. Seese, Esq.
    on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq
    on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq
    on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles
    on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff Quash Seltzer LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff JHO Real Estate Investment LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff Bang Energy Canada Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles
    on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael R Dal Lago
    on behalf of Creditor The Kroger Co. mike@dallagolaw.com fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com

Michael R Dal Lago
    on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com

Michael W Ullman, Esq
    on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net,

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 9 of 10 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf004 | Total Noticed: 1 |

jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nicole Grimal Helmstetter
    on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com
    elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com

Nir Maoz
    on behalf of Defendant Orange Bang  Inc. nmaoz@ktbslaw.com

Nir Maoz
    on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond
    on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com
    jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com
    jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com
    jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com
    jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Peter H Levitt, Esq
    on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Philip W Crawford
    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Philip W Crawford
    on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

Phillip M. Hudson III
    on behalf of Creditor Chubb Companies pmhudson@duanemorris.com
    gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com

Ralph W. Confreda, Jr
    on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com  alozada@mcglinchey.com

Richard J Bernard, Esq.
    on behalf of Creditor Duke Secured Financing 2009-1PAC  LLC richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
    on behalf of Creditor Prologis Targeted U.S. Logistics Fund  L.P. richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
    on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com

Robert C Furr, Esq
    on behalf of Creditor The American Bottling Company ltitus@furrcohen.com
    atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

Robert P. Charbonneau, Esq.
    on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com,
    nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D. P. Bruckmann
    on behalf of Creditor Graphic Packaging International  LLC rbruckmann@shumaker.com, celgin@shumaker.com

Ronald D. P. Bruckmann
    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com  celgin@shumaker.com

Ronald M Emanuel, Esq
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com
    marsha.dror@emzwlaw.com;eservice@emzwlaw.com

Ross R Hartog
    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com
    ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Rudy J Cerone
    on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com  lgraff@mcglinchey.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 10 of 10 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
    on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.
    on behalf of Creditor ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Krier Foods  Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Plaintiff ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com

Stuart F Wilson-Patton
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
    on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 204

**ORDERED in the Southern District of Florida on July 12, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*[1] | Chapter 11 |
| Debtors.   / | (Jointly Administered) |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 1622]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Ryan Preston Dahl ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Robert Dickinson, Stephen Gray, and Steven Panagos ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

---

[1] The address of the Debtors is 1600 N. ParkDrive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Patricia A. Redmond
> STEARNS WEAVER MILLER WEISSLER
> ALHADEFF & SITTERSON, P.A.
> Museum Tower, Suite 2200
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone: (305) 789-3553
> Facsimile: (305) 789-3395

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by:**

**COPIES TO:**

Ryan Preston Dahl
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1217
Email: ryah.dahl@ropesgray.com

Patricia A. Redmond, is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

#11842778 v1