United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 22-17842-PDR
Vital Pharmaceuticals, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 5
Date Rcvd: Jul 14, 2023     Form ID: pdf007     Total Noticed: 161

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vital Pharmaceuticals, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| aty | | Corali Lopez-Castro, Esq, 2525 Ponce de Leon 9 Fl, Coral Gables, FL 33134 |
| aty | + | Eric Chafetz, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | | Ira D Kharasch, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jarret P Hitchings, 301 S. College Street, # 2150, Charlotte, NC 28202-6000 |
| aty | + | Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Jeramy D Webb, 191 North Wacker Ave., Ste. 32nd FL, Chicago, IL 60606-1879 |
| aty | + | Jordana Renert, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Laurence M Frazen, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| aty | + | Mark J Wolfson, Esq, 100 N Tampa St # 2700, Tampa, FL 33602-5810 |
| aty | + | Matthew G Bouslog, 3161 Michelson Drive, Irvine, CA 92612-4400 |
| aty | + | Nicole Fulfree, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| aty | + | Patricia A. Redmond, c/o Stearns Weaver Miller et al., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |
| aty | + | Patrick R Dorsey, Shraiberg Page, P.A., 2385 NW Executive Ctr Dr # 300, Boca Raton, FL 33431-8530 |
| aty | + | Paul J. Battista, Esq, 100 SE Second St., Ste. 4400, Miami, Miami, FL 33131-2118 |
| aty | | Richard M Pachulski, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | | Robert J Feinstein, Esq., Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Russell H Falconer, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201-2923 |
| aty | | Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Teddy M Kapur, 10100 Santa Monica Blvd 13 Floor, Los Angeles, CA 90067-4003 |
| aty | + | William J Easley, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| sp | + | A.J. Webb, 301 East Fourth Street #3300, Cincinnati, OH 45202-4257 |
| cr | + | ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing, c/o Christopher R. Thompson, Esq., Burr & Forman LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801-6404 |
| cr | + | ADM Wild Europe GmbH & Co. KG, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | ALDA 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | All Brands Distribution, LLC, c/o Zach B. Shelomith, Esq., 2699 Stirling Rd # C401, Fort Lauderdale, FL 33312-6598 |
| intp | + | Allison L Libeu, 620 Newport Center Drive, # 1300, Newport Beach, CA 92660-8013 |
| cr | + | Ally Bank, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | American Express National Bank and Amex TRS Co., I, c/o Martin l. Sandler, esq, 3400 SW 27th Avenue suite 1705, Miami, fl 33133-5320 |
| cr | + | Americredit Financial Services, Inc. d/b/a GM Fina, c/o Christopher R. Thompson, Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801-6404 |
| sp | + | Amy C Quartarolo, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| intp | + | Andrew Bean, 2001 Ross Avenue # 2100, Dallas, TX 75201-2923 |
| intp | + | Andrew G Devore, 800 Boylston Street, Boston, MA 02199-1900 |
| sp | + | Andrew P Beilfuss, 411 East Wisconsin Ave # 2400, Milwaukee, WI 53202-4428 |
| sp | + | Andrew Sorkin, 555 Eleventh St NW #1000, Washington, DC 20004-1327 |
| cr | + | Archer Daniels Midland Company, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | Ardagh Metal Packaging USA Corp., c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280-0027 |
| intp | + | Arielle B Adler, One Lowenstein Drive, Roseland,, NJ 07068-1740 |
| intp | + | Bang Energy Canada, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| sp | + | Barry T Albin, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| cr | + | Brendan Abbott, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| fa | + | Brent C Williams, 500 West Madison St # 300, Chcago, IL 60661-4546 |
| sp | + | Brian S Rosen, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | CI421 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 5 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf007 | Total Noticed: 161 |

