UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |

### JOINT EXHIBIT REGISTER OF THE DEBTORS AND THE PREPETITION AGENT AND DIP AGENT

**Exhibits Submitted on behalf of**

[   ] Plaintiff          [   ] Defendant          [ **X** ] Debtors          [ **X** ] Others

**Date of Hearing/Trial**:  Tuesday, July 11, 2023 at 10:00 a.m.
**Type of Hearing/Trial**:  Hearing on *Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF No. 1466]

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com
—and—
Jordi Guso, Esq.
Florida Bar No. 0863580
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
jguso@bergersingerman.com

*Counsel for the Debtors*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12247726-1
US-DOCS\143504492.4

—and—

Luis M. Lluberas, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Tel. (704) 331-1000
luislluberas@mvalaw.com

—and—

Harris J. Koroglu, Esq.
Florida Bar No. 32597
SHUTTS & BOWEN LLP
200 South Biscayne Blvd., Ste. 4100,
Miami, FL 33131
Tel. (305) 415-9447
hkoroglu@shutts.com

*Counsel for Truist Bank*

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC, filed June 16, 2023, ECF No. 1466 | | | X |
| 2. | Preliminary Response to Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC from Case, filed June 20, 2023, ECF No. 1482 | | | X |
| 3. | Objection to Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC from Case, filed June 20, 2023, ECF No. 1484 | | | X |
| 4. | Declaration of John H. Owoc in Support of Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC, filed June 23, 2023, ECF No. 1520 | | | X |
| 5. | Supplemental Brief filed July 6, 2023, ECF No. 1574 | | | X |
| 6. | Supplemental Declaration of John H. Owoc filed July 7, 2023, ECF No. 1586 | | | X |
| 7. | John H. Owoc Response to Objection, filed July 7, 2023, ECF No. 1585 | | | X |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 8. | September 29, 2022 Joint Special Meeting of the Board of Directors/Managers of Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries, VPX-JHO0000001239 (Owoc Deposition Exhibit 2) | X (admitted as Owoc's Exhibit 2) | | |
| 9. | Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings, filed October 10, 2022, ECF No. 26 (Owoc Deposition Exhibit 3) | | | X |
| 10. | Email from Andrew Sorkin to Jack Owoc, copying others, re: First Day Declaration (For Your Review), dated October 9, 2022, VPX-JHO0000001026 (Owoc Deposition Exhibit 21) | X | | |
| 11. | Email from Jack Owoc to Andrew Sorkin, copying others, re: First Day Declaration (For Your Review), dated October 9, 2022, VPX-JHO0000001167 (Owoc Deposition Exhibit 5) | X | | |
| 12. | Proof of Claim filed by John Owoc on December 19, 2022, Claim No. 654 (Owoc Deposition Exhibit 6) | X | | |
| 13. | Written Consent of Sole Member and Sole Manager of Quash Seltzer, LLC, VPX-JHO0000000128 (Owoc Deposition Exhibit 7) | | | X |
| 14. | Written Consent of Sole Member and Sole Manager of JHO Real Estate Investment, LLC, VPX-JHO0000000158 (Owoc Deposition Exhibit 8) | | | X |
| 15. | Written Consent of Sole Shareholder and Sole Director of Bang Energy Canada Inc., VPX-JHO0000000121 (Owoc Deposition Exhibit 9) | | | X |
| 16. | Written Consent of Sole Member and Sole Manager of Rainbow Unicorn Bev, LLC, VPX-JHO0000000142 (Owoc Deposition Exhibit 10) | | | X |
| 17. | Written Consent of Sole Shareholder and Sole Director of Vital Pharmaceuticals International Sales Inc., VPX-JHO0000000135 (Owoc Deposition Exhibit 11) | | | X |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 18. | Written Consent of Sole Member and Sole Manager of JHO Intellectual Property Holdings, LLC, VPX-JHO0000000165 (Owoc Deposition Exhibit 12) | | | X |
| 19. | Written Consent of Sole Shareholder and Sole Director of Vital Pharmaceuticals, Inc., VPX-JHO0000000151 (Owoc Deposition Exhibit 13) | | | X |
| 20. | JHO Real Estate Investment, LLC Action by Unanimous Written Consent of the Member and Managers in Lieu of Meeting, Effective: January 7, 2023, VPX-JHO0000000112 (Owoc Deposition Exhibit 14) | | | X |
| 21. | November 2, 2022 Joint Meeting of the Restructuring Committees of Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries, VPX-BOD0000000213 (Owoc Deposition Exhibit 15) | X | | |
| 22. | February 28, 2023 Joint Meeting of the Restructuring Committees of Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries, VPX-BOD0000001004 (Owoc Deposition Exhibit 16) | X | | |
| 23. | Payment Details, VPX-JHO0000001013 (Owoc Deposition Exhibit 18) | | | X |
| 24. | John Owoc's Privilege Log dated July 6, 2023 (Owoc Deposition Exhibit 19) | | | X |
| 25. | DIP Credit Agreement, dated October 26, 2022, VPX-JHO0000001557 | X | | |
| 26. | Officer's Certificate for the DIP Credit Agreement, dated October 26, 2022, VPX-JHO0000001785 | X | | |
