

**ORDERED in the Southern District of Florida on July 17, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR

Chapter 11

(Jointly Administered)

**ORDER DENYING CREDITOR AND INTERESTED PARTY**
**JOHN H. OWOC'S EX PARTE MOTION FOR PROTECTIVE ORDER**

This matter came before the court during a hearing on June 29, 2023, at 1:30 p.m. on the

*Ex Parte Motion for Protective Order* [D.E. 1522] (the "Motion") filed by Creditor and Interested

Party John H. Owoc. The Court having reviewed the Motion and good cause appearing, it is

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**ORDERED AND ADJUDGED:**

1. The Motion is **DENIED AS MOOT**.

# # #

Submitted by:
Irwin R. Gilbert, Esq.

*(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*