

**ORDERED in the Southern District of Florida on July 17, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

**ORDER DENYING CREDITOR AND INTERESTED PARTY**
**JOHN H. OWOC'S EX PARTE MOTION FOR ORDER SHORTENING TIME**
**FOR DEBTORS TO RESPOND TO DISCOVERY IN CONNECTION WITH**
**JOHN H. OWOC'S EMERGENCY MOTION TO DISMISS**
**CHAPTER 11 BANKRUPTCY OF JHO REAL ESTATE INVESTMENT, LLC**

THIS MATTER came before the Court during a hearing on June 29, 2023, at 1:30 p.m. on

*Creditor and Interested Party John H. Owoc's Ex Parte Motion for Order Shortening Time for*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

*Debtors to Respond to Discovery in Connection with John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* ("Motion") [D.E. 1524]. The Court having reviewed the Motion and record in these Chapter 11 cases, finding good cause exists to grant the relief sought in the Motion, and being otherwise fully advised in the premises, it is hereby:

    **ORDER AND ADJUDGED:**

1. The Motion is **DENIED AS MOOT.**

# # #

Submitted by:

Irwin R. Gilbert, Esq.
Conrad & Scherer LLP
633 South Federal Highway, Suite 800
Fort Lauderdale, FL 33301
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com

(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)