

ORDERED in the Southern District of Florida on July 18, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**AGREED ORDER GRANTING**
**AGREED *EX PARTE* MOTION TO CONTINUE JULY 20, 2023**
**FINAL EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY, AND ALTERNATIVELY, FOR ADEQUATE PROTECTION,**
**AND FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**

**THIS MATTER** came before the Court upon the *Agreed Ex Parte Motion to Continue July 20, 2023 Final Evidentiary Hearing on Motion for Relief From the Automatic Stay, and Alternatively, for Adequate Protection, and for Allowance of an Administrative Claim* [ECF No.

___

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11936703-1

1647] (the "Motion") filed on July 13, 2023, by Ardagh Metal Packaging USA Corp. ("Ardagh"). The Court, having considered the Motion, having noted that the Debtors consent to the relief requested in the Motion, and finding good cause to continue the July 20, 2023, final evidentiary hearing to consider the Stay Relief Motion.  It is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The final evidentiary hearing to consider the Stay Relief Motion [ECF No. 330] filed by Ardagh, presently scheduled for July 20, 2023 at 1:30 p.m., is **CONTINUED**.

3. The Court will conduct the final evidentiary hearing to consider the Stay Relief Motion on **September 21, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

4. The deadline for the filing of responses or objections to the Stay Relief Motion shall be 4:30 p.m. on the second business day prior to the final evidentiary hearing set forth above, in accordance with Local Rule 5005-1(F)(1).

# # #

Submitted by:
Ronald Bruckmann, Esq.
Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 945-2171
Email:  rbruckmann@shumaker.com

(Copies furnished to:  Ronald Bruckmann, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.)