**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 5, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Rebekah Shay Chaves at 7290 Edinger Ave, Unit 4013, Huntingtn Bch, CA 92647-0945 and two (2) confidential parties not included herein:

- **Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines** (Docket No. 1416)

- **Notice of Hearing re Debtors' Motion For an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief [ECF No. 707], Notice of Extension of Certain Sale-Related Deadlines [ECF No. 1283]; and Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines [ECF No. 1416]** (Docket No. 1417)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Furthermore, on July 5, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Duke Secured Financing 2009-1PAC, LLC, c/o Duke Realty Corporation, Attn: Florida Market, Vice President, Regional Asset Manager at 300 S Orange Ave, Ste 1100, Orlando, FL 32801-3375:

- **Debtors' Eighth Omnibus Motion for Entry of an Order Authorizing the Rejection of Unexpired Non-Residential Real Property Leases with (A) Dogwood Propco FL, LP; (B) EastGroup Properties, LP; (C) PPF Lincoln Medley, LLC; (D) Duke Secured Financing 2009-1PAC, LLC; (E) JHO NV-1 Investment, LLC; (F) Kearny Mesa West (San Diego), LLC (G) Ranger H-TX LP; and (H) CI DAL III-V, LLC** (Docket No. 1459)

- **Notice of Hearing re Omnibus Motion to Reject Lease (Debtors' Eighth Omnibus Motion for Entry of an Order Authorizing the Rejection of Unexpired Non−Residential Real Property Leases with (A) Dogwood Propco FL, LP; (B) EastGroup Properties, LP; (C) PPF Lincoln Medley, LLC; (D) Duke Secured Financing 2009−1PAC, LLC; (E) JHO NV−1 Investment, LLC; (F) Kearny Mesa West (San Diego), LLC; (G) Ranger H−TX LP; and (H) CI DAL III−V, LLC) (1459)** (Docket No. 1461)

Furthermore, on or before July 10, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Adjournment of Auction** (Docket No. 1445)

Furthermore, on or before July 11, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on 7 Eleven at 1951 Wrenfield Ln, Oviedo, FL 32765-5173 and on two (2) confidential parties not included herein:

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7** (Docket No. 1555)

- **Amended Notice of Auction Cancellation and Successful Bidder** (Docket No. 1556)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17844)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17845)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17850)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (33)** (Docket No. 34, Case No. 22-17849)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (35)** (Docket No. 36, Case No. 22-17848)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (36)** (Docket No. 37, Case No. 22-17847)

Furthermore, on or before July 11, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**, and on three (3) confidential parties not included herein:

- **Notice of Modified Sale-Related Dates and Deadlines** (Docket No. 1457)

Furthermore, on or before July 11, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**, and on eleven (11) confidential parties not included herein:

- **Notice of Adjournment of Sale Hearing and Related Deadlines** (Docket No. 1514)

Furthermore, on or before July 11, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit D**, and on thirty-seven (37) confidential parties not included herein:

- **Notice of Auction Cancellation and Successful Bidder** (attached hereto as **Exhibit E**)

