UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

      Debtors.                                /

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the following documents were filed and served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:

- *Order Denying Creditor and Interested Party John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of Debtor JHO Real Estate Investment, LLC* [ECF 1657] was filed and served on July 14, 2023;
- *Order Denying Creditor and Interested Party John H. Owoc's Ex Parte Motion for Protective Order* [ECF 1664] was filed and served on July 17, 2023; and
- *Order Denying Creditor and Interested Party John H. Owoc's Ex Parte Motion for Order Shortening Time for Debtors to Respond to Discovery in Connection with John H. Owoc's Emergency Motion to Dismiss Chapter 11 Bankruptcy of JHO Real Estate Investment, LLC* [ECF 1665] was filed and served on July 17, 2023.

Dated: July 19, 2023

Respectfully submitted,

By: */s/ Irwin R. Gilbert*

IRWIN R. GILBERT
*Counsel for Creditor and Interested Party John H. Owoc*
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com