## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORTH LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VITAL PHARMACEUTICALS, INC., | ) | Case No. 22-17842-PDR |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that effective immediately, RAINES FELDMAN LLP has changed its name to RAINES FELDMAN LITTRELL LLP.

**PLEASE TAKE FURTHER NOTICE** that effective July 24, 2023, the Raines Feldman Littrell LLP's Los Angeles office address will change to:

RAINES FELDMAN LITTRELL LLP

1900 Avenue of the Stars, 19th Floor

Los Angeles, CA 90067

| | |
|---|---|
| Dated:  July 20, 2023 | Respectfully submitted, |
| | |
| | /s/ Hamid R. Rafatjoo |
| | Hamid R. Rafatjoo (CA SBN 181564) |
| | **RAINES FELDMAN LITTRELL LLP** |
| | 1900 Avenue of the Stars, 19th Floor |
| | Los Angeles, CA 90067 |
| | Telephone:  (310) 440-4100 |
| | Facsimile:   (310) 691-1367 |
| | hrafatjoo@raineslaw.com |
| | |
| | Attorneys for CI421 4747 W. Buckeye LLC, ALDA 4747 W. Buckeye LLC, and MFP 4747 W. Buckeye LLC |

1

10000487.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORTH LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VITAL PHARMACEUTICALS, INC., | ) | Case No. 22-17842-PDR |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

    I, Hamid R. Rafatjoo, do hereby certify that the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS and Certificate of Service was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record.

Dated: July 20, 2023                                  /s/ Hamid R. Rafatjoo
                                                                      Hamid R. Rafatjoo