

ORDERED in the Southern District of Florida on July 20, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.¹ | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING DEBTORS'** ***EX PARTE*** **MOTION TO SHORTEN TIME FOR JOHN H. OWOC TO RESPOND TO DISCOVERY IN CONNECTION WITH EMERGENCY MOTION OF JOHN H. OWOC'S [SIC] FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO TERMINATION OF DEBTOR'S SUBCHAPTER S CORPORATION STATUS OR, ALTERNATVELY [SIC], FOR <u>RELIEF FROM STAY</u>**

**THIS MATTER** came before the Court without a hearing on the *Debtors' Ex Parte*

*Motion To Shorten Time For John H. Owoc To Respond To Discovery In Connection With*

---

¹ The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("<u>Vital Pharmaceuticals</u>") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("<u>Quash Seltzer</u>") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12291645-2

*Emergency Motion of John H. Owoc's [sic] for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatvely [sic], for Relief from Stay* [ECF No. 1672] (the "Motion").  The Court having reviewed the Motion and the record in these chapter 11 cases, finding good cause to grant the relief sought in the Motion, and being otherwise fully advised in the premises, does

**ORDER AND ADJUDGE** as follows:

1. The Motion is **GRANTED**.

2. The time for responding to the Debtors' discovery in connection with *Emergency Motion of John H. Owoc's [sic] For Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status, or, Alternatvely [sic], For Relief From Stay* [ECF No. 1627] is shortened as follows: John H. Owoc shall respond and produce documents responsive to the Request[2] and answer the Interrogatories on or before July 21, 2023 at 12:00 p.m.

3. The Court retains jurisdiction in interpret and enforce this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

12291645-2