**EXHIBIT 1-A**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL
TIME: TOTAL PER INDIVIDUAL FOR THIS PERIOD ONLY**

| Name | Title | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Brent Williams | Managing Dir. | n/a | 281.7 | $1,075 | $302,827.50 |
| Brendan Murphy | Managing Dir. | n/a | 303.4 | $1,075 | $326,155.00 |
| Zach Messenger | Vice President | n/a | 481.3 | $750 | $360,975.00 |
| Zack Stone | Vice President | n/a | 220.6 | $625 | $137,875.00 |
| Harbir Brar | Analyst | n/a | 387.6 | $475 | $184,110.00 |
| Samantha LeBlanc | Analyst | n/a | 294.9 | $400 | $117,960.00 |
| Dylan Prime | Analyst | n/a | 264.7 | $400 | $105,880.00 |
| Chase Rodgers | Analyst | n/a | 36.9 | $400 | $14,760.00 |
| Isabel Rivera | Administrative | n/a | 0.0 | $225 | $0.00 |
| Sarah Biesterfeld | Administrative | n/a | 0.0 | $225 | $0.00 |

Blended Average Hourly Rate: $565.0

Total Fees: $1,550,542.50 (2,271.1 Hours)