**EXHIBIT 1-B**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL
TIME BY ACTIVITY CODE FOR THIS PERIOD ONLY**

| Category | Hours |
|---|---:|
| 1 – Business Analysis / Operations | 767.4 |
| 2 – Claims Analysis and Objections | 395.9 |
| 3 – Committee Activities | 471.8 |
| 4 – Court Filing Review / Analysis | 151.0 |
| 5 – Court Hearing Preparation / Attendance | 32.5 |
| 6 – Fee / Employment Applications | 116.5 |
| 7 – Financing Activities | 2.1 |
| 8 – Litigation | 323.5 |
| 9 – Travel Time | 10.4 |
| | |
| Total Hours | 2,271.1 |