# EXHIBIT 2

## SUMMARY OF REQUESTED REIMBURSEMENT
## OF EXPENSES FOR THIS TIME PERIOD ONLY

(If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well)

| | |
|---|---|
| 1. Meals – In-Town Only | $610.02 |
| 2. Travel Related | $1,027.29 |
| 3. Ground Transportation (Taxi/Uber/Car Service) | $351.26 |
| **Total Expense Reimbursement Requested** | **$1,988.57** |