*EXHIBIT 4*

**EXPENSE DETAIL**
FOR THE PERIOD March 1, 2023 THROUGH JUNE 30, 2023

| Project Category | Expense Date (Details Per Lincoln Accounting System) | Lincoln Professional(s) | Expense Details(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - In-Town Only | 3/1/2023 | Harbir Brar | In Office Late Night/Weekend Work | $ 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/1/2023 | Brent Williams | Deal Related | 24.90 |
| Meals - In-Town Only | 3/2/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/2/2023 | Brent Williams | Deal Related | 22.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/2/2023 | Brent Williams | Deal Related | 19.17 |
| Travel Related | 3/3/2023 | Brent Williams | Deal Related | 90.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/3/2023 | Brent Williams | Deal Related | 28.77 |
| Travel Related | 3/4/2023 | Brent Williams | Deal Related | 99.21 |
| Travel Related | 3/4/2023 | Brent Williams | Deal Related | 56.50 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/4/2023 | Brent Williams | Deal Related | 52.88 |
| Travel Related | 3/4/2023 | Brent Williams | Deal Related | 760.83 |
| Travel Related | 3/4/2023 | Brent Williams | Deal Related | 20.75 |
| Meals - In-Town Only | 3/9/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/9/2023 | Harbir Brar | In Office Late Night/Weekend Work | 10.86 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/9/2023 | Dylan Prime | In Office Late Night/Weekend Work | 22.47 |
| Meals - In-Town Only | 3/15/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Meals - In-Town Only | 3/16/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Meals - In-Town Only | 3/17/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Meals - In-Town Only | 3/20/2023 | Dylan Prime | In Office Late Night/Weekend Work | 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/20/2023 | Dylan Prime | In Office Late Night/Weekend Work | 16.43 |
| Meals - In-Town Only | 3/21/2023 | Sam LeBlanc | In Office Late Night/Weekend Work | 35.00 |
| Meals - In-Town Only | 3/21/2023 | Dylan Prime | In Office Late Night/Weekend Work | 34.96 |
| Meals - In-Town Only | 3/27/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 3/27/2023 | Sam LeBlanc | In Office Late Night/Weekend Work | 37.24 |
| Meals - In-Town Only | 3/28/2023 | Harbir Brar | In Office Late Night/Weekend Work | 23.73 |
| Meals - In-Town Only | 4/3/2023 | Sam LeBlanc | In Office Late Night/Weekend Work | 24.84 |
| Meals - In-Town Only | 4/3/2023 | Sam LeBlanc | In Office Late Night/Weekend Work | 25.60 |
| Meals - In-Town Only | 4/4/2023 | Dylan Prime | In Office Late Night/Weekend Work | 31.58 |
| Meals - In-Town Only | 4/17/2023 | Dylan Prime | In Office Late Night/Weekend Work | 29.46 |
| Ground Transportation (Taxi/Uber/Car Service) | 4/17/2023 | Dylan Prime | In Office Late Night/Weekend Work | 14.83 |
| Meals - In-Town Only | 4/25/2023 | Dylan Prime | In Office Late Night/Weekend Work | 28.21 |
| Ground Transportation (Taxi/Uber/Car Service) | 4/25/2023 | Dylan Prime | In Office Late Night/Weekend Work | 19.02 |
| Meals - In-Town Only | 5/8/2023 | Harbir Brar | In Office Late Night/Weekend Work | 35.00 |
| Meals - In-Town Only | 5/11/2023 | Harbir Brar | In Office Late Night/Weekend Work | 26.64 |
| Ground Transportation (Taxi/Uber/Car Service) | 5/16/2023 | Dylan Prime | In Office Late Night/Weekend Work | 15.85 |
| Meals - In-Town Only | 6/7/2023 | Dylan Prime | In Office Late Night/Weekend Work | 35.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/14/2023 | Dylan Prime | In Office Late Night/Weekend Work | 17.00 |
| Ground Transportation (Taxi/Uber/Car Service) | 6/28/2023 | Sam LeBlanc | In Office Late Night/Weekend Work | 49.84 |