**EXHIBIT 1-A**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL
TIME: TOTAL PER INDIVIDUAL FOR THIS PERIOD ONLY**

| Name | Title | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| James Doak | Managing Dir. | n/a | 67.0 | none | * |
| John D'Amico | Managing Dir. | n/a | 202.5 | none | * |
| Robert Haile | Managing Dir. | n/a | 69.5 | none | * |
| KC Hazarika | Managing Dir. | n/a | 72.0 | none | * |
| Yoon Song | Director | n/a | 290.0 | none | * |
| Kelly Knorr | Director | n/a | 44.5 | none | * |
| Nicholas Hirschfeld | Associate | n/a | 59.0 | none | * |
| Carlos Chiappori | Associate | n/a | 376.0 | none | * |
| James R. Mortimer | Analyst | n/a | 420.5 | none | * |
| Robert Lordi | Analyst | n/a | 74.0 | none | * |

*Because there is no hourly rate, there is no fee related to each professional.

Blended Average Hourly Rate: none

Total Fees: $500,000, based on four Monthly Fees of $125,000 (1,675.0 Hours)