# EXHIBIT 1-B

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME BY ACTIVITY CODE FOR THIS PERIOD ONLY

| Category | Hours |
|---|---|
| 1 - Company Diligence and Stakeholder Discussions | 190.5 |
| 2 - Valuation | - |
| 3 - Business Operations and Forecast | 30.0 |
| 4 - Case Administration | 193.5 |
| 5 - Committee of Unsecured Creditors Discussions / Meetings | 92.0 |
| 6 - Fee/Employment Applications | 20.5 |
| 7 - Fee/Employment Objections | - |
| 8 - Litigation Work and Preparation | - |
| 9 - Strategy Discussions with Counsel | 139.0 |
| 10 - Negotiations with Interested Parties | 15.0 |
| 11 - Plan and Disclosure Statement Review | - |
| 12 - Court Filings Preparation and Review | 14.0 |
| 13 - Tax Related Analysis and Discussion | 5.5 |
| 14 - Bankruptcy Court Attendance | 6.5 |
| 15 - Proposal Review and Analysis | 5.0 |
| 16 - Analysis for Committee of Unsecured Creditors | 455.0 |
| 17 - Recovery Analysis | - |
| 18 - Research | 84.5 |
| 19 - Travel | - |
| 20 - M&A Process | 424.0 |
| 21 - DIP Process | - |
| Total Hours | 1,675.0 |