# EXHIBIT 2

## SUMMARY OF REQUESTED REIMBURSEMENT
## OF EXPENSES FOR THIS TIME PERIOD ONLY

(If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well)

| | |
|---|---|
| 1.  Process Service Fees | $- |
| 2.  Forensic Accountant Fees | $- |
| 3.  Investigation Fees | $- |
| 4.  Certified copies of court filings | $- |
| 5.  In-house Photocopies | $1.71 |
| 6.  PACER Fees | $- |
| 7.  Overnight Delivery Charges | $- |
| 8.  Outside Courier/Messenger Services | $- |
| 9.  Computerized Research | $- |
| 10. Other Permissible Expenses (Taxi to meeting) | $965.30 |
| **Total Expense Reimbursement Requested** | $967.01 |