# EXHIBIT A

## Customary and Comparable Compensation Disclosures with Fee Applications

(See Guidelines C.3. for definitions of terms used in this Exhibit, subject to Comment ¶ C.2.c.3)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm for preceding year, excluding estate paid bankruptcy work | BILLED<br><br>In this fee application |
| Partner | $635.50 | $695.08 |
| Associates | $385.83 | $423.21 |
| Paralegals | $216.25 | $245.27 |
| All timekeepers aggregated | $421.58 | $543.15 |

* Represents approximate blended hourly rates. Sequor Law is a boutique law firm specializing in insolvency and asset recovery matters. It is impracticable to exclude bankruptcy engagements or all data from timekeepers practicing primarily in a bankruptcy group or section from these calculations. Accordingly, as provided by the Appendix B Guidelines ¶ C.3.a.iv.(b), this chart compares the rates billed in this matter with the firm's non-estate paid bankruptcy work. For the fiscal years ending 2019-2022, bankruptcy work represented a majority of the Firm's revenues.

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Sequor Law, P.A. |
| Date of Application: | July 21, 2023 |
| Interim or Final: | Second Interim |