# EXHIBIT B

## Summary of Timekeepers Included in this Fee Application

| NAME | TITLE OR POSITION | DATE OF FIRST ADMISSION | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY BILLED RATE | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|
| | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Leyza F. Blanco | Partner | 1997 | $183,758.00 | 264.4 | $695 | $695 $650* | 1 |
| Gregory S. Grossman | Partner | 1991 | $2,890.50 | 4.1 | $705 | N/A | 1 |
| Daniel M. Coyle | Partner | 2008 | $50.50 | 0.1 | $505 | N/A | 1 |
| Juan J. Mendoza | Associate | 2014 | $64,328.00 | 149.6 | $430 | $430 $385* | 1 |
| Daniel H. Halperin | Associate | 2018 | $8,930.00 | 23.5 | $380 | N/A | 1 |
| Barbara Y. Miranda | Investigator | 2018 | $116.00 | 0.4 | $290 | N/A | 1 |
| Jennifer M. Diaz | Sr. Paralegal | | $16,390.50 | 66.9 | $245 | $245 | 1 |

\* Reflects rates as of period ending on December 31, 2022.