# EXHIBIT C-1

# BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information.

**In connection with approval of the DIP Financing Motion and the budgets attached to the *Final Order (i) Approving Postpetition Financing, (ii )Authorizing Use of Cash Collateral, (iii) Granting Liens and Providing Superpriority Administrative Expense Status, (iv) Granting Adequate Protection, (v) Modifying Automatic Stay, and (vi) Granting Related Relief* [Doc. No. 638], entered in these Chapter 11 Cases (the "Budget"), the estate's professionals, including Applicant, agreed to a line item in the budget with respect to the projected fees and expenses for services to be provided to the Debtors.**

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Sequor Law, P.A. |
| Date of Application: | July 21, 2023 |
| Interim or Final: | Second Interim |