**EXHIBIT D-1**

**Summary of Compensation Requested by Project Category**

(See Guidelines C.8. for project category information.)

| PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|
| Asset Analysis and Recovery | 350.9 | $187,326.00 |
| Asset Disposition | 18.5 | $11,933.50 |
| Business Operations | 7.1 | $4,934.50 |
| Case Administration | 8.7 | $4,960.50 |
| Claims Administration and Objections | 3.9 | $2,154.00 |
| Employee Benefits / Pensions | 0 | $0.00 |
| Fee / Employment Applications | 51.5 | $25,085.00 |
| Financing | 0.4 | $278.00 |
| Litigation | 29.5 | $17,859.50 |
| Meeting of Creditors | 34.3 | $19,464.00 |
| Plan & Disclosure Statement | 0.4 | $278.00 |
| Relief from Stay / Adequate Protection | 3.8 | $2,190.50 |
| **Total** | **509.0** | **$276,463.50** |

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Sequor Law, P.A. |
| Date of Application: | July 21, 2023 |
| Interim or Final: | Second Interim |