**EXHIBIT D-2**

**SUMMARY OF REQUESTED REIMBURSEMENT
OF EXPENSES FOR THIS TIME PERIOD ONLY**

(If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well)

| | |
|---|---|
| Process Service Fees | $3,869.91 |
| Court Reporter/Transcript Fees | $29,711.21 |
| Outside Courier/Messenger Services | $673.58 |
| Postage | $12.90 |
| In-house Photocopies | $2,163.90 |
| PACER Fees | $201.10 |
| Filing Fees | $800.00 |
| Outside Printing Services | $2,217.36 |
| Computerized Research | $219.17 |
| Other Permissible Expenses (Parking) | $196.27 |
| Other Permissible Expenses (Meals) | $2,204.96 |
| **Total** | **$42,270.36** |

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Sequor Law, P.A. |
| Date of Application: | July 21, 2023 |
| Interim or Final: | Second Interim |