*EXHIBIT F*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[1] | Case No. 22-17842 (PDR) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF SEQUOR LAW, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Upon consideration of the application (the "Application")[2] of Sequor Law P.A. ("Sequor")

[Docket No. _], as counsel to the Official Committee of Unsecured Creditors (the "Committee")

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors") for compensation for services rendered and reimbursement of expenses incurred for the period from March 1, 2023 through June 30, 2023; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1. The Application is granted as provided herein.

2. Sequor is hereby allowed a first interim allowance of compensation for services rendered to the Committee in the sum of $276,463.50 and reimbursement for costs incurred in the sum of $42,270.36, for the period from March 1, 2023 through and including June 30, 2023.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Sequor within ten (10) days of the entry of this Order, subject to a 20% holdback of its compensation for services rendered, consistent with the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [Docket No. 503].

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.

Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

(*Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service*.)