# EXHIBIT A

## Customary and Comparable Compensation Disclosures with Fee Applications

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy | Billed This Fee Application |
| Partner | $934.28 | $1,113.24 |
| Counsel | $729.51 | $858.91 |
| Associate | $552.52 | $724.86 |
| Paralegal | $329.61 | $327.39 |
| Research Services | $291.16 | $350.00 |
| **All Timekeepers Aggregated** | **$709.11** | **$882.46** |

Lowenstein Sandler's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. The "Blended Hourly Rate – Billed Preceding Year, Excluding Bankruptcy" (the "BHREB") noted above reflects the firm's blended hourly rate billed for calendar year 2022 excluding bankruptcy related work, but <u>including</u> all alternative fee arrangements other than contingency fee cases. In calendar year 2022, the firm increased its billing rates on January 1st in accordance with its normal practice. The BHREB also represents the billed rate across a larger, more expansive population of the firm's attorneys with a multitude of rates that are impacted by a number of factors, including level of experience, complexity of the work and office location. For example, approximately 32% of Lowenstein Sandler's attorneys are based in New York, while approximately 57% are based in NJ, approximately 7% are based in California and Utah, and 4% are based in Washington DC. Thus, the "Blended Hourly Rate – Billed This Fee Application" is a function of, among other things, the experience and location of the subset of attorneys delivering the services and the sophistication and complexity of the specific matter.

| | |
|---|---|
| **Case Name:** | Vital Pharmaceuticals, Inc., et al. |
| **Case Number:** | 22-17842-PDR |
| **Applicant's Name:** | Lowenstein Sander LLP |
| **Date of Application:** | July 21, 2023 |
| **Interim or Final:** | Second Interim |