# EXHIBIT B

## Summary of Timekeepers Included in this Fee Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Adamo, Lesley P. | Partner | Corporate / Tax | 2011 | $1,673.00 | 1.40 | 0 | $1,195.00 | $1,195.00 |
| *Albin, Barry T. - Travel Time | Partner | Litigation | 1976 | $12,107.50 | 16.70 | 0 | $725.00 | $1,450.00 |
| Albin, Barry T. | Partner | Litigation | 1976 | $190,240.00 | 131.20 | 0 | $1,450.00 | $1,450.00 |
| Chafetz, Eric S. | Partner | Bankruptcy | 2004 | $446,589.00 | 465.00 | 0 | $990.00 | $990.00 |
| *Chafetz, Eric S. - Travel Time | Partner | Bankruptcy | 2004 | $2,920.50 | 5.90 | 0 | $495.00 | $990.00 |
| *Cohen, Jeffrey - Travel Time | Partner | Bankruptcy | 2000 | $7,205.00 | 11.00 | 0 | $655.00 | $1,310.00 |
| Cohen, Jeffrey | Partner | Bankruptcy | 2000 | $358,547.00 | 273.70 | 0 | $1,310.00 | $1,310.00 |
| Davydov, Annie Nazarian | Partner | Corporate / Tax | 2011 | $10,348.00 | 10.40 | 0 | $995.00 | $995.00 |
| Fulfree, Nicole | Partner | Bankruptcy | 2014 | $37,044.00 | 37.80 | 0 | $980.00 | $980.00 |
| Ingwer, Rachel | Partner | Corporate / Tax | 2009 | $1,952.00 | 1.60 | 0 | $1,220.00 | $1,220.00 |
| Jaramillo, Zarema A. | Partner | Litigation | 2006 | $5,076.00 | 4.70 | 0 | $1,080.00 | $1,080.00 |
| Leit, David | Partner | Corporate / Tax | 1995 | $25,380.00 | 23.50 | 0 | $1,080.00 | $1,080.00 |
| *Maimin, Rachel - Travel Time | Partner | Litigation | 2005 | $3,840.00 | 6.40 | 0 | $600.00 | $1,200.00 |
| Maimin, Rachel | Partner | Litigation | 2005 | $191,280.00 | 159.40 | 0 | $1,200.00 | $1,200.00 |
| Makinen, Marita A. | Partner | Corporate / Tax | 1994 | $10,665.50 | 8.30 | 0 | $1,285.00 | $1,285.00 |
| Renert, Jordana | Partner | Bankruptcy | 2008 | $55,954.00 | 55.40 | 0 | $1,010.00 | $1,010.00 |
| Adler, Arielle B. | Counsel | Bankruptcy | 2013 | $108,654.00 | 125.50 | 0 | $910.00 | $910.00 |
| *Fang, Wayne - Travel Time | Counsel | Litigation | 2005 | $11,007.50 | 25.90 | 0 | $425.00 | $850.00 |
| Fang, Wayne | Counsel | Litigation | 2005 | $158,270.00 | 186.20 | 0 | $850.00 | $850.00 |
| Jara, Ana L. | Counsel | Litigation | 2013 | $3,225.00 | 4.30 | 0 | $750.00 | $750.00 |
| Sidorov, Jack D. | Counsel | Litigation | 1976 | $705.00 | 0.50 | 0 | $1,410.00 | $1,410.00 |
| Sklar, Lindsay H. | Counsel | Bankruptcy | 2014 | $274,496.50 | 306.70 | 0 | $895.00 | $895.00 |
| Sun, Alan J. | Counsel | Corporate / Tax | 2014 | $18,940.50 | 20.70 | 0 | $915.00 | $915.00 |
| Cherubini, Christopher T. | Associate | Litigation | 1996 | $26,179.00 | 55.70 | 0 | $470.00 | $470.00 |

**Case Name:** Vital Pharmaceuticals, Inc., et al.

**Case Number:** 22-17842-PDR

**Applicant's Name:** Lowenstein Sander LLP

**Date of Application:** March 21, 2023

**Interim or Final:** First Interim

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Clark, Brittany M. | Associate | Bankruptcy | 2023 | $58,042.50 | 106.50 | 0 | $545.00 | $545.00 |
| Essert, Cassandra A. | Associate | Litigation | 2021 | $4,554.00 | 6.60 | 0 | $690.00 | $690.00 |
| Goldman, Michelle L. | Associate | Litigation | 2018 | $14,130.00 | 18.00 | 0 | $785.00 | $785.00 |
| Hasaj, Daniella Gold | Associate | Corporate / Tax | 2018 | $12,432.00 | 14.80 | 0 | $840.00 | $840.00 |
| Julceus, Markiana J. | Associate | Litigation | 2017 | $230,044.25 | 299.80 | 0 | $785.00 | $785.00 |
| *Julceus, Markiana J. - Travel Time | Associate | Litigation | 2017 | $4,317.50 | 11.00 | 0 | $392.50 | $785.00 |
| Mannix, Erica G. | Associate | Bankruptcy | 2019 | $353,420.00 | 437.50 | 0 | $820.00 | $820.00 |
| *Mannix, Erica G. - Travel Time | Associate | Bankruptcy | 2019 | $16,359.00 | 39.90 | 0 | $410.00 | $820.00 |
| Van Driesen, Lauren E. | Associate | Litigation | 2017 | $128,826.00 | 168.40 | 0 | $765.00 | $765.00 |
| Velez, Nicholas | Associate | Litigation | 2022 | $26,596.00 | 48.80 | 0 | $545.00 | $545.00 |
| Claussen, Diane | Paralegal | Bankruptcy | | $850.00 | 2.50 | 0 | $340.00 | $340.00 |
| Grant, Giselle | Paralegal | Litigation | | $882.00 | 2.80 | 0 | $315.00 | $315.00 |
| Jara, Gabriel | Paralegal | Practice Support | | $429.00 | 1.30 | 0 | $330.00 | $330.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | | $27,904.00 | 87.20 | 0 | $320.00 | $320.00 |
| Pagano, Jamie J. | Paralegal | Practice Support | | $9,526.50 | 26.10 | 0 | $365.00 | $365.00 |
| Suhail, Aneela | Paralegal | Practice Support | | $4,605.50 | 15.10 | 0 | $305.00 | $305.00 |
| Hayter, Carrie T. | Research Services | Knowledge and Research Services | | $379.50 | 1.10 | 0 | $345.00 | $345.00 |
| Michaud, Zoraida | Research Services | Knowledge and Research Services | | $390.50 | 1.10 | 0 | $355.00 | $355.00 |

\*    Reflects 50% rate reduction due to non-working travel time

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Lowenstein Sander LLP |
| Date of Application: | March 21, 2023 |
| Interim or Final: | First Interim |