# EXHIBIT C-2

# STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budget Period** | **Average Hourly Rate Corp/Bankruptcy/ Litigation Departments** |
| Partner | 7 | $1,160.00 |
| Counsel | 2 | $970.00 |
| Associate | 4 | $700.00 |
| Paralegal/Other Timekeeper | 4 | $370.00 |
| **Attorney Average Rate** | | **$930.00** |

| | |
|---|---|
| Case Name: | Vital Pharmaceuticals, Inc., et al. |
| Case Number: | 22-17842-PDR |
| Applicant's Name: | Lowenstein Sander LLP |
| Date of Application: | July 21, 2023 |
| Interim or Final: | Second Interim |