# EXHIBIT D-1

## Summary of Compensation Requested by Project Category
(See Guidelines C.8. for project category information.)

| Project Category | Hours Billed | Fees Sought | Fees Sought Net of 10% Discount |
|---|---|---|---|
| Adversary Proceedings and Bankruptcy Court Litigation | 81.70 | $94,412.00 | $84,970.80 |
| Asset Analysis and Recovery | 1,570.90 | $1,371,460.50 | $1,234,314.45 |
| Asset Disposition | 424.30 | $463,008.00 | $416,707.20 |
| Assumption/Rejection of Leases and Contracts | 32.10 | $29,965.00 | $26,968.50 |
| Board of Directors | 14.70 | $18,814.50 | $16,933.05 |
| Business Operations | 4.40 | $4,458.00 | $4,012.20 |
| Case Administration | 135.50 | $95,634.50 | $86,071.05 |
| Claims Administration and Objections | 23.40 | $24,571.50 | $22,114.35 |
| Court Hearings | 89.40 | $85,398.00 | $76,858.20 |
| Employee Benefits/Pensions | 2.00 | $2,115.00 | $1,903.50 |
| Employment and Retention Applications - Others | 6.30 | $6,098.50 | $5,488.65 |
| Fee Applications and Invoices - Others | 15.10 | $4,605.50 | $4,144.95 |
| Fee/Employment Applications | 52.30 | $40,446.00 | $36,401.40 |
| Fee/Employment Objections | 84.10 | $53,375.00 | $48,037.50 |
| Financing/Cash Collateral | 32.60 | $28,489.00 | $25,640.10 |
| Investigation of Prepetition Lenders | 3.10 | $3,002.50 | $2,702.25 |
| Meetings of and Communication with Creditors | 188.80 | $180,460.50 | $162,414.45 |
| Non-Working Travel | 203.30 | $99,697.75 | $89,727.98 |
| Other - Insurance Matters | 4.50 | $4,381.00 | $3,942.90 |
| Other Contested Matters (excluding assumption/rejection motions) | 239.40 | $219,815.00 | $197,833.50 |
| Plan and Disclosure Statement (including Business Plan) | 2.10 | $2,346.00 | $2,111.40 |
| Real Estate | 1.40 | $983.00 | $884.70 |
| Relief from Stay/Adequate Protection Proceedings | 4.20 | $4,211.00 | $3,789.90 |
| Schedules and Statements | 0.70 | $693.00 | $623.70 |
| Tax Issues | 20.10 | $17,546.50 | $15,791.85 |
| **TOTAL** | **3,236.40** | **$2,855,987.25** | **$2,570,388.52** |