**EXHIBIT F**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

|  |  |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al*.,[1]<br><br>                    Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF LOWENSTEIN SANDLER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>MARCH 1, 2023 THROUGH JUNE 30, 2023</u>**

Upon consideration of the application (the "<u>Application</u>")[2] of Lowenstein Sandler LLP

("<u>Lowenstein Sandler</u>") as counsel to the Official Committee of Unsecured Creditors (the

"<u>Committee</u>") appointed in the chapter 11 cases (the "<u>Chapter 11 Cases</u>") of the above-captioned

debtors and debtors-in-possession (the "<u>Debtors</u>") for compensation for services rendered and

reimbursement of expenses incurred for the period from March 1, 2023 through June 30, 2023;

and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b)

and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this

matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.