UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,  Case No.: 22-17842-PDR

Chapter 11
Debtors.  (Jointly Administered)
_____/

**WITNESS LIST IN CONNECTION WITH HEARING OF EMERGENCY MOTION OF JOHN H. OWOC'S FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO TERMINATION OF DEBTOR'S SUBCHAPTER S CORPORAION STATUS OR, ALTERNATIVELY, FOR RELIEF FROM STAY [ECF No. 1627]**

John H. Owoc ("***Mr. Owoc***"), through undersigned counsel, identifies the following witnesses who Mr. Owoc may call to testify at the evidentiary hearing of the *Emergency Motion of John H. Owoc's for Confirmation That the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatively, for Relief From Stay* (the "***Motion***")(ECF No. 1627) scheduled for July 28, 2023 (the "***Hearing***).

1. **Adi Rappaport, Esq.**
   Gunster
   777 S. Flagler Drive, Ste 500 East
   West Palm Beach, FL 33401
   arappaport@gunster.com

   Summary of Expected Testimony:  Mr. Rappaport will provide expert testimony with respect to issues identified in the Motion.

2. Any witness listed by any other party; and

3. Rebuttal witnesses as necessary.

Mr. Owoc reserves the right to amend or supplement this Witness List as necessary in advance of the Hearing.



**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

Adv. Pro. No. 23-1125-PDR
Page **2** of **2**

Dated: July 24, 2023         PHANG & FELDMAN, P.A.

*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
 2 S. Biscayne Boulevard, Suite 1600
 One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223

By:  */s/ Jonathan S. Feldman*
         Jonathan S. Feldman (12682)
         feldman@katiephang.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served July 24, 2023, based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By:  */s/ Jonathan S. Feldman*
         Jonathan S. Feldman (12682)
         feldman@katiephang.com



**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**