UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.[1]

_____/

Chapter 11 Cases

Case No.: 22-17842-PDR

(Jointly Administered)

**DEBTORS' WITNESS LIST IN CONNECTION WITH HEARING ON EMERGENCY MOTION OF JOHN H. OWOC'S [SIC] FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO TERMINATION OF DEBTOR'S SUBCHAPTER S CORPORATION STATUS OR, ALTERNATVELY [SIC], FOR RELIEF FROM STAY**

Vital Pharmaceuticals, Inc. ("VPX"), Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby identify the following witnesses who the Debtors may call to testify at the hearing to consider *Emergency Motion of John H. Owoc's [sic] for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatvely [sic], for Relief from Stay* (D.I. 1627) (the "Motion"), scheduled for hearing on July 28, 2023 at 10 a.m. (the "Hearing").

1. John D. DiDonato
   c/o Latham & Watkins LLP
   **Summary of expected testimony**: Mr. DiDonato is expected to testify regarding the Debtors' Board of Directors and/or Managers (collectively, the "Board"), who is authorized by VPX to sign tax returns on its behalf, the impact on the estate and expected distributions to creditors in the event VPX were to be converted from a

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12301017-1

Subchapter S Corporation to a C Corporation, and the Board's conclusion that converting VPX from a Subchapter S corporation to a C corporation would not be in the best interest of the Debtors' estates and creditors.

2. Richard Cabrera, CPA
   c/o Latham & Watkins LLP
   **Summary of expected testimony**: Mr. Cabrera is expected to testify regarding (i) the tax liabilities expected to be incurred by VPX and John H. Owoc as sole shareholder in connection with the sale of substantially all of the Debtors' assets to an affiliate of Monster Beverage Corporation (the "Sale"), as well as the benefits potentially received by Mr. Owoc, if VPX's S corporation status is terminated using a "close the books" election as requested in the Motion; (ii) the amount of tax payable by Mr. Owoc as sole shareholder as a result of the Sale if VPX maintains its S corporation status; (iii) the impact on VPX if its S corporation status is terminated but the "pro rata" allocation is used rather than the "close the books" election; (iv) the benefits that Mr. Owoc received from VPX's status as a Subchapter S corporation; (v) the benefit that Mr. Owoc received by waiting until late July to seek to terminate VPX's S corporation status rather than terminating it sooner; and (vi) the standard practice that an authorized corporate officer or representative of the corporation execute documents on behalf of a corporate filer.

3. Any witness listed by any other party; and

4. Rebuttal witnesses as necessary.

The Debtors reserve their right to amend or supplement this Witness List as necessary in advance of the Hearing.

12301017-1

| | |
|---|---|
| Dated: July 24, 2023<br>    Miami, Florida | Respectfully submitted,<br><br> /s/ Jordi Guso |
| George A. Davis (admitted *pro hac vice*)<br>Liza L. Burton (admitted pro hac vice)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>         liza.burton@lw.com<br>         jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>             mniles@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[2] (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com

*Co-Counsel for the Debtors*

---

[2]  Not admitted in Illinois.  Admitted in New York.

-3-

12301017-1