

ORDERED in the Southern District of Florida on July 25, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

ORDER SETTING EVIDENTIARY HEARING
AND ESTABLISHING RELATED DEADLINES [ECF No. 1627]

**THIS MATTER** came before the Court for hearing on July 12, 2023, upon the *Emergency Motion of John H. Owoc for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatively, for Relief from Stay* (the "***Motion***") (ECF No. 1627). Counsel for the Debtors and counsel for the Movant have advised the Court that all parties are prepared to proceed with an evidentiary hearing. Accordingly, the Court ORDERS as follows:

1. **EVIDENTIARY HEARING**. The Court will conduct an evidentiary hearing on the Motion on **July 28, 2023, at 10:00 a.m. ET**. Movant must serve a copy of this Order on

    all appropriate parties and file a certificate of service thereof as required by this Court's local rules.

2. **HEARING PROCEDURES**. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

   Although the Court will conduct the hearing in person, the Court has specific guidelines on the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) regarding who may attend remotely.

   All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. **DISCOVERY**. All fact and expert discovery must be completed no later than July 27, 2023.

4. **WITNESS LISTS; EXPERT DISCLOSURES**. No later than 4:00 p.m. ET July 24, 2023, all parties must exchange and file with the Court witness lists identifying all fact and expert witnesses each party intends to call at the evidentiary hearing (other than rebuttal or impeachment witnesses). Also by 10:00 p.m. ET July 24, 2023, the parties shall exchange information required by Federal Rules of Civil Procedure 26(a)(2) and (3)(A)(i) & (ii),[1] including any expert reports or, if a written report is not required, a summary of facts and opinions to which an expert witness is expected to testify. Notwithstanding the foregoing, in the event additional document discovery is produced after July 24, 2023, any expert witness retained by the Debtors or Movant may supplement their expert report based upon such production.

5. **SUBMISSION AND EXCHANGE OF EXHIBITS**. No later than 4:00 p.m. ET on July 26, 2023, the parties must submit and exchange exhibits pursuant to Interim Local Rule 9070-1 (adopted by Administrative Order 2020-09).

6. **SUMMARIES TO PROVE CONTENT**. If any party intends to offer in evidence at the evidentiary hearing a summary, chart or calculation to prove content as permitted by Federal Rule of Evidence 1006, that party must produce and identify by bates number all documents from which such summary has been made no later than 4:00 p.m. ET on July 26, 2023. All summaries, charts or calculations to prove content as permitted by Federal Rule of Evidence 1006, shall be exchanged by no later than 4:00 p.m. ET on July 27, 2023.

7. **OBJECTIONS TO EXHIBITS**. Any objection to the authenticity or admissibility of any proposed exhibit must be exchanged, so as to be received no later than 4:00 p.m. ET on July 27, 2023. Objections must (a) identify the exhibit, (b) state the grounds for the objection, and (c) provide citations to case law or other authority in support of the

---

[1] Made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 9014 and 7026.

Case No. 22-17842-PDR

objection.  **An objection not so made is waived unless excused by the Court for good cause.**

8. **STIPULATION OF FACTS**. No later than 4:00 p.m. ET on July 27, 2023, the parties must file a bilateral stipulation of uncontested facts.  Counsel for all parties must sign the stipulation of uncontested facts.  The failure of counsel to prepare and submit the bilateral stipulation may result in sanctions.

9. **COMPLIANCE WITH FEDERAL JUDICIARY PRIVACY POLICY**.  All papers submitted to the Court, including exhibits, must comply with the federal judiciary privacy policy as referenced under Local Rule 5005-1(A)(2).

###

Copy to:

Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com
PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
Fax: (305) 614-1887

*Attorney Feldman must immediately serve this Order upon all interested parties and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).*