UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,          Case No.: 22-17842-PDR

                                                     Chapter 11
       Debtors.                                        (Jointly Administered)
_____/

## **CERTIFICATE OF SERVICE**
*Docket Entry 1698*

I HEREBY CERTIFY that a true and correct copy of the *Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF No. 1627]* was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

Dated: July 25, 2023

                                      PHANG & FELDMAN, P.A.
                                      *Attorneys for John H. Owoc, Megan Owoc,*
                                        *Elite Island, LLC and Entourage IP Holding, LLC*
                                        2 S. Biscayne Boulevard, Suite 1600
                                        One Biscayne Tower
                                        Miami, Florida 33131
                                        Telephone: (305) 614-1223

                            By:    */s/ Jonathan S. Feldman*
                                    Jonathan S. Feldman (12682)
                                    feldman@katiephang.com
                                    service@katiephang.com

