# **EXHIBIT F-2**

**Detailed Description of Expenses and Disbursements**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

April 20, 2023

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Gregg Metzger

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300303965 |
| Matter Number 072624-1020 |
| Tax Identification No.: 95-2018373 |

For professional services rendered through March 31, 2023

**Re:**       **Expenses**

| Costs and Disbursements | 6,004.73 |
| --- | --- |
| **Total Due** | **$ 6,004.73** |

**LATHAM&WATKINS**LLP

Invoice No. 2300303965
April 20, 2023

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 03/04/23 | Messenger/Courier - Recipient: Mr. Jack Owoc - FORT LAUDERDALE, FL 33331 on 04-Mar-2023 - AB #: 395328897666 - Inv #: 806444108 - Sender: Caroline Reckler - COSTA MESA, CA 92626 | CAR | 46.50 |
| | **Total Federal Express & Messenger** | | **46.50** |
| 03/03/23 | Ground Transportation - Vital Transportation Services, Inc. - 02/23/2023 Kaplan, Binyomin Invoice: 06_VITAL_6033466_D.sq - Office to home after working late | BK | 40.00 |
| 03/17/23 | Ground Transportation - Vital Transportation Services, Inc. - 03/08/2023 Kaplan, Binyomin Invoice: 06_VITAL_6037180_D.sq - - Office to home after working late | BK | 40.00 |
| | **Total Ground Transportation** | | **80.00** |
| 03/20/23 | Other Database Research - Chapter 11 Dockets - Chapter 11 Usage - February 2023 | CMT | 57.00 |
| | **Total Legal Research** | | **57.00** |
| 03/14/23 | Coordinate engaging vendor for eDiscovery services (0.3); review vendor agreement and SOW for eDiscovery services (0.4); confer with case team and team regarding vendor agreement and SOW (0.4) | BBT | 412.50 |
| 03/15/23 | Confer with case team and client regarding document collection (0.4); coordinate engaging vendor for eDiscovery services (0.3); confer with case team and team regarding vendor agreement and SOW (0.4) | BBT | 412.50 |
| 03/15/23 | Conference regarding data preservation and collection; prepare data mapping call notes; advise regarding data collection | EYM | 412.50 |
| 03/16/23 | Coordinate engaging vendor for eDiscovery services (0.3) | BBT | 112.50 |
| 03/17/23 | Coordinate engaging vendor for eDiscovery services (0.2); confer with case team and team regarding vendor agreement and SOW (0.2) | BBT | 150.00 |
| 03/21/23 | Confer with case team, client and vendor regarding workflow and status (0.4) | BBT | 150.00 |
| 03/28/23 | Conference regarding data preservation and collection | EYM | 187.50 |
| | **Total Practice Support** | | **1,837.50** |

**LATHAM&WATKINS**LLP

Invoice No. 2300303965
April 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 03/24/23 | Transcripts - Christopher Michael Tarrant - - Deposition Transcripts of Kathleen Cole - 03/24/23 | CMT | 1,102.50 |
| | **Total Transcripts** | | **1,102.50** |
| 03/06/23 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 7891329885, Departure Date: 03/02/2023, Route: FLL LAX - Attend VPX Hearing – 03/02/2023 Hearing | AQ | 239.65 |
| 03/06/23 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 7891329884, Departure Date: 03/01/2023, Route: SLC.ATL FLL - Attend VPX Hearing – 03/02/2023 Hearing | AQ | 473.20 |
| 03/12/23 | Airfare - The Lawyers Travel Service - SORKIN/ANDREW Tkt #: 4415086519 Trvl Date and Iti: 2/22/2023 DCA FLL DCA Carrier: JETBLUE AIRWAYS | AS | 99.00 |
| 03/14/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - Attend VPX Hearing - 02/14/23 - Hyatt Centric Hotel | AQ | 315.78 |
| 03/14/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Attend VPX Hearing - 02/14/23 - San Marino/LAX | AQ | 51.40 |
| 03/14/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Attend VPX Hearing - 02/15/23 - Fort Lauderdale Airport/Hyatt Centric Hotel | AQ | 19.08 |
| 03/14/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Attend VPX Hearing - 02/15/23 - Hyatt Centric Hotel/Fort Lauderdale Airport | AQ | 27.13 |
| 03/14/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Attend VPX Hearing - 02/15/23 - LAX/San Marino | AQ | 54.00 |
| 03/14/23 | Meals - Out-of-Town - Amy Quartarolo - Breakfast - Attend VPX Hearing - 02/15/23 - Postmates Chick-fil-A - Internal Guests: Amy Quartarolo | AQ | 28.29 |
| 03/20/23 | Meals - Out-of-Town - Andrew Sorkin - Hotel - Dinner - Attend Board meeting - 01/07/23 - Hyatt Centric - Internal Guests: Andrew Sorkin | AS | 29.61 |
| 03/20/23 | Meals - Out-of-Town - Andrew Sorkin - Hotel - Breakfast - Attend Board meeting - 01/08/23 - Hyatt Centric - Internal Guests: Andrew Sorkin | AS | 5.28 |
| 03/20/23 | Meals - Out-of-Town - Andrew Sorkin - Hotel - Breakfast - Board meeting - 01/09/23 - Hyatt Centric - Internal Guests: Andrew Sorkin | AS | 10.56 |
| 03/20/23 | Meals - Out-of-Town - Andrew Sorkin - Hotel - Breakfast - Board meeting re Monster settlement - 01/10/23 - Hyatt Centric - Internal Guests: Andrew Sorkin | AS | 5.28 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300303965 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM & WATKINS** LLP

