UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-17842-PDR |
|---|---|
| VITAL PHARMACEUTICALS, INC , ET AL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 1627 |

On 7/25/2023, I did cause a copy of the following documents, described below,

Emergency Motion of John H. Owoc's for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatively, for Relief from Stay ECF Docket Reference No. 1627

Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF No. 1627] 1698

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/25/2023

/s/ Jonathan S. Feldman
Jonathan S. Feldman  12682
Attorney for Creditor
Phang & Feldman, P.A.
2 S. Biscayne Blvd., Suite 1600
Miami, FL  33131
305 614 1223
maria@katiephang.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-17842-PDR |
|---|---|
| VITAL PHARMACEUTICALS, INC , ET AL | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 1627 |

On 7/25/2023, a copy of the following documents, described below,

Emergency Motion of John H. Owoc's for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatively, for Relief from Stay ECF Docket Reference No. 1627

Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF No. 1627] 1698

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/25/2023



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan S. Feldman
Phang & Feldman, P.A.
2 S. Biscayne Blvd., Suite 1600
Miami, FL  33131

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-17842-PDR<br>SOUTHERN DISTRICT OF FLORIDA<br>TUE JUL 25 9-14-57 PST 2023 | ~~(U)1600FLL LLC~~ | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>POB 183853<br>ARLINGTON  TX 76096-3853 |
| ACAR LEASING LTD  INC DBA GM FINANCIAL L<br>CO CHRISTOPHER R THOMPSON  ESQ<br>BURR  FORMAN LLP<br>200 S ORANGE AVE  SUITE 800<br>ORLANDO  FL 32801-6404 | ADM WILD EUROPE GMBH  CO KG<br>CO PAUL HOFFMANN  ESQ<br>1201 WALNUT  SUITE 2900<br>KANSAS CITY  MO 64106-2178 | ALDA 4747 W BUCKEYE LLC<br>CO HAMID R RAFATJOO<br>RAINES FELDMAN LLP<br>1800 AVENUE OF THE STARS<br>12TH FLOOR<br>LOS ANGELES  CA 90067-4201 |
| AMEX TRS CO  INC<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | ALL BRANDS DISTRIBUTION  LLC<br>CO ZACH B SHELOMITH  ESQ<br>2699 STIRLING RD  C401<br>FORT LAUDERDALE  FL 33312-6598 | ALLY BANK<br>PO BOX 5703<br>CLEARWATER  FL 33758-5703 |
| ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>P O BOX 183853<br>ARLINGTON  TX 76096-3853 | AMERICAN EXPRESS NATIONAL BANK AND AME TRS<br>CO MARTIN L SANDLER  ESQ<br>3400 SW 27TH AVENUE SUITE 1705<br>MIAMI  FL 33133-5320 |
| AMERICREDIT FINANCIAL SERVICES  INC DBA G<br>CO CHRISTOPHER R THOMPSON<br>BURR  FORMAN LLP<br>200 S ORANGE AVE  SUITE 800<br>ORLANDO  FL 32801-6404 | ARCHER DANIELS MIDLAND COMPANY<br>CO PAUL HOFFMANN  ESQ<br>1201 WALNUT  SUITE 2900<br>KANSAS CITY  MO 64106-2178 | ARDAGH METAL PACKAGING USA CORP<br>CO SHUMAKER  LOOP  KENDRICK  LLP<br>101 S TRYON STREET  SUITE 2200<br>CHARLOTTE  NC 28280-0027 |
| ~~EXCLUDE~~<br>~~(U)ARISTA MUSIC~~ | ~~EXCLUDE~~<br>~~(U)ARISTA RECORDS LLC~~ | ~~EXCLUDE~~<br>~~(U)BALBOA CAPITAL CORPORATION~~<br>~~MCGLINCHEY STAFFORD~~<br>~~1 EAST BROWARD BOULEVARD~~<br>~~SUITE 1400~~<br>~~FORT LAUDERDALE  UNITED STATES~~ |
