UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' *EX-PARTE* MOTION TO CANCEL HEARING TO CONSIDER THE ADJOURNED SALE HEARING OBJECTIONS**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, hereby move the Court (the "Motion"), without a hearing, for the entry of an order cancelling the July 28, 2023 hearing to consider the unresolved cure and adequate assurance objections.[2] In support of the Motion, the Debtors state as follows:

1.    On February 24, 2023, the Court entered an *Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1654], as amended by ECF No. 1658 (the "Sale Order") approving the Asset Purchase Agreement ("APA") by and between certain of the Debtors and Blast Asset Acquisition, LLC, an acquisition vehicle

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).
[2] The Debtors understand that other contested matters in the above-captioned Chapter 11 Cases are going forward at the hearing on July 28 and this notice should not be read to impact the scheduling of any other such matters.

12313314-1

that is a subsidiary of Monster Beverage Corporation (the "<u>Buyer</u>").

2.  The Sale Order scheduled a hearing for July 28, 2023 at 10:00 a.m. (ET) to address the unresolved cure and adequate objections set forth on Exhibit C of the Sale Order ("<u>Adjourned Objections</u>"). On July 19, 2023, a Notice of Hearing was filed on the docket setting the hearing (the "<u>Adjourned Objection Hearing</u>"). A copy of the Adjourned Objections is attached hereto as **Exhibit "A"**.

3.  As permitted by the APA and Sale Order, Buyer delivered notice to the Debtors that it will not acquire, via assumption and assignment, the executory contracts and unexpired leases that are subject of the Adjourned Objections (the "<u>Subject Contracts</u>"). By separate motion, the Debtors will seek authority to reject the Subject Contracts.

4.  Accordingly, the Adjourned Objections are moot, and the Debtors believe it is appropriate to cancel the July 28, 2023, hearing to consider the Adjourned Objections.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit "B"** (i) granting this Motion; (ii) cancelling the July 28, 2023 hearing with respect to the Adjourned Objections only (other matters scheduled for hearing on that date will proceed); and (iii) granting the Debtors such other and further relief to which they are entitled.

12313314-1

| | |
|---|---|
| Dated: July 26, 2023<br>       Miami, Florida | Respectfully submitted,<br><br>/s/ *Jordi Guso*<br>Jordi Guso |
| George A. Davis (admitted *pro hac vice*)<br>Hugh K. Murtagh (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Email:  george.davis@lw.com<br>        Hugh.murtagh@lw.com<br>        jon.weichselbaum@lw.com | Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>Erin M. Hoskins<br>Florida Bar No. 1003283<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  jguso@bergersingerman.com<br>        mniles@bergersingerman.com<br>        ehoskins@bergersingerman.com |

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:      whit.morley@lw.com

*Co-Counsel for Debtors*

12313314-1

**EXHIBIT "A"**
**Adjourned Objections**

## Adjourned Objections

| Objector [ECF No.] | Status |
|---|---|
| *Formal Objections* | |
| Santander Consumer USA, Inc. d/b/a Chrysler Capital [ECF No. 1000] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| SLBS Limited Partnership d/b/a Summit Distributing [ECF No. 1054] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Archer Daniels Midland Company, ADM Wild Europe GmbH & Co. KG and Wild Flavors [ECF No. 1040] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| LPUSA, LLC, d/b/a Network [ECF No. 1074] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| C.K.S. Packaging, Inc. [ECF No. 1081] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Doehler USA Inc. [ECF No. 1087] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |

| Objector [ECF No.] | Status |
|---|---|
| Ally Bank<br>[ECF No. 1090] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Ardagh Metal Packaging USA Corp<br>[ECF No 1101] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Graphic Packaging International<br>[ECF Nos. 1102 & 1480] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Fona International, Inc.<br>[ECF No. 1106] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Prologis Targeted US Logistics Fund L.P.<br>[ECF Nos. 1108, 1577] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Ball Metal Beverage Container Corp<br>[ECF No. 1110] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| U.S. Bank Nation Association d/b/a U.S. Bank Equipment Finance<br>[ECF No. 1415] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| Premier Distributing Company<br>[ECF No. 1547] | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |
| *Informal Objections* ||
| Krones Inc. | **Adjourned to July 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |

**<u>Exhibit B</u>**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]            Case No.: 22-17842-PDR

    Debtors.                                                                                  (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS'** *EX-PARTE* **MOTION TO CANCEL HEARING TO CONSIDER THE ADJOURNED SALE HEARING OBJECTIONS**

**THIS MATTER** came before the Court without a hearing upon the *Debtors' Ex-Parte Motion to Cancel Hearing to Consider the Adjourned Sale Hearing Objections* (the "Motion") [ECF No. ____]. The Court, having considered the Motion and finding good cause for the granting thereof, **ORDERS** as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12301456-1

1. The Motion is **GRANTED**.

2. The July 28, 2023 hearing to consider the Adjourned Objections is **CANCELLED**.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

12301456-1