# **JOINT EXHIBIT 8**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**AMENDED[2] NOTICE OF AUCTION CANCELLATION AND SUCCESSFUL BIDDER**

  **PLEASE TAKE NOTICE** that, on January 27, 2023, Vital Pharmaceuticals, Inc. and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion").[3]

  **PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion, including, among other things, approval of the Bidding Procedures, which established the key dates and times related to the Transaction and the Auction.

  **PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Debtors filed the *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which notice identified extensions of certain transaction milestones set forth in the Bidding Procedures Order.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The Notice of Auction Cancellation and Successful Bidder [ECF No. 1546] is amended to disclose that:  As announced on the record at the hearing on June 29, 2023, the Bankruptcy Court has scheduled the hearing to consider approval of the sale of the Debtors' assets to Blast Asset Acquisition LLC for July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time).  The Bankruptcy Court has also scheduled the hearing for approval of the 9019 Motion and the Conversion Motion for July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time).

[3] Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures Motion or the APA (as defined herein), as applicable.

12242133-3

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to submit a bid for the Debtors' assets or any portion thereof was May 22, 2023 at 12:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1394], which notified parties in interest of the adjournment of the Auction from May 25, 2023 until June 2, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2023, the Debtors filed the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1416], which notified parties in interest of, among other things, the adjournment of the (a) Auction from June 2, 2023 until June 8, 2023 and (b) Sale Hearing from June 7, 2023 until June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 8, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1445], adjourning the Auction from June 8, 2023 until a time to be determined.

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2023, the Debtors filed the *Notice of Modified Sale-Related Dates and Deadlines* [ECF No. 1457], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time) until June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 23, 2023, the Debtors filed the *Notice of Adjournment of Sale Hearing and Related Deadlines* [ECF No. 1514], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time) until a time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, have determined that only one bid received for substantially all of the Debtors' assets, from Blast Asset Acquisition LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, is a Qualified Bid for such assets, and that no bids for less than substantially all of the Debtors' assets are acceptable to the Debtors and the Consultation Parties. Therefore, pursuant to the Bidding Procedures, the Debtors are cancelling the Auction and designating Blast Asset Acquisition LLC as the "Successful Bidder."

**PLEASE TAKE FURTHER NOTICE** that the Debtors entered into an Asset Purchase Agreement (the "APA"), by and between certain of the Debtors and Blast Asset Acquisition LLC, a copy of which can be obtained at www.cases.stretto.com/VitalPharmaceuticals[4] pursuant to which the Debtors shall sell substantially all of their assets to the Successful Bidder, subject to the terms and conditions set forth therein, including expiration of all applicable waiting periods, including under the Hart-Scott-Rodino Act (the "HSR Act").

---

[4] The APA is voluminous and, as a result, the hard copy version of this Amended Notice of Auction Cancellation contains a link to where an electronic version can be found. Any party in interest that would like a printed copy will be provided with one free of charge upon request to Stretto:TeamVitalPharma@stretto.com

2

12242133-3

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors are unable to pursue and/or consummate the Transactions, including as a result of (i) termination of the APA due to the Transactions not having received the expiration or termination of the applicable waiting period under the HSR Act by June 30, 2023, or (ii) the Debtors being unable to secure necessary funding for these cases pending consummation of the Transactions, the Debtors intend to pursue conversion of the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code in order to effectuate an orderly liquidation pursuant to the *Debtors' Motion for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [ECF No. 1551] (the "Conversion Motion"), filed on June 29, 2023, which is currently set for hearing on July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 28, 2023, the Debtors filed the *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546] attaching a copy of the APA and notifying parties in interest of a hearing on the approval of the sale of the Debtors' assets to Blast Asset Acquisition LLC on July 13, 2023 at 1:30 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that at a hearing on June 29, 2023, the Court reset the hearing to consider approval of the sale of the Debtors' assets to Blast Asset Acquisition LLC to **July 12, 2023, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301. The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any objections to: (i) the identity of the Successful Bidder, and/or (ii) adequate assurance of future performance by the Successful Bidder, in each case, must be filed with the Court **no later than 4:00 p.m. (Prevailing Eastern Time) on July 7, 2023**.

**PLEASE TAKE FURTHER NOTICE** that, on June 28, 2023, the Debtors filed the *Debtors' Expedited Motion to Approve Compromise Between (I) The Debtors (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) the Committee, and (VI) The Supporting Lenders* [ECF No. 1548] (the "9019 Motion") and the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise between (i) the Debtors, (ii) Monster Energy Company, (iii) Monster Beverage Corporation, (iv) Orange Bang, Inc. (v) the Committee, and (vi) the Supporting Lenders* [ECF No. 1549].

**PLEASE TAKE FURTHER NOTICE** that at a hearing on June 29, 2023, the Court set the hearing to consider the Conversion Motion and the 9019 Motion for **July 12, 2023, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301. The hearing on the Conversion Motion may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Conversion Motion must be filed with the Court **no later than 4:00 p.m. (Prevailing Eastern Time) on July 7, 2023**.

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated sale and/or copies of any related documents may visit the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

Dated: June 30, 2023
       Miami, Florida

Respectfully submitted,

/s/ *Jordi Guso*

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       liza.burton@lw.com
       jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[5] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com
       whit.morley@lw.com

*Counsel for Debtors and Debtors in Possession*

---

[5] Not admitted in Illinois. Admitted in New York.

12242133-3