| | | |
|---|---|---|
| cr | + | CM Builders, Inc. dba Integrated Masonry, c/o Carolyn R. Tatkin, Radix Law, 15205 N. Kierland Blvd., Suite 200, Scottsdale, AZ 85254-8170 |
| cr | + | CRG Financial LLC, 84 Herbert Ave., Building B - Suite 202, Closter, NJ 07624, UNITED STATES 07624-1313 |
| cr | + | Carolina Canners, Inc., c/o Kelley, Fulton, Kaplan & Eller PL, 1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, FL 33401-2109 |
| intp | + | Carolyn Tatkin, Esq, 15205 N Kiedrland Blvd Suite 200, Scottsdale, AZ 85254-8170 |
| intp | + | Christopher R Kaup, 2525 East Camelback Road, Phoenix, AZ 85016-4219 |
| cr | + | Chubb Companies, Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131-2318 |
| sp | + | Cole Richins, 100 North Tryon Street, Suite 47, Charlotte, NC 28202-4000 |
| cr | + | Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd #1440, Miami, FL 33156-7855 |
| crcm | | Creditor Committee, c/o Clint E. Pyle, Temporary Chairperson, 2900 Hartley Road, Jacksonville, FL 32257-8221 |
| sp | + | Daniel L Geyser, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7672 |
| intp | + | David C Rose, 7 Times Square, New York, NY 10036-6524 |
| sp | + | David Levine, Sanchez Fischer Levine, LLP, 1200 Brickell Avenue, Suite 750, Miami, FL 33131-3255 |
| intp | + | David M Barlow, 2525 East Camelback Rd, Phoenix, AZ 85016-4219 |
| sp | + | David M Levine, 1200 Brickell Ave # 750, Miami, FL 33131-3255 |
| sp | + | Douglas E. Spelfogel, Esq., 990 Stewart Ave, Garden City, NY 11530-4822 |
| cr | + | EASTGROUP Properties, L.P., c/o Thomas L. Abrams, 633 S. Andrews Ave., #500, Fort Lauderdale, FL 33301-2858 |
| intp | + | Elite Island, LLC, 1600 N Park Dr., Weston, FL 33326-3278 |
| sp | + | Elizabeth A Morris, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | Erica Mannix, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Erin P Severini, 301 E 4th St #3300, Cincinnati, OH 45202-4257 |
| intp | | Faegre Drinker Biddle & Reath LLP, c/o Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| cr | + | Faith Technologies Incorporated, c/o Jerry Markowitz, Markowitz Ringel Trusty & Hartog PA, 9130 S. Dadeland Blvd., Suite 1800 Miami, FL 33156-7858 |
| intp | + | Gekay Sales + Service Co., Inc., c/o Aaron A. Wernick, Esq., 2255 Glades Road, Suite 324A, Boca Raton, FL 33431-8571 |
| sp | + | George A Davis, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Graphic Packaging International, LLC, c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280, UNITED STATES 28280-0027 |
| intp | + | Homer Parkhill, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| intp | + | Hugh Murtagh, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | JHO Intellectual Property Holdings, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | JHO Real Estate Investment, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Jack H. Owoc, 1600 N. Park Drive, Weston, FL 33326-3278 |
| cr | + | Jasmin Williams, Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Road, Suite 300, Pembroke Pines, FL 33028-1032 |
| sp | + | Jeramy D Webb, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| consult | + | John C Didonato, 550 W Van Buren St, Chicago, IL 60607-3827 |
| fa | + | John D'Amico, 787 Seventh Avenue, New York, NY 10019-6018 |
| sp | + | John Whitney McVay Morley, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| sp | + | Jonathan J Weichselbaum, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| sp | + | Joseph Celention, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| intp | + | K. Scott Reynolds, 3133 W. Frye Road #101, Phoenix, AZ 85226-5132 |
| sp | + | Kim Martin Lewis, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| cr | + | Krier Foods, Inc., 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| intp | + | Lindsay Sklar, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Luis M Lluberas, 100 North Tryson St # 47, Charlotte, NC 28202-4000 |
| cr | + | MFP 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| fa | + | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| intp | + | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| intp | | Maura P McIntyre, 1000 Key Tower, 127 Public Square, Cleveland, OH 44114 |
| intp | + | Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331-1358 |
| intp | + | Michael T Crabb, 10740 Nall Ave Suite 250, Overland Park, KS 66211-1367 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| cr | + | Monster Energy Company, c/o Michael I. Goldberg, 201 East Las Olas Boulevard, Suite 1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Nelson Mullins Riley & Scarborough, LLP, 100 SE 3rd AVE, Suite 2700, Fort Lauderdale, FL 33394-0017 |
| cr | + | Nevada Beverage Co, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Nexus Steel, LLC, Tiffany & Bosco, PA, 1000 Corporate Dr, Suite 150, Suite 150 Ft. Lauderdale, FL 33334-3655 |
| cr | + | Orange Bang, Inc., c/o Fender, Bolling and Paiva, P.A., P.O. Box 1545, Steven Fender, Esq., Ft. Lauderdale, FL 33302 UNITED STATES 33302-1545 |
| intp | + | Paul M Alexander, 1180 W. Peachtree Street, NW, Suite 2100, Atlanta, GA 30309-3495 |
| cr | + | Peter Fischer, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| cr | + | Pettit Kohn Ingrassia Lutz & Dolin, 11622 El Camino Real, Suite 300, San Diego, CA 92130-2051 |

| | | | |
|---|---|---|---|
| District/off: 113C-0 | User: admin | | Page 3 of 5 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf007 | | Total Noticed: 161 |