| 27. | First Amendment to DIP Credit Agreement, dated January 13, 2023, VPX-JHO0000002006 | X | | |
| 28. | Officer's Certificate for the First Amendment to DIP Credit Agreement, dated January 13, 2023, VPX-JHO0000002160 | X | | |
| 29. | November 29, 2022 Borrowing Notice, VPX-JHO0000002158 | X | | |
| 30. | March 3, 2023 Borrowing Notice, VPX-JHO0000002156 | X | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 31. | Final DIP Order, dated January 12, 2023, ECF No. 638 | X (admitted via judicial notice) | | |
| 32. | Faith Technologies Incorporated's Joint Motion for Relief from Stay to Continue Action in Non-Bankruptcy Forum, filed January 23, 2023, ECF No. 670 | X (admitted via judicial notice) | | |
| 33. | Order Conditionally Denying Motion for Relief from Stay, dated April 27, 2023, ECF No. 1277 | X (admitted via judicial notice) | | |
| 34. | Fifth Forbearance Agreement, dated September 15, 2022, VPX-JHO0000000464 | X | | |
| 35. | Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated December 14, 2020 | X | | |
| 36. | October 9, 2022 email from Adobe Sign to Yaylin Duran re JHO Real Estate Investment LLC (sent for signature) VPX-JHO0000000056 | | | X |
| 37. | October 9, 2022 email from Adobe Sign to Jack Owoc re JHO Real Estate Investment LLC (sent for signature) VPX-JHO0000000063 | | | X |
| 38. | October 9, 2022 email from Adobe Sign to Jack Owoc re JHO Real Estate Investment LLC (signature confirmation) VPX-JHO0000000067 | | | X |
| 39. | October 9, 2022 email from Adobe Sign to Jack Owoc confirming signature VPX-JHO0000000076 | X | | |
| 40. | October 9, 2022 email from Adobe Sign to Jack Owoc confirming signature VPX-JHO0000000085 | | | X |
| 41. | October 9, 2022 email from Adobe Sign to Jack Owoc (Quash Seltzer LLC Written Consent) VPX-JHO0000001264 | X | | |
| 42. | October 9, 2022 email from Adobe Sign to Jack Owoc (Bang Energy Canada Inc. Written Consent) VPX-JHO0000001273 | X | | |
| 43. | October 9, 2022 email from Adobe Sign to Jack Owoc (Rainbow Unicorn Bev LLC Written Consent) VPX-JHO0000001282 | X | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 44. | October 9, 2022 email from Adobe Sign to Jack Owoc (Vital Pharmaceutical Intl Sales Inc. Written Consent) VPX-JHO0000001291 | X | | |
| 45. | October 9, 2022 email from Adobe Sign to Jack Owoc (Supplemental and Additional Representation Retainer Letter – Rainbow Unicorn) VPX-JHO0000001300 | X | | |
| 46. | October 9, 2022 email from Adobe Sign to Jack Owoc (JHO Intellectual Property Holdings LLC Written Consent) VPX-JHO0000001304 | X | | |
| 47. | October 9, 2022 email from Adobe Sign to Jack Owoc (JHO Real Estate Investment LLC Written Consent) VPX-JHO0000001313 | X | | |
| 48. | Declaration of Jade K. Silver in Support of Prepetition Agent's and DIP Agent's Objection to Credit and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC and Joinder to Debtors' Objection Thereto, filed July 10, 2023, 2023, ECF No.  1590. | X | | |
| 49. | Debtors' Objection to Creditor and Interested Party John H. Owoc's Motion to Clarify Extent of Automatic Stay or in the Alternative for Relief from Stay, filed July 7, 2023, ECF No. 1583 | | | X |
| 50. | Forbearance Agreement, dated March 11, 2022, VPX-JHO0000000174 | | | X |
| 51. | Second Forbearance Agreement, dated June 17, 2022, VPX-JHO0000000203 | | | X |
| 52. | Third Forbearance Agreement, dated June 30, 2022, VPX-JHO0000000233 | | | X |
| 53. | Fourth Forbearance Agreement, dated August 8, 2022, VPX-JHO0000000266 | | | X |
| 54. | Minutes of Joint Special Meeting of Board of Directors/Managers of Vital Pharmaceuticals, Inc. and Certain Affiliates and Subsidiaries dated February 28, 2023, VPX-BOD1004 | | | X |
| 55. | Owner Pledge Agreement, dated August 14, 2020, VPX-UCC0000101569 | X | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 56. | Unanimous Written Consent, JHO Real Estate Investment, LLC, July 5, 2023, VPX-JHO0000001022 | X | | |
| 57. | Amended and Restated Revolving Credit and Term Loan Agreement, dated August 14, 2020, VPX-UCC0000054693 | X | | |
| 58. | Amended and Restated Security and Pledge Agreement, dated August 14, 2020, VPX-UCC0000062247 | X | | |
| 59. | Transcript of July 7, 2023 Deposition of Jack Owoc | | | X |
| 60. | List of Claims filed against JHO Real Estate Investment, LLC | | | X |
| 61. | March 9, 2023 Termination Notice to Jack Owoc | | | X |
| 62. | Debtors' Objection to Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC, ECF No. 1588. | | | X |
| 63. | Prepetition Agent's and DIP Agent's Objection to Emergency Motion to Dismiss Debtor JHO Real Estate Investment, LLC, ECF No. 1589 | | | X |
| 64. | Any exhibit introduced by any other party | | | X |
| 65. | Rebuttal or impeachment exhibits as necessary | | | X |
| 66. | October 9, 2022 email from Adobe Sign to Jack Owoc re Vital Pharmaceuticals, Inc. resolution | X | | |