Dated: July 18, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Malcom Roberts | 600 River Birch Ct | Apt 422 | Clermont | FL | 34711-5138 |
| Nicholas Paul Debellis | 14190 NE 199th Ln | | Fort Mc Coy | FL | 32134-4790 |
| PB Parent Holdco,LP PYE-Barker Fire & Safety,LLC | 2500 Northwinds Pkwy | Ste 200 | Alpharetta | GA | 30009-2252 |
| Raymond Junior Cartagena | 988 SW Rossborough Ct | # 101 | Lake City | FL | 32025-0617 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Nicholas Hopkins | 54 E Minerva Rd | | Lindenhurst | NY | 11757-6819 |
| Nicholas Paul Debellis | 14190 NE 199th Ln | | Fort Mc Coy | FL | 32134-4790 |
| PB Parent Holdco,LP PYE-Barker Fire & Safety,LLC | 2500 Northwinds Pkwy | Ste 200 | Alpharetta | GA | 30009-2252 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1600FLL, LLC | | 420 S Orange Ave | Ste 190 | Orlando | FL | 32801-4907 |
| Andrew Rivera | | 1106 Dartford Dr | | Kissimmee | FL | 34758-3056 |
| Aspen Specialty Insurance Company | c/o Peachtree Special Risk Brokers LLC | 400 Capital Blvd | Fl 2 | Rocky Hill | CT | 06067-3660 |
| Cassandra Laoudis | | 415 Buttonwood Ln | | Boynton Beach | FL | 33436-7122 |
| Chelsea Magnusen | | 4387 SW 10th Pl | Apt 105 | Deerfield Bch | FL | 33442-8314 |
| Claire Olinda Hughes | | 90610 Enterprise Dr | | Scottsbluff | NE | 69361-7528 |
| Courtney Wikie | | 3730 S Mill Ave | Apt H105 | Tempe | AZ | 85282-4937 |
| David Nebieridze | | 13105 Ixora Ct | Apt 207 | North Miami | FL | 33181-2319 |
| Eric N Peters | | 10800 S Colossal Cave Pl | | Vail | AZ | 85641-6427 |
| Filter Process & Supply | | 10 Eagle Ave | Ste 1100 | Mount Holly | NJ | 08060-1602 |
| Gregg B Fields, PH.D. | | 12 Tournament Blvd | | Palm Bch Gdns | FL | 33418-6843 |
| Jefferson Distributing Company, Inc. | | 799 Mid Atlantic Pkwy | | Martinsburg | WV | 25404-3895 |
| Laron William Turner | | 401 Victory Rd | Apt 2M | Clarksville | TN | 37042-2949 |
| Lucy Martinez | | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Malcom Roberts | | 600 River Birch Ct | Apt 422 | Clermont | FL | 34711-5138 |
| Nicholas Paul Debellis | | 14190 NE 199th Ln | | Fort Mc Coy | FL | 32134-4790 |
| PBC - Pepsi Nampa | | 5350 E Franklin Rd | | Nampa | ID | 83687-5628 |
| Shatoya N Moreland | | 5610 NW 12th St | | Lauderhill | FL | 33313-6237 |
| Tristen Z Penrod | | 1283 W Parklane Blvd | Apt 135 | Chandler | AZ | 85224-5218 |
| Your Handyman Resource | | 523 Triumph Way | | Winder | GA | 30680-7472 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit D**