Invoice No. 2300303965
April 20, 2023

---

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 03/20/23 | Lodging - Out of Town - Andrew Sorkin - Lodging - Attend Board meeting - 01/07/23 - 01/10/23 - Hyatt Centric | AS | 1,068.36 |
| 03/22/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - Attending Hearing in Ft. Lauderdale--Hotel Expense for Steven Panagos, Board member and Director of VPX - 12/05/22 - Hyatt Centric Hotel | AQ | 361.48 |
| 03/22/23 | Parking - Out-of-Town - Amy Quartarolo - Hotel - Parking - Attending Hearing in Ft. Lauderdale--Hotel Expense for Steven Panagos, Board member and Director of VPX - 12/05/22 - Hyatt Centric Hotel | AQ | 38.52 |
| 03/22/23 | Meals - Out-of-Town - Amy Quartarolo - Hotel - Breakfast - Attending Hearing in Ft. Lauderdale--Hotel Expense for Steven Panagos, Board member and Director of VPX - 12/06/22 - Hyatt Centric Hotel - External Guests: Steve Panagos | AQ | 29.61 |
| | **Total Travel Expenses** | | **2,856.23** |
| 03/14/23 | Wireless Data - Amy Quartarolo - Internet - Attend VPX Hearing/American Airlines Wi-Fi Receipt 02-15-23 - 02/15/23 | AQ | 25.00 |
| | **Total Wireless Data** | | **25.00** |
| | **Total Costs and Disbursements:** | | **$ 6,004.73** |

**Costs and Disbursements:**

| | |
|---|---|
| Federal Express & Messenger | 46.50 |
| Ground Transportation | 80.00 |
| Legal Research | 57.00 |
| Practice Support | 1,837.50 |
| Transcripts | 1,102.50 |
| Travel Expenses | 2,856.23 |
| Wireless Data | 25.00 |
| **Total Costs and Disbursements:** | **$ 6,004.73** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300303965 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

May 22, 2023

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Gregg Metzger

Please identify your payment with the following:

Invoice No. 2300305437
Matter Number 072624-1020

Tax Identification No.: 95-2018373

For professional services rendered through April 30, 2023

**Re:**    **Expenses**

Costs and Disbursements                                           22,426.27

**Total Due**                                               **$ 22,426.27**

**LATHAM&WATKINS** LLP

Invoice No. 2300305437
May 22, 2023

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 04/10/23 | Ground Transportation - Hugh K Murtagh - Taxi/Car Service - Work late on client matters - 04/06/23 - Latham to Home | HKM | 40.00 |
| 04/10/23 | Ground Transportation - Hugh K Murtagh - Taxi/Car Service - Work late on client matters - 03/27/23 - Latham to home | HKM | 40.00 |
| 04/12/23 | Ground Transportation - Elizabeth A Morris - Taxi/Car Service - Worked late on matter - 02/27/23 - Office/home | EAM | 40.00 |
| 04/12/23 | Ground Transportation - Elizabeth A Morris - Taxi/Car Service - Worked late on matter - 03/21/23 - Office/home | EAM | 40.00 |
| 04/14/23 | Ground Transportation - Elizabeth A Morris - Taxi/Car Service - worked late on matter - 04/12/23 - Office/home | EAM | 40.00 |
| | **Total Ground Transportation** | | **200.00** |
| 04/04/23 | Phone call with B. Tildon and J. Ruggles regarding case updates | KC | 187.50 |
| 04/04/23 | Confer with case team regarding data collections and vendor preparation of upcoming production deliverable | JDR | 225.00 |
| 04/05/23 | Stage one production from vendor for review (0.7); validate one production volume for accuracy (1.1); update work product with one production metrics (0.5) | KC | 862.50 |
| 04/05/23 | Confer with case team and vendor regarding document production deliverable and communications | JDR | 75.00 |
| 04/06/23 | Stage one production from vendor for review (0.7); validate one production volume for accuracy (1.2); correspond with vendor regarding one production metrics (0.5) | KC | 900.00 |
| 04/07/23 | Stage one production from vendor for review (0.5); validate one production volume for accuracy (0.8); correspond with vendor regarding one production metrics (0.5) | KC | 675.00 |
| 04/10/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields, and coordinate production of encrypted volume via secure transfer | JDR | 300.00 |
| 04/10/23 | Phone call with J. Teresi and J. Ruggles regarding matter specifics (0.6); update work product with matter specifics (1.1) | KC | 637.50 |
| 04/11/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields, and coordinate production of encrypted volume via secure transfer | JDR | 337.50 |
| 04/12/23 | Stage two productions for review from Consilio (1.2); validate two productions for accuracies (1.3); update work product with processing and production metrics (0.7); upload two productions to List for distribution (0.3) | KC | 1,312.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300305437
May 22, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 04/14/23 | Provide weekly summary report for case team | KC | 300.00 |
| 04/17/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 262.50 |
| 04/18/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 337.50 |
| 04/19/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 225.00 |
| 04/21/23 | Provide weekly summary for case team review | KC | 337.50 |
| 04/24/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 300.00 |
| 04/25/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 225.00 |
| 04/27/23 | Verify and finalize production deliverable including document/image counts, bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 225.00 |
| | **Total Practice Support** | | **7,725.00** |
| 04/02/23 | Airfare - The Lawyers Travel Service - SORKIN, ANDREW Ticket No: 8305413670, Departure Date: 03/28/2023 , Route: DCA FLL DCA , Carrier: JET BLUE | AS | 99.00 |
| 04/02/23 | Airfare - The Lawyers Travel Service - SORKIN, ANDREW Ticket No: 7898811279, Departure Date: 03/28/2023 , Route: DCA FLL DCA , Carrier: JET BLUE | AS | 727.79 |
| 04/02/23 | Airfare - The Lawyers Travel Service - SORKIN, ANDREW Ticket No: 8305413669, Departure Date: 03/28/2023 , Route: DCA FLL DCA , Carrier: JET BLUE | AS | 99.00 |
| 04/06/23 | Parking - Out-of-Town - Joseph Louis Teresi - - Travel to Fort Lauderdale for informal interviews of the Debtors - 04/01/23 | JLT | 189.99 |
| 04/06/23 | Ground Transportation - Out-Of-Town - Joseph Louis Teresi - Taxi/Car Service - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/29/23 - From Airport | JLT | 27.74 |
| 04/06/23 | Lodging - Out of Town - Joseph Louis Teresi - Lodging - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/29/23 - Hyatt Centric | JLT | 390.59 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM & WATKINS** LLP