| ~~EXCLUDE~~<br>~~(U)BALL METAL BEVERAGE CONTAINER CORP~~ | BANG ENERGY CANADA  INC<br>1600 N PARK DR<br>WESTON  FL 33326-3278 | BROWARD COUNTY<br>CO RECORDS  TAXES  TREASURY<br>ATTN  BANKRUPTCY SECTION<br>115 S ANDREWS AVE A-100<br>FT LAUDERDALE  FL 33301-1888 |
| ~~EXCLUDE~~<br>~~(U)CKS PACKAGING  INC~~ | CI421 4747 W BUCKEYE LLC<br>CO HAMID R RAFATJOO<br>RAINES FELDMAN LLP<br>1800 AVENUE OF THE STARS<br>12TH FLOOR<br>LOS ANGELES  CA 90067-4201 | CM BUILDERS  INC DBA INTEGRATED MASONR<br>CO CAROLYN R TATKIN<br>RADIX LAW<br>15205 N KIERLAND BLVD  SUITE 200<br>SCOTTSDALE  AZ 85254-8170 |
| ~~EXCLUDE~~<br>~~(U)CM BUILDERS  INC  DBA INTEGRATED MASONRY~~ | CRG FINANCIAL LLC<br>84 HERBERT AVE<br>BUILDING B - SUITE 202<br>CLOSTER  NJ 07624-1313 | ~~EXCLUDE~~<br>~~(U)CSPC INNOVATION PHARMACEUTICAL CO LTD~~ |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EXCLUDE<br>(U)CAPITOL RECORDS LLC | CAROLINA CANNERS INC<br>CO KELLEY FULTON KAPLAN ELLER PL<br>1665 PALM BEACH LAKES BLVD<br>SUITE 1000<br>WEST PALM BEACH FL 33401-2109 | CARROLLTONFARMERS BRANCH ISO<br>CO LINDA D REECE<br>1919 S SHILOH RD SUITE 640 LB 40<br>GARLAND TX 75042-8234 |
| EXCLUDE<br>(U)CHESTNUT HILL TECHNOLOGIES INC | CHUBB COMPANIES<br>DUANE MORRIS LLP<br>201 S BISCAYNE BLVD<br>SUITE 3400<br>MIAMI FL 33131-2318 | EXCLUDE<br>(U)CIRCLE K PROCUREMENT AND BRANDS LT |
| EXCLUDE<br>(U)CIRCLE K STORES INC | COLE SCOTT KISSANE PA<br>9150 S DADELAND BLVD 1440<br>MIAMI FL 33156-7855 | CREDITOR COMMITTEE<br>CO CLINT E PYLE<br>TEMPORARY CHAIRPERSON<br>2900 HARTLEY ROAD<br>JACKSONVILLE FL 32257-8221 |
| EXCLUDE<br>(U)CROWN CORK SEAL USA INC | EXCLUDE<br>(U)DAIRY FARMERS OF AMERICA INC | DALLAS COUNTY<br>LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>CO JOHN K TURNER<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS TX 75207-2328 |
| EXCLUDE<br>(U)DOEHLER USA INC | UNDELIVERABLE<br>DOHLER DAHLENBURG GMBH | EXCLUDE<br>(U)DRISCOLL LLP |
| EXCLUDE<br>(U)DUKE SECURED FINANCING 20091PAC LLC | EASTGROUP PROPERTIES LP<br>CO THOMAS L ABRAMS<br>633 S ANDREWS AVE 500<br>FORT LAUDERDALE FL 33301-2858 | EXCLUDE<br>(U)EFL GLOBAL |
| UNDELIVERABLE<br>EFL GLOBAL LOGISTICS CANADA LTD | EXCLUDE<br>(U)EVOX FL PEMBROKE 20351 LLC | ELITE ISLAND LLC<br>1600 N PARK DR<br>WESTON FL 33326-3278 |
| EXCLUDE<br>(U)ENTOURAGE IP HOLDING LLC | EXCLUDE<br>(U)FONA INTERNATIONAL INC | FAEGRE DRINKER BIDDLE REATH LLP<br>CO FAEGRE DRINKER BIDDLE REATH LLP<br>1177 AVENUE OF THE AMERICAS 41ST FL<br>NEW YORK NY 10036-2714 |
| FAITH TECHNOLOGIES INCORPORATED<br>CO JERRY MARKOWITZ<br>MARKOWITZ RINGEL TRUSTY HARTOG PA<br>9130 S DADELAND BLVD<br>SUITE 1800<br>MIAMI FL 33156-7858 | CM/ECF E-SERVICE<br>GEKAY SALES + SERVICE CO INC<br>CO AARON A WERNICK ESQ<br>2255 GLADES ROAD SUITE 324A<br>BOCA RATON FL 33431-8571 | GRAPHIC PACKAGING INTERNATIONAL LLC<br>CO SHUMAKER LOOP KENDRICK LLP<br>101 S TRYON STREET SUITE 2200<br>CHARLOTTE NC 28280-0027 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)HACI MECHANICAL CONTRACTORS INC | (U)HARDROCK CONCRETE PLACEMENT CO INC | (U)INTRASTATE DISTRIBUTING |