| | | |
|---|---|---|
| intp | + | Quash Seltzer, LLC, 20311 Sheridan Street, Fort Lauderdale, FL 33332-2313 |
| cr | + | RXO Capacity Solutions, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Avenue, Suite 2600, Orlando, FL 32801-3453 |
| intp | + | Rachel Maimin, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| intp | + | Rainbow Unicorn Bev LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| cr | + | Refresco Beverages US Inc, c/o W. Keith Fendrick, Holland & Knight, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602-3642 |
| intp | + | Robert Charles Jr, Lewis Roca Rothgerber Christie LLP, One South Church Avenue, Suite 2000, Tucson, AZ 85701-1666 |
| intp | + | Robert Preston Dickinson, 150 West Flagler Street, c/o Patricia A. Redmond, Miami, Florida, FL 33130, UNITED STATES 33130-1536 |
| intp | | Rudy J Cerone, 12th Floor 601 Poydras Street, New Orleans, LA 70130 |
| intp | + | Ryan Preston Dahl, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| cr | + | SLBS Limited Partnership d/b/a Summit Distributing, c/o David Gay, Carlton Fields, 700 NW 1st Avenue, Suite 1200, Suite 1200 Miami, FL 33136-4118 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, c/o Gerard M. Kouri, Jr. P.A., 5311 King Arthur Avenue, Davie, FL 33331-3340 |
| cr | + | Sony Music Entertainment, Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| cr | + | Southeast Cold Fill, LLC, c/o Kelley, Fulton, Kaplan & Eller, P.L., 1665 Palm Beach Lakes Blvd., Ste. 1000, West Palm Beach, FL 33401-2109 |
| cr | + | States Logistics Services, Inc., 5650 Dolly Avenue, Buena Park, CA 90621-1872 |
| cr | + | Stellar Group, Inc., c/o Robert P. Charbonneau, 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| intp | + | Stephanie P Chery, 7 Times Square, New York, NY 10036-6524 |
| sp | + | Stephen E. Gruendel, 100 N. Tryon St. Suite 4700, Charlotte,, NC 28202-4003 |
| intp | + | Stephen Gray, c/o Patricia Redmond, 150 West Flagler Street, Suite 2200, Stearns Weaver Miller et al., Miami, FL 33130-1545 |
| cr | + | Steven J. Solomon Fiesta Warehousing & Distributio, 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| cr | + | Suddath Global Logistics, LLC, 815 S. Main Street, Jacksonville, FL 32207-8187 |
| cr | + | The American Bottling Company, c/o Furr and Cohen, P.A., 2255 Glades Rd., Ste 419A, Boca Raton, FL 33431-7379 |
| cr | + | The Hamilton Group (Delaware), Inc., Ullman & Ullman, P.A., 2500 North Military Trail, Suite 100, Boca Raton, FL 33431-6342 |
| cr | + | The Kroger Co., 104 Vine Street, Cincinnati, OH 45215 |
| cr | + | ThermoLife International, LLC, GrayRobinson, P.A., Jorge Espinosa, 333 S.E. 2nd Avenue, Suite 3200 Miami, FL 33131-2191 |
| intp | | Thomas L Shriner, Jr., 777 East Wisconsin Avenue, Milwaukee, WI 53202-5306 |
| sp | + | Tianjiao Li, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Truist Bank, c/o Peter H. Levitt, Esq., Shutts & Bowen, 200 S. Biscayne Blvd., Miami, FL 33131-2310 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, Emanuel & Zwiebel, PLLC, 7900 Peters Road, Building B, Suite 100, Plantation, FL 33324 UNITED STATES 33324-4045 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Emanuel & Zwiebel, PLLC, 7900 Peters Rd. Bldg B, Ste 100, Plantation, FL 33324-4045 |
| cr | + | UMG Recordings, Inc., Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| intp | + | Vital Pharmaceuticals International Sales, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | + | Wayne Fang, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| cr | + | Webb & Gerritsen, Inc., c/o Foley & Lardner LLP, Mark Wolfson, 100 Tampa Street, Ste. 2700, Tampa, FL 33602-5810 |
| cr | + | Wild Flowers Inc., c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | XPO LOGISTICS, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Ave., Suite 2600, Orlando, FL 32801-3453 |
| sp | + | Yegor Fursevich, 523 West 6th Street #400, Los Angeles, CA 90014-1208 |
| sp | + | Yelizaveta L Burton, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Yellowstone Landscape Southeast LLC, Blaxberg Grayson Kukoff & Forteza PA, 25 SE 2nd Ave, Ste 730, Ste 730 Miami, FL 33131-1696 |
| 96850436 | | 365 Mechanical, LLC, 1817 S Horne, Suite #10, Mesa, AZ 852046526 |
| 96850435 | + | CRG Financial LLC, 84 Herbert Ave. Building B Suite 202, Closter, NJ 07624-1313 |
| 96869091 | | Twin City Security, 105 Garfield St S, STE 100, Cambridge, MN 55008-1767 |
| 96732007 | + | XPO LOGISTICS FREIGHT, Attn: Bankruptcy Dept., 9151 Boulevard 26 Bldg A, North Richland Hills, TX 76180-5600 |