# Exhibit D
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7 Eleven | | 11205 Randy Rd | | Austin | TX | 78726-1302 |
| 7 Eleven | | 1951 Wrenfield Ln | | Oviedo | FL | 32765-5173 |
| 7 Eleven | | 500 Hicksville Rd | | Bethpage | NY | 11714-3415 |
| 7 Eleven | | 2324 Avenue S | | Brooklyn | NY | 11229-2424 |
| 7 Eleven | | 8209 Edgepoint Trl | | Hurst | TX | 76053-7439 |
| 86, LLC Matter Media Group Sage Rosen | | 1187 Piedra Morada Dr | | Pacific Plsds | CA | 90272-1902 |
| Aaron J Uson | | 2232 12th St | Apt 427 | Everett | WA | 98201-1879 |
| Alexander Stemplewski | | 306 E Oceanfront | | Newport Beach | CA | 92661-1240 |
| Alexandra Tobon | | 8800 NW 107th Ct | Unit 217 | Doral | FL | 33178-2178 |
| Andra L Pearson | | 15380 W Fillmore St | Apt 3020 | Goodyear | AZ | 85338-4678 |
| Andrew Rivera | | 1106 Dartford Dr | | Kissimmee | FL | 34758-3056 |
| Arandy Reyna Meraz | | 3730 S Mill Ave | Apt J202 | Tempe | AZ | 85282-4943 |
| Aspen Specialty Insurance Company | | 400 Capital Blvd | Fl 2 | Rocky Hill | CT | 06067-3660 |
| Austin Edward Swecker | | 5265 50th Ave S | | Fargo | ND | 58104-6001 |
| Better Brands, Inc. | | 4377 N Kings Hwy | Ste 217 | Myrtle Beach | SC | 29577-2773 |
| Beyond Food Mart | | 3751 Arlington Ave | | Riverside | CA | 92506-2608 |
| Bobby Fisher Distributing, Inc. | | 1 Arena Park Dr | | Dayton | OH | 45417-4678 |
| Casey's General Stores, Inc. | | 1 SE Convenience Blvd | | Ankeny | IA | 50021-9672 |
| Cassandra Laoudis | | 415 Buttonwood Ln | | Boynton Beach | FL | 33436-7122 |
| Cesar Alberto Montelongo | | 7601 W Glendale Ave | Unit 2096 | Glendale | AZ | 85303-3018 |
| Chelsea Magnusen | | 4387 SW 10th Pl | Apt 105 | Deerfield Bch | FL | 33442-8314 |
| Gregory M. Parker, Inc | | 171 Crossroads Pkwy | | Port Wentworth | GA | 31407-3021 |
| Hop In | | PO Box 701292 | | San Antonio | TX | 78270-1292 |
| J.J. Taylor Dist. Co. of MN Inc. | | 655 N Highway A1A | | Jupiter | FL | 33477-4579 |
| Jefferson Distributing Company, Inc. | | 799 Mid Atlantic Pkwy | | Martinsburg | WV | 25404-3895 |
| Minit Mart | | 165 Flanders Rd | | Westborough | MA | 01581-1032 |
| Ryan H Cobb | Ryan H Cobb | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Summer Marie Wyatt | | 7324 W Forest Grove Ave | | Phoenix | AZ | 85043-7226 |
| The Kent Companies | | 3510 N A St | | Midland | TX | 79705-5427 |
| Thomas Preston McAlister II | | 545 Duval Dr | | Alpharetta | GA | 30009-4918 |
| Your Handyman Resource | | 523 Triumph Way | | Winder | GA | 30680-7472 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**NOTICE OF AUCTION CANCELLATION AND SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE** that, on January 27, 2023, Vital Pharmaceuticals, Inc. and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion, including, among other things, approval of the Bidding Procedures, which established the key dates and times related to the Transaction and the Auction.

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Debtors filed the *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which notice identified extensions of certain transaction milestones set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to submit a bid for the Debtors' assets or any portion thereof was May 22, 2023 at 12:00 p.m. (Prevailing Eastern Time).

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures Motion or the APA (as defined herein), as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1394], which notified parties in interest of the adjournment of the Auction from May 25, 2023 until June 2, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2023, the Debtors filed the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1416], which notified parties in interest of, among other things, the adjournment of the (a) Auction from June 2, 2023 until June 8, 2023 and (b) Sale Hearing from June 7, 2023 until June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 8, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1445], adjourning the Auction from June 8, 2023 until a time to be determined.

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2023, the Debtors filed the *Notice of Modified Sale-Related Dates and Deadlines* [ECF No. 1457], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time) until June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 23, 2023, the Debtors filed the *Notice of Adjournment of Sale Hearing and Related Deadlines* [ECF No. 1514], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time) until a time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, have determined that only one bid received for substantially all of the Debtors' assets, from Blast Asset Acquisition LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, is a Qualified Bid for such assets, and that no bids for less than substantially all of the Debtors' assets are acceptable to the Debtors and the Consultation Parties. Therefore, pursuant to the Bidding Procedures, the Debtors are cancelling the Auction and designating Blast Asset Acquisition LLC as the "Successful Bidder."

**PLEASE TAKE FURTHER NOTICE** that the Debtors entered into an Asset Purchase Agreement (the "APA"),[3] by and between certain of the Debtors and Blast Asset Acquisition LLC, a copy of which is attached hereto as **Exhibit 1**, pursuant to which the Debtors shall sell substantially all of their assets to the Successful Bidder, subject to the terms and conditions set forth therein, including expiration of all applicable waiting periods, including under the Hart-Scott-Rodino Act (the "HSR Act").