Invoice No. 2300305437
May 22, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 04/06/23 | Meals - Out-of-Town - Joseph Louis Teresi - Hotel - Breakfast - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/30/23 - Hyatt Centric - Internal Guests: Joseph Louis Teresi | JLT | 6.35 |
| 04/06/23 | Meals - Out-of-Town - Joseph Louis Teresi - Hotel - Dinner - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/30/23 - Hyatt Centric - Internal Guests: Joseph Louis Teresi | JLT | 59.36 |
| 04/06/23 | Meals - Out-of-Town - Joseph Louis Teresi - Dinner - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/31/23 - Bokampers Sports Bar and Grill - Internal Guests: Joseph Louis Teresi, Elizabeth A Morris | JLT | 110.00 |
| 04/06/23 | Meals - Out-of-Town - Joseph Louis Teresi - Breakfast - Travel to Fort Lauderdale for informal interviews of the Debtors - 03/31/23 - Starbucks - Internal Guests: Joseph Louis Teresi | JLT | 8.56 |
| 04/06/23 | Ground Transportation - Out-Of-Town - Joseph Louis Teresi - Taxi/Car Service - Travel to Fort Lauderdale for informal interviews of the Debtors - 04/01/23 - LA Taxi | JLT | 43.19 |
| 04/06/23 | Airfare - Joseph Louis Teresi - - Airfare - LAX to Fort Lauderdale - B6 - 04/03/2023 - 04/04/2023 | JLT | 120.00 |
| 04/10/23 | Airfare - Amy Quartarolo - Baggage Fee - VPX 3/2 Hearing - Baggage Fee on Flight - 03/01/23 | AQ | 30.00 |
| 04/10/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - VPX 3/2 Hearing - Hotel Fee - 03/01/23 - Hyatt Centric | AQ | 500.00 |
| 04/10/23 | Meals - Out-of-Town - Amy Quartarolo - Lunch - VPX 3/2 Hearing - Lunch - 03/02/23 - Bokamper's Sports Bar & Grill - Internal Guests: Amy Quartarolo, Andrew Sorkin | AQ | 79.29 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - VPX 3/2 Hearing - Uber - 03/02/23 - Hotel to Airport | AQ | 19.07 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - VPX 3/2 Hearing - Uber - 03/03/23 - Airport to Home | AQ | 74.34 |
| 04/10/23 | Airfare - Hugh K Murtagh - - Hearings in Bankruptcy Court - NY/Ft. Lauderdale - UA - 03/08/2023 - 03/10/2023 | HKM | 766.80 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Hugh K Murtagh - Car Rental/Fuel - Hearings in Bankruptcy Court - 03/08/23 - 03/10/2023 | HKM | 184.25 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Hugh K Murtagh - Taxi/Car Service - Hearings in Bankruptcy Court - 03/08/23 - Home to airport | HKM | 39.37 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Hugh K Murtagh - Taxi/Car Service - Hearings in Bankruptcy Court - 03/10/23 - Airport to home | HKM | 36.29 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300305437
May 22, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|-------:|
| 04/10/23 | Lodging - Out of Town - Hugh K Murtagh - Lodging - Hearings in Bankruptcy Court - 03/08/23 - Hilton | HKM | 500.00 |
| 04/10/23 | Lodging - Out of Town - Hugh K Murtagh - Lodging - Hearings in Bankruptcy Court - 03/09/23 - Hilton | HKM | 500.00 |
| 04/10/23 | Airfare - Hugh K Murtagh - - Hearings in Bankruptcy Court - NY - Ft. Lauderdale - UA - 03/21/2023 - 03/23/2023 | HKM | 861.80 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Hugh K Murtagh - Car Rental/Fuel - Hearings in Bankruptcy Court - 03/21/2023 - 03/23/2023 | HKM | 180.14 |
| 04/10/23 | Ground Transportation - Out-Of-Town - Hugh K Murtagh - Taxi/Car Service - Hearings in Bankruptcy Court - 03/21/23 - Home to airport | HKM | 74.99 |
| 04/10/23 | Parking - Out-of-Town - Hugh K Murtagh - Hotel - Parking - Hearings in Bankruptcy Court - 03/21/23 - Hyatt Centric | HKM | 38.52 |
| 04/10/23 | Meals - Out-of-Town - Hugh K Murtagh - Hotel - Breakfast - Hearings in Bankruptcy Court - 03/21/23 - Hyatt Centric - Internal Guests: Hugh K Murtagh | HKM | 34.89 |
| 04/10/23 | Lodging - Out of Town - Hugh K Murtagh - Lodging - Hearings in Bankruptcy Court - 03/21/23 - Hyatt Centric | HKM | 464.43 |
| 04/10/23 | Parking - Out-of-Town - Hugh K Murtagh - Hotel - Parking - Hearings in Bankruptcy Court - 03/22/23 - Hilton | HKM | 55.00 |
| 04/10/23 | Meals - Out-of-Town - Hugh K Murtagh - Hotel - Breakfast - Hearings in Bankruptcy Court - 03/22/23 - Hilton - Internal Guests: Hugh K Murtagh | HKM | 11.83 |
| 04/10/23 | Meals - Out-of-Town - Hugh K Murtagh - Hotel - Breakfast - Hearings in Bankruptcy Court - 03/23/23 - Hilton - Internal Guests: Hugh K Murtagh | HKM | 34.10 |
| 04/10/23 | Lodging - Out of Town - Hugh K Murtagh - Lodging - Hearings in Bankruptcy Court - 03/23/23 - Hilton | HKM | 500.00 |
| 04/10/23 | Airfare - Hugh K Murtagh - - Hearings in Bankruptcy Court - NY/Florida - UA - 03/28/2023 - 03/29/2023 | HKM | 635.80 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - Williams Stay Motion Hearing - 02/08/23 - Airport/Hotel | EAM | 22.90 |
| 04/11/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - Williams Stay Motion Hearing - 02/08/23 - The Cheesecake Factory - Internal Guests: Elizabeth A Morris | EAM | 29.70 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - Williams Stay Motion Hearing - 02/09/23 - Court/airport | EAM | 26.00 |
| 04/11/23 | Airfare - Elizabeth A Morris - - Williams Stay Motion Hearing - Newark/Ft Lauderdale - UA - 02/08/2023 - 02/09/2023 | EAM | 525.80 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2300305437
May 22, 2023