|  |  | EXCLUDE |
|---|---|---|
| JHO INTELLECTUAL PROPERTY HOLDINGS LLC<br>1600 N PARK DR<br>WESTON FL 33326-3278 | JHO REAL ESTATE INVESTMENT LLC<br>1600 N PARK DR<br>WESTON FL 33326-3278 | (U)JOHN H OWOC AKA JACK H OWOC |

| UNDELIVERABLE |  | EXCLUDE |
|---|---|---|
| KJ CAN (SINGAPORE) PTE LTD | KRIER FOODS INC<br>GRAYROBINSON PA<br>333 SE 2ND AVENUE<br>SUITE 3200<br>SUITE 3200<br>MIAMI FL 33131-2191 | (U)KUCKELMAN TORLINE KIRKLAND INC |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)LMR TRUCKING INC | (U)LAFACE RECORDS LLC | (U)LEASE PLAN USA LLC |

| MFP 4747 W BUCKEYE LLC<br>CO HAMID R RAFATJOO<br>RAINES FELDMAN LLP<br>1800 AVENUE OF THE STARS<br>12TH FLOOR<br>LOS ANGELES CA 90067-4201 | MARICOPA COUNTY TREASURER<br>301 WEST JEFFERSON SUITE 100<br>PHOENIX AZ 85003-2199 | MITSUBISHI HC CAPITAL AMERICA INC<br>CO KYE LAW GROUP PC<br>201 OLD COUNTRY ROAD<br>SUITE 120<br>MELVILLE NY 11747-2725 |
|---|---|---|

| MONSTER ENERGY COMPANY<br>CO MICHAEL I GOLDBERG<br>201 EAST LAS OLAS BOULEVARD SUITE 1800<br>FORT LAUDERDALE FL 33301-4442 | NELSON MULLINS RILEY SCARBOROUGH LLP<br>100 SE 3RD AVE SUITE 2700<br>FORT LAUDERDALE FL 33394-0017 | NEVADA BEVERAGE CO<br>CO JOHN A ANTHONY ESQ<br>ANTHONY PARTNERS LLC 100 SOUTH ASHI<br>100 SOUTH ASHLEY DRIVE SUITE 1600<br>TAMPA FL 33602-5318 |
|---|---|---|

|  | EXCLUDE |  |
|---|---|---|
| NEXUS STEEL LLC<br>TIFFANY BOSCO PA<br>1000 CORPORATE DR<br>SUITE 150<br>SUITE 150<br>FT LAUDERDALE FL 33334-3655 | (U)ORBIS RPM LLC | ORANGE BANG INC<br>CO FENDER BOLLING AND PAIVA PA<br>PO BOX 1545<br>STEVEN FENDER ESQ<br>FT LAUDERDALE FL 33302 UNITED STATES<br>33302-1545 |