TOTAL: 144

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: csucic@fgllp.com | | |
| | | Jul 14 2023 23:22:00 | Jeremy C Kleinman, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| aty | Email/Text: jfrank@fgllp.com | | |
| | | Jul 14 2023 23:22:00 | Joseph D Frank, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| smg | + Email/Text: swulfekuhle@broward.org | | |
| | | Jul 14 2023 23:21:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | Email/Text: OGCBankruptcy@floridarevenue.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 14 2023 23:21:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 14 2023 23:23:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jul 14 2023 23:23:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jul 14 2023 23:23:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: swulfekuhle@broward.org | | |
| | | | Jul 14 2023 23:21:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | + | Email/Text: lreece@pbfcm.com | | |
| | | | Jul 14 2023 23:23:00 | Carrollton-Farmers Branch ISO, c/o Linda D. Reece, 1919 S. Shiloh Rd., Suite 640, LB 40, Garland, TX 75042-8234 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Jul 14 2023 23:23:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, Tx 75207-2328 |
| cr | + | Email/Text: trssvc.judgments@maricopa.gov | | |
| | | | Jul 14 2023 23:23:00 | Maricopa County Treasurer, 301 West Jefferson, Suite 100, Phoenix, AZ 85003-2199 |
| clmag | + | Email/Text: cr-info@stretto.com | | |
| | | | Jul 14 2023 23:22:00 | Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602-1331 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | | |
| | | | Jul 14 2023 23:22:00 | TN Dept of Revenue, c/oTN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 96808420 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 14 2023 23:37:07 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 96759738 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jul 14 2023 23:59:43 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96788266 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jul 14 2023 23:23:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 96869090 | + | Email/Text: tross@trcmllc.com | | |
| | | | Jul 14 2023 23:24:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Balboa Capital Corporation, McGLINCHEY STAFFORD, 1 East Broward Boulevard,, Suite 1400, Fort Lauderdale,, UNITED STATES |
| crcm | | Committee |
| sp | | Derek L Wright |
| sp | | Richard D Faulkner |
| intp | | Steven Panagos, c/o Patricia A. Redmond, 150 West Flagler Street, Suite 2200, Stearns Weaver Miller et al. |
| intp | | TR Capital Management LLC, US |
| cr | * | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| op | *+ | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| sp | *+ | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | *+ | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| 96759758 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759759 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759760 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759761 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759762 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 113C-0 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf007 | Total Noticed: 161 |

| | | |
|---|---|---|
| 96759904 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759905 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96760158 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771188 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771933 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771952 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771976 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771977 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771978 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771979 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772007 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772081 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772082 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772371 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772374 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96773062 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778853 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778868 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778874 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780212 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780213 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780214 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780215 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780216 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780217 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780218 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780219 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780220 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780221 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780222 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780223 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780224 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780225 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780226 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780227 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782427 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782429 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782459 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96785014 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 6 Undeliverable, 49 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023              Signature:         /s/Gustava Winters



**ORDERED in the Southern District of Florida on July 14, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER DENYING CREDITOR AND INTERESTED PARTY JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY OF DEBTOR JHO REAL ESTATE INVESTMENT, LLC**

**THIS MATTER** came before the Court for an evidentiary hearing on July 11, 2023, at 10:00 a.m., in Fort Lauderdale, Florida, to consider *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1466] (the "Motion") filed by John H. Owoc. The Court, having

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12281698-1

considered (a) the Motion, (b) the *Debtors' Preliminary Response (Scheduling) to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [ECF No. 1482], (c) the *United States Trustee Objection to the Emergency Relief Requested and Preliminary Objection to the Owner's and Creditor's Motion to Dismiss Chapter 11 Case of JHO Real Estate Investment, L.L.C.* [ECF No. 1484], (d) the *Declaration of John H. Owoc in Support of Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1520], (e) the *Supplemental Brief in Support of Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1574], (f) the *Supplemental Declaration of John H. Owoc in Support of Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1586], (g) the *Debtors' Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [ECF No. 1588], (h) *Prepetition Agent's and DIP Agent's Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC and Joinder to Debtors' Objection Thereto* [ECF No. 1589], and (i) *The Official Committee of Unsecured Creditors' Joinder to Debtors' Objection to Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1597], having considered the evidence and testimony offered at the hearing on July 11, 2023, and being otherwise fully advised in the premises, and for good cause, it is

**ORDERED** that the Motion is **DENIED** for the reasons announced on the record at the hearings held on July 11 and 12, 2023.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

12281698-1