**PLEASE TAKE FURTHER NOTICE that, in the event that the Debtors are unable to pursue and/or consummate the Transactions, including as a result of (i) termination of the APA due to the Transactions not having received the expiration or termination of the applicable waiting period under the HSR Act by June 30, 2023**, or (ii) the Debtors being

---

[3] Given the voluminous nature of the APA, it is not attached to this notice. However, the APA can be accessed at the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

**unable to secure necessary funding for these cases pending consummation of the Transactions, the Debtors intend to file immediately a motion seeking to convert the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code in order to effectuate an orderly liquidation.**

The following table summarizes some of the material terms of the APA:

| | |
|---|---|
| **SUMMARY OF MATERIAL TERMS OF APA[4]** | |
| **Parties** | <u>Selling Entities</u>:  Vital Pharmaceuticals, Inc. and certain of its Debtor-affiliates.[5]<br><br><u>Buyer Parties</u>:<br>• Blast Asset Acquisition LLC, a subsidiary of Monster Beverage Corporation;<br>• Monster Energy Company, solely for purposes of <u>Section 7.16</u> of the APA; and<br>• Monster Beverage Corporation solely for purposes of <u>Section 7.16</u> and <u>Section 10.16</u> of the APA.<br><br>*See* APA, Preamble. |
| **Purchase Price** | The aggregate consideration for all or substantially all of the assets of the Selling Entities will be up to $362,000,000, which shall be inclusive of the full amount of the following:<br><br>• an amount in cash equal to the Cash Purchase Price;<br>• the Deposit (*i.e.*, $25,000,000); and<br>• the assumption of the Assumed Liabilities by execution of the Assignment and Assumption Agreement.<br><br>An additional $10,000,000 to paid by the Buyer in cash promptly (but not later than thirty (30) days) following the Buyer's receipt (pursuant to the transfer documents in form and content reasonably satisfactory to the Buyer) of title to and ownership of certain Intellectual Property set forth in the APA, presently titled in the name of Entourage IP Holdings, LLC.<br><br>The Seller will apply the Cash Purchase Price as follows: (i) $16,000,000 |

---

[4] This summary is provided for the convenience of the Court and parties in interest.  To the extent there is any conflict between this summary and the APA, the latter governs in all respects.  This is a general overview, subject in all respects to the terms of the definitive documents.  There are several adjustments and caveats.  Please read the documents carefully.  Capitalized terms used that are not defined in this summary have the respective meanings set forth in the APA.

[5] The "<u>Selling Entities</u>" include the following Debtor entities: (a) Vital Pharmaceuticals, Inc.; (b) Vital Pharmaceuticals, International Sales, Inc.; (c) JHO Intellectual Property Holdings, LLC; (d) JHO Real Estate Investment, LLC; (e) Quash Seltzer, LLC; and (f) Rainbow Unicorn Bev, LLC.