| **Date** | **Description** | **Timekeeper** | **Amount** |
|---|---|---|---|
| 04/11/23 | Airfare - Egencia LLC - Traveler: Teresi, Joseph Louis ; 210947645914 ; 7960817025 ; Route: LAX MIA ; Travel Date: 04/10/23 ; Fee Type: Air purchase ; Carrier/Merchant Name: AMERICAN AIRLINES / AMERICAN AIRLINES INC - Attend J. Owoc deposition in Miami | JLT | 368.18 |
| 04/11/23 | Airfare - Egencia LLC - Traveler: Teresi, Joseph Louis ; 210901586589 ; 7899215864 ; Route: LAX/FLL/LAX ; Travel Date: 2023-04-03 11:40 ; Fee Type: Air purchase ; Carrier/Merchant Name: JETBLUE ARC / JETBLUE AIRWAYS - Attend J. Owoc deposition in Miami | JLT | 707.80 |
| 04/11/23 | Trip Expenses - Out-of-Town - Elizabeth A Morris - Hotel - March 17 hearing - 03/16/23 - Fairfield Inn & Suites Fort Lauderdale Downtown/Las Olas | EAM | 273.00 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - February 23 hearing - 02/22/23 - PBI/FLL | EAM | 66.94 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - February 23 hearing - 02/23/23 - Airport/Hotel | EAM | 105.43 |
| 04/11/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - February 23 hearing - 02/22/23 - Fairfield Inn & Suites Fort Lauderdale Downtown/Las Olas | EAM | 319.79 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - February 23 hearing - 02/23/23 - Court/airport | EAM | 24.98 |
| 04/11/23 | Airfare - Elizabeth A Morris - - February 23 hearing - Newark/Ft Lauderdale - UA - 02/23/2023 - 02/23/2023 | EAM | 348.90 |
| 04/11/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - Williams Stay Motion Hearing - 02/08/23 - Element | EAM | 347.14 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - Williams Stay Motion Hearing - 02/09/23 - Airport/home | EAM | 89.95 |
| 04/11/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - Williams Stay Motion Hearing - 02/08/23 - Home/Airport | EAM | 46.99 |
| 04/12/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - Travel to airport for UCC interviews - 03/29/23 - Home/Airport | EAM | 51.88 |
| 04/12/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - UCC Interviews - 03/29/23 - Airport/Hotel | EAM | 33.50 |
| 04/12/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - UCC Interviews - 03/31/23 - Airport/Home | EAM | 90.74 |
| 04/12/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - UCC Interviews - 03/31/23 - Local counsel/Airport | EAM | 31.46 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2300305437
May 22, 2023

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 04/12/23 | Airfare - Elizabeth A Morris - - UCC Interviews - Newark/Ft Lauderdale - UA - 03/29/2023 - 03/29/2023 | EAM | 507.90 |
| 04/12/23 | Airfare - Elizabeth A Morris - - UCC Interviews - Newark/Ft Lauderdale - B6 - 03/31/2023 - 03/31/2023 | EAM | 276.65 |
| 04/12/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - UCC Interviews - 03/31/23 - Fairfield Inn & Suites Fort Lauderdale Downtown/Las Olas | EAM | 474.60 |
| 04/12/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - UCC Interviews - 03/31/23 - Fairfield Inn & Suites Fort Lauderdale Downtown/Las Olas | EAM | 308.49 |
| 04/12/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - UCC Interviews - 03/30/23 - Banana Boat - Internal Guests: Elizabeth A Morris | EAM | 35.00 |
| 04/12/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - UCC Interviews - 03/29/23 - Big City Tavern - Internal Guests: Elizabeth A Morris, Joseph Louis Teresi | EAM | 110.00 |
| 04/20/23 | Meals - Out-of-Town - Andrew Sorkin - Hotel - Breakfast - client meeting - 02/23/23 - Hyatt Centric - Internal Guests: Andrew Sorkin | AS | 5.28 |
| 04/20/23 | Lodging - Out of Town - Andrew Sorkin - Lodging - client meeting - 02/22/23 - Hyatt Centric | AS | 393.69 |
| 04/20/23 | Lodging - Out of Town - Joseph Louis Teresi - Lodging - Attend multiple depositions - 04/10/23 - JW Marriott | JLT | 628.30 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Breakfast - Attend multiple depositions - 04/10/23 - California Pizza Kitchen - Internal Guests: Joseph Louis Teresi | JLT | 20.22 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Lunch - Attend multiple depositions - 04/10/23 - Rock & Brews - Airport - Internal Guests: Joseph Louis Teresi | JLT | 31.02 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Meals Other - Attend multiple depositions - 04/10/23 - Hudson - Airport - Internal Guests: Joseph Louis Teresi | JLT | 5.64 |
| 04/20/23 | Ground Transportation - Out-Of-Town - Joseph Louis Teresi - Taxi/Car Service - Attend multiple depositions - 04/10/23 - Home to Airport | JLT | 88.79 |
| 04/20/23 | Ground Transportation - Out-Of-Town - Joseph Louis Teresi - Taxi/Car Service - Attend multiple depositions - 04/10/23 - From Airport | JLT | 56.34 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Breakfast - Attend multiple depositions - 04/11/23 - JW Marriott Hotel - Internal Guests: Joseph Louis Teresi | JLT | 18.01 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Dinner - Attend multiple depositions - 04/11/23 - JW Marriott Hotel - Internal Guests: Joseph Louis Teresi | JLT | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2300305437
May 22, 2023