| EXCLUDE |  | EXCLUDE |
|---|---|---|
| (U)PEPSICO INC TOGETHER WITH ITS AFFILIATES A | PETTIT KOHN INGRASSIA LUTZ DOLIN<br>11622 EL CAMINO REAL<br>SUITE 300<br>SAN DIEGO CA 92130-2051 | (U)POLYGRAM PUBLISHING INC |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (U)PREMIER DISTRIBUTING COMPANY | (U)PREMIUM BEVERAGE COMPANY | (U)PROLOGIS TARGETED US LOGISTICS FUNE LP |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUASH SELTZER LLC<br>20311 SHERIDAN STREET<br>FORT LAUDERDALE FL 33332-2313 | RXO CAPACITY SOLUTIONS LLC<br>CO EDWARD M FITZGERALD ESQ<br>HOLLAND KNIGHT LLP<br>200 S ORANGE AVENUE SUITE 2600<br>ORLANDO FL 32801-3453 | RAINBOW UNICORN BEV LLC<br>1600 N PARK DR<br>WESTON FL 33326-3278 |
| ~~EXCLUDE~~<br>~~(U)RANGER HTX LP~~ | ~~EXCLUDE~~<br>~~(U)RECORDS LABEL LLC~~ | REFRESCO BEVERAGES US INC<br>CO W KEITH FENDRICK HOLLAND KNIGHT<br>100 N TAMPA STREET<br>SUITE 4100<br>TAMPA FL 33602-3642 |
| SLBS LIMITED PARTNERSHIP DBA SUMMIT DISTRI<br>CO DAVID GAY<br>CARLTON FIELDS<br>700 NW 1ST AVENUE SUITE 1200<br>SUITE 1200<br>MIAMI FL 33136-4118 | SANTANDER CONSUMER USA INC DBA CHRYSLER CAP<br>CO GERARD M KOURI JR PA<br>5311 KING ARTHUR AVENUE<br>DAVIE FL 33331-3340 | ~~EXCLUDE~~<br>~~(U)SHANGHAI FREEMAN LIFESCIENCES COMPANY~~ |
| ~~EXCLUDE~~<br>~~(U)SIDEL BLOWING AND SERVICES SAS~~ | ~~EXCLUDE~~<br>~~(U)SONGS OF UNIVERSAL INC~~ | SONY MUSIC ENTERTAINMENT<br>PRYOR CASHMAN LLP<br>255 ALHAMBRA CIRCLE 8TH FLOOR<br>MIAMI FL 33134-7411 |
| ~~EXCLUDE~~<br>~~(U)SONY MUSIC ENTERTAINMENT US LATIN LLC~~ | SOUTHEAST COLD FILL LLC<br>CO KELLEY FULTON KAPLAN ELLER PL<br>1665 PALM BEACH LAKES BLVD STE 1000<br>WEST PALM BEACH FL 33401-2109 | STATES LOGISTICS SERVICES INC<br>5650 DOLLY AVENUE<br>BUENA PARK CA 90621-1872 |
| STELLAR GROUP INC<br>CO ROBERT P CHARBONNEAU<br>55 ALHAMBRA PLAZA<br>SUITE 800<br>CORAL GABLES FL 33134-5254 | STRETTO<br>410 EXCHANGE STE 100<br>IRVINE CA 92602-1331 | SUDDATH GLOBAL LOGISTICS LLC<br>815 S MAIN STREET<br>JACKSONVILLE FL 32207-8187 |
| TN DEPT OF REVENUE<br>COTN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | ~~EXCLUDE~~<br>~~(U)TR CAPITAL MANAGEMENT LLC US~~ | THE AMERICAN BOTTLING COMPANY<br>CO FURR AND COHEN PA<br>2255 GLADES RD STE 419A<br>BOCA RATON FL 33431-7379 |
| THE HAMILTON GROUP (DELAWARE) INC<br>ULLMAN ULLMAN PA<br>2500 NORTH MILITARY TRAIL<br>SUITE 100<br>BOCA RATON FL 33431-6342 | THE KROGER CO<br>104 VINE STREET<br>CINCINNATI OH 45215 | THERMOLIFE INTERNATIONAL LLC<br>GRAYROBINSON PA<br>JORGE ESPINOSA<br>333 SE 2ND AVENUE<br>SUITE 3200<br>MIAMI FL 33131-2191 |
| ~~EXCLUDE~~<br>~~(U)TRINITY LOGISTICS INC~~ | TRUIST BANK<br>CO PETER H LEVITT ESQ<br>SHUTTS BOWEN 200 S BISCAYNE BLVD<br>MIAMI FL 33131-2310 | US BANK NATIONAL ASSOCIATION DBA US BA<br>CO EMANUEL ZWIEBEL PLLC<br>7900 PETERS RD BLDG B STE 100<br>PLANTATION FL 33324-4045 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