| SUMMARY OF MATERIAL TERMS OF APA[4] | |
|---|---|
| | to satisfy Encumbrances against the Owned Real Property; (ii) $4,000,000 set aside to pay Excluded WARN Act Liabilities; (iii) $4,000,000 set aside to pay all Liabilities to prior or current employees of the Seller for Excluded Liabilities; and (iv) the remainder to pay the Debtors, subject to payment of the DIP Obligations as set forth in the Sale Order.<br><br>*See* APA, §3.1.<br><br>It is the intent of the Buyer and the Selling Entities that portions of the Cash Purchase Price be used to honor and/or otherwise satisfy certain of the Debtors' obligations to, among others, certain of their employees and distributors. |
| **Purchased Assets** | The assets shall include substantially all of the Selling Entities' assets related to the Business.<br><br>*See* APA, §2.1. |
| **Assumed Liabilities** | In accordance with the terms of the APA, the Buyer shall assume, among other things:<br><br>• Liabilities arising out of the Selling Entities' business or relating to the Purchased Assets from and after Closing or from manufacturing or promoting the Business after Closing;<br><br>• Liabilities of the Selling Entities arising under the Assumed Agreements and the Assumed Real Property Leases from and after Closing and after the Petition Date but not yet due as of Closing;<br><br>• Cure Payments not otherwise paid by the Buyer at Closing;<br><br>• Liabilities for taxes on Purchased Assets for any Post-Closing Tax Period;<br><br>• Liabilities entitled to be set off for Accounts Receivable that are Purchased Assets; and<br><br>• the Assumed WARN Act Liabilities.<br><br>*See* APA, §2.3. |
| **Closing Conditions** | The obligations of the parties to consummate the Transactions shall be subject to the satisfaction of the conditions precedent as set forth in the Transaction Documents. Such conditions precedent include: (a) no Law or Order has been issued that makes the transaction illegal or prohibits it; (b) that all applicable waiting periods, including the HSR Act waiting period, shall have expired or been terminated; (c) that the Court shall have entered the Sale Order and such Sale Order shall be a Final Order; and (d) the Court shall have entered the 9019 Order, which order shall approve that certain settlement reflecting a compromise among the |

4

| SUMMARY OF MATERIAL TERMS OF APA[4] | |
|---|---|
| | Debtors, their DIP Lenders, the Official Committee of Unsecured Creditors, Monster Energy Company, Monster Beverage Corporation, and Orange Bang, Inc. concerning the allowance and/or treatment of certain claims held or asserted by the DIP Lenders, Monster Energy Company, Monster Beverage Corporation, and Orange Bang, Inc. *See* APA, Art. 8. |
| **Guarantee** | Monster Beverage Corporation shall guarantee the obligations of the Buyer under the APA up to the Purchase Price. *See* APA, §10.16. |
| **"Insider" Status of Buyer** | The Buyer is not an "insider" or otherwise affiliated with the Debtors. |
| **Mutual Release** | The APA contemplates consensual, mutual releases by the Selling Entities, their estates, and certain related parties and representatives, on the one hand, and the Buyer and certain related parties and representatives, on the other hand (including, in the case of the Buyer, releases of any claims against the Seller Related Parties constituting Purchased Assets), subject to certain carve-outs. *See* APA, §7.16. |
| **Closing and Other Deadlines** | The APA provides June 30, 2023 or 17 days after the Sale Order is entered and, in any event, no later than August 3, 2023 as the Outside Date for Closing. *See* APA, §9.1(g). |
| **Requested Findings as to Successor Liability** | The Debtors expect the proposed Sale Order to include a customary finding concerning the absence of successor liability for the Buyer. |

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the sale of the Debtors' assets to Blast Asset Acquisition LLC will be held before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 on **July 13, 2023 at 1:30 p.m. (Prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any objections to: (i) the identity of the Successful Bidder, and/or (ii) adequate assurance of future performance by the Successful Bidder, in each case, must be filed with the Court **no later than 4:00 p.m. (Prevailing Eastern Time) on July 7, 2023**.

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated sale and/or copies of any related documents may visit the

5

website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

| | |
|---|---|
| Dated:  June 28, 2023<br>           Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)  
Liza L. Burton (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone:  (212) 906-1200  
Email:  george.davis@lw.com  
           liza.burton@lw.com  
           jon.weichselbaum@lw.com  

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone:  (305) 755-9500  
Email:  jguso@bergersingerman.com  
           mniles@bergersingerman.com  

– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 2004  
Telephone:  (202) 637-2200  
Email:  andrew.sorkin@lw.com  

– and –

Joseph C. Celentino[6] (admitted *pro hac vice*)  
Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email:  joe.celentino@lw.com  
           whit.morley@lw.com  

*Counsel for Debtors and Debtors in Possession*

---

[6]  Not admitted in Illinois.  Admitted in New York.

7