_____

| **Date** | **Description** | **Timekeeper** | **Amount** |
|---|---|---|---|
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Breakfast - Attend multiple depositions - 04/12/23 - JW Marriott Hotel - Internal Guests: Joseph Louis Teresi | JLT | 35.00 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Meals Other - Attend multiple depositions - 04/12/23 - HMS Airport - Internal Guests: Joseph Louis Teresi | JLT | 20.14 |
| 04/20/23 | Ground Transportation - Out-Of-Town - Joseph Louis Teresi - Taxi/Car Service - Attend multiple depositions - 04/12/23 - to Airport | JLT | 43.24 |
| 04/20/23 | Meals - Out-of-Town - Joseph Louis Teresi - Dinner - Attend multiple depositions - 04/10/23 - JW Marriott Hotel - Internal Guests: Joseph Louis Teresi | JLT | 37.76 |
| | **Total Travel Expenses** | | **14,169.63** |
| 04/06/23 | Lodging - Local - Joseph Louis Teresi - Lodging - Hotel - 04/03/23 Hearing - Hotel Centric | JLT | 266.64 |
| | **Total Trip Expenses** | | **266.64** |
| 04/10/23 | Wireless Data - Hugh K Murtagh - Internet - Hearings in Bankruptcy Court - 03/02/23 | HKM | 8.00 |
| 04/10/23 | Wireless Data - Hugh K Murtagh - Internet - Hearings in Bankruptcy Court - 03/02/23 | HKM | 8.00 |
| 04/10/23 | Wireless Data - Hugh K Murtagh - Internet - Hearings in Bankruptcy Court - 03/24/23 | HKM | 8.00 |
| 04/10/23 | Wireless Data - Hugh K Murtagh - Internet - Hearings in Bankruptcy Court - 03/24/23 | HKM | 8.00 |
| 04/20/23 | Wireless Data - Joseph Louis Teresi - Internet - Attend multiple depositions - 04/10/23 | JLT | 25.00 |
| 04/20/23 | Wireless Data - Joseph Louis Teresi - Internet - Attend multiple depositions - 04/12/23 | JLT | 8.00 |
| | **Total Wireless Data** | | **65.00** |
| | **Total Costs and Disbursements:** | | **$ 22,426.27** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM & WATKINS** LLP

Invoice No. 2300305437
May 22, 2023

---

**Costs and Disbursements:**

| | |
|---|---:|
| Ground Transportation | 200.00 |
| Practice Support | 7,725.00 |
| Travel Expenses | 14,169.63 |
| Trip Expenses | 266.64 |
| Wireless Data | 65.00 |
| **Total Costs and Disbursements:** | **$ 22,426.27** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305437 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

June 20, 2023

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Gregg Metzger

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300306541 |
| Matter Number 072624-1020 |
| **Tax Identification No.: 95-2018373** |

For professional services rendered through May 31, 2023

**Re:**     **Expenses**

| | |
| --- | --- |
| Costs and Disbursements | 7,689.76 |
| **Total Due** | **$ 7,689.76** |

LATHAM&WATKINS LLP

Invoice No. 2300306541
June 20, 2023

_____

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 10/04/22 - Office / home | TL | 37.21 |
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 10/18/22 - Office / home | TL | 40.00 |
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 10/25/22 - Office / home | TL | 37.87 |
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 11/29/22 - Office / home | TL | 36.65 |
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 02/07/23 - Office / home | TL | 23.96 |
| 05/01/23 | Ground Transportation - Tianjiao Li - Taxi/Car Service - Evening car service - 02/13/23 - Office / home | TL | 26.23 |
| 05/22/23 | Ground Transportation - Yelizaveta L Burton - Taxi/Car Service - Work late on client matters - 05/20/23 - Latham to home | YLB | 40.00 |
| 05/22/23 | Ground Transportation - Yelizaveta L Burton - Taxi/Car Service - Work late on client matters - 05/18/23 - Latham to home | YLB | 40.00 |
| 05/23/23 | Ground Transportation - Hugh K Murtagh - Taxi/Car Service - Work late on client matters - 04/18/23 - Latham to home | HKM | 40.00 |
| 05/23/23 | Ground Transportation - Hugh K Murtagh - Taxi/Car Service - Work late on client matters - 04/25/23 - Latham to Home | HKM | 40.00 |
| 05/26/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/17/2023 Kaplan, Binyomin Invoice: 06_VITAL_6054727_D.sq | BK | 40.00 |
| 05/26/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/16/2023 Kaplan, Binyomin Invoice: 06_VITAL_6054727_D.sq | BK | 40.00 |
| | **Total Ground Transportation** | | **441.92** |
| 05/16/23 | Meal Services Seamless Web - Invoice ID: SL-182-182 - Inv Date: 21-May-2023 - Voucher No: 628722532745083 - Invoice Line ID: a985a6ce-e311-4616-80a4-5d944f614e2f - Vendor: Ongi - Project Blast (Bang Energy) (072624-1002) | YD | 22.65 |
| 05/21/23 | Meal Services Seamless Web - Invoice ID: SL-182-182 - Inv Date: 21-May-2023 - Voucher No: 674522583570283 - Invoice Line ID: 7801c314-fd53-402a-b1b5-2f89ab730234 - Vendor: Black Seed Bagels - Sunday working in office | YLB | 15.79 |
| | **Total Meal Services** | | **38.44** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300306541 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300306541
June 20, 2023