US BANK NATIONAL ASSOCIATION DBA US BA
CO RONALD M EMANUEL ESQ
EMANUEL ZWIEBEL PLLC
7900 PETERS ROAD
BUILDING B SUITE 100
PLANTATION FL 33324-4045

UMG RECORDINGS INC
PRYOR CASHMAN LLP
255 ALHAMBRA CIRCLE 8TH FLOOR
MIAMI FL 33134-7411

EXCLUDE
(U)UNIVERSAL MUSIC Z TUNES LLC

EXCLUDE
(U)UNIVERSAL MUSIC CORP

EXCLUDE
(U)UNIVERSAL MUSICMGB NA LLC

EXCLUDE
(U)UNIVERSAL MUSICA INC

EXCLUDE
(U)VS CARBONICS INC

VITAL PHARMACEUTICALS INTERNATIONAL SALES I
1600 N PARK DR
WESTON FL 33326-3278

DEBTOR
VITAL PHARMACEUTICALS INC
1600 N PARK DR
WESTON FL 33326-3278

EXCLUDE
(U)VOLCANO ENTERTAINMENT III LLC

EXCLUDE
(U)WARNER MEDIA GROUP

WEBB GERRITSEN INC
CO FOLEY LARDNER LLP
MARK WOLFSON
100 TAMPA STREET STE 2700
TAMPA FL 33602-5810

WILD FLOWERS INC
CO PAUL HOFFMANN ESQ
1201 WALNUT SUITE 2900
KANSAS CITY MO 64106-2178

XPO LOGISTICS LLC
CO EDWARD M FITZGERALD ESQ
HOLLAND KNIGHT LLP
200 S ORANGE AVE SUITE 2600
ORLANDO FL 32801-3453

YELLOWSTONE LANDSCAPE SOUTHEAST LLC
BLAXBERG GRAYSON KUKOFF FORTEZA PA
25 SE 2ND AVE
STE 730
STE 730
MIAMI FL 33131-1696

EXCLUDE
(U)ZOMBA RECORDING LLC

365 MECHANICAL LLC
1817 S HORNE SUITE 10
MESA AZ 852046526

EXCLUDE
(D)AMEX TRS CO INC
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

EXCLUDE
(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

EXCLUDE
(D)CRG FINANCIAL LLC
84 HERBERT AVE BUILDING B SUITE 202
CLOSTER NJ 07624-1313

EXCLUDE
OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI FL 33130-1614

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS TX 75356-0284

TRC MASTER FUND LLC
PO BOX 633
WOODMERE NY 11598-0633

TWIN CITY SECURITY
105 GARFIELD ST S STE 100
CAMBRIDGE MN 55008-1767

XPO LOGISTICS FREIGHT
ATTN BANKRUPTCY DEPT
9151 BOULEVARD 26 BLDG A
NORTH RICHLAND HILLS TX 76180-5600

AJ WEBB
301 EAST FOURTH STREET 3300
CINCINNATI OH 45202-4257

ALLISON L LIBEU
620 NEWPORT CENTER DRIVE 1300
NEWPORT BEACH CA 92660-8013

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

AMY C QUARTAROLO                          ANDREW BEAN                                ANDREW SORKIN
355 SOUTH GRAND AVENUE   SUITE 100        2001 ROSS AVENUE   2100                    555 ELEVENTH ST NW 1000
LOS ANGELES   CA 90071-3104               DALLAS   TX 75201-2923                     WASHINGTON   DC 20004-1327



ANDREW SORKIN                             ANDREW G DEVORE                            ANDREW P BEILFUSS
555 ELEVENTH STREET  NW                   800 BOYLSTON STREET                        411 EAST WISCONSIN AVE   2400
SUITE 1000                                BOSTON   MA 02199-1900                     MILWAUKEE   WI 53202-4428
WASHINGTON   DC 20004-1327