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 05/05/23 | Outside Services (Non-Attorney) - Lachlan Sievert - - Australian company current extract order for Project Blast - Bang Energy Australia PTY LTD Current company information - 05/05/23 | LS | 6.03 |
| | **Total Outside Services (Non-Attorney)** | | **6.03** |
| 05/02/23 | Verify production deliverable including document/image counts bates stamp, branding, format and data fields and coordinate secure transfer of encrypted volume | JDR | 412.50 |
| 05/03/23 | Review vendor project tracking update | JDR | 75.00 |
| 05/08/23 | Review vendor Consilio communications regarding upcoming document processing, production specifications and production set finalization | JDR | 112.50 |
| 05/09/23 | Verify production deliverable including document/image counts, bates stamp, branding, format and data fields, and coordinate secure transfer of encpted volume | JDR | 187.50 |
| 05/10/23 | Review vendor Consilio reporting and communications regarding upcoming document processing, production specifications and production set finalization | JDR | 37.50 |
| 05/16/23 | Review vendor invoice for accuracy | KC | 187.50 |
| 05/16/23 | Review vendor invoices for eDiscovery services and confer with case team and vendor regarding same | JDR | 112.50 |
| | **Total Practice Support** | | **1,125.00** |
| 05/07/23 | Airfare - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 8305575905, Departure Date: 05/08/2023 , Route: LAX FLL LAX , Carrier: JET BLUE regarding 2004 depositions - 05/08/23 | AQ | 108.00 |
| 05/07/23 | Airfare - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 7966015744, Departure Date: 05/08/2023 , Route: LAX FLL LAX , Carrier: JET BLUE regarding 2004 depositions - 05/08/23 | AQ | 532.80 |
| 05/07/23 | Airfare - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 8305575906, Departure Date: 05/08/2023 , Route: LAX FLL LAX , Carrier: JET BLUE regarding 2004 depositions - 05/08/23 | AQ | 108.00 |
| 05/11/23 | Airfare - Egencia LLC - Traveler: Teresi, Joseph Louis ; 210960011816 ; 0167961479501 ; Route: MIA/IAH/SNA ; Travel Date: 2023-04-12 16:52 ; Fee Type: Air purchase ; Carrier/Agency Name: UNITED AIRLINES / UNITED AIRLINES INC regarding 2004 depo | JLT | 627.20 |

**LATHAM&WATKINS**LLP

Invoice No. 2300306541
June 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 05/11/23 | Airfare - Egencia LLC - Traveler: Teresi, Joseph Louis ; 210960011816 ; 7PBOD3YV8 ; Route: MIA/IAH/SNA ; Travel Date: 2023-04-12 16:52 ; Fee Type: Air Booking fee ; Carrier/Agency Name: EGENCIA.COM / TRAVELSCAPE LLC regarding 2004 depo | JLT | 6.00 |
| 05/21/23 | Airfare - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 7968893379, Departure Date: 05/17/2023 , Route: FLL LAX , Carrier: JET BLUE | AQ | 288.90 |
| 05/21/23 | Airfare - The Lawyers Travel Service - QUARTAROLO, AMY C Ticket No: 4421113508, Departure Date: 05/17/2023 , Route: FLL LAX , Carrier: JET BLUE | AQ | 183.00 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 Depositions - 05/08/23 - Newark/Ft Lauderdale - UA - 05/08/2023 - 05/08/2023 | EAM | 236.90 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/08/23 - Airport/Hotel | EAM | 23.99 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/08/23 - Home/Airport | EAM | 46.63 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 depositions - 05/10/23 - Ft Lauderdale/Newark - UA - 05/10/2023 - 05/10/2023 | EAM | 206.90 |
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/08/23 - The Dalmar | EAM | 280.47 |
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/09/23 - The Dalmar | EAM | 291.77 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/10/23 - Airport/Home | EAM | 29.99 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/10/23 - Deposition/Airport | EAM | 18.92 |
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/15/23 - The Dalmar | EAM | 330.19 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/14/23 - Deposition/Airport | EAM | 40.00 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/14/23 - Home/Airport | EAM | 39.95 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - 2004 depositions - 05/16/23 - Rivertail - Internal Guests: Elizabeth A Morris, Amy Quartarolo | EAM | 198.12 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 depositions - 05/14/23 - Newark/Ft Lauderdale - UA - 05/14/2023 - 05/14/2023 | EAM | 339.90 |
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/15/23 - Hyatt Centric | EAM | 272.33 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300306541 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM & WATKINS** LLP

Invoice No. 2300306541
June 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|-------:|
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/16/23 - Hyatt Centric | EAM | 272.33 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/17/23 - Airport/Home | EAM | 45.49 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/21/23 - Airport/Hotel | EAM | 26.84 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 depositions - 05/22/23 - Ft Lauderdale/Newark - UA - 05/22/2023 - 05/22/2023 | EAM | 238.90 |
| 05/30/23 | Lodging - Out of Town - Elizabeth A Morris - Lodging - 2004 depositions - 05/22/23 - The Dalmar | EAM | 264.05 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/22/23 - Airport/Home | EAM | 49.12 |
| 05/30/23 | Ground Transportation - Out-Of-Town - Elizabeth A Morris - Taxi/Car Service - 2004 depositions - 05/22/23 - Deposition/Airport | EAM | 18.96 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 depositions - 05/17/23 - Ft Lauderdale/Newark - UA - 05/17/2023 - 05/17/2023 | EAM | 317.90 |
| 05/30/23 | Airfare - Elizabeth A Morris - - 2004 depositions - 05/21/23 - Newark/Ft Lauderdale - UA - 05/21/2023 - 05/21/2023 | EAM | 447.90 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Breakfast - 2004 depositions - 05/21/23 - Rose's Coffee Bar - Internal Guests: Elizabeth A Morris | EAM | 6.42 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - 2004 depositions - 05/10/23 - Rocco's Tacos - Internal Guests: Elizabeth A Morris | EAM | 31.88 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Lunch - 2004 depositions - 05/08/23 - Evolve - Internal Guests: Elizabeth A Morris | EAM | 16.27 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Breakfast - 2004 depositions - 05/17/23 - Greenwise - Internal Guests: Elizabeth A Morris | EAM | 9.40 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - 2004 depositions - 05/17/23 - Air Margaritaville - Internal Guests: Elizabeth A Morris | EAM | 44.35 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Meals Other - 2004 depositions - 05/14/23 - Airport - Internal Guests: Elizabeth A Morris | EAM | 15.17 |
| 05/30/23 | Meals - Out-of-Town - Elizabeth A Morris - Dinner - 2004 depositions - 05/22/23 - Rocco's Tacos - Internal Guests: Elizabeth A Morris | EAM | 55.43 |
| | **Total Travel Expenses** | | **6,070.37** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300306541 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS** LLP