ARIELLE B ADLER                           BARRY T ALBIN                              BRENDAN ABBOTT
ONE LOWENSTEIN DRIVE                      ONE LOWENSTEIN DRIVE                       CO DANIEL HARVATH
ROSELAND   NJ 07068-1740                  ROSELAND   NJ 07068-1740                   75 W LOCKWOOD
                                                                                     SUITE 1
                                                                                     WEBSTER GROVES   MO 63119-2946



BRENT C WILLIAMS                          BRIAN S ROSEN                              CAROLYN TATKIN   ESQ
500 WEST MADISON ST   300                 1271 AVENUE OF THE AMERICAS                15205 N KIERDLAND BLVD SUITE 200
CHCAGO   IL 60661-4546                    NEW YORK   NY 10020-1300                   SCOTTSDALE   AZ 85254-8170



CHRISTOPHER R KAUP                        COLE RICHINS                               DANIEL L GEYSER
2525 EAST CAMELBACK ROAD                  100 NORTH TRYON STREET   SUITE 47          2323 VICTORY AVENUE   SUITE 700
PHOENIX   AZ 85016-4219                   CHARLOTTE   NC 28202-4000                  DALLAS   TX 75219-7672



DAVID LEVINE                              DAVID C ROSE                               DAVID M BARLOW
SANCHEZ FISCHER LEVINE   LLP              7 TIMES SQUARE                             2525 EAST CAMELBACK RD
1200 BRICKELL AVENUE                      NEW YORK   NY 10036-6524                   PHOENIX   AZ 85016-4219
SUITE 750
MIAMI   FL 33131-3255


                                          EXCLUDE
DAVID M LEVINE                            (U) DEREK L WRIGHT                         DOUGLAS E SPELFOGEL ESQ
1200 BRICKELL AVE   750                                                              990 STEWART AVE
MIAMI   FL 33131-3255                                                                GARDEN CITY   NY 11530-4822



ELIZABETH A MORRIS                        ERIC CHAFETZ                               ERICA MANNIX
1271 AVENUE OF THE AMERICAS               1251 AVENUE OF THE AMERICAS   17TH FLOOR   1251 AVENUE OF THE AMERICAS   17TH FLOC
NEW YORK   NY 10020-1300                  NEW YORK   NY 10020-1104                   NEW YORK   NY 10020-1104



ERIN P SEVERINI                           GEORGE A DAVIS                             HOMER PARKHILL
301 E 4TH ST 3300                         1271 AVENUE OF THE AMERICAS                1251 AVENUE OF THE AMERICAS
CINCINNATI   OH 45202-4257                NEW YORK   NY 10020-1300                   NEW YORK   NY 10020-1104
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