Invoice No. 2300306541
June 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 05/30/23 | Wireless Data - Elizabeth A Morris - Internet - 2004 depositions - 05/10/23 | EAM | 8.00 |
| | **Total Wireless Data** | | **8.00** |
| | **Total Costs and Disbursements:** | | **$ 7,689.76** |

**Costs and Disbursements:**

| | |
|---|---|
| Ground Transportation | 441.92 |
| Meal Services | 38.44 |
| Outside Services (Non-Attorney) | 6.03 |
| Practice Support | 1,125.00 |
| Travel Expenses | 6,070.37 |
| Wireless Data | 8.00 |
| **Total Costs and Disbursements:** | **$ 7,689.76** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300306541 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 20, 2023

Vital Pharmaceuticals, Inc.
1600 N. Park Drive
Weston, FL 33326
Attn: Gregg Metzger

**Please identify your payment with the following:**

Invoice No. 2300307767
Matter Number 072624-1020

Tax Identification No.: 95-2018373

For professional services rendered through June 30, 2023

**Re:**    **Expenses**

Costs and Disbursements                                                          4,366.18

**Total Due**                                                                     **$ 4,366.18**

**LATHAM&WATKINS**LLP

Invoice No. 2300307767
July 20, 2023

---

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 06/02/23 | Messenger/Courier - Recipient: AMY QUARTAROLO - SAN MARINO, CA 91108 on 02-Jun-2023 - AB #: 399121036820 - Inv #: 815681677 - Sender: Joseph Teresi - LOS ANGELES, CA 90071 | JLT | 52.66 |
| 06/29/23 | Messenger/Courier - Recipient: Ben Kaplan - MONSEY, NY 10952 on 29-Jun-2023 - AB #: 780521094550 - Inv #: 818482022 - Sender: Ben Kaplan - NEW YORK CITY, NY 10020 | BK | 32.59 |
| | **Total Federal Express & Messenger** | | **85.25** |
| 06/02/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/18/2023 Kaplan, Binyomin Invoice: 06_VITAL_6057006_D.sq - Working Late - Office /Home | BK | 40.00 |
| 06/02/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/22/2023 Kaplan, Binyomin Invoice: 06_VITAL_6057006_D.sq - Working Late - Office /Home | BK | 40.00 |
| 06/02/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/23/2023 Kaplan, Binyomin Invoice: 06_VITAL_6057006_D.sq - Working Late - Office /Home | BK | 40.00 |
| 06/02/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/24/2023 Kaplan, Binyomin Invoice: 06_VITAL_6057006_D.sq - - Working Late - Office /Home | BK | 40.00 |
| 06/04/23 | Ground Transportation - Joseph Clarke Celentino - Taxi/Car Service - Working late - 05/19/23 - Office/Home | JCC | 8.90 |
| 06/09/23 | Ground Transportation - Vital Transportation Services, Inc. - 05/31/2023 Kaplan, Binyomin Invoice: 06_VITAL_6058582_D.sq - Working Late - Office /Home | BK | 40.00 |
| 06/15/23 | Ground Transportation - Justin Charles Elliott - Taxi/Car Service - taxi - 05/30/23 - office/home | JCE | 24.91 |
| 06/15/23 | Ground Transportation - Justin Charles Elliott - Taxi/Car Service - taxi - 06/05/23 - office/home | JCE | 21.36 |
| 06/15/23 | Ground Transportation - Justin Charles Elliott - Taxi/Car Service - taxi - 06/01/23 - office/home | JCE | 20.16 |
| 06/15/23 | Ground Transportation - Justin Charles Elliott - Taxi/Car Service - taxi - 06/06/23 - office/home | JCE | 24.72 |
| 06/15/23 | Ground Transportation - Justin Charles Elliott - Taxi/Car Service - taxi - 06/12/23 - office/home | JCE | 22.10 |
| 06/16/23 | Ground Transportation - Vital Transportation Services, Inc. - 06/08/2023 Kaplan, Binyomin Invoice: 06_VITAL_6060325_D.sq - - Working Late - Office /Home | BK | 40.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307767 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS** LLP