HUGH MURTAGH
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

IRA D KHARASCH
10100 SANTA MONICA BLVD   13TH FLOOR
LOS ANGELES   CA 90067-4003

JACK H OWOC
1600 N PARK DRIVE
WESTON   FL 33326-3278

JARRET P HITCHINGS
301 S COLLEGE STREET   2150
CHARLOTTE   NC 28202-6000

JASMIN WILLIAMS
LAW OFFICE OF MARK S ROHER   PA
1806 N FLAMINGO ROAD   SUITE 300
PEMBROKE PINES   FL 33028-1032

JEFFREY COHEN
1251 AVENUE OF THE AMERICAS   17TH FLOC
NEW YORK   NY 10020-1104

JERAMY D WEBB
330 NORTH WABASH AVENUE 2800
CHICAGO   IL 60611-3695

(P)FRANKGECKER LLP
ATTN JOSEPH FRANK
1327 W WASHINGTON
SUITE 5G-H
CHICAGO IL 60607-1912

JOHN DAMICO
787 SEVENTH AVENUE
NEW YORK   NY 10019-6018

JOHN C DIDONATO
550 W VAN BUREN ST
CHICAGO   IL 60607-3827

JOHN WHITNEY MCVAY MORLEY
330 NORTH WABASH AVENUE 2800
CHICAGO   IL 60611-3695

JONATHAN J WEICHSELBAUM
1271 AVENUE OF THE AMERICAS
NEW YORK   NY 10020-1300

JORDANA RENERT
1251 AVENUE OF THE AMERICAS   17TH FLOOR
NEW YORK   NY 10020-1104

JORDI GUSO ESQ
1450 BRICKELL AVE 1900
MIAMI   FL 33131-3453

JOSEPH CELENTION
330 NORTH WABASH AVENUE 2800
CHICAGO   IL 60611-3695

~~EXCLUDE~~
~~(U)KATHLEEN COLE~~

(P)JOSEPH D   FRANK
ATTN FRANKGECKER LLP
1327 W WASHINGTON
SUITE 5 G-H
CHICAGO IL 60607-1912

K SCOTT REYNOLDS
3133 W FRYE ROAD 101
PHOENIX   AZ 85226-5132

KIM MARTIN LEWIS
3300 GREAT AMERICAN TOWER
301 EAST FOURTH STREET
CINCINNATI   OH 45202-4245

LAURENCE M FRAZEN
ONE KANSAS CITY PLACE
1200 MAIN STREET   SUITE 3800
KANSAS CITY   MO 64105-2339

LINDSAY SKLAR
1251 AVENUE OF THE AMERICAS   17TH FLOC
NEW YORK   NY 10020-1104

LUIS M LLUBERAS
100 NORTH TRYSON ST   47
CHARLOTTE   NC 28202-4000

~~EXCLUDE~~
~~(U)MARC KESTEN~~

MARK MARGULIES
GRANT THORNTON LLP
1301 INTERNATIONAL PARKWAY   300
FT LAUDERDALE   FL 33323-2874

MATTHEW MURRAY
40 WALL STREET   37TH FLOOR
NEW YORK   NY 10005-1381

MATTHEW G BOUSLOG
3161 MICHELSON DRIVE
IRVINE   CA 92612-4400

MAURA P MCINTYRE
1000 KEY TOWER   127 PUBLIC SQUARE
CLEVELAND   OH 44114

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MEGAN OWOC<br>16720 STRATFORD COURT<br>SOUTHWEST RANCHES  FL 33331-1358 | MICHAEL JORDAN NILES<br>313 N MONROE STREET SUITE 301<br>TALLAHASSEE  FL 32301-7643 | MICHAEL T CRABB<br>10740 NALL AVE SUITE 250<br>OVERLAND PARK  KS 66211-1367 |
| NICOLE FULFREE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND  NJ 07068-1740 | PATRICIA A REDMOND<br>CO STEARNS WEAVER MILLER ET AL<br>150 WEST FLAGLER STREET<br>SUITE 2200<br>MIAMI  FL 33130-1545 | PAUL M ALEXANDER<br>1180 W PEACHTREE STREET  NW  SUITE 2100<br>ATLANTA  GA 30309-3495 |