Invoice No. 2300307767
July 20, 2023

| **Date** | **Description** | **Timekeeper** | **Amount** |
|---|---|---|---|
| 06/16/23 | Ground Transportation - Vital Transportation Services, Inc. - 06/05/2023 Kaplan, Binyomin Invoice: 06_VITAL_6060325_D.sq | BK | 40.00 |
| 06/21/23 | Ground Transportation - Yelizaveta L Burton - Taxi/Car Service - Work late on client matters - 06/20/23 - Latham to home | YLB | 40.00 |
| | **Total Ground Transportation** | | **442.15** |
| 06/02/23 | Laser Copy 072624-1020 | DGW | 14.40 |
| 06/02/23 | Laser Copy 072624-1020 | DGW | 0.60 |
| | **Total Laser Copy** | | **15.00** |
| 06/02/23 | Other Database Research - Chapter 11 Dockets - Chapter 11 Usage - April 2023 | CMT | 53.20 |
| 06/02/23 | Westlaw - Search on: 02-Jun-2023 - Westlaw ID: - Request by: Presley, Rebekah Anne 84061 - Grp: 1000427646 | RAP | 309.60 |
| 06/09/23 | Westlaw - Search on: 09-Jun-2023 - Westlaw ID: - Request by: Zhao, Zeyu 83833 - Grp: 1000711095 | ZZ | 154.80 |
| 06/15/23 | Westlaw - Search on: 15-Jun-2023 - Westlaw ID: 12323671 - Request by: Murtagh, Hugh K 78626 - Grp: 1000427646 | HKM | 309.60 |
| 06/16/23 | Lexis Nexis - Search Date: 16-Jun-2023 - Timekeeper ID: 80289 - TERESI, JOE | JLT | 178.20 |
| | **Total Legal Research** | | **1,005.40** |
| 06/02/23 | Supplies/Office Expense-Binder J. Teresi (1) .50" black | JLT | 2.69 |
| | **Total Supplies/Office Expense** | | **2.69** |
| 05/07/23 | Airfare - The Lawyers Travel Service - Quartarolo, Amy C. Ticket No: 7967307251, Departure Date: 05/14/2023, Route: LAX FLL, Carrier: Delta Airlines Inc. - Attend deposition of J. Owoc | AQ | 342.23 |
| 06/17/23 | Meals - Out-of-Town - Elizabeth A Morris - Meals Other - 2004 depositions - 05/21/23 - CIBO - Internal Guests: Elizabeth A Morris | EAM | 24.95 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Dinner - VPX deposition and scheduled conference - 05/15/23 - El Camino - Ft. Lauderdale - Internal Guests: Amy Quartarolo, Elizabeth A Morris | AQ | 134.00 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Lunch - Lunch - VPX deposition and scheduled conference - 05/16/23 - California Pizza Kitchen - Internal Guests: Amy Quartarolo | AQ | 38.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307767 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300307767
July 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Dinner - VPX deposition and scheduled conference - 05/17/23 - Bokamper's Sports Bar & Grill - Airport - Internal Guests: Amy Quartarolo | AQ | 58.06 |
| 06/29/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - Hotel - VPX deposition and scheduled conference - 05/10/23 - Hyatt Centric | AQ | 238.94 |
| 06/29/23 | Parking - Out-of-Town - Amy Quartarolo - - Parking at LAX airport - VPX deposition and scheduled conference - 05/10/23 | AQ | 171.00 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Dinner - VPX deposition and scheduled conference - 05/09/23 - Fleming's - Internal Guests: Amy Quartarolo, Elizabeth A Morris | AQ | 294.00 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Dinner - VPX deposition and scheduled conference - 05/08/23 - LAX Food court - Internal Guests: Amy Quartarolo | AQ | 17.95 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Meals Other - Meal - VPX deposition and scheduled conference - 05/09/23 - Greenwise Market - Internal Guests: Amy Quartarolo | AQ | 29.85 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Meal - VPX deposition and scheduled conference - 05/10/23 - Asian Dine Ft. Lauderdale Airport - Internal Guests: Amy Quartarolo | AQ | 19.91 |
| 06/29/23 | Mileage - Out-of-Town - Amy Quartarolo - - Mileage - VPX deposition and scheduled conference - 05/10/23 - Airport/Home | AQ | 20.44 |
| 06/29/23 | Mileage - Out-of-Town - Amy Quartarolo - - Mileage VPX deposition and scheduled conference - 05/08/23 - Home/Airport | AQ | 20.44 |
| 06/29/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Mileage - VPX deposition and scheduled conference - 05/09/23 - Airport/Hotel | AQ | 19.93 |
| 06/29/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Uber - VPX deposition and scheduled conference - 05/17/23 - Hotel/Ft. Lauderdale Airport | AQ | 31.56 |
| 06/29/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Uber - VPX deposition and scheduled conference - 05/15/23 - Airport/Hotel | AQ | 17.99 |
| 06/29/23 | Meals - Out-of-Town - Amy Quartarolo - Hotel - Meals Other - Beverage at Hotel - VPX deposition and scheduled conference - 05/15/23 - Hyatt Centric - Internal Guests: Amy Quartarolo | AQ | 6.00 |
| 06/29/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - Hotel Lodging - VPX deposition and scheduled conference - 05/17/23 - Hyatt Centric | AQ | 647.64 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307767 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS** LLP

Invoice No. 2300307767
July 20, 2023

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|-------:|
| 06/29/23 | Parking - Out-of-Town - Amy Quartarolo - - Parking at LAX - VPX deposition and scheduled conference - 05/17/23 | AQ | 180.00 |
| 06/30/23 | Lodging - Out of Town - Amy Quartarolo - Lodging - Hotel Lodging - VPX Hearing - 06/22/23 - Hyatt Centric | AQ | 235.49 |
| 06/30/23 | Meals - Out-of-Town - Amy Quartarolo - Breakfast - Breakfast - VPX Hearing - 06/22/23 - Gourmet Espresso Bar Las Olas - Internal Guests: Amy Quartarolo | AQ | 45.23 |
| 06/30/23 | Meals - Out-of-Town - Amy Quartarolo - Dinner - Dinner - VPX Hearing - 06/22/23 - Bokamper's Sports Bar & Grill - Airport - Internal Guests: Amy Quartarolo | AQ | 35.00 |
| 06/30/23 | Parking - Out-of-Town - Amy Quartarolo - - LAX Airport Parking - VPX Hearing - 06/23/23 | AQ | 111.00 |
| 06/30/23 | Ground Transportation - Out-of-Town - Amy Quartarolo - Taxi/Car Service - Uber trip - VPX Hearing - 06/22/23 - Airport/Hotel | AQ | 18.25 |
| 06/30/23 | Ground Transportation - Out-Of-Town - Amy Quartarolo - Taxi/Car Service - Uber trip - VPX Hearing - 06/22/23 - Hotel/Airport | AQ | 16.95 |
| 06/30/23 | Mileage - Out-of-Town - Amy Quartarolo - - Mileage - VPX Hearing - 06/21/23 - Home/Airport | AQ | 20.44 |
| 06/30/23 | Mileage - Out-of-Town - Amy Quartarolo - - Mileage - VPX Hearing - 06/22/23 - Airport/Home | AQ | 20.44 |
| | **Total Travel Expenses** | | **2,815.69** |
| | **Total Costs and Disbursements:** | | **$ 4,366.18** |

**Costs and Disbursements:**

| | |
|---|---:|
| Federal Express & Messenger | 85.25 |
| Ground Transportation | 442.15 |
| Laser Copy | 15.00 |
| Legal Research | 1,005.40 |
| Supplies/Office Expense | 2.69 |
| Travel Expenses | 2,815.69 |
| **Total Costs and Disbursements:** | **$ 4,366.18** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300307767 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5