| PETER FISCHER<br>CO DANIEL HARVATH<br>75 W LOCKWOOD<br>SUITE 1<br>WEBSTER GROVES  MO 63119-2946 | RACHEL MAIMIN<br>1251 AVENUE OF THE AMERICAS  17TH FLOOR<br>NEW YORK  NY 10020-1104 | ~~EXCLUDE~~<br>~~(U)RICHARD D FAULKNER~~ |
| RICHARD M PACHULSKI<br>10100 SANTA MONICA BLVD  13TH FLOOR<br>LOS ANGELES  CA 90067-4003 | ROBERT CHARLES JR<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ONE SOUTH CHURCH AVENUE  SUITE 2000<br>TUCSON  AZ 85701-1666 | ROBERT J FEINSTEIN  ESQ<br>PACHULSKI STANG ZIEHL  JONES<br>780 THIRD AVENUE  34TH FLOOR<br>NEW YORK  NY 10017-2024 |
| ROBERT PRESTON DICKINSON<br>150 WEST FLAGLER STREET<br>CO PATRICIA A REDMOND<br>MIAMI  FLORIDA  FL 33130-1536 | RUDY J CERONE<br>12TH FLOOR 601 POYDRAS STREET<br>NEW ORLEANS  LA 70130 | RUSSELL H FALCONER<br>2001 ROSS AVENUE  SUITE 2100<br>DALLAS  TX 75201-2923 |
| RYAN PRESTON DAHL<br>191 NORTH WACKER DRIVE  32ND FLOOR<br>CHICAGO  IL 60606-1879 | STEPHANIE P CHERY<br>7 TIMES SQUARE<br>NEW YORK  NY 10036-6524 | STEPHEN GRAY<br>CO PATRICIA REDMOND<br>150 WEST FLAGLER STREET  SUITE 2200<br>STEARNS WEAVER MILLER ET AL<br>MIAMI  FL 33130-1545 |
| STEPHEN E GRUENDEL<br>100 N TRYON ST SUITE 4700<br>CHARLOTTE  NC 28202-4003 | ~~EXCLUDE~~<br>~~(U)STEVEN PANAGOS~~<br>~~CO PATRICIA A REDMOND~~<br>~~150 WEST FLAGLER STREET  SUITE 2200~~<br>~~STEARNS WEAVER MILLER ET AL~~ | STEVEN W GOLDEN<br>PACHULSKI STANG ZIEHL  JONES LLP<br>780 THIRD AVENUE<br>34TH FLOOR<br>NEW YORK  NY 10017-2024 |
| STEVEN J SOLOMON FIESTA WAREHOUSING DISTR<br>GRAYROBINSON  PA<br>333 SE 2ND AVENUE<br>SUITE 3200<br>SUITE 3200<br>MIAMI  FL 33131-2191 | TEDDY M KAPUR<br>10100 SANTA MONICA BLVD 13 FLOOR<br>LOS ANGELES  CA 90067-4003 | THOMAS L SHRINER  JR<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE  WI 53202-5306 |
| TIANJIAO LI<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK  NY 10020-1300 | WALTER BENZIJA<br>40 WALL STREET  37TH FLOOR<br>NEW YORK  NY 10005-1381 | WAYNE FANG<br>1251 AVENUE OF THE AMERICAS<br>17TH FLOOR<br>NEW YORK  NY 10020-1104 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

WILLIAM J EASLEY                    YEGOR FURSEVICH                     YELIZAVETA L BURTON
ONE KANSAS CITY PLACE               523 WEST 6TH STREET 400             1271 AVENUE OF THE AMERICAS
1200 MAIN STREET  SUITE 3800        LOS ANGELES  CA 90014-1208          NEW YORK  NY 10020-1300
KANSAS CITY  MO 64105-2339
```